# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   1:13CR435-1 |
| **BRIAN DAVID HILL**, | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    **BRIAN DAVID HILL**,
who is accused of an offense or violation based on the following document filed with the court:

**X** Indictment          Superseding Indictment          Information          Superseding Information          Complaint
❐ Probation Violation Petition        Supervised Release Violation Petition        Violation Notice        Order of the Court

This offense is briefly described as follows:

Possess child pornography of a prepubescent minor under 12 years of age in violation of 18:2252A(a)(5)(B) and (b)(2).

**\*\*\*The U.S. Attorney requests a detention hearing. In the event the defendant is release, the U.S. Attorney recommends that the Adam Walsh Sex Offender Specific Conditions be a part of the release conditions\*\*\*\***

Date:  Nov 26, 2013                                                                John S. Brubaker, Clerk
                                                                                                *Issuing officer's signature*

City and state:   Greensboro, North Carolina                             /s/ Joy Daniel, Deputy Clerk
                                                                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

                                                                                                *Arresting officer's signature*

                                                                                                *Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                          Weight:

Sex:                             Race:

Hair:                            Eyes:

Scars, tattoos, other distinguishing marks:

googoode-wA

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: