IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:13CR435-1 |
| | ) | |
| BRIAN DAVID HILL | ) | |

O-R-D-E-R

The Defendant having demonstrated eligibility for appointment of counsel at government expense, Assistant Federal Public Defender Eric D. Placke is directed to provide representation in this action.

/s/ L. Patrick Auld
L. Patrick Auld
United States Magistrate Judge

Date: December 23, 2013