# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF NORTH CAROLINA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:13CR435-1 |
| | ) | |
| BRIAN DAVID HILL | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing/arraignment in this case is scheduled as follows:

| Place: | 251 North Main Street<br>Winston-Salem, North Carolina | Courtroom No.: | 3 |
|---|---|---|---|
| Before: | Judge Joi Elizabeth Peake | Date and Time: | Thursday, January 2, 2014, at 2:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Dec. 23, 2013

/s/ L. Patrick Auld
*Judge's signature*

L. Patrick Auld, U.S. Magistrate Judge
*Printed name and title*