# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:13CR435-1 |
| **BRIAN DAVID HILL,** | ) | |
| *Defendant* | ) | |

*Filed stamp: DEC 27 2013*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **BRIAN DAVID HILL**,
who is accused of an offense or violation based on the following document filed with the court:

**X** Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possess child pornography of a prepubescent minor under 12 years of age in violation of 18:2252A(a)(5)(B) and (b)(2).

**\*\*\*The U.S. Attorney requests a detention hearing. In the event the defendant is release, the U.S. Attorney recommends that the Adam Walsh Sex Offender Specific Conditions be a part of the release conditions\*\*\*\***

Date: Nov 26, 2013

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/ Joy Daniel, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/26/2013, and the person was arrested on *(date)* 12/20/2013
at *(city and state)* MARTINSVILLE, VA.

Date: 12/23/2013

*RECEIVED NOV 26 2013 U.S. Marshals Service, M/NC*

*Arresting officer's signature*

BRIAN DEXTER    SPECIAL AGENT
*Printed name and title*