IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:13CR435-1 |
| | : | |
| BRIAN DAVID HILL | : | |

## MOTION TO EXTEND TIME FOR FILING MOTIONS

In accordance with Local Criminal Rule 12.1(b), M.D.N.C., the Defendant, by and through undersigned counsel, hereby moves to extend the deadline for filing pretrial motions and responses in this case by one week. In support of this request, counsel states as follows:

1. The Defendant was arraigned on January 2, 2014, and the Defendant's case was bound to a scheduling order which established January 15, 2014, as the deadline for filing pretrial motions.

2. Undersigned counsel has already received and reviewed substantial discovery from the Government. Counsel recently requested certain additional discovery, in particular, additional data from the Government's forensic examination of the Defendant's computer equipment. However, counsel has not yet received that additional information. Also, counsel is still gathering information regarding the Defendant's physical and mental health history. Thus, additional time is needed in which to review discovery, consult with the Defendant and otherwise prepare and file

1

any appropriate pretrial motions.

3. Assistant United States Attorney Anand P. Ramaswamy advises that the Government does not object to the requested extension.

For all these reasons, the Defendant requests that the Court extend until Wednesday, January 22, 2014, the pretrial motion deadline in this case, and extend until Wednesday, January 29, 2014, the deadline for responses thereto. The Defendant submits that the ends of justice are best served by granting this extension, and that they outweigh the interest of the public and the Defendant in a speedy trial. Accordingly, the delay occasioned by the granting of this extension should be excluded in computing the time within which the trial of any such offense must commence. See Title 18, United States Code, Section 3161(h)(7).

Respectfully submitted this the 15th day of January, 2014.

                                       LOUIS C. ALLEN III
                                       FEDERAL PUBLIC DEFENDER

                                       /s/ Eric D. Placke
                                       ERIC D. PLACKE
                                       Assistant Federal Public Defender
                                       Arkansas State Bar No. 86207
                                       North Carolina State Bar No. 20671
                                       301 N. Elm Street, Suite 410
                                       Greensboro, NC 27401
                                       (336) 333-5455
                                       Eric_Placke@fd.org

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on January 15, 2014, I electronically filed the foregoing Motion to Extend Time for Filing Motions with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Mr. Anand P. Ramaswamy
        Assistant United States Attorney
        101 South Edgeworth Street
        Greensboro, NC 27401

Respectfully submitted,

        /s/ Eric D. Placke
        ERIC D. PLACKE
        Assistant Federal Public Defender
        Arkansas State Bar No. 86207
        North Carolina State Bar No. 20671
        301 N. Elm Street, Suite 410
        Greensboro, NC 27401
        (336) 333-5455
        Eric_Placke@fd.org