IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | 1:13CR435-1 |
| BRIAN DAVID HILL | : | |

ORDER

Upon motion of the Defendant, for good cause shown and without objection by the Government, the pretrial motion deadline in this case is hereby extended until Wednesday, January 22, 2014. The deadline for responses is hereby extended until Wednesday, January 29, 2014.

The Court finds that the ends of justice are best served by granting this extension, and that they outweigh the interest of the public and the Defendant in a speedy trial. Accordingly, the delay occasioned by the granting of this extension shall be excluded in computing the time within which the trial of any such offense must commence. See Title 18, United States Code, Section 3161(h)(7).

IT IS SO ORDERED, this the ____ day of January, 2014.

_____
SENIOR UNITED STATES DISTRICT JUDGE