United States of America | Brian David Hill
Plaintiff | vs. | Defendant

**Motion To Suppress Confession**

FILED APR 21 2014 IN THIS OFFICE Clerk U.S. District Court Greensboro, NC

I, Brian David Hill respectfully and humbly ask the court for a hearing to introduce witnesses and evidence as to why the court should move to suppress the confession to detectives Robert Bridge and Todd Brim. The evidence and witnesses will be submitted and addressed by the new court appointed attorney that the court orders. The hearing is to determine the inadmissibility of the confession in the Mayodan Police Department.

This I request the court.

Respectfully Submitted to the Court on April 16, 2014 or on the date this Motion arrives at the courthouse.

Brian David Hill
admin@uswgo.com
276-632-2599

Brian D. Hill