United States of America ⎤
plaintiff          vs.

Brian David H[ill]

Defendant

FILED
APR 21 2014
CLERK U.S. OFFICE
U.S. District Court
Greensboro, NC
By ___

## Motion To Suppress Evidence.

I Brian David Hill respectfully and humbly ask the court for hearings to introduce witnesses and evidence to why the court should move to suppress the evidence submitted by the prosecutor in my case. First hearing I request is a Franks hearing to test the legality and validity of the search warrant to whether it should be quashed. Second hearing is determining the reliability, validity, and admissibility of the evidence held against me. The evidence and witnesses will be submitted and addressed by the new court appointed attorney that the court orders.

This I request the court.

Respectfully submitted
to the court on
April 18, 2014 or on
the date this Motion
arrives at the courthouse.

Brian David Hill
admin@uswgo.com
276-632-2599

Brian D. Hill