pro-se    This document is filed pro se.

To the U.S. District Court for the Middle District of NC,
I like the court to subpoena witnesses to which will
testify to who I am. One is Dan Johnson, another is
Gregory Lance, another is Luke Rudkowski, another is Kitty
Wolf, another is Pam Suggs, another is Michael Anthony
Nicholson Jr. another is Melissa Melton, another is David Kerr
of Santagelo law office, in Colorado, another is James Freeland,
another is Sean Justus and the last are my mom Roberta Ruth
Hill, my grandma Stella Forinash, my grandpa Kenneth Forinash, and
Angela Bennet. My admin@uswgo.com google Mail account has
my contacts info and my Facebook account has the
rest. I am indigent and cannot afford to pay witness fees
so I request that the government pay the witness fees.

I request this subpoena be issued by the court, Executed on
April 14, 2014.

I also request a new public defender as
my current attorney is ineffective as assistance
of counsel. Therefore I petition the court
to order me new counsel.
The reason I believe my current
counsel is ineffective is No communication
with me and my family since the FCI
Butner, NC mental evaluation. My attorney
would not return my families emails and
phone calls which concern me. I like
an explanation from Eric Placke as to
why he hasn't communicated with me
nor my family.

Brian D. Hill
USWGO
FCI Butner, NC
#29947-057
United States of America v. Brian David Hill
Brian David Hill
April 14, 2014