

Brian David Hill #29947-057

Name:
Federal Correctional Institution
P.O. Box 1000
Butner, NC 27509

Apr 18, 2014

Clerk Of Court
L. Richardson Federal Building and Courthouse
Greyer
324 W. Market St. Suite 1
Greensboro, NC 27401-2513

LEGAL MAIL

RECEIVED IN THIS OFFICE
APR 21 2014
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC