IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:13CR435-1 |
| | : | |
| BRIAN DAVID HILL | : | |

ORDER CONTINUING TRIAL

Upon motion of the Defendant, for good cause shown, trial in this matter is hereby continued to the July 2014 Criminal Term. The Court finds that failure to grant the requested continuance would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the Defendant's condition, as detailed in the report filed with the Court on May 8, 2014, that the ends of justice are best served by granting this continuance, and that they outweigh the interest of the public and the Defendant in a speedy trial. Accordingly, the delay occasioned by the granting of this continuance shall be excluded in computing the time within which the trial of this matter must commence. *See* Title 18, United States Code, Sections 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED, this the _____ day of June 2014.

_____
CHIEF UNITED STATES DISTRICT JUDGE