IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | 1:13CR435-1 |
|---|---|---|
| v. | : | |
| BRIAN DAVID HILL | : | FACTUAL BASIS |

NOW COMES the United States of America, by and through Ripley Rand, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

Detective Robert Bridge of the Reidsville Police Department conducted an investigation into the online sharing of child pornography on peer-to-peer networks, finding an IP address logged as having previously identified files of child pornography available for sharing. Detective Bridge partially downloaded two of those files, finding the contents to constitute child pornography as defined in 18 U.S.C. § 2256(8). The subject IP address was found to be assigned to a residence in Mayodan, N.C. A state search warrant was obtained and executed on August 28, 2012, with defendant, BRIAN DAVID HILL, being found to reside at that location. In a consensual, non-custodial interview the following day, HILL admitted knowingly seeking and possession child pornography. A forensic examination

of computer media possessed by HILL showed that it contained child pornography as defined in 18 U.S.C. § 2256(8).

This the 9th day of June, 2014.

Respectfully submitted,

RIPLEY RAND
United States Attorney

ANAND P. RAMASWAMY
Assistant U.S. Attorney
NCSB #24991

P.O. Box 1858
    Greensboro, NC 27402

336/333-5351