[Envelope scan]

Return address:
Brian David Hill #96418
is Autonomic
Guilford County Jail
201 S. Edgeworth St
Greensboro, NC 27401-2315

Postmark: Greensboro NC 27402

The writer of this letter is an inmate at the Guilford County Detention Center.
P.O. Box 3427
Greensboro, NC 27402

Addressee:
U.S. Courthouse
L. Richardson Preyer Federal Building
ATTN: Clerk Of Court - filing MOTION In This Office
324 W. Market St, Suite 1
Greensboro, NC 27401

Stamp: RECEIVED SEP 03 2014 CLERK, U.S. DISTRICT COURT GREENSBORO, NC 2:45 PM

LEGAL MAIL 274013251 3