IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
vs.
Brian David Hill

MOTION
PRO SE



: 13CR435-1

## MOTION TO FILE MORE EVIDENCE

A motion has been filed with the court to withdraw my Guilty plea. This motion is to introduce more evidence in support of that motion of withdrawl. Evidence is also being sent to my family and from my family. Additional evidence for the withdrawl of my plea will be mailed to the court on either Monday, Tuesday, or Wednesday which may take additional time to reach the clerk of court.

This motion has attached more declarations as evidence to be filed on docket by the court. I, Brian David Hill, file this Motion with the court through the clerk of court by U.S. Mail. Respectfully submitted, this the 8th day of September, 2014.

Brian David Hill
Defendant

# Computer Statement

I, Brian David Hill, declare under penalty of perjury that the foregoing is true and correct. Executed September 7, 2014.

*Brian D. Hill*
signed

## Statement:

I have used a computer since I was a kid. I am a computer whiz. I have used a Apple 2E, Windows 3.1, Windows 95, Windows 98, Windows 2000 advanced server, DOS, Windows XP, Windows Vista, Windows 7, and I think Windows 8. Since I have used the internet, my computers has been hacked a lot of times so I kept restoring my computers. My computers over the years have received a number of viruses, trojan horses, spyware, and hacker attacks that has caused possible loss of data. I have discovered after the Edward Snowden NSA stuff made the news that computers have backdoors, hard drives can be read and used simply by a hacker using a 3G connection with the Central Processing Unit (CPU) on a motherboard. Computers can be hacked through Wifi and backdoors, security vulnerabilities. Even WPA2 password protected Wifis can be cracked by a determined hacker adversary. Even the government has been hacked by organizations like "Anonymous". How many people accused of child porn in all Federal Courts claim that a computer virus, trojan, or hacker committed the offense?

## Computer Statement

There are a number of these cases across the country. For example, the Robert law firm deals with computer crimes and child pornography cases. Not everyone can afford these specialized private attornies, so people get public defenders that may not have the computer expertise to defend someone accused of child porn so those people have no choice but to plead guilty whether innocent or not. It is possible for any computer to be hacked, especially people that have enimies. I have a lot of enimies through my political work with U.S.W.G.O. Alternative News and We Are Change NC, one a state senator with a son that is the County DA, two a police chief of a small town. U.S.W.G.O. has received DDoS and/or DoS hacker attacks, denial of service. Even FederalJack's website has been hacked. I type articles for FederalJack too. Just because child porn can be found on a person's computer does not make them guilty that they need mandatory sex offender treatment. I informed the FBI/SBI about the virus or trojan horse. I have enimies over my political work I did. I know computers can be hacked, even with firewalls as I used to run a web server at home, even paid for a Virtual Private Server hosting when I ran my website. No matter how much security computers have, websites can be hacked and so can computers.

# Alibi Statement 2012

I, Brian David Hill, declare under penalty of perjury that the foregoing is true and correct. Executed September 7, 2014.

Brian D. Hill
Signed

## Statement:

Around May 15, I was at the Mayodan town council giving a petition to town attorney Philip Edward Berger and spoke at the public comment period. May 26, I was at the Rotary Club in Henry county, VA to attend the blue grass music event. I interviewed Constitution Party candidate Virgil H. Goode ~~runnig~~ running for office of U.S. President. June 1-2 I was at the Occupy Bilderberg protest in Chantilly, VA and went to a antique mill on the way back. July 4 I had visited Red Hill Plantation in VA to interview Patrick Henry Jolly for U.S.W.G.O. Alternative News. Around I think May I went on a vacation and one place was New Bern, NC which has the old Pepsi place. In I think April I went on a vacation in the North to the WV state capitol, Serpent Mound Ohio, and other places. Every .KDC photo file on my seized hard drives is a alibi that proves I wasn't at my computer at those dates and times in the KDC KODAK EXIF Metadata in each file. July 9 I went to the town council, was threatened and intimidated by Police Chief Charles J. Caruso, typed a news article posting which I published on uswgo.com. My mother Roberta Ruth Hill 276-224-6417 has a record of trips I have taken in 2012 which she will be happy to scan then fax to the court upon request.

# Alibi Statement 2012

Between April to May 15, I was busy each day (when I wasn't on vacation) gathering signatures for my Nullify-NDAA petition for U.S.W.G.O. and We Are Change NC political groups. Gregory Lance my friend, Jeff Lewis my friend, State Rep. Bryan R. Holloway, and other friends were witnesses to this alibi. I gathered signatures from Mayodan NC, Rockingham Community College NC in Wentworth, Madison NC, Reidsville NC, and Eden NC. Dates were added with every signature on the petition and has a address or phone # record of each signer that added one. My petition alibi can be confirmed by over 200 petition signing witnesses. Around most of 2012 I was involved in political work focusing on that task. I took breaks by watching anime, walking downtown Mayodan, hiking, going on trips, visiting and hiking around the Mayo river, listening to music, watching Alex Jones videos, and chatting online with my friends that were involved in politics. There were times I fell asleep with my computer left on unprotected due to low blood sugar insulin reactions from my type 1 brittle diabetes, my mother is witness to that. I also had diabetic seizures in 2012. My mom took a video of one of my seizures, at least I think it was her and/or my grandparents. With my political work being busy on it with chatting with online friends, having seizures, fainting or falling asleep from low blood sugar, taking vacations, hiking, and walking downtown, that's a lot of time to do legal activities, that I wasn't doing the activity I'm accused of.

page 1/2

# Witnesses Statement — Brian D. Hill

My Mother Roberta Ruth Hill, 276-224-6417, 916 Chalmers St. Apt. B Martinsville, VA.

My grandparents Kenneth and Stella Forinash, 276-632-2599, 916 Chalmers St. Apt. A Martinsville, VA.

My other grandad James Mercer.

My friend James Freeland from Syracuse, NY.

My ex-friend Daniel Johnson of Pandaunite.org.

My friend Jeffrey Lewis of New Bern, NC, The Patriot Coalition.

My friend Gregory Lance of I think Mecklenberg County, NC, of We Are Change NC of Meetup website.

My friend Luke Rudkowski in NY, of We Are Change

My neighbors of my old address I left at 413 N. 2nd Ave., Mayodan, NC 27027.

# Witnesses Statement   Brian D. Hill

Mayodan Town Clerk Melissa K. Hopper, in NC.
220 W. Main St., Mayodan, NC 27027

NC State Representative Bryan R. Holloway
NC House of Brepresentatives in Raleigh.

Patrick Henry Jolly, Red Hill Plantation in Virginia

# Character Statement

I, Brian David Hill, declare under penalty of perjury that the foregoing is true and correct. Executed on September 7, 2014.

*Brian D. Hill*
Signed

## Statement:

I, am Brian D. Hill, I am 24 years old. I have mild autism which makes me different, makes me unique, but I am not a criminal. I do not have the mindset of a criminal. I do not have the intent of a criminal. I do not want to commit crimes. I do not wish to commit crimes. I have a respect for the law. I have type 1 brittle diabetes. I have OCD. With the combination of my diabetes and mental issues, I am disabled and receive SSI, EBT which is food stamps, and Medicaid assistance. I am supposed to have a medical caretaker. That is my mother whom was my caretaker prior to my arrest. I am a Christian that believes in god. My favorite music is Dance, Trance, Techno, and Rap. I can make friends and socialize despite my disability. I like to do photography and ~~take~~ have taken photos of Mayan ruins, old factories, historical buildings, mountains, butterflies, flowers, waterfalls, rivers, beaches, lighthouses, animals, bugs, festivals, cars, and more. I have a good heart. I am attracted to and prefer asian women. I am not a pedophile, I am not a predator.

## Character Statement

I like Playstation games, Nintendo games, and 3DO. games, and Sega games. I love using a computer, I am skilled at using a computer. I am interested in law. I love to travel, go on adventures, take vacations, and even day trips. I like to go on cruise ships. My favorite food is Japanese food and Chinese food and Pizza. I love to go hiking a lot so I hike at Pilot Mountain in NC, Hanging Rock state park NC, Blue Ridge Parkway, Dick and Willy trail Martinsville, VA, downtown Mayodan, Stone Mountain GA, and a lot of other places throughout my life. I like to swim so I have swam at Fairy Stone Park in VA, the YMCA in Martinsville VA, on cruise ships, Springs in Florida, and other places. I swam at resorts too. I like playing board and card games like Uno, Monopoly, Chess, Checkers, Sorry, Life, and other games. I like to do research on the internet, read the news, watch YouTube videos, watch PrisonPlanet.TV, work with the alternative media including Alex Jones of Austin, TX, watch Japanese anime, and do other non-criminal stuff over the internet. I like chatting with and making friends. I like the Japanese culture. I like being a truth seeker, learning different cultures. I like to visit Canada again and visit one more Mayan ruin.