[Envelope scan]

Return address:
Brian David Hill #964486
Guilford County Jail
201 S. Edgeworth St.
Greensboro, NC 27401-2315

Postmark: GREENSBORO NC, 4 SEP 2014, [notation: "of this letter is an inmate ... Detention Center, ... NC 27402"]

Addressee:
ATTN: Clerk of Court MOTION
U.S. District Court
L. Richardson Preyer Federal Building
324 W. Market St., Suite 1
Greensboro, NC 27401

LEGAL MAIL — Time Sensitive

Stamp: RECEIVED In This Office SEP 09 2014 CLERK, U.S. DISTRICT COURT GREENSBORO, NC   BY: [initials]

Case 1:13-cr-00435-TDS   Document 29-1   Filed 09/09/14   Page 1 of 1