IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
vs.
Brian David Hill

MOTION
PRO SE

1:13CR435-1




# MOTION TO FILE EVIDENCE

Evidence attached to this Pro Se Motion is to be filed on the docket then used for the earlier Motion I filed for Withdrawl of my Guilty Plea to support a basis for a fair and just reason for such withdraw.

The attachments include the threat email I received, my USWGO article on the Mayodan Police Chief, Affidavits from my family, and any other evidence to support my factual claim of innocence for withdrawl of my plea. I hereby file the "Motion To File Evidence" with the Clerk of the Court using U.S. Mail.
Respectfully submitted, this the 9th day of September, 2014.

Brian David Hill
Defendant



**Brian Hill <admin@uswgo.com>**

## Your gonna get it

**sallysamsong@tormail.org** <sallysamsong@tormail.org> Sat, Apr 20, 2013 at 11:58 PM
To: admin@uswgo.com

Your gonna get it....We know what your tryin to do....You'll regret ever being an investigative news reporter....Youll regret what you just did....better watch your back Brian....DONT REPORT ANY MORE ARTICLES OR TALK TO ANY REPORTERS ABOUT THIS CHILD PORN VIRUS OR YOU GONNA GET IT

**From: <johnsnatchz@tormail.org>**
**Date: Sun, Apr 7, 2013 at 5:30 AM**
**Subject: You better watch out........**
**To: admin@uswgo.com**

**You better watch out Brian...We are watching you...Having child porn planted on your hard drives and computer was only the beginning and we will set you up for violent sex crimes if you don't watch your back...Have fun becoming a sex offender...Police won't believe you no matter how much evidence you have that you been set up we know some people in the SBI who will make sure you are convicted. You will be shut up by being a sex criminal. Your friends Alex Jones, Dan, James, Sean, Alex, and others are next...BeWare!**

Monday, October 21, 2013

(347) 989-0106 7:00PM FRI-SUN - CALL IN TO USWGO TALK RADIO!!! BECOME OUR FAN! JOIN OUR

U.S.W.G.O.

Keeping People Well Informed

United we Stand We the people run the Government Org.

home | about | action center | blog | youtube area | links | forum | other | Use our article Search

be our allies! | precrime | donate! | governing body | community guidelines | mp watch | cure research | atrebors corner

videoshow | state secession watch! | paranormal files | politicians view | the info library | other categories | social network

# Reporter intimidated and booted from town council when asking a question

July 10, 2012 by Brian D. Hill (Edit) Leave a comment

Filed under Brian D. Hill's Articles, Building the Police State, USWGO

Author: Brian D. Hill

**Note: This is all alleged since only I am coming forth about what happened to me. Of course the RockinghamUpdate reporter was around the area as well but I don't trust RockinghamUpdate as they refused to cover any significant local stories about Mayodan citizens resisting the NDAA 2012 law. I am up for interviews and I promise that everything I say is the truth as it is my duty and responsibility to expose anything that doesn't seem right. I must tell people what happened while it is fresh in my mind although this has been posted days later after the draft has been made as I fear the police are watching my website and are looking for a way to come after me so I am laying low and publish this at least 3 days after the incident. Remember my witness report is just an alleged report since only I have decided to write on this.**



USWGO Alternative News

Like 929




**Emergency donations needed for USWGO to pay for server in 4-5 days (Moneybomb)**

At around July 9th, 2012 during the Mayodan Town Council meeting, things go from bad to worse at the town council meeting, and all I did as a reporter was ask NC State Senator Phil Berger a question before the chief of police forced me out which is in the video I got recorded. Somehow I recorded audio when the cop forced me out the whole time and even left a remark to have fun with the New World Order multiple times before getting my stuff. There was no audio of the cop intimidating me though but at least I got a recording of part of the whole ordeal.

First while the people were around and leaving the cop told me that when the session closes I am suppose to leave out of there so they can have their private meeting before the meeting is entirely closed. I didn't know all that so I should not have been treated like a criminal. Then of course the cop went further in making sure I never go up to state senator Phil Berger to ask him a question. Then minutes later when I was going to explain to the officer that I have type 1 brittle diabetes, he interrupted me then started telling me that the way I was going up to the state senator with a camera (Like I was in the wrong for that), told me how like those city council meeting videos on TV where someone comes sup quickly to shoot a political offical, and acted as though I was coming up to him fast to do something terrible to him or even do something that threatens his life. He said that he knows that I didn't show that I was intending to do that but then he started saying to me that if I go up to the state senator like that again he will push me back or something like that. Basically he was gonna force me back as if I am gonna hurt him or go into a bar without an ID. That was the way he was acting and being close to me, close to my space. Then I told him I promise I won't do that again then he badgered me a little bit more then I said I am sorry and said scouts honor then he backed off. Then when my mom came in to the town hall office

CRAZY WOLF RADIO

Mon - Thu 11PM PST

Fri - Sun 9 PM PST

Protect Liberty, & Freedom

Check us out on YouTube!

Send news tips to:

news.tips@uswgo.com

All emails sent to this news tip email get forwarded to the appropriate editor, reporter, or the head reporter.