Brian David Hill #964186
Guilford County Jail
201 S. Edgeworth St.
Greensboro, NC 27401

The writer of this letter is an inmate
at the Guilford County Detention Center
Greensboro, NC 27401

ATTN: Clerk Of Court, MOTION
U.S. District Court
L. Richardson Preyer Federal Building
324 W. Market St., Suite 1
Greensboro, NC 27401

LEGAL MAIL

SEP 10 2014
CLERK, U.S. DISTRICT
GREENSBORO, NC