Note:  Sep. 9, 2014

This is all the evidence I can send to be docketed until next Monday when I purchase a Manilla envelope to file the rest of the evidence on the docket. The Chief Judge will ~~a~~ realize I am innocent and must question the entire ~~question~~ criminal conviction of mine. This evidence proves I am not delusional, that I am advancing a fair and just reason for withdrawing my guilty plea.

FILED SEP 10 2014 IN THIS OFFICE Clerk U.S. District Court Greensboro, NC By

Brian D. Hill
Signed
Brian David Hill



Mayodan Chief of Police and the entire town council is no doubt part of the New World Order. They know who I am and they know what I stand for so I will have to lay low after the two postings I will make. Please stand for us or we will all hang separately. Even if they aren't 100% in on the New World Order money masters they are apart of this partially by some subsidiary group or pack of corporations that work with the Bilderberg Group. The town of Mayodan is not immune to the garbage and BS of the New World Order and that is a fact as a news reporter I have been in 2-3 years.

Share and Enjoy:

Tags: asking, booted, chief of police, intimidated, Police, question, reporter, town council

Please support USWGO Alternative News and help keep their site Alive by sending us a donation or recommending a private grant

**Donate**
to us:

## Comments

7 Comments on "Reporter intimidated and booted from town council when asking a question"

- Reporter intimidated and booted from town council when asking a question : Federal Jack on Tue, 10th Jul 2012 4:55 am (Edit)

  [...] Source: USWGO Alternative News [...]

- grandmasterbhek on Tue, 10th Jul 2012 11:01 am (Edit)

  OMG!!! The asked you to leave! The horror! I always love how you guys have cameras but never show happening what you claim happened.

  She doesn't go your way so you guys cry like the butt hurt conspiracy loons you are. Life sucks…get over it.

- Police Chief Boots Reporter For Asking Senator About NDAA on Wed, 11th Jul 2012 10:47

### Watch our New Documentary

**ENEWS & UPDATES - DELIVERED BY**

Sign up to receive breaking news and updates from USWGO Alternative News!

Enter your email address:

241 readers

**LOGIN PANEL**

- Site Admin
- Log out



Grey Wolf    Alabama T Ruth

Buying Copyrights, Then Patrolling the Web for Infringement




# The New York Times

May 3, 2011

