Brian David Hill #964286
Guilford County Jail
201 S. Edgeworth St.
Greensboro, NC 27401

FILED ... ARD AREA
09 SEP 2014 PM 4 L

The writer of this letter is an inmate
at the Guilford County Detention Center,
Greensboro, NC 27401. This office.

ATTN: Clerk Of Court, MOTION
U.S. District Court
L.C. Richardson Preyer Federal Building
324 W. Market St., Suite 1
Greensboro, NC 27401

RECEIVED

SEP 10 2014

CLERK, U.S. DISTRICT COURT
GREENSBORO, NC

27401251999

LEGAL MAIL          PART A