# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA




| | |
|---|---|
| United States of America<br>v.<br>Brian David Hill | MOTION<br>PRO SE<br>1:13CR435-1 |

## MOTION TO FILE EVIDENCE

Five more pages of evidence, including a both-sided paper of a declaration is being filed with the court to file on docket. The rest of the est. 73 pages of evidence will be mailed on September 15th Monday through the Jail, to the clerk to file on docket as evidence to withdraw my guilty plea. A hearing for the withdraw of my plea should wait until all evidence I am sending has been sent, received, and reviewed by the court the Judge and the U.S. Attorney. I file this with the clerk of the court using U.S. Mail. Respectfully submitted to the court this the 11th day of September, 2014.

Note: The evidence I am sending you, has already been sent to Eric Placke prior to that email he sent stating that he didn't think I was set up.

Brian David Hill
Defendant

## Fwd: Brian David Hill

Sue Basko I just sent this to Brian's lawyer and to the prosecutor. Please do not reply to it. Please do not post this anywhere. Thank you. Let's keep this to ourselves for the time being. I plan to write a blo

Dec 30 at 5:19 AM
I just sent this to Brian's lawyer and to the prosecutor. Please do not reply to it.

Please do not post this anywhere. Thank you. Let's keep this to ourselves for the time being.

I plan to write a blog post. -- Sue

---------- Forwarded message ----------
From: **Sue Basko** <suebasko@gmail.com>
Date: Mon, Dec 30, 2013 at 11:15 AM
Subject: Brian David Hill
To: anand.ramaswamy@usdoj.gov, Eric_placke@fd.org

RE: Brian David Hill
Case#: 1:13-cr-00435_UA

Dear Sirs:

I am writing to you both about the case against Brian David Hill. It is my belief that Brian was most likely the victim of a practice recently happening where media activists are being tricked into downloading Child porn images, ostensibly to set them up for prosecution. This has happened to a solid number of the media activists who are more or less in Brian's circle.

I have assisted a number of victims of this set-up. I did not assist Brian and he tried to handle it on his own. Brian has autism and did not have an advocate or lawyer during any of it. He apparently made a false confession of some sort.

Brian did come to me before he was arrested, when he heard that I have been assisting victims of these child porn set-ups nationwide. By then, it was too late, and I had to inform him there was already a federal indictment and arrest warrant in his name.

The methods of getting people to download the child porn have been varied, ranging from being jpgs that are misnamed and luring the person by saying they are photos of a recent event, to embedding the pictures into a pdf that the person is told to download for some purpose.

The men who have received these emails, that I have assisted, have been shocked, horrified, embarrassed, and did not know what to do. One man received taunting emails afterwards.

Brian has autism and therefore, I think his shock and confusion on what to do was probably greater than most. But I assure you, even men without this disability are deeply shaken and very afraid when this set up happens to them.

There is a provision in the law that there is a defense if the images are reported to a law enforcement agency. None of the men I helped knew of this law and none of them knew how or where to report it. Also since

they all use their computers for their work or activities, they were afraid of losing their computers as evidence, even for a short while. They all also felt very vulnerable and as if reporting it might cause more trouble than not. Nevertheless, I reported it for all of them and had others report it themselves.

I have written two blog posts on this topic. Each post contains a video where the men explain what happened to them. Please watch and read:

http://subliminalridge.blogspot.com/2013/07/child-porn-emailed-to-activists-to-try.html

http://subliminalridge.blogspot.com/2013/07/attempt-to-set-up-journalist-with.html

After posting the blogs, I heard from and about other victims. I personally receive emails nearly every day trying to trick me into downloading a google doc. I delete these emails. The less wary or the more curious might download them.

I urge you to please reconsider this prosecution of Brian Hill. Brian is very much a media activist, with over 300 youtube videos on various causes. He apparently also attends many town meetings and participates by speaking on behalf of whatever causes he believes in. He is actively engaged in Constitutional participation.

Brian is exactly the sort of target that is being hit by the child porn set-ups. He has told me he thinks this is what happened to him. He tried to explain to people what was going on, but with his autism, I think they did not listen to him or could not figure out what he was talking about, or did not believe him. Brian gives way too many details and loses the whole picture.

When Brian was questioned, he did not have a lawyer or advocate. This seems highly inappropriate considering he is autistic.

Please take this information and use it wisely. If you wish to contact me, email is always best, but I can also be reached by phone if you leave a return number.

Thank you.

_- Susan Basko

California and Illinois
EMAIL suebasko@gmail.com
phone: 310-770-7413
LEGAL INFO: http://suebaskolaw.blogspot.com
MUSIC & FILM LAW BLOG: http://suebasko.blogspot.com

# DHS Declaration

I, Brian David Hill, declare under penalty of perjury that the foregoing is true and correct. Executed on September 11, 2014.

Brian D. Hill
signed

Statement:

At around December 20, 2013, I was at the mental inpatient unit of Martinsville Memorial Hospital in Virginia due to wanting to make a suicide attempt over first finding out about the Federal Warrent for my arrest for child pornography charge. I was at the hospital at the 12th up to the 20th of December. On the 20th I was doing an activity with other patients when I was told by a hospital staff person told me something about getting my clothes that I had got the staff to wash. I walked into the staff break room with I think a couch and I think a Kitchenette. Two men were there, flashed his badge, and told me that the one was (blank) from the Department of Homeland Security. I was forced to be discharged and was arrested, then taken from the hospital in I think a white SUV. They were nice enough to call my family at 276-632-2599 and let me talk a bit I think. I could hear my mom sounding like she was crying. I was transported to Forsyth County NC Detention Center and was put on suicide watch the day I got there. I was scared I was going to be tortured in Guantanamo Bay so I yelled suicidal statements at the holding cell after I saw the Jail officers wearing military style outfits. I ~~assumed~~ assumed the DHS Agents put me in a mini Gitmo Detention facility.

# DHS Declaration

I believe it was highly inappropiate for Homeland Security agents to be used in my arrest instead of Federal Marshals or the FBI. I had to go through a strip search while being videotaped, I believe they have footage of my penis and anus. I felt degraded and scared, like I was really at a mini version of Guantanamo Bay facility. I was humiliated, scared, worried, and thinking about my family. Then on Dec. 23rd I was transported by NC SBI Agent Rodney White and a U.S. Marshal to the Greensboro, NC U.S. Courthouse for my arraignment hearing, then I was detained at Guilford County NC Detention Center.

facebook

Search for people, places and things

Uswgo Brian Hill

confront him in massive numbers and start talking to the voters that voted for Phil Berger. Stay only on the sidewalk and don't Jaywalk. We have to expose this state senator for what he is so he loses his votes before the next election.



Uswgo Brian Hill

http://blog.alexanderhiggins.com/2012/07/11/police-chief-boots-reporter-senator-ndaa-147881/#respond



Police Chief Boots Reporter For Asking Senator About NDAA



Uswgo Brian Hill

http://www.youtube.com/watch?v=Gau-QgLBhEg



Reporter forced back by Mayodan Police for asking Senator Phil Berger a question


https://www.facebook.com/events/333086330113815/

Uswgo Brian Hill | Confront Senato... | Attend the Speech ...

SEARCH

facebook | Uswgo Brian Hill | Home

Add Event Photo

## Confront Senator Phil Berger Anywhere

Uswgo Brian Hill

Events | Edit

Monday, July 16, 2012 | What time?

Everywhere

Since you all don't have the gas money to head to the Mayodan Town Council to confront NC Senate President Philip Edward Berger I ask that you confront him in Raleigh, at your Republican convention, just any public event he goes and start asking him questions including what he did to me at the Mayodan town council see here: http://blog.alexanderhiggins.com/2012/07/11/police-chief-boots-reporter-senator-ndaa-147881/#respond

The only way the police can't threaten and intimidate you is to confront him in grou...See More

Going (1)

Uswgo Brian Hill

Maybe (1)

Jessica Hopp

Invited (61)

Nicole Revels

Daniel Rufty

Gregory Lance

Write Post | Add Photo / Video | Ask Question

Write something...

**Uswgo Brian Hill**

I can't believe people won't do this. Every event I say I would attend including Bilderberg 2012 I was there at my own expense paying high


Sponsored | Create an Ad

**Koch Internship Program**

I ♥ LIBERTY

Advocate for liberty with a paid internship!

Like

**republic wireless**

Save more on your phone bill. No contracts, no hidden fees. Just a smarter smartphone plan

Like

**The Heritage Foundation**

Bringing you the best conservative policy information since 1973.

Like

**GamersXchange**

A marketplace by gamers, gamersXchange delivers a unique experience to gaming community.


Chat (112)