Brian David Hill #984186
Guilford County Jail
201 S. Edgeworth St.
Greensboro, NC 27401

GREENSBORO NC 274
PIEDMONT TRIAD AREA
12 SEP 2014 PM 6 L

RECEIVED
IN THIS OFFICE
SEP 15 2014
CLERK US DISTRICT COURT
GREENSBORO NC

U.S. District Court
L. Richardson Preyer Federal Building
ATTN: Clerk Of Court MOTION
324 W. Market St., Suite 1
Greensboro, NC 27401

LEGAL MAIL