# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
vs.
Brian David Hill

MOTION
PRO SE
1:13CR435-1

FILED SEP 1 8 2014
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By JCS

## MOTION TO FILE EVIDENCE

New evidence is being filed with the court to file on docket. This evidence attached to this Motion is a hand written copy of 6 pages 12 pages both sides, a letter to the U.S. Pardon Attorney of the DOJ. This letter further proves I have tried to assert my innocence claim in Declaration to Deborah Leff the Acting Pardon Attorney. This letter was sent around approximately ~~around~~ Sep. 5, 2014.

I file this with the clerk of the court using U.S. Mail. Respectfully submitted to the court this the 15th day of September, 2014.
Brian David Hill