[HAND WRITTEN COPY]

Sep. 5, 2014

U.S. Department Of Justice
Office of the Pardon Attorney

page 1/8

Dear Deborah Leff,    Presidential Pardon Application

I, Brian David Hill, apply for a Presidential Pardon Application for my innocence and good behavior. The Pardon request is for my federal charge in the U.S. District Court for the Middle District of NC, docket # 1:13CR435-1, United States of America vs. Brian David Hill. All evidence is included in this Application letter in a declaration. You may investigate the witnesses and sources in this letter to verify some to all of my declared information to decide whether I deserve a Pardon of innocence or a regular Pardon. I will write you compelling, just, and a fair reason why I deserve a Pardon, why I should be released from Jail and why I shouldn't deserve the terms and conditions in the Probation PSI of ten years supervised release. I believe my evidence, my alibis, my witnesses, my character witnesses, my good behavior, and my health should justify that I should receive a Presidential Pardon, that I be commanded to be released from Jail, that I be returned back home to my family at 916 Chalmers St. Apt. D, Martinsville, VA 24112. I may include additional evidence in the envelope this Application Letter is contained, in future mailings to the U.S. FBI and U.S. DOJ, in future mailings to the U.S. District Court, in future mailings to the U.S. Probation Office, and in evidence faxed and mailed from my family members. I hereby file this Pardon request. Sincerely,

Brian David Hill
#964186 Guilford County Jail
201 S. Edgeworth St.
Greensboro, NC 27401-2315

Brian D. Hill
signed

## Presidential Pardon Application

I, Brian David Hill, declare under penalty of perjury that the foregoing is true and correct. Executed on September 5, 2014.

Brian D. Hill
signed

### FACTUAL Statements:

1. I have lived off of Social Security disability prior to my arrest. I was also on Medicaid. For all my life or at least most of it, I have been suffering with type 1 brittle diabetes, OCD, General Anxiety Disorder, and mild autism. My mother Roberta Ruth Hill was my caretaker that helped me take care of my brittle diabetes and cooked for me. Further documentation can be found in the Colorado U.S. District Court, civil case Righthaven LLC vs. Brian D. Hill (2011) about my medical problem.

2. In July 2012 when my IP Address 24.148.156.211 was flagged by CPS, I had received a virus or trojan horse that ran emule.exe without my consent, without my knowledge until I discovered it running, and I reported this rogue program to the NC SBI and U.S. FBI.

3. I have many alibis in 2012 that not only prove I ain't a danger to society but also that I wasn't doing the activity I was accused of doing. The 2012 alibis are New Bern NC, Edinberg Mill in VA at least I think that may be the name, Chantilly VA, Rotary Club in VA where I interviewed Virgil H. Goode, Red Hill plantation in VA, WV state capitol, multiple Mayodan town council meetings, Rockingham Community College,

## Presidential Pardon Application

3. (cont.) downtown Mayodan, downtown Madison, downtown Eden, downtown Reidsville, Farris Memorial Park, Serpent Mound Ohio, I think Pilot Mountain, I think Hanging Rock, Duncan Park in Mayodan, the Mayo river and dam there, I think Fairy Stone state park for swimming and hiking, I think Richmond VA either in 2012 or 2011, and other places. When I was on the computer I downloaded and watched anime that was english dubbed, typing up news article postings on uswgo.com, doing research, chatting with internet friends, doing political work, and working on my photography hobby. My mother is a witness to all this and my grandparents are also witnesses to at least some of my alibis. I have been on two cruise ships, National parks, state parks, swimming areas, hiking trails, festivals, and even saw a commercial movie being filmed in downtown Madison NC, and never did anything wrong, never did anything illegal.

4. I don't want to have any children, I am not a threat to children, I will never harm a child. I don't ever want to rape. I don't ever want to molest. I don't want to sexually abuse anybody. I don't even try to be around children. I am hetrosexual, I am not a pedophile. Just because it was found, the child porn, on my computer, does not make children my interest. My sexual interest is Asian women. I want to go dating with a nice woman. I like to continue traveling, hiking, photography, listening to music, chatting with my friends, and swimming.

HAND WRITTEN COPY

## Presidential Pardon Application

4. (cont.) I do not prefer 12 to 13 year olds like I told the police detectives. I prefer asian women. I felt I was threatened and compelled to tell the detectives what they wanted to hear. The whole confession should have been suppressed from my case but my no good public defender would not have it. Now it is being repeatedly abused for my PSI and to make me sound like a pedophile perverted freak, that needs to be monitored, shaken down by warrantless searches and seizures, and put under forced medication and mental health treatment. That confession audio is not my character and is an insult to my good name.

5. My mother Roberta Ruth Hill (276-224-6417), my grandparents Kenneth and Stella Forinash (276-632-2599), and my friends know my true character. They all will testify to the global truth that 1. I ain't a pedophile, 2. I don't need to be locked up, 3. I am a good person, 4. I was targeted by the Mayodan Police for personal and political reasons which is a conflict of interest, 5. That I deserve a pardon or clemency, 6. That I am against child abuse and torture, 7. That I take a lot of great pictures, 8. That I have a good heart, 9. That I will never commit a crime knowingly, 10. That I will never intend to hurt anybody, 11. That I will never hurt a child, 12. That my hobbies are completely legal, and that I was set up with child porn.

Presidential Pardon Application

6. I received multiple threat emails from Tormail.org. My email is admin@uswgo.com. Then I received a suspicious email from a adversary claiming to be Jeff Lewis from Tormail.org with PDF attachments. Garrett a Forensic IT specialist was given my email password at the time to investigate the attachments. The attachments were found to contain child pornography. Garrett reported that email to the FBI for me thanks to my friendship with Daniel Johnson of PANDA a organization. The one threat email told me that I was set up with child porn, that others were next, and said I will be a sex offender. That threat against me has been carried out with my conviction, and with my friends getting child porn trick emails. Whoever set me up with child porn seems to have access to child porn. I reported the threat emails to the NC SBI through Joy Strickland, the Assistant Attorney General of the NC DOJ. I heard from my grandma that she faxed the U.S. FBI, that she reported the threat email to them. My family has access to admin@uswgo.com, they have access to these emails which they can forward to any government agent.

7. Upon being released I will take up my hobbies of hiking, listening to music, photography, cautiously surfing the web with a internet filter, swimming, and become more social with other adults in my community, then find a nice asian woman to date.

8. I have already served 9 months in Jail and Butner Prison. I have suffered enough punishment for the set up against me. I do not deserve a conviction. I don't need to suffer more in jail then I already have. I am not a predator, I am prey, I have suffered and cannot fight back at those who are causing me to suffer. All I can do is keep writing letters to government officials, my family, and the media.

9. Since my incarceration, my blood sugars have got more out of control, my health deteriorates the longer I suffer in jail. My Feb. 2014 A1C 3-month average blood hemoglobin level was 10.9, before incarceration it was lower and kept under better control. Before my arrest my weight was over 200 pounds and now is less then 160 pounds.

10. If I stay in jail longer then 12 months I will lose my SSI and will have to reapply which may take years. I cannot work with my disability. I cannot survive without my SSI. My life is in the government's hands. Yes I could divorse the government to get out of this terrible charge, become sovereign to escape conviction, but then I will lose my SSI, Medicaid, and food stamps just to get no conviction under individual sovereignty. I rather not go that far to beat my conviction, that is why I am trying for a pardon.

Presidential Pardon Application

11. Since the Mayodan Police raid on August 28, 2012, I moved to Virginia to move on with my life. I went to beautiful places, went on two cruise ships, hiked the Martinsville Dick and Willy trail and doe run trail, swam and exercised at the YMCA, been to Vermont, been to Richmond Virginia, seen awesome skateboarding in the park, took photos of the little post office, stayed out of trouble, used the internet for over 15 months with filtering of torrents and emule so that I stay safe, my computers I use are all clean, and I lived a better life in Martinsville then I ever did in Mayodan North Carolina. It horrified me that I learned I was to be arrested in Dec. 2013. I lived a good life in Martinsville with no criminal charge, I was still free, I lived my life to the fullest as a law abiding citizen. Now I feel it is over with a unwarranted conviction. I want to go back to the good clean life I lived in Martinsville Virginia staying out of trouble, I want to go back to my law abiding life without ten years of restrictions and other horrors that aweight me. The court thinks I deserve all this. I don't even want to commit crimes. I should not be a criminal, I got dragged into a awful thing, I deserve to go back home to my family. It hurts me being locked up and treated like a criminal.

# Presidential Pardon Application

What else can I say. I am innocent, I been set up, I been threatened, I am a good person, I don't deserve to be locked up, I am against child pornography and know kids get harmed from it.

I don't have a criminal mind, I don't have criminal intent, I swear under Oath that I WILL NEVER Harm a child, never. I don't deserve the probation restrictions for ten years. I know how to obey the law, I respect the law, I don't need to be punished, I want to continue to stay away from child porn, I would even help the FBI track down and bust pedophiles to protect children. I have a good heart, I deserve a Pardon, I deserve my freedom, please I ask the Great and Honorable Barack Obama to pardon me of the conviction, he is our U.S. President, he has the power to right the wrongs done to me and bring Justice. Please U.S. Government I beg and plead of you to Pardon me of my conviction as soon as possible. Thank You the honorable Pardon Attorney.

        Sincerely,
        Brian David Hill

# Witnesses for U.S. DOJ

I, Brian David Hill, provide the DOJ and Pardon attorney a list of witnesses to support my claims. This the Sep. 16, 2014.

<u>Roberta Ruth Hill</u> – Witness to police detectives admitting to going through my computer files themselves, being my character witness, being my caretaker so she knows my activities, and witness to the threat to coerce confession, and my alibis.

<u>Stella and Kenneth Forinash</u> – Witnesses to the threat to coerce confession, my alibis, and my character witnesses.

<u>Town Clerk Melissa K. Hopper</u> – Witness of my town council activities of Mayodan, documented them on town minutes records.

<u>State Rep. Bryan Holloway</u> – Witness to my petition work.

<u>Patrick Henry Jolly</u> – Witness to my interview with him July 4, 2012 at Red Hill plantation in Virginia.

<u>Gregory Lance</u> – Witness of my petition work, activist.

<u>Virgil H. Goode</u> – Witness to my interview with him May 26, 2012 at the Virginia Rotary Club in Henry county.

<u>Neighbors of 413 N. 2nd Ave, Mayodan, NC</u> – Witnesses of my petition work; my character.

<u>James Mercer</u> – Witness to my character.

<u>Aunt Loretta Jackson</u> – Witness to my character.

<u>James Freeland</u> – Witness to my character, called him after Mayodan police raid, witness to my activism. In NY.

<u>Dr. Michael Coffman</u> – Witness to my interview with him in March 2012 for the Mayodan town council.

Page 2/2 [HANDWRITTEN COPY] Witnesses for U.S. DOJ

<u>Sean Justus</u> - Alternative News reporter, witness to my activism, character witness, typed articles for him.
<u>Glen Bradley</u> - Witness to child porn set up email, witness to my activism.
I have witnesses and alibis to verify my claims that I been set up with child pornography, that I am a good moral character with a good reputation, that I was busy with my alibis so I wouldn't have the time to commit the offense, and that I was involved with the small town of Mayodan before the Mayodan Police raid.

I am innocent, I deserve a pardon, my friends and family will vouch for me. I respectfully submit this to the U.S. DOJ on September 6, 2014.

<u>Brian D. Hill</u>
Signed

cc: U.S. Court
cc: Beige W. Tapp, Salisbury, NC Probation Office

[HAND WRITTEN COPY]

# My Release Plans For U.S. DOJ

I, Brian David Hill, declare under penalty of perjury that the foregoing is true and correct. Executed September 6, 2014.

*Brian D. Hill*

When I get out of jail, I plan on restoring my SSI disability payments, Medicaid, and food stamps. Then go to McDonalds to eat a good meal. Then the Japanese restaurant for my late Happy Birthday meal, flirt with the Japanese women. Then use the internet cautiously with a internet filter. Hike at the Dick and Willy trail again, then Pilot Mountain and/or Hanging Rock in NC state parks. I plan on getting my ~~~~ GED. I will finish working on my cruise ship trip pictures then burn the JPEGs to DVD and KDC files to Blu-Ray disc. I will catch up with my internet friends on Facebook, email, and writing letters. I will catch up on the news that I missed. Catch up on anime I missed. Catch up on TV Shows like Under the Dome, Continuum, Revolution, and Dallas and Nashville. Catch up with my family. Start getting ready to go on more family vacations like Niagara Falls, NY. I like to visit one Mayan ruin in Mexico. I plan on getting back to my hobby of photography. I will start hiking at least once, twice, or more a week. I will be going to church and start making more friends. If necessary I will ~~be going~~ create a online petition at Whitehouse.gov asking that I be pardoned for the Federal conviction I have, that my conviction be expunged.

[HAND WRITTEN COPY]

My Release Plans For U.S. DOJ

I will live at my old Apartment D at 916 Chalmers St., Martinsville, VA 24112 until me and my mom are ready to seek a duplex or apartment building to live in if my mom still wishes to follow this plan. I will be listening to trance, dance, and techno music again. I will go hiking and walking a lot. I will go to Martinsville festivals again. I will go to butterfly exibits. I will build my photography collection, of all LEGAL photos. I will live my life to the best, to the fullest, and stay out of trouble. Being in jail is the last time I will be in jail. I plan on never getting in legal trouble again. I will be living my life as a law abiding citizen. Probation is wrong about needing to control everything I do. I am not a predator, I am not a pedophile. My release plans are not illegal, I fully respect the law. I am still planning on going to law school to become a lawyer. I do not need sex offender treatment. I plan on going to Oktoberfest.

Brian D. Hill
signed