Brian David Hill #964186
Guilford County Jail
201 S. Edgeworth St.
Greensboro, NC 27401-2315

The writer of this letter is an inmate
at the Guilford County Detention Center,
Greensboro, NC 27402

# LEGAL MAIL



PREUM...         ...2AD AREA
17 SEP 2014 PN3 L

27401251359

ATTN: Clerk Of Court, MOTION
U.S. District Court
L. Richardson Preyer Federal Building
324 W. Market St., Suite 1
Greensboro, NC 27401

RECEIVED
in this office

SCP 18 2014

CLERK U.S. DISTRICT COURT
GREENSBORO, NC

4:00 PM