# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| United States of America<br>vs.<br>Brian David Hill | MOTION<br>PRO SE<br>1:13CR435-1 | FILED<br>SEP 18 2014<br>IN THIS OFFICE<br>Clerk U.S. District Court<br>Greensboro, NC<br>By: |

## MOTION OF DISCOVERY

I, Brian David Hill, file a Motion of Discovery with the court to discover if Rockingham County DA of 2012 and 2013 was involved in any investigation and/or process towards the prosecution against me. The court should subpoena all case files in the Rockingham County District Attorney office in Wentworth, NC Prosecutorial District 17A on anything to do with Brian David Hill and/or USWGO. That DA that was in control of that office in 2012 and 2013 before resigning in his bid to run for Congress, was Phil Berger Jr..
The purpose of this discovery motion are as follows:
(1.) To prove that Phil Berger Jr. was involved in the criminal investigation against me from 2012 to 2013 despite a family connection to Phil Berger Sr. that may constitute a conflict of interest and bias.

page 1/2

(2.) That as a consequence of writing article postings online that directly threaten Phil Berger Sr.'s election campaign, that he has direct access to his son Phil Berger Jr. that he could use to investigate and prosecute his political enimies through the state of North Carolina Justice Department.

(3.) That Berger Sr.'s ties by blood to Phil Berger Jr. may constitute a conflict of interest. That this Motion is to investigate whether Berger Jr. was investigating and intended to prosecute me through the state.

(4.) Whether Berger Jr. has abused his position as a District Attorney to target his father's political enimies in the County. Whether he had an intent to target me as his father's political enemy.

(5.) To investigate to prove a conflict of interest and bias against me. I file this with the clerk of the court using U.S. Mail. Respectfully submitted to the court this the 15th day of September, 2014.

Brian David Hill

page 2/2