IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
   vs.
Brian David Hill

MOTION PRO SE
1:13CR435-1


FILED
SEP 18 2014
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By:

## MOTION OF DISCOVERY

I, Brian David Hill, file a Motion of Discovery with the court to ORDER a forensic computer examination, if necessary, to find evidence of viruses, spyware, trojan horses, modified Windows OS files, and signs of computer hacking.

Since I am indigent, I request that the court fund and order this examination then a forensic report made for the court on the following factors:

(1) Whether the computer/computers and hard drives contained viruses, spyware, trojan horses, malware, and root kits.

(2.) Whether the computer/computers and hard drives have been hacked into, have illegally modified Windows files, have security vulnerabilities, and any other evidence of computer hacking.

page 1/2

(3.) Whether there was evidence tampering done by the police detectives going through my computer files before my property was sent off to the state crime lab.

(4.) Whether my computer/computers had up to date security software, updated security patches through Windows Update, and a sufficient firewall to deter hackers from successfully hacking into my computer ~~without~~ without my knowledge and consent.

I request with the court to conduct this forensic examination as soon as possible. I ask that due to my high diabetic A1C and fragile health that this examination be conducted quickly in less then a month as scanning for viruses doesn't take much time.

This will prove that my computer was hacked around the time of the alleged offense.

Respectfully submitted to the court this the 15th day of September, 2014.

I file this with the clerk of the court using U.S. Mail.

Brian David Hill

Page 2/2