# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

United States of America

vs.

Brian David Hill

MOTION
PRO SE
1:13CR435-1

FILED
SEP 1 8 2014
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By

## MOTION TO FILE EVIDENCE

The final evidence is being filed with the court to file on docket. They are disorganized as it went through Jail screening, it is 73 pages total, and a portion of those pages were sent in two envelopes sent earlier to the clerk as Part A and Part B envelopes. My family can fax the Affidavits again if needed in a organized manner.

The remainder of the evidence is as follows:

1. Affidavits introduced from my family.
2. Proof of my political involvement with the town of Mayodan prior to the Mayodan Police raid
3. Proof I had made a enemy of Phil Berger Sr. prior to the police raid.

page 1/2

4. That a person with mild autism can indeed give a "false confession or misleading statement." With my mild autism, the threat by Charles J. Caruso, and my admission on court record that my confession was not truthful, my confession should be suppressed on mental health and coercion grounds.

5. That Sue Basko a lawyer for Independant Media had asked the Prosecutor to "reconsider the prosecution of Brian Hill." Sue can be contacted at 310-770-7413.

6. That the Mayodan Police may not have been truthful in their police reports with Affidavit statements provided from my family. I ~~written, no~~ typed a ~~article~~ article that embarresed and angered the Mayodan Police Chief.

For all evidence submitted, I recommend that the court move to withdraw my plea of guilty, that the court move to suppress the confession and evidence, and that the court weigh case dismissal, pretrial diversion, or push for a Presidential Pardon for my conviction.

I file this with the clerk of the court using U.S. Mail. Respectfully submitted to the court this the 9th day of September, 2014. This Motion will be mailed out six to seven days after the 9th after my commisary order.

Brian David Hill

page 2/2

*May be disorganized and have missing pages.*

*AS= Already Sent earlier*

Here is some information Brian has asked his grandparents to send to him to give to the court to prove that he was involved in political things, had contact with the Mayodan police before the police raid in August, 2012 and was writing articles about the police chief of Mayodan, NC. We have decided to add some extra things for proof. We can testify under oath that never once have we seen Brian noticing children. He was not interested in children at all. We have stated this fact in some letters as well. We feel that if this is on his computer, it is either a computer virus, a hacker put it in there, he accidently downloaded it while downloading other things or this was done during the police raid at his house. We feel that he is innocent of this, of knowingly putting child porn on his computer. He became way too involved in political issues, going way overboard and listening to others (his friends and other political people) on the internet, totally ignoring his family when we told him he needs to give up on the politics and do other things. He now knows that he never wants to again get involved in political issues.

1. Political Proof for Brian's court case: 6 pages with photos
2. Autism – proof from professionals that a person with autism may produce false confession or misleading statement -  1 page
3. Principles for Prosecutors Considering Child Pornography Charges against Persons with Asperger's Syndrome (A type of mild autism – Brian was diagnosed with PDD, then Asperger's Syndrome and now has the diagnosis of autism).   5 pages from autism experts



4. Brian got two threatening emails on Apr 7, 2013 & April 20, 2013.    2 pages
5. An email that an attorney in California sent to Brian's grandparents after Brian's arrest. Brian did not get to talk to her for long because he went to the hospital for help with mental issues in December, 2013 and was arrested and removed from the hospital. She sent this letter to both attorneys in Brian's case: 3 pages
6. Email we sent to Brian's attorney in July, 2014.   5 pages
7. Proof on the internet that Brian has autism and diabetes from another time when many  alternative news people were sued by Righthaven in 2011. This was thrown out of court. Reporters without Borders got involved in Brian's case, and the New York Times did a special article about him. 5 pages
8. Proof that Phil Berger is the Mayodan town attorney. Yes, this is NC president of the senate pro tem at all of these small town meetings.   1 page
9. Several pages showing that Brian was putting videos on YouTube about the town of Mayodan and his attending meetings from March – July, 2012. Rockingham Update also has videos about this on YouTube. His family talked him into putting the video on private that he had up there of police chief Charles Caruso removing him from the town meeting in July, 2012 after Brian was asking one question to Phil Berger. We found a copy of this video, if you want one sent by email.   Photos from these videos. 16 pages
10. On July 14 & 15, 2012 Brian put an article on Facebook starting an event having to do with Phil Berger Sr. He told his friends on facebook that he was threatened by the chief of police, Charles and tells everyone to approach Berger and ask questions and do it in a legal matter.  He kept his facebook

1

page public. Brian always saved and archived everything he did, so apparently, he saved this article to his files on the internet too. 6 pages and an extra page about the Bergers from Phil Berger Sr. facebook account.

11. Affidavit from Brian's mom about the police raid and notes we kept after the arrest. Notes from Brian's grandmother who typed this right after the police raid, so we would have a copy. Notes added by Brian's mom, and his grandpa. His grandpa was the one who talked to the detective at the Mayodan police department who told him that Brian could come and pick up his things and actually lied on the phone. We three signed these in front of a Notary Public that they are true statements, and we all agree on Dec. 30, 2013. Three of these Roberta Hill's affidavit has 8 pages; Ken Forinash's affidavit has 7 pages, and Stella Forinash's affidavit has 8 pages.

12. In November, 2013, Brian thought that it was now time to get his computers, hard drives and memory sticks back. He wanted all of his vacation photos, etc. returned. Thought that there was nothing in his computer and it was time to return his items. Hired an attorney in Eden, NC for $75.00. This attorney was told that there was a secret federal indictment. Brian wrote to Ripley Rand asking about that in November or December, 2013. 2 pages

If you need any other information, the best way to get in touch with Brian's family without playing phone tag is through email. His mom's (Roberta Hill's) email is: rbhill67@yahoo.com

His grandparents' (Ken and Stella Forinash) email is kenstella2007@yahoo.com or kenstella2007@comcast.net

Thank you.

Article at end 5 pages

2

# POLITICAL PROOF for Brian's court case

## Phil Berger Jr versus Mark Walker in 2014 - Brian David Hill in 2012

**Question: How close are this son and father team?** This question was answered in July, 2014. The son was the district attorney for Rockingham County in NC in July & August, 2012 with ambitions to run for US Congress and was running for this office from January until July, 2014. Both father and son are attorneys. The dad is third in line to be governor of NC, the president pro tem of the NC State Senate and was again running for this position in July & August, 2012 also served as town attorney for the town of Mayodan in Rockingham County, NC. Was Brian their political enemy? Yes, he was writing articles about the dad and doing video tapes about his dad and the police chief of Mayodan, NC. Can you prove they had anything to do with Brian's computer? Of course not. Can anyone prove that Brian has an interest in children? Only by images in his computer. Brian is 24 years old and has never been in trouble with the law. He has never done anything to harm any child and is not interested in children at all. Evidence is just on his computer. Can anyone hack in your computer and put images like this in your computer? Do hackers exist? Can it be proven that someone else can put images on your personal computer? Are all police upright citizens who would never break the law? Is it possible that police during a police raid that lasted hours while the victim and his family were forced to stand on the front porch for hours could put these images on a computer before they even removed these computers from his house? All we can do is bring proof that Brian was saying some things in July, 2012 on a facebook page that was set to public which means anyone could read anything Brian wrote on his facebook page. Is Facebook used for political purposes? Answer proof is below. Brian was also writing articles about Mayodan attorney, Phil Berger Sr and the police chief of Mayodan, Charles Caruso. There are videos in July, 2012 showing that Brian was attending town hall meetings at Mayodan from March – July, 2012 where both Phil Berger Sr (town attorney for town of Mayodan) and police chief, Charles Caruso were also at these meetings. This evidence we will add in this mailing (photo proof), but anyone can visit these YouTube videos for further proof. This is actually something you can see Brian doing from March – July, 2012.

On Brian's behalf, he has a family who are with him 99% of the time when he is away from home who can testify under oath that Brian has never once shown interest in children. We are always with Brian because he does not drive a car, has autism, brittle diabetes, seizure disorder and some mental disorders all of his life. We were there during the police raid at Brian's house (his grandparents and mom), and we heard the Mayodan police chief threaten Brian to "Fess up because someone from that house was putting images on his computer". We have written affidavits to prove that we were there and what we heard and saw. Two attorneys called Brian's grandparents the night before Brian's trial was to start and they were going to select jury in June, 2014 and told his family it would be better for Brian to plead guilty of possession. Otherwise, he would have a quick trial. The jury would not know that Brian has autism, and his family would not

1

be able to speak at the trial. Brian's grandparents were told that Brian would be the only one who could speak up and by the time the prosecuting attorney was through with him, he would be found guilty. Since family knows he has autism, it is a known fact that people with autism will plead guilty when they are innocent. One attorney told Brian's grandparents that all the prosecuting attorney would have to prove is that it is on Brian's computer. Brian could not prove that he was not the one who put it there, and he would get 20 years, that the court does not like the expense of a trial. Grandparents were told that if he accepts the plea agreement, it would be for time served, then Brian would be free. Grandparents know that Brian has very brittle diabetes and autism and needs *medical attention in a medical facility and apparently they have proof that it is on his* computer, so family told Brian to go for the plea agreement based on what both attorneys told his family the night before. Brian is truly sorry that his computer contained such filth, regardless of how it got on there. If it is on Brian's computer, then Brian is guilty of it being there because he owns the computer. He still tells us that he did not put it on his computer and thinks it is sick to hurt anyone, especially a child, and we know that he is not interested in children at all because we have been with him his entire life.

We have the proof from YouTube videos that Brian was attending these meetings. Also a conversation he started in July, 2014 on his facebook page. We also now have proof that Berger Jr and Berger Sr (son and father team) do work closely together. This proof is from the newspapers in July, 2014. Brian was entirely too involved with political matters. That was what he spent all of his time doing. No time at all was spent on or with children. Brian is child like and needs to visit parks. He will never be allowed to visit parks or anywhere else alone due to his brittle serious diabetes which includes seizures. He has never driven a car and will never drive one due to his health, so always he will be dependent on someone else helping him for the rest of his life. He has always visited parks and stores with his mom, grandparents or another adult care worker, never alone nor has he wanted to be around children his entire life. He also has autism and mental issues, so all of this has required adult supervision with him at all times and will include *this for the rest of his life because there are no magical cures for diabetes, seizures, autism* and mental issues. His family agree that he does need a lot of professional help with his mental issues that he has had his entire life. His family thinks it's very unfair to recommend that someone who needs to enjoy parks for exercise due to his diabetes and mental issues will not be allowed to do this. Brian's crime was that he did get too involved in political issues and became too serious about it. He has learned a valuable lesson and will never get involved with politics again. Political people need never worry about Brian getting involved with their political agendas.

We also are including a few articles where Brian got involved with another lawsuit because of a political photo on his website in 2011. This case ended up with the judge throwing out the cases and finding out that Righthaven was in the wrong when they sued all of these other alternative news people over the same photo. Anyway, from this experience, it became public knowledge that Brian had autism. If you read about autism,

**you will read that those with this disorder will plead guilty to a crime when they are in fact innocent.**

1.       **Mark Walker Wins GOP Runoff For U.S. 6th District Seat**

*www.wfmynews2.com/story/news/politics/.../nc...election/12657573/*

Jul 16, 2014 - **Phil Berger**, Jr. and **Mark Walker** are both vying for the seat ... GREENSBORO, **N.C.** -- He had more money, more name ... The odds-on favorite, **Phil Berger**, Jr., lost his bid for **Congress** to political newcomer **Mark Walker** on Tuesday. ... READ: Allegations of Campaign Finance Scheme in **Race** For Coble's

1.       than a ... Walker chases Berger into runoff in 6th **Congressional** District.
2.       **Videos: Walker wins 6th District GOP race against Berger ...**

*www.news-record.com/.../article_72daf1e8-0c18-11e4-bef...*
News & Record
Loading...
Jul 15, 2014 - 4 general **election**. ... at Life Community Church, on Tuesday, July 15, 2014, in Jamestown, **N.C.** ... Phil Berger Jr. Concedes to **Mark Walker** ... runoff, **Mark Walker** took the second GOP primary for the 6th **Congressional** District ...

**What did we learn about Phil Berger Jr and Phil Berger Sr during this race? We learned plenty in July, 2014.**

Winston Salem Journal Newspaper on Monday, July 12th, 2014. Phil Berger Jr has touted his record as a tough Rockingham County district attorney in his quest for the 6th Congressional District seat, yet the sheriffs of Guilford and Alamance County have endorsed Mark Walker, not Phil Berger Jr. The Rockingham County sheriff did not endorse either one. Title of this article: "Questions raised about Berger's record"

**News and Record in Greensboro, NC on July 9, 2014: Title of this article:** "Rep. John Blust endorses Mark Walker over Phil Berger Jr." In this article, it says that Mark Walker said that he had filed a formal letter of inquiry to the State Ethics Commission. Quote from this article: "The link between the Bergers and Keep Conservatives United were the subject of a press conference before Blust's endorsement. Walker called for an investigation into donations made to the super PAC, which supports Phil Berger Jr. Walker said Phil Berger Sr. has leveraged his position and influence as Senate leader to steer contributions to this super PAC, which has spent nearly $200,000 since January on ads supporting Berger Jr. and attacking his opponents. The link between the Bergers and Keep Conservatives United were the subject of a press conference before Blust's endorsement. Walker called for an investigation into donations made to the super PAC, which supports Phil Berger Jr. Walker said Phil Berger Sr. has leveraged his position and influence as Senate leader to steer contributions to this super PAC, which has spent nearly $200,000 since January on ads supporting Berger Jr. and attacking his opponents"

## Berger accuses Walker of lying about alma mater on Facebook:

http://www.news-record.com/news/government/elections/article_89f3fdd0-078a-11e4-bf02-001a4bcf6878.html?mode=jqm

Berger accuses Walker of lying about education on Facebook; Walker claims account was 'hacked' on July 9, 2014.

NEWS AND RECORD in Greensboro, NC also has an article about this on July 9, 2014 called: **"Berger accuses Walker of lying about alma mater on Facebook". Walker's response is that his Facebook page was hacked to insert the information.**

Here is a facebook account of this which is public. Don't even have to be logged into facebook to see this article:

https://www.facebook.com/fox8news/posts/10152158447197623

 FOX8

Phil Berger Jr. has accused Mark Walker of lying about his education on his Facebook profile.

Walker claims someone hacked his Facebook account with political intent.



Berger accuses Walker of lying about education on Facebook; Walker claims account was 'hacked'

GREENSBORO, N.C. -- Mark Walker, Republican candidate for U.S....

Brian's comments below on Facebook in July, 2012 were also public which means that anyone could have read these comments on that day. These and other comments were on Brian's computer when the Mayodan police came to his house and took all of this in August, 2012.

(One of these is listed here - There are 6 total which was saved and will be printed out as proof of Brian David Hill's political activites in July, 2012). You will be able to read these other ones better because they are bigger. Go to YouTube on the Internet for more proof and type in USWGO and Mayodan town Council meetings.

4

Phil Berger, Jr. says he will run for Rep. Howard Coble's seat if he retires...

His dad, State Senate President, is widely speculated to be a challenger to US Sen. Kay Hagan...

Media campaign to portray Hagan as 'moderate' continues...

AMERICAN CONSERVATIVE UNION: Hagan has 9.25 percent lifetime score...

AMERICANS FOR DEMOCRATIC ACTION: Hagan scores 95 percent positive...



# TWO BERGERS IN CONGRESS?



# News & Record

JULY 14, 2014    WWW.NEWS-RECORD.COM

Search 🔍

HOME   NEWS   SPORTS   BUSINESS   THINGS TO DO   OPINION   LIFE   BLOGS   OBITUARIES   PHOTO GALLERIES   VIDEOS   CLASSIFIEDS   ARCHIVE



find    Daily Deals   Business Directory   Jobs   Homes   Triad Cars Weekly   Contests   Yard Sale Map   Advertise With Us



**WEEKLY & More**    **CLICK HERE** TO VIEW LISTINGS

# Rep. John Blust endorses Mark Walker over Phil Berger Jr.

Story    Comments    Image (3)        Print   Font Size

Recommend    ✔ Tweet  14     Pin It     8

Previous   Next



susan.ladd@news-record.com

by

GREENSBORO — State Rep. John Blust said his decision to vote for Mark Walker in the GOP runoff for the 6th Congressional District was easy. His decision about whether to publicly endorse him instead of Phil



## Pro Stone
KITCHEN & BATH

**Visit Our Showroom For FREE Estimates!**

312 Dougherty St Greensboro NC 27406



## dailydeal

**Counselor in Greensboro**
$140 Voucher for $69 for

**Read this article to find out more about the money laundering that Phil Berger Sr. is helping his son to win this election. Son and father work together for political gains.**

"Senator Phil Berger is the president pro tem of the Senate," Blust said at a news conference Wednesday morning, referring to Berger's father. "He can make a bill disappear into committee and never be seen again. Should I come out against the son of that powerful man?"

Blust said he could have chosen the easier path and endorsed Phil Berger Jr., hoping that it would benefit him later. Or he could have played it safe and done nothing. Ultimately, he said he felt it was his duty to speak up.

Walker said Phil Berger Sr. has leveraged his position and influence as Senate leader to steer contributions to this super PAC, which has spent nearly $200,000 since January on ads supporting Berger Jr. and attacking his opponents.

Walker said that he had filed a formal letter of inquiry to the State Ethics Commission.

"This super PAC only exists to elect Phil Berger Jr.," Walker said. "The money trail leads to Phil Berger Sr."

http://www.news-record.com/news/government/article_c2cc778a-0957-11e4-8031-001a4bcf6878.html

3



L A ⦿ B O Y    ▲ FACTORY AUTHORIZED CLEARNCE ▼    ROLLOVER FOR DETAILS

# Berger, Walker debate gets heated

The Nation's Largest Window Replacement Company

GOOD HOUSEKEEPING ★

**Window World**
Simply the Best for Less
TRIAD Greensboro
(336) 765-0765
Foothills N Wilkesboro
(336) 838-9393

PLAY ►    STOP ■    VOLUME ON ◄

**Window World**
"Simply the Best for Less"

Story    Comments    Image (3)                    Print    Font Size

RECOMMEND    ♥ Tweet  5    8+1    📌 Pin it    ▢ 3

Previous  Next



susan.ladd@news-record.com

Updated 11:15 p.m.

RALEIGH — The venom that has marked the GOP runoff for the 6th Congressional District seat spilled over into the only televised debate between the candidates and at times threatened to overpower it.

At another point, Walker asked Berger to answer, yes or no, whether his father, Phil Berger Sr., funneled $75,000 to Keep Conservatives United, the super PAC that has supported Berger Jr.

"You can ask him," Berger replied. "You've got his phone number."

Berger Sr., the president pro tem of the N.C. Senate, serves on the executive committee of the Republican State Leadership Committee, which made the donation in April.

http://www.journalnow.com/news/elections/local/questions-raised-about-berger-s-record/article_c6ac710c-0a24-11e4-951f-001a4bcf6878.html

**WINSTON-SALEM**

# JOURNAL
Monday, July 14th, 2014

76° F
Cloudy

Search

ALL ACCESS ▾ NEWS ▾ CRIME OBITUARIES ▾ OPINION ▾ LIVING ▾ ENTERTAINMENT ▾ COMMUNITY ▾ SPORTS ▾ PHOTO ▾ VIDEO JOURNAL WEB

♥find

**This Month's Specials at Arigato Japanese Steakhouse**

# Questions raised about Berger's record

Story    Comments

Print    Font Size.

Tweet 0



VANN YORK TOYOTA
336-703-3106
CLICK FOR SPECIAL OFFER!
Employee Pricing plus an additional $1000.00 off
0 percent for 60 months on many new models.
$2000.00 off lot price on EVERY Used vehicle
SEE DEALER FOR DETAILS

GREENSBORO — Phil Berger Jr. has touted his record as a tough Rockingham County district attorney in his quest for the 6th Congressional District seat.

But Berger's law enforcement credentials were being questioned as an expensive and increasingly ugly Republican run-off entered its final days before Tuesday's voting.



**Asthma Allergies? Breathing Problems?**

"Sheriff BJ Barnes of Guilford County and Sheriff Terry Johnson of Alamance — the sheriffs of the two largest counties in the district, have endorsed me," Mark Walker,

LATEST VIDEOS

Food campaign targets city's needy children
Winston-Salem Journal



GREENSBORO — Phil Berger Jr. has touted his record as a tough Rockingham County district attorney in his quest for the 6th Congressional District seat.

*But Berger's law enforcement credentials were being questioned as an expensive and increasingly ugly Republican run-off entered its final days before Tuesday's voting.*

Sheriff BJ Barnes of Guilford County and Sheriff Terry Johnson of Alamance — the sheriffs of the two largest counties in the district, have endorsed me," Mark Walker, Berger's opponent, said last week. "I think it's fair to ask why you don't see law enforcement officials supporting the Rockingham County district attorney."

Walker, a former minister from Greensboro, also noted that Rockingham County Sheriff Sam Page is staying out of the race rather than endorse his own county's district attorney.

5

# Autism

## COMMUNICATION

### *The person you are interacting with:*

- May be non verbal or have limited verbal skills
- May not respond to your commands or questions
- May repeat your words & phrases; your body language and emotional reactions
- May have difficulty expressing needs

## BEHAVIOR

- May display tantrums or extreme distress for no apparent reason
- May laugh, giggle or ignore your presence
- May be extremely sensitive to lights, sounds or touch
- May display a lack of eye contact
- May have no fear of real danger
- May appear insensitive to pain
- May exhibit self-stimulating behavior: hand flapping, body rocking or attachment to objects

## IN CRIMINAL JUSTICE SITUATIONS

- May not understand rights or warnings
- May become anxious in new situations
- May not understand consequences of their actions
- If verbal, may produce false confession or misleading statement

# Principles for Prosecutors Considering Child Pornography Charges against Persons with Asperger's Syndrome

### Preface

Among the difficulties faced by young persons afflicted with Asperger's Syndrome (AS) and their families is the misinterpretation of the atypical behavior of the AS patient as dangerous and criminal. AS, defined in DSM-IV, is an "Autism Spectrum Disorder" (ASD) typified by extreme social and emotional immaturity, the inability to "read" others or respond appropriately in social settings, lack of intuitive awareness of social/moral/legal constraints, and intense and narrowly directed repetitive activities. These features combine to create a risk of engaging in behavior offensive toward others but with no offensive purpose. These individuals tend to have the technical skills for computer use, to which they gravitate because, unlike social interactions which are unpredictable, whimsical, and semantic-guided, computers are predictable, logical, and syntax-guided. These are intellectually intact people, with good computer skills but extraordinary brain-based naivete, acting in social isolation, compulsively pursuing interests which often unknowingly take them into forbidden territory.

Accessing child pornography is not currently known to be a frequent behavior of young persons with AS, but enough cases have arisen to demonstrate the need for prosecutors to inform themselves of the condition and adopt a policy of restraint in the investigation and prosecution of such cases. Given the lack of social adaptation on the part of AS patients, interest in pornography as a means to explore ideas of sexuality and romance is expected. The exploration of this material on the internet or peer-to-peer networks will expose AS patients to child pornography which may arouse their curiosity. *At these times AS is directly*

1

involved in the individual's obliviousness to the social and legal taboos surrounding child pornography, and the inability to intuit that the visual depictions are the product of any kind of abusive relationships. This behavior is not predictive of future involvement with child pornography or offenses against children. There is nothing inherent in Autism Spectrum Disorders, such as Asperger's, to make individuals inclined to sexual deviance of any kind. Their apparently deviant behavior is perhaps best understood within the diagnosis of "counterfeit deviance," as defined in the DM-ID. ("Diagnostic Manual -- Intellectual Disability (DM-ID): A Textbook of Diagnosis of Mental Disorders in Persons with Intellectual Disability") Persons with AS are far less likely to be predators than victims, because of their naivete and ineptness in interpreting or deflecting the advances of others, and their inability to initiate social contact with others or effectively direct or manipulate any social encounter.

Asperger's Syndrome is a lifelong disability which on its own creates substantial hurdles for the patient. Criminal prosecution, conviction and the typical sanctions imposed in such cases are not necessary to protect the public in the case of an AS patient, but they are imponderably harsh, cruel and debilitating to persons with AS and their families on whom they are dependent. Generally these individuals are not a threat to society: it's the other way around. AS patients are frequently the target of abuses, such as bullying, often from poorly chosen "friends."

With this in mind, we suggest that prosecutors adopt the following principles when confronted with those who suffer from Asperger's Syndrome are found to be involved with child pornography.

2

## Principles

1.      Young persons with Asperger's Syndrome (AS), despite average or higher intelligence and academic performance, have the social and emotional skills of children well below their own chronological age, and well below the minimum age for criminal prosecution in federal and state courts. AS individuals are neurologically impaired in their ability to appreciate the social/moral/legal unacceptability of their conduct or to intuit why the conduct is unacceptable; these are capabilities which state legislators and Congress presumed to inhere in the general population to whom the criminal laws apply.

2.      In an interrogation setting the AS individuals may appear deceptive because of deficits in communication skills, such as the inability to make normal eye contact. At the same time they may in fact be over compliant with suggestions made by police officers. AS impairs the ability of offenders to respond with expressions of remorse to which prosecutors and judges typically look for reassurance in considering alternate dispositions of criminal matters.

3.      AS is not a condition related to any sexual paraphilia (e.g. pedophilia) and is not a precursor thereto. Usually little more than giving explicit instructions is needed to prevent recurrence of the behavior. As persons with AS age, they may become better adapted and may present different behaviors than in their youth.

4.      Prosecutors should take AS into account in determining whether to target, prosecute or seek a conviction in an apparent case of possession of child pornography.

5.      Persons with AS experience lifelong difficulties. Young persons with AS are not able to live independently, and need to live with their families – their parents and siblings. Therefore the sex offender registration and residency restrictions arising from a child pornography conviction would have a cumulative and disastrous effect in these cases,

3

and on more uninvolved person, than in other cases involving neuro-typical adults.

6. Prosecutors should be encouraged to defer criminal prosecution in cases involving young first offenders with AS who have no history of directly offending against children, or having produced or distributed child pornography, no clinical indications of pedophilia (other than accessing child pornography), nor history of prior offenses involving child pornography.

7. Prosecutors should encourage therapeutic intervention in cases of suspected child pornography use by such individuals, and utilize probationary periods and deferred prosecutions to monitor compliance before considering actual prosecutions in such cases.

8. The Department of Justice and state prosecutors should keep data on the incidence of criminal investigations involving persons with AS and the manner in which such cases are resolved.

9. Expert AS resources should be sought out in local communities to assist law enforcement officers and prosecutors in understanding AS and evaluating the appropriateness of such cases for prosecution.

## Sponsors: Individuals and Organizations

Ami Klin, Phd.

*Director, Autism Program, Harris Associate Professor of Child Psychology and Psychiatry Yale Child Study Center Yale University School of Medicine*

Fred Volkmar, MD

*Director, Child Study Center Irving B. Harris Professor of Child Psychiatry, Pediatrics and Psychology Yale University School of Medicine Chief, Child Psychiatry Children's Hospital at Yale-New Haven*

4

Organization for Autism Research (OAR)
: *Peter F. Gerhardt, Ed.D., President*



ASPEN Asperger Education Network
: *Lori S. Sherry, President*



Connecticut Autism Spectrum Resource Center
: *Lois Rosenwald, Executive Director*



GRASP, The Global and Regional Asperger Syndrome Partnership, Inc.
: *Michael John Carley, Executive Director*



MAAP Services for Autism and Asperger Syndrome
: *Susan J. Moreno, President*



Asperger's Association of New England
: *Dania Jekel, MSW, Executive Director*

Asperger Syndrome and High Functioning Autism Association (AHA) Inc.
: *Patricia R. Schissel, LMSW, President*

5

California and Illinois
EMAIL: suebasko@gmail.com
Phone: 310-770-7413
LEGAL INFO: http://suebaskolaw.blogspot.com
MUSIC & FILM LAW BLOG: http://suebasko.blogspot.com

Reply, Reply All or Forward | More

**Your screen elements are hidden from view. Press Esc or move pointer to the center of the screen to return to Mail.**

Press Esc or move pointer here to return to Mail.

**Proof that the papers Brian sent to us and asked us to fax to his attorney on July 14, 2014 are correct:**

During Brian's incarceration in the Greensboro, NC detention center during 2014, Phil Berger Sr (NC state senator who is also the town attorney in Mayodan, Rockingham County, NC) is helping his son, Phil Berger Jr. (who was the DA of Rockingham County during the police raid on Brian's house in August, 2012) who is running for US congressman in a political race in NC while Brian is forced to a guilty plea of child porn on his computer when he keeps saying he is innocent and his family knows too that he is innocent. The real problem the Bergers have with Brian is that he was exposing them, and they have big political plans and don't need someone like him putting a stop to these plans, so how do you (as a rich political couple, dad and son) deal with an enemy?: Child porn on his computer, that is how. They are also lawyers who know that once the child porn is on the computer, you are guilty by law whether you put it there or not, and you could never really prove who put it there or how it got there, so you would start off by hiring a computer hacker to daily hack into the computer of the victim. Hackers can get in your computer and play like they are you and can do anything you can do on your computer. The FACTS in Brian's case prove that Brian was heavily involved in politics and in writing articles about political subjects, interviewing political people and doing youtube videos as USWGO. You would then make sure there is a police raid, get the search warrant in another county, knowing that the victim has autism and brittle diabetes is just icing on the cake. You make sure to interrogate him the next day by telling him that if he does not say he is guilty, then his mom and caregiver for all of his life will get the blame, easy guilty by an innocent person, tape this without letting him know right after the shock of the police raid where all of this autism person's possessions are being touched and moved all around his house as he watches several local police remove all of his computers and personal items as he stays out on the porch for hours with 2 armed policemen, one that he had taped and put on youtube a few weeks before. You give him a chance to be free for over a year, then right at the political time, you don't want to take any chances, so you have him arrested in the same area that you as the state senator of NC control, Guilford County, NC. Check for yourself. This is clearly a setup, a political set up using child porn to put your victim in jail, to shut him up for the rest of his life, to keep him off of the computer, to register as a sex offender, so they (Bergers) can keep up with everywhere he lives. Brian is a political prisoner, don't have to look real far to get the facts. Make sure that nowhere is there any mention that he has autism and brittle diabetes and is really not into children at all. You make sure that everything looks like a normal 23 year old who is into child porn, nothing else.

Here are some links to some newspaper articles right in Greensboro, NC in July, 2014 in the same city where Brian is being held in jail and told to plead guilty or spend 20 years in prison to a crime that he never committed by telling his family it makes no difference whether he is guilty or not, it is on his computer, and that makes him guilty of child porn possession. If this is not political, then I am not a grandmother (Brian's grandmother). To God goes all the glory of freeing this political prisoner from a crime that he never committed, a setup, and we put this in God's hands. He is protecting Brian right now, because God knows the whole story and the truth. Here are some political articles and we have given some photos of proof that Brain was attending town hall meetings in Mayodan, NC where Phil Berger Sr. was always at every meeting from March – July, 2012, and the one video in this email to Brian's court appointed attorney from Brian's grandmother is of Brian going straight up to Phil Berger Sr. and asking why he was ignoring this petition. The one escorting Brian out of the town hall meeting is Mayodan, NC police chief Charles Carouso in July, 2012. He says they are in a closed meeting while you can clearly see the news reporter for the Rockingham Update is still in the room. After the police raid, we asked Brian to put this video on private on youtube. It had gotten over 1000 views. We did not give this to Brian's attorney until now because I had lost it and just found a copy I had on my computer. Charles Carouso is the same man that we faced a month later in August, 2012 during the police raid at Brian's house (And I kept thinking about that video and how this is a political setup at the time) Charles

Carouso kept telling Brian in front of Brian's mom and grandparents to "fess up to child porn or his mom would be accused since there are 2 people in the household and one is guilty of child porn" and if Brian fessed up it would go easier on him. This is going on for hours on the front porch of Brian's house and even before the computers were removed, so Carouso knew child porn was on Brian's computer before they were removed from the house. We have given to Brian's court appointed attorney our affidavits about this months ago, also right at the beginning an attorney that Brian contacted in California also sent a letter to Brian's attorney and to the prosecuting attorney letting them know that this accusation is really political and that Brian has autism, and she sent a copy of this letter to Brian's grandparents. Brian also has a threat email he received in his email in April, 2013 saying he would be known as a sex offender even if he is innocent and his political friends would be too with child porn set up on their computers. If you would like to see a copy of this, we would be happy to send it to you or anything else that you will need proving that Brian is innocent of downloading child porn or viewing child porn. This is for the sentencing part. He admitted guilt that it was on his computer, not guilt that he put it on there. We have photos in here proving that Brian was at Mayodan town hall meetings in March, April, May and July, 2012. You can watch these videos on youtube yourself. Some of these videos are by Brian at USWGO and others are by the reporter for Rockingham Update (13 photos dates Mar. – July 2012) and one photo from Phil Berger Sr political facebook page and one about Brian that someone shared on facebook. Brian approached Phil Berger in the July, 2012 Mayodan town hall meeting asking him why he would not let anyone know his decision about the petition two months after giving him this signed petition by over 300 people in Rockingham County, NC, then after that he started an "event" where others would know that Phil Berger Sr (who is originally from New York, not North Carolina does not care about the people of NC) – 6 Events photos from facebook in July, 2012 to prove this. Brian will never again get into politics or write anymore political articles. He is through with this now after his 2 years experience with the raid on his house and the arrest and all the months in jail. The Bergers never have to worry about Brian messing with their political plans. Brian has also learned to put all of this in God's hands, and we have been told that God is protecting Brian, loves Brian and knows the whole truth. No one can lie to God or cover up with money, God knows the facts, and all glory goes to our wonderful Creator, and we thank Him for protecting our grandson through this crisis.

Thank you for reading this and for your time helping Brian,

Stella Forinash
(Brian's maternal grandmother)

Now for more political proof right from Greensboro, NC (News and Record) and Winston Salem, NC (Winston Salem Journal) in July, 2014:

http://www.news-record.com/news/government/elections/article_fa50f610-07cf-11e4-b8ce-001a4bcf6878.html

Go gle

Web    Images    Maps    Shopping    More    Search too...

**Brian Hill: Autistic blogger reboots site, shares plan...**

blogs.westword.com/.../brian_hill_righthaven_drops_lawsuit_au...
by Michael Roberts - in 30 Google+ circles
Apr 13, 2011 - Update: **Brian Hill**, a chronically ill,
mildly autistic North Carolina blogger sued by Nevada's
**Righthaven** LLC for unauthorized use of...

**Brian Hill: Hobby blogger sued by MediaNews & Ri...**

blogs.westword.com/.../brian_hill_sued_medianews_group_righthaven.p...
by Michael Roberts - in 30 Google+ circles
Feb 15, 2011 - Far less powerful is Brian D. Hill, a twenty-
year-old hobby blogger on disability, who ... Summons-
served-to-**Brian-Hill**-under-**RightHaven**-civil-.

**Allegedly fabricated press release at issue in Right...**

www.vegasinc.com/.../allegedly-fabricated-press-release-issue-righthave/
May 20, 2011 - The charge was leveled Thursday by
attorneys for North Carolina blogger **Brian** D. **Hill**, who by
sued by **Righthaven** after posting a TSA ...

## Reporters Without Borders letter faults Denver Po...

blogs.westword.com/.../reporters_without_borders_denver_post...
by Michael Roberts - in 30 Google+ circles
**Reporters** Without **Borders** letter faults Denver Post
for **Righthaven** suit against **Brian Hill**. By Michael
Roberts Thu., Mar. 3 2011 at 12:42 PM. Categories:
Follow ...



## Reporters Without **Borders** - Denver - Westword

www.westword.com/related/to/Reporters+Without+Borders/
Judge doesn't force company to pay **Brian Hill's** attorney
fees ... **Reporters** Without **Borders** letter faults Denver Post
for **Righthaven** suit against **Brian Hill**.

## Brian Hill: Autistic blogger reboots site, shares plan...

blogs.westword.com/.../brian_hill_righthaven_drops_lawsuit_autistic_bl...
by Michael Roberts - in 30 Google+ circles
Apr 13, 2011 - Update: **Brian Hill**, a chronically ill, mildly
autistic North Carolina ... "**Reporters** Without **Borders** letter
faults Denver Post for **Righthaven** suit ...

## MediaPost Publications **Reporters** Without **Border**...

www.mediapost.com › Home › Daily Online Examiner ▾
Mar 3, 2011 - **Reporters** Without **Borders** was responding to
a recent **Righthaven** case against **Brian Hill**, a 20-year-old
autistic blogger who was sued for ...



Brian Hill posted a
newspaper's photo on his
blog and was sued by
Righthaven for infringement.

# Town of Mayodan, NC

## In Government:

- **Town Council**
- **Department Contacts**
- **Agendas and Minutes**
- **Local and State Government Web Sites**

## Search

[Search ]  ○

- ○ **Full Site**
- ● **This Section**

Search Tips

---

**Michael M. Brandt, AICP**
Town Manager, Administration

**Phil Berger**
Town Attorney

**Lessa Hopper, NC-CMC, IIMC-CMC**
Town Clerk, Finance

**Randy Case**
Finance Officer, Finance

**Donna Bennett**
Collections Clerk/GIS Coordinator, Water Dept.

**Charles Caruso**
Police Chief, Police



**community video**

Web   Video   Texts   Audio   Software   About   Account

Home

Animation & Cartoons | Arts & Music |           | Computers & Technology | Cultural & Academic Films | Ephemeral Films | Movies
| News & Public Affairs | Prelinger Archives | Spirituality & Religion | Sports Videos | Television | Videogame Videos | Vlogs | Youth Media

Search: [                    ] [Community Video] 🔍 Advanced Search     **Anonymous User** (login or join us)

Moving Image Archive > Community Video > **Reporter forced back by Mayodan Police for asking Senator Phil Berger a question**

### View movie



View thumbnails
Run time: 00:00:28

### Play / Download (help ? )

Ogg Video            (1.9 M)
MPEG4               (9.5 M)

**All Files:** HTTPS Torrent
(2/0)



### Resources

Bookmark

## Brian D. Hill. Former USWGO Alternative News political organization Reporter forced back by Mayodan Police for asking Senator Phil Berger a question (July 10, 2012)

Prefer flash? • Embed • Questions/Feedback?

NOTICE--VideoNOTICE--Video Backed up from the Official USWGO YouTube channel before USWGO Alternative News was forced offline due to some kind of government censorship task force.--NOTICE --RIP! USWGO Alternative News and farewell to Brian D. Hill a great reporter/journalist, truth seeker, always provides credible sources, and was slowly becoming the first autistic disabled young man to take on the government corruption and World Government Agenda so enjoy the videos that are archived as his videos he still kept up are being deleted right and left. His site may be gone but his achievements he published online will always be in the hearts of private detectives, investigators, researchers, and truth seekers not to mention Anti New World Order activists rebellious to the New World Order. Description and Title were collected from the USWGO Channel as well.
--Notice over--

The Mayodan Chief of Police forced me, Brian D. Hill, back from state senator Phil Berger and got in my face as you see in the video. I was also booted from the town council room and will likely be banned from the Mayodan Town Council. There is extra audio recording of the incident but got intimidated and tried to get out of there. So asking State Senator Phil Berger a question is a crime. When I was intimidated by the chief of police and a little threat was put in at me I promised out of fear that I wouldn't approach him right at the town council bench again. So I pretty much cannot give him petitions or anything anymore. I guess Phil Berger is really a cohort of a Bilderberger the way he acts!!!!

Added by ArchiveTruthProtector:

This is a historical video of a reporter Brian D. Hill whom has ran a Alternative News website for over 3 years being

attacked right and left (Righthaven, website hacks, death threats, threats, other attacks, harassment) to get him to shut down his website and cease his patriotic activities, the chief of police as you have seen in the video never asked him to leave the town council chambers but was getting him to leave against his will simply because he questioned that state senator Phil Berger Sr. Phil Berger is apart of the New World Order and it is all on record when you research the North Carolina state board of elections records when his campaign contributions from two of the six mega banks that bragged that they conquered America (Wells Fargo, Bank of America). Whether this Berger guy is aware of it or not he is apart of the New World Order master plan to infiltrate and conquer the state governments so that people cannot get the states to fight the corruption in the Federal Government as it will be impossible with people like Phil Berger taking over the state legislatures. What the chief of police did in that small town of Mayodan was a violation of human and civil rights as asking questions is a reporters right and duty in Freedom of the Press. As long as the reporter is not interfering with the official government actions and duties a reporter has a right to videotape and ask questions without being arrested or booted out of official government buildings. That police officer was in the wrong and now Brian's website has disappeared likely due to background pressure from Phil Berger's people although we have no evidence as of it directly proving involvement but it is just speculation that the chief of police was involved with the state senator to crackdown and ruin the reporter to protect the state senators image. It's all about dirty politics and fake republicans working for six private mega banks that brag on CNBC and the financial times of London that they have conquered America with their foreign banker takeover of the United States of America.

**This movie is part of the collection:** Community Video

**Producer:** Brian D. Hill. Former USWGO Alternative News political organization
**Production Company:** USWGO Alternative News
**Audio/Visual:** sound, color
**Language:** English
**Keywords:** reporter; forced back; town; Mayodan; Phil Berger; council; asking; ask; question; history; archived; uswgo; former organization; Brian D. Hill; state; senator; Berger; Mayodan; chief; police; scum; council; new; world; order; intimidated; audio recording; crime; asking a question; petitions; police state; corrupt; state senator; corrupt police; news reporter; mafia; chief of police; audio recording; town council; forced; incident; cohort; Bilderberger; bill of rights; rights threatened; corrupted police; police officer; charles; Phil Berger Sr.; Rockingham Co; Rockingham; County; representative; NC Senate; North Carolina; Senate; conquered; mega banks; campaign contributions; wells fargo; bank of america; crackdown; ruin; background pressure; foreign banker takeover; banker takeover; dirty politics; infiltrate; involvement; videotape; ask questions; Rockingham County; police chief; oppression; official opression; authorities; cop; cops; end of freedom; end of America; Rockingham County NC; corrupt senator; free press; freedom of press; shut us up; journalism; shut people up; silenced; red dawn; takeover; NDAA; National Defense Authorizatuion Act; torture; detention; questions are a crime; questions a crime
**Creative Commons license:** CC0 1.0 Universal

### Individual Files

#### Movie Files

| | MPEG4 | Ogg Video | WebM |
|---|---|---|---|
| Reporter forced back by Mayodan Police for asking Senator Phil Berger a question | 9.5 MB | | |
| Reporter forced back by Mayodan Police for asking Senator Phil Berger a question | | 1.9 MB | 9.9 MB |

#### Image Files

| | Animated GIF | Thumbnail |
|---|---|---|
| Reporter forced back by Mayodan Police for asking Senator Phil Berger a question | 64.2 KB | 3.8 KB |

| Information | Format | Size |
|---|---|---|
| ReporterForcedBackByMayodanPoliceForAskingSenatorPhilBergerAQuestion_files.xml | Metadata | [file] |
| ReporterForcedBackByMayodanPoliceForAskingSenatorPhilBergerAQuestion_meta.xml | Metadata | 6.0 KB |

| Other Files | Archive BitTorrent |
|---|---|
| ReporterForcedBackByMayodanPoliceForAskingSenatorPhilBergerAQuestion_archive.torrent | 3.4 KB |

### Reviews
**Be the first to write a review**
**Downloaded 396 times**

### Credits

Brian D. Hill - Former USWGO Alternative News Founder and Head Reporter - Fallen comrade that has been taken by Superior forces beyond any lawyers control.

Terms of Use (10 Mar 2001)

uswgo - mayodan





MAYODAN TOWN COUNCIL
PUBLIC COMMENTS

02:54

4:25

121 views

March 12, 2012 - Mayodan Town Council Meeting

Rockingham Update

Subscribe

April 8, 2013 - Mayodan Town Council -
Downtown Design Workshop

USWGO Brian D. Hill makes a speech
on NDAA at the Mayodan Town

2:50

Town of Goshen, NY | 4/26/12 Town
Council Meeting

1:24:01



USWGO Public Service
Announcement Help USWGO Become

Mayodan Town Council Meeting - April
9, 2012

15:45



Waterfall in Mayodan North Carolina

0:19



Red Baron RC-Farris Park, Mayodan,
NC

9:48



4th FUN PARADE 2014 - Eden, NC



July 9, 2012 Mayodan Town Council Meeting



Rockingham Update

Published on Jul 10, 2012
AGENDA
REGULAR MEETING
MAYODAN TOWN COUNCIL
JULY 9, 2012
7:00 PM

About

69 views

You Tube



Nullify-NDAA Petition and Report given to NC Senator Phil Berger

USWGO · 9·2 videos

Subscribe

About

611 views

**Published on May 14, 2012**
During the May 14th Mayodan Town Council meeting. I Brian D. Hill





July 9, 2012 Mayodan Town Council Meeting

Rockingham Update

Subscribe

Published on Jul 10, 2012
AGENDA
REGULAR MEETING
MAYODAN TOWN COUNCIL
JULY 9, 2012
7:00 P.M.

About

69 views



uswgo - Mayodan



# U.S.W.G.O.
## Brian D. Hill - USWGO Official Video - Docs available at records archi
### May 14th 2012 - Mayodan Town Council

0:03 / 2:34

Nullify-NDAA Petition and Report given to NC Senator Phil Berger




USWGO
Subscribe



635 vie

# Nullify-NDAA Petition and Report given to NC Senator Phil Berger



**USWGO**

▶ Subscribe

**About**

**Remix this video!**

**635 views**

**Published on May 14, 2012**

During the May 14th Mayodan Town Council meeting, I Brian D. Hill give NC State Senator Phil Berger a copy of the Nullity-NDAA Petition and My Report organized on the NDAA.

What exactly happened at this event was that while the cameras were rolling a two minute minute speech was made about the whole petition gathering process and then I gave the petition to NC Senator Phil Berger while the cameras where rolling. The two other times Sen. Berger was just given documentation usually after the town council meeting or before but this time it was during the town council meeting so that the cameras and witnesses that attended prove that Sen. Berger received a copy of the Nullify-NDAA petition plus the Report on the NDAA for the state Government and cannot claim that he didn't get it in the event that the Feds (Federal Government) put behind-the-scenes pressure on him

**Category**

uswgo - berger

# USWGO Brian D. Hill makes a speech on NDAA at the Mayodan Town Council April 9 - Enhanced Audio

914 views



**USWGO**

Subscribe

About

Remix this video!

**Published on Apr 10, 2012**
ENHANCED Audio Version of USWGO Brian D. Hill makes a speech on the NDAA at the Mayodan Town Council April 9th 2012.

The NDAA allows for secret detention and torture, bestiality of the detainees pets such as cats and dogs, kidnapping and abduction of adult and children, rendition to overseas CIA torture facilities, and other terrible things are awaiting Americans with the NDAA. Brian asks the town council, state senator Phil Berger, and others to pass resolutions to nullify the NDAA.

Documentation has been given to Melissa Hopper (Town Clerk), the five town council members, Charles Caruso (Mayodan Chief of Police), Mayor Bud Cardwell, and the town attorney (State Senator) Philip E. Berger.

That Documentation is available at:

Also here is the certified speech document which I read from:

**Category**

uswgo – berger



USWGO Brian D. Hill makes a speech on NDAA at the Mayodan Town Council April 9 – Enhanced Audio

USWGO

Subscribe

914 views



Mayodan Town Council Meeting - April 9, 2012

Rockingham Update

Published on Apr 9, 2012
AGENDA
REGULAR MEETING
MAYODAN TOWN COUNCIL
April 9, 2012
7 : 00 p.m.

About

65 views





USWGO · 3·2 videos

31 views



uswgo - berger

0:00 / 5:43

# Agenda 21 Speech at the Mayodan Town Council meeting

USWGO

▸ Subscribe

About

Remix this video!

1,038

**Published on Mar 12, 2012**
USWGO Founder and Head Reporter Brian D. Hill speaks at the
Mayodan Town Council Meeting on March 12 2012 for the first time
to speak on the dangers of Agenda 21 and how it affects America,
the state of North Carolina, and even the small town of Mayodan.
After the speech, Mr. Hill gave 7 copies of documentation on
Agenda 21 to the town clerk (To keep on public record for the
town), 5 town council members, and one for the town attorney
Philip E. Berger also a Senator of the State of North Carolina. Mr.
Hill was the only registrant in the Public Comment Period for this
months Mayodan Town Council session.

Official and self certified Documentation (59 Pages) given to the
town council:

Official Brief with the very statements that Mr. Hill used at the
Mayodan Town Council speech:

Category

What to Watch

BEST OF YOUTUBE

Popular on YouTube

Music

Sports

Gaming

Education

Movies

TV Shows

News

Spotlight

Browse channels

Sign in now to see your
channels and

USWGO and Mayodan town Council meetings| ✕

Filters ▾

About 152 results



3:43

**Agenda 21 Speech at the Mayodan Town Council meeting**

by USWGO   2 years ago   1,045 views
USWGO Founder and Head Reporter Brian D. Hill speaks at the Mayodan Town
Council Meeting on March 12 2012 for the first time

HD

2:30

**USWGO Brian D. Hill makes a speech on NDAA at the Mayodan Town
Council April 9 - Enhanced Audio**

by USWGO   2 years ago   916 views
ENHANCED Audio Version of USWGO Brian D. Hill makes a speech on the NDAA at
the Mayodan Town Council April 9th 2012.

HD



58:42

**July 9, 2012 Mayodan Town Council Meeting**

by Rockingham Update   2 years ago   72 views
AGENDA REGULAR MEETING MAYODAN TOWN COUNCIL JULY 9, 2012 7 : 00
P.M. James A. Collins Municipal Building CALL ...

HD

# YouTube ☰ ▾

uswgo - berger

**What to Watch**

**BEST OF YOUTUBE**

- ⊞ Popular on YouTube
- ◈ Music
- ◈ Sports
- ◈ Gaming
- ◈ Education
- ◈ Movies
- ◈ TV Shows
- ◈ News
- ◈ Spotlight

Browse channels

Sign in now to see your channels and recommendations!

none
none
**Sign In**

---



**USWGO**
by **USWGO**   Active 1 year ago   311 videos
Subscribe Today! to our channel so we can continue the fight against the New World Order and once we reach our goal of 1000 ...

CHANNEL    Subscribe

---



**Nullify-NDAA Petition and Report given to NC Senator Phil Berger**
by **USWGO**   2 years ago   636 views
During the May 14th Mayodan Town Council meeting I Brian D. Hill give NC State Senator Phil **Berger** a copy of the Nullify-NDAA ...

HD

---



**USWGO Brian D. Hill makes a speech on NDAA at the Mayodan Town Council April 9 - Enhanced Audio**
by **USWGO**   2 years ago   874 views
ENHANCED Audio Version of **USWGO** Brian D. Hill makes a speech on the NDAA at the Mayodan Town Council April 9th 2012

HD

---



**USWGO Exclusive Interview Interview with Elton Crisman on P-Code**
by **USWGO**   2 years ago   94 views
**USWGO** Reporter Brian D. Hill Interviews Elton M. Crisman Jr on P-Code. He was a inventor that once worked for NASA, he also

HD

---

**USWGO Received threat for trying to expose pedophile corruption by a radical faction in Gaza**
by **USWGO**   1 year ago   46 views
We have received a threat been called a Nazi, a fascist, and anti Muslim which is not true. The english Quran according to a

HD

---

I am NOT Anti Muslim I am against the Sharia Law and any law which threatens our own rights and liberties I will never censor any content unless it is proven by experts I know to be untrue. I won't accept cover-ups   0:26

none
none

none
none

none
2:35

none
2:30

none
10:27





# The Local Media did not cover the State Senator receiving the Nullify...

NDAA Petition

by **USWGO**    2 years ago    328 views

https://**uswgo**.com/local-corpoate-media-did-not-cover-the-nullify-ndaa-nc-press-conference.htm Can we really trust our local TV ...

HD

# Agenda 21 Speech at the Mayodan Town Council meeting

by USWGO    2 years ago    1,038 views

**USWGO** Founder and Head Reporter Brian D. Hill speaks at the Mayodan Town Council Meeting on March 12 2012 for the first ...

HD

Go gle    Phil Berger Sr and Mayodan, NC|

Web              Maps
_____

### Reporter forced back by **Mayodan** Police for asking Senator ...
archive.org › Moving Image Archive › Community Video ▾

So asking State Senator Phil Berger a question is a crime. ... will simply
because he questioned that state senator **Phil Berger Sr** Phil Berger ... Order and it
is all on record when you research the **North Carolina** state board of ...

### Internet Archive Search: subject:"**Phil Berger Sr**"
archive.org/search.php?...subject%3A%22**Phil**%20**Berger**%...

Reporter forced back by Mayodan Police for asking Senator Phil Berger a question -
Brian D. Hill Former USWGO Alternative News political organization

### William Osborne to Challenge **Phil Berger**, **Sr.** for **NC** 26th ...
www.rceno.com/.../william-osborne-to-challenge-phil-berger-sr-for-nc-2... ▾

Eden, **NC** — William Osborne of Eden will hold a press conference on
Wednesday, February 26, 2014 at 10:00 am in the Whitcomb Student ...

### Citizen Green: Inside the state GOP. a rift and a race for dollars
triad-city-beat.com/citizen-green-inside-the-state-gop-a-rift-and-a-race-f... ▾

The GOP's consolidation of power in North Carolina inevitably leads to
strains ... It is clear that Phil Berger Sr. has leveraged his position and ...

https://archive.org/details/ReporterForcedBackByMayodanPoliceForAskingSenatorPhilBergerAQuesti
on



**facebook**   SEARCH

**Uswgo Brian Hill**

This is his picture. Remember to confront him legally and lawfully. If you can't afford to goto Raleigh or Mayodan then confront him anywhere close by to where you live. We need to give no excuses. The press needs to ask him hardball questions.



Uswgo Brian Hill



**Uswgo Brian Hill** If we can't even unite against corrupt politicians then Luke Rudkowski will be real unhappy.

**Derek Smith** Here's an idea since I don't have any income, and this is one of the worst states in the nation for jobs. Since you can afford to travel, and pay high hotel costs, and I can't even afford food. How about you buy me a smartphone, and give me some gas mo...

**Uswgo Brian Hill**
If you cannot go then please invite your friends to see if they can. We need to do this to ask him hardball questions without me being arrested or threatened at the town council. I need any of your help to work as a team to expose Phil Berger to the voters of his district.

**Uswgo Brian Hill** This is all I can. The rest is up to the voters and the North Carolina people. If we don't stand up he will help get me thrown in prison under some false criminal charge. People will revolt if proven evil and will allow it. We need to work together and stand up against these in power. If I have to prove I am challenged need enough they will look down and behave.

**Rohto Eye Drops**
Fast cooling relief for irritated eyes

**The Lone Ranger**
LIKE Johnny Depp and Armie Hammer in the Lone Ranger. Who will you ride with on July 3?

me thrown in prison under some false criminal charge. People with a lot
of power can and will abuse it. We need to work together and stand up
against those in power. If those in power are challenged good enough
they will back down and behave.

Like · · · ·



· · · · · · · · · · · ·

**Uswgo Brian Hill** · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·



**Uswgo Brian Hill** · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·



**Uswgo Brian Hill**

Again as alternative media we need to confront him but don't get too
carried away. I know he can use restraining orders against us so we
need to strategically comfront him in numbers not as single people like
me that got threatened by the chief of police charles. We need to
confront him in massive numbers and start talking to the voters that
voted for Phil Berger. Stay only on the sidewalk and don't Jaywalk. We
have to expose this state senator for what he is so he loses his votes
before the next election.

## Invited (61)



Nicole Reyels

Daniel Barry

Courtney Larson

Adam C. Frye

David Reyel

---

Write Post   •   Add Photo / Video   ◦   Ask Question

Write something...

group...



**Uswgo Brian Hill**

I can't believe people won't do this. Every event I say I would attend including Bilderberg 2012 I was there at my own expense paying high hotel costs. All I am asking you to do is in your area confront Phil Berger when he goes to a event in your area. Film him, keep it legal and lawful, be nice and respectful, and please don't stalk him. If he walks away let him because it proves how much of a coward he is since he is afraid to answer real questions. Remember keep it lawful.

View 1 more comment



**Uswgo Brian Hill** If we can't even write against corrupt politicians then Luke Rudkowski will be real unhappy.
Like

**Derek Smith** here's an idea since I don't have any income, and this is one of the worst states in the nation for jobs. Since you can afford to travel, and pay high hotel costs, and I can't even afford food. How about you buy me a smartphone, and give me some gas mo........ya~
Like



---

### GamersXchange

A marketplace by gamers, gamersXchange delivers a unique experience to gaming community.

Like

### EPIC



Epic Adventure. Epic Heroes. Epic Courage. I like the new movie Epic, playing 5/24.

Like

### Rohto Eye Drops

Fast cooling relief for irritated eyes.

Like

### The Lone Ranger

LIKE! Johnny Depp and Armie Hammer in The Lone Ranger. Who will you ride with on July 3?

👤 **Chat  105**



**Photo of video proof that Brian was attending Mayodan town hall meetings and speaking at each one from July 10, 2012. Have more photo proof to send from March, 2012 – July, 2012.** *Just in this photo alone you can see Brian talking and Phil Berger is sitting at the table at Mayodan, NC. This is on the Rockinghamupdate YouTube page.*



5



## Uswgo Brian Hill

If you cannot go then please invite your friends to see if they can. We need to do this to ask him hardball questions without me being arrested or threatened at the town council. I need any of your help to work as a team to expose Phil Berger to the voters of his district.

Like · Comment · Share

🖒 Gregory Lance and James Jjirik like this.



**Uswgo Brian Hill** This is all I can. The rest is up to the voters and the North Carolinian people. If we don't stand up he will likely get me thrown in prison under some false criminal charge. People with a lot of power can and will abuse it. We need to work together and stand up against those in power. If those in power are challenged good enough they will back down and behave.

July 14, 2012 at 9:34am · Like · 👍 1

Write a comment...

At around July 9th, 2012 during the Mayodan Town Council meeting, things go from bad to worse at the town council meeting, and all I did as a reporter was ask NC State Senator Phil Berger a question before the chief of police forced me out which is in the video I got recorded. Somehow I recorded audio when the cop forced me out the whole time and even left a remark to have fun with the New World Order multiple times before getting my stuff. There was no audio of the cop intimidating me though but at least I got a recording of part of the whole ordeal.

First while the people were around and leaving the cop told me that when the session closes I am suppose to leave out of there so they can have their private meeting before the meeting is entirely closed. I didn't know all that so I should not have been treated like a criminal. Then of course the cop went further in making sure I never go up to state senator Phil Berger to ask him a question. Then minutes later when I was going to explain to the officer that I have type I brittle diabetes, he interrupted me then started telling me that the way I was going up to the state senator with a camera (Like I was in the wrong for that), told me how like those city council meeting videos on TV where someone comes sup quickly to shoot a political official, and acted as though I was coming up to him fast to do something terrible to him or even do something that threatens his life. He said that he knows that I didn't show that I was intending to do that but then he started saying to me that if I go up to the state senator like that again he will push me back or something like that. Basically he was gonna force me back as if I am gonna hurt him or go into a bar without an ID. That was the way he was acting and being close to me, close to my space. Then I told him I promise I won't do that again then he badgered me a little bit more then I said I am sorry and said scouts honor then he backed off. Then when my mom came in to the town hall office

Reporter humiliated and booed from town council when asking a question | USWGO Alternative News

area to check up on me, whenever she left she saw the chief of police watching us and that gave her a bad feeling.

Mayodan Chief of Police and the entire town council is no doubt apart of the New World Order. They know who I am and they know what I stand for so I will have to lay low after the two postings I will make. Please stand for us or we will all hang separately. Even if they aren't 100% in on the New World Order money masters they are apart of this partially by some subsidiary group or pack of corporations that work with the Bilderberg Group. The town of Mayodan is not immune to the garbage and BS of the New World Order and that is a fact as a news reporter I have been in 2-3 years.

Share and Enjoy:

# AFFIDAVIT

Vonage phone for about 10 years with the same phone number, but they could not use that phone now. We asked them to come on up to our house the next day. They had to go to the police station the next day at 10am to pick up the list of things taken from the house. The police officers later asked them to come at noon. They both went to the police station. The 2 detectives questioned my daughter by herself and questioned my grandson by himself without giving them a chance to have an attorney or an advocate for my grandson who does have autism as we informed them on the day before. My daughter told them they would be visiting us in Virginia for a few days. At this time we gave the Mayodan Police officers my Martinsville, VA address and phone number. My daughter and my grandson said they asked them very personal questions about sex. They also asked Brian and his mother if they belonged to the Sovereign Citizens; because they claimed that they found that flag in the house. The detectives told Brian if he confessed, they would get him mental help. He falsely confessed a day after the dramatic event of the police raid, where they looked through all of his personal belongings and took his most precious possessions. They took all of his computers and personal photos from his vacations. He was not given an advocate to help him to understand the questions, nor was tested to see if his blood sugar was low, since this was about 2 hours after lunchtime and he had not yet eaten. They told us that we were going there to pick up the inventory, and not for an interrogation, so we were not prepared to be there for awhile (Roberta Hill- Brian's mom). The next week my daughter and I went to talk to the detective (Detective Brim) who did not bother to take us in the office to talk in private but talked to us in the open telling us that my grandson should never be on the Internet his entire life, that he had a problem with child porn, and there was no help for that, and if they brought charges, he should be either in prison or in a mental hospital for the rest of his life. He told us that they will keep all of their computers for 6 to 12 months. All of their information, family photos, bills, etc. were on their computers. He told us that they have an hour and a half tape on what all Brian said. He was telling us things that Brian was saying that we have observed Brian his entire life and was not like Brian at all. We have personally observed Brian around children and have not seen anything that would indicate that Brian would want to do anything at all to harm these children. We have observed Brian at the beach looking at pretty women, at the doctor's office saying a nurse is pretty, but nothing in any way showing sexual tendency toward teenagers or children. The description the detective was using was not my grandson at all. When we got home, we asked Brian if the detectives told him they were taping the conversation, he said, "No". Also that morning of the police raid, my grandson was agitated because he said something was popping up on his computer, and he was fighting whatever it was and trying to delete it. (Typed by Roberta's mother Stella, and Roberta agrees with everything typed here as she was here through all of this).

********************

September 18, 2012. Note from Brian's grandma Stella: It has now been 3 weeks, and my grandson has refused to walk in his house at all. For 7 ½ years both my daughter and grandson loved living in Mayodan at the same house. He has talked about killing himself and is very depressed. We have to have Internet in our house. We do online banking on the Internet and keep in touch with family on facebook and check our email. Brian quickly the day after the police raid took his website, USWGO down and put some of his YouTube videos on private. We all are aware that this all took place after Brian was informing others that Philip Berger, NC Pro Tempore State Senator and the attorney for the town of Mayodan, NC was not interested in helping people with this issue and after Brian was removed from the town hall meeting for asking a simple question and put the video on YouTube. This was the same police officer that told Brian at his house to "fess up" to child porn charges. This video is on my grandson's YouTube video and had over 1000 views at this time. He put this video on private after this police raid. Finally, after September, my daughter had to give notice to move because Brian refused to go in his house at Mayodan and never went back to Mayodan after this. ( I, Roberta Hill was there at this time, a witness and agree with everything typed here).

# AFFIDAVIT

(From Brian's grandpa, Ken:)  On Friday, Dec 13, 2013,  I called the Mayodan Police Department at approximately 9:30am to let them know Brian is in the hospital and will not be able to come pick up his belongings from them. The Officer I spoke with, Todd Brim, said "That's ok, we turned everything over to the state SBI, and they issued a federal indictment against him through the US Attorney's office, so there *is a warrant out for his arrest.  A US Federal Marshall or the Dept of Homeland Security will probably be coming to your house to arrest him. Make sure you tell them the truth, because lying to a Federal Official is a federal offense.*" I said, I understand, and he is in the hospital, so I'll let them know when they show up.

Detective Brim was less friendly during this conversation than he was when I originally spoke with him on Monday, Dec 9, 2013, this statement was after him telling me on Monday that no charges were being filed against Brian, even though the date on the Arrest Warrant is Nov 26, 2013.

********************

On Wednesday, December 18, 2013, I received a telephone call at approximately 1:06pm from a telephone in the 336 area code.  A male individual asked for Brian Hill.  I informed him that Brian was not here and that he was in the hospital.  He asked if he admitted himself and I answered, I guess so. He then advised me that he had a federal issued arrest warrant for Brian, and told me that it would be better for Brian if he turned himself in, and asked if Brian had a lawyer or representative.  I told him I did not know.  He said he didn't want to, but if he had to he would come to Virginia and kick in doors until he found Brian, even if that meant going to a Psychiatric hospital and kicking in their door.  He also wanted to know about Brian's diabetes, and said he wanted to make sure they had all his medication when they arrested him.  He advised me to give Brian the message, but as of this date, December 18, 2013, I have not seen or talked with Brian.  Before hanging up, he told me to contact him, Special Agent Cook of the Dept of Homeland Security at 336-253-6076 until Friday, and after that to contact Special Agent White of the NC State Bureau of Investigation, but he did not give me his number.  He asked if I had any questions, I said no, and we ended the conversation.

NOTE:  Special Agent Cook emphasized the fact that he would come to Virginia and start "kicking in doors" until he found Brian!

Kenneth R. Forinash, TSgt, USAF, Ret

**********************

NOTE: The first part of this timeline is from the notes of Brian's grandma, Stella Forinash after we were part of this police raid on his house at Mayodan, NC.  Parts of this timeline are from his mom, Roberta Hill and the last parts of this timeline are from his grandpa, Kenneth Forinash.

**********************

Friday Dec. 20, 2013

3

# AFFIDAVIT

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Guilford County Federal Courthouse at Greensboro, NC: Brian's Court appearance was today, Dec 23, 2013 at approximately 1:30. When the officer brought Brian into the courtroom in shackles and handcuffs, Brian was visibly shaken and disheveled; he was very agitated and upset. He said, "I am innocent. I am being set up". He looked very tired and pale. He managed to whisper to us, his Mother, Grandmother and Grandpa that they were withholding his insulin, and the way he looked, I would say they were not giving him his medicines that were prescribed from the psychiatric unit of the Martinsville Memorial Hospital, even though the nurse sent his insulin and a list of his medications with the homeland security agent when he was picked up on Friday, Dec 20, 2013. He also managed to tell us they strip searched him and *made him take all his clothes off and video taped him. While he was whispering to us, the* Federal Marshall that brought him in said something to Brian, then took him from the courtroom. When they returned, Brian was crying, and sat in the courtroom and sobbed loudly for several minutes. The officer ignored his crying and acted very dis-interested. Brian's grandmother gave him a card explaining that Brian had Autism, and he said he would give it to the jail. The officer told Brian he could not speak to us again, and he told us not to talk to anyone in the room. Brian talked to the judge and appeared in court without an autistic advocate even though we told everyone involved with his case that he had autism. We did give the paper describing autism and what to expect to this very cold Marshall who acted satisfied to have it and read it.

We did not receive a phone call from Agent Cook of Homeland Security and we did not receive Brian's belongings on that day.

The Judge told Brian he was facing a sentence of 1 year or longer because of the charges against him. He appointed an attorney for Brian. The attorney's name is Eric D. Placke, Asst Federal Public Defender. 301 N Elm St Ste 410, Greensboro, NC 27401-2187 (336) 333-5455

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Tuesday Dec. 24, 2013

The website for the Greensboro jail states that visitors have to go to the jail the day before to schedule a visit. We went to the Greensboro jail on Tuesday, Christmas Eve to tell them that we were going to visit Brian on Wednesday. We were informed that we would have to register for visitations before we could visit him. I told the woman that I wanted to register, and she looked up his name. She could not find the paper for Brian, so she asked me when he was brought here and I told her that he was brought there on Monday. She said because she doesn't have the paperwork yet that I wouldn't be able to register, so therefore I would not be able to visit him on Wednesday. Wednesday is the only day that we are allowed to visit him, so we will not be able to visit him. Also we live in Martinsville, VA which is over 50 miles away with a lot of traffic in Greensboro, NC. We did get the pay tel put on our phone. Called their phone company and found out collect calls are not blocked, so the call must have been blocked from the prison requiring the family to pay lots more dollars per month, but without Brian knowing about this, it will do no good. None of us know anything about it. It looks like they are doing everything in their power knowing all of Brian's health issues to keep us from communicating with Brian at all.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

# AFFIDAVIT

not giving Brian his insulin, and his friend Kitty advised us to find some medical documentation and fax it to the jail. We did this.

# Personal and Confidential

| To: | Guilford County Jail | From: | Brian David Hill's Mother and |
| | | | Grandparents |
| Fax: | 336-641-2793 | Pages: | 6 Pages + Cover Sheet |
| Phone: | 336-641-2700 | Date: | Dec 24, 2013 |
| Re: | Brian David Hill's Insulin Requirements | CC: | |

x **Urgent**

Since Brian was removed from the Martinsville Memorial Hospital in Martinsville, VA on Friday, Dec 20, 2013 not one person in the Forsyth County or Guilford County Jail system has contacted his family. Brian has Brittle Insulin Dependent Diabetes, Autism, Seizure Disorder and other diagnosis, but these three are most important, so for now we are sending medical reports from 5 (five) different medical specialists dated 1992 to 2012 verifying these medical conditions.

When he left home to go into the hospital he was on Novolog Insulin Pin, sliding scale, count carbs 1 unit per seven carbs. If his blood glucose is over 150, give one unit per fifty. Example: $350 - 150 = 200 - 4$ units of insulin plus units required for his carbs at mealtime. Daily he gets Lantus insulin 32 units 1 time per day (he knows the time) This is 24 hour insulin.

If there any other questions, feel free to call his Mother, Roberta Hill, at 276-632-2599. We are extremely concerned about his health and the fact he has been set up with trumped up charges. We know for a fact he is not guilty.

Please insure the Medical Personnel in the Guilford County Jail receive this as it is extremely important.

Thank you,

Roberta Hill, Stella Forinash and Ken Forinash

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Tuesday December 24, 2013    7:40 PM

After sending the above fax, the doctor at the jail called and talked to Roberta.

(Signed Affidavit on next page)

5

# AFFIDAVIT

Commonwealth of Virginia

City of Martinsville

I, _Roberta Ruth Hill_, of _Martinsville_, Virginia,
Certify that the above stated facts are correct and true to the best of my knowledge.

SUBSCRIBED AND SWORN TO
BEFORE ME, on the

_December 30, 2013_
Date

_Kathy S. Draper_
NOTARY PUBLIC
My Commission expires:
_10/31/2015_

_Roberta Ruth Hill_
_12-30-2013_

```
KATHY S DRAPER
Notary Public
Commonwealth of Virginia
206207
My Commission Expires Oct 31, 2015
```

SUNTRUST

7

# AFFIDAVIT

Commonwealth of Virginia

City of Martinsville

I, _____, of _____, Virginia,
Certify that the above stated facts are correct and true to the best of my knowledge.


SUBSCRIBED AND SWORN TO
BEFORE ME, on the

_____

 Date


_____                    _____

NOTARY PUBLIC                                       _____
My Commission expires:

_____

6

# AFFIDAVIT

Commonwealth of Virginia

City of Martinsville

I, _____, of _____, Virginia,
Certify that the above stated facts are correct and true to the best of my knowledge.


SUBSCRIBED AND SWORN TO
BEFORE ME, on the

_____
 Date


_____        _____
NOTARY PUBLIC                               _____
My Commission expires:

_____

7

# AFFIDAVIT

Commonwealth of Virginia

City of Martinsville

I, _Kenneth R Jones_ (KENNETH R. _GREGORY ASH_) of _MARTINSVILLE_, Virginia,

Certify that the above stated facts are correct and true to the best of my knowledge.


SUBSCRIBED AND SWORN TO

BEFORE ME, on the

_December 30, 2013_

Date

_Kathy S. Drap_

NOTARY PUBLIC

My Commission expires:

_10/31/2015_

_Kenneth R. Jones_

_Dec 30, 2013_

KATHY S DRAPER
Notary Public
Commonwealth of Virginia
206207
My Commission Expires Oct 31, 2015

**SUNTRUST**

6

# AFFIDAVIT

Vonage phone for about 10 years with the same phone number, but they could not use that phone now. We asked them to come on up to our house the next day. They had to go to the police station the next day at 10am to pick up the list of things taken from the house. The police officers later asked them to come at noon. (Ken was there and was a witness to all of this)

September 18, 2012. Note from Brian's grandma Stella: It has now been 3 weeks, and my grandson has refused to walk in his house at all. For 7 ½ years both my daughter and grandson loved living in Mayodan at the same house. He has talked about killing himself and is very depressed. We have to have Internet in our house. We do on line banking on the Internet and keep in touch with family on facebook and check our email. Brian quickly the day after the police raid took his website, USWGO down and put some of his YouTube videos on private. We all are aware that this all took place after Brian was informing others that Philip Berger, NC Pro Tempore State Senator and the attorney for the town of Mayodan, NC was not interested in helping people with this issue and after Brian was removed from the town hall meeting for asking a simple question and put the video on YouTube. This was the same police officer that told Brian at his house to "fess up" to child porn charges. This video is on my grandson's YouTube video and had over 1000 views at this time. He put this video on private after this police raid. Finally, after September, my daughter had to give notice to move because Brian refused to go in his house at Mayodan and never went back to Mayodan after this. (Ken is also a witness to this).

Monday, December 9, 2013

**I (Brian's grandpa, Ken) received a telephone call from the Mayodan, NC Police Department at approximately 12:55p.m. on Monday, December 9, 2013. Detective Brim asked to speak with Brian Hill. I advised him that Brian was here, but was unavailable at the present time and asked if there was anything I could do for him. He told me the Police Department had received a letter from an attorney concerning the items belonging to Brian Hill, and that he could come and pick up the items they had. He informed me the Mayodan Police Department had most of his items, and no charges were being filed. I reaffirmed what he said and said "No charges are being filed against Brian," and his response was that the Mayodan PD would not be filing any charges, but he did not know if the SBI would be filing any. He said Brian could come to the Police Department on Friday, December 13, 2013 at 10:00 a.m. and pick up the items. He said Brian would need to personally come to pick them up, and sign for them, and that he would have to go over each item, one at a time, then sign for them. He advised me that if he was unable to pick them up this Friday, it will be some time after Christmas before someone will be available to give them to him. I told him we would be there on Friday Morning. He was very polite, and I explained to him that Brian has Autism, and this has affected him in numerous ways, and that after the search of his house was made, that he refused to enter his house, and had moved to Martinsville. He asked if we were his grandparents, and I said we were. He then asked if Roberta had also moved here, and I also told him she had.**

**This conversation was very polite and friendly, Detective Brim thanked me and told me to have a good day, and we ended our conversation.**

*****************

Friday Dec 13, 2013

# AFFIDAVIT

************************

November 8, 2013

Brian hired an attorney to write to the Mayodan police dept. on November 8, 2013 to return his seized property to him (computers, hard drives, etc.) since it has now been over 14 months and no charges were filed. Letter is attached to this document. Police chief in Mayodan, NC wrote back to attorney in November that there was still a secret investigation.

***************************

NOTE: The first part of this timeline is from the notes of Brian's grandma, Stella Forinash after we were part of this police raid on his house at Mayodan, NC. Parts of this timeline are from his mom, Roberta Hill and the last parts of this timeline are from his grandpa, Kenneth Forinash.

************************

Friday Dec. 20, 2013

(From Brian's mom, Roberta:) The hospital nurse called me at around 1:20 pm to tell me that Homeland Security arrested him. She said at first Brian was agitated, but that he calmed down. She told me to expect a call from Homeland Security later.

We (mom and grandparents) went to the hospital afterwards to talk to the nurses. I asked the head nurse if Brian was read his rights and she replied that they were unable to tell us anything, but just that they had checked him out of the hospital and arrested him. I asked if he was okay when they left and she said yes.

Friday Dec. 20, 2013

At about 3 pm, the Homeland Security officer (Special Agent Cook) called to talk to me (Roberta Hill-mom). I was informed that Homeland Security took him to the Forsyth Co. jail and that on Monday there would be a detention hearing at Greensboro Federal Courthouse. He told us that they would transport Brian to the courthouse at around noon on Monday, and that we should be there at 11:30. He also asked me if we could pick up Brian's belongings on that day and I said that we would. He let me talk to Brian and Brian sounded calm. He also informed me that we could visit Brian at the jail and to check their website for the visiting hours. He told us that he had all of Brian's medicines and that there was a nurse at the jail that could help him. I also asked him if he was aware of Brian's autism and he said that he was. Brian's grandpa (Kenny Forinash who was also on the phone line) asked the officer why a Henry Co., VA deputy sheriff was unable to find Brian's arrest warrant on their computer, and the officer said that they knew where he was so there was no need to put the warrant out on the wanted list. He said that they only put it out into the nationwide system when the person leaves their home and state.

Friday evening

We got 2 phone calls from Brian, but the phone line cut out. We found out that he can't contact us through the phone system at the jail, because a Pay Tel account has to be set up for him to be able to use the phone. Since we can't contact him, we can't set up this account because he will not know that he can call us. With all of his severe health problems including autism, he is unable to contact us for help or advice on any problems he might be having. There is no way for us to contact him or vise versa. He is 23 years old and this is the first time that he has never been able to contact us.

3

# AFFIDAVIT

At about 3 pm, the Homeland Security officer (Special Agent Cook) called to talk to me (Roberta Hill-mom). Brian's grandpa (Kenny Forinash who was also on the phone line) asked the officer why a Henry Co., VA deputy sheriff was unable to find Brian's arrest warrant on their computer, and the officer said that they knew where he was so there was no need to put the warrant out on the wanted list. He said that they only put it out into the nationwide system when the person leaves their home and state.

**********************

**Guilford County Federal Courthouse at Greensboro, NC: Brian's Court appearance was today, Dec 23, 2013 at approximately 1:30. When the officer brought Brian into the courtroom in shackles and handcuffs, Brian was visibly shaken and disheveled; he was very agitated and upset. He said, "I am innocent. I am being set up". He looked very tired and pale. He managed to whisper to us, his Mother, Grandmother and Grandpa that they were withholding his insulin, and the way he looked, I would say they were not giving him his medicines that were prescribed from the psychiatric unit of the Martinsville Memorial Hospital, even though the nurse sent his insulin and a list of his medications with the homeland security agent when he was picked up on Friday, Dec 20, 2013. He also managed to tell us they strip searched him and _made him take all his clothes off and video taped him. While he was whispering to us, the_ Federal Marshall that brought him in said something to Brian, then took him from the courtroom. When they returned, Brian was crying, and sat in the courtroom and sobbed loudly for several minutes. The officer ignored his crying and acted very dis-interested. Brian's grandmother gave him a card explaining that Brian had Autism, and he said he would give it to the jail. The officer told Brian he could not speak to us again, and he told us not to talk to anyone in the room.   Brian talked to the judge and appeared in court without an autistic advocate even though we told everyone involved with his case that he had autism. We did give the paper describing autism and what to expect to this very cold Marshall who acted satisfied to have it and read it.**

**We did not receive a phone call from Agent Cook of Homeland Security and we did not receive Brian's belongings on that day.**

**The Judge told Brian he was facing a sentence of 1 year or longer because of the charges against him. He appointed an attorney for Brian. The attorney's name is Eric D. Placke, Asst Federal Public Defender.** 301 N Elm St Ste 410, Greensboro, NC 27401-2187 (336) 333-5455

*******************

Tuesday December 24, 2013     3:30 PM

Brian called using the pay tel phone, and we talked about 20 minutes (learned later that he now has $28.00 left out of the $50.00 we put in this morning  -  $1.10 per minute). We all got to talk to him. He told us that they wanted him dead in that jail too because they were not giving him his insulin and asked us if we can do something so he can get his insulin. He said he kept walking in his cell to try to bring his glucose down and told them he would just not eat and was losing weight. . He said that he talked to Rodney White (SBI undercover) who told Brian that the NC state bureau was not after him. They did get his emails and was investigating it.   Said something like it was the federal, not the state. Brian was confused about what he said.   They put Brian in the DNA database. Then Brian told us when they videotaped him in the nude at Winston Salem, they taped his penis and anus and one of the guys was smiling a lot, and Brian was still upset about that. He said he had not talked to his lawyer yet.  We told his facebook support group about the jail

4

# AFFIDAVIT

Aprox. 11:30 AM  Dec. 24, 2013

I was called by Joy Walter. She asked me a series of questions related to Brian. She asked about his birth date, address, and many other personal questions related to where he lives. She asked me if I would be willing to be a third party custodian if Brian is going to be released under parole. She informed me that she didn't know what the judge was going to decide, but she wanted to know if that would be a possibility with me. She informed me that I would be held responsible for him. He would be placed under the Adam Walsh Sex Offender Specific Conditions and therefore would be put under electronic monitoring, would not be allowed on a computer, not allowed near any children under 18 years of age, would not be allowed near a school and would not be allowed to have a phone. She asked me if I would report to them if he violated any of these conditions. She was asking all kinds of personal questions related where Brian lives and about how the apartments are arranged. She also informed me that my computers in my apartment would have to be checked by the parole officer and that they would have to be password protected. She asked me if Brian and I owned any guns and then informed me that we would not be allowed to have any guns. When she found out the apartments were owned by my parents she then started to ask their names. I told her that I need to think about her question in relation to being a third party custodian. She told me that she would call back on Thursday. She called three other times. Under these conditions, I later declined to be a third party custodian. I know he is innocent and would never download child porn.

*********************

Tuesday December 24, 2013    3:30 PM

Brian called using the pay tel phone, and we talked about 20 minutes  (learned later that he now has $28.00 left out of the $50.00 we put in this morning  -  $1.10 per minute). We all got to talk to him. He told us that they wanted him dead in that jail too because they were not giving him his insulin and asked us if we can do something so he can get his insulin. He said he kept walking in his cell to try to bring his glucose down and told them he would just not eat and was losing weight. He said that he talked to Rodney White (SBI undercover) who told Brian that the NC state bureau was not after him. They did get his emails and was *investigating it.    Said something like it was the federal, not the state. Brian was confused about what he* said. They put Brian in the DNA database. Then Brian told us when they videotaped him in the nude at Winston Salem, they taped his penis and anus and one of the guys was smiling a lot, and Brian was still upset about that. He said he had not talked to his lawyer yet. We told his facebook support group about the jail not giving Brian his insulin, and his friend Kitty advised us to find some medical documentation and fax it to the jail. We did this.

**Personal and Confidential**

| **To:** | Guilford County Jail | **From:** Brian David Hill's Mother and |
| --- | --- | --- |
| | | Grandparents |
| **Fax:** | 336-641-2793 | **Page** 6 Pages + Cover Sheet |
| | | **s:** |
| **Phon** | 336-641-2700 | **Date:** Dec 24, 2013 |

5

# AFFIDAVIT

**Re:** Brian David Hill's Insulin     **CC:**

Requirements

x **Urgent**

Since Brian was removed from the Martinsville Memorial Hospital in Martinsville, VA on Friday, Dec 20, 2013 not one person in the Forsyth County or Guilford County Jail system has contacted his family. Brian has Brittle Insulin Dependent Diabetes, Autism, Seizure Disorder and other diagnosis, but these three are most important, so for now we are sending medical reports from 5 (five) different medical specialists dated 1992 to 2012 verifying these medical conditions.

When he left home to go into the hospital he was on Novolog Insulin Pin, sliding scale, count carbs 1 unit per seven carbs. If his blood glucose is over 150, give one unit per fifty. Example: $350 - 150 = 200 - 4$ units of insulin plus units required for his carbs at mealtime. Daily he gets Lantus insulin 32 units 1 time per day (he knows the time) This is 24 hour insulin.

If there any other questions, feel free to call his Mother, Roberta Hill, at 276-632-2599. We are extremely concerned about his health and the fact he has been set up with trumped up charges. We know for a fact he is not guilty.

Please insure the Medical Personnel in the Guilford County Jail receive this as it is extremely important.

Thank you,

Roberta Hill, Stella Forinash and Ken Forinash

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Tuesday December 24, 2013     7:40 PM

The doctor from the prison called me (Roberta Hill). He informed me that they were giving Brian two shots per day at breakfast and supper. He normally takes 4 shots per day, so his blood sugar has to be high. He told me that they can't follow what Brian says about his insulin regimen, because they have to follow what his doctor tells them to do. He then told me that I need to relay the information that he told me to the group of people that have been calling. It was noticeable to me that his main concern was not for Brian's health, but to try to get all the people to stop calling the jail. The doctor sounded very nervous throughout the whole conversation.

(Signed Affidavit on next page)

6

# AFFIDAVIT

The date was Tuesday, August 28, 2012 – written by Brian's grandma Stella. My daughter, grandson, husband and I were sitting in my daughter's living room at about 2 pm eating our Wendy's lunch when there was a knock at the door. My daughter got up to answer the door. There were a few policemen at the door. The Policeman handed the mother a search warrant and informed us that they were looking for child porn that had been downloaded at this IP address, and Chief of police for the town of Mayodan, Charles Caruso told us that they were sent to help by the NC State Bureau of Investigation. We couldn't see where any of the police who were part of this raid were from the state bureau, looked just like regular police from Mayodan, and we also later learned one was a detective from the Mayodan Police Dept. and one was a detective from the Reidsville, NC police dept., all from Rockingham County, NC. All were in police uniforms. We were told that we needed to walk out of the house and would be checked for weapons. Brian was the first one walking out the door and was checked for weapons. They found none. My daughter was second, my husband third, and I was last. None of the 3 of us was checked. The policeman told my husband and me that we could leave or stay, but since my daughter and grandson lived there, they would have to stay. We said we would stay. We stood outside on the porch which had no chairs at all for about 15 minutes, and I asked if I could have my chocolate drink, and one of the policemen handed it to me. We had a lot of food in the house that we had not been given the opportunity to finish eating. We were outside in the heat standing on the porch for over an hour with the Mayodan police chief watching and listening to everything we said and one to two extra policemen watching us too. The chief of police told Brian that he needed to fess up because they knew someone was downloading child porn in that house, and he didn't think it was the mother. He said this to Brian in front of us more than once. This was the police chief (Charles Caruso) who escorted Brian out of the town meeting when Brian asked Philip Berger, state senator and lawyer for Mayodan NC town council where both Brian and his mom had lived for 7 ½ years why he was ignoring Brian's petition about the NDAA, signed by over 200 adults in Rockingham County, NC. Brian had become involved in political issues. Brian put that video on YouTube in July, 2012. As we were standing on the porch, there were times when they would call both Brian and his mom into the house, other times when they would only talk to Brian in the house. The first time they called Brian into the house, Brian's mom told the policeman that Brian had autism and type 1 brittle diabetes. He repeated this to the 2 detectives who were inside the house checking everything. The Police officers ignored the fact that his mother told them about Brian's Autism, and he was not offered an Autism advocate for Brian at any time while he spoke with the Police officers. We later went to the side of the house and sat on the steps. We were outside in the heat for 2 to 3 hours or longer, always with one to three policemen watching us and listening to everything we said while the 2 detectives from Rockingham County were checking everything in the house and taking all computers, all hard drives (after they were removed from the desktop computers), all memory sticks, all recordable CD's, DVD's which Brian and his Mother had put their own data on, an old cell phone and the router with them and other items. The desktop computers had been completely taken apart with parts lying all around. The Policeman kept calling Brian to go inside with them to answer questions about what they were finding in his room. Brian came out and told us one time that they found some syringes, and so Brian told them that he is diabetic. Another time Brian came back out and told us that they accused him of having a bomb, because they found CD's wrapped in aluminum foil. He told them that it was a faraday cage to protect his CD's from an EMP attack. The detective also told Brian that he had a family and didn't want to die (or something to this effect). We later learned that Philip Berger's (NC Senator and always at Mayodan town council meetings) son is the District Attorney for Rockingham County, NC.

After the police left, and after we checked the house to see what all was taken, and we all had calmed down, we left to come home. The downstairs of the house, in the area where Brian lived was left in a mess. The police took the router which meant that they had no phone and no way to get in touch with the world because their phone was VOIP, Vonage telephone system. Brian has brittle diabetes, Autism and has seizures from the diabetes, so they had no way of calling emergency personnel if something happened. My daughter and grandson do not have a cell phone. If they did, the police would have taken that as well. They have had a

1

# AFFIDAVIT

The date was Tuesday, August 28, 2012 – written by Brian's grandma Stella. My daughter, grandson, husband and I were sitting in my daughter's living room at about 2 pm eating our Wendy's lunch when there was a knock at the door. My daughter got up to answer the door. There were a few policemen at the door. The Policeman handed the mother a search warrant and informed us that they were looking for child porn that had been downloaded at this IP address, and Chief of police for the town of Mayodan, Charles Caruso told us that they were sent to help by the NC State Bureau of Investigation. We couldn't see where any of the police who were part of this raid were from the state bureau, looked just like regular police from Mayodan, and we also later learned one was a detective from the Mayodan Police Dept. and one was a detective from the Reidsville, NC police dept., all from Rockingham County, NC. All were in police uniforms. We were told that we needed to walk out of the house and would be checked for weapons. Brian was the first one walking out the door and was checked for weapons. They found none. My daughter was second, my husband third, and I was last. None of the 3 of us was checked. The policeman told my husband and me that we could leave or stay, but since my daughter and grandson lived there, they would have to stay. We said we would stay. We stood outside on the porch which had no chairs at all for about 15 minutes, and I asked if I could have my chocolate drink, and one of the policemen handed it to me. We had a lot of food in the house that we had not been given the opportunity to finish eating. We were outside in the heat standing on the porch for over an hour with the Mayodan police chief watching and listening to everything we said and one to two extra policemen watching us too. The chief of police told Brian that he needed to fess up because they knew someone was downloading child porn in that house, and he didn't think it was the mother. He said this to Brian in front of us more than once. This was the police chief (Charles Caruso) who escorted Brian out of the town meeting when Brian asked Philip Berger, state senator and lawyer for Mayodan NC town council where both Brian and his mom had lived for 7 ½ years why he was ignoring Brian's petition about the NDAA, signed by over 200 adults in Rockingham County, NC. Brian had become involved in political issues. Brian put that video on YouTube in July, 2012. As we were standing on the porch, there were times when they would call both Brian and his mom into the house, other times when they would only talk to Brian in the house. The first time they called Brian into the house, Brian's mom told the policeman that Brian had autism and type 1 brittle diabetes. He repeated this to the 2 detectives who were inside the house checking everything. The Police officers ignored the fact that his mother told them about Brian's Autism, and he was not offered an Autism advocate for Brian at any time while he spoke with the Police officers. We later went to the side of the house and sat on the steps. We were outside in the heat for 2 to 3 hours or longer, always with one to three policemen watching us and listening to everything we said while the 2 detectives from Rockingham County were checking everything in the house and taking all computers, all hard drives (after they were removed from the desktop computers), all memory sticks, all recordable CD's, DVD's which Brian and his Mother had put their own data on, an old cell phone and the router with them and other items. The desktop computers had been completely taken apart with parts lying all around. The Policeman kept calling Brian to go inside with them to answer questions about what they were finding in his room. Brian came out and told us one time that they found some syringes, and so Brian told them that he is diabetic. Another time Brian came back out and told us that they accused him of having a bomb, because they found CD's wrapped in aluminum foil. He told them that it was a faraday cage to protect his CD's from an EMP attack. The detective also told Brian that he had a family and didn't want to die (or something to this effect). We later learned that Philip Berger's (NC Senator and always at Mayodan town council meetings) son is the District Attorney for Rockingham County, NC.

After the police left, and after we checked the house to see what all was taken, and we all had calmed down, we left to come home. The downstairs of the house, in the area where Brian lived was left in a mess. The police took the router which meant that they had no phone and no way to get in touch with the world because their phone was VOIP, Vonage telephone system. Brian has brittle diabetes, Autism and has seizures from the diabetes, so they had no way of calling emergency personnel if something happened. My daughter and grandson do not have a cell phone. If they did, the police would have taken that as well. They have had a

1

# AFFIDAVIT

The date was Tuesday, August 28, 2012 – written by Brian's grandma Stella. My daughter, grandson, husband and I were sitting in my daughter's living room at about 2 pm eating our Wendy's lunch when there was a knock at the door. My daughter got up to answer the door. There were a few policemen at the door. The Policeman handed the mother a search warrant and informed us that they were looking for child porn that had been downloaded at this IP address, and Chief of police for the town of Mayodan, Charles Caruso told us that they were sent to help by the NC State Bureau of Investigation. We couldn't see where any of the police who were part of this raid were from the state bureau, looked just like regular police from Mayodan, and we also later learned one was a detective from the Mayodan Police Dept. and one was a detective from the Reidsville, NC police dept., all from Rockingham County, NC. All were in police uniforms. We were told that we needed to walk out of the house and would be checked for weapons. Brian was the first one walking out the door and was checked for weapons. They found none. My daughter was second, my husband third, and I was last. None of the 3 of us was checked. The policeman told my husband and me that we could leave or stay, but since my daughter and grandson lived there, they would have to stay. We said we would stay. We stood outside on the porch which had no chairs at all for about 15 minutes, and I asked if I could have my chocolate drink, and one of the policemen handed it to me. We had a lot of food in the house that we had not been given the opportunity to finish eating. We were outside in the heat standing on the porch for over an hour with the Mayodan police chief watching and listening to everything we said and one to two extra policemen watching us too. The chief of police told Brian that he needed to fess up because they knew someone was downloading child porn in that house, and he didn't think it was the mother. He said this to Brian in front of us more than once. This was the police chief (Charles Caruso) who escorted Brian out of the town meeting when Brian asked Philip Berger, state senator and lawyer for Mayodan NC town council where both Brian and his mom had lived for 7 ½ years why he was ignoring Brian's petition about the NDAA, signed by over 200 adults in Rockingham County, NC. Brian had become involved in political issues. Brian put that video on YouTube in July, 2012. As we were standing on the porch, there were times when they would call both Brian and his mom into the house, other times when they would only talk to Brian in the house. The first time they called Brian into the house, Brian's mom told the policeman that Brian had autism and type 1 brittle diabetes. He repeated this to the 2 detectives who were inside the house checking everything. The Police officers ignored the fact that his mother told them about Brian's Autism, and he was not offered an Autism advocate for Brian at any time while he spoke with the Police officers. We later went to the side of the house and sat on the steps. We were outside in the heat for 2 to 3 hours or longer, always with one to three policemen watching us and listening to everything we said while the 2 detectives from Rockingham County were checking everything in the house and taking all computers, all hard drives (after they were removed from the desktop computers), all memory sticks, all recordable CD's, DVD's which Brian and his Mother had put their own data on, an old cell phone and the router with them and other items. The desktop computers had been completely taken apart with parts lying all around. The Policeman kept calling Brian to go inside with them to answer questions about what they were finding in his room. Brian came out and told us one time that they found some syringes, and so Brian told them that he is diabetic. Another time Brian came back out and told us that they accused him of having a bomb, because they found CD's wrapped in aluminum foil. He told them that it was a faraday cage to protect his CD's from an EMP attack. The detective also told Brian that he had a family and didn't want to die (or something to this effect). We later learned that Philip Berger's (NC Senator and always at Mayodan town council meetings) son is the District Attorney for Rockingham County, NC.

After the police left, and after we checked the house to see what all was taken, and we all had calmed down, we left to come home. The downstairs of the house, in the area where Brian lived was left in a mess. The police took the router which meant that they had no phone and no way to get in touch with the world because their phone was VOIP, Vonage telephone system. Brian has brittle diabetes, Autism and has seizures from the diabetes, so they had no way of calling emergency personnel if something happened. My daughter and grandson do not have a cell phone. If they did, the police would have taken that as well. They have had a

1

# AFFIDAVIT

Vonage phone for about 10 years with the same phone number, but they could not use that phone now. We asked them to come on up to our house the next day. They had to go to the police station the next day at 10am to pick up the list of things taken from the house. The police officers later asked them to come at noon. They both went to the police station. The 2 detectives questioned my daughter by herself and questioned my grandson by himself without giving them a chance to have an attorney or an advocate for my grandson who does have autism as we informed them on the day before. My daughter told them they would be visiting us in Virginia for a few days. At this time we gave the Mayodan Police officers my Martinsville, VA address and phone number. My daughter and my grandson said they asked them very personal questions about sex. They also asked Brian and his mother if they belonged to the Sovereign Citizens; because they claimed that they found that flag in the house. The detectives told Brian if he confessed, they would get him mental help. He falsely confessed a day after the dramatic event of the police raid, where they looked through all of his personal belongings and took his most precious possessions. They took all of his computers and personal photos from his vacations. He was not given an advocate to help him to understand the questions, nor was tested to see if his blood sugar was low, since this was about 2 hours after lunchtime and he had not yet eaten. They told us that we were going there to pick up the inventory, and not for an interrogation, so we were not prepared to be there for awhile (Roberta Hill- Brian's mom). The next week my daughter and I went to talk to the detective (Detective Brim) who did not bother to take us in the office to talk in private but talked to us in the open telling us that my grandson should never be on the Internet his entire life, that he had a problem with child porn, and there was no help for that, and if they brought charges, he should be either in prison or in a mental hospital for the rest of his life. He told us that they will keep all of their computers for 6 to 12 months. All of their information, family photos, bills, etc. were on their computers. He told us that they have an hour and a half tape on what all Brian said. He was telling us things that Brian was saying that we have observed Brian his entire life and was not like Brian at all. We have personally observed Brian around children and have not seen anything that would indicate that Brian would want to do anything at all to harm these children. We have observed Brian at the beach looking at pretty women, at the doctor's office saying a nurse is pretty, but nothing in any way showing sexual tendency toward teenagers or children. The description the detective was using was not my grandson at all. When we got home, we asked Brian if the detectives told him they were taping the conversation, he said, "No". Also that morning of the police raid, my grandson was agitated because he said something was popping up on his computer, and he was fighting whatever it was and trying to delete it. (Typed & witnessed by Stella)

*********************

September 18, 2012. Note from Brian's grandma Stella: It has now been 3 weeks, and my grandson has refused to walk in his house at all. For 7 ½ years both my daughter and grandson loved living in Mayodan at the same house. He has talked about killing himself and is very depressed. We have to have Internet in our house. We do on line banking on the Internet and keep in touch with family on facebook and check our email. Brian quickly the day after the police raid took his website, USWGO down and put some of his YouTube videos on private. We all are aware that this all took place after Brian was informing others that Philip Berger, NC Pro Tempore State Senator and the attorney for the town of Mayodan, NC was not interested in helping people with this issue and after Brian was removed from the town hall meeting for asking a simple question and put the video on YouTube. This was the same police officer that told Brian at his house to "fess up" to child porn charges. This video is on my grandson's YouTube video and had over 1000 views at this time. He put this video on private after this police raid. Finally, after September, my daughter had to give notice to move because Brian refused to go in his house at Mayodan and never went back to Mayodan after this.

***********************

2

# AFFIDAVIT

NOTE: The first part of this timeline is from the notes of Brian's grandma, Stella Forinash after we were part of this police raid on his house at Mayodan, NC. Parts of this timeline are from his mom, Roberta Hill and the last parts of this timeline are from his grandpa, Kenneth Forinash.

*************************

Thursday  Dec 12, 2013
*(From Brian's grandma, Stella:)* We had heard about this arrest warrant which upset Brian to the point of talking about committing suicide and becoming extremely agitated on December 12, 2013. We took him to the emergency room at the hospital to be admitted in the mental ward. We told the hospital about this warrant. A Henry County, VA policeman who was at the hospital looked it up and informed us that there was not any warrants in NC, VA or anywhere else, so then we assumed this was a prank, and Brian was admitted into the hospital as a patient in the mental ward. The one who was taking down all of our information asked if this was why we were here. We told her this was the main reason we came, but there were a lot more issues that needed to be addressed, and he has been needing help for a long time. Brian said he was having problems thinking and needed help too. At this time, his glucose is remaining extremely high in the hospital because he continues to stay upset.

************************

Saturday Dec. 21, 2013

From Brian's grandma, Stella:  Brian's mom and both grandparents went to the county jail at Winston Salem, NC at about 10 am and his aunt met us there. When the person from Homeland Security called Brian's mom yesterday, he said it would be a good idea to visit Brian, and she could look on the website to find the visiting hours. We did that, and we found out visiting hours were Saturday morning 9:00 – 11:30 AM. We went to the receptionist desk at the jail, and she informed us that we could not visit Brian that day. She said that Brian was in unit 8D, and only 2 people could visit him per week and only on Tuesday. She gave his mom a paper with visiting hours. We could not see him that day at all even though we had come an hour away to visit him. I brought a 5 page report with his health concerns and diagnosis, list of his medicines and many professionals and physicians and organizations who have worked with Brian from 1992 (when he was first diagnosed with type 1 insulin dependent diabetes) to 2013 and another sheet of paper to give to the courts about the seriousness of his health. The receptionist said she would give these to the nurse. I also brought a Christmas card to give to Brian. She said they could not accept anything for Brian. I would have to mail that.

**************************

**Guilford County Federal Courthouse at Greensboro, NC:** Brian's Court appearance was today, Dec 23, 2013 at approximately 1:30. When the officer brought Brian into the courtroom in shackles and handcuffs, Brian was visibly shaken and disheveled; he was very agitated and upset. He said, "I am innocent. I am being set up". He looked very tired and pale. He managed to whisper to us, his Mother, Grandmother and Grandpa that they were withholding his insulin, and the way he looked, I would say they were not giving him his medicines that were prescribed from the psychiatric unit of the Martinsville Memorial Hospital, even though the nurse sent his insulin and a list of his medications with the homeland security agent when he was picked up on Friday, Dec 20, 2013. He also managed to tell us they strip searched him and made him take all his clothes off and video taped him. While he was whispering to us, the Federal Marshall that brought him in said something to Brian, then took him from the

3

# AFFIDAVIT

courtroom. **When they returned, Brian was crying, and sat in the courtroom and sobbed loudly for several minutes. The officer ignored his crying and acted very dis-interested. Brian's grandmother gave him a card explaining that Brian had Autism, and he said he would give it to the jail. The officer told Brian he could not speak to us again, and he told us not to talk to anyone in the room. Brian talked to the judge and appeared in court without an autistic advocate even though we told everyone involved with his case that he had autism. We did give the paper describing autism and what to expect to this very cold Marshall who acted satisfied to have it and read it.**

**We did not receive a phone call from Agent Cook of Homeland Security and we did not receive Brian's belongings on that day.**

**The Judge told Brian he was facing a sentence of 1 year or longer because of the charges against him. He appointed an attorney for Brian. The attorney's name is Eric D. Placke, Asst Federal Public Defender.** 301 N Elm St Ste 410, Greensboro, NC 27401-2187 (336) 333-5455

*******************

Copy of this scanned paper which I had personally given to the US Marshall on Dec. 23, 2013 who escorted Brian in and out of the courtroom. It explains about autism during critical situations, especially when dealing with the law:

## Autism

### COMMUNICATION

*The person you are interacting with:*

- May be non verbal or have limited verbal skills
- May not respond to your commands or questions
- May repeat your words & phrases; your body language and emotional reactions
- May have difficulty expressing needs

### BEHAVIOR

- May display tantrums or extreme distress for no apparent reason
- May laugh, giggle or ignore your presence
- May be extremely sensitive to lights, sounds or touch
- May display a lack of eye contact
- May have no fear of real danger
- May appear insensitive to pain
- May exhibit self-stimulating behavior: hand flapping, body rocking or attachment to objects

### IN CRIMINAL JUSTICE SITUATIONS

- May not understand rights or warnings
- May become anxious in new situations
- May not understand consequences of their actions
- If verbal, may produce false confession or misleading statement

4

# AFFIDAVIT

As with Alzheimers patients, persons with autism may wander. Persons with autism may be attracted to water sources, roadways, or peer into and enter dwellings.

## TIPS FOR INTERACTIONS WITH PERSONS WITH AUTISM

- Display calming body language; give person extra personal space
- Use simple language
- Speak slowly, repeat and rephrase questions
- Use concrete terms and ideas; avoid slang
- Allow extra time for response
- Give praise and encouragement
- Exercise caution during restraint
- Person may have seizure disorders and low muscle tone
- Avoid positional asphyxia. Keep airway clear. Turn person on side often.
- Given time and space, person may deescalate their behavior
- Seek advice from others on the scene who know the person with autism

If in custody, alert jail authorities. Consider initial isolation facility. Person would be at risk in general prison population. REMEMBER: Each individual with autism is unique and may act or react differently. PLEASE contact a professional who is familiar with autism.

Further Info: ddpi @ flash.net                                      Debbaudt Legacy Productions, 2005

Tuesday December 24, 2013      3:30 PM

Brian called using the pay tel phone, and we talked about 20 minutes  (learned later that he now has $28.00 left out of the $50.00 we put in this morning  -  $1.10 per minute).  We all got to talk to him. He told us that they wanted him dead in that jail too because they were not giving him his insulin and asked us if we can do something so he can get his insulin. He said he kept walking in his cell to try to bring his glucose down and told them he would just not eat and was losing weight. He said that he talked to Rodney White (SBI undercover) who told Brian that the NC state bureau was not after him. They did get his emails and was *investigating it.   Said something like it was the federal, not the state. Brian was confused about what he* said. They put Brian in the DNA database. Then Brian told us when they videotaped him in the nude at Winston Salem, they taped his penis and anus and one of the guys was smiling a lot, and Brian was still upset about that. He said he had not talked to his lawyer yet. We told his facebook support group about the jail not giving Brian his insulin, and his friend Kitty advised us to find some medical documentation and fax it to the jail. We did this.

### Personal and Confidential

| To: | Guilford County Jail | From: | Brian David Hill's Mother and Grandparents |
|---|---|---|---|
| Fax: | 336-641-2793 | Pages: | 6 Pages + Cover Sheet |
| Phon | 336-641-2700 | Date: | Dec 24, 2013 |

5

# AFFIDAVIT

x **Urgent**

Since Brian was removed from the Martinsville Memorial Hospital in Martinsville, VA on Friday, Dec 20, 2013 not one person in the Forsyth County or Guilford County Jail system has contacted his family. Brian has Brittle Insulin Dependent Diabetes, Autism, Seizure Disorder and other diagnosis, but these three are most important, so for now we are sending medical reports from 5 (five) different medical specialists dated 1992 *to 2012 verifying these medical conditions.*

When he left home to go into the hospital he was on Novolog Insulin Pin, sliding scale, count carbs 1 unit per seven carbs. If his blood glucose is over 150, give one unit per fifty. Example: 350 – 150 = 200 – 4 units of insulin plus units required for his carbs at mealtime. Daily he gets Lantus insulin 32 units 1 time per day (he knows the time) This is 24 hour insulin.

If there any other questions, feel free to call his Mother, Roberta Hill, at 276-632-2599. We are extremely concerned about his health and the fact he has been set up with trumped up charges. We know for a fact he is not guilty.

Please insure the Medical Personnel in the Guilford County Jail receive this as it is extremely important.

Thank you,

Roberta Hill, Stella Forinash and Ken Forinash

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Tuesday December 24, 2013    7:40 PM

After sending the above fax, the doctor from the prison called and talked to Brian's mom, Roberta.

Signed Affidavit on next page

6

# AFFIDAVIT

Commonwealth of Virginia

City of Martinsville

I, _____, of _____, Virginia,
Certify that the above stated facts are correct and true to the best of my knowledge.


SUBSCRIBED AND SWORN TO
BEFORE ME, on the

_____
 Date


_____          _____
NOTARY PUBLIC                                              _____
My Commission expires:

_____

7

# AFFIDAVIT

Commonwealth of Virginia

City of Martinsville

I, *STELLA B, FORINASH* , of *MARTINSVILLE* , Virginia,
Certify that the above stated facts are correct and true to the best of my knowledge.

SUBSCRIBED AND SWORN TO
BEFORE ME, on the

*December 30, 2013*
Date

*Kathy S. Draper*
NOTARY PUBLIC

My Commission expires:
*10/31/2015*

*Stella B Forinash*
*12-30-2013*

```
KATHY S DRAPER
Notary Public
Commonwealth of Virginia
206207
My Commission Expires Oct 31, 2015
```

**SUNTRUST**

7

# Request For Confirmation On Federal Indictment Threat Against Me

Request presented to:

Ripley Rand
U S Attorney
Middle District of North Carolina
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401
Phone: 336-333-5351
Fax: 336-333-5438

Dear office staff of US Attorney Ripley Rand,

I like to know whether the indictment threat made to Beverly Smith of the "Walker, Melvin & Woodall, LLP", by the Mayodan, NC, police Chief Charles J. Caruso, was legit or not. I paid the firm $75 for services to write a letter asking the Mayodan Police Department to return my seized property pursuant to inventory(MPD-337, OCA/Case Number: 2012-00287) since I have multiple reasons to believe it was unconstitutionally and illegally seized, and withheld longer then the time period the detectives told me they were allowed to keep it, however we didn't include this evidence in the letter as but just the part about the 6-12 months time period I was informed of cause me and the attorney assumed the police chief would just return my seized items back. Instead he told Beverly that I am going to get a federal indictment, that the seized property is still being held by the State Bureau of Investigation crime lab, that he cannot return the items back to me yet. All my hard drives contain sentimental value data such as alt news reports(when I was a citizen journalist hobby blogger and YouTuber), hobby photos(nature, animals, historical architecture, etc etc), audio feeds(netbook recorded audio feeds of my interviews with candidate Virgil H. Goode and Patrick Henry Jolly), and more that is entirely legal. All of what Chief Caruso has said has been documented by the attorney and sent to me in writing. Then I had contacted the law enforcement liaison of the NC SBI Angel Gray and discovered that I am not even under investigation by the NC SBI that he/she was aware of. So if the SBI and FBI is not investigating me then whom is? Robert Bridge that didn't even get all or enough of the appropriate training needed to satisfy a criminal investigation of the magnitude that I am accused of? Was it SBI Agent Gerald Thomas that was caught in 2010 manufacturing evidence against a homicide suspect and was never fired from the agency? I don't really know anything as to what is going on anymore. I don't even know if I am in real trouble or not.

I don't know if I am being set up for a crime I never committed for some perp to seek revenge against me for writing articles criticizing the state senator, or if the police chief is just blowing smoke. **I like you to confirm whether your office is planning a prosecution against me, Brian David Hill, that was formerly at 413 N. 2nd ave, Mayodan, NC 27027.** If there is a prosecution planned then I like to know if I have any options to make a plea bargain to settle this matter outside of court. If the prosecution is not even being planned then I like you to write a written or email correspondence explaining to me that no prosecutions nor indictments are being planned, which would prove that the Mayodan PD Chief has lied to my attorney, and to me and my family, to scare me into not attempting to file motion for return of seized property and suppression of evidence that may be tainted by evidence tampering. I have enough evidence to throw out the search warrant as fraudulent or does not include the

Page 1/2

*This was written in Nov, or Dec, 2013*

# Request For Confirmation On Federal Indictment Threat Against Me

required information by criminal procedure under law. I also know the entire investigation is in sheer violation of the federal standards and an audit may be planned for the Mayodan Police Department by the state.

If your office is not planning any indictment then apparently the police chief has lied over and over again.

All I am asking for at this point is for a confirmation of this indictment threat, how long I am expected to wait for the indictment process, what am I being charged with, and if the Rockingham County NC DA was first involved in the criminal investigation against me since the first day of the raid?

I have severe medical conditions, type 1 brittle diabetes and mild autism. This case whether it is fake or real, has had me depressed. Even the Virginia state health department said I need round the clock attention to make sure that I do not go into a diabetic seizure which can eventually turn into a coma. If I am going to be prosecuted then I ask that I receive an alternative form of punishment and that I not be added to the sex offender registry. I have a profile on a online adult dating site so I can be more social with people and if I am ever being put on this registry due to the false allegations, this will harm me beyond mental capacity, which will damage my mental and physical health. The allegations will harm my right to go on dates with other consenting adults which is still completely legal under all levels of criminal code, and the allegations will harm my future life choices. I am not dangerous to society and have not harmed anyone, all that is true. I have hiked at Pilot Mountain, Hanging Rock, and other great state parks and never harmed anyone. I am the least dangerous person you can find in society. I ask that if there are charges pending that negotiations can begin between your office and me. I am a very reasonable guy and will do what it takes to follow the law and prove to you that I am not ever a danger to society. I still don't know whether a prosecution is being planned as a result of the police raid last year, but all I ask for is some answers, to know what could happen to me.

Sincerely,
Brian

Requested by citizen:
Brian David Hill
916 Chalmers St.
Martinsville, VA 24112
admin@uswgo.com
**I prefer the fax to be responded to by email or written correspondence.**
