[Return address, upper left:]
[Sender]
201 S Edgeworth St
Greensboro, NC 27401-2315

LEGAL MAIL

[Addressee:]
U.S. District Court
L. Richardson Preyer Federal Building
ATTN: Clerk Of Court — MOTIONS
324 W. Market St, Suite 1
Greensboro NC 27401