IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| United States of America | MOTION |
| vs. | PRO SE |
| Brian David Hill | 1:13CR435-1 |

FILED SEP 22 2014

## MOTION OF EVIDENCE AND NOTIFICATION

I, Brian David Hill, am sending more evidence to the court to file on docket, and to notify the court that my family is preparing additional last minute evidence for advancing a fair and just reason to withdraw my plea of guilty. I will file this evidence through U.S. Mail, by sending it out on Monday, September 22nd, 2014. All evidence I have submitted pro se is contributed towards withdrawing my plea. This notification and some more evidence Motion is filed with the clerk of the court using U.S. Mail.

Respectfully submitted, this the 19th day of September, 2014.

# Statement To Court

I, Brian David Hill, is providing a single-page statement to the court on my position for the sentencing hearing.

I am not guilty, my attorney Eric Placke manipulated me, my family, and others to get me to take the plea agreement. I don't need to be locked up. I wish to withdraw my guilty plea, then suppress the evidence, and then file a Motion for case dismissal. I was not even read my U.S. Miranda Rights by Homeland Security Agents during and after my arrest. The U.S. Marshals never read me my Miranda Rights at all. I need to be released from Jail as soon as possible. I ask the prosecutor to voluntarily dismiss my case so I can go back to my home in Virginia. The Jury will be informed about the inadmissible evidence, that it cannot be used in a trial. The Jury will be informed of my autism and listen to witness testimony for my defense. The Jury will see evidence for my defense. I will work hard to win my case, to be found not guilty, cause I am not guilty in fact. My defense lawyer is the cause and effect of my guilty plea under Oath. I would sue Placke if he wasn't immune from accountability for damaging my case and dragging me into a deeper hole then I dragged myself into for my political work in 2012. I wish to go for case dismissal after suppression.

# Politics Declaration

I, Brian David Hill, declare under penalty of perjury that the foregoing is true and correct. Executed on September 19, 2014.

*Brian D. Hill*
signed

## Statement:

In 2012 I was involved in politics as a political activist, Alternative News reporter, and networking with other fellow patriots. Some of the patriots includes Daniel Johnson of PANDA, Jeffrey Lewis of The Patriot Coalition, Luke Rudkowski of We Are Change, Gregory Lance of We Are Change NC, Melissa Melton and Aaron Dykes of Truth Stream Media, Alex Jones and Adan Salazar and Richard Reeves of Infowars, Chris Geo of Truth Frequency News, Sean Justus of FederalJack, James Freeland of Against The Wall with JJink, and I think Eric Blair of ActivistPost, and Pam Suggs of United Truth Seekers at least I think that is the name. I was directly in touch with NC state Representative Bryan R. Holloway. I was directly involved with Mayodan Town attorney Philip Edward Berger the NC state senator. I was involved with Charles J. Caruso of the Mayodan Police Department. How did Mayodan get the Department of Homeland Security involved? Because I gave papers to the police chief Caruso about the DHS when explaining how the NDAA law could be used by the DHS to make Americans disappear under indefinite detention without trial.

## Politics Declaration

Mayodan would not have persuaded Homeland Security to arrest me at Martinsville Memorial Hospital in VA had the Mayodan police chief not been informed by my very own USWGO documentation on the DHS and NDAA 2012 Federal statute. I was involved with alternative media which makes me a target since I don't accept bribes and don't censor the truth. Some corrupt elements in government don't like truth tellers especially news reporters. I was even involved with Stewart Rhodes of Oath Keepers. Interview Gregory Lance of WAC-NC in the courtroom and he will attest to my political activities alibis and explain to the court what I was really doing in 2012. After I was threatened by Chief Caruso, I went all over my Facebook trying to organize activism efforts against Phil Berger Sr., and exposing what happened at the town hall. I even went to the media. Then in August 2012 I published a Legal Opinion piece with USWGO and reviewed by the head of the NC Tenth Amendment Center William Kennedy stating that I believe Phil Berger violated his Oath of Office corruptly which under NC statute would require his removal from office. I even released DHS FOIA requested documents on USWGO that made Infowars.com and The Alex Jones Channel. All that before the police raid.

# Autism Declaration

I, Brian David Hill, declare under penalty of perjury that the foregoing is true and correct. Executed on September 19th 2014.

Brian D. Hill
<u>Signed</u>

Statement:

I have mild autism. The court, the Judge, the prosecutor, and the Jury needs to understand my mild autism. An autism expert needs to bring expert testimony to the court's attention. I gave false and misleading statements during the confession. My mild autism and the threat by the chief of police should warrant suppression of the confession. Autism is relevent to my case. It is apart of my mental health. In my heart and soul I know I am innocent. I should have received Pretrial Diversion Program also known as deferred prosecution. I should not be a sex offender. I haven't even had sex yet. I never molested, I never raped. The U.S. Attorney took things too far, for somebody who is innocent, for somebody with mild autism who has never been in trouble with the law before the Mayodan Police raid and the Federal charge. All I cared about was getting my lawful data and property back. I don't care about dirty child porn contraband. The police can forfeit the nasty illegal stuff, but not my lawful files, lawful data, and lawful pictures.

# Autism Declaration

When I walk in any kind of parks including local, state, and National Parks I just like to go hiking and exploring and taking pictures of nature. I don't care about children. I do not take an interest in children in parks. I don't take an interest in children anywhere. The police mistook my autism as criminal behavior. The Mayodan Police report is biased, has missing information or information that may not be true, and was a conflict of interest for every uswgo.com article posting on the Mayodan government and police department. I want to still hike at hiking trails and parks. Don't restrict me from the legal activities I love doing cause of this stupid possession set up charge. I will not let corrupt interests ruin my life. I will get a pardon of innocence if the court refuses to withdraw my plea, and if that fails then I may diverse the Federal government as a Sovereign then become a citizen of Japan or Canada then stay out of politics no matter the outcome. I don't deserve a sex charge. My public defender had evidence of my innocence but did not use it to defend me, ineffective counsel. I have (Autism) I am intelligent, unique, and different but I am NOT a criminal. I ask every autism expert and organization to come to my aid in my criminal case then Petition President Obama for pardoning me of my conviction.

# Deteriorating Health Declaration

I, Brian David Hill, declare under penalty of perjury that the foregoing is true and correct. Executed on September 19, 2014.

Brian D. Hill
<u>signed</u>

## Statement:

Since my incarceration in December 2013, my health has deteriorated. My weight went from over 200 to 153 lbs last weight check at ~~Guilfour~~ Guilford County Jail. My blood sugars are more times high then low. Part of that is due to nurses not using the Insulin-to-carb-ratio of 1 unit per 7 grams of carbohydrates I intake at every meal, by Dr. Steven South in NC. At Federal Correctional Institution-1 in Butner, NC my A1C was tested in Feburary, 2014, and the blood hemoglobin 3-month A1C average was tested as 10.9 which is a dangerous level which proves I may already be receiving diabetic damage each day of my incarceration which includes eye damage, kidney damage, nerve damage, and other forms of permanent damage. The longer I sit and fight in my criminal case, I face permanent damages which cannot be reversed after winning my case. My type 1 brittle diabetes is brittle. The stress, anxiety, and fear this criminal case has inflicted on me has also affected my blood sugars.

## Deteriorating Health Declaration

Being locked up, shaken down by Jail officers, and being treated like a criminal has also caused emotional and mental health damage. Then in addition to my suffering in Jail every day my lawyer did not do what needed to be done to win my case, and I felt helpless so I am having to file evidence with the court so that I won't break down and sink into depression. Out in the world I took Lantus insulin and fast acting NovoLog insulin. For every snack and meal, I took Novolog insulin based on the 7-1 carb ratio. Every night I take Lantus insulin. My A1C was lower prior to incarceration. Due to limited insulin I receive in Jail, my energy is not as good as it was, and my blood sugars run high. My blood sugars affect my judgement and have contributed to my guilty plea. My health is important to me. I just want the court to understand that my health is fragile, that for every meal I eat needs to have enough insulin to cover that meal. The methods the Jail nurses use don't work well. Insulin to carb ratio and sliding scale work well together to maintain my blood glucose level. Unless the jail can properly administer enough insulin for my carb intake, my blood sugars and A1C levels will continue to run at dangerously high levels.