Brian David Hill #964186
Guilford County Jail
201 S. Edgeworth St.
Greensboro, NC 27401

The writer of this letter is an inmate
at the Guilford County Detention Center
Greensboro, NC 27401

ATTN: Clerk of Court MOTION
U.S. District Court
L. Richardson Preyer Federal Building
324 W. Market St, Suite 1
Greensboro, NC 27401

RECEIVED In This Office
SEP 22 2014
1:15pm /b
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC

GREENSBORO NC 274
PIEDMONT TRIAD AREA
19 SEP 2014 PM 7 L

27401$25=44

LEGAL MAIL