# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
vs.
Brian David Hill

MOTION
PRO SE
1:13CR435-1

*FILED SEP 23 2014, IN THIS OFFICE, Clerk U.S. District Court, Greensboro, NC, By ___*

## MOTION FOR SUBSTITUTE COUNSEL

I file a Motion for substitute counsel with the court. I request with the court that Greg Davis be appointed as my counsel of record. Greg is a Assistant Federal Public Defender like Placke but I feel would be more effective as my assistance of counsel.

I recommend that the court appoint Gregory Davis of the Federal Public Defender Office for the Middle District of North Carolina as my counsel of record.

I filed this Motion with the clerk of the court using U.S. Mail. Respectfully submitted, this the 19th day of September, 2014.

Brian David Hill
Brian D. Hill

Sep. 19, 2014

## Statement By Brian D. Hill

Jail policies that violate Federally protected rights inhibits my communication with the U.S. District Court. Any effort to fetter and delay my evidence I plan on sending to the court violates my rights of evidence submission to the court. Since I clearly have ineffective counsel I am forced to submit evidence to the court on my own through Pro Se Motions. The Jail blocking my evidence has offended me and hurt my court communication. I feel I have been wronged by Guilford County Jail. America is still a Constitutional Republic with certain inalienable rights including due process and unfettered communication with the court.

I also have decided to ask the U.S. District Court for new counsel, that "Greg Davis" of the Public Defender office be appointed as my new counsel.

Therefore I request that Greg Davis of the Federal Public Defender office be appointed as my legal counsel to aid in my defense. Greg will be better counsel then Eric Placke so I ask that Placke be withdrawn as counsel of record in my case then Greg be appointed by the court as my counsel of record.