Brian David Hill #964186
Guilford County Jail
201 S. Edgeworth St.
Greensboro, NC 27401

GREENSBORO NC 274
PIEDMONT TRIAD AREA
22 SEP 2014 PM 5 L

ATTN: Clerk of Court, MOTIONS
U.S. District Court
Richardson Preyer Federal Building
324 W. Market St., Suite 1
Greensboro, NC 27401

RECEIVED
In This Office
SEP 23 2014
CLERK, U.S. DISTRICT
GREENSBORO, NC

LEGAL MAIL