IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
vs.
Brian David Hill

MOTION
PRO SE
1:13CR435-1



## MOTION OF NOTIFICATION

Evidence is being filed with the clerk of the court to file on docket, notifying the court that there will be a delay in the last minute evidence my family had sent me to mail to the court on Monday. The Guilford County Jail has <u>blocked</u> thirty pages of evidence and was returned to my family. The evidence attached proves that my last minute evidence was blocked by the Jail making it more difficult to provide evidence with the court to prove my innocence. If the County Jail continues blocking my evidence that I wish to file with the court pro se then I will file a petition for the Writ of Habeas Corpus challenging my detainment. My right to receive evidence to send to the court has been violated. I filed this Motion with the clerk of the court using U.S. Mail.
Respectfully submitted, this the 19th day of September, 2014.

Brian D. Hill   Brian David Hill

# Evidence Blocked Declaration

I, Brian David Hill, declare under penalty of perjury that the foregoing is true and correct. Executed on September 19, 2014.

Brian D. Hill

## Statement:

There will be a delay in the thirty pages of evidence my family was sending to me in Guilford County Jail to forward to the U.S. District Court. My family thought it is important that I send the evidence to the court as soon as possible for withdrawing my guilty plea by proving my innocence. I received a paper from the officer titled "Mail Return - Inmate Notification Form" explaining to me that I can only have a Maximum of 10 photocopied pages per envelope. The problem was those papers was evidence I plan to send to the court Monday. Because the Jail blocked my evidence today on Friday, it will take more days to resend me the evidence in pieces to comply with the policy of the Jail. I feel the Jail is making it difficult for me to get evidence and send evidence. This never would have happened to me in a Federal Prison. Without my evidence sent from my family, I have no means to prove my innocence. The Jail has violated my right to obtain evidence to use in my defense.

# MAIL RETURN
# INMATE NOTIFICATION FORM

To Inmate: _Brian D. Hill_ Location: _2H07_ Date: _9-19-14_
Mail Sent From: _Stella Ellen Forinash_

This is to inform you that the following items of mail were returned to the sender for the following reasons: (Circle Corresponding Number)

Item(s) of Mail: _photocopied pages <10_

1. Contents not allowed, Contents consisted of: _maximum of 10 photocopied pages per envelope - legal mail is classified as mail from Attorney or Courts._

2. Item contained funds in excess of allowable amount ($100.00 total in your account maximum at any one time).

3. Other Reason: (Specify): _____

Please inform your parties that we do not accept the following items either through the mail, or at the Detention Center:

1. Money in excess of the allowable amount ($100.00) total in your account at any one time).

2. Books, Magazines, Periodicals, or Religious Publications unless they are mailed directly from the publisher.

3. All religious materials should be sent directly to Chaplain Cook at the Detention Center address.

4. Writing instruments, tablets, pens, paper, stamps, postcards, stickers, or any stationary items.

5. Undergarments, socks, or T-shirts. These items must be purchased through the Inmate Commissary.

**NOTE** Items which you are not allowed will be returned to the sender. If any items received are illegal, criminal charges may be initiated and disciplinary charges will be filed against you.