page 1/2

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

United States of America

vs.

Brian David Hill

MOTION PRO SE

13CR435-1

FILED SEP 26 2014 IN THIS OFFICE Clerk U.S. District Court Greensboro, NC

## MOTION TO DECLARE

I, Brian David Hill, declare under penalty of perjury that the foregoing is true and correct. Executed on September 24, 2014.

Brian D. Hill
signed

**Statement:**

1. I was not read my Miranda Rights during my arrest on December 20, 2013 by Homeland Security agents. When I was processed by the U.S. Marshals on Dec. 23, 2013, given a arrest warrant, I was not read my U.S. Miranda Rights.

2. I assumed after I sent emails to Joy Strickland to forward to NC SBI agent Rodney White around Dec 2013, Mayodan was not pressing charges. That happened when my family told me that the Mayodan Police called, told my grandpa that Mayodan wasn't filing any charges and didn't know if the state would or not, told him that I can pick up my seized property on the inventory papers. On Dec. 12th, I found out from Sue Basko that there was a warrant out for my arrest since November 26, 2013. Mayodan Police lied to me and my family.

page 2 on back

3. Mayodan Police I believe was behind Department of Homeland Security (DHS) arresting me due to enough things I gave to Mayodan about Agenda 21, NDAA, and the DHS. That they used that as a scare tactic to generate fear.

4. Mayodan Police report does not state everything that went down during the police raid on August 28, 2012. The report I believe is deceptive. The report does not mention my claims that I may have been set up by a virus or trojan horse by a computer hacker. The report did not mention that the police were informed of my Autism and type 1 brittle diabetes. The report did not mention the threat by Charles Caruso the police chief. The report did not mention that my grandparents were there. The report did not mention that I was the only person patted down by the police during the raid.

5. Prior to the Federal charge and police raid, I had a clean record and never got in trouble with the law.

6. The FBI never got my side of the story before my arrest. The FBI only got Mayodan PD's and Robert Bridge's side of the investigation. Had the FBI interviewed me and my family, they would have persuaded the U.S. Attorney to reconsider prosecution against me.

I hereby file this Motion with the clerk of the court using U.S. Mail. I submit this Motion on this the 24th day of September, 2014.

Brian David Hill