# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

United States of America

vs.

Brian David Hill

MOTION PRO SE

FILED SEP 26 2014
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By_____

1:13CR435-1

## MOTION TO WITHDRAW GUILTY PLEA AND REQUEST A TRIAL

I, Brian David Hill, file with the court a "Motion To Withdraw Guilty Plea and Request A Trial". For all evidence I have filed on docket, evidence attached to this Motion, and the remainder of evidence I will send or give to the court by Tuesday, September 30th 2014, all advances evidence to back my factual assertions contained in this Motion to advance a fair and just reason to withdraw my guilty plea, and to request a Trial.

    I am also attaching a additional Motion to file with the court to Suppress the evidence and confession based on evidence I submitted to docket and to Probation officer Beige W. Tapp.

    Here are my Factual Assertions For Filing this Motion:

Page 2 on back

page 2/2

1. I am innocent of the charge.
2. I haven't been given effective assistance of counsel.
3. That I have autism and haven't been given a disability advocate.
4. I been coerced into pleading guilty. Me and my family have been manipulated into my guilty plea.
5. My lawyer cited that I was delusional when the truth is I am not delusional. The psychologists didn't review over me and my families evidence before applying that label on me. My lawyer has lied to me and my family, and has refused to come up with a defense for Jury Trial. My lawyer refused to call forth witnesses in my defense, was only interested in getting me to sign a plea agreement.
6. My high diabetic A1C blood hemoglobin level (10.9) has affected my judgement in the pleading hearing.
7. I wanted to withdraw my guilty plea days to a week after I plead guilty. My lawyer delayed the discussion to withdraw my guilty plea.

I hereby file this Motion with the clerk of the court using U.S. Mail.

I submit and request this Motion on this the 24th day of September, 2014.

Brian David Hill