Brian David Hill #764186
Guilford County Jail
201 S. Edgeworth St.
Greensboro, NC 27401

**Time Sensitive**

L. Richardson Preyer Federal Building
U.S. District Court
ATTN: Clerk Of Court MOTIONS
324 W. Market St. Suite 1
Greensboro, NC 27401