page 1/2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
vs.
Brian David Hill

MOTION
PRO SE
1:13CR435-1


FILED SEP 26 2014 IN THIS OFFICE Clerk U.S. District Court Greensboro, NC By ___

## MOTION TO TESTIFY

I, Brian David Hill, file with the court a "Motion To Testify" with witnesses listed in this Motion. These witnesses will testify under Oath in my defense. Since I am indigent, under court rules of criminal procedure I request the court pay all or any witness fees, or the government pay all or any witness fees for their testimony in my defense.

### WITNESSES:

1. Stewart Rhodes - Alibi testimony - rhodeslegalwriting@gmail.com Oath Keepers.org - July 1 or 2 2012, Chantilly, VA Hyatt Place
2. Alexander Emerick Jones - Alibi testimony - Infowars.com - July 1 or 2, 2012, Chantilly, VA Hyatt Place
3. Gregory Lance - Political activism Alibi testimony - 2012 - Occupy Bilderberg protest
4. Jeffrey Lewis - Political activism Alibi testimony - 2012 - The Patriot Coalition

page 2 on back

5. Kenneth Forinash - Alibi witness, Character witness, police raid witness on August 28, 2012
6. Virgil H. Goode - Alibi witness - Rotary Club, VA, May 26, 2012
7. Patrick Henry Jolly - Alibi witness - Red Hill Plantation, VA, July 4th, 2012 - Interviewed him for USWGO
8. NC Rep. Bryan R. Holloway - Political activism Alibi witness - 2012 - NC House of Representatives
9. Stella Forinash - Alibis witness, Character witness, police raid witness on August 28, 2012
10. Roberta Hill - Alibis witness, Character witness, police raid witness on August 28, 2012
11. James Freeland - Political activism Alibi witness - 2012 - AgainstTheWall.info - Syracuse, NY
12. Sean Justus - Political activism Alibi witness - 2012 - FederalJack.com
13. Luke Rudkowski - Political activism Alibi witness - 2012 - child porn set up attempt witness - WeAreChange.org
14. Daniel Johnson - Political activism Alibi witness - 2012 - child porn set up attempt witness - PANDAunite.org
15. Joy Strickland - NC DOJ Assistant Attorney General - 2013 - Sent emails with evidence to prove my innocence

I hereby file this Motion with the clerk of the court using U.S. Mail.

I submit and request this Motion on this the 24th day of September, 2014.   Brian David Hill