Brian David Hill #96486
Guilford County Jail
201 S. Edgeworth St.
Greensboro, NC 27401

Time Sensitive

L. Richardson Preyer Federal Building
U.S. District Court
ATTN: Clerk Of Court MOTIONS
324 W. Market St, Suite 1
Greensboro, NC 27401