page 1/2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

United States of America

vs.

Brian David Hill

MOTION PRO SE

1:13CR435-1



FILED SEP 26 2014 IN THIS OFFICE Clerk U.S. District Court Greensboro, NC

## MOTION TO FILE LAST MINUTE EVIDENCE

I, Brian David Hill, file my last Motion of Evidence titled "Motion To File Last Minute Evidence" before the Sentencing hearing to advance a fair and just reason to withdraw my guilty plea. I file this Motion with the clerk of the court to file on docket along with all evidential papers attached to this Motion.

The evidential papers attached are as follows:

1. Two Affidavits proving that the Mayodan Police lied in their police report used in my criminal case. Also proves that there are lies in the Probation's Pre-Sentence Investigation (PSI) report.

2. Proof by Mayodan town Minutes documentation that I was involved in the town council.

3. Attorney paper that documents on record that I requested

3. (cont.) return of my seized property since the detectives informed me that my property would be returned in six months to a year, that since 14 months there were no formal charges filed, and requesting that my seized property be returned to me.

4. Email Inquiry sent to Joy Strickland of the NC Department of Justice.

5. Print-out of an email out of a series of emails sent to Joy Strickland to forward to NC SBI agent Rodney White. If the court wishes to review the attachments then they can subpoena Joy Strickland for email records.

6. A print-out of a forum post I did about Mayodan Police harassment pondering that the police chief would pull something to arrest me.

More Evidence or at least the rest of the last minute evidence will be submitted physically at the September 30th Sentencing hearing on Tuesday. I ask that the Judge docket that evidence after reviewing it in the courtroom so that all evidence pages can be reviewed during my Trial.

I hereby file this Motion with the clerk of the court using U.S. Mail. I submit this Motion on this the 24th day of September, 2014.

Brian David-Hill

# AFFIDAVIT

**Sworn Affidavit of Kenneth R. Forinash**

I would like to rebut some of the information listed in the Presentence Investigation Report, and give a brief history of my involvement in Brian's life. I have known Brian David Hill since December 2000. He has gone on day trips and extended trips with his mother, Roberta Hill, grandmother, my wife, Stella Forinash and myself numerous times. Due to his diabetes and autism he always stayed with us when we went on these trips. I have never seen him approach a child, or show any interest in a child. His main thing was taking pictures of scenery, and he did not want any human in his pictures. He would get agitated when someone walked in front of him while he was taking a picture. We have copies of pictures he has taken and copies of pictures we have taken of him to prove this.

I tried helping his mother and grandmother find help for his autism while he lived in North Carolina and after he moved to Virginia. We had very little luck getting assistance from any groups in NC, but after moving to Virginia in September of 2012 he was placed on a Medicaid waiver immediately after applying due to all of his medical and mental problems. There is normally a 7 year waiting list for this waiver, but he was placed on it right away. This waiver made it possible for someone to be paid for 40 hours of assistance and respite for Brian per week. In addition to this waiver, there were also individuals from EHS Support Services LLC that would take him on hikes, and to the YMCA. They also made it possible for him to see a counselor for his OCD problems.

In the Presentence Investigation report, there is never a mention of the fact that Brian Hill's grandmother, Stella Forinash, and I were there during the whole time of the execution of the search warrant. We were told we could wait outside on the porch, in the hot August heat, and we remained there for approximately three hours with armed officers watching our every move and staying close enough to hear all we were talking about. We were told when they said we would have to leave the house that we all would be searched as we left the house, yet the only one they searched was Brian.

Under "The Offense Conduct," item 6, an officer supposedly told Brian "I don't want to take all this stuff if I don't have to. I also don't want to damage it in the process. So do you want to tell me what I should be focusing on, or do we need to take everything we see?" After making that statement, the officers then took everything they saw, and left certain items torn apart. They removed hard drives from desktop computers, removed the mother boards of some of them and left the mother boards on top of the tower. They left computer related items that they had torn apart strewn all over Brian's computer office in the basement of his house. The things the police have said about Brian and the things he said during the interrogation are completely different from the Brian David Hill I know, and from Brian's visits to our house and the trips we have taken together are two completely different people. Someone with Autism repeats words and phrases, this is called "Echolalia," it is literally the repetition of words and sounds a person has heard either recently or quite a while ago. Verbal people with autism are often echolalic, which means they do use words (and sometimes even use those words appropriately) - but their word choice is based on a memorized pattern. Brian has done this all his life, this is why he should have had an Autism advocate while being questioned. We have heard Brian memorize and repeat movies, word for word, and Alex Jones videos, speeches, etc.

We have caught the Mayodan Police Department in numerous lies. Detective Todd Brim lied to me on the phone in December 2013 when I talked to him and asked him when Brian could retrieve his items. He said there was no warrant issued for him and that he could come pick his inventory items up, then when I called back 2 days later to let him know Brian was hospitalized he informed me that there was an arrest warrant out for Brian. If we had taken Brian to Mayodan, he would have been arrested and for someone with Autism, expecting one thing and getting another, that would have been traumatic.

I overheard Roberta Hill, Brian's mother inform the officers that Brian had Autism, and one of the officers who stayed outside with us informed those that were conducting the search warrant about his Autism, yet they

# AFFIDAVIT

still questioned Brian with no advocate present. I also overheard Police Chief Charles Caruso tell Brian to "Fess up" because if you didn't do this, your mother will be held responsible while we were all standing outside on the front porch.

I am the father of 5 children, 14 grandchildren and 8 great grandchildren. I have always said I would not hesitate to let Brian be in contact with any of my grandchildren because he has no interest in children, and I know he would not harm, nor do anything to a child. They at times get on his nerves and he doesn't want anything to do with them. He ignores children when we are on outings and concentrates on nature photos and political agendas.

Kenneth R. Forinash, TSgt, USAF Ret

Commonwealth of Virginia

City of Martinsville

I, _Kenneth Forinash_, of _Martinsville_, Virginia, Certify that the above stated facts are correct and true to the best of my knowledge.

SUBSCRIBED AND SWORN TO
BEFORE ME, on the
_9-18-2014_
Date

_Mitzie C Thompson_
NOTARY PUBLIC
My Commission expires: _3/31/2016_

```
MITZIE C THOMPSON
Notary Public
Commonwealth of Virginia
353833
My Commission Expires Mar 31, 2016
```

# AFFIDAVIT

**Sworn Affidavit from Stella Forinash (Brian David Hill's maternal grandmother)**

1. I was there on the day my grandson was born as a preemie baby at the Arnold Palmer Hospital in Orlando, FL in May, 1990, was there when he was diagnosed with type 1 insulin dependent diabetes at Cone Hospital in Greensboro, NC when he was a year old in Feb. 1992, was there when he had his first seizure at night at home about a month after we found out he was diabetic and have witnessed many more of his seizures through the years, was there when he was diagnosed by the TEACCH team as having a form of autism and developmental issues in Guilford County, NC before he started kindergarten. Went with him and his mom when he went to Amos Cottage - Brenner Children's Hospital at Winston Salem, NC for a month a few weeks after he started kindergarten. Heard the doctor talk about how hard it is to control his diabetes at this hospital and learned more about intermittent explosive disorder. His mom and I took him to the Charter Mental Hospital in Greensboro, NC when he was a child in elementary school having some mental problems and again to the hospital at Chapel Hill, NC when he was still in the public school for mental problems. It was explained to us by both his diabetic specialist, Dr. South and his neurologist, Dr. Hickling (Both located in Greensboro, NC) that his autism and diabetes worked against each other causing a lot more problems on a daily basis. Dr. Brady (In charge of the special educational program for Rockingham County, NC schools in 1995) told me on the telephone that Brian was their worse case in Rockingham County because of all of the serious health problems in one person, so that was why they had to have a one-on-one with him at all times in school from the Caps program. That was the only way they could keep Brian in school. It got so hard that finally his mom decided it would be easier to do home school as even with a one-on-one assistant in school, they were constantly calling her.
2. I watched Brian as an adult in 2008 get involved with political issues and coming out and writing strong articles and doing videos about subjects that could get one in trouble, yet didn't seem to see the dangers and would not listen when we tried to explain to him, but that was part of his autism. He was doing these articles from 2008 until the police raid on his house in August, 2012.
3. I used to be on a group for people in their 50's and older on the internet. We had some fun times, and I met a lot of people in my age group. I met a good friend in that group that we were friends for 10 years, and I met my husband in this group. One day one of my friends started using really bad language. She had never done that before, then she came on and said, "That isn't me talking". It was confusing because both were under her name. Then this started happening to others. One day it happened to me. I saw where I had put some really bad language and wrote, "That's not me talking". This went on for months on a daily basis; finally our group dissolved. I learned from this experience that someone can hack in your computer and play like they are you and do some terrible things in your name. I feel like this is what happened to Brian with the child porn and have heard others say that it has happened to them as well. Because Brian had his own server at one time and had his own website for years, we were used to Brian having problems, hacker attacks, etc. We would try to get him to give up, but he would just fight each problem as it came along. This porn thing has shocked all of us. Seems like used to be they would just put some bad language in your name daily, now it has gotten a lot worse, from that to child porn images in your computer.
4. I was there during that police raid on Brian's house in August, 2012. That has had a traumatic effect on me to this day. Every time someone knocks on our door, I think it is police who will force us to go outside on the porch while they are spending hours going through our house, taking our computers apart, just like what they did to my daughter and grandson in Mayodan, Rockingham County, NC. I used to have the upmost respect for all police because all of them

1

# AFFIDAVIT

have been really nice and helpful to me my entire life, and I have tried to teach this respect to my children and grandchildren, but on this day there was one young policeman who was very nice, polite and helpful who stood on the front porch with us for hours in the heat. I can't say that about the chief of police whom I had seen in Mayodan town hall meetings that we had attended in March, April and May, 2012 with my grandson and daughter and who I saw removing my grandson from the meeting in July on a YouTube video simply because he asked Senator Phil Berger an important question. I did not like the 2 detectives who were going through their things in their house and who did not listen when my daughter clearly told them that her son had mild autism and brittle diabetes as they would call him into the house to talk to him alone.

5. I thought police set an example of being truthful, but that is not what I have seen there. We have already done affidavits about our experience with the Mayodan police department. Now we have also seen the report dated 8/9/14 from the probation officer. I see many lies in this report that I would like to refute. 1. This was all one sided against Brian and was done one year and 3 months after Brian's false guilty plea. He has autism and this was done the next day after that traumatic police raid, and he was not given an advocate to help him answer questions. It was just him by himself and a few police at the police station. If these police really believed he was guilty, they should have arrested him right then to protect the children on the internet. 2. Again, Brian's family got two phone calls on June 9, 2014 after 5:00 PM from two different attorneys who explained to us why we needed to tell Brian to go ahead and plead guilty. Again, basically he was going to have another one sided trial against Brian. We were told that all the prosecuting attorney had to prove was that child porn was on Brian's computer and the jury would not know that Brian had autism. We would not be able to testify as a witness in Brian's defense, and Brian would be found guilty and get the maximum sentence. We knew he was not guilty of putting child porn on his computer, but since it was explained to us by the disability attorney that even if Brian had bought a used computer and it was already on there, he would be found guilty because it was on his computer. It also became obvious to us that his attorney was not doing anything to represent Brian, even though we had sent him a lot of things for proof and others had too; he had no intention of using any of it, so Brian really did not have an attorney representing him. My husband and I are retired, and we had no money to hire an attorney to help Brian. He and his mom have lived off from one SSI check since Brian was 18 months of age. His mom could not work on an outside job because there were no child care facilities at that time who were equipped to take care of a toddler with type 1, insulin dependent diabetes and mild autism. Now there is, but back in 1992, there was none, and I have been disabled for years as well. My daughter had a job lined up. I had just quit a job because I was sick and requiring surgery. My daughter had a real nice day care for him, but they said they weren't equipped to deal with the diabetes. I called 10 day cares, and not one could take him, so I told my daughter that she needed to apply for SSI disability for him, and that is what she did. Also all these 2 attorneys told us was that instead of 20 years if he was found guilty during the trial, which he would be since child porn was on his computer, it would be for time already served. Neither attorney told us that he would have to register as a sex offender. Brian has always said that he is not guilty and went in the court planning to fight it on June 10, 2014, and the very next day regretted saying he was guilty of something that he is innocent of doing. His family has always been with Brian, and we all know that he is not interested in children and does not meet the criteria for being a child molester and has never once done anything to hurt any child. Does not like being around children.

6. <u>The Offense Conduct</u>: 3. The detective is from Reidsville, Rockingham County, NC. If there was such an important case, why wasn't it from the State of NC or from the Federal Government (FBI). Why was it the police detectives from Rockingham County, NC doing this investigation? Why wasn't the state and or the federal government involved from the very

2

# AFFIDAVIT

beginning? Especially when I have seen where Brian wrote emails to Reidsville and many to Mayodan dealing with political issues like Agenda 21 & the NDAA weeks before this police raid.

7. <u>The Offense Conduct</u>: 5. It is true on August 28, 2012 Roberta answered the door, and Brian was sitting in the living room with his laptop computer. It is also true that right before they came, Brian was fighting something on his computer constantly. I thought it was another hacker attack because he had been getting those for years. Something was going on big time with his computer before the knock on the door. We were eating a late Wendy's lunch. That part is not in this report. The Mayodan police chief and the 2 detectives were at the door and a younger policeman. We heard one of them say that they were working with the state (that is not in this report), and they said child porn was being downloaded from this IP address. I did not see Brian putting his head down in his hands (my husband and daughter said they did not see this either). This report does not say this, but we were told to go outside, and they would check us for weapons. Brian was first and was checked. They did not check my daughter, husband or me for weapons. By-the-way, there is nothing in this report showing that my husband and I were at the house, but we were there and had a notary to witness our signatures on an affidavit we wrote about this police raid which lasted for hours while we were forced to stay out on the front porch. My husband & I were told that we could leave, but my daughter and grandson were told that they would have to stay, so they were forced to stay out on the front porch for hours during this search of this 5 room house.

8. <u>The Offense Conduct</u>: 6. The detective stated: "Brian, you have a lot of computers. You don't have to say anything, but you know what we are looking for". The Defendant Hill stated, "Well, then you want the one upstairs". These are all words, the reality and truth is that these detectives took several computers, and we have the proof through the inventory they gave my daughter the next day with a list of everything taken from the house. These detectives went through all computers, removed the hard drives and left pieces lying all around. They actually left some mother boards thrown apart on top of the computer frames. We later threw the parts away because after this police raid, my grandson refused to ever walk in that house again. This was where he lived for over 7 years, and up until that day, he loved this house. They took several laptops, several external and several internal hard drives, several CD's, cases, etc. Will include a copy of that inventory for proof. My grandson has autism, and part of this autism was that he collected even the computers that didn't work. He would say that he might want to use parts of the computers, so we gave him all of our old computers and he bought some used computers at thrift stores too. Downstairs, there were two rooms. He had a bedroom and a large computer and library room. His mom's bedroom was upstairs.

9. <u>The Offense Conduct</u>: 7. Brian did not want anyone touching his computer or anything that belonged to him (again part of his autism). He is very intelligent and is a computer genius. This is talking about the next day after the police raid. We were there during the police raid and heard Brian's mom tell the young policeman who was staying outside with us that Brian had autism and brittle diabetes when the detectives called Brian in by himself. We heard this young policeman repeat that to the detectives. This was the day of the police raid which they failed to mention, and during the police raid.

10. <u>The Offense Conduct</u>: 8. Because of all of Brian's severe health problems, he does not drive a car. He has to go with others everywhere. We have been on many day trips and vacations with Brian, and he does not notice children at all, does not like children, so I would have to disagree and say that he is being maneuvered in this. First of all, knowing that he has autism, they are talking to him alone. He told the detectives that he has diabetes when they called him into the house asking about the syringes the day before, so they should know that his diabetes involves insulin shots. This interrogation is in the afternoon, so his blood sugar was probably vey low. Brian's mom was told to come down at about noon to pick up the inventory. She was not

3

# AFFIDAVIT

prepared for an interrogation which they both got which lasted hours. Brian also told us that he got an eMule virus before the police raid (We did not know that it had something to do with child porn though).

11. I see nothing in this report which shows that Brian was really involved in politics, was attending Mayodan town hall meetings in March, April, May (not sure about June) and July, sending emails to the sheriff as well as the town of Reidsville, Eden and Mayodan about Agenda 21 & the NDAA. There is nothing in this report about the Mayodan police chief who stood out on the porch and told Brian to "fess up to child porn that there were 2 people who lived in the house, and he didn't think it was the mother". We already sent those affidavits to Brian for proof for the court before we saw this report. We also sent a copy of our affidavits to his court appointed attorney months ago. Asked him a few times in emails to let us know what he needed, and he never asked for anything to help Brian as proof. There is nothing in this report about Brian's severe health problems, his involvement in politics in the community, the fact that the police chief knew who Brian was before coming to his house that day.

12. It's very strange to me that Brian attended a meeting at Mayodan on July 9, 2012 and talked during the public comment time as he had done for months before (March, April, May, June (?) 2012). There is video proof of this by the Rockingham Update on YouTube. Brian went up to the NC senator who is also the Mayodan town lawyer, Phil Berger to ask him what he was going to do about the petition that Brian had given him in May and over 300 people from NC had signed, and very quickly, Charles Caruso was leading Brian away from the meeting where you can still see the reporter from the Rockingham Update is still in the room (Sent a copy of this video to Brian's attorney and if the court wants a copy, can email a copy to the court). Brian wrote an article about this on July 10, 2012 and put the video on YouTube, and all of a sudden about 2 weeks later there is child porn showing up on his computer, yet his family had never seen him doing child porn but had seen a lot of political activity. His family had never seen him noticing children in any way when away from home at various events. Have seen him looking for political interview opportunities everywhere he goes. With his autism, that was where his focus always was, never with children. Brian has never been in trouble with the law, has never hurt any child. The state of NC, the FBI don't show up at his door, instead it's the same police chief who escorted him out of the meeting on July 9, 2012 who shows up, a detective and one or more police from the Mayodan police department and one detective from the Reidsville police department (also in Rockingham County, NC). We learn later that Phil Berger's son is the DA for Rockingham County. Then in September 2014 I see some misleading comments in this report that was given to the state. I think of the email threats my grandson got in April, 2013. I also remember when this same detective from Mayodan calls Brian and talks to my husband telling him that Brian can come and pick up his things, then later when my husband calls and tells him that Brian is in the hospital and won't be able to come on that day to pick up his things, this detective then tells my husband that they don't have Brian's things (my husband wrote all of this in his affidavit). Yet my grandson has spent 9 months in jail with severe diabetes, autism and mental issues that we were trying to get him help in December, 2013. He has gotten a lot worse since the police raid. He was arrested and removed from the mental part of the hospital here in Martinsville, VA and taken in handcuffs away from his family in Virginia to jails in North Carolina. All of this was based on this report from the Mayodan, NC police department. Am I lying when I say that others have had child porn put on their computers, many people have had hackers steal identities and government computers have been hacked? Please pay attention to Brian's proof. He has autism. People with autism are known to plead guilty when they are really innocent while under police stress and interrogation. Brian maintains his innocence, and his family who is always with him because of all of his serious health issues also knows that he is innocent and not interested in children and should not be punished for a crime that he did not commit. He has never been in

4

# AFFIDAVIT

trouble with the law, tries to do the right things, and up until all of this happened did not see the danger in speaking out loudly against political people and subjects.

Documents of proof: (1). Inventory list the town of Mayodan gave to Brian's mom. (2). A paper I typed and copied from Brian's YouTube account proving he was involved in politics (and was also receiving hacker attacks) from 2009 until 2012 (found something he put up about the eMule virus in 2013 – didn't know that was on YouTube until I started looking for proof of his political activities). This probably explains one of his threat emails he got in April, 2013. (3). Interview Notification – email copy between Brian Hill and Patrick Jolly (6th great grandson of Patrick Henry) at Red Hill, VA June, July, 2012. (4). Proof from the town of Mayodan that Brian attended the July 9, 2012 town hall meeting. (5) Letter an attorney sent for Brian to town of Mayodan to have his items returned in Nov 2013 (6) Email copy that Brian sent to the NC Innocence Inquiry Commission in Dec. 2013. We have already sent some more proof documents to Brian about his real interest: political and can send more if the court or judge need more proof. Again, Brian is not interested in children or child porn. This has been a set up. Don't know who or how, but someone had this put on his computer. He no longer wants to do anything with politics either. I strongly think but can't prove this is the reason he was set up to silence him forever, keep him off the computer and trail wherever he goes by forcing him to register as a sex offender when he is totally innocent of that crime. Our greatest hope is that the judge in this case in all of his wisdom will let this go so Brian can get the help he needs for his health problems out of the jail (although Brian has told us that everyone has treated him good in jail). Brian is not guilty of child porn. He has mild autism which is like listening to the radio, sometimes everything is clear and sometimes there is static. Sometimes Brian is normal, and other times is consumed with autism and mental issues (that is the static part). We don't see Brian being involved in politics again, and he has told us that he has learned from this experience why it's not good to speak up as he has in the past.

Commonwealth of Virginia

City of Martinsville

I, _Stella B Jouinash_, of _Martinsville_, Virginia, Certify that the above stated facts are correct and true to the best of my knowledge.

SUBSCRIBED AND SWORN TO
BEFORE ME, on the
_9-18-2014_
Date

_Mitzie C Thompson_
NOTARY PUBLIC
My Commission expires:
_3-31-2016_

MITZIE C THOMPSON
Notary Public
Commonwealth of Virginia
353833
My Commission Expires Mar 31, 2016

5

**WALKER, MELVIN & WOODALL, LLP**
ATTORNEYS & COUNSELORS AT LAW
640 FAGG DRIVE
EDEN, NORTH CAROLINA 27288

JAMES R. WALKER
R. MARTIN MELVIN
SETH M. WOODALL

MAILING ADDRESS
P. O. BOX 528
EDEN, NC 27289-0528
TELEPHONE (336) 623-3138
TELECOPIER (336) 623-2023

November 8, 2013

Mayodan Police Department
Attn: Charles J. Caruso, Chief of Police
101 North 3rd Avenue
Mayodan, NC 27027

Re: OCA / Case No. 2012-00287, Roberta and Brian Hill

Dear Mr. Caruso:

    I have been retained by Brian Hill for the purposes of recovering seized property being held by the Mayodan Police Department. At the time of the search and seizure, which occurred on or about August 28, 2012, Mr. Hill was advised by your agency that the items seized would be returned to him within 6 to 12 months. At this time, the Mayodan Police Department has had possession of Mr. Hill's property for 14 months, and no formal criminal charges have been filed. As such, I am requesting that the items outlined on the attached MPD-337 (Receipt for Evidence and/or Property) be returned to Mr. Hill. Please contact me so that we may schedule a time convenient for your agency and staff to return those items to Mr. Hill or his designee. Should you have any questions, please feel free to contact me. I look forward to hearing back from you.

Sincerely,

WALKER, MELVIN & WOODALL, LLP

Beverley A. Smith

Enclosure
cc:     Client

# Mayodan Town Council
# Regular Meeting
# July 9, 2012 - 7:00 p.m.
# James A. Collins Municipal Building

Present:
Mayor: James "Bud" Cardwell
Council: Darrell Allred, Lewis Bottoms, Glenn Chatman, Andrew "Buddy" Martin, Tim Simpson

Staff Present:
Town Attorney Phil Berger
Town Manager: Michael Brandt
Town Clerk: Melessa Hopper

Others Present:
Roy Sawyers, RCENO

The Mayodan Town Council met at 7:00 p.m., July 9, 2012, in the council room of the James A. Collins Municipal Building, and with a quorum present Mayor Cardwell called the meeting to order.

**Public Comments**
Mr. Brian Hill discussed the National Defense Authorization Act. Mr. Hill states the NDAA is unconstitutional and wants a resolution approved by Council stating their opposition to NDAA and can't understand why the Town Council can not use their power to approve this regulation to protect its citizens.

**Citizen Concerns**
<u>Item 2A:</u>
Mayor Cardwell called upon Ms. Denise Lowe to give information regarding her water billing to the Council. Ms. Lowe lives at 114 Taft Street. She stated her bill was $118 and is normally around $40. Town employees came to her residence to check for a leak. While there the town public works staff replaced the meter at that location. Staff indicated there was no leak showing at the meter. The new meter was installed to have a better opportunity to discover a slow leak, should one exist. A plumber was called and he checked the residence for leaks and none were found. Discussion involved the possibility of a toilet leak that has corrected itself. Town Manager Michael Brandt assured Ms. Lowe that the public works staff would check the meter for the next few weeks every day to see if something is happening with the meter that can be noted.

<u>Item 2B:</u>
Mayor Cardwell called upon Mr. Bill Scheib to give information regarding the community garden established at the corner of Madison Street and N. 4th Avenue. Mr. Scheib informed Council and citizens that the drip irrigation was set up and a pump donated to the cause. Lowe's Home Improvement awarded a tiller to the project through its Hero Day program. Mr. Scheib stated this is very much a community garden and that 92 people have worked the garden. Vegetables are harvested on Mondays and 400 lbs of vegetables were harvested today. Vegetables are available

More Proof to send to the Court for Brian Hill

| # | Proof Description for Brian Hill | # pages | Envelopes |
|---|---|---|---|
| 1 | This page | 1 | 2 |
| 2 | Ken's Affidavit (Brian David Hill's Grandpa) | 2 | 1 |
| 3 | Stella's Affidavit (Brian David Hill's Grandma) | 5 | 1 |
| 4 | Brian's emails to Joy Strickland | 8 | 2 |
| 5 | Inventory list from Mayodan, NC | 7 | 3 |
| 6 | Town of Mayodan - meeting July 9, 2012 | 1 | 1 |
| 7 | Letter an attorney wrote for Brian in 2013 | 1 | 1 |
| 8 | NC Innocence Inquiry Commission | 3 | 3 |
| 9 | From Sue Basko to attorneys & grandparents | 6 ~~3~~ | 4 |
| 10 | Brian's Affidavitt in 2013 | 2 | 4 |
| 11 | Police harassing my mom now - July 12, 2012 | 1 | 2 |
| 12 | Money Order for Brian for $10.00 | 1 | 1 |
|   |   | 38 ~~35~~ |   |

*6 pages* (handwritten note next to row 9)



Brian Hill <admin@uswgo.com>

# email inquiry
13 messages

**Strickland, Joy** <JStrickland@ncdoj.gov>   Mon, Dec 2, 2013 at 12:35 PM
To: "admin@uswgo.com" <admin@uswgo.com>

Dear Mr. Hill,

Your recent email to the North Carolina Department of Justice- State Crime Laboratory Director Judge Joe John- has been forwarded to me for a response.

In your email you indicate that you are represented by an attorney. Therefore, please direct your questions to your attorney.

Sincerely,

Joy Strickland

Assistant Attorney General

Law Enforcement Liaison Section

North Carolina Department of Justice

This is an informational email and has not been reviewed and approved in accordance with the procedures for issuing a formal Attorney General's Opinion.

---

**Brian Hill** <admin@uswgo.com>  Tue, Dec 3, 2013 at 9:57 AM
To: "Strickland, Joy" <JStrickland@ncdoj.gov>

Dear Joy Strickland,

The problem is that attorney was only hired to write the letter to the Mayodan Police Department regarding seizure of my property, and to mirror their response back to me. As of right now I do not have an attorney and can only get one that will offer services cheap or pro bono. Another reason an attorney has not decided to help me at this point without charging an arm and a leg is because there really doesn't seem to be any kind of case against me but yet my property is still being held by Charles J. Caruso and Todd Brim of the Mayodan Police Department, and Robert Bridge of the Reidsville Police Department. He told the attorney that sent the letter, that my property is still being examined by the SBI. I have contacted different people that has told me they have no record or any information as to whether my stuff is even being held at the state crime lab under the SBI. I am getting the impression that the police chief is lying to me knowing I can't get any information nor an attorney until I am criminally charged as I cannot be appointed one until then, and if I am never charged then my stuff was stolen by the MPD under false pretenses. I am confused as to whether

there is really any kind of criminal investigation or even forensics on my property. Ever since the raid the whole investigation is unusual and unlike that of regular law enforcement that follows regular criminal procedure. The amount of mixed responses I am getting is why no attorney wishes to represent me pro bono is because there really isn't any case to represent me on except maybe return of seized property but I need evidence that they do not intent to look for evidence on my seized property as for cause why a court should grant my motion to demand the MPD returns my property. Until I have a clear case to need one, I cannot afford an attorney not will one help me pro bono.

I am living off of social security disability income (SSI) and Medicaid. So at this point information is what I need before an attorney will agree to just help me.

If there is no case then I like to at least know if my stuff is being at least examined in the crime lab so that I at least have knowledge as to what is going on, otherwise I may be a victim of theft by law enforcement that produced a falsified search warrant(already contradictions and the affidavit may not be true) just to seize my stuff and pretend that it is being examined on when it isn't. All I can come up with is theories and theories aren't accepted by any attorney or a court. I need to know what are the facts as of now. If my stuff isn't being examined then I need proof of it being so, so that I can file a motion for return of seized property since the seized property is not being even being examined in the first place.

I am hoping you can help me with my confusion on the situation. I have a lot of important sentimental data that is completely legal that was in the seized belongings such as the out west trip pictures, a independent video interview I did with a historical figure, hobby photos, hobby videos, and even documents that are of significant importance. I am afraid the police may have just seized it to use as if it was their own property. I contacted the US Attorney as Angel Gray insisted but they aren't giving any responses either even though the chief of police

Dear
Joy Strickland
Assistant Attorney General
Law Enforcement Liaison Section
North Carolina Department of Justice
919-662-4509 ext. 4400,

I am now aware after contacting the SBI Office, that I am under investigation by the Greensboro, NC SBI Office, under Agent Rodney White. I like for you to keep a record of this email for your records and send a carbon copy to SBI Agent Rodney White. You may even share this with the Attorney General if you feel it is appropriate. I am even willing to supply the appropriate affidavits if required. My family also are witnesses and are willing to produce affidavits then notarize them then send them to your office if necessary.

I am representing myself pro se until I can either afford a lawyer, am appointed a lawyer, or one decides to help me pro bono. My only source of income is Supplemental Disability Income (SSI) from Social Security, getting medical help from Medicaid, and food assistance from EBT. I have type 1 brittle diabetes and mild autism. I thought this is something the investigator should be aware of. I have all the medical records proving this and one of my former doctors was Dr. Steven South of Greensboro NC, and the patient record I am citing is Brian David Hill, born on May 26 1990.

I like to introduce evidence in my case that helps prove my innocence claims on the day of the police raid(Attachment A) to the Mayodan Police. During the raid I told the chief of police of Mayodan that it was a Trojan horse that I believe was the cause behind what caused the raid. I may have told the detectives about this as well but I cannot remember as it was 15 months ago since the incident. I received a Inventory(Attachment B) of all my property that was seized. Due to being threatened by either the police chief or detective sergeant saying things to me and my mother, and grandparents like "Fess Up!!!! We know you did it!!!! You better fess up or else your mother will be held responsible." Also I was being intimidated by the police chief on writing a hobby blog news article(Attachment C(2)) about how he kicked me out of the town council, after telling me "This is Serious!!!" and was scaring me then accused me of slandering him on my news website, which is why I didn't defend myself verbally when I was falsely accused of slandering the chief, cause I was afraid of him. He was also angry due to a YouTube video(Attachment C) that I had uploaded showing me confronting the state senator with a camera to ask him questions as a news reporter, and was escorted out by the police chief which the video shows, then intimidated and threatened me in the town municipal lobby when my camera was turned off. After that incident on July 9th 2012 I was under criminal investigation for possible child porn downloading and distribution.

Something the SBI needs to also investigate was a finder binder that happened around anywhere between July and August 2012. The driver on record was Roberta Ruth Hill my mother. She was on GMAC insurance at the time, and the Mayodan Police intervened to take the case even though the incident happened on private property located in Madison, NC. Of course all information due to the finder binder I believe was used in the search warrant. I had long suspected that the finder binder was foul play to further punish us for me writing that article about the possibly corrupt police chief and gather information for the search warrant but proving it is difficult. I had tried to get a former insurance fraud investigator to dig up all insurance records on Roberta Hill including possible police reports that the insurance provider had likely acquired regarding the finder binder to see if the person that made the claim and wanted my mom's insurance information was in any way connected to the police or District Attorney in any way which would be probable cause to initiate a FBI or SBI investigation into the matter to interrogate the finder binder claimant to see if she was paid money or given any favors by the Mayodan police detective or Reidsville police detective to cause the incident to gather enough information for the search warrant affidavit. Also my IP Address was manually entered into the Boca Raton, Florida-Based "Child Protection System" and not automatically flagged as the search warrant said, which I discovered from the investigative news reporter that is looking into my case.

I am also presenting a unsigned and non-notarized affidavit(Attachment D) which I will be happy to sign and notarize if required by the SBI/DOJ. It is my witness testimony on a Trojan horse that got on my computer mysteriously and started running rogue copies of P2P applications and sharing possibly unlawful data without my knowledge nor consent. I did however discover the files this Trojan horse was sharing by opening the folder location using the Windows 7 task manager. While the Trojan horse was hacking my computer, I think I had external hard drives connected which the hacker may have also compromised during the incident. I had no idea what it was sharing or doing that was in any way illegal until the raid and the ICAC task force got involved until the day of the police raid which is why I panicked a bit then tried to explain to the police about the Trojan horse.

Due to the threat, coercion, and intimidation coming out of the Mayodan Police Department, I confessed falsely to the two detectives on August 29th 2012. I was shaken up to the point where I didn't just make a false confession but signed the documents without really reading and understanding them. Also during the interrogation that was unannounced, I was separated from my mother then interviewed by Robert Bridge and Todd Brim. I was interrogated I think close to around lunch time and I have type 1 brittle diabetes and the detectives never checked my blood sugar before, during, nor even after the interrogation which would severely affect a quality interrogation, putting me under significant stress which would produce false confessions. I also did not have any glucose tablets nor any insulin with me at the police station. I am also mildly autistic so I can repeat stuff from other people including stuff from the search warrant. There was a study I am citing that I need to find again then send to you that autistic people can falsely confess to crimes due to an authority figure or a so called them being the autistic person's friend. I was not given any advocate during my interrogation and was being asked political

questions(Agenda 21 and I think NDAA) at the beginning from what I remember and at the end they asked if I belong to a cop killing group called the Sovereign Citizens due to the detectives finding a "Don't Tread on Me" Gadsden flag on my computer. Of course the flag does not mean that I in any way, shape, or form are connected to the Sovereign Citizens group. Because of the ridiculousness of the claim by the detective, I ended up having to send an email inquiry to a random Sovereign Citizens group asking if I belong to them to gather evidence that I am not which they never responded to cause it sounded ridiculous since I never belonged to any Sovereign Citizen group in the first place. The only political groups I had any affiliation with in 2012 was PANDA which is People Against the NDAA, We Are Change NC, Planet Infowars social networking site, The Patriot Coalition or at least not a member but working with it's founder, and I had contacts with Infowars. Also of course I founded and ran USWGO Alternative News which I had shut down after the police raid as a precaution, scared that keeping the site up would incite criminal charges. I also had shut down USWGO Alternative News during the Righthaven lawsuit fiasco. I did revive the website which has been documented by the NYTimes article on me and the lawsuit. As of now USWGO Alternative News is shut down and has been since the raid.

During the raid the police falsely accused me of having illegal drugs due to Ink Refuel kit syringes and insulin syringes for my diabetes. They falsely accused me of having a bomb in my safe due to my three DVD cases being wrapped in Aluminum foil. The reason it was wrapped was a attempt to create a poor mans Faraday cage to protect my DVDs from possible EMP attacks from nukes that could come from Iran or any other country. The police falsely accused me of owning firearms which I had none of. I can also present to your office an affidavit of how the police treated me, my mother, and my grandparents during the police raid and the day after. The way the police treated me violated my civil liberties and right to watch what the police were doing. I was kept out my own home for 3 or more hours, was not even allowed to make a phone call, any cell phones we could use would be confiscated as evidence, and me and my family were forced to stand or sit outside our home for the entire time. I could not even grab a notepad to take notes on what the police were doing. They could have planted files on me and I would have no proof of this, and since the economy is bad no police officer will defend me since they are getting a paycheck every month from them, because I simply made an enemy of the police chief of Mayodan, the same PD that conducted the raid.

Also the police admitted to examining one or more computers and possibly hard drives prior to sending off to forensics. The police detectives are not forensics experts nor do they have a controlled facility to properly conduct the proper computer and hard drive forensics, otherwise there would be no need to send to the state crime lab. There were no SBI Agents present during the police raid and during the interrogations. The only time the SBI got ever involved was examination of my stuff and forwarding a request for a administrative subpoena and that seems to be it from all information I can get from different employees of the state government and search warrant. The detectives could have planted evidence since they had access to our property before the crime labs and of course if they aren't forensic experts then they could have contaminated the property evidence before being sent off to the Triad crime lab. The search warrant has contradictions, and my criminologist friend told me after examining the affidavits that the detectives admitted to watching child porn the way they worded it and said it almost sounds like a confession or expert testimony document. You can ask me for her testimony on examining the search warrant affidavit and I can give you her email and/or phone number to get the information.

**Statement of Facts regarding my life since the raid**

Due to my autism, I ain't very social and did not leave the house a lot in Mayodan. I was getting more social when I was getting into political activism and trying to be a Alternative and professional news reporter. I now live in the state of Virginia and have a online dating profile at match.com(Attachment E), and have a membership at the YMCA. I have improved my own self and improved my lifestyle, I have stayed out of politics with the exception of my case and also tried to stay out of trouble, but the fact I could still be indicted scares the hell out of me and makes me want to kill myself. My mom has documented that as a result of the criminal investigation, At one point I kept saying and even typing that I was going to kill myself, and so my family had to keep intervening me to not do it. Of course as of now I am fine and that is why I have decided to send this email to both the Law Enforcement Liaison and to the SBI so that I can defend myself while I still have open access to all the evidence that proves my innocence, since I won't be able to have access to my defense evidence while sitting in a detention facility while awaiting trial. The police raid and SBI criminal investigation is keeping me from moving forward and trying to live a better life. I even attempted to see a counselor but didn't really keep with my major mental health issue so I had quit. This criminal investigation just seems to be ongoing and I feel like I can't move forward until things are settled. That is why I wish to give the SBI my side of the story, evidence I have in my possession which I believe can help prove my innocence. That way I can move on and try to live a better life.

I have never harmed a child ever, and I never will, and that is a fact.

When I was a teen, I was concerned over a girl named Rachel Ashcraft that was one year younger then me at the time I was 16 years old, that was talking to a possible pedophile and had reported the incident to the FBI. One of her pictures is on my flash drive that the police seized. So it ain't some random girl photo that I have, it was someone I had cared about when I was a teen, and tried to help give me advice in my life to help me change my life to become more social even though I have autism and had trouble with being social back then.

I haven't even been around children, and never babysit. The only crime I am accused of is a digital crime due to a Trojan horse that was likely the culprit. I have also been heavily political and made a lot of enemies. I can list to you the enemies that were coming after me when I ran USWGO Alternative News, and have the motive to set me up with child porn. In the political world there is a lot of backstabbing and I had been repeatedly back-stabbed politically and personally by those seeking to come after me.

I may also have a girlfriend but when I had found out the SBI was investigating me, I told her and she started panicking begging me to go to the media but I was afraid that would stir up a hornets nest. She knows what I am accused of, a computer crime that I ain't guilty of, and she still likes me and still wants to date me. If I get put on the sex offender registry then this will negatively affect her life and punish her just for dating me, hurt my life, and ruin my life. I live in a Apartment not too far from Martinsville downtown and being put on the sex offender registry will ruin my right to live in a Apartment due to the zoning restrictions for sex offenders, I will face major discrimination, and I will be at risk of being targeted by vigilantes that burn down houses of possible sex offenders. I did nothing to children, nothing to deserve ever risking to being put on a sex offender registry and I will refuse to register since I have done nothing wrong that warrants this. My life has been better since I moved to the Commonwealth of Virginia and do not want my life to be ruined by all of this in North Carolina.

**Threats were sent to me after the raid**

I have been sent multiple threats since the raid. The threats came from a tormail.org account and told me to stop investigating the matter and watch my back, even claimed to be the possible perpetrators for setting me up with child porn. I was afraid reporting the threat would stir up a hornets nest or cause them to harm or kill me so I had kept it to myself, but now have decided to report the threats to the Law Enforcement Liaison and SBI agency so that they can try to investigate, and find out who may have possibly set me up enough to brag about it and threaten me. I was afraid that reporting the threats would make them carry out setting me up as a violent sex offender or worse set up my friends. Now I have decided since I am being investigated and this madness won't stop, that I have decided to risk my life and risk my safety by reporting the threats now to the SBI. I thought if I stop trying to investigate my set up then I will become a registered sex offender and my life will be ruined so I ignored the threats and then my friends Dan Johnson and Jeff Lewis received threats then Luke Rudkowski was announcing on YouTube that someone attempted to use a tormail account to set him up with child porn. I started freaking out thinking that this was whomever set me up that the threats against me were being carried out, then when it went as far as Stewart Rhodes, I sent an email to the suspected tormail address published on Oathkeepers.org on an article about the set up, begging them to stop setting people up and that I would make more false confessions to the police to get myself more falsely punished to beg them to stop what they were doing, then I received a email from a fake Jeff Lewis on a tormail account. He(the real Jeff Lewis) informed me that was not his email address and had Garett from PANDA a forensics analyzer look at my email after giving him my gmail username and password, allowing him to examine the tormail email which was indeed another set up attempt on me and first set up attempt made on Jeff from the Patriot Coalition. I heard that email was reported to the FBI on record thanks to Garett. Attachments F and G document the threats. I also included in attachments F(2) and G(2) the header information of the emails for your records.

**Final words from me**

I hope by writing this email that I will not be completely set up with child porn as what was being planned by the prosecutor to have me charged or indicted. I had done nothing to deserve all of this. It makes me angry and also scared not knowing what to do. This was the first time I was ever accused of any crime. I have always tried to do right in the world, in America, and even in my community. I have autism, I am different, unique, but I am not a monster, I am not a predator, and will never attempt to be one. That is my word to the SBI. I don't want to be falsely accused anymore and hopes all the evidence I am sending will help clear my name from all of this.

I have sentimental and completely legal data that I may lose forever as a result of the investigation and the raid. I have independent and personal news interviews such as interviews with Elton M. Crisman Jr. a former NASA engineer, James P. Tucker a now deceased news reporter from the American Free Press, Virgil H. Goode a Virginia candidate running for US Presidency in 2012, Patrick Henry Jolly a historical figure whom is the fifth or sixth grandson of the Patrick Henry in American history, Oath Keepers at Chantilly VA the site of Bilderberg, and other great people I took video of and interviewed. All of those interview files are on the seized hard drives. I have literally tons of hobby photos that were never in any, way, shape, or form pornographic. Those hobby photos and videos include photos of the Occupy Bilderberg protest, Pilot Mountain, hanging Rock, Key West Fl, Washington DC, New Bern, Fort Macon, Outer Banks, Richmond Virginia capitol, out west which include Las Vegas and Zion National Park, Mayo River, Mayodan town council and accomplishments there, Washington Mills factory in Mayodan that is being deconstructed, train tracks that I thought was cool, and possibly hundreds more of completely legal photo sets from every vacation trip I have ever taken since I was a teenager including photos of my pets that I had loved which are also now deceased. I also have audio feeds as well as photos of me and people I have interviewed, even people that interviewed me which is WXII12 and FOX8 when being interviewed over my Righthaven lawsuit (Righthaven LLC v. Brian D. Hill, Federal US Case Colorado). I am hoping one day I can have my completely legal data returned to me since legal data is not contraband. I hope I won't lose everything as a result of all this. I don't deserve to lose all my hobby photos, interviews, and other stuff over a few bad files due to a stupid Trojan Horse.

A hard drive is the same as a house, because a burglar(Trojan horse, hackers) breaks into my house and starts molesting some women and then takes photos then plants them inside of my house, does that mean my whole house should be seized then forfeited, that all of my legal possessions inside the house be seized then forfeited???????? Only contraband should be taken but not the lawful data. Being a victim of a criminal act that is in violation of the federal Computer Fraud and Abuse Act does not mean that I should become a convict then have all my lawful stuff forfeited. Such actions is not justice and is in itself Orwellian, in violation of the principles of the Constitution and due process clause.

So I ask that all evidence I have sent you be considered and taken into consideration in this criminal investigation under SBI file. If you wish to interview me then I will be glad to do so and help the criminal investigator sort all this out. I am not a predator trying to get away

with a crime, I am a victim of a possible frame up or set up operation. I am hoping the SBI has the integrity and ability to make things right for me, to go after the real criminal behind all this instead of just settling for me. I also made an inquiry with the NC Innocence Inquiry Commission to see if they could go do something to audit the Rockingham Co. DA office, Mayodan PD, Reidsville PD, and the Greensboro office to make sure that I ain't being set up from within, but refused to help me since I haven't been convicted nor charged. If you or the SBI agent in charge can help me out, to help look at all angles of the evidence, without bias, to see if there was foul play by the Mayodan PD or any others involved in my case, and to help find prove my innocence.

All attachments are attached to this email. My phone number and address was not included in this email as my family is scared to death of this investigation being a result of me being political and is afraid anything I do will stir up a hornets nest. I like to be the only one talking to you at this point so that you can reassure me and talk to my family at some point to let them know that I am not going to be dragged into some van then disappeared just for trying to prove my innocence. I don't know what else to do and can't get a lawyer till I am charged so I thought my only options were to give any evidence I had to the investigator in my case. To try to prove that I am innocent and not a predator. I am trying to be as reasonable as I can and hope that I will not have my life ruined forever due to writing articles last year.
[Quoted text hidden]

The Police are harassing my mom now
http://webcache.googleusercontent.com/search?q=cache:UoGzaqi5noYJ:forum.prisonplanet.com/index.php%3Ftopic%3D234100.0+&cd=1&hl=en&ct=clnk&gl=us&client=firefox-a[12/5/2013 11:04:19 PM]
Logged

### Re: The Police are harassing my mom now
« **Reply #1 on:** July 12, 2012, 06:14:38 PM »
Logged

### Re: The Police are harassing my mom now
« **Reply #2 on:** July 12, 2012, 07:37:27 PM »

Then they started asking her if she lived in the street and she told them that we lived in the stone house down the street.
So now the police are surveilling us and harassing my mom and she could not make out what the polices face was but it could have been Charles
Caruso. He saw me and my mom at the town council office with the two chairs. My cop is a total scumbag to be coming after my mom over the video
published and what I said in the article below.
How could police harass us over asking State Senator Phil Berger a question. I need to be on the Alex Jones show or else I may end up in prison and
my life is already hell. I can't even walk downtown anymore or drive down to Madison because of the police watching us and looking for one little
excuse to arrest my mom and have me under receivership even though I am 22 years old but I am disabled and need someone to watch my blood
sugar levels.
http://uswgo.com/reporter-intimidated-and-booted-from-town-council-when-asking-a-question.htm
I am screwed I need to speak on the Alex Jones show to get the cop to back off. We need the press more then ever.
The police appeared to be a black SUV or Minivan. They just drove up to my mom on the main road knowing know she was and where I live just to
harass her by asking her questions when I gave my address to the town council multiple times and chief of police has my home address in my NDAA
Documentation. The cops are purely harassing us now and trying to get me incarcerated.

**uswgo**
Guest

Please send letters and emails to The Alex Jones Show giving him your support to have me on the Alex Jones Show for at least a 15-30 minute
segment where I explain what happened to me and why state senator Phil Berger has proven to be a corrupt politician.
The police are harassing me so I am now in danger. Danger Will Robinson type Danger!!!!
The request that is being made is for Brian D. Hill, USWGO Alternative News, admin AT uswgo.com to be a guest on the Alex Jones show to talk about
state corruption and all the evidence and documentation that I have on Phil Berger and the town council police now harassing my mom and was
intimidating me at the town office close to the town council chamber.
We need to shine the light on these people. We need to hold the real New World Order masters and even the puppets and sellouts accountable.

**uswgo**
Guest

This is the SUV I believe they used to harass my mom either that or it was a black police car. Who is the chief the secret police force put in by the
NWO? you really gotta wonder!
The more the police start harassing me I will start capturing more and more video and pictures and make a catalog of police corruption and abuse in