Clerk
U.S. District Court for the
Middle District of No. Carolina
324 W. Market Street
Greensboro, N.C.
27401-2544

RECEIVED
In the Office

SEP 29 2014

CLERK, U.S. DISTRICT COURT
GREENSBORO NC

S. Basko
PO Box 1184
Hilo CA 90078

Case 1:13-cr-00435-TDS   Document 46-1   Filed 09/30/14   Page 1 of 1