# IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| United States of America | MOTION |
| --- | --- |
| VS. | PRO SE |
| Brian David Hill | 1:13CR435- |

FILED OCT 6 2014 IN THIS OFFICE Clerk U.S. District Court Greensboro, NC

## MOTION TO FILE EVIDENCE

I, Brian David Hill, file a Motion To File Evidence with the court to be filed on the docket to be used in my case.

Evidence I am filing is as follows:
1. Motion To Declare with attached statute papers. (3 Page Motion, 2 Page attachment)
2. Letter to NC State Bureau of Investigation, hand written copy. (1 Page Letter)
3. Letter to U.S. Federal Bureau of Investigation, hand written copy (1 Page Letter, 1 Page Declaration on back)
4. Letter to NC State Bureau of Investigation, hand written copy (2 Page Letter)

Respectfully submitted to the court, this the 2nd day of October, 2014.

I file this Motion with the clerk of the court using U.S. Mail to file on the docket.

Brian David Hill

September 29, 2014

Dear N.C. State Bureau of Investigation,
501 Industrial Drive,
Greensboro, NC,

[HAND WRITTEN COPY FOR COURT]

I have a urgent request for you as a autistic man that is legally innocent of the child pornography indictment in case United States of America vs. Brian David Hill, docket #1:13CR435-1, U.S. District Court for the Middle District of North Carolina. The request is that any evidence you found in your investigation that can prove my innocence, I ask that you forward that evidence on my behalf to the U.S. Chief Judge William L. Osteen Jr. presiding over my case. This evidence includes any possible evidence tampering and/or contamination by the two police detectives Todd Brim and Robert Bridge, evidence of computer hacking including viruses and trojan horses, evidence of foul play and misconduct by Mayodan Police, evidence of corruption in the Mayodan Police Department, and evidence of corruption by former DA of Rockingham County Phil Berger Jr.. A copy of this letter will be given to the Judge on September 30, 2014 at the hearing, and a copy for my records. I ask for your help SBI in my case since your reports are being used as evidence by the U.S. Attorney. Any assistance you can give me in my case is appreciated. Sincerely,

#96486  Brian David Hill

Note: Say Hi to Rodney White for me.

Guilford County Jail
201 S. Edgeworth St.
Greensboro, NC 27401
admin@uswgo.com

Brian D. Hill
Signed

I, Brian David Hill, declare under penalty of perjury that this hand written copy of a letter to the NC SBI is a true and correct hand written copy of a letter sent September 29, 2014 to the SBI.

September 29, 2014

Dear U.S. Federal Bureau of Investigation,
1801 Stanley Rd.,
Greensboro, NC,

HAND WRITTEN COPY FOR COURT
Please docket!

I have a urgent request for you as a autistic man that is legally innocent of the child pornography indictment in case United States of America vs. Brian David Hill, docket #1:13CR435-1, U.S. District Court for the Middle District of North Carolina. The request is that any evidence you found in your investigation that can prove my innocence, I ask that you forward that evidence on my behalf to the U.S. Chief Judge William L. Osteen Jr. presiding over my case. This evidence includes any possible evidence tampering and/or contamination by the two police detectives Todd Brim and Robert Bridge, evidence of computer hacking including viruses and trojan horses, confirmation of alibis of mine that I claimed, investigation of my character profile, evidence of Mayodan Police foul play and misconduct, and evidence of corruption by corrupt interests that may have a role in orchestrating my conviction wrongfully. A copy of this letter will be given to the Judge on Sep. 30, 2014 at the hearing, and then another copy for my records. I ask for your help FBI in my case. There are lies in my Pre-Sentence Investigation (PSI) report and my family can prove it. Placke has lied to the court multiple times. I want him removed from my case immediately, Eric Placke is fired. Any assistance you can give me in my case is appreciated.

Sincerely
#964186 Brian David Hill
Guilford County Jail
201 S. Edgeworth St.
Greensboro, NC 27401
admin@uswgo.com

Brian D. Hill
Signed
Read _____ for dec_____

October 2, 2014

Dear N.C. State Bureau of Investigation,
501 Industrial Drive,
Greensboro, NC,

Why did you allow illegal and inadmissible evidence to be used in my Federal case 1:13CR435-1, United States of America vs. Brian David Hill? Former Rockingham Co. DA Phil Berger, Jr. violated NC Art. 7C, §8-58.20 paragraph (d) by not serving me a copy of the forensic laboratory report and affidavit, as required by NC statute for "Admissibility of Forensic Evidence" under Article 7C. Because I was never served the state crime lab report before it was used against me, I never had a opportunity as under paragraph (e) to legally file an objection to the state crime lab report. Mayodan PD and Phil Berger didn't want to serve me the report as required by law, because I would have filed an objection with a affidavit stating white why such report should be revised before being used against me in court. The Affidavit would state about the eMule virus and hacker attacks I received on my computer and hard drives, about the two police detectives violating crime lab policy and procedure by going through my property themselves doing whatever they pleased to my computers and hard drives before they ever boxed it then shipped it to the Triad Crime Lab in Greensboro, and that the Mayodan Police would do whatever it takes to make me a sex offender and ruin my life for articles I did.

October 2, 2014

I written online news articles against Phil Berger Sr. and Mayodan Police Chief Charles J. Caruso on U.S.W.G.O. Alternative News. The U.S. Attorney is using state evidence reports that are clearly inadmissible under state law simply because I was a political threat to Phil Berger Jr.'s fathers Senate campaign, is uncalled for. I been set up with child porn and your agency is going along with violating and disregarding your own laws for political reasons. I will report Phil Berger and the SBI to the DOJ for hurting a innocent and autistic young man to wrongfully be a registered sex offender. Both Phil Berger's are corrupt and setting me up with child porn will not change how corrupt they are. Let me tell you who your setting up? A 24 y.o. autistic man who is NOT a pedophile, who has never taken a interest in children, who just wants to hike at parks and watch anime and take legal photos with my digital camera. You are ruining a autistic innocent man's life forever for the politically corrupt. I hope your happy corruptors.

Sincerely,
#238306 Brian David Hill
Orange County Jail
123 Court St.
Hillsborough, NC 27278

Brian D. Hill
Signed

Note: Here's the law you all broke, Art. 7C. The DOJ shall investigate you for what you did.

I, Brian David Hill, declare under penalty of perjury, that this hand written copy of the letter to the Greensboro, NC FBI is a true and correct hand written copy of that letter sent September 29, 2014 to the FBI.

Brian D. Hill
signed