Brian Doyle ID# 238306
Orange County Jail
125 Court St.
Hillsborough, N.C. 27278

U.S. District Court
L. Richardson Preyer Federal Building
ATTN: Clerk of Court  MOTION
324 W. Market St., Suite 1
Greensboro, NC 27401

RECEIVED
This Office
OCT 06 2014
U.S. DISTRICT COURT
GREENSBORO, NC

LEGAL MAIL