Brian David Hill #138306
Orange County Jail
125 Court St.
Hillsborough, NC 27278

U.S. District Court
L. Richardson Preyer Federal Building
ATTN: Clerk Of Court, MOTIONS
324 W. Market St. Suite 1
Greensboro, NC 27401

RECEIVED
OCT 06 2014
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC
BY____

LEGAL MAIL