# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| United States of America<br>vs.<br>Brian David Hill | MOTION<br>PRO SE<br>1:13CR435-1 |



FILED OCT -7 2014

## MOTION TO FILE EVIDENCE

I, Brian David Hill, file a "Motion To File Evidence" with the court to file on the docket.

Evidence I am filing is as follows:

1. Letter to NC SBI requesting withdraw of inadmissible forensic reports from Federal case. (2-Page letter)
2. Letter to Orange County Court on intent to file lawsuit to enforce NC statute Art. 7C, §8-58.20. (1-Page hand written copy of letter.)
3. Declaration stating why the false confession should have been suppressed. (2-Page Declaration)

Respectfully submitted to the court, this the 5th day of October, 2014.

I file this Motion with the clerk of the court using U.S. Mail to file on the docket.

Brian David Hill

October 3, 2014

Dear N.C. State Bureau of Investigation,
cc: U.S. District Court, Chief Judge William Osteen Jr.,
501 Industrial Drive,
Greensboro, NC,

Sorry about my emotional remarks in my last letter. I will be professional in this letter which the U.S. Court will receive a copy of same day.

I request that you inform the ~~that yo~~ court and U.S. Attorney that your crime laboratory reports are legally inadmissible under N.C. criminal statute Article 7C, Admissibility of Forensic Evidence §8-58.20. The Rockingham County former District Attorney Phil Berger Jr. violated paragraphs (c) and (g) of the statute by keeping the laboratory reports a secret by refusing to serve me, Brian Hill, a copy of the crime lab reports as required by Art. 7C, and allowing me to file an objection as stated in paragraph (e). Then Berger Jr. intended to skirt the law by conspiring with the Mayodan Police to file the ~~U.S.~~ state reports with the U.S. Attorney Ripley Rand in order to try to indictment me with illegal evidence without allowing me to file an objection. Berger Jr. did this knowing I was a political threat to his father NC Senator and Mayodan attorney Philip Edward Berger Sr. and his campaign career. Detectives Todd Brim and Robert Bridge conspired to have me set up with child porn by violating state crime lab policy and procedure.

# my false Confession Should Be Suppressed

...declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2014.

Brian David Hill  Statement:   **Brian D. Hill**

1. The confession was involuntary on August 29, 2012 due to the threat by Mayodan Police Chief Charles Caruso.
2. I was also coerced by the detectives and police chief into the confession.
3. The police detectives were informed of my mental issues such as my mild autism before my confession.
4. It is a fact that people with Autism can give false confessions and misleading statements to law enforcement. That is why it is not appropriate to interview a suspect with autism alone without an advocate present.
5. I was coerced by the detectives to say I was sexually attracted to 12 yo's to 13 yo's. That is not the truth. I sexually prefer Asian women.
6. When I heard the audio of my confession, I noticed some of the things I remembered in pieces of what the detectives said to me was not in the audio file at all. I suspect the audio file may have been altered in some way. I told the detectives of being into women over 18 from what I think I can remember then they told me "Your 18 years old.

Orange County Courthouse, NC

HAND WRITTEN COPY

Dear Clerk of the Court,

I wish to file a lawsuit on former Rockingham Co. District Attorney Phil Berger Jr. for violating NC Article 7C§8-58.20(d).

I need to know what form I need to file the civil claim. I am also indigent and disabled.

Berger Jr. violated paragraph (d) by failing to serve me a copy of the state forensic crime laboratory report and affidavit, before forwarding it to U.S. Attorney Ripley Rand to use against me in a criminal proceeding. Because I was not served the report I could not file a objection to the report as stated in paragraph (e).

All of the ~~police~~ state crime lab reports are inadmissible and should not have been used in criminal case United States of America vs. Brian David Hill, docket# 1:13CR435-1.

The remedy I seek is that the state withdraw their crime lab reports as evidence in my federal case.

I like a response as soon as possible please. Sincerely,

Oct. 4, 2014.    #228306  Brian David Hill
                         Orange County Jail
Brian D. Hill           125 Court St.
  Signer                Hillsborough, NC 27278