Brian David Hill #238306
Orange County Jail
125 Court St
Hillsborough, NC 27278

U.S. District Court
L. Richardson Preyer Federal Building
ATTN: Clerk Of Court — MOTION
324 W. Market St., Suite 1
Greensboro, NC 27401

MAILED FROM ORANGE COUNTY DETENTION FACILITY

LEGAL MAIL

RECEIVED IN THIS OFFICE
OCT 07 2014
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC