# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| United States of America | MOTION |
| vs. | PRO SE |
| Brian David Hill | 1:13CR435-1 |

FILED OCT -7 2014 IN THIS OFFICE Clerk U.S. District Court Greensboro, NC

## MOTION TO FILE EVIDENCE

I, Brian David Hill, file a "Motion To File Evidence" with the court to file on the docket.

Evidence I am filing is as follows:

1. General Affidavit on eMule virus, Attachment D in Joy Strickland email. (2 Page Affidavit)
2. Susan Basko email to Public Defender (3 Page email)
3. Thumbnails of Attachments sent by email to Joy Strickland (1 Page Index).
4. Brian David Hill's Alternative News as USWGO. (3 Page USWGO YouTube index)

Respectfully submitted to the court, this the 4th day of October, 2014.

I file this Motion with the clerk of the court using U.S. Mail to file on the docket.

Brian David Hill

# GENERAL AFFIDAVIT FROM BRIAN DAVID HILL REGARDING STATEMENT OF FACTS AND WITNESS TESTIMONY ON THE EMULE VIRUS, TROJAN HORSE, ROGUE PROGRAMS

**Location of witness incident:**

State of North Carolina
County of Rockingham
Town of Mayodan

*Brian D. Hill*
*Signed*

**Location of affiant at the time the affidavit was notarized:**

State of Virginia
County of Henry
City of Martinsville

BEFORE ME, the undersigned Notary,
_____ [name of Notary before whom affidavit is sworn], on this _____ [day of month] day of _____ [month], 20____, personally appeared _____ [name of affiant], known to me to be a credible person and of lawful age, who being by me first duly sworn, on _____ [his or her] oath, deposes and says:

Around sometime of July 2012, cannot remember the day but the problem may have lasted for anytime between less then one week to two weeks. Also at that time I did no remember using any Anti-virus software on my computer, and had to keep reminding myself to get the software and install on my computer but I cannot remember if I ever did, which means I don't think I used a anti-virus and if I did I would have clearly recalled. I started noticing that emule.exe was running along with three other programs. Conime.exe, ares.exe, and shareaza.exe. I believe the main program that was rogue and was running was emule.exe. It didn't run under the normal programs. This program ran without my consent, and without my knowledge until I discovered the program running in task manager. I had ended the tasks thinking this Trojan was gone but then days later I noticed that the hard drive space on my computer was out at 0k. I decided to open the program location using the task manager. I noticed it appeared to be a portable version of eMule, at least the folder structure looked similar. I clicked on the shared files folder and saw hundreds of files with names I didn't understand. Some of those names from what I could remember said 9yo, pthc, ptsc, and other terms. I assumed it was just some viruses being shared and deleted everything. I had no idea what was shared or that it was something that would get the police after me. Then I tried to sabotage the virus since it took over my computer and made it difficult to fight against. I even recall a bit about calling my grandmother on the phone telling her that I was fighting a virus or Trojan, and that is really all I recall. So I know I had called my grandmother telling her about this Trojan, and took days to put a stop to, if that was even enough as it could have still ran, but I wouldn't know. I believe there may be other Trojans running on the computer too due to the weird programs that were running. I should have restored my computer but did not because I had a lot of data I would have to move off the computer to conduct the restore.

Honestly if I had known that the Trojan horse was sharing something serious that got me in trouble, if I had known earlier what was being shared then I would have reported the incident to the FBI or the NCMEC and sent the sample of this Trojan horse to Anti-Virus companies for examination then have

them forward their findings to the FBI, then the ICAC wouldn't have falsely accused me of child porn. Maybe my life would have been different and I would not be at risk of possible indictment. I had no intent to exploit or harm any child. I would never intend to commit any crime serious enough to ruin my life. I'm not perfect but I ain't some jackal child predator criminal that wants to just go after children, that is not me. I have a dating profile on match.com and may have a possible girlfriend that is also a adult. I was a news reporter for my hobby blog platform titled USWGO Alternative News and it would be unethical and unprofessional for me to be downloading child porn. It's just something that would violate my own standards as a human being, as a news reporter, as a political activist, and as a autistic man. I did the Nullify-NDAA Petition in April to May where I gave it to my two state representatives(Bryan Holloway and Bert Jones), state senator(Phil Berger), to the town of Mayodan, I think the city of Reidsville, the City of Eden, the Rockingham County Sheriff, and I think the Rockingham County Commissioners. My petition drive was condemning government abductions, kidnappings, torture, and secret detention under the NDAA 2012, and even spoke out about this at the Mayodan Town Council repeatedly.

After the police raid I decided to look up what I remember about the Trojan horse. I searched up the file names including emule.exe and found that others had suffered getting this virus and I think I tried to warn them that it could be sharing material that may get them in trouble warning them to report the virus to AV companies so that they can protect themselves from possible prosecution. I discovered from ESET's online website database on viruses that the trojan horse that I received could be the Win32/MoliVampire.A or possible a custom variant, linked below. I did not remember conime.exe until I saw this exact Trojan profile, then I was able to recall that there was a conime.exe file along with them and some other weird file names I cannot recall as it had funny characters so I wouldn't put that into my memory in my head. All I could remember was emule.exe, ares.exe, and shareaza.exe.

http://www.virusradar.com/Win32_MoliVampire.A/description

[set forth affiant's statement of facts]

*Brian D. Hill*
[signature of affiant]

Brian David Hill
[typed name of affiant]

916 Chalmers St.
[address of affiant, line 1]
Martinsville, VA 24112
[address of affiant, line 2]

Subscribed and sworn to before me, this _____ [day of month] day of _____ [month], 20____.

[Notary Seal:]

_____
[signature of Notary]

*I, Brian David Hill, declare under penalty of perjury that this General Affidavit is a true and correct copy of Attachment D in my email admin@uswgo.com to Joy Strickland of NC DOJ to forward to NC SBI Agent Rodney White.*

RE: BRIAN DAVID HILL, Child porn

To:
Eric Placke, FD
Louis Allen, FD
Greg Davis, FD
Ken Forinash and Stella Burnette, Brian's grandparents

Dear Sirs and Madam,

First, I want you all to know that I DO know about Brian's situation because he came to me for legal help, via email, before he was arrested. At the time, it was too late because I looked on pacer and saw there was already an arrest warrant for him.

Second, Brian is 100% innocent. At the time during the summer of 2013, a group of independent journalists (Brian is an indie journalist.) and activists who are active in the Patriot/ Constitutionalist movement were attacked or set up by having child porn sent to their computers via email or other methods. I assisted a number of them over about a 6 month time span.

The first one was Luke Rudkowski, a well-known indie journalist with We Are Change. I have advised Luke legally over several years. Luke received an email that told him there were photos of an event he was covering. Luke previewed the pictures and saw they were child porn. Luke contacted me immediately and I had him contact the U.S. Embassy in Gdansk. The Embassy worked with Luke so there would be no seizure of his computer or of himself as he crossed borders.

Next, a group of indie journalists and activists had porn sent to them in trick emails where the sender opened an email account in the name of someone the activist trusted. The delivery technique had advanced to placing the images inside a pdf, so they images could not be previewed. These men have access to a computer forensics expert who previewed the pdfs in a "sandbox," and saw they were child porn.

For this group, I reported this situation to an FBI agent I thought I could trust. He forwarded it to whoever handles such things in the FBI. I made the reports specifically for the stated purpose of meeting the following law:

THE LAW: There is an affirmative defense in the law under:
18 U.S. Code § 2252A - Certain activities relating to material constituting or containing child pornography
(d) Affirmative Defense.— It shall be an affirmative defense to a charge of violating subsection (a)(5) that the defendant—
(1) possessed less than three images of child pornography; and
(2) promptly and in good faith, and without retaining or allowing any person, other than a law enforcement agency, to access any image or copy thereof—
(A) took reasonable steps to destroy each such image; or

(B) reported the matter to a law enforcement agency and afforded that agency access to each such image.

Later, I was contacted by several other men who are associates of the others. They were attacked with child porn via other methods. One had a direct download go into his computer, followed by a pop-up saying there was child porn on his computer.

Horror, Shock, Fear, Embarrassment: All the men were horrified that this was happening to them. Those that spoke out did so to protect themselves and to warn others. Others did not speak out, but made reports. Those that saw the images, such as Luke, were deeply disturbed by the images, as well as by the attempted set-up.

BRIAN'S SITUATION: The other men were aware that Brian had also been set up with Child porn. However, because of Brian's autism, he handled things differently. Brian became convinced it was a local official who had done this to him, when it could have been anyone in the whole world. Also Brian, instead of handling it quietly, confronted his local officials and blamed them. Also, Brian did not have access to a computer forensics expert and it sounds like Brian knows little about computer forensics, so he incorrectly surmised how this download onto his computer would happen.

The other men encouraged Brian to contact me, but they did not want to have Brian in on their report, because of his autism, he could not be trusted to keep quiet, be discreet, go along with the group plan to quietly make a report to the FBI. The men had too much at stake personally and did not want their own reports and defenses to go awry by having Brian's way of handling things interfere with their own situations. Also, Brian was off on a tangent blaming local officials for setting him up with porn, and that was not something the other men wanted to be involved with. Brian was inexperienced in being attacked online, and did not realize that it could be anyone doing it.

However, I think Brian DOES have the affirmative defense because he did go to his local officials complaining about porn getting onto his computer. Brian also DID come to me to help him make a report, but by the time he did this, there was already a federal warrant for his arrest.

WHAT I DID: I DID email Mr. Placke as well as the prosecutor very early on in the case to let both of them know Brian is innocent and what happened. Neither bothered to contact me. The charges should have been dropped.

MY OWN EXPERIENCE: After I assisted these men and I and they wrote blog posts and made videos about it, I was also besieged by emails trying to trick me to download pictures and videos. I do not know the content of those images, because I was so wary of the emails that I deleted the emails without even opening the emails. I received dozens of such emails. I have been outlandishly defamed and attacked online in retaliation for assisting people with legal situations related to the internet. Just a few weeks ago, (Sept 2), someone made an untraceable email account in my name and used it to post a bomb threat to the U of Illinois police list serve. The point of it was obviously to have the

police and FBI "swat" my residence. Luckily, the police officer-terrorism agent who was handling it could see I have been cyberstalked a lot and that the threat was not real.

My point here is that if you are attacked online a lot, as I have been, you know how it goes. The attack on Brian is one that has happened many times. What is odd was him being charged with a crime and I think you all should be putting on a good defense since Brian is 100% innocent for absolute certain.

I wrote blog posts to let people know what was happening:
Stewart Rhodes and Dan Johnson:
http://subliminalridge.blogspot.com/2013/07/child-porn-emailed-to-activists-to-try.html

Luke Rudkowski:
http://subliminalridge.blogspot.com/2013/07/attempt-to-set-up-journalist-with.html

There are also direct links to the videos the men made about the child porn set-ups:
Luke Rudkowski:
http://www.youtube.com/watch?v=zislzpkpvZc


Sincerely,

Susan Basko    Phone 310-770-7413 email: suebasko@gmail.com

*This email proves that Susan Basko has contacted Eric Placke, Louis Allen, and Greg Davis and my grandparents about my legal situation. Placke refused to transfer my case to Greg Davis, and refused to consider discovery of Basko's evidence and claims - Brian D. Hill*

## 8 Attachments



Atatchment A-Se...

Attachment B-Pol...

Attachment C(2)-...

Attachment D-Ge...

Attachment E-US...

Attachment F(2)-...

Attachments of Joy Strickland email evidence. You can subpeene the attachments from Joy Strickland of the NC DOJ.

Attachment G(2)-...

# Brian David Hill's Alternative News as USWGO

He used to run his own website "USWGO" Alternative News
Still has videos that you can see on YouTube at for proof of this list:

http://uswgo.com    and    http://www.youtube.com/user/USWGO/videos

1. April 19, 2009 - USWGO News Podcast: First Edition and by Brian D. Hill
2. April 24, 2009 - Stop and smell the flowers – USWGO photo slideshow
3. May 24, 2009 - Help support Infowars Moneybomb – Public service message from USWGO
4. May 28, 2009 - Brian D Hill from USWGO shows evidence backing new world order claims
5. July 9, 2009 - Red Hill Historic Plantation – 10 min video – part 1 of 10
6. July 21, 2009 - USWGO Public Service Announcement: Help USWGO become a big family
7. Sept. 16, 2009 – 528hz sound with relaxing water crystals pics
8. Sept. 24, 2009 – The Vaccines are NOT for everyone
9. Dec. 24, 2009 - Saw Santa at the Christmas Lighting Ceremony in North Carolina
10. Dec. 24, 2009 – One of the six videos detailing the winter blizzard in NC
11. Feb. 3, 2010 – After examining this video, Norway spiral looks like a wormhole
12. March 1, 2010 - USWGO has 2 featured articles on Federal Jack
13. April 6, 2010 – Federal Jack has been hijacked
14. April 20, 2010 – USWGO Brian Hill Interviews Tea Party Founder Dale Robertson 1/6
15. April 26, 2010 – USWGO Talk Radio – Interview and discussion with Scott Catamas 1/7
16. May 6, 2010 – Students kicked off campus for wearing American flag tees
17. May 7, 2010 – USWGO Talk Radio's Brian Hill Interviews Pastor Manning from Atlah Worldwide
18. June 20, 2010 – Brian Hill of USWGO press films a charity event for Mayodan
19. July 1, 2010 – Brian Hill live on the Alex Jones Show
20. July 7, 2010 – Orly Taitz Interview by Brian Hill
21. July 29, 2010 – Patty Waszak – "Proud to be an American"
22. July 31, 2010 – Cherokee Indian Powwow dance recorded by USWGO press
23. July 31, 2010 – Video footage of a foggy day inside Clingman's Dome
24. Aug. 1, 2010 – USWGO Hacked and attacked on alternet

25. **Aug. 24, 2010** – Revolutionary City's Guide to the American Revolution Part 1-6
26. **Oct. 3, 2010** – USWGO Received Threat for trying to expose pedophile corruption by a radical faction in Gaza
27. **Oct. 3, 2010** ********* USWGO Alt news domain has been hijacked yesterday (Having some of their files deleted by Hackers)
28. **Oct. 6, 2010** – Economy bad in Von, small towns and even St. Louis (Report by Brian Hill while on vacation out West in September, 2010)
29. **Nov. 2, 2010** - FamLink – CPSs latest weapon against families
30. **Nov. 9, 2010** – Warning – USWGO suspended for good on Web host Arvixe – 1000 plus truth articles lost
31. **Feb. 14, 2011** – USWGO is being sued for a TSA enhanced pat-down photo
32. **Feb. 22, 2011** – USWGO Righthaven lawsuit makes WXII 12 Triad News
33. **Feb. 22, 2011** – USWGO Righthaven lawsuit makes WGHP Fox 8 triad News
34. **March 7, 2011** – The Jungle Apocalypse Interview with Brian Hill of USWGO Feb 28, 2011
35. **March 30, 2011** - Facism Defined by Jeremy Wright, a filmmaker and economist
36. **April 26, 2011** – USWGO Interview with Preston Nichols, Montauk Project Engineer
37. **May 2, 2011** – USWGO Brian D Hill Interview with William Beck
38. **May 14, 20♦1** – USWGo Brian Hill's Declaration to Verbally & Constitutionally fight copyright proposal
39. **May 15, 2011** – Tell your senators to vote "No" on S968 the bill number of the "Protect IP Act"
40. **May 19, 2011** – Jeff Bennett talks about the Protect IP Act
41. **July 5, 2011** – USWGO Jim Tucker Interview July 2nd, 2011 by Brian Hill
42. **Oct. 6, 2011** – Carl DeHart about Hitler rising to power through economic crisis
43. **Oct. 25, 2011** - (USWGO) Brian Hill Interviews Occupy DC Protest Activist
44. **Oct. 25, 2011** – Congressmen and staff in DC ignores my question on super congress
45. **Oct. 25, 2011** – Occupy DC activist doesn't know about the Bilderberg group
46. **Oct. 28, 2011** – Washington DC visitor calls Bilderberg the "Build-a-Bear
47. **Nov. 18, 2011** – Brian explains about how Righthaven LLC works
48. **Nov. 19, 2011** – Brian of USWGO asks people to protest Stephens Inc.
49. **Jan. 1, 2012** - ****Brian's Documentary**** "America: From the road of FREEDOM to the Streets of FASCISM

50. Feb. 27, 2012 – Hear the weird sounds played over Mayodan, NC around Feb. 26, 2012
51. March 9, 2012 – USWGO Interview with Dr. Michael Coffman March 8, 2012 Agenda 21, etc.
52. March 12, 2012 – Agenda 21 Speech at the Mayodan Town Council Meeting
53. March 31, 2012 – Copyright Wars to Censor the truth! USWGO special report
54. April 10, 2012 – USWGO Brian D Hill makes a speech on NDAA at the Mayodan Town Council April 9
55. May 14, 2012 – Nullify NDAA Petition & Report given to NC Senator, Phil Berger
56. May 15, 2012 – USWGO Exclusive Interview with Elton Crisman on P-Code
57. May 26, 2012 – USWGO Interview with Virgil Goode (Constitution Party Presidential candidate) on May 26, 2012
58. June 1, 2012 – USWGO Brian Hill Films Alex Jones during interview with Stewart Rhodes (Oath Keepers) in Virginia
59. April 6, 2013 - Emule virus type has infected people around the entire world, including America

## USWGO

by USWGO · Active 1 year ago · 311 videos

- 1,165 subscribers
- 626,169 views
- Joined Mar 29, 2009
- http://uswgo.com/
- Google+

http://www.blogtalkradio.com/uswgo

# USWGO