Brian David Hill #238306
Orange County Jail
125 Court St.
Hillsborough, NC 27278

U.S. District Court
L. Richardson Preyer Federal Building
ATTN: Clerk of Court, MOTION Filing Office
324 W. Market St., Suite 1
Greensboro, NC 27401

LEGAL MAIL

RECEIVED
OCT 07 2014
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC