Oct. 27, 2014

Dear The Honorable Judge William L. Osteen
U.S. District Court, Middle District of North Carolina
U.S.A. vs. Hill DKt: 1:13CR435-1,

I do accept responsibility for the possession of child porn. I am ready to go to Sentencing. I have only one issue at sentencing I wish to address with you. That issue is ordering destruction of my hard drives. I Attach a Declaration under Oath to this letter proving to you that over 95% of my hard drives DATA/files is legal and irreplaceable, thus should not be destroyed. I ask that the court only order the FBI to destroy the child porn files/DATA, then return my hard drives to me after destruction of all child porn files leaving me only my lawful files/DATA. I have years of memories and hard work on those hard drives, all lawful. I like to request that at sentencing that you Order the destruction of the child pornography files/DATA, then return all hard drives to the rightful owners which is me and my mother. That only the child porn be destroyed, then my good files aka my lawful files/DATA returned to me. I like this matter to be discussed with my attorney if necessary.

Sincerely,
#238306 Brian David Hill
Orange County Jail
125 Court St.
Hillsborough, NC 27278

Brian D. Hill
Signed

FILED
OCT 29 2014
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By JCS

Case 1:13-cr-00435-TDS   Document 53   Filed 10/29/14   Page 1 of 2

# Declaration

In the hard drives the Mayodan Police Department has seized from me at 413 N. 2nd Ave. Mayodan, NC on August 28, 2012, those drives have lawful files/DATA.

The lawful DATA that I Brian Hill has on my hard drives is as follows:

1. Out West trip pictures/videos 2010
2. New Bern, NC trip pictures/videos 2012
3. Chantilly, VA trip pictures/videos/audio 2012
4. Red Hill Plantation, VA photos/videos/audio 2012
   Patrick Henry Jolly interview unpublished
5. Rotary Club event, VA photos/videos/audio 2012
   Virgil H. Goode interview
6. Mayodan town council meetings, NC videos/audio 2012
7. Washington DC 2011 photos/videos/audio
8. Carl DeHart interview, VA photos/videos/audio 2011
9. Elton Crisman Jr. interview, NC photos/videos/audio 2012
10. Backups of uswgo.com website 2010-2012
11. Fax Records (.tiff) on VentaFax software 2012
12. Blue Ridge Parkway photos/videos
13. USWGO Documentary project files 2011-2012
    America: From The Road Of Freedom To The Streets of Fascism
14. Hanging Rock state park, NC videos/pictures
15. Pilot Mountain state park, NC photos/videos
16. Coral Castle, FL photos
17. Serpent Mound, Ohio photos 2012
18. Dollywood, Gatlinburg, Cherokee, TN photos/videos
19. AND MORE