Brian David Hill #238306
Orange County Jail
129 Court St.
Hillsborough, NC 27278

LEGAL MAIL

Judge William L. Osteen Jr.
ATTN: Sentencing Matter
L. Richardson Preyer Federal Building
U.S. District Court
324 W. Market St. Suite 1
Greensboro, NC 27401

GREENSBORO NC 271
PIEDMONT TRIAD
28 OCT 2014 PM

CLERK, U.S. DISTRICT COURT
OCT 29 2014
GREENSBORO, NC

Case 1:13-cr-00435-TDS   Document 53-1   Filed 10/29/14   Page 1 of 1