# In the United States District Court

## for the Middle District of North Carolina

### Greensboro Division

Criminal Action No. 1:13-cr-435-1

Defendant, Brian David Hill

v.

Plaintiff,
United States of America

## NOTICE OF APPEAL

The defendant hereby appeals the Order entered the 12th day of November, 2014.

*Brian D. Hill*

Brian D. Hill ( pro se )
916 Chalmers St., Apt. D
Martinsville, VA 24112
Phone: (276)632-2599

# CERTIFICATE OF SERVICE

I hereby certify that service was made by mailing

a true and correct copy of the foregoing

NOTICE OF APPEAL

by deposit in the United States Mail, Postage prepaid,

on January 9, 2015 addressed to:

Mr. Anand P. Ramaswamy
Assistant United States Attorney
101 South Edgeworth Street
Greenboro, NC 27401

---

Brian D. Hill ( pro se )
916 Chalmers St., Apt. D
Martinsville, VA 24112
Phone: (276)632-2599