*Evidence in attachment to Motion to extend Time*

Page 1/3 **12/06/2014 – COMPLAINT AGAINST PUBLIC DEFENDER– 1:02AM– Brian D. Hill**

# COMPLAINT
### against public defender for misrepresentation, bias, failing to perform his duties of representing his client and defending him in a criminal case, ineffective assistance of counsel, and having a only interest in a guilty plea deal ignoring all other options

Robin C. Ashton
Counsel
**U.S. Department of Justice**
**Office of Professional Responsibility**
950 Pennsylvania Avenue, N.W., Suite 3266
Washington, DC 20530-0001
Phone: (202) 514-3365
Fax: (202) 514-5050

CC: United States Department of Justice
Office of the Inspector General
Washington Field Office
1300 N. 17th Street, Suite 3200
Arlington, VA 22209
Phone: (202) 616-4766
Fax: (202) 616-9884

Note: The statements in this letter are declared under Oath/Declaration. Typed with the help of family. If there is a form specific to filing this complaint then please notify me via mail so that I can file the complaint properly to the U.S. DOJ/OIG.

Dear Robin C. Ashton,
I wish to file a complaint/grievance against the following:

First Assistant Federal Public Defender
**Eric David Placke**
Arkansas State Bar No. 86207
North Carolina State Bar No. 20671
301 N. Elm Street, Suite 410
Greensboro, NC 27401
Phone: (336) 333-5455
E-mail: Eric_Placke@fd.org

Yes I wish to file a complaint against Eric D. Placke for misconduct, lack of professionalism, for not doing his job as a public defense attorney.

All for the allegations of misrepresentation, ineffective assistance of counsel, non-professional conduct, and conspiracy to give me no other choice but to take the guilty plea agreement, during his appointment to me as my legal counsel in Case 1:13-cr-00435-WO, United States of America v. Brian David Hill, Middle District of North Carolina.

Page 2/3 **12/06/2014 – COMPLAINT AGAINST PUBLIC DEFENDER– 1:02AM– Brian D. Hill**

The evidence I am attaching to this complaint, to back this very complaint is as follows:

1. Complaint letter filed with the Access to Justice Initiative Director Lisa Foster(3 pages). All statements in this letter are filed under declaration/Oath.
2. Emails exchanged between my friend Daniel Johnson and The Rutherford Institute regarding giving me help in the form of legal assistance. It appears they were going to try to work with my attorney Placke but Placke refused their help in my criminal case, despite me telling him that we needed a team of people to help prove my innocence to the child pornography charge(5 Pages).
3. On Case Docket 1:13-cr-00435-WO; Document 28; Filed 09/03/14; Page 8 or 11, I filed a declaration regarding my lawyer not doing his job to represent me (4 Pages).
4. My family members Roberta Ruth Hill, Stella Forinash, and Kenneth Forinash also are witnesses to the unprofessional and biased conduct of Eric David Placke. My mother and grandparents can be contacted at the "Witnesses to back complaint" section of this letter. Susan Basko and even federal prisoner Donnie Robbins is also witnesses to the conduct of Placke not doing what he is supposed to do, accept as much evidence to help a defendant as possible, conduct a discovery into evidence and witnesses offered, and exhaust all efforts to try to prove their client innocent before attempting to make a plea deal.
5. Additional evidence I wish to bring up is the fact that Placke emailed or called my family telling them that he thinks I am guilty or not not innocent. He told me something similar when he had met with me at the attorney visitation in the county jail. A attorney is supposed to believe in your innocence when you tell him/her that you are set up and innocent of the charge, that you wish to prove your innocence by submitting evidence to the attorney and by telling the attorney the knowledge of what happened during the time of the accusation of the offense charge.
6. The attorney failed to get an autism advocate involved which would make it easier for him to work with somebody who has mild autism which can be difficult to communicate with and get some answers from during the initial interview with the defendant to find out his/her side of the story.

TOTAL ATTACHED PAGES: 12 Pages

Placke was not listening to my family after I gave him permission to work with my family, not conducting any research nor getting the public defender office investigator to investigate the matter, refusing me requesting help from other people including legal organizations. I think he may have worked with Disability Rights of NC but only to persuade my family and me to go along with the guilty plea against my own evidence and belief in my own innocence, that was after Placke admitted to me personally that he spoke with the head of Disability Rights, that they told my family that I should take the guilty plea or be found guilty at a jury trial. So Placke was sneaking behind my back to get my family to tell me to take the plea agreement even though I am innocent and wishes to prove it with a forensic investigation, private investigation, and have witnesses testify in my favor. Placke didn't do any of that. I had no fair shot at trying to win my criminal case and to be ruled not guilty. That was why I plead guilty to a crime I am not guilty of.

When an attorney doesn't represent his client whether appointed or chosen to take a defendants case, then there is no way to get a fair trial, there is no way to win a criminal or even civil case without counsel. At that point it is better to lose a case when you have literally no representation, which of course is the plea agreement which is a admission of guilt whether guilty or innocent. If the person is innocent and is given no means to challenge the charge, they will plead guilty or be found guilty.

Page 3/3 **12/06/2014 – COMPLAINT AGAINST PUBLIC DEFENDER– 1:02AM– Brian D. Hill**

Another inmate that also heavily complained about Eric David Placke is Federal inmate in the Middle District of N.C., Donnie Robbins who was also convicted in 2014 under a armed career criminal charge. More complaints against this attorney appears to be on federal cases on Lexis Nexis CD such as U.S. v. Cassidy and Edwards v. United States District Court. No inmate I ever had contact with had any nice things to say about Placke, nothing but how Placke wouldn't represent them. Placke is a joke to the criminal justice system. All he wants is guilty plea deals regardless of whether the person can prove their innocence or not. He should not be a defense attorney but a prosecuting attorney working for U.S. Attorney Ripley Rand, if he isn't secretly working with the U.S. Attorney already to compromise and sell out defendants to guilty plea deals.

Placke failed to perform his duties within the best of his abilities and best of resources available to him to defend me to the best of his abilities. He failed to defend me against the single count criminal indictment. He failed to accept help from other attorneys, professionals, family, and friends that would have taken off some of the burden of proving my innocence from him. Instead he ignored all help that did not concern getting a guilty plea bargain. I was forced to file pro se motions myself and file evidence myself, and even write letters to the FBI/DOJ as I had no attorney representing me, only one that was appointed to call himself my lawyer but he is only a lawyer in name only.

Therefore I respectfully submit and file this complaint with the Office of Professional Responsibility under the U.S. Department of Justice. This the 6th day of December, 2014. I also ask that I be notified of the results of the investigation pursuant to 28 C.F.R. § 0.39a and OPR's routine uses under the Privacy Act.

Witnesses to back complaint:

Roberta Hill – 916 Chalmers St., Apt. B, Martinsville, VA 24112 – (276) 632-2599
Kenneth Forinash – 916 Chalmers St., Apt. A, Martinsville, VA 24112 – (276) 632-2599
Stella Forinash – 916 Chalmers St., Apt. A, Martinsville, VA 24112 – (276) 632-2599
Susan Basko – Email: SueBasko@gmail.com; Phone: 310-770-7413

Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

I declare under penalty of perjury that the foregoing is true and correct.
Executed on December 06, 2014.

Electronically Signed:
Brian David Hill – **Brian D. Hill**     **Brian D. Hill**
(276)632-2599                             *Signed*
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

# EVIDENCE ATTACHED TO THIS FAX LETTER

HAND WRITTEN COPY

## Attachment D    Declaration on Lawyer

I, Brian David Hill, declare under penalty of perjury that the foregoing is true and correct. Executed on August 30, 2014.

Brian D. Hill
signed

Statement:

1. Despite all the evidence me and my family had sent to my counsel Eric David Placke concerning being set up and concerning my legal innocence, he inappropriately sent a email to my family with his opinion that he didn't think I was set up, he even thought I was guilty of the offense. This evidence includes the threat email I received, declarations, copies of letters I written to the SBI/FBI and others, and other important documents and letters.

2. I gave Placke a envelope full of evidential legal papers in a Manilla envelope on June 10, asking that he mail to my family. After he told me he would, to this day my family has still not received the papers nor the envelope which it was in. The papers include the town of Mayodan minutes papers mailed to me from clerk Melissa K. Hopper, copies of state statutes that would help my case, and copies of pro se motions and documents I sent to the court that never made docket. The clerk may not send me another copy of the Mayodan minutes papers simply because Placke still has my papers that should have been sent home to my family in June.

3. My counsel was Eric David Placke, Federal Assistant Public Defender, Arkansas State Bar No. 86207, North Carolina State Bar No. 20671, 101 S. Elm St., Suite 210, Greensboro, NC 27401, (336)333-5455.

Attachment D    Declaration on Lawyer

1. Placke is the sole cause to me taking the guilty plea agreement. He even went as far as to go to Disability Rights of NC, then they told my family that I should take the plea agreement after Placke admitted to speaking with them. As the result on June 10, 2014, while I was sitting close to Donnie Robbins, my family said in the courtroom for me to take the plea agreement which I did. In addition because of my deteriorating health with my A1C as high as 10.9, because Placke did not prepare any defense for trial, and because my evidence never made the June 4 suppression hearing, it all contributed to me pleading guilty even though I am innocent. My counsel has failed me in the suppression hearing and in proving my innocence.

2. Placke told me at Attorney visitation in Orange County Jail that if I don't take the plea agreement quickly before the jurors start coming in, I won't get that reduction for acceptance of responsibility. I felt I was being rushed and pressured into the plea agreement without being given enough time to think it over. My counsel has failed to give me time to think about the guilty plea and the consequences I would face under it. June 9 was when my counsel Placke pressured me to take the plea agreement.

3. Depite me telling Placke in letters and verbally that I was set up, that I was threatened to falsely confess to the police detectives, and I think I informed him of the violation of crime lab policy and procedure, he said to the Judge N. C. Tilley Jr. something like "If he had the evidence I would have supported his suppression motion." That was June 4th he made such statement at the hearing.

page 3/4

[Attachment D] Declaration on Lawyer [HAND WRITTEN COPY]

7. I felt Placke was working against me, that he had a agenda to have me convicted by guilty plea or no defense so I would have been found guilty by default. So I had sent letters to the U.S. FBI, U.S. DOJ, NC SBI, NC DOJ, NC Innocence Inquiry Commission, U.S. Senator Kay Hagan, WXII 12, FOX8, and others. Placke did not want me to write letters outside of his control.

8. I gave Placke in writing the suggestion of witnesses. He has not called any of those witnesses to testify.

9. Placke and me were not on the same page. We had disagreements. He seem to want my case to go his way or the highway. He thought I was not set up when I had evidence I was. Not only is he ineffective counsel but misrepresented me as counsel of record.

10. When I was at FCI¹ Butner, NC, I written one or more letters to Placke but he did not write anything back to me while I was there.

11. Before June 4, Placke told me at visitation that he was not for the suppression of evidence. I clearly had evidence for the suppression hearing but Placke wouldn't help me present it in front of Judge N.C. Tilley Jr.. I had a basis of the confession being under duress due to a threat so it was not voluntary which violates the Supreme Court's voluntary confession rule. I had a basis that crime lab policy and procedure was violated by the police detectives. Placke presented none of it to N.C. Tilley Jr.. That was why I said the words Kangaroo Court June 4.

page 4/4

HAND WRITTEN COPY

Attachment D     Declaration on Lawyer

12. Placke told me that under the legalize of the charge, I would face zero to ten years in prison. Then when he tried to persuade me to take the guilty plea he said I face up to twenty. Donnie Robbins a Federal inmate at Guilford County Jail told me Placke told him 0-10 then the sentence range was told differently at a later time. Robbins calls him Slackey Placke. First it was 0-10, then it was 0-20. Placke should have told me the correct sentence range at the very beginning. I tried to get Robbins to file a complaint against Placke so that the more complaints there are would have him removed from our cases. I intended to have him removed from my case as counsel of record. I filed a complaint with the DOJ on Placke.




## Contact Info

5 messages

**Dan Johnson** <■■@pandaunite.org>  Sun, Dec 29, 2013 at 3:42 PM
To: ■■@rutherford.org



My contact information is below. The mother and Grandparents live together, since Brian wouldn't return to his house after the initial raid. Their contact info is:

Ken and Stella ■■■■ (grandparents)
Roberta ■■ (mother)

@yahoo.com

I have also attached the most updated timeline, a daily log kept by the family to chronicle all the events in this case, and the sample press release we put together, if necessary.

In Liberty,

Dan Johnson
Founder, PANDA
People Against the NDAA
http://www.pandaunite.org



---

**2 attachments**

- **HillfamilyeditsonBrianPressRelease.doc**
  28K

- **TimelineUpdated122713.doc**
  231K

---

**Dan Johnson** <■■@pandaunite.org>  Thu, Jan 2, 2014 at 11:16 AM
To: ■■@rutherford.org

Dan Johnson
Founder, PANDA
People Against the NDAA
http://www.pandaunite.org




[Quoted text hidden]

---

**2 attachments**

📄 **HillfamilyeditsonBrianPressRelease.doc**
28K

📄 **TimelineUpdated122713.doc**
231K

---

 @rutherford.org> Thu, Jan 2, 2014 at 11:57 AM
To: Dan Johnson <▇@pandaunite.org>
Cc: ▇@rutherford.org, ▇@rutherford.org

Mr. Johnson,

I just spoke with  They expressed to me that for now, we are not going to actively look to replace his court appointed attorney. We certainly understand your apprehension about his court appointed counsel properly handling the matter, but at this point we haven't been able to adequately assess the case to determine whether or not it is something that we will get directly involved in. I have already spoken with ▇, his attorney, and he will provide us with additional information once some of the initial discovery is received, at which point we will assess the potential for our involvement in the case. Additionally, until we can fully evaluate the case information, we would ask that you refrain from releasing any PR that suggests Rutherford Institute involvement in the matter.

We appreciate your enthusiasm about moving forward with this case, but we need to fully run this through our review process before we commit to take it on. We appreciate your patience, and we will get back to you once we hear back again from ▇

Thanks,

▇

The Rutherford Institute

P.O. Box 7482

Charlottesville, VA 22906



This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply at legal@rutherford.org and delete the message.

Thank you very much.

**From:** ▇▇▇▇▇▇▇ [mailto:▇▇▇▇▇▇▇] **On Behalf Of** Dan Johnson
**Sent:** Thursday, January 02, 2014 11:17 AM
**To:** ▇▇▇
**Subject:** Fwd: Contact Info

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

---

**Dan Johnson** <▇▇@pandaunite.org>   Thu, Jan 2, 2014 at 12:03 PM
To: ▇▇▇▇▇ <▇▇@rutherford.org>
Cc: ▇▇@rutherford.org, ▇▇@rutherford.org

Understood. We may be releasing PR, without mentioning you, shortly, depending on the hearing today. I am somewhat disappointed in the now seemingly sudden pullback on this. Whereas I had been hoping to rely on your advice, with how fast this case is progressing, it seems we will be handling this one on our own for now.

Please keep me updated as you look into the facts of the case.

Dan Johnson
Founder, PANDA
People Against the NDAA
http://www.pandaunite.org

[Quoted text hidden]

---

▇▇▇▇▇ <▇▇@rutherford.org>   Thu, Jan 2, 2014 at 12:06 PM
To: Dan Johnson <▇▇@pandaunite.org>, ▇▇▇ <▇▇@rutherford.org>
Cc: ▇▇@rutherford.org

Dan, we're on the road today, trying to get away from the noreaster. There is no pull back, but we need to get home before we can make important decisions on this case. That will not happen before tomorrow. Please do not do anything precipitous until we talk further.

[Quoted text hidden]

---

**Dan Johnson** <▇▇@pandaunite.org>   Tue, Jan 7, 2014 at 12:39 AM
To: ▇▇▇▇▇▇ <▇▇@rutherford.org>
Cc: ▇▇▇▇▇ <▇▇@rutherford.org>, ▇▇@rutherford.org

I will wait for as long as we can for you to review the case. The family is chomping at the bit to get publicity out for this. Please let me know your decision/progress as soon as possible.

Dan Johnson
Founder, PANDA
People Against the NDAA
http://www.pandaunite.org

[Quoted text hidden]

---

@rutherford.org>          Tue, Jan 7, 2014 at 3:33 PM
To: Dan Johnson @pandaunite.org>
Cc: @rutherford.org>, @rutherford.org>

Dan, at this point, we have offered our assistance to Brian's court-appointed attorney and are waiting to hear back from him on where things stand. You're welcome to mention that we have offered our assistance in the case in any PR you do, but beyond that, I don't have an update yet and I don't want to discourage the family from getting the word out. We'll be in touch as soon as we know more on the legal front.

All the best,

**Sent:** Tuesday, January 07, 2014 12:39 AM
**To:**
**Cc:**
**Subject:** Re: Contact Info

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

---

**Dan Johnson** @pandaunite.org>          Tue, Jan 7, 2014 at 3:49 PM
To: @rutherford.org>
Cc: @rutherford.org>, @rutherford.org>



Gotcha. The lawyer has been rather awful getting in touch with anyone, so I'm not surprised he hasn't gotten back with you. The family received a report from him earlier that Brian was Okay, then asked the prison chaplain to check on his condition, and the chaplain said he was being held in Maximum Security. His lawyer neglected to mention it, a crucial part of information.

We are trying to get him out of the way by any means possible. I'll keep you posted.

Dan Johnson
Founder, PANDA
People Against the NDAA
http://www.pandaunite.org

[Quoted text hidden]

Page 1/3 - 12/04/2014 COMPLAINT FILED WITH ACCESS TO JUSTICE INITIATIVE U.S. DOJ

# **COMPLAINT**

Access to Justice Initiative
U.S. Department of Justice
950 Pennsylvania Ave, NW, Room 3340
Washington, D.C. 20530

Note: The statements in this letter are declared under Oath/Declaration. Typed with the help of family.

Dear Access to Justice Initiative Director **Lisa Foster**,

    I wish to notify you that the ATJ of the U.S. DOJ needs to look into the ineffective counsel Eric David Placke of the North Carolina Middle District Public Defender office, then work to ensure that the public defender office does not commit misrepresentation and ineffective counsel in the future. This public defender would not conduct a case for any defendant assigned this lawyer. All he would do is accept guilty pleas.

These are the facts I am accusing Eric David Placke of in my complaint:

1. Placke would not file any motion for a private investigation nor any investigation to prove my innocence whenever I have told Placke over and over again since the beginning that I am innocent of the charge filed against me in case United States of America vs. Brian David Hill, Docket # 1:13CR435-1. My family told him over and over throughout my ten months est. of incarceration of my innocence, of my autism, that I should not be a sex offender since I am a virgin and do not want to harm any children.
2. Placke rejected evidence of witness testimony from all witness suggestions.
3. Placke was only interested in my guilty plea. He would not do anything to prove my innocence nor anything to get me a better plea deal such as Pretrial Diversion Program. He only wanted my guilty plea so I can be convicted. Placke was biased and was no better then the prosecuting attorney. Because of that I had to write the U.S. Attorney office myself and the court myself to try to fight for my own case filing a ton of pro se motions and letters to the court and letters to various government agencies while I was incarcerated.
4. I personally talked with other inmates/defendants while incarcerated that also had the same public defender Eric Placke and they all didn't like him and wanted him fired but all later plead guilty while their plan to fire him all of the sudden didn't happen. North Carolina Middle District defendant Donnie Robbins(charged with armed career criminal offense) called him slackey Placke.
5. Placke refused to file any motion for a forensic computer investigation to find evidence that I was indeed set up with child porn by evidence tampering or even a computer hacker.
6. Placke refused help from others that wanted to help me win my criminal case so that I wouldn't have to suffer as a sex offender for a crime I didn't even commit.
7. Placke even thought I was guilty and told me such, refused to believe in my innocence even after I had multiple affidavits and declarations under Oath saying that I am innocent.
8. Placke would not work with my family to help me win my case.
9. Placke told me that he would send my legal documents in envelope I gave to him right straight home to my family but then nothing ever happened. That envelope included the Document 17 Psychiatric Report by Dr. Dawn Graney on court docket, other papers with state laws, and photocopies of legal papers including the Town of Mayodan Minutes 2012 records.

Page 2/3 - 12/04/2014 COMPLAINT FILED WITH ACCESS TO JUSTICE INITIATIVE U.S. DOJ

10. Placke refused to get autism experts and advocates involved in my case.
11. Placke would not do what I have asked of him and did it his way or the highway.
12. Placke submitted lies and false information on court docket in Greensboro, NC U.S. District Court instead of the truth like I wanted to tell.
13. Placke pressured me and coerced me to plead guilty without giving me enough time to think about it. Since I signed a plea agreement I have waived my right to challenge my conviction meaning that in the future when I have enough evidence to prove my innocence I may have to stay convicted forever for a crime I didn't commit no thanks to Eric Placke.
14. Placke didn't push for pretrial diversion program and neither case dismissal.
15. Placke even has a documented history of either misrepresentations or being ineffective in the U.S. District Court record. Two such cases were found using Lexis Nexis law library at the Federal Correctional Institutional-1(FCI1) in Butner, NC. Case one was Stevin E. Edwards v. United States District Court, United States District Court for the Middle District of North Carolina, 2011 U.S. Dist. Lexis 154579, 1:11CV633, August 26, 2011. Case two is U.S. v. Cassidy, June 6, 2002, 48 Fed. Appx. 428, U.S. Court of Appeals 4th circuit. There is likely more either on court record or not all defendants that had misrepresentation by Placke reported it to the District Court.
16. Even when I found out that The Rutherford Institute in Virginia wanted to help me in my case, Placke refused their help.
17. There was no defense prepared nor was there any witnesses lined up for a defense at a jury trial. The only thing he prepared for was a plea agreement. He even called my mother and grandparents by phone to convince them that I needed to take the plea agreement.
18. Placke called my family the night before the jury trial planned for June 10, 2014. He told my family that they would not be able to testify in my defense at the trial, and jury would not know that I had autism. Even though my family and friends had sent evidence, Placke ignored it all. Placke had nothing to present to the court for me. Prosecution had proof of child porn on computer yet Placke had nothing for me even though he mislead family before the jury trial date that he had things to use in my defense. Affidavit in court records presented by family, that I had submitted to the court. Contact my family members Roberta Hill, Stella Forinash, and Kenneth Forinash by phone at (276) 632-2599 for this information.
19. Placke told my grandparents and mother on the phone to convince me to plead guilty, to take the plea agreement. Donnie Robbins(from #4) was in the court room with me which made him a witness to the fact that my family tried to tell me in the court room for me to take the guilty plea agreement before the U.S. Marshals tried to shut them up. Before this I was ready to fight even with the bleak outlook, I was fighting for my innocence. Placke told my family if I didn't take the "guilty plea" agreement then I would have been found guilty which meant I could be in prison for twenty years. He told my family the prosecuting attorney had proof it was on my computer.
20. My family asked Placke for forensic proof early in the case but Placke clearly told my family that they were not allowed to see any of the evidence the prosecuting attorney had used against me claiming it was sealed even though I told my attorney in writing and/or verbally that I wanted my family to have access to the evidence released by the motion of discovery for my case.
21. Even though the damage was already done with my guilty plea, I finally was able to file enough pro se motions to cause the Chief Judge William L. Osteen Jr. to allow the withdraw of Placke as my legal counsel then John Scott Coalter became my substitute legal counsel/attorney for my case. Even he suggested I stick with the guilty plea but I will get supervised release after time

Page 3/3 - 12/04/2014 COMPLAINT FILED WITH ACCESS TO JUSTICE INITIATIVE U.S. DOJ

served. Even though my minimum supervised release by probation according to law was 5 years to life, I was given 10 years supervised release and the attorney didn't do anything to get it shortened to the minimum required statutory time to be on that program.

I request that your Access to Justice Initiative do something about the horrible public defenders in Greensboro, NC that ruined my life by having me convicted then waiving my right to challenge my conviction. My life is ruined thanks to Eric Placke and others are being ruined too by this same attorney. The public defender office needs a major reform. I need help since my innocence has been taken away by public pretender Placke. He doesn't need to be a defense attorney but a prosecuting attorney as he acts like, a sneaky form of a prosecutor or plea bargainer, whether your innocent or not.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2014.

Signed by(Signature added by hand then paper scanned):
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

*Brian D. Hill* Signed

*Brian D. Hill* Signed

Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112