RECEIVED
In This Office
JAN 12 2015
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC

**FROM:**

Brian David Hill
916 Chalmers St., Apt. D
Martinsville, VA 24112

**TO:** Two Motions to file, attached evidence

Clerk of The Court
L. Richardson Preyer Federal Building
U.S. District Court
324 W. Market St., Suite 1
Greensboro, NC 27401