In the United States District Court

For the Middle District of North Carolina

Greensboro Division



Defendant, ~~Brian D. Hill~~ Brian David Hill    Criminal Action No. 1:13-cr-435-1

v.

Plaintiff, United States of America

## NOTICE OF MOTION TO EXTEND TIME TO FILE APPEAL

Comes now defendant and files this request that

his MOTION TO EXTEND TIME TO FILE APPEAL

be addressed on the papers, without a hearing.

The defendant waives his right to a hearing on this motion.

Respectfully submitted,

*Brian D. Hill*

Brian D. Hill ( pro se ) Street/ City/Zip  Phone: (276)632-2599

216 Chalmers St. Apt. D
Martinsville, VA 24112

# CERTIFICATE OF SERVICE

I hereby certify that service was made by mailing

a true and correct copy of the foregoing

NOTICE OF MOTION TO EXTEND TIME TO FILE APPEAL

by deposit in the United States Mail, Postage prepaid,

on January 12th, 2015 addressed to:

Mr. Anand P. Ramaswamy
Assistant United States Attorney
101 South Edgeworth Street
Greenboro, NC 27401

Brian D. Hill
_____

Brian D. Hill ( pro se )  Street/ City/Zip  Phone: (276)632-2599