

Envelope:

From: Brian David Hill, 916 Chalmers St. Apt D, Martinsville, VA 24112

To: U.S. District Court, ATTN: Clerk of the Court, Note 2 MOTIONS to file, 324 W. Market St., Suite 1, Greensboro, NC 27401

USPS Postage $4.21 PAID MARTINSVILLE, VA 24112, JAN 20, '15

Tracking: 7013 3020 0002 2466 9425

"Two Motions to file attached evidence"

Jan 20, 2015

Stamps: RECEIVED In this office; JAN 26 2015 Clerk, U.S. District Court, Greensboro, NC; INSPECTED