

Brian David Hill USWGO
216 Chalmers St Apt D
Martinsville VA 24112

U.S. District Court
ATTN: Clerk of the Court
Note: MOTION to file
324 W. Market St., Suite 1
Greensboro, NC 27401

RECEIVED
In This Office
JAN 2 6 2015
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC

U.S. POSTAGE PAID
MARTINSVILLE, VA
24112
JAN 20, '15
AMOUNT
$1.75
00015438-05

7013 3020 0002 2466 9432

Case 1:13-cr-00435-TDS   Document 59-1   Filed 01/26/15   Page 1 of 1