

# In the United States District Court

## For the Middle District of North Carolina

### Greensboro Division

Defendant, Brian David Hill

v.                    Criminal Action No. 1:13-cr-435-1

Plaintiff, United States of America

## NEW EVIDENCE BY DEFENDANT

Defendant submits NEW EVIDENCE to the court for any purpose in regards to the

Criminal case. The evidence the defendant submits is as follows.

1. COMPLAINT filed with the North Carolina Office of the Ombudsman to the crime lab under the N.C. Department of Justice. Dated and filed through fax machine 1/23/2015 1:11:56 AM (transmission ticket receipt included). Complaint is in regards to NC State Bureau of Investigation Special Agent Rodney White that conducted the analysis for the state crime lab in regards to SBI case #2012-02146, the exact case number of the state crime lab report used in evidence against the defendant.

2. COMPLAINT filed with the North Carolina Office of the Ombudsman to the crime lab under the N.C. Department of Justice. Dated and filed through fax machine 1/2/2015 7:25:48 PM (transmission ticket receipt not included due to technical malfunction which caused the ticket to be not readable). Complaint is in regards to concerns with the NC Triad Crime Laboratory conducting analysis on evidence that was already previously examined by Reidsville, NC Police Detective Robert Bridge which violates state crime lab policy. Because Detective Bridge was not a forensic crime laboratory scientist and went on the defendant's laptop hard drive himself without oversight, it may very well be construed as evidence tampering.

Both complaints are to start formal investigations into the violations of state

criminal Laboratory procedure and standards set forth by the North Carolina State

1

Bureau of Investigation (SBI) and accreditation standards. Because of the multiple blatant violations of crime lab policy and procedure, this harms the defendant in being able to prove his own legal innocence in a jury trial when under ineffective counsel in addition to the rights violated of the defendant.

The defendant was never able to object to the evidence used by the U.S. Attorney due to Philip Edward Berger Jr. violating North Carolina Article 7C, §8-58.20 (See Document #49, Filed 10/06/14, Page 5 of 10) by failing to serve the defendant with the crime lab report and affidavit as mandated by state law for admissibility of state evidence. Philip Berger Jr. is the former District Attorney of Rockingham County whom received the original copy of the State crime lab report conducted by SBI in 2013 which is in the record of the evidence used against the defendant. Because the defendant wasn't served the crime lab report, the defendant had **his right** to object to usage of the crime lab report **violated**. Because of that right being violated the defendant was never able to bring up issues he had with the state crime lab report before being used as evidence against him. His right to object was violated then that evidence was used by the ineffective counsel Eric Placke to coerce him into pleading guilty when the defendant believes in his own legal innocence to the charge. Even if the federal court allows the inadmissible state evidence that violates state admissibility law, it proves how dirty the evidence was obtained by the prosecution to prosecute and convict the defendant.

2

Respectfully submitted,

*Brian D. Hill*
Signed

Brian D. Hill ( pro se )
916 Chalmers St. – Apt. D, Martinsville, VA   24112
Phone: (276)632-2599

3

## CERTIFICATE OF SERVICE

I hereby certify that service was made by faxing

a true and correct copy of the foregoing NEW EVIDENCE BY DEFENDANT

by fax machine, Transmission Ticket proving receipt included,

on _January 23rd 2015_____, 2015 addressed to:

Mr. Anand P. Ramaswamy
Assistant United States Attorney
101 South Edgeworth Street
Greenboro, NC 27401
Fax: (336) 333-5381

_Brian D. Hill_____
Signed

Brian D. Hill ( pro se )
916 Chalmers St. – Apt. D
Martinsville, VA   24112
Phone: (276)632-2599

4

Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket

Date: 1/23/2015                                      Time: 5:14:14 PM
Number of pages: 13                                  Session duration: 1:36
Attn.: Anand P. Ramaswamy                            To: U.S. Attorney Ripley Rand
Recipient's number: T13363335381                     Message type: Fax
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\1(COMPLETE)(Ready to SError Correction: Nol-23)_General (Letter).tif
File description: US DISTRICT COURT - new evidence - 1-13-cr-435-1(COMPLETE)Resolution: 200*200 dpi
Recipient's Fax ID:       3363335381                 Record number: 617
Rate: 14400 bps

# Fax Cover Page

**Date: 1/23/2015**           **Time: 5:14:14 PM**           **Pages: 13**

**To: U.S. Attorney Ripley Rand**

**Attn.: Anand P. Ramaswamy**

**From: Brian David Hill**

**Fax ID: 276-632-2599**

**MOTION defendant mails to the US District Court tomorrow.**

Date: 1/23/2015
Number of pages: 5
Attn.: N.C. Department Of Justice
Recipient's number: T19197160803
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\Complaint filed with the Om
File description: Complaint filed with the Ombudsman regarding virus log(Signed)(
Recipient's Fax ID:      9197160803
Rate: 14400 bps

Time: 1:11:56 AM
Session duration: 8:34
To: Office of the Ombudsman of the state crime lab
Message type: Fax
Error Correction: Novirus log(Signed)(Ready to Fax)(2) {2015-01-23}.tif
Resolution: 200*200 dpi
Record number: 607

# Page 1 of 5

Express Your Concern

### NORTH CAROLINA
## DEPARTMENT OF JUSTICE
ATTORNEY GENERAL **ROY COOPER**

Home | Español | Sign Up for Alerts | Contact Us

Business Owner | GO

Inspections · Crime · Consumer · News and Events · Protect Yourself · Help for Victims · About SBI

About DOJ | Ombudsman to the Crime Lab | Express Your Concern

## EXPRESS YOUR CONCERN

Use this form to share your concern with the Ombudsman to the State Crime Laboratory

\* indicates a mandatory field

COMPLAINT BRIAN DAVID HILL IS FILING
WITH THE OMBUDSMAN IN REGARDS TO STATE CRIME
LAB FORENSIC EVIDENCE UNDER SBI CASE# 2012-02146

### Your Information

| | |
|---|---|
| Prefix: | Mr. |
| First Name: | Brian |
| Middle Initial: | D. |
| Last Name: | Hill |
| Mailing Address: | 916 Chalmers St., Apt. D |
| \* City: | Martinsville |
| \* State: | VA |
| Zip Code: | 24112 |
| Phone Number ( including area code): | (276) 632 - 2599 |
| Fax Number ( including area code): | ( ) - |
| County of Residence: | Rockingham County NC at time of police raid |
| Email Address: | admin@uswgo.com |

Brian D. Hill
Signed

All issues brought to the attention of the Office of the Ombudsman in written form may be subject to the NC
Public Records law, though issues are explored in as informal and confidential manner as possible. Therefore,
you may express your concern without sharing your name.

### Nature of your concern (complete any blocks which apply)

| | |
|---|---|
| Relationship to State Crime Lab: | Accused |
| If Other Explain: | SBI criminal Investigation under Special Agent Rodney White |
| Date of Event: | 2012 through 2013 __ Now |

### Details of Concern     SBI Case #: 2012-02146 (915) iv

\* Details:
*Limit of 2000 Characters*

When Agent Rodney White conducted the forensic analysis he did NOT
conduct procedure for a Virus Log as outlined in 5.0 Procedure, 5.1.1.4,
Technical Procedure for Writing Results Statements. He failed to follow
procedure of creating a virus log.

Do you wish to be contacted regarding your concern?:
○ No
⊙ Yes

*If the complaint falls within the jurisdiction of another local, state or federal agency, we may refer your complaint
to that agency. The fact that we may not be able to assist you directly does not mean your complaint isn't valid.*

http://www.ncdoj.gov/getdoc/4e1b2fae-a94b-4b5f-8f33-a03c8beb8b12/Express-Your-Concern.aspx[12/19/2014 12:16:00 AM]

Express Your Concern



About DOJ | Ombudsman to the Crime Lab | Express Your Concern

# EXPRESS YOUR CONCERN

Use this form to share your concern with the Ombudsman to the State Crime Laboratory

\* indicates a mandatory field

**Your Information**

COMPLAINT BRIAN DAVID HILL IS FILING
WITH THE OMBUDSMAN IN REGARDS TO STATE CRIME
LAB FORENSIC EVIDENCE UNDER SBI CASE# 2012-02146

| | |
|---|---|
| Prefix: | Mr. |
| First Name: | Brian |
| Middle Initial: | D. |
| Last Name: | Hill |
| Mailing Address: | 916 Chalmers St., Apt. D |
| \* City: | Martinsville |
| \* State: | VA | Zip Code: | 24112 |

Phone Number ( including area code): (276) 632 2599

Fax Number ( including area code): ( )

County of Residence: Rockingham County NC at time of police raid

Email Address: admin@uswgo.com

*Brian D. Hill*
*Signed*

All issues brought to the attention of the Office of the Ombudsman in written form may be subject to the NC
Public Records law, though issues are explored in as informal and confidential manner as possible. Therefore,
you may express your concern without sharing your name.

## Nature of your concern (complete any blocks which apply)

Relationship to State Crime Lab: Accused

If Other Explain: SBI criminal investigation under Special Agent Rodney White

Date of Event: 2012 through 2013 ☐ Now

## Details of Concern    SBI Case #: 2012-02146 (915) iv

\* Details:
*Limit of 2000 Characters*

When Agent Rodney White conducted the forensic analysis he did NOT
conduct procedure for a Virus Log as outlined in 5.0 Procedure, 5.1.1.4,
Technical Procedure for Writing Results Statements. He failed to follow
procedure of creating a virus log.

Do you wish to be contacted regarding your concern?:  ○ No  ⊙ Yes

*If the complaint falls within the jurisdiction of another local, state or federal agency, we may refer your complaint
to that agency. The fact that we may not be able to assist you directly does not mean your complaint isn't valid.*

Express Your Concern

## Resolution Attempts You Have Made

Have you shared your concerns with the SBI?:

○ No  ⦿ Yes    Referring to NC DOJ/SBI - Joy Strickland
                Did not submit this
                concern with Agent
                White

If so, what was the result of your contact?:    No response yet

* What resolution would you consider fair?:    That a Virus Log be created by the state crime lab,

Otherwise it gives further reason as to why the state should withdrawl
their evidence from the U.S. District Court since the
evidence is no longer reliable with conflicting
evidence of the eMule virus Affidavit/Declaration
statements, with the state crime lab evidence. That in
addition to the evidence tampering complaint filed
through FAX in December, 2014.

* Will you be submitting documentation by mail, email or fax?:    ○ No  ⦿ Yes

Entry Security (CAPTCHA):

NA

If you wish to provide up to four supporting documents, you may send them to us in one of the following ways:

- Facsimile  (919) 716 - 0803    Evidence is attached to this Complaint filed through FAX/FACSIMILE
                                with the Office of the Ombudsman, NC Attorney General's Office.

- Email - ombudsman@ncdoj.gov
  (pdf, doc, docx or txt format)

- Mail - Office of the Ombudsman, NC Attorney General's Office
  9001 Mail Service Center
  Raleigh, NC 27699-9001

*Brian D Hill* Signed

Please include your concern receipt number in the subject or reference line of your email, fax or mailing so that
we may match your documents with your concern.

[ Print Page ]
Please print a copy of your completed form to mail in with any supporting documents and keep a copy for your records.  Please
note that the printed copy may not include all of the information included in the details of complaint box.

[ Submit ]

http://www.ncdoj.gov/getdoc/4e1b2fae-a94b-4b5f-8f33-a03c8beb8b12/Express-Your-Concern.aspx[12/19/2014 12:16:00 AM]

# Page 3 of 5

Technical Procedure for Writing Results Statements
Digital/Latent Evidence Section
Issued by Digital/Latent Forensic Scientist Manager

Version 4
Effective Date: 10/31/2013

**Technical Procedure for Writing Results Statements**

**1.0 Purpose** - This procedure presents the approved statements that shall be used for reporting digital evidence analysis results in the State Crime Laboratory.

**2.0 Scope** - This procedure applies to all written result statements for digital evidence analysis in the State Crime Laboratory.

**3.0 Definitions**

- **Standard Computer Result Statements** – Result statements which are common for all computer cases regardless of the type of case being examined.
- **Non-Standard Computer Result Statements** – Result statements which vary in their content due to the nature of the data being bookmarked and/or due to the nature of the case being worked.

**4.0 Equipment, Materials and Reagents**

**4.1 Equipment and Materials**

- Computer with Forensic Advantage (FA) application

**4.2 Reagents** – N/A

**5.0 Procedure** –Analyses shall include an accurate interpretation of the actual results of the examination in a manner approved by the Forensic Scientist Manager or his/her designee and the Crime Laboratory Director. This interpretation may include or build upon one (1) or more of the following responses depending on the circumstances of the case and the nature of the digital evidence examination. The order in which the statements are arranged is left to the discretion of the Forensic Scientist. Deviations shall be approved according to the Laboratory Procedure for Authorizing Deviations.

**5.1 Recovered Disc Reporting Method**

**5.1.1 Computer Result Statements**

**5.1.1.1** This report has been generated in association with Item (Item Number), which should be viewed in conjunction with this written report.

**5.1.1.2** No data of interest were located on Item (Item number).

**5.1.1.3** Item (Item number) was unable to be processed for digital evidence because (reason).

**5.1.1.4** Item (Item Number) was/were scanned for threats using (software) with definitions dated (date). The virus scan log is available for review in the "Recovered\Virus Scan Logs" folder on Item (Item Number).

**5.1.1.5** (Number) Encrypted file/files of possible interest was/were recovered from Item (Item Number) and is/are available for review in the "Recovered\Encrypted Files" folder on Item (Item Number).

~~Paralegal~~ Braxton

said there were no

virus logs in the

**Note taken**

**Jan. 22, 2014 between
11:30AM and 12:00PM**

discovery

No virus log in evidence

means no evidence by

the U.S. Attorney

~~that~~ proves I had

viruses on computer

**Brian David Hill note!**



510 N. Elm Street
Greensboro, N.C. 27401

COALTER LAW, P.L.L.C.
Experience on Your Side
greensborolawyers.com
J. SCOTT COALTER
Criminal Defense Attorney
scott@greensborolawyers.com

T: (336) 275-5669
F: (336) 275-6045

*Attachment to Joy Strickland email evidence*

*Signed Sep. 27 2014*
*page 1*

### GENERAL AFFIDAVIT FROM BRIAN DAVID HILL REGARDING STATEMENT OF FACTS AND WITNESS TESTIMONY ON THE EMULE VIRUS, TROJAN HORSE, ROGUE PROGRAMS

**Location of witness incident:**

State of North Carolina
County of Rockingham
Town of Mayodan

*Brian D. Hill*
*Signed*

**Location of affiant at the time the affidavit was notarized:**

State of Virginia
County of Henry
City of Martinsville

BEFORE ME, the undersigned Notary, _____

_____ [name of Notary before whom affidavit is sworn], on this _____ [day of month] day of _____ [month], 20____, personally appeared _____ [name of affiant], known to me to be a credible person and of lawful age, who being by me first duly sworn, on _____ [his or her] oath, deposes and says:

Around sometime of July 2012, cannot remember the day but the problem may have lasted for anytime between less then one week to two weeks. Also at that time I did no remember using any Anti-virus software on my computer, and had to keep reminding myself to get the software and install on my computer but I cannot remember if I ever did, which means I don't think I used a anti-virus and if I did I would have clearly recalled. I started noticing that emule.exe was running along with three other programs. Conime.exe, ares.exe, and shareaza.exe. I believe the main program that was rogue and was running was emule.exe. It didn't run under the normal programs. This program ran without my consent, and without my knowledge until I discovered the program running in task manager. I had ended the tasks thinking this Trojan was gone but then days later I noticed that the hard drive space on my computer was out at 0k. I decided to open the program location using the task manager. I noticed it appeared to be a portable version of eMule, at least the folder structure looked similar. I clicked on the shared files folder and saw hundreds of files with names I didn't understand. Some of those names from what I could remember said 9yo, pthc, ptsc, and other terms. I assumed it was just some viruses being shared and deleted everything. I had no idea what was shared or that it was something that would get the police after me. Then I tried to sabotage the virus since it took over my computer and made it difficult to fight against. I even recall a bit about calling my grandmother on the phone telling her that I was fighting a virus or Trojan, and that is really all I recall. So I know I had called my grandmother telling her about this Trojan, and took days to put a stop to, if that was even enough as it could have still ran, but I wouldn't know. I believe there may be other Trojans running on the computer too due to the weird programs that were running. I should have restored my computer but did not because I had a lot of data I would have to move off the computer to conduct the restore.

Honestly if I had known that the Trojan horse was sharing something serious that got me in trouble, if I had known earlier what was being shared then I would have reported the incident to the FBI or the NCMEC and sent the sample of this Trojan horse to Anti-Virus companies for examination then have

NORTH CAROLINA
DEPARTMENT OF JUSTICE
ATTORNEY GENERAL **ROY COOPER**

I am a: | Business Owner | GO

Top Issues   Crime   Consumer   News and Events   Protect Yourself   Help for Victims   About DOJ   Search: | GO

About DOJ | Ombudsman to the Crime Lab | Express Your Concern

# EXPRESS YOUR CONCERN

Use this form to share your concern with the Ombudsman to the State Crime Laboratory

* indicates a mandatory field

## Your Information

| | |
|---|---|
| Prefix: | Mr. |
| First Name: | Brian |
| Middle Initial: | D. |
| Last Name: | Hill |
| Mailing Address: | 916 Chalmers St., Apt. D |
| * City: | Martinsville |
| * State: | Virginia     Zip Code: 24112 |
| Phone Number ( including area code): | ( 276 ) 632 - 2599 |
| Fax Number ( including area code): | ( ) - |
| County of Residence: | Rockingham Co. at time of examination |
| Email Address: | admin@uswgo.com |

All issues brought to the attention of the Office of the Ombudsman in written form may be subject to the NC Public Records law, though issues are explored in as informal and confidential manner as possible. Therefore, you may express your concern without sharing your name.

## Nature of your concern (complete any blocks which apply)

| | |
|---|---|
| Relationship to State Crime Lab: | Accused |
| If Other Explain: | |
| Date of Event: | 2012     Now |

## Details of Concern

* Details:
*Limit of 2000 Characters*

Already sent to you my concerns in faxed letters to this office around Dec 26, 2014, and Dec 19, 2014. Again those concerns are that detective Robert Bridge admitted to going on my computer equipment himself before sending to the crime lab, possible evidence tampering.

Do you wish to be contacted regarding your concern?:   ○ No   ● Yes

*If the complaint falls within the jurisdiction of another local, state or federal agency, we may refer your complaint to that agency. The fact that we may not be able to assist you directly does not mean your complaint isn't valid.*

## Resolution Attempts You Have Made

Have you shared your concerns with the SBI?:   ◯ No
                                               ◉ Yes

If so, what was the result of your contact?:

No Response

* What resolution would you consider fair?:

Write a report   on acknowledging any evidence tampering, evidence planting, and/or violation of crime lab policy and procedure.

* Will you be submitting documentation by mail, email or fax?:   ◯ No
                                                                 ◉ Yes
Already submitted some documentation through fax around Dec 26, 2014, Dec 19, 2014

Enter security code



NA

If you wish to provide up to four supporting documents, you may send them to us in one of the following ways:

·   Facsimile  (919) 716 - 0803

·   Email - ombudsman@ncdoj.gov
    (pdf, doc, docx or txt format)

·   Mail - Office of the Ombudsman, NC Attorney General's Office
    9001 Mail Service Center
    Raleigh, NC 27699-9001

Please include your concern receipt number in the subject or reference line of your email, fax or mailing so that we may match your documents with your concern.



Please print a copy of your completed form to mail in with any supporting documents and keep a copy for your records.  Please note that the printed copy may not include all of the information included in the details of complaint box.

