# In the United States District Court

## For the Middle District of North Carolina

## Greensboro Division

FILED

JAN 2 6 2015

IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By_____

Defendant, Brian David Hill
           v.                Criminal Action No. 1:13-cr-435-1
Plaintiff, United States of America

## NEW EVIDENCE BY DEFENDANT

## EVIDENCE BRIEF

Defendant submits NEW EVIDENCE to the court for any purpose in regards to the criminal case. The evidence the defendant submits is as follows.

1. USWGO Alternative News article titled as "NC Sen. Phil Berger's most campaign contributors are big banks, big pharma, big telecom!" dated June 29, 2012.

2. USWGO Alternative News article titled as "NC Senator Phil Berger to get some of the Agenda 21 powers in the state" dated June 24, 2012.

3. USWGO Alternative News article titled as "NC Senator Phil Berger refuses to take action on Nullify-NDAA, betrays his Constituents!" dated June 18, 2012.

4. USWGO Alternative News article titled as "Reporter intimidated and booted from town council when asking a question" dated July 10, 2012.

5. USWGO Alternative News article titled as "USWGO Legal Opinion regarding Sen. Berger's following of Oath of Office" dated August 22, 2012.

Now how is this even relevant to the defendant's child pornography case? Well all articles submitted in this EVIDENCE BRIEF are written in opposition to North Carolina State Senator Philip Edward Berger Sr. which was also the town attorney of Mayodan, NC around the time of the alleged offense. The defendant even went as far as to call for Sen. Berger's removal from office and calling him a traitor to over 200+ constituents for deliberately refusing to respond to the Constituents that signed the Nullify-NDAA Petition that the defendant

1

did in April-May 2012 close to the time of the alleged offense. Now according to the official state crime lab documents under SBI Case #2012-02146, the District Attorney was listed in the official report by N.C. State Bureau of Investigation Special Agent Rodney White. Now the name of the DA of Rockingham County at the time while the charges were pending against the defendant was no other then Philip Edward Berger Jr. the son of the State Senator Phil Berger Senior. The federal indictment was pushed for by the Mayodan Police Department and in part by the N.C. State Bureau of Investigation. Officially it doesn't even say that the victim of the defendant was even a child but that he victimized the State of North Carolina according to the wording of the official report.

Of course he did victimize North Carolina with all those online article postings on his hobby blog Alternative News website, USWGO Alternative News at uswgo.com at the time the website was open to the general public. Of course Brian D. Hill made some people in the state angry. The District Attorney was involved with the defendant's child porn case even from the beginning when Reidsville Detective Robert Bridge was working on the warrant in the District Attorney's office before the search warrant was even executed. The defendant requested from Town Clerk Melissa K. Hopper through fax letter that he receive a copy of the Mayodan Police Report of his case. His request had succeeded and was a way he could retain a copy of the police report that was used in the discovery evidence without violating the agreement that prohibited photocopying. With the Police Report in hand he reviewed over the 20 pages of the Mayodan Police Department Case Supplemental Report from 2012-2013.

Under Page 8 of that report it stated that "On Tuesday, August 28, 2012 at 0940 hours, Detective Robert Bridge and I met with Rockingham County Chief Assistant District Attorney Julia Hejazi and reviewed the search warrant. Ms. Hejazi made some minor grammatical changes to the search warrant. Detective Bridge retyped it in the District Attorney's Office before it was presented for approval."

However Detective Bridge failed to mention that his sister was also working at the District

2

Attorney's Office at the time named Melanie Bridge. With the connections between the criminal investigators involved in the defendant's case and former District Attorney Phil Berger Jr. it draws very suspicious circumstances in the defendant's case.

The defendant cannot prove whom exactly framed him but he has enough evidence to prove actual doubt for a Jury to find the defendant not guilty. Of course the defendant had asserted his innocence multiple times under Declaration, the burden of proof to prove actual Innocence is hard to achieve but not impossible for what the defendant was able to find out with a whole lot of research, friends, and allies in the ability to attempt to prove his own innocence to the charge. With all the online news article postings, Facebook posts, and creating events asking people to confront Senator Berger for asking hard ball questions as members of the alternative media, it is not a good idea for his son or even his office to be involved throughout the criminal investigation period and search warrant process as this may constitute Bias and a Conflict Of Interest(COI). With hearing all kinds of newspaper stories in America involving indictment of corrupt politicians for flexing their connections like muscles, and using their positions of power to personally target their enemies. These kinds of tactics are throughout human history. That is why there are protections in place in both the United States and North Carolina codes, to prevent corrupt politicians from being able to have a ability to possibly influence a criminal investigation to sway in their favor which of course means make the political enemy look as guilty as sin. Now there is no proof as of yet that Berger Jr. did anything wrong against the defendant with exception to not following NC Article 7C, the court needs to investigate the possibility of any abuse of power that could have happened in 2012 and 2013 during the child porn investigation. This evidence proves at least that the defendant was writing a whole lot of articles that were critical of the father of the ex-District Attorney that was involved in the search warrant process and involved in the state crime lab report conducted by Agent Rodney White. Should the former

3

DA Berger Jr. have recused himself due to a possible Bias and Conflict? Should Berger Jr. had recused himself then allow either the state Attorney General or another District Attorney to be the interested party during the criminal investigation of the defendant? That is the question for which the court and a possible Jury would have to ask. It is important that all possible factors be explored in this criminal case to ascertain whether the conviction was right or wrong. Should the defendant be given a retrial? Should the defendant be able to prove his case to a Jury that he may have very well been a target of corrupt interests? Was the defendant really the victor of a crime or the victim? That is what due process is for. If the defendant is actually given effective counsel, would the outcome be different and would the defendant had plead guilty? Yes the outcome would be different considering how persistent the defendant was in filing multitudes of pro se motions asserting innocence and letters to the FBI. Considering how the former DA of Rockingham had even failed or refused to serve the defendant with a copy of the state crime lab report which is not compliant with Article 7C, is the DA's motives in his case really Biased and in Conflict? That is why the defendant is attempting to appeal his conviction, not his sentence but his entire conviction as the defendant believes there should be a court ordered private investigation into the validity of evidence, the connections of people involved in his case, and that the defendant be able to settle any concerns before a new trial. Not just a private detective but also a independent computer forensic examination of his hard drives that contained the contraband to look for Viruses, illegally modified Windows files and security vulnerabilities, backdoors that could allow somebody to plant child porn on the defendant's computer, and Trojan Horses. The defendant needs a new trial to help prove his innocence.

Respectfully submitted,

Brian D. Hill  This the 24th of January, 2015
signed

Brian D. Hill ( pro se ) 916 Chalmers St. – Apt. D, Martinsville, VA
24112 - Phone: (276)632-2599

## CERTIFICATE OF SERVICE

I hereby certify that service was made by faxing

a true and correct copy of the foregoing NEW EVIDENCE BY DEFENDANT

by fax machine, Transmission Ticket proving receipt included with

CERTIFICATE OF SERVICE,

on *January 24* , 2015 addressed to:

Mr. Anand P. Ramaswamy
Assistant United States Attorney
101 South Edgeworth Street
Greensboro, NC 27401
Fax: (336) 333-5381

*Brian D. Hill*
Signed
Brian D. Hill ( pro se )
916 Chalmers St. – Apt. D
Martinsville, VA 24112
Phone: (276)632-2599

5

Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket

Date: 1/24/2015                                          Time: 12:37:17 AM
Number of pages: 24                                      Session duration: 39:54
Attn.: Anand P. Ramaswamy                                To: U.S. Attorney Ripley Rand
Recipient's number: +1(336)333-5381                      Message type: Fax
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\2nd New Evidence Brief ready   Error Correction: Yes   then fax to US Attorney(Ready  {2015-01-24}_General (L
File description: 2nd New Evidence Brief ready to seal in envelope then fax to US     Resolution: 200*200 dpi
Recipient's Fax ID:        3363335381                    Record number: 625
Rate: 14400 bps

# Fax Cover Page

**Date: 1/24/2015**               **Time: 12:37:17 AM**               **Pages: 24**

**To: U.S. Attorney Ripley Rand**

**Attn.: Anand P. Ramaswamy**


**From: Brian David Hill**

**Fax ID: 276-632-2599**


**Brian David Hill filing a pro se EVIDENCE BRIEF and faxing a copy to the U.S. Assistant Attorney Mr. Anand P. Ramaswamy. Transmission Ticket filed with the brief will be faxed seperately(1 page).**

Monday, October 21, 2013

(347) 989-0106 7:00PM FRI-SUN - CALL IN TO USWGO

The new Drudge? Like this

# U.S.W.G.O.

Keeping People
United we Stand V

home    about    action center    blog    youtube area    links    forum    other

be our allies!    precrime    donate!    governing body    community guidelines    mp watch    c

videoshow    state secession watch!    paranormal files    politicians view    the info library    oth

## NC Sen. Phil Berger's most campaign contributors are big banks, big pharma, big telecom!

June 29, 2012 by Brian D. Hill  (Edit)

Filed under Brian D. Hill's Articles, Financial, Politics

Leave a comment

Author: Brian D. Hill

According to FollowTheMoney.org and other places I have investigated NC Senator Philip Edward Berger's political campaign contributors, he receives quite a bit from Big banks, big Pharma, and big telecom corporations.

The Noteworthy contributors listed by FollowTheMoney is as follows. I have also decided to group big hospitals, big insurance, and big medical, and all together with Big Pharma as they are all in some way or fashion connected with the Rockefellers and other big medical money masters.

"Noteworthy Contributors are contributors that give in multiple states, are significant within their home state, or belong to a national organization with activity in multiple states. Contribution totals listed include contributions to this candidate for election cycles in the listed years." – Excerpt

North Carolina Media Society (Big Pharma)/ 2004-2010 / 7 Records / $25,000 total contributed

Bank of America (Big Bank)/ 2004-2010 / 9 Records / $22,000 total



## I WANT YOU
## TO SERVE THE NWO

contributed

Blue Cross Blue Shield of North Carolina (Big Insurance)/ 2004-2010 / 13 Records / $17,650 total contributed

North Carolina Hospital Association (Big Pharma)/ 2004-2010 / 7 Records / $11,000

GLAXOSMITHKLINE (Big Pharma)/ 2006-2010 / 6 Records / $9,500

AT&T (Big Telecom)/ 2004-2010 / 4 Records / $12,500

Wachovia Bank (Big Bank)/ 2004-2008 / 6 Records / $9,500

Branch Banking & Trust Corp (Big Bank)/ 2006-2010 / 4 Records / $12,500

Bellsouth (Big Telecom)/ 2004-2006/ 3 Records / $9,000

North Carolina Chiropractic Association (Big Pharma)/ 2004-2010 / 6 Records / $9,000

North Carolina association of insurance & financial advisors (Big Pharma)/ 2004-2010 / 7 Records / $7,500

Southeast Anesthesiology Consultants (Big Pharma)/ 2006-2010 / 5 Records / $8,000

That is all I am gonna excerpt from the data listed on FollowTheMoney.

There is even more I found down the dirty rabbit hole of which was Phil Berger's history of money given to his campaign in exchange of his services and ears of a NC State Senator.

-Article Continues below Sponsor Advertisement-



-Please support USWGO Alt News by clicking on this ad-

In fact here is my Independent Analysis Investigation.

GlaxoSmithKline PAC (Big Pharma again) donated $4,000 to The Philip E. Berger Committee around May 8th 2012. In fact around May 5th 2012, Wells Fargo & Company NC (Apart of the Six mega international banks that claim they rule over slave America) gave a $3,000 check campaign contribution to Berger's campaign. Also around that same day, Multi-Billionaire Koch Brothers (Via the Koch PAC) has given a $4,000 campaign contribution which is normally a federal PAC but has decided to give money to the state senator this year close to the time that he received the Nullify-NDAA Petition. If you don't know what a PAC is it stands for a Political Action Committee.

Then I discovered the very same Pharmaceutical GlaxoSmithKline PAC, again contributed an extra $4,000 around April 30th, 2012 to his campaign. In fact Cigna PAC apart of the Big Health Insurance contributed $1,000 around April 30th as well.

Pfizer one of the most frequent campaign contributors of Phil Berger's campaign may be connected to the Rockefellers according to a research report done by educate-yourself.org. In fact Vactruth.com hints around that the Rockefeller family owns all drug companies. Pfizer is considered the world's largest research-based pharmaceutical company. The fact they are pretty big draws some questions on whether they are associated directly or indirectly with the Rockefeller family, one of the captains of the New World Order ship at the Bilderberg Group.

According to the Pfizer's own PAC reports publicized on their website, in the 2011th PAC report Sen. Berger has received a campaign contribution of $2,500.00, in the 2010th PAC report Sen. Berger has received a campaign contribution of $800.00 in the 2007-2008th PAC report Sen. Berger has received a campaign contribution of $500.00, in the 2005-2006th PAC report Sen. Berger has received a campaign contribution of $1,000.00, and in the 2003-2004th PAC report Sen. Berger has received a campaign contribution of $500. It all comes from Pfizer's PAC and the total of the amount that was added in this entire paragraph is $5,300 and there may be more that I just haven't discovered in the treasure trove of information that the Internet has to offer.

One of the most interesting campaign contributions comes from the Merck Employees PAC which is the amount of $1,000 on April

4th 2012. You can find that in the May 4th PAC Document around Page 94. What's funny is that Merck is one of the vaccine manufacturers of Big Pharma that is said to have cancer and AIDs viruses in their vaccines.

So who does NC Senator and President Pro Tempore Phil Berger serve? The Bankster Gangsters, The Pharmaceutical corporate money masters, and the large Telecom corporations that may have connections to the Bilderberg Group.

**Share and Enjoy:**



 Buzz this!

Tags: bank of america, Big Bank, Big Pharma, Big Telecom, campaign, contributions, Koch Brothers, NC Senator, Pfizer, Pharmaceutical, Phil Berger, Philip Edward Berger, Wells Fargo

Please support USWGO Alternative News and help keep their site Alive by sending us a donation or recommending a private grant

**Donate**

to us: 

# Comments

**3 Comments on "NC Sen. Phil Berger's most campaign contributors are big banks, big pharma, big telecom!"**

- **NC Sen. Phil Berger's most campaign contributors are big banks, big pharma, big telecom! : Federal Jack on Sat, 30th Jun 2012 12:04 am (Edit)**

  [...] Source: USWGO Alternative News [...]

- **WeAreChangeTV.US – NC Sen. Phil Berger's most campaign contributors are big banks, big pharma, big telecom! on Sat, 30th Jun 2012 4:43 am (Edit)**

  [...] Source: USWGO Alternative News [...]

- **Cop threatened and intimidated me for asking NC Senator Phil Berger a question - City-Data Forum on Wed, 11th Jul 2012 2:58 am (Edit)**

  [...] Reporter forced back by Mayodan Police for asking Senator Phil Berger a question – YouTube

Monday. October 21. 2013

(347) 989-0106 7:00PM FRI-SUN - CALL IN TO USWGO

# U.S.W.G.O.

The new Drudge? Like this

Keeping People

United we Stand V

home    about    action center    blog    youtube area    links    forum    other

be our allies!    precrime    donate!    governing body    community guidelines    mp watch    c

videoshow    state secession watch!    paranormal files    politicians view    the info library    oth

# NC Senator Phil Berger to get some of the Agenda 21 powers in the state

June 24, 2012 by Brian D. Hill (Edit)

Leave a comment

Filed under Brian D. Hill's Articles, Politics

Author: Brian D. Hill

More proof that NC state Senator Phil Berger is a definite traitor. Just read the laws itself and the actions of a senator and what power is delegated to him with more and more of our individual rights and liberties being taken away one by one.

According to the NC Agenda 21 bill also known as the 'Continue Local Food Advisory Council.' or S491 for short, it will create a bureaucratic council that will implement Agenda 21 style practices under the guise of sustainable food and living. The council is officially called the 'North Carolina Sustainable local food advisory council.' So expect our food prices to start going up as the way to have a sustainable eating environments is by limiting what food people are allowed to eat each day and what amount of crops people are allowed to grow each season. If this council does control our eating habits for sustainability, expect buffet businesses to go bankrupt and disappear, expect restaurants to put quotas on all orders or go out of business as well since they rely on expensive orders to survive, and expect food to start being more limited across America as well and malnutrition to take over this country like a plague in third world Africa.

The Patriot Coalition has went to the NC General Assembly last month to give a presentation to which even Oath Keepers Stewart Rhodes has attended, I had Dr. Michael Coffman (Ecosystem Classification research and Ph.D.) agreed to testify before the states senate environmental and agriculture committee but the recommendation was ignored, Sen. Phil Berger ignores us and even tried to keep his verdict on my petition a secret by keeping the communications private but I blasted his his senate off by telling his staffer Sara that I will tell the people whats really going on and broke the secrecy, and even went to the town council to wake them up on the Agenda 21 issue. Despite all that not only was all the hard work and effort a total failure but now Sen. Berger will be given some of the powers that was approved in the bill in the Senate and headed to the Governor Bev Perdue to sign.

Case 1:13-cr-00435-TDS   Document 61   Filed 01/26/15   Page 12 of 24

These are the powers that the corrupt NC Senator will receive as he IS the current President Pro Tempore and it is admitted at NCLeg.net that Philip Edward Berger is the President Pro Tempore of the NC Senate. Isn't that nice he betrays liberty and his peoples personal living rights then gets delegated certain powers as well. In order words he gets to appoint his people in there.

From the bill itself before signed by the governor as follows:

> (7)     One representative of the commercial fishing industry, to be appointed by the President Pro Tempore of the Senate.
> (10)     One representative of the Sea Grant College Program at The University of North Carolina, to be appointed by the President Pro Tempore of the Senate.
> (14)     One representative of the Appalachian Sustainable Agriculture Project, to be appointed by the President Pro Tempore of the Senate.
> (16)     One representative of the North Carolina Association of County Commissioners, to be appointed by the President Pro Tempore of the Senate.
> (17)     One representative of the Department of Public Instruction, Child Nutrition Services Section, to be appointed by the President Pro Tempore of the Senate.
> (19)     One representative of the Center for Health Promotion and Disease Prevention at the University of North Carolina at Chapel Hill, to be appointed by the President Pro Tempore of the Senate.

So more power to him I guess, he can put his people in there, these councils will decide whats best for us now so we better just do what they say, no judge no jury, we just have to do what these government agencies and councils tell us with no Congressional nor legislature oversight. When everything is being run by limitless and powerful government agencies, committees, and councils, we won't be prosecuted for disobeying the law but by disobeying the mandates of these councils, committees, and agencies and decided by them and not by law.

**Share and Enjoy:**

Monday, October 21, 2013

(347) 989-0106 7:00PM FRI-SUN - CALL IN TO USWGO

# U.S.W.G.O.

The new Drudge? Like this

**Keeping People**
United we Stand W

home    about    action center    blog    youtube area    links    forum    other

be our allies!    precrime    donate!    governing body    community guidelines    mp watch    e

videoshow    state secession watch!    paranormal files    politicians view    the info library    oth

## NC Senator Phil Berger refuses to take action on Nullify-NDAA, betrays his Constituents!

June 18, 2012 by Brian D. Hill  (Edit)

Filed under Brian D. Hill's Articles, End of America, Politics

Leave a comment



*My My!!! You've become a traitor haven't you!!! - Photo of Brian D. Hill with North Carolina General Assembly Senator Philip E. Berger, photo taken by USWGO Assistant. Date taken around March 13, 2012 after the town council meeting session closed.*

Author: Brian D. Hill

**Note: We Are Change NC and USWGO is going confront Sen. Berger on July 9th 2012 and have his remarks on video as to why he betrayed his 216+ constituents. 221 signatures are on the petition but 3-5 were found to not be constituents but are still Americans against the NDAA.**

A disturbing phone call came from Sara Riggins a Constituent Liaison of the President Pro Tempore's office, NC Senator Phil E. Berger. The phone call details that the senator will take absolutely no action on the Nullify-NDAA petition.

To make matters worse Sara even redirected me to my U.S. Congressmen when the majority of the U.S. Congress including the Senate openly supported the Indefinite Detention provisions of the NDAA 2012 and 2013 even when a Federal Court in New York has found the provisions to be Unconstitutional.

I still remember and am putting together the pieces of what all was said to me that just shattered any hope in my state government

to take action similar to the Virginian Commonwealth.

Sara Riggins said to me "until there is a companion bill in the senate doing anything is premature," that I should contact my Congressmen and Senators on this issue (WHAT!!!!! They were the ones that betrayed the American people by voting in the NDAA), and even said how good having a federal government is even though it also causes problems, and pretty much threw our Bill of Rights and NC Constitution under the Bus. She even acknowledged to me that there were calls and emails heading for his office over my petition supporting it but despite all that it was in vein. I'm the only that knows this information as his office played dirty by refusing to put out on public record about the senators decision except by notifying me over the phone to which cannot legally by recorded without consent by the other party. This sets up a red flag that he is betraying us and still trying to look good like he cares about the state when in reality he is only in it for the money, power, or both. I asked Sara to put all this in writing and she refused to send me a email about this. This sets off a red flag right there.

All I was asking for was for Senator Phil Berger to support Rep. Glen Bradley's bill H.R. 982 in the states General Assembly and he refused to even acknowledge public support for it which shows what a total scumbag he is.



*Let's all head to his office and the Mayodan Town Council meeting on July 9th 2012 and call him what he really is, a sellout and traitor!!!!! It's our 1st Amendment right to call him a real traitor!!!*

I even spoke with Rep. Bradley's staff and one of them told me that they know how the General Assembly works and that most of them are either in it for the money or for the seat there. She says that his bill will never reach the house floor because he is considered too controversial because he cares about the peoples individual liberty, freedom, and the Constitution. She also stated that the representatives won't be able to control their people if they let them have liberty and their Constitutional rights. Her daughter or grand-daughter that was in High School wasn't even taught at her school about the U.S. Constitution or even the State Constitution at all. You would think a public school funded by the Government would teach people about the U.S. Constitution. The staffer at Rep. Bradley's office is planning to move out west after his session has expired.

Also another note I like to add was how she confidently said to me how with things the way they are going America is heading for Nazi Germany and that Rep. Glen Bradley will keep on fighting for Liberty until his dying breath.

My petition has officially been dubbed worthless and Sara Riggins also mentioned about how my petition is still on state records. So now instead of the petition being used to stop the NDAA it will highly likely be used as a target list to go after all whom signed my petition and have them tortured and killed, once my petition is sent to the Department of Homeland Security. I got blisters getting petition signatures myself and so many people counted on me to do my job but I don't control the senate nor the House of Representatives in my state.

We Are Change NC and USWGO will confront Senator Phil Berger on July 9th on his betrayal and get the whole thing on video and will use hidden spy cameras in the event where the police or the senator demands I stop filming him while I ask him a question to which his constituents want to know.

How it's time for the people to decide on whether Sen. Berger shall pay the price for his betrayal and that is voting for his opponent Bobby Coffer in the 26th NC Senate District.

Anyone whom lives in Rockingham County needs to immediately vote for Senator Phil Berger's opponent, Bobby Coffer, and show

him what happens to him for betraying his people. I will immediately call my neighbor which will be kept anonymous and tell her about the betrayal and all my other neighbors. This is the end of Senator Phil Berger as he won't be able to serve the next term.

**Share and Enjoy:**



 Buzz this!

Tags: betrayal, betrays, constituents, NC, Nullify NDAA, petition, Phil Berger, Senator

Please support USWGO Alternative News and help keep their site Alive by sending us a donation or recommending a private grant

*Donate*

to us: ▬▬ ▬▬ *VISA* ▬▬ ▬▬ ▬▬

# Comments

**6 Comments on "NC Senator Phil Berger refuses to take action on Nullify-NDAA, betrays his Constituents!"**

- **Call it as I see it on Tue, 19th Jun 2012 10:07 am (Edit)**

     His last name is BERGER. 'Nuff said.

- **NC Senator Phil Berger Refuses to Take Action on Nullify-NDAA, Betrays His Constituents! : on Tue, 19th Jun 2012 9:52 pm (Edit)**

  [...] Assembly Senator Philip E. Berger.By Brian D. Hill theintelhub.com June 19, 2012Contributed by USWGONote: We Are Change NC and USWGO are going to confront Sen. Berger on July 9th 2012 and have his [...]

- **David on Fri, 6th Jul 2012 4:35 pm (Edit)**

     I sure hope many of you show up. I will be back on the road Monday. I truck drive for a living and weekdays are extremely difficult for me to get back and attend. Some Tuesday nights and Thursdays work depending on if everything goes right. Put

# U.S.W.G.O.

The new Drudge? Like this

**Keeping People**

United we Stand W

home    about    action center    blog    youtube area    links    forum    other

be our allies!    precrime    donate!    governing body    community guidelines    mp watch    c

videoshow    state secession watch!    paranormal files    politicians view    the info library    oth

## Reporter intimidated and booted from town council when asking a question

July 10, 2012 by Brian D. Hill  (Edit)                          Leave a comment

Filed under Brian D. Hill's Articles, Building the Police State,
USWGO

Author: Brian D. Hill

**Note: This is all alleged since only I am coming forth about what happened to me. Of course the RockinghamUpdate reporter was around the area as well but I don't trust RockinghamUpdate as they refused to cover any significant local stories about Mayodan citizens resisting the NDAA 2012 law. I am up for interviews and I promise that everything I say is the truth as it is my duty and responsibility to expose anything that doesn't seem right. I must tell people what happened while it is fresh in my mind although this has been posted days later after the draft has been made as I fear the police are watching my website and are looking for a way to come after me so I am laying low and publish this at least 3 days after the incident. Remember my witness report is just an alleged report since only I have decided to write on this.**

http://uswgo.com/reporter-intimidated-and-booted-from-town-council-when-asking-a-question.htm[10/21/2013 9:03:41 PM]

At around July 9th, 2012 during the Mayodan Town Council meeting, things go from bad to worse at the town council meeting, and all I did as a reporter was ask NC State Senator Phil Berger a question before the chief of police forced me out which is in the video I got recorded. Somehow I recorded audio when the cop forced me out the whole time and even left a remark to have fun with the New World Order multiple times before getting my stuff. There was no audio of the cop intimidating me though but at least I got a recording of part of the whole ordeal.

First while the people were around and leaving the cop told me that when the session closes I am suppose to leave out of there so they can have their private meeting before the meeting is entirely closed. I didn't know all that so I should not have been treated like a criminal. Then of course the cop went further in making sure I never go up to state senator Phil Berger to ask him a question. Then minutes later when I was going to explain to the officer that I have type 1 brittle diabetes, he interrupted me then started telling me that the way I was going up to the state senator with a camera (Like I was in the wrong for that), told me how like those city council meeting videos on TV where someone comes sup quickly to shoot a political official, and acted as though I was coming up to him fast to do something terrible to him or even do something that threatens his life. He said that he knows that I didn't show that I was intending to do that but then he started saying to me that if I go up to the state senator like that again he will push me back or something like that. Basically he was gonna force me back as if I am gonna hurt him or go into a bar without an ID. That was the way he was acting and being close to me, close to my space. Then I told him I promise I won't do that again then he badgered me a little bit more then I said I am sorry and said scouts honor then he backed off. Then when my mom came in to the town hall office

area to check up on me, whenever she left she saw the chief of police watching us and that gave her a bad feeling.

Mayodan Chief of Police and the entire town council is no doubt apart of the New World Order. They know who I am and they know what I stand for so I will have to lay low after the two postings I will make. Please stand for us or we will all hang separately. Even if they aren't 100% in on the New World Order money masters they are apart of this partially by some subsidiary group or pack of corporations that work with the Bilderberg Group. The town of Mayodan is not immune to the garbage and BS of the New World Order and that is a fact as a news reporter I have been in 2-3 years.

**Share and Enjoy:**



 Buzz this!

Tags: asking, booted, chief of police, intimidated, Police, question, reporter, town council

Please support USWGO Alternative News and help keep their site Alive by sending us a donation or recommending a private grant

**_Donate_**

to us:

# Comments

7 Comments on "Reporter intimidated and booted from town council when asking a question"

- **Reporter intimidated and booted from town council when asking a question : Federal Jack on Tue, 10th Jul 2012 4:55 am (Edit)**

  [...] Source: USWGO Alternative News [...]

- **grandmastershek on Tue, 10th Jul 2012 11:01 am (Edit)**

  OMG!!! The asked you to leave! The horror! I always love how you guys have cameras but never show happening what you claim happened.

  Shit doesn't go your way so you guys cry like the butt hurt conspiracy loons you are. Life sucks…get over it.

- **Police Chief Boots Reporter For Asking Senator About NDAA on Wed, 11th Jul 2012 10:47**

Monday, October 21, 2013

(347) 989-0106 7:00PM FRI-SUN - CALL IN TO USWGO

The new Drudge? Like this

# U.S.W.G.O.

Keeping People

United we Stand V

home    about    action center    blog    youtube area    links    forum    other

be our allies!    precrime    donate!    governing body    community guidelines    mp watch    c

videoshow    state secession watch!    paranormal files    politicians view    the info library    oth

## USWGO Legal Opinion regarding Sen. Berger's following of Oath of Office

August 22, 2012 by Brian D. Hill  (Edit)

Filed under Brian D. Hill's Articles, The Info Library, USWGO

Leave a comment

Author: Brian D. Hill

Note: This document is in PDF Format (almost 1MB), as usual personal phone numbers of the USWGO Founder are redacted in the public version for privacy reasons. This document is a legal Opinion by Brian D. Hill submitted to the Court of Public Opinion (USWGO website). This document had been edited/modified with help of friends including William Kennedy of the North Carolina Tenth Amendment Center, thanks to him this document is ready to be released on USWGO and we will await NC Senator Phil Berger for his public response if he will even give a public response. If it gets reviewed by a lawyer or law professor then we will add their name and review on the 1st page or any other page is appropriate to certify it's legal credibility.

USWGO has uploaded and released a Legal Opinion document in the court of public opinion regarding the conduct of North Carolina Senator and President Pro Tempore Phil Berger. This legal opinion has been reviewed by William Kennedy of the NC Tenth Amendment Center which is the state chapter of the Tenth Amendment Center which fights unconstitutional federal laws using the tenth Amendment under the U.S. Constitution including Obamacare and the NDAA 2012 and 2013 federal laws. Sen. Berger's conduct that is being reviewed by this public legal opinion is regarding the Nullify-NDAA Petition and the betrayal of his Constituents that signed their name and address or phone under in the petition and having excuses of simply contacting a federal Congressperson when it was the Congress that supported the NDAA 2012 law and 2013 law even with the provision that makes it lawful, even though

http://uswgo.com/uswgo-legal-opinion-regarding-sen-bergers-following-of-oath-of-office.htm[10/21/2013 9:02:48 PM]



Unconstitutional and void according to case law, to detain an American citizen indefinitely in a U.S. military torture facility prison in Guantanamo Bay Cuba without charge and without the right to a trial when accused of terrorism or even supporting terrorism which can include posting Facebook comments.

Furthermore the state of North Carolina has an Oath of Office statute to which all members of the General Assembly whether appointed or elected must adhere to. That statute says that Sen. Berger has to support, maintain, and defend the state Constitution and also support the U.S. Constitution as well. The document shows written evidence, documentation, emails, and even briefly mentions about being warned at the Mayodan Town Council public comment period that the NDAA is unlawful, even cited case law Marbury v. Madison (1803) Supreme Court ruling, and Sen. Berger was told that the NDAA should not be enforced in the state of North Carolina since it is null and void and purely Unconstitutional. Sen. Berger was also notified about the fact that in order to satisfy the request of the petition that he publicly support House Resolution 982 when the bill reaches the senate, but instead was given excuses, the staffer threw out every argument until I the caller got angry and started cussing and hung up the phone prematurely, and then decided to go to the town council as press to put pressure on the Senator to fulfill the requirements of the Nullify-NDAA Petition but instead was forcefully thrown out, threatened, and intimidated by the Mayodan chief of Police Mr. Charles.

The fact he was notified multiple times that the NDAA was Unconstitutional and he time and time again refused to take action and even notified the Mayodan Town Manager Michael Brandt in regards to a Town Resolution provided by the legal team of the Intolerable Acts group that even the town of Mayodan cannot Nullify a Unconstitutional federal law which means the chief of police in Mayodan will support kidnapping and detainment under the NDAA even though those actions will violate the police Oath of Office.

The facts of the matter was that since Sen. Berger is refusing to defend the state Constitution from desecration or even cite the tenth amendment under the U.S Constitution to protect the state from Unconstitutional laws, makes Sen. Berger accused of misbehavior in Office for not exercising his duties and responsibilities of protecting his state from a corrupt Congress that passes Unconstitutional laws with protection from the corporate whore media. Misbehavior in office can be charged to someone that doesn't fulfill their Oath of Office or doesn't execute their duties in office and the penalty is that the politician or even police officer can be thrown out of office by court order.

Since I cannot afford to fight Sen. Berger in court, this court of public opinion document will be just as good, just as powerful to show the blatant disregard for the state Constitution of North Carolina and even the U.S. Constitution. Since Sen. Berger is campaign contributed by Big Banks whom claim they have conquered this country through fraud and directive, it puts Sen. Berger's morality as state senator into question. Should Phil Berger be a state senator of North Carolina? We will be awaiting his public reply to our

public evidence and accusations?

Again we let the public know that this isn't an official court opinion, I am not a lawyer, I am not a judge, I am not in any political office, I am observing Berger as a unofficial page learning law on my own accord and reading legal opinions and using the legal knowledge I learned for myself and what I learned from the lawsuit against last year. I know more about law today then I did years ago but I am still not a certified legal professional so use my legal opinion at your own risk.

**Share and Enjoy:**



 Buzz this!

Tags: Constitution, legal opinion, NC, North Carolina, Nullify NDAA, Oath of Office, petition, Phil Berger, Senator, USWGO

Please support USWGO Alternative News and help keep their site Alive by sending us a donation or recommending a private grant

### *Donate*

to us:

# Comments

**One Comment on "USWGO Legal Opinion regarding Sen. Berger's following of Oath of Office"**

- » USWGO Legal Opinion regarding Sen. Berger's following of Oath of ... on Thu, 23rd Aug 2012 9:51 pm (Edit)

  [...] USWGO Legal Opinion regarding Sen. Berger's following of Oath of ... Go to this article [...]

**Tell us what you're thinking...**
**and oh, if you want a pic to show with your comment, go get a gravatar!**

Logged in as Brian D. Hill. Logout »

Speak your mind