

Brian David Hill / USWGO
216 Chalmers St., Apt D
Martinsville, VA 24112

U.S. POSTAGE PAID
MARTINSVILLE, VA
24112
JAN 24, 15
AMOUNT
$9.05
00015438-08

27401

7013 3020 0002 2463 1415
CERTIFIED MAIL

RECEIVED
In this Office
JAN 26 2015
12:45pm jg
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC

INSPECT!

L. Richardson Preyer Federal Building

U.S. District Court
ATTN: Clerk of the Court
Note: MOTION to file
324 W. Market St., Suite 1
Greensboro, NC 27401

Sealed Jan 24, 2015, Mailed Jan 24, 2015

Evidence Brief

PRIORITY MAIL
TRACKED
INSURED
UNITED STATES POSTAL SERVICE
For Domestic Use Only

Case 1:13-cr-00435-TDS   Document 61-1   Filed 01/26/15   Page 1 of 1