# In the United States District Court

## For the Middle District of North Carolina

### Greensboro Division

FILED

JAN 2 2015

IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By_____

Criminal Action No. 1:13-cr-435-1

Defendant, Brian David Hill

v.

Plaintiff,
United States of America

# NOTICE OF APPEAL

The defendant hereby appeals the Order (Doc. #57) entered the 16th day of January, 2015.

The defendant would like to attach a EVIDENTIAL STATEMENT to this NOTICE OF APPEAL. That and the SECONDARY EVIDENTIAL STATEMENT.


_Brian D. Hill_
Signed

Brian D. Hill ( pro se )
916 Chalmers St. – Apt. D
Martinsville, VA   24112
Phone: (276)632-2599

## CERTIFICATE OF SERVICE

I hereby certify that service was made by mailing

a true and correct copy of the foregoing

NOTICE OF APPEAL

by deposit in the United States Mail, Postage prepaid,


on ___the 16th day of January___, 2015 addressed to:

Mr. Anand P. Ramaswamy
Assistant United States Attorney
101 South Edgeworth Street
Greenboro, NC 27401




___Brian D. Hill___
*signed*
Brian D. Hill ( pro se )
916 Chalmers St. – Apt. D
Martinsville, VA   24112
Phone: (276)632-2599

# In the United States District Court

## For the Middle District of North Carolina

### Greensboro Division

Criminal Action No. 1:13-cr-435-1

Defendant, Brian David Hill

v.

Plaintiff,
United States of America

# EVIDENTIAL STATEMENT

The defendant further argues ineffective counsel as to why the guilty plea was entered in the court on June 10, 2014. (See Doc #19 and 20, filed 06/10/2014 )

First of all before the guilty plea agreement was even entered, the defendant filed two pro se Motions to Suppress Confession and Suppress Evidence. (See Doc #15 and 16, filed 04/21/2014). However they were denied by Judge N. C. Tilley Jr. in a oral order on the 4th of June 2014. However had I had effective counsel the motions for suppression would NOT have been denied. That is what this evidential statement is arguing in retrospect. This statement by the defendant will explain why having effective counsel would have changed the outcome of the suppression hearings which would have caused me to never plead guilty to a plea agreement. Public Defender Eric David Placke didn't do anything that would essentially cause any problems for the U.S. Attorney. In a way this could very well construe that the public defender acted as a prosecuting attorney, which the goal of the prosecuting attorney was to prove a defendant guilty or get the defendant to plead guilty.

The defendant was only warned less than a day in advance to the suppression hearing on June 4, 2014. The defendant had no knowledge that his suppression motions were even on docket until June 3, 2014 when Placke had informed him that he would have suppression hearings.

1

Placke admitted to the defendant on June 3rd that he would not support the suppression hearings even though he had a significant amount of evidence that would back at least the Suppression of the Confession. The defendant was at the suppression hearing, not prepared with mixed up documents, with handcuffs on making it difficult to even get access to any papers at all to use as evidence, and the Defendants blood sugar was high due to Orange County Jail not giving the defendant his insulin shot before the U.S. Marshals picked him up since Orange County Detention Center(County Jail) does not have a night nurse and the nurse would show up after the Defendant was picked up by the U.S. Marshals to go to the Status Conference on June 4, 2014. This wasn't the first time the defendants blood sugar was high due to Orange County. Orange County also did not give defendant his insulin which the Marshals caught then took him to the Emergency room which was why the defendant did not go to sentencing around November 7, 2014. The medical records at Moses H. Cone proves that he was taken to that hospital's emergency room on the day of sentencing so it was moved to November 10, 2014.

High blood sugars can affect the critical thinking of a defendant in a criminal case and thus can affect the competency of the defendant at the hearings. So with a combination of high blood sugar, lack of preparation, counsel was ineffective and refused to help in the suppression hearing all contributed to the defendant being denied his suppression motions which were all outside of his control. Had the suppression hearings had any success, would have altered the outcome of the entire criminal case from the ground up since it would weaken the government's case. The defendant had little to no legal resources while in jail. It would take days for the defendant's family to send evidence to him for the suppression of the confession and evidence considering the Jail has the authority to block his families letters from him at their own discretion. So by being in jail with ineffective counsel with a very restricted jail facility, the defendant had no means to provide a basis at the time for the suppression hearings which violates his due process rights under the Constitution. When locked up in a facility that can block any evidence from getting to

2

the defendant while incarcerated, he has essentially no means to be able to provide a basis for
which the court requires to suppress the evidence and suppress the confession before Jury Trial.
(See Doc #40, filed 09/23/2014)

The evidence the defendant would have brought to the Judge's attention on June 4, is as follows.

## DEFENDANT WAS THREATENED TO CONFESS

Defendant stated under Document 28 (Filed 09/03/14) on record before filing the first NOTICE
OF APPEAL that he was threatened by the Mayodan Police Chief to confess and led the
*Defendant to believe that the consequences of not telling the detectives what they wanted to*
hear would cause his mother to be held responsible then possibly locked up in in jail in
his place. It has been known in the Righthaven LLC lawsuit against him(Case 1:11-cv-00211-
JLK Document 43 Filed 09/09/11 USDC Colorado Page 2 of 9) that "requires around-the-clock
attention, which is provided by his mother." So it has been known in Federal Court that he
requires around the clock medical attention which is provided by his mother Roberta Hill.
Had his mother been taken away in handcuffs by the police because the defendant didn't tell the
police Detectives what they wanted to hear, it would have devastated the defendant and his
mental health. If the defendant was in fear of all that, the defendant would make untruthful or
false statements to sound like he is making a legitimate confession but in reality it is not. Thus
makes the defendant's statements on August 29, 2012 unreliable and false which would be
evidential grounds for the suppression of the confession.

## CORCED CONFESSIONS CAN TRIGGER FALSE OR UNRELIABLE CONFESSIONS

*When a defendant is threatened and/or coerced to confess, especially when proven to*
have a mental disability(Mild Autism) and other mental health issues such as Obsessive
Compulsive Disorder, General Anxiety Disorder, and other issues. Even though the
defendant was not in police custody at the time of interrogation, the police had the
*defendant believing that the police already had evidence to convict him making*

3

statements such as what they claimed they found on his computer, which meant that even if the defendant had the sole belief that he was innocent of the crime he was accused of and didn't commit it, he may also be pressured into making a false confession. It is known that defendants will falsely confess when confronted by statements from an interrogator claiming they found evidence of guilt when that may not even be the case at all or the statements of having the evidence of guilt was falsified in order to produce a false admission of guilt. One such statement was that the defendant claimed in the confession that he put child pornography on his netbook, then forensics never found any on his netbook which the defendant learned from his family when they asked his attorney John Scott Coalter questions. It can be proven in the suppression hearing that he has Mild Autism, and that his Autism can induce false confessions and unreliable statements which can be construed as a legitimate confession when in reality it is not legitimate thus can be subject to suppression. Confessions have to be reliable and voluntarily. If either of those rules is broken then a confession can be suppressed. Placke had the opportunity when talking with the defendant's family to get a Autism expert psychiatrist or psychologist involved but he never did. So statements that the defendant made in August are unreliable due to his Autism, he would not understand Miranda Warnings, were made a day after the police raid while the defendant and his family were in total shock and fear, and then threatened nonetheless to confess. Had effective counsel appointed a mental health expert testimony and provided affidavits from his family that he was threatened to confess, it would be quite easy to provide enough of a basis to suppress the confession. Had the confession been suppressed and had the defendant had effective counsel, a plea agreement would not have been entered in the first place since the defendant would have effective counsel. The defendant would have had a fighting chance. The defendant should

4

be able to appeal his conviction and take it back to trial. The defendant should be allowed to take this back to a trial. Ineffective assistance of counsel is a very logical circumstance in order to grant the Motion for extension of time to file a notice of appeal. The Judge should have granted that extension of time instead of denying it.

_Brian D. Hill_

Brian D. Hill ( pro se )
916 Chalmers St. – Apt. D
Martinsville, VA   24112
Phone: (276)632-2599

Placke Letter and Plea deal attached

5

# FEDERAL PUBLIC DEFENDER
## MIDDLE DISTRICT OF NORTH CAROLINA

LOUIS C. ALLEN
Federal Public Defender

JOHN A. DUBERSTEIN
JOHN A. DUSENBURY, JR.
TIFFANY T. JEFFERSON
ERIC D. PLACKE
Assistant Federal Public Defenders

301 North Elm Street, Suite 410
Greensboro, NC 27401
Tel. (336) 333-5455
Fax: (336) 333-5463

Branch Office

GREGORY DAVIS
Senior Litigator

ELIZABETH A. FLAGG
Research & Writing Attorney
MIREILLE CLOUGH
Assistant Federal Public Defender
251 N. Main Street
Suite 849, Federal Building
Winston-Salem, NC 27101
Tel. (336) 631-5278
Fax: (336) 631-5280

June 4, 2014

Mr. Brian D. Hill
Orange County Jail
125 Court Street
Hillsborough, NC 27278

Re:     <u>United States of America v. Brian David Hill</u>, 1:13CR435-1

Dear Mr. Hill

I am sorry you left for Orange County before I was able to meet with you after court. I realize that this morning's status conference was very upsetting and disappointing for you, and I look forward to the opportunity to discuss it with you in private. Because I will be out of town the next four days, and because the Court set such an early trial date, I have filed a motion to continue. Your copy of the motion and proposed order are enclosed.

As I mentioned in a footnote in the enclosed motion, late this afternoon the Government emailed the summary of a new, and <u>very favorable proposal</u> for a <u>plea agreement</u>. I am enclosing a copy of that email.

Finally, I have emailed your mother and grandparents to advise them of today's developments. I am enclosing a copy of that email as well.

I will meet with you as soon as I am able to do so after I return.

Sincerely,

Eric D. Placke
First Assistant Federal Public Defender

 Hill
Ramaswamy, Anand (USANCM)
to:
Eric Placke (Eric_Placke@fd.org)
06/04/2014 04:40 PM
Hide Details
From: "Ramaswamy, Anand (USANCM)" <Anand.Ramaswamy@usdoj.gov>
To: "Eric Placke (Eric_Placke@fd.org)" <Eric_Placke@fd.org>
History: This message has been replied to.

Plea terms:

1. 3-point acceptance
2. Sex offender registration
3. Government concedes there exist grounds for downward departure under USSG 5H1.3 and 5H1.4
4. Government does not oppose a sentence of time served for the active portion, followed by a period of home detention with electronic monitoring, the period and other conditions being in the court's discretion

I believe that for this conviction, he could apply to come off the registry after 10 years

Let me know if you seek additional terms or modifications of those above, and we will get a PA to you ASAP

# In the United States District Court

## For the Middle District of North Carolina

### Greensboro Division

Criminal Action No. 1:13-cr-435-1

Defendant, Brian David Hill

v.

Plaintiff,
United States of America

# SECONDARY EVIDENTIAL STATEMENT

The defendant further adds to the EVIDENTIAL STATEMENT on ineffective counsel as to why the guilty plea was entered in the court on June 10, 2014. (See Doc #19 and 20, filed 06/10/2014 ).

The public defender Eric David Placke had known that the defendant had mental health issues before the plea agreement was entered and even before the suppression hearing on June 4, 2014. On Document # 12 and 13, Placke had the knowledge that the defendant has Mild Autism(Autism Spectrum Disorder ASD) and Obsessive Compulsive Disorder(OCD). The defendant had written various letters to Placke or at least attempted to while in Forsyth County Detention Center prior to the mental evaluation at the Federal Correctional Institution1(FCI-1) at Butner, NC. When the defendant went over the confession audio with Placke, he tried to explain to his former attorney that he was threatened to confess, and that his mother would have been taken away had he not told the detectives what they wanted to hear. His family sent the attorney stuff as well to help in the defendant's case. Despite the knowledge that Placke had of the defendant's ASD, OCD, and Type 1 brittle diabetes. Despite the knowledge that the defendant was threatened the day before the false confession was made, Placke told the Judge N. C. Tilley Jr. a false or inaccurate statement on June 4th such as "if he had enough

1

evidence, I would have supported his suppression motion," at least to my knowledge of the event

last year, as I don't have the transcripts of that day in open court. I believe Placke's statement

could be considered a false statement and against the best wishes of the defendant as the

defendant wanted to bring the truth to the Judge that he had Mild Autism, that it affected him to

the point where he can be coerced and manipulated to induce a false confession. Even Dr. Graney

even acknowledged how inmates were able to easily manipulate the defendant(See Doc. #17,

filed 05/08/2014) into believing things and doing things. So can a defendant be manipulated into

falsely confessing and repeating certain words? Yes it can happen under mild autism. Did Placke

get a mental health expert to help prove that? No Placke only wanted to use the defendant's

mental health in getting a guilty plea deal. His mental disability was only used to assert his

guilt but not in asserting his innocence due to counsel being ineffective.

The fact of the matter is Placke told the Judge that if the defendant had the evidence he would

have supported his suppression motion yet that was not told to the defendant himself, he was told

that Placke did not support his suppression motion. The defendant clearly had the proof and

this proof did reach Placke's eyes which was why the defendant's family wanted the defendant

to have a mental evaluation at FCI-1 Butner so that the court would understand his autism but

that backfired in a way as well. Placke had the evidence of coercion yet refused to present it

and also didn't inform the defendant earlier then June 3 giving the defendant no time at all

to prepare for the suppression hearing. The defendant was basically set up for DENIAL of

his suppression motions by Judge N. C. Tilley Jr. and that is a due process violation in the way

the hearing was framed by Placke to not give the defendant any time to prepare evidence himself

since the counsel refused to conduct a evidential hearing to try his confession. Placke refused to

submit any evidence and the defendant was not given the time to gather enough evidence yet

Placke knew the defendant was threatened and coerced to confess the day before the confession

even though he has Mild Autism which Placke knew since the mental evaluation was started last

2

year. Placke's conduct is not only questionable but never should have been allowed in the first place. Defendant attempted to file a complaint with the NC State Bar against Placke for his conduct but was rejected due to the court not recognizing Placke as being ineffective counsel at the time. All the evidence I am sending the court in my pro se filings after sentencing further provide proof to the court that Placke was deficient and only had an interest in the plea agreement with the government. Placke had been prejudicial in the defendant's case when he was ineffective counsel.That was why a complaint was filed with the United States Department of Justice, Office of Professional Responsibility, because Placke works for the government and Placke had not preformed his duties of being an attorney for the defense. So the defendant thought filing the DOJ complaint was appropriate in that instance then provide a copy of that complaint to the court so that in the event the court recognizes Placke as ineffective and acted unprofessionally then the State Bar can penalize Placke for his conduct in the defendant's case, which is the same conduct as in other cases which provides a evidential history of Placke's conduct being similar as in the defendant's own case. Placke's actions speak louder then words. When Placke failed or refused to do many things that would have helped the defendant in his case, when he was deficient in the defendant's interest in the suppression of the confession even when there was evidence to back the suppression motions, it is ineffective counsel.

Ineffective counsel lead to a guilty plea, ineffective counsel led to false admissions of guilt as he was threatened with losing his acceptance of responsibility which means a possibility of no time served sentence with no guarantee that the guilty plea could be withdrawn without effective counsel. The defendant needs effective counsel to have a fair trial. Without the assistance of counsel, with no defense planned for Jury Trial, he was going to lose the case by default. It is just like with the Righthaven lawsuit against the defendant in 2011. If a proper summons was not responded to after being served, he would lose the jury trial with Default Judgment then he would have lost the civil suit. Effective counsel is the only way to win in a criminal case usually. Since

3

Placke was ineffective and actually worked against the defendant, the defendant had no fighting chance at a Jury Trial fighting on his own without proper counsel. He is supposed to have the right to an attorney but when the attorney doesn't do anything that would harm chances of just getting a guilty plea, it is prejudicial to the defendant. The defendant had evidence and wanted a private investigation, and even wanted a private forensic computer examination. Yet Placke wouldn't do anything except get that guilty plea agreement signed. Ineffective counsel is the sole cause of the guilty plea agreement. In the defendant's case his sixth amendment right to effective counsel was violated, his due process right was violated, his detainment in a maximum security jail blocking pro se evidence was violating his right to file and discover evidence, and other rights may have been violated. If the defendant continues being denied his appeal of his conviction, then the defendant plans on overturning his unlawful conviction on Constitutional violations and through Writ of habeas Corpus Petition also known as a 2255 Motion. The defendant never should have been convicted and neglected of his medical needs during the hearings. The jails medical neglect can also contribute to a guilty plea under the promise of getting out of jail on time served. In a way it can be **construed by Amnesty International as torture** through medical neglect then **offering the medical neglect to end upon admission of guilt.**

The guilty plea and the admissions of guilt through medical neglect is in a way torture as the defendant suffers till no end in jail suffering high blood sugars a lot which damage his body with ketone acidosis and has the opportunity to get back home to get proper medical attention but only upon pleading guilty.

That is why the defendant should have been released on bond but no bond was even set for the defendant. His guilty plea is invalid as it was not a voluntary confession, it was done under duress using his suffering under his medical problems such as Type 1 brittle diabetes. Therefore I sign the last evidential statement in attachment to the NOTICE OF APPEAL.

4

*Brian D. Hill*
*Signed*

Brian D. Hill ( pro se )
916 Chalmers St. – Apt. D
Martinsville, VA   24112
Phone: (276)632-2599

5

# In the United States District Court

## For the Middle District of North Carolina

### Greensboro Division

Criminal Action No. 1:13-cr-435-1

Defendant, Brian David Hill

v.

Plaintiff,
United States of America

## LAST MINUTE EVIDENCE

## FOR NOTICE OF APPEAL

The Defendant hereby adds last minute evidence for the NOTICE OF APPEAL.

The evidence is as follows.

1) USWGO Alternative News article titled as "We Are Change NC to confront NC Senator Phil Berger; ask him questions" dated June 27, 2012.

2) USWGO Alternative News article titled as "Town of Mayodan Corruption is only the beginning of the elites TERROR" dated July 10, 2012.

3) USWGO Alternative News article titled as "USWGO Verdict: Mayodan has violated it's charter statute, constitution" dated July 30, 2012.

4) USWGO Alternative News article titled as "Your town and city may be a corporation and body politic" dated August 20, 2012.

5) COMPLAINT filed with the U.S. DOJ against the U.S. Attorney for using invalid evidence due to evidence tampering. Filed via Fax on 12/01/2014 1:12AM. Transmission Ticket included.

6) Title II of the Americans with Disabilities Act Section 504 of the Rehabilitation Act of 1973 Discrimination Complaint. Filed with the Civil Rights disivison of the U.S. Department of Justice on December 1, 2014.

1

7) COMPLAINT filed with the U.S. DOJ against U.S. Attorney for using invalid evidence due to false confession produced by threat and coercion against mentally ill suspect. Filed via Fax on 12/04/2014 9:02PM. Transmission Ticket included.

8) Inquiry Letter to Virginia State Police Senior Trooper D. B. Suthers over the possibility that the IP Address 24.148.156.211 was manually added into the Boca Raton, FL Child Protection System(CPS). Dated December 27, 2014.

9) Inquiry Letter to TLO/CPS in Boca Raton, FL over the possibility that the IP Address 24.148.156.211 was manually added into the Boca Raton, FL Child Protection System(CPS). Dated December 30, 2014.

10) DECLARATION BY DEFENDANT IN SUPPORT OF APPEAL, NEW TRIAL, OR ANY OTHER PURPOSE. Declaration explain that the Defendant didn't see all of the papers in the Motion for Discovery prior to pleading guilty.

First of all the additional 4(1-4) USWGO Alternative News articles prove even further that the Defendant made enemies not just with State Senator Philip Edward Berger Sr. but also with the Town of Mayodan in North Carolina prior to the police raid. Internet Crimes Against Children detective Robert Bridge disappeared on August 29, 2012 and then was never seen again before the arrest and indictment of the Defendant. The Mayodan Police Department along with Phil Berger Jr. seem to be the real threats to the Defendant's Innocence, as there were corrupt interests that wanted the conviction of the Defendant. (5)The Defendant filed a complaint against the U.S. Attorney with the Office of the Inspector General over using evidence that may have been tampered with by Reidsville Police Detective Robert Bridge. (6)The Defendant files a Americans with Disabilities Act(ADA) Title II complaint against the U.S. Attorney for being discriminated. (7)The Defendant files a complaint against the U.S. Attorney for using the false confession produced by threat and coercion against himself in 2012. (8)The Defendant sends an Inquiry Letter to the Virginia State Police Sr. Trooper D. B. Suthers to address the issue of evidence fraud via manual addition of the Defendant's IP Address

2

to the CPS server at TLO in Boca Raton, FL. (9)The Defendant sends an Inquiry Letter to the TLO company in Boca Raton, FL to address the issue of evidence fraud via manual addition of the Defendant's IP Address to the CPS server. (10)The Defendant files a Declaration with the Court that he never viewed all of the evidence in the Motion for Discovery due to ineffective counsel, and the major restrictions on the Discovery evidence that would hinder the Defendant's ability to challenge the government's evidence.

This is the last minute evidence that the Defendant wishes to submit to the Court for filing on the docket so that all important evidence is considered in whether to grant the Defendant a trial by Jury or trial by Bench.

This last minute evidence is submitted respectfully to the Court,

This the 26th day of January, 2015

*Brian D. Hill*
Signed

Brian D. Hill ( **pro se** )
916 Chalmers St. – Apt. D
Martinsville, VA   24112
Phone: (276)632-2599

3

# U.S.W.G.O.

The new Drudge? Like

**Keeping Peop**

**United we Star**

home  about  action center  blog  youtube area  links  forum  other

be our allies!  precrime  donate!  governing body  community guidelines  mp watch

videoshow  state secession watch!  paranormal files  politicians view  the info library

## We Are Change NC to confront NC Senator Phil Berger; ask him questions

June 27, 2012 by Brian D. Hill (Edit)

💬 Leave a comment

Filed under Brian D. Hill's Articles, Politics



*The Mayodan James A. Collins Municipal Building in the state of North Carolina. According to our research Mayodan seems to have the only town council that is seen over by a a NCGA state senator.*

**Address:** James A. Collins Municipal Building (Town of Mayodan) located at 210 West Main Street, Mayodan, NC 27027. Use your GPS, Mapquest, Google Maps, any any service you want to give you the directions you need to get there and find the place. The picture above is where you want to walk into to confront the senator.

**Date of Confrontation and recommended time:** July 9th 2012 at 6:30PM EST. The senator could be there a little early or you can confront him out at the parking lot next to the police station. The police are very nice and won't mess with anyone as long as people obey the law. The town council meeting begins at 7PM and then after the meeting when people begin to get up and leave, there will be plenty of time to start asking questions so ask people at the town hall to stay until he answers the questions of WAC-NC members. So there are plenty of chances if you cannot stay the whole town council meeting then start asking around 6:30PM if the senator has arrived then start asking him questions when you see him.

Author: Brian D. Hill


We Are Change NC(Facebook Group) the North Carolina chapter of We Are Change, is ready to confront NC State Senator Philip Edward Berger or Phil Berger for short to ask him questions on his betrayal of his constituents.

WAC members will also ask him questions regarding whatever they wish to ask him including the fact that he gets more undemocratic Agenda 21 powers. Luke Rudkowski has even offered to put the video of the confrontation on WeAreChange's official YouTube channel after they are uploaded on the official USWGO YouTube channel.

The town of Mayodan may be a small town that not many would care about throughout the state of North Carolina but the very state senator that attends every town council meeting as required for town's attorney is a **President Pro Tempore State Senator** with a **lot of high powers**, is on the **front page of the North Carolina official Legislature website's senate page which lists every senator of the state**, and he has the media talking about him. Anything Phil Berger says the media covers and anything he does the media covers which would have made him a valuable asset to getting corrupt U.S Senators Kay Hagan and Richard Burr to go against the Indefinite Detention and torture provisions of the NDAA. Instead Sen. Berger has betrayed his constituents, refuses to

tell the media anything, and even refused to tell the public about his verdict and even went as far as staffer veil threats to me whenever I requested permission to record the telephone conversation because under NC State wiretap laws only one party has to c0nsent to a phone conversation being recorded when that party during that exact conversation is party to the conversation and has given consent. The whole veiled threat is so the media won't ever cover about the dangers of the NDAA 2012 and 2013 federal law nor even cover about Phil Berger betraying his constituents.





# North Carolina Senate

Senate Information

Senate Member List
(View List Of Members
Access Member
Webpages)

Senate Leadership
(View Leadership
Information)

Member Reports And
Contact Information
(View Various Member
Reports, List Of Email
Address, Phones And
Addresses, Downloadable
Database)

Senate Committees
(View Committee
Assignments)

Senate Chamber Audio
(Listen To Senate
Sessions)

North Carolina Senate
North Carolina General Assembly
Raleigh, North Carolina 27601-1096

The Senate consists of 50 members who serve a term of two years. The Lieutenant Governor is President of the Senate and presides over the daily session. The Lieutenant Governor is elected by the citizens of North Carolina for a four-year term. He/she has no vote in the Senate except to break a tie. The Senate elects officers from their membership including the President Pro Tempore

Visit the links in the menu on the left to view information about Senate members



Phil Berger
President Pro Tempore
of the Senate

It is a possibility Phil Berger could have received death threats or military threats against him and his family because according to the John Warner Defense Act, any states that refuse to go along with corrupt and Unconstitutional federal laws could be arrested and seized by armed National Guard and Army troops with AK-47's, F16's, and other weapons. I've personally seen some of the weapons the military uses at military bases thanks to my grandpa so I know what we are facing with a globalist coop against our republic. That is why WAC-NC is asking questions and I will be leading the campaign to getting Phil Berger to spilling the beans on why he is refusing to stop a purely Unconstitutional law when all laws which are repugnant to the Constitution is null and void, I gave him evidence that Virginia's Legislature passed the Nullify-NDAA law with approval of the governor so it's hard to understand why North Carolina refuses to do anything, and if the military is going to war against people in America that advocate the Constitution then it is considered levying war against the United states and is high treason which means army generals, politicians, the works can be punished in a court with <u>the testimony of two witnesses to the same overt act</u>, then they all can be executed for treason or get life in prison if the judge decides to go a little easy on the traitors that plan to overthrow the U.S. Government for a Globalized World

Government. There is no evidence pointing Phil Berger and his family receiving threats to this but possibilities are there so we are not ruling it out yet until Phil Berger answers questions from the common people. Also his reactions and expressions will be assessed to see if he acts as though he was threatened, bribed, or just decided to join the dark side.

When petition signatures were collected for Nullify-NDAA, most people I have ever spoke to knew nothing about the NDAA and had no idea there was a public law where the public can disappear at the whim of a politician and that their pets can be raped and tortured in front of detention victims.

So WAC is ready to confront Sen. Berger and ask him questions. The only condition for those who wish to also attend in addition to the two WAC-NC members that will show up, is that the confrontation be peaceful, lawful, and that people don't try to bash the senator because by bashing him he will refuse to answer questions and try to run away. Remember the James A. Collins Municipal building, I Brian D. Hill promise to be there around 6:30PM EST awaiting the We Are Change members and any other people who wish to attend, then we will have less then 30 minutes to get our cameras ready, batteries replaced, SD Cards inserted, test pictures and videos, and then prepare our very questions in case Sen. Berger doesn't have much time to answer them. People can even ask the Chief of Police, Town Clerk, or even the Town Manager if the Senator has arrived and where the senator is at right at the moment so people can confront him. If people wish to wait until after the town council meeting then Sen. Berger will be in the council room just chatting away for at least 3-7 minutes before the municipal building is closed to the public. The Chief of Police has read my report on the NDAA but told me he cannot comment on it, likely due to keeping himself as a professional law enforcement officer. Regardless he knows we have the right to ask questions and interview people so he won't mess with us you have my guarantee. I spoke with the Chief of Police and other officers are very nice people and don't act in any way that would be questionable. So relax and ask those questions to the senator.

**Share and Enjoy:**



 Buzz this!

Tags: betrayal, confront, constituents, NC, Phil Berger, questions, Senator, We Are Change

Please support USWGO Alternative News and help keep their site Alive by sending us a donation or recommending a private grant to us: 

# Comments

### Tell us what you're thinking...

# U.S.W.G.O.

home    about    action center    blog    youtube area    links    forum    other

be our allies!    precrime    donate!    governing body    community guidelines    mp watch

videoshow    state secession watch!    paranormal files    politicians view    the info library

## Town of Mayodan Corruption is only the beginning of the elites TERROR

July 10, 2012 by Brian D. Hill  (Edit)

Filed under Brian D. Hill's Articles, Building the Police State

Leave a comment

Author: Brian D. Hill

**Note: I know I put myself at risk by posting this but people need to realize the Bilderbergs aren't playing games here. They on purposely have taken over the town & city governments, county governments, and state governments to do the bidding of the six mega banks that now run our federal government.**

It is now no secret that the town of Mayodan has proven that they have become jackals along with the Rockingham County Board of Commissioners according to my investigation, research, and testing the waters of local politics. Does anyone really think going to their local governments to fight the New World Order master plan won't have consequences? Does anyone really think the town and city governments won't be tainted by the spider web that has taken over the entire country nevertheless the entire world?



- Corporate Religions
- Mainstream Media
- Town/City Government
- County Government
- State Government
- Federal Government
- UN Government

Center of Web
Represents the Elite
control center

The outer web
represents the
people, the
commoners, the
peasants, you get
what I am saying.

# The Global
# Elites Web
# of Control

The truth is the global criminal elites know we would try to use the local municipal governments to fight back against a corrupt federal government and corrupt state governments and the government also knows if towns and cities all over America stood their ground then the U.S. military, Air Force, and Swat Teams combined would be useless if the people in towns and cities all stood together against the New World Order. All of this peacefully would render the corruption in the Federal Government 100% useless.

So that is where the final corruption and espionage of Mayodan comes in where local politics has to be corrupt by infiltration instead of invasion, where the global elites that occupies our feds subverts our political parties so we don't have free elections, where we the people are intimidated instead of free choice, where Americans and other citizens around the world can be killed and tortured by guerrillas by night instead of regular armies by day as what John F. Kennedy said before he was assassinated by the global power brokers.

It is well known that the leader of the NC Senate, the President Pro Tempore, Philip Edward Berger, has proven to be very corrupt and influenced by the stacks of cash by the mainstream corporations run by the Bilderberg Group on record. Phil Berger also is the town attorney for the Mayodan Town Council and decides what town resolutions are valid and what are not. It is also well known that Phil Berger, like a Mafia gang leader, would have all kinds of bodyguard protection to prevent those that do not agree with the power brokers, from taking photos and video that would hurt the power of the power broker. That of course was the chief of police of

Mayodan and other unknown security and police squads and the staffers at the Senate Office that protect him even from those who wish to expose the truth by using legal technicalities such as trying to keep his verdict a private matter instead of a public matter so Berger's actions doesn't hurt his perfect reputation in the media.

Of course for those that even get their resolutions into the town council, what usually comes back is a email from the town manager stating that only the Congress can do something when, US. War Secretary Panetta admits that the Congress is no longer the legal basis for which to wage wars on other countries but that the UN decides whether our country goes to war, PDD51 which states that the Congress is ceremonial so the Congress just commits insider trading and other forms of corruption since they have no real authority anymore so do something, and a majority of our Congress including the Senate war aware of the Indefinite Detention provisions but despite that passed the NDAA of 2012 and is pondering on passing the NDAA of 2013 bill into law.

Yes the town corruption and state corruption I faced is only the beginning of a final plan of death, rape, dehumanization, maim, and destruction of human societies everywhere. Power can corrupt absolutely but if the Global bankers take over every town, city, state, county, and have everything run by a corrupt Federal Government that is occupied by the six corporate mega banks which includes Bank of America, Wells Fargo, J.P. Morgan Chase, Goldman Sachs, Morgan Stanley, and Citigroup, then this could mean the desecration of human society into a abyss of terror and sickness.

With the towns and cities under siege, nobody will have any legal authority whatsoever to fight back against any mandatory garbage that the elite puts through. The town Manager did admit that my town is just simply a government that provides local services to the people here. That means the towns have no real authority except what the federal government tells them. So if the federal government orders my town to secretly kill me then they would comply as they have to follow orders from the hierarchy. This is the new world system they were looking for. Control the local municipalities so that the globalist plans for eugenics, big brother, big pharma, big agriculture, big telecom, big banks, big software, and other monopoly corporations that run Government and the Chamber of commerce is unopposed. The global elites are monopoly people, they cannot have towns/cities across America nor even states and counties declaring their opposition or secession. The monopoly people have only choice and that is infiltrate every town and every city including the Town of Mayodan. Every civilized form of government must be infiltrated so that total control can appear over the lives of everyday living people. As long as the Federal Bureaucrats can control and local municipalities then their power can be secured forever. Towns and cities can have police threaten and intimidate to put people like me in jail so people sit down, shut up, drink the poisonous fluoride tap water and get poisonous vaccinations from Big Pharma, eat poisonous food so that people get fatter while their health decreases killing millions of slave Americans, and be sent to a concentration camp if anyone refuses this desolate fate.

But we can change our fates even with the towns and cities being controlled.

The town of Mayodan Government may be controlled by mafia bankster gangsters but the people of this town are not controlled. We still have a chance under the state Constitutions and Declaration of Independence to secede from unlawful Governance. The very key is the amendment in the state Constitution that the power is derived from the people or consent of the governed. That means we have the power to drive the power out of government and peacefully grant our power towards a new government and peacefully abolish the state governments and municipalities then reorganize the governments to follow the U.S. Constitution and listen to We the People instead of We the Banks. Remember peaceful change to get back our Constitutional republic is not treason. It is only treason if we levy war. If we the people wish to reform our government to not follow the six mega banks and want to peacefully do it then it is completely allowable by both the state Constitutions, the U.S. Constitution, and the Declaration of Independence. The Constitution was meant to limit government but instead it is being overthrown by the banks that occupy the federal government and

now the feds are squeezing the American taxpayers half to death while threatening a global war against the American people and Constitutionalists that are now labeled as terrorists. The Federal Government, the states, the counties, and the municipalities have become as close to destructive as the beginning of Nazi Germany as it could come. Only we the people can peacefully take back America by flushing out the political parties by taking over the political parties to put real people in there instead of hand picked puppets. We need to start by first understanding the real issues then take action on the real issues.

**Share and Enjoy:**



  Buzz this!

🏷 Tags: beginning, corruption, elites, entire country, governments, spider web, taken over, terror, town of Mayodan

Please support USWGO Alternative News and help keep their site Alive by sending us a donation or recommending a private grant



to us: 🔲 🔲 VISA 🔲 🔲

# Comments

**One Comment on "Town of Mayodan Corruption is only the beginning of the elites TERROR"**

- **Town of Mayodan Corruption is only the beginning of the elites TERROR «
  Ufohunterorguk.com on Tue, 10th Jul 2012 9:21 pm (Edit)**

  [...] More:http://uswgo.com/town-of-mayodan-corruption-is-only-the-beginning-of-the-elites-
  terror.htm Rate this:Share this:TwitterEmailPrintDiggFacebookRedditStumbleUponLinkedInLike
  this:LikeBe the [...]

**Tell us what you're thinking...**
**and oh, if you want a pic to show with your comment, go get a gravatar!**

Logged in as Brian D. Hill. Logout »

Speak your mind

# U.S.W.G.O.

The new Drudge? Like

**Keeping Peop**

United we Star

## USWGO Verdict: Mayodan has violated it's charter statute, constitution

July 30, 2012 by Brian D. Hill  (Edit)

Leave a comment

Filed under Uncategorized

Author: Brian D. Hill

USWGO Public complaint and verdict #001 – JULY 29TH 2012 – Court of Public Opinion

The Town of Mayodan hereby has been found by my Independent Investigation of state statutes, to be in violation of the Article II Section 3.4 of The Charter of the Town of Mayodan of 1973 Chapter 501 of the 1973 Session Laws. The Town of Mayodan has also found to be in violation of the State Constitution as well and this article and public complaint will explain why.

(1)Around May 15th, 2012, before the public comment period to which I give State Senator(endnote 1) Phil Berger a copy of the Nullify-NDAA Petition as a state senator, I gave a copy of the Nullify-NDAA petition to Michael Brandt the current serving Town Manager of Mayodan. His response was that he will give it to the town attorney for looking over. This was minutes before the 7:00PM town council meeting.

(2)Even though the petition was mainly geared toward the state government, it also included that other parties that are involved with the petition and that need to take action is the government of Rockingham County, and the towns/cities residing to which has citizens that were involved with signing the petition.

(3)A good portion of the signatures were from Mayodan, from Farris Memorial Park, and from 1st Avenue to 8th Avenue and maybe more. Business owners or employees signatures include the Italian pizza place in downtown Mayodan, someone from Charlies Soap Factory around 1st avenue, the Apple shop, the Cafeteria near the police station, around the gas station nearby to the Mayodan Public Library building, and in the Elliott Duncan Memorial Park.

(4)The current town Manager has made no effort to contact me regarding the petition nor has the town attorney(state senator) Phil Berger. It has been over 2 months since the petition was given to the town attorney with only 216 signatures throughout Rockingham County and only a portion of them are clearly from Mayodan, NC. Even one of the town council members saw me as I was walking through each avenue, going door to door, collecting petition signatures of local residents.

(4)In order to move things along, a Town Resolution was drafted by myself, as a way to codify into town by-law that the town council would draft a letter to support House Resolution 982, to get a statewide opposition effort against the NDAA Federal law therefore publicly forcing the state senators Kay Hagan and Richard Burr, and US Representatives for all districts of North Carolina to reject and repeal any provisions in the NDAA that violate the U.S. Constitution and Geneva Conventions. Of course this letter can only be made by the support by majority vote of town council members.

(5)Even though I first assumed the Town Manager to be the executive authority of the town council, I discovered through the town charter that it was actually the Mayor that is head of the town. I now assume either the mayor or the town council members considered my 1st town resolution.

(6)The USWGO 1st Town Resolution to get the town to send a letter to the state representatives and senator for Rockingham County that the town supports House Resolution 982 introduced by Glen Bradley and requests that a committee vote be made on it and passed. Unfortunately After the 06/11/12 Town Council regular meeting, I called the Town Manager as a reporter to find out about the old business and new business minutes since I had opened up the Rockingham County branch of USWGO Alternative News but it never made it in the county since I am already managing USWGO and it's difficult to be a reporter for two different news websites. I discovered through the call that the town council considered my resolution but no action was taken. Of course the town resolution copies had to be made and delivered to the town council members themselves since they don't have their own town email addresses. Five copies were made before my mom walked down to the James A. Collins Municipal Building to give the copies to the Town Manager in an mailing type of envelope. The Manager took them and gave it to the town council for consideration and likely to be reviewed by the Town Attorney Phil Berger although it was approved by the attorney.

(7)After calling a fraction of the town council members(endnote 2), I found the reasons why and changed the town Resolution accordingly to get their support to get it up for a vote and a chance to succeed.

(8)The next announcement was made to Michael Brandt the current Town Manager that the resolution has been modified to the wishes of several town council members in negotiating with them to compromise on a resolution that the town would accept. Again

five copies were made along with information sheets describing what the town resolution would do in order for them to understand it so they can vote on it. The town municipal building was closed when I got there past five-o-clock so I decided to fold my resolution copies and throw them in the towns mailbox then head down to the Mayodan Police Department to request that the front office staff give a note to the town clerk so that she would know why town resolution copies are in the towns mailbox and those are for the council. Also an email was sent to Michael Brandt as well regarding where the town resolution copies were for him to distribute to the council.

(9)Jeff Lewis the National Director of the FIRE Coalition and the Patriot Coalition, and Project Director of The Intolerable Acts Action Center, emailed me the town resolution as I had requested that would work for the town government and work with the upper level governing laws. The Resolution was sent on June 16 by the Intolerable Acts Legal Team, and was forwarded to the Town Manager as a substitute for the Modified USWGO Town Resolution. The resolution by that legal team was sent to Town Attorney Phil Berger for review.

(10)An email alert was sent to Michael Brandt that Phil Berger, as a senator this time and not criticizing the town attorney, betrayed his constituents by pulling a fast one using his Constituent liaison Sara and she repeatedly refused to send me Berger's verdict on the Petition in writing, nor would she give me consent to record the phone call with Berger's Senate office, even though the states statutes on recording telephone calls clearly state that whoever records the call has to be a party to the call, and that at least one party has to consent to recording the phone call before it can be legally recorded, this was confirmed by a lawyer on Lawyers.com forum. Berger's office was playing games to keep me from having his verdict on public record as any leverage to attack him in the press such as WXII12, WFMY News 2, FOX8/WGHP, The Madison Messenger, News and Record, AP Raleigh, WRAL, and other media organizations that need evidence of Phil Berger's words before publishing his verdict so that they can be safe from any liability. He was trying to look good for stabbing his Constituents in the back, all 216+ Constituents including those that emailed and called his office in support of my Nullify-NDAA petition were all betrayed. Berger has to this day of this complaint posting, refused to come to any resolution to the problem in order to fulfill the requests in the petition.

(11)On June 27 the Town Manager responded to the inquiry about if the town council has reviewed the resolution yet and his response was that it was forwarded to the council. Then he stated and I quote "The Council has not met since you sent it, so they have not been able to respond to it in any way."

(12)The Town Manager sent a notice on July 6th, that the latest town resolution will not be placing the resolution for a vote on the July 9, 2012 Town Council agenda and for an explanation why the town cannot protect it's citizens from secret detention and torture without a court trial and without an attorney.

(13)One email was sent criticizing the decision by the town and asking the town manager about his Oath of office, but I discovered around July 29th that the Town Manager does not have an requirement to give an Oath of Office since he is merely appointed by the town council and not elected. Another email was sent regarding reverting back to the secondary modified USWGO Town Resolution before Jeff Lewis wanted me to forward the Legal Teams resolution, and the town manager never sent a reply nor was he willing to get the town to consider my older resolution again.

(14)To try to get the town to reconsider the resolution a public comment period speech was made, then after the public meeting came to a close before the closed speech, I attempted to quickly film Phil Berger directly while interviewing him with a few questions and the first question was about the petition.

Endnotes:

1. Phil Berger was given the Nullify-NDAA petition as a state senator even though he is also on-record a town attorney. This was done so that camera recordings can establish that Phil Berger did receive the petition in front of multiple witnesses.

2. Some of the town council members couldn't be reached at the time I managed to call some of them. Only a fraction were available for stating exactly why they took no action on the Town Resolution.

**Share and Enjoy:**



Buzz this!

Tags:

Please support USWGO Alternative News and help keep their site Alive by sending us a donation or recommending a private grant

**Donate**

to us:

# Comments

**Tell us what you're thinking...**
**and oh, if you want a pic to show with your comment, go get a gravatar!**

Logged in as Brian D. Hill. Logout »

Speak your mind

# U.S.W.G.O.

The new Drudge? Like

**Keeping Peop**

**United we Star**

home    about    action center    blog    youtube area    links    forum    other

be our allies!    precrime    donate!    governing body    community guidelines    mp watch

videoshow    state secession watch!    paranormal files    politicians view    the info library

## Your town and city may be a corporation and body politic

August 20, 2012 by Brian D. Hill  (Edit)                              Leave a comment
Filed under Brian D. Hill's Articles, Commentary, Politics



Author: Brian D. Hill

After the Mayodan chief police threatened and intimidated a reporter for asking a state senator a question, I decided to do more research on the Mayodan town charter and state law to see if Mayodan had violated any laws but instead found something more interesting. Mayodan is a legally registered municipal corporation and body politic according to the 1973 Mayodan town charter.

North Carolina Senate Bill 880 was passed into law and a few other statutory modifications to the town charter were made regarding the fact that the Town Manager doesn't even have to live in or even near the town limits. When reviewed the town charter has a provision which states that the town of Mayodan is a corporation and has the legal powers of a regular human person. That means the whole town can sue people as a whole organizational unit, even if some of their employees and council members disagree with the lawsuit, it doesn't matter because the town is a corporation and body politic.

This is what comes right from the 1973 Mayodan charter:

> "Section 1.1 Incorporation and General Powers. The Town of Mayodan shall
> continue to be a **body politic and corporate** under the name of the **'Town of Mayodan'**,
> and shall continue to be vested with **all property and rights which now belong to the
> Town**; shall have perpetual succession; may have a common seal and alter and renew
> the same at pleasure; **may sue and be sued; may contract, may acquire and hold all such**

**property, real and personal**, as may be devised, bequeathed, sold or in any manner conveyed or dedicated to it, or otherwise acquired by it, and **may from time to time hold or invest, sell, or dispose of the same**; and shall have and may exercise in conformity with this Charter all municipal powers, functions, rights, privileges, and immunities of every name and nature.

Sec. 1.2. Exercise of Powers. All powers, functions, rights, privileges, and immunities of the Town, its officers, agencies or employees, shall be carried into execution as provided by this Charter, or, if this Charter makes no provision, as provided by ordinance or resolution of the Town Council and as provided by the general laws of North Carolina pertaining to **municipal corporations**.

So if Mayodan is a municipal corporation, then it is likely that every town and city in North Carolina and other states in America are all corporations registered by a local statute in the legislature. Some even put out statements that the United States of America is actually a corporation. Every state is different but one has to wonder if the town/city that they reside in could be a corporation.

So if the town/city manager or one of the council members decided to commit a crime against you or slanders you then you have to sue the whole town/city, you cannot just sue the individual person because the Supreme Court did rule that corporations are people. The council members and appointed staff are all employees of this public corporation. Municipal Corporations can even invest in the stock market so that means any town and city can lose in the stock market and become bankrupt.

If every town and city is a corporation, what does that mean for the rights and freedoms of every human being that resides in a town and city. The town and city only gives rights of what they declare in the charter under the state statutes, which the town and city can change at any time, and the people will not even know what the charter is since it costs money to get copies of the charter physically from the municipal clerk or even scanned by state officials to being digitized if not online. Only the town and city attorneys know the charter and the ordinances while the general public may not even know that they may be in violation of a by-law unless they pay attention to the municipal council meetings every month and every agenda meeting.

If the town and city is a corporation then they really have no Sovereignty, they cannot say no to enforcing a Unconstitutional federal and state law, a municipal corporation is a public corporation compared to a private corporation run by the CEO, board of executives and shareholders. A public corporation and body politic is a legalized political body which can enact local rules within the boundaries

of this public corporate land.

This is all I could analyze of Public Corporations. I do have a Black's Law Dictionary 8th Edition but I think just a simple analysis will do for this article here today.

**Share and Enjoy:**



 Buzz this!

Tags: body politic, charter, city, corporation, Mayodan, municipal, State, statute, town

Please support USWGO Alternative News and help keep their site Alive by sending us a donation or recommending a private grant



to us:

# Comments

**One Comment on "Your town and city may be a corporation and body politic"**

- **Bill Nada on Mon, 20th Aug 2012 6:43 pm (Edit)**

   "So if the town/city manager or one of the council members decided to commit a crime against you or slanders you then you have to sue the whole town/city, you cannot just sue the individual person because the Supreme Court did rule that corporations are people. "

  Wrong….you would have to sue the corporation if the person did so acting on the behalf of the corporation, but even then you could still sue them separately.

**Tell us what you're thinking…**
**and oh, if you want a pic to show with your comment, go get a gravatar!**

Logged in as Brian D. Hill. Logout »

Speak your mind

**enta Fax & Voice (http://www.ventafax.com)**
**ransmission ticket**

ate: 12/1/2014                                              Time: 1:12:37 AM
umber of pages: 3                                          Session duration: 4:25
ltn.: Office of the Inspector General Washington, D.C.     To: United States Department of Justice(DOJ)
ecipient's number: +1 (202) 514-4001                       Message type: Fax
lename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\Small DOJ Complaint letterError Correction: Yes\g {2014-12-01}.tif
le description: Small DOJ Complaint letter on evidence tampering    Resolution: 200*200 dpi
ecipient's Fax ID:        2025144001                       Record number: 6
ate: 14400 bps

# COMPLAINT

## against U.S. Attorney for using invalid evidence due to evidence tampering

United States Department of Justice
Office of the Inspector General
950 Pennsylvania Ave, N.W., Room 4706
Washington, D.C 20530-0001
Phone: (202) 514-3435
Fax: (202) 514-4001

CC: United States Department of Justice
Office of the Inspector General
Washington Field Office
1300 N. 17th Street, Suite 3200
Arlington, VA 22209
Phone: (202) 616-4766
Fax: (202) 616-9884

CC: Computer Security & Information Technology Audit Office
U.S. Department of Justice
Office of the Inspector General
1425 New York Avenue, N.W., Suite 5000
Washington, D.C. 20530
Phone: (202) 616-3801
Fax: (202) 616-1697

Note: The statements in this letter are declared under Oath/Declaration. Typed with the help of family.
If there is a form specific to filing this complaint then please notify me via mail so that I can file the
complaint properly to the U.S. DOJ/OIG.

Dear Investigation Division,
I am filing a complaint with your office in regards to the U.S. Attorney Ripley Rand and Assistant
Anand Prakash Ramaswamy in Greensboro North Carolina using evidence against me in the
Greensboro U.S. District Court, that has been tampered with by detectives Robert Bridge(Reidsville,
NC Police Department) and Christopher Todd Brim(Mayodan, NC Police Department).
    This complaint is in regards to evidence that was illegally/invalidly used in my criminal case
United States of America vs. Brian David Hill, docket # 1:13-cr-00435-WO, North Carolina Middle
District, and under the U.S. District Court.
    I am not guilty of the crime of possession of child pornography due to the following reasons:
(1)I was set up likely by a mix of a computer-virus/computer-hacker that ran emule.exe which I call the
eMule virus and evidence tampering done by the police detectives.
    U.S. Attorney Ripley Rand and U.S. Assistant Attorney Anand Prakash Ramaswamy used
invalid/illegal evidence against me as follows:

1. State crime laboratory reports were used in violation of NC Criminal Code Article 7C §8-
   58.20(d) and paragraph (c) and paragraph (e) which governs the state crime laboratories policy

# COMPLAINT

## against U.S. Attorney for using invalid evidence due to evidence tampering

United States Department of Justice
Office of the Inspector General
950 Pennsylvania Ave, N.W., Room 4706
Washington, D.C 20530-0001
Phone: (202) 514-3435
Fax: (202) 514-4001

**CC:** United States Department of Justice
Office of the Inspector General
Washington Field Office
1300 N. 17th Street, Suite 3200
Arlington, VA 22209
Phone: (202) 616-4766
Fax: (202) 616-9884

CC: Computer Security & Information Technology Audit Office
U.S. Department of Justice
Office of the Inspector General
1425 New York Avenue, N.W., Suite 5000
Washington, D.C. 20530
Phone: (202) 616-3801
Fax: (202) 616-1697

Note: The statements in this letter are declared under Oath/Declaration. Typed with the help of family. If there is a form specific to filing this complaint then please notify me via mail so that I can file the complaint properly to the U.S. DOJ/OIG.

Dear Investigation Division,
I am filing a complaint with your office in regards to the U.S. Attorney Ripley Rand and Assistant Anand Prakash Ramaswamy in Greensboro North Carolina using evidence against me in the Greensboro U.S. District Court, that has been tampered with by detectives Robert Bridge(Reidsville, NC Police Department) and Christopher Todd Brim(Mayodan, NC Police Department).

     This complaint is in regards to evidence that was illegally/invalidly used in my criminal case United States of America vs. Brian David Hill, docket # 1:13-cr-00435-WO, North Carolina Middle District, and under the U.S. District Court.

     I am not guilty of the crime of possession of child pornography due to the following reasons: (1)I was set up likely by a mix of a computer-virus/computer-hacker that ran emule.exe which I call the eMule virus and evidence tampering done by the police detectives.

     U.S. Attorney Ripley Rand and U.S. Assistant Attorney Anand Prakash Ramaswamy used invalid/illegal evidence against me as follows:

1. State crime laboratory reports were used in violation of NC Criminal Code Article 7C §8-58.20(d) and paragraph (c) and paragraph (e) which governs the state crime laboratories policy

and procedure for admissibility in any judicial proceeding. In addition to that the crime lab reports were on computer equipment that was tampered with in violation of state crime lab policy and standards set by the State Bureau of Investigation(SBI) and ASCLD/LAB standards. I was not allowed to object to the state crime lab reports before being used against me in the U.S. District Court, then the court would not suppress the state evidence despite the evidence tampering and violation of law which would make the forensic reports questionable..

2.  Evidence that was tampered with by Reidsville, NC police detective Robert Bridge and Mayodan, NC police detective Sergeant Christopher Todd Brim. They admitted to me, my mother, and in a audio recording of my false confession to personally using my computer and possibly other equipment that was seized by the Mayodan Police Department(MPD). The police said before the computer was tampered with by detectives that my property would be sent to the state crime lab in North Carolina. The reason why I suspect alleging evidence tampering is because the detectives admitted to going through my computer files, you know images, and the only way the detectives could claim they found images on my computer was that they went through my computer equipment themselves. This constitutes evidence tampering since (1)there is no evidence I could find that the detectives are even certified computer forensic scientists as required by state and Federal law to conduct examinations of computer equipment. (2)hobby blog articles were typed under my name publicly on a internet website the police admitted to monitoring that criticized the very police department Chief Charles J. Caruso which would constitute a conflict of interest due to the public relations(PR) debacle against the MPD by articles alleging police misconduct. (3)The police chief Charles Caruso even confronted me over my article on August 29, 2012 the day of the false confession, all over that article which caused a PR nightmare for the Mayodan police and possibly threaten his career over his misconduct on July 9, 2012 over me asking a town official a question. The police admitted to watching my website and showing me disapproval over my online blog article around the same day they admitted to going through my computer themselves claiming they found child pornography. On the search warrant however the police detective allegedly described the videos of the very child pornography files I was accused of downloading over the internet, before they even got to my home, which means the detective watched the child porn video and had access to child pornography files prior to the raid. If the detectives had any access to child pornography files, they could have planted the child pornography files in order to strong-arm me into a false confession of guilt. That was why the police should have immediately boxed my property then send them to the state crime labs then let them find possible child pornography files so that evidence contamination/tampering/planting would not be possible.

3.  I never got to share my side of the story to the North Carolina SBI before I was federally indicted on Nov. 26, 2013. That caused them to just assume I am guilty and accept only the evidence from one side which is the Mayodan Police without hearing from the suspect before using that against me in the indictment process. That makes the evidence biased, one sided.

Your probably thinking if I am indeed innocent and set up with child pornography by evidence tampering and the emule virus then why did I plead guilty on a plea agreement then accept responsibility? I had no choice. The cards were stacked against me. I was called delusional by public defender Eric David Placke, and the Judge would have doubt in any defensive witness statements I made with such diagnosis by Dr. Graney. The attorney would not conduct a private investigation, would not listen to witnesses including my family and friends and Susan Basko, would not conduct a discovery on all evidence and suggestions sent to him, would not even conduct a case, and only wanted me to plead guilty. It was either plead guilty to get time served or be found guilty under ineffective

counsel under a quick jury trial. In addition to that my health was deteriorating with diabetic blood hemoglobin A1C levels as high as 10.9, that the U.S. Marshals had to take me to the emergency room at Moses H. Cone hospital since the jails weren't taking good care of my brittle diabetes, they had terrible healthcare. The longer I fought to prove my innocence, the longer my health will deteriorate then I would have been found guilty with ineffective counsel and you can't fight to win a criminal case without a effective lawyer.

The reason I am challenging the evidence now by filing a complaint with the DOJ is to get a audit or investigation started into the validity, admissibility, and legality of evidence used against me by the U.S. Attorney so that it can help me to prove my innocence since the evidence used against me is not credible, not valid, and possibly manufactured/created which would not prove me guilty of all elements of the crime I was accused of beyond a shadow of doubt before I can be found guilty.

So the U.S. Attorney Ripley Rand and Assistant Anand P. Ramaswamy used evidence that was invalid and tampered with.

So what I am asking for in filing this complaint is that a agent investigate all the evidence used by the U.S. Attorney in my criminal case, that the agent gather evidence from me and my family and experts, and then decide whether I should be granted a pardon of innocence or that the court overturn my conviction based on evidence that the U.S. Attorney had no valid evidence in the first place to even find me guilty. Once the investigation and audit has been made and finds concrete evidence of evidence tampering and the U.S. Attorney used illegal evidence then all of that will go into my pardon application when I apply for a pardon of innocence to expunge my conviction.

I am innocent of the child pornography indictment, I only plead guilty because I had no choice in the matter with ineffective counsel, and that the evidence was not valid.

Therefore I ask the DOJ to conduct the audit/investigation based on my statements in this complaint.

Sincerely,<br>
Brian David Hill<br>
(276)632-2599<br>
admin@uswgo.com<br>
916 Chalmers St., Apt. D<br>
Martinsville, VA 24112

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 24, 2014.

Electronically Signed:
Brian David Hill – **Brian D. Hill**        **Brian D. Hill**
(276)632-2599                                                *Signed*
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

 page 2/4

**U.S. Department of Justice**
Civil Rights Division
*Disability Rights Section*

OMB No. 1190-0009

# Title II of the Americans with Disabilities Act
# Section 504 of the Rehabilitation Act of 1973
# Discrimination Complaint Form

Instructions: Please fill out this form completely, in black ink or type. Sign and return to the address on page 3.

Complainant: Brian David Hill

Address: 916 Chalmers St., Martinsville, VA 24112 *Apt. D*

City, State and Zip Code: Martinsville, VA 24112

Telephone: Home: (276) 632 2599

      Business:

Person Discriminated Against:
(if other than the complainant)

Address:

City, State, and Zip Code:

Telephone: Home:

      Business:

page
2/4

Government, or organization, or institution which you believe has discriminated:

Name: U.S. Attorney Ripley Rand & U.S. Assistant Attorney Anand Prakash Ramaswamy

Address: 101 S. Edgeworth Street, 4th Floor

County: Guilford County

City: Greensboro, NC

State and Zip Code: North Carolina 27401

Telephone Number: (336) 333-5351

When did the discrimination occur? Date: Throughout my entire criminal case

Describe the acts of discrimination providing the name(s) where possible of the individuals who discriminated (use space on page 3 if necessary):

Rand and Ramaswamy both engaged in discriminatory practices against a mildly autistic, developmentally disabled, mentally ill, 24 year old manj which is myself. They used my mental disorders and my brittle type 1 diabetes to imply my guilt to a crime I didn't commit, to exploit me into getting a guilty plea to force me to register as a sex offender which caused damage to my mental health. They did not take my mental illnesses of Mild Autism, OCD, and General Anxiety Disorder, into account when deciding whether to convict me or not, but instead used that to make me look guilty despite Autism experts and advocates conducting research that Autistic people that are accused of child pornography will never sexually abuse a child and will not reoffend as it is recommended that they get on Pretrial Diversion Program or deferred prosecution.

I was not offered that despite all my letters to the court, the judge, government psychologist Dr. Dawn Graney, the U.S. Attorney office, and to public defender Eric David Placke. I informed them all I don't want to molest children ever, I don't want to ever rape, begged them not to force me onto the sex offender registry, and informed them of my mental and physical health issues but they were not just ignored but used to coerce me into a guilty plea agreement.
Have efforts been made to resolve this complaint through the internal grievance procedure of the government, organization, or institution?

Yes_____ No __✓__

If yes: what is the status of the grievance?

Has the complaint been filed with another bureau of the Department of Justice or any other Federal, State, or local civil rights agency or court?

Yes_____ No __✓__

If yes:

Agency or Court:
_____

Contact Person:
_____

Address:
_____

City, State, and Zip Code:
_____

Telephone Number:
_____

Date Filed:
_____

Do you intend to file with another agency or court?

Yes __✓__ No_____

Agency or Court: *U.S. Federal Bureau of Investigation*

Address: *1970 E. Parham Rd.*

City, State and Zip Code: *Richmond, VA 23228*

Telephone Number: *(804) 261-1044*

Additional space for answers:

When in Orange County Jail, I was in a dirty cell(old Jail, 1 G holding cell) that had poop on the Walls around the toilet which I was forced to clean without the proper sanitation stuff. The Guilford Co. Jail in North Carolina refused to follow the medical records that the U.S. Marshals gave them, but instead their nurses didn't give me enough insulin to the point where I lost weight and had Ketones. For Orange Co. Harold Fischer was a witness(Phone:(303)349-0559 fishergrouplk@me.com

Signature: Brian D. Hill

Date: Dec. 1, 2014

Return to:

U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Disability Rights - NYAV
Washington, D.C. 20530

Paperwork Reduction Act Statement:
A federal agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. Public burden for the collection of this information is estimated to average 45 minutes per response. Comments regarding this collection of information should be directed to the Department Clearance Officer, U.S. Department of Justice, Justice Management Division, Office of the Chief Information Officer, Policy and Planning Staff, Two Constitution Square, 145 North Street, N.E., Room 2E–508, Washington, D.C. 20530.

OMB No. 1190-0009. Expiration Date: May 31, 2015.

last updated May 7, 2012

*Brian David Hill Note: Papers are attached to this complaint to prove that I am disabled under SSI and Medicaid under government programs to help take care of me for my medical issues. I have severe health issues, to the point where I had to be taken to the emergency room by the U.S. Marshals due to the county jail poorly taking care of my blood sugars and in few cases not even getting my insulin shot for my Type 1 brittle diabetes that is more difficult to control thus making it more severe. The papers I attach prove I have mental health issues. In 1-2 days after I fax this letter I will fax the Martinsville Memorial Hospital mental health records to your office in addendum to this complaint form I am filing to prove to you that I have mental health issues that worsened after the Mayodan, NC police raid which got to the point where my OCD was critical to where I was causing water damage in my apartment and contemplating suicide over fear of being put on the sex offender registry in 2013. My mental health issues were ignored and instead were used to assert my guilty plea and force me into a conviction with no right to appeal my conviction upon more evidence that I am innocent of the child pornography charge which includes evidence tampering by law enforcement, the eMule virus that may have shared and downloaded the child pornography, and other hacker attacks that were on my computer which I can prove with a court ordered forensic investigation. My health problems were used against me and I been discriminated cause of my health issues of Mild Autism, OCD, GAD, and type 1 brittle diabetes.*

**enta Fax & Voice (http://www.ventafax.com)**
**ransmission ticket**

ate: 12/4/2014
umber of pages: 16
ttn.: Office of the Inspector General Washington, D.C.
ecipient's number: +1(202)514-4001
lename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\COMPLAINT AGAINST U.Error Correction: Yes
le description: COMPLAINT AGAINST U.S. ATTORNEY on False Confession(ReacResolution: 200*200 dpi
ecipient's Fax ID:      2025144001
ate: 14400 bps

Time: 9:02:10 PM
Session duration: 16:34
To: United States Department of Justice(DOJ)
Message type: Fax

Record number: 71

Page 1/4 **12/04/2014 – COMPLAINT AGAINST U.S. ATTORNEY– 7:35PM– Brian D. Hill**

# COMPLAINT

### against U.S. Attorney for using invalid evidence due to false confession produced by threat and coercion against mentally ill suspect

United States Department of Justice
Office of the Inspector General
950 Pennsylvania Ave, N.W., Room 4706
Washington, D.C 20530-0001
Phone: (202) 514-3435
Fax: (202) 514-4001

**CC:** United States Department of Justice
Office of the Inspector General
Washington Field Office
1300 N. 17th Street, Suite 3200
Arlington, VA 22209
Phone: (202) 616-4766
Fax: (202) 616-9884

CC: Computer Security & Information Technology Audit Office
U.S. Department of Justice
Office of the Inspector General
1425 New York Avenue, N.W., Suite 5000
Washington, D.C. 20530
Phone: (202) 616-3801
Fax: (202) 616-1697

Note: The statements in this letter are declared under Oath/Declaration. Typed with the help of family. If there is a form specific to filing this complaint then please notify me via mail so that I can file the complaint properly to the U.S. DOJ/OIG.

Dear Investigation Division,
I am filing a complaint with your office in regards to the U.S. Attorney Ripley Rand and Assistant Anand Prakash Ramaswamy in Greensboro North Carolina using evidence in the form of a false confession against me in the Greensboro U.S. District Court, that was produced from a threat and coercion directed against a mentally disabled individual which is myself and by detectives Robert Bridge(Reidsville, NC Police Department) and Christopher Todd Brim(Mayodan, NC Police Department). This is a second complain I am filing in regards to the U.S. Attorney in regards to using illegal/inadmissible/invalid evidence right after the first complaint based on evidence tampering.
    This complaint is in regards to evidence that was illegally/invalidly used in my criminal case United States of America vs. Brian David Hill, docket # 1:13-cr-00435-WO, North Carolina Middle District, and under the U.S. District Court.
    I am not guilty of the crime of possession of child pornography due to the facts that I was set up likely by a mix of a computer-virus/computer-hacker that ran emule.exe which I call the eMule virus and evidence tampering done by the police detectives. Also I have received information that may or may not be false stating that my IP Address 24.148.156.211 may have been manually added into the

# COMPLAINT
## against U.S. Attorney for using invalid evidence due to false confession produced by threat and coercion against mentally ill suspect

United States Department of Justice
Office of the Inspector General
950 Pennsylvania Ave, N.W., Room 4706
Washington, D.C 20530-0001
Phone: (202) 514-3435
Fax: (202) 514-4001

**CC:** United States Department of Justice
Office of the Inspector General
Washington Field Office
1300 N. 17th Street, Suite 3200
Arlington, VA 22209
Phone: (202) 616-4766
Fax: (202) 616-9884

CC: Computer Security & Information Technology Audit Office
U.S. Department of Justice
Office of the Inspector General
1425 New York Avenue, N.W., Suite 5000
Washington, D.C. 20530
Phone: (202) 616-3801
Fax: (202) 616-1697

Note: The statements in this letter are declared under Oath/Declaration. Typed with the help of family. If there is a form specific to filing this complaint then please notify me via mail so that I can file the complaint properly to the U.S. DOJ/OIG.

Dear Investigation Division,
I am filing a complaint with your office in regards to the U.S. Attorney Ripley Rand and Assistant Anand Prakash Ramaswamy in Greensboro North Carolina using evidence in the form of a false confession against me in the Greensboro U.S. District Court, that was produced from a threat and coercion directed against a mentally disabled individual which is myself and by detectives Robert Bridge(Reidsville, NC Police Department) and Christopher Todd Brim(Mayodan, NC Police Department). This is a second complain I am filing in regards to the U.S. Attorney in regards to using illegal/inadmissible/invalid evidence right after the first complaint based on evidence tampering.

This complaint is in regards to evidence that was illegally/invalidly used in my criminal case United States of America vs. Brian David Hill, docket # 1:13-cr-00435-WO, North Carolina Middle District, and under the U.S. District Court.

I am not guilty of the crime of possession of child pornography due to the facts that I was set up likely by a mix of a computer-virus/computer-hacker that ran emule.exe which I call the eMule virus and evidence tampering done by the police detectives. Also I have received information that may or may not be false stating that my IP Address 24.148.156.211 may have been manually added into the

Child Protection System in Boca Raton, FL which I was not able to confirm myself as of yet at this time.

U.S. Attorney Ripley Rand and U.S. Assistant Attorney Anand Prakash Ramaswamy used invalid/illegal evidence of the false confession against me as follows:

1. I sent a letter to the U.S. Attorney Office earlier in the year stating that Mayodan deceived him and his office, that I am not a pedophile, and that there was some form of coverup of things I sent to the court in May 2014. Despite all of that the U.S. Attorney did not investigate into this but instead continued on with the guilty plea agreement and conviction of myself. I have a hand written copy or photocopy of this letter somewhere in my records. They were warned that they were deceived by the Mayodan Police that was responsible for evidence being used against me in Federal Court, yet continued on prosecuting me despite me sending evidence that countered their evidence as they only received evidence from a police department that had a chief angry at me for a online hobby blog posting I did around July 2012.

2. The U.S. Attorney Office was even warned by Susan Basko(Document 45 in my case docket), lawyer for Independent Media, about my situation, about my plight early on in my case.

3. I made false statements during my confession made on August 29, 2012 at the Mayodan Police Department in front of detectives Todd Brim and Robert Bridge. One such false statement was that I claimed I put child porn on my netbook, yet when my family asked lawyer John Scott Coalter if I had any child porn on the netbook they were told none was found. That would mean that forensics found no child porn on the very netbook that I claimed I put child porn on in the confession audio and records by the Mayodan Police Department. I also lied to the detectives that I am sexually attracted to 12 to 13 yo girls. All the internet relationships I had since I was a teenager on the internet were with girls around the same age as me. FBI should have a record as to a report I filed with the FBI when I was 16 years old when I sent chat logs to them about my ex-friend Rachael Marie Ashcraft from Cincinnati Ohio who was 15yo at the time claiming to have dated a older man past the age of eighteen named Michael Wilson or Mike Wilson or something like that. I discovered he was first 26 years old then his age was bumped up to 32yo. I was concerned for her, for her safety, and had a feeling that she was going to be sexually abused. That was when I was a teenager. When I became an adult I did date and flirt with adult women. I had a long distance internet girlfriend from Canada but she cheated on me and had a baby, but I broke up with her due to cheating and the fact I wasn't ready to have a child, that was 2011. Due to my mental health issues I don't think I will ever have a child since my mental problems affect my everyday living. I couldn't take care of a child. Total opposite of a pedophile interested in little girls. Another lie I told detectives was that I told them I masturbated to child porn. Another lie or misstatement was that I somehow told the detectives that I knew what PTSC and PTHC meant. Somebody told me what those terms meant and I think it may have been one of the police officers. I did get the eMule virus in July 2012 and was doing everything I could to fight that virus and I did discover that the virus was sharing things with terms PTHC, PTSC, 9yo, possibly other questionable materials on the internet without my knowledge, without my consent, and without any intent from me. Also the child porn forensics found was various ages and not limited to the very ages that the detectives got me to confess to in regards to sexual attraction. There are proven false statements in the confession audio which would have made me look bad at a jury trial or even a bench trial. Now this proves I made such false statements, statements that are not truthful to law enforcement detectives. Now why would I lie to the detectives which would fabricate my own guilt in a criminal trial? Because I told them what they wanted to hear as the authority figures. I was also threatened to fess up whether true

or false. I have mild autism, OCD, abnormal EKG/EEG readings, type 1 brittle diabetes, General Anxiety Disorder, and even seizure disorder which can all be proven by medical records on me by medical professionals. Considering my severe mental and physical issues the detectives should not have interviewed me the way they did it as such interviews can produce false statements, misleading statements, and false confessions. I had no advocate with me at the time of the false confession nor did he police offer me one for my mild autism and mental issues.

4. I was threatened by Mayodan Police Chief Charles J. Caruso to confess, telling me in front of my family members on August 28, 2012 during the police raid, he said "Fess Up!!!", "We know you did it". "You better fess up or else your mother will be held responsible" from what I can remember from that incident. That very threat caused my false confession and false statements to detectives on August 29, 2012. Then before I made the false statements during the false confession audio recording used in evidence by U.S. Attorney Ripley Rand, Chief Caruso confronted me alone in the police department waiting area where there were chairs, then intimidated me. Told me at the police station "This is serious!!!", "I know about the article you written on the town council. What you said was slander. I never made you leave, I only asked you to leave." I was afraid so I couldn't even defend myself against his false accusation so all I said to him was my blood sugar was low. He said "That is no excuse to slander the police chief" or something like that. That was while my mother was being interviewed by the detectives before I was to be interviewed. This Caruso guy threatened me multiple times in my life. Another threat he made was July 9, 2012 which I posted publicly on the internet at uswgo.com.

5. Medical records show I have serious mental and physical issues. Even before, during, and after the police raid. The police were even notified of my health problems on the day of the raid by family.

The U.S. Attorney Ripley Rand and U.S. Assistant Attorney Anand Prakash Ramaswamy used the false confession as evidence in my criminal case despite the fact that it was FALSE, and can be proven as FALSE, and that I had mental health issues that affect the credibility and reliability of such statements made during the interview.

For that the U.S. Attorney and Assistant Attorney should be investigated for using evidence that never should have been used against me in the first place but used it anyways. The evidence reliability, credibility, and legality should be investigated by the U.S. Department Of Justice and Office of the Inspector General. After the investigation is conducted and finished, I request that I get a copy of the investigation verdict/results to help me use in overturning my wrongful conviction in the U.S. District Court in the Western District of Virginia once my Federal case is transferred to Virginia by the U.S. Probation Office. All evidence that the U.S. Attorney used in my case for probable cause in the indictment should be investigated/audited for it's validity/credibility/admissibility. There was evidence the U.S. Attorney used that evidence that never should have been used as ineffective assistance of counsel wanted to make sure I never got a suppression hearing to suppress the inadmissible evidence being used against me to railroad me to a guilty plea agreement.

Therefore I ask the DOJ Office of Inspector General to conduct the audit/investigation based on my statements in this complaint.

If you have any questions or concerns then please feel free to write me and my family or call us.

Page 4/4 **12/04/2014 – COMPLAINT AGAINST U.S. ATTORNEY– 7:35PM– Brian D. Hill**

Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

I declare under penalty of perjury that the foregoing is true and correct.
Executed on November 24, 2014.

Electronically Signed:
Brian David Hill – **Brian D. Hill**          **Brian D. Hill**
(276)632-2599                                            *Signed*
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

Witnesses to back complaint:

Roberta Hill – 916 Chalmers St., Apt. B, Martinsville, VA 24112 – (276) 632-2599
Kenneth Forinash – 916 Chalmers St., Apt. A, Martinsville, VA 24112 – (276) 632-2599
Stella Forinash – 916 Chalmers St., Apt. A, Martinsville, VA 24112 – (276) 632-2599

Mental health diagnoses records/documents backing this complaint:

1. Mild Autism
2. Seizure Disorder
3. Obsessive Compulsive Disorder(OCD)
4. Type 1 brittle diabetes
5. General Anxiety Disorder

# EVIDENCE ATTACHED TO THIS FAX LETTER

**Patient:** HILL, BRIAN D
**DOB:** 05/26/1990  **Age:** 21 Y  **Sex:** Male
**Phone:** 336-520-7972
**Address:** 413 NORTH SECOND AVENUE, MAYODAN, NC-27027
**Pcp:** MEDICAL ASSC. WESTERN ROCKIGHAM

**Provider:** Daniel Tesfaye, MD
**Date:** 07/21/2011

---

## Subjective:

**CC:**
  1. EEG RESULTS.

**HPI:**
  Constitutional:
    Seen in follow up and his EEG was abnormal. No clear seizure activity. I have expressed to the mother and the patient that abnormal EEGs are seen in autistic patients and at this time we are not going to start him on any new medications.

**Medical History:** Autism, Seizure disorder, Type I diabetes.

**Medications:** Lantus solution 100 units/mL once a day (at bedtime), NovoLog solution 100 units/mL 3 times a day, Medication List reviewed and reconciled with the patient

**Allergies:** N.K.D.A.

## Objective:

**Vitals:** BP 108/70, HR 92, Ht 5'8", Wt 190.2, BMI 28.92.

**Past Orders:**

**Examination:**

## Assessment:

**Assessment:**
1. Autistic disorder NOS – 299.00 (Primary)

## Plan:

**Immunizations:**

**Labs:**
**Follow Up:** prn

**Provider:** Daniel Tesfaye, MD
**Patient:** HILL, BRIAN D  **DOB:** 05/26/1990  **Date:** 07/21/2011

**Electronically signed by Daniel Tesfaye MD, MD on 07/28/2011 at 11:10 PM EDT**
**Sign off status: Completed**

**Past Orders:**
**Examination:**
  General Examination:
    Observation pleasant.
  Neurological:
    Cortical functions: Avoids eye contact. Withdrawn but answers well. Features of autism noted.. Cranial nerves: I – Not Tested., II – Pupils 4mms reacting briskly to 2 mms, no afferent pupil defect, III , IV, VI – EOM were full with normal pursuit and saccade, No ptosis or nystagmus, V – Motor V intact, Pinprick, light touch intact in all three divisons, VII - No asymmetry or weakness, VIII - Actuity intact to finger rub bilaterally, IX , X- Palate rose in midile., XI - Sternocleidomastoid, trapezius strength intact., XII - Tongue protruded midline w/o atrophy or fasciculations. Motor Strength: V/ V bilaterally, no drift, no cogwheeling. Sensory: normal bilateral LE. Cerebellar signs: absent. Tremors: absent. Coordination: finger-to-nose and rapid alternating movements were intact, No ataxia. Gait and Station: Within normal limits.

## Assessment:

**Assessment:**
1. Seizure Disorder - 780.39 (Primary)
2. Autistic disorder NOS – 299.00

## Plan:

**1. Seizure Disorder**
Most likely symptomatic seizures will obtain baseline EEG.

**Immunizations:**

**Labs:**
**Preventive:**


**Follow Up:** prn



**Provider:** Daniel Tesfaye, MD
**Patient:** HILL, BRIAN D  **DOB:** 05/26/1990  **Date:** 07/05/2011

**Electronically signed by Daniel Tesfaye MD, MD on 07/05/2011 at 10:48 AM EDT**
**Sign off status: Completed**

CHARTER GREENSBORO BEHAVIORAL HEALTH SYSTEM
700 Walter Reed Drive, Greensboro, NC 27403
(336) 852-4821 FAX (336) 852-7224

PATIENT NAME:      HILL, BRIAN                                    Page 1
MEDICAL RECORD #:  21569
ADMISSION DATE:    03-13-98
DISCHARGE DATE:    03-20-98

## DISCHARGE SUMMARY

**INITIAL ASSESSMENT AND DIAGNOSES:** Brian was a 7-year-old boy
with a history of developmental disorder who had a past history
of surgery on his urethra for a meatal stricture. Since that
time, he had reportedly had behavioral problems, particularly at
school. He got into trouble on the day of admission because he
hit a teacher reportedly. He has a history of behavioral
problems over the years but reportedly was fairly well-contained
until the surgery. Since then he has been biting himself and
biting his peers. He has tantrums where he turns over the
furniture and throws things. He gets upset when these outbursts
occur and gets anxious about going back to school because he
supposedly wants to control himself but feels that he cannot. He
also reportedly had a history of seizure disorder.

**MENTAL STATUS EXAMINATION:**          Mental status at the time of
admission revealed an alert and oriented boy who was pleasant.
He answered questions and made good eye contact. He admitted to
behavioral at school and says he hit his teacher. He does not
expand on his answers and to many of the questions, he would say,
"I don't know," but there was no evidence of any psychotic
thinking or behavior. His memory seemed intact based on recent
events that I was aware of in his life that he did recall.
Concentration was adequate. Insight was lacking. Intellectual
functioning was hard to judge because he answered questions
minimally or with, "I don't know." Other pertinent history can
be obtained from the Social Service summary. Physical
examination was normal.

**ADMITTING DIAGNOSES:**
AXIS I     Pervasive developmental disorder.
AXIS II    Deferred.
AXIS III   Diabetes mellitus.
           Seizure disorder, by history.
AXIS IV    Developmental disorder.
           History of recent surgery.
AXIS V     30/50.

**FINDINGS:**                          All indicated laboratory
examinations were within normal limits, including a blood sugar
which at the time was 100.

**HOSPITAL COURSE:**                    Brian, for probably four days,
was no problem. He got along with his peers. He was cooperative
in the program. He was very lovable and pleasant. He was not

## DISCHARGE SUMMARY

DIVISION FOR TREATMENT AND EDUCATION OF AUTISTIC
AND RELATED COMMUNICATION HANDICAPPED CHILDREN

Department of Psychiatry
University of North Carolina

D I A G N O S T I C   E V A L U A T I O N

Patient:  Brian Hill                                    Center:  High Point, NC
Chart #:  60373              D.O.B.  5-26-90             Date:  10-19-94

Staff:  Marquita Fair, Child Therapist
        Allison Butwinski, Parent Consultant
        Dr. Roger D. Cox, Licensed Practicing Psychologist and
                    Clinical Director

TESTS ADMINISTERED:

Psychoeducational Profile-Revised (PEP-R)
Vineland Adaptive Behavior Scale

REFERRAL INFORMATION:

Child's Name:  Brian Hill
Age:  4 years 5 months
Address:  133 Mike Lane, Reidsville, NC  27320
Parents:  Roberta Hill
Current Status:  Lives at home with mother and is being served in
        a preschool developmental delayed classroom at Bethany
Referral Source:  Sheila Shelton
Reason for Referral:  Clarification of diagnosis and educational
        planning

DEVELOPMENTAL HISTORY:

Brian was born prematurely weighing 3 pounds, 13 1/2 ounces.  He
received phototherapy for hyperbilirubinemia and was discharged from
the hospital at approximately 2 weeks of age.  At 18 months, he was
hospitalized for 6 days with the onset of insulin dependent Diabetes
Mellitus.  He currently is taking NPH insulin and Regular insulin and
his diet is regulated according to the American Diabetic Association
diet.  At 35 months Brian was seen at the Greensboro DEC due to
language delays.  There were concerns regarding Brian's social
relatedness and language development.  It was felt that his
neurodevelopmental profile may represent a form of a pervasive
developmental disorder and a TEACCH referral was recommended.

When assessed with the PEP-R, Brian's test scores indicated relative weaknesses in the motor area and relative strengths in eye-hand integration.

Brian was able to receptively and expressively identify pictures in a language book, demonstrate the function of objects, sort cards, identify numbers, and sort objects.
He had several emerging abilities, including identifying objects by touch, drawing a person, and copying a diamond.

DIAGNOSIS:

Autism - mild range

INTERPRETIVE CONFERENCE SUMMARY:

Attending Brian's interpretive conference were his mother, Roberta Hill, his preschool teacher, Sheila Shelton, and TEACCH staff, Allison Butwinski and Dr. Roger Cox. Results of the test administered were shared indicating Brian has many of the characteristics of mild autism. It is felt that Brian would benefit from a classroom with a small teacher to student ratio, individualized instruction, and autistic interventions.

RECOMMENDATIONS:

1. Brian would benefit from placement in a classroom with a small teacher to student ratio. The classroom environment should be free of distractions. A specific work area should be set up for Brian with a desk and boundaries to minimize distractions.

2. The classroom teacher should be experienced in autism, and have knowledge of structured teaching techniques. A three day training is being offered November 28-30 at the Gateway Education Center in Greensboro. The purpose of this training is to teach strategies that are typically successful in working with and teaching new skills to children with autism.

3. Brian should receive one-on-one teaching sessions 2-3 times a day to develop new skills. A teacher should sit across from Brian and present materials using the routine of working from left to right. Brian will place completed work to his right in a "finished basket" This will help him understand that what he has to do is in a basket to his left, how much work he has to do by the number of baskets with work in them, and he is finished when all the baskets are gone. He should be allowed breaks away from the table between tasks. It is important that Brian understand the contingency of working first and then receiving a break.

4. Brian's IEP should reflect the acknowledgement that he is a child diagnosed with autism. Specific strategies and teaching methods recommended by TEACCH should be addressed.

5

Page 6   Brian David Hill   DOB 5/26/90 (DOA 11/6/95) DOD 12/13/95

wanted something from another child, usually food, and he would still tantrum, but they were short lived tantrums, and not nearly as frequent as in the beginning.

Music therapy: During Brian's admission, he did show a decrease in manipulative behaviors. He became established in the routine of the group and was involved in a Christmas program. He learned songs and sang song solos for the performance. He showed a lot of interest and very good involvement in the Christmas program and enjoyed the involvement.

Recreation therapy: In decreasing manipulative behavior, Brian met criteria to perform/complete 75% of staff's requests within the prescribed time frame. At times, Brian would tantrum when requests were denied. Staff would simply use planned ignoring. In improving social skills, Brian would maintain eye contact when addressed by a staff member. Some cooperative play was noted during the latter part of the admission. Often Brian would initiate game play with peers during open play. To increase compliance, Brian complied to 75% of staff's initial requests and there was good response to reward/incentives used during therapy sessions.

## Final Diagnoses:

1.   Pervasive Developmental Disorder.

2.   Insulin dependent diabetes mellitus.

3.   Duane's syndrome.

4.   Expressive language disorder.

5.   Borderline cognitive skills with significant scatter.

6.   Abnormal EEG (generalized slowing).

## Discharge Medications:

1.   Clonidine 0.025 PO QID.

2.   Humulin insulin as directed by Dr. Sough (discharged on 7 U NPH and 3 U regular insulin 20 minutes before breakfast and 4 U NPH and 1 U regular insulin 20 minutes before supper).

3.   Clotrimazole 1% cream to inguinal tinea corporis lesion BID.

AMOS COTTAGE DISCHARGE SUMMARY



**Page 4   Brian David Hill   DOB 5/26/90   DOA 11/6/95   DOD 12/13/95**

Brian's EEG was abnormal, and was interpreted as "abnormal pediatric awake and asleep EEG demonstrating: 1) Continuous slowing, generalized. 2) Background slowing." A cranial MRI was normal. These results were to be given to Brian's neurologist, Dr. William H. Hickling in Greensboro, for follow-up at home.

To help control impulsive behavior, Clonidine was started on 11/21/95 at a dose of 0.025 mg PO QHS, gradually increasing to a dose of 0.025 mg PO QID by 11/30/95. Behavior began to be more manageable, with fewer tantrums and more interaction with other people on Clonidine. For convenience, he was changed to a Catapres-TTS-1 patch. However, this was not as effective and he was changed back to oral Clonidine at the previous dose.

2) <u>Management of diabetes mellitus, including intake of a wide variety of foods</u>. Brian was initially maintained on the same doses of regular and NPH Humulin insulin which he had been on at home. Blood sugars were checked by glucometer before meals, at bedtime, and following glucometer readings < 60 or > 300, with urine ketones being checked for glucose > 300. Brian's intake of the varied diet offered at Amos Cottage was extremely variable and unpredictable (as compared to a steady, predictable intake of his favorite foods at home). Initially, he did not eat well for most meals, with a noticeably poor intake at lunch and supper. His insulin doses had to be decreased accordingly. When he developed viral gastroenteritis, his insulin had to be further decreased. On several occasions, he had blood sugars < 60, with rare blood sugars < 40. However, he only had a couple of episodes of symptomatic hypoglycemia. He also had many episodes of blood sugars > 300, not associated with ketonuria or symptoms other than urinary incontinence. Control of his diabetes increased significantly after he began to eat a more varied diet more predictably (especially after starting Clonidine) and after we began to systematically replace uneaten and poorly consumed meals with Choice DM.

3) <u>Decreased manipulative behavior</u>: Brian's behavior was mostly compliant and cooperative, with occasional tantrums. Initially, Brian's tantrums were very frequent and often included requests to have his blood sugar checked. His family confirmed that he had gotten a lot of attention from school staff and family members for his tantrums in the past out of fear that the tantrums might worsen his diabetes mellitus. Brian also had some tantrums when he was not given his favorite foods to eat. When the staff ignored Brian's tantrums, he quickly saw that he could not manipulate the staff and the frequency of the tantrums decreased dramatically. He quickly learned the behavior modification program and became more cooperative.

4) <u>Behavior management training with family and school</u>: Social work arranged weekly conferences with the family to discuss behavior management and other issues. Prior to discharge, a conference was held with the school staff, Amos Cottage treatment team, Autism Society advocate and pediatric diabetes nurse

AMOS COTTAGE DISCHARGE SUMMARY

MEMORIAL HOSPITAL OF MARTINSVILLE
P.O. Box 4788 320 Hospital Drive
Martinsville, VA 24115
Telephone (276) 666-7628        Fax (276) 666-7788

DISCHARGE SUMMARY

PATIENT: HILL,BRIAN D                    MR#: MM00370912

ADMIT DATE:  12/12/13                    DATE OF BIRTH: 05/26/90

DISCHARGE DATE:  12/20/13


PATIENT NAME:  HILL, BRIAN

HISTORY OF PRESENT ILLNESS:  A 23-year-old Caucasian male who is autistic
with OCD, got overly excited somehow got himself into a sexual thought that
he was sexual offender and crimes and started making threatening comments
towards law enforcement people around him and he was excessively unable to
function on a day-to-day basis at home.  OCD with autism with psychotic NOS
with diabetes mellitus as the working diagnosis.  Admitted to inpatient unit.
Evaluated to be possibly at risk to self and others and started on Prozac
with Risperdal for control of OCD and autistic irritability along with
continuing Levemir for his diabetes.  Medication and disease education was
conducted over several days.  He was gradually improved in his level of
anxiety control and accomplished maximum hospital benefit to be discharged to
the law enforcement which is investigating his content on his computer hard
drives and found child pornography on it and also due to his inflammatory
remarks online in websites.  He was a person of interest by the Homeland
Security and the Homeland Security cops got together and decided to take over
his case from discharge point in 1 North.

FINAL DIAGNOSES:
AXIS I:  obsessive-compulsive disorder with psychotic, not otherwise
specified with autism limits.
AXIS II:  None.
AXIS III:  Diabetes mellitus.
AXIS IV:  Severe legal problems.
AXIS V:  55.


The patient at the time of discharge was not seen to be of acute risk to self
or others.  He seemed to be well equipped and knowledgeable to defend himself
in the court of law.  If he is innocent, he can bit the charges.  Overall, he
will be discharged to the custody of law officials and discharge medications
were called to the pharmacy of choice of the law officials.

DISCHARGE MEDICATIONS:  Did include Cogentin 1 mg at bedtime, Prozac 20 mg in
the morning, Risperdal 3 mg at bedtime and Levemir FlexPen 18 units in the
morning and 10 units at night.

FOLLOWUP:  As mentioned above.



Job No.:  66164699




Page 1 of 2

# Fax Cover Page

Date: 12/27/2014                 Time: 5:52:01 PM                 Pages: 3

To: Virginia State Police

Attn.: Senior Trooper D. B. Suthers


From: Brian David Hill

Fax ID: 276-632-2599

ATTN: Senior Trooper D. B. Suthers

Virginia State Police
ATTN: Senior Trooper D. B. Suthers
Sex Offender
Investigative Unit
Region 4
1186 East Lee Hwy
Wytheville, VA 24382-0537
Phone: (276) 228-3131
Cell: (276) 613-6125
Fax: (276) 223-0501

Dear D. B. Suthers,

Sir, I need your help over a matter of which is the sole cause of me getting on the sex offender registry to begin with here in Virginia. I had a messed up public defender that wouldn't do anything for me at all except persuade me to plead guilty so I need you to look up something for me. I can't afford a private eye either but me being set up with child porn is a crime thus you can get involved. My IP Address 24.148.156.211 was claimed by the local out of state detectives to be automatically flagged by NordicMule then added automatically to the Boca Ration, FL Child Protection System(CPS). I have some information that leads me to reasonably suspect that my **IP Address was manually added** to the server in order to manufacture false information to get a subpoena for the subscriber address holder of my IP Address to get the search warrant to possibly help frame me with child pornography possession.

A source named Mary Dagan Foxman told me she got in touch with a certain person that had access to that law enforcement database assuming shes telling the truth and she sent me information stating that my IP Address was manually added to the CPS server not automatically flagged like the detectives claimed in Federal Court record. Not just that but the N.C. Detectives told me in 2012 that they can add my grandparents IP Address "to the server" even though there is no evidence at all of their IP Address being involved so I suspect the detectives threatened to put their IP Address on the server for investigation if I didn't falsely confess on August 28, 2012. There was a lot of issues I had with the Mayodan Police before I was even raided but it is a long story to tell you in just one letter. I believe I have been set up with child pornography, that evidence was manufactured against me, and that I was given a kangaroo court trial in Greensboro, NC to get me on the sex offender registry. Look I have enough evidence for reasonable suspicion that I been set up with child pornography to become a registered sex offender for fifteen years and a permanent criminal record that is nearly impossible to expunge unless I can prove my innocence. I've asked county Sheriffs for help while I was in jail, nobody would help me cause they all thought I was guilty. All I am looking for is the truth.

If this turns out to be true then I have been added to the sex offender registry through fraudulent evidence manufactured by the local police in North Carolina then the fraudulent evidence got syndicated to the State Bureau of Investigation then moved to the Federal Bureau of Investigation to have them believe that I was guilty of the crime not knowing that the evidence they had on me may be fraudulent and false.

I am sure you have access to the Child Protection System and somebody from the ICAC task force. My inquiry is that I like for you to send me a printout of my IP Address information from the Boca Raton CPS database so that I can find out whether I was indicted on fraudulent evidence on November 26, 2013 then forced out of the Martinsville Memorial Hospital by Homeland Security agents on a child

pornography charge which led to me being on your state's sex registry. I need your help in finding out if my IP Address was manually added into the server.

Whatever you find out I like for you to mail it via certified mail to my home at 916 Chalmers St., Apt. D, Martinsville, VA 24112. I am sorry for trying to get you involved but I feel you are a respectful officer that wants to look into the truth about crimes being committed. The FBI won't help me, they assume I'm guilty and won't listen to me. I am out of options unless I can strong-arm Boca raton through subpoenas to get the information myself but I can't. I need to put this issue to rest on whether my IP Address was automatically flagged or manually entered. If it was entered by a police officer then this may prove that my IP Address was acquired by other means(hacking, comment posting, etc etc) then added to the database under false pretenses.

I need your help to investigate this matter as I may be on the sex offender registry fraudulently via evidence fraud as someone's sick revenge attempt from somebody in North Carolina with access to the ICAC state task force.

Thank You!

Sincerely,
Brian David Hill
(276)632-2599
916 Chalmers St., Apt. D
Martinsville, VA 24112

Electronically Signed:
Brian David Hill – **Brian D. Hill**
(276)632-2599
916 Chalmers St., Apt. D
Martinsville, VA 24112

Physical/Legal Signature:

*Brian D Hill*
*Signed*

# Fax Cover Page

**Date: 12/30/2014**          **Time: 6:22:21 PM**          **Pages: 3**

**To: TLO**

**Attn.: Child Protection System(CPS)**

**From: Brian David Hill**

**Fax ID: 276-632-2599**

**Letter in regards to the Boca Raton Child Protection System(CPS) by TLO company.**

Tuesday, December 30, 2014

# TLO
ATTN: Child Protection System(CPS)
4530 Conference Way South, Boca Raton, FL 33431
Phone: (561) 988-4200
Fax: (561)998-8628

Dear TLO,

I like to inquire on the fact that my IP Address was manually added into the Boca Raton, FL Child Protection System(CPS) by TLO company. I have evidence that my IP Address **24.148.156.211** may be manually added into CPS server instead of automatically flagged like the detectives claimed in their police reports, search warrant affidavit, and other official records which all indicate **evidence fraud** if this turns out to be the case. I need to you to verify if my IP Address was added manually and if it is then by who(which police officer?) and at what date/time was it logged/added.

I hope I rather not have to go as far as subpoenaing your company for the CPS server IP Address record in regards to the child pornography investigation when I file a civil claim on overturning my criminal conviction, but I will if I have to. I just want to find out the truth. I am trying to figure out if my IP Address was manually entered into the CPS server database by a certain police officer in North Carolina or if it was automatically flagged then entered into the system.

I am taking this matter very seriously and have already got in touch with the FBI and the state police in regards to this matter in investigating how my IP Address got into the CPS Server. I am NOT a police officer, I am NOT a law enforcement agent, but in the event the FBI or state police find out my IP Address was manually entered then I have been fraudulently indicted due to evidence fraud by the police officers that turned over fraudulently generated evidence to the U.S. Attorney Ripley Rand and that is a federal crime, to manufacture false evidence in order to make somebody look guilty of a crime they didn't commit. This may not be the case but I received information that it may have been added, manually.

I will also forward this letter to Special Agent Adam S. Lee and the U.S. Department of Justice to inform them of my progress in the matter of investigating possible evidence fraud which I'm a victim of since that fraudulent evidence was used against me along with the nasty public defender.

Please send me a response via mail(if faxing attempts fail repeatedly) or fax to **(276) 632-2599**. I will leave my computer fax modem on December 31 to receive any faxes from you on this number. At least till 5:00PM. If you are unable to send me a fax then send your response to rbhill67@yahoo.com & a copy(CC:) to admin@uswgo.com if you prefer emails to mailings. Thank You!

Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

**Brian D. Hill**
*Signed*

Electronically Signed:
Brian David Hill – **Brian D. Hill**

(276)632-2599
admin@uswgo.com
916 Chalmers St.. Apt. D
Martinsville. VA 24112

Legal Signature

# In the United States District Court

## For the Middle District of North Carolina

### Greensboro Division

Criminal Action No. 1:13-cr-435-1

Defendant, Brian David Hill

v.

Plaintiff,
United States of America

## DECLARATION BY DEFENDANT IN SUPPORT
## OF APPEAL, NEW TRIAL, OR ANY OTHER PURPOSE

I the Defendant Brian David Hill had not known what all was in my discovery until
January 22, 2015. That was why I had pleaded guilty falsely on June 10, 2014, because
Placke coerced me to plead guilty leading me on to thinking the government had enough
evidence to convict me, that there was nothing I could do to convince a Jury otherwise, I
thought that the government had enough evidence to prove me guilty despite the fact I
always had a true belief that I was Actually Innocent, Legally Innocent of the indictment
against me. Also I was at a disadvantage as I was in a maximum security jail where it was
difficult to build my own case for my own legal defense. I was at the mercy of a defense
attorney that wasn't really a defense attorney because he only wanted my guilty plea. I
had only known at the time a portion of all of the discovery evidence before I had plead
guilty. I assumed there was a state crime lab forensic report based on what Mayodan
Police had told me. I knew the false confession was in there, the state search warrant, and
the inventory. I had no idea what was even in the crime lab report by North Carolina
State Bureau of Investigation (SBI) Special Agent Rodney White. Placke my ex-attorney

1 - DECLARATION

was ineffective as he never showed me all of the pages of what was in the Motion for Discovery. I assumed the state crime lab report was by a forensic scientist and that Agent White was conducting an investigation file over what was found at the state crime Laboratory. I had no idea that Agent White had conducted the analysis himself instead of a scientist or technician at the Triad crime lab. Even after receiving a copy of the Mayodan Police Report in December 2014, I focused on other issues in the report that I didn't think to look into the fact that the state crime lab technician didn't conduct the analysis of the Hard drives but that Agent Rodney White had conducted the analysis instead.

Placke never shown me all of the discovery evidence and part of that reason is because it was the size of a book which is deceptive in nature in my belief. After me and my family had reviewed over the discovery on Jan 22, 2015, we determined that the government does not have the evidence to prove me guilty beyond a shadow of doubt. Placke did not fight to change the discovery agreement to allow photocopying and even retaining my own copy is out of fear that I might discover evidence fraud or evidence that doesn't fit with any other evidence the government has. Placke had an agenda to have me take the plea agreement. Placke had only reviewed over the confession audio of my false confession, some of the Mayodan Police papers, and that was it, then told me that the FBI was involved with my case as I didn't find any evidence in the discovery papers that the FBI was even involved. When the attorney lies to me, when the attorney lies to my family, has them all believe a Jury would have found me guilty, **then that would be grounds for a false admission of guilt aka a false guilty plea**. Then promising me a sentence of Time Served hoping that being so happy not being in jail suffering with consistent high blood sugars which can cause permanent bodily damage overtime the

## 2 - DECLARATION

longer I had stayed in jail, that I would not challenge my guilty plea.

**However my guilty plea is not true and was manufactured by invalid evidence** and the evidence that the government had presented to the Grand Jury is deceptive in nature in my belief due to the evidence I have and the contradictions in the government's evidence. The government lied to me, Placke lied to me, and John Scott Coalter wouldn't have the time to read over a whole book in such a short amount of time when the book was just some evidence ballooned up to make it look like the government had a whole bunch of evidence against me to prove me guilty beyond a shadow of doubt but yet I have seen in the discovery evidence on the 22nd of January that the government does not have the evidence to prove me guilty beyond a shadow of doubt. I won't bring up all of the exact things I noticed in the discovery evidence that is fishy until I get a new attorney especially a private attorney that will represent me on a pro bono basis as this case represents a new violation of civil liberties like violation of due process, first amendment, and my sixth Amendment right to effective counsel. I found that the evidence is all wrong and should not have been used in the first place.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 26, 2015.

_Brian D. Hill_
Signed

Brian D. Hill **( pro se )**
916 Chalmers St. – Apt. D
Martinsville, VA   24112
Phone: (276)632-2599

## 3 - DECLARATION