Bryan David [illegible]
916 Chalmers St, Apt. D
Martinsville, VA 24112



United States Postal Service
SIGNATURE CONFIRMATION

2306 1570 0000 5408 8340

CLERK, U.S. DISTRICT COURT
GREENSBORO, NC
12:30 pm

JAN 29 2015

L. Richardson Preyer Federal Building
U.S. District Court
ATTN: Clerk of the Court
324 W. Market St., Suite 1
Greensboro, NC 27401
Note: NOTICE OF APPEAL &
ADDITIONAL EVIDENCE ATTACHED
Sealed Jan 27, 2015, Mailed Jan 27, 2015

Sealed Jan 25, 2015, Mailed Jan 27, 2015



PRIORITY MAIL
TRACKED INSURED

For Domestic Use Only
Label 107R, July 2013

UNITED STATES POSTAL SERVICE
1006
27401

U.S. POSTAGE PAID
MARTINSVILLE, VA
24112
JAN 27 '15
AMOUNT
$8.65
00045150-16