In the United States District Court

for the Middle District of North Carolina

Greensboro Division



Defendant, ~~Brian D. Hill~~
Brian David Hill     v.     Criminal Action No. 1:13cr435-1

Plaintiff, United States of America

## REQUEST FOR TRANSCRIPT

Transcripts are requested for appeal purposes

for case 13-cr-435 of proceedings held as follows :

    Status Conference 6/4/2014

       before JUDGE N. C. TILLEY, JR

CJA Voucher requested to pay Transcript fees as I am indigent under CJA status. So pursuant to the Criminal Justice Act (18 U.S.C. §3006A) for purposes of Appeal, I ask for the Transcript under CJA Voucher.

Brian D. Hill    Jan 30, 2015
*signed*

Brian D. Hill ( pro se )
916 Chalmer St, Apt. D, Martinsville, VA 24112
Phone: (276)632-2599

# CERTIFICATE OF SERVICE

I hereby certify that service was made by mailing

by deposit in the United States Mail, Postage prepaid,

on _January 30th_, 2015

a true and correct copy of the foregoing

REQUEST FOR TRANSCRIPT, *and signed CJA Voucher form (attached)*

addressed to:

Mr. Anand P. Ramaswamy
Assistant United States Attorney
101 South Edgeworth Street
Greenboro, NC 27401

and a true and correct copy addressed to:

Jane Allen-Calhoun, Court Reporter
North Carolina Middle District
324 W. Market Street
Greensboro, N.C. 27401

*and a true and correct addressed to:*
*U.S. Court of Appeals,*
*1100 E. Main St., Suite 501*
*Richmond, VA 23219*

_Brian D. Hill    Jan 30, 2015_
Brian D. Hill ( pro se )
916 Chalmer St, Apt. D, Martinsville, VA 24112
Phone: (276)632-2599