In the United States District Court

for the Middle District of North Carolina

Greensboro Division

FILED
FEB - 2 2015
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By _____

Defendant, ~~Brian D. Hill~~

Brian David Hill     v.     Criminal Action No. 1:13cr435-1

Plaintiff, United States of America

## REQUEST FOR TRANSCRIPT

Transcripts are requested for appeal purposes

for case 13-cr-435 of proceedings held as follows :

    Change of Plea Hearing 6/10/2014
        before CHIEF JUDGE WILLIAM L. OSTEEN JR.

    Motion Hearing 9/3/2014
        before CHIEF JUDGE WILLIAM L. OSTEEN JR.

    Called for sentencing 9/30/2014
        before CHIEF JUDGE WILLIAM L. OSTEEN JR.

    Status Conference 10/15/2014
        before CHIEF JUDGE WILLIAM L. OSTEEN JR.

    Sentencing Hearing 11/10/2014
        before CHIEF JUDGE WILLIAM L. OSTEEN JR.

*Brian D. Hill*    Jan 30 2015
Signed

Brian D. Hill ( pro se )
916 Chalmer St, Apt. D, Martinsville, VA 24112
Phone: (276)632-2599

CJA Vouchers requested to pay Transcript fees as I am indigent under CJA status. So pursuant to the Criminal Justice Act (18 U.S.C § 3006A) for purposes of Appeal I ask for the Transcripts under CJA Voucher.

# CERTIFICATE OF SERVICE

I hereby certify that service was made by mailing

by deposit in the United States Mail, Postage prepaid,

on _____January 30th_____, 2015

a true and correct copy of the foregoing

REQUEST FOR TRANSCRIPT, and signed CJA Voucher forms (attached)

addressed to:

Mr. Anand P. Ramaswamy
Assistant United States Attorney
101 South Edgeworth Street
Greenboro, NC 27401

and a true and correct copy addressed to:

Joseph Armstrong Court,     Court Reporter
North Carolina Middle District
324 W. Market Street
Greensboro, N.C. 27401

and a true and correct copy addressed to:
U.S. Court of Appeals,
1100 E. Main St, Suite 501
Richmond, VA 23219

_____Brian D. Hill    Jan 30, 2015_____
Brian D. Hill ( pro se )
916 Chalmer St, Apt. D, Martinsville, VA 24112
Phone: (276)632-2599

_January 30th_, 2015

Joseph Armstrong, Court Reporter
North Carolina Middle District
324 W. Market Street
Greensboro, N.C. 27401

*1:13CR435-1*

Re: U.S. v. Hill, District Court # 13CR435

Enclosed please find a copy of a request for transcript filed with the court.

Change of Plea Hearing 6/10/2014
Motion Hearing 9/03/2014
Called for sentencing 9/30/2014
Status Conference 10/15/2014
Sentencing Hearing 11/10/2014

I am enclosing a copy of the CJA 24 voucher (filed with Clerk of the Court) form I have signed asking the United States to pay the transcript service fee. Since I am indigent I am sure the government will pay for the transcript fee for my Request for transcript. _Multiple forms enc._

If a fee is required, please ask the court how much I would be required to pay.

If you have any question, please let me know.

Best wishes to you,

Brian D. Hill (Pro Se)
916 Chalmers St, Apt. D, Martinsville, VA 24112
Phone: (276)632-2599

_Brian D. Hill_
_Signed_

Enc.