♦CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED Brian David Hill | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 1:13-CR-435-1 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF *(Case Name)* U.S. v. Brian David Hill | 8. PAYMENT CATEGORY ☑ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | 9. TYPE PERSON REPRESENTED ☑ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE *(See Instructions)* Pro Se | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

**18:2252A(a)(5)(B) and (b)(2) Possess child pornography of a prepubescent minor under 12 years of age (1)**

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*

For the purpose of appealing my conviction. I need to review the transcripts before I file an appeal brief in the Court of Appeal. I need the entire transcript of the hearing or hearings to find any errors to prepare for the appeal brief. Appeal is reason for request.

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically).* NOTE: *The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*

Change of Plea Hearing - 6/10/2014 - 28 Pages

14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with *(Give case name and defendant)*

B. ☐ 14-Day ☐ Expedited ☐ Daily ☐ Hourly ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

*Brian D. Hill*       01/30/2015
Signature of Attorney       Date

Brian David Hill(Pro Se)
Printed Name
Telephone Number: (276) 632-2599
☐ Panel Attorney ☐ Retained Attorney ☑ Pro-Se ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judge or By Order of the Court

_____   _____
Date of Order      Nunc Pro Tunc Date

### CLAIM FOR SERVICES

| 17. COURT REPORTER/TRANSCRIBER STATUS | 18. PAYEE'S NAME AND MAILING ADDRESS |
|---|---|
| ☑ Official ☐ Contract ☐ Transcriber ☐ Other | Joseph Armstrong, North Carolina Middle District 324 W. Market St., Greensboro, N.C. 27401 |
| 19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE Brian: I don't have that information. | Telephone Number: (336) 332-6034 |

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | 1-28 | 28 | $3.65 | | | $102.20 |
| Copy | 1-28 | 28 | $0.90 | | | $25.20 |
| Expense *(Itemize)* | These are only estimated costs. | | | | | |
| | | | | | **TOTAL AMOUNT CLAIMED:** | $127.40 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____   Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

_____       _____
Signature of Attorney or Clerk        Date

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| _____   _____ Signature of Judge or Clerk of Court       Date | |

| | | | | |
|---|---|---|---|---|
| ⍟CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08) | | | | |
| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Brian David Hill | | VOUCHER NUMBER | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>1:13-CR-435-1 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF *(Case Name)*<br>U.S. v. Brian David Hill | 8. PAYMENT CATEGORY<br>☑ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>*(See Instructions)*<br>Pro Se | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

18:2252A(a)(5)(B) and (b)(2) Possess child pornography of a prepubescent minor under 12 years of age (1)

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*

For the purpose of appealing my conviction. I need to review the transcripts before I file an appeal brief in the Court of Appeal. I need the entire transcript of the hearing or hearings to find any errors to prepare for the appeal brief. Appeal is reason for request.

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically)*. NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

Motion Hearing - 9/03/2014 - 25 Pages

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with *(Give case name and defendant)*

B. ☐ 14-Day ☐ Expedited ☐ Daily ☐ Hourly ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

*Brian D. Hill*                01/30/2015
Signature of Attorney              Date

Brian David Hill(Pro Se)
Printed Name
Telephone Number: (276) 632-2599
☐ Panel Attorney  ☐ Retained Attorney  ☑ Pro-Se  ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judge or By Order of the Court

_____        _____
Date of Order          Nunc Pro Tunc Date

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS
☑ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS
Joseph Armstrong, North Carolina Middle District
324 W. Market St., Greensboro, N.C. 27401

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Brian: I don't have that information.

Telephone Number: (336) 332-6034

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | 1-25 | 25 | $3.65 | | | $91.25 |
| Copy | 1-25 | 25 | $0.90 | | | $22.50 |
| Expense *(Itemize)* | These are only estimated costs. | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | **$113.75** |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____    Date _____

**ATTORNEY CERTIFICATION**

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

_____    _____
Signature of Attorney or Clerk              Date

**APPROVED FOR PAYMENT — COURT USE ONLY**

23. APPROVED FOR PAYMENT

_____    _____
Signature of Judge or Clerk of Court          Date

24. AMOUNT APPROVED

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Brian David Hill | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>1:13-CR-435-1 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF *(Case Name)*<br>U.S. v. Brian David Hill | 8. PAYMENT CATEGORY<br>☑ Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>*(See Instructions)*<br>Pro Se | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18:2252A(a)(5)(B) and (b)(2) Possess child pornography of a prepubescent minor under 12 years of age (1)

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*
For the purpose of appealing my conviction. I need to review the transcripts before I file an appeal brief in the Court of Appeal. I need the entire transcript of the hearing or hearings to find any errors to prepare for the appeal brief. Appeal is reason for request.

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*
Called for sentencing - 9/30/2014 - 22 Pages

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with *(Give case name and defendant)*

B. ☐ 14-Day  ☐ Expedited  ☐ Daily  ☐ Hourly  ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

*Brian D. Hill*  01/30/2015
Signature of Attorney  Date

Brian David Hill(Pro Se)
Printed Name
Telephone Number: (276) 632-2599
☐ Panel Attorney  ☐ Retained Attorney  ☑ Pro-Se  ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judge or By Order of the Court

_____   _____
Date of Order                Nunc Pro Tunc Date

## CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☑ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS
Joseph Armstrong, North Carolina Middle District
324 W. Market St., Greensboro, N.C. 27401

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE
Brian: I don't have that information.

Telephone Number: (336) 332-6034

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | 1-22 | 22 | $3.65 | | | $80.30 |
| Copy | 1-22 | 22 | $0.90 | | | $19.80 |
| Expense *(Itemize)* | These are only estimated costs. | | | | | |
| | | | | | TOTAL AMOUNT CLAIMED: | $100.10 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____    Date _____

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

_____    _____
Signature of Attorney or Clerk       Date

## APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT

_____    _____
Signature of Judge or Clerk of Court    Date

24. AMOUNT APPROVED

| | | | | |
|---|---|---|---|---|
| ⃫CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08) | | | | |
| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Brian David Hill | | VOUCHER NUMBER | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>1:13-CR-435-1 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF *(Case Name)*<br>U.S. v. Brian David Hill | 8. PAYMENT CATEGORY<br>☑ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>*(See Instructions)*<br>Pro Se | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18:2252A(a)(5)(B) and (b)(2) Possess child pornography of a prepubescent minor under 12 years of age (1)

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*
For the purpose of appealing my conviction. I need to review the transcripts before I file an appeal brief in the Court of Appeal. I need the entire transcript of the hearing or hearings to find any errors to prepare for the appeal brief. Appeal is reason for request.

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*
Status Conference - 10/15/2014 - 13 Pages

14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS
---|---
A. Apportioned Cost ____ % of transcript with *(Give case name and defendant)* |
B. ☐ 14-Day ☐ Expedited ☐ Daily ☐ Hourly ☐ Realtime Unedited |
C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal<br>☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions |
D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. |

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

*Brian D. Hill*     01/30/2015
Signature of Attorney     Date

Brian David Hill(Pro Se)
Printed Name
Telephone Number: (276) 632-2599
☐ Panel Attorney ☐ Retained Attorney ☑ Pro-Se ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judge or By Order of the Court

_____
Date of Order     Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☑ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS
Joseph Armstrong, North Carolina Middle District
324 W. Market St., Greensboro, N.C. 27401

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE
Brian: I don't have that information.

Telephone Number: (336) 332-6034

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | 1-13 | 13 | $3.65 | | | $47.45 |
| Copy | 1-13 | 13 | $0.90 | | | $13.90 |
| Expense *(Itemize)* | These are only estimated costs. | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | $61.35 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____ Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK    I hereby certify that the services were rendered and that the transcript was received.

_____ _____
Signature of Attorney or Clerk     Date

### APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT

_____
Signature of Judge or Clerk of Court     Date

24. AMOUNT APPROVED

| | | | |
|---|---|---|---|
| ⬥CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08) | | | |
| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Brian David Hill | | VOUCHER NUMBER |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>1:13-CR-435-1 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>U.S. v. Brian David Hill | 8. PAYMENT CATEGORY<br>☑ Felony   ☐ Petty Offense<br>☐ Misdemeanor   ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant   ☐ Appellant<br>☐ Juvenile Defendant   ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>(See Instructions)<br>Pro Se |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18:2252A(a)(5)(B) and (b)(2) Possess child pornography of a prepubescent minor under 12 years of age (1)

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
For the purpose of appealing my conviction. I need to review the transcripts before I file an appeal brief in the Court of Appeal. I need the entire transcript of the hearing or hearings to find any errors to prepare for the appeal brief. Appeal is reason for request.

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Sentencing Hearing - 11/10/2014 - 17 Pages

14. SPECIAL AUTHORIZATIONS                                                                                           JUDGE'S INITIALS

   A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

   B. ☐ 14-Day   ☐ Expedited   ☐ Daily   ☐ Hourly   ☐ Realtime Unedited

   C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal
      ☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions

   D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

| 15. ATTORNEY'S STATEMENT | 16. COURT ORDER |
|---|---|
| As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.<br><br>*Brian D. Hill*   01/30/2015<br>Signature of Attorney         Date<br><br>Brian David Hill(Pro Se)<br>Printed Name<br>Telephone Number: (276) 632-2599<br>☐ Panel Attorney  ☐ Retained Attorney  ☑ Pro-Se  ☐ Legal Organization | Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.<br><br>_____<br>Signature of Presiding Judge or By Order of the Court<br><br>_____       _____<br>Date of Order         Nunc Pro Tunc Date |

### CLAIM FOR SERVICES

| 17. COURT REPORTER/TRANSCRIBER STATUS | 18. PAYEE'S NAME AND MAILING ADDRESS |
|---|---|
| ☑ Official   ☐ Contract   ☐ Transcriber   ☐ Other | Joseph Armstrong, North Carolina Middle District<br>324 W. Market St., Greensboro, N.C. 27401 |
| 19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE<br>Brian: I don't have that information. | Telephone Number: (336) 332-6034 |

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | 1-17 | 17 | $3.65 | | | $62.05 |
| Copy | 1-17 | 17 | $0.90 | | | $15.30 |
| Expense (Itemize) | These are only estimated costs. | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | $77.35 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____   Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK   I hereby certify that the services were rendered and that the transcript was received.

_____                  _____
Signature of Attorney or Clerk                              Date

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| _____<br>Signature of Judge or Clerk of Court    Date | |