CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| NCM | HILL, BRIAN DAVID | | 14216000106 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:13-000435-001 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE |
|---|---|---|---|
| US v. HILL | Felony | Adult Defendant | Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 2252A.F -- Activities relating to material constituting or containing child pornography

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
COALTER, JOHN SCOTT
910 North Elm Street
Greensboro NC 27401

Telephone Number: (336) 549-538_

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)
COALTER LAW, P.L.L.C.
910 N. Elm St.
Greensboro NC 27401

13. COURT ORDER
☒ O Appointing Counsel  ☐ C Co-Counsel
☐ F Subs For Federal Defender  ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney  ☐ Y Standby Counsel
Prior Attorney's Name:
Appointment Date:
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other (See Instructions)

_William L. Osteen, Jr._
Signature of Presiding Judicial Officer or By Order of the Court
10/01/2014
Date of Order                Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

FILED OCT - 1 2014
Clerk U.S. District Court
Greensboro NC

FILED NOV 28 2014

### CLAIM FOR SERVICES AND EXPENSES

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. In Court | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | 1.2 | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) Status Conference | 1.0 | | | | |
| | (Rate per hour = $ 126 ) TOTALS: | 2.2 | 277.20 | | | |
| 16. Out of Court | a. Interviews and Conferences | 8.7 | | | | |
| | b. Obtaining and reviewing records | 11.4 | | | | |
| | c. Legal research and brief writing | 9.0 | | | | |
| | d. Travel time | 4.3 | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | .4 | | | | |
| | (Rate per hour = $ 126 ) TOTALS: | 33.8 | 4258.80 | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | 144.48 | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | 4680.48 | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM 10-1-14 TO 11-19-14
20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION
21. CASE DISPOSITION 04 DS

22. CLAIM STATUS ☒ Final Payment ☐ Interim Payment Number ___ ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☒ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation? ☐ YES ☒ NO If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: _____ Date: 11-26-14

### APPROVED FOR PAYMENT -- COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|
| 277.20 | 4258.80 | 144.48 | --- | 4680.48 |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE/MAG. JUDGE CODE |
|---|---|---|
| William L. Osteen, Jr. | 12-30-14 | 1812 |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount.
DATE
34a. JUDGE CODE

Case 1:13-cr-00435-WO Document 47 Filed 10/01/14 Page 1 of 1
Case 1:13-cr-00435-TDS Document 67 Filed 02/03/15 Page 1 of 1