LETTER of request **to:**
**Clerk** of the United States District Court
for the Middle District of North Carolina, Greensboro Division
L. Richardson Preyer Federal Building
324 West Market Street, Suite 1
Greensboro NC 27401-2513

March 26, 2015

RE: Criminal Action No. 1:13cr435-1

FILED MAR 30 2015

I request that the district court provide me with certified copies of all documents or information, including all SEALED documents, filed in the in United States District Court for the Middle District of North Carolina, Greensboro Division for case **1:13cr435-1**

This request is made as an *in forma pauperis* request and
I have previously had CJA vouchers approved by the court since I am indigent.

Sincerely,

*Brian D. Hill*
Signed

Brian D. Hill ( pro se ), 916 Chalmers St. – Apt. D, Martinsville, VA 24112
Phone: (276)632-2599

---

## AFFIDAVIT

I, Brian David Hill, am the self same defendant as identified in case **1:13cr435-1** in United States District Court for the Middle District of North Carolina, Greensboro Division.

*Brian D. Hill*
Brian D. Hill

This _26_ day of _March_, 2015, appeared before me **Brian David Hill**,

who after being sworn, made oath that the statements set forth herein

are true and correct to the best of his knowledge and belief.

*Mitzie C Thompson*
Notary Public

My commission expires:

MITZIE C THOMPSON
Notary Public
Commonwealth of Virginia
353833
My Commission Expires Mar 31, 2016