

Brian David Hill
916 Chalmers St., Apt. D
Martinsville, VA 24112

U.S.W.G.O.
Brian D Hill
signed

INSPECT F

Clerk Of The Court, Request to clerk of this office
U.S. District Court
L. Richardson Preyer Federal Building
324 West Market Street Suite 1
Greensboro, NC 27401-2513

RECEIVED
MAR 30 2015
CLERK U.S. DISTRICT COURT
GREENSBORO, NC
10:55 AM