# EXHIBIT A

subject: Fwd: YA......BE......SORRY  *This is a forward and not original.*
From: 2762240862@mypixmessages.com (2762240862@mypixmessages.com)
To: kenstella2007@yahoo.com;   *Original from tbaby@mail2tor.com*
Date: Saturday, February 14, 2015 9:33 PM

Awwwwww.................bet.....................ya.................found.............our................little...........present/////////////////
/in///////////////////////////our...................harrd.....................drive.......................more...............child.........
........pornz................a....................comin....................we..............will....................continuez......................to......
...........send...............ya...................child...................porn...............you...............will..............goto...............pr
ison...............BRIAN....................YOU...................BASTARD.......................STAY.....................AS..................
A.....................SEX.............OFFENDER.................AND..............
.....GO.................GET.............RAPED............LIKE..............A.............
.GOOD................SEX...........OFFENDER....................YOU..............WILL..............NEVER..............WIN......
............YOU..............WILL.............NEVER................PROVE...............WHOM...............PLANTED...............
.CHILD..............PORN..................IN................YO.............DRIVE............we.............can..........sneak.......
.into........sue.............baskos............house..............and.............plant............:child..............porn..............in.............her..
.........hard............cock.................drive...............bitch............and........pedo.........bastard..............brian..........pedo............
hill..............hahahahahahaha

WE........WILL--------------DO000000000000000MORE666666666666666TO_____YOU


This picture message or video message was sent using Multimedia Messaging Service.

To play video messages sent to email, Apple QuickTime 6.5 or higher is required. Visit www.apple.com/quicktime/download to download the free player or upgrade your existing QuickTime Player. Note: During the download process when asked to choose an installation type (Minimum, Recommended or Custom), select Minimum for faster download.

# REPORTING THREATENING EMAILS TO THE FBI

**ATTN: Special Agent Adam S. Lee**
1970 East Parham Road
Richmond, VA 23228
Phone: (804) 261-1044
Fax: (804) 627-4494
E-mail: Richmond@ic.fbi.gov

*ATTN: FBI Washington*
*601 4th Street NW*
*Washington, DC 20535*
*Phone: (202) 278-2000*
*Fax: (202) 278-3037*

Charlotte FBI will not be informed
of this report due to the sensitive nature
of the matter.

Dear Adam S. Lee and the FBI Field Office in Washington D.C.,
      I regret to inform you that somebody attempted to send threatening emails to me again but this time did it through Susan Basko since I am sure whomever is threatening me has figured out that I cannot use the Internet at this time. I was informed by Susan Basko that forwarded the emails to my mother then my mother gave me the threat email file PDFs which is what I am faxing to you today. I know Susan Basko already reported those to the FBI tip-line but I feel you should see these threatening emails as you are aware of me being a victim of a frame up.

I have been framed with child porn, I am risking my life here appealing my criminal conviction, and all the system wants to do is play like I am guilty. Look at the SBI's own case file on Brian David Hill and it states that I was downloading child porn up to July 2013. I never even had the computer nor the hard drives after the police raid on August 28, 2012. I wonder how you can explain me downloading child porn without my computer as it was at the SBI Office in Greensboro at the time being individually examined by just one SBI Agent. Maybe I used telekinesis to download the child porn while I was sitting in Martinsville scared of the Mayodan Police and scared of the people whom set me up? You got to realize how stupid the child porn indictment is getting. There was no case to convict me on but I took the guilty plea anyways due to ineffective counsel, my health was deteriorating to the point where my weight dropped as low as 140lbs, and I had literally no criminal defense at Jury Trial. I would have lost by default yet you want to imagine with delusions that I am guilty because I took the guilty plea. Don't you realize I was under duress and had no defense. With my Autism if I had attempted to fight the criminal case myself without a lawyer, I would lose it since I am in a maximum security jail. The jail even has the right to block any evidence I wish to use in my criminal trial and I would be in handcuffs which gives me a difficult ability to even get access to my documents. Maybe if you were in my shoes you wouldn't treat me like a criminal. The FBI in Greensboro would be a whole lot different if they had common sense in regards to what is guilty and what is innocent. I'm sure they are working with Phil Berger. I told Congressman Mark Walker slightly about my situation. This madness has to stop and the U.S. Attorney Ripley Rand needs to request a reversal of my conviction based on new evidence. It should go back to a Jury Trial. I guess attempting to argue why I was set up is pointless

with the FBI as you guys already made up your minds that you all think I am guilty as sin.

Once I get a Jury Trial and win it, I won't be a sex offender anymore and then I plan on suing the U.S. Attorney and the United States government for mistreatment of me in the county jails, false imprisonment of an innocent man, and protecting the interests of a corrupt politician that helped set me up on child pornography then persuaded the FBI I was guilty so I would be ignored while receiving threats which have escalated to death threats being given to Susan Basko which she sent to my mother to show me.

I am not happy with the U.S. Government anymore. Nobody in America likes the Federal government anymore as all they do all day long is make innocent people suffer. This was not what the American people voted for, not what they intended, and I am sure you will call me an extremist for my views, but the fact is I lost faith in your agency when one of your agents called my family up and told them I was guilty of child porn and downloaded an hour a day. I did no such thing, that is why you should have checked for computer viruses, err..no wait a minute it was SBI Agent White that should have checked for computer viruses. He didn't even want to check for computer viruses as he knew that would create a defense at trial. They put all resources of the burden of proving my innocence onto my public defender that they did nothing to help me at all.

What are your agents doing all day, eating donuts after convicting innocent people all day and all night long. The United States is a shameful nation and everybody knows it. They know there is pedophiles running this government yet you come after me for absolute bullshit. Phil Berger is the real criminal that was supposed to be under investigation for campaign money laundering after a complaint filed by Mark Walker but your not investigating that either because Berger owns the FBI in Greensboro.

I am sorry for my mean remarks and criticism but I ain't gonna sit around for 15 years on the sex offender registry in Virginia for a crime I didn't even commit. I will fight to prove my innocence until I fall from an enemy attack(The Berger criminals). They are now threatening my life and threatening Susan Basko's career with the child porn threats and we are forced to prove we are not child pornographers. Well that is exactly what I am going to do, prove my innocence whether your Agents like it or not. I am Innocent and will not play Mr. sex offender for your government.

I am not guilty and that is that Agent Adam. If you wish to help me or find agents that wish to fully investigate my frame up then I will be grateful and take back everything negative I said about the FBI, then make a apology in writing and ask for your forgiveness. If you still want to think I am guilty then I feel sorry for you for believing deceit.

(Electronically Signed:)Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

*Brian D. Hill* **Brian D. Hill**
*Signed*

# U.S.W.G.O.

**Two threat emails attached that were forwarded to my mom from Susan Basko**

More

# BRIAN STOP APPEAL    Inbox x

**Susan mBasko**    10:34 PM (5 hours ago)

This message may not have been sent by: SueBaskoMusic@gmail.com  Learn more  Report phishing

TELLLLLLLLLLLLLLLLLLLLLLL,,,,,,,,,,,,,,,,,BRIAN.................GODDAN................MOTHAFUCKZ......STOP;
;;;;;;;;;;;;;;;;;;;;;;;APPEAL;;;;;;;;;;;;;;;;;;;;;;;;STOP;;;;;;;;;;;;;;;;;;;;;IT;;;;;;;;;;;;;;;;;;OR;;;;;;;;;;;;;;;;;;;ELSE.............
.......STOP...............APPEAL.................IN.............DA...........COURT..............HE............WILLL.......
.............NOTT.............WINN...................EVEN.............IF.............HE............DOES..............WE......
......HAVE.............AUTHORITES,,,,,,,,,,,,,,,TO..........SET...............HIM............UP.........WIT...........
......CHILD...............PORN..................AGAIN............THINK................ABOUT...............IT................BITCH.
...............BEFORE.................YOU.....................TESTIFY...............YOU..............TOO...........SCOTT........
...............TELL.............BRIAN................TO...............CUT...........HIS...................APPEAL...........OR........
.......I.............WILL............SET............HIM...............UP..........TO.................CUT.................HIM

Click here to Reply or Forward

More

# BRIAN WILL SUFFER  Inbox x

**Stewart Rhodes**     10:25 PM (5 hours ago)

to suebasko@...

This message may not have been sent by: rhodeslegalwriting@gmail.com   Learn more   Report phishing

I.................WARNED..................YOU..............BITCH....................BRIAN.......................DAVID...................
HILL..................WILL..................SUFFER...............AND................IT................IS..............HIS...........
................FAULT...................FOR..........NOT............STICKING...................WITH...........HIS.
........PAEDOPHILE................GUILTY./.............PLEA................BAD............THINGS.............
..WILL...........HAPPEN..............TO.............HIM...........WE............PROMISE............YOU.................AI
...............IF........BRIAN...............HASNT.................ALREADY..............BEEN...............DESTROYED....................
YOU.............ALL...........WILL..............NEVER..............REMOVE................HIM..................FROM........
.....SEX.........OFFENDER.
.............LIST...............BRIAN..................WILL.................REGRET...............WHAT..................HE....
..........FILED.............WITH............THE.............COURT............FUCK...........BRIAN.............HILL........HE....
......WILL..............PAY.............POSSIBLY.............WITH...........HIS................LIFE............POLICE............A
...............WATCHING.............HIM..........HOWEVER............WE...........ARE.............WATCHING...............
HIM..............TOO............EVEN............IF.........HE...........IS.............UNDER..................
SUPERVISED.............RELEASE..........WE............CAN.................SEND..................
...THOUSANDS.................OF..............CHILD.................PORN...........TO..............BRIANS.
...................EMAIL..........
..ADDRESS................AND............HE.............WILL.............NEVER.................KNOW...............
.UNTIL............HE............IS...............ALLOWED.............ON........THE............NET..............THEN./....
..........BOOM................VIOLATION..............OF.........PROBATION...............THEN............
......EVEN.............THEY..............WILL..............BEAT..............HIM............UP..................AND................