# EXHIBIT B

**Mayodan Police Department**
**PROPERTY / EVIDENCE LOG SHEET**

Owner / Victim Name: BRIAN DAVID HILL

OCA #: 2012-001787

Address: 413 NORTH 2ND AVENUE, MAYODAN, NC 27027

Phone Number: (H) (C) (W) 336-510-7972

Date of Birth: 05-26-1990

Race / Sex: W/M

Social Security Number:

Operator's License Number / State of Issuance: 38369908 / NC

Type of Offence / Incident: CHILD PORNOGRAPHY

Suspect / Arrestee Name: BRIAN DAVID HILL

Officer Rank / Name / Division: DET/SGT TDDD BRIM / CID-SIU

Date / Time Received: 8/26/2012 / 1400

Locker Number:

Verified By:

| ITEM NUMBER | DESCRIPTION OF ITEMS SEIZED | VALUE |
|---|---|---|
| MPD-1 | ONE BLACK NAVY H2100 Sentry Safe (AY-7235el) containing one plastic bag containing: 1-DARRUE CARD READER; 2- HP 7.1 MP CAMERA 320 (silver); 1- KODAK CAMERA (Black); 1- HD DIGI VIDEO CAMERA - HD720P (Black); 1-BELKIN HO50B WIRELESS ROUTER; 1-Targus SC CARD READER USB; 1-DELL Palm Pilot AXIM X51 (silver); Palm Pilot Tungsten (coV23N13H1180); 1-RCA Audio Recorder (yellow); 1-COMP USA LAN WIRELESS Adapter; 1-Black card holder w/ keys; 1-WILD DEVINE Pogod Device (Blue) | |
| MPD-2 | ONE GRAY SENTRY SAFE (68-18141?) containing aluminum foil, 3 Books and 14 CD's | |
| MPD-3 | ONE BROWN CARDBOARD BOX CONTAINING: 1-MOTROLA SURFBOARD (SB5100) ROUTER; 1-SANDISK ADAPTER; 1- Roll of FUJI FILM; 14-IOMEGA ZIP DISCS; 1-SUCK MEDIA READER; 1-PINK CD CASE W/ 11 CD's; 1-TEAL CD CASE W/11 CD's; 1-BLACK/NBLOON BODY GLOVE CD CASE W/32 CD's; 1-KODAK EASYSHADE CAMERA; 1-G.E. TAPE RECORDER; 7D CD's; CD TOWER W/4 CD's; CD TOWER W/12 CD's; 1-PINK AT&T cell Phone; 1-INC Research USB HUB; 1-RED CD CASE W/2 CD's; 1-BLUE CDCASE W/16 CD's | |
| MPD-4 | ONE BROWN CARDBOARD BOX CONTAINING: 1- COMPAQ LAPTOP COMPUTER (1V1GRN W22ELA); 1-GATEWAY LAPTOP COMPUTER (TUB3162100533Y); 1-COMPAQ LAPTOP COMPUTER (CWE721507Y); 1-GATEWAY LAPTOP COMPUTER (NAN M5722RS); 1-COMPAQ LAPTOP COMPUTER (X1C-53158); 1-COMPAQ LAPTOP COMPUTER (CASO); 1-GATEWAY LAPTOP COMPUTER (MA3) | |
| MPD-5 | ONE RED PLASTIC CONTAINER CONTAINING: 1-ACER LAPTOP COMPUTER (3613LC:); 1-CASE LOGIC LAPTOP CASE; 1-GATEWAY DESKTOP; 1-DELL DESKTOP COMPUTER (5G5122056); | |

| MPD-6 | COMPUTER (20195046L) |
| | ONE CARDBOARD BOX CONTAINING: 1- YELLOW/BLACK CD HOLDER W/16 CD's, 1- SENTRY |
| | CD HOLDER W/80 CD's, 1-BLUE CD CASE #20 W/MCD's, 1- BLUE CD CASE #20 W/182 CD's, |
| | 1-BLACK SENTRY CD CASE W/51 CD's, 1-BLACK/SILVER MEDIATONE CD CASE W/72 CD's, 1- |
| | BLACK MAINSTAYS CD CASE W/4X CD's |
| MPD-7 | ONE CARDBOARD BOX CONTAINING: 1- BLACK MAINSTAYS CD CASE W/87 CD's, 1- BLACK |
| | + SILVER MEDIATONE CD CASE W/115 CD's, ITEM # 2A (S&1), ITEM #3 (S&1), ITEM #17(S&1), |
| | ITEM #20 (S&1), ITEM #30 (S&1), ITEM #2(S&1), ITEM # 24 (S&1), ITEM #26 (S&1), ITEM |
| | #27 (S&1), ITEM #14 (S&1), ITEM #15 (S&1), ITEM #14 (S&1), ITEM # 25 (S&1), ITEM |
| | #23 (S&1), ITEM #21 (S&1), ITEM #22 (S&1) * SEE ATTACHED S&1 EVIDENCE FORM * |

## OFFICE USE ONLY

| Evidence Officer: | | Date Received: | | Time Received: |
| Computer Tag Number: | | Evidence Location: | | Date Entered: |

## CHAIN OF CUSTODY

| ITEM NUMBER | RELEASED TO | REASON | RELEASED BY | DATE | RETURNED BY | RETURNED TO | DATE |
|---|---|---|---|---|---|---|---|
| MPD-1 | Matt. A. Jones | Property Returned Pursuant | | 2/6/15 | | | |
| MPD-4 | Matt. A. Jones | to case disposition | | 2/6/15 | | | |
| MPD-5 | Matt. A. Jones | | | 2/6/15 | | | |
| | | | | | | | |
| | | | | | | | |





# EVIDENCE

Agency: __MAYODAN PD__

Item No.: __MPD - 4__     Case No.: __2012-00287__

Date of Collection: __8/28/12__  Time of Collection: __1400__

Collected By: __CTBrim__

Description of Evidence: __COMPUTER,__
__HARDWARE & SOFTWARE__

Location of Collection: __413 N. 2ND AVE.__

Type of Offense: __CHILD PORNOGRAPHY__

Victim: __STATE OF N.C.__

Suspect: __Brian Hill__

# CHAIN OF CUSTODY

Received From: _____  By: _____

    Date: _____  Time: _____

Received From: _____  By: _____

    Date: _____  Time: _____

Received From: _____  By: _____

    Date: _____  Time: _____

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  : 02/20/2015 05:12PM
                                    NAME  : KEN STELLA FORINASH
                                    FAX   : 2766322599
                                    SER.# : U63038J1F320116
```

```
        DATE,TIME          02/20  04:57PM
        FAX NO./NAME       18046274494
        DURATION           00:14:45
        PAGE(S)            14
        RESULT             OK
        MODE               S.FINE
                           ECM
```

**Page 1/2 - 02/20/2015 - 04:44 PM - Urgent matter regarding criminal threats made to me**

## Friday, February 20, 2015
## REPORTING THREATENING EMAILS TO THE FBI

**ATTN: Special Agent Adam S. Lee**
**1970 East Parham Road**
**Richmond, VA 23228**
**Phone: (804) 261-1044**
**Fax: (804) 627-4494**
**E-mail: Richmond@ic.fbi.gov**
*ATTN: FBI Washington*
*601 4th Street NW*
*Washington, DC 20535*
*Phone: (202) 278-2000*
*Fax: (202) 278-3037*

*notified of threats* *Probation also*

*Brian D. Hill*
*Signed*

Charlotte FBI will not be informed
of this report due to the sensitive nature
of the matter.

Dear Adam S. Lee and the FBI Field Office in Washington D.C.,

I like to report new threatening emails heading my way in an attempt to force me to drop my Appeal in the U.S. Court of Appeals in Richmond, VA. Also I like to file a report with the FBI that Mayodan Police Department had attempted to send me child pornography in what I believe is an attempt to get me under a probation violation and a secondary child porn possession charge. Mayodan Police has taken this war too far against me and my family when they first set me up with child porn in 2012. I have no doubt Mayodan Police is behind the child porn set up attempts in North Carolina. All evidence is in my 6-page declaration I am faxing to you along with a Fax I sent to the Mayodan Police Department and a fax I had sent to North Carolina State Bureau of Investigation legal counsel Angel E. Gray.

My conviction should be overturned and the FBI needs to raid the Mayodan Police Department for possession and distribution of child pornography in attempts to target their enemies. I will also

```
┌─────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘
```

TIME  : 02/20/2015 05:34PM
NAME  : KEN STELLA FORINASH
FAX   : 2766322599
SER.# : U63038J1F328116

DATE,TIME          02/20  05:23PM
FAX NO./NAME       12022783037
DURATION           00:10:27
PAGE(S)            14
RESULT             OK
MODE               S.FINE
                   ECM

Page 1/2 - 02/20/2015 - 04:44 PM - Urgent matter regarding criminal threats made to me

## Friday, February 20, 2015
## REPORTING THREATENING EMAILS TO THE FBI

**ATTN: Special Agent Adam S. Lee**
1970 East Parham Road
Richmond, VA 23228
Phone: (804) 261-1044
Fax: (804) 627-4494
E-mail: Richmond@ic.fbi.gov
*ATTN: FBI Washington*
*601 4th Street NW*
*Washington, DC 20535*
*Phone: (202) 278-2000*
*Fax: (202) 278-3037*

*Probation also notified of threats*

*Brian D. Hill*
*Signed*

Charlotte FBI will not be informed
of this report due to the sensitive nature
of the matter.

Dear Adam S. Lee and the FBI Field Office in Washington D.C.,

I like to report new threatening emails heading my way in an attempt to force me to drop my Appeal in the U.S. Court of Appeals in Richmond, VA. Also I like to file a report with the FBI that Mayodan Police Department had attempted to send me child pornography in what I believe is an attempt to get me under a probation violation and a secondary child porn possession charge. Mayodan Police has taken this war too far against me and my family when they first set me up with child porn in 2012. I have no doubt Mayodan Police is behind the child porn set up attempts in North Carolina. All evidence is in my 6-page declaration I am faxing to you along with a Fax I sent to the Mayodan Police Department and a fax I had sent to North Carolina State Bureau of Investigation legal counsel Angel E. Gray.

My conviction should be overturned and the FBI needs to raid the Mayodan Police Department for possession and distribution of child pornography in attempts to target their enemies. I will also attach a threatening email that came after I received the hhard drive from Mayodan PD that threatened

**Friday, February 20, 2015**
## REPORTING THREATENING EMAILS TO THE FBI
**ATTN: Special Agent Adam S. Lee**
1970 East Parham Road
Richmond, VA 23228
Phone: (804) 261-1044
Fax: (804) 627-4494
E-mail: Richmond@ic.fbi.gov
### ATTN: FBI Washington
*601 4th Street NW*
*Washington, DC 20535*
*Phone: (202) 278-2000*
*Fax: (202) 278-3037*

*...Probation also notified of threats*

*Brian D. Hill*
*Signed*

Charlotte FBI will not be informed
of this report due to the sensitive nature
of the matter.

Dear Adam S. Lee and the FBI Field Office in Washington D.C.,

I like to report new threatening emails heading my way in an attempt to force me to drop my Appeal in the U.S. Court of Appeals in Richmond, VA. Also I like to file a report with the FBI that Mayodan Police Department had attempted to send me child pornography in what I believe is an attempt to get me under a probation violation and a secondary child porn possession charge. Mayodan Police has taken this war too far against me and my family when they first set me up with child porn in 2012. I have no doubt Mayodan Police is behind the child porn set up attempts in North Carolina. All evidence is in my 6-page declaration I am faxing to you along with a Fax I sent to the Mayodan Police Department and a fax I had sent to North Carolina State Bureau of Investigation legal counsel Angel E. Gray.

My conviction should be overturned and the FBI needs to raid the Mayodan Police Department for possession and distribution of child pornography in attempts to target their enemies. I will also attach a threatening email that came after I received the bhard drive from Mayodan PD that threatened to blackmail me with manufactured evidence(aka the child porn sent to me in the Hitachi laptop hard drive) if I don't drop my appeal. I am the victim of multiple child porn set upo attempts and this has to end. My conviction has to be overturned as I am not guilty, I have never been guilty all along. I WANT MY LIFE BACK PLEASE FBI!!!!!!!!!!!!!!!!!!

This stuff needs to be investigated at once. Susan Basko and my lawyer Mark Jones needs to be asked questions about the set up attempts and blackmail threat using manufactured evidence. I suspect it can be either the Mayodan PD, somebody in the SBI, or somebody whom worked with the former Rockingham County District Attorney Philip E. Berger Junior. There is also corruption in the Greensboro FBI office as they are protecting Berger and asserting my guilt without any evidence to prove it. The Greensboro FBI needs to be investigated too and the criminal investigation needs to transfer out of North Carolina. The Phil Berger family has too many law enforcement connections, legislative connections, and even judicial connections which may include Chief Judge William L. Osteen Jr. to make people into slaves for the prison industrial complex similar to kids for cash. My

1

Judge must be changed in my criminal case and venue must be transferred to Virginia away from Phil Berger.



(Electronically and physically Signed)Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

**Two threat emails attached that were forwarded to my mom from Susan Basko**

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 15, 2015.

_Brian D Hill_
_____
**Signature**    *Signed*

I am Brian David Hill. I have mild autism, Obsessive Compulsive Disorder, Generalized Anxiety Disorder, and Type 1 brittle diabetes. I know I am a victim of a child pornography set up attempt in 2012 that led to my criminal indictment under my criminal case United States of America vs. Brian David Hill, U.S. District Court for the Middle District of North Carolina, Docket #1:13-cr-435-1. I had falsely plead guilty due to ineffective assistance of counsel that threatened me to not getting a time served sentence if I didn't take the plea agreement. Then I had written a letter to Judge Osteen before sentencing with remarks that I had accepted responsibility for the possession of child pornography after Judge Osteen Jr. threatened to take away my acceptance of responsibility which could lead me to getting a harsh prison sentence instead of time served with no absolute guarantee(According to what John Scott Coalter was telling me) that the court would accept my withdraw of my guilty plea and request a Jury Trial. That was why I made multiple admission of guilt statements even though that wasn't the truth. The truth was I was framed with child pornography in 2012.

Around Wednesday February 11, 2015 my Appellate Court appointed Attorney named Mark A. Jones showed up at my residence to return a portion of seized property that was seized by the Mayodan Police Department in North Carolina on August 28, 2012 due to a search warrant executed by the signature of a Forsyth County Judge named Todd L. Burke for the search warrant to be executed in Rockingham County. Forsyth Co. and Rockingham Co. is in North Carolina.

Two detectives involved with the search and seizure that I personally spoke to on the day of the police raid and even the day after was Mayodan Police Department Detective Sergeant Christopher Todd Brim, and the other was Reidsville Police Detective Robert Bridge.

Before my first phone conversation with Mark A. Jones, Mayodan Police had attempted to call the cell phone two times that I am using for the purpose of working on my legal case and contacting others in attempts to organize legal efforts to find legal remedies to relieve me from my wrongful conviction. The two times that the Mayodan Police(336-548-6038) attempted to call my cell phone number was during 1:52PM on Feb. 5 and 10:58AM, Feb. 5, in 2015. I had attempted to call back that number assuming it had something to do with the court reporters transcript issue for the U.S. Court of Appeals or had something to do with a legal matter. The person that came up sounded like a woman there saying "Mayodan Police Department!" which scared that heck out of me so I told her it was a wrong number and immediately wanted to end the call. I was scared and wondered why during my criminal Appeal that Mayodan all of the sudden decided to call my 276-224-0862 number. The number actually belongs to my grandma or grandpa but she lets me use her cell phone under a app that blocks the Internet(per my Probation condition) to conduct my legal business and send text messages to people I know to conduct my legal business for challenging my conviction to have it overturned. Now I don't remember ever giving the Mayodan Police my cell phone number as I don't ever like to talk to them after their

3                                                                                    *BH*

and misleading statements in police training teaching materials across the country including the North Carolina Department of Justice in the same state as where I was accused of the alleged offense. Because of ineffective counsel that acted as a prosecuting attorney and refusing to conduct a case for my innocence, I falsely plead guilty under the promise that I would get out of jail on a sentence of Time Served. I had to get out of jail to revive my failing health due to medical neglect by the county jails I was detained at. Now is the time I overturn my conviction as my guilty plea was not true due to medical neglect and coercion which can all be proven with medical records in each county jail I was detained at.

The third issue was that recently I was victimized by a frame up attempt on me by somebody in the Mayodan Police Department. Mayodan PD told my Appellate Attorney Mark. A. Jones that I was to get most of seized property back and that one such stipulation was that I only get my stuff that DOESN'T contain child pornography which I agreed to. Mayodan Police Department lied to my attorney and that lie had spread to me. On February 9, 2015 Mark Jones received my three boxes of property from the custody of Detective Sergeant Christopher Todd Brim. Those boxes were given to me by Mark Jones himself at my address of 916 Chalmers St., Martinsville, VA 24112. The property was inspected to make sure that everything I received back was on the property/evidence log sheet. I noticed at the bottom of the box that there was a single laptop hard disk drive that looked like it was brand spanking new compared to the moldy laptops in the box that were infested so badly that the mold stunk up the apartment. The mold affected almost everything but did not affect the hard drive and the hard drive looked too new for it to be my property. On Saturday I got a laptop hard drive enclosure to be able to attach to a computer with a USB cable. So I examined the hard drive on my HP Desktop computer that my Probation Officer granted me permission to use as long as it wasn't on the Internet and has no means to access the network. I accessed the external enclosure of the laptop HDD on February 14, 2015. I first saw a few red flags and one of them was that it only used up 30GB or 31GB space of the total 160GB hard drive. I always start using up my disk space for all kinds of stuff including any vacations I take and any hiking trips I go on such as Mayo river photos, Mayodan downtown photos, photos of nature, photos of butterflies, etc etc. There is no way that I would only use 30GB for a hard drive that appeared to have files from 2011 during my Righthaven lawsuit(Righthaven LLC v. Brian D. Hill). I rarely found much unique files which is very unusual for my usual behavior on a computer. Then I discovered a lot of sex photos and a good portion of them were of nude little girls and a few naked boys, all appearing to be under the age of eighteen. Disgusted I quickly took notes of what was on the hard drive then I unplugged it after my notes were made, then I ran up the stairs in shock and horror, telling my family that child porn was on the hard drive that Mayodan Police released to me. Then my family reacted out of total fear and panic that the Police were attempting to frame me again with another possession of child pornography charge so my grandpa smashed the hard drive. Then after he smashed it I noticed something else was odd, that there were no hard drive platters in the indentations where disc platters would usually be. The other red flag was that I also used forensic type software I had downloaded from the Internet in 2013 prior to my arrest when I was allowed to use the Internet, and that software had trouble going past the 30GB or 31GB mark. It was as if the hard drive was fixed to claim 160GB but was a false drive space amount. So I had suspected that the hard drive had been modified somehow with some kind of flash drive or SD card type chip to at least put in 30GB or 31GB of DATA yet put in false drive metadata to claim that I have 160GB on that hard drive. The matter was reported to my Probation Officer, and the matter will also be reported to the FBI and also was reported to my Appellate attorney. Then around that time I received a threatening text message on my cell phone via SMS or MMS that child porn was planted on the hard drive that I got their little present(which may refer to the child porn I found on the hard drive that was from the box with the

*Brian D Hill* *BH*
*signed*

4

```
TRANSMISSION VERIFICATION REPORT
```

```
TIME : 02/20/2015 05:54PM
NAME : KEN STELLA FORINASH
FAX  : 2766322599
SER. # : U63038J1F328116
```

```
DATE,TIME          02/20  05:52PM
FAX NO./NAME       12022783037
DURATION           00:02:02
PAGE(S)            01
RESULT             OK
MODE               S.FINE
                   ECM
```

# Page 2/6 - 02/15/2015 - 02:29 AM - DECLARATION BY BRIAN D. HILL

Police Chief threatening me and the Detectives coercing me in 2012. I figured the only way Mayodan Police could ever get my cell phone was when I sent a text to the Rockingham County Sheriff Sam Page asking if Mayodan Police ever attempted to request the contents of any emails I had sent to him that had my IP Address 24.148.156.211 as I had suspected that my IP Address was obtained by my emailing then manually entered into the Boca Raton, FL Child Protection System. I was then referred to the County Chief Investigator that made what I felt was a veiled threat telling me that she will inform the Mayodan Police that I had attempted to ask questions about whether the Mayodan Police made any inquiries on emails I had sent the Sheriff to obtain my IP Address then fraudulently add it to make it appear that I was downloading child porn off of eMule. All that I am assuming and have suspected which is why I am asking questions. Now I am sure that the way the Police got my 0862 cell phone number was either by that Chief Investigator or Sheriff Sam Page. I think it is odd that threatening emails are all coming around the time the Mayodan Police made multiple attempts to call my cell number. After the two attempts I had sent a fax to the Police asking them not to talk with me over the phone unless the call was to be recorded to be put under official record or that all communications must be done in writing or that Mayodan writes to my attorney of record. That day I found out that Eric Clark also called the police to pass a note on to the detectives asking that they not call me and contact me in writing.

Anyways the attorney met with me and my mother to accept some boxes of evidence property from the Mayodan Police Department. The boxes came with a paper titled the "PROPERTY / EVIDENCE LOG SHEET". It appears that Mayodan has seven containers in the property sheet with various words to briefly describe the property/evidence in Mayodan's custody. Three boxes were given to me by Attorney Mark Jones containing different things. One box had a pile of broken and moldy laptop computers with many that appeared to have their hard drives removed from what I remembered. The attorney I witnessed took some of the laptops out of the box then I saw a item in the box that did not have any documentation in the log sheet I received a copy of from my Attorney. The log sheet shows that my attorney and Detective Todd Brim both signed the sheet as the chain of custody from them to my attorney but as far as I know there is no mentioning of SBI Agent Rodney White in any of the chain of custody records(Log Sheet and evidence sticker on the evidence boxes) that I have so far. One box was a cardboard box with evidence seal tape on the sides but on the other two sides, there is two holes in the box big enough to slip a laptop hard disk drive or even a small flash drive. The holes were meant usually to make it easier to carry the box however it does also make it easier to plant evidence. I saw no

```
TRANSMISSION VERIFICATION REPORT
```

```
                                        TIME  : 02/20/2015 05:49PM
                                        NAME  : KEN STELLA FORINASH
                                        FAX   : 2766322599
                                        SER.# : U6303BJ1F328116
```

```
        DATE,TIME              02/20  05:45PM
        FAX NO./NAME           18046274494
        DURATION               00:01:23
        PAGE(S)                01
        RESULT                 OK
        MODE                   S.FINE
                               ECM
```

## Page 2/6 - 02/15/2015 - 02:29 AM - DECLARATION BY BRIAN D. HILL

Police Chief threatening me and the Detectives coercing me in 2012. I figured the only way Mayodan Police could ever get my cell phone was when I sent a text to the Rockingham County Sheriff Sam Page asking if Mayodan Police ever attempted to request the contents of any emails I had sent to him that had my IP Address 24.148.156.211 as I had suspected that my IP Address was obtained by my emailing them manually entered into the Boca Raton, FL Child Protection System. I was then referred to the County Chief Investigator that made what I felt was a veiled threat telling me that she will inform the Mayodan Police that I had attempted to ask questions about whether the Mayodan Police made any inquiries on emails I had sent the Sheriff to obtain my IP Address then fraudulently add it to make it appear that I was downloading child porn off of eMule. All that I am assuming and have suspected which is why I am asking questions. Now I am sure that the way the Police got my 0862 cell phone number was either by that Chief Investigator or Sheriff Sam Page. I think it is odd that threatening emails are all coming around the time the Mayodan Police made multiple attempts to call my cell number. After the two attempts I had sent a fax to the Police asking them not to talk with me over the phone unless the call was to be recorded to be put under official record or that all communications must be done in writing or that Mayodan writes to my attorney of record. That day I found out that Eric Clark also called the police to pass a note on to the detectives asking that they not call me and contact me in writing.

Anyways the attorney met with me and my mother to accept some boxes of evidence property from the Mayodan Police Department. The boxes came with a paper titled the "PROPERTY / EVIDENCE LOG SHEET". It appears that Mayodan has seven containers in the property sheet with various words to briefly describe the property/evidence in Mayodan's custody. Three boxes were given to me by Attorney Mark Jones containing different things. One box had a pile of broken and moldy laptop computers with many that appeared to have their hard drives removed from what I remembered. The attorney I witnessed took some of the laptops out of the box then I saw a item in the box that did not have any documentation in the log sheet I received a copy of from my Attorney. The log sheet shows that my attorney and Detective Todd Brim both signed the sheet as the chain of custody from them to my attorney but as far as I know there is no mentioning of SBI Agent Rodney White in any of the chain of custody records(Log Sheet and evidence sticker on the evidence boxes) that I have so far. One box was a cardboard box with evidence seal tape on the sides but on the other two sides, there is two holes in the box big enough to slip a laptop hard disk drive or even a small flash drive. The holes were meant usually to make it easier to carry the box however it does also make it easier to plant evidence. I saw no 

Police Chief threatening me and the Detectives coercing me in 2012. I figured the only way Mayodan Police could ever get my cell phone was when I sent a text to the Rockingham County Sheriff Sam Page asking if Mayodan Police ever attempted to request the contents of any emails I had sent to him that had my IP Address 24.148.156.211 as I had suspected that my IP Address was obtained by my emailing then manually entered into the Boca Raton, FL Child Protection System. I was then referred to the County Chief Investigator that made what I felt was a veiled threat telling me that she will inform the Mayodan Police that I had attempted to ask questions about whether the Mayodan Police made any inquiries on emails I had sent the Sheriff to obtain my IP Address then fraudulently add it to make it appear that I was downloading child porn off of eMule. All that I am assuming and have suspected which is why I am asking questions. Now I am sure that the way the Police got my 0862 cell phone number was either by that Chief Investigator or Sheriff Sam Page. I think it is odd that threatening emails are all coming around the time the Mayodan Police made multiple attempts to call my cell number. After the two attempts I had sent a fax to the Police asking them not to talk with me over the phone unless the call was to be recorded to be put under official record or that all communications must be done in writing or that Mayodan writes to my attorney of record. That day I found out that Eric Clark also called the police to pass a note on to the detectives asking that they not call me and contact me in writing.

Anyways the attorney met with me and my mother to accept some boxes of evidence property from the Mayodan Police Department. The boxes came with a paper titled the "PROPERTY / EVIDENCE LOG SHEET". It appears that Mayodan has seven containers in the property sheet with various words to briefly describe the property/evidence in Mayodan's custody. Three boxes were given to me by Attorney Mark Jones containing different things. One box had a pile of broken and moldy laptop computers with many that appeared to have their hard drives removed from what I remembered. The attorney I witnessed took some of the laptops out of the box then I saw an item in the box that did not have any documentation in the log sheet I received a copy of from my Attorney. The log sheet shows that my attorney and Detective Todd Brim both signed the sheet as the chain of custody from them to my attorney but as far as I know there is no mentioning of SBI Agent Rodney White in any of the chain of custody records(Log Sheet and evidence sticker on the evidence boxes) that I have so far. One box was a cardboard box with evidence seal tape on the sides but on the other two sides, there is two holes in the box big enough to slip a laptop hard disk drive or even a small flash drive. The holes were meant usually to make it easier to carry the box however it does also make it easier to plant evidence. I saw no indication of any evidence that tape had ever existed in the sides of the box with the holes. So I believe the holes had been there since my things have been seized in 2012. The next evidence box was secure as it was my safe that was seized in 2012 but was pretty secure so nothing could be planted without the removal of the evidence seal tape. The third box was a plastic box that had the evidence seal tape as well but contained two computers. One was a old computer that had probably either a Windows 95 or 98 Operating System(OS) as I love to own a old computer to play old computer games that won't play on newer Operating Systems like for example Windows 8, Windows 7 and Vista. The other was a Dell tower desktop computer with no hard drives in it. It was useless to me as it started having issues in 2012 before the Mayodan Police Raid. So I suspect now it won't even work at all. That explains the three containers that I had received from Attorney Mark Jones that received it from the Mayodan Police Department.

I had noticed the holes off the bat so I started doing a video with a digital video camera showing how something can easily be planted inside one of the Mayodan Police evidence boxes which concerned

*Brian D. Hill*
Signed

*BH*

me. Then on the day after I had faxed the North Carolina Justice Academy notifying them on the evidence box that had the two holes in it and showing the condition of one of my broken moldy laptops found in the box along with a demonstration showing how a flash drive can easily be planted inside of the box while it was sealed by the evidence tape while in Mayodan Police custody.

Now days before Mark Jones had called me telling me that he will help me get my property back but ONLY what doesn't contain any child pornography and made it clear I will get nothing back that contained ANY child pornography which was fine with me as I only wanted my lawful files and lawful DATA back. I don't like porn as it is yucky especially after the set up attempt on me yesterday(Feb 14) by the Mayodan Police Department, I will explain why later in this Declaration.

In the box after the attorney started taking the laptops out, I noticed a laptop internal hard disk drive(HDD) was in the box, likely at the bottom or it had fell to the bottom. I picked it up and the attorney should have a recollection of that time and event when I found the laptop HDD. I couldn't access the DATA since I had no means to personally access it at the time. I had waited until my grandparents returned from North Carolina. I had also noticed that even though the laptops and all my stuff returned to me seem to have some form of mold or mildew which ruined my property when I used to live at the Mayodan home that used to be my home at 413 N. 2nd Ave., Mayodan, NC 27027. However I didn't see a speak of mold on my laptop HDD, not even in the motherboard type circuit within the HDD, no ruin, no mold eating the HDD.

They got back on Saturday, February 14, 2015, and then after some time had passed which I cannot remember, grandma gave me an external hard drive enclosure which she bought for me for the purpose of seeing what was on the laptop hard drive. Excited that I may find some of my old vacation photos or photos I had taken in Mayodan and other great places in North Carolina, I quickly put the HDD in the enclosure and took it downstairs to my HP Desktop computer. It loaded perfectly which I thought was weird for a old hard disk drive that would be seized from me from Mayodan so I started having a few doubts. Then I started looking through the contents and noticed there wasn't that much on it which is unusual for me as I love downloading tons of software, music, anime, and even lawful photos from the Internet to aid in my news blog USWGO Alternative News. There was hardly any USWGO content on the drive which is the first red flag then I noticed there was only an estimated 30GB or 31GB space used on the HDD when it told me it had 160GB and was a HITACHI HDD 5K250-160, MODEL HTS542516K9SA00, 5400RPM, 160GB SATA, MAY-08, P/N 0A54874, MLC DA2010, 0A54874DA20100P85. This information is typed up from a photo I had taken of the hard drive around Feb. 11, 2015. I will gladly provide this information to the FBI in their investigation of the matter.

Anyways I started sifting through the files and there wasn't that much for it to be worth receiving from Mayodan, I even used a file recovery scan tool to scan the drive to see if any files were deleted and all I could find was around the 30GB which was odd to me as the I would never just put around 30GB in a laptop hard drive I use as I download things all the time that suite my fancy like new English dubbed anime releases, trance/techno music that peaks my interest, software that I like to use to extend the functionality of my computer, and store a bunch of stuff from my political work on my website USWGO Alternative News. There is no way I would have only 30GB unless maybe I had used some form of erasing software but none of that seemed to be on the drive either at least to my knowledge as I didn't check every file or folder, just a portion throughout my seeking of photos from my vacation trips. Instead of vacation photos I found a series of folders in the Download folder under the computer user

*Brian D. Hill*
*Signed*
*BH*

5

named Brian Hill which were not the type of files I wanted to store but found them. The series of folders in question were in a folder titled "sexy angels". I immediately started getting really cautious so I opened up the folder and saw nude photos of little kids. A few naked boy photos and the rest were of little girls and teens. I took notes before I quickly removed the HDD from my computer. There were even names of folders such as "lolitas and lolis", "Teen Fuckers", "Grand Kids", "nudist kids", "Sleeping Teen Prev ez", and even one called Badespass. I could tell by the way the photos appeared that they were of nude children and some photos seemed to have really wanted to show their genitals to promote them in a sexual manner. I started freaking out and almost yelled that I **was set up with child pornography again** and for the first time I actually got to saw what these kinds of set up photos looked like which disgusted me and horrified me. I didn't want to look at any more as I figured out that the Mayodan Police gave a hard drive with child porn to my attorney Mark Jones giving him the false belief that Mayodan would not return any hard drives with child porn found on them. I started sounding real loud for the neighbor to hear stating that I was set up with child porn again and was angry at Mayodan Police for what they did to me. Then I came up and told my family that I found photos of nude children on the laptop HDD in the external enclosure that were meant to make out children to be sexual just by being naked in photos with the way the folder was termed "sexy angels". I was still horrified and in utter shock then my family told me to quickly give them the hard drive which I did. I then called Eric Clark to inform him that he was right about his assumption that Mayodan Police would attempt to underhandedly send me child porn to get me set up with another child pornography charge. Me and my whole family(Roberta Hill(mom), Stella Forinash(Grandma), and Kenneth Forinash(grandpa)) assumed quickly out of shock, fear, and panic that Mayodan had baited me with getting my lawful stuff and lawful property back to be framed with child porn, that by giving my hard drive over to the police, they would take the side of the Mayodan Police and arrest me for being framed by the Mayodan Police with child pornography. We were scared that this set up will make me get a additional sex charge and then my life will be over for being the victim of another frame up job except this time I can prove it was the Mayodan Police Department with my witness testimony. We were so scared that this set up was to get me a second sex charge that I will be arrested for being the victim of being framed, that my family turned around and destroyed the laptop HDD then disposed of it. Part of that reason is that even though this hard drive does not appear to be one that I would be using as there should have been more files on there then what was found, it was crafted so that it appears that Brian D. Hill likes to have mostly sex stuff on the hard drive which includes nude photos of children when that is not the truth. Most of my DATA on my hard drives would be downloaded software from Bittorrent and online distribution forums, Japanese anime that are English Dubbed, movies I can look for, music I liked to listen to after downloading them, and even my own photos taken from all the digital cameras I had ever used in my life as I am a great photographer. All I could find was mostly just photos and good portion of them seem to be just sex photos, no vacation photos, no USWGO research that I normally do, no emails from David Kerr my ex-attorney from my Righthaven LLC lawsuit(Righthaven LLC v. Brian D. Hill). We were all afraid that I would be falsely accused again and that the FBI would not listen to a word me and my family said and would whisk me away in handcuffs to never be seen again for a very long time sitting in a federal prison somewhere for a crime I never committed. That was the reason why I think my family wanted to destroy that drive to protect me from another concocted child porn set up attempt on me. We still plan on reporting this to the FBI after I and my family will write witness statements about all this in either a Affidavit or Declaration. I will fax this stuff to the FBI for them to investigate the Mayodan Police Department for daring to send me child pornography on a HDD that I don't recall actually ever using and doesn't contain any mold even though in the same box full of moldy things, when they told my attorney a lie saying that they will only return

*Brian D. Hill*
Signed   BH

6

my property that does not contain child pornography.

I feel I have been deceived from Mayodan Police Department.

Now around February 14, 2015, 3 to 4 PM that day, my grandma had brought to me a external hard drive enclosure

Now on Monday, February 9, 2015, I recall my phone conversation with Eric Clark(1-785-214-8904) from Kansas. I told him that Mayodan Police was going to start giving me my stuff back and was super excited as I thought I would get my out west trip photos back from 2010, at least I think that was the year of my last out west trip. He told me that this is a red flag and that he told he thinks that the police will try to bait me by planting child pornography on anything they give back to me that they seized from me in 2012. I assumed at the time that Eric was paranoid and was going too far telling me something that I didn't think Mayodan would go as far to do to me. I decided not to tell my attorney to halt on getting my seized property back as the attorney told me over the phone that they will only return property that contains ABSOLUTELY NO CHILD PORNOGRAPHY which I was fine with. Although later that turned out to be another bull faced lie from the Mayodan Police Department that has repeatedly lied to my family, distorted the truth in the child porn criminal case investigation, and has done misconduct against me and my family from what I have witnessed from dealing with that Police Department.

Later on after the destruction of my moldy laptops and HDD out of fear that Mayodan Police may have planted child porn secretly on other devices other then the HDD that I discovered the child porn on, I received a text message from a tbaby@mail2tor.com around 9:17PM(Sent 9:16PM) Feb. 14, 2015 according to the Message details on my phone making threatening remarks to me and also appears to be directed at Susan Basko(Whom declared my innocence on U.S. District Court record). I called her after I read the threat and asked her if she received any such email and then she called back confirming that she did indeed receive such a threatening email. I forwarded copies of that threat email/text-message to my mother's email(rbhill67@yahoo.com) and both my grandma's and grandpa's email(kenstella2007@yahoo.com). As I read it over it sounds as if whomever has written this is angry at me or displeased saying that I found their little present in their hard drive and threatening for more child porn to be sent to me so that I can be set up to go to prison to be a sex offender for a very long time. Even stated that I will never prove whom planted child porn on my hard disk drive. Now how would somebody in that email even know that child porn was planted on my hard drive and that I found their little present(more like yucky garbage as child porn is yucky)? I and my whole family suspects that the detectives or somebody affiliated with them was the perpetrator that sent those threatening emails the whole time. The child porn was found in a hard drive that Mayodan Police put in my property box to release to my attorney to release to me, even though Mayodan Police made it clear that I am not to receive any child pornography from any of my property that was seized by them. So Mayodan lied to me and had intended to send me child pornography in a hard drive small enough to slip in the evidence box. The hard drive was not even listed in Mayodan's official log sheet from what I could tell unless I misunderstood something. Out of all what has happened to me in dealing with the Mayodan Police Department, I now suspect beyond a doubt that Mayodan Police intended to send child pornography to me in some kind of plot to get me on another child pornography possession charge. I believe more then ever before that Mayodan Police did set me up with child pornography with what all I have experienced and witnessed from their officers.

*Brian D. Hill*
Signed

*BH*

7

I hope by creating and signing this declaration that the FBI will conduct a search warrant on the premises of the Mayodan Police Department to find evidence of child pornography in the possession of and under the control of their detectives including Christopher Todd Brim. I want to know if the FBI can find child pornography in the possession of and control of the Mayodan Police Detective Todd Brim. This dirty attempt has scarred me seeing a image of a naked child being advertised in a sexual manner which caused me emotional distress which my entire family witnessed and possibly my neighbor when I was upset that I saw a yucky photo of a nude child being photographed in a sexual manner. This stuff makes me sick and that is why the FBI needs to investigate the Mayodan Police for me being framed with child pornography. I want some answers to many questions I have had since the Police raid in August 2012.

Brian D. Hill
Signed

BH



Note on the child porn folder found on hard drive from Mayodan Police.txt
Note on child porn folders in 160GB hard disk drive sent to my attorney Mark A.
Jones from Maydaon Police Department then given to me.

Folders of child porn:

sexy angels - main folder

lolitas and lolis

Teen Fuckers

Grand Kids

nudist kids

Sleeping Teen Prev ez

Badespass

From my investigation, after the hard drive was destroyed, it was discovered that
there were no hard disk platters from what I could see which is key to the hard
drive's functioning. I know about hard drive platters because I know a good deal
about computers and have taken apart a hard drive in the past. So I suspect the hard
drive platters were removed then possibly a microchip was added to at least make it
appear as a functional hard disk drive.

The note was taken around Feb. 14, 2015 3:54PM.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2015.

Brian D Hill
Signed

*Physically signed Feb. 15, 2015*

9

Page 1

Copy and pasted from Susan Basko email for Brian to report to the FBI:

----- Forwarded Message -----
**From:** Sue Basko <suebasko@gmail.com>
**To:** mjones@belldavispitt.com; Roberta Hill <rbhill67@yahoo.com>; Ken & Stella <kenstella2007@yahoo.com>
**Sent:** Monday, February 16, 2015 10:19 PM
**Subject:** RE: BRIAN DAVID HILL EMERGENCY

DEAR MR JONES:

I wrote to you before regarding this situation with Brian David Hill. You are handling his appeal. I am copying his mother and grandparents on this email.

Brian is the guy who was set up with child porn via email and then convicted. Someone KEEPS sending me (and others) emails regarding Brian and the threat to set him up with child porn. Tonight I got an email that also contains a jpg with a bunch of pictures on it that look like they might be porn or child porn - -these are tiny pics on one jpg and I cannot really see them and of course, will not click on them to preview or download.

I am copying and pasting the email below. Each set of emails is getting nastier and more threatening and the person is getting more desperate.

YOU NEED TO TALK WITH BRIAN AND HIS FAMILY RIGHT AWAY and I need to make a report to the FBI.

THIS IS WHAT THE EMAIL TONIGHT SAYS - IT APPEARS TO COME FROM ME. of course, it is not from me. Each email set has used a different email address.

Susan Basko <BudaBuddy@mail2tor.com>                    2:57 AM (2 hours ago)

to me

WE..............PLACED.................CHILD....................PORN.....................THE................HARD
..............DRIVE.....................WHICH................WAS..................GIVEN................TO..................
BRIAN.............DAVID..............HILL.............SO............WE.............HAVE............BRI
AN.............ON...........POSSESSION.................AGAIN.............AND...........HIS.......................
..FUCKASS..............ATTORNEY...............ON............DISTRIBUTION................BRIAN...........
WILL..........GO..........DOWN...........HE.........WILL.........BE.........IN............PRISO
N...........FOR............LIFE.............ALONG...............WITH.....................HIS..............APPEA
L..............ATTORNEY...................SO...............YOU...........HAVE................TWO..............O
PTIONS

OPTION..............ONE..................YOU...........TELL............BRIAN.............HE............BE
TTER......................DROP.................HIS.............APPEAL............OTHERWISE..............WE.
.................CALL............THE................FBI.............AND.................TELL.............THEM.......



..........WHAT................CJHILD....................PORN.............WAS................ON.............THE
.............HARD...........DRIVE.............HE................RECEIVED................

OOOR...........OPTION...........TWO...........BRIAN................WRITES..............A..........IN
CRIMINATING............LETTER.................ABOUT.............HOW..............HE.........DOES....
..........HAVE.............AN.............ADDICTION............TO.............CHILD.........PORN........
.....AND.............HAS...........A...........FETISH.........WITH.........STICKING...............C
OCKS...........IN.............LITTLE.............GIRLZ.................NASTY.................BUTTS.........
.......THEN............HE...........ENDS.........HIS...........APPEAL..........................HE.........
......NEEDS.............HELP.............AFTER...........ALL..............YOU...............NEED...
..........HELP...........TOO...........SUSAN...........MAYBE..............A..........GOOD..........
......MENTAL..........HOSPITAL
.................FOR..............YOU..........WE...........HAVE.........ACCESS............TO..........
..HIS..........PROPERTY.........AND............CAN..............PLANT...........CHILD............
..PORN...........ON..........ANY..........OF..............EM

REPORT..............THIS.............TO.............FBI............AND..............WE................WILL
................REPORT................YOU.................BRIAN.............HIS...............ATTO
RNEY..............AND.........HIS..........FAMILY.............AND.........TELL...........THE....
..........FBI.........THEY...........LIKE...........TO............MASTURBATE................AS.........
A..........FAMILY.........TO............CHILD...........PORN.................FLICKS..................
WE.............HAVE...........EVIDENCE..........TO.........GET.........ANOTHER..............CON
VICTION...........ON.........BRIAN.............HILL..............YOU...........CANT............
..........PROVE.........ANYTHING..........WITH.........EMAILS.........WHICH...........CAN......
........DISAPPEAR..............
....AFTER...........YOU...........READ..........EM........OR.........WE.........NOBODY...
.......WILL.........EVER............BELIEVE............YOU..............BITCH..................WE.........
..........KNOW.........CHILD.........PORN...........GOT..........INTO.........BRIANS.............P
OSSESSION................LAST.........WEEK.........WE.........WILL.........SEND....
.........MORE.............THEN...........HE..........WILL...........TECHNICALLY............B
E.........GUILTY..........AGAIN...............JUDGE.............OSTEEN............WILL..........
..CONVICT............HIM.............AGAIN............AS.............WE.........WILL...........MA
KE.........SURE.........OSTEEN...........IS...............PROCIDING..........JUDGE........
.......OVER.........BRIANS.............N
EW..............INDICTMENT.

MORE.............CHILD..............PORN............IS...........COMING..........THEN.............MO
RE..............CHARGES..........WILL.........BE...........BROUGHT..........BITCH

11

## Questions – Inquiry into my SBI Case Number 2012-02146(Rodney V. White)
### RESPONSE TO FEBRUARY 6, 2015 LETTER – NOTICE
### Friday, February 13, 2015

Angel E. Gray
Counsel for the North Carolina State Bureau of Investigation
P.O. Box 29500
3320 Garner Road
Raleigh, NC 27626-0500
(919) 662-4500

Dear Angel E. Gray,

I understand from what you have stated in your Feb 6th letter, that it looks like I will have to subpoena both you and Special Agent Rodney White to inquire on his possible misconduct and failure to follow proper policy and procedure.

I also will attach a threatening email I received that claimed some SBI people were involved in setting me up with child porn, that very email I had received which was attached as evidence in a email that I asked was forwarded from Joy Strickland(about my Innocence) to Agent White which he admitted to have received from me in the presence of a U.S. Marshal. Since Agent White knew of my innocence yet did everything he could to make me a registered sex offender for a crime I didn't commit and may not have even followed proper protocol, I will have to get a court order to hold Agent White accountable since you don't want to hold him accountable and Ombudsman can't hold him accountable.

I will either file a Petition for the Writ of Habeas Corpus or Appeal my federal conviction back to a trial, then the next thing my lawyer will do is work with the court to issue two subpoenas, one for you, and one for Special Agent Rodney White in the Greensboro, NC SBI Office at 501 Industrial Drive. I will go ahead and work with the lawyer to make sure everything was done proper according to law unlike Agent White not doing anything by usual procedure. There wasn't even a chain of custody on the property that was supposedly examined by Agent White. There are coverups going on and I am going to find out whom is covering up the truth. I ain't going to be a registered sex offender for fifteen years thanks to your agencies misconduct when I didn't even commit the crime. I believe child porn was planted on my computer according to my independent investigation and evidence of that investigation, yet Agent White had either failed or refused to respond and covering up the truth.

Also I don't understand how you can keep a SBI Case file confidential while using it against me as evidence in a public Jury Trial in open court. What you have claimed is one sided and violates my Constitutional rights that you can use a SBI case file against me in a public court trial yet I am not allowed to see this case file to come up with a defense to the criminal charge against me. Your SBI has violated every Constitutional right I ever had then forcing me to register as a sex offender for a crime I never committed. I am definitely planning to take all my letters I sent to and received from the SBI and make copies for the media to review. I'm sure the media would love to hear about this.

*I should not have been a sex offender.*
*This whole case is all wrong.*

(Electronically Signed:)Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

**Brian D. Hill**
Signed

Brian D Hill
Signed

## ATTN: ANGEL E. GRAY

12

From: <johnsnatchz@tormail.org>
Date: Sun, Apr 7, 2013 at 5:30 AM
Subject: You better watch out........
To: admin@uswgo.com


You better watch out Brian...We are watching you...Having child porn planted on your hard drives and computer was only the beginning and we will set you up for violent sex crimes if you don't watch your back...Have fun becoming a sex offender...Police won't believe you no matter how much evidence you have that you been set up we know some people in the SBI who will make sure you are convicted. You will be shut up by being a sex criminal. Your friends Alex Jones, Dan, James, Sean, Alex, and others are next...BeWare!



## NOTICE TO MAYODAN POLICE DEPARTMENT DETECTIVE TODD BRIM
### Thursday, February 5, 2015

Mayodan Police Department
101 North 3rd Avenue
Mayodan, NC 27027

Phone: (336) 548-6038

Dear Detective Todd Brim,

I have noticed that today around 1:52PM(Feb 5) and 10:58AM(Feb 5) in 2015, you have attempted to call the phone number (276) 224-0862 two times however that phone number belongs to my grandparents and I am just using it for only <u>official legal business</u> in regards to my criminal case. Under the procedures of professional legal conduct during the Appeal of my criminal case U.S.A. v. Brian David Hill while it is still open, I am not permitted to talk to you over the phone so <u>all communications to me must be in writing. You can write me via mail or write to my attorney of record in my criminal case. Any matters pertaining to my criminal case over the phone will not be answered with exception to the phone conversation being recorded under official record.</u> If the call is in regards to the return my most of my seized property then you should get in touch with my attorney of record to notify him/her of such notification.

Thank You!

Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

Brian D. Hill
Signed

**Brian D. Hill**
Signed

14