# EXHIBIT C

Susan Basko and Brian received threatening emails and text messages stating that Brian was to be framed with child porn planted on the laptop hard drive that Brian and his Appellate counsel was to receive. They threatened his Appellate counsel and likely more threats could have been made against his Appellate counsel in an attempt to scare Brian into withdrawing his Appeal and staying convicted.

All evidence of such is in Exhibits A and B