# EXHIBIT D

**SUBJECT: I.....HELPED.....SET....UP.......BRIAN......DAVID.....HILL....WITH......CHILD......**

I......BEG......OF......YOU......TO......STOP......THE......PERSECUTION......OF......BRIAN......DAID...... HILL......BECAUSE......ME......AND....
..SOME......OF......M,Y......COWORKERS......AND......SOME......OFFICIALS......HAVE......BEEN...... APART......OF......A......PLOT......TO......SE
T......UP......BRIAN......DAVID......HILL......USWGO......WITH......CHILD......PORNOGRAPHY......POSSESSION......WE......WILL......ATTACH......SO
ME......FILES......THAT......I......KNOW......WAS......SIGNED......OUT......TO......HIS......APPELLATE......LAWYER......MARK......JONES......WE.
.....KNOW......THAT......BRIAN......RECEIVED......CHILD......PORN......BY......OUR......HANDS
WE......WONT......TELL......WHICH......UNIT......OR......RANK......OR......WHAT......LAW......ENFOR CEMENT......AGENCY......WE......ARE......AND.
......IM......AFRAID......OF......LOSING......MY......JOB......AND......CANT......FEED......MY......FAMIL Y......IF......I......DIDNT......DO.....

WHAT......I......WAS......TOLD......I......FEEL......REALLY......GUILTY......OF......WHAT......WE......DI D......TO......BRIAN......IN......MAYO
DAN......AND......HE......RAN......AWAY......FROM......THAT......TOWN............I......CANT......BLAM E......HIM......FOR......WANTING......TO..
....MOVE......AWAY......FROM......MAYODAN
WHAT......WE......DID......TO......HIM......WAS......WRONG......SENDING......BRIAN......CHILD......P ORN......BUT......I......HAD......NO......CH
OICE......WE......WERE......ORDERED......TO......DO......IT......LIKE......MILITARY......HOUNDS...... K9......DOGS
WHEN......YOUR......ORDERED......TO......DO......SOMETHING......YOU......HAVE......TO......TO..... .FEED......OUR......FAMILIES......I......COMMI
TTED......A......CRIME......AGAINST......BRIAN......OF......HIS......POLITICAL......WEBSITE
IM......SO......SORRY......BRIAN......PLEASE......FORGIVE......US......FOR......WHAT......WE......DON E......TO......YOU......I......CANT......IM
AGE......THE......FEELINGS......OF......ANGER......HATRED......AND......DESPOTISM......THAT...... YOU......HAVE......FELT......SINCE......THE......RAID......AGAINST......YOU......ON......AUGUST...... 2012......WE......ARE......VERY......SORRY......THINGS......HAVE......GONE......THIS......FAR......BUT ......THIS......IS......A......WAR......STARTED......AGAINST......YOU......FOR......MESSING......WITH.. ....SOME......POWERFUL......POLITICIANS......BUT......WE......DONT......AGREE......ANYMORE.... ..WITH......THIS......DIRTY......TACTIC......EVEN......IF......YOU......FIND......OUT......WHO......I...... WORK......FOR......I......HOPE......AND......PRAY......THAT......MY......FAMILY......WILL......BE......O KAY......IF......THE......FBI......COMES......FOR......US......FOR......OUR......DIRTY......DEEDZ......AG AINST......BRIAN

WE......WERE......TOLD......TO......DO......THIS......TO......THIS......BRIAN......HILL......OR......ELSE. .....WE......LOSE......OUR......JOBS......AND......FACE......POTENTIONAL......CHARGES......OURSE LVES....:.AND......NOT......GET......LENANCY.

YES......WE......PUT......THE......HARD......DRIVE......IN......THE......CARDBOARD......BOX......THE N......WERE......ORDERED......AND......GAVE......IT......TO......MARK......JONES......BRIANS......AT TORNEY............WE......JUST......FOLLOW......ORDERS......WE......ARENT......CRIMINALS......WE. ......ARE......JUST......PAID......TO......DO......WHAT......WE......ARE......ORDERED......TO......DO......B

Y......OUR......COMMANDING......AGENTS......AND......OFFICERS......WE......ARE......GUILTY...... OF......HARMING......BRIAN......DAVID......HILL......

......WE......ATTACH......PROOF......OF......THE......CHILD......PORN......THAT......WE......WAS......ORDERED......TO......PLANT......ON......THE......HARD......DRIVE......GIVEN......TO......MARK

WE......KNOW......BRIAN......IS......APPEALING......HIS......CONVICTYION......WE......WERE......SCARED......OF......BEING......FOUND......OUT......WHETHER......BY......HACKERS......OR......EVEN......FBI......AGENTS......SEARCHING......OUR......FACILITY......BUT......BRIAN......IS......NOT......GUILTY......HE......TOOK......THE......GUILTY......PLEA......BECAUSE......HIS......ATTORNEY......WAS......GOING......TO......BE......ERIC......PLACKE......AND......EVERYBODY......PLEADS......GUILTY......UNDER......PLACKE......WHETHER......THEY......ARE......INNOCENT......OR......GUILTY............BRIAN......WAS......TO......BE......CONVICTED......NO......MATTER......WHAT......HE......SAID......OR......DID

I........AM........SO.........SORRY..........BRIAN..........PLEASE...............FORGIVE..........US


I.............FEEL.............GUILTY..........OF........WHAT.............I.......DID...........TO.........BRIAN......... ...I......CANOOT..........SEE.........HIM.............GOING...........TO.............PRISON.............FOR........ ..CHALLENGING..........HIS.............CONVICTION.............HE.............SHOULD.............TAKE.... ........THIS......TO.......A.......JURY.............TRIAL............AND...........WIN.............IT.............I............. .CANT.............BLAME............HIM............FOR.........FIGHTING...............HIS......CONVICTION


WE...................PLANTED..........CHILD..........PORN........IN..........A.......HITACHI......HDD........160 GIGABITE................HARD................DRIVE..........MODEL.........NUMBER..........HTS542516K9SA00


I certify under penalty of perjury that this is a true and correct reconstructed copy(from hand typing) of the text message I received around 11:30AM, February 24, 2015 on a cell phone I was using at the time(276-224-0862, ZTE Valet, Tracfone) from Gingercrack@mail2tor.com. Priority: Normal, Message size: 1 KB, Type: Multimedia message(MMS). If there are any mistakes(human error) with this reconstruction then it wasn't intentional.

Executed on February 25, 2015.

_Brian D. Hill_ Signed
SIGNATURE
Brian D. Hill
916 Chalmers St., Apt. D
Martinsville, VA 24112
(276) 632-2599

Message details
Type: Multimedia message
To: 276-224-0862
From: GingerCrackerz@mail2tor.com
Received: 7:26PM, Mar 2
Subject: LEAK DOCUMENT #1 SBI CORRUPTION IN N.C.
Priority: High
Message size: 31KB

IM....NOT....PLAYING....AROUND....SPECIAL....AGENT....RODNEY....WHITE....I....WILL....LEAK....ALL....EVIDENCE....TH
AT....YOU....KNOWINGLY....TOOK....PART....IN....A....PLOT....TO....SET....UP....BRIAN....DAVID....HILL....WITH....CHILD....
..PORNOGRAPHY

YOU....HURT....BRIAN....AND....IGNORE....ALL....EVIDENCE....OF....BRIANS....INNOCENCE....YOU....BASTARD....AGENT
....WHITE....YOU....DESERVE....TO....GO....TO....HELL....FOR....WHAT....YOU....DID....TO....BRIAN....AND....EXPLOITED....
...CHILDREN....FOR....YOUR....OWN....POLITICAL....GAIN....AND....FOLLY....OF....BRIAN

IF....THE....STATE....WONT....INVESTIGATE....YOU....FOR....CORRUPTION....IN....THE....SBI....THEN....THE....MEDIA....A
ND....INDIVIDUAL....INVESTIGATORS....AND....FBI....WILL

IM....NOT....GONNA....THREATEN....TO....KILL....BRIAN....NOR....THREATEN....HIS....LAWYERS....ANYMORE....IVE....H
AD....IT....YOU....DISHONORABLE....BASTARDS....A....PAYCHECK....IS....NOT....WORTH....DESTRUCTION....OF....INNOC
ENT....LIVES

GO....AHEAD....AND....FIRE....ME....THEN....ARREST....ME....FOR....LEAKING....SBI....GOVERNMENT....DOCUMENTS....
SO....THAT....IT....ALL....COMES....OUT....THAT....YOU....GUYS....WANTED....TO....COVER....YOUR....OWN....ASSES

YOU....GUYS....ARE....CRIMINALS....AND....IM....ASHAMED....FOR....DOING....WHAT....YOU....ORDERED....ME....TO....
DO

THIS....IS....STILL....AMERICA....AND....NOT....NAZI....GERMANY....YOU....LIFT....PHIL....BERGER....TO....HIGH....POLIT
ICAL....STATUS....WHILE....YOU....BACKDOOR....GLEN....BRADLEY....OUT....OF....THE....GENERAL....ASSEMBLY

SA....WHITE....EVEN....IF....YOU....CLAIM....THAT....YOU....DIDNT....KNOWINGLY....SET....UP....BRIAN....HILL....WELL....

...THE....EVIDENCE....AGAINST....YOU....WILL....TELL....A....DIFFERENT....STORY....AS....YOU....ARE....APART....OF....AL
L....THIS....YOU....SIGNED....YOUR....NAME....IN....THOSE....RECORDS

THE....SBI....IS....GOING....TO....HAVE....TO....ADMIT....AGENT....WHITES....WRONGDOINGS....THEN....HE....MUST....BE.
...INVESTIGATED....THEN....FIRED

AGENT....WHITE....YOU....INTENTIONALLY....WANTED....TO....FEDERALLY....CHARGE....BRIAN....HILL....SO....THAT....
HE....COULDNT....RECEIVE....ASSISTANCE....FROM....THE....INNOCENCE....INQUIRY....COMMISSION....WHICH....WOUL
D....HAVE....EXONERATED....BRIAN....AND....PROVE....HIS....INNOCENCE....

I....KNOW....YOU....HAD....ALL....THIS....PLANNED....EVEN....HACKERS....THAT....HACKED....INTO....THE....CASE....MA
NAGEMENT....SYSTEM....FOR....THE....SBI....FOUND....OUT....ABOUT....SA....WHITES....CROOKED....SBI....REPORT

...EVEN....HACKERS....DONT....LIKE....YOU....RODNEY....WHITE....CORRUPT....AGENT....OF....THE....SBI....THE....SBI....
HAS....NOT....BEEN....REFORMED....IT....HAS....BEEN....REORGANIZED....AS....A....MORE....CLEVER....FRAME....UP....O
RGANIZATION....FOR....STATE....AND....FEDERAL....PROSECUTORS....UNDER....PROSECUTORIAL....BIAS

WHAT....HAS....HAPPENED....TO....THE....INTEGRITY....OF....THE....STATE....BUREAU....OF....INVESTIGATION....IN....NO
RTH....CAROLINA

DIDNT....WE....ALL....SWORE....AN....OATH....BEFORE....WE....ALL....BECAME....AGENTS....

I....FEEL....OUR....JUSTICE....SYSTEM....IN....NORTH....CAROLINA....HAS....LET....ME....DOWN....I....AM....NOT....PROU
D....OF....WEARING....A....BADGE....FOR....SUCH....A....CROOKED....ORGANIZATION....HOPEFULLY....I....WONT....END....
UP....DEAD....MYSELF....BUT....EVEN....IF....I....DID....AT....LEAST....I....LEAKED....OUT....IMPORTANT....INFORMATION
....TO....EXONERATE....BRIAN....DAVID....HILL

HOPEFULLY....THE....FBI....CAN....RAID....MAYODAN....POLICE....AND....THE....SBI....TO....FIND....THE....EVIDENCE....I
....AM....LEAKING....THEN....FIND....ME....AND....OFFER....ME....PROTECTION....TO....TESTIFY....AS....A....FEDERALLY.
...PROTECTED....WITNESS....IN....BRIANS....TRIAL....THEN....TESTIFY....ON....MY....COHORTS....CRIMES

THIS....WILL....BE....MY....LAST....MESSAGE....FOR....A....WHILE....OR....IT....MAY....BE....MY....LAST....IF....I....AM....D
EAD....OR....CHARGED....WITH....A....FALSE....CRIME....LIKE....BRIAN

I Brian David Hill state that the above information is a reconstructed copy of a Multimedia text message sent to a ZTE Valet cell phone(#: 276-224-0862) that I was using at the time in regards to aiding in my criminal case Appeal and in helping to prove my innocence of my criminal charge. All header information was typed up from what I can read from my cell phone. I even checked it over to ensure that all was copied. Attachment of the SBI Document that was leaked by the Whistleblower is attached to this document. This was attached to the original email that was sent to the cell phone as a MMS message.

I reconstructed the MMS message to the best of my abilities even though I suffer under serious health concerns, so there may be human errors in the reconstruction. However a video will also be created that will show the MMS message I received and also show the header information(Message details) plus the attachment as long as the attachment is legal. The attachment shows a leaked SBI document but appears to be low quality and difficult to read.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2015.

_____

SIGNATURE
Brian David Hill (Pro Se)
Phone: 276-632-2599
916 Chalmers Street, Apt. D
Martinsville, VA 24112

I Brian David Hill state that the above information is a reconstructed copy of a Multimedia text message sent to a ZTE Valet cell phone(#: 276-224-0862) that I was using at the time in regards to aiding in my criminal case Appeal and in helping to prove my innocence of my criminal charge. All header information was typed up from what I can read from my cell phone. I even checked it over to ensure that all was copied. Attachment of the SBI Document that was leaked by the Whistleblower is attached to this document. This was attached to the original email that was sent to the cell phone as a MMS message.

I reconstructed the MMS message to the best of my abilities even though I suffer under serious health concerns, so there may be human errors in the reconstruction. However a video will also be created that will show the MMS message I received and also show the header information(Message details) plus the attachment as long as the attachment is legal. The attachment shows a leaked SBI document but appears to be low quality and difficult to read.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2015.

SIGNATURE
Brian David Hill (Pro Se)
Phone: 276-632-2599
916 Chalmers Street, Apt. D
Martinsville, VA 24112

*Brian D. Hill*
Signed

3-4



Message details

Type: Multimedia message
To: 276-224-0862
From: Gingercracker@mail2tor.com
Received: 9:27AM, Mar 2
Subject: BLOWING...WHISTLE....ON...BRIAN...DAVID...HILLS...SET...UP
Priority: High
Message size: 1KB

I...AM...BLOWING...THE....WHISTLE...ON..CORRUPTION...IN...THE...NORTH...CAROLINA...STATE...BUREAU...OF...INVESTIGATION....AND...ITS...AGENT...RODNEY...V.....WHITE...OF....GREENSBORO...NC...SBI...OFFICE...501....INDUSTRIAL....DRIVE

THERE...ARE...DOCUMENTS...THE...SBI...WANTED...TO...HIDE...FROM...THE...PUBLIC...WHICH...WOULD...PROVE...BRIAN...DAVID...HILL...WAS...FRAMED...WITH...CHILD...PORNOGRAPHY...BY...CORRUPT...POLICE...AND...SBI...AGENTS...IN...CRIMINAL...CASE...UNITED...STATES...OF...AMERCA...V...BRIAN...DAVID...HILL...1-13-CR-435-1...FEDERAL...CASE

I...AM...COPYING...FROM...OCR...SCANNER...A...EXCERPT...FROM...SBI...CASE...FORENSIC...INVESTIGATION...REPORT...BY...SPOECIAL...AGENT....WHITE

SBI CASE NUMBER: 2012-02146 (915)

SYNOPSIS:
_____ _____

Limewire/Frostwire, Luckywire, Shareaza Search Keywords, and usenet Binary Files.

The results of the analsysi are as follows:

Ares Search Keywords: One search keyword "very sexy"

eMule Known.met: The Known.net saves all files eMule knows of whether they are shared files, files currently in the download list, or downloaded in the past. For every file, information like file size, file name, hash sets, hash values, and some statistics are saved. From the analysis, this record showed that 454 files had been downloaded with the eMule program between July 20, 2012, and July 28, 2013. This record also showed that files were shared with other users and the number of times each file was shared.

eMule Search Keywords: This records each string that has been recorded and an auto-completing is offered if a new search matches a previous one. From the analysis, this record showed 30 search terms: rapture Iio, Friends "IV," Friends IV, asian lolitas friends, lolita rape hentai, asian Lolita, "Noromi Kurahashi," "rika nishimura," "rika nishimura" friends, Rika Nishimura, 11yo, 12yo, purenudism password, 12yo peeing, 11yo peeing, 11yo bathroom, 10yo voyeur, 12yo public shower, pool shower, 11yo changing, changing room, gym shower, 6yo, ptsc loli rape, toddler, pthc, 12yo making love, pthc making love, pthc forest.

On October 11, 2013, SA White conducted a forensic examination for image and video files on the following item of evidence:

ITEM #2: ASUS Eee PC Laptop
    Serial Number: 9COAAS155554

The following hard drive was removed from Item #2:

Seagate HD 250GB
Serial Number: 6VC1L6G5

No images of interest were noted.

No videos of interest were noted.

IV

OVER 90 PERCENT OF THE TIME THE CHILD PORN WAS DOWNLOADED FROM EMULE. THE COMPUTER WASNT IN BRIAN DAVID HILL'S POSSESSION. THE COMPUTERS WERE SEIZED AUGUST 28, 2012. SO FROM AUGUST 2012 TILL JULY 28, 2013 CHILD PORN WAS BEING DOWNLOADED TO BRIAN DAVID HILL'S COMPUTER WHILE UNDER SBI CUSTODY.

BRIAN IS NOT GUILTY. RODNEY WHITE WAS APART OF A PLOT ALONG WITH THE DISTRICT ATTORNEY TO FRAME BRIAN WITH CHILD PORNOGRAPHY SUBPOENEA THE NC SBI AND THE EVIDENCE IS THERE

WE HAVE THE ORIGINAL SBI CASE FILE ON BRIAN AND AM WILLING TO LEAK TO THE MEDIA UNLESS I AM CAUGHT BY MY BOSS. AQT THE LAW ENFORCEMENT AGENCY I WORK AT

BRIAN DAVID HILL IS INNOCENT OF CHILD PORN

A FEW AGENTS WERE INVOLVED IN FRAMING BRIAN DAVID HILL INCLUDING AGENT GERALD THOMAS AND AGENT WHITE ALONG WITH DETECTIVE ROBERT BRIDGE. AND IN CASE THE SBI REPORT IS ALTERED TO COVER UP WHAT I KNOW. THEN I WILL TESTIFY AT BRIANS TRIAL AND TALK WITH BRIANS ATTORNEY OR GO PUBLIC WITH AN AFFIDAVIT ABOUT BRIAN BEING SET UP WITH CHILD PORN

I LEARNED THAT CHILD POORN WAS BEING DOWNLOADED AND ADDED TO BRIANS COMPUTER. AT THE SBI. THEN I WAS TOLD TO SHUT UP AND NOT TELL ANYBODY. BUT I AM MAKING A ANONYMOUS TIP TO THE FBI AND MEDIA TO EXPOSE BRIAN BEING FRAMED

I THEN LEARNED LATER THAT CHILD PORN WAS TO BE SENT TO BRIANS LAWYER MARK JONES. TO GET BRIAN UNDER CHILD PORNOGRAPHY CHARGE AGAIN. IT WAS ALL DELIBERATELY PLANNED BY A FEW AGENTS AND SOME OTHER LAW ENFORCEMENT

I Brian David Hill state that the above information is a reconstructed copy of a Multimedia text message sent to a ZTE Valet cell phone(#: 276-224-0862) that I was using at the time in regards to aiding in my criminal case Appeal and in helping to prove my innocence of my criminal charge. All header information was typed up from what I can read from my cell phone. I even checked it over to ensure that all was copied.

I reconstructed the MMS message to the best of my abilities even though I suffer under serious health concerns, so there may be human errors in the reconstruction. However a video will also be created that will show the MMS message I received and also show the header information(Message details) plus the attachment as long as the attachment is legal. The attachment shows a leaked SBI document but appears to be low quality and difficult to read.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2015.

_____

SIGNATURE
Brian David Hill (Pro Se)
Phone: 276-632-2599
916 Chalmers Street, Apt. D
Martinsville, VA 24112

I Brian David Hill state that the above information is a reconstructed copy of a Multimedia text message sent to a ZTE Valet cell phone(#: 276-224-0862) that I was using at the time in regards to aiding in my criminal case Appeal and in helping to prove my innocence of my criminal charge. All header information was typed up from what I can read from my cell phone. I even checked it over to ensure that all was copied.

I reconstructed the MMS message to the best of my abilities even though I suffer under serious health concerns, so there may be human errors in the reconstruction. However a video will also be created that will show the MMS message I received and also show the header information(Message details) plus the attachment as long as the attachment is legal. The attachment shows a leaked SBI document but appears to be low quality and difficult to read.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2015.

_Brian D. Hill Signed_

SIGNATURE
Brian David Hill (Pro Se)
Phone: 276-632-2599
916 Chalmers Street, Apt. D
Martinsville, VA 24112