# EXHIBIT E

# Report by Brian D. Hill regarding seizure of Tracfone

Monday, March 9, 2015

I, Brian D. Hill, voluntarily gave U.S. Probation Officer Kristy Burton(U.S. Probation Office for the Western District of Virginia, Danville Division) a cell phone that my grandmother lets me use for texting/calling news reporters, texting and calling my lawyer, texting and calling those helping me in my criminal Appeal in the 4th Circuit U.S. Court of Appeals(Case #15-4057 in appeal from U.S. District Court in the Middle District of North Carolina criminal case #1:13-cr-435-1), and informing my friends as to what is going on with my case. So pretty much for mainly legal purposes I text and call those that can help me with my criminal appeal in some way, shape, or form which includes informing members of the media.
I gave the cell phone to Kristy a little after 4:00PM then I showed her the whistleblower text message I had received via email gateway. She asked if it was an email but I told it isn't a email(as the email requires Internet) but a text message through gateway(email gateway as every cell phone provider allows people to email cell phone users through a public gateway email address) without the cell phone users even needing to use the Internet. It is similar to faxes where you can send small attachments such as legal documents and audio recordings but is different then email which requires a email server and a client to function. Since I am not allowed on the internet until I receive permission from my Probation Officer, texting is pretty much my only means of digital communication which can allow me to send communications with my lawyer, news reporters, and third parties involved with my case without having to rely on the Postal service which can be expensive for a lot of mailings.

She asked me if I had viewed the attachments. I told her I looked through a list of them on the phone and accidentally viewed one or two as the touch screen phone it can accidentally happened.

Anyways she explained to me that the only way the evidence can be obtained was that she will have to conduct a search on the cell phone. I consented to the search and she sealed in a plastic evidence bag which she filled out in front of me and my mother whom was a witness during the procedure. She explained that she will get somebody to look at the phone and copy DATA off of it. She also explained to me that the offending content will removed off the phone and I will be able to receive the phone after the investigation. I asked her if I can subpoena this with the criminal court to exonerate me and she asked for clarification and I told her on the report she will be writing. She explained to me that I will get a copy of her report on the incident. She said she sealed it in front of us so that we know she didn't tamper with the phone(as she was already made aware of the possible misconduct by the Mayodan Police through earlier writings/faxes and what my family told her). I believe she did everything proper and if she has any questions then me or my grandparents can answer them as it is really their cell phone account and they pay for the phone. They just let me use the phone for legal case purposes.

I then explained to her that I have a private lawyer interested in my case, she asked where is she from. I told her Concord, NC from what I can remember about her address. I told her the name is Cynthia Everson. The PO asked how I got this attorney. I told her my friend whom was involved with political activism before I was set up with child porn, he got me in touch with her to represent me. Kristy informed me that a report will be made, that somebody will examine the phone for the investigation, that I can subpoena the report later on for my criminal case, and that I can also transfer my minutes from that phone to another Tracefone phone. The phone that was seized was using the cell phone #

276-224-0862 and can be emailed using two different email gateways according to what email address my mother receives the texts from. One is mypixmessages.com and the other is vtext.com. So the only way somebody could email my cell phone is to send it to email address gateway 2762240862@mypixmessages.com(MMS) or 2762240862@vtext.com(SMS 140char limit). So whomever sent me the whistleblower emails and threatening emails to my cell phone through Multimedia Text Messaging or regular Text Messaging(SMS) had to have my cell phone number. Mayodan Police Department got my cell phone number prior to the threatening MMS text messages I have received as they attempted to call the cell phone two times. I called back that number and confirmed it was the Mayodan, NC Police Department. Kristy informed me that I won't have my Constitutional rights violated. Prior to my PO showing up, I added information to the Monthly Probation Report that I had received the Whistleblower text message and asked the Probation Office to investigate it. That monthly report for February 2015, I had filed and signed it, which I sent via Fax to the Probation Office in Danville, VA.

She did also say she was going to send the phone to somebody that knows what they are doing(my guess is a forensic IT technician examiner.

This was typed up a few hours after Kristy met with me over me wanting to give her the phone to conduct the analysis.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March, 9, 2015.

*Brian D. Hill* Brian David Hill USWGO Alt. News
Signed          **SIGNATURE**

Brian David Hill
Report conducted Pro Se but is submitted to Cynthia Everson and a third party for review
276-632-2599
916 Chalmers Street, Apartment D
Martinsville, VA 24112

*Reviewed by Mother/Witness Roberta Hill and she also determined my report is accurate.*

I, Kristy Burton, seized a
Tracone phone to look @
text he has been sent.
No reciepts in car this serves
as offical receipt. 3/9/2015
4:15pm

*Kristy Burton*