# EXHIBIT F

Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket

Date: 3/17/2015
Number of pages: 14
Attn.: N.C. Attorney General Roy Cooper
Recipient's number: T19197166750
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\Request to NC Attorney
File description: Request to NC Attorney General to investigate SBI Corruption(Si
Recipient's Fax ID: 9197166750
Rate: 14400 bps

Time: 4:35:47 AM
Session duration: 14:44
To: North Carolina Legal Services Division
Message type: Fax
Error Correction: Yes SBI Corruption(Signed, READY to F {2015-03-17}.tif
Resolution: 200*200 dpi
Record number: 966

Page 1/2 - March 17, 2015 - 04:17 AM - **Letter to NC Attorney General**

## REQUEST FOR INVESTIGATION OF CRIMINAL MISCONDUCT FROM THE STATE BUREAU OF INVESTIGATION GREENSBORO, NC FIELD OFFICE

Tuesday, March 17, 2015

ATTORNEY GENERAL OFFICE
9001 Mail Service Center
Raleigh, NC 27699-9001
Telephone: (919) 716-6400
Fax: (919) 716-6750 or (919) 716-6760

**URGENT**

NOTICE: SINCE SBI MISCONDUCT LED TO FEDERAL INDICTMENT OF AN INNOCENT MAN, THIS LETTER WILL BE FAXED AND FORWARDED TO THE FBI FIELD OFFICE IN RICHMOND, VA UNDER SPECIAL AGENT ADAM S. LEE.

**Dear N.C. Attorney General Roy Cooper,**

I am forwarding to you some concerning text messages(3 of them) sent to my Tracfone through Multimedia Messaging Service. All three of them allege possible criminal activities from the North Carolina State Bureau of Investigation Special Agent Rodney White from the Greensboro, NC regional SBI Field Office. The Whistleblower claimed to work in law enforcement and had witnessed the alleged misconduct from Agent White. I feel this concern needs to go straight to you NC Attorney General Roy Cooper since you stated as Attorney General on public record that you plan on going after public corruption. A SBI Agent involved in misconduct and corruption as apart of a political plot to frame me with child pornography isn't exactly something that should be allowed to happen. A leaked SBI Document from the alleged Whistleblower stated on Page IV of the document that I had supposedly downloaded child porn on the eMule file sharing program from July 20, 2012, all the way up to July 28, 2013. My computer that was analyzed for child porn was seized on August 28, 2012 through a public search warrant on Court record. Susan Basko (suebasko@gmail.com) informed me and my family that she may have received possibly the same Whistleblower type email and that she claimed it was sent to a pile of FBI. Also I know the Feds are investigating the Whistleblower messages received on my old Tracfone that was seized by the U.S. Probation Office pursuant to a Federal investigation but I won't specify which exact Agent or Federal Law Enforcement official is conducting the investigation but there is an investigation into the SBI Whistleblower, and an investigation into SBI Agent Rodney White. **I am not guilty of the elements of possessing child pornography.** The U.S. Attorney can technically argue **that even if files were planted on my computer,** they were found on the computer which is technical possession, however if the files of child porn were planted then I have NO INTENT to possess child porn, I didn't intent to commit a felony, I did not knowingly possessed it, and I do not even meet the criteria of a pedophile as a pedophile would love to seek child porn files and I do not wish to seek such files. Also whomever planted child porn on my computer had a criminal intent to ruin my life on a technical child porn possession charge. Whoever framed me had the criminal intent to put me wrongfully and falsely on the sex offender registry for a crime I didn't commit. Even if files are on a computer, it does not mean that the computer owner knowingly put them there. Any computer hacker can plant child porn on a computer. It is up to your Agents to prove innocence or guilt but Agent Rodney White wanted my conviction which I can prove he intended to have me wrongfully convicted beyond a shadow of doubt. My lawyer has a copy of my written exchanges between me and Agent White proving that SA White ignored all evidence that can exonerate me and prove my legal Innocence. This misconduct must not be ignored. SA White intended to make me a sex offender as the threatening emails I received stated against me on record. The anonymous threatening emails were carried out against me by somebody with connections to the North Carolina State Bureau of Investigation and maybe even the Mayodan Police.

## REQUEST FOR INVESTIGATION OF CRIMINAL MISCONDUCT FROM THE STATE BUREAU OF INVESTIGATION GREENSBORO, NC FIELD OFFICE

Tuesday, March 17, 2015

ATTORNEY GENERAL OFFICE
9001 Mail Service Center
Raleigh, NC 27699-9001
Telephone: (919) 716-6400
Fax: (919) 716-6750 or (919) 716-6760



**URGENT**

NOTICE: SINCE SBI MISCONDUCT LED TO FEDERAL INDICTMENT OF AN INNOCENT MAN, THIS LETTER WILL BE FAXED AND FORWARDED TO THE FBI FIELD OFFICE IN RICHMOND, VA UNDER SPECIAL AGENT ADAM S. LEE.

**Dear N.C. Attorney General Roy Cooper,**

I am forwarding to you some concerning text messages(3 of them) sent to my Tracfone through Multimedia Messaging Service. All three of them allege possible criminal activities from the North Carolina State Bureau of Investigation Special Agent Rodney White from the Greensboro, NC regional SBI Field Office. The Whistleblower claimed to work in law enforcement and had witnessed the alleged misconduct from Agent White. I feel this concern needs to go straight to you NC Attorney General Roy Cooper since you stated as Attorney General on public record that you plan on going after public corruption. A SBI Agent involved in misconduct and corruption as apart of a political plot to frame me with child pornography isn't exactly something that should be allowed to happen. A leaked SBI Document from the alleged Whistleblower stated on Page IV of the document that I had supposedly downloaded child porn on the eMule file sharing program from July 20, 2012, all the way up to July 28, 2013. My computer that was analyzed for child porn was seized on August 28, 2012 through a public search warrant on Court record. Susan Basko (suebasko@gmail.com) informed me and my family that she may have received possibly the same Whistleblower type email and that she claimed it was sent to a pile of FBI. Also I know the Feds are investigating the Whistleblower messages received on my old Tracfone that was seized by the U.S. Probation Office pursuant to a Federal investigation but I won't specify which exact Agent or Federal Law Enforcement official is conducting the investigation but there is an investigation into the SBI Whistleblower, and an investigation into SBI Agent Rodney White. **I am not guilty of the elements of possessing child pornography.** The U.S. Attorney can technically argue **that even if files were planted on my computer,** they were found on the computer which is technical possession, however if the files of child porn were planted then I have NO INTENT to possess child porn, I didn't intent to commit a felony, I did not knowingly possessed it, and I do not even meet the criteria of a pedophile as a pedophile would love to seek child porn files and I do not wish to seek such files. Also whomever planted child porn on my computer had a criminal intent to ruin my life on a technical child porn possession charge. Whoever framed me had the criminal intent to put me wrongfully and falsely on the sex offender registry for a crime I didn't commit. Even if files are on a computer, it does not mean that the computer owner knowingly put them there. Any computer hacker can plant child porn on a computer. It is up to your Agents to prove innocence or guilt but Agent Rodney White wanted my conviction which I can prove he intended to have me wrongfully convicted beyond a shadow of doubt. My lawyer has a copy of my written exchanges between me and Agent White proving that SA White ignored all evidence that can exonerate me and prove my legal Innocence. This misconduct must not be ignored. SA White intended to make me a sex offender as the threatening emails I received stated against me on record. The anonymous threatening emails were carried out against me by somebody with connections to the North Carolina State Bureau of Investigation and maybe even the Mayodan Police.

It is your duty as a Attorney General to keep your word to the public by investigating public corruption or corruption which involves a public servant. I have already informed certain media on the ongoing corruption in the SBI but the media is awaiting until solid evidence is released or leaked by any Whistleblower before they start publishing mainstream articles about the SBI involvement in me being set up with child pornography. I kept sending letters to the SBI while I was in jail hoping they would remedy the situation to stop me being framed with child porn but not only did they refused to look into any evidence of my Innocence, but went along with the criminal misconduct of aiding and abetting in the conviction of an innocent man. They were complicit in me being framed.

Now if this Whistleblower does indeed work for the SBI then I have been framed with child porn by somebody working for the State of North Carolina Law Enforcement agency in an attempt to ruin my life and making me a registered Sex Offender for a crime I am Legally Innocent of. I was convicted on evidence by the State of North Carolina so it is the State's duty to right the wrongs done to me in Federal Court. If a corrupt employee of the State indeed framed me with child porn then the State needs to come clean and inform the Federal Court that I had been framed and that **my conviction should be nullified on grounds of Actual Innocence**. I couldn't even receive assistance from the Innocence Inquiry Commission over the SBI corruption due to it being a federal conviction, not state.

Because I am on the Sex Offender registry I am prohibited from social networking websites which may include match.com, and other online dating sites. I won't be allowed to online date nice women until I am 40 years old. Most of my young life has been ruined and I cannot allow being falsely convicted, or convicted through fraudulent or false evidence, or convicted by a political conspiracy.

So I am attaching the three Whistleblower MMS Text Messages **for you as the Attorney General** to investigate public corruption involving my criminal conviction. If you have any questions then **please send something to me ONLY in writing** and through correspondence with my Attorney Cynthia Everson at the Everson Law Firm in Concord, NC.

In fact my lawyer is looking into the situation as well to overturn my federal conviction. I ask that you get in touch with my lawyer to remedy the damage the misconduct has caused me before it goes as far as a possible Federal inquiry involving misconduct that led to my false conviction. My lawyer didn't officially sanction this letter and this letter has been filed with the North Carolina Office of the Attorney General on a Pro Se basis as I am getting sick and tired of being on the Sex Offender registry for a crime I didn't commit and for having ineffective assistance of counsel(Greensboro Federal Public Defender) by the Criminal Justice Act. I seek a Independent investigation and request that your office investigate the matter then remedy the misconduct by withdrawing your SBI evidence from the U.S. Attorney. This evidence should be disqualified and your office has the power to contact the U.S. Attorney Ripley Rand and Assistant Attorney Anand P. Ramaswamy in Greensboro, NC to request the disqualification of the evidence from further being used in my Federal case United States of America v. Brian David Hill, Docket #1:13-cr-435-1, U.S. District Court for Middle District of North Carolina.

Rodney White needs to be under investigation. He never responded to a single written inquiry after he admitted to a U.S. Marshal in front of me <u>that the state never tried to press the charge on me and "must have been the U.S. Attorney."</u> He even <u>admitted to receiving the emails I sent to Joy Strickland asking that they be forwarded to Agent White. He knew himself that I am Innocent or had the evidence that may prove</u> such but never did anything for over a year.

Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

*Brian D. Hill*
*Signed*

**Brian D. Hill**
*Signed*

Former U.S.W.G.O. Alternative News reporter. Media & Nobody frames the Press.

EVIDENCE ATTACHED

**SUBJECT: I....HELPED.....SET....UP.......BRIAN......DAVID.....HILL....WITH......CHILD......**

I.....BEG......OF......YOU......TO......STOP......THE......PERSECUTION......OF......BRIAN......DAID......HILL......BECAUSE......ME......AND....
..SOME......OF......M,Y......COWORKERS......AND......SOME......OFFICIALS......HAVE......BEEN......APART......OF......A......PLOT......TO......SE
T......UP......BRIAN......DAVID......HILL......USWGO......WITH......CHILD......PORNOGRAPHY......POSSESSION......WE......WILL......ATTACH......SO
ME......FILES......THAT......I......KNOW......WAS......SIGNED......OUT......TO......HIS......APPELLATE......LAWYER......MARK......JONES......WE.
.....KNOW......THAT......BRIAN......RECEIVED......CHILD......PORN......BY......OUR......HANDS
WE......WONT......TELL......WHICH......UNIT......OR......RANK......OR......WHAT......LAW......ENFOR
CEMENT......AGENCY......WE......ARE......AND.
.....IM......AFRAID......OF......LOSING......MY......JOB......AND......CANT......FEED......MY......FAMIL
Y......IF......I......DIDNT......DO.....

WHAT......I......WAS......TOLD......I......FEEL......REALLY......GUILTY......OF......WHAT......WE......DI
D......TO......BRIAN......IN......MAYO
DAN......AND......HE......RAN......AWAY......FROM......THAT......TOWN............I......CANT......BLAM
E......HIM......FOR......WANTING......TO..
....MOVE......AWAY......FROM......MAYODAN
WHAT......WE......DID......TO......HIM......WAS......WRONG......SENDING......BRIAN......CHILD......PORN......BUT......I......HAD......NO......CH
OICE......WE......WERE......ORDERED......TO......DO......IT......LIKE......MILITARY......HOUNDS......K9......DOGS
WHEN......YOUR......ORDERED......TO......DO......SOMETHING......YOU......HAVE......TO......TO......FEED......OUR......FAMILIES......I......COMMI
TTED......A......CRIME......AGAINST......BRIAN......OF......HIS......POLITICAL......WEBSITE
IM......SO......SORRY......BRIAN......PLEASE......FORGIVE......US......FOR......WHAT......WE......DON
E......TO......YOU......I......CANT......IM
AGE......THE......FEELINGS......OF......ANGER......HATRED......AND......DESPOTISM......THAT......YOU......HAVE......FELT......SINCE......THE......RAID......AGAINST......YOU......ON......AUGUST......2012......WE......ARE......VERY......SORRY......THINGS......HAVE......GONE......THIS......FAR......BUT......THIS......IS......A......WAR......STARTED......AGAINST......YOU......FOR......MESSING......WITH......SOME......POWERFUL......POLITICIANS......BUT......WE......DONT......AGREE......ANYMORE......WITH......THIS......DIRTY......TACTIC......EVEN......IF......YOU......FIND......OUT......WHO......I......WORK......FOR......I......HOPE......AND......PRAY......THAT......MY......FAMILY......WILL......BE......O
KAY......IF......THE......FBI......COMES......FOR......US......FOR......OUR......DIRTY......DEEDZ......AG
AINST......BRIAN

WE......WERE......TOLD......TO......DO......THIS......TO......THIS......BRIAN......HILL......OR......ELSE......WE......LOSE......OUR......JOBS......AND......FACE......POTENTIONAL......CHARGES......OURSE
LVES......AND......NOT......GET......LENANCY.

YES......WE......PUT......THE......HARD......DRIVE......IN......THE......CARDBOARD......BOX......THE
N......WERE......ORDERED......AND......GAVE......IT......TO......MARK......JONES......BRIANS......AT
TORNEY............WE......JUST......FOLLOW......ORDERS......WE......ARENT......CRIMINALS......WE.
.....ARE......JUST......PAID......TO......DO......WHAT......WE......ARE......ORDERED......TO......DO......B

Y......OUR......COMMANDING......AGENTS......AND......OFFICERS......WE......ARE......GUILTY......
OF......HARMING......BRIAN......DAVID......HILL......

......WE......ATTACH......PROOF......OF......THE......CHILD......PORN......THAT......WE......WAS......OR
DERED......TO......PLANT......ON......THE......HARD......DRIVE......GIVEN......TO......MARK

WE......KNOW......BRIAN......IS......APPEALING......HIS......CONVICTYION......WE......WERE......S
CARED......OF......BEING......FOUND......OUT......WHETHER......BY......HACKERS......OR......EVEN
......FBI......AGENTS......SEARCHING......OUR......FACILITY......BUT......BRIAN......IS......NOT......G
UILTY......HE......TOOK......THE......GUILTY......PLEA......BECAUSE......HIS......ATTORNEY......WA
S......GOING......TO......BE......ERIC......PLACKE......AND......EVERYBODY......PLEADS......GUILTY
......UNDER......PLACKE......WHETHER......THEY......ARE......INNOCENT......OR......GUILTY..........
........................BRIAN......WAS......TO......BE......CONVICTED......NO......MATTER......WHAT......HE
......SAID......OR......DID

I........AM........SO.........SORRY..........BRIAN.........PLEASE..............FORGIVE..........US


I.............FEEL.............GUILTY.........OF........WHAT.............I.........DID...........TO.........BRIAN.........
...I......CANOOT..........SEE.........HIM.............GOING...........TO..............PRISON.............FOR........
..CHALLENGING..........HIS.............CONVICTION.............HE.........SHOULD.............TAKE....
........THIS......TO......A......JURY............TRIAL............AND...........WIN.............IT.............I............
.CANT..............BLAME..............HIM.............FOR.........FIGHTING..............HIS......CONVICTION


WE...................PLANTED..........CHILD...........PORN......IN...........A......HITACHI......HDD........160
GIGABITE..................HARD.................DRIVE...........MODEL..........NUMBER..........HTS542516K
9SA00


I certify under penalty of perjury that this is a true and correct reconstructed copy(from hand typing) of the text message I received around 11:30AM, February 24, 2015 on a cell phone I was using at the time(276-224-0862, ZTE Valet, Tracfone) from Gingercrack@mail2tor.com. Priority: Normal, Message size: 1 KB, Type: Multimedia message(MMS). If there are any mistakes(human error) with this reconstruction then it wasn't intentional.

Executed on February 25, 2015.

_Brian D. Hill_
Signed

SIGNATURE
Brian D. Hill
916 Chalmers St., Apt. D
Martinsville, VA 24112
(276) 632-2599

Message details
Type: Multimedia message
To: 276-224-0862
From: Gingercracker@mail2tor.com
Received: 9:27AM, Mar 2
Subject: BLOWING...WHISTLE...ON...BRIAN..DAVID..HILLS..SET..UP
Priority: High
Message size: 1KB

I...AM...BLOWING...THE....WHISTLE...ON..CORRUPTION...IN...THE...NORTH...CAROLINA...STATE...BUREAU...OF...INVESTIGATION...AND...ITS...AGENT....RODNEY...V....WHITE...OF..GREENSBORO...NC...SBI...OFFICE...501...INDUSTRIAL...DRIVE

THERE...ARE...DOCUMENTS...THE...SBI...WANTED...TO...HIDE...FROM...THE...PUBLIC...WHICH...WOULD...PROVE...BRIAN...DAVID...HILL...WAS...FRAMED...WITH...CHILD...PORNOGRAPHY...BY...CORRUPT...POLICE...AND...SBI...AGENTS...IN...CRIMINAL...CASE...UNITED...STATES....OF....AMERCA....V...BRIAN...DAVID..HILL..1-13-CR-435-1...FEDERAL...CASE

I...AM...COPYING...FROM...OCR...SCANNER...A...EXCERPT...FROM...SBI...CASE...FORENSIC...INVESTIGATION...REPORT...BY...SPOECIAL...AGENT...WHITE

SBI CASE NUMBER: 2012-02146  (915)

SYNOPSIS:

Limewire/Frostwire, Luckywire, Shareaza Search Keywords, and usenet Binary Files.

The results of the analsysi are as follows:

Ares Search Keywords: One search keyword "very sexy"

eMule Known.met: The Known.net saves all files eMule knows of whether they are shared files, files currently in the download list, or downloaded in the past. For every file, information like file size, file name, hash sets, hash values, and some statistics are saved. From the analysis, this record showed that 454 files had been downloaded with the eMule program between July 20, 2012, and July 28, 2013. This record also showed that files were shared with other users and the number of times each file was shared.

eMule Search Keywords: This records each string that has been recorded and an auto-completing is offered if a new search matches a previous one. From the analysis, this record showed 30 search terms: rapture Iio, Friends "IV," Friends IV, asian lolitas friends, lolita rape hentai, asian Lolita, "Noromi Kurahashi," "rika nishimura," "rika nishimura" friends, Rika Nishimura, 11yo, 12yo, purenudism password, 12yo peeing, 11yo peeing, 11yo bathroom, 10yo voyeur, 12yo public shower, pool shower, 11yo changing, changing room, gym shower, 6yo, ptsc loli rape, toddler, pthc, 12yo making love, pthc making love, pthc forest.

On October 11, 2013, SA White conducted a forensic examination for image and video files on the following item of evidence:

ITEM #2: ASUS Eee PC Laptop
    Serial Number: 9COAAS155554

The following hard drive was removed from Item #2:

Seagate HD 250GB
Serial Number: 6VC1L6G5

No images of interest were noted.

No videos of interest were noted.

IV

OVER...90...PERCENT...OF...THE...TIME...THE...CHILD...PORN...WAS...DOWNLOADED...FROM...EMULE...THE...COMPUTER...WASNT...IN...BRIAN...DAVID...HILL'S...POSSESSION...THE...COMPUTERS...WERE...SEIZED...AUGUST...28...2012...SO...FROM...AUGUST...2012...TILL...JULY...28...2013...CHILD...PORN...WAS...BEING...DOWNLOADED...TO...BRIAN...DAVID...HILL'S...COMPUTER...WHILE...UNDER...SBI...CUSTODY...

BRIAN...IS...NOT...GUILTY...RODNEY...WHITE...WAS...APART...OF...A...PLOT...ALONG...WITH...THE...DISTRICT...ATTORNEY...TO...FRAME...BRIAN...WITH...CHILD...PORNOGRAPHY...SUBPOENEA...THE...NC...SBI...AND...THE...EVIDENCE...IS...THERE

WE...HAVE...THE...ORIGINAL...SBI...CASE...FILE...ON...BRIAN...AND...AM...WILLING...TO...LEAK...TO...THE...MEDIA...UNLESS...I...AM...CAUGHT...BY...MY...BOSS...AQT...THE...LAW...ENFORCEMENT...AGENCY...I...WORK...AT

BRIAN...DAVID...HILL...IS...INNOCENT...OF...CHILD...PORN

A...FEW...AGENTS...WERE...INVOLVED...IN...FRAMING...BRIAN...DAVID...HILL...INCLUDING...AGENT...GERALD...THOMAS...AND...AGENT...WHITE...ALONG...WITH...DETECTIVE...ROBERT...BRIDGE...AND...IN...CASE...THE...SBI...REPORT...IS...ALTERED...TO...COVER...UP...WHAT...I...KNOW...THEN...I...WILL...TESTIFY...AT...BRIANS...TRIAL...AND...TALK...WITH...BRIANS...ATTORNEY...OR...GO...PUBLIC...WITH...AN...AFFIDAVIT...ABOUT...BRIAN...BEING...SET...UP...WITH...CHILD...PORN

I...LEARNED...THAT...CHILD...POORN...WAS...BEING...DOWNLOADED...AND...ADDED...TO...BRIANS...COMPUTER...AT...THE...SBI...THEN...WAS...TOLD...TO...SHUT...UP...AND...NOT...TELL...ANYBODY...BUT...I...AM...MAKING...A...AN ONYMOUS...TIP...TO...THE...FBI...AND...MEDIA...TO...EXPOSE...BRIAN...BEING...FRAMED

I...THEN...LEARNED...LATER...THAT...CHILD...PORN...WAS...TO...BE...SENT...TO...BRIANS...LAWYER...MARK...JONES...TO...GET...BRIAN...UNDER...CHILD...PORNOGRAPHY...CHARGE...AGAIN...IT...WAS...ALL...DELIBERATELY...PLANNED...BY...A...FEW...AGENTS...AND...SOME...OTHER...LAW...ENFORCEMENT

I Brian David Hill state that the above information is a reconstructed copy of a Multimedia text message sent to a ZTE Valet cell phone(#: 276-224-0862) that I was using at the time in regards to aiding in my criminal case Appeal and in helping to prove my innocence of my criminal charge. All header information was typed up from what I can read from my cell phone. I even checked it over to ensure that all was copied.

I reconstructed the MMS message to the best of my abilities even though I suffer under serious health concerns, so there may be human errors in the reconstruction. However a video will also be created that will show the MMS message I received and also show the header information(Message details) plus the attachment as long as the attachment is legal. The attachment shows a leaked SBI document but appears to be low quality and difficult to read.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2015.

_____

SIGNATURE
Brian David Hill (Pro Se)
Phone: 276-632-2599
916 Chalmers Street, Apt. D
Martinsville, VA 24112

I Brian David Hill state that the above information is a reconstructed copy of a Multimedia text message sent to a ZTE Valet cell phone(#: 276-224-0862) that I was using at the time in regards to aiding in my criminal case Appeal and in helping to prove my innocence of my criminal charge. All header information was typed up from what I can read from my cell phone. I even checked it over to ensure that all was copied.

I reconstructed the MMS message to the best of my abilities even though I suffer under serious health concerns, so there may be human errors in the reconstruction. However a video will also be created that will show the MMS message I received and also show the header information(Message details) plus the attachment as long as the attachment is legal. The attachment shows a leaked SBI document but appears to be low quality and difficult to read.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2015.

_____Brian D. Hill Signed_____
SIGNATURE
Brian David Hill (Pro Se)
Phone: 276-632-2599
916 Chalmers Street, Apt. D
Martinsville, VA 24112

4-4

Message details

Type: Multimedia message
To: 276-224-0862
From: GingerCrackerz@mail2tor.com
Received: 7:26PM, Mar 2
Subject: LEAK DOCUMENT #1 SBI CORRUPTION IN N.C.
Priority: High
Message size: 31KB

IM...NOT...PLAYING...AROUND...SPECIAL...AGENT...RODNEY...WHITE...I...WILL...LEAK...ALL...EVIDENCE...THAT...YOU...KNOWINGLY...TOOK...PART...IN...A...PLOT...TO...SET...UP...BRIAN...DAVID...HILL...WITH...CHILD...PORNOGRAPHY

YOU...HURT...BRIAN...AND...IGNORE...ALL...EVIDENCE...OF...BRIANS...INNOCENCE...YOU...BASTARD...AGENT WHITE...YOU...DESERVE...TO...GO...TO...HELL...FOR...WHAT...YOU...DID...TO...BRIAN...AND...EXPLOITED...CHILDREN...FOR...YOUR...OWN...POLITICAL...GAIN...AND...FOLLY...OF...BRIAN

IF...THE...STATE...WONT...INVESTIGATE...YOU...FOR...CORRUPTION...IN...THE...SBI...THEN...THE...MEDIA...AND...INDIVIDUAL...INVESTIGATORS...AND...FBI...WILL

IM...NOT...GONNA...THREATEN...TO...KILL...BRIAN...NOR...THREATEN...HIS...LAWYERS...ANYMORE...IVE...HAD...IT...YOU...DISHONORABLE...BASTARDS...A...PAYCHECK...IS...NOT...WORTH...DESTRUCTION...OF...INNOCENT...LIVES

GO...AHEAD...AND...FIRE...ME...THEN...ARREST...ME...FOR...LEAKING...SBI...GOVERNMENT...DOCUMENTS...SO...THAT...IT...ALL...COMES...OUT...THAT...YOU...GUYS...WANTED...TO...COVER...YOUR...OWN...ASSES

YOU...GUYS...ARE...CRIMINALS...AND...IM...ASHAMED...FOR...DOING...WHAT...YOU...ORDERED...ME...TO...DO

THIS...IS...STILL...AMERICA...AND...NOT...NAZI...GERMANY...YOU...LIFT...PHIL...BERGER...TO...HIGH...POLITICAL...STATUS...WHILE...YOU...BACKDOOR...GLEN...BRADLEY...OUT...OF...THE...GENERAL...ASSEMBLY

SA...WHITE...EVEN...IF...YOU...CLAIM...THAT...YOU...DIDNT...KNOWINGLY...SET...UP...BRIAN...HILL...WELL...

THE...EVIDENCE...AGAINST...YOU...WILL...TELL...A...DIFFERENT...STORY...AS...YOU...ARE...APART...OF...ALL...THIS...YOU...SIGNED...YOUR...NAME...IN...THOSE...RECORDS

THE...SBI...IS...GOING...TO...HAVE...TO...ADMIT...AGENT...WHITES...WRONGDOINGS...THEN...HE...MUST...BE...INVESTIGATED...THEN...FIRED

AGENT...WHITE...YOU...INTENTIONALLY...WANTED...TO...FEDERALLY...CHARGE...BRIAN...HILL...SO...THAT...HE...COULDNT...RECEIVE...ASSISTANCE...FROM...THE...INNOCENCE...INQUIRY...COMMISSION...WHICH...WOULD...HAVE...EXONERATED...BRIAN...AND...PROVE...HIS...INNOCENCE...

I...KNOW...YOU...HAD...ALL...THIS...PLANNED...EVEN...HACKERS...THAT...HACKED...INTO...THE...CASE...MANAGEMENT...SYSTEM...FOR...THE...SBI...FOUND...OUT...ABOUT...SA...WHITES...CROOKED...SBI...REPORT

...EVEN...HACKERS...DONT...LIKE...YOU...RODNEY...WHITE...CORRUPT...AGENT...OF...THE...SBI...THE...SBI...HAS...NOT...BEEN...REFORMED...IT...HAS...BEEN...REORGANIZED...AS...A...MORE...CLEVER...FRAME...UP...ORGANIZATION...FOR...STATE...AND...FEDERAL...PROSECUTORS...UNDER...PROSECUTORIAL...BIAS

WHAT...HAS...HAPPENED...TO...THE...INTEGRITY...OF...THE...STATE...BUREAU...OF...INVESTIGATION...IN...NORTH...CAROLINA

DIDNT...WE...ALL...SWORE...AN...OATH...BEFORE...WE...ALL...BECAME...AGENTS....

I...FEEL...OUR...JUSTICE...SYSTEM...IN...NORTH...CAROLINA...HAS...LET...ME...DOWN...I...AM...NOT...PROUD...OF...WEARING...A...BADGE...FOR...SUCH...A...CROOKED...ORGANIZATION...HOPEFULLY...I...WONT...END...UP...DEAD...MYSELF...BUT...EVEN...IF...I...DID...AT...LEAST...I...LEAKED...OUT...IMPORTANT...INFORMATION...TO...EXONERATE...BRIAN...DAVID...HILL

HOPEFULLY...THE...FBI...CAN...RAID...MAYODAN...POLICE...AND...THE...SBI...TO...FIND...THE...EVIDENCE...I...AM...LEAKING...THEN...FIND...ME...AND...OFFER...ME...PROTECTION...TO...TESTIFY...AS...A...FEDERALLY...PROTECTED...WITNESS...IN...BRIANS...TRIAL...THEN...TESTIFY...ON...MY...COHORTS...CRIMES

THIS...WILL...BE...MY...LAST...MESSAGE...FOR...A...WHILE...OR...IT...MAY...BE...MY...LAST...IF...I...AM...DEAD...OR...CHARGED...WITH...A...FALSE...CRIME...LIKE...BRIAN

I Brian David Hill state that the above information is a reconstructed copy of a Multimedia text message sent to a ZTE Valet cell phone(#: 276-224-0862) that I was using at the time in regards to aiding in my criminal case Appeal and in helping to prove my innocence of my criminal charge. All header information was typed up from what I can read from my cell phone. I even checked it over to ensure that all was copied. Attachment of the SBI Document that was leaked by the Whistleblower is attached to this document. This was attached to the original email that was sent to the cell phone as a MMS message.

I reconstructed the MMS message to the best of my abilities even though I suffer under serious health concerns, so there may be human errors in the reconstruction. However a video will also be created that will show the MMS message I received and also show the header information(Message details) plus the attachment as long as the attachment is legal. The attachment shows a leaked SBI document but appears to be low quality and difficult to read.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2015.

_____

SIGNATURE
Brian David Hill (Pro Se)
Phone: 276-632-2599
916 Chalmers Street, Apt. D
Martinsville, VA 24112

I Brian David Hill state that the above information is a reconstructed copy of a Multimedia text message sent to a ZTE Valet cell phone(#: 276-224-0862) that I was using at the time in regards to aiding in my criminal case Appeal and in helping to prove my innocence of my criminal charge. All header information was typed up from what I can read from my cell phone. I even checked it over to ensure that all was copied. Attachment of the SBI Document that was leaked by the Whistleblower is attached to this document. This was attached to the original email that was sent to the cell phone as a MMS message.

I reconstructed the MMS message to the best of my abilities even though I suffer under serious health concerns, so there may be human errors in the reconstruction. However a video will also be created that will show the MMS message I received and also show the header information(Message details) plus the attachment as long as the attachment is legal. The attachment shows a leaked SBI document but appears to be low quality and difficult to read.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2015.

SIGNATURE *Brian D. Hill* Signed
Brian David Hill (Pro Se)
Phone: 276-632-2599
916 Chalmers Street, Apt. D
Martinsville, VA 24112

3-4

## Attachment of Whistleblower message

