# EXHIBIT G

**Subject:** Fwd: 2nd Attempt: When can you answer my questions
**From:** Brian Hill <admin@uswgo.com>
**Date:** 7/29/2012 10:57 AM
**To:** Rocco Piserchia <rocc_j@yahoo.com>, Jeffrey Lewis <jeff@patriotcoalition.com>
**X-Account-Key:** account1
**X-UIDL:** GmailId138d33da8e8e390e
**X-Mozilla-Status:** 0001
**X-Mozilla-Status2:** 00000000
**Delivered-To:** admin@uswgo.com
**Received:** by 10.52.155.38 with SMTP id vt6csp99338vdb; Sun, 24 Nov 2013 21:16:28 -0800 (PST)
**X-Received:** by 10.52.98.194 with SMTP id ek2mr20571854vdb.11.1385356542623; Sun, 24 Nov 2013 21:15:42 -0800 (PST)
**Authentication-Results:** mx.google.com; spf=softfail (google.com: best guess record for domain of transitioning unknown does not designate <unknown> as permitted sender) smtp.mail=
**Received-SPF:** softfail (google.com: best guess record for domain of transitioning unknown does not designate <unknown> as permitted sender)
**Received:** by 10.230.25.11 with POP3 id x11mf2721439vbb.21; Sun, 24 Nov 2013 21:15:42 -0800 (PST)
**X-Gmail-Fetch-Info:** uswgox10@uswgo.x10.mx 4 mail.uswgo.x10.mx 110 uswgox10
**MIME-Version:** 1.0
**Content-Type:** multipart/alternative; boundary="=_f941e7af4f4a6a10afa681411db5e191"
**Organization:** USWGO Alternative News
**X-Priority:** 1 (Highest)
**Message-ID:** <c567ccabe2b8856570d5c47b372d071b@uswgo.com>
**X-Sender:** admin@uswgo.com
**User-Agent:** Roundcube Webmail/0.7.2

-------- Original Message --------

**Subject:** 2nd Attempt: When can you answer my questions
   **Date:** 2012-07-29 10:50
   **From:** Brian Hill <admin@uswgo.com>
     **To:** "Sen. Phil Berger" <Phil.Berger@ncleg.net>

Since the original email hasn't been read or replied to I assume it may have been lost by the NCGA mail server so I am sending you a 2nd notice of the email forwarded below. Just read below the original message header to read the message.

-------- Original Message --------

**Subject:** When can you answer my questions
   **Date:** 2012-07-12 18:58
   **From:** Brian Hill

**To:**"Sen. Phil Berger"

Dear the Honorable State Senator Phil Berger,

As what happened at the Mayodan Town Council, I <u>attempted</u> after declaring as press(<u>I am a reporter and activist that gave you the Nullify-NDAA petition</u>) to ask you a question before the Chief of Police Charles J. Caruso forced me back and forced me out of the town council room then intimidated and threatened me when he knew I wasn't recording the incident. Then he kept watching me when I was being reasonable and kept following the officers orders and felt intimidated. What I am asking here is that if I couldn't ask the questions at the town council when everybody was leaving then where can we meet and what time so I can ask you the questions as a real reporter?

I don't care whether you answer them or not I just like to have the opportunity to ask you a few questions as I am still a rookie at person to person interviews as a reporter.

I like to just interview you on many different issues not just about the NDAA. The only reason I am a activist is because I see a lot of crazy things and hear a lot of crazy things as a reporter and I document what happens but also I like people to first be aware so they can stand up for the issues that matter to them. I am apart of the unwritten fourth branch of Government which is what the Press is as what former governor Jesse Ventura stated on record. By me interviewing you it helps you in the long run and makes you popular, it helps voters to understand more about you and who you are as a senator and even where you stand on different issues.

Also I was wondering if you can discuss with me your advice to the Mayodan town council regarding the NDAA resolution so we can come to compromise that you and me and the 216 other constituents that signed my petition can accept?

A portion of the 216 signers do live in Mayodan so you can count those as the town attorney in Mayodan.

What are you going to do to defend the bill of rights and Article I of the NC Constitution in the NC legislature?

If you wish to not answer my question as to why you won't take any action on the Nullify-NDAA petition then when can you make a public statement on this issue and other issues that your Constituents have brought to your attention?

Can it be next month? Can it be next year? Will it have to wait until the next election when the people expected you to do something this year around this month?

I know you are a great powerful senator and can do many great things and help a lot of people. You have the right under the 10th Amendment to protect our fair state from unlawful detention and obstruction of due process, obstruction of rights, and obstruction of justice. The Military Commissions Act cannot legally take away Habeas Corpus if the Constitution gives us that right. Any laws that violate the Constitution cannot work out. Some lawyers may say it is legal for the states to nullify only the Unconstitutional provisions of federal law while some say states can nullify federal laws entirely and that the police should not enforce any law that conflicts with

their Oath of office to protect and defend the Constitution so help them god as what was stated in their oath of office. I heard you administered the oath of office to Chief of Police Charles Caruso so you understand the oath of office and know quite well how important the Constitution is to our representative form of government.

I am also assuming that you and/or your staffers read my Documentation on the NDAA and my Report on the NDAA as I gave physical copies to you on April 9th 2012 and May 14th 2012. May 14th was my Report on the NDAA for my state Government. April 9th was when I gave a physical copy of USWGO Documents on Documentation on the NDAA. The fact that you likely read it and let alone receive it at the Mayodan Town Council is proof enough that you are aware that the NDAA is a damaging law that is proven Unconstitutional by the court and the legislators that support House Resolution 982 with the support of Representative Bryan Holloway who even vowed to cosponsor the bill and that the NDAA law should not be obeyed and cooperated by our state and local law enforcement as that violates their Oath of Office to protect and defend the Constitution.

I correctly filed a grievance along with the 216 petition signers that I believe were Constituents and the other 5 doesn't appear to be when I collected the signatures and getting blisters on my feet walking from neighborhood to neighborhood to get those signatures. I declared my grievances in the Nullify-NDAA petition with my name in print along with asking for a redress of grievances from the state government. I personally feel afraid and threatened by the NDAA because I am a news reporter and that doesn't sit well with the people in the Federal Government, The Pentagon and Department of Defense that I ask real questions and always tell the truth no matter what the cost so they could set me up as a terrorist and I would not have a right to a court trial when Article I of the NC Constitution and the Bill of Rights gives me the right to a speedy trial and the right to face my accusers.

I understand what your Constituent Liaison Sara Riggins told me that I should just goto my members of Congress and I could if I would but they would never take my petition since we have 311.5 million people and only 435 Representatives and 100 Senators. According to the July 2011th U.S Census Bureau the U.S. population is 311,591,917 and yet only 435 Representatives. There is no way the U.S. Representatives will ever listen to me and thousands of others on the facts and issues of the NDAA unless a huge civil movement in the length to Martin Luther King Jr. protests began all over America will move the Congress. That is why all I get is a automated formal letter from every Representative in the Federal Government. Each Representative at the federal level would represent equally at roughly 716,303 people. My petition would sink like the titanic without lifeboats and if I decided to use a paper petition I would have to make everyone sign with small letters to be able to get many signatures on each piece of paper, and I would literally have to fax hundreds if not thousands of pages of document to my Federal Representative to get them to protect many Americans civil rights to a court trial and an attorney unless I am a special interest lobbyist that can offer them free vacations and money for voting for certain bills as that is not the trend with the Congress. I don't wish to become like a corporate lobbyist. Sara Riggins suggestion would never hold up and would fail indefinitely. That is why I went to you as a Honorable State Senator. Please don't turn me away when all I ever asked from you was to support our rights to a court trial, to a jury trial, and a right to a judge or magistrate. I learned from Michael Warnken a analyst in the Federalist papers and Anti-Federalist papers and the conclusion he came to regarding representation was that our federal government and even the North Carolina state government don't have enough

representation and need more senators and representatives in the whole state and the federal government. That law that prohibits the rise in number of representatives in Congress needs to be repealed or spearheaded to allow more representatives so that they can listen to the people and not have to hire so many staffers just to hear from their constituents.

I am real press and the proof of that isn't just me asking you questions at the town council when that is the only time I have access to you to ask questions. I am also on the Department of Homeland Security FOIA Request list under Page 161 at the link below, Case #: PRIV 11-1125 Cat. FOIA. Even the DHS labels me a reporter so it's on federal record that I am a real 100% legal and lawful news reporter.

http://www.dhs.gov/xlibrary/assets/foia/priv-foia-logs-fy11.pdf

The NDAA itself has proven through the court system and the legislature to have violated 7 provisions or more of the U.S. Constitution and pretty much half the Bill of Rights is also in violation by the NDAA law itself yet it is still federal law despite it's severe threats against the Judiciary Branch of government that holds both U.S Citizens and public officials accountable. The fact that the Congress declared war on the American people when a majority aren't violent nor fighting back under the shear possibility that they could get violent and cause civil unrest is a crime against human rights. A government cannot declare war on their own peaceful law abiding civilians. Our country signed the Geneva Conventions and other treaties. The NDAA law is illegal, null and void, human rights abuse, and should be thrown out by the state governments ASAP for the sake of our country.

You can be a hero Senator Berger. I salute you and give you my gratitude if you decide to take any action on the NDAA, me and the 216 petition signers will salute you too and will forever be grateful and thankful. The military in North Carolina including the ones in Camp Lejeune and other military would also be grateful at you if you do decide to defend our Bill of Rights as the military has fought to protect our country and the Constitution from foreign threats.

Also this email will be forwarded to press including the Raleigh Associated Press, WXII12, FOX8, WFMY News 2, RockinghamUpdate, News and Record, and The Madison Messenger as you read this email.

Also I request that if any staffers reply or if you reply yourself please just keep it as emails or letters. I will not call your office anymore and any calls from your office will be ignored because I always prefer to keep communications with Government in writing. If something has to be kept private or confidential please explain why and then I will decide whether I want to go that route.

I respectfully request that you reply to this email within 15 business days. I will be grateful for any response in writing you can give me.

--
Sincerely,
Brian D. Hill
(Phone Number redacted)
413 N. 2nd ave. Mayodan, NC 27027

Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

**Subject:** RE: Substitute town resolution in case my resolution seems legally unrealistic
**From:** "Michael Brandt" <mbrandt@townofmayodan.com>
**Date:** 6/18/2012 10:19 AM
**To:** "'Brian Hill'" <admin@uswgo.com>
**X-Account-Key:** account1
**X-UIDL:** GmailId137fff635e6bc2c9
**X-Mozilla-Status:** 0011
**X-Mozilla-Status2:** 00000000
**Delivered-To:** admin@uswgo.com
**Received:** by 10.114.28.36 with SMTP id y4csp28363ldg; Mon, 18 Jun 2012 07:19:15 -0700 (PDT)
**Received:** by 10.68.130.67 with SMTP id oc3mr52430349pbb.18.1340029154780; Mon, 18 Jun 2012 07:19:14 -0700 (PDT)
**Return-Path:** <mbrandt@townofmayodan.com>
**Received:** from smtpout06.prod.mesa1.secureserver.net (smtpout06-01.prod.mesa1.secureserver.net. [64.202.165.224]) by mx.google.com with SMTP id vr5si28288607pbc.73.2012.06.18.07.19.13; Mon, 18 Jun 2012 07:19:14 -0700 (PDT)
**Received-SPF:** neutral (google.com: 64.202.165.224 is neither permitted nor denied by best guess record for domain of mbrandt@townofmayodan.com) client-ip=64.202.165.224;
**Authentication-Results:** mx.google.com; spf=neutral (google.com: 64.202.165.224 is neither permitted nor denied by best guess record for domain of mbrandt@townofmayodan.com) smtp.mail=mbrandt@townofmayodan.com
**Received:** (qmail 6497 invoked from network); 18 Jun 2012 14:19:13 -0000
**Received:** from unknown (69.69.180.3) by smtpout06.prod.mesa1.secureserver.net (64.202.165.224) with ESMTP; 18 Jun 2012 14:19:11 -0000
**References:** <CAF+kR9=RbAWHwyJcKqwzz2B=oFH301fN67+hX0am7KTrG+9Kwg@mail.gmail.com>
**In-Reply-To:** <CAF+kR9=RbAWHwyJcKqwzz2B=oFH301fN67+hX0am7KTrG+9Kwg@mail.gmail.com>
**Message-ID:** <C0EF03F4DE9248D0BAF1794DEFC76781@ci.mayodan.nc.us>
**MIME-Version:** 1.0
**Content-Type:** multipart/alternative; boundary="----=_NextPart_000_003A_01CD4D3B.C94E6620"
**X-Mailer:** Microsoft Office Outlook 11
**Thread-Index:** Ac1MR6p45A9v4keaQRGYYB89a6aB+QBFWHYQ
**X-MimeOLE:** Produced By Microsoft MimeOLE V6.1.7601.17609

I have forwarded your new resolution to Mr. Berger for his review.

Michael M. Brandt, AICP
Mayodan Town Manager
210 West Main Street
Mayodan, NC 27027
(336) 427-0241
www.townofmayodan.com

---

**From:** Brian Hill [mailto:admin@uswgo.com]
**Sent:** Sunday, June 17, 2012 1:11 AM
**To:** Michael Brandt
**Subject:** Substitute town resolution in case my resolution seems legally unrealistic

Dear Michael Brandt,

I am forwarding this alternative/substitute town resolution which may be more legally acceptable and

feasible then the town resolution I came up with. With the help of the The Intolerable Acts Legal Team, they created a town resolution that is in more detail and should be more suitable for the town attorney to pass through to the council.

So if the town attorney Phil Berger doesn't consider my town resolution to be legally feasible then I have forwarded you a alternate/substitute version.

So you can forward that to the town attorney and he can decide which version would be better for the town council or if I need to make any modifications. Then of course I need to be able to make it acceptable for at least three town council members for it to pass and become a town ordinance.

You can tell me what you think?

If you do prefer my resolution then does Phil Berger want me to make any changes or even use excerpts from the one I have forwarded you. I like to make sure I get all legal issues resolved and then get enough vote support by the town council members before this is considered and voted on in the July meeting. Time is running out to stop the NDAA before it is executed by executive fiat or a power hungry bureaucrat in the DHS.

Also I enjoyed getting to talk with your colleagues at the appreciation festival in the park. I also respect all that Charles Caruso has done for our police department. I appreciate and respect all that the police department has done for our community. After getting to just have a chat with him, I feel he is a good officer and wouldn't have any problems enforcing a town resolution to protect our rights. I will do my duty to help build a legal shield to protect my town from harm by outside elite businessmen that control and threaten the Congress. They haven't overthrown our Constitution yet so we still have a fighting chance here to protect our community from pure secretive evil. I am also appreciative of what all you have done as the town manager, I know I have ranted to you in past emails or argued a bit but that is simply who I am. I just care too much and feel like I am not doing enough for society like I have to put the whole world on my shoulders by doing petitions and getting blisters doing it and running a news website on my own when I deal with diabetic seizures, insulin reactions, high blood sugar attacks on my nerves which is why I left the appreciation festival without saying a word, and other health issues. I hope and pray the best for you and all of the town council. I wasn't at each town council meeting to just complain about the state of things or violate the rules of the public comment period by not keeping it mostly relevant to Mayodan. I do want Mayodan to legally shield itself from many horrors that are heading to this town. The mayor was almost right, maybe I did kinda directed the public comment period partially at State Senator Phil Berger instead of just the town, I apologize about this and will only bring up issues for this town in the future. The rest of the public comment period was to get my town to take action and it can be legally feasible because lawyers are helping me fight the NDAA and other horrible acts and getting Mayodan to take the only action they could legally do.

Thanks for all you have done for the town council. I know I keep putting all these requests on you and I am sorry about that but I just ain't a politician and if I weren't living with type 1 brittle diabetes and mild autism disabilities on my body then I would have become a legislator and helped North Carolina go in the right direction and help every town and city budget-wise instead consistent cuts or I would have ran a nationwide newspaper company which would have replaced the failure mainstream media corporations and put them out of business and bring real news back to society. Whatever you need help with, any moral issues you wish to address by gathering public support within this town, I will help you as you have helped bring my issues to the towns attention. You have my thanks.

On Sat, Jun 16, 2012 at 8:05 PM, The Intolerable Acts <Solutions@theintolerableacts.org> wrote:
Hello Brian,

Attached are short versions of our NDAA resolution, tailored for Mayodan, N.C. as requested. If you or anyone on the town council have any questions regarding the resolution, constitutionality, etc..., feel free to send me an email or give me a call at the number below.

For The Intolerable Acts Legal Team,

Jeff Lewis
**National Director, FIRE Coalition**
**National Director, Patriot Coalition**
**Project Director,** The Intolerable Acts ACTION CENTER
**Email**: Jeff@patriotcoalition.com
**Phone**: 252-876-9489
**Twitter**: http://twitter.com/PatriotWatchdog
**FIRE Blog**: http://blog.firecoalition.com
**Patriot Coalition Blog:** http://blog.patriotcoalition.com
*Patriot Coalition LIVE!* http://livestream.com/WRCG

--
Sincerely,
Brian D. Hill
(336)510-7972
413 N. 2nd ave. Mayodan, NC 27027
Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

**Subject:** Senator Phil Berger betrays his Constituents and the U.S. and NC Constitution, will likely ruin my town resolution!
**From:** Brian Hill <admin@uswgo.com>
**Date:** 6/18/2012 11:21 PM
**To:** Rob Daven <rob@bunker-tv.com>, BoBo Da Clown <thebobofiles@gmail.com>, American Justice Dot Org <info@americanjustice.com>, editor@rceno.com, Freeman Fly <blueflyfree@gmail.com>, Forrest Bray <bray5113@bellsouth.net>, "Rep. Glen Bradley" <Glen.Bradley@ncleg.net>, Lessa Hopper <mhopper@townofmayodan.com>, Keith Hansen <hanssen5599@live.com>, Jordan Harrah <americanvoicebox@gmail.com>, Sean Justus <vfor911@gmail.com>, Jeff Lewis <Jeff@patriotcoalition.com>, Ken Bingham <ken.bingham64@gmail.com>, Knucklebones Radio <knucklebones@rocketmail.com>, Colleen Lynn <colleen@lynnmediagroup.com>, Michael Brandt <mbrandt@townofmayodan.com>, Mark Dice <Mark@markdice.com>, "Mills, Rachel" <rachel.mills@mail.house.gov>, media@aclu.org, Sam Page <spage@co.rockingham.nc.us>, Michael Remington <michael.remington@gmail.com>, Tangerine Bolen <tangerinebolen@gmail.com>, Jim Tucker <dcbourbon@aol.com>, Orly Taitz <orly.taitz@gmail.com>, truthrising@gmail.com, Truth Action <truthaction@hotmail.com>, victory@randallforcongress.com, William Rodriguez <wtcbill@gmail.com>, Debbie Wells <deb.wells@campaignforliberty.com>, adam.love@campaignforliberty.com
**X-Account-Key:** account1
**X-UIDL:** GmailId13802c229f014aed
**X-Mozilla-Status:** 0001
**X-Mozilla-Status2:** 00000000
**MIME-Version:** 1.0
**Received:** by 10.114.28.36 with HTTP; Mon, 18 Jun 2012 20:21:15 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9mf+-htaz2TRsETnOt85aoNrH+FWihnQiuPZzY1XiEOog@mail.gmail.com>
**Content-Type:** multipart/alternative; boundary=14dae9cdc8c57118eb04c2cac635

Dear all Media, Town Of Mayodan, alternative media, everybody who has been watching the NDAA fight unfold in Rockingham County, North Carolina.

As many of you watching has now learned, North Carolina Senator and President Pro Tempore Philip E. Berger that runs a law firm called the Berger law firm in Eden NC and is also the town attorney of Mayodan, has literally betrayed us and stabbing every one of his constituents in the back similar to U.S. Senator Kay Hagan of North Carolina that got tons of phone calls over the SOPA/PIPA Blackout protests but told every constituent of hers that she is for copyright warfare against our Fair Use rights literally betraying her constituents similar to Berger and is publicly funded by Bilderberg member George Soros on record in federal elections commission filings. George Soros has also funded Obama and other political candidates in our federal government and is the reason our federal government is the most corrupt and fallen in the entire world.

Anyone who lives in North Carolina does not need to vote for this man. He has betrayed his state and will likely lie about my Mayodan town resolutions because he favors the law breaking government that can torture and kill whomever they the DHS or even the federal Police or even the President wish. A government agent just has to call me a terrorist and I will be dead as a

doornail and none of you will ever hear from me again because I will be in Gitmo torture dungeon then my neighbors will likely get angry over this in my town then they will be assassinated by government death squads with help of the police department. Sen. Berger has prolonged this horrible monstrosity by having his Constituent liaison calling me and trying to keep the conversation private when it is not suppose to be private because this is a matter between the petition signers as a whole and Sen. Berger not between me and him.

http://uswgo.com/nc-senator-phil-berger-refuses-to-take-action-on-nullify-ndaa-betrays-his-constituents.htm

We need to start voting for Bobby Coffer for NC Senate. http://bobbycofferforstatesenator.com/

We can't allow Sen. Phil Berger to get away with his madness and betrayal of all of us including the town of Mayodan. He has betrayed our town as many in Mayodan in certain sections signed my petition and if I had not had a deadline then I would have got 300-400 petition signatures or even more just in Rockingham County alone.

We can't let tyranny destroy Liberty all over America. Get the word out to those that were gonna vote for Sen. Phil Berger and get them to vote for his opponent. I am still watching Rep. Bert Jones like a eagle hawk and if I see anything that is a red flag I am coming after him too by voting for his opponents in the states general election.

Betraying Constituents is taxation and state sponsored exploitation without representation. Why should NC give us very high gas taxes and exploit the poor and then turn around and betray us all like we are a bunch of scum when in reality it is not the people that are scum. Also I have a problem with the North Carolina Board of education and their mad Federal NC Public Schools because they don't teach anything about the U.S. or even the state Constitution. Parents have to literally teach their children about the Constitution. The Constitution should be mandated in our public schools. I don't care if there are illegal immigrants in our public schools. They come here they have to obey our countries rules and the Constitution. Similar to the corrupt Child Protective Services that don't even follow the Constitution either. This madness has to end every American citizen of Rockingham County. If this madness keeps continuing eventually Americans all over will just openly revolt. I am not encouraging anything violent but I am seeing Americans all over this town and other areas all depressed about their government and want change that just isn't gonna come. America can't become like Soviet Russia USSR and Nazi Germany (German Workers Party) and the Communist Party of the peoples(Tyrants) republic of China.

--
Sincerely,
Brian D. Hill
(336)510-7972
Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

**Subject:** Please give me a written response about my Nullify-NDAA Petition?
**From:** Brian Hill <admin@uswgo.com>
**Date:** 6/18/2012 2:43 PM
**To:** "Sen. Phil Berger" <Phil.Berger@ncleg.net>
**X-Account-Key:** account1
**X-UIDL:** GmailId13800e88c6fdab6d
**X-Mozilla-Status:** 0001
**X-Mozilla-Status2:** 00000000
**Delivered-To:** admin@uswgo.com
**Received:** by 10.52.155.38 with SMTP id vt6csp99327vdb; Sun, 24 Nov 2013 21:16:20 -0800 (PST)
**X-Received:** by 10.52.187.138 with SMTP id fs10mr19972012vdc.10.1385356542319; Sun, 24 Nov 2013 21:15:42 -0800 (PST)
**Authentication-Results:** mx.google.com; spf=softfail (google.com: best guess record for domain of transitioning unknown does not designate <unknown> as permitted sender) smtp.mail=
**Received-SPF:** softfail (google.com: best guess record for domain of transitioning unknown does not designate <unknown> as permitted sender)
**Received:** by 10.230.25.11 with POP3 id x11mf2721439vbb.21; Sun, 24 Nov 2013 21:15:42 -0800 (PST)
**X-Gmail-Fetch-Info:** uswgox10@uswgo.x10.mx 4 mail.uswgo.x10.mx 110 uswgox10
**MIME-Version:** 1.0
**Content-Type:** multipart/alternative; boundary="=_8e5e426881c64b869fffe0ac5e6c4d93"
**Organization:** USWGO Alternative News
**X-Priority:** 1 (Highest)
**Message-ID:** <dad63ed888fe6374d580ff9c6f295c51@uswgo.com>
**X-Sender:** admin@uswgo.com
**User-Agent:** Roundcube Webmail/0.7.2


Dear Phil Berger and staff,

I just got a call basically being blown off on the whole petition by your constituent liaison and refused to give your public support on House Resolution 982 which would give it media attention from the corporate prestitute media that refuses to cover things that are important. I don't have a very good memory on stuff sometimes due to my health problems so I need you to get something in writing about Phil Berger's verdict on my Nullify-NDAA Petition.

**I need all communications to be kept in writing** because I can't record phone calls without permission and it sounds like Sara Riggins wasn't gonna give me permission to even record phone calls. This isn't a private matter so why the private conversation by Sara Riggins blowing me off on my petition???

The only reason I used phone was because it was a quicker response but for very critical stuff like his verdict on my petition that should be kept in writing or allow me to legally record the call so I can write down notes slowly and make sure I can tell the over 200 constituents what exactly happened.

**This is a matter that is by over 200 constituents and I need a REAL WRITTEN RESPONSE as to why Sen. Phil Berger rejects taking any action on behalf of the over 200 constituents that signed my petition.**

Can you at least confirm to me that what Sara Riggins said is on record that they just want me to

contact my Congresspeople and Senators when they all publicly work for George Soros a known Bilderberg attendee. I was told that until there is a companion bill in the senate similar to H.R. 982 doing anything is premature. I was also told I should go to my federal government and that the federal government is good in some ways but frustrating in others. I just like to get it in writing because I was being fed so much information it will be hard to give people a good response as to what happened.

I like to at least get a official in-writing response as to why he is gonna take no action on my petition. You owe it to your Constituents to give me an explanation in writing instead of being shielded by telephone privacy laws and not giving a response in writing. Every one who signed the petition I can just as easily get them to vote for Bobby Coffer in the NC General elections and this will hurt Phil Berger in the long run on the fact alone that you took no action with the over 200 constituents even when I got Infowars.com, federaljack, and some of the top alternative media websites worldwide to cover about how both you and Bert Jones ignored the petition. Many people in Rockingham County are fed up and now your keeping your constituents in the dark on the matter.

At least send me a good explanation in writing instead of over the phone. You owe that much at least for all the hard work I have done for Rockingham County to which you represent.

--
Sincerely,
Brian D. Hill
(336)510-7972
413 N. 2nd ave. Mayodan, NC 27027
Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com