# EXHIBIT H

**Subject:** Town Resolution failed, town rejects the constitution rights of their citizens
**From:** Brian Hill <admin@uswgo.com>
**Date:** 7/6/2012 4:01 PM
**To:** William Kennedy <william.kennedy@tenthamendmentcenter.com>
**X-Account-Key:** account1
**X-UIDL:** GmailId1385de2793154d64
**X-Mozilla-Status:** 0001
**X-Mozilla-Status2:** 00000000
**MIME-Version:** 1.0
**Received:** by 10.114.36.138 with HTTP; Fri, 6 Jul 2012 13:01:59 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9k8xGjNh-B0uYihOk01zQL0YTTb=B6FMq1Q6DMmeUvHjA@mail.gmail.com>
**Content-Type:** multipart/alternative; boundary=047d7b86d052aab41804c42ebc7c

In a last ditch effort to try to stop the NDAA in my town council after having a yelling and cussing contest with Sen. Phil Bergers staffer weeks ago over the right to record the phone call over Sen. Berger's verdict trying to get that on public record so I can get the press against Sen. Bergerbut he fooled all of his constituents. They even refused to send something in writing over Phil Bergers traitorous verdict. Now I tried to get the town council to resist the NDAA to start a domino affect and now that has failed after the town manager told me the town council won't consider my town resolution by Patriot Coalition legal team and Phil Berger is my towns attorney there :( and is also funded by a fraction of the six international mega banks working for the Bilderberg Group and Stephens Inc on record.

I lost on stopping the NDAA. I may be raped and tortured and Phil Berger and the town including the county commissioners could care less about keeping their Oath to the Constitution.

USWGO has failed even with all the phone calls made to the town council by a number of residents, and many calling Senator Berger's office and many even called his opponent in the elections after I taught many about the NDAA.

I will forward you the town's response after I sent this.

--
Sincerely,
Brian D. Hill
(336)510-7972
413 N. 2nd ave. Mayodan, NC 27027
Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com