# EXHIBIT I

## Questions – Inquiry into my SBI Case Number 2012-02146(Rodney V. White)
## ADDENDUM
### Wednesday, February 4, 2015

**Angel E. Gray**
Counsel for the North Carolina State Bureau of Investigation
P.O. Box 29500
3320 Garner Road
Raleigh, NC 27626-0500
(919) 662-4500

Dear **Angel E. Gray**,

The legal reason as to why I am requesting a copy of my SBI case file is because it is already being used against me in criminal court, my ineffective assistance of counsel refused to allow me to even see what S.A. White typed up in his investigation case file(discovery evidence), I plead guilty not knowing what was even in the discovery, and the Judge asked a member of my family if they saw the discovery as if he expected them to read it even though they were not allowed to when I gave express written permission to my ex-attorney Eric Placke for my family members to read my discovery packet. I was ambushed in a jury trial by a Trial by Ambush, which was the partial effect for guilty plea.

Now is the time for me to review what evidence was used against me and the only way I am allowed to even see what was used against me was to request copies outside of the motion of discovery. **Mayodan Police has already fulfilled my written request for a copy of the Mayodan Police Reports**, then the Police Chief suggested that **I had to contact the SBI for a copy of their investigation report** as Mayodan's Police Chief said to my friend to tell me that they got the SBI involved.

I have a right to review and inspect the evidence used against me in a court of law and under N.C. **Article 7C, §8-58.20, I was supposed to have been served with a copy** of the crime lab report had my computers been initially examined at the state crime laboratory, but Rodney White skirted the usual procedures for child pornography analysis on hard drives. I am still entitled to review of the evidence held against me so that I am not ambushed again when my Appeal is granted and it's taken back to a Jury Trial stage. I have a lot of time right now which the trial period doesn't under the speedy trial act.

So for good reasons stated above, I ask of you, I beg of you, I request of your Agency Case Management that as an involved party in a criminal case, that I am given a copy of my SBI Case File # 2012-02146 so that **I can review and inspect the documentary evidence** used against me so that can aid in my legal defense to my criminal charge.

(Electronically Signed:)Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

**Brian D. Hill**
Signed

## ICAC Task Force Question and Request
### Thursday, February 5, 2015

**Angel E. Gray**
Counsel for the North Carolina State Bureau of Investigation
P.O. Box 29500
3320 Garner Road
Raleigh, NC 27626-0500
(919) 662-4500; Fax (919)662-4523

**Dear Angel E. Gray,**

I know you have already sent me the Reidsville Police Department Memorandum of Understanding, and the ICAC task Force I have a few questions in regards to the ICAC Task Force.

First of all does the ICAC Task Force members or even police officers that work with the ICAC task Force have to analyze the computers and hard drives at a certifiable crime laboratory or can they conduct an examination themselves without any standards and without any safeguards?

Second of all does the ICAC have to held to certain procedural standards in regards to examination of any computer hard drives and equipment?

Third of all does anybody whom works for the ICAC have the authority to mysteriously leave from a child pornography investigation then refer the criminal matter entirely to a police detective and department that does not work for the Task Force?

Fourth of all does the SBI have any requirement to submit any evidence analysis requests to the state criminal laboratory? Can one detective from the police department simply ask one SBI Agent to conduct an analysis of computer hard drives and equipment himself without having to submit the evidence to the crime lab? Is there any procedural standards or any guidelines as to SBI Agent's that conduct their own examinations and analysis of hard drives instead of relying on the Triad Crime Lab?

I like to request any guidelines on the NC ICAC Task Force that you haven't sent me already.

I don't know if you had already sent a copy of the NC ICAC Operational Standards but if you haven't then I like to request a copy of those standards to be sent to me at the address below.

(Electronically Signed:)Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

**Brian D. Hill**
*Signed*

**Brian D. Hill**
*Signed*

Page 1/1 - February 3, 2015 - 01:33 PM - **Letter to Angel E. Gray**

## Questions – Inquiry into my SBI Case Number 2012-02146(Rodney V. White)

**Tuesday, February 3, 2015**

**Angel E. Gray**
Counsel for the North Carolina State Bureau of Investigation
P.O. Box 29500
3320 Garner Road
Raleigh, NC 27626-0500
(919) 662-4500

**URGENT**

Dear **Angel E. Gray,**

I have a personal inquiry I am making in regards to the investigation by N.C. Special Agent Rodney White at the State Bureau of Investigation Greensboro regional office. I just been told by Joy Strickland that SA White has no employment with the State Crime Laboratory, so he has no experience to deal with forensic analysis of child pornography investigations using a computer. He does not have to follow any policies nor procedures when he has examined my computer in 2012-2013. He can just write that he has found child porn and doesn't have to prove it. He doesn't even have to look for computer viruses since only the crime lab policy and procedure can conduct a virus scan which ends of in the forensic virus log as per their documentation on statements in the crime laboratory report.

The questions I have about SA White are as follows.

Does he have to even follow any policy or procedure when conducting his own independent forensic analysis of my computer? Does the report even have to be reliable or just shown to only prove guilt?

Why did SA White not look for computer viruses on my computer when computer viruses are known to share/download child pornography?

Why did SA White not have any proof that child porn was allegedly found on my computer except just what he claims?

Is SA White even a computer expert, a computer forensic scientist, or even somebody that regularly conducts computer analysis type examinations? Is computer analysis apart of his regular duties?

**I like to request a copy of my SBI Case file** so that I can review the information in it for my criminal case. My public defender in 2014 refused to even show me what was in the SBI Agent's report.

**Please help me with this request. Thank You!**

**U.S.W.G.O.**

(Electronically Signed:)Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

**Brian D. Hill**
*Signed*

Brian D. Hill
*Signed*

Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket

Date: 2/3/2015
Number of pages: 1
Attn.: Angel E. Gray
Recipient's number: T19197166750
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\Ready to FAX) {2015-02-03
File description: Inquiry to Angel E. Gray NC SBI(Signed-Ready to FAX).pdf
Recipient's Fax ID: 9197166750
Rate: 14400 bps

Time: 1:47:23 PM
Session duration: 1:34
To: N.C. State Bureau of Investigation
Message type: Fax
Error Correction: Yes
Resolution: 200*200 dpi
Record number: 718

Page 1/1 - February 3, 2015 - 01:33 PM - **Letter to Angel E. Gray**

## Questions – Inquiry into my SBI Case Number 2012-02146(Rodney V. White)

### Tuesday, February 3, 2015

**Angel E. Gray**
Counsel for the North Carolina State Bureau of Investigation
P.O. Box 29500
3320 Garner Road
Raleigh, NC 27626-0500
(919) 662-4500

**URGENT**

Dear **Angel E. Gray,**

I have a personal inquiry I am making in regards to the investigation by N.C. Special Agent Rodney White at the State Bureau of Investigation Greensboro regional office. I just been told by Joy Strickland that SA White has no employment with the State Crime Laboratory, so he has no experience to deal with forensic analysis of child pornography investigations using a computer. He does not have to follow any policies nor procedures when he has examined my computer in 2012-2013. He can just write that he has found child porn and doesn't have to prove it. He doesn't even have to look for computer viruses since only the crime lab policy and procedure can conduct a virus scan which ends of in the forensic virus log as per their documentation on statements in the crime laboratory report.

The questions I have about SA White are as follows.

Does he have to even follow any policy or procedure when conducting his own independent forensic analysis of my computer? Does the report even have to be reliable or just shown to only prove guilt?

Why did SA White not look for computer viruses on my computer when computer viruses are known to share/download child pornography?

Why did SA White not have any proof that child porn was allegedly found on my computer except just what he claims?

Is SA White even a computer expert, a computer forensic scientist, or even somebody that regularly conducts computer analysis type examinations? Is computer analysis apart of his regular duties?

**I like to request a copy of my SBI Case file** so that I can review the information in it for my criminal case. My public defender in 2014 refused to even show me what was in the SBI Agent's report.

**Please help me with this request. Thank You!**

**U.S.W.G.O.**

(Electronically Signed:)Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112


**Brian D. Hill**
*Signed*

Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket

Date: 2/3/2015
Number of pages: 1
Attn.: Angel E. Gray
Recipient's number: T19196624523
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\Ready to FAX) {2015-02-03
File description: Inquiry to Angel E. Gray NC SBI(Signed-Ready to FAX).pdf
Recipient's Fax ID: 9196624523
Rate: 14400 bps

Time: 1:49:42 PM
Session duration: 1:27
To: N.C. State Bureau of Investigation
Message type: Fax
Error Correction: No
Resolution: 200*200 dpi
Record number: 719

Page 1/1 - February 3, 2015 - 01:33 PM - **Letter to Angel E. Gray**

## Questions – Inquiry into my SBI Case Number 2012-02146(Rodney V. White)

### Tuesday, February 3, 2015

**Angel E. Gray**
Counsel for the North Carolina State Bureau of Investigation
P.O. Box 29500
3320 Garner Road
Raleigh, NC 27626-0500
(919) 662-4500

**URGENT**

Dear **Angel E. Gray**,

I have a personal inquiry I am making in regards to the investigation by N.C. Special Agent Rodney White at the State Bureau of Investigation Greensboro regional office. I just been told by Joy Strickland that SA White has no employment with the State Crime Laboratory, so he has no experience to deal with forensic analysis of child pornography investigations using a computer. He does not have to follow any policies nor procedures when he has examined my computer in 2012-2013. He can just write that he has found child porn and doesn't have to prove it. He doesn't even have to look for computer viruses since only the crime lab policy and procedure can conduct a virus scan which ends of in the forensic virus log as per their documentation on statements in the crime laboratory report.

The questions I have about SA White are as follows.

Does he have to even follow any policy or procedure when conducting his own independent forensic analysis of my computer? Does the report even have to be reliable or just shown to only prove guilt?

Why did SA White not look for computer viruses on my computer when computer viruses are known to share/download child pornography?

Why did SA White not have any proof that child porn was allegedly found on my computer except just what he claims?

Is SA White even a computer expert, a computer forensic scientist, or even somebody that regularly conducts computer analysis type examinations? Is computer analysis apart of his regular duties?

**I like to request a copy of my SBI Case file** so that I can review the information in it for my criminal case. My public defender in 2014 refused to even show me what was in the SBI Agent's report.

**Please help me with this request. Thank You!**


**U.S.W.G.O.**

(Electronically Signed:)Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

*Brian D. Hill*
Signed

**Brian D. Hill**
*Signed*

Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket

Date: 2/13/2015
Number of pages: 2
Attn.: Angel E. Gray
Recipient's number: +1(919)716-6750
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\Response to Angel E. G...eady to FAX) {2015-02-13} (3).tif
File description: Response to Angel E. Gray NC SBI(Signed, Ready to FAX).pdf
Recipient's Fax ID: 9197166750
Rate: 14400 bps

Time: 12:40:10 PM
Session duration: 2:06
To: N.C. State Bureau of Investigation
Message type: Fax
Error Correction: Yes
Resolution: 200*200 dpi
Record number: 909

## ATTN: ANGEL E. GRAY

Page 1/1 - February 13, 2015 - 11:56 AM - **Letter to Angel E. Gray**

**Questions – Inquiry into my SBI Case Number 2012-02146(Rodney V. White)**
RESPONSE TO FEBRUARY 6, 2015 LETTER – NOTICE
Friday, February 13, 2015

Angel E. Gray
Counsel for the North Carolina State Bureau of Investigation
P.O. Box 29500
3320 Garner Road
Raleigh, NC 27626-0500
(919) 662-4500

Dear **Angel E. Gray**,

I understand from what you have stated in your Feb 6th letter, that it looks like I will have to subpoena both you and Special Agent Rodney White to inquire on his possible misconduct and failure to follow proper policy and procedure.

I also will attach a threatening email I received that claimed some SBI people were involved in setting me up with child porn, that very email I had received which was attached as evidence in a email that I asked was forwarded from Joy Strickland(about my Innocence) to Agent White which he admitted to have received from me in the presence of a U.S. Marshal. Since Agent White knew of my innocence yet did everything he could to make me a registered sex offender for a crime I didn't commit and may not have even followed proper protocol, I will have to get a court order to hold Agent White accountable since you don't want to hold him accountable and Ombudsman can't hold him accountable.

I will either file a Petition for the Writ of Habeas Corpus or Appeal my federal conviction back to a trial, then the next thing my lawyer will do is work with the court to issue two subpoenas, one for you, and one for Special Agent Rodney White in the Greensboro, NC SBI Office at 501 Industrial Drive. I will go ahead and work with the lawyer to make sure everything was done proper according to law unlike Agent White not doing anything by usual procedure. There wasn't even a chain of custody on the property that was supposedly examined by Agent White. There are coverups going on and I am going to find out whom is covering up the truth. <u>I ain't going to be a registered sex offender for fifteen years thanks to your agencies misconduct</u> when <u>I didn't even commit the crime</u>. I believe child porn was planted on my computer according to my independent investigation and evidence of that investigation, yet Agent White had either failed or refused to respond and covering up the truth.

Also I don't understand how you can <u>keep a SBI Case file confidential while using it against me as evidence in a public Jury Trial in open court</u>. What you have claimed is one sided and violates my Constitutional rights that you can use a SBI case file against me in a public court trial yet <u>I am not allowed to see this case file to come up with a defense to the criminal charge against me. Your SBI has violated every Constitutional right I ever had then forcing me to register as a sex offender for a crime I never committed.</u> I am definitely planning to take all my letters I sent to and received from the SBI and make copies for the media to review. I'm sure the media would love to hear about this.

*I should not have been a sex offender.*
*This whole case is all wrong.*

(Electronically Signed:)Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

**Brian D. Hill**
*Signed*

*Brian D. Hill
Signed*

## ATTN: ANGEL E. GRAY

Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket

Date: 2/5/2015
Number of pages: 1
Attn.: Angel E. Gray
Recipient's number: +1(919)662-4523
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\Ready to Fax) {2015-02-
File description: ICAC task Force Question Inquiry to Angel E. Gray NC SBI(Signed
Recipient's Fax ID: 9196624523
Rate: 14400 bps

Time: 3:09:50 PM
Session duration: 1:22
To: N.C. State Bureau of Investigation
Message type: Fax
Error Correction: Yes
Resolution: 200*200 dpi
Record number: 744

# Page 1/1 - February 5, 2015 - 03:05 PM - ICAC task Force Question

## ICAC Task Force Question and Request
### Thursday, February 5, 2015

**Angel E. Gray**
Counsel for the North Carolina State Bureau of Investigation
P.O. Box 29500
3320 Garner Road
Raleigh, NC 27626-0500
(919) 662-4500; Fax (919)662-4523

Dear **Angel E. Gray,**

I know you have already sent me the Reidsville Police Department Memorandum of Understanding, and the ICAC task Force I have a few questions in regards to the ICAC Task Force.

First of all does the ICAC Task Force members or even police officers that work with the ICAC task Force have to analyze the computers and hard drives at a certifiable crime laboratory or can they conduct an examination themselves without any standards and without any safeguards?

Second of all does the ICAC have to held to certain procedural standards in regards to examination of any computer hard drives and equipment?

Third of all does anybody whom works for the ICAC have the authority to mysteriously leave from a child pornography investigation then refer the criminal matter entirely to a police detective and department that does not work for the Task Force?

Fourth of all does the SBI have any requirement to submit any evidence analysis requests to the state criminal laboratory? Can one detective from the police department simply ask one SBI Agent to conduct an analysis of computer hard drives and equipment himself without having to submit the evidence to the crime lab? Is there any procedural standards or any guidelines as to SBI Agent's that conduct their own examinations and analysis of hard drives instead of relying on the Triad Crime Lab?

I like to request any guidelines on the NC ICAC Task Force that you haven't sent me already.

I don't know if you had already sent a copy of the NC ICAC Operational Standards but if you haven't then I like to request a copy of those standards to be sent to me at the address below.

*Brian D. Hill*
*Signed*

**Brian D. Hill**
*Signed*

(Electronically Signed:)Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112




## NORTH CAROLINA
## STATE BUREAU OF INVESTIGATION

PAT MCCRORY
GOVERNOR

3320 GARNER ROAD
PO BOX 29500
RALEIGH, NC 27626-0500
(919) 662-4500
FAX: (919) 662-4523

B. W. COLLIER
ACTING DIRECTOR

February 6, 2015

Mr. Brian D. Hill
916 Chalmers St., Apt. D
Martinsville, VA 24112

Dear Mr. Hill:

I am in receipt of your seven letters asking various questions and requesting copies of the SBI criminal investigative file related to your case.

In your letters, you stated that you had counsel represent you in your criminal case. Please address your questions to either your trial counsel or your appellate attorney. In addition, criminal investigative files compiled by the SBI are made confidential by statutes and appellate case law. N.C.G.S. §132-1.4 provides that records of criminal investigations and records of criminal intelligence information are not public records. The N.C. Court of Appeals has held that SBI records can only be released to the prosecuting attorney or by order of a court of competent jurisdiction, to include a request for discovery in criminal and civil cases. Gannett Pacific Corp. v. NCSBI, 164 NC App 154, 595 SE 2d 162 (2004). Again, you would need to work with your trial counsel or the District Attorney's Office to obtain a copy of the SBI file in this matter.

Sincerely,

Angel E. Gray
Legal Counsel

## Questions – Inquiry into my SBI Case Number 2012-02146(Rodney V. White)
### RESPONSE TO FEBRUARY 6, 2015 LETTER – NOTICE
### Friday, February 13, 2015

**Angel E. Gray**
Counsel for the North Carolina State Bureau of Investigation
P.O. Box 29500
3320 Garner Road
Raleigh, NC 27626-0500
(919) 662-4500

Dear **Angel E. Gray**,

I understand from what you have stated in your Feb 6th letter, that it looks like I will have to subpoena both you and Special Agent Rodney White to inquire on his possible misconduct and failure to follow proper policy and procedure.

I also will attach a threatening email I received that claimed some SBI people were involved in setting me up with child porn, that very email I had received which was attached as evidence in a email that I asked was forwarded from Joy Strickland(about my Innocence) to Agent White which he admitted to have received from me in the presence of a U.S. Marshal. Since Agent White knew of my innocence yet did everything he could to make me a registered sex offender for a crime I didn't commit and may not have even followed proper protocol, I will have to get a court order to hold Agent White accountable since you don't want to hold him accountable and Ombudsman can't hold him accountable.

I will either file a Petition for the Writ of Habeas Corpus or Appeal my federal conviction back to a trial, then the next thing my lawyer will do is work with the court to issue two subpoenas, one for you, and one for Special Agent Rodney White in the Greensboro, NC SBI Office at 501 Industrial Drive. I will go ahead and work with the lawyer to make sure everything was done proper according to law unlike Agent White not doing anything by usual procedure. There wasn't even a chain of custody on the property that was supposedly examined by Agent White. There are coverups going on and I am going to find out whom is covering up the truth. I ain't going to be a registered sex offender for fifteen years thanks to your agencies misconduct when I didn't even commit the crime. I believe child porn was planted on my computer according to my independent investigation and evidence of that investigation, yet Agent White had either failed or refused to respond and covering up the truth.

Also I don't understand how you can keep a SBI Case file confidential while using it against me as evidence in a public Jury Trial in open court. What you have claimed is one sided and violates my Constitutional rights that you can use a SBI case file against me in a public court trial yet I am not allowed to see this case file to come up with a defense to the criminal charge against me. Your SBI has violated every Constitutional right I ever had then forcing me to register as a sex offender for a crime I never committed. I am definitely planning to take all my letters I sent to and received from the SBI and make copies for the media to review. I'm sure the media would love to hear about this.

*I should not have been a sex offender.*
*This whole case is all wrong.*

Brian D. Hill
*Signed*

(Electronically Signed:)Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

ATTN: ANGEL E. GRAY

From: <johnsnatchz@tormail.org>
Date: Sun, Apr 7, 2013 at 5:30 AM
Subject: You better watch out........
To: admin@uswgo.com

You better watch out Brian...We are watching you...Having child porn planted on your hard drives and computer was only the beginning and we will set you up for violent sex crimes if you don't watch your back...Have fun becoming a sex offender...Police won't believe you no matter how much evidence you have that you been set up we know some people in the SBI who will make sure you are convicted. You will be shut up by being a sex criminal. Your friends Alex Jones, Dan, James, Sean, Alex, and others are next...BeWare!