# EXHIBIT J

# Fax Cover Page

Date: 1/16/2015         Time: 10:43:39 AM         Pages: 2

To: North Carolina Legal Services Division

# Attn.: Joy Strickland

From: Brian David Hill

Fax ID: 276-632-2599

(RESENDING since sent to wrong fax number)Request for a copy of my forensic report or at least the virus log of the forensic report used in the criminal case of myself.

VentaFax Cover Page

C:\ProgramData\Venta\VentaFax_Voice 6\Out\Request to Joy Strickland about Virus Log {2015-01-15}_General (Letter).tif 1/2

Case 1:13-cr-00435-TDS   Document 71-10   Filed 04/03/15   Page 2 of 6

**Thursday, January 15, 2015**

**Legal Services Division**
9001 Mail Service Center
Raleigh, NC 27699-9001
Telephone: (919) 716-6400
Fax: (919) 716-6750

**Dear Joy Strickland,**

I need to request a copy of the state crime lab report for my computer or at least just what viruses(Virus log) were found on my hard drive by forensic examination of my computer if I can't read the whole report.

The forensic examination was done in 2012 and finished in 2013. The examination was done under NC SBI Special Agent Rodney White. In regards to Brian David Hill. The report was submitted by Mayodan Police Department as apart of the chain of custody and/or by Reidsville detective Robert Bridge. I need to know what viruses were found on my computer at the time of examination.

According to document Digital/Latent Evidence Section, Technical Procedure for Writing Results Statements, Effective Date: 10/31/2013, I found on page 1 Paragraph 5.1 Recovered Disc Reporting Method, that "Item (Item Number) was/were scanned for **threats** using (software) with **definitions dated (date). The virus scan log is available for review** in the "Recovered\Virus Scan Logs" folder on Item (Item Number)."

So I know for a fact now that the state crime lab forensics technicians look for computer viruses when conducting a forensic examination of my hard drive. That would help me prove that the eMule virus was likely the culprit of sharing child porn without my knowledge and without my consent.

I need to know if any viruses were found on my hard drive or hard drives at the time the examination was done, how many viruses, the names of viruses, and/or if possible what each virus could have done on my computer? It is already a matter of record so I am not asking for a new examination in this request but that I am sent a copy of the virus log for the forensic report in my case.

I need this done as soon as possible please.

You know for a fact I claimed my Innocence on December, 2013. I admitted that a virus was on my computer that ran emule.exe. I need to prove that and the only way I can prove that is if the state crime lab found that virus which would be in their virus scan log as apart of procedure.

Please help me with this request any way you can. Thank You!

(Electronically Signed:)Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

**Brian D. Hill**
*Signed*

**Thursday, January 15, 2015**

**Legal Services Division**
9001 Mail Service Center
Raleigh, NC 27699-9001
Telephone: (919) 716-6400
Fax: (919) 716-6750

Dear **Joy Strickland**,
I have one more request I like to make that is also as important as the virus log request. This may very well determine the outcome of my very criminal case. That is if the same files that were listed in the search warrant was even found on my computer at the state crime lab.

The specific request I am making is that you or the crime lab check the crime lab digital records of the examination to see if the state crime lab forensic technicians found all or either of the two files that were listed in the search warrant for my former home at 413 N. 2nd ave., Mayodan, NC 27027.

Here is a quick list of file names that were listed in the search warrant by Detective Robert Bridge(Page 19, Date Issued 8/28/2012-11:30AM, Rockingham Co NC Clerk of Court filed, Superior Court Judge)?

1. Ptsc Mom & Daughter In Bath.mpg
2. (((Pthc) Russia 10Yo-11 Yo Little Brother And Sister-2- Boy&Girls Fucking_ Just Posing Or Naked 1.avi

I learned that the files found on my computer may not be the same as even the ones listed in my search warrant. From what I know about P2P file-sharing especially copyrighted music files, anything downloaded then shared has the same file name. The downloader of the shared file would all be the same name. If no such file exist on my hard drive with the same name as the very one the search warrant described then the detective may have lied or made a fraudulent statement. If the file name couldn't be found then there is no way possible it was shared from my computer with detective Robert Bridge, that would indicate false statements by the police detective which could trigger a evidence fraud and obstruction of justice investigation. <u>Look the discovery agreement was set so that only my public defender would be allowed to see the crime lab evidence</u>, I was never allowed. Because of that the detectives can hide stuff or hide evidence that they committed crimes of fraud/forgery to get me.

I have been curious as to whether those same files as the ones described in the warrant were even found on my computer, in my hard drive by the forensics examiners. If it turns out they couldn't find the very same files as the ones the search warrant talked about then this may constitute as evidence fraud by the police detectives in order to execute a fraudulent search warrant in order to seize my computers in order to do whatever they wanted to them which may be construed as evidence tampering in support of my complaint I filed with the Office of the Ombudsman to the crime lab. Definite proof I was set up/framed with child porn which can exonerate me from my conviction via Habeas Corpus proceeding.

(Electronically Signed:)Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

**Brian D. Hill**
*Signed*

**Thursday, January 15, 2015**

**Legal Services Division**
9001 Mail Service Center
Raleigh, NC 27699-9001
Telephone: (919) 716-6400
Fax: (919) 716-6750

Dear **Joy Strickland**,

I need to request a copy of the state crime lab report for my computer or at least just what viruses(Virus log) were found on my hard drive by forensic examination of my computer if I can't read the whole report.

The forensic examination was done in 2012 and finished in 2013. The examination was done under NC SBI Special Agent Rodney White. In regards to Brian David Hill. The report was submitted by Mayodan Police Department as apart of the chain of custody and/or by Reidsville detective Robert Bridge. I need to know what viruses were found on my computer at the time of examination.

According to document Digital/Latent Evidence Section, Technical Procedure for Writing Results Statements, Effective Date: 10/31/2013, I found on page 1 Paragraph 5.1 Recovered Disc Reporting Method, that "Item (Item Number) was/were scanned for **threats** using (software) with **definitions dated** (date). The **virus scan log** is **available for review** in the "**Recovered\Virus Scan Logs**" folder on Item (Item Number)."

So I know for a fact now that the state crime lab forensics technicians look for computer viruses when conducting a forensic examination of my hard drive. That would help me prove that the eMule virus was likely the culprit of sharing child porn without my knowledge and without my consent.

I need to know if any viruses were found on my hard drive or hard drives at the time the examination was done, how many viruses, the names of viruses, and/or if possible what each virus could have done on my computer? It is already a matter of record so I am not asking for a new examination in this request but that I am sent a copy of the virus log for the forensic report in my case.

I need this done as soon as possible please.

You know for a fact I claimed my Innocence on December, 2013. I admitted that a virus was on my computer that ran emule.exe. I need to prove that and the only way I can prove that is if the state crime lab found that virus which would be in their virus scan log as apart of procedure.

Please help me with this request any way you can. Thank You!

(Electronically Signed:)Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

**Brian D. Hill**
*Signed*

# North Carolina State Crime Laboratory
Department of Justice
121 E. Tryon Road
Raleigh, North Carolina 27603



ROY COOPER
ATTORNEY GENERAL

JOHN A. BYRD
DIRECTOR

January 26, 2015

Mr. Brian Hill
916 Chalmers Street, Apt. D
Martinsville, VA 24112

Dear Mr. Hill:

    I am in receipt of your recent letters concerning the investigation of your criminal case involving child pornography. According to your letters, the work in your case was conducted by Special Agent Rodney White of the State Bureau of Investigation (SBI). S/A White is not an employee of the North Carolina State Crime Laboratory. The North Carolina General Assembly separated the State Crime Laboratory from the SBI in 2013 and removed the SBI from the Department of Justice in 2014. Therefore, please direct your questions/inquiries to the SBI as I am not able to assist you with obtaining the information you are requesting.

    The contact phone number for the SBI is 919-662-4500.

Sincerely,

J. Joy Strickland
Assistant Attorney General
Counsel to the State Crime Laboratory


