# EXHIBIT K

Monday, October 21, 2013                                   (347) 989-0106 7:00PM FRI-SUN - CALL IN TO USWGO T

The new Drudge? Like this sit

# U.S.W.G.O.

Keeping People

United we Stand W

home      about      action center      blog      youtube area      links      forum      other

be our allies!      precrime      donate!      governing body      community guidelines      mp watch      cu

videoshow      state secession watch!      paranormal files      politicians view      the info library      othe

# Local Manager needed to manage the Rockingham County branch of USWGO

August 22, 2012 by Brian D. Hill  (Edit)                                    Leave a comment
Filed under Brian D. Hill's Articles, USWGO

Author: Brian D. Hill

## For Immediate Release ## USWGO Authorized Press Release ##

admin @ uswgo.com

————

A slot for Manager of the Rockingham County Branch of USWGO Alternative News is available as apart of a new plan to compete against the controlled local media of the RockinghamUpdate and the Madison Messenger. The Manager will be given a non-commercial legally binding contract that will outline the terms of managing the county branch and even sign it, then scan it, then send back to the USWGO Founder to store on private secured records. The contract will be binding under North Carolina Contract Law and Federal Contract law pertaining to legal contracts.

The plan that USWGO has is to diversify it's open media and alternative news to many local regions including counties much like how We Are Change uses chapters to diversify the truth movement into many regions of the United States to keep eyes on government officials and asking hard questions that the controlled media refuses to ask. USWGO has built the Rockingham County Branch and the founder which is me doesn't have the time and in some cases the health to keep it updated daily or even weekly. So it has been decided to start the private internet-based Board of County Managers where different USWGO local news county branch Managers can debate about the agenda and minutes and then coordinate any efforts for the information war against political corruption in Rockingham County, to Guilford County, to Caswell County, to even Surry County, and other North Carolina and out-

of-state counties. Each County Manager will manage only that county branch of USWGO Alternative News and will be responsible for keeping their news branch updated at least once a week with news stories, driving a lot of hits to that website, covering local news if interested or need be, and help find local bloggers and people interested in local politics to help post articles for the local county branch websites.

Right now a draft for the Non-Commercial USWGO County news branch contract for the Rockingham County Branch of USWGO Alternative News is being made and adapted to be compliant with the Contract Law statutes. It is still in Beta and the final contracts will be used to finally get local affiliates to help expose the truth in the town of Mayodan, Madison, Stoneville, Wentworth, and the City of Eden and Reidsville. The address, phone number, email address, and any other sensitive information will not be made public but will be available upon request by a court ordered subpoena. The terms of the contract will be public by the USWGO County Branches authority on the County Branches webpage of USWGO Alternative News. If the Manager censors a news article within the rules of the branch then that Manager will be held accountable by the County Branches Authority and dealt with according to Contract Law. This is to prevent infiltrators from becoming branch Managers just to become the new defacto corporate controlled prestitute media.

USWGO wishes to have healthy competition to the Infowars Magazine and newsletter which is limited since places like Rockingham county seem to not care anymore about the local corruption and NC Senator Phil Berger being a political pawn of the Global megabanks such as Bank of America and Wells Fargo whom are the six banks that work closely with the Bilderberg Group and claim they run the United States. Alex Jones encourages competition while the Rockefeller family believes that competition is a sin. Of course USWGO will not make money as a result of this but mainly start up branches similar to We Are Change chapters to help get the truth out to many sheeple all over many local regions which usually have more dumb down people that don't even know what the NDAA is. When petition signatures were collected all over Mayodan during the Nullify-NDAA Petition signature gathering process, most of the Mayodan citizens and citizens all over Rockingham County that signed and even did not sign the petition were ignorant of the NDAA and what it can do to them and their families in the event of being accused of terrorism without charge nor trial. Not just ignorant but were so dumb down and brainwashed by propaganda and fluoride, that they accepted when the petition was turned by by Sen. Berger's staff. Part of the blame comes from the lack of coverage in the RockinghamUpdate, WXII12, FOX8, WFMY News 2, The Madison Messenger and Reidsville Review, and other corporate controlled and even Media General controlled media outlets. There is no hope in Rockingham County except to give in to criminals that break laws and create corruption all over the county, anything to do with globalist crimes and lower level minion crimes will never appear in any newspaper in Rockingham County.

For the reasons stated above that is why USWGO Alternative News has begun the regional County Branches for bringing local news by local affiliates to the locals that live in those areas. We wish to keep our eyes on Mayoda, Madison, Reidsville, Stoneville, and other towns and cities in the county and other counties. The time for exposing the secretive corruption is now, it is time for the call of duty to sign the contract and start up local affiliates of USWGO and become like a huge movement of real reporters and journalists beating the media blackouts of both local, national, and international corporate controlled media.

If it is true that I am finding out the local media may have to go through the Obama, Romney, possibly Phil Berger, or any other political campaign offices before any news stories are put out is detrimental to the transparency and accountability to political officials. Nobody should have to go through a campaign office to publish a story or news video out of fear that they will not have the right to interview a candidate is absurd. Freedom of Press is a check and balance on Government and campaign offices should also not decide what information should get out to protect the reputation of a corrupt politician.

**Share and Enjoy:**



 Buzz this!

Tags: branch, controlled, corporate, county branches, Local Manager, local media, prestitute, Rockingham County, RockinghamUpdate, USWGO

Please support USWGO Alternative News and help keep their site Alive by sending us a donation or recommending a private grant

*Donate*

to us:

# Comments

**5 Comments on "Local Manager needed to manage the Rockingham County branch of USWGO"**

- **Bill Nada on Wed, 22nd Aug 2012 10:58 am (Edit)**

  Requirements:
  8th grade reading & writing level
  At most high school diploma preferred.

- **Bob Dobbelina on Wed, 22nd Aug 2012 11:21 am (Edit)**

  On the contrary, I think you should encourage government infiltrators to apply for this

position. It would help foster the illusion that anyone gives a damn about you.

- **Bill Nada on Thu, 23rd Aug 2012 5:34 pm (Edit)**

    In all honesty the pics of the guy who runs this train wreck looks like a freshman in high school.

- **Brian D. Hill on Thu, 23rd Aug 2012 8:29 pm (Edit)**

     I am 22 and ain't going to update my advertisement photo on the account of your comment. If you feel like bashing me go ahead but I am smarter then you think. I may make a few spelling and grammar flaws but overall my skills do keep improving overtime and I am beginning to know law so there. If anyone else wishes to mock me or make fun of me please feel free to comment below as I let you all have your Freedom of Speech while most privately owned websites don't.

- **Bill Nada on Sun, 26th Aug 2012 3:11 pm (Edit)**

    " If anyone else wishes to mock me or make fun of me please feel free to comment below as I let you all have your Freedom of Speech while most privately owned websites don't."

    So says the guy who blocks ppl's IP addresses

**Tell us what you're thinking...**
**and oh, if you want a pic to show with your comment, go get a gravatar!**

Logged in as Brian D. Hill. Logout »

Speak your mind

Monday, October 21, 2013

(347) 989-0106 7:00PM FRI-SUN - CALL IN TO USWGO

# U.S.W.G.O.

The new Drudge? Like this sit

Keeping People \

United we Stand We

home    about    action center    blog    youtube area    links    forum    other

be our allies!    precrime    donate!    governing body    community guidelines    mp watch    cur

videoshow    state secession watch!    paranormal files    politicians view    the info library    othe

## 216 Constituents to Sen. Phil Berger & Rep. Bert Jones, no confidence!

July 12, 2012 by Brian D. Hill  (Edit)                        Leave a comment

Filed under Uncategorized

Author: Brian D. Hill

## This is a formal political No-Confidence complaint against NC State Senator Philip Edward Berger and his office by Brian D. Hill

**Court of Public Opinion Complaint**

The 216 Constituents (5 of the signatures were not Constituents) that signed the Nullify-NDAA petition because we filed under the Nullify-NDAA petition that we are feeling damaged by the National Defense Authorization Act for fiscal year 2012 and 2013 because we now fear for our lives of being tortured, sexually abused, our pets detained then forcefully abused in front of us, and imprisoned indefinitely because we may be accused of terrorism or treason, no judge, and no jury in violation of Article III judiciary protections and the protections under the Bill of Rights of the U.S. Constitution. I filed in the petition for a redress of grievances on May 14th with Phil Berger at the Mayodan Town Council then gave digitally scanned copies with Sen. Phil Berger, Rep. Bryan Holloway, and Rep. Bert Jones on May 15th 2012. The petition asked that the state of North Carolina take action to Nullify a purely Unconstitutional law, that the NDAA violates our rights to due process guaranteed under the U.S. Constitution and NC Constitution, that all laws which are repugnant to the Constitution are null and void, and based on the tenth amendment in the U.S Constitution, that the state of North Carolina in it's power protect the Constitutional rights of the people.

The facts and accusations are as follows against State Senator Philip Edward Berger of the North Carolina General Assembly.

1.  (Fact-Testimony by Brian D. Hill)He had his Constituent Liaison staffer Sara Riggins handle the petition and keep all matters

regarding the petition a personal matter between me and his staffer Sara Riggins over Phil Berger's verdict. Sara Riggins refused my request to have Phil Berger's verdict in writing. When I requested in another phone call to Sara Riggins to have the phone call recorded then state again on the recordon Phil Berger's verdict so I have proof of his verdict so I can give it to the people of North Carolina and Rockingham County, she refused consent to the phone call being recorded and refused to disclose his verdict again on the Nullify-NDAA Petition.

2. (Fact-Testimony by Brian D. Hill)Sara told me to just contact my federal Congressperson when the Congress has never represented me on any issue including Senators Kay Hagan and Richard Burr. If they refuse to listen to any issue I have brought to them to protect the civil rights already in the U.S Constitution and have voted in favor of the NDAA, how exactly will they listen to my issue on the NDAA and how it affects our rights to be able to attend a court trial and be able to face our accusers.

3. (Accusation by Brian D. Hill)Staffer Sara Riggins with the order of her boss Phil Berger pushed the issue of State Nullification of the NDAA to only the federal government that overwhelmingly passed the NDAA even though it was well known that the NDAA legalizes military sex abuse of animals including pets such as cats and dogs, indefinite detention and torture of U.S Citizens along with the destruction of Habeas Corpus no thanks to the Military Commissions Act, and denies the right for terrorist suspects and treason suspects the right to a Article III court trial. Even somebody accused of treason or giving aid/comfort to enemies of the United States has the right to a court trial with the testimony of two witnesses to the same overt act. I agree that Terrorism is a horrible crime and many people get hurt by acts of Terrorism and Terrorism should be dealt with by Justice to be served by the authorities and the courts. By taking away the right to court a trial for a terrorism suspect it opens abuse to non-terrorist citizens being tortured and indefinitely detained just by being accused of terrorism despite whether there is any evidence whatsoever that the person may or may not be a terrorist or accused of aiding and helping a suspect and/or proven terrorist. Phil Berger has proven not to take any action to protect his constituents from torture, rape, abuse, and government terrorizing terrorism suspects.

4. (Fact-Video evidence and Testimony by Brian D. Hill)When I visited Phil Berger at the Mayodan Town Council on July 9th 2012 to ask him as a reporter (Not an activist) why he rejected the petition and he not only refused to answer the question and had one of his unofficial bodyguards the Mayodan Chief of Police Charles Caruso not only boot me from the town council under the guise of it being a closed session at the town council but also threatened and intimidated me making feel scared to promising Charles Caruso Mayodan Police Chief that I would not go up to the state senator again at the town council or else be physically pushed back, manhandled by the chief of police just for asking the state Senator Phil Berger a question. He even watched me at the town hall office until I left the town municipal building with my head down and feeling broken.

5. (Fact-Video evidence and Testimony by Brian D. Hill)Phil Berger has proven in the YouTube video to be a deceptive Non-

Transparent politician that refuses to represent the people on a issue that affects their civil liberties.

6. (Fact)Statewide nullification is entirely legal under the tenth Amendment, even though there are lawyers that argue that statewide nullification of a Unconstitutional federal law would not hold up in court, it is the states that vote in the Congresspeople and the President and Vice president, it is the states and the people that have the rest of the power not derived to the Constitution according to the tenth Amendment of the Bill of Rights under the U.S Constitution. Since the Executive Branch has grown in power and the Supreme Court is compromised out of fear of being tortured, raped, and murdered under false-terrorism charges, it is the right of the power of the states to stand for the Constitution and Nullify laws that are repugnant to the Constitution.

7. (Fact)I know the staffers just do what they are told even if the office has a corrupt official. So I do not hold any of Phil Berger's staffers accountable to this complaint in the court of public opinion. I hold Phil Berger accountable for the experiences I have with his office and his failure to reason with my requests to give me a explanation in writing as to why he rejected my petition.

8. When I decided lower my petitions standards by compromising to drop the plan for state nullification of the NDAA but instead just simply that Phil Berger agree to state on the record that he promises to vote for House Resolution 982 introduced by Rep. Glen Bradley when his bill reaches the NC Senate. Even then Phil Berger refused to take action as I was told by Sara Riggins that unless there is a twin bill in the senate, that taking any action would be premature. All I asked was that he declare in writing (To be held accountable in the press if he fails to follow his promise) on his verdict on the petition so we can work together with him to at least get him to take some form of action to protect his constituents and the entire states civilians civil liberties. I got nothing but a private telephone conversation with his Constituent Liaison with no hope of any action coming from Phil Berger's office.

One of the excuses his staffer gave me was that I and my petition signers should rely on the Federal Congresspeople to handle the job:

The truth is that I have hardly any representation in the Federal Government and neither do the American people. We only have 200 Congresspeople and yet over 300 million American citizens. For each representative there is a very high amount of people that receive representation per representative instead of a lower amount of people. Since the state of North Carolina only has 9 million people, each citizen in the state government has more representation then in the Federal government. By Phil Berger refusing to find any compromise that would legally work with federal law to protect our civil liberties and instead pushing the issue to a Congressperson, I and the petition signers am being given less representation to protect my civil liberties from Phil Berger then any other representative for my county.

If my complaint is not answered in one to two weeks then I and my petition signers am filing a citizen vote of no confidence against State Senator Phil Berger which will be 216 citizens of Rockingham County vote no confidence in the actions and representation of Phil Berger to not only represent the interests of the people but protect his constituents and petition signers civil liberties which every citizen in the State of North Carolina and America enjoys.

Yes Even though this is not coming directly from the petition signers, every person who has signed the Nullify-NDAA petition, including the minority that read my entire petition before signing and the majority that partially read it or didn't read it before signing, at least understand that they are signing this petition so that the state of North Carolina through their representatives will protect their rights to a 'court trial' including a Trial by Jury, the rights to have an attorney present, and that by signing this petition they would not be kidnapped in the middle of the night simply for their political viewpoints or some other non-terrorism reason.

If I am in any way wrong or not giving correct information on State Senator Philip Edward Berger then why can't he fulfill my simple request to give me his verdict in writing so we can write back in forth with valid political arguments as to why he should take action on the petition. Instead there's a risk I may be sued for defamation/slander/libel because I have no proof on Phil Berger's verdict on

the Nullify-NDAA petition because he and his staff refused to give me any verdict in writing via email (Free of charge to send on, the only cost to Phil Berger is just a little time) and even refused to give consent to record the phone conversation to record Phil Berger's official verdict which is unacceptable. A representative whether a Senator or Legislator is suppose to represent the people and keep open with the actions taken by the representative. Phil Berger has proven to me and my petition signers that he refuses to keep open out of fear of being attacked/demonized by the press when he should really be representing his constituents and protect their Constitutional civil liberties.

**Share and Enjoy:**

Buzz this!

Tags:

Please support USWGO Alternative News and help keep their site Alive by sending us a donation or recommending a private grant

*Donate*

to us:

# Comments

**Tell us what you're thinking...**
**and oh, if you want a pic to show with your comment, go get a gravatar!**

Logged in as Brian D. Hill. Logout »

Speak your mind