

vid Hill
Chalmers St., Apt. D
rtinsville, VA 24112

U.S.W.G.O.

_David D. Hill_

U.S. POSTAGE
PAID
MARTINSVILLE, VA
24112
APR 01 '15
AMOUNT
$9.25
0001543B-05

1006        27401

7

UNITED STATES
POSTAL SERVICE

**CERTIFIED MAIL**

7013 3ꟷ꟮ꟷꟷ ꟷꟷꟷ ꟷꟷꟷꟷ

In This Office

APR 03 2015

CLERK, U.S. DISTRICT COURT
GREENSBORO, NC
U.S.D.C.

## Clerk Of The Court-Note: Filing
## U.S. District Court, _Middle District of North Carolina_
## 324 West Market Street, Suite 1
## Greensboro NC 27401-2513
_L. Richardson Preyer Federal Building_

TRACKED
★ ★ ★
INSURED

PRIORITY
MAIL
★ ★ ★

UNITED STATES
POSTAL SERVICE

Label 107R, July 2013

NS.