In the United States District Court

for the Middle District of North Carolina

Greensboro Division

Defendant, Brian David Hill
v.  Criminal Action No. 1:13-cr-435-1
Plaintiff, United States of America

## CORRECTION TO NEW EVIDENCE FOR A NEW TRIAL, HABEAS CORPUS PETITION(§ 2255 MOTION), JUDGMENT OF ACQUITTAL, TO OVERTURN THE CONVICTION, OR ANY OTHER PURPOSE

Defendant is filing a correction to the NEW EVIDENCE FOR A NEW TRIAL, HABEAS CORPUS PETITION(§ 2255 MOTION), JUDGMENT OF ACQUITTAL, TO OVERTURN THE CONVICTION, OR ANY OTHER PURPOSE filing. The Defendant has rushed the creation of the documentation for the filing and did not check for errors in the Evidence Exhibits.

Exhibit H stated that it was evidence of a "Declaration that Brian gave the Disability Rights of NC contact information to his former public defender before the pleading of guilty." However such Declaration was not yet created and signed before it was submitted. The Defendant found the mistake and is filing the correction. The Defendant is filing the appropriate evidence for Exhibit H in attachment to this filing. The Declaration meant for Exhibit H is attached to this filing.

1

Respectfully submitted,

*Brian D. Hill*
Signed
Brian D. Hill ( pro se )
916 Chalmers St. – Apt. D, Martinsville, VA   24112
Phone: (276)632-2599

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2015, I filed the foregoing CORRECTION TO NEW EVIDENCE FOR A NEW TRIAL, HABEAS CORPUS PETITION(§ 2255 MOTION), JUDGMENT OF ACQUITTAL, TO OVERTURN THE CONVICTION, OR ANY OTHER PURPOSE with the Clerk of the Court using the U.S. Postal Service certified First Class mailing, which I assume is added by the Clerk to the CM/ECF system which will send notification of such filing to the following:

Mr. Anand P. Ramaswamy
Assistant United States Attorney
101 South Edgeworth Street
Greensboro, NC 27401

*Brian D. Hill*
Signed
Brian D. Hill ( pro se )
916 Chalmers St. – Apt. D
Martinsville, VA   24112
Phone: (276)632-2599

2