

Brian David Hill
916 Chalmers St., Apt. D
Martinsville, VA 24112

**USWGO**
Signed *Brian D Hill*

RECEIVE
In This Office
APR 06 2015
CLERK, U.S. DISTRICT
GREENSBORO, N

CERTIFIED MAIL

7013 3020 0002 2463 0975

U.S. POSTAGE PAID
MARTINSVILLE, VA
APR 02 '15
AMOUNT $3.79
00045150-16

Clerk Of The Court-Note: Filing
U.S. District Court
324 West Market Street, Suite 1
Greensboro NC 27401-2513
L. Richardson Preyer Federal Building