**In the United States District Court**

**for the Middle District of North Carolina**

**Greensboro Division**

Defendant, Brian David Hill

v.                                    Criminal Action No. 1:13-cr-435-1

Plaintiff, United States of America

## ADDITIONAL NEW EVIDENCE FOR A NEW TRIAL, HABEAS CORPUS PETITION(§ 2255 MOTION), JUDGMENT OF ACQUITTAL, TO OVERTURN THE CONVICTION, OR ANY OTHER PURPOSE

Defendant is submitting more evidence showing his IP Address 24.148.156.211

that was allegedly accused of downloading child porn was also in public emails

sent from Brian D. Hill during his political campaign. Anybody who has acquired

his IP Address especially computer hackers can plant child porn or trick the

defendant into downloading a computer virus or Trojan horse that opened up his

computer to potential illegal activities outside of the Defendant's knowledge or

control. The evidence so far proves that the Defendant Brian has made enemies

and set himself up to be a target for political activities. The Defendant's IP Address

was well known to every single person that was emailed when using Google Mail

for his website domain uswgo.com. It wouldn't be farfetched that his IP Address

may have been manually entered into the Boca Raton Child Protection System

which would make the story in the Search Warrant Affidavit to be untrue. It all

depends on how many people had known about the Defendant's computer IP

Address on the Internet which would allow spoofing, however would not explain

1

why child porn was allegedly found. Then of course it could be the eMule virus and the evidence tampering and/or planting. The SBI has a history of manufacturing evidence which you can research on North Carolina news articles on Google Search.

The copies of several emails with headers which include his IP Address 24.148.156.211 are attached as Additional New Evidence to filed on Docket. Therefore the defendant submits newly discovered evidence he has found that he would not have reasonably known about during his incarceration. The evidence was discovered after his conviction and is submitted as attached to this pleading.

Respectfully submitted,

*Brian D. Hill*
Signed

Brian D. Hill ("pro se )
916 Chalmers St. – Apt. D, Martinsville, VA   24112
Phone: (276)632-2599

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2015, I filed the foregoing

ADDITIONAL NEW EVIDENCE FOR A NEW TRIAL, HABEAS CORPUS

PETITION(§ 2255 MOTION), JUDGMENT OF ACQUITTAL, TO OVERTURN

THE CONVICTION, OR ANY OTHER PURPOSE with the Clerk of the Court

using the U.S. Postal Service certified First Class mailing, which I assume is added

by the Clerk to the CM/ECF system which will send notification of such filing to

the following:

Mr. Anand P. Ramaswamy
Assistant United States Attorney
101 South Edgeworth Street
Greensboro, NC 27401

*Brian D. Hill*
signed
Brian D. Hill ( pro se )
916 Chalmers St. – Apt. D
Martinsville, VA  24112
Phone: (276)632-2599

Note: Since the number of pages exceeds 100+ pages, it will be costly
to send a true and correct copy to the U.S. Attorney Office therefore I
rely on the Clerk adding this document into PACER which should
automatically notify the U.S. Attorney of such filing made.

3

**Subject:** Please create a town ordinance banning the usage of sodium fluoride in the drinking water at this towns water treatment plant
**From:** Brian Hill <admin@uswgo.com>
**Date:** 10/29/2011 1:56 PM
**To:** dcardwell@townofmayodan.com
**X-Account-Key:** account1
**X-UIDL:** Gmailld13350d390d0bb436
**X-Mozilla-Status:** 0001
**X-Mozilla-Status2:** 00000000
**MIME-Version:** 1.0
**Received:** by 10.180.81.69 with HTTP; Sat, 29 Oct 2011 10:56:42 -0700 (PDT)
**X-Originating-IP:** [24.148.156.21]
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9kPbm7G1ZWJ4zMsjBVkZToOki3XZyHeTXPwsY8Oc5fu+Q@mail.gmail.com>
**Content-Type:** multipart/alternative; boundary=bcaec53d5a8b71171304b073ba65

Dear Debra Cardwell,

I am Brian D. Hill, I run a alternative newspaper website and YouTube channel, and I have done research on the dangers of fluoride in our drinking water. I am a constituent in the town of Mayodan and like to ask the town council for a discussion on fluoride and how safe it is being used in our drinking water.

I always wash my mouth out and keep my teeth clean but I am not sure if I am having any benefit to my teeth. Also I am having to take lisinopril due to the doctor saying that my kidneys don't look good. I am sure it is because of my type 1 diabetes but since I drink a lot of fluoridated water I am not sure if that is part the cause of my kidneys health going down.

These are known facts as to why removing fluoride from our drinking water will benefit the town financially and health-wise:

1. Due to fluoride being corrosive it is costing water treatment plants good sums of money while showing no benefits in health. Just look at any corrosion from any pipes containing only sodium fluoride. In fact check out this YouTube video link I am posting from a reporter that brought a hidden camera to a water treatment plant to expose how fluoride is damaging the pipes and part of the building structure at the water treatment plant in Austin Texas.

2. It is a historical fact that Adolph Hitler, as we know in the history books, have used fluoridated drinking water at the concentration camps.

   *The first occurrence of fluoridated drinking water on Earth was found in Germany's Nazi prison camps. The Gestapo had little concern about fluoride's supposed effect on children's teeth; their alleged reason for mass-medicating water with sodium fluoride was to sterilize humans and force the people in their concentration camps into calm submission. (Ref. book: "The Crime and Punishment of I.G. Farben" by Joseph Borkin.)... USAF Major George R. Jordan testified before Un-American Activity committees of Congress in the*

Case 1:13-cr-00435-TDS   Document 73   Filed 04/06/15   Page 4 of 24

1950's that in his post as U.S.-Soviet liaison officer, the Soviets openly admitted to 'Using the fluoride in the water supplies in their concentration camps, to make the prisoners stupid, docile, and subservient.

3. The Fluoride Action Network provides countless studies demonstrating that adding sodium fluoride to the public water supply is harmful.

4. The Harvard School of Dental Health found that fluoridated water causes cancer:

    New American research suggests that boys exposed to fluoride between the ages of five and 10 will suffer an increased rate of osteosarcoma – bone cancer – between the ages of 10 and 19… The increased cancer risks, identified in a newly available study conducted at the Harvard School of Dental Health, were found at fluoride exposure levels common in both the US and Britain…. Even with DDT, you don't have the consistently strong data that the compound can cause cancer as you now have with fluoride.'

5. Even a writer for The Cavalier Daily a University of Virginia news website, has stated that fluoride has no beneficial effect on tooth preservation.

    In Charlottesville, drinking water is fluoridated on the theory that fluoride promotes stronger teeth. The research backing this conjecture is, however, lacking. Europeans mostly drink un-fluoridated water.

    With the pervasive use of fluoride toothpaste, there is no detectable difference between tooth decay in Europe and in the U.S. Hence, fluoridated drinking water probably has no beneficial effect on tooth preservation.

    Fluorine compounds are actually a toxic waste product of fertilizer manufacturing and other industries. Concentrations of 1 ppm in our drinking water might be safe, but with no beneficial effect why take the risk? I am grateful that water is not fluoridated at my family's current residence in Eugene, Oregon.

    Tetraethyl lead was a popular additive to gasoline from the 1920s until being phased out in the 1970s. We know now that lead is a serious environmental and health hazard. Fluoride, the active ingredient in many pesticides and rodenticides, is a powerful poison — more acutely poisonous than lead. Water fluoridation accidents, causing excess levels of fluoride in drinking water, have resulted in acute fluoride poisoning.

6. Medical Experts (I found two videos by medical experts here, and here) have stated on the record that fluoridation in water is not having the desired benefits that some have claimed it has plus many people are drinking too much fluoride causing dental fluorosis.

7. Last but not least if you manage to be able to buy a bag or barrel of sodium fluoride it has the toxic symbol and tells people not to ingest it. The three different fluoride bag image links is at indybay.org [2], and a IP Address website. Even a picture of a barrel container of sodium fluoride says that it is toxic and the rating is at 6.

So I am recommending the follow actions be conducted by the town of Mayodan, it's town council, and the local mayor.

1. The town conducts an investigation from all points of view regarding the health and safety of fluoridation of town and city water.
2. If the investigation proves that fluoride is causing any harm to the towns people that proposals be set to ban fluoridation at the local water treatment plant.
3. If the state of North Carolina has a mandate and makes it where towns can't refuse water fluoridation then they need to lobby the NC representatives to repeal the law allowing towns and respectfully the towns people, the right to refuse to drink fluoride due to the health risks.
4. Allow medical experts from all fields of medical studies, chemical experts, and water treatment plant employees to testify on the safety of water fluoridation.
5. With all the evidence the town of Mayodan has a job to protect it's citizens from any poison or health decaying agents/chemicals. The town should ban the usage of fluoride in drinking water.

I hope that actions can be taken to start an investigation and create ordinances and lobby the state of North Carolina to put a halt to any more fluoridation of municipal town/city water.

Also whenever you decide to make a vote on the flouridation I like to be allowed to film it on camera as it puts on the record that other towns in the state of North Carolina need to remove fluoride from their drinking water due to the health risks and lack of evidence of the benefits. I am a news website operator and run a YouTube channel so I wish to cover the meeting during the debates on water fluoridation. I am hoping in November or December a proposal can be made to further protect the town of Mayodan citizens from any potential poison in their water supply and/or food.

--

------------------------------------------------------

Brian D. Hill
Admin, Founder, webmaster, and head reporter of USWGO Alternative News (uswgo.com)
Reporter of FederalJack.com and We Are Change
Contributor to ActivistPost.com
admin@uswgo.com

**Subject:** Re: Anti-NDAA Powerhouses Conference Call #2 and NDAA leaders discussion board
**From:** Brian Hill <admin@uswgo.com>
**Date:** 7/13/2012 12:06 AM
**To:** Dan Johnson <nullifyndaa@gmail.com>
**X-Account-Key:** account1
**X-UIDL:** Gmailld1387e83c67fcb45e
**X-Mozilla-Status:** 0011
**X-Mozilla-Status2:** 00000000
**MIME-Version:** 1.0
**Received:** by 10.114.36.138 with HTTP; Thu, 12 Jul 2012 21:06:01 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**In-Reply-To:** <CAF=ApvBuNs_zTXT_bSp8-BcaXMU+uDoaGy0+ukEi98_gOpeikg@mail.gmail.com>
**References:** <CAF=ApvBuNs_zTXT_bSp8-BcaXMU+uDoaGy0+ukEi98_gOpeikg@mail.gmail.com>
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9naF1sNwCKuKfDzRaxfTFst8kCD9g=vB2e=HJrf6sbjFw@mail.gmail.com>
**Content-Type:** multipart/related; boundary=e0cb4efe2eccc0fffc04c4ae326a

Hey Dan guess what I have found a way to face the corrupt chief of police and state senator. I am going to get on the ballot for town council membership. I vow to introduce motions to fire Phil Berger form the town attorney position and find a new state attorney. Also I plan to fire the chief of police Charles J. Caruso for acting unprofessional and threatening and intimidating a reporter. This is not due to personal reasons. If that cop hurted someone else I would treat the issue as the same. It is unprofessional for a cop to threaten someone for asking a public official a question. Even with my disability I can handle being a town council member ;)

I also promise to introduce Nullify NDAA type town resolution from Jeffrey Lewis of the Patriot Coalition.

On Thu, Jul 12, 2012 at 11:59 PM, Dan Johnson <nullifyndaa@gmail.com> wrote:
> Powerhouse Leaders:
>
> Our next conference call will be this monday, July 16th at 5PM Eastern Time.
>
> Your Conference call login information:
>
> The Conference Dial-in Number is: (712) 775-7000
>
> The Access Code is 378133#

**Secondly....**

The discussion board is up!!

In order to access the discussion board, you have to sign up here **with your organization's name as your username:** http://www.peopleagainstndaa.com/forums/

*Send your username to me,* and then you will be given access to the secret "NDAA Powerhouses" forum.

**It is critical that you send me your username after registering or you cannot be granted access to the leadership forums.**

To access the NDAA Powerhouses forum after I have granted your username access, login to the forums at http://www.peopleagainstndaa.com/forums/.

Then, click on "NDAA Powerhouse"



Case 1:13-cr-00435-TDS   Document 73   Filed 04/06/15   Page 7 of 24

Next, click "Read this first". When you've finished "Read this First", you have full access to the forums. Post away.

Any questions, please let me know!

Dan Johnson,
Founder, PANDA.


--
P.A.N.D.A. (People Against National Defense Act)
Young Americans for Liberty

"Never in the field of human conflict was so much owed by so many to so few."
-Winston Churchill

http://www.facebook.com/asecondopinion
https://twitter.com/#!/aSecondOpinion


--
Sincerely,
Brian D. Hill
(336)510-7972
413 N. 2nd ave. Mayodan, NC 27027
Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

**Subject:** Re: What's the status on the town resolution?
**From:** Brian Hill <admin@uswgo.com>
**Date:** 6/27/2012 4:26 PM
**To:** Michael Brandt <mbrandt@townofmayodan.com>
**X-Account-Key:** account1
**X-UIDL:** GmailId1382f9f3feee7d11
**X-Mozilla-Status:** 0011
**X-Mozilla-Status2:** 00000000
**MIME-Version:** 1.0
**Received:** by 10.114.28.36 with HTTP; Wed, 27 Jun 2012 13:26:02 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**In-Reply-To:** <CF9D96B08C884949B092DA69AC48D37C@ci.mayodan.nc.us>
**References:** <CAF+kR9khwLU457wg_Sc56cA2Td0AwLnLObt2q5TJhvCvKyqNaA@mail.gmail.com>
<CF9D96B08C884949B092DA69AC48D37C@ci.mayodan.nc.us>
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9=76gJZe6+GxsgYNaLe=V1Dc0ofBn5VaaC5kD=FObAA3g@mail.gmail.com>
**Content-Type:** multipart/alternative; boundary=047d7b41c1701152f504c37a0648

Thanks! I will try to talk to the town council members and ask for their opinions on it and give them the email or phone number of Jeff Lewis the man that gave me the resolution. This time at the comment period I will keep it local and on topic but I will also mention a few reasons why this resolution is legal because Virginia stood up to the NDAA on Constitutional grounds, our state stood up to the NDAA or at least Rep. Glen Bradley on Constitutional grounds at the New York federal judge ruled against the NDAA on Constitutional grounds. This resolution does not in any way violate the NC Constitution as some like to make excuses why not to pass a town resolution as I have. This town and every town all over America is under the U.S. Constitution as long as we are apart of the United States. If the state refuses to simply oppose the NDAA and get U.S. Senators Kay Hagan and Richard Burr to change their votes then the town needs to stand up as it will prompt others to start standing up creating a domino effect therefore waking up people in this issue and start real debate in Congress. I can't do nothing alone but with a high amount of people or even municipalities aware of what is happening and standing up creates a respect for real issues and will create real debates which America has lost since the hijacking of the Republican and Democrat parties plus the takeover of the newspaper with corporations such as Media General LLC and Righthaven LLC. It's either we stay divided over political parties, race, gender, or even sports or we stand up as a community against the real threats to America. If you want I can send you a newspaper article where U.S. backed NATO is helping Al-Qaeda taking over Libya and putting up Al-Qaeda terrorist flags even blowing up Christian churches. If Homeland Security is for stopping terrorism then why are some media outlets reporting that NATO is backing and helping Al-Qaeda when the President is working with NATO without approval from the U.S. Congress when it's their exclusive power to declare war. I even got information from Vanguard Current TV that somebody from the CIA gone public that the President and friends has funded proxy terrorist groups in Iran to attack their government and blow things up. Why is our government funding terrorist groups and yet that is being excuse to take our rights away, NDAA used to set the legal precedent to detain activists including me in military bases forever, and grope peoples genitals including little children and not get in trouble for the molestation.

This town must exile itself from the lawless corruption through any legal action that can be taken through any untainted federal and state laws we still have left. People don't have the money to keep filing lawsuits against the Government and pay filing fees. This town needs to act and so does it's neighbors. That should be one of our top priorities.

Again I appreciate all the work you put into this. I will do the best I can to keep it relevant to the town and explain in simple terms what will happen if the NDAA goes unchecked. The John Warner Defense Act has even uses the military to target state legislatures which is likely why Phil Berger caved on his constituents. I was mad with Sen. Berger first but now I realize the DHS likely sent him a security notice threat letter to ignore my legal petition stop the NDAA from allowing people to be secretly arrested and tortured with no right to a Article III sanctioned court. The real fact is all this is unlawful and levying war against the American people for exercising their Constitutional rights is high treason punishable by life in prison or execution after the testimony of two witnesses to the same overt act. With many people in the CIA, military, and government speaking out there are more then enough witnesses to testify against Obama for high treason over the same overt acts and being an illegal immigrant that means that all laws he passed since 2008 are null and void.

We first need to be like Patrick Henry and protect our Bill of Rights here at home. Many people in Mayodan are scared of being secretly arrested and tortured when I explained to them about the NDAA so it is the towns job to protect peoples rights. We are doing nothing illegal yet we can be detained forever. That's as simple as the whole issue is. Somebody could throw a car battery in our yard, call Homeland Security and report a suspicious person, and I will disappear forever and you will never hear from me again as I am tortured to death.

We need to keep the checks and balances and not let the issue of terrorism be used to destroy this republic. The town of Mayodan must act if we want real change to come. The people here need your towns legal and lawful protection.

On Wed, Jun 27, 2012 at 3:56 PM, Michael Brandt <mbrandt@townofmayodan.com> wrote:

Mr. Hill-

I have forwarded your revised resolution to the Council. The Council has not met since you sent it, so they have not been able to respond to it in any way.


Michael M. Brandt, AICP

Mayodan Town Manager

210 West Main Street

Mayodan, NC 27027

(336) 427-0241

www.townofmayodan.com

**From:** Brian Hill [mailto:admin@uswgo.com]
**Sent:** Wednesday, June 27, 2012 3:40 PM
**To:** Michael Brandt
**Subject:** What's the status on the town resolution?

Dear Michael Brandt,

How does the town council feel about my alternate town resolution and my regular town resolution?

I am hoping by getting many in Mayodan in support of taking action that will be enough to get the town to take action. The NDAA 2012 and 2013 is already illegal and no military man nor women may enforce it, Maybury Vs. Madison 1803 court ruling. This town has a right to oppose laws which can mean the torture and rape and disappearance of innocent civilians including their pets(NDAA repeals military law protecting us against bestiality and sodomy. That means in military custody somebody can now be sexually abused even though a violation of common law and federal rape statutes. In fact rape is still a federal offense and even unlawful in states as well so I don't understand how using the law of war loophole against American citizens can hold up in any court when Americans are still peaceful just because a terrorist could be hiding in every closet, under every table and couch and bed, or even could be hiding in peoples underwear according to the fear mongering by the Department of Homeland Security(Stupidity).

Is the town up for this resolution?

--
Sincerely,
Brian D. Hill
(336)510-7972
413 N. 2nd ave. Mayodan, NC 27027
Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

--
Sincerely,
Brian D. Hill
(336)510-7972
413 N. 2nd ave. Mayodan, NC 27027
Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

**Subject:** RE: What's the status on the town resolution?
**From:** "Michael Brandt" <mbrandt@townofmayodan.com>
**Date:** 6/27/2012 3:56 PM
**To:** "'Brian Hill'" <admin@uswgo.com>
**X-Account-Key:** account1
**X-UIDL:** GmailId1382f8461c620550
**X-Mozilla-Status:** 0011
**X-Mozilla-Status2:** 00000000
**Delivered-To:** admin@uswgo.com
**Received:** by 10.114.28.36 with SMTP id y4csp156418ldg; Wed, 27 Jun 2012 12:56:41 -0700 (PDT)
**Received:** by 10.229.135.134 with SMTP id n6mr2394741qct.44.1340827000968; Wed, 27 Jun 2012 12:56:40 -0700 (PDT)
**Return-Path:** <mbrandt@townofmayodan.com>
**Received:** from p3plsmtpa01-02.prod.phx3.secureserver.net (p3plsmtpa01-02.prod.phx3.secureserver.net. [72.167.82.82]) by mx.google.com with SMTP id er6si10357112qab.12.2012.06.27.12.56.40; Wed, 27 Jun 2012 12:56:40 -0700 (PDT)
**Received-SPF:** neutral (google.com: 72.167.82.82 is neither permitted nor denied by best guess record for domain of mbrandt@townofmayodan.com) client-ip=72.167.82.82;
**Authentication-Results:** mx.google.com; spf=neutral (google.com: 72.167.82.82 is neither permitted nor denied by best guess record for domain of mbrandt@townofmayodan.com) smtp.mail=mbrandt@townofmayodan.com
**Received:** (qmail 16939 invoked from network); 27 Jun 2012 19:56:34 -0000
**Received:** from unknown (69.69.180.3) by p3plsmtpa01-02.prod.phx3.secureserver.net (72.167.82.82) with ESMTP; 27 Jun 2012 19:56:33 -0000
**References:** <CAF+kR9khwLU457wg_Sc56cA2Td0AwLnLObt2q5TJhvCvKyqNaA@mail.gmail.com>
**In-Reply-To:** <CAF+kR9khwLU457wg_Sc56cA2Td0AwLnLObt2q5TJhvCvKyqNaA@mail.gmail.com>
**Message-ID:** <CF9D96B08C884949B092DA69AC48D37C@ci.mayodan.nc.us>
**MIME-Version:** 1.0
**Content-Type:** multipart/alternative; boundary="----=_NextPart_000_003D_01CD547D.6D2DDDA0"
**X-Mailer:** Microsoft Office Outlook 11
**Thread-Index:** Ac1UnLV70MVGLSJgSD6M8fvLy14WaAAAgEOA
**X-MimeOLE:** Produced By Microsoft MimeOLE V6.1.7601.17609

Mr. Hill-
I have forwarded your revised resolution to the Council. The Council has not met since you sent it, so they have not been able to respond to it in any way.

Michael M. Brandt, AICP
Mayodan Town Manager
210 West Main Street
Mayodan, NC 27027
(336) 427-0241
www.townofmayodan.com

---

**From:** Brian Hill [mailto:admin@uswgo.com]
**Sent:** Wednesday, June 27, 2012 3:40 PM
**To:** Michael Brandt
**Subject:** What's the status on the town resolution?

Dear Michael Brandt,

How does the town council feel about my alternate town resolution and my regular town resolution?

I am hoping by getting many in Mayodan in support of taking action that will be enough to get the town to take action. The NDAA 2012 and 2013 is already illegal and no military man nor women may enforce it, Maybury Vs. Madison 1803 court ruling. This town has a right to oppose laws which can mean the torture and rape and disappearance of innocent civilians including their pets(NDAA repeals military law protecting us against bestiality and sodomy. That means in military custody somebody can now be sexually abused even though a violation of common law and federal rape statutes. In fact rape is still a federal offense and even unlawful in states as well so I don't understand how using the law of war loophole against American citizens can hold up in any court when Americans are still peaceful just because a terrorist could be hiding in every closet, under every table and couch and bed, or even could be hiding in peoples underwear according to the fear mongering by the Department of Homeland Security(Stupidity).

Is the town up for this resolution?

--
Sincerely,
Brian D. Hill
(336)510-7972
413 N. 2nd ave. Mayodan, NC 27027
Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

**Subject:** resolution request
**From:** "Michael Brandt" <mbrandt@townofmayodan.com>
**Date:** 7/6/2012 10:14 AM
**To:** "'Brian Hill'" <admin@uswgo.com>
**CC:** "Lessa" <mhopper@townofmayodan.com>, "'Phil Berger'"
<bergerlawfirm@triad.twcbc.com>
**X-Account-Key:** account1
**X-UIDL:** GmailId1385ca3cd9987fc0
**X-Mozilla-Status:** 0001
**X-Mozilla-Status2:** 00000000
**Delivered-To:** admin@uswgo.com
**Received:** by 10.114.36.138 with SMTP id q10csp16120ldj; Fri, 6 Jul 2012 07:13:55 -0700 (PDT)
**Received:** by 10.224.178.141 with SMTP id bm13mr38584006qab.28.1341584035086; Fri, 06 Jul
2012 07:13:55 -0700 (PDT)
**Return-Path:** <mbrandt@townofmayodan.com>
**Received:** from p3plsmtpa01-03.prod.phx3.secureserver.net
(p3plsmtpa01-03.prod.phx3.secureserver.net. [72.167.82.83]) by mx.google.com with SMTP id
hj10si12921309qab.6.2012.07.06.07.13.54; Fri, 06 Jul 2012 07:13:54 -0700 (PDT)
**Received-SPF:** neutral (google.com: 72.167.82.83 is neither permitted nor denied by best guess
record for domain of mbrandt@townofmayodan.com) client-ip=72.167.82.83;
**Authentication-Results:** mx.google.com; spf=neutral (google.com: 72.167.82.83 is neither
permitted nor denied by best guess record for domain of mbrandt@townofmayodan.com)
smtp.mail=mbrandt@townofmayodan.com
**Received:** (qmail 20914 invoked from network); 6 Jul 2012 14:13:53 -0000
**Received:** from unknown (69.69.180.3) by p3plsmtpa01-03.prod.phx3.secureserver.net
(72.167.82.83) with ESMTP; 06 Jul 2012 14:13:53 -0000
**Message-ID:** <E2D369075956434C997FB2A594010A99@ci.mayodan.nc.us>
**MIME-Version:** 1.0
**Content-Type:** multipart/alternative;
boundary="----=_NextPart_000_0026_01CD5B60.13FE8DD0"
**X-Mailer:** Microsoft Office Outlook 11
**Thread-Index:** Ac1bgZowZlPYDRoySLanb/1Y03Wg+g==
**X-MimeOLE:** Produced By Microsoft MimeOLE V6.1.7601.17609


Mr. Hill-

The Town Council of Mayodan has received your second request to adopt the Resolution concerning
US House Bill 1540 "National Defense Authorization Act for FY 2012 (NDAA)".

After a review of the resolution and considering the fact that the Town of Mayodan has no jurisdictional
authority regarding National Defense, with the implied exceptions as necessary for local public safety,
the Council will not be placing your resolution on the July 9, 2012 Town Council agenda.

Your resolution specifically states that the Town Council determines and finds the act to be
unconstitutional. Even if the individual Council members were to agree, it is beyond the authority of the
Town Council, as a body, to adjudicate that a Federal law is unconstitutional. Furthermore, your
resolution requires the Chief of Police to develop policies to implement the resolution; again, this is
beyond the scope of local law enforcement to counter-man an act of Congress.

The Town of Mayodan is a small local government charged with providing local services to its citizens. It is not the role of the Town Council to act on resolutions such as those you have drafted regarding actions taken by the Federal Government. It is appropriate for individual citizens to voice their concerns and petition their government officials if those citizens feel that a law is unconstitutional. Your complaint, however, is with the federal government; therefore your concerns should be directed toward the federal government and your federal elected officials.

You have the right to continue to attend Town Council meetings and you may continue to sign-up to speak under "public comments" for your 3 minutes of speech as allowed and protected, under both local policy and state law.

Michael M. Brandt, AICP

Mayodan Town Manager

210 West Main Street

Mayodan, NC 27027

(336) 427-0241

www.townofmayodan.com

**Subject:** Substitute town resolution in case my resolution seems legally unrealistic
**From:** Brian Hill <admin@uswgo.com>
**Date:** 6/17/2012 1:11 AM
**To:** Michael Brandt <mbrandt@townofmayodan.com>
**X-Account-Key:** account1
**X-UIDL:** Gmailld137f8da5747d33fe
**X-Mozilla-Status:** 0001
**X-Mozilla-Status2:** 00000000
**MIME-Version:** 1.0
**Received:** by 10.114.28.36 with HTTP; Sat, 16 Jun 2012 22:11:27 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9=RbAWHwyJcKqwzz2B=oFH3O1fN67+hX0am7KTrG+9Kwg@mail.gmail.com>
**Content-Type:** multipart/mixed; boundary=14dae9cce162e3453004c2a414ef

Dear Michael Brandt,

I am forwarding this alternative/substitute town resolution which may be more legally acceptable and feasible then the town resolution I came up with. With the help of the The Intolerable Acts Legal Team, they created a town resolution that is in more detail and should be more suitable for the town attorney to pass through to the council.

So if the town attorney Phil Berger doesn't consider my town resolution to be legally feasible then I have forwarded you a alternate/substitute version.

So you can forward that to the town attorney and he can decide which version would be better for the town council or if I need to make any modifications. Then of course I need to be able to make it acceptable for at least three town council members for it to pass and become a town ordinance.

You can tell me what you think?

If you do prefer my resolution then does Phil Berger want me to make any changes or even use excerpts from the one I have forwarded you. I like to make sure I get all legal issues resolved and then get enough vote support by the town council members before this is considered and voted on in the July meeting. Time is running out to stop the NDAA before it is executed by executive fiat or a power hungry bureaucrat in the DHS.

Also I enjoyed getting to talk with your colleagues at the appreciation festival in the park. I also respect all that Charles Caruso has done for our police department. I appreciate and respect all that the police department has done for our community. After getting to just have a chat with him, I feel he is a good officer and wouldn't have any problems enforcing a town resolution to protect our rights. I will do my duty to help build a legal shield to protect my town from harm by outside elite businessmen that control and threaten the Congress. They haven't overthrown our Constitution yet so we still have a fighting chance here to protect our community from pure secretive evil. I am also appreciative of what all you have done as the town manager, I know I have ranted to you in past emails or argued a bit but that is simply who I am. I just care too much and feel like I am not doing enough for society like I have to put the whole world on my

shoulders by doing petitions and getting blisters doing it and running a news website on my own when I deal with diabetic seizures, insulin reactions, high blood sugar attacks on my nerves which is why I left the appreciation festival without saying a word, and other health issues. I hope and pray the best for you and all of the town council. I wasn't at each town council meeting to just complain about the state of things or violate the rules of the public comment period by not keeping it mostly relevant to Mayodan. I do want Mayodan to legally shield itself from many horrors that are heading to this town. The mayor was almost right, maybe I did kinda directed the public comment period partially at State Senator Phil Berger instead of just the town, I apologize about this and will only bring up issues for this town in the future. The rest of the public comment period was to get my town to take action and it can be legally feasible because lawyers are helping me fight the NDAA and other horrible acts and getting Mayodan to take the only action they could legally do.

Thanks for all you have done for the town council. I know I keep putting all these requests on you and I am sorry about that but I just ain't a politician and if I weren't living with type 1 brittle diabetes and mild autism disabilities on my body then I would have become a legislator and helped North Carolina go in the right direction and help every town and city budget-wise instead consistent cuts or I would have ran a nationwide newspaper company which would have replaced the failure mainstream media corporations and put them out of business and bring real news back to society. Whatever you need help with, any moral issues you wish to address by gathering public support within this town, I will help you as you have helped bring my issues to the towns attention. You have my thanks.

On Sat, Jun 16, 2012 at 8:05 PM, The Intolerable Acts <Solutions@theintolerableacts.org> wrote:
Hello Brian,

Attached are short versions of our NDAA resolution, tailored for Mayodan, N.C. as requested. If you or anyone on the town council have any questions regarding the resolution, constitutionality, etc..., feel free to send me an email or give me a call at the number below.

For The Intolerable Acts Legal Team,

Jeff Lewis
**National Director, FIRE Coalition**
**National Director, Patriot Coalition**
**Project Director,** The Intolerable Acts ACTION CENTER
**Email:** Jeff@patriotcoalition.com
**Phone:** 252-876-9489
**Twitter:** http://twitter.com/PatriotWatchdog
**FIRE Blog:** http://blog.firecoalition.com
**Patriot Coalition Blog:** http://blog.patriotcoalition.com
*Patriot Coalition LIVE! http://livestream.com/WRCG*



--
Sincerely,
Brian D. Hill
(336)510-7972
413 N. 2nd ave. Mayodan, NC 27027
Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action
Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com





─Attachments:─────────────────────────────────

| Part 1.2 | 35.2 KB |
|---|---|
| Part 1.3 | 32.6 KB |
| NDAA-NC-CITYRES-MAYODAN.doc | 534 KB |
| NDAA-NC-CITYRES-MAYODAN.pdf | 331 KB |

**Subject:** Third Party article
**From:** Brian Hill <admin@uswgo.com>
**Date:** 7/11/2012 10:17 PM
**To:** Dan Johnson <nullifyndaa@gmail.com>
**X-Account-Key:** account1
**X-UIDL:** Gmailld13878f9c3b2ab349
**X-Mozilla-Status:** 0001
**X-Mozilla-Status2:** 00000000
**MIME-Version:** 1.0
**Received:** by 10.114.36.138 with HTTP; Wed, 11 Jul 2012 19:17:10 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9mxp9A7CBEdy6rz3PdCOCwO=hjdtRUACuPzwYfzHALazg@mail.gmail.com>
**Content-Type:** multipart/alternative; boundary=047d7b6d8eeea1c6d304c4988f52

What do you think of this or do you think it needs any work or modification?

Title: NC Police chief intimidates and boots reporter for asking a senator a question

----------------------------

Freedom of the Press has been threatened at the Mayodan Town Hall in North Carolina, and the very press that was threatened was a alternative media reporter named Brian D. Hill.

On July 9th, the young 22 year old reporter, the owner and operator of USWGO Alternative News, who claimed to be a member of We Are Change NC Chapter meetup group that is organized by Gregory Lance and Lars, has decided to confront his state senator and president pro tempore Philip Edward Berger or Phil Berger for short.

I learned by asking him some questions that when the meeting was about to go into a closed session before closing the entire town council, he quickly turned on his camera and went up to the podium where the state senator was behind at the town council to ask him a few questions before he gets out of the council room. At least 10-20 seconds passed where at least one question was answered with refusing to answer the question. The rest of the questions he had prepared on a notepad were about to be answered until the towns Chief of Police, Charles Caruso, showed up to boot the reporter out of the town council claiming 'closed session' is why he couldn't ask the state senator any more questions, which seems like a reasonable request from the police. Then the reporter appeared to have left the town council chambers to wait in the main office until the closed session meeting was over to confront Phil again as he was leaving the James A Collins municipal building. The police chief started walking up to the reporter when his camera was off and netbook-size voice recorder was silent for separate audio channels, got right up close to his space, and started telling him about if he has seen other city council videos where people start going up to public officials quickly to hurt them, he said to him that it doesn't appear that he had that intent. Then the officer badgered him about going up to Phil Berger with a camera and said if he goes up to Phil Berger again in the future town council meetings he will be pushed back, in other words manhandled or restrained by the officer. A reporter was not allowed after the town council meeting, to go up to the state senator

to ask a question under the Chief Police Charles authority. That was when he was going to explain to the officer the reason he acted a little weird was due to his low blood sugar from his type 1 severe diabetes and needed to eat some sugary snacks outside of the council room as respect to the town council rules but the cop instead badgered and threatened a indefinite use of force against the autistic and disabled reporter in future town council meetings just because he asked the state senator a uncomfortable question such as why he took no action on Nullifying the NDAA law in the state of North Carolina.

According to Constitutional law, the first amendment under the Bill of Rights guarantees the right of the press which also includes asking a public government official questions on public property. Also Press rights include access to government documents that affect matters of public policy yet Brian was denied access to the state senator and was hinted by the police chief that he was acting like a threat to the senator for asking a question that the senator refused to answer. The municipal building was on public property, the reporter has stated that he has been to the town council three different times which proves that the town knows him well to the point where he would never cause harm to a public official at a public meeting. He even had his picture taken with the state senator on two separate occasions and one of them was before closed session but the cop didn't threaten him for having a photo op. A relative that is to be remained anonymous also told Brian after he got back home that the officer was watching Brian as he was waiting for the town council door to open to be able to ask Phil a few more questions before he gets in his car to drive home. Minutes later he decided to run from the municipal building and almost cried and then yelled that he screwed up away from downtown then walked home with his head down. That is pretty much what happened. From the way the officer handled the reporter shows that he was trying to intimidate real press that ask questions that the senator dared not to answer.

From the story shared with me, as the video clearly states, and with the facts examined Brian did nothing legally wrong, followed the rules, never showed signs of coercion, never made any threatening statements towards the senator, even listened to the officers order even the possibly illegal orders, he declared himself to be working for USWGO Alternative News which activates his press rights by declaring himself as press. The fact that the officer didn't explain to him to just interview him after the closed session was over and kept watching Brian like a hawk means that the officer was going to push the reporter back even when the senator leaves the municipal building, this also means the possibility that Brian may be one of the DHS Terrorist watch list victims under the Raleigh Fusion Center under the Homeland Security branch of the North Carolina Emergency Management, the NC version of FEMA.

[youtube]http://www.youtube.com/watch?v=Gau-QgLBhEg[/youtube]

He even stated of what happened of the incident on his website. He has also conducted research on the senators political campaign contributions according to the records in the state Board of Elections. The research details some of Phil's campaign contributors are big banks such as the Bank of America and Wells Fargo, Big Pharmaceutical corporations, and other big corporations tied somewhat to these six banks that are very powerful and super rich. Somebody from the special interest groups must have told Phil to throw out the petition and not challenge the NDAA.

--
Sincerely,
Brian D. Hill
(336)510-7972
413 N. 2nd ave. Mayodan, NC 27027
Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action
Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

**Subject:** Town Resolution failed, town rejects the constitution rights of their citizens
**From:** Brian Hill <admin@uswgo.com>
**Date:** 7/6/2012 4:01 PM
**To:** William Kennedy <william.kennedy@tenthamendmentcenter.com>
**X-Account-Key:** account1
**X-UIDL:** GmailId1385de2793154d64
**X-Mozilla-Status:** 0001
**X-Mozilla-Status2:** 00000000
**MIME-Version:** 1.0
**Received:** by 10.114.36.138 with HTTP; Fri, 6 Jul 2012 13:01:59 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9k8xGjNh-
B0uYihOk01zQL0YTTb=B6FMq1Q6DMmeUvHjA@mail.gmail.com>
**Content-Type:** multipart/alternative; boundary=047d7b86d052aab41804c42ebc7c

In a last ditch effort to try to stop the NDAA in my town council after having a yelling and cussing contest with Sen. Phil Bergers staffer weeks ago over the right to record the phone call over Sen. Berger's verdict trying to get that on public record so I can get the press against Sen. Bergerbut he fooled all of his constituents. They even refused to send something in writing over Phil Bergers traitorous verdict. Now I tried to get the town council to resist the NDAA to start a domino affect and now that has failed after the town manager told me the town council won't consider my town resolution by Patriot Coalition legal team and Phil Berger is my towns attorney there :( and is also funded by a fraction of the six international mega banks working for the Bilderberg Group and Stephens Inc on record.

I lost on stopping the NDAA. I may be raped and tortured and Phil Berger and the town including the county commissioners could care less about keeping their Oath to the Constitution.

USWGO has failed even with all the phone calls made to the town council by a number of residents, and many calling Senator Berger's office and many even called his opponent in the elections after I taught many about the NDAA.

I will forward you the town's response after I sent this.

--
Sincerely,
Brian D. Hill
(336)510-7972
413 N. 2nd ave. Mayodan, NC 27027
Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

**Subject:** What does it take to get on the town council election ballot?
**From:** Brian Hill <admin@uswgo.com>
**Date:** 7/12/2012 11:53 PM
**To:** Lessa Hopper <mhopper@townofmayodan.com>
**X-Account-Key:** account1
**X-UIDL:** GmailId1387e78491f09fa6
**X-Mozilla-Status:** 0001
**X-Mozilla-Status2:** 00000000
**MIME-Version:** 1.0
**Received:** by 10.114.36.138 with HTTP; Thu, 12 Jul 2012 20:53:28 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9n9KpWGm0NyCsLNCmE6iVsjkCTJm8VgqCCCQM+f2hB7sA@mail.gmail.com>
**Content-Type:** multipart/alternative; boundary=0015173fe3aedb84c004c4ae0528

Dear Lessa Hopper,

After all what I am being put through by the town and it's police department, I have decided I wish to learn what it takes to get on the ballot for town council. I know it's hard work and it won't be a walk in the park but I wish to learn how to get on the ballot for the town council of Mayodan. I like to know the rules for getting on the ballot and learn how to register then talk with people throughout my town and tell them why they should vote for me. I know it is years away but I like to prepare for when the next town elections happen again.

I want to help the town with many different local issues including the parks and other issues. I can't really think of what all the issues I would face but I like to do something for this town. I do wish to help the town and listen to everyones concerns. After seeing the corruption spew in this town I cannot ignore this anymore. Since exposing corruption will just get me harassed and arrested, my only option is to become a public official. If elected I would not boot out reporters using the police then harassing their families if I get on the ballot and am elected as a town official. I would never smirk while the people are suffering. That is why I wish to know the process of the town election ballot.

As a public official I will keep my word to any of the towns citizens to look into issues important to the local people. I will be an Oath Keeper and keep my Oath of office if I win the elections in the next two years. I will talk with the other town council members and compromise and be a real elected representative and not a mafia politician that uses the cops to intimidate reporters. I will also fight to open the town council more to reporters and propose a motion to get a new town attorney in this town council and hopefully Phil Berger will be voted out.

Please tell me what process do I have to go through in order to get on the ballot for town council?

--
Sincerely,
Brian D. Hill
(336)510-7972
413 N. 2nd ave. Mayodan, NC 27027

Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com