In the United States District Court

for the Middle District of North Carolina

Greensboro Division



Defendant, Brian David Hill
v.
Plaintiff, United States of America

Criminal Action No. 1:13-cr-435-1

## DECLARATION ON CONDITIONS AT THE TIMES OF FALSE ADMISSIONS OF GUILT

I am Brian David Hill the defendant in this federal case. I am filing this declaration under Oath regarding the fact that I have good reasons why I had falsely made multiple admissions of guilt. Part of that was because of the conditions of my detainment while I was in the county jails. They weren't right and should be construed as human rights abuses. Human rights abuses do go on inside the county jails and usually the authorities don't take the word of inmates/prisoners so people that are abused, neglected, or mistreated in the county jails have no justice at all so it is far easier to want to plead guilty to get of out of hell....err I mean jail quicker and not have to serve as much time, and yes that includes Innocent people too.

My conditions at the time of my guilty plea while I was in jail were terrible for my medical health issues. I have Type 1 Brittle Diabetes. The reason it is brittle is that blood sugars are very difficult to control. I take on an average of four shots a day of Novolog Insulin pens which cover all three of my meals of the day and includes snack time. I also take Lantus insulin through a syringe every single night otherwise my blood sugar starts surging out of control even more. Just one day of not taking my Lantus can cause my blood sugar to start wanting to stay high and not come down even when I give myself insulin because of my body being used to Lantus and that insulin is meant to control my blood sugar throughout the day when I am not eating any additional carbs between meals. If I decide to eat another snack then I have to do shot for that too to cover my carb intake.

I am pretty sure I have proof that my blood sugars were out of control and not being taken care of in Guilford County Detention Center in Greensboro, Orange

1

County Jail in Hillsborough, and Forsyth County Detention Center in Winston Salem, NC. My conditions at the time of the guilty plea in June 2014 was that Orange County Jail has no night nurse. The U.S. Marshals always pick me up before the Jail nurse even arrives to give me my morning insulin. Since the Jails usually like to only give me two shots a day, then that is not enough insulin to cover my three meals a day and one snack a day. Then of course I may need a snack for when my blood sugar goes low since I had tried to do exercising in my cell. The day of my guilty plea I was not given any insulin after eating breakfast. My blood sugar was sky high at my change of plea. If you saw Placke giving me cups of water, at that time I needed water because my body was wanting to flush out the sugars while my nerves start hurting due to glucose in my body without any insulin. Also it wasn't easier back at jail. All jail medical records from 2014 will show that I think my blood sugars ran high most of the time from what I remember. You will see high blood sugars on the logs. You can even subpoena the nurses there that gave me medical attention at the jails and they all would attest to my claims of high blood sugars or my blood sugar being out of control.

None of the jails ever allowed me to have the 24-hour long acting insulin even if there was a prescription for such because they don't seem to have that kind of insulin or didn't want to give it, they have different kinds of insulin.

At the time I sent that acceptance of responsibility letter, it was because the first issue was that Judge Osteen threatened to remove my acceptance of responsibility which means I likely would not have been sentenced to time served. Time served was my only way out of jail as my weight was dropping as low as 140lbs (pounds), that even the jail psychiatrist was asking me if I ate my meals because of my weight dropping so low. I explained that I wasn't even being given enough insulin to sustain my carb intake. That was why I stated to the Judge that I accept responsibility for the possession of child porn. I didn't accept it for all elements, just technical possession because of the claim that it was found on my computer, and I can't refute that. However I did not put those files on my computer, and I did not know how all of them got there. Even if I suspect the eMule computer virus of planting child porn by using eMule, it may not explain how every single file got there so that was also why I had suspected evidence planting and tampering. So I am NOT GUILTY of all of the elements of the offense. I have to be guilty of all elements and be found guilty under the Supreme Court's definition of what

constitutes guilt of possession of child pornography before I can be found guilty. I did not have control of my computer during the time of the alleged offense. I did not know how all of the child porn files could have got there. I have questions as to whether the forensic analysis was even accurate or credible. That is why North Carolina State Bureau of Investigation (NC SBI) Special Agent Rodney White is under investigation for possible criminal misconduct or misconduct involving the forensic analysis of my computer but I can't go at liberty to discuss with the court on public record the ongoing investigation at the SBI as a result of my complaint. After the investigation is over then I recommend that The Court should inquire the SBI for what action was taken by the SBI in regards to Agent White, as a result of the complaint I filed.

I have Autism Spectrum Disorder: Mild Range. Judge Osteen didn't even know about Autism and that was why my family wanted an autism expert to testify for my case so that the Judge would understand my Autism and how it affects the false confession that was made and how it affects making consistent false admissions of guilt when put under pressure by law enforcement. The confessions don't have to be true when an autistic person is coerced to make an admission of any kind of guilt. When an autistic person is coerced period, threated, had a promise made, or under pressure then they will make a false confession and false statements to law enforcement.

The police Detectives during my confession of August 28, 2012, badgered me into making false statements of guilt. At first I actually told the detectives I didn't download child porn and told them about the Trojan Horse or virus. At some point we were talking about my website USWGO Alternative News which is proof that the Mayodan Police Department was aware of my political website and articles/YouTube video concerning its Police Chief Charles J. Caruso, all prior to the interrogation. They told me they found child porn on my computer and that I better just tell them because they said something about more files will be found. Then they asked me again with more pressuring tone if I had downloaded child pornography. Then I started telling them false answers such as Yes on downloading child porn, then told them for about a year or so even though it doesn't even match the forensic finding except for the dates July 20, 2012 and July 28, 2013 but I didn't know any of this until after my conviction was made final when it would be too late to file an Appeal. I tried telling them I like women and

3

they said I was lying and then I told them "fine, 12 to 13 year olds." Then I commented further that I prefer children but that was a lie. I am into Asian women and cute looking college girls, especially exotic chicks. That is what I am really into. I told the detectives falsehoods because of the threat by Police Chief Charles J. Caruso which told me to fess up or else my mother would be held responsible. Then the detectives even brought up about my mother when I hesitated to further make false incriminating statements. By the time they were done manipulating me I told them I needed help and then told the hospital that I was addicted to child porn. I never said any of that until after they were done with me and making assertions of my behavior. They knew I had Mild Autism and Diabetes yet kept coercing me to make the false confession knowing that certain rules wouldn't apply to them because it was a non-custodial interrogation. Then lead me to believe that I would be arrested along with my mother (Caruso said she would be held responsible) since they claim they already found child porn if I had not told them falsehoods. I was coerced, pressured, and threatened to confess to stuff that wasn't true. The detectives even asked me if I had downloaded child porn at my grandparent's house. I told them No! and they said that they would have added my grandparent's IP Address to the server. So they were coercing me with a suggestion that they had the power to manually add my grandmother's Internet Protocol Address. That was one reason why I took Mary Dagan Foxman seriously when she claimed my IP Address was manually entered. I am still trying to investigate whether my IP Address was manually entered by the police in order to set the precedent to have me framed with child porn then coerce me to falsely confess.

My public defender should have got an Autism expert to testify but instead relied upon the biased prison psychologist Dr. Dawn Graney that led me to believe she was on my side when she stabbed me in the back politically and called me anti-government. She didn't care about my Autism as she makes money off of the federal prison system, and that's my opinion. I was never going to have a fair trial had I not taken the plea agreement. My family didn't think I would win which was why they told me to take the plea agreement in the courtroom in the presence of Donnie Robbins. I would have won had I have a better Attorney instead of a crappy public defender which I call a public pretender.

4

I was divided between wanting to prove my Innocence and just make false admissions of guilt to get out of jail so I have access to evidence I didn't have access to while in jail and to protect my health from further damage from every single day I was given half of my insulin in the county jails. That was why I was wishy washy about trying to withdraw my guilty plea then right after that I stick with my guilty plea, simply because of being offered time served, which means no more suffering of my health. That's why I asked Obama and the U.S. Pardon Attorney for a Pardon because I can't fight to prove my Innocence while being given half of my insulin in the county hell...err I mean jails.

I also request that the U.S. Marshals review this paper too since they know for a fact I had diabetes problems and some of them overheard me complaining to them about my high blood sugar and needing insulin.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22nd, 2015.

*Brian D. Hill*
Signed
Brian D. Hill ( pro se )
916 Chalmers St. – Apt. D, Martinsville, VA 24112
Phone: (276)632-2599

5

CERTIFICATE OF SERVICE

I hereby certify that this **DECLARATION ON CONDITIONS AT THE TIMES OF FALSE ADMISSIONS OF GUILT** was filed with the Clerk of The Court using Cell Phone Multimedia Messaging Service (MMS) gateway to the Clerk's email system for the purpose of filing electronically since Facsimile was not available at the time. All parties involved in the case should be automatically notified by the Clerk using CM/ECF system at the time this filing was filed. It should be automatically alerted to the following:

Mr. Anand P. Ramaswamy
Assistant United States Attorney
101 South Edgeworth Street
Greenboro, NC 27401
Fax: (336) 333-5381

*Brian D. Hill*
Signed
---
Brian D. Hill ( pro se )
916 Chalmers St. - Apt. D
Martinsville, VA  24112
Phone: (276)632-2599

6