# United States District Court
Middle District of North Carolina
324 West Market Street
Greensboro, North Carolina 27401-2544

John S. Brubaker, Clerk

April 23, 2015

TELEPHONE: (336) 332-6000

Brian David Hill
916 Chalmers St. Apt. D
Martinsville, VA 24112

Re: 1:13CR435

Dear Mr. Hill:

On April 22, 2015 the Clerk's Office received a motion and declaration for filing in your case addressed to a generic email address. Please be advised that pursuant to the Court's Administrative and Policies Procedures, litigants not represented by counsel for a particular matter shall file pleadings on paper. In the future, please submit any documents you wish to have filed via hand delivery or by the U.S. Postal mail addressed to the Clerk of Court at 324 West Market Street, Greensboro, North Carolina 27401-2544. Enclosed is a copy of the docket sheet in the above-referenced case for your convenience. Thank you.

Sincerely,

JOHN S. BRUBAKER, Clerk

By: /s/ Joy Daniel
Deputy Clerk

JSB/jd

Enclosures