In the United States District Court

for the Middle District of North Carolina

Greensboro Division

Defendant, Brian David Hill
v.
Plaintiff, United States of America

Criminal Action No. 1:13-cr-435-1

## LETTER TO JUDGE

Dear Chief Judge William L. Osteen Jr.,

I am real sorry your honor for all of the Pro Se filings that have a lot of pages. I just have a lot of evidence that I had wanted to show you and I understand it is too much even with the current amount of pages I have filed. I just want to demonstrate to the court that I do have the evidence to prove multiple reasonable doubts, and that I am slowly inching towards proving Actual Innocence.

I understand that your time is limited in each case so that you can rule in each case fairly. I feel as though I have a lot of evidence that you should see as to why my conviction is not warranted and as to why I am seeking for enough evidence for Writ of Habeas Corpus relief under a 2255 Motion. My grandma keeps telling me not to file too much otherwise the court will start ignoring me and I am aware of that. However I never should have been convicted in the first place and there should have been a proper investigation. That was why I had written letters to the FBI, SBI, DOJ, Innocence Inquiry Commission, and the media. I am trying to get a proper investigation so that I can receive True Justice by the Court with evidence to prove what I am saying to be true. I have already proven I written and typed letters to the FBI and SBI, that I was involved in politics, that I had to get out of jail to prove my Innocence and protect my health from diabetic complications from being given half of my insulin while in jail, that I had ineffective counsel, and other important factors. I now feel that it is my right, it is my duty, to prove my Innocence so that I can get this awful Sex Offender conviction off of my record, so I can be 100% free and no longer under any sentence. I ask for your forgiveness for all of the constant filings. I feel they are necessary to begin to exonerate me and prove my Innocence slowly. I will cool down on my filings and let the attorney Cynthia Everson handle the rest. I am Innocent your Honor!

Respectfully submitted,

*Brian D Hill*
Signed

Brian D. Hill ( pro se )
916 Chalmers St. – Apt. D, Martinsville, VA   24112   Phone: (276)632-2599

1