# EXHIBIT A

Use Pacer.gov to get this document as copy was screwed up

Dear Clerk Of Court Greensboro NC U.S. Court,
CC: Roberta Hill, Stella and Kenneth Forinash
CC: U.S. Department Of Justice
CC: U.S. Federal Bureau of Investigation
CC: U.S. Attorney General
CC: Judge Catherine Eagles
CC: U.S. Attorney Ripley Rand

The Continuance conference hearing was a joke. I ask for another one but this time with a different Judge as I did not get a fair pretrial hearing today at the Greensboro Federal Building. My blood sugar was high at the time of the hearing. When I got back my blood sugar read as 429. That Judge was very nasty. I told the Judge during the hearing today that the detectives were not forensic experts yet went through my computers before they were sent off to the state crime lab, that the Judge can check the au of the false confession for evidence of tampering, that it violated state crime lab policy, and that my mom has the rest of the evidence and she can be subpoena for it. No matter what I told the Jud he said there is no basis for any of my m so he forced Eric Placke, good for nothing counsel, to be my counsel. Eric Placke told me a day ago that he didn't want the st

The Judge started getting on my nerves that he wouldn't accept any evidence I tried to present, then I started speaking more angry then told the Judge, "I won't register as a sex offender." then he told me I can do so at my own peril, then I yelled at him "Kangaroo Court" then Jack told me "Careful you'll be in contempt" then I started yelling at the others in the holding cell. The whole hearing was a disgrace to Justice. I ask for another Suppression of Evidence hearing, another Franks hearing, that I am given time to get evidence to establish a clear basis for my motions, and that I get another Supression of the Confession. I was not prepared and Eric Placke wasn't doing his job to prepare enough evidence for the Supression hearings. Eric Placke is working against me. That Judge was not fair at all by not looking into my evidence. I was handcuffed the whole hearing so I couldn't give any important legal papers to the Judge. I will NOT accept going to trial until I get fair hearings this time. I do have a basis, but the Judge didn't hear it or accept it.

[margin note:] more likely remember saying to the Judge "this is a Kangaroo Court!!"

I can't think! That Judge made me so angry.

I even told the Judge that I had submitted a complaint letter to the DOJ and the FBI about the evidence tampering, he didn't wanna hear it. It got to the point where one of the women staff at the hearing was looking at me sad looking like she was ~~feeling~~ feeling sorry for me. I am being railroaded to a wrongful conviction. That same Judge then ordered me to go to trial in less then two weeks, on the second week of June. I have to go to the media now. I am in a nightmare and I been set up. I'm going to the media and tell them what the Judge did today. I'm sure the media would love to hear how that Judge violated my civil liberties and all the wrong stuff he did to me today. I am submitting new pro se motions to the court and ask for a different Judge in the hearing I am requesting. I also ask for a new continuance conference hearing.

Eric Placke is fired!

Sincerely,
Brian David Hill

Former U.S.W.G.O Alternative News reporter and Founder

Brian D. Hill
Signed

admin@uswgo.c
276-632-259

Orange County Jail #238306
125 Court St.
Hillsborough, NC 27278

916 Chalmers St. Apt.
Martinsville, VA 24112