# EXHIBIT B

# United States of America v. Brian David Hill
## pro se
## Motion to Supress Evidence

I, Brian David Hill respectfully and humbly ask the court for two hearings to introduce witnesses and evidence to why the court should move to supress the evidence submitted by the prosecutor in my case. First hearing I request is a Franks hearing to test the legality and validity of the search warrant to whether it should be quashed. Second hearing is determining the reliability, validity, and admissibility of the evidence held against me. I, Harald Fischer, Roberta Ruth Hill, Stella Forinash, and Kenneth Forinash will submit evidence and witnesses which will be addressed. I do not recognise Eric Placke as counsel.

This I request the court.
Respectfully submitted to the court on June 4, 2014.

| | |
|---|---|
| I ask the court to grant me up to 30 days to gather a evidence basis for this hearing. | Brian David Hill<br>admin@uswgo.com<br>276-632-2599<br><br>Brian D. Hill<br>signed |

United States of America v. Brian David Hill pro se

## Motion to Suppress Confession

I, Brian David Hill, respectfully and humbly ask the court for a hearing to determine why the court should move to suppress the confession I made to detectives Robert Bridge and Todd Brim. I, Harald Fischer, Roberta Ruth Hill, Stella Forinash, and Kenneth Forinash will introduce evidence and witnesses for a legal basis for this motion. The hearing is to determine the ~~inadmissibly~~ inadmissibility of the confession in the Mayodan Police Department. I ask the court to grant me up to 14 days to gather a evidence basis for this hearing

This I request the court.
Respectfully submitted to the court on June 4, 2014.

Brian David Hill
admin@rusiaa.com
276-632-2599

Brian D. Hill
signed

United States of America v. Brian David Hill   pro se

# Motion for Private Counsel

I, Brian David Hill respectfully and humbly ask the court that Harald Maxamillion (if thats spelled right) Fischer a former Law professor to Represent me as counsel. I feel Harald would better represent me as counsel then public pretender Eric David Placke. I fire him Placke as counsel that is my basis for new counsel. Give me ~~15~~ 30 days that I find new assistance of counsel. in the event that the court does not accept Harald Fischer as counsel for my case. I also ask that my time calculated under the Speedy Trial be reset to after I get a new appointed counsel.

This I request the court.
Respectfully submitted to the court on June 4, 2014.

Brian David Hill
admin@uswgo.com
276-632-2599

Brian D. Hill
signed

United States of America v. Brian David Hill pro se

# Motion of Discovery

I request from the clerk of Court a transcript of the June 4, 2014 Morning Continuance Conference hearing, the entire hearing of my case today. I want this transscript as soon as possible, not under seal, so I can forward this transcript to the Department Of Justice, a copy to me, a copy to my family, and a copy to the media.

Respectfully submitted to the court around June 4, 2014.

Brian David Hill
Defendant
admin@uswgo.com
276-632-2599

Brian D. Hill
signed