# EXHIBIT C

United States of America vs. Brian David Hill

# Motion To Suppress Evidence

pro se

I, Brian David Hill, file a pro se motion to suppress the evidence in my case after the approval of the Motion of Discovery and the Motion of evidence which will both be used to determine the legal basis of suppressing all forensic reports or any forensic reports, and suppressing Dr. Dawn Graney's illegal diagnosis of "Pedophilic Disorder" since there is no evidential and no factual basis to diagnose me with that disorder. So after the suppression of the forensic reports, the entirety of Paragraph 1 on Page 19 of sealed document 17 should hereby be suppressed then redacted or stricken from court record. In fact all statements Dr. Graney made dealing with a review of all or any suppressed evidence should all be supressed then redacted and/or stricken from court record. This I request the court. Respectfully and humbly submitted and requested with the court on June 6, 2014. Executed on June 6, 2014.

pro se pro se pro se pro se pro se pro se pro se pro se

Brian D. Hill
Signed

Defendant - Brian David Hill
case: 1:13-cr-435-UA
admin@uswgo.com
276-632-2599

United States of America vs. Brian David Hill

pro se

# Motion Of Evidence

pro se

I, Brian David Hill file a pro se motion of evidence for witnesses Roberta Ruth Hill, Ken. Forinash, and Stella Forinash at 916 Chalmers st. Apt. A Martinsville, VA 24112 for deposition to testify and submit affidavits on me being threatened by Mayodan Police Chief Charles J. Caruso to confess falsely on August 29, 2012 under coercion and duress after being informed on August 28, 2012 that I am mildly autistic, type 1 brittle diabetic, and that I am disabled. Under U.S. Court of Appeals case law precident the evidence will be used for the Motion to Supression of the confession, that this establishes a legal basis to support my motion to suppress the confession made on August 29, 2012. Also I was not provided an advocate when interrogated and I am partially disabled. This I request the court.

Respectfully and humbly submitted and requested with the court on June 6, 2014.
Executed on June 6, 2014.

Brian D. Hill
Signed

Defendant - Brian David Hill
Case 1:13-cr-00435-UA admin@uswgo.com
276-632-2599

pro se pro se pro se pro se pro se pro se pro se pro se pro se

United States of America vs. Brian David Hill

# Motion To Suppress pro se Confession

pro se

pro se

I, Brian David Hill, file a motion prose to Suppress the confession with support of case law president that threats and coercion against a disabled person to confess is subject to being a unreliable and false confession supported by Motion of Evidence and testimony I am willing to give on the stand. All this establishes a legal basis for the suppression of the confession to detectives Robert Bridge and Todd Brim.

pro se

pro se

I request a hearing on the matter and that my Motion of Evidence be used to provide a basis of of evidence to support this motion. This I request the court.

pro se

pro se

pro se

Respectfully and humbly submitted and requested with the court on June 6, 2014.

Executed on June 6, 2014.

pro se

Brian D. Hill
Signed

pro se

Defendant - Brian David Hill
admin@uswgo.com
276-632-2599

Case: 1:13-cr-00435-UA

HAND WRITTEN COPY

Page 1/2

Sent June 6

# Info for Judge July 3 201-

There is more information I wish to tell you your honor, that as a Judge you have the right to know about my case and the dirty tactics of corrupt police running my whole case. First of all I have prior involvement in the Mayodan town government, and was formerly a political news blogger in 2012. I messed with some powerfu people prior to the police raid. I received threatening emails saying I was set up with child porn, I will be a sex offender, I had to stop writing articles, my friends Jeff Lewis and Dan Johnson received threat emails. Another threat was first names of some of my friends saying they were next, then a portion of all my friends got child porn set up emails. Whoever set me up has access to child porn, and doesn't care about hurting me, and others. I was threatened by the police chief that if I didn't "less lie" my mother who is innocent would have got my charge and took my place. I love my mother so I lied about liking child porn saying stuff to the detectives, so my mother would be safe from the corrupt Mayodan Police. Because of my autism, I was suppose to be given an advocate during the interrogation.

HAND WRITTEN COPY

Page 2/2

Sent June 6

Mayodan was running the whole criminal case and had done all dirty stuff. The detectives acted like they will just send my stuff off to the crime lab but then turned around and bragged about going through my computers themselves doing god knows what with them. All stuff that had no evidential value in the investigation was never returned to me and my family. My out west trip pictures were all stolen by Mayodan. The Mayodan town attorney has connections with the county DA. SBI Agent Gerald Thomas was caught manufacturing evidence in 2011 in a murder case, that same agent was involved in my case. The town attorney and DA were Facebook friends with at least one of the detectives involved in my case. Had I been rich instead of poor, I would have hired private investigators and the best lawyer to [illegible] the setup attempt on me, then I wouldn't be convicted as I am now. Justice ain't cheap. I feel line I have to buy Justice. I have to have lots of money to get Justice. It's cheaper for me to just plead guilty then to prove my innocense as that would take hundreds of thousands of US Dollars.

Brian David Hill

Brian D. Hill