# EXHIBIT D

United States of America vs. Brian David Hill

# Motion of Discovery

pro se     pro se
pro se
pro se
pro se
pro se
pro se
pro se
pro se
pro se

I, Brian David Hill, file a pro se motion of Discovery for the deposition of character witnesses for a hearing to determine my character and the risk I present to the community, to society as a whole. The witnesses I wish to present are NC state Rep. Bryan Holloway, Roberta Ruth Hill, Stella Forinash, Kenneth Forinash, and James Mercer. Any more witnesses that wish to appear at this hearing may do so upon court approval. The recommended questions are whether I been around children a lot, whether I made attempts to be around children, each witnesses recommendation on my release back to society, and any risk I am to the community. This will help to determine whether I am a sexually dangerous character as defined by the Adam Walsh Act. Upon clear and convincing evidence that I am not a sexually dangerous person, that it is recommended that I am not to register as a sex offender. This I request the court. Respectfully and humbly submitted with the court on June 7, 2014. Executed on June 7, 2014.

Brian D. Hill
Signed

Defendant - Brian David Hill
admin@uswga.com
276-632-2599

# United States of America vs. Brian David Hill
# Motion Of Evidence

I, Brian David Hill, file a pro se motion of evidence for all pending suppression motions to establish a clear basis for such suppression motions. All documents in the envelope this motion was sealed in is the evidence this motion will introduce for the suppression motions. The source is from the North Carolina Criminal law and procedure 2011 Edition from LexisNexis. Arguably since the beginning of the Mayodan police investigation was state based, then both federal and state rules apply to the August 29, 2012 confession, August 28, 2012 search warrant, and the state criminal laboratory Forensic reports under the NC DOJ and the SBI. So the state crime lab policies and procedure process apply to the state forensic reports in my case. State law and federal law applies to the confession. Both federal and state law applies to the search warrant. Also the evidence points to the possible involvement of Rockingham County District Attorney which was Phil Berger Jr. in 2012 and 2013. The evidence is hereby submitted to the court. Respectfully and humbly submitted to the court on June 7, 2014. Executed on June 7, 2014.

United States of America vs. Brian David Hill

# Motion to Declare pro se

I, Brian David Hill, declare under penalty of perjury that the foregoing is true and correct. Executed on June, 7, 2014.

Declaration to be used in the Motion for suppression of Confession.

Brian D. Hill
signed
Brian David Hill
(Defendant)

My statement:

I withdrawl my confession made on August 24, 2012 to detectives Todd Brim and Robert Bridge and I will state why.

- On Aug. 28 2012 the day of the raid I was in shock and felt terrified in total fear. I was also threatened by Charles Caruso to make the confession. I was under duress.
- I made the confession falsely to protect my mom who I knew was innocent since I was afraid she would be set up instead of me had I not gave the detectives what they wanted to hear.
- I did not have access to my insulin when I was at the police station. My blood sugar level affects my thinking.
- I am mentally disabled yet I was not provided a advocate for my autism during the interrogation.
- The detectives manipulated me knowing I have autism, that I am mentally disabled.

This I submit Respectfully to the court on June

United States of America vs. Brian David Hill

# Notes for case examination:

- Gerald Thomas SBI Agent was referenced to being involved with Robert Bridge to get a administrative subpoena to get the ISP to reveal the IP Address registered user. Gerald Thomas was caught in 2012 in news article publications to have manufactured evidence in a murder case. Search up these articles on Google and you will find them.
- The connections in such a small town make it more easy for a investigation to be more influenced.
- For the search warrant to have contradictions should also be of great concern to the court during a Franks hearing.
- In 2012 using IP 24.148.156.212, political emails were sent to the town clerk, town Manager, and state senator and town attorney Phil Beeger Sr. prior to the raid. Every email sent out contains the users assigned IP Address. Upon any reason that there is evidence that the IP Address was manually added into Boca Raton Child Protection System then this casts doubt in the state search warrant affidavit by Robert Bridge.
- Brian David Hill has no history of being around children and likes women. Doesn't even try to be around kids.

June 7, 2014
Brian David Hill - Defendant       Brian [signed]

Pro Se

United States of America ......

# Motion of exparte

pro se

One sided argument before the court. Pro se motion.
According to NC General Statutes Chapter 8: Evidence,
Article 7C, Section 8-58.20, paragraph D, the district
attorney presiding over the district of Rockingham
county would most likely be involved in the state
investigation in my case. As I written negative news
articles on Phil Berger Sr., was involved with him at
the Mayodan town council on various dates in 2012,
and published a YouTube video around the time that
would embarrass his campaign, and accused him on
USWGO.com of corruptly violating his Oath of Office,
would be a major possibility of a conflict of inter[est]
since he, Phil Berger Jr., can easily be influenced [by]
his father to investigate any threats to his father's
campaign. Right after the July 7, 2012 Mayo[dan]
town council meeting which I attended and got
escorted out then threatened and intimidated by [police]
chief Caruso, then all the sudden for the first ti[me]
in six years I lived in Mayodan, my mom was pull[ed]
over by the Mayodan police on July 12, 2012 w[hile]
walking to Dollar General for me, she was asked
questions and she was told they were looking
for me. I am pulled her over while she was wa[lking]
by my ex-neighbor's house. Mayodan was inve[stigating]
me in July even though the search warrant
Mayodan detective Todd Brim got involved in A[ugust]
due to a tip from Robert Bridge.

Case 1:13-cr-00435-TDS   Document 80-4   Filed 04/27/15   Page 6 of 7

Page 7 of 7
pro se (repeated down left margin)
pro se (top right)

United States of America vs. Brian David Hill

# Motion of exparte

Then with my heavy involvement in the Mayodan town Municipal government in 2012, with prior political involvement with Charles Caruso, then him threatening me on July 9, 2012, he as the police chief, Mayodan Police Department should not have raided my home for a federal interstate matter due to risks of conflict of interest, bias, and making it a personal matter. It should have been the SBI or FBI. The detectives went through the computers themselves then me and my mom were told that, which was before it was sent to the state crime lab and they are not computer forensic examiners. In fact MPD does not have a controlled computer forensic facility. The evidence should have been sent directly to the state crime lab but it wasn't. This is how police set people up, framing people for crimes they don't commit. The evidence in my case is not credible and has been tampered with. This is the first child porn case dealing with Mayodan Police Department that I know of. Phil Berger Sr. the NC state senator is the Mayodan town attorney in 2012. Everything I am saying here is the truth, that this case may have foul play. There needs to be a proper court ordered investigation before this goes to trial. Respectfully and humbly submitted to the court on June 7, 2014. Executed on June 7, 2014.

Brian David Hill - Defendant

Brian D.H