# EXHIBIT E

United States of America vs. Brian David Hill

# Motion of exparte

pro se

I, Brian David Hill, file a pro se motion of exparte as a one sided Legal Arguement to the court. First of all according to the U.S. Constitution and the Tenth Amendment whatever powers not delegated by the Constitution and by Federal law are reserved to the states respectively or to the people. Whatever state evidence is found inadmissible by state statute is inadmissible in Federal court. Federal rules also apply to the evidence in this case since the Mayodan Police Department used state case evidence in the Federal case. I have a right to try state and Federal suppression rules on state and local police evidence, and federal suppression rules on Federal evidence. This is a matter of law. State laws have the same force and effect as laws passed by Congress unless declared invalid by Federal law. If specific evidence was to be declared inadmissible in state court then it cannot be used in Federal court without an act of Congress or Federal court ruling overturning the state decision on inadmissibly of state evidence. This I submit to the court on June 8, 2014. Executed on June 8, 2014.

Brian D. Hill
signed

Brian David Hill, Defendant

United States of America vs. Brian David Hill

# Motion to Dismiss   pro se

I, Brian David Hill, file a pro se motion for case dismissal with prejudice on civil liberties grounds, lack of valid credible evidence, based on violations of my rights under the Americans with Disabilities Act, and for ineffective assistance of counsel then denial of my due process rights with firing Eric Placke but the Judge refused me new counsel. My counsel refused usage of witnesses for my defense, refused my advisment for the suppression motions in January, and would not conduct any investigations to find credible evidence for my defense, then tried to give me a bad plea deal. Evidence submitted to the court regarding my disability and referencing Righthaven LLC vs. Brian D. Hill colorado federal civil case protects me under the ADA law. I was denied due process at the June 4, 2014 hearing. Mayodan PD attempted to use the criminal investigation to scare me into shutting down my political website U.S.W.G.O Alternative News at uswgo.com, violating my first Amendment right, and if Phil Berger Sr. and Jr. is involved then it may be a conflict of interest and a political conspiracy to violate and suppress my civil liberties under color of law which I think may be a felony. I request with the court as an indigent for a private investigation to investigate the

pro se
page 2/2
pro se
pro se
pro se
pro se
pro se
pro se
pro se
pro se

United States of America vs. Brian David Hill

# Motion to Dismiss
pro se

involvement of former Rockingham County District Attorney Phil Berger Jr. by investigating the DA Office 2012 case files for anything to do with USWGO, Brian D. Hill, and/or Brian David Hill. If no records exist then that violates NC state law and proves a coverup of case files, as state law mandates the DA is involved in a state investigation or gets paperwork in a state investigation to decide whether to prosecute me in a state court or bump it up to Federal court by transferring it from the local DA Office to the U.S. Attorney. DA Phil Berger Jr. has to be involved according to state law. If he denies involvement in my case in 2012/2013 then there is some kind of law violation or coverup. For any or all reasons stated in this motion, and other records on docket, I humbly and respectfully request with the court that my motion to dismiss be granted. This I ask the court. Respectfully submitted to the court on June 8, 2014. Executed on June 8, 2014.

Brian D. Hill
signed

Defendant - Brian David Hill