

Brian David Hill
916 Chalmers St., Apt. D
Martinsville, VA 24112

U.S.W.G.O.
Brian D. Hill
signed

7013 3020 0002 2463 6601
CERTIFIED MAIL

U.S. POSTAGE PAID
MARTINSVILLE, VA 24112
APR 23, 15
AMOUNT $5.33

Clerk Of The Court
U.S. District Court
324 West Market Street, Suite 1
Greensboro, NC 27401-2513
L. Richardson Preyer Federal Building