# EXHIBIT F

June 5, 2014
page 1/2

U.S.A. v. Brian David Hill

pro se

# Motion to Declare

I, Brian David Hill, declare under penalty of perjury that the foregoing is true and correct. Executed on June 5, 2014

Brian D. Hill
signed

Statments from myself:

- I have never harmed a child. I do NOT want to harm anybody.
- I do not deserve being a sex offender. I want a wife, not a child.
- I believe I been set up with child pornography, by the Mayodan Police Department. That is why I have sent letters to the FBI, and the DOJ
- I received the eMule virus trojan horse around July 2012. Reported it to NC DOJ Assistant Attorney General Joy Strickland which I requested to forward the information via email to NC SBI Agent Rodney White. I also received a threat email regarding my set up on child pornography.

- I have mild autism, anxiety, OCD, type 1 brittle diabetes. All affect my life as I am disabled and qualify for SSI, Medicaid, and EBT.

U.S.A. v. Brian David Hill — Pro Se

# Motion to Declare

■ I am a virgin. I have not had sex with anyone yet. The only person I plan to have sex with is with my future wife. I don't want children. Total opposite of a pedophile. I am a hetrosexual young man. I don't even want to be around children.

■ I also am aware I am not the only set up victim. I know Stewart Rhodes, Melissa Melton, Luke Rudkowski, and others that are all alternative media like myself (U.S.W.G.O Alternative News) that are all getting child porn set up attempts including myself.

■ I am a former member of the press. In 2012 I was a political activist, news reporter, and Founder of U.S.W.G.O Alternative News. I also written for FederalJack.com.

Respectfully submitted to the court on June 5th, 2014.

Brian D. Hill
Signed Brian D. Hill
admin@uswgo.com
Grandma 276-632-2599
Grandpa

Brian David Hill
Defendant
Orange Co, Jail