FILED

APR 2 7 2015

IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC

By

# In the United States District Court

## for the Middle District of North Carolina

### Greensboro Division

Defendant, Brian David Hill

v.           Criminal Action No. 1:13-cr-435-1

Plaintiff, United States of America

## EVIDENCE OF THE FACT IP ADDRESS 24.148.156.211 WAS WELL KNOWN TO OTHER PEOPLE PRIOR TO IT BEING FLAGGED OR MENUALLY ENTERED IN BOCA RATON

The Defendant files 25 pages of evidence with The Court in attachment to this non-motion evidence filing. First of all Reidsville Police Detective Robert Bridge claimed that his IP Address 24.148.156.211 was downloading child pornography and so it was automatically flagged by Nordicmule then flagged in the Boca Raton Child Protection System (CPS). Yet the Detectives told him in an interview on August 29, 2012 that his grandmother's IP Address can be added to the server, in other words manually entered into Boca Raton CPS server. Upon proving that an IP Address can be manually added to the child porn suspect IP Address database known as the CPS then his IP Address may have been manually entered which makes Reidsville detective Robert Bridge a liar. In fact he sent over 90 different emails since May 2012 all with the same IP Address as the one accused. How could a computer hacker not notice his IP Address with all of those different emails he sent out. Emails locally cached with help of family to discover more evidence to prove that he wasn't some random child porn downloader.

1

He was involved majorly in politics with his alternative media website and

Activism prior to being accused of the alleged offense, but made many enemies.

Respectfully submitted,

*Brian D. Hill*
*Signed*

Brian D. Hill ( pro se )
916 Chalmers St. – Apt. D, Martinsville, VA  24112
Phone: (276)632-2599

### CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2015, I filed the foregoing

## EVIDENCE OF THE FACT IP ADDRESS 24.148.156.211 WAS WELL KNOWN TO OTHER PEOPLE PRIOR TO IT BEING FLAGGED OR MENUALLY ENTERED IN BOCA RATON with the Clerk of the Court

by mailing using the United States Postal Service, Postage prepaid.

The filing should be added by the Clerk to the CM/ECF system which will send

notification of such filing to the following parties:

Mr. Anand P. Ramaswamy
Assistant United States Attorney
101 South Edgeworth Street
Greensboro, NC 27401
Fax: (336) 333-5381

*Brian D. Hill*
*Signed*

Brian D. Hill ( pro se )
916 Chalmers St. – Apt. D
Martinsville, VA   24112
Phone: (276)632-2599

2

**Subject:** 2008 parliamentary debates
**From:** Brian Hill <admin@uswgo.com>
**Date:** 7/16/2012 2:23 AM
**To:** Orly Taitz <orly.taitz@gmail.com>
**MIME-Version:** 1.0
**Received:** by 10.114.22.131 with HTTP; Mon, 16 Jul 2012 02:23:19 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9mnxG1osRz5qNZhuPX-ZsWWf9Fm1+4cpnP=xzME6g0rBw@mail.gmail.com>
**Content-Type:** multipart/alternative; boundary=047d7b86c22405585604c4eefbb8

Dear Orly Taitz,

I know this is a older form of records but the fact that a Kenyan <u>Parliamentary member</u> actually brags about Obama having Kenyan origin brings a lot into question. It is already in court record about his birth certificate being falsified, Obama's attorney admitting it being falsified, Obama admits his father isn't a US Citizen, Parliamentary records with a politician bragging that Obama has Kenyan origin, everything proves Obama isn't eligible to become President so why in the heck is Obama the president and is on the ballot this year?

--
Sincerely,
Brian D. Hill
Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action Center (<u>uswgo.com</u>)
Reporter of <u>FederalJack.com</u> and <u>We Are Change</u>
<u>admin@uswgo.com</u>

**Subject:** Agenda 21 committee hearing
**From:** Brian Hill <admin@uswgo.com>
**Date:** 5/20/2012 10:59 AM
**To:** Michael Coffman <mcoffman@roadrunner.com>
**MIME-Version:** 1.0
**Received:** by 10.114.20.232 with HTTP; Sun, 20 May 2012 10:59:31 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9mNL8K3DGPeSyLJyK80_ac-SqNMcK1k-rwivbj4CG92Kw@mail.gmail.com>
**Content-Type:** multipart/alternative; boundary=e0cb4efe27ce1e2b0f04c07b8c8d

Dear Dr. Michael Coffman,

I am starting to get good credibility and standing with my state government in North Carolina and a Patriot Organization I am in contact with is battling against the NDAA and Agenda 21 in my state's general assembly. I like to recommend you before my state's 'Agriculture / Environment / Natural Resources' committee for the state senate but I am not sure if yet you would want to testify before that committee to get North Carolina to wake up to the truth about ICLEI, UN Agenda 21, and the whole agenda. So I am asking you if you would be okay with me recommending you before my states committee since my states very capitol in Raleigh is a member of ICLEI and I am trying to find a way to wake up my state to the real truth and not be brainwashed by powerful organizations with a message of saving the environment from the evil people like me (sarcasm) that want freedom and liberty.

Sincerely,
Brian D. Hill
(336)510-7972
413 N. 2nd ave. Mayodan, NC 27027
Admin, Founder, webmaster, and head reporter of USWGO Alternative News (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

**Subject:** Can you share this with people?
**From:** Brian Hill <admin@uswgo.com>
**Date:** 7/11/2012 12:43 AM
**To:** Dan Johnson <nullifyndaa@gmail.com>
**MIME-Version:** 1.0
**Received:** by 10.114.36.138 with HTTP; Wed, 11 Jul 2012 00:43:11 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9=pbqCn4GHm_e2eLLUM2a1O5Qvx0yEr=H1LDfOKZXA-aA@mail.gmail.com>
**Content-Type:** multipart/alternative; boundary=047d7b86c224b41deb04c488ff4a

Phil Berger had that cop planned to come after me if I asked hard questions about throwing out the Nullify-NDAA petition.

http://www.youtube.com/watch?v=Gau-QgLBhEg

http://uswgo.com/reporter-intimidated-and-booted-from-town-council-when-asking-a-question.htm

--
Sincerely,
Brian D. Hill
(336)510-7972
413 N. 2nd ave. Mayodan, NC 27027
Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

**Subject:** Dan referred me to you, can you help me with a situation
**From:** Brian Hill <admin@uswgo.com>
**Date:** 7/14/2012 12:22 PM
**To:** anthonyantonello29@gmail.com
**MIME-Version:** 1.0
**Received:** by 10.114.22.131 with HTTP; Sat, 14 Jul 2012 12:22:01 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**In-Reply-To:** <CAF+kR9kka1Of7pvffhb2tkSzrW3gZ67q8hW5AcQRW_s331=wSw@mail.gmail.com>
**References:** <CAF+kR9kka1Of7pvffhb2tkSzrW3gZ67q8hW5AcQRW_s331=wSw@mail.gmail.com>
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9=qjsx6QqABgzFBvadn54OLKj3vrV8oHt1n8L8u-VBRHg@mail.gmail.com>
**Content-Type:** multipart/alternative; boundary=047d7b417b9171d8ee04c4cf1c52

Dear Anthony,

Dan from PANDA referred me to you for help with a certain matter.

I had went to the Mayodan town council meeting on July 9th 2012. I was the only one there to confront NC Senate President Phil Berger to ask him questions being nice and lawful and the chief of police booted me out of the town council chambers then <u>threatened me</u> when I had no camera or tape recorder on. I was unexpectedly victimized and have no video recording of it but the chief of police wouldn't have threatened me if I had have backup of at least one to two more people. The reason this is important is because Phil Berger supported Agenda 21 type powers when he was given powers, he has supported in the NDAA and has thrown out every petition and resolution to try to protect our Bill of Rights and the Constitution. The police had threatened me until I promised to not go up to Phil Berger again at the town council. I cannot go back to my town council without backup because the police will likely arrest me for simply going back just to get video of me being denied access to the state senator for asking a few questions as press and being threatened again.

The only way I will go back to my town hall to shoot video and ask the state senator a few more questions is if at least one to two people can guarantee or promise to show up at the town hall so if the cop comes to me and threatens me and gives me dirty looks at least there will be someone filming it other then me and he can't gang up on me.

So I need your help to get the media troops (Reporters) together so that the police can't threaten and beat me up without some kind of accountability and I will be able to ask the state senator a few more questions while one of the guys can keep the cop busy by talking to him and asking questions just to keep him distracted. Then I can ask a few questions legally and lawfully and not have to worry about being physically assaulted by Charles Caruso.


--
Sincerely,
Brian D. Hill
(336)510-7972

413 N. 2nd ave. Mayodan, NC 27027
Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action
Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

**Subject:** Exclusive News tip for Infowars
**From:** Brian Hill <admin@uswgo.com>
**Date:** 7/9/2012 9:43 PM
**To:** showtips@infowars.com, producer@infowars.com
**MIME-Version:** 1.0
**Received:** by 10.114.36.138 with HTTP; Mon, 9 Jul 2012 21:43:16 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9mQ0S-TLuvE5RipY_qkrAhK38uugn614NGWEh+VJDR+NQ@mail.gmail.com>
**Content-Type:** multipart/alternative; boundary=14dae9ccd6d873079904c4725e73

Dear The Alex Jones Show on Infowars,

I have a breaking and Infowars exclusive news tip I like to give you regarding the chief of police booting me from the town council by force over asking state senator Phil Berger a question. When I asked him about why he rejected my petition he said he wouldn't answer it then the cop started saying to me up close at me that this is a closed session then forced me out of the town council room and took a jab at them by saying that I am being oppressed by the new world order and a few other things before leaving. Then minutes later the police officer came up to me and intimidated me and told me that if I go up to state senator Phil Berger at the town council again the way I did it (All I did was rush up there to ask him a few questions before he tries to go home but I didn't realize it was a closed private session before the town council closes) then he will push me back or something similar to that. So basically he was threatening to push me back and hold me back if I go up to him to ask him questions. I had my photo taken with him using the same coming up toi him fast tactic and the police never had a problem. Looks like the police were told to watch me and if I make any move towards Senator Berger to ask him questions I would be intimidated and the worse could be arrested. Phil Berger acted like he could care less about my petition before cop booted me out and intimidating and threatening me. Part of it I got it on video and it hasn't been uploaded as of yet and I am trying to lay low for a few days before speaking out against the intimidation.

--
Sincerely,
Brian D. Hill
(336)510-7972
413 N. 2nd ave. Mayodan, NC 27027
Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

**Subject:** Event Invitation
**From:** Brian Hill <admin@uswgo.com>
**Date:** 5/17/2012 11:52 AM
**To:** Jeff@patriotcoalition.com
**MIME-Version:** 1.0
**Received:** by 10.14.211.72 with HTTP; Thu, 17 May 2012 11:52:44 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9mGXvfSbU0e5buBg0NvO0FB1_QDjWZVZP9VcGEdKhxKQg@mail.gmail.com>
**Content-Type:** multipart/alternative; boundary=e89a8f6470c9f4d7d904c03ff00c

Dear Jeff Lewis,
National Director
Patriot Coalition
Jeff@patriotcoalition.com
252-876-9489

I am asking for an invitation to the event that you were telling me over the phone. My mind is a little bit in knots right now because I am doing many things right now.

I have done a legal analysis on the NDAA and did a report on it and I know a certain amount about Agenda 21 thanks to Dr. Michael Coffman so if you want me to present that then I will be happy to do a presentation on it.

Also at this event will it be filmed or will my mom have to film it?

if I have to film it can I get permission to videotape?

Also my mom wants to attend and maybe even my grandparents unless they got something else to work on. Can they be invited as well?

That's all the questions I have right now.

Thanks!!!

Sincerely,
Brian D. Hill
Admin, Founder, webmaster, and head reporter of USWGO Alternative News (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

**Subject:** Fwd: NDAA
**From:** Brian Hill <admin@uswgo.com>
**Date:** 5/23/2012 9:30 AM
**To:** news@wghp.com
**MIME-Version:** 1.0
**Received:** by 10.114.20.232 with HTTP; Wed, 23 May 2012 09:30:03 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**In-Reply-To:** <D8E71192A2FCE24AAE398FDBEE53A6970127604F@NCGAMAIL.ncga.state.nc.us>
**References:** <D8E71192A2FCE24AAE398FDBEE53A6970127604F@NCGAMAIL.ncga.state.nc.us>
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9nir1C5MSPx1RKTOPQGUqQvxQjdcpqY0=Tckxa07HKc=A@mail.gmail.com>
**Content-Type:** multipart/alternative; boundary=047d7b621e24b2166104c0b6a57c

---------- Forwarded message ----------
From: **Rep. Bryan Holloway** <Bryan.Holloway@ncleg.net>
Date: Wed, May 23, 2012 at 11:13 AM
Subject: NDAA
To: admin@uswgo.com

Brian,

Thank you for your email and petition. I support the resolution and I have notified Glen Bradley that I will vote for the bill. Unfortunantely, the time to sign the bill has passed and I just found out it was filled last week today. But again, I am a "yes" on the resolution. Thank you for your time and effort on this matter.

If you have any further questions or concerns please do not hesitate to contact me. God bless.

Representative Bryan Holloway
NC House of Representatives
91st District Stokes & Rockingham Counties

--
Sincerely,
Brian D. Hill

Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

**Subject:** I need to ask you about radio station censorship technology?
**From:** Brian Hill <admin@uswgo.com>
**Date:** 6/21/2012 9:35 PM
**To:** "Elton M. Crisman Jr." <criscrisman@ctc.net>
**MIME-Version:** 1.0
**Received:** by 10.114.28.36 with HTTP; Thu, 21 Jun 2012 21:35:10 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9khThn26ZH7=jCppqR-=r3Cg6vTb9jfxsZL0PwXFT9iUw@mail.gmail.com>
**Content-Type:** multipart/alternative; boundary=14dae9cce1624f7c7e04c308287c

Dear Elton M. Crisman Jr.,

I saw a video where a radio show host is complaining and mentioning that if certain keyword phrases are talked about then their radio show gets scrambled by the Emergency Alert System devices which was only suppose to be used for Amber Alerts and Emergency alerts for only emergencies. Now anybody that says something political or mentions certain keywords they get cut off the air by the U.S. Government using P-Code type of scrambling systems. If radio stations refuse to put in these military style scramblers then they lose their radio station license. Since your an engineer I am hoping you can mention a little bit about this since this touches upon our constitutional rights to free speech using military style scrambling devices to cut off political speech. This sounds like something out of Communist China or even Cuba but never in the U.S. I am also planning to call in to a radio station with legal call recording methods to record me mentioning certain keywords on air while recording the radio using another computer connected to a boombox with a audio patch cable then compare my call-in recording with the radio recording to see if it starts scrambling then I can confirm that a growing technological censorship is beginning.

Do you know if this has been planned for decades for the U.S. Military and Government to break-in to our radio stations, cell phones, DVR's, internet cable modems, and TV Shows to cut out anything politically incorrect. This is a major Constitutional violation right there for the government to use top secret classified technology to censor political talk shows and TV Shows. This needs to be exposed because if people do nothing then this is the end of freedom of speech as anything we say can and will be cut off without the right to a court of law..

Also I need to ask you if you know about the Rh Negative blood type back then because I notice anyone with this blood type is being targeted and I have friends who are Rh Negative and they could be targeted by the Government and I know that Adolf Hitler also tried to target this blood type with the extermination of certain people.

If you feel uncomfortable about answering them then you don't have to answer them.

--
Sincerely,

Brian D. Hill
(336)510-7972
413 N. 2nd ave. Mayodan, NC 27027
Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action
Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

**Subject:** Please post this on RCENO as the people my county of Rockingham need to hear this in
the news
**From:** Brian Hill <admin@uswgo.com>
**Date:** 6/4/2012 9:06 PM
**To:** new.path@live.com, katiebarber01@gmail.com, debijoyce@triad.rr.com,
brenda_sutton@ncsu.edu, sgp2525@yahoo.com
**MIME-Version:** 1.0
**Received:** by 10.14.209.193 with HTTP; Mon, 4 Jun 2012 21:06:48 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9mQMBHk92RnEuL66eyR2N1h5UekFtU2q=gUHbUdt_oNNQ@mail.gmail.com>
**Content-Type:** multipart/alternative; boundary=bcaec5215a6990593604c1b1c74f

Dear Reporters of RockinghamUpdate,

**Please no more media blackout!!! I went all over Rockingham County to the community college, to
almost every downtown within my county, going through Mayodan neighborhoods, having
arguments with a few ignorant people, got signatures from a good portion of businesses within
Rockingham County and even almost got arrested (By a crazy stalker chasing me for a bit till I
outran him, and a guy who claimed to be a veteran turning a police officer against me at the
antique festival and acting as though people shouldn't sign my petition when I clearly have a 1st
Amendment right to it) to get this petition process completed. This doesn't deserve a media
blackout.**

Please add this article that NC Senator and town attorney of Mayodan Phil Berger and Rockingham
County North Carolina representative Bert Jones has not made any public comment nor has taken
any action whatsoever regarding the 221 petition signatures collected on real paper within the
boundaries of Rockingham County. The fact the mainstream media is not covering it is the exact
reason why Senator Phil Berger is not redressing our grevances. Please post this on the
RockinghamUpdate or at least write a article about the information listed in the article link below. I
beg you!!! Your a reporter and I have something historically significant since paper petitions cost a
pretty penny and are way more effective then Internet petitions but despite doing everything
legally proper only Rep. Bryan Holloway which also represents our county has agreed to vote for
House Resolution 982 to oppose the NDAA.

Please don't keep media silence on this. I am organizing people all throughout North Carolina to do
similar things to my petition. Media silence means the no activism nor resistance to torture and
abduction of people within Rockingham County and North Carolina and all it takes is a vengeful
teacher or neighbor calling Homeland Security anti-terrorism hotline no thanks top the 'See
Something say something!' Nazi policy by the DHS and then people within our county can
disappear and be murdered forever by our President with no oversight by a Article III court
mandated by our U.S. Constitution and NC Constitution.

It's a job for a reporter to cover the news. That is why I went to the Bilderberg Group protest in

Chantilly VA and wanted to yell at them and scream at the police protecting the criminals. We need to take down the Bilderberg Group or else they will continue to assault Americans with brute force run by secret societies and child molesting TSA cartels. I even have pictures of the very criminals and can show them to you. I am even trying to get intel from within the Westfields Marriott from a bartender so he can leak information from the very thugs that run our Government. So please stop the media blackout of important and real political issues that affect our county and political events that happened within our County. I beg of you!!!! I risked going to prison forever fighting these Bilderbergers and as a reporter you have to expose what is going on. I heard police officers at Bilderberg were snatching and grabbing people randomly and I was right there within enemy lines and at possibly enemy fire by these mafia criminals. Some of the police looked like Ex-Sargent's and tough.

http://uswgo.com/nc-sen-phil-berger-rep-bert-jones-still-havent-responded-to-nullify-ndaa-petition.htm

Also if you need to ask me questions reply to this email or call me at (336) 510-7972

--
Sincerely,
(336)510-7972
413 N. 2nd ave. Mayodan, NC 27027
Brian D. Hill
Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

**Subject:** Fwd: [uswgocom] Account suspended for overloading server - USWGO on't come back without your posting of my situation and support
**From:** Brian Hill <admin@uswgo.com>
**Date:** 5/28/2012 8:32 AM
**To:** Eric Blair <eric@activistpost.com>, Darrin <darrin@infowars.com>, aaron@infowars.com, Activist Post <activistpost@gmail.com>, alex@infowars.com, "Declan O'Shea" <declan@info-wars.org>, kurt@infowars.com, kurt_web@infowars.com, producer@infowars.com, watson@infowars.com, watson@prisonplanet.com, watson_web@infowars.com, DrshirleyM@aol.com, dr_taitz@yahoo.com, Kirsten at Before It s News <kirsten@beforeitsnews.com>, Chris Kitze <chris@beforeitsnews.com>, Clayton Cramer <clayton@claytoncramer.com>, Colleen Lynn <colleen@lynnmediagroup.com>, Brandon Pierce <commonsenseconspiracy@hotmail.com>
**MIME-Version:** 1.0
**Received:** by 10.114.21.40 with HTTP; Mon, 28 May 2012 08:32:28 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9kNZjp+OUezn9A_eqTfFHSgVmQ=9d4d8X9HqoiD1anViA@mail.gmail.com>
**Content-Type:** multipart/alternative; boundary=e0cb4efa6fb2f8e83004c11a6cc5

As in the email below USWGO is gone forever due to the high amount of traffic spikes I received after interviewing Constitution Party candidate Virgil Goode on Bilderberg and other hard core issues. A day after that my YouTube account has received a strike from Fox movie corporation for a video I did 2 years ago that excerpts some Star Wars clip. Now my web host has shut down USWGO for good until I remove my blog from my website. My blog is what made USWGO.com the great big truth website it is today. Now it is shut down forever unless any of you can help me by interviewing me, write an article on my situation, and ask people to donate to bringing USWGO back to life and in return I will add each doners website to my public Thank You list when I bring USWGO back and that is a promise.

Paypal email: rbhill67@yahoo.com

Donation amounts under $0.30 usually get snatched up by paypals fees so please keep donations at least $1 and over.

USWGO may have to be on a cloud hosting network since it uses more cpu cores for shared usage instead of a single server like with my host. I assumed hostforweb was on a cloud network but at some point they transferred it to another server and then imposed more limits on me and now my site is gone for good without enough donations for all the traffic my website is getting for exposing and defeating the New World Order.

I need help right now!!!!

---------- Forwarded message ----------
From: **HostForWeb** <abuse-reply@hostforweb.com>

Date: Mon, May 28, 2012 at 4:04 AM
Subject: [uswgocom] Account suspended for overloading server
To: admin@uswgo.com


ReferenceId: 30911-41729
Main account: uswgocom
Reported account: uswgocom

Your account was suspended for violation of the TOS agreement in regards to cpu usage. Your account was found to be using large portions of the processor, far exceeding the limits imposed by the TOS agreement. It was necessary to suspend your account to keep the whole server from crashing. If you wish to take this script offline until it is fixed, we can unsuspend your account. To review our terms of service, please go to: http://hostforweb.com/terms.php


[---START REPORT---]
mysqladmin root@albany [~]# mysqladmin pr

| Id | User | Host | db | Command | Time | State | Info |
|------|------|------|------|------|------|------|------|
| 44 | DELAYED | localhost | eximstats | Delayed insert | 5 | Waiting for INSERT | |
| 18109 | eximstats | localhost | eximstats | Sleep | 4 | | |
| 18378 | uswgocom_uswgo | localhost | uswgocom_uswgo | Sleep | 4 | | |
| 18379 | uswgocom_uswgo | localhost | uswgocom_uswgo | Sleep | 0 | | |
| 18380 | uswgocom_uswgo | localhost | uswgocom_uswgo | Sleep | 3 | | |
| 18381 | uswgocom_uswgo | localhost | uswgocom_uswgo | Sleep | 2 | | |
| 18382 | uswgocom_uswgo | localhost | uswgocom_uswgo | Sleep | 3 | | |
| 18383 | uswgocom_uswgo | localhost | uswgocom_uswgo | Sleep | 3 | | |
| 18384 | uswgocom_uswgo | localhost | uswgocom_uswgo | Sleep | 0 | | |
| 18385 | uswgocom_uswgo | localhost | uswgocom_uswgo | Sleep | 2 | | |

```
|                                    |
| 18386 | uswgcom_uswgo  | localhost   | uswgcom_uswgo   | Sleep    | 3  |
|                                    |
| 18387 | uswgcom_uswgo  | localhost   | uswgcom_uswgo   | Sleep    | 2  |
|                                    |
| 18392 | uswgcom_uswgo  | localhost:40628 | uswgcom_stat  | Query    | 2  |
Updating      | UPDATE `uswgo_newhost_referrer` SET count=count 1,last=2012-05-28 07:56:47
WHERE STRCMP(address,h |
| 18393 | uswgcom_uswgo  | localhost:40629 | uswgcom_stat  | Query    | 2  | Locked
      | UPDATE `uswgo_newhost_referrer` SET count=count 1,last=2012-05-28 07:56:47 WHERE
STRCMP(address,h |
| 18394 | uswgcom_uswgo  | localhost:40630 | uswgcom_stat  | Query    | 2  | Locked
      | UPDATE `uswgo_newhost_referrer` SET count=count 1,last=2012-05-28 07:56:47 WHERE
STRCMP(address,h |
| 18395 | uswgcom_uswgo  | localhost   | uswgcom_uswgo   | Sleep    | 0  |
|                                    |
| 18396 | uswgcom_uswgo  | localhost   | uswgcom_uswgo   | Sleep    | 0  |
|                                    |
| 18397 | uswgcom_uswgo  | localhost   | uswgcom_uswgo   | Sleep    | 0  |
|                                    |
| 18398 | uswgcom_uswgo  | localhost   | uswgcom_uswgo   | Sleep    | 0  |
|                                    |
| 18399 | uswgcom_uswgo  | localhost   | uswgcom_uswgo   | Sleep    | 0  |
|                                    |
| 18400 | uswgcom_uswgo  | localhost   | uswgcom_uswgo   | Sleep    | 0  |
|                                    |
| 18401 | uswgcom_uswgo  | localhost   | uswgcom_uswgo   | Sleep    | 0  |
|                                    |
| 18402 | uswgcom_uswgo  | localhost   | uswgcom_uswgo   | Sleep    | 0  |
|                                    |
| 18403 | uswgcom_uswgo  | localhost   | uswgcom_uswgo   | Sleep    | 0  |
|                                    |
| 18404 | uswgcom_uswgo  | localhost   | uswgcom_uswgo   | Sleep    | 0  |
|                                    |
| 18405 | root      | localhost   |        | Query   | 0  |      | show
processlist                      |
------- ----------------- ----------------- ----------------------- ---------------- ------ --------------------
--------------------------------------------------------------------------------------------
root@albany [~]#

[---END REPORT---]

Abuse Department
HostForWeb Inc
==============================
```

web: http://www.hostforweb.com
email: abuse-reply@hostforweb.com
phone: 1-888-7-MYHOST


ReferenceId: 30911-41729



--
Sincerely,
Brian D. Hill
Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action
Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

**Subject:** Watch Endgame documentary and you will understand why I do what I do and try to get you to take action
**From:** Brian Hill <admin@uswgo.com>
**Date:** 5/13/2012 8:07 AM
**To:** spage@co.rockingham.nc.us
**MIME-Version:** 1.0
**Received:** by 10.114.20.232 with HTTP; Sun, 13 May 2012 08:07:01 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9=7PVj1_MONEtWmOxwBsE6vuSkzrSFVHo97mB2Egq0d4g@mail.gmail.com>
**Content-Type:** multipart/alternative; boundary=047d7b472638523b5e04bfec5232

Dear Sam Page,

I am sorry if I keep pushing people to go against the criminals in our Federal Government but there is a reason why because the criminal elements that run most of the corporate empire like Microsoft, Google, and others have infiltrated our federal government and have tried for decades to overthrow our Constitution and Bill of Rights so we can be enslaved and lobotomized peasants as they would like us to be referred as.

Watch these three documentaries by Infowars and tell me what you think. Also these are not anti-government but they are films trying to educate us to look back at our history and realize why we need s Constitution and why criminals should not run our federal government nor even the state governments nor even the county and local municipalities.

Endgame: Blueprint for Global Enslavement:

http://www.youtube.com/watch?v=x-CrNlilZho

The Obama Deception:

http://www.youtube.com/watch?v=eAaQNACwaLw

9/11 The road to Tyranny:

http://www.youtube.com/watch?v=OVMyH8eOHKs

You must understand I am not trying to be aggressive or anything I just don't want a group of human killers and poisoners at a worldwide level running our government through tyranny and fear and oppression.

You will understand by watching these three films.how our world is truly governed.

Sincerely,

Watch Endgame documentary and you will understand why I do what...

Brian D. Hill
Admin, Founder, webmaster, and head reporter of USWGO Alternative News (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

Case 1:13-cr-00435-TDS   Document 83   Filed 04/27/15   Page 21 of 26

**Subject:** Re: Brian D. Hill sent you a message: Can you attend our event to Confront Traitor NC
Senator Phil Berger?
**From:** Brian Hill <admin@uswgo.com>
**Date:** 6/25/2012 10:03 PM
**To:** Stephen McVey <smcvey19@yahoo.com>
**MIME-Version:** 1.0
**Received:** by 10.114.28.36 with HTTP; Mon, 25 Jun 2012 22:03:22 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**In-Reply-To:** <1340684079.22177.YahooMailNeo@web122005.mail.ne1.yahoo.com>
**References:** <386596963.1340238519711.JavaMail.nobody@app3.meetup.com>
<1340684079.22177.YahooMailNeo@web122005.mail.ne1.yahoo.com>
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9=0vE-Pq+9f4VGJdF9qndUYoKYua-RYufOqoqCtXGWRSA@mail.gmail.com>
**Content-Type:** multipart/alternative; boundary=14dae9cdc44591368804c359042d

July 9th at around 7:00PM but we should probably be there a bit earlier if you can. Some will ask
questions and some will just film. Even though it is just a town council what makes this important
is that Phil Berger is the President Pro Tempore of the NC Senate, on the front page of the senate
area of NCleg.net the NC Government website. Phil Berger is definitely not small fries and any
politician that betrays the people needs real reporters to confront him and ask him questions. We
don't have that anymore with the mainstream media. We need real media again and we need to
wake people up on politicians that they think would never betray them when they do.

On Tue, Jun 26, 2012 at 12:14 AM, Stephen McVey <smcvey19@yahoo.com> wrote:
When do you need me?

---

**From:** Meetup <info@meetup.com>
**To:** smcvey19@yahoo.com
**Sent:** Wednesday, June 20, 2012 8:28 PM
**Subject:** Brian D. Hill sent you a message: Can you attend our event to Confront Traitor NC
Senator Phil Berger?

Me

**Meetup Message from:** Brian D. Hill, **Member of** We Are Change NC

# Can you attend our event to Confront Traitor NC Senator Phil Berger?

Hey Stephen,

Luke Rudkowski has given me and We Are Change NC a mission and that is to confront

traitor NC Senator Philip Edward Berger or Phil Berger for short. His crime was stabbing all of his constituents in the back. If this was a matter of not having enough petition signatures I would promise him I would get more but that wasn't what happened. His staffer hinted to me that the federal government has all power and causes problems with what we want to do, Ah Wasn't the NDAA already illegal and Unconstitutional and don't we also have the tenth amendment. Hasn't Virginia passed a anti-NDAA Bill, and wasn't H.R. 982 only a opposition to NDAA bill that doesn't even Nullify the NDAA and yet Sen. Berger has refused to even support that. His staffer just told me to just contact my Congressman even though most traitorously voted in the NDAA.

So we need to confront him at the Mayodan Municipal Building as he hold a lot of power in the NC elections and the NC Senate. His picture is even showcased on the Senate page of NCleg.net. As We Are Change NC we need to confront Phil Berger on camera and ask him some questions about his betrayal and if he really supports the NDAA. I am going to confront him but we need a few more to ask questions in case he tries to have police shut me up. We also need a few more camerapeople and we already got one from Charlotte agree to film me confronting Berger but I may need one more to film the others whom ask questions as well. Many will be going to this town hall so many will be able to confront the traitor.

Once we get video of this We Are Change NC and USWGO will be added to the bottom of video and added to both my YouTube channel and Luke Rudkowski's Wearechange YouTube channel.

It is your duty as a member of We Are Change NC Chapter to expose the corrupt and get the truth out!!!

Now is your call of duty to really shine the light on one of the top NC Senate cockroaches.

Have a great day Truth Activist,
Brian D. Hill, USWGO Alternative News
(336)510-7972


**Brian D. Hill is also a member of:**

**WE ARE CHANGE LAS VEGAS**
148 Patriots • Las Vegas, NV

**CameraFRAUD.com**
1,355 Volunteers • Phoenix, AZ


To report abuse or block this person, please click here.

Add info@meetup.com to your address book to receive all Meetup emails
To manage your email settings, click here
Meetup, PO Box 4668 #37895 New York, New York 10163-4668
Meetup HQ in NYC is hiring! http://www.meetup.com/jobs/

--
Sincerely,
Brian D. Hill
(336)510-7972
413 N. 2nd ave. Mayodan, NC 27027
Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action
Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

**Subject:** We Are Change NC to confront President Pro Tem Phil Berger Senator
**From:** Brian Hill <admin@uswgo.com>
**Date:** 6/27/2012 12:18 PM
**To:** Eric Blair <eric@activistpost.com>, Kirsten at Before It s News <kirsten@beforeitsnews.com>, aaron@infowars.com, Activist Post <activistpost@gmail.com>, alex@infowars.com, Darrin <darrin@infowars.com>, American Justice Dot Org <info@americanjustice.com>, BoBo Da Clown <thebobofiles@gmail.com>, Mark Dice <Mark@markdice.com>, Jim Tucker <dcbourbon@aol.com>, Jeff Lewis <Jeff@patriotcoalition.com>, Jordan Harrah <americanvoicebox@gmail.com>, Sean Justus <vfor911@gmail.com>, "Rep. Glen Bradley" <Glen.Bradley@ncleg.net>, glennluisrodriguez@yahoo.com, Virgil Goode <virgilgoode2012@gmail.com>, Gregory Lance <glance007@bellsouth.net>, Keith Hansen <hanssen5599@live.com>, Ken Bingham <ken.bingham64@gmail.com>, Knucklebones Radio <knucklebones@rocketmail.com>, William Lewis <william016@yahoo.com>, Michael Remington <michael.remington@gmail.com>, Jaron Neihart <jaron@infowars.com>, steve@prisonplanet.com, showtips@infowars.com, victory@randallforcongress.com
**MIME-Version:** 1.0
**Received:** by 10.114.28.36 with HTTP; Wed, 27 Jun 2012 12:18:39 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9mfhk1uqOcJOCGzHzOE4vuZhNFWPBYWrsU2sohs+uLcbQ@mail.gmail.com>
**Content-Type:** multipart/alternative; boundary=14dae9cdc8c516a1c704c37915e4

We Are Change NC, with the full support of Luke Rudkowski as long as it's peaceful and lawful, will be confronting President Pro Tempore State Senator, operates two law firms within Rockingham County (City of Eden and town of Madison), and is a town attorney combined. His opponent told me he has connections even to special interest groups and has the full support of the mainstream media. Phil Berger's got a lot of power but the people have the power of real media to expose him.

Here's the link:

http://uswgo.com/we-are-change-nc-to-confront-nc-senator-phil-berger-ask-him-questions.htm

We need to confront him and ask him questions regarding why he supports Agenda 21 when I gave him documentation on the very subject in March and spoke in front of him at the Mayodan town council(On Record at the RockinghamUpdate) for the first time letting him and the town know how bad Agenda 21 is and even directed him to Dr. Michael Coffman a well respected researcher with a Ph.D. Then he went around and betrayed his constituents and stabbed them in the back when we needed him the most to simply oppose a federal law known as the NDAA of 2012 and 2013. Not even Nullify but just simply oppose it and he betrayed us all and refused to simply state on public record that he will support H.982 by Rep. Glen Bradley. We can't let him get away with this travesty. He should protect and defend the Constitution against all enemies foreign and domestic. Even if that means going against the federal government because the Constitution is the law of the land, it is Supreme, and if the corrupt Supreme Court refuses to do anything about the NDAA then the states and the lower level courts should order that the unlawful and unconstitutional

provisions be removed by court order with a federal marshal enforcing the courts decision against the NDAA. It was the states that even elected our U.S. senators, Congresspeople, and the President so why can't the states revolt against Unconstitutional laws in the event that the courts become compromised by the enemy of the American people.

Phil Berger has refused to tell the mainstream media and the public about the truth of the NDAA. Most people I talk to know nothing about it and it sickens me. Even people in the public school systems aren't even taught about the U.S. Constitution in the state not even the state Constitution, none of it. I only learned about all this because of homeschooling, that's what waked me up and that is why the bureaucrats want to remove the right to homeschooling because parents can teach real American and other values in addition to the public school crap. The schools want to indoctrinate the kids with forced vaccinations and becoming like prison facilities to treat little kids like prisoners. Kids can even be abused by teachers by special strip searches and get away with it.

Now is the time we confront Phil Berger and let him know that we are awake by asking him questions and be the real professional media and reporters that the mainstream media used to be but is now controlled by the globalist hijackers and terrorists that want Congressman Ron Paul deader then a doornail on record plus the governmental sponsored extermination of all Ron Paul supporters including myself. Sen. Berger has to make a choice, liberty and safety, or tyranny and government sponsored terrorism. Tyranny is terrorism. Liberty is Freedom.

It's now time to get the truth out about Sen, Berger by asking him and his staff questions on camera, not over the telephone since they love using telephone recording shield excuses to try to keep people from recording the staff responses over the telephone. There is a loophole and that is by going to the town council in-person and getting Phil Berger on camera, get in his face, ask him questions with microphones, tape recorders, and video cameras. Then spread the video records on YouTube and give them out to everyone you know to make it viral. We need to be the real media not the sham corporate media. That is what USWGO stands for real media, unity, finding out the truth, real activism, real issues, not corporately run and controlled, we want the real answers. For those who cannot make it then I offer you all a chance to go to Raleigh the capitol of North Carolina months in the future and get a permit to protest at the Legislative building then bullhorn the offices and confront Phil Berger there to ask him questions. We need to show them that we the people want answers, we are wearing the truth sunglasses from 'They Live' movie. We are aware of the truth so now we must wake others up and get people involved if we want Liberty to succeed. We must get out of the Matrix and start waking up people that are still in denial.


--
Sincerely,
Brian D. Hill
(336)510-7972 - If you forward my email to a public newsgroup or post on my blog please remove my phone number.
413 N. 2nd ave. Mayodan, NC 27027 - If you forward my email to a public newsgroup or post on my blog please remove my address.
Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action Center (uswgo.com)