

Brian David Hill
916 Chalmers St., Apt. D
Martinsville, VA 24112

U.S.W.G.O.
Brian D. Hill
signed

Clerk Of The Court
U.S. District Court
324 West Market Street, Suite 1
Greensboro, NC 27401-2513
L. Richardson Preyer Federal Building