In the United States District Court

for the Middle District of North Carolina

Greensboro Division



Defendant, Brian David Hill
v.
Plaintiff, United States of America

Criminal Action No. 1:13-cr-435-1

## EVIDENCE OF FIRST JOY STRICKLAND EMAIL PROVING PRIOR WARNING TO NC SBI AGENT RODNEY WHITE ON DEFENDANT'S INNOCENCE

Comes NOW, the Defendant Brian D. Hill files with the Honorable Court the entire Joy Strickland email with Attachments included as Exhibits proving to The Court that prior warning was given to North Carolina State Bureau of Investigation Special Agent Rodney White on the Defendant's possible innocence prior to being arrested by the Department of Homeland Security. Brian was willing to speak with Agent White regarding the computer virus or Trojan horse on his computer so that he can locate the hacker's unauthorized program which would have proven the defendant's claim to be true. All of this could have prevented the indictment and arrest of the Defendant as there would have been a further investigation into whether or not the child porn was placed on the Defendant's computer by a computer hacker. That would prove the Defendant didn't have control over what could be downloaded onto his computer as a computer hacker uses computer viruses to conduct illegal activities while the target computer gets raided to be the fall computer, while the hacker can get away with the crime.
It has been stated on court record already that Agent White admitted to receiving

1

the email forwards from Joy Strickland as Brian had requested, which was witnessed by a U.S. Marshal on the day of arraignment at the L. Richardson Preyer Federal Building and U.S. Courthouse, which houses the Greensboro Division of the U.S. District Court. So the Marshal had witnessed that Agent White admitted to have received Brian's emails prior to his arrest. This email is one of four emails sent to Joy Strickland prior to the arrest of him.

Question is if the SBI had been warned about the potential Innocence of the Defendant at the time then why continue to go through with the indictment?

The second question is that Susan Basko (See Doc# 46, Filed 09/30/14, and Doc# 32, Filed 09/15/14) warned the U.S. Assistant Attorney Anand Prakash Ramaswamy of the Defendant being framed with child pornography prior to the change of plea hearing and prior to the mental evaluation. Even Document 37 (See Doc# 37, Filed 9/18/14) proves that a Fax was sent to the U.S. Attorney Office warning about a possible set up, prior to the arrest of the Defendant.

So the U.S. Attorney was warned ahead of time of the frame up on the Defendant Brian David Hill but yet still tried to offer a guilty plea agreement which caused the conviction of him. If Brian does have the evidence to prove Innocence such as with a Independent computer forensic examination (See Doc# 76, Filed 04/22/15), then a plea agreement would not have been appropriate and the public defender should have filed a Pretrial Motion for such examination to exonerate and acquit the Defendant. The public defender did nothing to submit any evidence to prove multiple reasonable doubts which the Defendant was able to prove by filing Pro Se Motions and misc. filings. No jury will convict a Defendant that keeps claiming

2

over and over again that he is Innocent and can prove his computer was hijacked by a computer hacker by usage of a computer virus or Trojan horse. Then he was also able to prove that prior to former District Attorney Phil Berger Jr. being involved with the search warrant and child pornography case, he was writing online articles postings on his website calling for the DA's father State Senator Phil Berger Sr. to be removed from office and calling him a traitor, he has written emails which made the Senator look like he doesn't care about the Constitution by ignoring all of the Defendant's emails after the July 9, 2012 town council meeting, and that Phil Berger is the Mayodan town attorney which would give him unrestricted influence on it's Police Department which conducted the search warrant, raid, and child pornography investigation along with Reidsville Police Detective Robert Bridge and SBI Agent Rodney White. With the evidence that the Defendant has of possible conflict of interest on those involved in the criminal investigation in 2012, would a Jury really convict a Defendant that has no prior record, get involved in politics, started coming after the State Senator by wanting him removed from office and fired from the Mayodan town government, and then all of the sudden was accused of downloading child pornography right after he was kicked out of the town council and written a online posting plus uploaded a video on YouTube regarding the incident. With enough evidence in the defendant's possession, why wasn't any of this presented by public Defender Eric David Placke? Why didn't Placke discover any new evidence nor conduct any investigations to discover new evidence in favor of the defense? The public defender only sought for his guilty plea. Placke had no interest in acquitting him on

3

Case 1:13-cr-00435-TDS Document 84 Filed 04/27/15 Page 3 of 6

any technicality of law nor any evidence which would prove multiple reasonable doubts. Placke could have easily proven actual innocence by proving that a computer virus had ran on his computer during the time of being accused of committing the alleged offense. Placke could have very well brought this evidence to the attention of Dr. Dawn Graney which would cause a different outcome in her mental evaluation report. Had Placke done his job then the Defendant never would have made any admissions of guilt, never would have accepted responsibility, and never would have been convicted. The outcome of the criminal case would have been different had effective counsel been appointed instead of an overburdened public defender that doesn't have the time nor resources to adequately represent the Defendant. The Criminal Justice Act needs to be reformed to fix the broken public defender office to safeguard every Defendant's right to Effective counsel under the Sixth Amendment to the U.S. Constitution.

Evidence of the first Joy Strickland emails is separated into Exhibits.

- Exhibit A. Joy Strickland email sent from Brian D. Hill (admin@uswgo.com) to NC DOJ Employee Joy Strickland (JStrickland@ncdoj.gov).
- Exhibit B. Attachment A - Search Warrant against Brian D. Hill scans
- Exhibit C. Attachment B - Police inventory of seizure of Items of Brian D. Hill pursuant to search warrant
- Exhibit D. Attachment C - Reporter intimidated and booted from town council when asking a question & YouTube Video on Mayodan Police escorting me out of town council
- Exhibit E. Attachment D - General Affidavit From Brian David Hill(witness testimony and statement of facts)

Exhibit F.     Attachment E - Welcome! Here's Your Registration Confirmation_Password Redacted – Match.com email

Exhibit G.     Attachment F - USWGO Mail - You better watch out....... threatening email

Exhibit H.     Attachment G - USWGO Mail - Your gonna get it threatening email

The Defendant understands part of this email was already filed on docket but is not the entire email including all attachments to that very email. This evidence filing is to file the entire email on court record for review.

Respectfully submitted,

*Brian D. Hill*
Signed
Brian D. Hill ( pro se )
916 Chalmers St. – Apt. D, Martinsville, VA  24112
Phone: (276)632-2599

5

Case 1:13-cr-00435-TDS   Document 84   Filed 04/27/15   Page 5 of 6

# CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2015, I filed the foregoing

EVIDENCE OF FIRST JOY STRICKLAND EMAIL PROVING PRIOR WARNING TO NC SBI AGENT RODNEY WHITE ON DEFENDANT'S INNOCENCE

with the Clerk of the Court

by mailing using the United States Postal Service, Postage prepaid.

The filing should be added by the Clerk to the CM/ECF system which will send notification of such filing to the following parties:

Mr. Anand P. Ramaswamy
Assistant United States Attorney
101 South Edgeworth Street
Greensboro, NC 27401
Fax: (336) 333-5381

*Brian D. Hill*
Signed
Brian D. Hill ( pro se )
916 Chalmers St. – Apt. D
Martinsville, VA 24112
Phone: (276)632-2599

6