# EXHIBIT A

**Subject:** Re: email inquiry
**From:** Brian Hill <admin@uswgo.com>
**Date:** 12/5/2013 5:34 PM
**To:** "Strickland, Joy" <JStrickland@ncdoj.gov>
**MIME-Version:** 1.0
**Received:** by 10.52.189.233 with HTTP; Thu, 5 Dec 2013 17:34:23 -0800 (PST)
**X-Originating-IP:** [50.134.38.138]
**In-Reply-To:** <D6CCF8AAB4807D47AB53352D8E9E46AC05E1A834AA@JSIMXS02.JUSTICE.NCDOJ.LOCAL>
**References:** <D6CCF8AAB4807D47AB53352D8E9E46AC05E193AE7D@JSIMXS02.JUSTICE.NCDOJ.LOCAL> <CAF+kR9ngfyBiyWvoixTx6o3XGLLH4aDABb5cDCScyg4DJz0+CA@mail.gmail.com> <D6CCF8AAB4807D47AB53352D8E9E46AC05E1A834AA@JSIMXS02.JUSTICE.NCDOJ.LOCAL>
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9kdpMLMt=q27Ljupw2RXoYdYz6i48zqMrjF05qhnPYduA@mail.gmail.com>
**Content-Type:** multipart/mixed; boundary=047d7bacc1a45c75a504ecd3a5ea

Dear
Joy Strickland
Assistant Attorney General
Law Enforcement Liaison Section
North Carolina Department of Justice
919-662-4509 ext. 4400,

I am now aware after contacting the SBI Office, that I am under investigation by the Greensboro, NC SBI Office, under Agent Rodney White. I like for you to keep a record of this email for your records and send a carbon copy to SBI Agent Rodney White. You may even share this with the Attorney General if you feel it is appropriate. I am even willing to supply the appropriate affidavits if required. My family also are witnesses and are willing to produce affidavits then notarize them then send them to your office if necessary.

I am representing myself pro se until I can either afford a lawyer, am appointed a lawyer, or one decides to help me pro bono. My only source of income is Supplemental Disability Income (SSI) from Social Security, getting medical help from Medicaid, and food assistance from EBT. I have type 1 brittle diabetes and mild autism. I thought this is something the investigator should be aware of. I have all the medical records proving this and one of my former doctors was Dr. Steven South of Greensboro NC, and the patient record I am citing is Brian David Hill, born on May 26 1990.

I like to introduce evidence in my case that helps prove my innocence claims on the day of the police raid(Attachment A) to the Mayodan Police. During the raid I told the chief of police of Mayodan that it was a Trojan horse that I believe was the cause behind what caused the raid. I may have told the detectives about this as well but I cannot remember as it was 15 months ago since the incident. I received a Inventory(Attachment B) of all my property that was seized. Due to being threatened by either the police chief or detective sergeant saying things to me and my mother, and grandparents like "Fess Up!!!! We know you did it!!!! You better fess up or else your mother will be held responsible." Also I was being intimidated by the police chief on writing a hobby blog news article(Attachment C(2)) about how he kicked me out of the town council, after telling me "This is Serious!!!" and was scaring me then accused me of slandering him on my news website, which is why I didn't defend myself verbally when I was falsely accused of slandering the chief, cause I was afraid of him. He was also angry due to a YouTube video(Attachment C) that I had uploaded showing me confronting the state senator with a camera to ask him questions as a news reporter, and was escorted out by the police chief which the video shows, then intimidated and threatened me in the town municipal lobby when my camera was turned off. After that incident on July 9th 2012 I was under criminal investigation for possible child porn downloading and distribution.

Something the SBI needs to also investigate was a finder binder that happened around anywhere between July and August 2012. The driver on record was Roberta Ruth Hill my mother. She was on GMAC insurance at the time, and the Mayodan Police intervened to take the case even though the incident happened on private property located in Madison, NC. Of course all information due to the finder binder I believe was used in the search warrant. I had long suspected that the finder binder was foul play to further punish us for me writing that article about the possibly corrupt police chief and gather information for the search warrant but proving it is difficult. I had tried to get a former insurance fraud investigator to dig up all insurance records on Roberta Hill including possible police reports that the insurance provider had likely acquired regarding the finder binder to see if the person that made the claim and wanted my mom's insurance information was in any way connected to the police or District Attorney in any way which would be probable cause to initiate a FBI or SBI investigation into the matter to interrogate the finder binder claimant to see if she was paid money or given any favors by the Mayodan police detective or Reidsville police detective to cause the incident to gather enough information for the search warrant affidavit. Also my IP Address was manually entered into the Boca Raton, Florida-Based "Child Protection System" and not automatically flagged as the search warrant said, which I discovered from the investigative news reporter that is looking into my case.

I am also presenting a unsigned and non-notarized affidavit(Attachment D) which I will be happy to sign and notarize if required by the SBI/DOJ. It is my witness testimony on a Trojan horse that got on my computer mysteriously and started running rogue copies of P2P applications and sharing possibly unlawful data without my knowledge nor consent. I did however discover the files this Trojan horse was sharing by opening the folder location using the Windows 7 task manager. While the Trojan horse was hacking my computer, I think I had external hard drives connected which the hacker may have also compromised during the incident. I had no idea what it was sharing or doing that was in any way illegal until the raid and the ICAC task force got involved until the day of the police raid which is why I panicked a bit then tried to explain to the police about the Trojan horse.

Due to the threat, coercion, and intimidation coming out of the Mayodan Police Department, I confessed falsely to the two detectives on August 29th 2012. I was shaken up to the point where I didn't just make a false confession but signed the documents without really reading and understanding them. Also during the interrogation that was unannounced, I was separated from my mother then interviewed by Robert Bridge and Todd Brim. I was interrogated I think close to around lunch time and I have type 1 brittle diabetes and the detectives never checked my blood sugar before, during, nor even after the interrogation which would severely affect a quality interrogation, putting me under significant stress which would produce false confessions. I also did not have any glucose tablets nor any insulin with me at the police station. I am also mildly autistic so I can repeat stuff from other people including stuff from the search warrant. There was a study I am citing that I need to find again then send to you that autistic people can falsely confess to crimes due to an authority figure or a so called them being the autistic person's friend. I was not given any advocate during my interrogation and was being asked political questions(Agenda 21 and I think NDAA) at the beginning from what I remember and at the end they asked if I belong to a cop killing group called the Sovereign Citizens due to the detectives finding a "Don't Tread on Me" Gadsden flag on my computer. Of course the flag does not mean that I in any way, shape, or form are connected to the Sovereign Citizens group. Because of the ridiculousness of the claim by the detective, I ended up having to send an email inquiry to a random Sovereign Citizens group asking if I belong to them to gather evidence that I am not which they never responded to cause it sounded ridiculous since I never belonged to any Sovereign Citizen group in the first place. The only political groups I had any affiliation with in 2012 was PANDA which is People Against the NDAA, We Are Change NC, Planet Infowars social networking site, The Patriot Coalition or at least not a member but working with it's founder, and I had contacts with Infowars. Also of course I founded and ran USWGO Alternative News which I had shut down after the police raid as a precaution, scared that keeping the site up would incite criminal charges. I also had shut down USWGO Alternative News during the Righthaven lawsuit fiasco. I did revive the website which has been documented by the NYTimes article on me and the lawsuit. As of now USWGO Alternative News is shut down and has been since the raid.

During the raid the police falsely accused me of having illegal drugs due to Ink Refuel kit syringes and insulin syringes for my diabetes. They falsely accused me of having a bomb in my safe due to my three DVD cases being wrapped in Aluminum foil. The reason it was wrapped was a attempt to create a poor mans Faraday cage to protect my DVDs from possible EMP attacks from nukes that could come from Iran or any other country. The police falsely accused me of owning firearms which I had none of. I can also present to your office an affidavit of how the police treated me, my mother, and my grandparents during the police raid and the day after. The way the police treated me violated my civil liberties and right to watch what the police were doing. I was kept out my own home for 3 or more hours, was not even allowed to make a phone call, any cell phones we could use would be confiscated as evidence, and me and my family were forced to stand or sit outside our home for the entire time. I could not even grab a notepad to take notes on what the police were doing. They could have planted files on me and I would have no proof of this, and since the economy is bad no police officer will defend me since they are getting a paycheck every month from them, because I simply made an enemy of the police chief of Mayodan, the same PD that conducted the raid.

Also the police admitted to examining one or more computers and possibly hard drives prior to sending off to forensics. The police detectives are not forensics experts nor do they have a controlled facility to properly conduct the proper computer and hard drive forensics, otherwise there would be no need to send to the state crime lab. There were no SBI Agents present during the police raid and during the interrogations. The only time the SBI got ever involved was examination of my stuff and forwarding a request for a administrative subpoena and that seems to be it from all information I can get from different employees of the state government and search warrant. The detectives could have planted evidence since they had access to our property before the crime labs and of course if they aren't forensic experts then they could have contaminated the property evidence before being sent off to the Triad crime lab. The search warrant has contradictions, and my criminologist friend told me after examining the affidavits that the detectives admitted to watching child porn the way they worded it and said it almost sounds like a

confession or expert testimony document. You can ask me for her testimony on examining the search warrant affidavit and I can give you her email and/or phone number to get the information.

**Statement of Facts regarding my life since the raid**

Due to my autism, I ain't very social and did not leave the house a lot in Mayodan. I was getting more social when I was getting into political activism and trying to be a Alternative and professional news reporter. I now live in the state of Virginia and have a online dating profile at match.com(Attachment E), and have a membership at the YMCA. I have improved my own self and improved my lifestyle, I have stayed out of politics with the exception of my case and also tried to stay out of trouble, but the fact I could still be indicted scares the hell out of me and makes me want to kill myself. My mom has documented that as a result of the criminal investigation, At one point I kept saying and even typing that I was going to kill myself, and so my family had to keep intervening me to not do it. Of course as of now I am fine and that is why I have decided to send this email to both the Law Enforcement Liaison and to the SBI so that I can defend myself while I still have open access to all the evidence that proves my innocence, since I won't be able to have access to my defense evidence while sitting in a detention facility while awaiting trial. The police raid and SBI criminal investigation is keeping me from moving forward and trying to live a better life. I even attempted to see a counselor but didn't really keep with my major mental health issue so I had quit. This criminal investigation just seems to be ongoing and I feel like I can't move forward until things are settled. That is why I wish to give the SBI my side of the story, evidence I have in my possession which I believe can help prove my innocence. That way I can move on and try to live a better life.

I have never harmed a child ever, and I never will, and that is a fact.

When I was a teen, I was concerned over a girl named Rachel Ashcraft that was one year younger then me at the time I was 16 years old, that was talking to a possible pedophile and had reported the incident to the FBI. One of her pictures is on my flash drive that the police seized. So it ain't some random girl photo that I have, it was someone I had cared about when I was a teen, and tried to help give me advice in my life to help me change my life to become more social even though I have autism and had trouble with being social back then.

I haven't even been around children, and never babysit. The only crime I am accused of is a digital crime due to a Trojan horse that was likely the culprit. I have also been heavily political and made a lot of enemies. I can list to you the enemies that were coming after me when I ran USWGO Alternative News, and have the motive to set me up with child porn. In the political world there is a lot of backstabbing and I had been repeatedly back-stabbed politically and personally by those seeking to come after me.

I may also have a girlfriend but when I had found out the SBI was investigating me, I told her and she started panicking begging me to go to the media but I was afraid that would stir up a hornets nest. She knows what I am accused of, a computer crime that I ain't guilty of, and she still likes me and still wants to date me. If I get put on the sex offender registry then this will negatively affect her life and punish her just for dating me, hurt my life, and ruin my life. I live in a Apartment not too far from Martinsville downtown and being put on the sex offender registry will ruin my right to live in a Apartment due to the zoning restrictions for sex offenders, I will face major discrimination, and I will be at risk of being targeted by vigilantes that burn down houses of possible sex offenders. I did nothing to children, nothing to deserve ever risking to being put on a sex offender registry and I will refuse to register since I have done nothing wrong that warrants this. My life has been better since I moved to the Commonwealth of Virginia and do not want my life to be ruined by all of this in North Carolina.

**Threats were sent to me after the raid**

I have been sent multiple threats since the raid. The threats came from a tormail.org account and told me to stop investigating the matter and watch my back, even claimed to be the possible perpetrators for setting me up with child porn. I was afraid reporting the threat would stir up a hornets nest or cause them to harm or kill me so I had kept it to myself, but now have decided to report the threats to the Law Enforcement Liaison and SBI agency so that they can try to investigate, and find out who may have possibly set me up enough to brag about it and threaten me. I was afraid that reporting the threats would make them carry out setting me up as a violent sex offender or worse set up my friends. Now I have decided since I am being investigated and this madness won't stop, that I have decided to risk my life and risk my safety by reporting the threats now to the SBI. I thought if I stop trying to investigate my set up then I will become a registered sex offender and my life will be ruined so I ignored the threats and then my friends Dan Johnson and Jeff Lewis received threats then Luke Rudkowski was announcing on YouTube that someone attempted to use a tormail account to set him up with child porn. I started freaking out thinking that this was whomever set me up that the threats against me were being carried out, then when it went as far as Stewart Rhodes, I sent an email to the suspected tormail address published on Oathkeepers.org on an article about the set up, begging them to stop setting people up and that I would make more false confessions to the police to get myself more falsely punished to beg them to stop what they were doing, then I received a email from a fake Jeff Lewis on a tormail account. He(the real Jeff Lewis) informed me that was not his email address and had Garett from PANDA a forensics analyzer look at my email after giving him my gmail username and password, allowing him to examine the tormail email which was indeed another set up attempt on me and first set up attempt made on Jeff from the Patriot Coalition. I heard that email was reported to the FBI on record thanks to Garett. Attachments F and G document the threats. I also included in attachments F(2) and G(2) the header information of the emails for your records.

**Final words from me**

I hope by writing this email that I will not be completely set up with child porn as what was being planned by the prosecutor to have me charged or indicted. I had done nothing to deserve all of this. It makes me angry and also scared not knowing what to do. This was the first time I was ever accused of any crime. I have always tried to do right in the world, in America, and even in my community. I have autism, I am different, unique, but I am not a monster, I am not a predator, and will never attempt to be one. That is my word to the SBI. I don't want to be falsely accused anymore and hopes all the evidence I am sending will help clear my name from all of this.

I have sentimental and completely legal data that I may lose forever as a result of the investigation and the raid. I have independent and personal news interviews such as interviews with Elton M. Crisman Jr. a former NASA engineer, James P. Tucker a now deceased news reporter from the American Free Press, Virgil H. Goode a Virginia candidate running for US Presidency in 2012, Patrick Henry Jolly a historical figure whom is the fifth or sixth grandson of the Patrick Henry in American history, Oath Keepers at Chantilly VA the site of Bilderberg, and other great people I took video of and interviewed. All of those interview files are on the seized hard drives. I have literally tons of hobby photos that were never in any, way, shape, or form pornographic. Those hobby photos and videos include photos of the Occupy Bilderberg protest, Pilot Mountain, hanging Rock, Key West Fl, Washington DC, New Bern, Fort Macon, Outer Banks, Richmond Virginia capitol, out west which include Las Vegas and Zion National Park, Mayo River, Mayodan town council and accomplishments there, Washington Mills factory in Mayodan that is being deconstructed, train tracks that I thought was cool, and possibly hundreds more of completely legal photo sets from every vacation trip I have ever taken since I was a teenager including photos of my pets that I had loved which are also now deceased. I also have audio feeds as well as photos of me and people I have interviewed, even people that interviewed me which is WXII12 and FOX8 when being interviewed over my Righthaven lawsuit (Righthaven LLC v. Brian D. Hill, Federal US Case Colorado). I am hoping one day I can have my completely legal data returned to me since legal data is not contraband. I hope I won't lose everything as a result of all this. I don't deserve to lose all my hobby photos, interviews, and other stuff over a few bad files due to a stupid Trojan Horse.

A hard drive is the same as a house, because a burglar(Trojan horse, hackers) breaks into my house and starts molesting some women and then takes photos then plants them inside of my house, does that mean my whole house should be seized then forfeited, that all of my legal possessions inside the house be seized then forfeited???????? Only contraband should be taken but not the lawful data. Being a victim of a criminal act that is in violation of the federal Computer Fraud and Abuse Act does not mean that I should become a convict then have all my lawful stuff forfeited. Such actions is not justice and is in itself Orwellian, in violation of the principles of the Constitution and due process clause.

So I ask that all evidence I have sent you be considered and taken into consideration in this criminal investigation under SBI file. If you wish to interview me then I will be glad to do so and help the criminal investigator sort all this out. I am not a predator trying to get away with a crime, I am a victim of a possible frame up or set up operation. I am hoping the SBI has the integrity and ability to make things right for me, to go after the real criminal behind all this instead of just settling for me. I also made an inquiry with the NC Innocence Inquiry Commission to see if they could go do something to audit the Rockingham Co. DA office, Mayodan PD, Reidsville PD, and the Greensboro office to make sure that I ain't being set up from within, but refused to help me since I haven't been convicted nor charged. If you or the SBI agent in charge can help me out, to help look at all angles of the evidence, without bias, to see if there was foul play by the Mayodan PD or any others involved in my case, and to help find prove my innocence.

All attachments are attached to this email. My phone number and address was not included in this email as my family is scared to death of this investigation being a result of me being political and is afraid anything I do will stir up a hornets nest. I like to be the only one talking to you at this point so that you can reassure me and talk to my family at some point to let them know that I am not going to be dragged into some van then disappeared just for trying to prove my innocence. I don't know what else to do and can't get a lawyer till I am charged so I thought my only options were to give any evidence I had to the investigator in my case. To try to prove that I am innocent and not a predator. I am trying to be as reasonable as I can and hope that I will not have my life ruined forever due to writing articles last year.

On Thu, Dec 5, 2013 at 8:32 AM, Strickland, Joy <JStrickland@ncdoj.gov> wrote:

If you would like to call me to discuss this issue, you can reach me at the number listed below.

Joy Strickland

Assistant Attorney General

Law Enforcement Liaison Section

North Carolina Department of Justice

919-662-4509 ext. 4400

**From:** Brian Hill [mailto:admin@uswgo.com]
**Sent:** Tuesday, December 03, 2013 9:58 AM
**To:** Strickland, Joy
**Subject:** Re: email inquiry

Dear Joy Strickland,

The problem is that attorney was only hired to write the letter to the Mayodan Police Department regarding seizure of my property, and to mirror their response back to me. As of right now I do not have an attorney and can only get one that will offer services cheap or pro bono. Another reason an attorney has not decided to help me at this point without charging an arm and a leg is because there really doesn't seem to be any kind of case against me but yet my property is still being held by Charles J. Caruso and Todd Brim of the Mayodan Police Department, and Robert Bridge of the Reidsville Police Department. He told the attorney that sent the letter, that my property is still being examined by the SBI. I have contacted different people that has told me they have no record or any information as to whether my stuff is even being held at the state crime lab under the SBI. I am getting the impression that the police chief is lying to me knowing I can't get any information nor an attorney until I am criminally charged as I cannot be appointed one until then, and if I am never charged then my stuff was stolen by the MPD under false pretenses. I am confused as to whether there is really any kind of criminal investigation or even forensics on my property. Ever since the raid the whole investigation is unusual and unlike that of regular law enforcement that follows regular criminal procedure. The amount of mixed responses I am getting is why no attorney wishes to represent me pro bono is because there really isn't any case to represent me on except maybe return of seized property but I need evidence that they do not intent to look for evidence on my seized property as for cause why a court should grant my motion to demand the MPD returns my property. Until I have a clear case to need one, I cannot afford an attorney not will one help me pro bono.

I am living off of social security disability income (SSI) and Medicaid. So at this point information is what I need before an attorney will agree to just help me.

If there is no case then I like to at least know if my stuff is being at least examined in the crime lab so that I at least have knowledge as to what is going on, otherwise I may be a victim of theft by law enforcement that produced a falsified search warrant(already contradictions and the affidavit may not be true) just to seize my stuff and pretend that it is being examined on when it isn't. All I can come up with is theories and theories aren't accepted by any attorney or a court. I need to know what are the facts as of now. If my stuff isn't being examined then I need proof of it being so, so that I can file a motion for return of seized property since the seized property is not being even being examined in the first place.

I am hoping you can help me with my confusion on the situation. I have a lot of important sentimental data that is completely legal that was in the seized belongings such as the out west trip pictures, a independent video interview I did with a historical figure, hobby photos, hobby videos, and even documents that are of significant importance. I am afraid the police may have just seized it to use as if it was their own property. I contacted the US Attorney as Angel Gray insisted but they aren't giving any responses either even though the chief of police made some form of a federal indictment threat which isn't being backed up. I don't even think I'm being criminally charged and the whole raid was a joke just to hurt me.

I am hoping you can explain to me what exactly is going on here. Is the SBI really examining my stuff? are they really investigating me? Is there even a record that the Mayodan or Reidsville Police Department really sent my stuff to the state crime lab for examination? and whether they are aware that my stuff was already independently examined by the two detectives that possibly contaminated and destroyed possible evidence and may or may not have even sent it to the state crime labs?

The property was seized at the location: 413 N. 2nd ave. Mayodan, NC 27027

The IP Address that the detectives claimed was flagged automatically was not automatically flagged but manually entered at the Florida server according to what a investigative source told me so that would make the search warrant a perjury.

My name is Brian David Hill. I had previously lived in North Carolina under that location.

If I am under investigation then I like to at least know that I am so that I ain't confused as to what is going on. I feel like something throughout the whole raid process isn't legal and have at least enough evidence that something isn't right, that something isn't legal what happened to me. That is why I am contacting you and different people asking for answers.

I had pondered going to the FBI since I cannot afford an attorney to find out the truth then give me back my possibly stolen property. I had pondered going to the Attorney General to right the wrongs done to me by the MPD. I know I am writing a confusing email but I am entirely confused about all this. If you can help me that will be great.

On Mon, Dec 2, 2013 at 12:35 PM, Strickland, Joy <JStrickland@ncdoj.gov> wrote:

Dear Mr. Hill,

Your recent email to the North Carolina Department of Justice- State Crime Laboratory Director Judge Joe John- has been forwarded to me for a response.

In your email you indicate that you are represented by an attorney. Therefore, please direct your questions to your attorney.

Sincerely,

Joy Strickland

Assistant Attorney General

Law Enforcement Liaison Section

North Carolina Department of Justice

This is an informational email and has not been reviewed and approved in accordance with the procedures for issuing a formal Attorney General's Opinion.

--
Sincerely,
Brian D. Hill
Former USWGO Alternative News founder
admin@uswgo.com

--
Sincerely,
Brian D. Hill
Former USWGO Alternative News founder
admin@uswgo.co

-- Attachment C-YouTube Video on Mayodan Police escorting me out of town council.jpg

Reporter forced back by Mayodan Police...

YouTube

Upload

They Believe We Are Cheating | William J. Barber. II

The Local Media did not cover the State Senator receiving the Nullify NDAA

Phil Kessel - Mic'd - 06-16-2010

Analytics Video Manager

Reporter forced back by Mayodan Police for asking Senator P...

USWGO

Channel settings

1,458

About

-- Attachments: --

| | |
|---|---|
| Atatchment A-Search Warrant against Brian D. Hill scans.pdf | 27 bytes |
| Attachment B-Police inventory of seizure of Items of Brian D. Hill pursuant to search warrant(2-OCR Support).pdf | 27 bytes |
| Attachment C(2)-Reporter intimidated and booted from town council when asking a question _ USWGO.pdf | 27 bytes |
| Attachment C-YouTube Video on Mayodan Police escorting me out of town council.jpg | 147 KB |
| Attachment D-General Affidavit From Brian David Hill(witness testimony and statement of facts).pdf | 27 bytes |
| Attachment E-USWGO Mail - Welcome! Here's Your Registration Confirmation_Password Redacted.pdf | 27 bytes |
| Attachment F(2)-USWGO Mail - You better watch out........pdf | 27 bytes |
| Attachment G(2)-USWGO Mail - Your gonna get it.pdf | 27 bytes |