# EXHIBIT C

# STATE OF NORTH CAROLINA

Rockingham County

**File No.**

In The General Court Of Justice
☐ District  ☐ Superior Court Division

**IN THE MATTER OF:**

Name
Roberta Ruth Hill
Brian David Hill

## INVENTORY OF ITEMS SEIZED
## PURSUANT TO SEARCH

G.S. 15A-223, 15A-254, -257

I, the undersigned officer, executed a search of:

| Person, Premises Or Vehicle Searched | Date Of Search |
|---|---|
| Roberta Ruth Hill / Brian David Hill and the premises and property located at 413 North 2nd Avenue in Mayodan, North Carolina. | 08/28/2012 |

This search was made pursuant to

☑ 1. a search warrant issued by: Detective Sergeant Todd Brim/Mayodan PD and Detective Robert Bridge/Reidsville PD

☐ 2. consent to search given by: Signed by Superior Court Judge L. Todd Burke

☐ 3. other legal justification for the search: _____

The following items were seized:

See Attachment Entitled "Receipt For Evidence And/Or Property" Form

AOC-CR-206, Rev. 5/98
© 1998 Administrative Office of the Courts

(Over)
Original - File    Copy - Person Whose Property Seized

Items Seized Continued:

```
         FILED
    2012 AUG 29 P 2:24
   ROCKINGHAM COUNTY. C.S.C.
   BY_____ɓ/_____
```

☑ 1. I left a copy of this inventory with the person named below, who is:

☑   a. the owner of the premises searched.

☐   b. the owner of the vehicle searched.

☐   c. the person in apparent control of the premises searched.

☐   d. the person in apparent control of the vehicle searched.

☐   e. the person from whom the items were taken.

☐ 2. As no person was present, I left a copy of this inventory:

☐   a. in the premises searched, identified on the reverse.

☐   b. in the vehicle searched, identified on the reverse.

Name And Address Of Person To Whom A Copy Of This Inventory Was Delivered, If Any

The law enforcement agency identified below will hold the seized property subject to court order.

| SWORN AND SUBSCRIBED TO BEFORE ME | Signature Of Law Enforcement Officer<br>*CJ Burn* |
|---|---|
| Date<br>08/28/2012 | Title Of Law Enforcement Officer<br>Detective Sergeant |
| Signature<br>*Y. Givon* | Name And Address Of Agency<br>Mayodan Police Department<br>101 North 3rd Avenue<br>Mayodan, North Carolina 27027 |
| ☑ Deputy CSC    ☐ Assistant CSC<br>☐ Clerk Of Superior Court    ☐ Magistrate | |

**ACKNOWLEDGMENT OF RECEIPT**

I, the undersigned, received a copy of this inventory.

| Date | Signature of Person Receiving Inventory |
|---|---|
| | |

AOC-CR-206, Side Two, Rev. 5/98
© 1998 Administrative Office of the Courts

MPD-337

# RECEIPT FOR EVIDENCE AND/OR PROPERTY

| OCA / Case Number: | 2012-00287 |

| Department: | Location: |
|---|---|
| Mayodan Police Department | 101 North 3rd Avenue, Mayodan, NC 27027 |

| Name of person from whom the property was obtained: | Address / Telephone Number: |
|---|---|
| Roberta Ruth Hill / Brian David Hill | 413 North 2nd Avenue, Mayodan, NC 27027 |

| Location from which the property was obtained: | Purpose for which the property was obtained: |
|---|---|
| Bedroom / Basement / Living Room | Evidence of Child Pornography |

| Officer / Agent receiving property: | Date / Time evidence and/or property was obtained: |
|---|---|
| Todd Brim/Mayodan PD / Robert Bridge/Reidsville PD | August 28, 2012 / 1400 |

| Item # | Quantity | Description Of Articles (Include model, serial number, identifying marks, condition, and dollar value, when appropriate.) | Property Value |
|---|---|---|---|
| P1 | 1 | Sentry Safe (Gray) Serial # BB-181417 | |
| | | Containing aluminum foil, 3 books and 14 CD's. | |
| P2 | 1 | Gateway Desktop Computer E1400 with power cord | |
| | | Serial # 0019564691 | |
| | 11 | CD's | |
| | 1 | Kodak Camera | |
| | 1 | DELL Precision Desktop Computer | |
| | | Serial # 565920156 | |
| | 1 | Acer Laptop Computer Aspire 3613LCi | |
| | | Serial # LXA7405l2553407C35KS00 | |
| P3 | 1 | Blue CD case #20 w/14 CD's | |
| | 1 | Blue CD case #20 w/128 CD's | |
| | 1 | Black Mainstays CD case w/186 CD's | |
| | 1 | Black/Gray MediaTote CD case w/116 CD's | |
| | 1 | Gray/Black Mainstays CD case w/48 CD's | |
| | 1 | Black/Yellow CD case w/16 CD's | |
| | 1 | Black Sentry CD case w/54 CD's | |
| | 1 | Black Sentry CD case w/80 CD's | |
| P4 | 1 | Gateway Laptop Computer Navy Blue M-6827 | |
| | | Serial # T4B8621005334 | |
| | 1 | Compaq Laptop Computer Navy Serial # 1V1CKNV1KZEL | |

| RECEIPT FOR EVIDENCE AND/OR PROPERTY | | | OCA / Case Number: 2012-00287 | |
|---|---|---|---|---|
| Department: Mayodan Police Department | | | Location: 101 North 3rd Avenue, Mayodan, NC 27027 | |
| Name of person from whom the property was obtained: Roberta Ruth Hill / Brian David Hill | | | Address / Telephone Number: 413 North 2nd Avenue, Mayodan, NC 27027 | |
| Location from which the property was obtained: Bedroom / Basement / Living Room | | | Purpose for which the property was obtained: Evidence of Child Pornography | |
| Officer / Agent receiving property: Todd Brim/Mayodan PD / Robert Bridge/Reidsville PD | | | Date / Time evidence and/or property was obtained: August 28, 2012 / 1400 | |
| Item # | Quantity | Description Of Articles (Include model, serial number, identifying marks, condition, and dollar value, when appropriate.) | | Property Value |
| P6 | | Model F9K1105V1 | | <<<Continued |
| | | Password: de34d699 Pin: 02421209 | | |
| | 1 | iPortable External HD Model i251U2B | | |
| | 1 | Seagate External HD 500GB Serial # NA0EHTA5 | | |
| | 1 | Blue WILD DIVINE Project Device | | |
| | | Serial # WDJ104-04437 | | |
| | 1 | WD Internal HD 80GB Serial # WCAMD3627505 | | |
| | 1 | Samsung Internal HD 80 GB Serial # S0DEJ1IL769619 | | |
| | 1 | Trigen Internal HD 4.3GB Serial # SV0432D/TGE | | |
| | 1 | Hitachi Deskstar Internal HD 61.4GB | | |
| | | Serial # CBULN9JN | | |
| | 1 | WD Internal HD 32MB Cache Serial # WCAVY0752279 | | |
| | 1 | Maxtor Internal HD 100GB Serial # L23RJA6G | | |
| | 1 | CompUSA USB LAN Wireless Adapter | | |
| | 1 | Palm Pilot Tungsten Serial # 00V3V8N3H13Q | | |
| | 1 | Calvary External HD Serial # 2TR100850 | | |
| | 9 | SD Cards in Black case | | |
| | 34 | DELL Palm Pilot AXIM X51 | | |
| | 1 | Targus SC Card Reader USB | | |
| | 1 | RCA Audio Recorder | | |
| | 1 | Mini CD | | |

MPD-337

| RECEIPT FOR EVIDENCE AND/OR PROPERTY | | | OCA / Case Number: 2012-00287 | |
|---|---|---|---|---|
| Department: Mayodan Police Department | | | Location: 101 North 3rd Avenue, Mayodan, NC 27027 | |
| Name of person from whom the property was obtained: Roberta Ruth Hill / Brian David Hill | | | Address / Telephone Number: 413 North 2nd Avenue, Mayodan, NC 27027 | |
| Location from which the property was obtained: Bedroom / Basement / Living Room | | | Purpose for which the property was obtained: Evidence of Child Pornography | |
| Officer / Agent receiving property: Todd Brim/Mayodan PD / Robert Bridge/Reidsville PD | | | Date / Time evidence and/or property was obtained: August 28, 2012 / 1400 | |
| Item # | Quantity | Description Of Articles (Include model, serial number, identifying marks, condition, and dollar value, when appropriate.) | | Property Value |
| P4 | 1 | Gateway Laptop Computer Navy MS2285 | | |
| | 1 | Compaq Laptop Computer Presario F50G Black | | |
| | | Serial # CNF7295TU7 | | |
| | 70 | CD's | | |
| | 1 | Black leather wallet w/safe keys | | |
| | 1 | GE tape recorder | | |
| | 1 | Laptop Disk Drive Serial # MK2017GAP | | |
| P5 | 1 | CD Tower w/4 CD's CompUSA | | |
| | 1 | CD Tower w/41 CD's CompUSA | | |
| | 1 | Black MediaTote CD case w/100 Cd's | | |
| | 1 | Black/Navy H2100 Sentry Safe Serial # AY-723561 | | |
| | 1 | Kodak Camera | | |
| | 2 | HP 2.1 MP Cameras 320 Model Silver | | |
| | 1 | HP Video Camera DXG HD720P Black | | |
| | 1 | Dazzle Card Reader | | |
| | 1 | WD External HD Serial # WCAZA6610511 | | |
| | 1 | Seagate External HD Serial # NA1QGR1E | | |
| | 34 | CD's | | |
| | 3 | CD-R's | | |
| | 1 | DVD-R | | |
| P6 | 1 | Belkin Wireless Router N450DB | | Continued>>> |

| RECEIPT FOR EVIDENCE AND/OR PROPERTY | OCA / Case Number: 2012-00287 |
|---|---|
| Department: Mayodan Police Department | Location: 101 North 3rd Avenue, Mayodan, NC 27027 |
| Name of person from whom the property was obtained: Roberta Ruth Hill / Brian David Hill | Address / Telephone Number: 413 North 2nd Avenue, Mayodan, NC 27027 |
| Location from which the property was obtained: Bedroom / Basement / Living Room | Purpose for which the property was obtained: Evidence of Child Pornography |
| Officer / Agent receiving property: Todd Brim/Mayodan PD / Robert Bridge/Reidsville PD | Date / Time evidence and/or property was obtained: August 28, 2012 / 1400 |

| Item # | Quantity | Description Of Articles (Include model, serial number, identifying marks, condition, and dollar value, when appropriate.) | Property Value |
|---|---|---|---|
| P7 | 1 | Black Case Logic Laptop Case | |
| | 1 | Pink AT&T Cell Phone Nokia | |
| | 1 | INC Research USB HUB | |
| | 1 | Black Toshiba Laptop Computer | |
| | | Satellite C655D Serial # 2C276987Q | |
| | 1 | Silver Toshiba Laptop Computer | |
| | | Satellite L305 Serial # 49148099Q | |
| | 1 | Samsung Internal HD 60 GB Serial # 0427J1FT704679 | |
| | 1 | Black/Yellow Body Glove CD case w/32 CD's | |
| | 1 | Teal CD case w/17 CD's | |
| | 1 | Pink CD case w/12 CD's | |
| | 1 | CD Tower w/30 CD's | |
| | 1 | Seagate External HD 1000GB Serial # 2GEYZQ96 | |
| | 1 | Motorola Surfboard Model SB5100 | |
| | | Serial # 05ZVN3985576 | |
| | 14 | Iomega ZIP discs | |
| | 1 | Slick Media Recorder | |
| | 3 | SD Cards | |
| | 1 | Roll of Film Fugifilm | |
| | 11 | CD's | |
| P8 | 1 | Gateway Laptop Computer MA3 | |

| RECEIPT FOR EVIDENCE AND/OR PROPERTY | OCA / Case Number: 2012-00287 |||
|---|---|---|---|
| Department: Mayodan Police Department | Location: 101 North 3rd Avenue, Mayodan, NC 27027 |||
| Name of person from whom the property was obtained: Roberta Ruth Hill / Brian David Hill | Address / Telephone Number: 413 North 2nd Avenue, Mayodan, NC 27027 |||
| Location from which the property was obtained: Bedroom / Basement / Living Room | Purpose for which the property was obtained: Evidence of Child Pornography |||
| Officer / Agent receiving property: Todd Brim/Mayodan PD / Robert Bridge/Reidsville PD | Date / Time evidence and/or property was obtained: August 28, 2012 / 1400 |||
| Item # | Quantity | Description Of Articles (Include model, serial number, identifying marks, condition, and dollar value, when appropriate.) | Property Value |
| P8 | 1 | Compaq Laptop Computer CQ50 | |
| | | Serial # 2CE834LD4K | |
| | 1 | Compaq Laptop Computer | |
| | 1 | Red Plastic Container | |
| P9 | 1 | Seagate Internal HD 40GB Model ST340810A | *All P9 items were |
| | | Serial # 5GC1SZYT | voluntarily given as |
| | 1 | Sandisk Cruzer 4GB Memory Key | evidence by Brian Hill |
| | 1 | ASUS Netbook Computer Model Eee PC 1005PEB | on 8/29/12 at 1220 hours* |
| | | Serial # 9C0AA5155554 | Added at 1320 to this |
| | | | inventory. |

| Item # | Date | Time | Released By: | Received By: | Purpose for Change of Custody |
|---|---|---|---|---|---|
| | | | Print Name: | Print Name: | |
| | | | Signature: | Signature: | |
| | | | Print Name: | Print Name: | |
| | | | Signature: | Signature: | |
| | | | Print Name: | Print Name: | |
| | | | Signature: | Signature: | |
| | | | Print Name: | Print Name; | |
| | | | Signature: | Signature: | |
| | | | Print Name: | Print Name: | |
| | | | Signature: | Signature: | |

| Release to Owner or Other: (Name) | Address: |
|---|---|
| Destroy: | Other: |

Item(s) _____ on this receipt, pertaining to the investigation involving:

_____ / _____
(Name)  (Address)

_____
(Court Docket Number)

(IS) (ARE) no longer required as evidence and may be disposed of as indicated above.
(If article(s) must be retained, do not sign, but explain in separate correspondence.)

_____ / _____ / _____
(Judge / Superior / District Court)  (Signature)  (Date)

The article(s) listed at item number(s) _____ (WAS) (WERE) destroyed by the Evidence Custodian, in my presence, on the date indicated above.

_____  _____
Clerk of Superior Court (Signature)  Evidence / Property Custodian (Signature)