# EXHIBIT D



Monday, October 21, 2013    (347) 989-0106 7:00PM FRI-SUN - CALL IN TO USWGO TALK RADIO!!!   BECOME OUR FAN!   JOIN OUR

# U.S.W.G.O.

The new Drudge? Like this site - great place to get the interesting news of the day! -

**Keeping People Well Informed**

United we Stand We the people run the Government Org.

| home | about | action center | blog | youtube area | links | forum | other |
| be our allies! | precrime | donate! | governing body | community guidelines | mp watch | cure research | atrchors corner |
| videoshow | state secession watch! | paranormal files | politicians view | the info library | other categories | social network |

Use our article Search



USWGO Alternative News
Like 929

Talk radio USWGO with Brian Hill

Click to check out our new Talk Radio Page

Emergency donations needed for USWGO to pay for server in 4-5 days (Moneybomb)

## Reporter intimidated and booted from town council when asking a question

July 10, 2012 by Brian D. Hill (Edit)

Filed under Brian D. Hill's Articles, Building the Police State, USWGO

Author: Brian D. Hill

Leave a comment

**Note: This is all alleged since only I am coming forth about what happened to me. Of course the RockinghamUpdate reporter was around the area as well but I don't trust RockinghamUpdate as they refused to cover any significant local stories about Mayodan citizens resisting the NDAA 2012 law. I am up for interviews and I promise that everything I say is the truth as it is my duty and responsibility to expose anything that doesn't seem right. I must tell people what happened while it is fresh in my mind although this has been posted days later after the draft has been made as I fear the police are watching my website and are looking for a way to come after me so I am laying low and publish this at least 3 days after the incident. Remember my witness report is just an alleged report since only I have decided to write on this.**

Reporter intimidated and booted from town council when asking a question | USWGO Alternative News

# CRAZY WOLF RADIO

Mon.-Thur. - 11PM PST
Fri.-Sun. - 9 PM PST

Protect Liberty, & Freedom

A TV Box full of truth and politics!

Check us out on YouTube!

**Send news tips to:**
**news.tips@uswgo.com**

All emails sent to this news tip email get forwarded to the appropriate editor, reporter, or the head reporter.

At around July 9th, 2012 during the Mayodan Town Council meeting, things go from bad to worse at the town council meeting, and all I did as a reporter was ask NC State Senator Phil Berger a question before the chief of police forced me out which is in the video I got recorded. Somehow I recorded audio when the cop forced me out the whole time and even left a remark to have fun with the New World Order multiple times before getting my stuff. There was no audio of the cop intimidating me though but at least I got a recording of part of the whole ordeal.

First while the people were around and leaving the cop told me that when the session closes I am suppose to leave out of there so they can have their private meeting before the meeting is entirely closed. I didn't know all that so I should not have been treated like a criminal. Then of course the cop went further in making sure I never go up to state senator Phil Berger to ask him a question. Then minutes later when I was going to explain to the officer that I have type 1 brittle diabetes, he interrupted me then started telling me that the way I was going up to the state senator with a camera (Like I was in the wrong for that), told me how like those city council meeting videos on TV where someone comes sup quickly to shoot a political official, and acted as though I was coming up to him fast to do something terrible to him or even do something that threatens his life. He said that he knows that I didn't show that I was intending to do that but then he started saying to me that if I go up to the state senator like that again he will push me back or something like that. Basically he was gonna force me back as if I am gonna hurt him or go into a bar without an ID. That was the way he was acting and being close to me, close to my space. Then I told him I promise I won't do that again then he badgered me a little bit more then I said I am sorry and said scouts honor then he backed off. Then when my mom came in to the town hall office

Reporter intimidated and booted from town council when asking a question | USWGO Alternative News

area to check up on me, whenever she left she saw the chief of police watching us and that gave her a bad feeling.



Mayodan Chief of Police and the entire town council is no doubt apart of the New World Order. They know who I am and they know what I stand for so I will have to lay low after the two postings I will make. Please stand for us or we will all hang separately. Even if they aren't 100% in on the New World Order money masters they are apart of this partially by some subsidiary group or pack of corporations that work with the Bilderberg Group. The town of Mayodan is not immune to the garbage and BS of the New World Order and that is a fact as a news reporter I have been in 2-3 years.

**Share and Enjoy:**

 Buzz this!

Tags: asking, booted, chief of police, intimidated, Police, question, reporter, town council

Please support USWGO Alternative News and help keep their site Alive by sending us a donation or recommending a private grant to us:



## Comments

7 Comments on "Reporter intimidated and booted from town council when asking a question"

- **Reporter intimidated and booted from town council when asking a question : Federal Jack on Tue, 10th Jul 2012 4:55 am (Edit)**

  [...] Source: USWGO Alternative News [...]

- **grandmastershek on Tue, 10th Jul 2012 11:01 am (Edit)**

  OMG!!! The asked you to leave! The horror! I always love how you guys have cameras but never show happening what you claim happened.

  Shit doesn't go your way so you guys cry like the butt hurt conspiracy loons you are. Life sucks…get over it.

- Police Chief Boots Reporter For Asking Senator About NDAA on Wed, 11th Jul 2012 10:47

http://uswgo.com/reporter-intimidated-and-booted-from-town-council-when-asking-a-question.htm[10/21/2013 9:03:41 PM]

am (Edit)

[...] Source: USWGO [...]

- **Town of Mayodan Corruption is only the beginning of the elites TERROR | USWGO Alternative News on Mon, 16th Jul 2012 3:24 am (Edit)**

  [...] from taking photos and video that would hurt the power of the power broker. That of course was the chief of police of Mayodan and other unknown security and police squads and the staffers at the Senate Office that [...]

- **Congress looking to outlaw reporters right to report on criminal government corruption | USWGO Alternative News on Mon, 16th Jul 2012 4:12 am (Edit)**

  [...] of the Press on our end has already been threatened at the Mayodan Town Council, where the chief of Police Charles Caruso forced me back and booted me [...]

- **Terravita on Tue, 24th Jul 2012 12:07 pm (Edit)**

  I agree with the previous commenter. Why are you reporters feel yourselves hurt when someone ask you to leave before you would get what you want ? get over it..

- **Your town and city may be a corporation and body politic | USWGO Alternative News on Mon, 20th Aug 2012 2:36 pm (Edit)**

  [...] the Mayodan chief police threatened and intimidated a reporter for asking a state senator a question, I decided to do more research on the Mayodan town [...]

**Tell us what you're thinking...**
and oh, if you want a pic to show with your comment, go get a gravatar!

Logged in as Brian D. Hill. Logout »

Speak your mind

Reporter intimidated and booted from town council when asking a question | USWGO Alternative News

Search

FAIR USE NOTICE

Also any materials specially created by Brian D. Hill or USWGO Alternative news writers is freely given and can be rewritten, transmitted, republished, or reposted anywhere. We only require you give proper credits (Author name and link to source)to whomever did the work on our website. As long as you credit the original author of the work we don't have any problem with people sharing our work. Debating and bringing out the news shouldn't be under any copyright restriction as the press has a duty to report the news to prevent political corruption. Any news we create ourselves and not copied from any other source (Except news stories we create then repost from Federaljack)can be freely shared!

This site contains copyrighted material the use of which has not always been specifically authorized by the copyright owner. We are making such material available in our efforts to advance understanding of environmental, political, human rights, economic, democracy, scientific, and social justice issues, etc. We believe this constitutes a 'fair use' of any such copyrighted material as provided for in section 107 of the US Copyright Law. In accordance with Title 17 U.S.C. Section 107, the material on this site is distributed without profit to those who have expressed a

54455563

Privacy & Terms

SUBMIT COMMENT

prior interest in receiving the included information for research and educational purposes.

For more information go here.

**ADS**

**OUR GROUP AND SPONSORS:**

YAHOO! Groups Join Now!

Check out our Official News Group

Website powered by:
Linux Web Hosting By HostforWeb

**BLOGROLL:**

- America's Wrongfully Convicted
- Armageddon Online – Disaster News & Future Scenarios
- Arrest the Bilderbergs
- Common Sense Conspiracy
- federal Jack
- Folks against the Fair Tax
- I support The Pirate Bay
- InfoWars
- Keep Resisting
- Mafia News Today
- Military Heroes Project
- Nanny State Liberation Front
- newsphiles
- NWOAlert
- People For Freedom

Political Lemmings
PrisonPlanet
Prophet666
SEO Tips
Social Credit
**SoMuch.com** - Popular Internet Links Directory
Techno anti-nwo Web List
The American Ideals Foundation
The Lemonade Revolt!
UK Recession news and information
WatchDog Central!
We Are Change Bakersfield
WeAreChange Mayodan and Madison NC
Activist Post

### USWGO POLLS

**Do you think forced Internet IDs are a good idea?**

○ Yes
○ No

Vote

View Results

Polls Archive

### ARCHIVES

Archives Index

### MEMBERSHIP

Site Admin
Log out
XHTML

### ADVERTISEMENT



New Boss is the same as the old Boss

Reporter intimidated and booted from town council when asking a question | USWGO Alternative News

Awards - All content articles here is educational and under Fair Use - Meet the Editors - Contact Us - FAQs! - Takedown notice Cease and Desist - Terms of Service - Submit your News Tip! - Copyright © 2008   All Rights Reserved - ScriptPlazza by Brian Gardner - Log out

http://uswgo.com/reporter-intimidated-and-booted-from-town-council-when-asking-a-question.htm[10/21/2013 9:03:41 PM]

Reporter intimidated and booted from town council when asking a question | USWGO Alternative News



SWG... my... rd Sit... that has a... lex... ternat... e news... ws/m... ona, ... polit... ra... on ap... a, a... om... mu... orum, and... ore... ... ture, ... ar... what... our... ed to... ber..., you... ... al eng... ... es... uch... the... Bilder... ergs, Roc... eler... Sky... e an... Bon... 5, K... bsch... st, ... ckef... ers, ... nd m... re.

**Site Info**
uswgo.com
Oct 21, 2013

Traffic Rank: 9,371,138
Links in: 136

Alexa

Case 1:13-cr-00435-TDS   Document 84-4   Filed 04/27/15   Page 11 of 11

http://uswgo.com/reporter-intimidated-and-booted-from-town-council-when-asking-a-question.htm[10/21/2013 9:03:41 PM]