# EXHIBIT E

# GENERAL AFFIDAVIT FROM BRIAN DAVID HILL REGARDING STATEMENT OF FACTS AND WITNESS TESTIMONY ON THE EMULE VIRUS, TROJAN HORSE, ROGUE PROGRAMS

**Location of witness incident:**

State of North Carolina
County of Rockingham
Town of Mayodan

**Location of affiant at the time the affidavit was notarized:**

State of Virginia
County of Henry
City of Martinsville

BEFORE ME, the undersigned Notary,
_____ [name of Notary before whom affidavit is sworn], on this _____ [day of month] day of _____ [month], 20____, personally appeared _____ [name of affiant], known to me to be a credible person and of lawful age, who being by me first duly sworn, on _____ [his or her] oath, deposes and says:

Around sometime of July 2012, cannot remember the day but the problem may have lasted for anytime between less then one week to two weeks. Also at that time I did no remember using any Anti-virus software on my computer, and had to keep reminding myself to get the software and install on my computer but I cannot remember if I ever did, which means I don't think I used a anti-virus and if I did I would have clearly recalled. I started noticing that emule.exe was running along with three other programs. Conime.exe, ares.exe, and shareaza.exe. I believe the main program that was rogue and was running was emule.exe. It didn't run under the normal programs. This program ran without my consent, and without my knowledge until I discovered the program running in task manager. I had ended the tasks thinking this Trojan was gone but then days later I noticed that the hard drive space on my computer was out at 0k. I decided to open the program location using the task manager. I noticed it appeared to be a portable version of eMule, at least the folder structure looked similar. I clicked on the shared files folder and saw hundreds of files with names I didn't understand. Some of those names from what I could remember said 9yo, pthc, ptsc, and other terms. I assumed it was just some viruses being shared and deleted everything. I had no idea what was shared or that it was something that would get the police after me. Then I tried to sabotage the virus since it took over my computer and made it difficult to fight against. I even recall a bit about calling my grandmother on the phone telling her that I was fighting a virus or Trojan, and that is really all I recall. So I know I had called my grandmother telling her about this Trojan, and took days to put a stop to, if that was even enough as it could have still ran, but I wouldn't know. I believe there may be other Trojans running on the computer too due to the weird programs that were running. I should have restored my computer but did not because I had a lot of data I would have to move off the computer to conduct the restore.

Honestly if I had known that the Trojan horse was sharing something serious that got me in trouble, if I had known earlier what was being shared then I would have reported the incident to the FBI or the NCMEC and sent the sample of this Trojan horse to Anti-Virus companies for examination then have

them forward their findings to the FBI, then the ICAC wouldn't have falsely accused me of child porn. Maybe my life would have been different and I would not be at risk of possible indictment. I had no intent to exploit or harm any child. I would never intend to commit any crime serious enough to ruin my life. I'm not perfect but I ain't some jackal child predator criminal that wants to just go after children, that is not me. I have a dating profile on match.com and may have a possible girlfriend that is also a adult. I was a news reporter for my hobby blog platform titled USWGO Alternative News and it would be unethical and unprofessional for me to be downloading child porn. It's just something that would violate my own standards as a human being, as a news reporter, as a political activist, and as a autistic man. I did the Nullify-NDAA Petition in April to May where I gave it to my two state representatives(Bryan Holloway and Bert Jones), state senator(Phil Berger), to the town of Mayodan, I think the city of Reidsville, the City of Eden, the Rockingham County Sheriff, and I think the Rockingham County Commissioners. My petition drive was condemning government abductions, kidnappings, torture, and secret detention under the NDAA 2012, and even spoke out about this at the Mayodan Town Council repeatedly.

After the police raid I decided to look up what I remember about the Trojan horse. I searched up the file names including emule.exe and found that others had suffered getting this virus and I think I tried to warn them that it could be sharing material that may get them in trouble warning them to report the virus to AV companies so that they can protect themselves from possible prosecution. I discovered from ESET's online website database on viruses that the trojan horse that I received could be the Win32/MoliVampire.A or possible a custom variant, linked below. I did not remember conime.exe until I saw this exact Trojan profile, then I was able to recall that there was a conime.exe file along with them and some other weird file names I cannot recall as it had funny characters so I wouldn't put that into my memory in my head. All I could remember was emule.exe, ares.exe, and shareaza.exe.

http://www.virusradar.com/Win32_MoliVampire.A/description

[set forth affiant's statement of facts]

_____
[signature of affiant]

Brian David Hill_____
[typed name of affiant]

916 Chalmers St.
[address of affiant, line 1]
Martinsville, VA 24112
[address of affiant, line 2]

Subscribed and sworn to before me, this _____ [day of month] day of
_____ [month], 20____.

[Notary Seal:]


_____
[signature of Notary]

_____
[typed name of Notary]

    NOTARY PUBLIC

    My commission expires: _____, 20____.