# EXHIBIT F



Brian Hill <catchall@uswgo.com>

## Welcome! Here's Your Registration Confirmation

**Match.com** <mailer@connect.match.com>      Sat, Nov 9, 2013 at 1:16 AM
Reply-To: donotreply@connect.match.com
To: "brian@uswgo.com" <brian@uswgo.com>

### match.com

### Welcome to the Leading Online Dating Site

**GET STARTED »**

**Congratulations!** You've joined the most dynamic group of singles out there. **We're responsible for more dates, relationships and marriages than any other site. Period.**

### Please review your account information

Username: uswgo edit »                          You are a: Man edit »
Password: ▮▮▮▮ edit »                            Seeking: Women edit »
Birthday: May 26, 1990 edit »                  ZIP code: 24112 edit »
Email: brian@uswgo.com edit »

| Create a Profile | Share a Picture | Start a Conversation |
|---|---|---|
|  |  |  |
| Finding a great date all starts with writing a great profile. Take a minute and let everyone know exactly who | Profiles with photos are **15 times more likely to be viewed** and three times more likely to receive winks. | Search, wink and send emails. Or, jump right into the action and start chatting live with other members. |

you are. Start Writing »          Upload Photo »                  Search & Communicate »



*Please add mailer@connect.match.com to your address book to ensure our emails reach your inbox.*

Please do not reply to this email. Replies will not be received.

If you have a question, or need assistance, please contact Customer Care by clicking on the following link:
http://www.match.com/help/help.aspx

**MATCH.COM DOES NOT CONDUCT CRIMINAL BACKGROUND CHECKS ON ITS MEMBERS. PLEASE TAKE PROPER SAFETY PRECAUTIONS.** See Online Dating Safety Tips.