# EXHIBIT G

```
Delivered-To: admin@uswgo.com
Received: by 10.52.35.44 with SMTP id e12csp9921vdj;
        Sun, 7 Apr 2013 02:33:19 -0700 (PDT)
X-Received: by 10.180.188.3 with SMTP id fw3mr7163560wic.33.1365327198921;
        Sun, 07 Apr 2013 02:33:18 -0700 (PDT)
Return-Path: <johnsnatchz@tormail.org>
Received: from outgoing.tormail.org (outgoing.tormail.org. [82.221.96.22])
        by mx.google.com with ESMTPS id x17si3290773wiv.114.2013.04.07.02.33.18
        (version=TLSv1 cipher=RC4-SHA bits=128/128);
        Sun, 07 Apr 2013 02:33:18 -0700 (PDT)
Received-SPF: pass (google.com: domain of johnsnatchz@tormail.org designates
82.221.96.22 as permitted sender) client-ip=82.221.96.22;
Authentication-Results: mx.google.com;
       spf=pass (google.com: domain of johnsnatchz@tormail.org designates 82.221.96.22
as permitted sender) smtp.mail=johnsnatchz@tormail.org;
       dkim=pass header.i=@tormail.org
Received: from localhost ([127.0.0.1] helo=internal.tormail.org)
        by outgoing.tormail.org with esmtp (Exim 4.72)
        (envelope-from <johnsnatchz@tormail.org>)
        id 1UOlyP-0004AS-55
        for admin@uswgo.com; Sun, 07 Apr 2013 13:33:17 +0400
DKIM-Signature: v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; d=tormail.org; s=tm;
        h=Message-Id:X-TorMail-User:Content-Transfer-Encoding:Content-Type:MIME-
Version:To:From:Subject:Date; bh=UwaG8Oh59dq0QA5W/xlzAcMK58GPawm6e8SGWuQxXUQ=;
        
b=JHt9P0KX9opc2jQT9XYwaxIZ8uFUKSM3J+jFLBPZ9K+jP2JKLUN+KpM+hMVwF8qHqys1znN+ffE6UdWjXECBpL
yAO3XJly+TgW5tWHvsGWeGMBVe7Z0Nr/voAQBUBCX7uymhomH2MmgejeAhPFdEraBWQ8ti9Dwwu29P4IGe0Fg=;
Received: from johnsnatchz by internal.tormail.org with local (Exim 4.63)
        (envelope-from <johnsnatchz@tormail.org>)
        id 1UOlwB-0001eb-DJ
        for admin@uswgo.com; Sun, 07 Apr 2013 09:30:59 +0000
Date: Sun, 7 Apr 2013 09:30:59 -0000
Subject: You better watch out........
From: johnsnatchz@tormail.org
To: admin@uswgo.com
MIME-Version: 1.0
Content-Type: text/plain;charset=iso-8859-1
Content-Transfer-Encoding: 8bit
X-Confirm-Reading-To: johnsnatchz@tormail.org
Disposition-Notification-To: johnsnatchz@tormail.org
Importance: High
Return-Receipt-To: johnsnatchz@tormail.org
X-TorMail-User: johnsnatchz
Message-Id: <1UOlwB-0001eb-DJ@internal.tormail.org>
```

You better watch out Brian...We are watching you...Having child porn planted on your hard drives and computer was only the beginning and we will set you up for violent sex crimes if you don't watch your back...Have fun becoming a sex offender...Police won't believe you no matter how much evidence you have that you been set up we know some people in the SBI who will make sure you are convicted. You will be shut up by being a sex criminal. Your friends Alex Jones, Dan, James, Sean, Alex, and others are next...BeWare!