# EXHIBIT H

```
Delivered-To: admin@uswgo.com
Received: by 10.52.35.44 with SMTP id e12csp28972vdj;
        Sat, 20 Apr 2013 21:01:20 -0700 (PDT)
X-Received: by 10.50.79.201 with SMTP id 19mr11943746igx.79.1366516879989;
        Sat, 20 Apr 2013 21:01:19 -0700 (PDT)
Return-Path: <sallysamsong@tormail.org>
Received: from outgoing.tormail.org (outgoing.tormail.org. [82.221.96.22])
        by mx.google.com with ESMTPS id v7si9502951igd.4.2013.04.20.21.01.19
        for <admin@uswgo.com>
        (version=TLSv1 cipher=RC4-SHA bits=128/128);
        Sat, 20 Apr 2013 21:01:19 -0700 (PDT)
Received-SPF: pass (google.com: domain of sallysamsong@tormail.org designates
82.221.96.22 as permitted sender) client-ip=82.221.96.22;
Authentication-Results: mx.google.com;
       spf=pass (google.com: domain of sallysamsong@tormail.org designates 82.221.96.22
as permitted sender) smtp.mail=sallysamsong@tormail.org;
       dkim=pass header.i=@tormail.org
Received: from localhost ([127.0.0.1] helo=internal.tormail.org)
        by outgoing.tormail.org with esmtp (Exim 4.72)
        (envelope-from <sallysamsong@tormail.org>)
        id 1UT1Sm-0000Jb-VQ
        for admin@uswgo.com; Sun, 21 Apr 2013 08:01:18 +0400
DKIM-Signature: v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; d=tormail.org; s=tm;
        h=Message-Id:X-TorMail-User:Content-Transfer-Encoding:Content-Type:MIME-
Version:To:From:Subject:Date; bh=mhzzCyEqHr+qJJMocUaldBuiJYraedoV9RfTrBUwDCc=;
        b=ezsAUiX8HpiOLpuYZP3cK05Snv5WRrxd+KpeZVCGhKQPoaMczSgqm2pzkevD5Z+k/TqqKNmq
/tsUhMR8RgG6RJIi1wjPencyP3
/k+cEa9NSvDF0eu+VTGlivN2jvApoycUgt8qc+vbtsM9ndTGbuuYioHnP4oYvM7LaRo/86Ofg=;
Received: from sallysamsong by internal.tormail.org with local (Exim 4.63)
        (envelope-from <sallysamsong@tormail.org>)
        id 1UT1QU-000MmQ-15
        for admin@uswgo.com; Sun, 21 Apr 2013 03:58:54 +0000
Date: Sun, 21 Apr 2013 03:58:54 -0000
Subject: Your gonna get it
From: sallysamsong@tormail.org
To: admin@uswgo.com
MIME-Version: 1.0
Content-Type: text/plain;charset=iso-8859-1
Content-Transfer-Encoding: 8bit
X-Confirm-Reading-To: sallysamsong@tormail.org
Disposition-Notification-To: sallysamsong@tormail.org
Importance: High
Return-Receipt-To: sallysamsong@tormail.org
X-TorMail-User: sallysamsong
Message-Id: <1UT1QU-000MmQ-15@internal.tormail.org>

Your gonna get it....We know what your tryin to do....You'll regret ever
being an investigative news reporter....Youll regret what you just
did....better watch your back Brian....DONT REPORT ANY MORE ARTICLES OR
TALK TO ANY REPORTERS ABOUT THIS CHILD PORN VIRUS OR YOU GONNA GET IT
```