PROB 12B
10/03

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

FILED
APR 29 2015
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By_____

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing Is Attached)

Name of Offender: Brian David Hill  Case Number: 13CR435-1

Name of Sentencing Judicial Officer: The Honorable William L. Osteen

Date of Original Sentence: November 10, 2014

Original Offense: Possession of Child Pornography, in violation of 18 U.S.C. §2252A(b)(5)(B) and (b)(2).

Original Sentence: 10 months and 20 days custody, but not less than time served; followed by 10 years supervised release.

Type of Supervision: Supervised Release  Date Supervision Commenced: November 13, 2014
Date Supervision Expires: November 12, 2024

Assistant U.S. Attorney: Anand Prakash Ramaswamy  Defense Attorney: Eric D. Placke

---

## PETITIONING THE COURT

[ ] To extend the term of supervision for years, for a total term of years.
[X] To modify the conditions of supervision as follows:

The defendant's mandatory drug screens are suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

### CAUSE

Brian David Hill began supervision in the Western District of Virginia on November 13, 2014. The supervising officer reported that his initial supervision history has been challenging based on numerous mental and physical health conditions present with Mr. Hill.

From review of his history, substance abuse has not been an issue for Mr. Hill in the past. He suffers from a number of mental health issues including Autism, Delusional Disorder, Obsessive-Compulsive Disorder (OCD), Generalized Anxiety Disorder, and Post-Traumatic Stress Disorder, and he receives on-going treatment related to these issues. It has been reported that several environmental factors have exacerbated his conditions, including imprisonment and attempts by the officer to obtain urine specimens for testing. The officer reported that due to his OCD, collecting urine specimens has been quite challenging due to his excessive hand washing.

The officer is recommending that the Mandatory Drug Testing condition be waived as there are no substance abuse issues identified in this case.

Respectfully submitted,

_____
Michael L. Bar
Supervisory U.S. Probation Officer

4/20/2015
Date

---

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other:

_____
Signature of Judicial Officer    William L. Osteen, Jr.

**APR 2 9 2015**
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF NORTH CAROLINA

United States of America          Docket No.    1:13CR435-001

vs.

Brian David Hill

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant's mandatory drug screens are suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

Witness: _____  Signed: _Brian D. Hill_____
      U.S. Probation Officer                  Probationer or Supervised Releasee

                2/23/2015
                  DATE