FILED: May 5, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4057
(1:13-cr-00435-WO-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

BRIAN DAVID HILL

      Defendant - Appellant

_____

O R D E R
_____

The court grants counsel's motion to withdraw from further representation.

Entered at the direction of the panel: Judge Gregory, Judge Harris and Senior Judge Davis.

                For the Court

                /s/ Patricia S. Connor, Clerk