# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:13CR435-1 |
| ) | |
| BRIAN DAVID HILL ) | |
| *Defendant* ) | |

**ORDER SCHEDULING A DETENTION AND PRELIMINARY REVOCATION HEARING**

A detention and preliminary revocation hearing in this case is scheduled before Magistrate Judge Joi Elizabeth Peake as follows:

| Place: | Hiram H. Ward Fed. Bldg & U.S. Courthouse<br>251 North Main Street<br>Winston-Salem, NC 27101 | Courtroom No.: | 3 |
|---|---|---|---|
| | | Date and Time: | Thursday, June 4, 2015, at 2:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: May 28, 2015

*Judge's signature*

Joi Elizabeth Peake
United States Magistrate Judge
*Printed name and title*