

Brian David Hill #1908253
Forsyth County Detention Center
201 N. Church St.
Winston Salem, N.C.

INMATE MAIL

GREENSBORO NC 274
PIEDMONT TRIAD AREA
28 MAY 2015 PM 5 L

L. Richardson Preyer Federal Building
U.S. District Court   NOTICE OF MOTIONS
ATTN: Clerk Of The Court file all on docket
324 W. Market St., Suite 1
Greensboro, NC 27401

RECEIVED
In This Office
MAY 29 2015
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC

INSPECTED

LEGAL MAIL