IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
v.
Brian David Hill

Criminal Action Number:
1:13CR435-1

FILED
MAY 29 2015
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By

# EMERGENCY MOTION FOR PRIVATE COUNSEL

Defendant files a request with the Honorable Court that a private attorney become my attorney of record in my case to defend me from the accusation of a Federal Probation violation.

The attorney is named Cynthia Everson, working for the Everson Law Firm, PLLC, attorney at law in Concord NC. I do not have her address on hand but I request that she become my attorney of record. I request that the court give the Defendant three days for her to file a Notice of Appearance of counsel, otherwise then appoint me counsel under CJA panel.

If counsel has already been appointed then please track down my private attorney to inform her of my situation and ask her if she wishes to become my legal counsel of record for my case. All I can recall is that her address may be in Concord NC. Everson Law Firm, PLLC, Cynthia Everson I ask that she became my Pro Bono Attorney of record. This I request with the court. Brian D. Hill U.S.W.G.O.

Filed with the Clerk of The Court.
This the 27th day of May, 2015.

Signed
Brian David Hill (Pro Se)
Forsyth County Detention Center
201 N. Church St.
Winston Salem, NC

1