IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
v.
Brian David Hill

Criminal Action No.:
1:13CR435-1



# NOTICE OF DETERIORATING HEALTH

Defendant notifies the court of health deterioration. On the first day of being incarcerated Again, I had to eat my meals. All day my blood sugar has been high. My last blood glucose check around the evening (4:30-6:00PM) was registering close to 400. I suspect it's higher now. The nurse refused to test my blood sugar at around 9:30PM Est. saying that she hasn't got my medical papers. So I get a snack bag but no blood glucose check after I have been housed in 2 north. I guess I will receive more medical neglect type mistreatment just for trying to prove my innocence. My medical needs were not taken care of last time I was in jail but now it appears that it will happen again. I am getting tired of me being medically neglected or partially medically neglected. (I had faxed Amnesty Int'l, and Human Rights Watch.)

I declare under penalty of perjury that the foregoing is true and correct. May 27, 2015 10:00PM          Brian D. Hill U.S.W.G.O.
Executed on May 27, 2015 10:00PM     Brian David Hill (Pro Se) signed
                                      Forsyth County Detention Center
(second page on back) 1               201 N. Church St.
                                      Winston Salem, NC

Case 1:13-cr-00435-TDS   Document 97   Filed 05/29/15   Page 1 of 2

~~—~~ I told my mother to mail the U.S. Congress and Senate Committees my complaints on the day of my arrest.

Amnesty International, Human Rights Watch, and others are aware of the mistreatments, medical neglect, and other human rights abuses done in Guilford/Orange/Forsyth County Detention Centers. I am a victim of these human rights abuses which are used to coerce false guilty pleas. Prior to arresting me, Amnesty International and Human Rights Watch were faxed complaints of your Federal Detention Centers. The county jails need to take better care of inmates medical needs. You can't just let people suffer in the County Jails. Even in jail I won't shut my mouth up because we have a First Amendment right to speak out about abuses going on in the county jails being used in coercing defendants to falsely plead guilty. The only time I will ever shut my mouth up is when my conviction is overturned. I didn't violate Probation because I (followed) her (Kristy Burton) (every order.) She allowed me to text message for months. When she told me to not text message anybody anymore I followed her orders. Text messages are NOT the same as the internet and email clients/servers. Texting just goes from one cell phone to another. The Probation violation charge appears to be harassment for my grandma sending a letter to my P.O., the Chief Probation Officer Philip Williams, and others. I believe the violation charge is RETALIATION for my faxes and letters to Congress and others, and for my family writing critical letters.

P.S. My arrest didn't stop my complaints to the Judiciary Committees, mom will send them

2    Brian D. Hill  U.S.W.G.O.
signed