

Case 1:13-cr-00435-TDS   Document 97-1   Filed 05/29/15   Page 1 of 1