IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
v.
Brian David Hill

Criminal Action No. 1:13CR435



FILED
MAY 29 2015
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By ___

# DECLARATION ON PROBATION ISSUE

Apparently Kristy Burton the U.S. Probation Officer doesn't even know how to deal with Mild Autism, high blood sugars which cause me to be irritable (I am irritable right now.) intermittent explosive disorder, and Obsessive Compulsive Disorder, for her to go behind my back and have me charged and arrested on a Probation violation which I feel is retaliation for my written complaints on faxes and letters, and for my Pro Se filings. On I think the day was April 28 or 29, 2015, my PO showed up out of the blue telling me that Judge Osteen called her and it was over my few text messages to Judge Osteen and over my filing with the Clerk of Court via SMS/MMS, at least I assume that is what happened. She told me that day not to text message anybody anymore, even thought she knew I was texting the month before, and anytime I get a questionable text message that I voluntarily turn it over to my PO to comply with my conditions. That day I complied with her orders but threw a small fit because I was getting angry so I tried to leave the room but she ordered me not to leave the room.

1 (Flip over to read second page)

She doesn't understand my mental health issues and she doesn't understand that text messaging and online email are two totally seperate things. Email uses internet but text messaging SMS/MMS are simular to faxes but both do not give internet access to the end user. When you hit send, the message goes from the cell phone to the cell phone company through the providers SMS/MMS gateway number, with no internet usage from the end user. I also asked former N.C. State Representative Glen Bradley and he disagreed with Judge Osteen's opinion on MMS claiming that it uses online services. I have no intent on violating Probation and texting does not use the internet for the end user of a cell phone. GO ahead and subpoena my family Osteen, and get the whole story. Roberta Hill my mother, my grandparents Stella and Kenneth Forinash, and even Glen Bradley, Call every one of them up to the stand for my hearing before you wrongfully imprison me. My small fit didn't even harm her at all and she acted childesh over my small fit by walking out saying she is done. I apoligized to her on her voicemail and in my fax to her. Faxes DO NOT use internet. ~~Cell phones using~~ SMS/MMS do not give internet access to the end user of cell phones. I feel that It almost seems like this new charge is to shut me up and silence me, to scare me into not overturning my conviction and to scare me from filing complaints out of fear of retaliation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 27, 2015 12:00m. 2 (at night)

Brian D. Hill U.S.W.G.O.
signed
Brian David Hill (Pro Se)