

INMATE MAIL

GREENSBORO NC 274
PIEDMONT TRIAD AREA
28 MAY 2015 PM 5 L

FOREVER USA

Bank Swallow

RECEIVED
In This Office

MAY 2 9 2015

CLERK, U.S. DISTRICT COURT
GREENSBORO, NC

INSPECTED

Brian David Hill #4908253
Forsyth County Detention Center
201 N. Church St.
Winston Salem, N.C.

L. Richardson Preyer Federal Building
U.S. District Court    NOTIFICATIONS
ATTN: Clerk Of the Court file all on docket
324 W. Market St, Suite 1
Greensboro, NC 27401

LEGAL MAIL