IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NO. 1:13CR435-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MOTION TO CONTINUE |
| | ) | DETENTION/PRELIMINARY |
| v. | ) | REVOCATION HEARING |
| | ) | |
| BRIAN DAVID HILL, | ) | |
| | ) | |
| Defendant | ) | |

The Defendant, Brian David Hill, by and through undersigned counsel, herby moves the Court to continue the detention and preliminary revocation hearing in this matter for an additional seven days from the Court's June 4, 2015 scheduled hearing date. In support of this motion, Hill's attorney states the following:

1. On May 28, 2015, undersigned counsel was appointed to represent Mr. Hill.

2. Undersigned counsel had to take an emergency leave of absence for the frailing health of both parents due to hospital stays and surgeries.

3. Undersigned counsel has received some vital information from Mr. Hill's family in regards to his health and would like to order the medical records for review.

4. After an opportunity to review and speak with Mr. Hill's parents regarding his Hearing, undersigned counsel recognizes that there are some pending complex mental health issues which would have some relationship to his violations.

5. The undersigned counsel respectfully requests additional time to more fully and adequately prepare for the detention and preliminary revocation hearing.

6. The undersigned counsel has consulted with the Assistant United States Attorney and she does not object to the continuance.

7. This Motion is made in good faith and not for purposes of delay. Neither the Government nor the defendant would be prejudiced by the continuance sought herein.

WHEREFORE, based on the foregoing, counsel for Mr. Hill respectfully requests that the Court grant a continuance for the Detention and Preliminary Revocation Hearing from June 4, 2015 to June 11, 2015 term of court.

Respectfully submitted this 2nd day of June, 2015.

/s/ Renorda Pryor
RENORDA E. PRYOR
Lawyer for Defendant
4903 N. Roxboro Street
Durham, North Carolina 27704
Tele: 919-665-6737
Fax: 919-869-2367
Email: renordapryor@herringlawcenter.net
North Carolina Bar No. 36814
Criminal CJA-Appointed Counsel

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing DEFENDANT'S MOTION TO CONTINUE was served upon counsel of record with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      ANAND PRAKASH RAMASWAMY
      Assistant United States Attorney
      United States Department of Justice
      251 N. Main Street, Suite 726
      Winston Salem, NC 27101

Respectfully submitted this 2nd day of June, 2015.

                                                /s/ Renorda Pryor
                                       RENORDA E. PRYOR
                                       Attorney for Defendant
                                       4903 N. Roxboro Street
                                       Durham, North Carolina 27704
                                       Tele: 919-665-6737
                                       Fax: 919-869-2367
                                       Email: renordapryor@emslawfirm.com
                                       North Carolina Bar No. 36814
                                       Criminal CJA-Appointed Counsel