IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO. 1:13cr435-1 |
| v. | ) |
| | ) |
| JESSIE LAMONT SCRIVEN, | ) |
| Defendant | ) |

ORDER

THIS MATTER is before the Court on the Defendant's motion to continue the Detention and Preliminary Revocation Hearing schedule for June 4, 2015, Criminal Term of Court to the June 11, 2015, Criminal Term of Court.

The Court, therefore, concludes that the failure to grant the Defendant's motion to continue would likely result in a miscarriage of justice by denying counsel for Defendant reasonable time necessary for effective preparation and time to meet with the Defendant, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h) (7) (B) (iv). Accordingly, the ends of justice served by the granting of a continuance of this matter outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS THEREFORE ORDERED that this matter is continued until June 11, 2015, Criminal Term of Court.

IT IS THEREFORE ORDERED that the Defendant comply with the deadlines contained in the scheduling order that governs the June, 2015, Criminal Term of Court.

IT IS THEREFORE ORDERED, this the 2nd day of June, 2015.

_____
United States District Court Judge