100.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Plaintiff, United States of America

v.

Defendant, Brian David Hill

Criminal Action No. 1:13CR435-1


FILED
JUN 1 2015
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By _____

## MOTION FOR CASE DISMISSAL

The Defendant files a MOTION with The Honorable Court to dismiss the "Petition for Warrant or Summons for Offender Under Supervision" as unfounded since such a basis for requesting revocation is with lies or false statements, a disregard for the truth, and is meant to cause distress to the Defendant. A Declaration is attached to this MOTION in support of, and is evidenced for the Probable Cause hearing. In addition to the testimony in Declaration by the Defendant, he also compels this Court and the U.S. Marshals to bring forth witnesses in support of this MOTION and for the Probable Cause hearing.

Witnesses: 1: Roberta Hill, 916 Chalmers St. Apt. B, Martinsville VA 24112
2: Stella and Kenneth Forinash, 916 Chalmers St, Apt. A, Martinsville VA

After my Declaration and testimony of three witnesses is accepted by the court as evidence, then I recommend to the court that this MOTION be GRANTED. This I request with the court.

Filed with the clerk of the Court through U.S. Mail.

Brian D. Hill
Signed

Brian David Hill
201 N. Church St.
Winston Salem, N.C.
Forsyth Co Detention Center

1