IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 1:13CR435-1 |
| v. | ) | |
| | ) | |
| BRIAN DAVID HILL, | ) | |
| | ) | |
| Defendant | ) | |

ORDER

THIS MATTER is before the Court on Defendant Brian Hill's Motion [Doc. #99], through counsel, to continue the Detention and Preliminary Revocation Hearing in this case from June 4, 2015, to June 11, 2015.

Based on the information set out in the Motion, the Court finds good cause to allow the requested continuance.

IT IS THEREFORE ORDERED that Defendant's Motion to Continue [Doc. #99] is GRANTED, and the Detention and Preliminary Revocation hearing is continued until June 11, 2015.

/s/ Joi Elizabeth Peake

United States Magistrate Judge