# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

    v.                                                Case No. 1:13CR435-1

BRIAN DAVID HILL

## NOTICE OF HEARING

Take notice that a proceeding in this case has been **set** as indicated below:

| | |
|---|---|
| **PLACE:** | L. Richardson Preyer Bldg., 324 W. Market St., Greensboro, N.C. |
| **COURTROOM NO.:** | # 1 |
| **DATE AND TIME:** | **June 25, 2015 at 9:30 a.m.** |
| **PROCEEDING:** | **Supervised Release Violation Hearing** |

---

John S. Brubaker, Clerk

By:   <u>/s/ Kelly H. Welch</u>, Deputy Clerk

Date:  June 4, 2015

cc:    U. S. Attorney
       U. S. Marshal
       Chief, U. S. Probation Officer
       Renorda E. Pryor, Attorney

**The attorney is responsible for notifying the defendant of the above proceeding.**