

Brian David Hill #1908253
Forsyth County Detention Center
201 N. Church St.
Winston Salem, NC

L. Richardson Preyer Federal Building
U.S. District Court
ATTN: Clerk Of The Court [Filing Motion/pleading]
324 W. Market St, Suite 1
Greensboro, NC 27401

27401325444

INMATE MAIL
INSPECTED

LEGAL MAIL

GREENSBORO NC 274
PIEDMONT TRIAD AREA
01 JUN 2015 PM 3 L

RECEIVED
In This Office
JUN 03 2015
CLERK U.S. DISTRICT COURT
GREENSBORO, NC