IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Plaintiff, United States of America

v.

Defendant, Brian David Hill

Criminal Action No.
1:13CR435-1

FILED
JUN - 5 2015
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By

# OPINION ON JUDGE OSTEEN

Here Comes a public opinion by The Defendant Brian D. Hill, on Chief Judge William Lindsay Osteen Junior, on why he should remove himself from all proceedings in my case Title 28 U.S.C. §455 & 453. He is partial, ignored my Pro Se evidence, and favors the Public Defender over his client because he made things easier for the Judge by submitting no evidence to prove innocence or even reasonable doubt in front of a Jury, and railroads his clients to falsely plead guilty.

The U.S. District Court needs a new Judge that will do his/her job. Eric David Placke is the reason why I am Jail, he's the reason I was wrongfully convicted, he's the reason I am falsely a registered Sex Offender when I'm Innocent and a virgin and his buddy or ally Judge Osteen will protect him from any accountable accountability. It makes me vomit that Judge Osteen is crooked enough to put me through all this. I am suffering in Jail right now.

The deal was I get time served but now since Kristy Burton lied to put me away for two years, or at least attempt to, I will put crooked Judge Osteen and Kristy Burton under the microscope of the U.S. House & Senate Judiciary Committees for punishing me for trying to prove my innocence, and ignoring all evidence of my innocence.

1

In the last five days of being in Jail, my weight has dropped four pounds from 186 to 182. The Jails don't give insulin before each meal, but react hours later when my blood sugar is either high or lower due to my exercizing, but my body doesn't have the energy it should and I will lose weight and my critical thinking becomes impaired.

There is evidence my health was deteriorating on court record, yet Judge Osteen doesn't care, my health is deteriorating each day I am Jailed. He doesn't care that my public defender sold me out to a guilty plea. He doesn't care that Page IV of the SBI report states that child porn was downloading between July 20, 2012, and July 28, 2013, eleven months when my computer was not in my custody. My computer was seized August 28, 2012 on record. Both Judge Osteen and Eric Placke ignored this evidential anomality. Placke and Osteen also ignored the fact I claimed child porn was on my Netbook in my Aug. 29th false confession yet the SBI report claimed none was found on my Netbook that I voluntarily gave to the police detectives. John Scott Colter knew I made false confession statements yet I would have lost my SSI disability if I stayed in jail for over a year and my health was deteriorating with 140 lbs weight so I was forced to go along with my false guilty plea. Judge Osteen doesn't care about any of this. I doubt he has ever been in Jail falsely accused of a sex crime he never had committed. Had he been in my shoes then his rulings would be more fair, more different. Then of course the Appeals are rigged by the court appointed lawyer's that are connected with Judge Osteen, and his father.   2

Mark A. Jones whom I call Judas from the bible, was a law clerk for Judge William L. Osteen Jr. and Sr. before he was a court appointed lawyer under CJA. He gave me a hard drive with child porn on it even though I don't want that filth. Child porn is filthy, and so I gave to my family to destroy Mark Jones's nasty little present aka the hard drive, then faxed the FBI and my Probation Officer about the incident. After that Mark Jones refused to communicate with me at all until he successfully ruined my Direct Appeal, then he sent some papers to me like the good ole traitor he was. Every Appeal of Judge Osteen failed when Mark Jones was representing as Appellate counsel. Well I guess my Appeal failed then without a snowball's chance while Mark put me at risk of more charges then failed to admit his grave mistakes and errors.

 Then after that my attorney outside of CJA helping me prepare the 2255 to overturn my conviction, I appreciate that more then anything. I thank God that Cynthia Everson is helping me with my 2255 as no other lawyer wants to help me prove my innocence because it's a child pornography conviction. Cynthia is my last hope. I know that Cynthia is doing her best, I am worried about clearing my name. I am sorry Cynthia for filing all of those Pro Se Motions but I feel compelled by a higher power (God) to prove my innocence. I know I may be messing things up but I am scared of my Probation Officer Kristy Burton, I am scared that I am a Sex Offender when I didn't commit the crime. I can prove child porn was planted, that the eMule virus ran on my computer in 2012.

3

I ain't even attracted to children. I am not a pedophile. People like Osteen don't understand Autism, they don't know the meaning of not guilty on these types of charges.

Because the Judge doesn't want me to prove my innocence, because all the U.S. Attorney cares about is convictions of people, I had to file a complaint with the U.S. Department Of Justice on Ripley Rand for using evidence that is contradictory to the facts in my case. My false confession statements don't even match Agent Rodney White's SBI case file. I have no prior convictions and was involved in a dangerous game of politics prior before the Mayodan Police raid. I wish I had left Phil Berger alone but I made my choice and suffer the ghastly consequences for that choice. I wish I could take back my political activism, then Phil Berger wouldn't have retaliated by usage of his son former District Attorney Phil Berger Jr., I never would have been framed, and I would have no conviction in court but I messed up my life forever for rocking the boat. Anyways my last hope is my complaint filed with the U.S. DOJ Office of Professional Responsibility and Executive Office for U.S. Attorneys to see the whole picture and that Ripley Rand's evidence is NOT VALID and is contradictory to itself. Instead I get a public pretender (not defender) that misled me into falsely pleading guilty without giving me a chance to prove my innocence. My biggest hope is for Cynthia Everson to save me from this neverending nightmare I been forced into. Judge Osteen cares about nobody but himself. He doesn't care that my life is ruined. Didn't even know what all was in my discovery packet until Jan, 2015.

4

Judge Osteen probably won't care that Kristy Burton lied to get me away from all my evidence to prove my innocence, that she lied on record to have me arrested and suffer in Jail. It's just not right. None of this is right.

Today on June 2, 2015 I lost another pound from 182 to 181. This is Tuesday and I was arrested last Wednesday. Five pounds already lost and more to come. Judge Osteen doesn't care about any of this.

I don't want Osteen in my case anymore. Osteen and Kristy Burton both scare me. I want my conviction overturned. I want my life back. I will even sign an agreement not to sue the government for malicious prosecution if they stop ignoring my evidence and give me my life back. All I want is my freedom and rights back. Please just overturn it entirely and let me live my life. I want to go back on Match.com and date nice cute looking women. I don't even want to have children. I just want my life back Osteen and Ripley Rand, I want my life back. Stop throwing me in jail please.

Please Stop This ☹ Osteen.

This isn't a war on a child predator anymore, this is a war being waged on an innocent man. Please stop this failure of a war. You thought I was a child predator but your wrong Osteen. Osteen is wrong about me.

Brian D Hill
Signed,
Brian David Hill (Pro Se)
Forsyth Co. Detention Center
201 N. Church St.
Winston Salem, N.C. 27101

5

# CERTIFICATE OF SERVICE

I, Brian David Hill hereby certify that the foregoing handwritten copy of the LETTER TO CHIEF PROBATION OFFICER and PROMISE OF CHANGE FOLLOWING REINSTATEMENT OF SUPERVISED RELEASE, (hand written copies, imperfect due to low blood sugar)

and

## OPINION ON JUDGE OSTEEN,

were deposited in the institution's mailing system on June 2, 2015 directed to the Clerk Of The Court through U.S. Mailing (postage prepaid) via United States Postal Service (USPS) to be filed then the Clerk shall automatically notify the following:

| U.S. Attorney | Defendant | U.S. Magistrate Judge |
|---|---|---|
| Ripley Rand | Brian David Hill | Elizabeth Peake |
| Anand P. Ramaswamy | | |

U.S. Chief Judge
William Lindsay Osteen Junior

Brian D. Hill
signed
Brian David Hill (Pro-Se)
Forsyth County Detention Center
201 N. Church St.
Winston Salem, NC 27101

Home:
976 Chalmers St, Apt. D
Martinsville, VA 24112
(276)632-2599