IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Clerk's COPY
HAND WRITTEN COPY

| | |
|---|---|
| Plaintiff, United States of America<br>v.<br>Defendant, Brian David Hill | Criminal Action No.<br>1:13CR435-1 |

## PROMISE OF CHANGE FOLLOWING REINSTATEMENT OF SUPERVISED RELEASE

I promise to change my actions following reinstatement of my Supervised Release.

1. I agree to kindly notify my Probation Officer (PO) when my blood sugar is high when she is present, especially when it affects my mood.
2. I agree to kindly notify my Probation Officer when my anger is high asking him/her to please allow me to walk out of the room to take deep breaths to calm down.
3. I agree not to call my PO cuss words.
4. I agree to continue following my PO's orders/instructions as I have been.
5. I agree to continue trying to prove my innocence. so that my Pro Bono Attorney Cynthia Everson can file the 2255 Motion on my behalf to prove ~~Action~~ Actual Innocence to overturn my conviction once and for all.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 2, 2015.

Brian D Hill
Signed
#19083-53
201 N. Church St
Winston Salem, NC

Case 1:13-cr-00435-TDS   Document 105-1   Filed 06/05/15   Page 1 of 2

# CERTIFICATE OF SERVICE

I, Brian D. Hill, hereby certify that the foregoing,

LETTER TO ~~████~~ CHIEF PROBATION OFFICER
CHIEF
~~█~~ AND

PROMISE OF ~~██~~ CHANGE ~~████████~~ FOLLOWING REINSTATEMENT OF SUPERVISE~~████~~D RELEASE

was deposited in the institution's mailing system

around June 2, 2015 est. 2:20-2:45AM.

I assure that the Probation Office shall provide a photocopy with the Clerk Of The Court of The U.S. District Court.

Brian D. Hill
Signed

Brian David Hill
#1908263 Forsyth County Detention Center
201 N. Church St.
Winston Salem, NC