

GREENSBORO NC 270
PIEDMONT TRIAD AREA
03 JUN 2015 PM 2 L

FOREVER USA

INSPECTED

RECEIVED
In This Office
JUN 05 2015
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC
2:35 PM

L. Richardson Preyer Federal Building
ATTN: Clerk Of The Court Motions
U.S. District Court
324 W. Market St. Suite 1
Greensboro, NC 27401

27401∗2544

Brian David Hill #43928253
Forsyth County Detention Center
201 N. Church St.
Winston Salem, NC 27101

INMATE MAIL

LEGAL MAIL