IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Plaintiff, United States of America

v.

Defendant, Brian David Hill

Criminal Action No.
1:13CR435-1



FILED
JUN -8 2015
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By_____

# DEFENDANT BEGS PROBATION OFFICE

The Defendant begs the U.S. Probation Office to reinstate his Supervised Release immediately, withdrawl the Petition on the fact USPO Kristy Burton lied and the <u>Defendant violated no conditions,</u> and asks that his newly assigned Probation Officer for the following:

1. That Brian D. Hill be allowed to continue using his personal computer (PC) without the internet (as Kristy Burton already approved of) for the purposes of conducting lawful activities such as documenting, gathering and organizing evidence to aid the Defendant in proving his innocence for the 2255 Motion with his Pro Bono lawyer Cynthia Everson, and for his hobby of photography. P.O. is short for Probation Officer.

2. That Brian D. Hill be allowed to prove his innocence period without punishment. That his new P.O. work with the Defendant to allow him to gather evidence and prove his Actual Innocence without fear of penalties.

3. That his new P.O. work with his Pro Bono lawyer Cynthia Everson Attorney At Law throughout the stages to allow him to get the 2255 Motion ready to file without legal issues.

4. That his P.O. allow him to continue text messaging including his lawyer Cynthia Everson under supervision by his P.O. as long as he continues obeying the laws of the land (state, county, local, Federal).

1

# CERTIFICATE OF SERVICE

I, Brian D. Hill, certify that the foregoing, DEFENDANT BEGS PROBATION OFFICE was deposited in the institution's mailing system on June 4, 2015 to be mailed out via United States Postal Service, to the Clerk Of The Court which shall send notification via CM/ECF (once filed on Docket) to the following parties:

**U.S. Attorney**
- Ripley Rand
- Anand P. Ramaswamy

**U.S. Magistrate Judge**
The Honorable Elizabeth Peake

**U.S. Probation Office**
- Chief Philip Williams (Western District of Virginia)
- Deputy Chief Lisa P. Palombo
- Edward R. Cameron (Supervisory USPO)

**Defendant**
Brian David Hill

**U.S. Marshals Office**

Brian D. Hill
signed
Brian David Hill (Pro Se)
Forsyth County Detention Center
#1908253
201 N. Church St.
Winston Salem, NC 27101

3