IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Plaintiff, United States of America

v.

Defendant, Brian David Hill

Criminal Action No.
1:13CR435-1

# HEALTH DETERIORATION REPORT #1/Week 1

The Defendant hereby files documentation with this court on his (Brian D. Hill) health deterioration while in Forsyth County Detention Center since the county jails do not want to implement insulin to carb ratio before every meal, the nurse does the insulin shot 2 or more hours after eating when the blood sugar goes sky high, and leads to diabetic Ketoacidosis which can cause weight loss. The only time the nurse tests the blood sugar and discovers it is low or normal is when the diabetic exercizes a lot to protect health. I am losing weight and am forced to exercize a lot to keep my blood sugar down. Not enough insulin to convert carbs/sugar into energy, so my body uses fat for energy. I am on Lantus but that is not enough to sustain my bodies health. My blood was drawn to lab test my diabetic A1C blood hemoglobin level. Been arrested last Wednesday and has been 1 week and 1 day that I been in Jail. My weight has dropped from 186lbs (est.) to 179.7 (est.) in 8 days. 6 to 7 pounds weight loss total. I declare under penalty of perjury that the foregoing is true and correct. Executed on June 4, 2015.

Brian D. Hill
Signed

Respectfully filed with the court.

#1908253

Brian David Hill (Pro Se)
Forsyth County Detention Center
201 N. Church St.
Winston Salem, NC 27101

Case 1:13-cr-00435-TDS   Document 106-1   Filed 06/08/15   Page 1 of 2

# CERTIFICATE OF SERVICE

I, Brian D. Hill certify that the foregoing "HEALTH DETERIORATION REPORT # 1"/Week 1 was ~~was~~ deposited in the institution's mailing system on June 4, 2015 to be mailed out via United States Postal Service, to the Clerk Of The Court which shall send notification via CM/ECF (once filed on Docket) to the following parties:

| U.S. Attorney | U.S. Probation Office | U.S. Marshals Office |
|---|---|---|
| - Ripley Rand | - Chief Philip Williams | |
| - Anand P. Ramaswamy | (Western District of Virginia) | |
| | - Deputy Chief Lisa P. Palombo | |
| U.S. Magistrate Judge | | Defendant |
| Elizabeth Peake | - Edward R. Cameron | Brian David Hill |
| (The Honorable) | (Supervisory USPO) | |

Brian D. Hill
signed
Brian David Hill (Pro Se)
Forsyth County Detention Center
201 N. Church St.
Winston Salem, NC 27101
#1908253