

Envelope:

From:
Brian David Hill #7908253
201 N. Church St.
Winston Salem NC 27101
Forsyth County Detention Center

LEGAL MAIL / INMATE MAIL

To:
U.S. District Court
Richardson Preyer Federal Building
ATTN: Clerk Of The Court Filing/Motion (2 separate filings)
324 W. Market St, Suite 1
Greensboro NC 27401

Postmark: GREENSBORO NC 274 / PIEDMONT TRIAD MAIL / 05 JUN 2015 PM 6 L

Stamp: RECEIVED / REJECTED 10:30 am