# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

    v.                                Case Number:    1:13CR435-1

BRIAN DAVID HILL

# NOTICE OF RESCHEDULING

**Take notice** that the above-entitled case set for **Supervised Release Violation Hearing** on June 25, 2015, at 9:30 a.m. before Chief Judge William L. Osteen, Jr. **has been rescheduled to June 30, 2015 at 2:00 p.m. before Judge Thomas D. Schroeder in Winston-Salem, N.C., Courtroom No. 2**.

John S. Brubaker, Clerk

By: /s/ Anita Engle, Deputy Clerk

Date: June 9, 2015

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD