From:
Brian David Hill #4-98253
Forsyth County Detention Center
201 N. Church St.
Winston Salem, NC 27101

INMATE MAIL

To:
L. Richardson Preyer Federal Building
U.S. District Court, Middle District of N.C.
ATTN: Clerk Of The Court MOTION/Filing
324 W. Market St. Suite 1
Greensboro, NC 27401

LEGAL MAIL