IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Plaintiff, United States of America | Criminal Action No.
v.                                  | 1:13CR435-
Defendant, Brian David Hill         |

FILED
JUN 16 2015
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By _____

## REQUEST FOR TRANSCRIPTS

The Defendant hereby requests Transcripts of two hearings from the Court by the Court Reporter assigned to both hearings then file the Transcripts on Docket on public record.

This filing/MOTION/request can be amended by my Attorney Renorda Pryor as necessary.

1. Arraignment hearing - May 28, 2015 in front of U.S. Magistrate Judge Elizabeth Peake.
2. Detention hearing and Probable Cause hearing - June 11, 2015 in front of U.S. Magistrate Judge Elizabeth Peake.

This request is filed in forma pauperis (indigent) since I am under CJA status for being indigent.

I ask that the court grant this request.

This the 12th day of June, 2015.

Brian D. Hill
Signed

Brian David Hill (Pro Se)
Forsyth County Detention Center
201 N. Church St.
Winston Salem, NC 27101

Case 1:13-cr-00435-TDS   Document 109   Filed 06/16/15   Page 1 of 2

# CERTIFICATE OF SERVICE

The Defendant Brian David Hill hereby certifies that the foregoing REQUEST FOR TRANSCRIPTS is deposited in the Institution's mailing system on June 12, 2015, to be mailed out to the Clerk Of The Court via United States Postal Service (USPS), then the Clerk shall notify the following:

**Defendant**
- Brian David Hill
- Attorney

**U.S. Magistrate Judge**
- The Honorable Judge Elizabeth Peake

**U.S. Attorney**
- Ripley Rand
- Anand Prakash Ramaswamy

**U.S. Probation Office**

**Court Reporter**
- Whoever was at both hearings reporting on the hearings is the Court Reporter that needs to be notified.

Open to be amended by Attorney Renorda Pryor!

Brian D. Hill
signed
Brian David Hill (Pro Se)
Forsyth County Detention Center
201 N. Church St.
Winston Salem, N.C. 27101