GREENSBORO NC 270
PIEDMONT TRIAD AREA
15 JUN 2015 PM 3 T

INSPECTED
L. Richardson Federal Building
U.S. District Court
ATTN: Clerk of the Court Request for Transcript
324 W. Market St, Suite 1
Greensboro, NC 27401

Brian David Hill #1908253
Forsyth Co. Detention Center
201 N. Church St.
Winston Salem, NC 27101

**INMATE MAIL**

**LEGAL MAIL**