IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Plaintiff, United States of America | Criminal Action No.
v. | 1:13CR435-1
Defendant, Brian David Hill



## REQUEST FOR EXPEDIATION OF REVOCATION HEARING - EMERGENCY REQUEST/MOTION
[EMERGENCY]

The Defendant asks The Honorable Judge of This Honorable Court, for a request of expediation of the Revocation hearing to an earlier date for compelling reasons stated below, and to protect my Constitutional right to life or limb.

[EMERGENCY]

1. As my multiple Pro Se filings and evidence has demonstrated, that my health is deteriorating and I continue to suffer the effects of high blood sugars and Ketoacidosis. I may suffer the loss of life or limb by the medical staff of the Jail. The longer this continues without remedy puts me at major risk of a diabetic coma, loss of eyesight, loss of Kidney function, nerve damage, and amputation of my body which all of those is permanent damage to my body, which puts me at loss of life or limb. I already filed a Declaration with the Court after my May 27th arrest and other Declaration, all under Oath and partially affirmed by Witness Roberta Hill at the Detention hearing, that proves USPO Kristy Burton lied in her testimony in the Petition for Revocation. USPO Burton lied on material fact by claiming the Clerk of Court directed me to stop sending documents to the Court, when the fact is a letter on Docket directs me to file documents by hand delivery or through Mail, to the Clerk. I have enough evidence that I violated NO CONDITION of Supervised Release and that USPO Burton lied in the Petition for Warrant... for Offender Under Supervision

1

2. I remember being told that it was June 25th that I would have my revocation hearing. I cannot make it to June 30th as my energy is worse, I suffer and combat against my high blood sugar every day since I been here. The nurses still refuse insulin to carb ratio and continue giving me insulin hours after I eat, and it isn't even my prescribed fast acting NovoLog insulin, but their 70/30. My A1C is high at 9.5. Even in FCI-Butner in 2014, my A1C tested as 10.9 in Feb. 2014 and that covered a 3-month average which covers my stay in Forsyth County Detention Center and Guilford. The evidence I filed with the Honorable Court is clear, that my health is in jeopardy. Only exercise such as walking and a lot of writing can minimize my health deterioration but my body doesn't have the energy that it did in the outside world. I am sorry Attorney Renorda Pryor for filing this Pro Se but I am suffering so much pain of nerves hurting, dehydration, skin problems, and my critical thinking has been impacted. I have absolutely no choice but to file this Pro Se and fast. I need to prove that USPO Kristy L. Burton lied in the Petition as soon as Possible, so that my Supervised Release can be reinstated and penalties on Burton for lying on testimony to the Court when I complied with all of her orders. She told me to stop texting (outside of Release conditions) I stopped texting, she ~~told~~ forced me to get Counseling at Piedmont my private Counseling covered by my Medicaid, when I wanted to seek a new Counselor, even though Piedmont didn't really help me with my mental issues, I still went there as Ordered by Kristy Burton. Burton violated my Civil and Constitutional rights by lying in the filed Petition for revocation, then having me suffer health deterioration in the County Jail. I want mental health assistance but Burton wants to control who I see, where I get counseling at, and at my Medicaid's expense.

2

*I'm tired of suffering in Jail* 😞

# Evidence Attached!?

I'm sorry Renorda, I'm sorry Cynthia Everson, I'm sorry my family, but I have to file this to protect my health from further deterioration. In fact I'm so desperate to be free from this Jailhouse nightmare, I filed a complaint with the U.S. Department Of Justice, Office of The Inspector General begging them for withdrawing the senseless Petition and reinstating my Supervision. I attach the <u>imperfect hand written copy</u> of my <u>6-Page Complaint letter</u> as evidence. I do put myself at risk of hurting my case with Pro Se filing but my suffering in Jail is unbearable. Common Sense tells me not to file this, not to show my hand to the enemy (U.S. Attorney), but I have no choice as my body is in pain and telling me to file this. I don't understand why I have to suffer so (bleeding) much with high blood sugars while I violated no condition. I AM SUFFERING your honor.

— I should get an earlier date for my Revocation hearing. I recommend that my Revocation hearing be expediated to June 25th, 2015. I also ask that my hearing only be 1-day, that the Judgement of the matter be decided on June 25th, so that I can prove with my Attorney that I violated NO conditions, then be released to my family and Medical Caretaker Roberta Hill as soon as possible, that the Probation Office be penalized for their wrongful Petition filing, and that my Supervised Release be reinstated quickly. I beg of you to expediate my Revocation Hearing to June 25th, please.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 16, 2015.

I request with the Court, that this Emergency request be addressed on the papers. I waive my right to a hearing on this request/Motion. All my Pro Se filings is evidence (May 27 on up) for this request.

Brian D. Hill
Signed

Brian David Hill (Pro Se)
916 Chalmers St., Apt. D
Martinsville, VA 24112

3

## CERTIFICATE OF SERVICE

I, certify that the foregoing, REQUEST FOR EXPEDIATION OF REVOCATION HEARING - EMERGENCY REQUEST/MOTION [EMERGENCY] was deposited in the institution's mailing system on June 16, 2015, to be mailed out via United States Postal Service (USPS) to the Clerk Of The Court to immediately assign this request/Motion to the newly assigned Judge over my case, then notify all involved parties.

I beg the Clerk to treat this Motion as a emergency matter and that it be assigned quickly to a Judge, then acted upon promptly to protect my body from permanent diabetic damage.

Please rule this on the papers instead of a hearing on this specific Request/Motion. I still wish to have my Revocation hearing but that it be expediated to June 25. My life or limb must not be put in be further jeopardy then necessary.

Brian D. Hill
Signed
Brian David Hill (Pro Se)
Forsyth County Detention Center
201 N. Church St.
Winston Salem, NC 27101
Home:
916 Chalmers St., Apt. D
Martinsville, VA 24112

[EVIDENCE ATTACHED]
6 Pages - 10 Pages to file, in total.

4