IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Plaintiff, United States of America | Criminal Action No.
V. | 1:13CR435-1
Defendant, Brian David Hill |



# DECLARATION OF SUFFERING AND ~~RECOMMEND~~ RECOMMENDATION FOR RELEASE TO MENTAL HOSPITAL PENDING ~~##~~ FURTHER PROCEEDINGS - MOTION (PETITION)

I, Brian D. Hill, file a Petition and Declaration with this Court recommending that I be detained at Bowman Gray Hospital in Winston Salem, NC, and that I be released from Forsyth County Detention Center and placed under a Temporary Detention Order at Bowman Gray Hospital's mental inpatient unit pending further proceedings (Revocation hearing) from this Honorable Court.

## DECLARATION OF SUFFERING

I, Brian D. Hill, state under Oath of my suffering inside of Forsyth County Detention Center, and document all of this for the Court and General Public. The Jail commits mental abuses against the mentally disabled and harass inmates that step on some toes symbolically, politically. This Jail also does not give insulin properly and diabetics suffer here from what I have noticed. I have suffered the wrath of this Jail around June 14, 2015, for wanting better medical care.

1

Your honor,

It all started around May 13, 2015 when the nurses continues giving me insulin (70/30 not NovoLog) 2-3 or more hours after I eat the Jail's diet trays that have a concerning amount of carbohydrates. Breakfast diet trays carby food is usually Orange Juice, grits or Oatmeal, and possibly a slice of bread with Milk. Lunch and Supper diet trays too have carbs such as the "scratch pattys", potatoes, Milk (Lunch), rice, peaches (sugar), applesause (even if dieted should still have carbs) and multiple slices of bread. I am a Type 1 brittle diabetic and diet trays don't solve the issues of the diabetic as their diet trays are based on a 2500 (est.) calorie limit instead of a carb limit. I am aware that carbohydrates are converted into sugar/glucose for the body to convert into energy using insulin while the extra carbs and calories is stored as body fat.

Anyways because the nurses don't give insulin for the carbs on diet trays, they only react to the high blood sugars caused by their carby diet trays under their flawed method of only using sliding scale instead of insulin to carb ratio (mine is 1-unit per 7-grams of carbohydrates).

I felt the Government (meaning U.S. Attorney) is abusing me mentally by lying in Court and maliciously prosecuting me, while they are abusing me physically by detaining me under inadequate medical care in the County Jails instead of a appropiate Medical facility to be detained. That was also why I falsely plead guilty (or at least one of several reasons) to my charge due to the influence of my health deteriorating and ineffective counsel, but that is for another matter which will be worked on by me and my Attorney Cynthia Everson in preparation for a 2255 Motion in the future. Anyways I filled out a sick call on May 13, a sheet requesting for a Mental health Counselor (like Piedmont Community ~~Services~~ Services in Martinsville, VA) for what I felt was the Government abusing me.

2

Around early morning on May 14, 2015, I was called in to see the nurse over my request for a "Counselor" not "suicide watch!" but a COUNSELOR. The Jail staff took it the wrong way. The nurse took my request as a need to be put on "Mental Health Watch" which isn't to help me. I told her in front of the Sargent that I am just trying to get the jail to give me better medical care, and that the U.S. Marshals and the U.S. District Court are trying to make sure I get better medical care in Jail. The Nurse knew what I was talking about regarding my brittle diabetes, and knew I wasn't suicidal. She told me the best she can do was move me to 2A and try to fix this screwup in 24 hours then try to move me back to 2B where my friends are as I got along with everyone there.

Well things went from bad to worse. The officer asked if I wanted to move and I kindly requested that I stay in 2B07, and he said he will have me on lockback till this thing gets resolved, he lied.

After breakfast I had a bad feeling so I quickly written a hand written copy of a letter to the Office of The Inspector General in the U.S. Department Of Justice which I am writing about my concerns of Kristy Burton lying. I was then finished and quickly sealed my legal mail to the U.S. DOJ when Officer D. A. Wilson went up to my door acting creepy. He told me to back up until I was away from my cell door, then asked me in a creepy tone "Who are you writing to?" and I answered with "U.S. Department Of Justice." He then told me when he came in about me showing him respect and he will show me respect, something like that. He told me that somebody left a note that I had made threatening remarks towards others and myself, and have been put under "Mental Health Watch". I asked to see the note, the alledgedly claimed note, and Officer Wilson refused to show me the note.

3

I told him that I want to see my Attorney, and he refused that request too claiming that it is Sunday. He told me that every 15 minutes, I think, he will come and check on me so I can only sleep for 13 minutes as I will have to wake up every time he comes by (Sleep deprivation threat).

After that I informed him that it's a violation of human rights, and he said it wasn't. I then told him that I will inform the U.S. District Court about it and he acted as if he was okay with it. Officer D. A. Williams was making me afraid so I told him he won't get away with this but he could care less. I demanded that he allow my legal mail to the DOJ and he accepted my mailing then dropped it in the mailbox. I protested and cussed at him until he let me sleep without forcing me to wake up every 13 minutes. I also written two grievance complaints over the matter and filed them in the grievance box. That Officer continued this harassment until day shift was over then night shift has me under "Watch". Fortunately he did allow me an hour out to call my family over the matter.

The officers continue keeping me under tight watch even till 3:15AM at June 15, 2015 on Monday and may be ongoing until I explain to mental health that I only wanted to see a Counselor like in the outside world, not be put under this stupid "Watch". I do have a great lawyer but I am scared of the Officers targeting me to be punished when I don't ever made such a note. Why would I threaten to harm others and myself when I know I can win my case??? I believe I been framed again or the Officers misconstrued my figure of speech as a threat when I have no intent of such. Either way the Jail staff ~~has handling~~ handled the matter/situation very poorly and caused me to suffer mental health anguish and further delay of getting my diabetic insulin.

4

Correction 5:00 AM: I did get my blood sugar checked before other diabetics one time. So now instead of getting my insulin with the other diabetics, I am forced to wait till they all get their insulin first before I can even get my blood sugar checked. So even more delay to get my insulin now then ever before. My stress and anger/frustration, and anxiety was so bad on May 14, that I slept most of the day depressed and my night blood sugar was high around the 440s range. The nurse knew that my high blood sugar reading was stress related by telling such. She figured I was on their stupid "watch" which increased my stress, anxiety, and fear. I can feel my blood really pumping and stressed over what these Officer morons of the Jail did to me. They know I have Mild Autism and Obsessive Compulsive Disorder yet forced a dramatic change on my life here in Forsyth. 2B07 has a better sink and faster warm water. I was forced into 2A01 with a worse sink and warm water comes slowly which has caused a dramatic upset in my routines and rituals of my OCD and Autism. It caused me to make weird noises, cry, singing F*** the Police, and shunning the Officers as they walk by. They took my friends away, they gave me a worser sink, they harass me, all for wanting a mental health Counselor. My agitation is staying up. This Jail screwed me up mentally and physically and I wish I can be released. This Jail is a Nightmare and I feel the Officers are hurting me. Guilford is worse then Forsyth. I should be in a Hospital instead of Jail. I'm tired of being treated like a Jails animal, like horse dung. Human Rights Watch was right about not treating prisoners right that are mentally ill or disabled, the Jails shouldn't be housing mentally disabled but the mental Hospitals should instead.

5

Correction: Bob Tuskin radio show did cover my case.
None of this would be happening had the Alternative Media widely covered my criminal case and I mean Alex Jones from Infowars.com, Chris Geo from Truth Frequeny Radio, ActivistPost, DrudgeReport and the mainstream media. None of them seem to want to cover my criminal case, want to expose that I was framed with child pornography in 2012, that the SBI report Page IV claimed that I downloaded child porn in 2013 when my computer was seized in Aug. 28, 2012. Had the Media dared to cover my case, Cynthia Everson would have taken my case in 2013 and I never would have plead guilty. Alex Jones should have covered my case on Infowars and PrisonPlanet yet he didn't want to cover my case. Some allies they were :-(. All I can do is try to survive this.

# RECOMMENDATION

I recommend that the Court have me temporarily committed to a Mental hospital closest to the U.S. District Court for my detainment until a disposition/resolution can be ruled on after I appear before the Judge in the revocation hearing. Even Page 5 of the filed Petition for Warrant, recommended to assist me in receiving mental health assistance. For my mental and physical health concerns, as Attorney Renorda Pryor brought up at my Detention hearing on June 11th, since I'm NO flight risk, I should be detained at the mental inpatient unit of Moses H. Cone hospital or Bowman Gray Hospital in Winston Salem, NC.
I declare under penalty of perjury that the foregoing is true and correct.
Executed on June 15, 2015.

Brian D. Hill

6

Respectfully filed with the Court, this the 15th day of June, 2015.

Brian David Hill (Pro Se)
916 Chalmers St., Apt. D
Martinsville, VA 24112

This is OPEN to AMENDMENT by my Defense Attorney Renorda Pryor.

Forsyth County Detention Center
201 N. Church St.
Winston Salem, NC 27101

CERTIFICATE OF SERVICE

I, Brian D. Hill certify that the foregoing DECLARATION OF SUFFERING AND RECOMMENDATION FOR RELEASE TO MENTAL HOSPITAL PENDING FURTHER PROCEEDINGS – MOTION, has been deposited in the institution's mailing system on June 15, 2015, to be mailed out via United States Postal Service to the Clerk Of The Court to notify all involved parties.

_Brian D. Hill_
Signed

Brian David Hill (Pro Se)
916 Chalmers St., Apt. D
Martinsville, VA 24112
#1908253 Forsyth County Detention Center
201 N. Church St.
Winston Salem, NC 27101

7