

# UNITED STATES DISTRICT COURT

### for the

### Middle District of North Carolina

### Report of Offender Under Supervision

Name of Offender:   Brian David Hill            Case Number:     1:13CR435-1

Name of Sentencing Judicial Officer:     The Honorable William L. Osteen, Jr.

Date of Original Sentence:            November 10, 2014

Original Offense:     Possession of Child Pornography in violation of 18 U.S.C. §§ 2252(A)(a)(5)(B) and (b)(2).

Original Sentence:     10 months and 20 days imprisonment, but not less than time served, followed by 10 years supervised release.

April 29, 2015: Modification suspending mandatory drug testing was filed.

June 30, 2015: Supervised release violation hearing before the Honorable Thomas D. Schroeder. Supervised release was continued with the additional special conditions of six (6) months home incarceration and participation in a Cognitive Behavioral Therapy program.

Type of Supervision:     Supervised Release         Date Supervision Commenced: November 13, 2014
                                                 Date Supervision Expires: November 12, 2024

Assistant U.S. Attorney: Anand Prakash Ramaswamy         Defense Attorney: John Scott Coalter

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**CONDITION VIOLATED**

The defendant shall cooperatively participate in an evaluation and a mental health treatment program with emphasis on sex offender treatment, and pay for those treatment services, as directed by the probation officer. Treatment may include physiological testing, such as the polygraph and penile plethysmograph, and the use of prescribed medications.

**NATURE OF NONCOMPLIANCE**

Mr. Hill was terminated from sex offender treatment unsuccessfully on August 11, 2015.

**U. S. Probation Officer Action:**

On August 13, 2015, a status report was received from Senior U.S. Probation Officer Jason McMurray, Western District of Virginia, with regards to Brian David Hill's compliance with sex offender treatment. Mr. Hill is being supervised in the Western District of Virginia but jurisdiction remains in the Middle District of North Carolina. According to Senior U.S. Probation Officer McMurray on August 11, 2015, he was notified by Dr. Keith Fender, certified sex offender treatment counselor at Radford Counseling that Mr. Hill was being removed from counseling after two sessions. Mr. Hill's final session took place on August 8, 2015. Mr. Hill was deemed by the counselor as "not amenable to treatment." Dr. Fender noted that Mr. Hill's contributions to group counseling have solely focused on his impression that he was wrongfully convicted for the instant offense, thus making it impossible for him to adjust and eventually complete sex offender counseling. Additionally, Dr. Fender advised that Mr. Hill was removed from the group so as not to hinder the progress of other members of the counseling group.

According to Senior U.S. Probation Officer McMurray, Mr. Hill is in full compliance with all of the other conditions of supervised release. He continues to attend mental health counseling in the Western District of Virginia and maintains medication compliance. Mr. Hill has also complied with his location monitoring special condition. He continues to live in Martinsville, Virginia with his mother and grandparents.

It is the recommendation of the probation office that Mr. Hill continue on supervised release at this time and participate in his regular mental health treatment program. Mr. Hill could be re-referred to sex offender specific treatment in the future if deemed appropriate. If there are additional issues with non-compliance the Court will be notified immediately.

Respectfully submitted.

Edward R. Cameron
Supervisory U.S. Probation Officer

Approved by:

Lisa P. Palombo
Deputy Chief U.S. Probation Officer

8/26/15
Date

[ X ]   The Court Adopts the Recommendation(s) of the Probation Officer
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

Signature of Judicial Officer

9 - 2 - 15
Date