


1007

# U.S.W.G.O.

Brian D. Hill
<u>Signed</u>

REJECTED

900
1200

REQUEST
Part 2/2
documents
- 2255 Brief/Evidence/
- Motion
tion/Letter



**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE (276) 290-3605
Brian D. Hill (USWGO)
310 Forest St, Apartment 2
Martinsville, VA 24112

PAYMENT BY ACCOUNT (if applicable)

DELIVERY OPTIONS (Customer Use Only)
☒ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☒ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE (336) 332-6030
ATTN: Clerk of The Court
U.S. District Court
324 W. Market Street
Greensboro, N.C.
ZIP + 4® (U.S. ADDRESSES ONLY)
2 7 4 0 1 2 5 4 4

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE**
☐ 1-Day
PO ZIP Code

Date Accepted (MM/DD/YY)

Time Accepted  ☐ AM  ☐ PM

Special Handling/Fragile
$

Weight  ☐ Flat Rate
lbs.  ozs.

**DELIVERY (POSTAL SE**
Delivery Attempt (MM/DD/YY)

Delivery Attempt (MM/DD/YY)

LABEL 11-B, OCTOBER 201



post-consumer waste.