In the United States District Court

For the Middle District of North Carolina

Greensboro Division



| | |
|---|---|
| United States of America<br>Plaintiff(s)<br><br>v.<br><br>Brian David Hill<br>Defendant(s) | Criminal Action No.<br>1:13-cr-431-1 |

# NOTICE TO CLERK OF THE COURT REQUESTING CERTAIN EXHIBITS BE FILED IN COLOR AND/OR UNDER SEAL FOR,
# BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"

## DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION

The Defendant requests with the Clerk of the Court that certain Exhibit filings be filed in color and/or under seal and the table below should guide the Clerk in filing the Exhibits appropriately for the CM/ECF system, since the Defendant in this case does not have the ability to file via CM/ECF to make certain evidence filings in color. Certain evidence filings MUST be filed in COLOR to ensure that details pertinent to the actual innocence of Brian David Hill be kept. I beg the Clerk to respect my request to file certain Exhibits in color and/or under SEAL as I wish I could have CM/ECF filing privileges but I cannot and will not use the internet until my criminal conviction is overturned, so please respect my requests to file certain Exhibits in color without argument. The Western District of Virginia had filed certain Exhibits in color as part of the Federal Rules and filing procedures, so please follow that standard of protocol. Thank You!

The Exhibits should be filed as follows:

| Exhibit: | SEALED? | Color? |
| --- | --- | --- |
| Exhibit 1 | NO | Black and white |
| Exhibit 2 | NO | Black and white |
| Exhibit 3 | NO | Black and white |
| Exhibit 4 | NO | COLOR |
| Exhibit 5 | NO | Black and white |
| Exhibit 6 | NO | Black and white |
| Exhibit 7 | NO | Black and white |
| Exhibit 8 | NO | Black and white |
| Exhibit 9 | NO | Black and white |
| Exhibit 10 | NO | COLOR, due to some color images in paper |
| Exhibit 11 | NO | COLOR |
| Exhibit 12 | NO | Black and white |
| Exhibit 13 | NO | Black and white |
| Exhibit 14 | NO | Black and white |
| Exhibit 15 | NO | Black and white |
| Exhibit 16 | NO | Black and white |
| Exhibit 17 | NO | Possibly COLOR as black and white may degrade image detail |
| Exhibit 18 | NO | Black and white |
| Exhibit 19 | NO | Black and white |
| Exhibit 20 | NO | Black and white |
| Exhibit 21 | NO | COLOR, Color photographs |
| Exhibit 22 | NO | Black and white |

| Exhibit 23 | NO | COLOR to retain detail of 2013 Facebook printouts |
| --- | --- | --- |
| Exhibit 24 | NO | Black and white |
| **Exhibit:** | **SEALED?** | **Color?** |
| Exhibit 25 | NO | Black and white |
| Exhibit 26 | NO | Black and white |
| Exhibit 27 | NO | Black and white |
| Exhibit 28 | NO | Black and white but Defendant commends COLOR to preserve Prison Planet Forum logo evidence details |
| Exhibit 29 | NO | Black and white |
| Exhibit 30 | NO | Black and white but Defendant commends COLOR to preserve Prison Planet Forum logo evidence details |
| Exhibit 31 | NO | COLOR because of color photograph of notebook that has evidential value |
| Exhibit 32 | NO | COLOR to retain evidential valud of evidence pages including color logo image of USWGO website and Alternative News |
| **Exhibit:** | **SEALED?** | **Color?** |
| Exhibit 33 | NO | Black and white |

| Exhibit 34 | NO | Black and white |
| Exhibit 35 | NO | COLOR, as this article contains an evidence color photograph of the Mayodan Police Chief that must be retained in COLOR for evidential value and cross examination or referencing. |
| Exhibit 36 | NO | COLOR, as this article contains an evidence color photograph of formerly the Rockingham County District Attorney ("DA") Phil Berger Junior (Jr.) and Asst. DA Melanie Bridge that must be retained in COLOR for evidential value and cross examination or referencing. |
| Exhibit 37 | NO | COLOR, as this article contains an evidence color photograph of the former Secretary of the U.S. Dept. of Homeland Security ("DHS") that must be retained in COLOR for evidential value and cross examination or referencing. |

| Exhibit: | SEALED? | Color? |
| --- | --- | --- |
| Exhibit 38 | NO | COLOR as this local email record contains photographs in color, that must be filed in color to retain evidential value and information needed to cross examine and cross reference, aka it is necessary to file this in COLOR. |
| Exhibit 39 | NO | Black and white, with exception to the photograph of the typed statement from "Kenneth R. Forinash" if Black and White scan does not look legible |
| Exhibit 40 | NO | Black and white |
| Exhibit 41 | NO | Black and white |
| Exhibit 42 | NO | Black and white |
| Exhibit 43 | NO | Black and white |
| Exhibit 44 | NO | Black and white |
| Exhibit 45 | NO | Black and white |
| **Exhibit:** | **SEALED?** | **Color?** |
| Exhibit 46 | NO | COLOR |
| Exhibit 47 | NO | Black and white |
| Exhibit 48 | NO | Black and white |

| Exhibit 49 | YES, File under SEAL except "NOTICE OF SEALED EXHIBIT" if possible. | Black and white |
|---|---|---|
| Exhibit 50 | NO | COLOR (or scan two of the specified Exhibit pages (20 and 29) in COLOR) as two pages "Page 20 of 38, and "Page 29 of 38" both have a color image and Black and White may get rid of information that is of evidential value. Defendant asks that these few pages be filed in color if possible, or if not possible then all pages. |
| Exhibit 51 | NO | Black and white |
| Exhibit 52 | NO | Black and white |
| Exhibit 53 | NO | Black and white |
| ADDITIONAL EVIDENCE DECLARATION IN SUPPORT OF, "BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" | NO | COLOR |

The Defendant hereby requests that the Clerk of the Court to file each of the Exhibits of his § 2255 brief as stated in the table above. Thanks!

Defendant also requests with the Court that a copy of this *"NOTICE TO CLERK OF THE COURT REQUESTING CERTAIN EXHIBITS BE FILED IN COLOR AND/OR UNDER SEAL FOR" - BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY" - DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION* be served upon the Government as stated in **28 U.S.C. §1915(d)**, that "The **officers of the court shall issue and serve all process, and perform all duties** in such cases. **Witnesses shall attend as in other cases**, and the **same remedies shall be available as are provided for by law in other cases.** Defendant requests that the COPY be served with the Plaintiff which is the U.S. Attorney office of Greensboro, NC via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

This "NOTICE TO CLERK OF THE COURT REQUESTING CERTAIN EXHIBITS BE FILED IN COLOR AND/OR UNDER SEAL FOR" - BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY" - DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION is respectfully filed with the Court, this the 11th day of November, 2017

| Date of signing: | Respectfully submitted, |
|---|---|
| *November 11, 2017* | *Brian D. Hill* Signed |
| | Brian D. Hill (Pro Se) |
| | 310 Forest Street, Apartment 2 |
| | Martinsville, VA 24112 |
| | Phone #: (276) 790-3505 |
| | U.S.W.G.O. |