v. That the Defendant be allowed to travel overseas via passport again, including by cruise ship or even be allowed travel to places like Canada, and treated as a law abiding citizen again, that he not be red flagged or be allowed to request expunction from any database or system that was triggered by his wrongful conviction once he is acquitted. That the U.S. Department of Homeland Security treat him as an innocent man as if he had never been convicted of a crime since that is the truth upon being acquitted by Jury or by an actual innocence claim.

vi. That in the event that the Court grants the Defendant a new trial, that the Defendant remain under the same supervised release conditions by the U.S. Probation Office during the course of the new trial, that the same conditions he had been serving as a guilty man, that he serve the same conditions if there is to be any requested detention hearing by the Government. The same conditions such as what has been followed since release from imprisonment. After the acquittal of the Defendant, the Defendant asks that the supervised release type conditions and all restrictions and disabilities be vacated.

vii. Defendant asks that all forfeited property lose forfeiture and shall remain under the custody of the U.S. Government until a property release plan can be established that can allow the Defendant to receive all lawful computer DATA, files, videos, documents,

pictures, volunteer-work projects, etc. and any computers that do not contain any contraband. Defendant has a lot of important files and memories and asks that he get all of his lawful DATA and property back but that precautions be taken to prevent contraband from leaking out to the Defendant. The Defendant wants to have nothing to do with child pornography. The Defendant never wanted child pornography. So the Defendant requests that the U.S. Attorney and/or the U.S. FBI release the Defendant's property safely back to the Defendant and work on the release plan to release the lawful DATA from property that is contaminated by contraband and files modified by computer hackers, or that an independent computer forensic team examine the property that is to be released by the Government.

The Defendant has also attached an application to proceed without prepayment of fees to ask the Habeas Court to allow the Defendant to continue to proceed 'in forma pauperis' under the Criminal Justice Act (CJA). The Defendant also requests that legal Counsel be appointed for all proceedings and filings in the future pursuant to Defendant's § 2255 motion and brief, pursuant to the Criminal Justice Act.

The Defendant hereby requests that the Court grant his § 2255 Motion with the supporting brief giving good cause as to why such motion should be granted. Thanks!

Defendant also requests with the Court that a copy of this Brief and Defendant's § 2255 Motion be served upon the Government as stated in **28 U.S.C. §1915(d)**, that "**The officers of the court shall issue and serve all process, and perform all duties** in such cases **Witnesses shall attend as in other cases**, and the **same remedies shall be available as are provided for by law in other cases**. Defendant requests that the COPY be served with the Plaintiff which is the U.S. Attorney office of Greensboro, NC via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

This MOTION and Brief is respectfully filed with the Court, this the 10th day of November, 2017

Date of signing:

*Nov. 10, 2017*

Respectfully submitted,

*Brian D. Hill*
Signed

Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, VA 24112
Phone #: (276) 790-3505

**U.S.W.G.O.**

## <u>Declaration of Plaintiff Brian David Hill in attachment to "BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY""</u>

I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

175

1. I am Brian David Hill, also known as Brian D. Hill, and am the Defendant in the Federal criminal case: United States of America v. Brian David Hill, Criminal Case No. 1:13-cr-435-1, in the United States District Court for the Middle District of North Carolina.

2. I am Brian David Hill, also known as Brian D. Hill, and am the Plaintiff in the Federal civil case: Brian David Hill v. Executive Office for United States Attorneys et al., Civil Case No. 4:17-cv-00027. I tie my civil case with my criminal case as interlinked with my 2255 motion as the civil case has over 400+ pages of filing which include newly discovered evidence in 2017 that could not have been discovered before my sentencing. I file this Declaration type of Affidavit with the Court with original signature as a sign of good faith and demonstrating factual evidence showing good cause for such action. I am INNOCENT of the charge in case: United States of America v. Brian David Hill, Case # 1:13-cr-435-1, and in the U.S. District Court for the Middle District of North Carolina. Since my release from imprisonment, I have been trying to prove my innocence but am being blocked by the Government as well as blocked by John Scott Coalter, and my due process was deprived forcing me into taking the guilty plea agreement under false pretenses, being misled by the Federal Public Defender office in Greensboro, North Carolina. I have Autism Spectrum Disorder (ASD), Obsessive Compulsive Disorder (OCD), Generalized Anxiety Disorder (GAD), and I have type 1 brittle diabetes (diabetes mellitus).

3. I was diagnosed with insulin dependent diabetes with seizures and Pervasive Developmental Disorder (Not Otherwise Specified) PDD-NOS by the time that I was 2 years old and with Autism when I was age 4. I have always done well with visual (writing and reading materials that I take an interest in, including typing on a computer, word processing program) but my main issues of my disability that this Court should take notice of is in the verbal, social areas. Autism is a developmental disorder that results in impaired social behavior, difficulty

176

communicating to others, and repetitive behavior patterns. Medical experts diagnose Autism by performing neurological, cognitive, and language testing. Due to my autism and brittle diabetes with seizures, I have been on SSI before the age of 2 years old (for over 25 years) and will be disabled for life. I also have a disability Medicaid waiver (ADW) in Virginia since 2012 which pays for a caregiver and aids so I can remain in my own home. I have at least 4 disabilities which are covered (insulin dependent diabetes, seizures, autism and OCD) under the Americans with Disabilities act I would need an advocate (a lawyer) in the courtroom during the trial days) due to all of my disabilities.

4. I had ineffective assistance of Counsel which is <u>Eric David Placke</u>, the Assistant Federal Public Defender for the Middle District of North Carolina. Placke was appointed as my defense counsel on December 23, 2013, as ORDERED by United States Magistrate Judge L. Patrick Auld, and is under Document #4. That is for my criminal case: United States of America v. Brian David Hill, Case # 1:13-cr-435-1, and in the U.S. District Court for the Middle District of North Carolina. When I was incarcerated, I told Placke originally when I first met him that my blood sugar was high and that they weren't taking care of my medical needs. I told him at the first meeting that I was set up and tried to tell him what I could, but it was hard to think straight with not being given enough diabetic insulin by the Jail. Placke at another time told me that I and he would go over the discovery evidence together. When I first saw the discovery pack of papers on the other side of the sheet of glass window. In Forsyth County Detention Center and Orange County Detention Center, Placke and I had our meetings with a sheet of glass between us and an area to which Placke could slip papers through a thin area to which he can slide sheets of paper through the slot because at least Forsyth County Detention Center was a Maximum Security Jail as I am aware of. When I first saw the discovery material I thought it was like the size of an old phonebook with hundreds and hundreds of evidence

177

pages, I assumed that there was hundreds of pages of file names and lists of suspected child pornography files and/or at least catalogs of blurred thumbnails of the suspected child pornography files that they would claim was on my computer as to why I was indicted. Placke told me that the FBI also got involved and/or had also done a report which I never was able to confirm even through the Freedom of Information Act ("FOIA") request to the U.S. FBI in 2016. He slipped a copy of confession pages that I had signed, he never showed me the Mayodan Police report; he never showed me the State Bureau of Investigation case file from Special Agent Rodney V. White concerning suspect/subject: Brian David Hill; he never showed me anything but some pages of my confession and asked if I had signed them. I confirmed it and then I slipped them back through the slit. Placke never went over the entire discovery with me, even though the bulk of pages was not the true evidence size of the discovery. My family thought that the discovery evidence had been padded to appear to be so many pages that nobody is going to take the time to read through it all in a short period of time. I also didn't know that Placke got the two law enforcement reports on a CD-ROM until I had read the September 30, 2014 court hearing transcript (*which I believe the Court can review such Transcript under Doc. # 115, Page 18 of the 21 total pages of the Transcript by Court Reporter.*). The transcript shows a paragraph and I quote it said that "*Your Honor, I received in terms of discovery in this case from the Government two CDs, one of which contained the audio recording of the interview of Mr. Hill, the other of which contained law enforcement reports in PDF format.*" It makes me wonder if Placke had padded the discovery to make it feel hopeless, that I had no chance at winning my criminal case. I wouldn't doubt it as he deceived me, deceived my family, and I feel he deceived the Court and multiple Federal Judges. Either all Federal Judges are somehow corrupt and are in league with Eric David Placke, or Placke has them so convinced at whatever he wants them to

178

Case 1:13-cr-00435-TDS   Document 128-2   Filed 11/14/17   Page 6 of 58

believe in. He can make me look delusional, make me look guilty, make me look crazy, make me look like a pedophile, and make me look like a liar. The Court needs to know the real Eric David Placke from my own eyes, my own witness testimony. Placke is a backstabbing, horrible prosecuting Attorney who acts as a defense Attorney. All Placke is good at is selling out all of his clients to plea agreements. Placke needs to be removed from office, his federal funding stripped, and removed from the CJA voucher program in my opinion. Not just for what he had done to me but for what he had done to Donnie Earl Robbins and others. Placke never would let me review over the entire discovery packet of evidence. He told me that we will get to listen to the confession audio together. So he arranged on another day for me to meet with Placke at an interview-room with an actual table instead of I and he being divided between a single sheet of likely-bulletproof glass. He went on his Laptop and played the audio of my confession from August 29, 2012 that was at the Mayodan Police Department. It sounded so bad for me for the first time, I started feeling dread and thought I have no chance at winning if a Jury hears all of this. How could I prove at that time that my confession was false while sitting in Jail with little to almost no knowledge that can help me create a defense to the criminal allegation against me? I did notice that the word District Attorney was not in the audio and I recall hearing such a word on that day. Then I also notice weird sounds in the background during the interview/interrogation. I suspected that the audio had been botched up and told Placke about it, and he did nothing about it sadly. He could have asked the Court to appoint an audio forensic expert to analyze the confession audio but he did nothing of the sort despite my bad feeling that the audio may not be in its entirety, that it may have been edited in such a way to make me appear more guilty which misrepresents what had really happened during the interview/interrogation. I knew I gave a false confession but didn't know what I could do to prove it. I tried to tell him, but he lectured me to just

179

let me and him listen to the audio then he would allow me to make comments about it. He said in a disappointing-type voice after the audio ended such as "What are we going to do now?" I told him that proof was in the confession that I was involved in politics, and they did admit to looking through my political YouTube videos of the USWGO Alternative News official YouTube channel. They also admitted to have been on my website which was on the domain name of uswgo.com aka the USWGO Alternative News organization. I also told him that my family has all of my email passwords and can email him a copy of the Joy Strickland emails that I had sent her from my email account admin@uswgo.com. He said he will look into I, and I think he also said that he would investigate this while I got my mental evaluation, which my family was pushing for the Federal Medical Center prison hospital in Butner, NC because of my diabetes. He never showed me the rest of the discovery evidence. He never showed me the State Bureau of Investigation case file report. He never showed me the Mayodan Police Report because in December 2014, I had to fax a request to Mayodan Town Clerk named Melissa K. Hopper (also known as "Lessa Hopper") asking for a copy of my police report file, and luckily they assumed that I could still appeal my criminal case so they mailed it to me without trying to block me. I was shocked for what I had read in the Mayodan Police Report which is 20 pages. At least I got a portion of the discovery evidence in December, 2014 outside of some secret arrangement between the U.S. Attorney and Placke. On January 22, 2015, because earlier on I had formally requested all of my case files from second court appointed lawyer John Scott Coalter, and he said that I and my family could review over the discovery files but could not take them home. So me and my family were there and for the first time in my criminal case since I was finally convicted on November 12, 2014, I got to see the State Bureau of Investigation report concerning myself. My grandmother Stella Forinash got upset when she saw the download dates from eMule.exe, due to the

180

Server.met file, stating that 454 files had been downloaded with the eMule program between July 20, 2012, and July 28, 2013. We also saw the part where a notation was added saying that I confessed to child porn in the Netbook that no files of interest were noted, aka no suspected child pornography was found on my ASUS Eee PC netbook. So that proves my first false confirmed confession statement. We all got upset and made notations of it. After we left Coalter's office we were discussing how crooked it all was and was wondering why they weren't being sent to federal prison for what they did to me. I was wondering why no United States Federal Bureau of Investigation ("U.S. FBI") Agent had ever questioned me over the whole set up operation that was conducted against me by evil and malicious forces whomever is the ringleader of this. Why was child pornography files downloading to my Black Toshiba Laptop Computer while in the custody of both Mayodan Police and the North Carolina State Bureau of Investigation? Placke never showed me all of the discovery, only a small portion, and we reviewed over my confession audio, and that was it. I knew something wasn't right about the forensic examination of my computer because of the threatening email that I had received in 2013 from tormail.org to my admin@uswgo.com. I knew that something highly criminal and terroristic operation was done to me, meant to make me either want to kill myself or run away from the United States and hide somewhere hoping some CIA creep doesn't try to hurt me or whoever was responsible for setting me up. Somebody set me up, and I want answers as to who set me up or at least I want to fight for acquittal so that I can move on with my life as a free man. They wanted to destroy my character and ruin my life. Now as I write this Declaration/Affidavit for the Habeas Court regarding Placke being deficient by not giving me access to my entire discovery, I did not know that I could prove based on Agent Rodney V White's own statement that child pornography had downloaded for eleven months while in the custody of law enforcement.

181

For Placke to ignore the download dates and other red flags. Placke told me that my confession was genuine after I tried to buck my guilty plea with my excessive pro se filings. How could Placke say my confession was genuine when I can cross reference and start showing my confession statements are false, one by one? Is Placke blind? Is Placke deaf? Or is Placke colluding with the U.S. Attorney to keep in good standing with the Government and have a good professional relationship with the enemy by selling out all of his clients to the enemy? I feel Placke has ignored the evidence, let me down, lied to multiple federal Judges or they were in on it protecting Placke to make sure that I cannot prove my actual innocence. I want to know the truth. Do I blame John Walsh for the reason I am not being allowed to prove my actual innocence and being treated like a dog or is it Phil Berger or is it somebody else? During the mental evaluation period, on the day that the Court had ordered me to start the mental evaluation, the U.S. Marshals were transporting me to the Federal Medical Center in Butner, NC, then as they arrived to try to process me. I overheard that the prison guard said something about an appeal and that I am not to go there. So I was transported to the Federal Correctional Institution 1 in Butner, North Carolina. Placke at a later time said in one of his letters that I was at the FMC meaning the Federal Medical Center. Either Placke was deceived due to that appeal word I heard from one of the prison guards at the FMC intake processing area where the U.S. Marshals transport van was at, or Placke lied to me and lied in writing that I was at the FMC in Butner, NC. When I had attempted to mail him some things from FCI-1 Butner, NC, it was the address or P.O. Box of the Federal Correctional Institution and not the Federal Medical Center. So Placke I feel has lied in his one letter to me. Placke never did any investigation worthy of my trust. That was why I said at the status conference that it was a kangaroo court, because I feel that I was illegally being deprived of my Constitutional rights under the color of law, and that Placke was making

182

me look guilty while he ran around sabotaging my efforts to try to fight against my charge by trying to gather evidence in any way possible or even looking at case law at the law library while I was in Butner. I tried to tell the Judge on June 4, 2014, that Placke isn't doing anything to prove my innocence. With everything I am arguing in my 2255 motion and brief, I have proven beyond reasonable doubt that Placke was terrible as a defense lawyer and acted more as a prosecuting attorney that was assigned to me to get the best plea bargain and negotiate with the Government on the best possible sentence I could receive. What about my innocence? My blood sugar was found to be 429 when I came back from Federal Court on June 4, 2014, because I wasn't given any diabetic insulin from morning to the late afternoon. My blood sugar was high, and it made me agitated so it caused me to publicly lash out at the Federal Judge when normally I wouldn't just openly make vile comments of that sort due to fear of repercussions for making any comments attacking a judicial official for what I feel is blatant miscarriage of justice. I do apologize to the Court for my harsh comments. but they haven't been in my shoes and they don't understand that I had almost slit my throat with a kitchen knife before I was arrested by Special Agent Brian Dexter of the U.S. Department of Homeland Security in Winston-Salem, NC. Before I was temporarily detained by local law enforcement to be evaluated at Martinsville Memorial Hospital, I was telling myself that maybe I should have slit my throat and kill myself before the police arrest me and paint me as a pedophile. I feel the Court needs to know this and understand why I make such vile and angry comments towards the public officials of the Court because I knew I was being set up and framed for my political viewpoints and trying to get the truth out on my website and on YouTube. I know it was retaliation and a lot of evidence does seem to point to a high possibility that Mayodan Police and maybe even the Phil Berger family had retaliated against me whether they took part in

183

framing me with child porn or not. I feel that nobody wanted to listen to me, wanted to treat me as if I like to molest people when that isn't true. I am being treated like a child molester by the Virginia State Police right now. I feel that I deserve the right in Federal Court to prove my innocence, as long as I get due process, a fair trial, and effective Counsel, I promise to shut up with my critical comments that I had made against the Court. All I want is to prove my innocence and get off of the Sex Offender Registry. I did nothing wrong, I am not guilty and I would like to prove that. If the Court won't allow me to prove my innocence then the Judicial system is broken, and my only hope now is for U.S. President Donald John Trump to purge the corruption in our Federal Courts, remove Judges from the bench, and grant me a pardon based upon my actual innocence in accordance with Ex Parte Garland which is case law precedent on the pardon power of a President to blot out of existence the alleged guilt of the offender. Innocent people should not be on the Sex Offender Registry, and I shouldn't even be on there. It is a true miscarriage of justice, a disgrace, makes me not want to live anymore, but what keeps me going is feeling like I still have a chance to turn my life around and fight every single day to get off of that horrible registry nightmare from hell. I am not a child molester, I am not a pedophile, and shouldn't be treated like one.

5. All pages of the Joy Strickland email filing and exhibits attached thereto that were filed in in Documents #84-8, #84-7, #84-6, #84-5, #84-4, #84-3, #84-2, and #84-1, are/were a true and correct copy from Defendant Brian D. Hill's local email archive records that were created for the primary purpose of investigation and presentation in the Federal Court record. Brian's family had downloaded admin@uswgo.com emails that needed to be archived for the purpose of using in this criminal case and maybe possibly in any future lawyers Brian may file against the U.S. Government for wrongfully convicting him. The first email archive of the original email sent from admin@uswgo.com to J. Joy Strickland to

184

send her evidence in email attachments to forward to N.C. SBI Agent Rodney V. White. Local email archive means that NO internet is used for this archive. This archive is kept locally on Brian D. Hill's computer for archival and legal purposes including this case.

6. Pages excerpted/extracted of the Bureau of Prisons Butner North Carolina medical records on Pages 7 and 8 of Document #82, Filed 04/27/2015, are/were a true and correct copy from the Butner Federal Correctional Institution medical records acquired by Hill while he was a mental evaluation study, then mailed to his family before was placed in Orange County Detention Center. This record is true and correct medical record to the best of my knowledge, and proved that my diabetic hemoglobin A1C was 10.9 as reported on February 19, 2014. For the 3-month A1C blood hemoglobin average the record proves that Hill's diabetic A1C was extremely and dangerously high since he had been initially arrested on December 20, 2013, by Special Agent Brian Dexter of the U.S. Department of Homeland Security. Another good medical reason as to why I/Hill gave a false guilty plea.

7. Page 12 of 12 of Document #59, Filed 01/26/2015, are/were a true and correct copy of a digital and cropped computer screenshot that Brian David Hill had concerning an encrypted chat Hill had with witness Dan Johnson of "People Against the NDAA" (PANDA or PANDAunite), somewhere between approximately late 2012 to 2013. Dan Johnson had reported to Hill to have received a threatening email with the words *"We.....Want.....Your.....Friend.....To.....SHUT.....UP.....AND.....STOP.....IN VESTIGATING.....PORNGATE.....we.....demand.....you.....get.....him.....to... ..STOP",*
*"You.....cannot.....save.....your.....friend.....from.....going.....to.....prison.....ca use.....our.....organization.....has.....the.....resources.....to.....convict.....your... ..little.....buddy.....you.....freak.....hahaha",*
*"he.....will.....be.....a.....sex......offender.....he.....will.....Lose.....in.....trial.....c ourt.....including......pretrial.....and.....so.....will.....you.....on.....the.....NDAA.*

185

*....loser"*,

*"Obama.....and.....his.....minions......is.....watching.....you...BEWARE"*. The credibility of that threatening email made known to me by Dan Johnson, and I do suspect that tormail.org may have been used in this email as well if the Court can confirm the header information from witness Dan Johnson or by subpoenaing his email provider to authenticate that information. I believe it is authentic and credible as I did lose in trial court including the pretrial phase since I had ineffective counsel that forced me against my will to be entrapped into a false guilty plea then I am threatened with perjury in the event that I prove my actual innocence, which is wrong and miscarriage of justice. Dan Johnson did fail on fighting the NDAA as well as me, so that is another credible statement from that threatening email. In fact I did go to prison and the county Jails, just as the threatening email had instructed Dan Johnson and had instructed me since I had been witness to the text of that email from what Dan had sent me in the encrypted chat between me and him. I added the statement to the screenshot via Microsoft Paint of the words "Brian D. Hill's friend Dan Johnson received a threatening email stating that Brian will lose in trial court." I added that as it is important information as to what the digital computer screenshot was about. He had sent me the text of the threatening email to see if I was able to recognize the writing/typing style of the email to determine who may had sent this to him. It is interesting that the threatening email had said *"our.....organization.....has.....the.....resources.....to.....convict.....your.....little .....buddy.....you.....freak"* because the U.S. Attorney and Eric David Placke made very well sure that I was never going to prove my innocence. The whole game was rigged to me, I was never going to have a fair trial under Placke and Coalter. It was all fixed just as the threatening email had said. Whoever sent that threatening email as well as the ones that were received at <u>admin@uswgo.com</u> had to have been from somebody in a powerful position, in such a position of influence,

186

and to even get the Government o railroad me into my guilty plea? Brian is not working for the Government and is not in a position of power or influence. Brian is not the sender of the threatening emails, so the U.S. Attorney is a liar for claiming that somehow Brian is the sender. Every statement of the threatening emails came true at a later period of time. How could Brian have predicted accurately what would happen to him and that the Government would do exactly to him what was stated earlier in such threatening emails? Somebody had prior knowledge of what was coming down the pike against Brian. Somebody on the inside of Government knew what was coming and either warned him or threatened him with an intent to shut him up for good.

8. Pages of the "EVIDENCE OF THE FACT IP ADDRESS 24.148.156.211 WAS WELL KNOWN TO OTHER PEOPLE PRIOR TO IT BEING FLAGGED OR MANUALLY ENTERED IN BOCA RATON" Document #83 filing from pages 3 to 26, are/were a true and correct copy from Defendant Brian D. Hill's local email archive records that were created for the primary purpose of investigation and presentation in the Federal Court record. Brian's family had downloaded admin@uswgo.com emails that needed to be archived for the purpose of using in this criminal case and maybe possibly in any future lawyers Brian may file against the U.S. Government for wrongfully convicting him. Local email archive means that NO internet is used for this archive. This archive is kept locally on Brian D. Hill's computer for archival and legal purposes including this case.

9. Disclaimer: All materials and evidence used and in connection to all Exhibits thereto in this entire 2255 brief, that had to have been acquired by any means of using the internet were acquired by family. Family acquired all internet material that was used in any excerpts, Exhibits, and any other material that was used in the completion of this brief. Defendant has remained compliant under the conditions of Supervised Release, even in the course of working on this 2255 brief and 2255

187

motion. All pdf court forms used and all forms modified for complying with the rules for the purpose of this 2255 motion and any other necessary forms or materials, were also acquired by family that had to have used the internet to acquire such forms. All material acquired by any means of internet access was by family.

10. Attached hereto as <u>Exhibit 1</u>, is a true and correct copy of one of the Affidavit pages that were filed by Defendant Hill while he was in Jail. Because the Jail staff had screened the papers and didn't put them back in the right order, the pages filed were not organized in the right page number order. I assume the Affidavit was done by Roberta Hill, and the Court can further ask Roberta to attest to that page in the Affidavit that was disorganized by the Jail guards that had conducted the mail screening. Affidavit was filed in this criminal case under Case # 1:13-cr-00435-WO, Document 37, Filed 09/18/2014, Page 62 of 75.

11. Attached hereto as <u>Exhibit 2</u>, is a true and correct copy of the Medical records from at least two of the County Detention Centers which show that the Defendant's health was not being taken well care of prior to his false guilty plea. Defendant recommends to the Court that he not be placed in the same conditions as what led him to falsely pleading guilty. Since Defendant has filed this 2255 brief voluntarily, that should be good cause to the Court as to why Defendant should not be detained again throughout the entire proceedings of this case in the future. Defendant is capable of proving his innocence as long as he is under reasonable conditions like on his Supervised Release. The medical records in this <u>Exhibit 2</u> are listed in the order listed as follows:

    1. **(1 Page, Part 1)** September 30, 2014, a page from the medical record of Southern Health Partners, the

188

healthcare provider of Orange County Detention Center in Hillsborough, North Carolina. The medical record is of Defendant Hill. Shows Hill's weight at 140lbs.

2. **(1 Page, Part 2)** December 20, 2013, a page from the medical record of Correct Care Solutions ("CCS"), the healthcare provider of Forsyth County Detention Center in Winston-Salem, North Carolina. The medical record is of Defendant Hill. Shows Hill's weight at 180lbs. Also proves that Defendant was talking about suicide on this intake screening.

3. **(1 Page, Part 3)** Blood Sugar Flow Sheet from June 1 to June 9, 2014 (*June 10, Defendant was at the change of plea*), a page from the medical record of Southern Health Partners, the healthcare provider of Orange County Detention Center in Hillsborough, North Carolina. The medical record is of Defendant Hill. Shows Hill was not being given any diabetic insulin on the Status Conference court hearing on June 4, 2014. No insulin was given because the nurse had stated in the record that two times the Defendant was "in court" for health checks around "07:30" and "12P". Around 3PM Hill's blood sugar was 429 and insulin was given. That meant that Defendant had no diabetic insulin

189

given, not even for breakfast, until after the U.S.
Deputy Marshals had returned Hill from federal court in
the afternoon. The whole status conference on Jun 4,
2014, Defendant Hill had no diabetic insulin to regulate
his blood sugar and the Court has to wonder why his
blood glucose was 429. That was the last hearing that
Defendant was verbally displeased with his court
appointed Counsel prior to his false guilty plea.

4. **(1 Page, Part 4)** May 16, 2014, a page from the
medical record of Southern Health Partners, the
healthcare provider of Orange County Detention Center
in Hillsborough, North Carolina. The medical record is
of Defendant Hill. Shows Hill filing an "inmate sick
call slip - medical request" complaining about being
given insulin hours after he eats. Normally Defendant is
advised by his Medical Doctor to do insulin shot around
the time that he eats a meal, so that whether it be
starches or sugars, the insulin acts to convert the
glucose into energy. Note: Being given insulin hours
after eating while incarcerated is a bad practice and is
cruel and unusual punishment to the Defendant, and
that was before his false guilty plea was entered, and
the Court has to wonder why an innocent man such as

190

Hill would have falsely taken the guilty plea when the County Jails/Dungeons would not take care of Hill's health properly. After Defendant was released on prison sentence of time served, Hill was able to follow his Doctor's recommendations and do his insulin shot around each time he eats. Defendant again recommends to the Court that he not be jailed again during the course of these 2255 proceedings, otherwise it places the Defendant in the same conditions, the same situation, as to what led to Defendant falsely pleading guilty.

5. **(1 Page, Part 5)** May 25, 2014, a page from the medical record of Southern Health Partners, the healthcare provider of Orange County Detention Center in Hillsborough, North Carolina. The medical record is of Defendant Hill. Shows Hill filing an URGENT! "inmate sick call slip - medical request" complaining about his diabetic blood sugar being low and the Jail guards had done nothing about it. Outside of the record, Defendant testifies in this entry that after the sick call, Defendant had attempted to eat one or more sugar packets until a Jail guard had caught him attempting to eat glucose in an attempt to raise his blood sugar. The

191

Jail guards intervened through use of force, Defendant had peacefully attempted to explain that his blood sugar was low while they had refused to bring the nurse in and refused to do anything about it. It led to Defendant beating on the Jail guard, being thrown on the floor, being kicked in the face while pinned down, Defendant cussing at the Jail guards and stating an accusation that they may be working for North Carolina State Senator Phil Berger, out of rage and anger that Defendant felt from being denied glucose which is essential to preventing a brittle type 1 diabetic from going into a diabetic seizure. Defendant had screamed while blood was pouring out of his nose that "I AM BRIAN DAVID (or "D."?) HILL OF USWGO ALTERNATIVE NEWS, AND I HAVE BEEN FRAMED (or "set up"?) WITH CHILD PORNOGRAPHY". Defendant had screamed that over and over until the Jail guards forcefully moved his legs in an uncomfortable position to hurt the Defendant, had his clothes ripped off, and was butt naked sitting in a dirty padded cell with feces contaminants. Defendant had felt that the Jail had wanted to kill him by not providing all medical needs, whether intentional or not. Defendant was not being

192

taken good care of. The fact that Brian didn't even finish writing his whole name in the sick call is another sign that his brain functions started deteriorating. Because of the Jail staff ignoring his low blood glucose, they had never charged him with assault since they were the ones in the WRONG for refusing to have a nurse check his blood sugar to see if his blood sugar really was low. They didn't do anything for a brittle diabetic that would have faced a diabetic seizure if he were not in a diabetic seizure already. They failed Defendant Hill on his medical needs again. That is why the Court needs to consider not detaining the Defendant during the course of these 2255 proceedings.

6. **(1 Page, Part 6)** Blood Sugar Flow Sheet from May 14 to May 30, 2014, a page from the medical record of Southern Health Partners, the healthcare provider of Orange County Detention Center in Hillsborough, North Carolina. The medical record is of Defendant Hill. Shows Hill had a significant number of high blood sugar readings. Some of the highest blood sugar numbers are 397, 300, 440, 331, 344, 330, 336, and 397 again. The Jail had failed Hill and they did not provide

193

him with 24 hour medical necessary services. They are one of the multiple reasons for Hill's false guilty plea.

7. **(1 Page, Part 7)** October 20, 2014, a page from the medical record of Southern Health Partners, the healthcare provider of Orange County Detention Center in Hillsborough, North Carolina. The medical record is of Defendant Hill and appears to be a third party test done by Quest Diagnostics. Shows Hill's diabetic blood hemoglobin level was 8.8 which is a high number. Hill was prescribed <u>metformin</u> to try to control Hill's high blood sugars even though such medication was originally meant for Type 2 diabetics. Another failure of Orange County Detention Center to keep Defendant Hill's blood sugars under control. Collected on 10/16/2014, Received on 10/18/2014, Reported on 10/20/2014.

8. **(1 Page, Part 8)** December 20, 2013 to December 23, 2014, a page from the medical record of Correct Care Solutions ("CCS"), the healthcare provider of Forsyth County Detention Center in Winston-Salem, North Carolina. The medical record is of Defendant Hill. Shows Hill's blood sugar levels from the "Diabetic Flow Sheet" That was while he was butt naked in a

194

turtle suit (as some would call it) for those days on suicide watch. Blood sugars had ran for 287, and 281 on December 20, 2013. That meant Defendant had only been tested two times that day. The two highest blood sugar levels were 424 and 445. Other high numbers were 356, 340, 322, and 273. Hill had a lot of high blood sugar glucose numbers while at Forsyth County Detention Center.

9. **(1 Page, Part 9)** December 22, 2013, a page from the medical record of Correct Care Solutions ("CCS"), the healthcare provider of Forsyth County Detention Center in Winston-Salem, North Carolina. The medical record is of Defendant Hill. Shows Hill's blood sugar levels were noticed to have been high multiple times, and it shows that Defendant Hill had been known as to have the problem of "Suicide and Self-Inflicted Injury by Other and Unspecified Means". Of course that happened after Special Agent Brian Dexter of the U.S. Dept. of Homeland Security ("DHS") transported Hill from Martinsville Memorial Hospital on December 20, 2013, to Forsyth County Detention Center. Because Hill had saw certain Jail guards wearing "SRT" uniforms, Hill assumed that they were U.S. military and

195

that he was in some Mini-Gitmo aka Guantanamo bay

type center for torturing suspected terrorists, so Hill

yelled that he was going to kill himself somehow, and

told the medical staff that he wanted to die. Partially out

of fear of being tortured no thanks to the fear of the

DHS arresting him, and also due to the wrongful

allegations that Hill had possessed child pornography.

Hill knew they wouldn't let him prove his actual

innocence before being arrested and knew that a court

appointed lawyer would not do anything to prove his

innocence. That was what initially led up to the suicidal

statements. The fear that Hill would be beaten, tortured,

or killed for being accused of possessing child

pornography, and not allowed to prove his innocence.

10. **(1 Page, Part 10)** February 1, 2014 to February 7,

2014, a page from the medical record of Correct Care

Solutions ("CCS"), the healthcare provider of Forsyth

County Detention Center in Winston-Salem, North

Carolina. The medical record is of Defendant Hill.

Shows Hill's blood sugar levels from the "Diabetic

Flow Sheet" The highest blood sugars had ran for 406,

421, 313, 326, and 300.

196

11. **(1 Page, Part 11)** January 13, 2014 to January 18, 2014, a page from the medical record of Correct Care Solutions ("CCS"), the healthcare provider of Forsyth County Detention Center in Winston-Salem, North Carolina. The medical record is of Defendant Hill. Shows Hill's blood sugar levels from the "Diabetic Flow Sheet" The blood sugars were both high and low, again out of control due to Hill's diabetes being brittle, as again diagnosed by Doctor Steven South of Greensboro, North Carolina, when Hill was a kid. Hill's blood glucose cannot be controlled within a controlled prison environment or even jail environment. <u>Note: Hill must remain under supervision by the U.S. Probation Office during the course of the 2255 proceedings. Hill should not be detained if his case heads for a new trial. Hill filing this 2255 voluntarily should prove that Hill is NOT a flight risk. Hill wants his reputation back and wants to prove his innocence and to be found innocent in a court of law. Hill should not be detained whether Hill is set for a new trial or is found actually innocent. Filing this 2255 is Hill's consent that he wants to peaceably fight against the criminal allegations against him by</u>

197

**investigating, filing new evidence, and proving to the Court any or all of his claims. He wants to prove as much of his factual innocence as possible. If the Government files any request for a Detention hearing, it should be denied on Hill's medical history, on the ground of having an effective defense to the criminal allegations, and Hill having effective assistance of Counsel. Hill should not be detained again unless Hill violates his supervision conditions and has been factually proven such beyond reasonable doubt.**

12. **(1 Page, Part 12)** January 26, 2014 to January 31, 2014, a page from the medical record of Correct Care Solutions ("CCS"), the healthcare provider of Forsyth County Detention Center in Winston-Salem, North Carolina. The medical record is of Defendant Hill. Shows Hill's blood sugar levels from the "Diabetic Flow Sheet" The blood sugars were both high and low, again out of control due to Hill's diabetes being brittle, as again diagnosed by Doctor Steven South of Greensboro, North Carolina, when Hill was a kid. Hill's blood glucose cannot be controlled within a controlled prison environment or even jail environment. Some of

198

the high blood sugar readings were 417, 346, 316, and 325.

13. **(1 Page, Part 13)** October 29, 2014, a page from the medical record of Southern Health Partners, the healthcare provider of Orange County Detention Center in Hillsborough, North Carolina. The medical record is of Defendant Hill and appears to be a "MEDICATION ADMINISTRATION RECORD" proving that Hill had been prescribed and issued the "metformin" (1000mg) medication for Type 2 diabetics. They had hoped that such medication would have helped to better maintain Hill's blood sugars. It had failed.

14. **(1 Page, Part 14)** Blood Sugar Flow Sheet from October 1 to October 21, 2014, a page from the medical record of Southern Health Partners, the healthcare provider of Orange County Detention Center in Hillsborough, North Carolina. The medical record is of Defendant Hill. Shows Hill was being tested sometimes two times a day, and some with three times in one day. When Hill's blood glucose is only tested twice a day, then he is only given insulin those times. So Hill wasn't being given the appropriate amount of insulin per meal each day. They had again failed to give Hill adequate

199

insulin since they had only used sliding scale. They did not use the carb counting system, none of the Jails had counted the carbohydrates. When Jails give non-sugar foods as part of the diet trays for diabetics, they often may contain starches which normally aren't sugary but will slowly convert into glucose and will normally raise the blood sugar of the diabetic if untreated. Jails don't train their nurses to normally count carbs from the diet trays and then inject the appropriate amount of insulin at every meal. Because of that the blood sugars will normally run high, and can also dive low due to different factors including too much insulin and the diabetic exercising back and forth in the jail cell. The highest blood sugar numbers were 467, 417, 471, 460, 409, 333, 381, 366, 350, 379, and 338. Two or three blood sugar numbers were low. This is terrible blood sugar control.

15. **(1 Page, Part 15)** Blood Sugar Flow Sheet from October 22 to November 6, 2014, a page from the medical record of Southern Health Partners, the healthcare provider of Orange County Detention Center in Hillsborough, North Carolina. The medical record is of Defendant Hill. Shows Hill was still running high

200

blood sugar numbers, despite the metformin. Some high blood sugars are recorded as 373, 402, 398, 364, 400 (2 times (2x)), 331, 368, 369, 375, 351. That was before Hill was released from Orange County Detention Center and to appear before the sentencing hearing that would have been on November 7, 2014, but was canceled due to a medical emergency of not being any diabetic insulin before being picked up by the deputy U.S. Marshals.

16. **(3 Pages, Part 16)** November 7, 2014, three pages from the medical record of Moses H. Cone Hospital in Greensboro, North Carolina. The medical record shows that on November 7, 2014, the deputy U.S. Marshals revealed that they had tested his blood sugars multiple times and were found to be 534, and 510, that *"he had missed his insulin last night."* That is because Orange County Detention Center (Orange County Jail) had no night nurse. Normally the deputy U.S. Marshals pick up federal prisoners early in the morning. That means no diabetic insulin can possibly be given to the Defendant before being forced to appear in federal court, since the day-nurse (no night nurse at all) comes in usually after the U.S. Marshals pick up federal prisoners earlier in

201

the morning before the nurse from Southern Health Partners checks in. The deputy U.S. Marshals saw that is consistent high blood sugars were a problem (a legal problem or medical problem???) and had transported him to the Hospital. The November 7, 2014, "Sentencing hearing" in front of the honorable U.S. District Court Judge William Lindsey Osteen Junior was canceled due to that medical emergency. The Court has to wonder why Hill had never completely withdrawn his guilty plea and stuck with his false guilty plea when he had plenty of opportunity to withdraw his plea. Again it is ineffective Counsel and deteriorating health conditions. Hill would have lost his SSI (social security) disability money if he had not been released from Jail before 1 year. There were multiple factors why Hill had falsely plead guilty and as to why he didn't fully withdraw his guilty plea before his sentencing. The medical record also said that "*He came into Marshall's company and was noted to have a blood sugar of 534.*" I think they had meant U.S. Marshals custody but they type these medical reports up usually quickly in emergency situations. The U.S. Marshals did have somebody called a medic who did had provided

202

Hill with an insulin shot but his blood sugar had still remained high after that. The medical record also said that "The history is provided by the patient and the police." So they did acknowledge that Hill was in police (U.S. Marshals) custody at the time the medical record as made. No diabetic insulin was given to Hill by Orange County Detention Center on the day of the sentencing hearing. John Scott Coalter and Eric David Placke did absolutely nothing about Defendant Hill's medical conditions except to just go along with it, and didn't fight to make sure that Defendant Hill was getting enough proper medical attention while in Jail or released under reasonable conditions such as the conditions of his Supervised Release.

All pages in Exhibit 2 total up to <u>18 pages in total</u>.

12. **Attached hereto as <u>Exhibit 3</u>, is a true and correct copy of the fax Transmission Ticket of a 15 page letter that was transmitted to a White House fax number "12023953888" notifying Donald Trump as to yet another reason why he he believes he should be granted a Presidential pardon on the basis of his actual innocence. An exerpt from the cover page of the fax transmission said "Bit of Evidence that Assistant Federal Public Defender DELETED exculpatory evidence prior to Jury Trial and prior to Pretrial Motions period, showing evidence that confidence in my Attorney was compromised causing false guilty plea to the Honorable U.S. President Donald J. Trump and The White House**

staff/aides, Thursday, March 16, 2017- 09:33 PM to 11:33 PM" . Total pages is <u>16 pages total</u>.

13. Attached hereto as <u>Exhibit 4</u>, is a true and correct copy of the FederalJack article by "Ben. Franklyn" regarding "ALERT!!!: New virus that may be planting child porn to set up people as pedophiles - Federal Jack". Total pages is <u>15 pages total</u>.

14. Attached hereto as <u>Exhibit 5</u>, is a true and correct copy the official June 4, 2014 Court transcript of "TRANSCRIPT OF PROCEEDINGS BEFORE THE HONORABLE N. CARLTON TILLEY, JR. UNITED STATES DISTRICT JUDGE". More information of this transcript was that it was "IN THE UNITED STATES DISTRICT COURT, FOR THE MIDDLE DISTRICT OF NORTH CAROLINA, UNITED STATES OF AMERICA vs. BRIAN DAVID HILL, Criminal Action No. 1:13CR435-1". The transcript is authentic as it was from a PDF that that the Court reporter had emailed either to Hill's mother Roberta Hill or to Eric Clark of Kanasa a Pro Se filer that he supported Hill's fight to prove actual innocence. It was either Eric Clark or Roberta that had paid for that transcript of that proceeding. Court reporter information was "Date: 6-19-15 J. Calhoun, RPR, United States Court Reporter, 324 W. Market Street, Greensboro, NC 27401. It is <u>13-pages total</u>.

15. Attached hereto as <u>Exhibit 6</u>, is a true and correct copy of two pages of (<u>Part 1</u>) the entire threatening email including header information that was received by Brian D. Hill at his old USWGO Alternative News email address of <u>admin@uswgo.com</u>. Email came from <u>johnsnatchz@tormail.org</u>. The second is (<u>Part 2</u>) the entire second threatening email including header information that was received by Brian D. Hill at his old USWGO Alternative News email address of <u>admin@uswgo.com</u>. Email came from <u>sallysamsong@tormail.org</u>. Both are 1-page each and is <u>2-pages total</u>.

16. Attached hereto as <u>Exhibit 7</u>, is a true and correct copy of a Video DVD that was produced by the Defendant of this case, with two videos that

204

had originally been posted by Luke Rudkowski on YouTube back in 2013 before Defendant Brian D. Hill had been arrested. <u>Part 1 is of</u>: Luke Rudkowski testifying on YouTube that he was a victim of a child porn set up operation by an unknown assailant pretending to be a Bilderberg whistleblower. The video will tell more of the whole story than what I can describe in this Exhibit paragraph. Whoever set up Luke had known his college email address, and Brian doesn't even know what his college email even was. All he knew was the We Are Change email address that We Are Change wanted people to send any news tips to. Luke had reported the child porn set up attempt to the U.S. FBI. <u>Part 2 is of</u>: Luke Rudkowski's hotel broken into, computer compromised, possible framing. Luke was in another country to cover an event, likely a Bilderberg event, and somebody may have attempted to try to frame him with pornography a second time, and this time it was a physical break in and now some computer hack. In one tormail or some anonymous Tor-based email address, Susan Basko had forwarded the message by email to Brian's family, they had threatened to physically break into her home and plant child porn on her computer, so that threatening email matches the same kind misconduct done by an unknown assailant breaking into Luke Rudkowski's hotel room. Likely to send a message to him that they can plant more child porn no matter what country he travels to. Brian does not have an international VISA. Brian had a passport but was only meant to be used for going on cruise ships for a family vacation. Brian was at home and can prove he was at home around the time that somebody broke into Luke Rudkowski's hotel room. So whoever had sent the nasty child porn tormail.org set up messages, they have the resources to break into hotel rooms and likely houses. Video DVD disc is <u>1-disc total</u>. A "NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK" is attached with the original signature of Defendant for the Clerk to docket the documenting of the existence of such disc material in the Clerk's office once filed.

205

17. Attached hereto as <u>Exhibit 8</u>, is a true and correct copy of a Video DVD that was produced by the Defendant of this case, with the two videos that had originally been posted on YouTube back in 2013 before Defendant Brian D. Hill had been arrested. <u>Part 1 is of</u>: An interview between Ben Swann and Dan Johnson of PANDA regarding himself claiming to have been a victim of yet another child pornography set up operation since what had happened to Luke Rudkowski. <u>Part 2 is of</u>: A group interview or discussion in regards to both Stewart Rhodes and Dan John being victims of a child pornography set up scheme. An IT specialist (I think named Garrett or something) was also present in this video and that expert had also been in touch with Brian D. Hill. Brian had received a tormail.org message from a fake Jeff Lewis aka Jeffery Lewis of "The Patriot Coalition" located in North Carolina. He was instructed not to open the email, created a temporary email password and gave to this IT specialist to open up that email, and that email was found to have PDF files with child pornography found in them. So somebody attempted to send child pornography to Defendant Hill back in 2013. The email was later deleted from the <u>admin@uswgo.com</u> before the archival process by his family to preserve evidence emails for the Court, and Brian had assumed that Garrett the IT specialist had already reported such email to the FBI. Anyways so yeah, Jeff Lewis is also being framed as a potential child porn email sender when in reality he is also another set up victim like Brian David Hill. They all had discussed during the interview about the whole child pornography set up scheme. Oath Keepers had originally mentioned about Susan Basko being involved and warning people about the child porn email attacks, and that was how Brian had originally gotten in touch with Susan Basko. So she did NOT commit perjury by her testimony furnished in <u>Document #46</u>, since she had helped other political activists in Brian's inner political circle to ensure that they don't get successfully framed with child pornography by unknown assailants or assailant. Video DVD disc is <u>1-disc total</u>. A

206

"NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK" is attached with the original signature of Defendant for the Clerk to docket the documenting of the existence of such disc material in the Clerk's office once filed.

18. Attached hereto as **Exhibit 9**, is a true and correct copy of a Video DVD that was produced by the Defendant of this case, with the video that had originally been posted by Melissa Melton (now, "Melissa Dykes") of Truthstream Media on YouTube back in 2013 before Defendant Brian D. Hill had been arrested. Video DVD disc is **1-disc total**. A "NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK" is attached with the original signature of Defendant for the Clerk to docket the documenting of the existence of such disc material in the Clerk's office once filed.

19. Attached hereto as **Exhibit 10**, is a true and correct copy of the Prison Legal News article by Mike Rigby regarding "Child Porn Investigations May Snare the Innocent". Total pages is **11 pages total**.

20. Attached hereto as **Exhibit 11**, is a true and correct copy of the Daily Mail article regarding "WikiLeaks says CIA disguised hacking as Russian activity | Daily Mail Online". Total pages is **6 pages total**.

21. Attached hereto as **Exhibit 12**, is a true and correct copy of printouts from family research into Cheryl King that had worked with SBI Agent Gerald Thomas on getting an administrative subpoena on IP Address 24.148.156.211, the pages are **Part 1**: "Cheryl Felicia King (1949 - 2014) - Find A Grave Memorial (**1-page**)" and **Part 2**: "Cheryl Felicia King | North Carolina Department of Justice | Email Department of Justice | @ncdoj.gov | Phone: (919) 773-7810" (**3-pages**). Total pages is **4 pages total**.

22. Attached hereto as **Exhibit 13**, is a true and correct copy of an article from The Innocence Project titled "False Confessions or Admissions - Innocence Project" and is **4 pages total**. Gives a good explanation on

207

different circumstances and factors as to why innocent people confess to crimes that they did not commit.

23. Attached hereto as <u>Exhibit 14</u>, is a true and correct copy of (<u>Part 1</u>) Page 15 of the Mayodan Police Report concerning suspects Brian David Hill and Roberta Hill; and (<u>Part 2</u>) Page 16 of the Mayodan Police Report concerning suspects Brian David Hill and Roberta Hill. Those pages are mainly of the Interview/interrogation aka the "Suspect Recorded Statement" of Brian David Hill on August 29, 2012. Hill had given a false confession and the interview/interrogation had ended reportedly on 12:21 PM according to that police report record. That report had also said that the interview/interrogation had started around "11:23:00". That meant Hill was interviewed/interrogated around his lunch time which is dangerous to do that to a brittle type 1 diabetic. Total number of pages is <u>2 pages</u>.

24. Attached hereto as <u>Exhibit 15</u>, is a true and correct copy a white paper by law enforcement training expert Dennis Debbaudt. He had written the white paper known as the "Interview and Interrogation of people with autism (including Asperger syndrome)", "By Dennis Debbaudt". Since I heard that he had trained federal law enforcement officers or Agents, this man is relevant to testify as an independent expert witness in regards to Autism being one of the many causes of why innocent men/women make false confession to law enforcement officers or even make misleading statements to law enforcement officers. His white paper also stated that *"Whether it is a simple field interview, or a more focused <u>interrogation, dealing with persons with autism</u> presents <u>unique challenges and considerations</u>."* Even mentioned about *"Misleading indications of guilt"* and that they are *"Poor Liars"*. <u>Since he gives his mailing address and phone number publicly, Hill's family had witnessed this on his website, it gives implied consent under the Federal Rules to permit me to file public phone numbers and addresses on court record since they are not sensitive</u> and only considered private information with normal home

208

addresses. The Court may <u>subpoena expert witness</u> <u>Dennis Debbaudt</u> by his publicly posted phone number of Phone: (772) 398-9756, his publicly posted address of 2338 SE Holland Street, Port St. Lucie, Florida, 34952, and his email address is: <u>DDPI@flash.net</u>. Total pages is numbered at <u>3 pages total</u>.

25. Attached hereto as <u>Exhibit 16</u>, is a true and correct copy of two Wikipedia articles that were easily rendered into PDF format for this exhibit as two expert reports to the Court. Family had rendered the Wikipedia articles into PDF documents. The reason they are considered expert reports, for the Court since they explain into detail what eMule and Bittorrent is, and how those software programs operate as part of the peer-to-peer ("P2P") file sharing networks. <u>Part 1</u> is: "BitTorrent: From Wikipedia, the free encyclopedia" (<u>19 pages</u>), and <u>Part 2</u> is: "eMule: From Wikipedia, the free encyclopedia" (<u>5 pages</u>). Good technical articles that the Habeas Court should read if they want to try to learn the truth about how P2P file sharing software actually operates. The number of pages would be <u>24 pages</u> total.

26. Attached hereto as <u>Exhibit 17</u> ("E-17"), is a true and correct copy of just two photographs of the many that were taken by Mayodan Police Department in North Carolina, during the police raid in August 28, 2012, and one or more photographs were taken on August 29, 2012. <u>Part 1</u> of the E-17 photograph: the Mayodan Police photograph showing an insulin pen on the desk, <u>Part 2</u> of the E-17 photograph: is of the seized ASUS Eee PC netbook computer that was seized on August 29, 2012, and a few other items. The insulin pen is of the NovaLog fast acting diabetic insulin that is needed for Type 1 diabetics, especially a brittle diabetic. The insulin was/is legally prescribed to Brian David Hill by a Medical Doctor. The Mayodan Police took that that photograph and even a photograph of the ink refuel syringe or syringes, because they had assumed that they were drug syringes being used for some kind of illegal drug injecting which is ridiculous. This further adds credibility to

209

Brian's testimony about Mayodan Police asking Brian about the syringes and he telling them that he is diabetic, that they were diabetic syringes and the other syringes were for usage in ink refuel kits to cheaply refill ink cartridges. Mayodan Police wanted to paint him to appear as some kind of druggy that is into child pornography. If you also may notice the petroleum jelly in the picture, that was only used for Brian Hill's skin issues as he is a brittle type 1 diabetic with sensitive skin. He didn't even know that it could be used for anything sexual until prison inmates had joked about the usage of petroleum jelly for well, you know. Brian feels that the Detectives had a dirty mind and wanted to paint Brian has a dirty druggy pervert without ever getting to know the real Brian D. Hill of USWGO Alternative News. Brian has sensitive skin, and because of his consistent Obsessive Compulsive Disorder ("OCD") hand and arm washing routines, his skin dries out and gets patches of rashes and bleeding, all dependent on how long he takes on each hand washing routine. His hand washing routine can be anywhere between 10-15 minutes to a few hours after each trip to the restroom. He washes his stuff and uses a lot of GermX aka hand sanitizer. Brian had OCD hand washing germ phobia in other words he is a clean freak for his body, likes to keep washing his hands, and at that time he had even washed or rubbed GermX all over his Laptop and other equipment when he left his home. His OCD was real bad at that time and can still be pretty bad today. His methods may change slightly but his OCD and germ phobic routines still happen systemically every day. The petroleum jelly was never used for anything sexual as his germ phobia aka his germ problem would light up like a Christmas tree. Every time he uses the bathroom, not to go into details, he feels the need to severely wash his hands and arms in a thorough way which can make his skin more prone to dryness and rashes. Brian is a clean freak with his body, with his hands and arms so the Detectives really didn't even knew who their own suspect even was, even till this day. His Autism and OCD are part of his daily hand

210

washing routines. Even his shower routines had been taking a lot of time, even almost unreasonable amount of time for each showering routine. This is the man the Detectives thinks is some dirty pedophile pervert that had drug syringes and petroleum jelly when they had entered his home. His family all know about Brian's OCD hand washing routines and that he gets upset if somebody touches his stuff and usually wants his family to use hand sanitizer as well. Each image is 1-page, and the total number of pages in this Exhibit is a total of 2-pages.

27. Attached hereto as Exhibit 18, is a true and correct copy of an email record Subject: "Copy of documentation that will be sent to the town council", From: "Brian Hill admin@uswgo.com", Date: "3/12/2012 4:11 PM", and To: "Lessa Hopper <mhopper@townofmayodan.com>, Michael Brandt <mbrandt@townofmayodan.com>". Email record was locally archived on Hill's computer as retention of evidence to file with the Court and/or give to any investigators who wish to investigate as to why Hill was set up with child porn. Since the attached PDF file itself is 59 pages, and this whole 2255 brief and attached evidence is already very many pages, the Court may request for a copy of such documentation by subpoenaing the town of Mayodan for the record/email or request the copy from Defendant Hill as he is willing to voluntarily give such documentation without a court order. Just request the record and Defendant will furnish the copy for the Court. Email record is 1-Page total.

28. Attached hereto as Exhibit 19, is a true and correct copy of what was originally filed under Federal Case 1:13-cr-00435-WO, Document #84-7, Filed 04/27/2015, Page 2 of 2. The filing is of the entire threatening email including header information that was received by Brian D. Hill at his old USWGO Alternative News email address of admin@uswgo.com. Email came from johnsnatchz@tormail.org.

29. Attached hereto as Exhibit 20, is a true and correct copy of (Part 1) Page 2 of the Mayodan Police Report concerning suspects Brian David Hill

211

and Roberta Hill; and (Part 2) Page 3 of the Mayodan Police Report concerning suspects Brian David Hill and Roberta Hill.

30. Attached hereto as **Exhibit 21,** is a true and correct copy of five photographs that were digital and were printed for the Clerk to file in color. First photo (Part 1) is a June 1, 2012 photograph of Brian David Hill, Alexander Emerick Jones ("Alex Jones") of Infowars.com, and Stewart Rhodes of Oath Keepers ("Mr. Rhodes") at the Hyatt Place Hotel in Chantilly, VA. Photo was taken by Roberta Hill who was there when Brian had spoken at Alex Jones. Alex Jones told Brian that he had watched his documentary and thought that it was good. Brian had also got Stewart Rhodes email address after he had asked for Mr. Rhodes contact information and that email was rhodeslegalwriting@gmail.com. Because Mr. Rhodes was known as a constitutional lawyer, Brian had asked him to help him in his quest in the town of Mayodan to nullify or not enforce the abduction of American citizens provision within the National Defense Authorization Act for the fiscal year of 2012, if any American citizen is ever accused of terrorism whether the person be innocent or guilty. So Mr. Rhodes was involved at least with the town of Mayodan indirectly, and had also worked with witness Dan Johnson over the whole nullification of the unconstitutional provisions of that federal law which may allow abduction of American citizens' and to be tortured at CIA black sites. The photograph was taken during the time period of the Occupy Bilderberg protest further proves that Hill was involved in 2011 to 2012 with the very same people in his political circle of friends and volunteer-co-workers in the field of alternative media that may be getting child pornography set up attempts from a tormail.org or similar anonymous email TOR-based provider. TOR stands for "The Onion Router" assuming that is the correct name of that system. Second photo (Part 2) is of a photograph taken of Defendant Hill with James P. Tucker ("Jim Tucker") of the American Free Press (now deceased) also known as Jim Tucker, a news reporter that had reported multiple times

212

on the Bilderberg Group activities (*the photograph of Brian David Hill and Jim Tucker*). Photo taken by Roberta Hill or Stella Forinash or Kenneth Forinash. Assumed that the photo was taken around the date of July 2, 2011. The American Free Press used to be called 'The Spotlight' newspaper in Washington, DC according to what Jim Tucker had told Hill in 2011. Third photo (<u>Part 3</u>) is of a photograph taken of Defendant Hill with Virgil H. Goode, a former U.S. Congressman from the Commonwealth of Virginia that had attempted to run for the office of United States President under the Constitution Party (*the photograph of Brian David Hill and Virgil H. Goode*). Fourth photo (<u>Part 4</u>) is a photograph taken of Hill with Mayodan town attorney and State Senator Philip Edward Berger Senior at the town council chambers, at the Municipal Building in the town of Mayodan (*the photograph of Brian David Hill and Philip Edward Berger Senior at the Mayodan town council*). ). Fifth photo (<u>Part 5</u>) the last photograph of this Exhibit shows that Defendant Brian Hill had appeared to be interviewing Gregory Lance of We Are Change NC (*the photograph of Brian David Hill and Gregory Lance of We Are Change NC*) at the Occupy Bilderberg protest on June 2, 2012. The photo of Brian interviewing or talking with Gregory Lance was taken by Caroline Gay. Caroline gay was another political activist known to Brian and had been Facebook friends with him. The court may subpoena her or even Gregory Lance if the court finds it necessary. For the Court: Hill knew Gregory Lance before he was framed with child porn. His email address is "<u>glance007@bellsouth.net</u>" so that the U.S. Attorney of Brian's next court appointed lawyer can interview and/or subpoena him to testify at the Habeas Court. Each image is <u>1-page</u>, and the total number of pages in this Exhibit is a <u>total of 5-pages</u>.

31. Attached hereto as <u>Exhibit 22</u>, is a true and correct copy of a Video DVD that was produced by the Defendant of this case, with the video containing (<u>Part 1</u>) the RockinghamUpdate video recording of the March

213

12, 2012 - Mayodan Town Council Meeting, and (Part 2) the RockinghamUpdate video recording of the April 9, 2012 - Mayodan Town Council Meeting. Video DVD disc is 1-disc total. A "NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK" is attached with the original signature of Defendant for the Clerk to docket the documenting of the existence of such disc material in the Clerk's office once filed.

32. Attached hereto as Exhibit 23, is a true and correct but cropped or excerpted copy of two Facebook page printouts concerning Reidsville, NC Police Detective Robert Bridge and his sister Melanie Bridge. Part 1: Printed (originally printed on date "6/26/2013") Facebook page of former Rockingham County Assistant District Attorney Melanie Bridge (5-pages), and Part 2: Printed (originally printed on date "6/26/2013") Facebook page of Reidsville, NC Police Detective Robert Bridge (7-pages). Both parts of the Exhibit is 12-pages total.

33. Attached hereto as Exhibit 24, is a true and correct copy of a Video DVD that was produced by the Defendant of this case, with the video recording originally Hill calling into the Alex Jones Show to briefly mention about him sending a news tip to Infowars and talking about his Agenda 21 activism at the town of Mayodan, and (Part 2) the video of Hill interviewing Dr. Michael Coffman (now deceased) prior to him appearing before the town council. Video DVD disc is 1-disc total. A "NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK" is attached with the original signature of Defendant for the Clerk to docket the documenting of the existence of such disc material in the Clerk's office once filed.

34. Attached hereto as Exhibit 25, is a true and correct copy of a Video DVD that was produced by the Defendant of this case, with the video recording originally sourced from (Part 1) USWGO Alternative News YouTube channel video recording of Hill making a public comment and then delivering a copy of the Nullify-NDAA petition to town Attorney

214

Philip Edward Berger at the Mayodan town council meeting around May 14, 2012, and (Part 2) the video of Hill voicing his concern on YouTube that the local media did not cover the state Senator Phil Berger Sr. receiving the Nullify-NDAA petition of Defendant Hill. Video DVD disc is 1-disc total. A "NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK" is attached with the original signature of Defendant for the Clerk to docket the documenting of the existence of such disc material in the Clerk's office once filed.

35. Attached hereto as Exhibit 26, is a true and correct copy of a Video DVD that was produced by the Defendant of this case, with the video recording originally sourced from the RockinghamUpdate video recording of the Mayodan town council meeting around June 11, 2012. Video DVD disc is 1-disc total. A "NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK" is attached with the original signature of Defendant for the Clerk to docket the documenting of the existence of such disc material in the Clerk's office once filed.

36. Attached hereto as Exhibit 27, is a true and correct copy of a Video DVD that was produced by the Defendant of this case, with the video recording originally sourced from (Part 1) the RockinghamUpdate video recording of the Mayodan town council meeting around July 9, 2012, and (Part 2) the video of Hill attempting to ask North Carolina State Senator (and President Pro Tempore) Philip Edward Berger Senior a question before being escorted out by Chief of Police named Charles J. Caruso. Video DVD disc is 1-disc total. A "NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK" is attached with the original signature of Defendant for the Clerk to docket the documenting of the existence of such disc material in the Clerk's office once filed.

37. Attached hereto as Exhibit 28, is a true and correct copy of an Prison Planet forum posting (owned by the same company Free Speech Systems, LLC and Infowars) that Defendant Hill had posted on July 12, 2012,

215

07:57:02 PM. He had originally had registered with that forum under the username/Screen-name "uswgo" but had asked the forum to remove the account out of fear after the Mayodan Police raid. Despite him begging the forum moderators to delete his "uswgo" forum posting account, this post and some other posts still seem to have likely remained. So the Moderators knew somehow that Hill was in some kind of legal trouble and was compelled against logic to keep the information up there. Somehow they kept the forum post of Mayodan Police harassing his mom. His family had printed the forum post in PDF format and was printed for the Clerk to file. Topic title "Topic: *The Police are harassing my mom now* (Read 3088 times)". This post was printed on "10/25/2017, 7:26 PM", and was Google cached around the timeframe of "Oct 5, 2017 10:07:49 GMT." This Exhibit is 4-pages total.

38. Attached hereto as Exhibit 29, is a true and correct copy of a Video DVD that was produced by the Defendant of this case, with the video recording Hill had done on approximately "June 2, 2012" on the interview between Alex Jones and Stewart Rhodes, with at least few or some or more of the Infowars crew present at the time. This proves that Defendant Hill had not just had his photo taken with Alex Jones and Stewart Rhodes but Hill also had videotaped an Infowars exclusive interview before going back to protest at the Occupy Bilderberg protest in Chantilly, VA. Video DVD disc is 1-disc total. A "NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK" is attached with the original signature of Defendant for the Clerk to docket the documenting of the existence of such disc material in the Clerk's office once filed.

39. Attached hereto as Exhibit 30, is a true and correct copy of an Prison Planet forum posting (owned by the same company Free Speech Systems, LLC and Infowars) that Defendant Hill had posted on July 12, 2012, 07:57:02 PM. He had originally had registered with that forum under the username/Screen-name "uswgo" but had asked the forum to remove

216

the account out of fear after the Mayodan Police raid. Despite him begging the forum moderators to delete his "uswgo" forum posting account, this post and some other posts still seem to have likely remained. So the Moderators knew somehow that Hill was in some kind of legal trouble and was compelled against logic to keep the information up there. Somehow they kept the forum post of Mayodan Police harassing his mom. His family had printed the forum post in PDF format and was printed for the Clerk to file. Topic title "Topic: *The Police are harassing my mom now* (Read 3088 times)". This post was printed on "10/25/2017, 7:26 PM", and was Google cached around the timeframe of "Oct 5, 2017 10:07:49 GMT." This Exhibit is <u>4-pages total</u>.

40. Attached hereto as <u>Exhibit 31</u>, is a true and correct copy of an Audio CD that was produced by the Defendant of this case, with the MP3 audio file that Hill had originally emailed on "July 12, 2012 2:54 PM" to Dan Frosch of the NYTimes. Audio CD disc is <u>1-disc total</u>. A "NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK" is attached with the original signature of Defendant for the Clerk to docket the documenting of the existence of such disc material in the Clerk's office once filed. The true and correct copy of the archived email included email record in this Exhibit, is Subject: "Audio Recording from netbook and Photo of my notepad with questions to ask Phil Berger", From: "Brian Hill admin@uswgo.com", Date: "Thursday, July 12, 2012 2:54 PM", and To: "Dan Frosch <daniel.frosch@nytimes.com>". First page of this local email record was printed from Microsoft Outlook. Second page of this same local email record was from Mozilla Thunderbird. The reason why one email record says "2:54 PM" and the other says "2:53 PM" is like due to some kind of bug or error or anomaly in the way the software had presented the email record, and in how the time had reported such email but the approximate time is accurate and presents the time as accurate as possible that the email had been sent. Email record was locally archived on Hill's computer as retention of

217

evidence to file with the Court and/or give to any investigators who wish to investigate as to why Hill was set up with child porn. The email had two attachments, one was burned to an Audio CD by using Nero CD writing program and the attachment that will be attached to the email in this exhibit is file name: "100_9098.JPG" and is 1-page. Email record and attachment image is 3-Pages total.

41. Attached hereto as Exhibit 32, is a true and correct copy of an USWGO Alternative News article titled "Reporter intimidated and booted from town council when asking a question" that was printed on the date of 10/21/2013. It was originally printed as PDF format, then Brian David Hill has decided to create a new PDF to crop out the side banners and other stuff of the original article to try to increase the text size to attempt to make it more legible when the Clerk scans and files this Exhibit. So it is a cropped version of the original PDF file of USWGO Alternative News articles archived in 2013 with the website backup data locally to attempt to generate PDF files of the original news articles that had appeared at uswgo.com, and each article may have been syndicated by one or multiple websites that further authenticates the information inside of the articles and article title. Total pages inside this Exhibit is 9-Pages total.

42. Attached hereto as Exhibit 33, is a true and correct copy of three pages from the original Mayodan Police Report on Suspects Brian David Hill and Roberta Hill, which that Mayodan Police Report had been acquired by Defendant Hill outside of the secret discovery agreement (*meaning Defendant Hill does not know what was in that discovery agreement letter*) between the U.S. Attorney and Eric David Placke, thanks to a faxed request from Hill to the town of Mayodan requesting a copy of his police report record. The pages in this Exhibit are (Part 1) Page 1 of the Mayodan Police Report concerning Brian David Hill, (Part 2) Page 7 of the Mayodan Police Report concerning Brian David Hill, and (Part 3)

Page 11 of the Mayodan Police Report concerning Brian David Hill. The total number of pages in this Exhibit is 3 pages total.

43. Attached hereto as Exhibit 34, is a true and correct copy of a webpage printout that had been archived on archive.org that was originally posted on the official Mayodan Police website titled "MPD Organization", showing the rank of different police officers at the Mayodan Police Department and the page archive was on the date of "October 14, 2011". Was printed out by family in PDF format then was printed into paper format to file with the Clerk. The total number of pages of the web page that was archived is 2 pages total.

44. Attached hereto as Exhibit 35, is a true and correct copy of a news article that had been published on the newsadvance.com titled "Mayodan appoints new police chief | News | newsadvance.com" and had been posted originally on the date of "April 14, 2010". Was printed out by family in PDF format then was printed into paper format to file with the Clerk. The total number of pages of the news article is 4 pages total.

45. Attached hereto as Exhibit 36, is a true and correct copy of a news article that had been published on the RockinghamUpdate titled "District Attorney Phil Berger, Jr. Endorses Melanie Bridge for Rockingham County District Attorney" and had been posted originally on the date of "March 11, 2014". This news article was a press release. Was printed out by family in PDF format then was printed into paper format to file with the Clerk. The total number of pages of the news article is 7 pages total.

46. Attached hereto as Exhibit 37, is a true and correct copy of a Video DVD that was produced by the Defendant of this case, with the video that Alex Jones of Infowars and The Alex Jones Channel had originally uploaded on approximately "August 19, 2012" talking about "DHS Documents Show Big Sis Spying On Infowars!". This had happened because Defendant Hill had released documents from the U.S. Department of Homeland Security regarding fusion centers spying on Infowars pursuant to a FOIA request that Hill had filed in 2011. A news article

219

dated "August 19, 2012" and titled "Infowars » DHS Documents Show
Big Sis Spying On Infowars!" had revealed Defendant Hill had released
the documents to Infowars and the article had the original YouTube
video that was used in this Exhibit. All material was acquired by family.
Video DVD disc is 1-disc total. A "NOTICE OF FILING PAPER OR
PHYSICAL MATERIALS WITH THE CLERK" is attached with the
original signature of Defendant for the Clerk to docket the documenting
of the existence of such disc material in the Clerk's office once filed.
News Article is 6 pages total.

47. Attached hereto as Exhibit 38, is a true and correct copy of an email
record Subject: "addendum to last email", From: "Brian Hill
<admin@uswgo.com>", Date: "Fri 12/6/2013 1:58 AM", and To:
"Strickland, Joy <JStrickland@ncdoj.gov>". Email record was locally
archived on Hill's computer as retention of evidence to file with the
Court and/or give to any investigators who wish to investigate as to why
Hill was set up with child porn. Email record is 7-Pages total. Email has
attachments which are also part of this exhibit. 100_9098.JPG, (2)
"Attachment I-Apprioximately where Roberta Hill was confronted by a
black police suv saying Mayodan police being questioned over a girl they
are trying to find.bmp" (1 page), (3) "Attachment J-distance from the
police questioning my mother and my home where thwe raid
happened.bmp" (1 page), (4) "Attachment K-Mayodan-Police-
SUV2.jpg" (1 page), (5) "Attachment L-GMAC Insurance card.jpg" (1
page), and (6) "Attachment M-Apprioximately where Roberta Hill's car
was at during the finder binder incident.jpg" (1 page). Total pages
including both the email record and attachments is 16 pages total.

48. Attached hereto as Exhibit 39, is a true and correct copy of an email
record Subject: "Grateful for the Mayodan PD backing off and
returning most of my stuff", From: "Brian Hill <admin@uswgo.com>",
Date: "12/10/2013 10:14 PM", and To: "Strickland, Joy
<JStrickland@ncdoj.gov>". Email record was locally archived on Hill's

220

computer as retention of evidence to file with the Court and/or give to any investigators who wish to investigate as to why Hill was set up with child porn. Email record is <u>7-Pages total</u>. Email has attachments which are also part of this exhibit. Attachments (1) "Attachment A-Testimony of witness account of phone conversation with Mayodan Police over return of seized property(OCR Support).pdf" (<u>1 page</u>), (2) "Attachment B-Internet Virus Frames Users For Child Porn.pdf" (<u>6 pages</u>), and (3) "Attachment C-Testimony and Data documentation on what was lost due to the raid.pdf" (<u>5 pages</u>). Total pages including both the email record and attachments is <u>19 pages total</u>.

49. Attached hereto as <u>Exhibit 40</u>, is a true and correct copy of an email record Subject: "Mayodan police lied to me", From: "Brian Hill <<u>admin@uswgo.com</u>>", Date: "Thu 12/12/2013 4:45 AM", and To: "Strickland, Joy <JStrickland@ncdoj.gov>; Gray, Angel <agray@ncdoj.gov>". Email record was locally archived on Hill's computer as retention of evidence to file with the Court and/or give to any investigators who wish to investigate as to why Hill was set up with child porn. Email record is <u>2-Pages total</u>. Email has attachments which are also part of this exhibit. Attachments (1) "BRIAN HILL ARREST WARRANT.pdf" (<u>1 page</u>), (2) "BRIAN HILL FED COMPLAINT - 1.pdf" (<u>2 pages</u>), (3) "HILL, BRIAN INDICT.pdf" (<u>2 pages</u>), (4) "Attachment F-USWGO Mail - You better watch out........pdf" (<u>1 page</u>), and (5) "Attachment G-USWGO Mail - Your gonna get it.pdf" (<u>1 page</u>). Total pages including both the email record and attachments is <u>9 pages total</u>.

50. Attached hereto as <u>Exhibit 41</u>, is a true and correct copy of an email record Subject: "Re: how are things going?", From: "Brian Hill <u>admin@uswgo.com</u>", Date: "12/14/2013 11:17 AM", and To: "Sue Basko <suebasko@gmail.com>". Email record was locally archived on Hill's computer as retention of evidence to file with the Court and/or give to any investigators who wish to investigate as to why Hill was set up with

child porn. This email was sent by Brian Hill's grandfather Kenneth R. Forinash. Email record is <u>2-Pages total</u>.

51. Attached hereto as <u>Exhibit 42</u>, is a true and correct copy of a Video DVD that was produced by the Defendant of this case, with the video that Hill had originally uploaded on "April 6, 2013" talking about the eMule virus, the very same virus that Brian D. Hill believes had set him up or helped (hack computer to get police into the home to possibly do more damage) to have him set up with child porn. Several screenshots are also in the Exhibit 42 Video DVD production. All material was acquired by family. Video DVD disc is <u>1-disc total</u>. A "NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK" is attached with the original signature of Defendant for the Clerk to docket the documenting of the existence of such disc material in the Clerk's office once filed.

52. Attached hereto as <u>Exhibit 43</u>, is a true and correct copy of an "DECLARATION OF BRIAN DAVID HILL IN SUPPORT OF DOCUMENT 2 COMPLAINT AND IN SUPPORT OF MOTION UNDER RULE 45 ASKING THE CLERK TO SUBPOENA ATTORNEY JOHN SCOTT COALTER FOR DISCOVERY AND TO PROVE THE FACTUAL MATTER UNDER COMPLAINT" Document #12 in that civil case, that was filed in the United States District Court for the Western District of Virginia, case # 4:17-cv-00027. Lawsuit Court Document record is <u>11-Pages total</u>.

53. Attached hereto as <u>Exhibit 44</u>, is a true and correct copy of an email record Subject: "Re: Public Comment Period Extension Request", From: "Brian Hill <u>admin@uswgo.com</u>", Date: "2/29/2012 2:52 PM", and To: "Lessa Hopper <u>mhopper@townofmayodan.com</u>, mbrandt@townofmayodan.com". Email record was locally archived on Hill's computer as retention of evidence to file with the Court and/or give to any investigators who wish to investigate as to why Hill was set up with child porn. Email record is <u>3-Pages total</u>.

222

54. Attached hereto as <u>Exhibit 45,</u> is a true and correct copy of two printed news articles regarding the misconduct and corruption within the North Carolina State Bureau of Investigation. They were printed in PDF format by family and then printed into paper form for the Clerk's office and the Court. <u>Part 1</u>: is a true and correct copy of a news article titled the "Judge dismisses lawsuit alleging SBI misconduct in Clemmons dentist case | Local News | journalnow.com". Part 1 is <u>3-Pages total</u>." <u>Part 2</u>: is a true and correct copy of a news article titled the "Scathing SBI audit says 230 cases tainted by shoddy investigations | News & Observer". Part 2 is <u>3-Pages total</u>.

55. Attached hereto as <u>Exhibit 46,</u> is a true and correct copy of an USWGO Alternative News article titled "NC Senator Phil Berger receives the Nullify-NDAA Petition at the Mayodan Town Hall" that was printed on the date of 10/21/2013. It was originally printed as PDF format, then Brian David Hill has decided to create a new PDF to crop out the side banners and other stuff of the original article to try to increase the text size to attempt to make it more legible when the Clerk scans and files this Exhibit. So it is a cropped version of the original PDF file of USWGO Alternative News articles archived in 2013 with the website backup data locally to attempt to generate PDF files of the original news articles that had appeared at uswgo.com, and each article may have been syndicated by one or multiple websites that further authenticates the information inside of the articles and article title. Total pages inside this Exhibit is <u>11-Pages total</u>.

56. Attached hereto as <u>Exhibit 47,</u> is a true and correct copy of an email record Subject: "Re: I stood up against the NDAA at my Mayodan town council and recorded it even gave the chief of police documentation on the NDAA." From: "Brian Hill <u>admin@uswgo.com</u>", Date: "4/11/2012 12:26 PM", and "To: Darrin <u>darrin@infowars.com</u>". That was in response to Darrin McBreen who had responded to Brian D. Hill's email "Subject: I stood up against the NDAA at my Mayodan town council and

223

recorded it even gave the chief of police documentation on the NDAA."
Email record was locally archived on Hill's computer as retention of
evidence to file with the Court and/or give to any investigators who wish
to investigate as to why Hill was set up with child porn. Email record is
2-Pages total.

57. Attached hereto as <u>Exhibit 48</u>, is a true and correct copy of Affidavits to
the Habeas Court that are in support of any claim of Actual Innocence
and shows things that prove ineffective assistance of Counsel by bringing
up what Placke and Coalter did not in defense of Brian David Hill in the
adversarial system. (#1) General Affidavit regarding innocence of
accused crime, General Affidavit by Brian David Hill (<u>2 Pages</u>), (#2)
Declaration of Innocence for The White House - 01/22/2017 (<u>2 pages</u>),
(#3) 2nd Declaration of Innocence for The White House - 02/02/2017 (<u>2</u>
<u>pages</u>). All 3 Affidavits is <u>6-Pages total</u>.

58. Attached hereto as <u>Exhibit 49</u>, are proposed subpoenas for the
evidentiary hearing Defendant is requesting, or the subpoenas can be
signed and used for any other hearing that such witnesses would be
deemed as appropriate to testify by the discretion of the Court. Alex
Jones is appropriate and relevant to testify in this matter as he had
witnessed Brian D. Hill at the Hyatt Place and knew that Brian had
called into his radio show multiple times, assuming if he still remembers.
He knew for a fact that Brian was alternative media and was an Anti-
New-World-Order activist prior to the child porn allegations. Brian has
also overheard Alex giving his opinion on his radio show on multiple
occasions that child porn can be planted or that somebody can indeed be
set up with child porn, which Brian had witnessed by ear. Darrin
McBreen is relevant to this criminal case as he responded to Brian's
email (See <u>Exhibit 47</u>) about on "Apr 11, 2012 at 11:43 AM," in regards
to standing up against the NDAA at the Mayodan town council, and as
well as the Police Chief of Mayodan being given a copy of NDAA
documentation. Darrin McBreen was a friend of Brian on Facebook and

224

Darrin McBreen had told Brian verbally over the phone that he remembered that Brian had called into the Alex Jones show at an earlier time, likely referring to the call-in regarding the town of Mayodan. Therefore Darrin McBreen is a valuable defense witness in this case. Aaron Dykes and/or Melissa Dykes (formerly, "Melissa Melton") is a relevant and credible witness to this case as both of them were posting a video on YouTube back in 2013 as claiming to have been victims of a child pornography set up scheme, likely in the same style as the tormail.org attacks. Aaron Dykes knew Brian on Facebook as his friend, and Aaron had helped posted some or few of Brian's articles. Through the RSS feed system, he had found out that a "Aaron" had syndicated one or more of USWGO Alternative News article material was by Brian D. Hill. Brian had Aaron Dykes personal cell phone number after he had met Alex Jones and others at the Chantilly, VA Occupy Bilderberg protest, which Aaron had asked Brian not to share it with anyone except for Popeye meaning Sean Justus of FederalJack. Brian has kept his end of the bargain. Aaron Dykes and/or Melissa Dykes were connected with Brian in 2012 and they were victims of a child porn set up attack, just as Attorney Susan Basko had mentioned in her Declaration under Document #46, regarding different alternative media people getting child porn set up attempts which also involve tormail.org. Witness named Stewart Rhodes, a Constitutional lawyer, the founder of the Oath Keepers organization is relevant and a credible witness to this criminal case. Stewart had been the victim of a child pornography set up scheme and may involve tormail.org or a similar anonymous TOR-based email provider. Stewart Rhodes had appeared on YouTube in 2013 in an interview discussing the child pornography set up schemes that are placing alternative media under serious criminal attacks that may ruin their lives like it had ruined Brian David Hill for a crime that he is innocent of. Brian has emailed Stewart Rhodes as well as Dan Johnson back in 2012, all relevant to town of Mayodan, Dan Johnson knew that

225

Brian was a victim of a child porn set up attack and Stewart Rhodes may also had known as well (recalling from memory from a long time ago) since Brian has been emailing him. They were connected in 2012 and in 2013 before Brian's arrest. Stewart Rhodes is relevant to the proceedings in this criminal case regarding a defense witness for Brian David Hill.

59. Attached hereto as **Exhibit 50**, is a true and correct copy of a witness letter by Stella Burnette Forinash, a notarized Declaration under Title 28 U.S.C. § 1746, for the Habeas Court to review and use as evidence for the purposes of ineffective assistance of Counsel, and in support of any claim of Actual Innocence. Signatures in the version sent to the Clerk are original, as well as notary public signature. Letter is **38-Pages total**.

60. Attached hereto as **Exhibit 51**, is a true and correct copy of a witness letter by Kenneth R. Forinash, a notarized Declaration under Title 28 U.S.C. § 1746, for the Habeas Court to review and use as evidence for the purposes of ineffective assistance of Counsel and/or possible attorney misconduct, and in support of any claim of Actual Innocence. Signatures in the version sent to the Clerk are original, as well as notary public signature. Letter is **2-Pages total**.

61. Attached hereto as **Exhibit 52**, is a true and correct copy of a witness letter by Roberta Ruth Hill, a notarized Declaration under Title 28 U.S.C. § 1746, for the Habeas Court to review and use as evidence for the purposes of ineffective assistance of Counsel, and in support of any claim of Actual Innocence. Letter is **11-Pages total**.

62. Attached hereto as **Exhibit 53**, Part 1 "is a true and correct copy of the 2-page Virginia DMV handicap placard application which has been certified by a medical Doctor that the Defendant Brian D. Hill has an Autism Spectrum type Disorder which proves to the Court that the Defendant is mentally disabled. The next 2-pages is a printout of a medical paper from Carilion Clinic in Roanoke, Virginia, proving that the Defendant has Type-1 Diabetes which is difficult to control since it is brittle. The original Carilion clinic medical paper was 3-pages but the

226

two pages are the most important. The pages used in this Exhibit are not directly of the original scanned pages but was in a FAX record in the VentaFax LogBook. The originals that were scanned, and then used for a facsimile (fax) transmission, the fax quality versions were stored in the VentaFax LogBook in TIFF format. They were converted to PDF to be used for this exhibit. Part 1 is <u>4-Pages total</u>." <u>Part 2</u> of this Exhibit is a true and correct copy of the May 16, 2017 Doctor's letter from Carilion Clinic in Martinsville, VA, located at 1107a Brookdale Street, Martinsville, VA 24112. The doctor who had typed this certification letter was Dr. Shyam E. Balakrishnan, MD. This letter shall serve as proof of Defendant's disability for this case. This letter is <u>1-Page</u>. <u>Part 3</u> of this Exhibit is a true and correct copy of the <u>6-Page</u> diagnostic evaluation by the Department of Psychiatry of the University of North Carolina, the Division for Treatment and Education of Autistic and Related Communication Handicapped Children. Report is dated October 19, 1994. It was signed for and supported by experts such as Allison Butwinski (Parent Consultant), Roger D. Cox, Ph.D. (Licensed Practicing Psychologist), and Marquita Fair (Child Therapist). That diagnostic evaluation is <u>6-Pages total</u>. The total pages altogether in this Exhibit is <u>11 pages</u>.

63. Hill's family wants the Habeas Court to also watch these few YouTube videos proving that Defendant Hill had appeared on local (local to the Triad of North Carolina) WXII12 and FOX8 news television ("TV") stations when interviewed over the Righthaven LLC v. Brian D. Hill federal lawsuit in Colorado in regards to a Denver Post photograph. Family gave these links so that the Court can watch both of them as evidence. The WXII12 news clip can be found at the link of <u>http://www.youtube.com/watch?v=JUX1QPqdgd4</u> and is titled "USWGO Righthaven lawsuit makes WXII12 Triad News". The FOX8/WGHP news clip can be found at the link of <u>http://www.youtube.com/watch?v=MgIUkmsMPI8</u> and is titled

227

"USWGO Righthaven lawsuit makes WGHP FOX8 Triad News". Both videos couldn't quickly be rendered to another Exhibit DVD so his family had suggested that Hill give the YouTube video links to show that Hill was a major public PR debacle to Righthaven, LLC, and was a victim of a federal lawsuit that was targeting USWGO Alternative News. If Mayodan Police had known he was a big PR debacle, that could also explain why Hill was framed with child porn because whoever had done the deed knew that Brian couldn't get the media involved on exposing this set up operation since the media doesn't like the subject matter of "child pornography" and sexual abuse of children which is all due to the stigmatization surrounding any nature of such charges.

64. I will submit more evidence to the Court as needed if the Habeas Court finds it necessary for granting of my "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY". Hill agrees to expand the record and provide further evidence to the Court to further prove his claims.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Nov. 10, 2027_

_Brian D. Hill_
Signed                                    **Signed**

**Brian David Hill (Pro Se)**
**Former news reporter & Founder of USWGO Alternative News**
**Home Phone #: (276) 790-3505**
**310 Forest Street, Apt. 2. Martinsville, VA 24112**

**U.S.W.G.O.**

228

## CERTIFICATE OF SERVICE

**Defendant hereby certifies that on November 11, 2017, service was made by mailing the original of the foregoing**

BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY" -- DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION

+ Exhibits incl. Video DVD discs and Audio CD disc, 2 copies of all pages including Exhibits (in compliance with the rules governing 2255 motions) marked with "COPY" also filed with the Clerk requesting that service be mailed by mailing the COPY of all physical material to the Government in this case, and the other COPY to be reviewed by the Habeas Court.

**by deposit in the United States Post Office, Priority Mail Large Box (Part 1 box), and Priority Mail Medium Box (Part 2 box), Postage prepaid under certified mail tracking no. 7017-1450-0000-9407-6759 and certified mail tracking no. 7017-1450-0000-9407-6766, on November 11, 2017 addressed to the Clerk of the Court in the U.S. District Court, for the Middle District of North Carolina, 324 West Market Street, Suite 1, Greensboro, NC 27401. Then Defendant requests that the Clerk of the Court shall have considered mailing the Government's COPY of the 2255 brief, 2255 motion, and all other relevant documents, then electronically filed the foregoing using the CM/ECF system which will send notification of such filing to the following parties:**

**Anand Prakash Ramaswamy**
**U.S. Attorney Office**
**Criminal Case # 1:13-cr-00435**
**101 South Edgeworth Street, 4th Floor**
**Greensboro, NC 27401**
**Anand.Ramaswamy@usdoj.gov**

1

This is pursuant to Defendant's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases..."the Clerk shall serve process via CM/ECF to serve process with all parties.

| Date of signing: | Respectfully submitted, |
|---|---|
| *November 11, 2017* | *Brian D. Hill* |
| | ~Signed~  Signed |
| | Brian D. Hill (Pro Se) |
| | 310 Forest Street, Apartment 2 |
| | Martinsville, VA 24112 |
| | Phone #: (276) 790-3505 |

*or Priority Mail Express # EL 887830385 US* **U.S.W.G.O.**

|  |  |  |
|---|---|---|
| **United States of America** <br> **Plaintiff(s)** | ) <br> ) <br> ) <br> ) <br> ) | |
| **v.** | ) <br> ) | **Criminal Action No.** <br> **1:13-cr-431-1** |
| **Brian David Hill** <br> **Defendant(s)** | ) <br> ) <br> ) <br> ) <br> ) | |

In the United States District Court

For the Middle District of North Carolina

Greensboro Division

2