In the United States District Court

For the Middle District of North Carolina

Greensboro Division



|  |  |
|---|---|
| United States of America<br>Plaintiff(s)<br><br>v.<br><br>Brian David Hill<br>Defendant(s) | Criminal Action No.<br>1:13-cr-431-1 |

## ADDITIONAL EVIDENCE DECLARATION IN SUPPORT OF, "BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY""

## DECLARATION, ATTACHED EVIDENCE IN SUPPORT OF BRIAN DAVID HILL'S § 2255 MOTION

Note: Clerk, please file the evidence attached to this Declaration in COLOR.

I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1. The 3-pages total news article attached to this additional Declaration filing, is a true and correct copy of a printed "The Government Is Planting Child Porn On Your Computer : TFR LIVE : Truth Frequency Radio" web page article. Family acquired this since it had mentioned about a USWGO Virus Report on the eMule virus. This article was created around the time that the child porn was still reportedly downloading to my Black Toshiba Laptop Computer, Satellite C655D, at the N.C. SBI office custody. So maybe the Government did set up Brian David Hill with child porn. Who Knows? This was supposed to have been added to Exhibit 4 according to my

paragraph that had one sentence that had said "(See Exhibit 4, article 2: "The Government Is Planting Child Porn On Your Computer"). Hill used to be associated with them (referring to Chris Geo and Sheeree Geo of Truth Frequency Radio) as well when he was alternative media." The whistleblower that talked about the Internet Crimes Against Children ("ICAC") task force setting people up, and that a virus was planted on my computer to stop my (political) activity, I was the one that released the information to Alexander Higgins which led to the article mirrored on TFR. I am the one that knows that I had been framed with child porn and that the Government was involved somehow with me being framed. USWGO Alternative News website kept getting hacker attacks before the child porn set up operation against me. I was a target for my political viewpoints which is stupid. Free Speech is under silent warfare.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:                                    Respectfully submitted,

November 11, 2017                               Brian D. Hill
                                                Signed    Signed
                                                Brian D. Hill (Pro Se)
                                                310 Forest Street, Apartment 2
                                                Martinsville, VA 24112
                                                Phone #: (276) 790-3505
                                                U.S.W.G.O.

This DECLARACTION respectfully filed with the Court, this the 11th day of November, 2017

Defendant also requests with the Court that a copy of this Brief and Defendant's § 2255 Motion be served upon the Government as stated in 28 U.S.C. §1915(d), that "The officers of the court shall issue and serve all process, and perform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases. Plaintiff requests that copies be served with the U.S. Attorney office of Greensboro, NC and AUSA Anand Prakash Ramaswamy via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!



HOME
LISTEN LIVE
Listen on TFR
Listen on iHeartRadio
BTV iHeartRadio Channel
TFR SCHEDULE
CHATROOM
ON DEMAND
BY SHOW
BY DATE
MOBILE APPS
MISSION
DONATE
CALL IN / E-Mail
LOGIN

Search...

# THE GOVERNMENT IS PLANTING CHILD PORN ON YOUR COMPUTER

**Truth Frequency Radio**

May 03, 2013

A new virus has been cataloged, and it appears to be planting and distributing child pornography files. Hackers? No. The government is planting child porn on your computer, or so an alert published today indicates.

by Amber Harrison
American Live Wire
May 2, 2013



Before It's News has interviewed a person, who spoke on condition of anonymity, that has been a victim of the virus implantation. The person was engaged in journalistic exposure of political corruption, and suddenly police appeared on his doorstep with a search warrant specifying a search for evidence of possessing and distributing child pornography. The story is a bit convoluted here, but basically the gentleman did a little more investigation and found rogue .exe files on his computer that appeared as normal emule sharing directories but contained "hundreds to thousands" of child pornography files. The potential whistleblower claims the virus was deliberately planted on his computer in order to stop his activity.
The article surmises the Internet Crimes Against Children task force may be behind the virus planting, though why is unclear.

**Are You A Victim?**
According to a USWGO Virus Report:
"I believe it was surrounded by comine.exe along with another exe file that had random characters so I don't remember that file name since it had a certain kind of random characters and I believe it may have been in the TEMP folder.
It came with three rogue P2P file sharing applications that were not stored in the usual file directories for programs or even portable programs. Those files are called ares.exe, emule.exe, and shareaza.exe. They share possibly illegal files and files with Trojans embedded without the computer owners permission despite invalid claims by law enforcement that no one can force a user to download and share files on P2P networks. When the user discovers them and attempts to shut down the program using process termination on Task Manager(taskmgr.exe) the rogue Trojan control program attempts to revive the operation of the rogue P2P programs and will fully operate within 3-5 seconds or even up to 10 seconds depending on processing speed from CPU. No matter how many times the user continues stopping the program it comes right back. When the user attempts to end the task then quickly remove the files even with certain software, the Trojan that controls the rogue programs seems to regenerate the rogue programs which continues to share and download illegal material which can get the user in trouble ... "
ESET Virus Radar has recognized the virus, and calls it Win32/MoliVampire. The short description indicates, "Win32/MoliVampire.A is a trojan which tries to download other malware from the Internet. Win32/MoliVampire.A may be spread via peer-to-peer networks."

ON AIR >>

The path begins with a search for truth and a belief that reality is not what we perceive it to be. But what happens when belief becomes gnosis? Welcome to the next level of knowledge, unbound from all belief systems, ideologies, and programs. Are you prepared to recognize your own divinity and step into the light? When you are ready, we invite you to step Beyond The Veil. ...

CALL IN NUMBERS
US: 213-233-3998
UK +44.203.393.2871

Prepare With TFR


LATEST ON-DEMAND
Entering the OtherWorld with Nikki Colom..

The trojan contains an URL address. It tries to download a file from the address. Files are copied into a shared folder of various instant messengers and P2P applications, according to the description.

In a hurried article posted on Before It's News, a reporter emoted:

So anyone whom receives this virus or variants of Trojans similar to this virus, is at risk of being accused of distributing and possessing child pornography then having the computers and family photos, videos, and other personal data taken away forever. Then will likely end up years in federal or state prison then receives a lifetime sex offender record, isn't that just great!!!!!

### ICE Pads Their Stats

Evidently, it isn't only alternative-news journalists who are being targeted. According to a Facebook page supporting 17-year-old autistic youth Andrew Rose:

"Operation Flicker was started By ICE [Immigration and Customs Enforcement Agency]. U.S. Immigration and Customs Enforcement is the principal investigative arm of the U.S. Department of Homeland Security (DHS) and the second largest investigative agency in the federal government. Created in 2003 through a merger of the investigative and interior enforcement elements of the U.S. Customs Service and the Immigration and Naturalization Service, "Operation Flicker" is part of Project Predator, a nationwide ICE initiative to protect children from sexual predators, including instances of sex tourism with minors, Internet child pornographers, criminal alien sex offenders, and child sex traffickers, according to the agency. Unfortunately, due to the system being used to net these predators, many children are being exposed to the same Child Porn they were trying to stop."

Apparently, in an effort to catch these dangerous internet predators, ICE attached child pornography images to .mp3 files on P2P sharing sites like LimeWire. Young Andrew Rose downloaded two songs that came with little surprise packages attached. Scandalously and shamefully, Andrew is actually being prosecuted. His lawyer, on the support page, stated:

"The FBI and ICE are the ones who exposed Andrew Rose to Child Pornography ….. They were the Traffickers and became "That which they Seek."

### What Can You Do?

Computer users, especially those who use P2P file sharing programs and messaging, are encouraged to use ESET of McAfee virus scan/destroy software as both recognize the virus. It is noted that virus protection is not "bulletproof" with regard to this virus, and certainly will not protect against hidden attached files in normal sharing operations. If the government is planting child porn on your computer as some people have claimed, taking any and all steps possible to protect yourself and your family, including ceasing use of P2P applications, is advisable.

<< PREV
NEXT >>

**MORE NEWS BY NEWS >>**



**YAHOO HAD A SECURITY BREACH IN 2014 - 500 MILLION ACCOUNTS STOLEN & THEY ARE JUST NOW LETTING YOU KNOW ABOUT IT**

NOTICE OF DATA BREACH Dear User, We are writing to inform you about a data security issue that may involve your Yahoo account information. What Happened? A copy of certain user account information was stolen from our systems in late 2014 by what we believe is a state-sponsored actor. We are closely coordinating with law…



**BREAKING NEWS: GAS LEAK IN SOUTHEASTERN U.S. CAUSES MULTI-STATE GAS SHORTAGE**

12:15am EDT Breaking News  The hashtag #GasShortage is trending on twitter for Tennessee. It will soon be trending elsewhere. My brother reported to me a few minutes ago that Gas stations in Greensboro NC are out of gas and those truck stops have only about 7000 Gallons as of 1155pm EST.  The immediate…



**THE NEWS YOU DON'T KNOW ABOUT AND WHY IT MATTERS SHOW NOTES**

06 Sept. 2016  If you missed last week's show, you definitely want to go to Truth Frequency Radio . Com and go to the On Demand link,

---

Sidebar:

Eye of Ra — EPISODE #7

The Georgia Guide Stones..

Quantum Quest — EPISODE #24

The Covert Report with Susan Lindauer..

The Covert Report — EPISODE #318

Thar be Ghosts Among Us!..

Paranormal Portal — EPISODE #124

Freaky Friday with The Woo Crew..

Freaky Friday — EPISODE #141

LIGO my Gravity..

The Anthony Patch Show — EPISODE #45

Simulacra: Robots, Remedies & Rememb..

Ironworx — EPISODE #7

Flat Earth International Conference Roun..

Secrets Revealed — EPISODE #91

Demonic Hollywood!..

Phoenix Rising Radio — EPISODE #380


MORE ON DEMAND RADIO

Find Truth Frequency News with Luckee and find the show with the title HOW TO FORGIVE, GENETICS AND GRANDMA'S MEMORIES  That is available for free to Truth...



### WORLD PEACE: THE FINAL CHAPTER BY BROOKS AGNEW
World Peace: The Final Chapter By Brooks Agnew Notes from 04 September 2016 World peace has been cited by pageant misses as their life's work for more than a century. It is the stuff of happily ever fairy tales and Mendala shifting Disney movies. Guard dropping press releases misled Neville Chamberlain and countless other kings to...



### SHOW NOTES HOW TO FORGIVE GRANDMA'S AND GENETIC MEMORIES
Forgiveness by Luckee1 as heard on 30 August 2016 http://tfrlive.com/luckee-with-truth-frequency-news-66847/ I know when I was a girl, I was told that we had to forgive others. The adults, especially those associated with church, always talked about forgiving others. They also talked about how Jesus died for our forgiveness. They would talk about things like forgive your...



### GCMAF TREATMENT KILLS CANCER CELLS - HOLISTIC DOCTORS 'SUICIDED' OVER THIS
Original post is: Watch as amazing GcMAF treatment kills cancer cells in real time... holistic doctors 'suicided' over this stunning breakthrough A breakthrough cancer treatment appears to be the reason why a handful of holistic doctors were recently found "suicided" is now gaining worldwide attention as a potential universal cure for cancer. And new microscopic...

<< ALL NEWS BY NEWS >>

© TRUTH FREQUENCY (TM) All Rights Reserved

THE VIEWS AND OPINIONS EXPRESSED ON THIS STATION BELONG SOLELY TO THOSE WHO MAKE THEM AND DO NOT NECESSARILY REFLECT THE VIEWS AND OPINIONS OF TRUTH FREQUENCY RADIO, iHeartRadio, OR OUR AFFILIATES / ADVERTISERS.