

FILED
NOV 14 2017
Clerk U.S. District Court
By____ NC

# EXHIBIT 1

### For Federal criminal case
**-- BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY" - DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION --**

**United States of America v. Brian David Hill (Brian D. Hill) (formerly USWGO Alternative News)**

**Criminal Case Number  1:13-cr-00435-1**



# AFFIDAVIT

Aprox. 11:30 AM  Dec. 24, 2013

I was called by Joy Walter. She asked me a series of questions related to Brian. She asked about his birth date, address, and many other personal questions related to where he lives. She asked me if I would be willing to be a third party custodian if Brian is going to be released under parole. She informed me that she didn't know what the judge was going to decide, but she wanted to know if that would be a possibility with me. She informed me that I would be held responsible for him. He would be placed under the Adam Walsh Sex Offender Specific Conditions and therefore would be put under electronic monitoring, would not be allowed on a computer, not allowed near any children under 18 years of age, would not be allowed near a school and would not be allowed to have a phone. She asked me if I would report to them if he violated any of these conditions. She was asking all kinds of personal questions related where Brian lives and about how the apartments are arranged. She also informed me that my computers in my apartment would have to be checked by the parole officer and that they would have to be password protected. She asked me if Brian and I owned any guns and then informed me that we would not be allowed to have any guns. When she found out the apartments were owned by my parents she then started to ask their names. I told her that I need to think about her question in relation to being a third party custodian. She told me that she would call back on Thursday. She called three other times. Under these conditions, I later declined to be a third party custodian. I know he is innocent and would never download child porn.

**************************

Tuesday December 24, 2013    3:30 PM

Brian called using the pay tel phone, and we talked about 20 minutes  (learned later that he now has $28.00 left out of the $50.00 we put in this morning  - $1.10 per minute). We all got to talk to him. He told us that they wanted him dead in that jail too because they were not giving him his insulin and asked us if we can do something so he can get his insulin. He said he kept walking in his cell to try to bring his glucose down and told them he would just not eat and was losing weight. He said that he talked to Rodney White (SBI undercover) who told Brian that the NC state bureau was not after him. They did get his emails and was investigating it.  Said something like it was the federal, not the state. Brian was confused about what he said. They put Brian in the DNA database. Then Brian told us when they videotaped him in the nude at Winston Salem, they taped his penis and anus and one of the guys was smiling a lot, and Brian was still upset about that. He said he had not talked to his lawyer yet. We told his facebook support group about the jail not giving Brian his insulin, and his friend Kitty advised us to find some medical documentation and fax it to the jail. We did this.

## Personal and Confidential

| **To:** | Guilford County Jail | **From:** Brian David Hill's Mother and |
| --- | --- | --- |
| | | Grandparents |
| **Fax:** | 336-641-2793 | **Page** 6 Pages + Cover Sheet |
| | | **s:** |
| **Phon** | 336-641-2700 | **Date:** Dec 24, 2013 |

5

Case 1:13-cr-00435-WO  Document 37  Filed 09/18/14  Page 62 of 75
Case 1:13-cr-00435-TDS  Document 131  Filed 11/14/17  Page 2 of 101

# EXHIBIT 2

**For Federal criminal case**
**-- BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY" - DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION --**
United States of America v. Brian David Hill (Brian D. Hill) (formerly USWGO Alternative News)
**Criminal Case Number 1:13-cr-00435-1**



Southern Health Partners

# MEDICAL STAFF RECEIVING SCREENING FORM

| LAST NAME | FIRST NAME | MIDDLE | BOOKING DATE | SCREENING DATE | TIME AM/PM |
|---|---|---|---|---|---|
| Hill | Brian | | 9-30-14 | 10-1-14 | 1030 am |

| PREVIOUS INCARCERATIONS: | | SEX: | SOCIAL SECURITY NO. | DOB: |
|---|---|---|---|---|
| OCJ 5/2014 | | M | | 5-26-90 |

CURRENT INSURANCE COVERAGE?    CURRENTLY UNDER PHYSICIAN'S CARE FOR CHRONIC CONDITION:

| VISUAL / MEDICAL OBSERVATION: (Explain all "Yes" Answers) Circle Y or N: | YES | NO |
|---|---|---|
| Is inmate unconscious or showing visible signs of illness, injury, bleeding, pain, or other symptoms suggesting the need for immediate emergency medical referral? If yes: | Y | N |
| Are there any visible signs of fever, jaundice, skin lesions, rash, or infection: cuts, bruises, or minor injuries; needle marks, body vermin? If yes: | Y | N |
| Does the inmate exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior? If yes: | Y | N |
| Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol? If yes: | Y | N |
| Is the inmate's mobility restricted in any way due to deformity, cast, injury, etc. If yes: | Y | N |

| ASK THE INMATE THESE QUESTIONS: (Explain all "Yes" answers) | | |
|---|---|---|
| Have you had or been treated for: (circle as appropriate) asthma, diabetes, epilepsy, heart condition, high blood pressure, mental health problems, seizures, ulcers, or other conditions? Other: DM I, Autism, OCD | Y | N |
| Have you taken or are you taking any medication(s) prescribed for you by a physician? If yes: NPH, @SS prozac | Y | N |
| Are you allergic to any medications, foods, plants, etc.? If yes: Geodon, | Y | N |
| Have you fainted or had a head injury within the last 72 hours? If yes: | Y | N |
| Do you have or have you been exposed to AIDS, hepatitis, TB, VD, or other communicable disease? For TB, ask if he/she has had night sweats; had weight loss recently; persistent coughing. If yes: TB Cleared see Fed Log | Y | N |
| Have you been hospitalized by a physician or psychiatrist within the last year? If yes: Martinsville Mem Hosp Dec 2013 mental Health | Y | N |
| Have you ever considered or attempted suicide? If yes: | Y | N |
| Do you have a painful dental condition? If yes: | Y | N |
| Are you on a specific diet prescribed by a physician? If yes: | Y | N |
| Do you use drugs? How often?     Last time?  What kind?     How much? | Y | N |
| Do you use alcohol? How often?     Last time?  What kind?     How much? | Y | N |
| Females: LMP Date:_____ Are you pregnant, recently delivered or aborted; on birth control pills; having abdominal pain or discharge? If yes: | Y | N |

| DOCUMENT VITAL SIGNS: | | | | | |
|---|---|---|---|---|---|
| Respiration: 14 | O2 Sat: 98 | Pulse: 88 | Temperature: 98.6 | Blood Pressure: 110/78 | Weight: 153 140 |

PPD IMPLANTED?   Y   OR   N   HAVE ALL CONCERNS FROM OFFICER INTAKE AND ABOVE ANSWERS BEEN EXPLAINED ABOVE?

REMARKS: BG= 471 @ 0800   30u NPH 14u @SS
BG= 372 @ 10:30

I have answered all questions truthfully. I have been told and shown how to obtain medical services and advised on how to obtain medication upon release. I hereby give my consent for professional services to be provided to me by and through Southern Health Partners, Inc. Further, I release Southern Health Partners, Inc., its staff, the County, the Sheriff, Jailer, and his/her staff from all responsibility and I assume personal responsibility for the conditions that may occur as a result of my not requesting services and/or refusing treatment as prescribed by the medical staff of the facility and/or outside consultation services.

Inmate's Signature: Brian D. Hill     Date: 10/1/14

Interviewer's Signature and Title: M. Kitchens LPN     Date: 10-1-14


| Patient Name<br>BRIAN D HILL | Patient Number<br>1908253 | Booking Number<br>138125 | Birth Date | Date Of Service<br>12/20/2013 |
|---|---|---|---|---|

17. Female?  ○ Yes ● No

## Visual Observation

18. Is Patient appearance abnormal in any way? (e.g., sweating, tremors, anxious, disheveled, evidence suggestive of trauma or abuse)  ○ Yes ● No

Describe:

19. Is Patient movement restricted or compromised in any way? (e.g., body deformities, physical abnormality, unsteady gait, cast or splint intake, etc.)  ○ Yes ● No

☐ ** No Items Selected **

Describe:

20. Is breathing abnormal? (e.g., persistent cough, hyperventilation, shortness of breath, dyspnea, etc.)  ○ Yes ● No

Explain:

21. Does Patient's skin or scalp have obvious lesions or draining wounds, lice or scabies, jaundice, rashes, bruises, edema, scars, tattoos, needle marks or other indications of drug abuse?  ○ Yes ● No

Explain:

22. Does Patient exhibit characteristics of potentially being at risk for victimization (e.g., age, small build, femininity, 1st time offender, passive or timid appearance)  ● Yes ○ No

Explain:    *Pt is autistic*

**Remarks:**

*Med and MH referrals written ROI signed, Pt is an ASW due to verbalizing on multiple ocassion the need to end his life*

RPR-HIV  ● Done ○ Not done

Explain:

| Education provided orally and in writing on Access to Healthcare | ● Yes ○ No |
|---|---|
| Education provided orally and in writing on Sexual Assault Awareness | ● Yes ○ No |

*Patient Vitals:*

| Observed<br>Date | Blood<br>Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 12-20-2013<br>05:12 PM<br>CST | 142/88 | 112 | 20 | 97.90 | 98 | 180 | 25.8 |

☐ *Patient Refuses Vital Signs Check*

Appropriate "Refusal of Treatment" paperwork completed  ○ Yes ○ No

# SOUTHERN HEALTH PARTNERS

# BLOOD SUGAR FLOW SHEET

Inmate's Name: Hill, Brian      Site: OCJ

I.D.#/S.S.#: BSFS ✓ TID   DOB: ~~5-30-9~~      Physician: Davis

Physician Order/Instructions: _____      Have M.D. review findings

| DATE | TIME | BLOOD SUGAR | AMOUNT INSULIN GIVEN | INITIAL | DATE | TIME | BLOOD SUGAR | AMOUNT INSULIN GIVEN | INITIAL |
|---|---|---|---|---|---|---|---|---|---|
| 6-1-14 | 06:30 | 331 | 30 NPH 12 R | KD | 6-8-14 | 11a | 112 | ∅ | MK |
| 6-1-14 | 11:30 | 259 | 9 Reg | CD | 6-8-14 | 1800 | 213 | 18 u NPH 7 u R | MK |
| 6-1-14 | 4:30pm | 225 | 18 NPH 6 reg | KD | 6-9-14 | 06:15 | 279 | 30 NPH 8 R | KD |
| 6-2-14 | 06:20 | 336 | 30 u PH 12 Reg | KD | 6-9-14 | 11:30 | 198 | 7 R | KD |
| 6-2-14 | 11:35 | 252 | 9 Reg | KD | 6-10-14 | | | | |
| 6-2-14 | 6:30pm | 256 | 18 NPH 9 Reg | KD | | | | | |
| 6-3-14 | 0730 | 140 | 7u R 30u NPH | MK | | | | | |
| 6-3-14 | 1130a | 197 | 7 uR | MK | | | | | |
| 6-3-14 | 1830 | 269 | 7 uR 18 u NPH | MK | | | | | |
| 6-4-14 | 0730 | in court | | MK | | | | | |
| 6-4-14 | 12p | in court | | MK | | | | | |
| 6-4-14 | 3P | 429 | 30u NPH 14u R | MK | | | | | |
| 6-14-14 | 1730 | 288 | 7u R 18u NPH | MK | | | | | |
| 6-5-14 | 0630 | 22 | ∅ | KD | | | | | |
| 6-5-14 | 07:30 | 316 | 30 NPH 12 R | KD | | | | | |
| 6-5-14 | 11:30 | 91 | 7 Reg | KD | | | | | |
| 6-5-14 | 4:30 | 176 | ∅ | KD | | | | | |
| 6-6-14 | 6:30 | 344 | 12u R 30u NPH | MK | | | | | |
| 6-6-14 | 11am | 136 | 7uR | MK | | | | | |
| 6-6-14 | 1630 | 127 | ∅ | MK | | | | | |
| 6-6-14 | 1900 | 289 | 7uR 18u NPH | MK | | | | | |
| 6-7-14 | 0630 | 214 | 30 NPH 4 R | KD | | | | | |
| 6-7-14 | 1130 | 186 | 7 R | KD | | | | | |
| 6-7-14 | 4:30pm | 256 | 18 NPH 9 R | KD | | | | | |
| 6-8-14 | 0730 | 353 | 30u NPH 12u RSS | MK | | | | | |

Southern Health Partners, Inc.

CONFIDENTIAL MEDICAL INFORMATION

SHP Form 12/06



Southern Health
Partners
Your Partner In Affordable Inmate Healthcare

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 05-15-24 Pod/Location: Old Jail Cell: SM ID# 238308

Inmate's Full Name: Brian David Hill

Complaint/Problem: The reason my blood sugar is high is because of getting my insulin shot 1-2 hours after each meal I had ate. My body processes sugar and starches fast so need to <back)

How long have you had this problem? Since I was booked into Orange Co. Jail.

Inmate's Signature:_____ Date:_____

********** ********** ********** ********** ********** ********** **********

## TO BE COMPLETED BY MEDICAL STAFF:

☐ See Clinical Pathway for Documentation/Response
☐ See Physician Order for Response to this Sick Call
☐ See Progress Note for Response to this Sick Call
☐ See Below for Response to this Sick Call

Nurse's Signature/Date: _____
********** ********** ********** ********** ********** ********** ********** ********** ********** **********

Document Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

Instructions/Assessment: Document your findings, Inmate's responses/actions_____

See NN

_____

_____

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical:_____ Seen by:_____

*Place original form in patient's medical record.*     SHP Form 12/06/Updated 6/2009



*ATTN: ALL PERSONELL URGENT!*
*Thank You*

## Southern Health Partners
Your Partner In Affordable Inmate Healthcare

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 05-25-14   Pod/Location: Old Jail   Cell: SM   ID# 238306

Inmate's Full Name: Brian David

Complaint/Problem: I think my blood sugar low. I need something with sugar as soon as possible. Even peanut butter would do.

How long have you had this problem? Happened now

Inmate's Signature: Brian D. Hill   Date: May 25, 2014

\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*

*TO BE COMPLETED BY MEDICAL STAFF:*
☐ See Clinical Pathway for Documentation/Response
☐ See Physician Order for Response to this Sick Call
☐ See Progress Note for Response to this Sick Call
☑ See Below for Response to this Sick Call

Rcvd 5-26

Nurse's Signature/Date: M. Kitchens LPN

\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*

Document Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

Instructions/Assessment: Document your findings, Inmate's responses/actions_____

Given · Juice / glucose tab for low BG level

Rechecked Bs = 185 @ 10:30pm 5/25/14, informed staff

to give glucose tab if I/m reports low Blood sugar

again — let him check Bs Fc✓ He is able to do it.

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 5-26-14   Seen by: M. Kitchens LPN
*Place original form in patient's medical record.*   SHP Form 12/06/Updated 6/2009

# SOUTHERN HEALTH PARTNERS

## BLOOD SUGAR FLOW SHEET

Inmate's Name: Hill, Brian D     Site: OCJ

I.D.#/S.S.#:     DOB: ~~blacked out~~     Physician: Davis

Physician Order/Instructions: BSFs ✓ TID     Have M.D. review findings

| DATE | TIME | BLOOD SUGAR | AMOUNT INSULIN GIVEN | INITIAL | DATE | TIME | BLOOD SUGAR | AMOUNT INSULIN GIVEN | INITIAL |
|---|---|---|---|---|---|---|---|---|---|
| 5-14-14 | 1730 | 269 | 7u Reg 18u NPH | MK | 5-23-14 | 11am | 153 | 7uR- | MK |
| 5-15-14 | 0900 | 397 | 7u Reg 30u NPH | MK | 5-23-14 | 1800 | 164 | 7uR 18u NPH | MK |
| 5-15-14 | 12p | 272 | 7uR | MK | 5-24-14 | 06:30 | 108 | 30 NPH 7 R | KD |
| 5-15-14 | 1800 | 300 | 7u Reg 18u NPH | MK | 5-24-14 | 11:30 | 165 | 7 Reg | KP |
| 5-16-14 | 08:15 | 219 | 7u Reg 30 NPH | KD | 5-24-14 | 5:00 | 201 | 18 NPH 7 reg | KD |
| 5-16-14 | 12:30 | 167 | 7uR | KD | 5-25-14 | 0730 | 440 | 7uR 30u NPH | MK |
| 5-16-14 | | | | | 5-25-14 | 11a | 381 | 7uR | MK |
| 5/17/14 | 0810 | 237 | 13uR 30u NPH | SL | 5-25-14 | 1630 | 108 | 7uR 18u NPH | MK |
| 5/17/14 | 1130 | 65 | 7uR | SL | 5-26-14 | 06:30 | 153 | 7u R 30 NPH | K |
| 5/17/14 | 1800 | 382 | 21u R 18u NPH | SL | 5-26-14 | 11:00 | 81 | hold 7uN held 7u R | KP |
| 5/18/14 | 0800 | 295 | 16u R 30u NPH | SL | 5-26-14 | 15:30 | 344 | 18 NPH 7 R | KD |
| 5/18/14 | 1130 | 56 | 7uR | SL | 5-27-14 | 06:45 | 141 | 30 NPH 7 Reg | KD |
| 5/18/14 | 1700 | 100 | 7uR 18u NPH | SL | 5-27-14 | 11:00 | 189 | 7 Reg | KD |
| 5/19/14 | 07:00 | 253 | 30 NPH 7 R | KD | 5-27-14 | 15:30 | 153 | 18 NPH 7 R | KD |
| 5/19/14 | 11:30 | 200 | 7 R | KD | 5-28-14 | 0730 | 159 | 7u R 30u NPH | MK |
| 5/19/14 | 16:30 | 165 | 18 NPH 7 units | KD | 5-28-14 | 11am | 215 | 7u R | MK |
| 5/20/14 | 0830 | 277 | 30 NPH 7u Reg | MK | 5-28-14 | 1900 | 330 | 7u R 18u NPH | MK |
| 5-20-14 | 12p | 288 | 7u Reg | MK | 5-29-14 | 0730 | 277 | 30 NPH 7u R | MK |
| 5-21-14 | 0830 | 178 | 30u NPH 7u R | MK | 5-29-14 | 11am | 104 | Ø | MK |
| 5-21-14 | 11a | 336 | 7u R | MK | 5-29-14 | 1430 | 108 | Ø | MK |
| 5-21-14 | 1700 | 166 | 7u R 18u NPH | MK | 5-29-14 | 4p | 230 | 7u R | MK |
| 5-22-14 | 6:30 | 148 | 30 NPH 7 R | KD | 5-29-14 | 1900 | 336 | 7u R 18u NPH | MK |
| 5-22-14 | 11:30 | 127 | 7 un R | KD | 5-30-14 | 6:30 | 397 | 30 NPH 14 R | KD |
| 5-22-14 | 5 pm | 165 | 7 R 18 NPH | KD | 5-30-14 | 11:30 | 157 | 7u R | KD |
| 5-22-14 | 0800 | 255 | 7u R 30u NPH | MK | 5-30-14 | 01:30 pm | 76 | — | KP |
| | | | | | 5-30-14 | 17:30 | 157 | — | 18 NPH 7u R Reg |

Southern Health Partners, Inc.

CONFIDENTIAL MEDICAL INFORMATION

SHP Form 12/06

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **HILL, BRIAN**<br><br>DOB: 05/26/1990   **AGE: 24**<br>Gender:   M        Fasting: N<br>Phone:    NG<br>Patient ID: NG | Specimen:   AL714555B<br>Requisition: 8763591<br><br>Collected:   10/16/2014 / 09:00 EDT<br>Received:    10/18/2014 / 08:21 EDT<br>Reported:    10/20/2014 / 12:51 EDT | Client #: 97508677        MAIL992<br>DOSHI, VASZNT<br>SHP-ORANGE COUNTY JAIL<br>125 COURT ST<br>HILLSBOROUGH, NC 27278-2510 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEMOGLOBIN A1c |  | 8.8 H | <5.7 % of total Hgb | AT |

> According to ADA guidelines, hemoglobin A1c <7.0%
> represents optimal control in non-pregnant diabetic
> patients. Different metrics may apply to specific
> patient populations. Standards of Medical Care in
> Diabetes-2013. Diabetes Care. 2013;36:s11-s66
>
> For the purpose of screening for the presence of
> diabetes
> <5.7%        Consistent with the absence of diabetes
> 5.7-6.4%     Consistent with increased risk for diabetes
>              (prediabetes)
> >or=6.5%     Consistent with diabetes
>
> This assay result is consistent with diabetes
> mellitus.
>
> Currently, no consensus exists for use of hemoglobin
> A1c for diagnosis of diabetes for children.

**PERFORMING SITE:**
AT    QUEST DIAGNOSTICS-ATLANTA, 1777 MONTREAL CIRCLE, TUCKER, GA 30084-6802 Laboratory Director: WILLIAM M MILLER, MD, CLIA: 11D0255931

10/21/17

DA(\\

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Case 1:13-cr-00435-TDS   Document 131   Filed 11/14/17   Page 10 of 101

8D-06

# Diabetic Flow Sheet

**Forsyth County Detention Center**
Forsyth Co
201 North Church Street
Winston-Salem, NC 27101
336-917-7676

**CCS**
**CORRECT CARE**
**SOLUTIONS**

| Patient Name | Inmate Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| HILL, BRIAN D | 1908253 | 121428 | 5/26/1990 | 12/20/2013 |

FS & Insulin Ordered: FSBS BID until released

| DATE | TIME | RESULT | MEDICATION | DOSE | INIT. | PROV. NOTI-FIED | COMMENTS |
|---|---|---|---|---|---|---|---|
| 12/20/13 | 1506 | 287 | | | | | check for acceptance - sally port |
| 12/20/13 | 1800 | 281 | | | | | intake - just ate |
| 12-21-13 | 0442 | 232 | Levemir 18u, Reg s/s | 2u | RR | | |
| 12-21 | 1415 | 445 | Charge call | | | | |
| 12-21-13 | 1740 | 273 | S/S Reg | 4u | AR | | |
| 12-21 | 1550 | 204 | | | | KC | Wilks notified |
| 12-21-13 | 2300 | 322 | Levemir | 10 | At | | |
| 12-22-13 | 0438 | 290 | Levemir 18u, Reg s/s | 4u | RR | | |
| 12-22-13 | 1340 | 340 | | | DA | | He strength was dropping |
| 12-22-13 | 1820 | 424 | S/S Reg | 10 | A | | Charge Nurse notified |
| 12-22-13 | 2030 | 356 | | | | KC | Wilks notified |
| 12-23-13 | 0449 | 241 | Levemir 18u, Reg s/s | 2u | lh | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

© 2007 Correct Care Solutions, LLC
CCS-TX05 rev. 08.31.2011





| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| BRIAN D HILL | 1908253 | 138125 | 5/26/1990 | 12/22/2013 |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 12-20-2013 | Acute | EXT CAUSES: Suicide | Suicide and Self-Inflicted Injury by Other and Unspecified Means | |
| 12-20-2013 | Chronic | META: DM | Diabetes Mellitus | |
| 12-20-2013 | Acute | PSYCH: Psychiatric NOS | Personal History of Mental Disorder Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | | Allergy |
|---|---|---|---|
| 12-20-2013 | Allergy Items | | No Known Allergies |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

**Notes / History:**

Added 12/22/2013 07:56 PM CST by kcoles RN

Wilks NP contacted for FS 424. Recheck of blood sugar 2 hours after supper results 356 reported. No new orders at this time. Inmate to recieve scheduled PM levemir .

E-Signed by Kathryn Coles on 12/22/2013 08:56 PM EST

Page 1 of 1

# Diabetic Flow Sheet

**Forsyth County Detention Center**
Forsyth Co
201 North Church Street.
Winston-Salem, NC 27101
336-917-7676



| Patient Name | Inmate Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| HILL, BRIAN D | 1908253 | 121715 | 5/26/1990 | 1/26/2014 |

FS & Insulin
Ordered:

| DATE | TIME | RESULT | MEDICATION | DOSE | INIT. | PROV. NOTI-FIED | COMMENTS |
|---|---|---|---|---|---|---|---|
| 2-1-14 | 0445 | 196 | 70/30 | 15 | R | | |
| 2-1-14 | 1000 | 240 | | | BD | | |
| 2-1-14 | 1700 | 286 | 70/30 | 15u | V | | |
| 2-1-14 | 2145 | 178 | | | h | | |
| 2-2-14 | 0425 | 216 | 70/30 Insulin | 15u | CU | | |
| 2-2-14 | 1650 | 198 | 70/30 | 15u | V | | |
| 2/3/14 | 0500 | 133 | 70/30  15u | 15u | W | | |
| 2/3/14 | 1007 | 265 | 70/30 | 15u | KT | | |
| 2-3-14 | 1725 | 227 | 70/30 | 15u | V | | |
| 2-3-14 | 2155 | 200 | | — | h | | |
| 2-4-14 | 0435 | 100 | 70/30 | 15u | PC | | |
| 2-4-14 | 1001 | 253 | 70/30 | 15u | KT | | |
| 2-14-14 | 1730 | 313 | 70/30 | 15u | CC | | quub glucose recheck |
| 2-5-14 | 0445 | 24 | 70/30 | 15 | PC | | recheck may's |
| 2-5-14 | 0101 | 233 | 70/30 | 15 | RC | | |
| 2-5-14 | 1005 | 146 | 70/30 | 15u | KT | | |
| 8-5-14 | | | 70/30 | 15u | VI | | |
| 2-6-14 | 0480 | 216 | 70/30 | 15u | RC | | |
| 2-6-14 | 0930 | 421 | 70/30 | 15 u | OB | | change notified |
| 2-6-14 | 1230 | 287 | | — | DA | | recheck |
| 2-6-14 | 1810 | 326 | 70/30 | 15u | V | | |
| 2-6-14 | 2120 | 406 | 20/30 | 3u | K | | |
| 2-7-14 | 0600 | 249 | 70/30 | 15u | RC | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

© 2007 Correct Care Solutions, LLC
CCS-TX05 rev. 08.31.2011



# Diabetic Flow Sheet

Forsyth County Detention Center
Forsyth Co
201 North Church Street
Winston-Salem, NC 27101
336-917-7676



| Patient Name | Inmate Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| HILL, BRIAN D | 1908253 | 121715 | 5/26/1990 | 1/12/2014 |

FS & Insulin
Ordered:

| DATE | TIME | RESULT | MEDICATION | DOSE | INIT. | PROV. NOTI-FIED | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1-13-14 | 0443 | 47 | 70/30 | 15u | QC | | Trays on post |
| 1-13-14 | 0545 | 188 | — | — | QC | | recheck |
| 1-13-14 | 0945 | 232 | Humulin N/30 | 15u | KT | | |
| 1.13.14 | 1700 | 253 | 70/30 | 15u | AR | | |
| 1-13-14 | 2200 | 98 | 70/30 | 5u | TK | | |
| 1-13-14 | 1700 | | | | | | CN notified |
| 1-14-14 | 0455 | 44 | — | — | RR | | Given glucogel, trays on post |
| 1-14-14 | 0610 | 243 | 70/30 | 15u | RR | | No s/s per CN-BS artificially retaked |
| 1-14-14 | 1000 | 306 | 70/30 | 15u | DA | | No S/S |
| 1/14/14 | 1700 | 315 | 70/30 | Eu | AR | | |
| 1.14.14 | 2200 | 177 | 70/30 | 5u | Ml | | |
| 1-15-14 | 0450 | 134 | 70/30 | 15u | RR | | |
| 1-15-14 | 0950 | 284 | Humulin N/30 | 15u | KT | | |
| 1-15-14 | 1800 | 405 | 70/30 | 15u | h | | |
| 1-15-14 | 2210 | 264 | 70/30 | 5u | K | | |
| 1-16-14 | 0456 | 86 | 70/30 | 15u | RR | | |
| 1-16-14 | 1000 | 281 | Humulin N/30 | 15u | KT | | |
| 1-16-14 | 150 | 168 | 70/30 | 15u | DA | | |
| 1-16-14 | 2230 | 142 | 70/30 | 5u | RR | | |
| 1-17-14 | 0447 | 51 | . | — | RR | | CN notified Glucogel given, trays on post Recheck - 147 on 1-17-14 @ 0630 |
| 1-17-14 | 0950 | 324 | Humulin N/30 | 15u | KT | | |
| 1-17-13 | 1800 | 109 | 70/30 | 15u | K | | |
| 1-17-13 | 2240 | | 70/30 | 5u | K | | |
| 1-18-13 | 0800 | 47 | 70/30 | 15u | QC | | CN notified glucogel, given trays on post |
| 1-18-13 | 1000 | 247 | 70/30 | 15 | QC | | |
| 1-18-14 | 1000 | 230 | 70/30 | 15u | DA | | |
| 1-18-14 | 1700 | 119 | 70/30 | 15u | K | | |
| 1-18-14 | 2145 | 53 | | — | K | | Ate snack bed at 2155 |



© 2007 Correct Care Solutions, LLC
CCS-TX05 rev. 08.31.2011

# Diabetic Flow Sheet

Forsyth County Detention Center
Forsyth Co
201 North Church Street
Winston-Salem, NC 27101
336-917-7676



| Patient Name | Inmate Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| HILL, BRIAN D | 1908253 | 121715 | 5/26/1990 | 1/25/2014 |

FS & Insulin
Ordered:

| DATE | TIME | RESULT | MEDICATION | DOSE | INIT. | PROV. NOTI-FIED | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1-26-14 | 1010 | 37 | | | KT | | insta-glucose given CN Notified |
| 1-26-14 | 1330 | 419 | | | VI | | |
| 1-26-14 | 1701 | 347 | 7dt5 15u | 15u | W | | |
| 1-26-14 | 2700 | 320 | | | W | | |
| 1-27-14 | 0430 | 57 | 70/30 | 15u | PC | | Insulin held t/l after meal |
| 1-27-14 | 0555 | 374 | ∨ | ∨ | PC | | recheck after meal |
| 1-27-14 | 1005 | 284 | 70/30 | 15u | KT | | |
| 1-27-14 | 1818 | 346 | 70/30 | 15u | K | | |
| 1-28-14 | 0430 | 97 | 70/30 | 15u | PC | | tray on post |
| 1-28-14 | 0930 | 243 | 70/30 | 15u | OA | | |
| 1-28-14 | 1215 | 90 | | — | K | | |
| 1-28-14 | 1235 | 299 | 70/30 | 15u | K | | |
| 1-28-14 | 2210 | 268 | | — | K | | |
| 1-29-14 | 0435 | 125 | 70/30 | 15u | PC | | |
| 1-29-14 | 1000 | 207 | 70/30 | 15u | KT | | |
| 1-29-14 | 1720 | 315 | 70/30 | 15u | K | | |
| 1-29-14 | 2130 | 229 | | — | K | | |
| 1-30-14 | 0447 | 188 | 70/30 | 15unit | WP | | |
| 1-30-14 | 1005 | 207 | 70/30 | 15u | KT | | |
| 1-30-14 | 1620 | 228 | 70/30 | 15u | QA | | |
| 1-30-14 | 2200 | 316 | | — | W | | |
| 1-31-14 | 0450 | 291 | 70/30 | 15u | PC | | |
| 1-31-14 | 1002 | 325 | 70/30 | 15u | KT | | |
| 1-31-14 | 1730 | 278 | 70/30 | 15u | K | | |
| 1-31-14 | 2240 | 386 | | — | KN | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

© 2007 Correct Care Solutions, LLC
CCS-TX03 rev. 08.31.2011



# MEDICATION ADMINISTRATION RECORD

STOCK # 505461

www.integralsupplies.com

REORDER FROM INTEGRAL SOLUTIONS GROUP • 1-800-235-0767

FORM A55, A76, A81

50,276617

REV. 9/12

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Metformin 1000mg PO BID x90days | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

(medication grid with rows numbered 1–31 repeated across the page; entries for Metformin at AM and PM)

CHARTING FOR 10/29/14   THROUGH 10/31/14

| | |
|---|---|
| Physician | Davis |
| Alt. Physician | |
| Allergies | Geodon |

| Telephone No. | |
| Alt. Telephone | |
| Rehabilitative Potential | |

Medical Record No.

Diagnosis

| Medicaid Number | Medicare Number |
|---|---|

Complete Entries Checked
By: _SW_   Title: LPN   Date: 10/29/14

D.O.B.   Sex M   Room # B   Patient Code   Admission Date

RESIDENT   Hill Brian



# BLOOD SUGAR FLOW SHEET

Inmate's Name: Hill, Brian          Site: 7212 Orange Co. Jail

I.D.#/S.S.#: _____ DOB: _____   Physician: Davis

Physician Order/Instructions: BSFs ✓ BID, 20uNPH qPM, ⊤ SSI   Have M.D. review findings
30uNPH qAM
coverage >200

| DATE | TIME | BLOOD SUGAR | AMOUNT INSULIN GIVEN | INITIAL | DATE | TIME | BLOOD SUGAR | AMOUNT INSULIN GIVEN | INITIAL |
|------|------|-------------|----------------------|---------|------|------|-------------|----------------------|---------|
| 10-1-14 | 0800 | 471 | 30u NPH 14u RSS | MK | 10-10-14 | 1600 | 225 | 20u NPH 6u RSS | MK |
| 10-1-14 | 1030 | 372 | ∅ | MK | 10-11-14 | 8am | 395 | 30u NPH 14u R | MR |
| 10-1-14 | 12p | 300 | ∅ | MK | 10-11-14 | 5p | 149 | 20u NPH | MK |
| 10-1-14 | 1600 | 274 | 20uNPH 9u R | MK | 10-12-14 | 8a | 338 | 30u NPH 12u RSS | MK |
| 10-2-14 | 0730 | 359 | 30u NPH 14u R | MK | 10-12-14 | 1430 | 59 | glucose tab crackers | MK |
| 10-2-14 | 12p | 108 | ∅ | MK | 10-12-14 | 1700 | 179 | 20u NPH 3u R | MK |
| 10-2-14 | 1730 | 180 | 20u NPH 3u RSS | MR | 10/13/14 | 89 | 447 | 30uNPH 14uReg | BC |
| 10-3-14 | 0730 | 417 | 30uNPH 14u R | BC | 10/13/14 | up | 379 | 20uNPH 14uReg | BC |
| 10-3-14 | 600pm | 278 | 20u NPH 9u R | BC | 10-14-14 | 8a | 236 | 30u NPH 6u R | MK |
| 10/4/14 | 0730 | 381 | 30u NPH 14u R | SL | 10-14-14 | 1700 | 375 | 20u NPH 14u R | MK |
| 10/4/14 | 1145 | 52 | sandwich glucose tans | SL |  |  |  |  |  |
| 10/4/14 | 1745 | 333 | 12u R 20uNPH | SL | 10-15-14 | 0730 | 350 | 30u NPH 12u R | MK |
| 10/5/14 | 0730 | 278 | 9u R 30uNPH | SL | 10-15-14 | 1730 | 300 | 20u NPH 9u R | MK |
| 10/5/14 | 1730 | 257 | 9u R 20uNPH | On | 10-16-14 | 0800 | 347 | 30u NPH 14u R | BC |
| 10/6/14 | 0800 | 183 | 3u Reg 30uNPH | BC | 10-16-14 | 1700 | 391 | 20u NPH 14u R | BC |
| 10/6/14 | 5:41pm | 300 | 14u Reg 20uNPH | BC | 10-17-14 | 0800 | 325 | 30u NPH 12u R | BC |
| 10/7/14 | 0800 | 225 | 6u Reg 30uNPH | BC | 10-17-14 | 1700 | 84 | 20u NPH | BC |
| 10/7/14 | 600pm | 272 | 9u Reg 20uNPH | BC | 10/18/14 | 0730 | 212 | 30uNPH 12u R | SL |
| 10-8-14 | 0800 | 310 | 30u NPH 12u R ss | MK | 10/18/14 | 1630 | 331 | 20uNPH | SL |
| 10-8-14 | 1500 | 52 | glucose tab crackers | MK | 10/19/14 | 0730 | 376 | 30uNPH 14u R | SL |
| 10-8-14 | 1730 | 323 | 20u NPH 12u RSS | MK | 10/19/14 | 1730 | 409 | 20u NPH 14u R | SL |
| 10/9/14 | 0800 | 341 | 30uNPH 12u Reg | BC | 10/20/14 | 0800 | 283 | 30u NPH 9u R | BC |
| 10/9/14 | 600pm | 367 | 20uNPH 14u Reg | BC | 10/20/14 | 1730 | 440 | 20u NPH 14u R | BC |
| 10-10-14 | 8am | 336 | 30u NPH 12u RSS | MK | 10/21/14 | 0800 | 272 | 30uNPH 9u R | BC |
| 10-10-14 | 11am | 75 | ∅ | MK | 10/21/14 | 1700 | 347 | 20uNPH 12u R | BC |

Southern Health Partners, Inc.                    CONFIDENTIAL MEDICAL INFORMATION

SHP Form 12/06

# BLOOD SUGAR FLOW SHEET

Southern Health Partners
Your Partner In Affordable Inmate Healthcare

Inmate's Name: Hill, Brian

Site: 7217 Orange Co Jail

I.D.#/S.S.#: _____    DOB: ~~_____~~    Physician: DAVIS

Physician Order/Instructions: BSFS✓ BID  30u NPH 9 AM / 20 u NPH 9 pm      Have M.D. review findings upon next on-site visit

*BLOOD SUGAR INFO: Blood sugar tests check for conditions such as hypoglycemia (low blood sugar), pre-diabetes, and diabetes. Common tests include a fasting blood sugar which is no eating or drinking for at least 8 hours prior to testing. Blood Sugar tests less than 110 is considered normal. Follow physician orders/instructions for BS numbers which are higher or lower than normal. If insulin is given due to high numbers, or intervention is used for low numbers, then recheck BS within 30 minutes and document appropriately.*

| DATE | TIME | BLOOD SUGAR | AMOUNT INSULIN GIVEN | INITIAL | DATE | TIME | BLOOD SUGAR | AMOUNT INSULIN GIVEN | INITIAL |
|---|---|---|---|---|---|---|---|---|---|
| 10/22/14 | 0800 | 373 | 30u NPH 14u R | BC | 10/31/14 | 50 | 218 | 6u Reg 20 u NPH | N |
| 10/22/14 | 1700 | 402 | 20u NPH 14u R | BC | 11/1/14 | 930A | 369 | 4u Reg 30u NPH | N |
| 10/23/14 | 0800 | 398 | 30u NPH 14u R | ms | 11/1/14 | 330p | 138 | 20u NPH | N |
| 10/23/14 | 1600 | 248 | 20u NPH 1u Reg | ms | 11/2/14 | 9A | 382 | 8u NPH 14u Reg | K |
| 10/24/14 | 0900 | 364 | 30u NPH 14u Reg | TB | 11/2/14 | 230 pm | 105 | 20u NPH | N |
| 10/24/14 | 1800 | 286 | 20u NPH 9u R | SL | 11/4/14 | 8:15 AM | 368 | 30u NPH 14u Reg | JP |
| 10/25/14 | 0800 | 340 | 30u NP | 68 | 11/4/14 | | | 1/4/14 | JP |
| 10/25/14 | 1730 | 388 | 20u NPH 8u R | 68 | 11/4/14 | 5pm | 331 | 30u NPH 14u Reg | JP |
| 10/26/14 | 0715 | 358 | 30u NPH 12u R | HW | 11/5/14 | 9 | 400 | 14u Reg 30 u NPH | N |
| 10/26/14 | 1730 | 400 | 8R NPH 14u R | HW | 11/5/14 | 50 | 336 | 20u NPH 12u Reg | N |
| 10/27/14 | 0800 | 284 | 30 NPH 9u R | BC | 11/6/14 | 840 A | 216 | 6u Reg 30u NPH | N |
| 10/27/14 | 1800 | 245 | 20 u NPH 16u R | BC | 11/6/14 | 50 | 227 | 6u Reg 20u NPH | N |
| 10/28/14 | 0800 | 294 | 30u NPH 9u R | BC | | Inm released | | | |
| 10/28/14 | 1700 | 295 | 20u NPH 9u R | N | | | | | |
| | | 10/28/14 | | | | | | | |
| 10/29/14 | 0730 | 375 | 30u NPH 14u R | SL | | | | | |
| 10/29/14 | 1730 | 345 | 20u NPH 14u R | SL | | | | | |
| 10/30/14 | 0730 | 272 | 30u NPH 9u R | JP | | | | | |
| 10/30/14 | 5:05pm | 251 | 20u NPH 14u R | JP | | | | | |
| 10/31/14 | 0900 | 287 | 30u NPH 9u Reg | N | | | | | |

Southern Health Partners, Inc.

CONFIDENTIAL MEDICAL INFORMATION

SHP Form 12/06; Updated 12/09



**CONE HEALTH**
The Network for Exceptional Care

CONE HEALTH SERVICE AREA
1200 N Elm Street

HILL,BRIAN D
MRN: 014730125
DOB: ███████ Sex: M
Adm:11/7/2014, D/C:11/7/2014

### Patient Information

| Patient Name | Sex | DOB | SSN |
|---|---|---|---|
| Hill, Brian D | Male | 5/26/1990 | xxx-xx-0319 |

### ED Provider Notes by Scott T Goldston, MD at 11/7/2014 3:14 PM

Author: Scott T Goldston, MD
Filed: 11/7/2014 5:39 PM
Status: Signed
CSN: 630173081    Arrival date & time 11/7/14  1440

Service: Emergency Medicine
Note Time: 11/7/2014 3:14 PM
Editor: Scott T Goldston, MD (Physician)

Author Type: Physician
Note Type: ED Provider Notes

### History

*First MD Initiated Contact with Patient 11/07/14 1449*

Chief Complaint
Patient presents with
- Hyperglycemia

(Consider location/radiation/quality/duration/timing/severity/associated sxs/prior Treatment)

**HPI Comments:** 24 yo male with hx of type 1 diabetes and autism presents with hyperglycemia. He came into Marshall's company and was noted to have a blood sugar of 534. He apparently had increased respirations and was given 30 units of his novolin. His glucose came down to 510 a few hours later on a recheck. He missed his insulin last night. Due to his continued elevated glucose and increased respirations he was sent to ED for evaluation. History is mildly limited due to his autism, but he denies any infectious symptoms, vomiting, diarrhea or abd pain. States he thinks he has a history of DKA.

The history is provided by the patient and the police.

Past Medical History
Diagnosis                                                                                          Date
- Diabetes mellitus without complication
- Autism
- OCD (obsessive compulsive disorder)

History reviewed. No pertinent past surgical history.
No family history on file.
History
Substance Use Topics
- Smoking status:            Never Smoker
- Smokeless tobacco:        Not on file
- Alcohol Use:              No

Review of Systems
Constitutional: Negative for fever.
HENT: Negative for sore throat.
Respiratory: Negative for cough and shortness of breath.
Gastrointestinal: Negative for vomiting, abdominal pain and diarrhea.
Neurological: Negative for weakness.
All other systems reviewed and are negative.


CONE HEALTH SERVICE AREA
1200 N Elm Street

HILL,BRIAN D
MRN: 014730125
DOB: ██████, Sex: M
Adm:11/7/2014, D/C:11/7/2014

**ED Provider Notes by Scott T Goldston, MD at 11/7/2014 3:14 PM (continued)**

### Allergies
Review of patient's allergies indicates no known allergies.

### Home Medications

Current Outpatient Rx

| Name | Route | Sig | Dispense | Refill |
|---|---|---|---|---|
| • FLUoxetine (PROZAC) 40 MG capsule | Oral | Take 40 mg by mouth daily. | | |
| • insulin glargine (LANTUS) 100 UNIT/ML injection | Subcutaneous | Inject 36 Units into the skin at bedtime. | | |
| • insulin NPH (HUMULIN N,NOVOLIN N) 100 UNIT/ML injection | Subcutaneous | Inject 30 Units into the skin every morning. | | |

BP 130/75 | Pulse 88 | Temp(Src) 98.2 °F (36.8 °C) (Oral) | Resp 20 | Ht 5' 10" (1.778 m) | Wt 150 lb (68.04 kg) | BMI 21.52 kg/m2 | SpO2 98%
Physical Exam
Nursing note and vitals reviewed.
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
**Mildly dry lips**
Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge.
Neck: Neck supple.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. He exhibits no distension. There is no tenderness.
Neurological: He is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.

### ED Course
Procedures (including critical care time)
Labs Review
Labs Reviewed
GLUCOSE, CAPILLARY - Abnormal; Notable for the following:
    Glucose-Capillary    374 (*)
    All other components within normal limits
BASIC METABOLIC PANEL - Abnormal; Notable for the following:
    Sodium    133 (*)
    Glucose, Bld    403 (*)


CONE HEALTH
The Network for Exceptional Care

CONE HEALTH SERVICE AREA
1200 N Elm Street

HILL,BRIAN D
MRN: 014730425
DOB: 5/26/1990, Sex: M
Adm:11/7/2014, D/C:11/7/2014

ED Provider Notes by Scott T Goldston, MD at 11/7/2014 3:14 PM (continued)

All other components within normal limits
BLOOD GAS, VENOUS - Abnormal; Notable for the following:
    pH, Ven                      7.403 (*)
    Bicarbonate              27.9 (*)
    Acid-Base Excess      2.9 (*)
    All other components within normal limits
GLUCOSE, CAPILLARY - Abnormal; Notable for the following:
    Glucose-Capillary        163 (*)
    All other components within normal limits
URINALYSIS, ROUTINE W REFLEX MICROSCOPIC
BLOOD GAS, VENOUS

Imaging Review
No results found.

EKG Interpretation
    None

## MDM

### 1. Hyperglycemia

No evidence of DKA. Patient is well-appearing. Was given a couple liters of fluid. His glucose trended down to the 160s. He was not given any insulin while he was here. I discussed with the Marshalls of the need to recheck his glucose in the next hour or so to make sure is not trending down further. At this point the patient is stable for discharge.

Scott T Goldston, MD
11/07/14 1739

**END OF REPORT**

# EXHIBIT 3

**For Federal criminal case**
**-- BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY" - DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION --**
**United States of America v. Brian David Hill (Brian D. Hill) (formerly USWGO Alternative News)**
**Criminal Case Number 1:13-cr-00435-1**



Date: 3/17/2017
Number of pages: 15
Attn.: President Donald Trump - Please FWD URGENT!
Recipient's number: T12023953888
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\Evidence to The White H
File description: Evidence to The White House proving public defender deleted evi
Recipient's Fax ID:
Rate: 9600 bps

Time: 12:41:05 AM
Session duration: 16:10
To: For President Donald Trump - Please FWD URGENT!
Message type: Fax
Error Correction: Nodefender deleted evidence(4)(Signed, {2017-03-16} (2)_General (Lett
Resolution: 200*200 dpi
Record number: 6029

# Fax Cover Page

**Date:** 3/17/2017          **Time:** 12:41:05 AM          **Pages:** 15

## To: For President Donald Trump - Please FWD URGENT!

## Attn.: President Donald Trump - Please FWD URGENT!

**From: Brian David Hill**

**Fax ID: 276-790-3505          FOIA Appeal Case No. DOJ-AP-2017-00252(**

**Bit of Evidence that Assistant Federal Public Defender DELETED exculpatory evidence prior to Jury Trial and prior to Pretrial Motions period, showing evidence that confidence in my Attorney was compromised causing false guilty plea to the Honorable U.S. President Donald J. Trump and The White House staff/aides Thursday, March 16, 2017 - 09:33 PM to 11:33 PM**

**CC: ATTN: Director; CC: OPR U.S. DOJ**
**Office of Information Policy (OIP)**
**United States Department of Justice**
**1425 New York Avenue, NW, Suite 11050**
**Washington, DC 20530-0001**
**Phone: (202) 514- 3642 (FOIA) // Fax: (202) 514-1009**
**FOIA Appeal Case No. DOJ-AP-2017-002520**



URGENT

**I have now FAXED Evidence to The White House proving that the U.S. Attorney colluded with Mr. Eric David Placke the Public Pretender, to have me commit perjury and give up my right to prove my Innocence to a Jury of my Peers. This evidence will be presented in my FOIA Lawsuit as relevant to my FOIA Request asking for my discovery evidence to use in proving my Actual Innocence. Eric Placke has destroyed/deleted evidence that was in my favor. So was the U.S. Attorney who covered up, concealed, destroyed, or deleted evidence that would be in my favor. Two are birds of a feather, stick topgether.**
**My FOIA lawsuit will commnce shortly once I find a good Attorney. Bad Faith U.S. Attorney doesn't want to release discovery records to me and allow me to give to independent forensic experts. You owe me Justice Department, time to make things right. I am a law abiding tax paying citizen, the customer is always right. Fix this?**

**VentaFax Cover Page**          RECEIPT CONFIRMATION
REQUESTED

# Fax Cover Page

Date: 3/17/2017 | Time: 12:41:05 AM | Pages: 15

## To: For President Donald Trump - Please FWD URGENT!

## Attn.: President Donald Trump - Please FWD URGENT!

From: Brian David Hill

Fax ID: 276-790-3505 | FOIA Appeal Case No. DOJ-AP-2017-00252(

**Bit of Evidence that Assistant Federal Public Defender DELETED exculpatory evidence prior to Jury Trial and prior to Pretrial Motions period, showing evidence that confidence in my Attorney was compromised causing false guilty plea to the Honorable U.S. President Donald J. Trump and The White House staff/aides Thursday, March 16, 2017 - 09:33 PM to 11:33 PM**

CC: ATTN: Director; CC: OPR U.S. DOJ
Office of Information Policy (OIP)
United States Department of Justice
1425 New York Avenue, NW, Suite 11050
Washington, DC 20530-0001
Phone: (202) 514- 3642 (FOIA) // Fax: (202) 514-1009
FOIA Appeal Case No. DOJ-AP-2017-002520



I have now FAXED Evidence to The White House proving that the U.S. Attorney colluded with Mr. Eric David Placke the Public Pretender, to have me commit perjury and give up my right to prove my Innocence to a Jury of my Peers. This evidence will be presented in my FOIA Lawsuit as relevant to my FOIA Request asking for my discovery evidence to use in proving my Actual Innocence. Eric Placke has destroyed/deleted evidence that was in my favor. So was the U.S. Attorney who covered up, concealed, destroyed, or deleted evidence that would be in my favor. Two are birds of a feather, stick topgether.

My FOIA lawsuit will commnce shortly once I find a good Attorney. Bad Faith U.S. Attorney doesn't want to release discovery records to me and allow me to give to independent forensic experts. You owe me Justice Department, time to make things right. I am a law abiding tax paying citizen, the customer is always right. Fix this?

VentaFax Cover Page | RECEIPT CONFIRMATION REQUESTED

## <u>Bit of Evidence that Assistant Federal Public Defender DELETED exculpatory evidence prior to Jury Trial and prior to Pretrial Motions period, showing evidence that confidence in my Attorney was compromised causing false guilty plea to the Honorable U.S. President Donald J. Trump and The White House staff/aides</u>

# Thursday, March 16, 2017 - 09:33 PM to 11:33 PM

| ATTN: Honorable U.S. President Donald J. Trump<br>The White House<br>1600 Pennsylvania Avenue, NW<br>Washington, DC 20500 | Faxed to:<br>WH Press Corps # 1-202-266-7454<br>WH Fellowship #: 1-202-395-3888<br>WH OMB #: 1-202-395-3952<br>WH OMB #: 1-202-395-5648<br>-Please FWD to President and Staff- |
| --- | --- |

Dear the Honorable U.S. President Donald J. Trump,

Unbelievable that I and my family had evidence, that my own Assistant Federal Public Defender, Eric David Placke had destroyed and deleted evidence in his own email account that would have been used to have a Factual-Basis for suppressing my false confession on June 4, 2014. This evidence is completely legal and documented because, the minute he had replied to an email sent by a member of my family, then he has sent a email which may contain evidence that he conducted misconduct and malpractice to such an extent where I never should have ever trusted my own Attorney, because his actions contradict his own statements in records on email record and on court record.

Placke lied to Federal Judge N. Carlton Tilley Junior on June 4, 2014, against my wishes that I wanted him to tell the Judge the truth, that my confession was false and was a byproduct of coercion. He also lied to the Federal Judge on my claim of possible evidence tampering, because he had access to the SBI Case file # 2012-20146, and the file was by the SBI Special Agent Rodney V. White's investigation file on Brian David Hill, which is myself. He completely avoided the State Crime Laboratory and completely did not do an Affidavit that I am aware of, so basically he expects the Federal Court to convict me on only his words not under Affidavit. Then of course Mr. Placke read through the SBI report because he told me things verbally in 2014 that he only could have learned from reading those pages. He used that to try to convince me of how difficult it would be to prove my actual innocence and to stick with my false guilty plea. Yet he completely ignored the fact that Page IV stated that over 400+ files had been downloaded using the eMule program between the dates July 20, 2012, and July 28, 2013. So if he is claiming that it may be child porn files, then he has admitted, without ever recanting such claims, that possible child porn files had downloaded from eMule since it was in Mayodan Police Custody on August 28, 2012. Then on Wednesday, October 3, 2012, at 1000 hours, the Detective in Mayodan Police Department persuaded SBI Agent Rodney V. White to take custody of my seized property and conduct the forensic analysis <u>outside of the State</u>

<u>Crime Laboratory</u> and outside of all rules concerning credible forensics practices and rules. So basically it appears that he just got on my Laptop, looking through my files and folders as well as possible files and folders created by computer hacker or hackers, and because of that child porn allegedly continue to download until July 28, 2013, likely when his forensic analysis was done. In other words he completely avoided all laws and guidelines regarding solid and credible forensics practices, allowed child porn and eMule to do work on the Laptop without any means to stop it. So when a Laptop is hacked, as I tried to tell the Police Detectives, but they ignored my claim of a Trojan horse, <u>this creates a danger to the integrity of the very evidence that was used against me in Federal Court</u>. The seized computer should no longer apply as any valid evidence against me, as he has admitted, without recanting any of his claims, that child porn had downloaded between the date that my Laptop was likely hacked, and up to the date when it was in the custody of the N.C. State Bureau of Investigation (SBI). The only evidence that was ever used to indict me was based upon my questionable confession that has verifiable false confession statements when cross examined with the SBI Case File # 2012-20146, and of course the SBI case file forensic analysis report which doesn't even follow the guidelines of the State Crime Laboratory, even though the Crime Lab was not separated from the SBI until a legislative action being done around sometime in 2013. Agent White meant to avoid the State Crime Lab, without giving a good reason, conducted questionable forensic work and there isn't even an Affidavit to verify the integrity of his work. I want to know why I was facing a conviction based upon questionable evidence and proven false confession statements? Why would our U.S. Department of Justice go along with this entire charade? Because normally people believe whatever law enforcement Agents say, even if they are caught lying. There is a heavy bias towards a police officer to lie on Government record versus a regular civilian lying on Government record.

The Federal Court was used as a vehicle against me, to prevent me from ever being served discovery papers and the confession Audio CD, and then the whole criminal case was one-sided with a Assistant Federal Public Defender that had me ready to take the guilty plea by refusing to do any work to prove my Innocence.

Let me begin with the evidence I further argue as to why my Attorney was not my Defense Attorney but <u>was my enemy</u> and was <u>never going to do anything to prove my Innocence</u>. He was working against me every step of the way.

Mr. Placke had apparently, according to a printed copy of an email that he had sent to my family, deleted all email attachments which contain exculpatory and important evidence and information. I shall cite <u>Exhibit 1</u>, in this letter along with a Declaration that makes it valid under the Federal Rules of Evidence.

I shall cite and quote the words from <u>Exhibit 1</u>, that proves that Mr. Placke deleted Affidavits and other important evidence that was sent to his email account from my family, while I was sitting in Jail.

Excerpt from <u>Exhibit 1</u>:
*"Forwarded*
*Message From:*
*Eric Placke <Eric_Placke@fd.org>*
*To: Ken & Stella <kenstella2007@yahoo.com>*
*Sent: Monday, December 30, 2013 2:57 PM*
*Subject: Re: Info pertaining to Brian D. Hill"*
*"Mr. and Mrs. Fornish*
*Thank you for the documents attached to your email, as well as the medical*
*records you faxed earlier today. I look forward to meeting you Thursday*
*afternoon in Winston Salem"*
*"Eric D. Placke*
*Assistant Federal Public Defender*
*Middle District of North Carolina*
*301 N. Elm St., Ste. 410*
*Greensboro, NC 27401*
*voice: 336.333.5455, ext 234*
*fax: 336.333.5463"*

Yes from that email alone, sounds pretty good that Mr. Placke cares so much about the very evidence that he deleted, blackballed, and then falsely claimed to a Federal Judge (he lied) on June 4, 2014 Status Conference, that I had no evidential basis to support any of my Pro Se Motions to Suppress my confession and Suppress the evidence. Multiple Affidavits confirming that Mayodan Police Chief Charles Caruso threatening me to "Fess Up" or else my mother would be held responsible. Then of course the fact that I made false confession statements when comparing my confession to the SBI Case File, which is my legal right to cross examine the evidence and witnesses. Placke ignored all evidence, even evidence from the Discovery packet, and twisted it around to make me take the guilty plea agreement or I face twenty years in Federal prison. He lied to the Judge that I had no basis aka the evidence to prove that my confession should have been suppressed in accordance with the U.S. Supreme Court's voluntary Confession rule. Placke ignored all evidence that would help me to try to demonstrate my Innocence to a Jury of my Peers.

Placke had nothing for me to use in the Jury Trial on June 10, 2014, because he apparently deleted and destroyed evidence that would have proven my basis on June 4, 2014. That Federal Judge didn't care, the Judge probably knew that my Attorney was lying to him in Open Court (lying to a Federal Judge is something nobody should do), but see with Placke lying that I had no evidence at all for my Innocence, the Court wouldn't have to take the time to authenticate it, to admit it as evidence, to prove what I am saying to be factually true.

**Excerpt from <u>Exhibit 1</u>:**

*"From: Ken & Stella <kenstella2007@yahoo.com>*
*To: Eric Placke <Eric_Placke@fd.org>,*

# *Date: 12/30/2013 01:24 PM*

*Subject: Info pertaining to Brian D. Hill*
*Stella & Ken Forinash[attachment "Asperger's Syndrome Info for*
*Prosecutors.pdf" <u>deleted by Eric Placke</u>/NCMF/04/FDO] [attachment "Brian Dec.*
*2013 list of health issues and medical 2.doc" <u>deleted by Eric*
*Placke</u>/NCMF/04/FDO] [attachment "Brian Dec. 2013 list of health issues and medical.doc"*
*<u>deleted by Eric Placke</u>/NCMF/04/FDO] [attachment "Fax to*
*Guilford County Jail.doc" <u>deleted by Eric Placke</u>/NCMF/04/FDO] [attachment*
*"Ken-Affidavit.jpg" <u>deleted by Eric Placke</u>/NCMF/04/FDO] [attachment "Ken's*
*Affidavit.doc" <u>deleted by Eric Placke</u>/NCMF/04/FDO] [attachment*
*"Roberta-Affidavit.*
*doc" <u>deleted by Eric Placke</u>/NCMF/04/FDO] [attachment*
*"Roberta-Affidavit.*
*jpg" <u>deleted by Eric Placke</u>/NCMF/04/FDO] [attachment*
*"Stella-Affidavit.*
*doc" <u>deleted by Eric Placke</u>/NCMF/04/FDO] [attachment*
*"Stella-Affidavit.*
*jpg" <u>deleted by Eric Placke</u>/NCMF/04/FDO]""*

So, according to the last of what I shall excerpt from <u>Exhibit 1</u>, my family had emailed Mr. Placke around Monday, December 30, 2013 at 01:24 PM. Mr. Placke responded to their email on the very same day, around 2:57 PM. He responded to the email after 93 Minutes. In that short time period, in his reply, it stated in his reply that "Roberta-Affidavit.doc" deleted by Eric Placke/NCMF/04/FDO]". Other Affidavits in the email attachment were also deleted by the email server user Mr. "Eric Placke". So why would Mr. Placke delete important evidence email attachments within less than 2 hours? Essentially 1 hour and 33 minutes, inside of that small time-frame, Mr. Placke had deleted all email attachments without deleting the original email message. It can be done using E-Mail programs such as Mozilla Thunderbird, Microsoft Outlook, and possibly other email programs that can run on Windows, Linux, or even Macintosh. If you have access to the E-Mail Server's IMAP email access and management protocol, then you can actually go into a live email then delete the email attachments, however the E-Mail server that Mr. Placke was using apparently recorded that he deleted the attachments in his email message, without him notifying my family, and the evidence that he deleted such evidence was kept recorded by the E-Mail Server or Client. It kept proof that there was a original email attachments of very important evidence documents, and those attachments were deleted by Mr. Placke, then he thanked my family for the very documents that he destroyed aka deleted from his E-Mail account.

Then I discover that according to a Docket entry (you can review this on PACER or

CM/ECF system, Case 1:13-cr-00435-WO, Document 55-3, Filed 01/12/15, Page 10 of 15), Mr. Placke had deleted another E-Mail attachment that would also help to prove my Innocence which is [attachment "Emails from Brian_s USWGO Google account.doc" deleted by Eric Placke/NCMF/04/FDO]". Another E-Mail attachment that Mr. Placke purposely deleted that would contain exculpatory evidence information. In that same E-Mail, he had encouraged my family to have me NOT withdraw my guilty plea, and that he personally did not think that I was framed with child porn. However he deleted all of the evidence E-Mail attachments and then makes the claim that he didn't think there was any credible evidence that I was "framed" or "set up" by anyone. Mr. Placke's legal opinion that shows that he thinks I'm guilty of child porn and that there is no possibly that I was framed with child porn, IS NOT VALID, since he has deleted all E-Mail attachments sent from my family to show him evidence that would help to prove my claims.

<u>Exhibit 2</u>, is proof that Mr. Placke was in collusion with the Assistant U.S. Attorney to get me to register as a Sex Offender by taking the guilty plea, after all of the deletions of evidence by Mr. Placke in his own E-Mail account. I don't think he is a computer expert as he deleted evidence from his E-Mail that would have helped me prove my Innocence, but he didn't realize that when he sent a reply to the very E-Mail that he deleted the very attachments, that it would notify my own Family that Mr. Placke deleted the original E-Mail attachments sent from my family in particular original E-Mails. So Mr. Placke deleted evidence and ignored the rest from my whole Family and Attorney Susan Basko, a Federal witness, and then colluded with the Assistant U.S. Attorney Anand Prakash Ramaswamy to have me register falsely, as a Sexual Offender, and that in return for selling my Soul, I would get time served prison sentence for a crime that I was framed on.

There you have it Mr. President and the Secret Service, Mr. Placke made sure that I could never use the Discovery evidence in my favor, deleted E-Mail attachments from my family then replied to those E-Mails acting as though he never did that. He is very deceptive as a lawyer, and should be removed from the Federal Public Defender Office. He even lied about my medical condition, and he worked against me throughout the whole entire case. Colluded with the U.S. Attorney, again according to <u>Exhibit 2</u>, for me to give up my Constitutional rights that I was never given throughout my criminal case, and falsely plead guilty under penalty of perjury. How wonderful that my lawyer politically back-stabbed me, my family, as a <u>defacto Judas</u> that turned around and deleted evidence that a Jury would have reasonable doubts upon reviewing. I have prima facie evidence that Mr. Placke deleted and ignored evidence that would help me be found Not Guilty.

What I have proven Mr. President is that Assistant Federal Public Defender, Eric David Placke, cannot be trusted in our Federal Court system, that he will delete evidence that would prove any of his Clients' Innocence, and would force every Defendant to take the Guilty Plea or risk a high sentence of imprisonment by losing the Jury Trial. Mr. Placke <u>should be fired, without pay, and be completely removed from public Service</u> as he

is the enemy of truth, enemy of logic, the enemy of evidence if such evidence shall defeat the U.S. Attorney's indictment.

I and my entire Family was betrayed by Mr. Placke since 12/23/2013, when U.S. Magistrate Judge, L. Patrick Auld, had ORDERED appointing Assistant Federal Public Defender ERIC D. PLACKE as counsel for BRIAN DAVID HILL, citing the Docket Sheet in my case, and was signed by MAG/JUDGE L. PATRICK AULD on 12/23/2013. (Daniel, J).

<u>Mr. President, further evidence that Mr. Placke had no interest in proving my Actual Innocence. Deleting Affidavits and ignoring witnesses is the cornerstone of ineffective assistance of Counsel and misrepresenting the Defendant, violating the trust and integrity of Justice, betraying Clients trust and confidence. His only interest was getting me to agree to be guilty, to take that false guilty plea agreement under risk of perjury to protect the interests of the U.S. Attorney.</u> He is 1000x times worse than just ineffective Counsel. He lied in Court record, lied to me and my family, the only people he didn't lie to was that he was majorly interested in getting that guilty plea deal with the Assistant U.S. Attorney Anand Prakash Ramaswamy and former U.S. Attorney Ripley Rand.

Mr. President, I need to prove my INNOCENCE then be fully pardoned. A copy of this will be sent to the U.S. Department of Justice Office of Information Policy as apart of evidence in support of my <u>FOIA Appeal Case no. DOJ-AP-2017-002520</u>. A copy will also be forwarded to the Office of Professional Responsibility (OPR), since the whole collusion caused me to falsely plead guilty under penalty of perjury, under already questionable evidence, after evidence was deleted by my own Defense Attorney, making backroom deals with the U.S. Attorney Office to quickly resolve my case by having me falsely plead guilty.

Mr. President, a Defense lawyer that has lied to my family, lied to me, lied about me in Federal Court, deleted evidence, colluded with the U.S. Attorney and has colluded with Federal Judges in Greensboro, who will vigorously defend that Attorney as if he was the best Attorney on the planet. This ain't just ineffective Counsel, but is also <u>complete deprivation of my Constitutional rights before the Jury Trial</u> and during the Jury Trial for my criminal case. My Constitutional and other legal rights completely subverted by the few corrupt Federal Judges N. Carlton Tilley Junior and William Lindsey Osteen Junior, the U.S. Attorney, my Assistant Public Defender, and even by the Clerk's Office when they knowingly refused to file my pleadings sent from Orange County Detention Center.

Such structural defect has been documented and proven, by external evidence and internal evidence within the Federal Court, and statements that were made. With so much proof that my Constitutional rights being deprived, proof my conviction is Unconstitutional.

Thank You! & Sincerely,

Brian D. Hill
*signed*

Brian D. Hill
Former news reporter & Founder of USWGO Alternative News
Home Phone #: (276) 790-3505
310 Forest Street, Apt. 2. Martinsville, VA 24112

**U.S.W.G.O.**

## <u>Declaration of Evidence Attachments to above Letter</u>
### Thursday, March 16, 2017 - 10:54 PM EST

<u>Declaration authorized by Title 28 U.S.C. § 1746</u>
I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1. Whereas, I am a Defendant in the United States District Court, for the Middle District of North Carolina, case # 1:13-cr-435-1, titled: United States of America v. Brian David Hill, and I am pushing for a Presidential Pardon on the basis of Innocence. I am not a licensed attorney, but I am slowly learning more about the Federal Rules and filing procedures as I was not being represented by any of the Court Appointed lawyers in the past for trial Defense under the adversarial system, See U.S. Supreme Court Case Strickland v. Washington, 466 U.S. 668 (1984).

Enclosure/Attachments:

2. Attached hereto as <u>Exhibit 1</u>, is a true and correct copy of 2-Page printout of an Email forward from Ken & Stella (kenstella2007@yahoo.com), who had received a E-Mail response from Eric David Placke, First Assistant Federal Public Defender, that my family had received from around Monday, December 30, 2013 2:57 PM. My mother printed it for me in PDF format, to be attached as a true and correct Exhibit regarding a Attorney E-Mail communication between my family and Mr. Placke. E-Mail proves that Mr. Placke responded to my Grandparent's E-Mail account after he had deleted all Attachments to the very E-Mail that he originally replied to. What a Jerk!

3. Attached hereto as <u>Exhibit 2</u>, is a true and correct copy of a 1-page letter and 1-Page attachment from Mr. Placke when I was at Orange County Detention Center in Hillsborough, North Carolina. It was submitted to the Federal Court to be filed on Docket as evidence, as apart of one of my Pro Se filings. Letter was dated around June 4, 2014. The attachment is of an E-Mail from Assistant U.S. Attorney Anand Prakash Ramaswamy to Mr. Placke on what Mr. Placke thought was a "very favorable proposal for a plea agreement." Doesn't matter that it puts me at risk of a perjury charge, he wanted a plea agreement, and Mr. Placke got what he wanted. The second Page in this Exhibit proves collusion between my own Attorney and the Assistant U.S. Attorney that would end my ability to prove my Innocence to a Jury. It was filed on Federal Court Filing: Case # 1:13-cr-00435-WO, Document #62, Filed 01/29/15, Pages 8 and 9 of 62, U.S. District Court, for the Middle District of North Carolina. There were other attachments to that letter from what it says in the letter, but I feel that they aren't necessary for inclusion for the arguments I am making in my letter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2017.

*Brian D. Hill*
*Signed*

Signed
Brian David Hill(Pro Se)
Former news reporter & Founder of USWGO Alternative News
Home Phone #: (276) 790-3505
310 Forest Street, Apt. 2. Martinsville, VA 24112

**U.S.W.G.O.**

# EXHIBIT 1

| | |
|---|---|
| **Subject:** | Fw: Info pertaining to Brian D. Hill |
| **From:** | Ken & Stella (kenstella2007@yahoo.com) |
| **To:** | rbhill67@yahoo.com; kenstella2005@yahoo.com; kenstella2007@yahoo.com; |
| **Date:** | Thursday, March 16, 2017 12:04 AM |

----- Forwarded Message -----
**From:** Eric Placke <Eric_Placke@fd.org>
**To:** Ken & Stella <kenstella2007@yahoo.com>
**Sent:** Monday, December 30, 2013 2:57 PM
**Subject:** Re: Info pertaining to Brian D. Hill

Mr. and Mrs. Fornish

Thank you for the documents attached to your email, as well as the medical
records you faxed earlier today. I look forward to meeting you Thursday
afternoon in Winston-Salem.

Eric D. Placke
Assistant Federal Public Defender
Middle District of North Carolina
301 N. Elm St., Ste. 410
Greensboro, NC 27401
voice: 336.333.5455, ext 234
fax: 336.333.5463

From:    Ken & Stella <kenstella2007@yahoo.com>
To:    Eric Placke <Eric_Placke@fd.org>,
Date:    12/30/2013 01:24 PM
Subject:    Info pertaining to Brian D. Hill

Mr Placke,
Attached are files containing info we believe you should have pertaining to
Brian D. Hill. If you have any questions or need to contact us, you can
contact us at this email or at phone 276-632-2599. We also sent a fax to
your office this morning with medical information about Brian.

We want to thank you for all you are doing to help Brian.

Stella & Ken Forinash[attachment "Asperger's Syndrome Info for
Prosecutors.pdf" deleted by Eric Placke/NCMF/04/FDO] [attachment "Brian -
Dec. 2013 list of health issues and medical - 2.doc" deleted by Eric
Placke/NCMF/04/FDO] [attachment "Brian - Dec. 2013 list of health issues
and medical.doc" deleted by Eric Placke/NCMF/04/FDO] [attachment "Fax to
Guilford County Jail.doc" deleted by Eric Placke/NCMF/04/FDO] [attachment

"Ken-Affidavit.jpg" deleted by Eric Placke/NCMF/04/FDO] [attachment "Ken's
Affidavit.doc" deleted by Eric Placke/NCMF/04/FDO] [attachment
"Roberta-Affidavit.doc" deleted by Eric Placke/NCMF/04/FDO] [attachment
"Roberta-Affidavit.jpg" deleted by Eric Placke/NCMF/04/FDO] [attachment
"Stella-Affidavit.doc" deleted by Eric Placke/NCMF/04/FDO] [attachment
"Stella-Affidavit.jpg" deleted by Eric Placke/NCMF/04/FDO]

Case 1:13-cr-00435-TDS   Document 131   Filed 11/14/17   Page 35 of 101

# EXHIBIT 2

# FEDERAL PUBLIC DEFENDER
## MIDDLE DISTRICT OF NORTH CAROLINA

**LOUIS C. ALLEN**
Federal Public Defender

**JOHN A. DUBERSTEIN**
JOHN A. DUSENBURY, JR.
TIFFANY T. JEFFERSON
ERIC D. PLACKE
Assistant Federal Public Defenders

301 North Elm Street, Suite 410
Greensboro, NC 27401
Tel. (336) 333-5455
Fax: (336) 333-5463

Branch Office

**GREGORY DAVIS**
Senior Litigator

**ELIZABETH A. FLAGG**
Research & Writing Attorney
**MIREILLE CLOUGH**
Assistant Federal Public Defender
251 N. Main Street
Suite 849, Federal Building
Winston-Salem, NC 27101
Tel. (336) 631-5278
Fax: (336) 631-5280

June 4, 2014

Mr. Brian D. Hill
Orange County Jail
125 Court Street
Hillsborough, NC 27278

      Re:    <u>United States of America v. Brian David Hill</u>, 1:13CR435·1

Dear Mr. Hill

      I am sorry you left for Orange County before I was able to meet with you after court. I realize that this morning's status conference was very upsetting and disappointing for you, and I look forward to the opportunity to discuss it with you in private. Because I will be out of town the next four days, and because the Court set such an early trial date, I have filed a motion to continue. Your copy of the motion and proposed order are enclosed.

      As I mentioned in a footnote in the enclosed motion, late this afternoon the Government emailed the summary of a new, and very favorable proposal for a plea agreement. I am enclosing a copy of that email.

      Finally, I have emailed your mother and grandparents to advise them of today's developments. I am enclosing a copy of that email as well.

      I will meet with you as soon as I am able to do so after I return.

                    Sincerely,

                    Eric D. Placke
                    First Assistant Federal Public Defender



Hill
Ramaswamy, Anand (USANCM)
to:
Eric Placke (Eric_Placke@fd.org)
06/04/2014 04:40 PM
Hide Details
From: "Ramaswamy, Anand (USANCM)" <Anand.Ramaswamy@usdoj.gov>
To: "Eric Placke (Eric_Placke@fd.org)" <Eric_Placke@fd.org>
History: This message has been replied to.

Plea terms:

1. 3-point acceptance
2. Sex offender registration
3. Government concedes there exist grounds for downward departure under USSG 5H1.3 and 5H1.4
4. Government does not oppose a sentence of time served for the active portion, followed by a period of home detention with electronic monitoring, the period and other conditions being in the court's discretion

I believe that for this conviction, he could apply to come off the registry after 10 years

Let me know if you seek additional terms or modifications of those above, and we will get a PA to you ASAP

# EXHIBIT 4

For Federal criminal case
-- BRIEF / MEMORANDUM IN SUPPORT OF
BRIAN DAVID HILL'S "MOTION UNDER 28
USC § 2255 TO VACATE, SET ASIDE, OR
CORRECT SENTENCE BY A PERSON IN
FEDERAL CUSTODY" - DECLARATION,
ATTACHED EXHIBITS, AND BRIEF IN
SUPPORT OF THIS MOTION --
United States of America v. Brian David Hill
(Brian D. Hill) (formerly USWGO Alternative
News)
**Criminal Case Number  1:13-cr-00435-1**



    

- Home
- About
  - Contact Us
- Authors
- Downloads
- Video
  - Next News Network Truth News
  - Truth Movies
  - Videos en Español
- Radio
  - DTRH Radio Archives
    - DTRH 2011 Archives
    - DTRH 2012 Archives
    - DTRH 2013 Archives
    - DTRH 2014 Archives
    - DTRH Special Broadcasts
    - Popeye On Other Radio Shows
  - Radio Show Chats
    - DTRH Listen Live Page
    - Freedom Link Listen Live Page
    - Hangar 18 Listen Live Page

« U.S. Engaged in Torture After 9/11, Review Concludes
NYT Claims Surviving Bomber Was a 9/11 "Truther" – Was "Anti-American" »

## ALERT!!!: New virus that may be planting child porn to set up people as pedophiles

By FederalJames

Tweet

Author: Ben. Franklin

Subject: False Flag

**Notice: There are ways of combating this type virus and other horrible viruses but is not 100% bulletproof, none of these methods are the silver bullet but it is better then having no protection from these set ups and technological witch hunts. You are recommended to use ESET and McAfee and any other anti-virus that covers the emule type sharing viruses.**

A new virus has been spotted that seems to be planting and distributing suspected child pornography files and is likely

being used by the Internet Crimes Against Children (ICAC) task force to conduct raids, searches and seizures, all data taken including irreplaceable family photos and videos, police threatening to harm family if the person of interest doesn't fess up, and then last but not least then go before the grand jury then have the person indicted then successfully convicted as a child exploiting sex offender for life or as prosecutors would love to call them, child sex offenders even though every person just caught with only images are either virgins or never harmed a child themselves or even not have a desire to but nevertheless have a few of these so called images and likely the computer virus along with it but forensics only confirms the images are on the computer and when the images were viewed then railroad the suspects to prison.

Because of how grave the situation is, somebody whom is already under police criminal investigation is the source of the intel and won't allow me to reveal his name for personal reasons. He has been telling me that he got into a operation where he was exposing political corruption then had the virus planted without his authorization while the police were harassing and surveilling him. Then a month later the police showed up at this guys house with a state sanctioned search warrant telling him that he was under investigation and that they are searching the premises for the suspicion of distributing and possession of child pornography. They took everything, his family threatened, and was forced to confess to wanting to harm little children out of a sense to protect his family from harm by the police. Of course that was a lie as he never was around any children and has all the alibis proving he was innocent but confessed to the crime even though innocent because the police threatened his family and questioned over political investigations and articles he was writing for a major news outlet, and I'll just leave it at that. He told the police since day one about the virus, as he conducted more of an investigation he remembered that the virus had three rogue programs, Ares.exe, Shareaza.exe, and emule.exe. While opening the file location using the Windows Vista or 7 Task Manager, the directories looked like regular emule sharing directories and went inside Incoming, and saw hundreds to thousands of child porn files were planted in that directory which he freaked out then deleted then tried whatever he could to disable the program but there were enough security holes to get control of his computer, then of course how convenient the ICAC shows up at his front door. That was when he decided to talk to a few other individuals he believed was either targeted or shut down their sites out of chilling effects and fear. When former alternative media reporter got word of this, remnants of that organization decided to release reports on the virus which they call the 'emule virus' as emule was mainly what the police accusing this source of using to share the material, and so they released reports and conducted a large investigation until they finally received the variant and codeword of the virus according to ESET and also claimed to found the same virus variant from McAFee virus reporting site.

According to ESET the virus has been classified as the Win32/MoliVampire.A, the file is what many suspected as a trojan, size 10067968 B, and reveals a lot of details of this virus. McAfee also details the virus but has a different codename and has a different file size so these viruses are all different in variants and threat level. The variant that shares child porn could likely have been created by the government to make the war on child porn look really effective as it is not effective unless many people are convicted of child porn whether they be pedos or not, even with false convictions on set up politicians and activists but that is just speculation and is not a certifiable fact as of yet since nobody really investigates into this since anyone who talks about child porn and is not in favor of dirty and underhanded tactics are usually labeled bad guys or pedo supporters just for questioning the narrative by government people.

So whom would benefit off of sharing child porn and downloading it to set people up? Corrupt government elements as a greater moral crises on the Internet will lead to more controls, bans and restrictions on P2P as Cary Sherman (RIAA President whom bragged about child porn) on P2P would have dreamed of, corrupt police that need to fill their quotas, the private prison contractors that need a guaranteed occupancy and have no other way to convict people so they switch to setting people up with child porn, and politicians that need to kill their enemies characters so that they can get rid of them physically.

Alberto Gonzales the former US Attorney General, before Eric Holder, would benefit off of the child porn crises as he begged for mandatory data retention type laws where all internet activities, emails, and other sensitive data would be logged then retained for months and that the police can have access to this personal data history without a warrant and would allow the RIAA and MPAA to sue people at will using mandatory data retention as the opportunity to know who exactly shared copyrighted material using discovery motions at all court junctions. Cary Sherman or future presidents of the RIAA would benefit off of the child porn crises as they can use that in their case for the witch hunt against file-sharers and converting them all into possible child sex offenders to burn at the stake with prejudice. There are wide

variety

So anyone whom receives this virus or variants of Trojans similar to this virus, is at risk of being accused of distributing and possessing child pornography then having the computers and family photos, videos, and other personal data taken away forever. Then will likely end up years in federal or state prison then receives a lifetime sex offender record, isn't that just great!!!!!

Also other organizations other then the ICAC are also engaging in dirty undercover operations to set up autistic people and techno geeks with child porn charges with very little chance of getting out of them and that is if your lucky and have enough evidence to overturn the prosecution arguments and forensics investigative reports. The Department of Homeland Security's (DHS) investigative arm, also known as the Immigrations and Customs Enforcement (ICE), that conducted Operation Flicker that was mainly for undercover child porn investigations, caught over 5,000 employees working for the Pentagon and Department of Defense (DOD) purchasing and downloading child pornography but were never fully investigated and were never prosecuted, is in the process of investigating and prosecuting a 17-year-old autistic youth for downloading child pornography when the only things he was downloading was music files from the Limewire P2P file sharing network.

His name is Andrew Rose, Facebook has a support group which allows people to talk about the injustices of these child porn stings since there are very dirty and underhanded methods being used to net these suspects. This article will fully explain why Andrew's predicament is unnecessary and why his defense is credible.

The dirty tactic that was used is the worst thing the government could have ever done and does nothing to catch child predators, and should immediately receive a inquiry by Congress and the state governments that are cooperative in these operations. The dirty tactic was that child porn was embedded in a normal everyday mp3 music file, likely within the MP3 tag which every mp3 file has or a non-encrypted stenography software appended child porn to the music file to where the file was on the computer but was attached to the music file. These are the only two technologically feasible methods that were likely used that this article can and will reveal, however if there are any vulnerabilities then that could also be another method of choice if it exists.

**MP3 Tag method**



Every music file contains a tag identification system also called a MP3 tag and in other music formats there is likely something similar. Every MP3 file allows you to customize the album art, edit the track info, and allow you to add comments. Advanced MP3 tag software will allow you to attach photos to be embedded into the tag of the music file.



If ICE wanted to set people up as possible child molesters for their pre-crime style program where your not guilty because you hurt a child, your guilty for possibly having images and that you may hurt a child future, not because your planning to commit a felony, not because you did, but because you may, then all ICE has to do is add a child porn image to the MP3 tag of the music file then use modified law enforcement versions of emule, Limewire, and other P2P clients that is bugged with logging software and other identifier systems to share the bugged child porn embedded music files, then as any music file sharer and downloader likes collecting music files to listen to will download the file or files and then receive a visit from ICE or the ICAC task force then their families threatened by police or even detectives to put a person under so much anxiety and fear that they will undoubtedly confess even though the person is not guilty.

All it takes ti be arrested and convicted as a child sex offender is downloading music files, yes downloading music files. If you don't believe this is technologically possible then just view the screenshot of freeware software products such as MP3Tag which makes planting child porn files as easy as 123. Then all the police have to do is share hundreds to thousands of pirated music files with child embedded in them, then they can make the war on child porn look really effective with all the pedophile patsies, and people being set up, we can at last finally fight crime by putting innocent people in prison. The fact that Congress has not investigated the ICAC and ICE for planting child porn and embedding it in normal music files and other kinds of files is beyond me. As long as the children are being protected, why should we care if Andrew Rose goes to prison and gets beat up on by other inmates, why should we care if innocent people are thrown into prison as a sex offender, why should we care about dirty corrupt methods the government uses to catch criminals and predators. Let's just put teenagers in prison, let's just put every music downloader in prison and call them pedophiles because that is the new AmeriKa and the USSA (United Soviet States of America).

**Stenography methods**

There are certain stenography programs that only attach files or embed files within files unencrypted. That way since there are Content ID type systems where files are scanned to find any illicit material, since child porn can be attached to one file, these systems would flag and detect it then monitor all whom download and share it or the government does this then are the sharing perpetrators and can get away with it by claiming it was a "Undercover Operation" and that is why agents shouldn't be held accountable for planting child porn in ordinary everyday files shared on P2P. Just like how cops can freely murder, rape, and commit other crimes and get off easy or without any punishment due to the police Bill of Rights where cops are held accountable differently then average ordinary commoners where the book is constantly thrown at them and are subject to jail-guard abuse.

This article reveals the truth, that government can commit crimes and set people up and get away with it unless people stand up and say no to it then maybe the ICAC and ICE can finally be held accountable for their dirty corrupt undercover operations.

Tweet

## 11 Responses to ALERT!!!: New virus that may be planting child porn to set up people as pedophiles



kimchi on April 19, 2013 at 9:27 am

Linux prevents this, right?



Richard on April 19, 2013 at 11:01 am

ESET is not a guarantee against this threat. We bought ESET for my father's Windows machine and he got hit with several viruses. I don't know if he encountered the threat before ESET released the definition or what-the-problem was.

We've now bought AVG suite and — knock on wood — so far so good. I think Linux is resistant if it is locked down but nothing is for sure. Go to grc.com and run the firewall probe "shields up" to see what kind of target you're presenting to the bad guys. Linux also has some rootkit detectors and other security tools.



- 
Kitty Wolf on April 19, 2013 at 2:31 pm

Thank you for posting this I am the aunt of Andrew Rose the young autistic being prosecuted in Franklin Co. Missouri, The trial date is set for June 25th , The support is still needed in his case, We are on a drive to get letters written to the judge on behalf of Andrew,Please join his support group and help us to correct this wrong! I thank you from the bottom of my hart for all the support given this fine young man! Please let us work together to support and inform all of Americas youth about the many ways our government entraps them ! https://www.facebook.com/groups/PG.andrewrose/ Thank you Kitty

Case 1:13-cr-00435-TDS   Document 131   Filed 11/14/17   Page 46 of 101



- Josh on April 21, 2013 at 11:58 am

Maybe we need to launch these investigators at the pentagon. You know …. at those 5,200 pentagon employees that bought child porn over the internet.

Seems like if you're gonna hunt pedo's, you need to go where herds of pedos have been spotted, eh?



- gmathol on April 22, 2013 at 5:56 pm

Don't use Windows systems for downloading certain or even illegal. Use f. e. a virtual Linux machine, f. e. Ubuntu to download, otherwise software may be installed on your Windows system which not only slows the computer down, but also opens all doors to your computer.



- Ummer F on April 23, 2013 at 11:17 am

Real pedophile – Jimmy Saville.

Real organization the defended a pedophile (even after he died) – BBC



• 

Michael on June 28, 2013 at 10:10 pm

I echo Kitty Wolf's thanks.
My brother is sitting in jail as I type this.
He was trying to download music and told the police this .
They twisted everything he said .
Now here is the kicker….
The arrest warrant states the ARES software was used …
Read the above article again …paragraph 2 , midway down
It mentions the ARES.EXE IS A VIRUS



<u>Sharon</u> on <u>July 13, 2013 at 9:47 am</u>

This is a real problem in America. The question we should all be asking is who is spying on the spies?

- Pingback: <u>Alternative media reporter facing federal child porn indictment : Federal Jack</u>
- Pingback: <u>Child Porn as a WEAPON from conspiracy theory too reality | Child Pornography Exposed</u>
- Pingback: <u>WeAreChangeTV.US – Former Alternative Media Head appealing criminal conviction, claimed he was framed with child pornography</u>

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

Post Comment

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

Show some support!

We are 100% Listener & User supported!! Every little bit helps us continue. Donations help fund the site and keep all the free information on it. Thanks in advance and KEEP UP THE FIGHT!!!

**Donate**

Visitor Map

3.44M visits
REVOLVERMAPS

Subscribe For New Posts & Updates

Enter your email address to subscribe to FederalJack and Popeyeradio and you will receive notifications of new posts by email.

Email Address

Subscribe

News Categories
News Categories Select Category
The Wigner Effect



Col. L Fletcher Prouty: Secret Team



 Fed Jack
10K likes



Be the first of your friends to like this

FEDERALJACK.COM

OVERTHROW YOUR OPPRESSORS.

Copyright © 2017. All Rights Reserved.

# EXHIBIT 5

**For Federal criminal case**
**-- BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY" - DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION --**
**United States of America v. Brian David Hill (Brian D. Hill) (formerly USWGO Alternative News)**

**Criminal Case Number  1:13-cr-00435-1**



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,     Criminal Action
No. 1:13CR435-1

     Plaintiff,

vs.     Greensboro, North Carolina
June 4, 2014

BRIAN DAVID HILL,

     Defendant.

_____/

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE N. CARLTON TILLEY, JR.
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:    ANAD P. RAMASWAMY, ESQUIRE
    Assistant United States Attorney
    Post Office Box 1858
    Greensboro, North Carolina 27402

For the Defendant:    ERIC D. PLACKE, ESQUIRE
    Assistant Federal Public Defender
    301 North Elm Street
    Suite 410
    Greensboro, North Carolina 27401

Court Reporter:    J. Calhoun, RPR
    Room 101, U.S. Courthouse Building
    324 West Market Street
    Greensboro, North Carolina 27401
    (336) 332-6033

Proceedings reported by stenotype reporter.
Transcript produced by computer-aided transcription.

## PROCEEDINGS

**(THEREUPON,** the following proceedings were had:)

THE COURT:  Mr. Ramaswamy.

MR. RAMASWAMY:  The Government calls for status conference, United States versus Brian David Hill, in 1:13CR435-1.  Mr. Hill is represented by Mr. Placke.

THE COURT:  This is on for status conference. Mr. Placke, tell me where you and Mr. Hill are.

MR. PLACKE:  Your Honor, the matter was set by the Government, but I think that's appropriate for a couple of reasons.  First, there was an evaluation done in this case, and that evaluation has been filed with the Court.  It answered the questions related to competence and sanity at the time, indicating that in the evaluator's view, Mr. Hill is competent to proceed and that his conditions would not amount to a defense in the case.

The report does go into some detail about the conditions, autism spectrum disorder and some other conditions as well, but I think the Government wanted to get on the record that everyone had received and reviewed that evaluation, since I had filed the motion originally.

Having reviewed the evaluation, I am satisfied as to the answers from the evaluator.  I think it is appropriate that that all be on the record.

Second, Your Honor, Mr. Hill has filed two pro

1  se motions.  I have explained to Mr. Hill that if I

2  thought there was a good faith basis for pursuing those

3  issues, I would certainly do that, but I don't feel that I

4  can, under the applicable rules.

5        Finally, Your Honor, in a letter accompanying

6  one of those motions, Mr. Hill indicated that he wanted

7  new counsel.  I've spoken with him several times recently

8  since his return from Butner, and that is still his

9  desire.  I explained to Mr. Hill that if I remain in the

10  case, I'll continue to do everything I can, but by the

11  same token, he does have that right to make that request

12  of the Court.

13        I guess the final thing I would say, Your Honor,

14  is:  There is no question that Mr. Hill labors under some

15  degree of disability with several disorders.  I think some

16  of these matters are affected, at least to some extent, by

17  that.

18        You may have noticed, Your Honor, that in the

19  motion, what is entitled motion to suppress evidence, and

20  this is docket number 16, pro se motion to suppress

21  evidence, it is fairly non-specific, although there is

22  mention of a *Franks* hearing.

23        There is an unfortunate, in my view, coincidence

24  in this case, Your Honor.  This matter came up about two

25  months after a minor altercation between Mr. Hill and a

1  local -- I believe it was Mayodan Police Department

2  officer at a town council meeting.  For someone in

3  Mr. Hill's position, who is predisposed to view things

4  that way any way, I think by virtue of some of his

5  conditions.  To him, it seems to be more than just a

6  coincidence, rather an effort at retaliation or an attempt

7  to silence him.  He feels very strongly about that and,

8  again, if I had a good faith basis for pursuing that, I

9  would.

10         Your Honor, I think at this point, perhaps I

11  should be quiet for a moment and defer to the Court.

12         THE COURT:  Thank you.

13         Mr. Hill, is there anything that you would like

14  to say?

15         THE DEFENDANT:  Yes, I do, Your Honor.

16  Basically, I have already sent a complaint to the

17  Department of Justice and I am trying to send a copy to

18  the Court, having received such letters --

19         THE COURT:  And your complaint is with regard to

20  what?

21         THE DEFENDANT:  Regarding evidence tampering,

22  the invalid processing of evidence and for an

23  investigation into the matter.

24         THE COURT:  And what do you have that supports

25  your belief that evidence has been tampered with?

THE DEFENDANT: Because the Mayodan Police

detectives do not -- they are not forensic experts. It is

a small town police department. They do not have -- they

are not the facility to handle computer cases, and the

detectives have admitted in the audio of the evidence to

going through the computers. Now, that means they could

do whatever they wanted with them, and they are not to be

held accountable, which means they could plant files.

They could do anything. They are not supposed to do that.

THE COURT: What is your evidence that they did

do that?

THE DEFENDANT: They admitted in the audio file

they went through my computers. In the audio files, the

confession that I made, the confession that I never should

have made, he was saying stuff like, oh, we are finding

more and more images on his computers, and I'm like, wait

a minute, that means the only explanation that I can think

of is, they went through the computers, and that is a

clear violation of state crime lab policy of previous

examination.

THE COURT: Anything else with regard to that?

THE DEFENDANT: The second thing is, that pretty

much because I've been involved with the Mayodan Chief of

Police, I have given him documents. I basically worked

with the chief of police at one time and part of that is

```
 1   what I was working with the town council on political

 2   matters.  Because of that and because I have written

 3   negative news articles on this guy -- I don't have the

 4   evidence on hand, my mother has the evidence, and you can

 5   subpoena her for the information.  These articles have had

 6   negative repercussions on the Mayodan Police Department,

 7   and I believe solely because of that he should not have

 8   been involved in the police raid to begin with.  This

 9   should have been the State Bureau of Investigation or the

10   FBI.

11               THE COURT:  Now, talk to me about -- you're

12   saying you don't want Mr. Placke to represent you, that

13   you want someone else appointed to represent you.

14               THE DEFENDANT:  Yes, Your Honor.

15               THE COURT:  Why is that?

16               THE DEFENDANT:  Because he didn't conduct an

17   investigation like he should have.

18               Second --

19               THE COURT:  What did he fail to do?

20               THE DEFENDANT:  He failed to investigate into my

21   complaints.  Had there been a proper investigation, he

22   would have evidence that would have backed everything that

23   I'm saying and I wouldn't -- they would have said -- I

24   mean, the evidence would have been credible if there had

25   been a proper investigation.
```

1        THE COURT:  Anything else?

2        THE DEFENDANT:  That's it, Your Honor.

3        THE COURT:  I will deny your motion to

4   substitute counsel.  That is not a sufficient basis for

5   the appointment of new counsel.

6        Mr. Hill, let me tell you, the Court has no

7   better lawyer to give you than Eric Placke.  Mr. Placke is

8   regarded widely as the best lawyer that practices in this

9   Court, so if you think you're going to get a better lawyer

10  by getting rid of Mr. Placke, the chances are, you're

11  going to be very disappointed.

12       Mr. Placke has heard me say this before, but for

13  years and years, I have asked my law clerks to identify

14  the three best lawyers they have seen during the previous

15  year, and every year the same two lawyers always are

16  named, and that is Mr. Placke and Sandra Hairston, who is

17  the Chief Assistant U.S. Attorney.

18       It's not that I'm not -- I would not be doing

19  you a favor to appoint someone else, but that's not the

20  reason I'm doing it.  You simply have not given a

21  sufficient basis to do it.

22       Can we go ahead and set this case for trial,

23  Mr. Placke?

24       MR. PLACKE:  From a scheduling standpoint, I

25  suppose that would be, I guess, the next step.  Now,

1  Mr. Ramaswamy and I have talked about potential

2  dispositions, and I hope that something can be resolved,

3  but certainly setting it for some date is, I think,

4  appropriate.  I'm not sure of the Government's exact

5  position there, Your Honor.

6          THE COURT:  Okay.  Why don't we --

7          MR. RAMASWAMY:  I do think it is appropriate to

8  set for trial.  I would ask if the week of the 14th would

9  be available for trial, Your Honor.  I will say that the

10 week of the 23rd, I will not be available.  That doesn't

11 mean someone else in my office could not try it, but I do

12 believe there is potential for resolution.

13         THE COURT:  I think Mr. Placke is involved the

14 next week in a trial that is projected to last all week.

15         MR. PLACKE:  The week of the 16th, yes, Your

16 Honor.

17         THE COURT:  So I think we can't ask him to

18 either be ready as a back up or --

19         MR. RAMASWAMY:  I don't want to delay this

20 matter at all.  I would like the opportunity -- I'll leave

21 it in the Court's discretion, except that from June 23rd

22 until after the 4th of July, I will be on leave.  Again,

23 that's not to say someone else in our office can't try

24 this.

25         THE COURT:  Let's get someone else prepared to

1  do so.

2          MR. RAMASWAMY:  Yes, sir.

3          THE COURT:  Let's set it -- how long do you

4  anticipate the trial would last?

5          MR. RAMASWAMY:  Two days, Your Honor.

6          THE COURT:  Okay.  Why don't we set it for --

7  you think your case is going to last how long, the one

8  that is scheduled to begin the 16th?  We have the motion

9  to be considered.

10          MR. PLACKE:  Even though it is a single count,

11  single defendant, single count case, it involves a number

12  of documents of various kinds.  It involves an assortment

13  of different witnesses.  I think it is going to take that

14  week to try.

15          Monday, the 23rd, I don't have anything else

16  scheduled that week.  Of course that's when Mr. Ramaswamy

17  is out.

18          THE COURT:  What if we set it for next week?

19          MR. PLACKE:  For?

20          THE COURT:  Next week.

21          MR. PLACKE:  I know we have the Robbins matter,

22  although I'm still hoping to see Mr. Robbins again this

23  afternoon.

24          THE COURT:  Obviously, you wouldn't be expected

25  to try both of those next week.

1    MR. PLACKE:  I just don't know what is going to

2  happen with the other one.  I'm not sure what to

3  recommend, or even to request, Your Honor.

4    THE COURT:  Okay.  Well, Judge Osteen has let us

5  know that he is ready and wants to put cases on for next

6  week.  So why don't we set it for next week and then you

7  can see what the cases look like and where you are and

8  report that to Judge Osteen.  We'll put it on as a back-up

9  to Mr. Robbins.

10    MR. RAMASWAMY:  Yes, sir.

11    MR. PLACKE:  Your Honor, one thing that,

12  perhaps, might be helpful in this case is, to make it

13  clear on the record, that issues of suppression of

14  evidence are not something that are heard at trial.  I

15  think it's important for Mr. Hill to understand that.

16    THE COURT:  Mr. Hill has not stated a basis for

17  a motion to suppress, so I certainly would deny the motion

18  that he has filed as not stating a basis to support that.

19    Mr. Hill, would you like to say something about

20  that?  You don't have to.

21    THE DEFENDANT:  I do want to say something.

22  Eric Placke had plenty of time to get a basis.  He has not

23  done that.  He has not -- if I had the evidence, I would

24  give it to you, but he's not doing it.  He should have

25  done that.  If it had been the Rutherford Institute or the

1   ACLU, they would have conducted a proper investigation

2   with the FBI or DOJ or other private investigators.  This

3   man is not doing it.  He's not doing what he is supposed

4   to do to prove my innocence, and because of -- I mean, the

5   evidence is clearly illegal, and it has to be proven.  The

6   only way it can be proven is with a proper investigation.

7   There has not been a proper investigation.

8              I have tried to get the FBI to help me out.  The

9   FBI -- I've never talked to a single FBI agent, not any

10  government agent, for that matter, to be able to prove all

11  of this to get an investigation, which would be able to

12  supply evidence for this matter to have a basis for the

13  suppression.  That's why I wanted a new attorney, so the

14  new attorney can get the evidence and supply it to the

15  Court.

16             THE COURT:  You certainly have not stated a

17  basis to support a motion to suppress.

18             THE DEFENDANT:  How do I get a basis?

19             THE COURT:  Well, you have to have some evidence

20  to support that.

21             THE DEFENDANT:  Well, I have to have a proper

22  investigation.

23             THE COURT:  We can't appoint attorneys who are

24  going to come up with the same thing each time.  It is

25  your theory, it's not -- if you say it is so easy to

1   investigate, then there would be some basis for it that
2   would have been shown.
3           THE DEFENDANT:  But I've done a better job
4   investigating this than anybody.  Before this trial, I had
5   Mary David Foxman investigating stuff.  She found my IP
6   address was manually added, it was not automatically
7   entered, and you can subpoena Mary David Foxman.
8           THE COURT:  I can't investigate it for you.
9           THE DEFENDANT:  Then the FBI needs to
10  investigate this, the DOJ.
11          THE COURT:  Mr. Hill, your motion is denied.  I
12  can't make them investigate.  You can't make them
13  investigate.
14          THE DEFENDANT:  I will not register to be a sex
15  offender, Your Honor.
16          THE COURT:  That's up to you.  That's up to you.
17  You haven't been found guilty.  If you should be and the
18  judgment requires that you register, then it would be at
19  your peril if you didn't.  You would be in violation of
20  the Court order and back here for whatever ramifications
21  there would be for your failure to do that.
22          THE DEFENDANT:  This is a kangaroo court, Your
23  Honor.
24          THE COURT:  Is there anything further, Mr. Hill,
25  that you would like to say?  Let's adjourn.

```
1                    C E R T I F I C A T E

2

3        I, J. CALHOUN, RPR, United States District Court

4   Reporter for the Middle District of North Carolina, DO

5   HEREBY CERTIFY

6

7        That the foregoing is a true and correct

8   transcript of the proceedings had in the within-entitled

9   action; that  I reported the same to typewriting through

10  the use of Computer-Aided Transcription.

11       THIS TRANSCRIPT CERTIFICATION IS VOID, IF THE

12  SIGNATURE IS NOT ORIGINALLY SIGNED BY THE COURT

13  REPORTER WHO REPORTED THIS MATTER.

14

15

16

17

18

19  Date:    6-19-15          J. Calhoun, RPR
                             United States Court Reporter
20                           324 W. Market Street
                             Greensboro, NC  27401
21

22

23

24

25
```

# EXHIBIT 6

**For Federal criminal case**
**-- BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY" - DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION --**
**United States of America v. Brian David Hill (Brian D. Hill) (formerly USWGO Alternative News)**

**Criminal Case Number 1:13-cr-00435-1**



```
Delivered-To: admin@uswgo.com
Received: by 10.52.35.44 with SMTP id e12csp9921vdj;
        Sun, 7 Apr 2013 02:33:19 -0700 (PDT)
X-Received: by 10.180.188.3 with SMTP id fw3mr7163560wic.33.1365327198921;
        Sun, 07 Apr 2013 02:33:18 -0700 (PDT)
Return-Path: <johnsnatchz@tormail.org>
Received: from outgoing.tormail.org (outgoing.tormail.org. [82.221.96.22])
        by mx.google.com with ESMTPS id x17si3290773wiv.114.2013.04.07.02.33.18
        (version=TLSv1 cipher=RC4-SHA bits=128/128);
        Sun, 07 Apr 2013 02:33:18 -0700 (PDT)
Received-SPF: pass (google.com: domain of johnsnatchz@tormail.org designates
82.221.96.22 as permitted sender) client-ip=82.221.96.22;
Authentication-Results: mx.google.com;
        spf=pass (google.com: domain of johnsnatchz@tormail.org designates 82.221.96.22
as permitted sender) smtp.mail=johnsnatchz@tormail.org;
        dkim=pass header.i=@tormail.org
Received: from localhost ([127.0.0.1] helo=internal.tormail.org)
        by outgoing.tormail.org with esmtp (Exim 4.72)
        (envelope-from <johnsnatchz@tormail.org>)
        id 1UOlyP-0004AS-55
        for admin@uswgo.com; Sun, 07 Apr 2013 13:33:17 +0400
DKIM-Signature: v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; d=tormail.org; s=tm;
        h=Message-Id:X-TorMail-User:Content-Transfer-Encoding:Content-Type:MIME-
Version:To:From:Subject:Date; bh=UwaG8Oh59dq0QA5W/x1zAcMK58GPawm6e8SGWuQxXUQ=;

b=JHt9P0KX9opc2jQT9XYwaxIZ8uFUKSM3J+jFLBPZ9K+jP2JKLUN+KpM+hMVwF8qHqys1znN+ffE6UdWjXECBpL
yAO3XJly+TgW5tWHvsGWeGMBVe7Z0Nr/voAQBUBCX7uymhomH2MmgejeAhPFdEraBWQ8ti9Dwwu29P4IGe0Fg=;
Received: from johnsnatchz by internal.tormail.org with local (Exim 4.63)
        (envelope-from <johnsnatchz@tormail.org>)
        id 1UOlwB-0001eb-DJ
        for admin@uswgo.com; Sun, 07 Apr 2013 09:30:59 +0000
Date: Sun, 7 Apr 2013 09:30:59 -0000
Subject: You better watch out........
From: johnsnatchz@tormail.org
To: admin@uswgo.com
MIME-Version: 1.0
Content-Type: text/plain;charset=iso-8859-1
Content-Transfer-Encoding: 8bit
X-Confirm-Reading-To: johnsnatchz@tormail.org
Disposition-Notification-To: johnsnatchz@tormail.org
Importance: High
Return-Receipt-To: johnsnatchz@tormail.org
X-TorMail-User: johnsnatchz
Message-Id: <1UOlwB-0001eb-DJ@internal.tormail.org>
```

You better watch out Brian...We are watching you...Having child porn
planted on your hard drives and computer was only the beginning and we
will set you up for violent sex crimes if you don't watch your back...Have
fun becoming a sex offender...Police won't believe you no matter how much
evidence you have that you been set up we know some people in the SBI who
will make sure you are convicted. You will be shut up by being a sex
criminal. Your friends Alex Jones, Dan, James, Sean, Alex, and others are
next...BeWare!

Case 1:13-cr-00435-TDS   Document 131   Filed 11/14/17   Page 70 of 101

```
Delivered-To: admin@uswgo.com
Received: by 10.52.35.44 with SMTP id e12csp28972vdj;
        Sat, 20 Apr 2013 21:01:20 -0700 (PDT)
X-Received: by 10.50.79.201 with SMTP id l9mr11943746igx.79.1366516879989;
        Sat, 20 Apr 2013 21:01:19 -0700 (PDT)
Return-Path: <sallysamsong@tormail.org>
Received: from outgoing.tormail.org (outgoing.tormail.org. [82.221.96.22])
        by mx.google.com with ESMTPS id v7si9502951igd.4.2013.04.20.21.01.19
        for <admin@uswgo.com>
        (version=TLSv1 cipher=RC4-SHA bits=128/128);
        Sat, 20 Apr 2013 21:01:19 -0700 (PDT)
Received-SPF: pass (google.com: domain of sallysamsong@tormail.org designates
82.221.96.22 as permitted sender) client-ip=82.221.96.22;
Authentication-Results: mx.google.com;
        spf=pass (google.com: domain of sallysamsong@tormail.org designates 82.221.96.22
as permitted sender) smtp.mail=sallysamsong@tormail.org;
        dkim=pass header.i=@tormail.org
Received: from localhost ([127.0.0.1] helo=internal.tormail.org)
        by outgoing.tormail.org with esmtp (Exim 4.72)
        (envelope-from <sallysamsong@tormail.org>)
        id 1UT1Sm-0000Jb-VQ
        for admin@uswgo.com; Sun, 21 Apr 2013 08:01:18 +0400
DKIM-Signature: v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; d=tormail.org; s=tm;
        h=Message-Id:X-TorMail-User:Content-Transfer-Encoding:Content-Type:MIME-
Version:To:From:Subject:Date; bh=mhzzCyEqHr+qJJMocUaldBuiJYraedoV9RfTrBUwDCc=;
        b=ezsAUiX8HpiOLpuYZP3cK05Snv5WRrxd+KpeZVCGhKQPoaMczSgqm2pzkevD5Z+k/TqqKNmq
/tsUhMR8RgG6RJIi1wjPencyP3
/k+cEa9NSvDF0eu+VTGlivN2jvApoycUgt8qc+vbtsM9ndTGbuuYioHnP4oYvM7LaRo/86Ofg=;
Received: from sallysamsong by internal.tormail.org with local (Exim 4.63)
        (envelope-from <sallysamsong@tormail.org>)
        id 1UT1QU-000MmQ-15
        for admin@uswgo.com; Sun, 21 Apr 2013 03:58:54 +0000
Date: Sun, 21 Apr 2013 03:58:54 -0000
Subject: Your gonna get it
From: sallysamsong@tormail.org
To: admin@uswgo.com
MIME-Version: 1.0
Content-Type: text/plain;charset=iso-8859-1
Content-Transfer-Encoding: 8bit
X-Confirm-Reading-To: sallysamsong@tormail.org
Disposition-Notification-To: sallysamsong@tormail.org
Importance: High
Return-Receipt-To: sallysamsong@tormail.org
X-TorMail-User: sallysamsong
Message-Id: <1UT1QU-000MmQ-15@internal.tormail.org>

Your gonna get it....We know what your tryin to do....You'll regret ever
being an investigative news reporter....Youll regret what you just
did....better watch your back Brian....DONT REPORT ANY MORE ARTICLES OR
TALK TO ANY REPORTERS ABOUT THIS CHILD PORN VIRUS OR YOU GONNA GET IT
```

Case 1:13-cr-00435-TDS   Document 131   Filed 11/14/17   Page 71 of 101

# EXHIBIT 7

For Federal criminal case
-- BRIEF / MEMORANDUM IN SUPPORT OF
BRIAN DAVID HILL'S "MOTION UNDER 28
USC § 2255 TO VACATE, SET ASIDE, OR
CORRECT SENTENCE BY A PERSON IN
FEDERAL CUSTODY" - DECLARATION,
ATTACHED EXHIBITS, AND BRIEF IN
SUPPORT OF THIS MOTION --
United States of America v. Brian David Hill
(Brian D. Hill) (formerly USWGO Alternative
News)
**Criminal Case Number  1:13-cr-00435-1**



LOCATED IN EXPANDABLE FOLDER IN CLERK'S OFFICE

LOCATED IN EXPANDABLE FOLDER IN CLERK'S OFFICE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

United States of America
    Plaintiff(s),

v.

Brian David Hill
    Defendant(s),

Case No. **1:13-cr-00435-1**

**NOTICE OF FILING PAPER OR**
**PHYSICAL MATERIALS WITH THE CLERK**

<u>Part of Exhibit 7,</u> Video DVD disc filed in attachment/support of
"BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255
TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" -
"DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION"
_____ is being filed in paper or

physical form with the Clerk's Office for the Middle District of North Carolina. The item will

in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Middle

District of North Carolina.

        DATED this <u>10th</u> day of <u>November</u> , 2017

*Brian D. Hill*
Signed

Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville VA 24112
Phone #: (276) 790-3505

Name, Address, and Phone Number of Counsel or Pro Se

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK

# EXHIBIT 8

**For Federal criminal case
-- BRIEF / MEMORANDUM IN SUPPORT OF
BRIAN DAVID HILL'S "MOTION UNDER 28
USC § 2255 TO VACATE, SET ASIDE, OR
CORRECT SENTENCE BY A PERSON IN
FEDERAL CUSTODY" - DECLARATION,
ATTACHED EXHIBITS, AND BRIEF IN
SUPPORT OF THIS MOTION --
United States of America v. Brian David Hill
(Brian D. Hill) (formerly USWGO Alternative
News)
Criminal Case Number 1:13-cr-00435-1**



LOCATED IN EXPANDABLE FOLDER IN CLERK'S OFFICE

## LOCATED IN EXPANDABLE FOLDER IN CLERK'S OFFICE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

United States of America

      Plaintiff(s),

         v.

Brian David Hill

      Defendant(s),

Case No. **1:13-cr-00435-1**

**NOTICE OF FILING PAPER OR**
**PHYSICAL MATERIALS WITH THE CLERK**

Part of Exhibit 8. Video DVD disc filed in attachment/support of
"BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255
TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" -
"DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION"
_____ is being filed in paper or

physical form with the Clerk's Office for the Middle District of North Carolina. The item will

in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Middle

District of North Carolina.

        DATED this <u>10th</u> day of <u>November</u> , <u>2017</u> .

_Brian D. Hill_
Signed

Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville VA 24112
Phone #: (276) 790-3505

Name, Address, and Phone Number of Counsel or Pro Se

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK

# EXHIBIT 9

**For Federal criminal case**
**-- BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY" - DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION --**
**United States of America v. Brian David Hill (Brian D. Hill) (formerly USWGO Alternative News)**
**Criminal Case Number 1:13-cr-00435-1**



**LOCATED IN EXPANDABLE FOLDER IN CLERK'S OFFICE**

# LOCATED IN EXPANDABLE FOLDER IN CLERK'S OFFICE

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION**

United States of America

Plaintiff(s),

v.

Brian David Hill

Defendant(s),

Case No. **1:13-cr-00435-1**

**NOTICE OF FILING PAPER OR
PHYSICAL MATERIALS WITH THE CLERK**

Part of Exhibit 9, Video DVD disc filed in attachment/support of
"BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255
TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" -
"DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION"
_____ is being filed in paper or

physical form with the Clerk's Office for the Middle District of North Carolina. The item will

in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Middle

District of North Carolina.

DATED this __10th__ day of __November__ , __2017__ .    *Brian D. Hill*
Signed

Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville VA 24112
Phone #: (276) 790-3505

Name, Address, and Phone Number of Counsel or Pro Se

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK

# EXHIBIT 10

**For Federal criminal case**
**-- BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY" - DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION --**

**United States of America v. Brian David Hill (Brian D. Hill) (formerly USWGO Alternative News)**

**Criminal Case Number  1:13-cr-00435-1**



# Child Porn Investigations May Snare the Innocent

Loaded on NOV. 15, 2010 by Michael Rigby (/news/author/michael-rigby/) published in Prison Legal News November, 2010 (/news /issue/21/11/), page 14
Filed under: Sex Offenders (Discrimination) (/search/?selected_facets=tags:Sex%20Offenders%20%28Discrimination%29), Malicious Prosecution (/search/?selected_facets=tags:Malicious%20Prosecution), Computers (/search/?selected_facets=tags:Computers), Sentencing (/search/?selected_facets=tags:Sentencing), Wrongful Conviction (/search /?selected_facets=tags:Wrongful%20Conviction), Internet (/search/?selected_facets=tags:Internet). Locations: United Kingdom (/search/?selected_facets=locations:996), United States of America (/search/?selected_facets=locations:998).

by Mike Rigby

A new threat looms in the Internet age – the threat of improper prosecutions and wrongful convictions for the unwitting receipt, possession or attempted possession of child pornography. Everyone is at risk, as these offenses can be committed by hackers who gain remote control of your computer, by malicious software that directs your PC to websites with illegal videos and images, or by sexual predators who use your unsecured wireless connection to conduct illicit activity.

Even something as simple as clicking on the wrong hyperlink – set up as part of an FBI sting operation – can land you in prison. So can being a victim of credit card fraud, if hackers use your card information to buy child porn. More disturbing is the fact that even when people are acquitted of such crimes they are nevertheless convicted in the court of public opinion, often resulting in ruined reputations, careers and relationships.

Computer Viruses and Malware

A 2009 investigative report by the Associated Press described several cases where innocent people were labeled as pedophiles or sexual perverts after family members or co-workers found porn on their computers.

Michael Fiola, a former employee of the Massachusetts Department of Industrial Accidents, was one of those innocent defendants. In 2007, Fiola's state-issued laptop was checked by his boss after someone noticed that he used four times more data than his co-workers. A technician discovered child pornography in a folder that stores images viewed online. Fiola was fired and charged with possession of child porn.

However, an examination by Fiola's defense counsel found that the laptop had a severe virus infection and was programmed to visit as many as 40 child porn sites per minute. "The overall forensics of the laptop suggest that it had been compromised by a virus," admitted Jake Wark, spokesman for the Suffolk District Attorney's office.

Case 1:13-cr-00435-TDS   Document 131   Filed 11/14/17   Page 79 of 101

The charge was eventually dropped, but not before Fiola and his wife had spent $250,000 fighting the case. They used up their savings, took out a second mortgage and sold their car. They also suffered stress-related health problems. "It ruined my life, my wife's life, and my family's life," Fiola said.

Julie Amero, a 37-year-old substitute teacher in Norwich, Connecticut, suffered a similar fate. In 2004 she was charged with risk of injury to a minor after a classroom computer began displaying pornographic images after she left the class to go to the restroom. Amero tried to close the offending pop-up screens when she returned, but they kept reappearing and were seen by several children.

She was convicted on four of the original ten counts in January 2007, but a bevy of computer experts following the case disagreed with the verdict. Following their outcry, prosecutors had the computer examined by the state police forensics lab, where the true culprit was discovered – a malicious spyware program that generated the pop-ups.

Amero's conviction was dismissed, but for 18 months prosecutors considered retrying the case. Citing stress-related health concerns, Amero agreed to plead guilty to misdemeanor disorderly conduct in 2008 and the felony charges were dropped. "They got a pound of flesh," said Amero, who was fined $100 and effectively barred from teaching. "The doctors all agreed that I would not make it through another trial." See: State v. Amero, Superior Court, New London Judicial District (CT), Case No. CR-04-93292.

As bad as it was, the outcome in Amero's case was still better than that of Nathaniel "Ned" Solon, a Wyoming resident who received a six-year federal prison sentence in January 2009 after traces of child porn were found on his home computer. The illegal files, consisting of partially-downloaded videos, were in a folder used by Limewire, a peer-to-peer file sharing program.

Tami Loehrs, a computer forensics expert who was also involved in the Fiola case, testified that Solon's antivirus program wasn't working properly. It apparently shut down for long periods of time – a sign of a virus infection.

Loehrs found no proof that the traces of child porn on Solon's computer had been viewed or fully downloaded, stating, "There is no conclusive evidence that any of the five files containing suspect child pornography were ever viewed, saved or copied to another location including storage media such as CD-ROMs."

The jury, which was shown graphic images of child pornography by the prosecution, despite the fact that such images were not viewable on Solon's computer, disregarded Loehrs' findings. Further, the federal judge berated Loehrs at trial and left the bench for six minutes during the defense's closing argument. Solon was convicted and sent to prison for 72 months. "I don't think it was him, I really don't," said Loehrs. "There was too much evidence that it wasn't him." She added, "It can happen to

anyone connected to the Internet. Period."

Courts have upheld convictions for possession of child porn despite defenses claiming infection by computer viruses or other malware programs. Solon's conviction was affirmed by the Tenth Circuit in February 2010. See: United States v. Solon, 596 F.3d 1206 (10th Cir. 2010), cert. denied.

In another case, United States v. Miller, the Third Circuit held that even if malicious software or a virus was responsible for downloading or storing illegal content on someone's computer, the defendant could still be convicted of knowingly possessing child porn.

At issue in the Miller case was a zip disk containing 1,200 to 1,400 digital images, 13 of which were deemed by prosecutors to constitute child pornography. The defendant, Donald R. Miller, claimed the photos were downloaded in large batches from websites featuring adult porn; he claimed he never saw the illegal images and didn't know how they got on the disk.

Nevertheless, the appellate court held that Miller's conviction for knowingly possessing child pornography could stand even if he didn't knowingly receive the illicit photos (which requires an "intent" element), because he chose to retain the material on the zip disk – despite not knowing that it contained child porn. See: United States v. Miller, 527 F.3d 54 (3d Cir. 2008).

Hackers and Trojans

Another complication in child porn prosecutions involves hackers using backdoor Trojans to gain remote access to personal and business computers. If so inclined, a hacker can use another person's computer to store illegal pornographic images or even plant child porn as an extortion tactic. Hackers can also pretend to be someone else online by "spoofing," or faking, another computer user's Internet Protocol (IP) address.

In October 2002, Julian Green was arrested in Devon, England after cops searched his home computer and found child porn. A computer forensics expert hired by the defense found Trojans hidden on Green's PC. The Trojans – designed to piggyback his browser and log into porn sites – were probably downloaded as e-mail attachments, the expert concluded, and allowed hackers backdoor access to Green's computer. The charges were ultimately dismissed.

In December 2003, companies worldwide began reporting a new breed of cyber extortion that had apparently been going on for about a year. The extortionists threatened to either wipe hard drives or plant child porn and then call the police if the companies didn't pay a nominal fee of $30. The threats were credible, considering the possibility of Trojans and the ease with which such attacks could be carried out, reported Mark Rasch, former head of the U.S. Department of Justice's computer crimes unit.

Another concern with these types of cases, Rasch stated, is that evidence consistent with guilt can be planted (such as in child pornography cases) and traces of manipulation hidden from even computer experts, making it "virtually impossible to determine that your target was not guilty." And with sentencing guidelines "becoming ever more draconian for computer-related offenses," Rasch wrote, "it is only a matter of time before not only cyber extortion but cyber set-ups become a reality, if they aren't already."

Hackers gaining remote access to a computer and using it to store illegal files was a defense raised in the case of Matthew Bandy, 16, who was prosecuted for possession of child pornography by Arizona officials. Police conducted a dawn raid on Matt's home on December 16, 2004 after they were notified by Yahoo.com that someone using his IP address had uploaded images of child porn.

While Matt admitted to viewing adult pornography, he denied viewing or uploading the illicit images found on his family's computer. Although it is known that hackers can control other computers and use them as "zombies" to distribute spam, store files or coordinate attacks on websites, experts disagreed as to whether that happened in Matt's case. Notably, the prosecution objected to providing Matt's attorney with a copy of the computer's hard drive so the defense could conduct its own evaluation; prosecutors even appealed to the Arizona Supreme Court, to no avail.

When Tami Loehrs, Matt's computer forensics expert, finally examined the hard drive, she found 200 infected files and concluded "[i]t would be virtually impossible to determine if, when or by whom the system was compromised. [I]t would be impossible to state with certainty which activities were conducted by users within the household and which activities were the result of one of the many malicious software applications and/or outside sources such as hackers."

Matt, charged with nine counts of possession of child pornography, faced up to 90 years in prison. Instead he pleaded guilty in October 2006 to three "class 6 undesignated felonies" that were unrelated to the child porn found on his computer. He received 18 months' probation; certain sex offender restrictions were initially included as probation requirements but later dropped. Matt's family reportedly spent more than $250,000 on his defense. See: State v. Bandy, Maricopa County Superior Court (AZ), Case No. CR2005-014635-001 DT.

Whether or not Matt was in fact guilty of knowingly possessing child porn is unknown. The prosecutor's computer expert, Detective Larry Core, admitted that he didn't look for viruses, evidence of hacking or backdoor access attempts on Matt's computer. However, the prosecution noted that several CD ROMs containing child pornography also were found at Matt's house. The Bandys claimed the CDs were from a backup of the computer's hard drive, and the images may have been reloaded on the computer without their knowledge during a system restore.

"They don't have to prove you're guilty – you have to prove yourself innocent," observed Gregory Bandy, Matt's father.

Questionable Investigative Methods

The FBI has recently adopted a new form of sting operation: posting hyperlinks that supposedly point to files containing child porn. In October 2006, undercover FBI agents used this technique to post hyperlinks on a child porn message board site called "Ranchi." The links sent web surfers to a government server, where the FBI identified the users who clicked on the links by their IP addresses. They then obtained warrants and staged raids of homes in Nevada, New York, Iowa and Pennsylvania.

Roderick Vosburgh, a doctoral student at Temple University and a history teacher at LaSalle University, was subjected to one of those early-morning raids in February 2007 after he was suspected of clicking on the FBI's hyperlinks. He apparently destroyed his computer hard drive and a thumb drive when agents arrived with a search warrant, but several thumbnail files of child porn were found on an external hard drive.

There was dispute as to whether the actual images associated with the thumbnail files had been present on Vosburgh's computer, and he was prosecuted under a federal law that criminalizes "attempts" to download child pornography. He was convicted at a jury trial and sentenced on November 13, 2008 to 15 months in prison and three years' supervised release.

"I thought it was scary that they could do this," said Anna Durbin, Vosburgh's attorney. "This whole idea that the FBI can put a honeypot out there to attract people is kind of sad. It seems they've brought a lot of cases without having to stoop to this." Due to his conviction, Vosburgh – who had no previous criminal record – will be effectively barred from teaching and required to register as a sex offender after he is released from prison.

The implications of the FBI's hyperlink-bait technique are sweeping. According to an article on CNET News, "Using the same logic and legal arguments, federal agents could send unsolicited e-mail messages to millions of Americans advertising illegal narcotics or child pornography – and raid people who click on the links embedded in the spam messages. The bureau could register the 'unlawfulimages.com' domain name and prosecute intentional visitors. And so on."

Even more frightening, the courts have given their stamp of approval to this prosecutorial approach. Vosburgh's conviction was affirmed on appeal by the Third Circuit in April 2010. See: United States v. Vosburgh, 602 F.3d 512 (3d Cir. 2010).

Previously, on March 6, 2008, a U.S. District Court judge in Nevada upheld a magistrate's ruling that the hyperlink sting operation constituted sufficient probable cause to justify an FBI search warrant. Travis Carter, the defendant in that case, argued that any of his neighbors could have used his wireless network to access the link. With the aid of an investigator, the public defender's office confirmed that dozens of homes were within range of Carter's Wi-fi connection.

Case 1:13-cr-00435-TDS   Document 131   Filed 11/14/17   Page 83 of 101

Further, an expert's affidavit submitted by Carter's defense counsel noted there were "many problems with using an IP address to decide the location of a computer allegedly using an IP address on the Internet. The IP address can be 'spoofed.' A single IP address can be used by multiple computers at multiple locations through a wireless router. The MAC address of a cable modem can be spoofed to allow access to another's Internet connection. A neighborhood with several houses can share one Internet connection and therefore have the same IP address."

Nevertheless, the magistrate judge held that the mere possibility of other people accessing an open Wi-fi connection "would not have negated a substantial basis for concluding that there was probable cause to believe that evidence of child pornography would be found on the premises to be searched." See: United States v. Carter, 549 F.Supp.2d 1257 (D.Nev. 2008). The Fifth Circuit had reached a similar conclusion in United States v. Perez, 484 F.3d 735 (5th Cir. 2007).

A large-scale child porn investigation in the United Kingdom has also faced criticism. Jim Bates, 67, a computer specialist, testified as an expert witness in cases involving some of the approximately 4,000 defendants charged as a result of Operation Ore – a 2002 criminal investigation into U.K. users of Landslide, a U.S.-based website that facilitated the purchase of child pornography.

Bates, who believes many of the men arrested as part of Operation Ore may be innocent, used the website of his former company, Computer Forensics, to criticize investigators and the technical competence of other computer experts. "I have evidence to prove Operation Ore was based on a completely false series of premises and police officers should have been aware of this if they had done their job properly," he said.

There was evidence that some of the people prosecuted due to Operation Ore had actually had their credit card information stolen, which was used to purchase child porn without their knowledge. It was later learned that credit card fraud was a major problem with the Landslide website, information provided by U.S. law enforcement officials was faulty, and dozens of defendants may have been wrongly prosecuted.

One such defendant, Dr. Paul Grout, proved that at the same time he had used his credit card at a restaurant in Yorkshire, England, someone else was using it in Lake Tahoe in the U.S. The charges against him were dismissed. Peter Johnson, a U.K. police officer involved in Operation Ore, quit over the witch-hunt nature of the investigation. "I began to doubt the validity of the evidence surrounding the circumstances of the initial investigation in America ...," he said. "I found it difficult to rationalize how offenders had been identified [based] solely on a credit card number."

At least 33 people accused in Operation Ore of purchasing child porn committed suicide. Bates called the investigation a "shambles."

Bates was himself prosecuted and found guilty of four counts of making a false written witness statement for falsely claiming he had a degree in electronic engineering. He had testified for both the prosecution and defense in cyber-crime cases. [See: PLN, Oct. 2010, p.1]. Bates was also arrested in 2008 for conspiracy to possess indecent images of children, apparently related to child porn images in case files in which he had testified as an expert, which he kept at his house. However, the search warrant used to search his home was tossed out by the High Court in May 2009.

Conclusion

The cases described above highlight related problems – the demonization of sex offenders and people accused of viewing or possessing child pornography. Because child predators engender such an innate revulsion, most people tend to scoff when defendants offer even plausible explanations for child porn found on their computers, such as malicious software or hackers.

These cases are further complicated by the fact that real pedophiles often blame other persons or viruses for illegal files on their computers – claims that the police, the public and the judiciary view with natural skepticism. "It's an example of the old 'dog ate my homework' excuse," said Phil Malone, director of Harvard's Cyberlaw Clinic. "The problem is, sometimes the dog does eat your homework."

Sources: CNET News, Associated Press, www.securityfocus.com, www.tgdaily.com, www.washingtonpost.com, BBC News, www.vnunet.com, www.theregister.co.uk, www.guardian.co.uk, www.law2000.net, www.foxnews.com, "International Electronic Evidence" (British Institute of International and Comparative Law 2008), www.phoenixnewtimes.com, www.framedforchildporn.com, www.northcountrygazette.org

# Related legal cases

## United States v. Vosburgh

| | |
|---|---|
| **Year** | 2010 |
| **Cite** | 602 F.3d 512 (3d Cir. 2010) |
| **Level** | Court of Appeals |
| **Injunction Status** | N/A |

## United States v. Solon

| | |
|---|---|
| **Year** | 2010 |
| **Cite** | 596 F.3d 1206 (10th Cir. 2010), cert. denied |
| **Level** | Court of Appeals |
| **Injunction Status** | N/A |

## State v. Amero

| | |
|---|---|
| **Year** | 2008 |
| **Cite** | Superior Court, New London Judicial District (CT), Case No. CR-04-93292 |
| **Level** | State Trial Court |
| **Injunction Status** | N/A |

## United States v. Carter

| | |
|---|---|
| **Year** | 2008 |
| **Cite** | 549 F.Supp.2d 1257 (D.Nev. 2008) |
| **Level** | District Court |
| **Injunction Status** | N/A |

## United States v. Miller

| | |
|---|---|
| **Year** | 2008 |
| **Cite** | 527 F.3d 54 (3d Cir. 2008) |
| **Level** | Court of Appeals |
| **Injunction Status** | N/A |

Case 1:13-cr-00435-TDS   Document 131   Filed 11/14/17   Page 86 of 101

## United States v. Perez

| | |
|---|---|
| **Year** | 2007 |
| **Cite** | 484 F.3d 735 (5th Cir. 2007) |
| **Level** | Court of Appeals |
| **Injunction Status** | N/A |

## State v. Bandy

| | |
|---|---|
| **Year** | 2006 |
| **Cite** | Maricopa County Superior Court (AZ), Case No. CR2005-014635-001 DT |
| **Level** | State Trial Court |
| **Injunction Status** | N/A |



(/adzone/view/36/)

**PLN Inmate Locator**

(/inmate-locator/)

Case 1:13-cr-00435-TDS   Document 131   Filed 11/14/17   Page 87 of 101



(/adzone/view/34/)

Sign up for PLN's
Free Email Newsletter!

Case 1:13-cr-00435-TDS   Document 131   Filed 11/14/17   Page 88 of 101



(/subscribe/email/)



(/adzone/view/36/)



(https://www.facebook.com/pages/Prison-Legal-News/132914543408079)

(/media-gallery/)

(/adzone/view/25/)

Case 1:13-cr-00435-TDS   Document 131   Filed 11/14/17   Page 89 of 101

# EXHIBIT 11

**For Federal criminal case**
**-- BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY" - DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION --**

**United States of America v. Brian David Hill (Brian D. Hill) (formerly USWGO Alternative News)**

**Criminal Case Number 1:13-cr-00435-1**



Feedback  Like 13M

Wednesday, Nov 1st 2017 6AM 52°F     9AM 51°F     5-Day Forecast

# Daily Mail
.com

Home | U.K.  News  Sports | U.S.Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists | DailyMailTV

Latest Headlines   News   World News   Arts   Headlines   Pictures   Most read   Wires   Coupons                                   Login



Cozy financing
to help you
sleep all night.

purple

Tell me more

Site  Web  Enter your search

# Latest WikiLeaks release shows how the CIA uses computer code to hide the origins of its hacking attacks and 'disguise them as Russian or Chinese activity'

- WikiLeaks published 676 source code files today which it claimed are from CIA
- It says the CIA disguised its own hacking attacks to make it appear those responsible were Russian, Chinese, Iranian or North Korean

By MAIL ONLINE REPORTER
PUBLISHED: 07:02 EDT, 31 March 2017 | UPDATED: 14:17 EDT, 31 March 2017

**30k**
shares


**206**
View comments

WikiLeaks has published hundreds more files today which it claims show the CIA went to great lengths to disguise its own hacking attacks and point the finger at Russia, China, North Korea and Iran.

The 676 files released today are part of WikiLeaks' Vault 7 tranche of files and they claim to give an insight into the CIA's Marble software, which can forensically disguise viruses, trojans and hacking attacks.

**WikiLeaks** says the source code suggests Marble has test examples in Chinese, Russian, Korean, Arabic and Farsi (the Iranian language).

Like
Daily Mail

Follow
@DailyMail

Follow
Daily Mail

+1
Daily Mail

**FEMAIL TODAY**

Scary night! Ben
Affleck and Jennifer




© AP

**WikiLeaks, founded by Julian Assange (pictured), claims its Vault 7 files come from the CIA's Center for Cyber Intelligence**

**SHARE THIS ARTICLE**

**RELATED ARTICLES**


'The president, just for a moment forgot that he was...


White House fails to offer ANY evidence of Trump Tower...

It says: 'This would permit a forensic attribution double game, for example by pretending that the spoken language of the malware creator was not American English, but Chinese.'

This could lead forensic investigators into wrongly concluding that CIA hacks were carried out by the Kremlin, the Chinese government, Iran, North Korea or Arabic-speaking terror groups such as ISIS.

WikiLeaks, whose founder Julian Assange remains holed up in the Ecuadorean Embassy in London, said Vault 7 was the most comprehensive release of US spying files ever made public.

Earlier this month WikiLeaks published thousands of documents claiming to reveal top CIA hacking secrets, including the agency's ability to infiltrate encrypted apps, break into smart TVs and phones and program self-driving cars.

It also claims the CIA can bypass the encryption of Whatsapp, Signal, Telegram, Wiebo, Confide and Cloakman by hacking the smart phones the applications run on.


Garner look tense as they reunite to take their kids out on Halloween
Divorced couple were seen with their brood


She's gonna thrill you tonight! Heidi Klum pays homage to classic Michael Jackson music video in epic werewolf costume for her Halloween bash



'The toast to my avocado': Gisele Bündchen and Tom Brady wear health food couples costume for Halloween
Avocado toast


Kate Upton cheers on fiance Astros pitcher Justin Verlander as Mila Kunis and Ashton Kutcher fly the flag for LA Dodgers at World Series Game Six



Family fright! Blac Chyna and her little ones Dream and King Cairo dress as skeletons for Halloween
The trio wore matching costumes



Chris Pratt spends Halloween with son Jack, five, as tot dresses up as Captain America to go trick or treating in Hollywood
Doting dad



Bloody good time! Amber Rose transforms into Child's Play doll as her four-year-old son Sebastian gives her a sweet kiss while dressed as Chucky



To infinity and beyond! Justin Timberlake, Jessica Biel and son Silas dress as Toy Story stars for Halloween
Buzz Lightyear, Jessie and Sheriff Woody



Kristen Bell sports Magnum PI mustache and chest hair to belt Disney song with Dave Grohl on Letterman
Halloween episode of Jimmy Kimmel Live



'The hero Gotham needs': Serena Williams shares adorable snap of daughter Olympia as baby Batman
Alexis Olympia Ohanian Jr. is Batman


His own personal Caped Crusader! James Corden takes six-year-old son Max for a walk dressed as LEGO Batman

**Wikileaks dumps information claiming proof of CIA hacking**

Outing with his son 

 **Watch the full video**

Advertisement

    0:00 / 1:29     

The CIA was also looking at hacking the vehicle control systems used in modern cars and trucks, WikiLeaks claims.

Wikileaks said the release of confidential documents on the agency already eclipses the total number of pages published over the first three years of the Edward Snowden NSA leaks.

Experts who've started to sift through the material said it appeared legitimate - and that the release was almost certain to shake the CIA.

**Read more:**
WikiLeaks - Vault 7: Projects

**Share or comment on this article**

**30k**
shares

Sponsored Links by Taboola



**Tiffany Trump Can't Hide From The Rumors Anymore**
Trendchaser



**Macaulay Culkin Opens Up About What Happened At Neverland Ranch**
IcePop



**World Wide Sportsman Boca Grande Cargo Shorts for Men - Fossil - 44**
$24.99 - basspro.com







▶ **The MOTHER of dragons! Pregnant Khloé Kardashian and Tristan Thompson pack on the PDA while dressed as GoT's Daenerys and Drogo**



▶ **Best couples costume! Jessica Simpson dresses up as Willie Nelson while her husband Eric Johnson transforms into Waylon Jennings for Halloween**



▶ **Super duo! Gigi Hadid rocks skintight bodysuit as The Black Cat while beau Zayn Malik is Spider-Man for Halloween**
Couples costume



▶ **They're off to see the Wizard! Alec and Hilaria Baldwin join in on Halloween fun with their three kids as they all dress up as characters from Oz**



▶ **Bringing the heat! Coco Austin busts out of firefighter costume as she dons flame-red wig for Heidi Klum's**



Case 1:13-cr-00435-TDS   Document 131   Filed 11/14/17   Page 93 of 101

**30 Amish Facts That'll Make Your Skin Crawl**
Activly

**Archeological Finds Still Baffling Scientists Today**
Mutually

**3 Common Foods Surgeons Are Now Calling "DEATH FOODS"**
....

**Halloween bash in NYC**
Sexy firefighter








**What Dental Implants SHOULD Cost**
US Consumer | Sponsored Ads

**The Deadliest Snakes Ever Found On The Planet**
EternalLifeStyle

**18-Year-Old Girl Is Dropping Jaws In The NFL World**
SportsJamm

▶ **PICTURED: Ryan Phillippe sneaks out of Demi Lovato's house at 5am after Halloween bash... six years after duo were romantically linked**

▶ **United front! Rachel Bilson reunites with ex Hayden Christensen as they take their three-year-old daughter Briar Rose trick-or-treating**
Split up in September

### MOST WATCHED NEWS VIDEOS

Embed this ◄/►

▶ **Is it a bird? Is it a plane? Justin Trudeau dresses as Clark Kent/Superman for Halloween and enjoys a fall day out in the park with his family**

Wendy Williams collapses on stage

Suspect filmed fleeing police after deadly bike

Kevin Spacey's American Beauty

Moment man shoves stranger to ground in

▶ **Never grow up! Jennifer Garner takes her Peter Pan-inspired kids out in LA for some Halloween fun**
The children coordinated their looks

▶ **Halloween horror! Kathie Lee Gifford dons nude bodysuit to parody Miley Cyrus Wrecking Ball video on NBC's Today**
Wore a short blonde wig

Multiple people hit by a truck on the bicycle

Ambulance arrives at Wendy Williams' studio

Julia Hartley-Brewer plays down Fallon hand

Paul Manafort walks into FBI field office after

### YOU MAY LIKE

Sponsored Links by Taboola

**Free E-Book: Orkin is RATporting the Latest o...**
Orkin eBook

**That Moment The Cameras Kept Filming O...**
Your Daily Dish

**The Pawn Star Find That Made Chumlee Rich**
Definition

### MOST READ NEWS

● ● ● ●









**New York terror truck driver**

**A real Halloween fright! Wendy**

**How the CIA 'found' Hitler alive in**

**Woman, 48, is 'caught giving man,**



### Comments 203
Share what you think

| Newest | Oldest | Best rated | Worst rated |

Case 1:13-cr-00435-TDS   Document 131   Filed 11/14/17   Page 94 of 101

View all

Advertisement

The comments below have been moderated in advance.



**DeliaMae**, Cherokee, United States, 7 months ago

William Binney said this, Snowden said this, and John Mc said this. How many times do we have to be told that we are giving up our freedom for false security? Nothing you do on mobiles, computers etc is ever safe! Also, just because you have nothing to hide doesn't give license for permission to look.

Click to rate     1172     22

**Stix-n-Stonz**, Ridgewood, United States, 7 months ago

Expect a visit from the Ministry of Truth.

Click to rate     517     8

**wildbilly**, greasy lake, 7 months ago

Justin can't get to Moscow where he can evade justice. But not long now traitor.

Click to rate     37     640

**Drunkensailor**, Main Street, United States, 7 months ago

Even using VPN and anonymizer can hide the IP address, so when Marco Rubio talks about Russian IP address from where he was "hacked" it just laughable.

Click to rate     948     17

**w miller**, lorain, United States, 7 months ago

Multiple servers can be used as a proxies around the world making it almost impossible to trace hacking. Unless the perpetrator is caught in the act, and then it's still not a sure thing, hacking is hard to trace.

Click to rate     533     12

**JaneAustenPowers**, America, United States, 7 months ago

This info was known weeks ago via the Wikileaks dump, Vault 7, Part 1. The CIA has 5k hackers who know the hacking fingerprints of all the major global players. It's not just Russia they can imitate. The Deep State (CIA, NSA,FBI etc) is pushing back on Trumps claim of draining the swamp. The CIA was exposed aa having meddled in the France 2012 election and now claim "Russia" tampered with the US? I'm skeptical. Wikileaks will be dropping more info as a member of the CIA gave Wikileaks their data. The seamy side of politics is on view for all now.

Click to rate     1060     18

**Paradise777**, Everywhere, United States, 7 months ago

Why should anyone trust this guy? He's our enemy.

Click to rate     69     1182

**Cam**, Baltimore, 7 months ago

0bamb0 could never be trusted. BTW, did you notice how close the Bush and 0bama families have gotten? The globalists are in your face.

Click to rate     1472     63

**Cam**, Baltimore, 7 months ago

When dems finally realize that r@ce is one tool of many used to divide the citizenry and keep the politicians' criminal behavior out of the spotlight, only then we can control the politcal elite, but I'm not holding my breath.

Click to rate     730     24

▶ **Behind the scenes!**
**Alex Rodriguez shares**
**snaps from Vanity Fair**
**cover shoot with**
**girlfriend Jennifer Lopez**
Featured on the cover of
the December issue

▶ **Selena Gomez wears**
**The Weeknd's jacket**
**despite split from**
**rapper as she rides bike**
**in LA ... after rekindling**
**friendship with ex**
**Justin Bieber**

▶ **Meow! Alessandra**
**Ambrosio shows off**
**killer legs as she wears**
**cat mask while trick-or-**
**treating with her family**
**on Halloween**
Puuurfect costume

▶ **Always And Forever**
**singer Keith Wilder of**
**seventies funk band**
**Heatwave dies at 65**
Had been suffering health
issues at the time of his
death

▶ **'Love is blind!' Britney**
**Spears stuns in**
**strapless hot pink**
**jumper and heels as she**
**poses for an awkward**
**photo with a horse**
**wearing blinders**

▶ **Inseparable! Sofia**
**Richie, 19, flashes her**
**flat midriff while**
**enjoying lunch in**
**Beverly Hills with**



ode, Fort Smith, United States, 7 months ago

What those who spin didn't count on is that now nothing is trusted. Nice job! It plays directly into the hands of those of us who want to limit government and deconstruct the administrative state. Please help our cause with more spin and disinfo. We appreciate all the help we can get, even from the most unlikely of sources :)

| | Click to rate | 486 | 17 |

TRUTH TODAY, tent, Greenland, 7 months ago

Lmfao.... The is like Russian propaganda

| | Click to rate | 48 | 702 |

**View all**

The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.

We are no longer accepting comments on this article.

**MORE TOP STORIES**

boyfriend Scott Disick, 34
At a celebrity hot spot

▶ Sweater weather! Charlotte McKinney goes casual in black sweats for an overcast day in LA
Spotted covered up in a casual outfit

▶ 'They lost their biggest talent': Farrah Abraham says she was FIRED from Teen Mom OG because she worked as an adult film star
Also has a sex toy range

▶ Getting into the spooky spirit! Nicole Kidman and Keith Urban show off their elaborate costumes as they celebrate Halloween
In the Halloween spirit

▶ Woah Cleo! Leggy Nicole Scherzinger puts on ANOTHER extremely busty display as the Egyptian Queen as she pulls out all the stops for Halloween bash

Advertisement

▶ Claudia Schiffer, 47, showcases her supermodel figure in a skintight pink catsuit as she arrives at Jonathan

Case 1:13-cr-00435-TDS    Document 131    Filed 11/14/17    Page 96 of 101

# EXHIBIT 12

**For Federal criminal case**
**-- BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY" - DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION --**
**United States of America v. Brian David Hill (Brian D. Hill) (formerly USWGO Alternative News)**

**Criminal Case Number 1:13-cr-00435-1**



**Changes are coming to Find A Grave.** See a preview now.

# Cheryl Felicia King

Birth:          Nov. 7, 1949
Death:          Jun. 12, 2014

Cheryl King, 64, of Duluth passed away June
12, 2014.
Byars Funeral Home and Cremation Services is
in charge of arrangements.

Burial:
Cremated, Other.

Created by: Connie C. Madray
Record added: Jun 20, 2014
Find A Grave Memorial# 131597340

**Business Card for Cheryl Felicia King:**

**Cheryl Felicia King**
Department of Justice
Raleigh, NC area

**North Carolina Department of Justice**
3320 Garner Rd
Raleigh, NC 27610-5618
Tel: (919) 773-7810
www.ncdoj.gov

*Last updated on 2016-05-17*

**Get Contact Info >>**
it's free and takes 20 seconds

**Opt Out or Update this Contact:**

Opt Out
Update name
Update title
Update phone
Update email
Not at this company anymore



Business Management

Business Phone Number

**About Cheryl Felicia King:**

Cheryl Felicia King works as an Department of Justice for North
Carolina Department of Justice at Raleigh, NC. The company's
webpage is http://www.ncdoj.gov. For email, phone number and
executive profiles for Department of Justice and other executives
of North Carolina Department of Justice at Raleigh, NC, check
North Carolina Department of Justice at Joesdata.com. Not the
Cheryl Felicia King you are looking for? Do a quick search in our
website and find other people named Cheryl Felicia King.

**Cheryl Felicia King's Work History:**
No information available..

**Cheryl Felicia King's Education:**
No information available..

**Cheryl Felicia King's Co-workers:**

Case 1:13-cr-00435-TDS   Document 131   Filed 11/14/17   Page 99 of 101

As of November 1, 2017, Cheryl Felicia King has 1041 co-workers under the company name North Carolina Department of Justice at Joesdata.com.

## About North Carolina Department of Justice:

North Carolina Department of Justice is located at 3320 Garner Rd, Raleigh, NC 27610-5618. It has around 1K - 5K employees. Its revenue is around $100 - 500M. Public institution primarily engaged in criminal and civil law enforcement, police, traffic safety and other activities related to law enforcement. The parent company of this organization is North Carolina Bureau of Investigation -

## Company News:

No company news available.

## People in the same industry:

Becky Knott
Information Systems Coordinator
City of Mesa Solid Waste Division

Shawn Sutterfield
Information Technology Assistant
City of Jacksonville Arkansas

Don Alexander
Information Technology Supervisor
Pulaski CO Sheriff Department North

William Westbrook
MIS Manager
City of Loveland, Colorado

Sergeant Chris Berry
LAN Coordinator
California Highway Patrol

C. Ceregatti
LAN Coordinator
California Highway Patrol



Business of the Company

Staff Employees

Phone Number

Concrete Construction

Case 1:13-cr-00435-TDS   Document 131   Filed 11/14/17   Page 100 of 101

About Us

Privacy

Terms of Use

Work for Us

Contact Us

## People Directory:

A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q

R   S   T   U   V   W   X   Y   Z

## Company Directory:

A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q

R   S   T   U   V   W   X   Y   Z




Copyright © 2017 Joesdata.com All Rights Reserved.