[*Exhibit discs]
PART 1/2

Please don't file documents in Part 1 without other Part

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

Part 1/2

FROM:
**U.S.W.G.O.**
Brian D. Hill
*Brian D. Hill* Signed
310 Forest Street, Apartment 2
Martinsville, VA 24112

TO:
ATTN: Clerk of the Court
U.S. District Court
324 W. Market Street
Greensboro, NC 27401-2544

ir 2015    2 x 5 1/2
b7bb       UD: 12 1/4 x 12 1/4 x 6
ODCUFT: 0.521