

# EXHIBIT 33

**For Federal criminal case**
**-- BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY" - DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION --**

**United States of America v. Brian David Hill (Brian D. Hill) (formerly USWGO Alternative News)**

**Criminal Case Number 1:13-cr-00435-1**



| | | | | |
|---|---|---|---|---|
| **I N C I D E N T** | Agency Name<br>*MAYODAN POLICE DEPARTMENT* | **INCIDENT/INVESTIGATION REPORT** | OCA<br>*2012-00287* | |

**Agency Name** — *MAYODAN POLICE DEPARTMENT*

**ORI** — *NC 0790400*

**OCA** — *2012-00287*

**Date / Time Reported** — Month 08 Day 22 Yr 2012 Time 14:00 Hrs. — S M T W̅ T F S

| | | | |
|---|---|---|---|
| **#1** Crime Incident(s)<br>*Second Degree Sexual Exploitation Of A Minor* | ☐ Att<br>☒ Com | At Found — S M T W̅ T F S<br>Month 08 Day 22 Yr 2012 Time 14:00 Hrs. | Last Known Secure — S M T W̅ T F S<br>Month 08 Day 22 Yr 2012 Time 14:00 Hrs. |
| **#2** Crime Incident | ☐ Att<br>☐ Com | Location of Incident<br>*413 North 2nd Avenue, Mayodan NC 27027* | Offense Tract<br>*Z1* |
| **#3** Crime Incident | ☐ Att<br>☐ Com | Premise Type<br>*HOME OF OFFENDER - SINGLE* | Victim Residence Type<br>☐ Single Family ☐ Multi Family |

**MO**

| How Attacked or Committed<br>*Sex Acts/BY DOWNLOADING CHILD PORN* | Forcible<br>☐ Yes ☐ N/A<br>☒ No | Weapon / Tools<br>*Not Applicable / None* |
|---|---|---|

**V I C T I M**

| # of Victims<br>*1* | Type ☐ Person ☒ Business<br>☐ Society ☐ Government ☐ Financial Institute<br>☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unknown | Injury ☐ None ☐ Minor ☐ Loss of Teeth<br>☐ Broken Bones ☐ Severe Lacerations<br>☐ Internal ☐ Unconscious ☐ Other Major | Drug/Alcohol Use:<br>☐ Yes ☐ Unknown<br>☒ No ☐ N/A |
|---|---|---|---|

| V1 | Victim/Business Name (Last, First, Middle)<br>*STATE OF NORTH CAROLINA* | Victim of Crime #<br>*1,* | DOB / Age | Race | Sex | Relationship To Offender | Resident Status<br>☐ Resident<br>☐ Non-Resident<br>☐ Unknown |
|---|---|---|---|---|---|---|---|

| Home Address<br>*101 NORTH 3RD AVENUE , Mayodan, NC, 27027* | Home Phone<br>*336-548-6038* |
|---|---|

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|

| VYR | Make | Model | Style | Color | Lic/Lis | | Vin |
|---|---|---|---|---|---|---|---|

**O T H E R S**

CODES: V- Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)

| Type: ☐ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☒ L.E. Officer Line of Duty ☐ Other/Unknown | | | |
|---|---|---|---|
| Code<br>*RP* | Name (Last, First, Middle)<br>*BRIDGE, ROBERT* | Victim of Crime # | DOB / Age | Race *W* | Sex *M* |

| Home Address | Home Phone |
|---|---|

| Employer Name/Address<br>*Reidsville Police Department, 220 West Morehead Street, Reidsville, Nc 27320* | Business Phone<br>*336-347-2349* | Mobile Phone |
|---|---|---|

**I N V O L V E D**

| Type: ☐ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unknown | | | |
|---|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex |

| Home Address | Home Phone |
|---|---|

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|

**Status Codes** — L = Lost  S = Stolen  R = Recovered  D = Damaged  Z = Seized  B = Burned  C = Counterfeit / Forged  F = Found
(Check "OJ" column if recovered for other jurisdiction)

**P R O P E R T Y**

| Victim # | DCI | Status | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| *1* | *32* | *Z* | *$0.00* | | *1* | *COMPUTER HARDWARE/SOFTWARE* | | |

Number of Vehicles Stolen  *0*  Number Vehicles Recovered  *0*

**ID**

| Officer<br>*BRIM, C. T. (374)* | ID# | Officer Signature | Supervisor Signature<br>*BARKER, R. D. (375)* |
|---|---|---|---|

**Status**

| Complainant Signature | Case Status<br>☐ Further Investigation<br>☐ Inactive<br>☒ Closed/Cleared<br>☐ Closed/Leads Exhausted | Case Disposition:<br>☐ Unfounded ☐ Located ☐ Extradition Declined<br>☐ Cleared by Arrest ☐ Refuse to Cooperate<br>☒ Cleared by Arrest by Another Agency<br>☐ Death of Offender ☐ Prosecution Declined |
|---|---|---|

DCI-600F

Page 1

Rev. 3/92

*Mayodan Police Department*

OCA: **201200287**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLOSED/CLEARED*   **Case Mng Status:** *CLEARED BY ARREST BY*   **Occured:** *08/22/2012*

    **Offense:** *SECOND DEGREE SEXUAL EXPLOITATION OF A MINOR*

**Investigator:** *BRIM, C. T. (374)*   **Date / Time:** *08/28/2012 08:30:00, Tuesday*

**Supervisor:** *BRIM, C. T. (374)*   **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:** *Brim, C T*   **Reference:** *Investigative Progress*
    *101 North 3rd Avenue, Mayodan*
    *336-548-6038*

On Tuesday, August 28, 2012 at 0830 hours, I reconfirmed that no unsecured "Wi-Fi" signals were being broadcasted in and around 413 North 2nd Avenue in Mayodan, North Carolina.

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 3 of 105

# CASE SUPPLEMENTAL REPORT

*NOT SUPERVISOR APPROVED*

*Mayodan Police Department*

OCA: **201200287**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLOSED/CLEARED*    **Case Mng Status:** *CLEARED BY ARREST BY*    **Occured:** *08/22/2012*

**Offense:** *SECOND DEGREE SEXUAL EXPLOITATION OF A MINOR*

**Investigator:** *BRIM, C. T. (374)*    **Date / Time:** *08/28/2012 14:00:00, Tuesday*

**Supervisor:** *BRIM, C. T. (374)*    **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:** *Brim, C T*
*101 North 3rd Avenue, Mayodan*
*336-548-6038*

**Reference:** *Investigative Progress*

these computers are what you are looking for. What do you want to know?" Detective Bridge said, " I am looking for any computer or any files that contain child pornography." Brian said, " Well, then you want the one upstairs. I can`t remember if any of these have kids on them or not."

Detective Bridge told Brian that he appreciated his honest and I escorted him out of the house. We began searching his room for hard drives (HD) and CD`s that may contain child pornography, The items seized were photographed and placed in a departmental vehicle. Sergeant White and Detective Bridge transported them to the department. The seized items were photographed and itemized. A copy of the seized items was included with the original search warrant and a copy was given to the Hill family. While I was conducting the inventory, Detective Bridge was evaluating the internal hard drive (HD) that he took from Brian`s laptop computer. In a matters of minutes, he was able to retrieve numerous pornographic images and videos of children. All the evidence was packaged and placed inside the department`s evidence room.

# EXHIBIT 34

For Federal criminal case
-- BRIEF / MEMORANDUM IN SUPPORT OF
BRIAN DAVID HILL'S "MOTION UNDER 28
USC § 2255 TO VACATE, SET ASIDE, OR
CORRECT SENTENCE BY A PERSON IN
FEDERAL CUSTODY" - DECLARATION,
ATTACHED EXHIBITS, AND BRIEF IN
SUPPORT OF THIS MOTION --
United States of America v. Brian David Hill
(Brian D. Hill) (formerly USWGO Alternative
News)
Criminal Case Number 1:13-cr-00435-1



http://www.mayodanpolice.org:80/organization.html    Go    FEB  OCT  JUN

◄  14  ►

12 captures                                         2003  2011  2014
5 Nov 2001 - 21 Jul 2016                             ▼ About this capture

Members Only

Message to Community

Organization

Mission & Vision

Meet the Department

Employee of the Year

Crime Stoppers

Booze It & Lose It

Click It or Ticket

Crime Prevention

Code of Ethics

Employment

Cop Stuff

Laws

*"Working Together For A Better Community!"*

# ORGANIZATION

### Administration Division

Chief Charles Caruso
Captain Donnie Barker

### Investigation Division

Sergeant Todd Brim
Sergeant Tony Ashburn

### Patrol Division

Lieutenant Tim Bowman

| A Team | B Team |
|--------|--------|
| Lieutenant Tim Bowman | Sergeant David Stanley |
| Officer Brandon Buckner | Officer Delores Fulcher |
| Dispatcher Deanna Shelton | Dispatcher Sammy Martin |

| C Team | D Team |
|--------|--------|
| Sergeant William Stovall | Sergeant Jason White |
| Officer Timothy Knight | Officer Wayne Williams |
| Officer Jackie Lemons | Dispatcher Bruce Carter |

| Training Officers | Records Clerk/DCI TAC |
|-------------------|------------------------|
| Sergeant Todd Brim | Officer Jackie Lemons |
| Sergeant Jason White | |
| Officer Timothy Knight | |

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 6 of 105

| Go |   FEB **OCT** JUN

12 captures
◀ **14** ▶
5 Nov 2001 - 21 Jul 2016
2003 2011 2014   ▼ About this capture

FAQS

Dispatcher Charles Hopper
Dispatcher Jason Wood
Dispatcher William Eads

About Us

Contact Us

Feedback

Town of Mayodan

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 7 of 105

# EXHIBIT 35

**For Federal criminal case**
**-- BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY" - DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION --**
**United States of America v. Brian David Hill (Brian D. Hill) (formerly USWGO Alternative News)**

**Criminal Case Number 1:13-cr-00435-1**



http://www.newsadvance.com/rockingham_now/news/mayodan-appoints-new-police-chief/article_f1d02614-11f1-5c96-8d88-a00e5cbe874f.html

# Mayodan appoints new police chief

Steve Lawson    Apr 14, 2010



**New Mayodan Police Chief Charles Caruso was joined by his wife, Kyndall, for the swearing-in ceremony.**    Buy Now

Mayodan Town Manager Debra Cardwell closed Monday evening's meeting of the town council by promoting Capt. Charles Caruso to chief of the Mayodan Police Department.

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 9 of 105

"I have every confidence in Chief Caruso's ability to maintain the high standards of our police department and move our department forward," Cardwell said.

N.C. Sen. Phil Berger administered the oath of office to Caruso, who started with the Mayodan force in 1996. Caruso was hired by former chief Ed Nelson as a dispatcher, but never served in that capacity.

"Before he could dispatch a single time, an opening on the police force came up and he moved into that position," Cardwell said.

He moved through the ranks from police officer I to detective, sergeant, lieutenant and captain during his nearly 14 years with department. Monday he was promoted to chief, filling the post left vacant with the recent departure of the previous chief, Jim Bullins. Bullins served as chief since September 2007.

Caruso told council members and a boardroom filled with fellow officers that he hoped to emulate the chief that hired him.

"Chief Shelton served this community for 30 years," Caruso said. "I hope tonight begins my 30."

In other business, the Mayodan Town Council approved a special use permit allowing residential use of a house zoned commercial at 106 E. Main Street; approved the closing of a 15-foot wide alley off S. 1st Avenue; passed a resolution to name the proposed new joint library the Madison-Mayodan Public Library; and approved a motion to prohibit the play of adult softball at Atkinson Ball Park.

Madison

The Madison Board of Aldermen voted unanimously last Thursday to revoke the privilege license for K&B Billiards on Market Street.

Citing the results of an undercover operation by the Madison Police Department and information discovered from a background check of owner Brian Jones, Chief Perry Webster told board members Jones failed to comply with town policy for operation of a game room. Webster said a report from Florida indicated Jones had been convicted of larceny of a motor vehicle. Convicted felons cannot receive a game room license in Madison.

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 10 of 105

Based on that information, the board decided to revoke Jones' privilege license and close the business. Jones could sell the business, but the new owner would have to apply to the board of aldermen for a game room license.

In other business, the board approved a resolution supporting the naming of the proposed joint library as the Madison-Mayodan Public Library; approved the town's participation in the N.C. League of Municipalities Environmental Assessment Coalition Project; and established April 12-16 as the town's annual Spring Clean-Up Week.

Stoneville

During the April 6 meeting of the Stoneville Town Council, the board approved the purchase of a Toro lawnmower at a cost of $6,592.26. Town Administrator Kevin Baughn told council members purchasing the mower and having the town's public works staff mow Stoneville Park and the cemetery would save more than $5,000 a year.

"The mower would pay for itself in just two years," Baughn said.

Funds to purchase the mower would be taken from the town's cemetery fund and paid back from the savings acquired by not hiring a landscaping service for the duties.

The board also approved a request to allow the Stoneville merchants to hold a July Fourth celebration at the town park. The event would take place on Saturday, July 3, but would not include fireworks.

In other business, the town council approved the repair of a water drain at Evelyn Brown's property on Bryan Street; appointed the council as an appellate board for enforcement issues requiring appeals; and set April 28 at 8 a.m. as the next meeting to discuss the 2010-2011 budget process.

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 11 of 105

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 12 of 105

# EXHIBIT 36

For Federal criminal case
-- BRIEF / MEMORANDUM IN SUPPORT OF
BRIAN DAVID HILL'S "MOTION UNDER 28
USC § 2255 TO VACATE, SET ASIDE, OR
CORRECT SENTENCE BY A PERSON IN
FEDERAL CUSTODY" - DECLARATION,
ATTACHED EXHIBITS, AND BRIEF IN
SUPPORT OF THIS MOTION --
United States of America v. Brian David Hill
(Brian D. Hill) (formerly USWGO Alternative
News)
**Criminal Case Number 1:13-cr-00435-1**





- Stay Connected
- / Monday, October 23, 2017
- Serving The Rockingham County, N.C. Area Since 2007

Search in site...



- MAIN
- News
- Culture
- SPORTS
- Obituaries
- Opinion
- Things To Do
- VIDEOS
- CROSSWORD
- Video Feed

- Weather
- Event Flyers
- CALENDAR
- Mike Moore Media
- PODCASTS
- Useful Links
- Shop Local / Business Directory

# District Attorney Phil Berger, Jr. Endorses Melanie Bridge for Rockingham County District Attorney

(Wentworth, NC – March 11, 2014) – Rockingham County District Attorney Phil Berger, Jr., announced this morning that he is endorsing Assistant District Attorney Melanie Bridge for District Attorney.

"Melanie is a tough but fair career prosecutor," Phil Berger, Jr. said upon announcing his endorsement. "She has a proven history of looking after the interests of law enforcement and victims. She will make an excellent District Attorney and will continue the positive changes we've made at the courthouse which have benefitted all the people of Rockingham County."

Bridge has served Rockingham County as an Assistant District Attorney since 2005. She quickly made her mark as an Assistant District Attorney rising from District Court prosecutor to major crimes Superior Court Prosecutor and was assigned her first murder case only six months after being hired. Bridge has prosecuted thousands of cases over the last eight-plus years including murders, attempted murders, armed robberies, arsons, DWI murders and numerous narcotics cases. She has worked under the direction of District Attorney Phil Berger Jr. since he was elected to office in 2007.

"I am honored to have received Phil's endorsement," Bridge said. He is an excellent District Attorney and it has been a pleasure to work for him for the last seven years. As our next District Attorney, I will follow the example he has set and our number one priority will be keeping Rockingham County families safe. I will use my extensive experience as a career prosecutor here in Rockingham County to inspire our prosecutors and local, state and federal law enforcement to work

together as a team to get criminals off the street and put them behind bars."

Bridge has been recognized by Mothers Against Drunk Driving as their Western North Carolina Prosecutor Hero for her tireless work on behalf of the victims of drunk driving She is a key leader in Project Safe, a Rockingham County partnership between local and federal law enforcement focused on reducing gangs and violent crimes throughout the county, and the Rockingham County Arson Task Force. Bridge is the only candidate in the race who is a career prosecutor.



*Press Release  For Immediate Release • March 11, 2014 • Melanie Bridge*

###

ADVERTISMENTS





Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 15 of 105






**0 Comments**

Sort by Oldest



Add a comment...

Facebook Comments Plugin

Short URL: http://www.rceno.com/RCENO/?p=8535

Posted by ADMIN-RAS on Mar 11 2014. Filed under Politics. You can follow any responses to this entry through the RSS 2.0. Both comments and pings are currently closed.
Please Read Our COMMENTS POLICY before Posting Your Reply Below.

### 5 Comments for "District Attorney Phil Berger, Jr. Endorses Melanie Bridge for Rockingham County District Attorney"

1. *Tara Cashwell*
   March 25, 2014 - 8:15 pm

   It is funny how politics work, u GO after our sheriff,knowing that you too r doing the same thing. I am desperately praying that change will b made. You, are obviously weak. It's so obvious, thatsy u sweep it all under the rug. My family needs someone that isn't scared to prosecute molesters. Craig Blitzer DA

2. *carrie bondurant*
   March 25, 2014 - 8:09 pm

   Oh no everybody, Phil Berger is breaking the law. If Sam Page did by shaking hands with Blitzer,you are likewise, guilty as charged…..citizens arrest

3. *The Informer*
   March 14, 2014 - 10:55 pm

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 16 of 105

What is the platform that she is running on? I am like so many other people in Rockingham, tired of the repeat offenders given a slap on the hands. I think it is time that we get someone that will hold these type people accountable. I don't think she would be a good choice for us. Look around and these people will do a plea agree so they can be back on the streets doing the same things. I want to hear and see results, not talk around every question.

4. *Adam Tate*
March 13, 2014 - 6:12 pm

Bridge is the only candidate that has NOT tried or prosecuted a Capital case. But she is the only candidate that let a Church arsonist walk with community service and did not call a single witness for the prosecution. NOT the Fire Marshal NOT he Sheriff's Department and NOT a Fire responder. I don't know what they teach a Brigham-Young University but it is NOT ethics.

5. *Dispatches from the campaign trail, March 12, 2014 | The Locker Room*
March 12, 2014 - 9:13 am

[…] 6th Congressional District seat held by the retiring Rep. Howard Coble, and he's chosen his preferred successor as DA — Assistant District Attorney Melanie Bridge, who's worked in the office since 2005 […]

Comments are closed

ADVERTISMENTS


MyRockinghamCountyNC.com


Uprising Coffee & Books
655 Washington St, Eden, NC    (336) 612-2489

Holiday Inn Express
Reidsville, NC
(336) 361-4000
Click Here


EDEN'S OWN
JOURNAL
ROCKINGHAM
County Star


Aging, Disability & Transit Services
OF ROCKINGHAM COUNTY
AGE HAPPY – AGE HEALTHY – AGE AT HOME





Classes Available, Eden, Madison, Reidsville, RCC & Online

## 336-342-4261 ext. 2146

Phone          Email: joycemonuments@aol.com          Fax
336-623-5333                                          336-635-5707

## JOYCE MONUMENTS

Monuments ~ Markers ~ Bronze ~ Custom Designs ~ Flower Vases
Monuments Cleaned & Repaired ~ Dates Engraved
All Types of Metal Sandblasting

14176 N.C. 87 N. – Eden, NC 27288

Sandra Joyce                          Chris Boothe
Owner                                 General Manager

EDEN
CHAMBER OF COMMERCE
A great place to grow

Western Rockingham
Chamber of Commerce

Rockingham
COMMUNITY COLLEGE

FREE Classes for
**HiSET or GED TEST**
Improve Skills

• Reading  • Writing  • Math  • Science  • Social Studies

Classes Available: Eden, Madison, Reidsville, RCC & Online

## 336-342-4261 ext. 2146



**ROCKINGHAM COUNTY BOARD OF ELECTIONS**
2017 MUNICIPAL ELECTIONS - ONE STOP (EARLY) VOTING SCHEDULE

### One Stop – Wentworth

Voting will be held at the Board of Elections Office
240 Cherokee Camp Rd.
(Located in Wentworth - Behind the Governmental Center)

### October 19, 2017 – November 4, 2017

Thursday – October 19 (8:00 am – 5:00 pm)
Friday – October 20 (8:00 am – 5:00 pm)
Monday – October 23 (8:00 am – 5:00 pm)
Tuesday – October 24 (8:00 am – 5:00 pm)
Wednesday – October 25 (8:00 am – 5:00 pm)
Thursday – October 26 (8:00 am – 5:00 pm)
Friday – October 27 (8:00 am – 5:00 pm)
Monday – October 30 (8:00 am – 5:00 pm)
Tuesday – October 31 (8:00 am – 5:00 pm)
Wednesday – November 1 (8:00 am – 5:00 pm)
Thursday – November 2 (8:00 am – 5:00 pm)
Friday – November 3 (8:00 am – 5:00 pm)
Saturday – November 4 (9:00 am – 1:00 pm)

## Theatre Guild of Rockingham County

Presents



- News
- Culture
- Sports
- Obituaries
- Opinion
- Things To Do
- Videos
- Advertise
- Contact
- Write4Us
- About

- About
- Write4Us
- Advertise
- Contact
- Submit a 'Your Views Letter'
- LIVE CAMS
- Puzzles
- Cookie Policy
- PODCASTS
- RSS

Visits   5 662 752   Pages   12 779 773

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 20 of 105

# EXHIBIT 37

**For Federal criminal case
-- BRIEF / MEMORANDUM IN SUPPORT OF
BRIAN DAVID HILL'S "MOTION UNDER 28
USC § 2255 TO VACATE, SET ASIDE, OR
CORRECT SENTENCE BY A PERSON IN
FEDERAL CUSTODY" - DECLARATION,
ATTACHED EXHIBITS, AND BRIEF IN
SUPPORT OF THIS MOTION --
United States of America v. Brian David Hill
(Brian D. Hill) (formerly USWGO Alternative
News)**

**Criminal Case Number 1:13-cr-00435-1**



LOCATED IN EXPANDABLE FOLDER IN CLERK'S OFFICE

# LOCATED IN EXPANDABLE FOLDER IN CLERK'S OFFICE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

United States of America

  Plaintiff(s),

    v.

Brian David Hill

  Defendant(s),

Case No. **1:13-cr-00435-1**

**NOTICE OF FILING PAPER OR**
**PHYSICAL MATERIALS WITH THE CLERK**

Part of Exhibit 37, Video DVD disc filed in attachment/support of "BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" - "DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION" _____ is being filed in paper or

physical form with the Clerk's Office for the Middle District of North Carolina. The item will

in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Middle

District of North Carolina.

    DATED this _10th_ day of _November_ , _2017_ .

            _Brian D. Hill_
              Signed

       Brian D. Hill (Pro Se)
       310 Forest Street, Apartment 2
       Martinsville VA 24112
       Phone #: (276) 790-3505

       Name, Address, and Phone Number of Counsel or Pro Se

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK

- Infowars - http://www.infowars.com -

# DHS Documents Show Big Sis Spying On Infowars!

**Infowars.com**
August 19, 2012

**Alex Jones reports on DHS spying documents**

### FOIA Documents: DHS Monitored Opposition to 'See Something, Say Something' Program

Federal agency tracked Infowars stories, user comments

**Paul Joseph Watson**
Infowars.com
Sunday, August 19, 2012

Hundreds of pages of documents released under the Freedom of Information Act reveal that the Department of Homeland Security monitored political opposition to the *See Something, Say Something* campaign, as well as tracking Infowars stories and user comments on a myriad of other issues while categorizing the website as "Right Wing Terrorism".



Having initially requested copies of records in August 2011, "regarding any political profiling documents that specify what groups are monitored under fusion centers all over the country and which kinds of people are profiled," Brian D. Hill of USWGO.com finally received the documents recently after a year of back and forth communication with the agency during which he narrowed down his request to include search results which included DHS discussion of a handful of websites, including Infowars.com.

The documents contain email communications as well as intelligence reports circulated between different offices of the Department of Homeland Security as well as the Office of Intelligence and Analysis (I&A). In most cases, the identities of individuals both sending and receiving the messages have been redacted.

A report dated January 24, 2011, marked "for official use only" and produced by the Amtrak Intelligence Team is entitled *Opposition to "See Something, Say Something"*.

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 23 of 105

The report notes how Infowars.com launched a campaign in opposition to the DHS program, which encourages citizens to report "suspicious activity" to the authorities, including via television screens at Wal-Mart stores which play a message from DHS chief Janet Napolitano.

The document notes how Infowars "claims" the campaign was based on the "V for Victory" symbol of French resistance to Nazi occupation in WWII, while implying that the movie *V For Vendetta,* as well as an incident in 2006 where Clay Duke spray painted a 'V' on the wall during a school board meeting in Panama City, Florida before shooting at board members, were motivations behind the campaign.

"Some people may associate the film in which a modern-day Guy Fawkes attacks a totalitarian regime in England with Jones' campaign," states the document.

The report includes screenshots of posters used in the campaign, alongside the text, "Alex Jones is calling on
people to place campaign posters in public places to counter a perceived "police state." Supporters also might write the letter "V" on public property as a protest effort."

The report makes it clear that the growth and success of the campaign was monitored by federal authorities.

"Jones' Facebook page offers 58 "V for Victory" posters that people can print, and as of 24 January, 1,840 people "liked" his "V for Victory" Facebook page. Over 135,000 "like" Jones' personal Facebook page," states the report.

The document also includes a photo of an activist placing a 'V' poster on a telegraph pole in support of the campaign.



Screenshots from the report entitled 'Opposition to See Something, Say Something'.

"On Jones' website PrisonPlanet.com, an individual posted his photo (pictured above) in support of the campaign. Over 60 responses to the campaign shared support," states the document.

The report then quotes an individual with the user name 'netwrkingman', who commented, "Just got

done with my flyer campaign, EVERY Wal Mart door pole, fast food drive thru and Star Bucks drive thru in my local 3 cities is now V'd up. Woo."

The document also notes how aggressive TSA screening policies introduced in 2010, "Spurred increased criticism that the U.S. government has become a "police state" that is abusing individual liberty."

A subsequent email sent the next day by an individual from the "Office of Intelligence & Analysis – U.S. Department of Homeland Security – Baton Rouge, LA," states, "For your S/A if you haven't seen this reporting from yesterday—the groups is trying to counter the DSH (sic) "see something, say something" campaign."

Another DHS email contains an Infowars story about how the DHS' promotional videos for its *See Something, Say Something* campaign go to great lengths to portray white, middle class Americans as the most likely terrorists. The article notes how, "No matter where you look, from East Germany, to Communist Russia, to Nazi Germany, historically governments who encourage their own citizens to report on each other do so not for any genuine safety concerns or presumed benefits to security, but in order to create an authoritarian police state that coerces the people into policing each other's behavior and thoughts."

The emails also expose how the Department of Homeland Security has been monitoring Infowars in relation to a number of other news stories.

An email dated April 6, 2009 sent to "SL_Field" contains an article by Mark Potok of the Southern Poverty Law Center about Richard Poplawski, the man who killed three Pittsburgh police officers during a shoot-out on April 4, 2009. In the article, Poplawski attempts to lay the blame on Alex Jones for the shootings by claiming that "Poplawski was reportedly interested" in Alex Jones' websites – Infowars and Prison Planet. What Potok fails to divulge is the fact that Poplawski had left comments on both websites disagreeing with and denigrating Alex Jones. When this was revealed, numerous large media outlets had to issue retractions withdrawing the claim that Poplawski was inspired by Jones, but the SPLC failed to follow suit.

One of the documents also covers the DHS' reaction to an incident in January 2011 where a sticker was placed on the mirror inside a restroom at the Mitchell Courthouse, Baltimore City Circuit Court. The sticker, which read "9-11 Was an Inside Job. Learn the truth at InfoWars.com PrisonPlanet.com Jonesreport.com," prompted the courthouse to contact the DHS and ask for advice on whether "I&A, SLPO and other LE/IC partners have reported similar activities?"

"This is a promotional sticker from Prison Planet and Infowars: He's a conspiracy theorist from back in the late nineties that gets some airplay from but no one else takes him seriously. He believes that there's a cabal of secret global elites that control the government through secret societies like Skull and Bones, Bohemian Grove, Masons, etc," stated the DHS reply.

"The fact that this incident was even reported seems like a complete waste of time and paper, the fact that it was even reported at all is really pretty scary," notes Donna Anderson, "This was merely a sticker, a thin piece of paper glued to a mirror, but because the message suggested a government cover-up, it was deemed a "threat" and reported to the DHS."

A long email from April 2009 containing numerous news articles makes reference to how some on the political right were claiming that the DHS had begun to demonize conservatives as part of a "plan" to move away from any focus on Islamic terrorism". The email contains articles from World Net Daily, the American Spectator, Atlas Shrugged, Stormfront, as well an Infowars story entitled *Secret DHS Doc Predicts Violence in Response to New Gun Restrictions*.

This article also forms the body of a subsequent email circulated within the DHS and sent to "A&P Managers" which also contained an attachment, "Homeland Security Assessment Rightwing Extremism Current Economic and Political Climate Fueling Resurgence in Radicalization and Recruitment."

The email notes how, "This must be the article (see attached email chain) that generated the calls to the NOC this morning." The article describes how a DHS document warns federal and local officials to expect "terrorism" in response to planned firearm restrictions.

The document also contains dozens of comments from respondents to the articles, highlighting how the DHS is also closely monitoring remarks made on the Internet.

An email from August 2009 contains an article which includes a reference to an Infowars story about preparations for martial law in the event of a mass pandemic.



Screenshot of the Infowars.com front page in a report entitled "Right Wing Terrorism".

Another document contains a power point-style report entitled "Right Wing Terrorism". Included along with images of racist scrawlings on restroom walls, white supremacists, neo-nazis, and other race-hate groups is the Oath Keepers organization, the Sovereign Citizen movement and a screenshot of the Infowars.com front page next to the words, Hardin – American Police Force – Conspiracy theorists believe this is the new location for the FEMA camp."

This refers to investigation conducted by Infowars in September 2009 during which it was revealed that a private security force had begun patrolling the streets of Hardin, Montana after the group was originally contracted to provide security at a previously empty detention center located in the town.

Another email from February 2010 which includes the acronym "FYI" (for your interest), contains an Infowars story by Kurt Nimmo documenting how police officers in Canada had been caught posing as anarchists in order to provocateur violence and demonize legitimate protesters.

Another email dated February 19, 2011 contains a link to Infowars article written by Steve Watson and Paul Joseph Watson entitled *Don't Be Evil? 10 Ways In Which Google Runs The World*, which describes how Google has grown to become "literally a corporate arm of the intelligence community."

An email dated May 3, 2011 contains an L.A. Times article which discusses how "conspiracy theorists" doubt the official narrative behind the death of Osama Bin Laden following the dubious tale about how the Al-Qaeda leader was "buried at sea".

These documents illustrate the fact that the Department of Homeland Security is slowly evolving into a KGB-lite style secret police outfit that seems to be just as concerned about monitoring political free speech as it is about genuine threats to the homeland.

The Transportation Security Administration (TSA) also admits that it has documents which contain political profiling pertaining to Alex Jones, Infowars as well as the Drudge Report, but has thus far refused to release them despite facing a Freedom of Information Act request.

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 27 of 105

Read the full list of released documents below, courtesy of USWGO.com.

Final Notification of FOIA Request sent to USWGO – PDF
Document 1 – PDF
Document 2 – PDF
Document 3 – PDF
Document 4 – PDF
Document 5 – PDF
Document 6 – PDF
Document 7 – PDF
Document 8 – PDF
Document 9 – PDF
Document 10 – PDF
Document 11 – PDF
Document 12 – PDF

**********************

*Paul Joseph Watson is the editor and writer for Prison Planet.com. He is the author of Order Out Of Chaos. Watson is also a regular fill-in host for The Alex Jones Show and Infowars Nightly News.*

Article printed from Infowars: **http://www.infowars.com**

URL to article: **http://www.infowars.com/dhs-documents-show-big-sis-spying-on-infowars/**

Copyright © 2013 Infowars. All rights reserved.

# EXHIBIT 38

**For Federal criminal case**
**-- BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY" - DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION --**

**United States of America v. Brian David Hill (Brian D. Hill) (formerly USWGO Alternative News)**

**Criminal Case Number 1:13-cr-00435-1**



**Subject:** addendum to last email
**From:** Brian Hill <admin@uswgo.com>
**Date:** 12/6/2013 1:58 AM
**To:** "Strickland, Joy" <JStrickland@ncdoj.gov>

Dear
Joy Strickland
Assistant Attorney General
Law Enforcement Liaison Section
North Carolina Department of Justice
919-662-4509 ext. 4400,

<u>This is an addendum to the last email with further attachments and details concerning what happened to me and my mother prior to the child porn investigation which seems to connect and be related to the search warrant which led to the raid. Of course a few theories about the NSA but you never know if they were involved in this or not. That is up to the SBI to investigate which will validate my claims and document them to prove my claims of innocence and possible foul play.</u>

I have more evidence that there was foul play on the part of the Mayodan Police Department which makes this child porn investigation a possibly phony or that it was foul play by the Mayodan Police Department as a way to target me for my YouTube video and news articles under my hobby blog USWGO Alternative News. A few days after I went to the Mayodan Town Council on record for the July 9th 2012 town council meeting to make a statement as to why they should not have the town attorney refuse my town resolution asking the police chief to block anybody being abducted under the NDAA 2012 federal law, I also had announced publicly that I would confront the state senator to ask questions as press legally and lawfully. At that same day I had stated in the last email that the police chief threatened and intimidated me. After I written the article on the fact that in the town council I was being booted by the chief of police being escorted out of the town council and complaining about it, a few days my mother was harassed by the Mayodan Police Department which may pertain to the child porn investigation but according to the search warrant affidavit, The Mayodan Police Department wasn't involved officially in the search warrant until August 22, 2012 which is a month after she was reportedly harassed by Mayodan Police when walking down to the dollar general store asking about a possibly young girl or kid walking and wanted her to answer their questions out of the blue, then around early August I think that was when the finder binder happened to which the Mayodan Police insisted they take my mom's case to get all her information to use in the search warrant when the search warrant stated the Mayodan Police would not know about the child porn case until Robert Bridge contacted Todd Brim according to the affidavit in the warrant. This is the contradictions I have discovered and possible evidence of not adding all the right information in the search warrant and possible perjury. The earlier harassment could mean prior investigative knowledge or that they were planning some kind of an investigation earlier then what was claimed in the search warrant which could make it fraudulent or false information being knowingly added to make the affidavit look like it was legit.

I am adding new Attachments to this addendum and explain factually how it applies to the search warrant affidavit by Todd Brim.

Under Attachment H, I have specifically complained on PrisonPlanet Forum about my mom being harassed by the Mayodan Police after she told me what had happened to her when she had walked to the Dollar General store near the downtown area of the town. I had no idea I was under criminal investigation at the time but somehow I knew the Mayodan Police hated me and were gonna try to incarcerate me or come after not knowing what they had planned. It also tells the exact day my mom was harassed which was July 12, 2012, three days after the town council incident with Charles J. Caruso. I didn't do any crime which would give me a reason to think they would try to come after me but with they way they harassed my mom, I was scared they would pull something. Complaining on an internet forum was the best thing I ever could have done as that marks a time and date stamp on when the event has occurred or close to the original time the event occurred.

Also when I had interviewed my mom in a professional fashion, asking her questions about the police harassment to document it on record she told me where she was harassed by the Mayodan Police, it could have been either Caruso, the police detective, or someone ordered by Caruso, but my mom could not recall whom the police officer was nor has his/her badge number. I will Attach both this and a Google Street View picture showing where my mom was harassed by the Mayodan Police one month before the police raid and of course weeks before I was under child porn investigation. Also my mom has been around me multiple times when the police chief was around and knew she was my mother or is a relative of mine. Around July 9th when my mom showed up later after being intimidated and threatened by Caruso where I almost cried, my mom was asking if I was okay. I told her my blood sugar was a little low and she noticed the police chief was staring at me and my mom, at least I think it is what she told me.

Here is the professional interrogation of my own mother regarding the police that stopped her 3 days after July 9th 2012 where the town council incident happened, also I am sure my mother will be happy to supply an affidavit for this:

Interrogation/interviewing Roberta Ruth Hill for case:
Interrogator: Brian D. Hill

When my mother was questioned:

Black police SUV, Mayodan police department.

2 people were in the vehicle.

They said they were looking for a girl in that area.

They asked her if she had seen her.

They asked her where she lived, she said over there, beside the stone house. Google street view shows what this is talking about.

What time of day: Probably in afternoon

Wasn't the chief of police.

Was sure it was the Mayodan police.

Walking towards General Dollar when stopped.

Attachment I shows a red imperfect circle drawn using the paint program when I asked my mother where the police had stopped her. Which would have meant that the police were watching our place closely even before Todd Brim claimed to be involved in the search warrant for investigating me before the raid. That would contradict the Mayodan Police statements and facts in the affidavit regarding my case. Attachment J shows the distance between my house and her neighbors house which Attachment I shows where the police questioned her asking her where she lived without eluding as to why, as if they wanted to verify my or my mother's home address for some reason when I ain't even under investigation or I was in secret which would contradict the search warrant statements. Attachment K shows the police SUV I believe stopped my mother. I took a photo of this police SUV that Mayodan was showcasing on the Community Appreciation Day at Elliot Duncan Park in Mayodan. Of course this attached photo is a downsized version that was once hosted on uswgo.com and uploaded and the image posted on PrisonPlanet forum but of course in Attachment H you have noticed I am referring to an image that doesn't show up. That is because of USWGO Alternative News being shut down. The original raw photo(.kdc kodak raw photo file) of this police SUV has been seized by the Mayodan Police Department in one of the hard drives taken. All images of any evidence I had in my favor were all seized by the Mayodan Police Department and that is a fact which both the search warrant and Inventory shows. Forensic won't show any of this evidence, the Triad crime lab won't show any of this evidence in their report so I had to rely on files I was able to evade from seizure by the police just to show you evidence I have. What a shame that I lost most of my evidence and this is what I have that wasn't seized but I am sure they would love this seized too so I have no evidence and be forced to plead guilty. Anyways to the right of the house with the area that shows where my mother was stopped and questioned, walking to the right down the road leads right directly to the Dollar General and the Mayodan downtown section which using Google Maps Street View , an investigator can determine everything I said to be accurate pinpointing the events that have happened prior to the raid which all seem to connect to one another.

So I have presented proof before you the Assistant Attorney General of the Law Enforcement Liaison Section and SBI Agent Rodney White, that there are contradictions in the search warrant affidavit to have my stuff seized and possibly foul play was used. This information should be brought before the FBI but I am hoping that it won't come to that. I have faith the NC DOJ, the SBI, and the Assistant Attorney General can investigate this matter of possible foul play and the set up I went through. Like there is a chance somebody hired a hacker to download the Trojan to my computer as it is now possible to hack into any computer you want if you have connections to the NSA which had been revealed through Edward Snowden. The NSA has been revealed to using porn to discredit people that speak out. I was speaking out about the NDAA and Agenda 21 at the Mayodan Town Council and ran a alternative news website which may draw some anger from some people. I may have even been a victim of the NSA scandal and proof may never be acquired unless Edward Snowden finds my name being targeted in a NSA surveillance activity. I am not a child pornographer and all of the proof I am sending your office should clue you in on the facts regarding my innocence and possibility of foul play in my case investigation for the Triad SBI office that covers Rockingham County as jurisdiction for that regional office. The finder binder and harassment happened in the Triad SBI office's jurisdiction. This needs to be investigated before I become targeted for indictment. I don't have the legal resources nor the money to prove my innocence and working outside of the court is my only option as it is always cheaper to falsely plead guilty, and I learned that during my Righthaven lawsuit that my defense attorney kept getting me to plead guilty by settling with Righthaven because it costs hundreds of thousands of dollars to fight Righthaven in civil court and their claims aren't as dangerous as false claims of child pornography which cost more money to fight than simply a copyright infringement claim.

I am hoping this matter can be investigated before it goes to court as I don't have the money to fight for years battling an angry prosecutor that thinks I'm some predator that needs to be put down when all the facts are diifferent then the accusations.

I also have my mother's former policy number for her GMAC insurance which your investigator will need in order to get records from GMAC regarding the finder binder incident that should be on my mom's record. Of course she quit her insurance after the finder binder since she was afraid they would jack up her insurance. if the police had anything to do with the finder binder then this is causing damage, possible insurance fraud, and foul play as causing a finder binder is not the way to generate information for a search warrant to raid my home. My mother's car was also never searched by the police during the raid even though the search warrant authorized this, even though they clearly had access to it on the property while keeping us held under an armed officer guarding me and my family from their looting for a good cause, it's for the children which is sarcasm. Attachment L provides all the insurance information needed to be able to investigate the finder binder and ties to the information added to the search warrant, my guess is to make it sound more legit for a judge to sign off on. The finder binder happened as follows.

Finder binder incident:

Interrogator: Brian D. Hill

When my mother was questioned:

Happened in morning when she had went to Hardees to get breakfast out for her son Brian D. Hill. **Attachment M shows the location and address of the Hardees parking lot where the finder binder incident happened again using Google Maps Street View.**

"I was in the drive in, somebody wanted to pull in from the highway. And I started to back up to let them through. I looked behind me there was nothing there. So then I started to back up and hit a car. I was going around 2mph so it wasn't that big of a deal, just a little bump." - Roberta Hill

"It is the first time it has happened to me, in thirty years." - Roberta Hill

"I looked behind me and there was nothing there, the car was over to the right, they weren't directly behind me but I hit just a corner, the left hand corner of the car. It was a small car." - Roberta Hill

"Binder binder happened after the questioning." - Roberta Hill - Referring to after the police questioning my mom on the side of the road while walking to Dollar general.

"Mayodan and Madison police both showed up." - Roberta Hill

"At Hardees the police were trying to figure out who was gonna take the case, Mayodan or Madison." - Roberta Hill

Mayodan took it, she guess they may have insisted they took the case but says all she knows is they took it.

She also informed me at a later time that the woman in the car that got the finder binder looked like she was talking to a police a lot, at least I think that is what she told me but have to verify that. It may have been the Mayodan police she was referring to. I can get her to produce an affidavit then send to your office.

This could be something or it may be nothing but all of these suspicious events happened prior to the police raid. Mayodan Police never started getting involved in anything with our car nor questioning us until I had angered the chief of police Charles J. Caruso. Then the child porn investigation started and Mayodan Police Department was at the center of the police raid, the search warrant, and working with the SBI Agent Rodney White to make sure I am indicted as a child pornographer. That is all I am able to put together with all the evidence I have gathered so far.

Also if the police wanted to get my IP Address 24.148.156.211 from my emails to manually enter into the Boca Raton, Florida-Based "Child Protection System", all they would have to do is ask any of these people in the list below that received emails from admin@uswgo.com which I verified the email headers inputted 24.148.156.211 as the sender of each email I ever sent to any of these people.

Here is a list of emails that were sent out prior to the police raid and every one of those emails likely had the sender IP Address of 24.148.156.211:

State refers to NC State

- Town Manager Michael Brandt
- Town Clerk Melissa Hopper also refers to herself as Lessa Hopper
- State senator and Mayodan town attorney Philip Edward Berger
- State Representative Bert Jones
- State Representative Glen Bradley
- NC Political Organization founder Jeff Lewis of The Patriot Coalition and lives in New Bern NC
- State Representative Bryan R. Holloway
- State Senator Harris Blake
- State Senator Don East
- State Senator Brent Jackson
- State Senator David Rouzer
- I think I may have sent one to possibly all of the members of the "Rules, Calender, and Operations of the House committee"
- Reidsville City Clerk, Angela G. Stadler, CMC, Reidsville NC City Administration
- Reidsville City Manager, Michael J. Pearce - City Manager, Reidsville NC City Administration
- Eden City Manager, Brad Corcoran - City Manager, Eden NC City Administration,
- Eden City Clerk, Sheralene S. Thompson - CMC, Eden NC City Administration
- Rockingham County Sheriff Sam S. Page
- Rockingham County Commissioner Keith Mabe, the Chairman to the board of Commissioners of Rockingham County 2012
- Rockingham County Commissioner James E. Kallam, the Vice-Chairman to the board of Commissioners of Rockingham County 2012
- Rockingham County Commissioner T. Craig Travis
- Rockingham County Commissioner W. Thomas Flynt

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 32 of 105

- Rockingham County Commissioner Harold A. Bass, Sr.
- Pamela M. McLain, the Clerk to the Board of Commissioners of Rockingham County
- Roy Sawyers, RockinghamUpdate news (Also close buddies with Charles Caruso which I had witnessed before he intimidated me, I saw the head reporter Roy Sawyers which is also the camera guy for the town council meetings, he was acting like he was real friendly with the chief of police Charles J. Caruso, just like how during the finder binder incident that woman was real friendly with the police)
- NC Press such as WXII12, RockinghamUpdate, AP Raleigh, News and Record, and other news agencies. I also had informed them on Charles Caruso's blatant violation of my freedom of press during the July 9th 2012. All of this is on email record.

Any of these people could have been a traitor and gave the police my IP Address to make the claims I had downloaded child porn in order to get the administrative subpoena from SBI Agent Gerald Thomas. It would be easy to get the IP Address from any of these people, and most easiest to get is likely the town attorney Philip E. Berger Sr. whom his son is also the District Attorney of Rockingham County that was first presiding over the child porn investigation of myself and likely holds the false confession that I made to the two police detectives. Once the IP Address was received then they can get a member of the ICAC involved then submit my IP Address to the CPS system, then claim I had downloaded suspected child pornography in order to have all my stuff seized. It isn't hard for an investigator to look at these possibilities and put together all the facts I have brought out then it shows reasonable doubt in any guilt. The problem is this information cannot be completely validated without help and documentation from good SBI Agents out there that aren't corrupt and have nothing to gain by convicting me. However the ICAC investigators like Robert Bridge would help meet the quota by convicting me to get sustained or more federal funding for the state ICAC task force. Whom is really guilty of a crime???? Me or the police here.

--
Sincerely,
Brian D. Hill
Former USWGO Alternative News founder
admin@uswgo.com

—Attachment I-Approximately where Roberta Hill was confronted by a black police suv saying Mayodan police being questioned over a girl they are trying to find.bmp—



Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 33 of 105

11/8/2017 7:13 PM

Attachment J-distance from the police questioning my mother and my home where thwe raid happened.bmp



Attachment K-Mayodan-Police-SUV2.jpg



Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 34 of 105

addendum to last email

—Attachment L-GMAC Insurance card.jpg



| GMAC Insurance | | NORTH CAROLINA INSURANCE IDENTIFICATION CARD |
|---|---|---|
| COMPANY | | |
| INTEGON NATIONAL INS. CO. | | |
| AGENT NAME | | AGENT NUMBER |
| PEGRAM INSURANCE AGENCY | | 0052896 |
| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
| SAN 1453970 00 | 02/27/2002 | 08/27/2002 |
| NAMED INSURED | | |
| ROBERTA HILL | | |
| VEHICLES INSURED | | |
| YEAR | MAKE | VEHICLE IDENTIFICATION NUMBER |
| 1991 | BUIC REGA | 2G4WB54T5M1894783 |

—Attachment M-Apprioximately where Roberta Hill's car was at during the finder binder incident.jpg

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 35 of 105

addendum to last email



Attachments:

| | |
|---|---|
| Attachment I-Approioximately where Roberta Hill was confronted by a black police suv saying Mayodan police being questioned over a girl they are trying to find.bmp | 2.3 MB |
| Attachment J-distance from the police questioning my mother and my home where thwe raid happened.bmp | 2.3 MB |
| Attachment K-Mayodan-Police-SUV2.jpg | 60.9 KB |
| Attachment H-The Police are harassing my mom now.pdf | 27 bytes |
| Attachment L-GMAC Insurance card.jpg | 109 KB |
| Attachment M-Approioximately where Roberta Hill's car was at during the finder binder incident.jpg | 168 KB |

The Police are harassing my mom now

"I recommend eFoodsDirect
for your food storage supplies." *Alex Jones*
Alex Jones Radio Show Host

efoods
shop now

simple machines forum

December 02, 2013, 02:47:21 PM

Search

**PRISON PLANET FORUM**

HOME    HELP    LOGIN    REGISTER

Welcome, **Guest**. Please login or register.

[          ]
[          ]
[ Forever ▾ ]  [ Login ]
Login with username, password and session length

PrisonPlanet Forum > ****THE MAIN BOARDS - Welcome to the Prison Planet Educational Forum and Library*** > General Discussion for the Prison Planet Educational Forum and Library > The Police are harassing my mom now

« previous next »

Pages: [1]   **Go Down**

| Author | Topic: The Police are harassing my mom now  (Read 1304 times) |
|---|---|

**uswgo**
Guest

**The Police are harassing my mom now**
« on: July 12, 2012, 05:57:02 PM »

I have to get on the Alex Jones Show even for just a 15 minute segment.

Because of telling people what the chief of police did to me my mom is now being harassed by the police chief

When my mom was walking down to the Dollar General store right close to downtown, a police van start driving up to where my mom was walking on the sidewalk and start asking her questions.

They told her that a girl was walking down the sidewalk and asked if she seen her and she said no.

http://webcache.googleusercontent.com/search?q=cache:UoGzaqjSnoYJ:forum.prisonplanet.com/index.php%3Ftopic%3D234100.0+&cd=1&hl=en&ct=clnk&gl=us&client=firefox-a [12/5/2013 11:04:19 PM]

Then they started asking her if she lived in the street and she told them that we lived in the stone house down the street.

So now the police are surveilling us and harassing my mom and she could not make out what the polices face was but it could have been Charles Caruso. He saw me and my mom at the town council office with the two chairs. My cop is a total scumbag to be coming after my mom over the video published and what I said in the article below.

How could police harass us over asking State Senator Phil Berger a question. I need to be on the Alex Jones show or else I may end up in prison and my life is already hell. I can't even walk downtown anymore or drive down to Madison because of the police watching us and looking for one little excuse to arrest my mom and have me under receivership even though I am 22 years old but I am disabled and need someone to watch my blood sugar levels.

http://uswgo.com/reporter-intimidated-and-booted-from-town-council-when-asking-a-question.htm

I am screwed I need to speak on the Alex Jones show to get the cop to back off. We need the press more then ever.

The police appeared to be a black SUV or Minivan. They just drove up to my mom on the main road knowing know she was and where I live just to harass her by asking her questions when I gave my address to the town council multiple times and chief of police has my home address in my NDAA Documentation. The cops are purely harassing us now and trying to get me incarcerated.

<span style="float:right">⮒ Logged</span>

---

**uswgo**
Guest

◇    **Re: The Police are harassing my mom now**
     « Reply #1 on: July 12, 2012, 06:14:38 PM »

Please send letters and emails to The Alex Jones Show giving him your support to have me on the Alex Jones Show for at least a 15-30 minute segment where I explain what happened to me and why state senator Phil Berger has proven to be a corrupt politician.

The police are harassing me so I am now in danger. Danger Will Robinson type Danger!!!!

The request that is being made is for Brian D. Hill, USWGO Alternative News, admin AT uswgo.com to be a guest on the Alex Jones show to talk about state corruption and all the evidence and documentation that I have on Phil Berger and the town council police now harassing my mom and was intimidating me at the town office close to the town council chamber.

We need to shine the light on these people. We need to hold the real New World Order masters and even the puppets and sellouts accountable.

<span style="float:right">⮒ Logged</span>

---

**uswgo**
Guest

◇    **Re: The Police are harassing my mom now**
     « Reply #2 on: July 12, 2012, 07:37:27 PM »

🖼

This is the SUV I believe they used to harass my mom either that or it was a black police car. Who is the chief the secret police force put in by the NWO? you really gotta wonder!

The more the police start harassing me I will start capturing more and more video and pictures and make a catalog of police corruption and abuse in

Mayodan. It will be uploaded to copblock and other organizations that watch the police. The more they plan to harass me the more they will be exposed to the public by the press.

🔒 Logged

---

**Ambriel**
Member
⭐⭐⭐⭐
☐ Offline
Posts: 1,683

Dare to resist

◇ **Re: The Police are harassing my mom now**
« Reply #3 on: July 12, 2012, 10:27:13 PM »

You dared to question and fight the NWO. Now the enemy is on the offensive. You should have known before you started that this would happen. You will be attacked at every turn of a corner.

Get used to it and WELCOME TO THE WAR!!!

My Website
http://confederacynewz.weebly.com/

🔒 Logged

---

**Ryujin**
Member
⭐⭐⭐⭐
☐ Offline
Posts: 436

Remember, remember the eleventh of September....

◇ **Re: The Police are harassing my mom now**
« Reply #4 on: July 12, 2012, 11:31:45 PM »

Don't let them scare you or you're family. If you do they'll just use that as a nerve to press against to get you to fall in line. If you can, get your mom a gun and get him some lessons and while you're at it you do the same. This way if they send some plain shirt thugs to harass her she can do a little harassin' back.

You know what the funny and maybe just a little sad thing here is? Before their domestication by the Romans sheep were regarded as one of the more aggressive and free spirited creatures on this planet, sound familiar anyone?

🔒 Logged

---

**uswgo**
Guest

◇ **Re: The Police are harassing my mom now**
« Reply #5 on: July 12, 2012, 11:31:59 PM »

Quote from: Ambriel on July 12, 2012, 10:27:13 PM

You dared to question and fight the NWO. Now the enemy is on the offensive. You should have known before you started that this would happen. You will be attacked at every turn of a corner.

Get used to it and WELCOME TO THE WAR!!!

Yep and things will keep getting worse unless people start saying no to tyranny. The police gave a Oath to protect and defend the Constitution. The police are not suppose to protect and serve. The police are not suppose to follow the New World Order.

Quote from: Ryujin on July 12, 2012, 11:31:45 PM

Don't let them scare you or you're family. If you do they'll just use that as a nerve to press against to get you to fall in line. If you can, get your mom a gun and get him some lessons and while you're at it you do the same. This way if they send some plain shirt thugs to harass her she can do a little harassin' back.

Yep I ain't afraid! Phil Berger doesn't scare me! I know he gets funded by Wells Fargo, Bank of America, and other globalist operations on record. Phil

The Police are harassing my mom now

Berger is a globalist state senator that keeps throwing out NDAA resolutions to protect our rights. Even a patriot organization that had a resolution against the NDAA I heard it was also thrown out by this senator. He is for the NDAA if what I am hearing is correct.

« previous next »

Pages: [1] Go Up

=> General Discussion for the Prison Planet Educational Forum and Library

Jump to:

go

Powered by SMF 1.1.18 | SMF © 2013, Simple Machines

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 40 of 105





413 North 2nd Avenue, Mayodan, North Carolina, United States
Address is approximate

Report a problem

© 2013 Google   Image Date: April 2013



**GMAC Insurance**

COMPANY

INTEGON NATIONAL INS. CO.

| AGENT NAME | AGENT NUMBER |
|---|---|
| PEGRAM INSURANCE AGENCY | 0052896 |

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| SAN 1453970 00 | 02/27/2002 | 08/27/2002 |

NAMED INSURED

ROBERTA HILL

VEHICLES INSURED

| YEAR | MAKE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1991 | BUIC REGA | 2G4WB54T5M1894783 |



# EXHIBIT 39

**For Federal criminal case**
**-- BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY" - DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION --**
**United States of America v. Brian David Hill (Brian D. Hill) (formerly USWGO Alternative News)**

**Criminal Case Number 1:13-cr-00435-1**



**Subject:** Grateful for the Mayodan PD backing off and returning most of my stuff
**From:** Brian Hill <admin@uswgo.com>
**Date:** 12/10/2013 10:14 PM
**To:** "Strickland, Joy" <JStrickland@ncdoj.gov>

Dear
Joy Strickland
Assistant Attorney General
Law Enforcement Liaison Section
North Carolina Department of Justice
919-662-4509 ext. 4400,

Note: You can forward this to the SBI Agent Rodney White if necessary, keep this email on record, and forward to the Attorney General if appropriate. This is a new email but is connected with the other two most recent emails I had sent to you regarding the criminal investigation case on me at the Greensboro SBI. This will be the last email I send to the Assistant Attorney General to forward top the SBI until additional evidence has been acquired by me or any of my allies. For now I will wait for the state to respond to my claims, evidence, requests, and inquiries. They can respond to my email admin@uswgo.com or call my home number **276-632-2599**, or send a letter to **916 Chalmers St. Apt D, Martinsville, VA 24112**. I am giving my home address and phone number for any written requests the state will like to send me. I am also still willing to be interviewed over my claims.

I am grateful that the Mayodan Police Department has decided not to file charges(Attachment A) and return most of my stuff back to me while the rest is still likely at the state crime lab. I am grateful that the Mayodan police are correcting their mistakes and informing my family member over the matter in a friendly and professional manner. I am grateful that the wrongs are being righted finally.

I did nothing wrong and do not deserve to be deprived of my property without due process of law as the Constitution has stated. Since there really is no case against me due to the Trojan horse evidence, and possibility of foul play, civil liberties violations, the search warrant having contradictions  and possibly false, missing, and/or inaccurate information and can be challenged as not-valid, and possibility of evidence being planted and/or contamination from previous examination of my property prior to the crime lab examination. That previous examination by Detectives Todd Brim and Robert Bridge is in conflict with the state policy regarding crime lab procedure, which I read from the NC state crime lab website documents which states that evidence cannot be examined previously due to possible evidence contamination which the exemption to this policy is a written letter from the crime lab director if what I am reading is current and 2012 state crime lab policy. I understand the policies are in place due to possible evidence tampering, contamination, and loss of the credibility of evidence by the police to be exhibited in a criminal court hearing. Of course due to making political enemies of the police and other public officials and servants while I had lived in Rockingham County, in Mayodan, that

I would be targeted by possible evidence tampering, planting, and/or contamination. That the Trojan horse may have very well been some form of plot to set me up which the real perpetrator's intent may never be proven as anybody with enough money and/or resources can hire a hacker to target an individual or organization, especially when involved in politics. Of course I have proof that USWGO Alternative News has received a lot of DDos or DoS attacks when different web hosts I had paid for repeatedly suspended my website for a strange big surge in traffic which caused the shared hosting server crash when I checked my stats logs and said I had hardly any hits on my website that day which proves beyond a doubt that the surge in traffic was abnormal and not normally logged since it was likely bots or automated users accessing my website. USWGO received a lot of hacker attacks and web hosting complaints from Arvixe before the Righthaven lawsuit, then some weird attack while I had my website hosted on Hostforweb. These attacks kept forcing my website to be suspended with the host making demands from me to pay more money or reduce my website's scripting or material, forced me into getting sponsorship from a middle class person whom ran Crazy Wolf Radio just to pay my hosting fees for a Virtual Private Server with a higher CPU limit to tolerate the hacker attacks that shared hosting could not. That is why I am challenging the evidence left at the state crime lab and am asking for any possible remedies outside of the court since courts take a lot of money and resources just to fight for justice, which a person on SSI cannot afford, which I cannot afford.

I am hoping once the investigation is concluded that we can come to a negotiation on allowing me to get my lawful data back from the crime lab which shouldn't be a problem since lawful data is not in any way illegal. I have a list of suggestion of methods to which the state can evaluate if that works with the law enforcement agents to ensure that the state maintains it's evidence but yet allows me to get my lawful data back from the hard drives still in the state's possession from the chain of custody to which was my and my mother's property then seized by the Mayodan Police then transferred over to the SBI for forensic examination investigation which would be the state crime lab, which I was told was separate from the SBI as of now.

Here is a list of suggested methods to which the state can allow me to get my lawful data back in the event that they cannot return the rest of my property which includes hard drives and/or computers back to me after the investigation has closed:

1. Once the investigation concludes and the case is closed, once the evidence gathering procedures is officially done, then I like the possibly planted evidence(which includes possible contraband, Trojan horses, viruses, etc etc) to be removed from my hard drives then the drives can be cleared by forensics teams to return my hard drives with my lawful data intact.
2. The state could ask forensics investigators to copy all my lawful data to external hard drives that I pay for and ship to the state crime lab or the SBI. Since forensics will know which files would be planted which contaminate my drives, they can copy only the lawful data to those external hard drives that have equivalent or more drive space. Folders that are clean can be copied to the external hard drive, then once all lawful data is copied to

the external hard drive for each drive that is kept by the SBI, then those external hard drives can be shipped back to me allowing me to get my lawful data back while the state maintains it's evidence.

3. Any other method to which can be appropriate and authorized by law.

I ask that the Trojan horse not make me a victim of permanent data seizure and wrongful indictment or wrongful conviction. I have completely lawful data and arguably the hard drive is the same as a house, and once the investigation is finished then closed, I think it is only right that my lawful data be sent back to me as the claimant.

I knew Mayodan would drop the charges since I done nothing wrong an am a victim of a computer hacking crime. I am hoping the state will acknowledge after investigating my factual claims of innocence, then do the same as the Mayodan Police and drop the charges.

As of now and for a while, I have hardly used any P2P file sharing system due to the viruses, Trojans, and other problems that have come from usage of these applications. Jeff Lewis a former NASA person told me that every computer he has seen P2P applications and file sharing has Trojan horses or viruses, and has yet to see anyone using a P2P file sharing application without getting viruses. It is normal that Trojans and viruses can be on computers that use the internet which is the risk of the internet. Anyone whom uses pirated software is at risk of Trojans and viruses, to which evidence clearly shows on my hard drives that I was heavily into pirated material which is not illegal under state law and not the target of this investigation, but does prove how vulnerable my computers were. I was also using Windows and always have been, even though many people whom are afraid of getting raided for being political have used Linux instead of Windows as it is more secure of an Operating System. More pedophiles may be turning to viruses now as zombie computers can route downloads through hacking of their machines for collecting possibly illegal files without getting in trouble. You can ask a IT expert on my claims and they would testify that it is indeed possible and has happened in the past. Attachment B in this email exhibits a news articles out of many different mainstream news outlets documenting that Trojan horses and viruses can download and even possibly share child porn then the victim gets the blame for being a victim of a hack. Ever since I have taken security more seriously on my computers, there have been no complaints nor any further investigations from the ICAC in the 14-15 months I have lived in the state of Virginia which clues you in on the fact that I am not into downloading illegal stuff off of P2P. Mayodan Police not filing charges means likely that Robert Bridge is not getting any more evidence to pursue a case against me. Any credible claims of me being a collector according to the search warrant would show that I would be repeatedly getting caught but was only raided and in trouble once by the Mayodan PD with just one Reidsville detective, and of course there have been no complaints at least since the move to Virginia, that I am aware of. My computers I have used now since the raid are completely clean and have no contraband whatsoever. Anytime I get a virus then I report it along with a sample of that virus code to the Anti-virus company so that I am not set up again in the future.

I had no knowledge of what was fully on my entire computer as I was busy dealing with writing and reporting news articles for USWGO Alternative News, FederalJack, Planet Infowars, TruthFrequencyNews, and other alternative news outlets and would be glad to produce an affidavit on the fact that I had no knowledge what all was on my computer. I was busy with so much stuff that I didn't keep track of what all was on my computer and what could have been put on my computer. I had no idea what my computer was sharing except for stuff on Bittorrent when downloading anime, pirated software, TV Shows, and movies, then when the raid happened well again as I explained before that I tried to inform the police about the Trojan horse.

The computer was doing things outside my control while suffering a insulin reaction. How am I supposed to be held accountable for hackers getting on my computer and doing stuff while I suffer seizures and insulin reactions. I have a verifiable record or witness accounts to which knows the dangers of my diabetes. At the Mayodan Walmart, I think around anywhere between March and May of 2012, the Madison fire and rescue squad rushed into the Mayodan Walmart when I had collapsed around the clothes area of the store. When I started coming to, I saw the fire and rescue squad right where I was while lying on the floor of the store with concerned people around me. Several customers got what they could such as juice and other glucose type stuff and started getting my mom to feed me it to bring up my blood sugar from the dangerous level. I think this happened before either the New Bern NC trip or another trip I had went on. Then one of the squad members took out their glucose monitor but had some trouble so a woman that was a diabetic checked my blood sugar. When I was able to get up and walk, I signed a document with the Madison fire and rescue squad that I don't need to go to the hospital and was discharged on site. The manager even told us that we didn't have to pay for the drinks and candy given to me while I was unconscious and allowed us to leave the store. You can check the record or discharge paper with the Madison fire and rescue and even interview those witnesses over that incident. That is why the state of Virginia said I needed a certain amount of hours of required care for my brittle diabetes and of course in combination with my mild autism which is why I am on medicaid. Due to my mild autism I couldn't keep focus on things and so there is no way I could have prevented the Trojan horse from getting on my computer and doing what it did. When I was able to sabotage the Trojan horse, then the problem should have been solved but I was still raided and lost my lawful data for what was going on outside of my control.

I also like to testify to which my mother was also a witness. Again I am referencing that the state of Virginia has sent a letter to which states that I need a lot of hours of care for my brittle type 1 diabetes. Due to my low blood sugars as a result of attempting to lower the A1C by temporarily upping my Lantus insulin just to satisfy the doctor Andrew Meier of Western Rockingham Family Medicine, to which the A1C did get lower on record, but since it is brittle diabetes, my blood sugars went low a lot at that time. As of now and for a while I have put the Lantus back at it's normal rate but have a higher A1C to which there is nothing we can do about it because I have brittle diabetes. Even with the higher A1C level I still get insulin reactions no matter what level my doctor puts it at. That is why it was diagnosed as brittle because it is difficult to control

unlike normal type 1 diabetes. To have a lower A1C means risking more seizures and insulin reactions even though the doctor repeatedly wanted my A1C to be lower. During to which when I was accused of child pornography, I had fell asleep a lot when my computers were left on throughout the day or night since my sleeping patterns are different due to my autism. My external hard drives were connected during those times I was asleep thus allowing any hacker to break into my computer and do stuff on it while I am asleep, and do stuff while I am awake since I cannot sit there and monitor my computer's security all day long.

I have not been in trouble since the raid. I have never got in trouble before the raid. I have a totally clean record. I may have had temper tantrums as a child and had problems with the school system but as of now I am a lot more better off with my personality which was why I had remain calm and sat while the raid was going on, and tried to keep as calm as possible but was worried that something was being pulled against me. I was scared and panicked thinking that Charles Caruso has come to hurt me.

Again I am thankful the Mayodan police is returning most of my and my mother's property which was unlawfully taken. The search warrant is different then what the police were doing while conducting an investigation on me after the July 9th 2012 incident. If the judge had known about those incidents or was aware of the police misconduct or foul play prior to signing then the warrant never would have been signed, my stuff never would have been seized, and maybe I could have saved and made backups of my lawful data with a cloud storage provider allowing all my lawful data to still be in my hands today. Then if I had known what that Trojan was clearly doing then I would have reported the Trojan to the FBI but all of that was ruined by the police raid and forensics examination.

I am not the criminal type, I don't want to be a criminal either. This email is further clarification that I want my lawful data back and charges dropped by the state of North Carolina. I also am providing Attachment C which documents all of the lawful data I can recall from memory that is likely at the state crime lab due to the raid, that is completely lawful, and I want back if possible. I don't care about what hackers planted or did, I don't want that data, I don't want any of the hackers junk done to my computer. Getting my lawful data back is my top priority which is why I am making requests, sending evidence, claims, and affidavits to prove my claims to be true.

I believe that since I was the main set up target that my mother's external hard drive, laptop, and her SD cards were clean and that it may have already been cleared by forensics and is back at Mayodan PD for the Friday retrieval of 2012 seized property. So since I had left a backup of my out west trip photos and videos which include Zion National Park, Grand Canyon, the lava tubes, Yellowstone, Las Vegas, Mount Rushmore, and other great places, return of most property will likely include my mother's external hard drive which has my out west trip photos or at least a backup copy of them. But my other lawful data is likely still seized which is why I am hoping my lawful data can be returned to me if not the hard drives. After the investigation case is closed, I beg of you to give me my lawful data back prior to any decision of disposal of property since disposal of my lawful data will incur emotional, mental, and lifetime of hobby

data and reporter related volunteer work loss of damages incurred on me. I can always increase my computer's security using Avast or McAfee or ESET which blocks the rogue eMule virus, and buy another computer and external hard drives but I cannot buy my data that was seized from me. I cannot buy my data back from a store. It has hurt me emotionally that my lawful data might be gone forever even though I believe in my heart that I am innocent of the allegations, I still worry that the state may not give me my lawful data back. Even another criminologist in NC I spoke with said that she thinks my lawful data should be returned back to me once the investigation is closed, or that whatever was planted on it be removed as a condition for my stuff being returned after the investigation is over. An innocent man and victim of a computer hack should not suffer loss of his/her personal and lawful data due to law enforcement. It is the job of the police to solve crimes then return stolen property and return what legal property the person has. My lawful data is my legal property inside of a virtual storage house known as a hard drive. The only thing the police should ever seize should be planted drugs, planted contraband, and that the lawful possessions be kept by the property owner since that lawful data is not used in any commission of a crime but the Trojan horse that a hacker used was in commission of a crime in any jurisdiction where the hacker originated from which is the hackers IP Address unless that IP Address was pipped through a zombie computer.

So all I ask is that the state consider dropping the charges and consider all evidence I have sent so far after the investigation is finished, and that my lawful data be returned to me. That is the only things I want then I will leave the state alone and not ever ask for anything else. I don't even want to sue or do anything except get my lawful property back and that the charges be dropped. That is all I care about which is why I am bringing up every fact known to my investigation on my case.

The Attorney General and the SBI has the power and authority to consider my request for return of my lawful data or make a copy of my lawful data to brand new external hard drives at my expense then allow me to have my lawful data back if not my remaining seized property. I a victim and not a criminal conspirator. I have also tried to contact Rep. Bryan R. Holloway over this matter telling him that I want my lawful data back and my lawful property returned to me. Instead my requests have been ignored by the state representative and am left with no other recourse except for two options, one is a lawsuit, and one is a friendly request made that my lawful data be returned to me so that the Trojan horse does not cost me damages of loss in Terabytes of my lawful data.

Mayodan Police has taken the right step after all this has happened to me. I hope you can take this next right step and that this whole matter can be settled. I will be awaiting your response before I send another email if appropriate. If you wish to discuss this matter over the phone then call my home phone number. I will humbly await the state's response to my requests, claims, evidence, and inquiries. I ask that the response be in email and that sending a letter or calling be a second choice if email fails.

Sincerely,

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 52 of 105

Brian D. Hill
Former USWGO Alternative News founder
admin@uswgo.com
916 Chalmers St. Apt. D
Martinsville, VA 24112

Formerly:
413 N. 2nd ave.
Mayodan, NC 27027

─ Attachments: ───────────────────────────────

Attachment A-Testimony of witness account of phone conversation with          27 bytes
Mayodan Police over return of seized property(OCR Support).pdf

Attachment C-Testimony and Data documentation on what was lost due to the      27 bytes
raid.pdf

Attachment B-Internet Virus Frames Users For Child Porn.pdf                    27 bytes

To Whom It May Concern:

I received a telephone call from the Mayodan, NC Police Department at approximately 12:55p.m. on Monday, December 9, 2013. Detective Brim asked to speak with Brian Hill. I advised him that Brian was here, but was unavailable at the present time and asked if there was anything I could do for him. He told me the Police Department had received a letter from an attorney concerning the items belonging to Brian Hill, and that he could come and pick up the items they had. He informed me the Mayodan Police Department had most of his items, and no charges were being filed. I reaffirmed what he said and said "No charges are being filed against Brian," and his response was that the Mayodan PD would not be filing any charges, but he did not know if the SBI would be filing any. He said Brian could come to the Police Department on Friday, December 13, 2013 at 10:00 a.m. and pick up the items. He said Brian would need to personally come to pick them up, and sign for them, and that he would have to go over each item, one at a time, then sign for them. He advised me that if he was unable to pick them up this Friday, it will be some time after Christmas before someone will be available to give them to him. I told him we would be there on Friday Morning. He was very polite, and I explained to him that Brian has Autism, and this has affected him in numerous ways, and that after the search of his house was made, that he refused to enter his house, and had moved to Martinsville. He asked if we were his grandparents, and I said we were. He then asked if Roberta had also moved here, and I also told him she had.

This conversation was very polite and friendly, Detective Brim thanked me and told me to have a good day, and we ended our conversation.


Kenneth R. Forinash
916 Chalmers St., Apt A
Martinsville, VA 24112

When we go to pick up the items on Friday, December 13, 2013, I think it would be a very good idea if we accept the items, check them, if necessary, and don't say anything to the officers we come in contact with except for what we absolutely have to say. The less said, the better we will all be.                    KRF

December 10, 2013

HUFF POST TECH

# Internet Virus Frames Users For Child Porn

JORDAN ROBERTSON   11/ 9/09 12:10 AM ET   Associated Press^AP

Of all the sinister things that Internet viruses do, this might be the worst: They can make you an unsuspecting collector of child pornography.

Heinous pictures and videos can be deposited on computers by viruses – the malicious programs better known for swiping your credit card numbers. In this twist, it's your reputation that's stolen.

Pedophiles can exploit virus-infected PCs to remotely store and view their stash without fear they'll get caught. Pranksters or someone trying to frame you can tap viruses to make it appear that you surf illegal Web sites.

Whatever the motivation, you get child porn on your computer – and might not realize it until police knock at your door.

An Associated Press investigation found cases in which innocent people have been branded as pedophiles after their co-workers or loved ones stumbled upon child porn placed on a PC through a virus. It can cost victims hundreds of thousands of dollars to prove their innocence.

Their situations are complicated by the fact that actual pedophiles often blame viruses – a defense rightfully viewed with skepticism by law enforcement.

"It's an example of the old `dog ate my homework' excuse," says Phil Malone, director of the Cyberlaw Clinic at Harvard's Berkman Center for Internet & Society. "The problem is, sometimes the dog does eat your homework."

The AP's investigation included interviewing people who had been found with child porn on their computers. The AP reviewed court records and spoke to prosecutors, police and computer examiners.

One case involved Michael Fiola, a former investigator with the Massachusetts agency that oversees workers' compensation.

Sponsored Links

**The Distilled Perspective**
Knob Creek Bourbon brings you the culture, style & news that interests you.
huffingtonpost.com/distilled-perspe



**Your new workout buddy**
Fuel up with pure, clean superfoods extracted in the NutriBullet!
www.nutribullet.com

**Mild Cognitive Impairment**
Local researchers are studying forgetfulness. See if you can help.
https://www.odysseyearlyad.com/

Buy a link here

In 2007, Fiola's bosses became suspicious after the Internet bill for his state-issued laptop showed that he used 4 1/2 times more data than his colleagues. A technician found child porn in the PC folder that stores images viewed online.

Fiola was fired and charged with possession of child pornography, which carries up to five years in prison. He endured death threats, his car tires were slashed and he was shunned by friends.

Fiola and his wife fought the case, spending $250,000 on legal fees. They liquidated their savings, took a second mortgage and sold their car.

An inspection for his defense revealed the laptop was severely infected. It was programmed to visit as many as 40 child porn sites per minute – an inhuman feat. While Fiola and his wife were out to dinner one night, someone logged on to the computer and porn flowed in for an hour and a half.

Prosecutors performed another test and confirmed the defense findings. The charge was dropped – 11 months after it was filed.

The Fiolas say they have health problems from the stress of the case. They say they've talked to dozens of lawyers but can't get one to sue the state, because of a cap on the amount they can recover.

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 55 of 105

"It ruined my life, my wife's life and my family's life," he says.

The Massachusetts attorney general's office, which charged Fiola, declined interview requests.

At any moment, about 20 million of the estimated 1 billion Internet-connected PCs worldwide are infected with viruses that could give hackers full control, according to security software maker F-Secure Corp. Computers often get infected when people open e-mail attachments from unknown sources or visit a malicious Web page.

Pedophiles can tap viruses in several ways. The simplest is to force someone else's computer to surf child porn sites, collecting images along the way. Or a computer can be made into a warehouse for pictures and videos that can be viewed remotely when the PC is online.

"They're kind of like locusts that descend on a cornfield: They eat up everything in sight and they move on to the next cornfield," says Eric Goldman, academic director of the High Tech Law Institute at Santa Clara University. Goldman has represented Web companies that discovered child pornographers were abusing their legitimate services.

But pedophiles need not be involved: Child porn can land on a computer in a sick prank or an attempt to frame the PC's owner.

In the first publicly known cases of individuals being victimized, two men in the United Kingdom were cleared in 2003 after viruses were shown to have been responsible for the child porn on their PCs.

In one case, an infected e-mail or pop-up ad poisoned a defense contractor's PC and downloaded the offensive pictures.

In the other, a virus changed the home page on a man's Web browser to display child porn, a discovery made by his 7-year-old daughter. The man spent more than a week in jail and three months in a halfway house, and lost custody of his daughter.

Chris Watts, a computer examiner in Britain, says he helped clear a hotel manager whose co-workers found child porn on the PC they shared with him.

Watts found that while surfing the Internet for ways to play computer games without paying for them, the manager had visited a site for pirated software. It redirected visitors to child porn sites if they were inactive for a certain period.

In all these cases, the central evidence wasn't in dispute: Pornography was on a computer. But proving how it got there was difficult.

Tami Loehrs, who inspected Fiola's computer, recalls a case in Arizona in which a computer was so "extensively infected" that it would be "virtually impossible" to prove what an indictment alleged: that a 16-year-old who used the PC had uploaded child pornography to a Yahoo group.

Prosecutors dropped the charge and let the boy plead guilty to a separate crime that kept him out of jail, though they say they did it only because of his age and lack of a criminal record.

Many prosecutors say blaming a computer virus for child porn is a new version of an old ploy.

"We call it the SODDI defense: Some Other Dude Did It," says James Anderson, a federal prosecutor in Wyoming.

However, forensic examiners say it would be hard for a pedophile to get away with his crime by using a bogus virus defense.

"I personally would feel more comfortable investing my retirement in the lottery before trying to defend myself with that," says forensics specialist Jeff Fischbach.

Even careful child porn collectors tend to leave incriminating e-mails, DVDs or other clues. Virus defenses are no match for such evidence, says Damon King, trial attorney for the U.S. Justice Department's Child Exploitation and Obscenity Section.

But while the virus defense does not appear to be letting real pedophiles out of trouble, there have been cases in which forensic examiners insist that legitimate claims did not get completely aired.

Loehrs points to Ned Solon of Casper, Wyo., who is serving six years for child porn found in a folder used by a file-sharing program on his computer.

Solon admits he used the program to download video games and adult porn – but not child porn. So what could explain that material?

Loehrs testified that Solon's antivirus software wasn't working properly and appeared to have shut off for long stretches, a sign of an infection. She found no evidence the five child porn videos on Solon's computer had been viewed or downloaded fully. The porn was in a folder the file-sharing program labeled as "incomplete" because the downloads were canceled or generated an error.

This defense was curtailed, however, when Loehrs ended her investigation in a dispute with the judge over her fees. Computer exams can cost tens of thousands of dollars. Defendants can ask the courts to pay, but sometimes judges balk at the price. Although Loehrs stopped working for Solon, she argues he is innocent.

"I don't think it was him, I really don't," Loehrs says. "There was too much evidence that it wasn't him."

The prosecution's forensics expert, Randy Huff, maintains that Solon's antivirus software was working properly. And he says he ran other antivirus programs on the computer and didn't find an infection – although security experts say antivirus scans frequently miss things.

"He actually had a very clean computer compared to some of the other cases I do," Huff says.

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 56 of 105

The jury took two hours to convict Solon.

"Everybody feels they're innocent in prison. Nobody believes me because that's what everybody says," says Solon, whose case is being appealed. "All I know is I did not do it. I never put the stuff on there. I never saw the stuff on there. I can only hope that someday the truth will come out."

But can it? It can be impossible to tell with certainty how a file got onto a PC.

"Computers are not to be trusted," says Jeremiah Grossman, founder of WhiteHat Security Inc. He describes it as "painfully simple" to get a computer to download something the owner doesn't want -- whether it's a program that displays ads or one that stores illegal pictures.

It's possible, Grossman says, that more illicit material is waiting to be discovered.

"Just because it's there doesn't mean the person intended for it to be there -- whatever it is, child porn included."

Copyright 2013 The Local Paper. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

*Filed by Bianca Bosker* |

**88 people** are discussing this article with **166 comments**

# Comments are closed on this entry.

Highlighted   Most Recent   Oldest   Most Faved



**Jays_Mom**
4 Fans

With child porn you are guilty no matter what. How do I know this? I have a son serving 10 years in prison for child porn that got on his computer while using Limewire. We know this because the files were downloaded within seconds of other files during a max download not minutes which is what it would take if you were looking for it . When we asked why they didn't go after the people putting it out there we were told there is no way of knowing who put it there. Don't even bother reporting it to authorities either your best bet is to destroy the computer
5 JAN 2010 4:11 PM

FAVE    MORE



**back_office_drone**
0 Fans

My God, what happened to innocent until PROVEN guilty? Doesn't this qualify as a very, very reasonable doubt?
15 NOV 2009 3:23 PM

FAVE    MORE



**mike_bosworth**
2 Fans

Child pornographers deserve what happens to them.
12 NOV 2009 11:38 AM

FAVE    MORE



**mike_bosworth**
2 Fans

         1

One last time. Not sure what's going on with my computer today... sorry to Huff Post moderators if this is the 4th attempt. I thought I had submitted this comment (and tried again, and again), but I think each time, it may have not made it to the Huffington servers, so.

My comment:

It should be possible to oppose child pornography without effecting hysterical witch hunt legislation.

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 57 of 105

Child pornography is this one strange area of law where post-pubescent males are assumed to be guilty, unless proven beyond the slightest doubt to be innocent.

Policy for dealing with child pornography suspects is a case of mysandry that people seem to take for granted.

On a separate, but related, note: when adolescents exploring their sexuality are incriminated for sharing pictures with each other, we as a society have reached an astonishing climax of histrionic puritanism.

I understand how evil child pornography is, but I do not understand why people feel the need to create a warped and unjust system for dealing with it.

12 NOV 2009 11:41 AM

FAVE    MORE



**blueskybigstar**
1,164 Fans

I was beginning to suspect this was happening to people. There should not be caps like this. They should be fully compensated for how it has ruined their lives. There needs to be an investigation as to how it got there. I wonder whom Fiola was investigating who put this virus there.

10 NOV 2009 11:35 AM

FAVE    MORE



**Okeif**
83 Fans

Huff Po' Readers and commentors,

Please, STOP turning this into an Operating System shootout. The exploit this article describes does not relegate itself to one system or another, it is simply a byproduct of having an infected system. As such, and being that all systems have vulnerabilities, it won't matter if you use a Windows, Linux or Apple system.

I realize many of you see this opportunity to sway a reader or two to jump on your bandwagon, but that it not what this article is about--and further I think you are doing the readers, some of whom are rightfully worried about this scenario, a disservice.

10 NOV 2009 9:29 AM

FAVE    MORE

**fallenprogrammr**
3 Fans

Well said, it is very sad that Linux / OS/X users have such a disgusting attitude with no perspective whatsoever. I use Windows daily and don't even remember when was the last time I had a virus on my machine.

12 NOV 2009 12:00 AM

FAVE    MORE

      3 PEOPLE IN THE CONVERSATION      [ Read Conversation → ]



**Quanta**
131 Fans

The difference between Huffpost and slashdot comments

Huffpost "Thank goodness I use OSX/Linux" or "Oh heck I use Windows this is scary"

/. "If you lowered the CPSVPM and made it self deleting this would be an excellent tool to frame someone with. Also, this demonstrates why CP possession laws are insane".

10 NOV 2009 12:21 AM

FAVE    MORE

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 58 of 105



**PenguinLinux**
153 Fans   · got root ?

The same can be said about anything.. people posting on message boards about medical conditions vs doctors posting about medical conditions. Which one is generally accepted as more knowledgeable about the medical field? The non-doctors or the doctors? Doctors of course.

Geeks don't hang out on here as much as they do on /. so of course you aren't going to get all of the geey posts. You won't get the geeky posts about computers on a NASCAR message borad either? So what's your point? (Oher than to display your superiority complex, that is)
10 NOV 2009 10:33 AM

FAVE     MORE

---



**jws2346**
772 Fans

Err...,Ahh..., I think this virus is despicable, but keeping an eye on your hard drive space would be beneficial. I assume this virus puts child videos on your hard drive and this type of media takes large amounts of hard drive space. I hope this isn't a loop hole allowing guilty pedophiles off. This is the chink in the law a crafty defense attorney dreams of.
9 NOV 2009 8:38 PM

FAVE     MORE

---



**ramblingjohnny**
SUPER USER · 170 Fans

God I like my Linux/Ubuntu system! lolll
9 NOV 2009 8:31 PM

FAVE     MORE

---



**eMJayy**
17 Fans

Same here. I have 5 PCs at home. Nearly 2 years ago, I decided that it was just too costly and risky for me to continue to use Windows as my main Operating System when Ubuntu Linux was freely available, worked great and was not susceptible to any of these computer threats that rely on your PC running on Windows to work. So I converted all my PCs to Ubuntu but still keep Windows installed on 2 of my machines (dual-booting both operating systems) to run a few Windows applications. My Windows machines are kept offline, so I don't have to worry about security issues affecting them, or most importantly, me.
9 NOV 2009 8:56 PM

FAVE     MORE

      6 PEOPLE IN THE CONVERSATION     Read Conversation →

---



**condor101**
89 Fans

Interesting. So if you want to get a co-worker or boss fired and charged with posession of child pornography, all you need to do is place these files on their machine and anonymously contact the police.
wow! that sounds easy.
In this country, you are guilty first and have to prove your innocence.
9 NOV 2009 7:42 PM

FAVE     MORE

---



**LeaderofMen**
573 Fans   · Bilingual former US Marine.

Get a Mac.
9 NOV 2009 7:20 PM

FAVE     MORE

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 59 of 105



**Okeif**
**83 Fans**

You either didn't read the article or don't understand it's reach.
10 NOV 2009 9:35 AM

FAVE     MORE

Load 10 more conversations

1-10 of 50

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 60 of 105

Documentation on loss of lawful data due to a result of the criminal investigation and police raid on the Hill residence when in Mayodan

### Attachment C – Produced and typed by Brian David Hill

As a result of the raid, many data files that include photos/images/pictures/photographs, videos, documents, KDC raw photo files, audio, and other invaluable data were seized despite the fact that a majority of files which were not damaged due to the 'emule virus' were completely legal or only illegal under civil copyright or patent law(pirated software, downloaded MP3 music files, etc etc.) but not under criminal law which would require the infringed companies/corporations/entities to file a lawsuit which there has been no lawful against me. Only Righthaven LLC sued me but dropped the suit due to lack of standing to sue which was affirmed by the US Appeals court.

The data in this document Attachment including personal photography has no perverted images of children at all and none that would violate state laws therefore refusal to return any of the legitimate files is damaging to Brian's mental and physical health, and will incur loss of lawful data possession, loss of irreplaceable volunteer-work data, and loss of other important lawful data as a result of the Trojan horse attack.

These statements are stated under penalty of perjury and typed by Brian David Hill. All of these statements are correct and true to the best of my abilities and to the best of what I can remember.

The amount of data that was seized due to the raid are as follows.

- The amount of vacation and USWGO.com blog related photography files were seized during the raid which are irreplaceable and cannot be purchased in a store and are unique to the photography skills of Brian D. Hill despite suffering from OCD, Mild autism, Type 1 brittle diabetes, skin inflammation or rashes due to having sensitive skin which really shows during the winter season, and may have suffered PTSD as a result of the raid. The photos are listed below in References at the end of this attachment. Many to all of these photos are irreplaceable and are impossible to retake them and retake the same vacations to retake the photos as a result of the seizure due to personal, financial, and health circumstances. I was only able to go out west due to money being saved up and traveling with my entire family which splits the costs. It now costs more then it did the last time I went out west.
- The amount of documentation and records digitally on the computer equipment and hard drives is irreplaceable and is kept as evidence for all kinds of different circumstances in cases of frivolous lawsuits, frivolous slander accusations, and other issues. These records are kept in the drives but many are not printed due to ink cartridge requirements and other resources that are expensive to someone who lives off of disability. Documentation and records include digital faxes sent on the Laptop by VentaFax software, pdf and OpenOffice documents all drafted and published by Brian Hill, legal phone recordings conducted by the software Cain.exe which can record VOIP transmissions and even Out of state recordings comply with federal and state law with both party consent or one party where legally required, and other valuable records and documents.
-

**References to Attachment C – Produced and typed by Brian David Hill**

**In regards to personal Hobby Photography taken by Brian D. Hill:**

- Out West Trip Photos from the vacation taken in 2010 or 2011.
- Corn Palace pictures
- Custor state park pictures
- Grand Canyon Pictures
- Yellowstone national park pictures
- Gatlinburg TN pictures
- Dollywood pictures
- Key West pictures
- Florida pictures
- Myrtle beach pictures
- pictures of Mayodan including the Washington Mills factory that is still being torn down, therefore it is Impossible to retake photos from there as a result of the current photos being seized.
- Eden abandoned and historical factories
- City of Reidsville historical downtown pictures
- Mayo river pictures
- Hanging Rock state park pictures
- Pilot Mountain pictures
- Stone mountain Georgia and North Carolina pictures
- Salt Lake City Utah pictures including the actual salt lake
- North Carolina Raleigh state capitol pictures
- Virginia state capitol pictures including the large gardens and the St. Johns church with historical connections to Patrick Henry
- Niagara falls pictures from New York
- Red Hill VA pictures which includes all interviews and photos with Patrick Henry Jolly that are all irreplaceable and cannot be reproduced due to personal circumstances I will not disclose in this document. This includes audio feeds (Audacity audio project recording files which are .aup and a series of .au files), video recordings, and images produced using a digital camera.
- Chantilly, VA political protest pictures that I think was apart of the Occupy Bilderberg protest movement event including interview videos with protesters and Oath Keepers, and even videos of Alex Jones all personally videotaped or photographed. Those are irreplaceable due to many different circumstances. I had shown the protest photos and videos to my grandmother but never gave her a backup prior to the raid. Now those photos are in the state crime lab and are at risk of being lost forever.
- Bowden Cave WV pictures
- Edwards air-force base pictures of the landing strip where space shuttles come back down to land.
- Las Vegas pictures
- New Bern NC pictures including interview files of Elton Crisman Jr.

- Raccoon pictures from eastern NC which also includes possum, wild fox, and other animals
- Massenuttun pictures from VA which includes wild deer and other animals, and even pictures of a historical town that is surrounded by bridges that I also took pictures of during the trip.
- Personal pictures of pets I used to have even though now deceased. The names of some of those pets are Nelson(hamster), Alex(cat), Rusty(cat), and others. These photos are both memories and are irreplaceable. You can't revive dead pets just to take photos of them again simply because the police came and raided the original photos indiscriminately.
- Lower cascade falls, NC
- Horseshoe falls
- pictures of the North Carolina museums in Raleigh
- pictures of other known and unknown waterfalls
- pictures of the boat parades
- pictures of Christmas lights including the Mayodan Christmas event including the Christmas parade in Mayodan
- pictures of the old historical store near Fairy Stone Park
- Pictures of Fairy Stone park in Virginia which also includes the iron mine pictures close to the site.
- Pictures and Videos of Williamsburg, Jamestown, and surrounding areas in Virginia
- Pictures of Fredericksburg VA including videos of James P. Tucker also known as Jim Tucker.
- Pictures of Town Creek Indian mound in North Carolina
- pictures of Maybre Mill during the fall colors and pictures of the blue ridge mountains from all visits
- pictures of Natural tunnel state park around Tennessee
- pictures of Disneyworld and/or Universal studios which I thinks is called also MGM type attractions and/or photo ops.
- pictures of Washington DC
- pictures of the statue of Liberty
- pictures of the Liberty Bell and Philadelphia
- pictures of crabs taken at the NC beach and other places, also includes just regular beach photos and one of soldiers doing some kind of salute, this includes photos taken on the shore of Camp Luguene military base, although these photos are not of military interest except for that salute one since I personally thought it was cool to take a picture of which they didn't mind, they still are not illegal and not subject to seizure by local law enforcement unless these photos could be a threat to security which they aren't since crab and beach pictures really aren't any kind of threat. I was able to walk the shores there due to a veteran family member that was in the air force that is allowed access to the base.
- Pictures of the outside of Biltmore estate
- pictures of a now shutdown, Chinqua Penn facility and gardens including it's walking trail owned and operated I assume is by the state of North Carolina which is still open to visitors.
- Pictures of downtown Mayodan, downtown Madison, downtown Reidsville, and downtown Eden including the civil war site of a torn down bricks of what used to be a clothing factory to which there is a waterfall there close to a small set of shops around the area.
- Pictures and videos of every recorded Mayodan town council visit by Brian Hill.
- Pictures of the city of Roswell where there were possible UFO sightings
- personal family pictures of grandpa's side of Brian's family.
- Personal family pictures of Brian's two half sisters which includes Hunter and Pamela. All

photos were taken legally and with their permission. None are pornographic in any way.

- Personal photos of the Cherokee reservation in NC. Personal photos of Gatlinburg, TN.
- photos taken of the Serpent Mound in Ohio
- Photos taken from a art Museum located in Martinsville, VA close to the DMV.
- Photos taken from hiking trails all over North Carolina and Virginia.
- Photos taken from Beaufort, NC
- photos taken from Carrot Island which has hundreds to thousands of small crabs and wild horses.
- Photos taken from Pilot Mountain years ago when climbing on the lower rocks didn't used to be a criminal Misdemeanor, therefore it is irreplaceable and impossible to retake the photos from those positions without going to jail as a Misdemeanor violator. Those photos can never be retaken in the future due to the measures taken by the state park and state law.
- Photos taken from Bog Gardens, bicentennial gardens, and another close one all located in Greensboro NC in the triad.
- Photos taken of bumble bees both in nature and when one somehow got in my old Mayodan home.
- Photos taken of elk, Buffalo, antelope, and long horn sheep all from different places of the country. They are all irreplaceable and very hard to snap photos of any moment similar to what was in the seized photos. Copies of the out west trip pictures were stored on Roberta Hill's drive as a backup but was also seized and still retained by law enforcement despite the fact that Roberta does not use any P2P file sharing program, and all data she has on her external hard drive are legal under state and federal laws. Even copyrighted and trademarked data, even though illegal under only civil law, can only be enforced by lawsuits and that is only when the data is shared without the copyright owners permission. SBI cannot seize data that is civilly illegal yet not criminally illegal. The only time a seizure can be authorized is under Discovery authorized by the court due to evidence collected by the plaintiffs which would usually be the RIAA and other corporations demanding civil relief through the court system.
- Pictures of the NC zoological park
- Other important pictures and videos of which I cannot remember that is completely legal.


**In regards to personal videos taken or produced by Brian D. Hill:**

- Homemade documentary directed and produced by Brian Hill with help of his friends, titled America: From the Road of Freedom to the Streets of Fascism. All project files, original raw material, footage, audio feeds, and other important data all connected with the production of this independent documentary are on one of the seized hard drives.
- All videos that were uploaded to the official USWGO youtube channel which can still be located at http://www.youtube.com/USWGO or http://www.youtube.com/user/USWGO.
- Videos downloaded from YouTube which usually contain a .flv, .mp4, or .webm extension at the end of every video downloaded from YouTube.
- Videos and audio material that was given to me and stored in one of my external hard drives by Sean Justus nicknamed Popeye of FederalJack.com website. It may have been transferred to another external hard drive before all was seized but I cannot fully remember enough to testify to that fact.

**In regards to documents and other important records, by Brian D. Hill:**

- All fax records including transmission tickets and sent letters and documents.
- All USWGO documents and records stored in special folders.
- All USWGO documents and records not yet stored in special separate folders.
- All pdf and other document files that help back the research and evidence of claims made on uswgo.com and made by myself when the alternative news website was active before late August of 2012 when the raid happened.
- All reports, letters, notepad created text files, and more which all contain important critical information regarding the conversations and other important written records.
- Possible confidential attorney/client information during the Federal Righthaven lawsuit including email communications between David Kerr in Colorado and Brian Hill in NC.
- Legally recorded phone conversations including local and state calls which Brian Hill was a party to and granted consent therefore is legally recorded according to NC General Statutes. This also includes interviews made over the phone and calls with official NC government workers to keep proof that no threats were made in the event of a false claim that Brian made a threat to public officials when I hold evidence that no such threats were made, if any political servant just doesn't like me and wants to take he out with using criminal color of law.

**In regards to proof or Trojans and viruses, that was discovered by Brian D. Hill but the evidence is seized away from Brian preventing from any defense proving that the virus did stuff:**

- conime.exe or comine.exe
- Ares.exe
- emule.exe
- Shareaza.exe
- ??????????.exe some other Trojan file that was discovered running off the TEMP folder before it was manually sabotaged.

# EXHIBIT 40

**For Federal criminal case**
**-- BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY" - DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION --**
**United States of America v. Brian David Hill (Brian D. Hill) (formerly USWGO Alternative News)**
**Criminal Case Number  1:13-cr-00435-1**



**Subject:** Mayodan police lied to me
**From:** Brian Hill <admin@uswgo.com>
**Date:** 12/12/2013 4:45 AM
**To:** "Strickland, Joy" <JStrickland@ncdoj.gov>, "Gray, Angel" <agray@ncdoj.gov>

Dear
Joy Strickland
Assistant Attorney General
Law Enforcement Liaison Section
North Carolina Department of Justice
919-662-4509 ext. 4400,

The Mayodan Police Chief lied to me in order to bait me to be arrested. I did nothing criminal. I humbly request that the criminal indictment be dropped or delayed. I am trying to get a lawyer from the Rutherford Institute, ACLU, EFF, ACLJ, or any other civil liberty group out there that provides legal assistance to people in my situation that I have been politically persecuted. Please allow me time to get a lawyer since all a court appointed attorney will do is make me plead guilty when I committed no crime. What's the point of a public defender if they will just get me to plead guilty. I did nothing illegal.

I ask that the President of the US or state governor grant me a pardon of innocence or that the charges be dropped or that I am given enough time to get a lawyer that has the resources to be able to fairly defend me in federal court. I ask that the arrest warrant be delayed. Under the Adam Walsh Act type restrictions I will be barred from using a computer and all evidence of my innocence is on my computer and Internet email account. The unconstitutional Adam Walsh Act will prevent me from having a fair trial, from having access to my innocence evidence which are located in my email accounts on domain uswgo.com. That the Attorney General use the evidence I have provided as reason to stall the arrest until I get a good lawyer then I will have a good attorney that won't just make me plead guilty when I committed no crime. I am not guilty and this is ridiculous. I suffer severe health problems and will never survive in a detention facility.

Please respect my wishes to allow me to prove my innocence. I am a victim of a criminal set up. I also will provide attachments of the threats I got that I didn't include in the first email that had attachments.

I am providing attachments of the arrest warrant and indictment as well. I know the Mayodan police had lied to me and other people repeatedly. I like all criminal claims to be challenged with my innocence evidential claims. I have been set up and will not go down without a legal fight. If Mayodan and the District Attorney Philip Edward Berger Jr. wants me to be set me up with child porn that badly then I guess they got their wish. using the false confession that was generated through threats and coercion. This is all wrong, the court is treating me like I am some criminal when that is far from the truth.

Once I get a lawyer, I will no longer speak to you and it will be the attorney involved in my case. I hate that this is happening and my physical health is deteriorating right now ever since I found out about the arrest warrant.

Thanks to Charles J. Caruso, I will likely end up abused in detention or even end up dead for upsetting the state senator Phil Berger Sr. I written articles about him and I wondered if he pulled his connections as a powerful man to come after me. I hope you investigate that senator to see what he is doing about this, the District Attorney Berger Jr., and investigate the Mayodan Police Department. At least I like to go under protective custody since the Mayodan police might hurt me.

I beg of you to audit them for what they likely did to me. You owe at least an audit to me before me being set up by your State Bureau of Investigation crime labs. I guess your crime labs set me up like all the others. The public is going to know what your state has done to me if they don't correct the damages done by the police chief, state senator, District Attorney, and SBI Agent Rodney White and Gerald Thomas. I am going to the press to inform them on what your state SBI has done to me, I am going to Congress and let them know that NC has set me up with child porn if nothing is done to help prove my innocence. I ask that you correct the damages before it is too late. I ask that you respond to me within 48 hours before I am arrested.

--
Sincerely,
Brian D. Hill
Former USWGO Alternative News founder
admin@uswgo.com

─Attachments:──────────────────────────────────────────

| | |
|---|---|
| BRIAN HILL ARREST WARRANT.pdf | 27 bytes |
| BRIAN HILL FED COMPLAINT - 1.pdf | 27 bytes |
| HILL, BRIAN INDICT.pdf | 27 bytes |
| Attachment F-USWGO Mail - You better watch out........pdf | 27 bytes |
| Attachment G-USWGO Mail - Your gonna get it.pdf | 27 bytes |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 1:13CR435-1 |
| **BRIAN DAVID HILL,** | ) | | |
| *Defendant* | ) | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*            **BRIAN DAVID HILL**                    ,

who is accused of an offense or violation based on the following document filed with the court:

**X** Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possess child pornography of a prepubescent minor under 12 years of age in violation of 18:2252A(a)(5)(B) and (b)(2).

**\*\*\*The U.S. Attorney requests a detention hearing. In the event the defendant is release, the U.S. Attorney recommends that the Adam Walsh Sex Offender Specific Conditions be a part of the release conditions\*\*\*\***

Date:   Nov 26, 2013

John S. Brubaker, Clerk

*Issuing officer's signature*

# U.S. District Court
## North Carolina Middle District (NCMD)
## CRIMINAL DOCKET FOR CASE #: 1:13-cr-00435-UA All Defendants

Case title: USA v. HILL

Date Filed: 11/25/2013

Assigned to: UNASSIGNED

## Defendant (1)
### BRIAN DAVID HILL

| Pending Counts | Disposition |
|---|---|
| 18:2252A(a)(5)(B) and (b)(2) Possess child pornography of a prepubescent minor under 12 years of age (1) | |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

USA   represented by **ANAND PRAKASH RAMASWAMY**
U. S. ATTORNEY'S OFFICE
101 S. EDGEWORTH ST., 4TH FLOOR
GREENSBORO, NC 27401
336-333-5351
Fax: 336-333-5381
Email: anand.ramaswamy@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/25/2013 | 1 | INDICTMENT as to BRIAN DAVID HILL (1) count(s) 1. (Daniel, J) (Entered: 11/26/2013) |
| 11/26/2013 | 2 | ARREST Warrant Issued in case as to BRIAN DAVID HILL. (Daniel, J) (Entered: 11/26/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/12/2013 00:55:39 | | | |
| **PACER Login:** | sb8212 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:13-cr-00435-UA |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 71 of 105

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA      :
                              :
        v.               :      1:13CR 435 1
                              :
BRIAN DAVID HILL              :

The Grand Jury charges:

On or about August 29, 2012, in the County of Rockingham, in the Middle District of North Carolina, BRIAN DAVID HILL did knowingly possess materials which contained child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), said child pornography containing an image that involved a prepubescent minor and a minor who had not yet attained 12 years of age, and which materials had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, including by computer; in

violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

A TRUE BILL:

ANAND P. RAMASWAMY
ASSISTANT UNITED STATES ATTORNEY

RIPLEY RAND
UNITED STATES ATTORNEY

2



**Brian Hill <admin@uswgo.com>**

## You better watch out........

**johnsnatchz@tormail.org** <johnsnatchz@tormail.org>
To: admin@uswgo.com

Sun, Apr 7, 2013 at 5:30 AM

You better watch out Brian...We are watching you...Having child porn
planted on your hard drives and computer was only the beginning and we
will set you up for violent sex crimes if you don't watch your back...Have
fun becoming a sex offender...Police won't believe you no matter how much
evidence you have that you been set up we know some people in the SBI who
will make sure you are convicted. You will be shut up by being a sex
criminal. Your friends Alex Jones, Dan, James, Sean, Alex, and others are
next...BeWare!

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 74 of 105



Brian Hill <admin@uswgo.com>

---

## Your gonna get it

---

**sallysamsong@tormail.org** <sallysamsong@tormail.org>       Sat, Apr 20, 2013 at 11:58 PM
To: admin@uswgo.com

Your gonna get it....We know what your tryin to do....You'll regret ever
being an investigative news reporter....Youll regret what you just
did....better watch your back Brian....DONT REPORT ANY MORE ARTICLES OR
TALK TO ANY REPORTERS ABOUT THIS CHILD PORN VIRUS OR YOU GONNA GET IT

# EXHIBIT 41

**For Federal criminal case**
**-- BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY" - DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION --**
**United States of America v. Brian David Hill (Brian D. Hill) (formerly USWGO Alternative News)**
**Criminal Case Number 1:13-cr-00435-1**



**Subject:** Re: how are things going?
**From:** Brian Hill <admin@uswgo.com>
**Date:** 12/14/2013 11:17 AM
**To:** Sue Basko <suebasko@gmail.com>

Sue, I am Brian Hill's Grandfather.  He is presently in the hospital for evaluation.  I contacted the Mayodan Police Department, Detective Todd Brim, yesterday at approximately 9:30 to inform them he would not be able to appear to pick up his belongings as he was in the hospital.  He informed me at that time that they had turned everything over to the NC SBI, who went through the attorney general's office and he was indicted for possessing child porn.  I told him Brian was in the hospital, and he lectured me that it was a federal offense to lie to a federal official, and that someone from the Dept of Homeland Security or a Federal Marshall would be coming by our house to arrest him.  I told him again that Brian was in the hospital, and said that's all I can tell you.

It appears to us (his family) that he would have been set up to be arrested if we had taken him to the Mayodan Police Dept to pick up his belongings yesterday, 12-13-13.

Brian has given us his passwords and access to his email account and FB account, so if you want or need to contact us, you can send it here or kenstella2007@yahoo.com, our email, or his mother's which is rbhill67@yahoo.com.  Brian had contacted the Rutherford Institute for legal help, but received an email message back that they would not be able to help him.  His grandmother, Stella Forinash, typed up a word document explaining to them some of Brian's health problems and to try to get them to help him.  We don't have access to an attorney, and cannot afford to hire one, so any suggestions you can give us would be appreciated.

As of this time, no-one from law enforcement has shown up here or at the hospital to arrest him, so we don't really know what's going on or what is going to happen.  We asked the Martinsville, VA/Henry County Police department about the arrest warrant, and they checked and said there was no NC or VA state warrant, and no federal warrant they could find, so we don't know why it was secret or private other than pacer.gov.

I thought I should reply to your email to Brian to let you know what is happening with him.

Thanks for your concern and help.

Stella & Ken Forinash


On Sat, Dec 14, 2013 at 2:22 AM, Sue Basko <suebasko@gmail.com> wrote:
   Dear Brian,

   How are things going for you?  Are you still a free man?  Have you located a lawyer?

Is there a way you can get someone close to you to let others know if you do get arrested?

**Sue Basko, Lawyer for Independent Media**
**California and Illinois**
EMAIL: suebasko@gmail.com
phone: 310-770-7413
LEGAL INFO: http://suebaskolaw.blogspot.com
MUSIC & FILM LAW BLOG: http://suebasko.blogspot.com

--
Sincerely,
Brian D. Hill
Former USWGO Alternative News founder
admin@uswgo.com

# EXHIBIT 42

For Federal criminal case
-- BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY" - DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION --
United States of America v. Brian David Hill (Brian D. Hill) (formerly USWGO Alternative News)
Criminal Case Number  1:13-cr-00435-1



LOCATED IN EXPANDABLE FOLDER IN CLERK'S OFFICE

LOCATED IN EXPANDABLE FOLDER IN CLERK'S OFFICE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

United States of America

Plaintiff(s),

v.

Brian David Hill

Defendant(s),

Case No. **1:13-cr-00435-1**

**NOTICE OF FILING PAPER OR**
**PHYSICAL MATERIALS WITH THE CLERK**

A part of Exhibit 42, Video DVD disc filed in attachment/support of "BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" - "DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION" _____ is being filed in paper or

physical form with the Clerk's Office for the Middle District of North Carolina. The item will

in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Middle

District of North Carolina.

DATED this  8th   day of  November  ,  2017

*Brian D. Hill*
Signed

Brian D. Hill (Pro Se)
**310 Forest Street, Apartment 2**
**Martinsville VA 24112**
**Phone #: (276) 790-3505**

Name, Address, and Phone Number of Counsel or Pro Se

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK

# EXHIBIT 43

For Federal criminal case
-- BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY" - DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION --
United States of America v. Brian David Hill (Brian D. Hill) (formerly USWGO Alternative News)
Criminal Case Number 1:13-cr-00435-1



CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 12 2017

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

In the United States District Court

For the Western District of Virginia

Danville Division

)
Brian David Hill )
Plaintiff(s) )
)
)
v. )
) Civil Action No. 4:17-cv-00027
)
Executive Office for United States Attorneys )
(EOUSA) )
& )
United States Department of Justice (U.S. DOJ) )
Defendant(s) )
)

# DECLARATION OF BRIAN DAVID HILL IN SUPPORT OF DOCUMENT 2 COMPLAINT AND IN SUPPORT OF MOTION UNDER RULE 45 ASKING THE CLERK TO SUBPOENA ATTORNEY JOHN SCOTT COALTER FOR DISCOVERY AND TO PROVE THE FACTUAL MATTER UNDER COMPLAINT

## Quick Statutory Memorandum in Support of Doc #2 and Doc #4

Note: You're Honor, I respectfully request with The Court act on the Document #4 MOTION expediently, as I have requested in my Document 2 complaint, and have given good reason as to such. My time to file a Rule 33 Motion for a New Trial has run out but I have decided that I must gather the evidence to prove actual innocence before the evidence is destroyed by the Government. Once the evidence is destroyed, it is gone forever and my ability to prove actual innocence will be impossible, as proving any fact of innocence will be impossible without the original evidence and without the discovery packet. See (Document #2) as to my original complaint that requested the case to be expedited. Quoting from Doc. #2: *"The Federal Courts Improvement Act, 28 U.S.C. § 1657 (2000), provides that FOIA proceedings generally "("take precedence over all cases on the docket and shall be . . . expedited in every way"); see also Freedom Communications, Inc. v. FDIC, 157 F.R.D. 485, 487 (C.D. Cal. 1994) ("The Court offers its*

1

*assurance to all concerned that it will continue to handle all matters in this action in an expeditious manner."*

Second request with the Court is that copies of this Declaration and all attachments should be served upon the Government as stated in **28 U.S.C. §1915(d)**, that "The **officers of the court shall issue and serve all process, and perform all duties** in such cases. **Witnesses shall attend as in other cases,** and the **same remedies shall be available as are provided for by law in other cases.** I applied the wrong civil Rule in Document 4 as I figured out that applies to serving the summons. However I believe this statute is more appropriate in my request that copies be served with the Government and the U.S. Attorney office of Roanoke, VA via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. I ask that they be served with copies of this Declaration. Thank You!

The plaintiff ("Brian D. Hill") files a Declaration with the Court that further supports the evidential and/or legal basis under **Document #2 COMPLAINT,** and under **Document #4, "MOTION Under Rule 45 Asking the Clerk to Subpoena Attorney John Scott Coalter for Discovery and to Prove the Factual Matter Under Complaint by Brian David Hill."**

This Declaration also contains a request, stated above, under 28 U.S.C. § 1657 (2000), that the Court expedite plaintiff's Motion under Rule 45 (Fed. Rules civ. Procedure) to being granted by plaintiff's filed subpoena **(See subpoena under Document #4-8, requesting that it be signed by the Clerk)** being given a signature from the appropriate Clerk of the Court (or chamber Clerk) to sign plaintiff's requested subpoena to compel Attorney John Scott Coalter ("Mr. Coalter") to

2

produce documents and any other tangible things of the entire criminal case discovery evidence packet to which is the primary issue of plaintiff's FOIA request.

The subpoena is supported by Rule 45 of the Federal Rules of Civil Procedure.

### Rule 4.1. Serving Other Process (Fed. Rules civ. Procedure)

(a) IN GENERAL. Process—other than a summons under Rule 4 or a subpoena under Rule 45—must be served by a United States marshal or deputy marshal or by a person specially appointed for that purpose. It may be served anywhere within the territorial limits of the state where the district court is located and, if authorized by a federal statute, beyond those limits. Proof of service must be made under Rule 4(l).

So the Federal Rule 4.1 and statutory 28 U.S.C. §1915(d), both support serving this Declaration with the defendants and the Government.

The plaintiff needs the discovery evidence for the purpose of proving actual innocence, and without access to such evidence, makes it nearly impossible (if not impossible) to prove plaintiff's actual innocence in a Section 2255 Motion making it a risk of failure or risk of a higher prison sentence, when the plaintiff does have evidence which can point towards any facts of actual innocence via the "affirmative defense of frame up," as recognized by the United States Supreme Court.

3

# Declaration

I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1. I am Brian David Hill, also known as Brian D. Hill, and am the plaintiff in the Federal civil case Brian David Hill v. Executive Office for United States Attorneys et al., Civil Case No. 4:17-cv-00027. I file this Declaration type of Affidavit with the Court with original signature as a sign of good faith and demonstrating factual evidence showing good cause for such action.

2. Mr. Coalter has betrayed my trust and won't let me have the discovery. My grandparent's asked him to send them the local rule to which he claimed is the reason why he cannot give me my criminal case discovery packet of evidence but he hasn't even sent to us the very rule that he himself claimed was why he cannot give me the papers and the Audio CD. He had made it clear on September 30, 2016, that it is against his interest to let me prove my actual innocence, as I believe he would be held accountable for being ineffective Counsel as to why I would falsely take the guilty plea. He acts as my enemy at this point, he still has the discovery evidence, and may now dispose/destroy the evidence. That is my major concerns. Mr. Coalter no longer needs to even have the discovery materials and should either be given to me or given to a newly designated Attorney to protect my due process. I believe subpoenaing Mr. Coalter is the best course of action, and to prove my claims in the complaint.

3. I and my family had attempted to find an Attorney to get the discovery evidence out of Mr. Coalter's hands, but that had failed. My family had got in contact with an Attorney named Emily Gladden of the 'Tin Fulton Walker & Owen' law firm located at 127 West Hargett Street, Raleigh, NC 27601. I and my family wanted her to get the discovery evidence out of Mr. Coalter's hands and she suggested that we could also work on trying for my actual innocence. So she gave my family a contract paper and she was going to further do some research before my mother signs a contract for her services as my private Attorney-of-record, and my family was going to use what little money they had to try to at least stop Mr. Coalter from blocking me any further from proving my innocence. On April 13, 2017, I tried to fax her some records that can help her to prove my innocence. At a later day which is sometime in April, 2017, I had received a phone call from my grandparents that informed me that Emily Gladden had heard from Mr. Coalter and was told some things, and after that her boss had decided that there was nothing we could do and decided not to do anything more. It has come to my attention that Mr. Coalter seems to be working against me and possibly sabotaging my criminal defense, by playing dirty games against me, and that he will never let any

4

other Attorney acquire the discovery papers. Then I also heard from grandpa or grandma that Mr. Coalter may dispose of the discovery papers. After that I was very angry enough to which my blood sugar could run high, and called the OGIS office of the National Archives threatening to sue the Government if Mr. Coalter destroys the discovery papers, which was left in a voicemail message. Mr. Coalter had harmed my mental health that day as I was very angry and also going towards depression which goes towards suicide. <u>The only reason why I have not killed myself over the sex offender garbage, is because I still have some kind of hope of overturning my wrongful child porn conviction</u> in Greensboro Federal Court. The feeling of being called a sex offender, a predator, a child pornographer, a pedophile, Michael Jackson (when he was found innocent in a court of law), it just drives me into anger, it drives me into hatred and feeling vulnerable, it drives me into sadness, it drives me into total fear and depression, <u>because I was framed with child porn and gave a false confession. The way I have to comply with a ton of different sex offender restrictions, and laws can be passed in the future placing all sex offenders under more unreasonable, cruel and unusual punishment, type restrictions that don't seem to get the protection of the grandfather clause in my opinion</u>, as <u>if making all registered sex offenders suffer more and more restrictions and penalties for the rest of their lives will actually protect the children</u>. There are children that I heard of became sex offenders, being treated the same as adult men child molesters, and some for very stupid reasons like teens texting their boyfriends and girlfriends around their own age. Nobody wants to change the broken sex offender laws, and nobody seems to want to help innocent people accused of sex crimes because of the stigmatization, in my opinion, as I kept begging for help and writing hundreds to likely thousands of letters and/or faxes and got nowhere. Yet all sex offenders are treated the same and are being treated very harshly and treated worse than murderers and worse than terrorists. Sex offenders are being treated worse than mass murderers that get the benefit of a public execution so they don't have to suffer extreme criminal penalties that they have to live with every day for the rest of their lives. <u>What about all of the sex offenders that were innocent but were given a public pretender as a lawyer instead of a real defense attorney to ask questions and gather real evidence that can point towards innocence? I even plan to sue SORNA because of how I am being treated, how SORNA is cruel and unusual punishment, especially when I am not being allowed to prove my own actual innocence, the <u>sex offender restrictions on me are unreasonable and wrong</u>. It is that kind of garbage why I talked about suicide, because of what Phil Berger Sr., his District Attorney Son Phil Berger Junior, and what the Town of Mayodan has done to me. <u>I feel like they (not-literally) raped me, they took my life from me and I want my life back, I want my freedom back, I want my law abiding citizen status back, I want my conviction overturned and I want to prove my innocence.</u> Mr. Coalter's

5

words and actions are making me sink into depression and lack of will to live. That is why I want to sue Coalter or the Government for the discovery evidence to prove my innocence so that I do not sink into suicide-level depression. I am NOT a sex offender and should have had a good lawyer to let me go over the entire discovery packet before the Jury trial was to have commenced on June 10, 2014. Mr. Coalter never even showed me the entire discovery packet before my final conviction and it was the same with Mr. Eric David Placke of the Federal Public Defender office.

4. I filed the FOIA request in hopes of stopping the continuing injustice, the mental rape of my mind by the abusers in the screwed up Town of Mayodan, the most corrupt small town I had ever dealt with on a personal level, the use of sex offender regulations against me to torment me and make me suffer, contemplating suicide, and trying to keep myself together. The more I fail, the more depressed I get and it brings down my health, and it will eventually damage me till I am permanently hospitalized with tons of future health problems that come out of my constant worry, depression, fear, hatred, anger, and bitterness. I keep being treated like a child rapist and I am a virgin. I used FOIA as a vehicle to sustain my lost due process rights that I was never given after I was indicted in November, 2013. All of this suicide talk was after the fact that I was coerced to falsely confess to two police detectives on August 29, 2012, so that is further evidence of coercion. I needed the confession Audio CD to prove to the Court that I did give a false confession but both of my defense lawyers never allowed any of it to be used in my defense. People don't just randomly talk about committing suicide until after dealing with a verbally abusive (that is what I felt I was going through) police force in Mayodan, NC, that hated my guts for writing news articles ciritcal of Mayodan and Sen. Berger, and for trying to nullify the National Defense Authorization Act ("NDAA") of 2012 for attempting to allow what I believe to be Government sanctioned abductions and torture of any American citizen even remotely accused of terrorism. Americans can be abducted and/or tortured even if the evidence may be fraudulent because under torture anybody will admit falsely to terrorism so that the torture stops. The town of Mayodan did not like me standing up against Agenda 21 and torture inside of their town-council chambers. Anyways I believe the Detectives had verbally pressured me, made me feel like I am the worst kind of person on this earth, lied to me, and made me feel that I needed to falsely confess to the conduct that I was being accused of. They told me that they had found child porn on my computer but never showed me a single picture and never described what was in the alleged claim of what they claimed to have been found, they never proved any of that to me during the interrogation, just made a claim that they saw it, and led me to believe that I better just give them a false confession, to tell them what they had wanted to hear. They went on to not just compelling me to falsely admit guilt but saying things about little girls at Walmart

6

and one Detective (I believe that it was Robert Bridge of Reidsville) told me *"Hey! She's a cute little girl."* They also told me about what I remember was they were referring to adult porn one or two of them were into or at least claimed they may have been into. They had confused me between adult porn and child porn and that also makes me a victim of echolalia, repeating what I heard from law enforcement during the police raid the day before, repeating what I had read in the search warrant affidavit as they were descriptive about child porn so anybody with a vivid imagination (especially Autism) would start to come to conclusions to which can help give false confession statements that cannot be proven entirely factual like something out of a fairy tale, this is not a fairy tale, but this was a nightmare. Out of fear and being verbally abused by the Detectives (*I consider what the Detectives did while interrogating me was verbal abuse since one or two of them had an agenda to destroy me for what I did in the Town of Mayodan on a political scale*). Mayodan had led me to almost committing suicide, and led to evidence suggesting that I had talked about commit suicide 8 or 9 days after my confession as I knew they got me to falsely admit guilt so I was done for. They had me believing that I was guilty myself after what all they were saying to me. I can prove coercion and that I gave a false confession but only if the U.S. Attorney or John Scott Coalter give me unfettered access to the discovery evidence, and allow me to give any copies or temporary give the original to independent expert witnesses to make a determination on any facts of my false confession and any facts of me being framed with child pornography. There are things that were said in that Audio CD that are not in the Mayodan Police report. I had also wondered if the confession audio was not recorded in its entirety and may have been botched up, so I had wanted an expert witness to analyze the U.S. Attorney's confession Audio CD of my false confession, and determine whether the audio was in whole or whether any sections of the tape recording were altered or removed. If the audio were of fragments instead of it being whole and unaltered, then the confession audio CD is not valid evidence and never should have been used against me in Federal Court leading to my false guilty plea which holds me liable under penalty of perjury. I had no defense Attorneys and none of them ever believed in my innocence except for Renorda Pryor but she cannot help me on anything other than the U.S. Probation Supervised Release revocation hearing. I never got to see all of my discovery until after I was convicted. Then I see things in there that could have got me found not-guilty by a Jury or have the case dismissed on lack of valid evidence, but both of my defense Attorneys didn't do anything except got me to plead guilty, and/or make me stick with it.

5. Mr. Coalter's office is in Greensboro, NC. Every time I wish to review over the discovery evidence, I would have to contact my Probation Officer to get permission just to have a short period of time to review over the discovery evidence. Mr. Coalter has it very inconvenient for me

7

to prove my innocence, basically almost impossible the way the discovery agreement was set up against me, and I never even saw the discovery agreement that Mr. Coalter had mentioned. If my Probation Officer doesn't have his phone with him and I am not able to get his permission, then I cannot go down to Mr. Coalter's office to look over the discovery evidence again, plus it will be based upon his schedule, his rules, and he admitted that he was in conflict of interest for me to prove actual innocence. He will never let me prove my innocence. This FOIA request is necessary to prove my actual innocence. I have a good Probation Officer, but the restrictions placed on my travel, makes it inconvenient for me but convenient for Mr. Coalter to continue stonewalling me, and stonewalling any Attorneys that I beg to help me, and Mr. Coalter won't let me prove my innocence. I need him subpoenaed to prove that the U.S. Attorney has covered up or concealed records after I had admitted at the final Supervised Release revocation hearing on June 30, 2015, and on various pro se filings that I still had intended to file a 2255 Motion and prove my innocence to the charge that I had plead guilty to. The U.S. Attorney knew of my FOIA request since it involves his office and a copy of the FAX to the EOUSA was also faxed to the U.S. Attorney office in Greensboro. He knew that I wanted to prove my innocence, I was even mocked me of my claim at the hearing by saying on the "USA v. Brian Hill -- SRV Hearing -- 6/30/2015," Court Transcript, and that was AUASA Anand Prakash Ramaswamy that had control of the records subject to the FOIA. AUSA Ramaswamy or USPO Kristy L. Burton states in open Court that "*Yes, sir. I mean, it's the same information of him being set up. It's the same type of information that he faxes to me or the Court or files within the system. It's the same language every time.*" So they all admit that I keep saying, over and over again, for years that I am innocent and want to prove my innocence, however I seem to be blocked or stonewalled, one way or another, and I am having am admit on record that I am being blocked under because it is true to the best of my knowledge. That is why my FOIA request was very important. It also said in another part of the Transcript of the June 30, 2015, hearing that "*because Mr. Hill believes that he's been set up in this case, and he's very adamant about that.*" The Judge Thomas D. Schroeder even admitted that "*By reading those, there is clearly an attitude of defiance and <u>refusing to accept his own guilty plea and a claim that he's been framed</u>,*" which is entirely true because I was given a <u>court appointed lawyer that had no interest in proving my innocence but would work with me on taking the guilty plea then getting to the next case</u>. If at the beginning, I had a fair trial, I had a lawyer that did fight to prove my innocence, then I wouldn't be fighting right and left in Federal Court in Greensboro or anywhere to try to demonstrate that I am actually innocent and wish to prove the facts of it, but both the Government and Mr. Coalter are blocking me, as much as they can legally get away with. Same with Mr. Placke, deleting email attachments that my family had emailed him. My family showed me

8

print-outs of the Federal Public Defender assistant deleting email attachments and then he lied to the Judge N. Carlton Tilley Junior on June 4, 2014, that he had no good faith evidence to support the basis for suppressing evidence as per my pro se motions that were filed which were discussed at the Status Conference. I know for a fact that Mr. Placke lied to a Federal Judge because of what I saw in the discovery papers. There were things he could have used to have me found not-guilty by a Jury. This FOIA lawsuit is my only hope without getting myself entangled with the Greensboro Federal Court system that will fight viciously to protect Mr. Placke and likely Mr. Coalter. I can only get real due process from a Court outside of the Middle District of North Carolina, which is why I had chosen Danville, Virginia for this lawsuit, to protect my due process right to try to prove my innocence which I had been denied since I was arrested by the U.S. Department of Homeland Security ("DHS"), that I been denied since I was assigned a public defender attorney, a right that I was never given so I waived rights in my plea agreement that I never even had before the trial, my rights were totally deprived. The sex offender conviction in my view is wrong and should be reversed. The sex offender registry caused me to almost commit suicide, talked about it in 2012, almost attempted it in December, 2013, and then there was the false confession which set me to fail in Court since I had no real defense Attorney to fight fairly under the adversarial system to prove my innocence or raise a ton of reasonable doubts from the Government's evidence alone. I could have been found not-guilty by a Jury if I have had a better lawyer than what I was given in Greensboro.

6. Attached hereto as <u>Exhibit 1</u>, is a true and correct "Declaration of the September 30, 2016 visit with Attorney John Scott Coalter" that is nine pages long. This is <u>9 pages</u>. I was creating this originally for a lawsuit that I am planning to file against John Scott Coalter. I have not filed the lawsuit against Coalter yet as I am concerned about jurisdiction being in Greensboro, North Carolina, as he may be close with Chief Judge William Lindsey Osteen Junior, and is a CJA Panel attorney so I will likely not receive impartiality of due process in suing Mr. Coalter in Greensboro. He mentioned about Judge Osteen on Sept. 30, 2016, about Judge Osteen going after another client of his that had wanted to get out of their guilty plea, as if a claim to try to scare me into not trying to prove my innocence. He did make a claim (however I was the only witness so it would be my word against his which would fail drastically) that shows he and Osteen may somehow have him not to be impartial but if I go any further Mr. Coalter will likely retaliate, However I may need further evidence to be sufficient to have jurisdiction and venue away from Greensboro, NC where I may face a biased Judge in that lawsuit if I am forced to file it in Greensboro. I am filing this Declaration as evidence since it provides further evidence as to Mr. Coalter. So I am sticking with the FOIA lawsuit and hope that the Government gives me a copy of the entire discovery evidence for my criminal case as originally a copy was

9

given to Mr. Coalter. I am concerned that I would face some form of retaliation which could lead to attempts at revocation of my Supervised Release, in response to the lawsuit if it proceeds in Greensboro, NC. However I feel that since my subpoena is for Mr. Coalter that the Court should review over this Declaration and other previously filed Exhibits as to why he needs to be subpoenaed, as for the matter of the interest of justice. It is my concern that suing Mr. Coalter may be out of the question if the personal-jurisdiction law forces me to file the lawsuit in his jurisdiction in Greensboro, NC, where he knows the Judge or Judges which will make it impossible for me to get my discovery to prove my innocence. Wasting my time and I may get penalties over trying to prove my innocence before it will ever began. I am fearful that I will never get due process in Greensboro. So my only hope is winning this FOIA lawsuit so that I can prove my innocence. Mr. Coalter doesn't want me to prove my innocence and will work against me every step of the way. It is to my belief that he knows the Judge or Judges in his judicial district so he can freely do whatever he wants to prevent me from proving my actual innocence.

7. Attached hereto as <u>Exhibit 2</u>, is a true and correct copy of a <u>1-page</u> medical record, dated on September 6, 2012. From the date started of my false confession on August 29, 2012, (counting August 29) to September 6, 2012, would be approximately 8 or 9 days after the confession was recorded and then at some point burned into an audio CD which is in the discovery evidence, that Mr. Coalter has a copy of from the U.S. Attorney in Greensboro, North Carolina. <u>Exhibit 2</u> documents that I was depressed and talking about suicide 8 or 9 days after the fact that I was badgered by the Detectives to falsely confess to guilt on August 29, 2012, leading me into talking about killing myself aka committing suicide which was reported by Dr. Andrew Maier. Just in case the words on this medical record isn't legible, it says and I quote from <u>Exhibit 2</u> that "Brian Hill is a current patient at Western Rockingham Family Medicine. He has a diagnosis of Type I Diabetes, GERD, Autism, and depression with suicidal thoughts. His medication list is as follows: Nexium 40mg, 1 po qd, Lantus Sola star pen, 36 units q hs. Novolog flex pen-sliding scale, Lisinopril 5mg, 1 po qd. Mr. Hill has an inability to take care of himself, therefore needs around the clock care. If further assistance is required, please do not hesitate to contact our office at (336) 548-9618." It also stated that it was "Sincerely, Andrew Maier, PA-C Western Rockingham Family Medicine." The address and contact information in the Exhibit is "401 W. Decatur Street, Madison, North Carolina 27025," and "Office: (336) 548-9618  FAX: (336) 548-4877".

8. Attached hereto as <u>Exhibit 3</u>, is a true and correct copy of excerpt of a <u>1-page</u> out of a letter of 7 pages from Kevin Wetzel of SLC Security Services LLC, 2644 Timber Dr. Suite 342, Garner NC 27529, and Phone number of 919-441-7353. One claim he made over the phone was that he had contacted the SBI about my computer and his call was not returned.

I cannot include the other 6-pages (the contract from SLC Security) in this public filing as it is confidential and may constitute legal issues by filing the entire letter, so I need to keep the other six pages to myself unless the Court asks me for the papers, then you can get the entire contract from my mother Roberta Hill. Since they are an independent computer forensic expert organization, I reserve them for when I file my 2255 Motion, then ask for the CJA voucher to pay for the computer expert services, an audio expert to analyze the Audio CD to determine if the audio of the interrogation was botched up which makes it not credible evidence of guilt but is a frame up job, and the last thing is a psychologist to evaluate me over my false confession and how my Autism was used to manipulate me into giving a false confession.

9. Attached hereto as <u>Exhibit 4</u>, is a true and correct copy of a <u>3-page</u> white paper by independent expert named Dennis Debbaudt who was reported to be training law enforcement. His white paper or report titled the "Interview and Interrogation of people with autism (including Asperger syndrome)" talks about the issues of somebody on the Autism Spectrum being interviewed or interrogated by law enforcement and that they may give a confession that may not be deemed true, accurate, and reliable. He can be subpoenaed at the address 2338 SE Holland Street, Port St. Lucie, Florida 34952-4831. His phone number is (772) 398-9756.

10. Attached hereto as <u>Exhibit 5</u>, is a true and correct copy of a <u>3-Page</u> Declaration that was signed by witnesses Roberta Hill, Stella Forinash, and Kenneth Forinash.

11. That is why I need the discovery evidence from John Scott Coalter. I have the witnesses available once I start the cross examinations of the criminal case discovery evidence. I can't do all of this at Coalter's office with restrictions on my travel, on me not being allowed to use the internet, the computer restrictions. I cannot continue having to travel down to Mr. Coalter's office just for likely a few hours of time, each time, to go through the discovery evidence on a pro se basis. I need the discovery evidence in my hands, to be able to determine the facts of innocence. I am ready to prove my innocence but I need a copy of the discovery evidence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 8, 2017_

_Brian D. Hill_
Signed

**Signed**

**Brian David Hill(Pro Se)**
Former news reporter & Founder of USWGO Alternative News
Home Phone #: (276) 790-3505
310 Forest Street, Apt. 2. Martinsville, VA 24112



11

# EXHIBIT 44

**For Federal criminal case**
**-- BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY" - DECLARATION, ATTACHED EXHIBITS, AND BRIEF IN SUPPORT OF THIS MOTION --**
**United States of America v. Brian David Hill (Brian D. Hill) (formerly USWGO Alternative News)**

**Criminal Case Number 1:13-cr-00435-1**



**Subject:** Re: Public Comment Period Extension Request
**From:** Brian Hill <admin@uswgo.com>
**Date:** 2/29/2012 2:52 PM
**To:** Lessa Hopper <mhopper@townofmayodan.com>, mbrandt@townofmayodan.com

Just so you know we are writing an article about this town councils actions because a lot of people are coming from different states and even this state to attend the only 3 minute speech I am giving. Even people 2 hours away were attending and told me they would due to my speech on Agenda 21. A lot of Mayodan businesses and even churches have already received faxed flyers and flyers are being distributed to county radio station. Flyers are even planned to be given out letting the town know that Agenda 21 is not acceptable and nobody should obey the rules of Agenda 21. Someone informed me that our town council may now possibly be infiltrated by Agenda 21 advocates that they are now working on converting this town into a Agenda 21 forceful relocation hub and this angers me. I will not obey any Agenda 21 rules and regulations **if this town dares enforce this treasonous unconstitutional forms of corruption, espionage, and infiltration**. The United Nations never dared to look at all the scientific facts, relied on fraud, relied on threats and intimidation, relied on sweet talk and bribes, I can prove this if you demand proof, and now other towns and cities that gave in never got a vote from their constituents but just simply their councils betrayed and stabbed their people in the back. I was hoping this town would be different, fight back and refuse to go along with the United Nations plans which is unconstitutional and detrimental to the sovereignty of both the states and this country as a whole. I guess you don't care when this town is systematically destroyed and taken over by UN Troops that are designed to take over the city and town councils and that they will be run by military commanders instead of representatives. Even a small town in North Carolina did have a military drill where military was conducting home searches, gun confiscations, and systematically violating the peoples rights during a martial law drill scenario. The United Nations as George H. W. Bush said it they want a "New World Order, to which a credible United Nations will use it's peace keeping roles to fulfill the promise and vision of the UN's founders!". People were deceived as Bush never mentioned that the Environmental Movement fraud but it got exposed via the Wikileaks U.S. Government cable leaks and Climategate hacked emails from environmental extremists.

I was informed by someone that the town councils and city councils have been unfairly infiltrated by those who will enforce the UN Agenda rules via the ICLEI - Local Governments for Sustainability program. I hope people will use common sense and that this town be protected. If the UN has their way I will be murdered by the Feds since I am disabled and these communists that infiltrated our state government and the feds want me dead because I live with a incurable disability due to the profits of Big Pharma. I fight peacefully and politically because I know I have no future and this country has no future so that is why I do political activism. Eugenics is on the rise again as reported by Wikipedia. The next Nazi Germany may be this country and the whole world is going along with the New World Order except a minority of nations which is why the U.S. keeps threatening war with Iran exactly as the Bilderberg Group wanted in 2006 when they called for a war on Iran and they are getting what they were

demanding from our Government. Whatever the Bilderberg Group demands our government meets their demands and laws get passed which people are persecuted under. I even spoke with the reporter James Tucker also known as Jim Tucker and he told me that gas prices would go to $7 a gallon and that the standard of living would decrease. He also said that the Bilderberg wanted the war with Libya.

Thanks for at least responding to my request. Many who attend and will likely be a full house at the March town hall meeting will be surely disappointed none the less they will still be happy that I at least made a three minute speech. I guess I will have to just set my own debate up and not follow the paradigm rules where I have to be democrat or republican when that is just a way to control public opinions and control the highly infiltrated and controlled mainstream media. I will likely **set up a public press conference at a business or some park somewhere** that sponsors it in Mayodan, not in the highly controlled town halls, and without your approval so that I have more then 3 minutes which hardly gives me any time to describe how dangerous and deadly Agenda 21 is to the people of this town and the disabled that can't help the health problems they live with.

We hoped that we could get the town of Mayodan to go against a subversive takeover by the United Nations under the guise of saving the environment when all of us experts know that that is not the truth but a lie.

I appreciate that I at least have 3 minutes and if your town council goes along with the Bilderberg cu-da-ta then I will join the patriotic Ron Paul uprising and take back this country from the evil corporate groups that have shang-hiaed this country into the toilet. Ron Paul is our last hope. If all towns are expected to follow federal laws then Ron Paul will be able to restore the towns and cities and fix everything as a president.

My email response will be published to the alternative media as proof that we will never see an end to the never ending infiltration and corruption that has plagued America like a virus. I thought the small towns and cities would fight back but instead the people have no choice or freedom anymore. Have fun Ms. Hopper in the new super cities where everyday people will get groped by government transportation hubs security (TSA) and limits on our lifestyles and living under a socialist control system by Northcom military high-ups. Our freedom is over and we better get used to it. It ain't just Obama that's ruining America but infiltrators that succeeded in their goals. I guess it's fun for all of you in town to enjoy the super cities without any cars or personal transportation. To be packed into small subway cars that search every bag and grope every person to stop a few terrorists that may or may not cause harm. You have a better chance at dying from a lightning strike or a deer jumping out on the road then from a terrorist attack. You have a better chance at winning a rigged lottery game then dying from a terrorism attack. These bag searches and x-ray naked body scanners have to stop. The people needs to wake up to the impending corruption that will break the spirit of our founding fathers of 1776. Have fun in Equilibrium (http://www.imdb.com/title/tt0238380/) where you can be considered a sense offender and be executed by the government for simply being human and not taking your

drugs. I guess we have to say Yes to drugs instead of saying no. Too bad our future is gone by a group of criminals and globalists!

Sincerely,
Brian D. Hill

On Wed, Feb 29, 2012 at 1:00 PM, Lessa Hopper <mhopper@townofmayodan.com> wrote:

Mr. Hill,

During a continued meeting on Monday, February 27, 2012 the Town Council decided that while your subject matter is an important issue, the Council finds that to extend your speaking time limit would set precedence for future requests that they may not be able to accommodate. Therefore, the Council would like you to adhere to the rules and guidelines previously set forth for all comments from the public during the public comment period, of which you have a copy. The Council provides for a fair and balanced period set by state statutes to allow for the public to address their elected officials. To give permission to an extension for one speaker would create the expectation of granting extension requests by all speakers. The Council appreciates your interest in the governmental affairs of your community and will be glad to hear your presentation at the March meeting under the established guidelines by Council.

Sincerely,

Melessa K. Hopper, CMC, Town Clerk

Town of Mayodan

210 W. Main Street

Mayodan NC 27027

336.427.0241 (office)

336.427.7592 (fax)

mhopper@townofmayodan.com

--

--------------------------------------------------------

Brian D. Hill
Admin, Founder, webmaster, and head reporter of USWGO Alternative News (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

# EXHIBIT 45

**For Federal criminal case
-- BRIEF / MEMORANDUM IN SUPPORT OF
BRIAN DAVID HILL'S "MOTION UNDER 28
USC § 2255 TO VACATE, SET ASIDE, OR
CORRECT SENTENCE BY A PERSON IN
FEDERAL CUSTODY" - DECLARATION,
ATTACHED EXHIBITS, AND BRIEF IN
SUPPORT OF THIS MOTION --
United States of America v. Brian David Hill
(Brian D. Hill) (formerly USWGO Alternative
News)**

**Criminal Case Number 1:13-cr-00435-1**



http://www.journalnow.com/news/local/judge-dismisses-lawsuit-alleging-sbi-misconduct-in-clemmons-dentist-case/article_9be9735c-a38c-11e2-b701-0019bb30f31a.html

# Judge dismisses lawsuit alleging SBI misconduct in Clemmons dentist case

Michael Hewlett/Winston-Salem Journal   Apr 12, 2013



A Forsyth County judge dismissed a lawsuit that was filed by a Clemmons dentist alleging that two agents with the State Bureau of Investigation framed him for killing his wife by manipulating blood evidence and lying during his murder trial, according to a written order filed in the case Thursday.

The dentist, Dr. Kirk Alan Turner, was acquitted in 2009 of first-degree murder in the death of his estranged wife, Jennifer Turner, on Sept. 12, 2007. Jennifer Turner was slashed twice in the throat and her body was found in the shop building at the house the couple once shared in Davie County.

Kirk Turner maintained that he killed his wife in self-defense after she attacked him with a large spear. Prosecutors said Kirk Turner staged the crime scene to make it look like he was attacked. Turner's month-long trial was high-profile and the case was featured on CBS's "48 Hours Mystery"

Judge Stuart Albright of Forsyth Superior Court issued the ruling after a two-hour hearing on motions to dismiss the lawsuit Monday. According to his written order, Albright dismissed the lawsuit because Turner failed to state a claim for which he was eligible for relief and that the court lacked jurisdiction to hear the case. Albright dismissed the lawsuit with prejudice, meaning that Turner is prohibited from filing the lawsuit again in Forsyth Superior Court.

His attorney, John Vermitsky, said Friday that he plans to appeal Albright's decision to the N.C. Court of Appeals. Turner also has filed a complaint making similar allegations against the SBI with the N.C. Industrial Commission. Motions to dismiss that complaint were denied, Vermitsky said in court this week, and the case is pending.

"We were disappointed in the ruling but appreciate the consideration of the court," Vermitsky said in an email message Friday. He declined to comment further. Kirk Turner, who attended the hearing Monday, could not be reached for comment.

Jennifer Canada, a spokeswoman for the SBI, did not return a message seeking comment Friday.

In the lawsuit, Turner alleged that SBI Special Agent Gerald Thomas and former SBI Special Agent Duane Deaver repeatedly videotaped themselves doing forensic tests to prove that a large bloodstain on Turner's shirt was the result of him wiping a pocketknife on it, bolstering the prosecution theory that Turner intentionally killed his wife. Thomas was also accused of altering a report of the blood evidence to match the prosecution theory. The SBI concluded that Thomas violated SBI policy in changing the report. Thomas still works for the SBI.

Deaver, however, was fired in 2011 after his work in several cases came under fire. Former FBI assistant director Chris Swecker released a critical audit of the SBI crime lab in 2010. N.C. Attorney General Roy Cooper requested the audit after Greg Taylor, who had been convicted of killing a woman in Raleigh in 1991, was exonerated by the N.C. Innocence Commission. Deaver was accused of misrepresenting blood evidence in Taylor's case.

Also named in the lawsuit were former SBI director Robin Pendergraft and two unidentified SBI supervisors of Deaver and Thomas. Attorneys with the N.C. Attorney General's Office represented the defendants in the case.

They argued Monday during the hearing that the defendants' actions did not directly lead to Turner's arrest and eventual prosecution. They were simply assisting local prosecutors and law enforcement in the investigation.

Angel Gray, who represents Thomas, said in court that Thomas changed his report after consulting with prosecutors and detectives with the Davie County Sheriff's Office. But Vermitsky said that Thomas did not change the date when he changed his report and failed to fill out a form stating why he changed the report.

mhewlett@wsjournal.com

(336) 727-7326


PUT SOME SPARKLE IN YOUR LIFE · MORE THAN A QUARTER BILLION DOLLARS IN PRIZES IN THE ENTIRE GAME · FOUR TOP PRIZES!* $10,000,000 · LEARN MORE

SPECIAL REPORTS

# Scathing SBI audit says 230 cases tainted by shoddy investigations

### BY MANDY LOCKE, JOSEPH NEFF AND J. ANDREW CURLISS - Staff Writers

AUGUST 19, 2010 2:00 AM

The North Carolina justice system shook Wednesday as an audit commissioned by Attorney General Roy Cooper revealed that the State Bureau of Investigation withheld or distorted evidence in more than 200 cases at the expense of potentially innocent men and women.

The full impact of the disclosure will reverberate for years to come as prosecutors and defense attorneys re-examine cases as much as two decades old to figure out whether these errors robbed defendants of justice. Some of the injustices can be addressed as attorneys bring old cases back to court. For others, it's too late: Three of the defendants in botched cases have been executed.

"This report is troubling," said Cooper, who oversees the SBI. "It describes a practice that should have been unacceptable then and is not acceptable now."



Martinsville, VA: This Brilliant Company Is Disrupting A $200 Billion Industry
EVERQUOTE

The revelation came after a five-month review in which two former FBI agents pulled dusty case files from shelves to find the truths that analysts chose to keep to themselves.

### Latest news by email

This afternoon's latest local news

Enter Email Address

SIGN UP

Two former FBI agents, Chris Swecker and Mike Wolf, examined more than 15,000 cases at the invitation of Cooper, a Democrat who has been attorney general since 2001. The exoneration of Greg Taylor, a Wake County man imprisoned 17 years for a murder he didn't commit, prompted the review. SBI analyst Duane Deaver admitted in February that he failed to report tests indicating a substance on Taylor's SUV was not blood. Deaver, who was suspended Wednesday, said that his bosses told him to write reports that way.

He was telling the truth. Swecker determined that the practice of not reporting results of more sophisticated blood tests was sanctioned by some analysts. In 1997, it became written policy. That policy remained in effect as recently as 2003.

Swecker said his findings signal potential violations of the U.S. Constitution and North Carolina laws by withholding information favorable to defendants. Swecker stopped short of determining whether the hidden results affected guilt or innocence in the cases he examined; often there was other evidence in the cases that linked defendants to the crimes. Still, the withheld information could have made a difference in the sentences handed down.

"This is mind-boggling," said veteran Wayne County District Attorney Branny Vickory, a Democrat. "It is really a nightmare for everyone. I don't know how we are going to make this right."

The audit is another black eye for a beleaguered SBI.

The News & Observer reported this month in a series, "Agents' Secrets," that analysts across the laboratory push past the accepted bounds of science to deliver results pleasing to prosecutors. They are out of step with the larger scientific community and have fought defense attorneys' requests for additional information needed to review the SBI's work. Cooper last month dismissed SBI Director Robin Pendergraft after she struggled to answer questions about SBI cases and policies.

"This is such a damning indictment on the SBI," said Staples Hughes, the state appellate defender, whose office oversees appeals of all defendants convicted by juries. "Why didn't they just say 'we lied.' That's what they did. Sadly, I'm not surprised."

Prosecutors and defense attorneys are scrambling to review the 230 problem cases cited in Swecker's report. At least 80 defendants are still in prison, a top priority for Prisoner Legal Services, said executive director Mary Pollard.

No rules, bad science

Swecker's report paints a picture of a renegade unit at the SBI crime lab acting without rules and with misguided notions about the science behind blood analysis.

In serology, police use rudimentary presumptive tests at crime scenes to determine where blood might be. Those tests are fallible, prone to giving false positives. So analysts depend on more sophisticated, confirmatory tests to determine whether a substance is, in fact, blood.

RELATED STORIES FROM THE NEWS & OBSERVER

For executed men, audit's too late

&

Read the independent review of the SBI forensic laboratory

&

SBI lab's prosecutorial slant still at issue

&

Saunders: SBI's dirty bill of health

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 103 of 105



Read more in the Agents' Secrets series



Before 1997, the serology unit operated without report-writing guidelines. Analysts set their own criteria until 1997; that policy sanctioned the practice of not reporting negative or inconclusive results of confirmatory tests.

Swecker found policies and practices out of step with the rules of serology. They were also far afield of fairness, according to the report.

"There was anecdotal evidence that some Analysts were not objective in their mindset," Swecker wrote.

Tests used to confirm the presence of blood never yield "inconclusive results," Swecker noted. Two analysts interviewed for the report told Swecker that despite volumes of warnings about the potential for false positives on presumptive blood tests, they didn't believe it because they had not gotten a positive result when testing plant material and bacteria known to signal false positives. Those two analysts believed that positive presumptive tests were absolute indications of blood.

Eight analysts were involved in these bad practices. Some are dead; a few are retired.

Four still work for the SBI, and another performs contract work for the agency.

Behind the five cases Swecker deemed most problematic: Deaver, a 23-year veteran of the agency.

New SBI Director Greg McLeod suspended Deaver on Wednesday, pending further investigation.

'An abomination'

The cost of these errors was tough for lawyers to comprehend Wednesday.

"This report reveals staggering lack of competence at the lab," said Mike Klinkosum, a Raleigh lawyer who represented Taylor in February and helped discover Deaver's withheld test results. "It's an abomination of the criminal justice system and an affront to all the decent law enforcement officers out there doing their jobs."

Cooper delivered copies of the report and a list of affected cases to district attorneys across the state little more than an hour before announcing his findings to the public.

At least one met the findings with anger.

"We've been out here asserting things as fact that just weren't," said John Snyder, district attorney of Union County. "Now, when I've got jurors coming in, I've got to enter into a whole line of questioning I never should have been forced to do. They won't trust us."

Snyder, a Republican , called for an independent audit of the entire crime lab.

On Wednesday, Cooper promised a more independent review would follow and that McLeod, the new director, would bring in experts.

Case 1:13-cr-00435-TDS   Document 133   Filed 11/14/17   Page 104 of 105

"The lab cannot accept a lack of thoroughness," Cooper said. "It cannot accept attitudes that are not open to the possibility that a mistake has been made. It cannot ignore criticism and suggestions from the outside."

**Never miss a local story.**
Sign up today for a free 30 day free trial of unlimited digital access.

SUBSCRIBE NOW

## IN OTHER NEWS | 9 Dismembered Bodies Could Mean Japan Has a Rare Serial Killer on Its Hands



💬 COMMENTS ⌄



SPONSORED CONTENT
### Would You Do These 4 Things After a Car Accident? 4 Things to Remember
**By Ford Motor Company** — Whether it's harsh weather or a distracted texter in the left lane, accidents always seem to come out of nowhere.



**SUBSCRIPTIONS**

Start a Subscription

Customer Service

eEdition

Vacation Hold

Pay Your Bill

Rewards