# EXHIBIT 3

## For Federal criminal case
-- THIRD ADDITIONAL EVIDENCE DECLARATION IN SUPPORT OF DOCUMENT #128, #128-1, AND 128-2 "BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" (DOCUMEMT #125) -- DECLARATION, ATTACHED EVIDENCE EXHIBITS IN SUPPORT OF BRIAN DAVID HILL'S § 2255 MOTION --

United States of America v. Brian David Hill
(Brian D. Hill) (formerly USWGO Alternative News)
Brian David Hill v. United States of America

Criminal Case Number 1:13-cr-00435-1
Civil Case Number 1:17-cv-01036



Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket for Fax ID: 276-790-3505

Date: 4/18/2015
Number of pages: 2
Attn.: INTERNAL AFFAIRS(IA)
Recipient's number: T19196624523
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\mISSING PAGE FOR E\Error Correction: Yes'fairs to NC SBI(Ready to FAX) {2015-04-18}_General (Letter).tif
File description: mISSING PAGE FOR Evidence for Internal Affairs to NC SBI(ReadResolution: 200*200 dpi
Recipient's Fax ID: 9196624523
Rate: 14400 bps

Time: 11:38:40 PM
Session duration: 2:54
To: North Carolina State Bureau of Investigation(SBI)
Message type: Fax
Record number: 1109

# Fax Cover Page | CONFIDENTIAL | URGENT

Date: 4/18/2015         Time: 11:38:40 PM         Pages: 2

To: North Carolina State Bureau of Investigation(SBI)

# Attn.: INTERNAL AFFAIRS(IA)

From: Brian David Hill

Fax ID: 276-790-3505

# MISSING EVIDENCE PAGE 2/4 FROM DOC#2 AS LISTED,
# FOR INTERNAL AFFAIR'S EYES ONLY FOR THE INTERNAL AFFAIRS OFFICE/DIVISION
# APRIL 18, 2015 - 11:35 PM - IA LETTER TO NC-SBI
# - SENSITIVE INFORMATION
# - COMPLAINT FOR THE IA

**VentaFax Cover Page**

# Fax Cover Page | CONFIDENTIAL | URGENT

Date: 4/18/2015    Time: 11:38:40 PM    Pages: 2

To: North Carolina State Bureau of Investigation(SBI)

# Attn.: INTERNAL AFFAIRS(IA)

From: Brian David Hill

Fax ID: 276-790-3505

# MISSING EVIDENCE PAGE 2/4 FROM DOC#2 AS LISTED,
# FOR INTERNAL AFFAIR'S EYES ONLY FOR THE INTERNAL AFFAIRS OFFICE/DIVISION
# APRIL 18, 2015 - 11:35 PM - IA LETTER TO NC-SBI
# - SENSITIVE INFORMATION
# - COMPLAINT FOR THE IA

VentaFax Cover Page

# Complaint

I am a Federal inmate at the Guilford County Jail and am willing to give the testimony, my testimony to a SBI Agent at the Jail. My family can fax your agent their affidavits for their evidence for my complaint. You can call my mother at (276) 224-6417 and my grandparents at (276)632-2599. Me and my mother are witnesses to the detectives admitting to going through my computer files, themselves, doing whatever they wanted with them before sending off to the state crime laboratory therefore is evidence contamination and possible tampering. Now with possible lying in a search warrant affidavit by the detectives, I submit evidence of testimony that I received an email from Mary Dagan, Foxman with information that my IP Address 24.148.156.211 was manually entered into the Child Protection System server database at Boca Raton, FL. The exact opposite of detective Robert Bridges claim in the affidavit that my IP Address was automatically flagged.