

U.S. POSTAGE PAID
MARTINSVILLE, VA
24112
DEC 01 17
AMOUNT
**$11.15**
R2305K137062-16

7017 1450 0000 9407 6773
CERTIFIED MAIL

7017 1450 0000 9407 6773

RECEIVED
In the Office
DEC 04 2017
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC /S

ATTN: Clerk of the Court
U.S. District Court
324 W. Market Street
Greensboro, NC 27401-2544

U.S.W.G.O. *Brian D. Hill* Signed
Brian D. Hill
310 Forest Street, Apartment 2
Martinsville, VA 24112

FRAGILE ▽
Audio CDs

PRIORITY MAIL
TRACKED ★ INSURED
UNITED STATES POSTAL SERVICE®
For Domestic Use Only
Label 10R, July 2013

Handle with Care | Prenez soin

Seal-It BRAND

Seal-It BRAND TM/MC

#5 | 10.5 IN x 15 IN | 26.6 CM x 38.1 CM

NII-10313 • Re-order # GLD30510
Conros is the exclusive licensee of the trademark and logo of/ est licencié exclusif du marque déposée et du logo Seal-It Brand TM/MC.
Used under permission/Utilisés sous autorisation.
Imported in Canada by/Importé au Canada par: Conros Corp., Toronto, Ontario M4A 1X3 Canada
Imported in USA by/Importé aux É.-U. par: LePage's 2000 Inc., Romulus MI 48174 USA
Made in China/Fabriqué en Chine

0 79331 00315 8

? 1-877-621-4125
comments@sealitbrand.com
www.sealitbrand.com

Seal-It BRAND TM/MC

**Self-Sealing Bubble Cushioned Mailer**
**Expéditeur auto-collant de bulle coussiné**

#5 | 10.5 IN x 15 IN | 26.6 CM x 38.1 CM