# EXHIBIT 3

## For Federal criminal case filing
## -- FIFTH ADDITIONAL EVIDENCE DECLARATION IN SUPPORT OF DOCUMENT #128, #128-1, AND 128-2 "BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" (DOCUMEMT #125) -- DECLARATION, ATTACHED EVIDENCE EXHIBITS IN SUPPORT OF BRIAN DAVID HILL'S § 2255 MOTION --

United States of America v. Brian David Hill
(Brian D. Hill) (formerly USWGO Alternative News)
Brian David Hill v. United States of America

Criminal Case Number 1:13-cr-00435-1
Civil Case Number 1:17−cv−01036



Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket for Fax ID: 276-632-2599

Date: 4/28/2015
Number of pages: 3
Attn.: Kristy Burton
Recipient's number: +1(434)793-7968
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\Letter to US Probation C
File description: Letter to US Probation Officer(2).pdf
Recipient's Fax ID:    4347937968
Rate: 14400 bps

Time: 5:57:13 PM
Session duration: 3:33
To: United States Probation Office
Message type: Fax
Error Correction: Yes!_General (Letter).tif
Resolution: 200*200 dpi
Record number: 1198

# Fax Cover Page

Date: 4/28/2015        Time: 5:57:13 PM        Pages: 3

**To: United States Probation Office**

**Attn.: Kristy Burton**

**From: Brian David Hill**

**Fax ID: 276-632-2599**

I understand. I will follow your orders and I will not cuss at you. I know your just following orders like with the military. You have to enforce the corruption of the U.S. District Court but hopefully my lawyer will succeed in the 2255 motion on my behalf then if the crooked Judge Osteen denies my 2255 motion then it can always be appealed beyond the corrupt district court away from that location.

I will hear what you have to say without getting upset. I must be allowed to do detective work as long as it is the old fashioned way and compliant with the conditions I am under. I am Innocent and I must prove it in order to be free again and free from my nightmare. America hopefully is not a communist country yet so hopefully I can still prove my Innocence without there being more backlashes against me. This is an emotional time for me. I am not against you, I am against the corruption in Greensboro that is feeding you your orders you have to follow. They know I am suffering when I am not guilty but they don't care what could happen to me. It's like that city has been taken over by demons, and they are wanting to take over every government.

VentaFax Cover Page

# Fax Cover Page

Date: 4/28/2015        Time: 5:57:13 PM        Pages: 3

To: United States Probation Office

Attn.: Kristy Burton

From: Brian David Hill

Fax ID: 276-632-2599

I understand. I will follow your orders and I will not cuss at you. I know your just following orders like with the military. You have to enforce the corruption of the U.S. District Court but hopefully my lawyer will succeed in the 2255 motion on my behalf then if the crooked Judge Osteen denies my 2255 motion then it can always be appealed beyond the corrupt district court away from that location.

I will hear what you have to say without getting upset. I must be allowed to do detective work as long as it is the old fashioned way and compliant with the conditions I am under. I am Innocent and I must prove it in order to be free again and free from my nightmare. America hopefully is not a communist country yet so hopefully I can still prove my Innocence without there being more backlashes against me. This is an emotional time for me. I am not against you, I am against the corruption in Greensboro that is feeding you your orders you have to follow. They know I am suffering when I am not guilty but they don't care what could happen to me. It's like that city has been taken over by demons, and they are wanting to take over every government.

VentaFax Cover Page

Tuesday, April 28, 2015

## LETTER TO U.S. PROBATION OFFICER KRISTY BURTON

**United States District Court**
Western District of Virginia,
United States Probation Office
U.S. Post Office and Courthouse
700 Main Street, Room 307
P.O. Box 732
Danville, VA 24543
Phone: (434) 792-6397 ext. 3
Fax: (434) 793-7968

Dear U.S. Probation Officer Kristy Burton,

    I am sorry for my outburst. My blood sugar was high, I was under a lot of stress, and I been dealing with the criminal threats against me and my family which you are aware of. Look North Carolina is corrupt and has criminal people in their government and I can't prove who is doing what but I know criminals have taken over parts of the U.S. District Court and taken over the FBI in Greensboro as well. I can never be able to prove any of that either but all I want is to prove my innocence then get out of my sentence then never get involved with politics again. Being apart of politics is like sentencing myself to a lifetime of harm and it is no longer worth it being a political activist for any cause. America is not a free country anymore whether you agree with me or not. It's been taken over by criminals that slipped themselves into the government and they are trying to make my life a living hell as much as possible all stemming from 2012. Then fix it so that I have no proof of such corruption.

    I understand you've been pressured into making those requests. I will probably never be able to prove political conspiracy to frame me with child porn and even if I could my life will be in great danger but Judge Osteen doesn't care if I risk my life trying to prove my innocence. He knows I am willing to risk my life to prove my Innocence but he doesn't care at all. I got only one way out of my entire sentence of supervised release and out of my conviction without risking my life (I should prove my Innocence as I shouldn't be serving a sentence in the first place). That is to prove that a computer hacker through usage of a computer virus had control of my computer during the time which I know is true that a computer hacker did the crime as I saw the eMule virus running in task manager in 2012 and battled that virus up to the day of the raid. I can suspect who did the virus but it's better off leaving it be. **I will follow whatever you ask of me** and **I will follow your orders**. I will let my lawyer handle the rest of my case to overturn my conviction since I'm aware some people in the court are angry with my filings and evidence, which I have no doubt. **I promise I will not throw such a tantrum ever again.** To tell you the truth I am afraid of all law enforcement, when I see a cop my legs start shaking because I don't know if that cop is dealing drugs or apart of the pedophile ring with government officials. I don't want to be set up with child porn again so I lost trust in the government and am very afraid of anybody wearing a badge and I shouldn't be like that. I can't trust police anymore. **I will follow their orders but I can't trust anything they say to me** as anything they say can be a lie.

    I've changed since the Mayodan Police Raid. I've changed since Caruso told me alone that he didn't approve of my news article on USWGO Alternative News. I don't trust Marshals, I don't trust the FBI, and I don't even trust the local police anymore. I do what I am told but I have no trust for anybody wearing a badge anymore after what the corrupt police did to me and the Federal Court protecting

them. When there is no justice I can never feel at peace with the law anymore. There are criminals in the court making sure that my conviction is never overturned but I can always appeal like denial of my 2255 Motion, and as long as enough evidence is on record then I'm sure Appeals will grant my 2255.

**I understand your just following orders** and that the corruption that framed me is allowed to make me suffer for a crime I didn't even commit. I hope one day the FBI will find the culprit and apologize to me for all I have been through since my Indictment.

I ask that you speak with my **attorney Cynthia Everson** so you can understand why I am fighting so hard and putting myself at major risk by fighting to overturn my criminal conviction. My lawyer is the only one helping me that isn't being appointed under the Criminal InJustice Act that appoints lawyers that are no different then public defenders wanting guilty plea deals. Cynthia is the only real attorney I ever had working on my criminal case. I don't consider the court appointed attorneys to even be real lawyers that will fight to clear your name when you have evidence of such.

**Cynthia E Everson**
**Everson Law Firm, PLLC**
PO Box 550441
Gastonia, NC 28055-0441
Phone: 704-674-8007

If you wish to talk about this matter with my attorney then please feel free to call her.

**I am sorry for disrespecting you and cussing.** You need to realize there is a war going on that I was dragged into, a political intelligence war that involves real people suffering everyday and that includes me. I will follow your orders even if they go overboard as I know once I overturn my conviction then my plight and my nightmare that I'm forced to live every single day being wrongfully treated like a criminal will all be over. I just want my life back, not a noose around my neck by the corrupt politician with the Judge and prosecutor. I committed no crime against a child and won't tell lies. I told you the truth that I think I am Innocent and my lawyer will do whatever it takes to help clear my name.

I hope you understand I want my name cleared and I want to prove forensically that I am not guilty. The sooner the computer forensic examination is done, the sooner the 2255 Motion can be filed through Cynthia then I am sure with all of my previous filings regarding my legal innocence in Declarations/Affidavits, I will have enough to be acquitted and can vacate my entire conviction. **I wish to work hard while I follow the conditions of supervised release to the letter**, to prove my Innocence and then get off of the sentence I never should have been placed on. I want to be honest with you, I am not guilty, I was wrong for my outburst today and take responsibility for my stressed out mistake today. I am under a lot of stress and receiving those threats months ago and one of them threatening to end my life which is a very real possibility with whom was involved in my case when it was a clear conflict of interest. They wanted me taken down and got what they want. I just want my life back, the corrupt people in the government in North Carolina can have their wealth and power, they can have their dreams of slavery, I just want my rights back that were taken away from me by the court.

Sincerely,
**Brian David Hill**
Home Phone #: (276) 632-2599
**916 Chalmers St., Apt. D**
**Martinsville, VA 24112**

*Brian D. Hill*
Signed

Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket for Fax ID: 276-632-2599

Date: 5/2/2015
Number of pages: 2
Attn.: Kristy Burton
Recipient's number: +1(434)793-7968
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\Letter to US Probation Officer about technical texting stuff.pd
Recipient's Fax ID: 4347937968
Rate: 14400 bps

Time: 3:56:42 PM
Session duration: 2:46
To: United States Probation Office
Message type: Fax
Error Correction: Yes
Resolution: 200*200 dpi
Record number: 1206

Saturday, May 2, 2015

## LETTER TO U.S. PROBATION OFFICER KRISTY BURTON

**United States District Court**
Western District of Virginia,
United States Probation Office
U.S. Post Office and Courthouse
700 Main Street, Room 307
P.O. Box 732
Danville, VA 24543
Phone: (434) 792-6397 ext. 3
Fax: (434) 793-7968

Dear U.S. Probation Officer Kristy Burton,

    I plan on challenging the Court's ordered blockade on my text messaging. I am following your orders but I plan on challenging Judge Osteen on what he claimed of texting. First of all he is NOT a technician, he is not a computer expert, and clearly not an expert on cell phone carriers and cell phones. So I will see if I can put in some kind of motion to challenge the Probation order barring me from texting at all. I am sorry if I got upset but I have a right to feel that I am being wronged here, since I am close to proving my Innocence. From what I know about texting, all text messages are routed through the carrier's three digit phone number which routes the text message to the cell phone that the text message is addressed to, same as a fax. The cell phone has separate and default apps of both email and text messaging, they are clearly NOT the same thing, like either email or text message.

    I spoke with a computer technician friend of mine and he said that no texting and no Multimedia Messaging goes through the internet. It does not go through an Internet Service Provider with the exception of actual email service under Google Mail for Android Phones. Texting has been a lot older then email on mobile phones. Texting and MMS is not the same as traditional email which requires the internet. Data transmissions is not the same as the internet. Internet is that a computer or computerized device connects to a open network which runs web servers and other forms of servers then clients are used to access the server contents. There are File Transfer Protocol Servers, Web Servers, Email Servers, and other servers. Text messaging gateways are definitely different then computer networks and servers. I will ask the Electronic Frontier Foundation and other legal activism groups to help me challenge the new Probation restriction you put me on because of Judge Osteen, who is clearly not an expert in cell phone technology. Even satellite Television I am sure uses internet in some form or another, so you'll probably ban me from watching TV period since almost everything anymore is using the internet in some form or fashion which is really oppression since the whole purpose of the special conditions is that I just can't get on the internet. Satellite TV may use internet in some part of their transmission from the Television networks to the Satellite provider, radio stations may use the internet as a form of a re-transmission unit, so that means I can't listen to the radio either if Judge Osteen's logic applies to everything I do in life, then essentially everything will have to be banned which is no different then a federal prison. I wouldn't have even had to go through this had I had effective counsel instead of public pretenders and court appointed attorneys that do nothing but make things worse. The only reason I got time served was because the U.S. Attorney didn't oppose that sentence. Had it been my public defender, I would have got hard time? My public defender really is a horrible lawyer and they no longer serve the means of justice but to serve the means of the guilty plea

Saturday, May 2, 2015

## LETTER TO U.S. PROBATION OFFICER KRISTY BURTON

**United States District Court**
Western District of Virginia,
United States Probation Office
U.S. Post Office and Courthouse
700 Main Street, Room 307
P.O. Box 732
Danville, VA 24543
Phone: (434) 792-6397 ext. 3
Fax: (434) 793-7968

Dear U.S. Probation Officer Kristy Burton,
    I plan on challenging the Court's ordered blockade on my text messaging. I am following your orders but I plan on challenging Judge Osteen on what he claimed of texting. First of all he is NOT a technician, he is not a computer expert, and clearly not an expert on cell phone carriers and cell phones. So I will see if I can put in some kind of motion to challenge the Probation order barring me from texting at all. I am sorry if I got upset but I have a right to feel that I am being wronged here, since I am close to proving my Innocence. From what I know about texting, all text messages are routed through the carrier's three digit phone number which routes the text message to the cell phone that the text message is addressed to, same as a fax. The cell phone has separate and default apps of both email and text messaging, they are clearly NOT the same thing, like either email or text message.
    I spoke with a computer technician friend of mine and he said that no texting and no Multimedia Messaging goes through the internet. It does not go through an Internet Service Provider with the exception of actual email service under Google Mail for Android Phones. Texting has been a lot older then email on mobile phones. Texting and MMS is not the same as traditional email which requires the internet. Data transmissions is not the same as the internet. Internet is that a computer or computerized device connects to a open network which runs web servers and other forms of servers then clients are used to access the server contents. There are File Transfer Protocol Servers, Web Servers, Email Servers, and other servers. Text messaging gateways are definitely different then computer networks and servers. I will ask the Electronic Frontier Foundation and other legal activism groups to help me challenge the new Probation restriction you put me on because of Judge Osteen, who is clearly not an expert in cell phone technology. Even satellite Television I am sure uses internet in some form or another, so you'll probably ban me from watching TV period since almost everything anymore is using the internet in some form or fashion which is really oppression since the whole purpose of the special conditions is that I just can't get on the internet. Satellite TV may use internet in some part of their transmission from the Television networks to the Satellite provider, radio stations may use the internet as a form of a re-transmission unit, so that means I can't listen to the radio either if Judge Osteen's logic applies to everything I do in life, then essentially everything will have to be banned which is no different then a federal prison. I wouldn't have even had to go through this had I had effective counsel instead of public pretenders and court appointed attorneys that do nothing but make things worse. The only reason I got time served was because the U.S. Attorney didn't oppose that sentence. Had it been my public defender, I would have got hard time? My public defender really is a horrible lawyer and they no longer serve the means of justice but to serve the means of the guilty plea

for the prisons that put people to work under slave wages.

My IT friend told me that cell phones that only use text messaging and Multimedia Messaging to other cell phones traditionally do not use the Internet and do not go through a Internet Service Provider (ISP). He said even in the case that if the cell carrier has to use network transmission to send the text message to another cell phone provider (aka Sprint to Verizon) to send to their customers cell phone, the customer has no access to the internet at all and is not dialing into a ISP nor is the user using the internet. The SMS and MMS goes right directly to only the cell phone provider then they decide where that message goes. If it goes from cell phone to cell phone then no internet service provider is being used by the end user. Even if Judge Osteen can construe Data plans as internet access, data can be used in different ways. Take the fax machine for example, it cannot connect to a network, it cannot surf the internet, all it can do is send data tones from one fax machine to another so that it can send a document. I have faxed the FBI because in the event my life is at risk and I can't trust the local police, I can fax a letter to the FBI. Faxes do not use networks, computers aren't required for faxing, and faxing does not use web servers nor clients. Just one fax machine to another. The same can be argued with cell phones. Texting with cell phones cannot be used to browse the internet, cell phones are more controlled and easy to access by any law enforcement official unlike with email where multiple accounts can be created to deter surveillance. Technically even you can put in a request to surveil my cell phone as it is is more controlled then traditional email accounts so what's the problem here with me using text? Every text I have ever done up to the point where you told me to stop after Judge Osteen had a word with you, I never sent any illegal file, it was all used to be in contact with the alternative media, my friends and allies in the 9/11 truth movement (I clearly believe the 9/11 attack was an inside job), my lawyer, and to conduct my legal business. I understand Judge Osteen doesn't want me texting him but to deny me texting anybody, then **Judge Osteen is playing as an expert when he is clearly not a certified expert in cell phone technologies**, I can clearly get a lawyer to challenge that probation order. I understand that I have to follow certain rules with the court, and texting is clearly not what the court wants to receive from me, however to bar me from texting with anybody period it has gone too far, I can clearly challenge your order in court with an expert. Again I am not surfing anywhere, I am not accessing a server nor am I using a client. The default text messaging app does not send data through the internet however apps from Google Play do use the internet as the cell phone carrier does not permit third party texting applications as they use messaging servers at a certain IP Address. Regular conventional text messaging only goes straight to the cell phone company and then is routed directly to the other cell phone user as as faxes and regular phone calls, it is all routed to their destintaions.

Your right, I shouldn't have got mad at you and had that temper tantrum outburst as I could have clearly challenged the order you barked at me that I was not allowed to do any form of texting anymore, I can clearly challenge it with a request to the court along with an cell phone expert to testify in a Affidavit to the Court about texting not directly using the Internet and is NOT the same as email which requires the Internet and requires the computer network, and which requires the usage of servers. With texting I am not at will to change servers, I can't use different servers like with internet. The text messages can only go through one cell phone provider and that is the provider I have subscription to.

I will challenge your texting order peacefully and follow your orders. Once I challenge it the court realizes I violated NO condition by texting, I am sure you will allow it.

Sincerely,
**Brian David Hill**
Home Phone #: (276) 632-2599
**916 Chalmers St., Apt. D**
**Martinsville, VA 24112**

**Brian D. Hill**
*Signed*