# EXHIBIT 7

For Federal criminal case filing
-- FIFTH ADDITIONAL EVIDENCE DECLARATION IN SUPPORT OF DOCUMENT #128, #128-1, AND 128-2 "BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" (DOCUMEMT #125) -- DECLARATION, ATTACHED EVIDENCE EXHIBITS IN SUPPORT OF BRIAN DAVID HILL'S § 2255 MOTION --

United States of America v. Brian David Hill
(Brian D. Hill) (formerly USWGO Alternative News)
Brian David Hill v. United States of America

Criminal Case Number 1:13-cr-00435-1
Civil Case Number 1:17−cv−01036



| | |
|---|---|
| **Subject:** | Re: 2 trips |
| **From:** | Kristy_Burton@vawp.uscourts.gov (Kristy_Burton@vawp.uscourts.gov) |
| **To:** | rbhill67@yahoo.com; |
| **Date:** | Wednesday, May 13, 2015 7:31 AM |

Ms. Hill,

I only received a request for the 14th trip to visit his grandfather and that is approved.

Kristy Burton
United States Probation Officer
Western District of Virginia
700 Main Street
Post Office Building, Room 307
Danville, VA 24541
Phone: (434) 792-6397 ext. 8475
Fax: (434) 793-7968

Note: This transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by Federal law and local Federal Court policy. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify us by telephone listed above to arrange for return of the documents.

| | |
|---|---|
| From: | Roberta Hill <rbhill67@yahoo.com> |
| To: | "kristy_burton@vawp.uscourts.gov" <kristy_burton@vawp.uscourts.gov> |
| Date: | 05/13/2015 07:10 AM |
| Subject: | 2 trips |

Hey Kristy,

I am writing to see if the 2 trips that Brian applied for this week and last week have been approved. Tonight is the Bible prophecy class at a Baptist church in Eden and the other trip is to visit his grandfather in North Carolina. Could you please let me know whether these trips have been approved, otherwise we will not go without approval.

Thanks,