In the United States District Court

For the Middle District of North Carolina

Greensboro Division



FILED
DEC - 4 2017
Clerk ... Court
... Court

United States of America
Plaintiff(s) / Respondent

v.

Brian David Hill
Defendant(s) / Petitioner

)
)
)
)
)
)
)
)
)
)
)
)

Criminal Action No.
1:13-cr-431-1

Civil Action No.
1:17—cv—01036

## FOURTH ADDITIONAL EVIDENCE DECLARATION IN SUPPORT OF DOCUMENT #128, #128-1, AND 128-2 "BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" (DOCUMEMT #125) (NON-SEALED VERSION)

### DECLARATION, ATTACHED EVIDENCE EXHIBIT IN SUPPORT OF BRIAN DAVID HILL'S § 2255 MOTION

I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1.  I am Brian David Hill, also known as Brian D. Hill, and am the Defendant in the Federal criminal case: United States of America v. Brian David Hill, Criminal Case No. 1:13-cr-435-1, in the United States District Court for the Middle District of North Carolina. I am the 2255 motion Petitioner under Civil Action No. 1:17—cv—01036. I write this Declaration with attached Evidence Exhibits in this NON-SEALED version proving that Defendant Brian D. Hill had conducted the Nullify-NDAA petition in 2012 prior to being accused of possession of child pornography.

2.  I am Brian David Hill, also known as Brian D. Hill, and am the Plaintiff in the Federal civil case: Brian David Hill v. Executive Office for United States Attorneys et al., Civil

Case No. 4:17-cv-00027. I tie my civil case with my criminal case as interlinked with my 2255 motion as the civil case has over 400+ pages of filing which include newly discovered evidence in 2017 that could not have been discovered before my sentencing. I file this Declaration type of Affidavit with the Court with original signature as a sign of good faith and demonstrating factual evidence showing good cause for such action. I am INNOCENT of the charge in case: United States of America v. Brian David Hill, Case # 1:13-cr-435-1, and in the U.S. District Court for the Middle District of North Carolina. Since my release from imprisonment, I have been trying to prove my innocence but am being blocked by the Government as well as I have been blocked by John Scott Coalter, and my due process was deprived forcing me into taking the guilty plea agreement under false pretenses, being misled by the Federal Public Defender office in Greensboro, North Carolina. I have Autism Spectrum Disorder (ASD), Obsessive Compulsive Disorder (OCD), Generalized Anxiety Disorder (GAD), and I have type 1 brittle diabetes (diabetes mellitus). I do not recognize the wrongful diagnosis of "delusional disorder" by Dr. Keith Hersh (See Document #23), since Placke had presented no evidence to prove any of my claims to Dr. Keith Hersh during my psychosexual evaluation in 2014, and I was not given an opportunity to review over my entire discovery evidence (that was acquired by Eric David Placke) prior to my false guilty plea on June 10, 2014. I had finally been able to review over the entire discovery evidence material on January 22, 2015 at John Scott Coalter's ("Mr. Coalter" or "Mr. Coalter's") office. However on that same day (Jan. 22, 2015) I and my family had no tools available at Mr. Coalter's office to play the confession audio CD with my family. Till this day my family had still not been able to review over the confession audio and neither were we given an opportunity to inspect the audio on an audio editing program like Audacity or any other sound editor to determine if the audio was altered to cover up what happened during the interrogation of myself on August 29, 2012.

3.  All evidence in both Exhibits are filed with redaction in this NON-SEALED VERSION. Redaction will be necessary for any Exhibits of this NON-SEALED VERSION of "*FOURTH ADDITIONAL EVIDENCE DECLARATION IN SUPPORT OF DOCUMENT #128, #128-1, AND 128-2 "BRIEF / MEMORANDUM IN SUPPORT OF*

*BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" (DOCUMEMT #125) (NON-SEALED VERSION)"* as the NON-SEALED VERSION filed for the public record of virtually the same evidence Exhibits as the SEALED VERSION except the publicly filed version will contain the appropriate redaction of home addresses and private home phone numbers except for the area code and/or only show the name of the city/town and state (if available). The signatures will also contain either a full redaction or partial redaction to prevent misuse of each petition signer's handwritten signatures, thus protecting the Nullify-NDAA petition signers from any kind of legal signature harvesting which could be used in some kind of fraud or inappropriate usage of signatures in legal documents. Defendant wants to protect the petition signers as much as he can for this case while still proving the evidence in this case. In this NON-SEALED version, Brian David Hill has redacted the home addresses in compliance with Rule 5.2 of the Federal Rules of Civil Procedure and Rule 49.1 of the Federal Rules of Criminal Procedure in regards to the "REDACTION REQUIREMENTS" for anything filed in a Federal Court. If the filer of this document did not fully redact the required redacted information, then it wasn't intentional and the filer of this Declaration agrees to fix the issues that the Court finds and requests with the Defendant Brian David Hill of this case.

4. **(REDACTED)** Attached hereto as Exhibit 1, is a true and correct copy of the 17-page "Petition to Rockingham County & towns/cities residing within the county, and the North Carolina State Government to nullify the unconstitutional and unlawful provisions within the National Defense Authorization Act for fiscal year of 2012 (NDAA P-LAW 112-81)" and "Nullify NDAA Petition - USWGO Official Petition - Petition #001 - Maximum signatures: 100-200 before delivery to the recipient parties". It is known as the Nullify-NDAA Petition ("Nullify-NDAA Petition") that Defendant Brian David Hill ("Brian D. Hill") had collected signatures of people within all over Rockingham County in April to May, 2012, months prior to being accused of the crime of possession of child pornography by the Mayodan Police Department. This is the non-sealed version with redaction of what was also filed under the SEALED version which means that all important evidential information in the SEALED version is

contained such as full names, addresses and/or phone numbers (if available) from each petition signer in agreement with the need to nullify the pro-torture and pro-abduction statute for any American citizen accused of the federal crime of "terrorism". The NON-SEALED version contains the important evidence while in compliance with the redaction rules. The petition is a total of 17 pages. Document identified as "USWGO DOC#0010". It is a "PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT", "USWGO.COM OFFICIAL DOCUMENT". PRINTED APRIL 9TH 2012. Signatures added at later dates than the date when the petition was originally printed.

5. (REDACTED) Attached hereto as Exhibit 2, is a true and correct copy of the 8-page EXTENSION to the "Petition to Rockingham County & towns/cities residing within the county, and the North Carolina State Government to nullify the unconstitutional and unlawful provisions within the National Defense Authorization Act for fiscal year of 2012 (NDAA P-LAW 112-81)" and "Nullify NDAA Petition Extension - USWGO Official Petition - Petition #001a- Maximum signatures: 100 with no minimum number of signatures before delivery to the recipient parties - In the event Petition #001 reaches 200 this extension will be used for an expansion of signatures" It is known as the EXTENSION with more signatures for the Nullify-NDAA Petition ("Nullify-NDAA Petition") that Defendant Brian David Hill ("Brian D. Hill") had collected signatures of people within all over Rockingham County in April to May, 2012, months prior to being accused of the crime of possession of child pornography by the Mayodan Police Department. This is the sealed version meaning that all information such as full names, addresses and/or phone numbers (if available) from each petition signer in agreement with the need to nullify the pro-torture and pro-abduction statute for any American citizen accused of the federal crime of "terrorism". The petition is a total of 8 pages. Document identified as "USWGO DOC#00I0a". PRINTED APRIL 20TH 2012. Signatures added at later dates than the date when the petition was originally printed.

I have filed this Nullify-NDAA petition in its entirety with the appropriate redactions for this NON-SEALED version thus is compliant to the REDACTION REQUIREMENTS since this version will be available to the general public on CM/ECF or by request with the

Clerk. The version for the general public is filed with the Clerk so that the evidence will also be available to the general public but the sensitive information will be redacted in compliance with Rule 5.2 of the Federal Rules of Civil Procedure and Rule 49.1 of the Federal Rules of Criminal Procedure in regards to the "REDACTION REQUIREMENTS" for anything filed in a Federal Court. This provides yet another fact of actual innocence for the defense of Brian David Hill. Here is how this Nullify-NDAA Petition further proves the actual innocence of Brian David Hill. (1) My former neighbors of my old address 413 N. Second Avenue of Mayodan, North Carolina, are witnesses to my Petition, my neighbors did indeed sign my Nullify-NDAA petition prior to be filing a copy with N.C. Senator Philip Edward Berger Senior at the Mayodan Town Council on May 14, 2012, and copies to other parties as well.

I had sent emails with a scanned copy of the petitioners signed Nullify-NDAA petition with over 200 signatures from admin@uswgo.com to the following in 2012: "NC Representative Bryan Holloway staffers at the email address of Bryan.Holloway@ncleg.net; NC Representative Bert Jones staffers at the email address of Bert.Jones@ncleg.net; Senator Phil Berger staffers at the email address of Phil.Berger@ncleg.net; Pamela M. McLain, the Clerk to the Board of Commissioners of Rockingham County North Carolina at the email address of pmclain@co.rockingham.nc.us; Sheralene S. Thompson - City Clerk, CMC, Eden NC City Administration at the email address of sthompson@edennc.us; City Clerk Angela G. Stadler, CMC, Reidsville NC City Administration at the email address of astadler@ci.reidsville.nc.us."

This proves to the Habeas Court that I was involved in political activities and operations against CIA sanctioned torture and that I was against rendition/abduction of anybody that may be accused of terrorism in the future which can include American citizens. The neighbors that had signed my petition back at Mayodan may have also been a witness to the police raid that had happened on August 28, 2012, and had suspicions about the fact that they took part in signing a petition against abduction and torture of any American citizen then I am raided by Mayodan Police months later in 2012. So any of the petition signers may be a good witness to my actual innocence defense since they all knew

that I worked blood, sweat, and tears to gather over 200 physical petition signatures to fight against torture only to being accused of being into possessing child pornography which is mental/physical torture, sexual abuse and exploitation of children/minors. My petition shows that the Government painted a false character of me, a straw man character of myself, to ruin my image and make me look guilty. That was to destroy the reputation and character of USWGO Alternative News by demonizing its founder Brian David Hill which is myself. They didn't even want my petition to be a fact in my criminal case. Eric David Placke didn't even want my Nullify-NDAA petition to be a fact of my non-guilt in my criminal case. It does show that I didn't rely on some online petition website back in 2012 to really fight against abduction and torture of American citizens which may include children upon any allegation of terrorism whether it be false or true. I felt that physical signatures had more value and weight for a political petition than some online petition where anybody can sign a petition over and over again with false identifies or different IP Addresses.

So Defendant in this case which is myself, Brian David Hill, submit the Nullify-NDAA Petition and EXTENSION of petition as proof of political work against any CIA sanctioned abductions/rendition and torture of American citizens, which is the opposite of the straw-man character assassination that was done by the United States Attorney office back in 2013, and by the Mayodan Police in July-August 2012. The one that conducted that petition which is myself is the true character of myself. The Government painted a false character of what I stand for and who I really am. They never truly researched into who I am and the Government never researched any of my claims or they just didn't care about any of it. All they wanted was my guilty plea, and wanted me to accept guilt for the crime that I was framed on.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Executed on:

November 28 2017

*Brian D. Hill*
Signed

Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, VA 24112



This FOURTH DECLARACTION respectfully filed with the Court, this the 2 9th day of November, 2017.

Defendant also requests with the Court that a copy of this FOURTH Declaration be served upon the Government as stated in **28 U.S.C. §1915(d)**, that "The **officers of the court shall issue and serve all process, and perform all duties** in such cases. **Witnesses shall attend as in other cases**, and the **same remedies shall be available as are provided for by law in other cases**. Plaintiff requests that copies be served with the U.S. Attorney office of Greensboro, NC and AUSA Anand Prakash Ramaswamy via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

# EXHIBIT 1

**For Federal criminal case
-- FOURTH ADDITIONAL EVIDENCE
DECLARATION IN SUPPORT OF DOCUMENT
#128, #128-1, AND 128-2 "BRIEF /
MEMORANDUM IN SUPPORT OF BRIAN DAVID
HILL'S "MOTION UNDER 28 USC § 2255 TO
VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL
CUSTODY"" (DOCUMEMT #125) (NON-SEALED
VERSION) -- DECLARATION, ATTACHED
EVIDENCE EXHIBIT IN SUPPORT OF BRIAN
DAVID HILL'S § 2255 MOTION --
United States of America v. Brian David Hill**
(Brian D. Hill) (formerly USWGO Alternative News)
**Brian David Hill v. United States of America**

## Criminal Case Number 1:13-cr-00435-1
## Civil Case Number 1:17−cv−01036



Nullify NDAA Petition – USWGO Official Petition – Petition #001 – Maximum signatures: 100-200 before delivery to the recipient parties

## Petition to Rockingham County & towns/cities residing within the county, and the North Carolina State Government to nullify the unconstitutional and unlawful provisions within the National Defense Authorization Act for fiscal year of 2012 (NDAA P-LAW 112-81)

I Brian D. Hill the petition creator and the petition signers declare and exercise our rights under the 1st Amendment in the Bill of Rights under the U.S. Constitution and the NC Constitution Art.1 Sec. 12 by providing a petition to the parties Rockingham County, Mayodan, Madison, Reidsville, Wentworth, Eden, Stoneville, and the North Carolina State government.

| Petition summary and background | The purpose of this petition is to get the congress and the senator that represents Rockingham County for the district of North Carolina, the Rockingham County Commissioners and its towns/cities to nullify the Unconstitutional and unlawful NDAA also known as the National Defense Authorization Act for the fiscal year of 2012(NDAA P-LAW 112-81). **The NDAA allows the Federal Government to torture, kill/assassinate, rendition, rape, molest, kidnap, abduct, deny right to legal counsel, deny right to judicial due process, false arrest, and even false imprisonment of any person including men, women, and children. The NDAA applies to not just illegal immigrants and tourists which are suspected of terrorism whether it be true or false, but that it also applies to American citizens** because of the fact that the Obama Administration asked the senate to remove the language which exempts American citizens and lawful residents from the NDAA and a senator even stated that he wants people to be terrified about what's going to happen to them in American custody. Another arrogant senator, Lindsay Graham, even said that "And when they say, 'I want my lawyer,' you tell them, 'Shut up. You don't get a lawyer. You're an enemy Combatant!'" We want people to sign this petition as a way to shield our peaceful community, our county, and our state from any harmful or terrible things the Federal Government can do to any of us in violation of law, Constitution of both state and national, and even the Geneva Conventions treaty. As long as the state or lower level governments block the NDAA, we are safe and will be guaranteed a right to a court trial, a right to humane treatment in prisons, a right to legal counsel such as lawyers/attorneys to represent us whether fee based or Pro Bono or public defenders, and a right to remain safe in our persons, houses, papers and effects against unreasonable search and seizure. That no warrants shall issue but upon probable cause which includes a Oath or affirmation describing the place to be searched and the persons or things to be seized. |
|---|---|
| Grievances | The President of the U.S. Passed a peacetime martial law executive order and the NDAA that makes me and the undersigned feel afraid to speak out against the actions of our Government, makes reporters/journalists afraid to write news reports that are critical of Government and true, and we fear that the NDAA will be used specifically against us for our peaceful and Constitutional actions instead of actual terrorists. We fear we will be secretly kidnapped, tortured, and killed for our actions in any political matters. We also fear we will not have a right to a court trial and legal counsel. We |

PRINTED APRIL 9TH 2012                                    USWGO DOC#0010

USWGO.COM
OFFICIAL DOCUMENT                         PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT

Nullify NDAA Petition -- USWGO Official Petition -- Petition #001 -- Maximum signatures: 100-200 before delivery to the recipient parties

| | |
|---|---|
| | fear we will not have a right to challenge the criminal accusations against us.<br>That is our grievance for why we petition our Local and State Government for a redress of grievances. |
| Action petitioned for | We, the undersigned, are concerned citizens who urge our North Carolina Senator and Congress that represent Rockingham County, the Rockingham County Board of Commissioners, and our towns/cities to act now to pass resolutions to nullify any enforcement of the unconstitutional and unlawful provisions of the NDAA (P-LAW 112-81). We also ask if possible to make an amendment to the state Constitution to encourage that state police and military residing within the state of North Carolina to disobey any orders given that are Unconstitutional and unlawful which the NDAA represents. |
| Privacy Policy | Phone numbers and addresses will not be shared with third parties. This petition will be within the records of the State/County/Town/City Governments that are involved parties of this petition to keep on official public record. In any event that this petition is published to the Internet then all home addresses and phone numbers must be redacted to comply with the laws that protect personally identifiable information. This petition will be kept within the secure records of Brian D. Hill the Founder of USWGO Alternative News and Political Action Center. The parties that are involved will receive a copy of this petition without any information redaction. Phone Numbers and Addresses are necessary for the government to verify that the petition signers reside in the areas to which they represent. Not even reporters or journalists will be allowed any personal information without the consent of the petition signers. |
| Disclaimer | The term 'involved parties' means the recipient parties that will receive this petition for its intended purpose which is to nullify the NDAA using the power of the state, county, town/city. Signing this petition may not guarantee a political action being taken but will show widespread support by Constituents to demand that action be taken against the NDAA even though the Federal Government will not listen to the people. |

| Printed Name | Signature | Address and/or Phone Number | Comment | Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Nullify NDAA Petition – USWGO Official Petition – Petition #001 – Maximum signatures: 100-200 before delivery to the recipient parties**

| Printed Name | Signature | Address and/or Phone Number | Comment | Date |
|---|---|---|---|---|
| Roberta Hill | | MASSECCAT, NC 27027 | Give back Americans the right to a trial | 4-12-2012 |
| Mandy Joyce | | Stoneville NC 27048 | | 4/12/12 |
| Elsayed El-Rai | | Stokesville NC 27048 | | 4/13/12 |
| Cindy A Jiff | | Esto C NC 27288 | | 4/12/12 |
| Mane D Ahl | | Mayodan NC 27027 | | 4/12/12 |
| Julia Wolford | | Mayodan, NC 27027 | | 4/13/12 |
| CHARLES PIKE | | Mayodan 27027 | | 4/12/12 |
| JOEY HALL | | | | 4/12/12 |
| Joyce Lephen | | Mayodan NC 27027 | | 4/12/12 |
| Eddie Lephew | | Mayodan NC 27027 | | 4/12/12 |
| Jacqueline Pike | | Mayodan 3-749 | | 4/13/12 |
| Tracy Craig | | Mayodan 27027 | | 4/13/12 |
| Sarah Smith | | | | 4/13/12 |

PRINTED APRIL 9TH 2012
USWGO.COM
OFFICIAL DOCUMENT
USWGO DOC#0010
PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT

Case 1:13-cr-00435-TDS   Document 138   Filed 12/04/17   Page 11 of 34

Nullify NDAA Petition – USWGO Official Petition – Petition #001 – Maximum signatures; 100-200 before delivery to the recipient parties

| Printed Name | Signature | Address and/or Phone Number | Comment | Date |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | ▮▮▮▮ | 23▮ | ▮ | ▮▮▮▮▮ |
| Chris Dunn | ▮▮▮▮ | 336 - | | 4/13/12 |
| Beverly Duffy | ▮▮▮▮ | | Give American back to the American people | 4/3/12 |
| Steven ▮▮▮▮ | ▮▮▮▮ | | | 4/3/12 |
| Jan W. McKee | ▮▮▮▮ | | | 4/3/12 |
| Crystal Holloway | ▮▮▮▮ | 336- | | 4/3/12 |
| Howard R. Conrad | ▮▮▮▮ | | | 4/3/12 |
| Harry Bullins | ▮▮▮▮ | 336 | ▮▮▮▮ Mayodan | 4/21/12 |
| Sean Law | ▮▮▮▮ | 336 | | 4/21/12 |
| TONNYDOG | ▮▮▮▮ | 336 | Restore the Constitution | 4/21/12 |
| Clayton Oos | ▮▮▮▮ | 576- | | 4/21/21 |
| Richard Bowman | ▮▮▮▮ | 336.2 | | |
| Renee Akins | ▮▮▮▮ | 336/ | | 4/2/12 |
| Charles Hundy | ▮▮▮▮ | 336- | | 4/21/12 |

USWGO.COM
OFFICIAL DOCUMENT

PRINTED APRIL 9TH 2012
PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT

USWGO DOC#0010

Nullify NDAA Petition – USWGO Official Petition – Petition #001 – Maximum signatures: 100–200 before delivery to the recipient parties

| Printed Name | Signature | Address and/or Phone Number | Comment | Date |
|---|---|---|---|---|
| Roberto B. Strider | | Kernersville NC 27320 | | 04/24/12 |
| Angela Harrelson | | | | 4-31-12 |
| Rick Jennison | | 80 cuaholow, NC | | 4-31-12 |
| Deborah Wright | | MATOOLATH N.C. | | 4-31-12 |
| Chris Cook | | Kyle/kyle | | 4-21-12 |
| Scott Mitchell | | Mayodan | | 4-21-12 |
| John H Hooton | | MAYODAN, NC 27527 | | 4/41/12 |
| Melinda Smith | | Mayodan | | 4/21/12 |
| Ann Carter | | Mayodan | | 4/21/12 |
| Tiffany Newman | | Mayodan | | 4/21/12 |
| Joe Butler | | Mayodan | | 4/21/12 |
| Mike Shogle | | Mayodan | | 4/21/12 |
| Scott Bottley | | Mayodan | | 4-21-12 |
| Stella Boiter | | Mayodan | | 4-21-12 |

USWGO.COM
OFFICIAL DOCUMENT

PRINTED APRIL 9TH 2012
PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT

USWGO DOC#0010

Case 1:13-cr-00435-TDS   Document 138   Filed 12/04/17   Page 13 of 34

Nullify NDAA Petition – USWGO Official Petition – Petition #001 – Maximum signatures; 100-200 before delivery to the recipient parties

| Printed Name | Signature | Address and/or Phone Number | Comment | Date |
|---|---|---|---|---|
| CAthy CoVins | ███ | 336 - █ | DiSSgraceful | 4/23/12 |
| Laure Fulcher | ███ | 336 - █ | | 4/25/12 |
| Brian Brown | ███ | 3536 █ | | 4/25/12 |
| Matt Balling | ███ | 336 - █ | | 4/24/12 |
| ████████ | ███ | 336 - █ | | 4/24/12 |
| Charlie Snyder | Charlie Snyder | ███ | | |
| Teresa Sexton | ███ | █ | | 4-24-12 |
| Sandra Schmidt | ███ | 336 █ | | 4/24/12 |
| Justin Smith | ███ | █ | | 4/24/12 |
| Jewell Trapp | ███ | █ | Disgraceful/Scary | 4/24/12 |
| Joe Trail | ███ | █ | " | 4/24/12 |
| Becky Scotton | ███ | █ | | 4/24/12 |
| Brian Scotton | ███ | █ | | 4-24-12 |
| ZAJE BAYSE | ███ | 336 - █ | | 4-24-12 |
| Jerry mcbride | ███ | 336 - █ | StoKe co | 4-24-12 |

USWGO.COM
OFFICIAL DOCUMENT

PRINTED APRIL 9TH 2012
PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT

USWGO DOC#0010

Case 1:13-cr-00435-TDS   Document 138   Filed 12/04/17   Page 14 of 34

Nullify NDAA Petition – USWGO Official Petition – Petition #001 – Maximum signatures: 100-200 before delivery to the recipient parties

| Printed Name | Signature | Address and/or Phone Number | Comment | Date |
|---|---|---|---|---|
| Jason S Goodwin | | 336 | | 4/24/12 |
| Tony Kendrick | | 336 | | 4/27/12 |
| Fred Meyer JR | | 336 | | 4/27/12 |
| Ivory L Hopper | | NONE | | 4/27/12 |
| Roger Hayes | | Reidsville | | 4-27-12 |
| Bill Davis | | Reidsville | | 4/27/12 |
| Sonji Cox | | | | 4/27/12 |
| Joe Faulkner | Joe Faulkner | 229- | | 4/27-12 |
| Joshua Penn | | 336- | | 4/27/12 |
| Earl Fields | | 336. | | 4/27/12 |
| Tasha Gann | | 336 | | 4/27/12 |
| Mindy West | | 880 | | 4/27/12 |
| Charles Mann | | | | 4-27-12 |
| James Odom | | | | 4-27-12 |

USWGO.COM
OFFICIAL DOCUMENT

PRINTED APRIL 9TH 2012
PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT

USWGO DOC#0010

Case 1:13-cr-00435-TDS   Document 138   Filed 12/04/17   Page 15 of 34

Nullify NDAA Petition – USWGO Official Petition – Petition #001 – Maximum signatures: 100-200 before delivery to the recipient parties

| Printed Name | Signature | Address and/or Phone Number | Comment | Date |
|---|---|---|---|---|
| Jesse Johnson | | | | 27 Apr 12 |
| Antoine Herbin | | | | 27 Apr 12 |
| Catherine Leonard | | | | 27 apr 12 |
| Erica Stratta | | | | 27 apr 12 |
| Angel Wootten | | | | 27 apr 12 |
| Crystal Hopkins | | | | 27 Apr 12 |
| Buddy Sessa | | | | 27 2012 |
| (illegible) | | | | 27/2/12 |
| Ronald Raquel | | | | 4-27-12 |
| Rosde l Adkins | | | | 4-27-12 |
| Louise Scales | | | | 4-27-12 |
| Frank Hiatt | | | | 4/27/12 |
| Barbara Knight | | Mayodan N.C. | | 4/27/12 |
| Bobby Knight | | Mayodan N.C. | | 4/27/12 |

USWGO.COM
OFFICIAL DOCUMENT

PRINTED APRIL 9TH 2012
PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT

USWGO DOC#0010

Nullify NDAA Petition -- USWGO Official Petition -- Petition #001 -- Maximum signatures: 100-200 before delivery to the recipient parties

| Printed Name | Signature | Address and/or Phone Number | Comment | | Date |
|---|---|---|---|---|---|
| Jeremy H. Jones | ███ | ███ | | | 4/27/12 |
| Amanda Chernardis | ███ | ███ | | | 4/27/12 |
| Tina Roberson | ███ | ███ | | | 4/27/12 |
| Keith Webster | ███ | ███ | | | 4/27/12 |
| Margie Curry | ███ | ███ | | | 4/27/12 |
| Martine Suttle | ███ | ███ | ███ | | 4/27/12 |
| Robert J. Burgess | ███ | ██████ NC | | | 4/27/12 |
| Veronica Dodge | ███ | Mayodan | | | 4/27/12 |
| Lorna Wright | ███ | Mayodan | | | 4-27-12 |
| Bitna Patton | ███ | Mayodan | | | 4-27-12 |
| Irene Brown | ███ | Eden | | | 4-28-12 |
| Rita Hensley | ███ | Stoneville | ███ | | 4-28-12 |
| Jerry Lewis | ███ | EDEN NC | | | 4-28-12 |
| Michael Kendrick | ███ | Mayodan N.C. | | | 4-29-12 |

USWGO.COM
OFFICIAL DOCUMENT

PRINTED APRIL 9TH 2012
PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT

USWGO DOC#0010

Case 1:13-cr-00435-TDS   Document 138   Filed 12/04/17   Page 17 of 34

Nullify NDAA Petition — USWGO Official Petition — Petition #001 — Maximum signatures: 100-200 before delivery to the recipient parties

| Printed Name | Signature | Address and/or Phone Number | Comment | Date |
|---|---|---|---|---|
| Marvin Cohen | � | �they | | 4/29/12 |
| David Draper | ▬ | Danbury | | 4-29-2 |
| Lisa Hinchum | ▬ | Walnut Cove N.C. 27052 | | 4-29-12 |
| Tim Hawks | ▬ | VA | | 4-29 |
| Charles Archer | ▬ Arthur Walker | Mayodan NC 2027 | | 4-29 |
| Josh Zigler | ▬ | Eden | | 4-29 |
| Amanda Taylor | ▬ | Mayodan | | 4/29 |
| Penny Zigler | ▬ | Mayodan | | 4/29 |
| Esther Hedgepath | ▬ | Eden | | 4/29 |
| Patrick Sedlak | ▬ | Stoneville | | 4/29 |
| Elizabeth Lane | ▬ | Mayodan | | 4/29 |
| Melva Vaughan | ▬ | Mayodan | | 4/29 |
| Lindsey Ussery | ▬ | Madison | | 4/29 |

USWGO.COM
OFFICIAL DOCUMENT

PRINTED APRIL 9TH 2012
PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT

USWGO DOC#0010

Nullify NDAA Petition – USWGO Official Petition – Petition #001 – Maximum signatures: 100-200 before delivery to the recipient parties

| Printed Name | Signature | Address and/or Phone Number | Comment | Date |
|---|---|---|---|---|
| Derick Lowe | | Madison NC 27025 | | 4-29-12 |
| Jamie Zigler | | | | 4-29-12 |
| Lowell Hedgepeth | | | | |
| Misty Ross | | (336) | | 5-3-12 |
| Cmancie Stout | | (336) | | 5-1-12 |
| Jessica Vance | | | | 5-1-12 |
| Aaron Anagon | | Eden, NC | | 5-1-12 |
| Ki Blackwell | | | | 5-1-12 |
| Olivia Blankenship | | Reidsville, NC | | 5-1-12 |
| Chase Donathan | | Reidsville, NC | | 5-1-12 |
| Tushnau(?) | | Eden NC | | 5/1/12 |
| Zachary Harrison | | | | 5-1-12 |
| Sarah Richie | | | | |
| Leon Nance | | Ruffin NC | | 5-1-12 |

Nullify NDAA Petition – USWGO Official Petition – Petition #001 – Maximum signatures: 100-200 before delivery to the recipient parties

| Printed Name | Signature | Address and/or Phone Number | Comment | Date |
|---|---|---|---|---|
| Joseph ██████ | ███████ | ███ | | 05/01/2012 |
| Kaylin Hill | ███████ | ███ | | 5/1/2012 |
| Samantha Wood | ███████ | Reidsville | | 5/1/2012 |
| Daniel Bibei | ███████ | Eden | | 5/1/2012 |
| Devin Thomas ██ | ███████ | Reidsville | | 5-1-12 |
| Dwayne ████ J | ███████ | Eden | | 5/1/2012 |
| Jessie James | ███████ | Elham NC | | 5/1/12 |
| Jaquetta ██████ | ███████ | Yanceyville NC | | 5/1/12 |
| Lynleya Elliott | ███████ | reidsville NC | | 5-1-12 |
| Ben Webster | ███████ | | | 5/1/12 |
| Kara Anderson | ███████ | ██ NC | | 5/1/12 |
| Casey Allen | ███████ | Ruffin, NC - 336 | | 5-1-12 |
| Jordan Hall | ███████ | ██ | | 5-1-12 |
| ████ Brown | ███████ | Ruffin, NC | | 5-1-12 |

USWGO.COM
OFFICIAL DOCUMENT

PRINTED APRIL 9TH 2012
PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT

USWGO DOC#0010

Nullify NDAA Petition – USWGO Official Petition – Petition #001 – Maximum signatures: 100-200 before delivery to the recipient parties

| Printed Name | Signature | Address and/or Phone Number | Comment | Date |
|---|---|---|---|---|
| Jordan Brown | ▮ | Ruffin NC | | 5/1/12 |
| Taylor Lee | ▮ | 707- | | 5/1/12 |
| Jacey Stone | ▮ | 2732 G ___ Ruffin NC. | | 5/1/12 |
| ▮ Amanda Williams | | Reidsville NC | | 5/1/12 |
| Sarah Slayton | ▮ | Reidsville, NC | | 5/1/12 |
| ▮ | BW Jenner | Eden, NC | | 5/1/12 |
| Tonya Mobley | ▮ | Reidsville N | | 5/1/12 |
| Wendy Dust | ▮ | Stokesdale, NC | | 5/1/12 |
| Taylor Jarnos | ▮ | Ruffin NC | | 5/1/2012 |
| Brooke Joyner | ▮ | Mayodan, NC | | 5/1/2012 |
| Kevin McHone | ▮ | Mayodan NC | | 5/1/2012 |
| ▮on Brown | ▮ | Reidsville NC | | 5/1/12 |
| Ann D. | ▮ | Reidsville NC | | 5/1/12 |
| Brenner Harris | ▮ | Ruffin NC | | 5/1/12 |

USWGO.COM
OFFICIAL DOCUMENT

PRINTED APRIL 9TH 2012
PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT

USWGO DOC#0010

Case 1:13-cr-00435-TDS   Document 138   Filed 12/04/17   Page 21 of 34

Nullify NDAA Petition – USWGO Official Petition – Petition #001 – Maximum signatures: 100-200 before delivery to the recipient parties

| Printed Name | Signature | Address and/or Phone Number | Comment | Date |
|---|---|---|---|---|
| Jasper Nicholson | ▮▮▮ | Reidsville | | 5-01-2012 |
| Charles Crumpton | ▮▮▮ | Greensboro | | 6-01-2012 |
| Patrick Gain | ▮▮▮ | Wentworth | | 5/1/12 |
| Eric Harison | ▮▮▮ | Madison | | 5/1/12 |
| Khalif Galloway | ▮▮▮ | Reidsville | | 5-1-12 |
| Alex Harrison | ▮▮▮ | Reidsville | | 5-1-12 |
| AJ Ellison | ▮▮▮ | Reidsville | | 5-1-12 |
| Jos Hockendr | ▮▮▮ | Eden | | |
| Alyssa Curry | ▮▮▮ | Eden | | |
| Meagan Richards | ▮▮▮ | Reidsville | | 5-7-12 |
| Allison Atkins | ▮▮▮ | Madison | | 5/1/12 |
| Justin Moore | ▮▮▮ | madison | | 5/1/12 |
| Susan Ross | ▮▮▮ | Reidsville | | 5/1/12 |
| Angela Annis | ▮▮▮ | Reidsville | ▮▮▮ ▮▮▮ cooperate w/ constitution | 5/1/12 |

PRINTED APRIL 9TH 2012

PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT

USWGO.COM
OFFICIAL DOCUMENT
USWGO DOC#0010

Nullify NDAA Petition – USWGO Official Petition – Petition #001 – Maximum signatures: 100-200 before delivery to the recipient parties

| Printed Name | Signature | Address and/or Phone Number | Comment | Date |
|---|---|---|---|---|
| Angie Furguson | | Reidsville, NC | | 5/1/12 |
| Irving Grant | | | | 5/1/12 |
| Jessica Cummings | | | | |
| Jacob C. | | Eden, NC 27288 | | 5/1/12 |
| Joshua Shelton | | Eden, NC 27288 | | 5/1/12 |
| keith weatherly | | Reidsville, NC 27230 | | 5/1/12 |
| Larry Cobb | | Reidsville NC 27310 | | 5/1/12 |
| Ashley Wray | | Reidsville NC 27320 | | 5/1/12 |
| Mary K Morris | | Reidsville, NC 27320 | | 5/1/12 |
| Audrey Forrest | | (336) | | 5/1/12 |
| Hannah Cobb | | 336 | | 5/1/12 |
| Howard W McKinney | | Eden, NC | | 5-1/12 |
| Bobby Scoven | | | | 5/1/12 |
| Tyler Moor | | Reidsville 27320 | | |

USWGO.COM
OFFICIAL DOCUMENT

PRINTED APRIL 9TH 2012
PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT

USWGO DOC#0010

Nullify NDAA Petition – USWGO Official Petition – Petition #001 – Maximum signatures: 100-200 before delivery to the recipient parties

| Printed Name | Signature | Address and/or Phone Number | Comment | Date |
|---|---|---|---|---|
| Pierre Willis | | Yanceyville | | 5-1-12 |
| Rick McKinney | | Reidsville, NC | | 5/1/12 |
| Crystal Pyrtle | | Reidsville N | | 5/1/12 |
| William Wilson | | Reidsville, NC | | 5/1/12 |
| Josh Manner | | Eden, NC | | 5/1/12 |
| Hayden & Mann | | Reidsville, NC | | 3/1/12 |
| Micario Pullian | | Reidsville, NC | | 5/1/12 |
| Chann Jones | | Reidsville NC | | 5/1/12 |
| Stacy Coonlin | | Eden NC | | 5/1/12 |
| Robert Lewis | | Reidsville, NC | | 5/1/12 |
| Zach McClan | | Eden NC | | 5/1/12 |
| Ashley Ellison | | Reidsville NC | | 5/1/12 |
| Sarah Garrett | | Eden NC | | 5/1/12 |

Person responsible and entity creator of this petition.

PRINTED APRIL 9TH 2012
PETITION FOR THE TOWN/CITY

USWGO.COM
OFFICIAL DOCUMENT

Nullify NDAA Petition – USWGO Official Petition – Petition #001 – Maximum signatures: 100-200 before delivery to the recipient parties

Brian D. Hill; Founder of USWGO Alternative News and Political Action Center
413 N. 2nd ave. Mayodan, NC 27027 – (336)510-7972 (Personal Address and Phone Number)
admin@uswgo.com

I, Brian D. Hill declare under penalty of perjury that the signatures, and any information given by the undersigned has not been altered nor tampered with. However we cannot guarantee the validity, accuracy, nor credibility of the information given by the undersigned within this petition. This petition will be delivered to the intended/involved recipients either by successful fax, in-person delivery to the clerk, delivery via envelope through the mail, or email. We will verify/certify that the petition was received by the parties via a call/email to the clerk/office of the recipients.

This petition has up to 200 signature boxes which allows up to 200 people which is our maximum number to deliver to the recipient parties.

USWGO.COM     INFOWARS.COM     WEARECHANGE.ORG     FEDERALJACK.COM

# EXHIBIT 2

For Federal criminal case
-- FOURTH ADDITIONAL EVIDENCE
DECLARATION IN SUPPORT OF DOCUMENT
#128, #128-1, AND 128-2 "BRIEF /
MEMORANDUM IN SUPPORT OF BRIAN DAVID
HILL'S "MOTION UNDER 28 USC § 2255 TO
VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL
CUSTODY"" (DOCUMEMT #125) (NON-SEALED
VERSION) -- DECLARATION, ATTACHED
EVIDENCE EXHIBIT IN SUPPORT OF BRIAN
DAVID HILL'S § 2255 MOTION --
United States of America v. Brian David Hill
(Brian D. Hill) (formerly USWGO Alternative News)
Brian David Hill v. United States of America

## Criminal Case Number 1:13-cr-00435-1
## Civil Case Number 1:17−cv−01036



Nullify NDAA Petition Extension – USWGO Official Petition – Petition #001a – Maximum signatures: 100 with no minimum number of signatures before delivery to the recipient parties – In the event Petition #001 reaches 200 this extension will be used for an expansion of signatures

**Petition to Rockingham County & towns/cities residing within the county, and the North Carolina State Government to nullify the unconstitutional and unlawful provisions within the National Defense Authorization Act for fiscal year of 2012 (NDAA P-LAW 112-81)**

# EXTENSION

This is not the main petition but an extension to the USWGO Nullify-NDAA petition #001 marked as #001a extension.

| Printed Name | Signature | Address and/or Phone Number | Comment | Date |
|---|---|---|---|---|
| Cosi Gridge | ▮▮▮ | Stonelville, NC | | 5/1/12 |
| Cindy Roy | ▮▮▮ | Reidsville, NC | | 5/1/10 |
| Taylor Miller | ▮▮▮ | Reidsville, NC | | |
| Tommy Buss | ▮▮▮ | Stonevelle, NC | | 5/1/12 |
| Victor Ford | ▮▮▮ | Eden, N.C. | | 5/3/12 |
| Mike Buckin | ▮▮▮ | Eden N.C. | | 5/3/12 |

USWGO.COM
OFFICIAL DOCUMENT

PRINTED APRIL 20TH 2012
PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT

USWGO DOC#0010a

Case 1:13-cr-00435-TDS   Document 138   Filed 12/04/17   Page 27 of 34

**Nullify NDAA Petition Extension – USWGO Official Petition – Petition #001a – Maximum signatures: 100 with no minimum number of signatures before delivery to the recipient parties – In the event Petition #001 reaches 200 this extension will be used for an expansion of signatures**

| Printed Name | Signature | Address and/or Phone Number | Comment | Date |
|---|---|---|---|---|
| Davin Solomon | Davin Solomon | 336- / Slosmarle NC | | 5-3-12 |
| Mark Stevens | Mark Stevens | Eden NC | | 5/3/12 |
| ████ ████ | Peggy Good | | EDEN NC | 5-3-12 |
| James Singer | ████ | | EDEN NC | 5/3/12 |
| Beth Crawford | ████ | | EDEN NC | 5-3-12 |
| ████ | ████ | | Eden | 5-3-12 |
| Curtiss Clark | ████ | | Reidham | 5-3-12 |
| Barbara Ayers | ████ | Eden | Eden | 5-3-12 |
| ████ McCain | ████ | 336- | Eden | 5-3-12 |
| Sarah Cooper | ████ wrapsy | | Archdale This is awsome | 5-3-12 |
| Elaine Sparks | Elaine Sparks | | Eden Great d | 5-3-12 |
| Krystal Haynes | ████ | Eden NC 27288 | | 5-3-12 |
| Heather Hanks | ████ | | Ruffin | 5-3-12 |
| Brad Case | ████ | | ████ | 5-3-12 |

PRINTED APRIL 20TH 2012
PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT

USWGO.COM
OFFICIAL DOCUMENT

USWGO DOC#0010a

Case 1:13-cr-00435-TDS   Document 138   Filed 12/04/17   Page 28 of 34

Nullify NDAA Petition Extension – USWGO Official Petition – Petition #001a – Maximum signatures: 100 with no minimum number
of signatures before delivery to the recipient parties – In the event Petition #001 reaches 200 this extension will be used for an expansion of signatures

| Printed Name | Signature | Address and/or Phone Number | Comment | Date |
|---|---|---|---|---|
| Eula Lia Tabores | [redacted] | [redacted] | | 5/3/2012 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

USWGO.COM
OFFICIAL DOCUMENT

PRINTED APRIL 20TH 2012
PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT

USWGO DOC#0010a

Nullify NDAA Petition Extension – USWGO Official Petition – Petition #001a – Maximum signatures: 100 with no minimum number of signatures before delivery to the recipient parties – In the event Petition #001 reaches 200 this extension will be used for an expansion of signatures

| Printed Name | Signature | Address and/or Phone Number | Comment | Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

USWGO.COM
OFFICIAL DOCUMENT

PRINTED APRIL 20TH 2012
PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT

USWGO DOC#0010a

Nullify NDAA Petition Extension – USWGO Official Petition – Petition #001a – Maximum signatures: 100 with no minimum number of signatures before delivery to the recipient parties – In the event Petition #001 reaches 200 this extension will be used for an expansion of signatures

| Printed Name | Signature | Address and/or Phone Number | Comment | Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

USWGO.COM
OFFICIAL DOCUMENT

PRINTED APRIL 20TH 2012
PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT

USWGO DOC#0010a

Nullify NDAA Petition Extension – USWGO Official Petition – Petition #001a – Maximum signatures: 100 with no minimum number of signatures before delivery to the recipient parties – In the event Petition #001 reaches 200 this extension will be used for an expansion of signatures

| Printed Name | Signature | Address and/ or Phone Number | Comment | Date |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

USWGO.COM
OFFICIAL DOCUMENT

PRINTED APRIL 20TH 2012                          USWGO DOC#0010a
PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT

Nullify NDAA Petition Extension – USWGO Official Petition – Petition #001a – Maximum signatures: 100 with no minimum number of signatures before delivery to the recipient parties – In the event Petition #001 reaches 200 this extension will be used for an expansion of signatures

| Printed Name | Signature | Address and/or Phone Number | Comment | Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

USWGO.COM
OFFICIAL DOCUMENT

PRINTED APRIL 20TH 2012
PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT

USWGO DOC#0010a

Nullify NDAA Petition Extension – USWGO Official Petition – Petition #001a – Maximum signatures: 100 with no minimum number of signatures before delivery to the recipient parties – In the event Petition #001 reaches 200 this extension will be used for an expansion of signatures

| Printed Name | Signature | Address and/or Phone Number | Comment | Date |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Person responsible and entity creator of this petition.

All Information on the petition creator is on the main petition #001 of USWGO Official hard copy paper petitions.

**This petition has up to 100 signature boxes which allows up to 100 extra people which is our maximum number to deliver to the recipient parties.**



USWGO.COM   INFOWARS.COM   WEARECHANGE.ORG   FEDERALJACK.COM

USWGO.COM
OFFICIAL DOCUMENT

PRINTED APRIL 20TH 2012
PETITION FOR THE TOWN/CITY, COUNTY, AND STATE GOVERNMENT

USWGO DOC#0010a