





NII-10313 • Re-order # GLD30510

Conros is the exclusive licensee of the trademark and logo of/ Seal-It Brand™/MC
est licencié exclusif du marque déposée et du logo Seal-It Brand™/MC.
Used under permission/Utilisés sous autorisation.
Imported in Canada by/Importé au Canada par: Conros Corp.,
Toronto, Ontario M4A 1X3 Canada
Imported in USA by/Importé aux E.-U. par: LePage's 2000 Inc.,
Romulus, MI 48174 USA
Made in China/Fabriqué en Chine

#5 | 10.5 IN x 15 IN | 26.6 CM x 38.1 CM

1-877-621-4125
comments@sealitbrand.com
www.sealitbrand.com

**Self-Sealing Bubble Cushioned Mailer**
**Expéditeur auto-collant de bulle coussiné**

#5 | 10.5 IN x 15 IN | 26.6 CM x 38.1 CM