

Brian D Hill
310 Forest St., Apt 2
Martinsville, VA 24112

Clerk of The Court
U.S. District Court
324 W. Market St., Suite 1
Greensboro, N.C. 27401

RECEIVED
DEC 07 2017
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC

CERTIFIED MAIL
7014 2120 0000 5320 6731

U.S. POSTAGE PAID
MARTINSVILLE, VA
24112
DEC 05 17
AMOUNT
$4.05