# United States District Court

Middle District of North Carolina
324 W. Market Street
Greensboro, North Carolina 27401-2544

John S. Brubaker, Clerk                                                                 TELEPHONE: (336) 332-6000

January 10, 2018

BRIAN DAVID HILL
310 FOREST STREET, APT. 2
MARTINSVILLE, VA 24112

Re: Case: 17CV1036/13CR435; HILL v. USA

Dear BRIAN DAVID HILL:

The respondent has filed a Motion to Dismiss on 1/10/2018, which may or may not be supported by an affidavit.

You have the right to file a 20-page response in opposition to the respondent's motion. Your response may be accompanied by counter affidavits or you may submit other responsive material. Ordinarily, uncontested motions are granted. Therefore, your failure to respond or, if appropriate, to file counter affidavits or evidence in rebuttal within the allowed time may cause the court to conclude that the respondent's contentions are undisputed. As a result, the court may dismiss your suit or render judgment against you. Therefore, unless you file a response in opposition to the respondent's motion, it is likely your case will be dismissed or summary judgment will be granted in favor of the respondent. Any response or counter affidavits or other responsive material to a Motion to Dismiss must be filed within 21 days from the date of service of the respondent's motion upon you.

Any response you file should be accompanied by a brief containing a concise statement of reasons for your opposition and a citation of authorities upon which you rely. You are reminded that affidavits must be made on personal knowledge, contain facts admissible in evidence and be made by one shown to be competent to testify. A false statement under oath or under penalty of perjury may be a crime punishable as provided by law.

The original of your response should be mailed to this office and a copy served upon the respondent. Any pleadings presented to this court for filing must be accompanied by a certificate stating that you have served copies on the respondents.

        Sincerely,

        JOHN S. BRUBAKER, CLERK

        By: /s/Leah Garland
              Deputy Clerk