# EXHIBIT 1

For Federal criminal/civil case filing
-- PETITIONER'S BRIEF / MEMORANDUM IN OPPOSITION TO "MOTION TO DISMISS MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE" (Document #141) -- OPPOSING BRIEF IN OPPOSITION TO THE GOVERNMENT'S/MOVANT'S MOTION UNDER DOCUMENT #141 --
Brian David Hill (Petitioner) v. United States of America (Respondent)

## Criminal Case Number 1:13-cr-435-1
## Civil Case Number 1:17-CV-1036



USWGO Alternative News (USWGO.COM, DEFUNCT)
WE ARE CHANGE (WEARECHANGE.ORG)
INFOWARS.COM (THERE IS A WAR ON FOR YOUR MIND)
Oath Keepers (oathkeepers.org)

In the United States District Court

For the Middle District of North Carolina

Brian David Hill
Petitioner,

v.

United States of America
Respondent.

Civil Action No. 1:17-CV-1036
Criminal Case No. 1:13-CR-435-1

**Declaration of Petitioner Brian David Hill in support of "PETITIONER'S BRIEF / MEMORANDUM IN OPPOSITION TO "MOTION TO DISMISS MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE" (Document #141) -- OPPOSING BRIEF IN OPPOSITION TO THE GOVERNMENT'S/MOVANT'S MOTION UNDER DOCUMENT #141"**

I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1. I am the Petitioner in the criminal case United States of America v. Brian David Hill, criminal case no. 1:13-cr-435-1 and civil case no. 1:17-CV-1036, U.S. District Court for the Middle District of North Carolina, and the criminal case was filed at the time under the authority of U.S. Attorney Ripley Rand in 2013, as now he is no longer employed by the U.S. Attorney Office after the election victory of Donald John Trump for Office of President of the United States. Prosecution was filed and represented by Anand Prakash Ramaswamy of the United States Attorney Office for the Middle District of North Carolina.

2. I have very good reason for excusable delay in filing my 2255 motion which is the "MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255) by BRIAN DAVID HILL" Document #125. I also had filed a brief / memorandum in support of my 2255 motion under Document #128. All Exhibits attached to this brief / memorandum are Documents #131, #132, #133, and #134. I filed Document #129 which is the "DECLARATION by BRIAN DAVID HILL re 125 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by BRIAN DAVID HILL". I filed Document #130 "SECOND DECLARATION" which is the "SECOND DECLARATION by BRIAN DAVID HILL re 125 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by BRIAN DAVID HILL". I filed Document #136 "THIRD ADDITIONAL EVIDENCE DECLARATION" which is the "DECLARATION entitled "Third Additional Evidence Declaration" filed by BRIAN DAVID HILL re 128 Memorandum. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Certificate of Service, # 6 Envelope – Front and Back)". I filed BOTH Documents #138 (redacted version) and #139 (sealed unredacted declaration) which is the Fourth Additional Evidence Declaration. I filed Document #137 "FIFTH ADDITIONAL EVIDENCE DECLARATION" which is the "DECLARATION entitled "fifth Additional Evidence Declaration" filed by BRIAN DAVID HILL re 128 Memorandum. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Certificate of Service, # 9 Envelope – Front and Back)". All of those filings are part of my entire 2255 motion, 2255 brief with evidence and arguments, and other relevant evidence in support of my 2255 motion.

3. After I was released from imprisonment aka the County Jail in November, 2014, on the prison sentence of Supervised Release, was compelled to contact my assigned U.S. Probation Officer ("USPO") which at the time was Kristy L. Burton of the Danville division, United States Probation Office, for the Western District of Virginia. I contacted her first to protect myself from any liability which could have resulted from failure to do so. Then I had to file a sex offender registration form with the Martinsville Police Department. Then I had to take the time with my family to get permission to use my Hewlett Packard ("HP") Desktop Computer after a computer repair guy in Martinsville, VA removed the Wifi chip from the Desktop computer and my grandparents made sure that no Ethernet cables were able to work, thus making sure that I had no internet access and get approval from USPO Burton to use that Desktop computer. I also went to see a doctor at Carillion Clinic of Martinsville, Virginia after I had gotten out of jail. So my battle had begun when I had started to operate my VentaFax software again (*VentaFax fax software and log book does not require internet to operate and can send/receive and manage faxes, plus backups can be locally created and copied onto DVD discs*). I started faxing the U.S. Federal Bureau of Investigation ("FBI") and then the Office of the Inspector General ("OIG") of the U.S. Department of Justice. I had attempted and tried to contact these agencies to investigate my frame up and to investigate Anand Prakash Ramaswamy and/or Ripley Rand of the United States Attorney Office. I was trying to figure out if any federal government agencies would investigate my allegations and any evidence I had ever faxed any Federal government agency since my release from imprisonment. That took my time and resources just to get all of the information, evidence, and other stuff put together since my release.

4. Sometime in December, 2014, I had been referred to an Attorney named Cynthia Everson, and her phone number was (704) 674-8007 and her fax number at the time was (866) 813-4446. The referrer was Gregory Lance of We Are Change NC political group that was hosted on MeetUp which that website at that time in 2012 provided services to those wanting to host groups which the intent was to have people meet each other in real life instead of all group activities being solely limited to internet, at least that was what I personally felt that it was. Political groups, hiking groups, anybody who wanted to host a MeetUp group can register for an account and create a MeetUp group. Gregory Lance was part of the North Carolina chapter of We Are Change. We Are Change is a political organization that was about activism and I also I believe it was part of the whole 9/11 truth movement after Alex Jones of Infowars at an earlier time had protested that 9/11 was an inside job. That Alex Jones had shown evidence in multiple documentaries that the September 11, 2001 terrorist attacks were brought down to take away civil liberties of the American people, that there were people involved in the Federal Government that had prior knowledge of the terrorist attack and let it happen anyways, and that a group of multi-billionaires, very important political heads, and internationalists had an agenda which may not be in the best interests of the American people. In other words, Alex Jones believes with the evidence that he had shown in his documentaries, that 9/11 was an inside job by corrupt elements within our Government. Luke Rudkowski, as I know of, had been the founder of We Are Change. I had been his Facebook friend back in 2012 and I had, at one time, posted USWGO Alternative News material on We Are Change website until he changed the site to where we no longer had the posting privileges to freely post content. However at one time I did have posting privileges which

got USWGO Alternative News some extra website traffic which led up to 2012 the year that I was framed with child pornography. Anyways Gregory Lance of We are Change NC had referred me by phone to Attorney Cynthia Everson to consider representing me in the matter which was for me to file a 2255 motion on the ground of actual innocence.

5. I had faxed different things to Attorney Cynthia. My family had emailed her evidence as well. I had also been given advice via text message from Eric Clark which had gone onto the Tracfone that my grandparents had let me use for legal case purposes and staying in touch with my political ally friends. I wasn't never advised by John Scott Coalter ("Mr. Coalter"), the second court appointed lawyer in my criminal case that I could have directly appealed my criminal conviction based upon showing ineffective assistance of Counsel upon what could reasonably be shown from within the record. I had decided to take Eric Clark's advice from the text messages and file "MOTION filed by BRIAN DAVID HILL for Extension of Time to file Notice of Appeal." (See Document #55, filed on January 12, 2015) Because my own Attorney Mr. Coalter was deficient that I could have at least tried to appeal the Judgment, regardless of whether I fail or succeed, to at least extend the deadline for filing my 2255 motion. The only thing he recommended was that I shouldn't appeal it because I got time served prison sentence. However my whole goal when I got out of imprisonment was that I try to prove my innocence since I wasn't able to prove my innocence while in jail. I had to get out of jail before I could prove my innocence without the court appointed lawyers. Ineffective assistance of Counsel caused my untimely appeal. I filed the appeal anyways due to the legal advice of Eric Clark from Kansas who had decided to voluntarily help my case since he had been to the Occupy Bilderberg protest in Chantilly, VA around 2012. I had also been to

that protest as alternative media for USWGO Alternative News. He is not a lawyer but is a pro se filer. He also was the one that helped financially with purchasing hearing transcripts of my criminal case and my family an email from him with the transcripts. He did more for me than Eric David Placke. He had given me the advice of sending a certified letter to John Scott Coalter and Eric David Placke requesting all of my legal files in early 2015 which made it possible for my family and me to review the discovery evidence on January 22, 2015, which would aid me in my case. John Scott Coalter had responded and I was told that I cannot take the discovery materials home but could review over the materials at his office in Greensboro, North Carolina. The appointment was scheduled at his office on January 22, 2015. I went with my family which was Kenneth Forinash (grandpa), Roberta Hill (mom) and Stella Forinash (grandma). So I and those three people were witnesses to what was in the discovery material for my case. We didn't have a lot of time to review over the material for too long, so we took notes and looked at the most important discovery papers first. The North Carolina State Bureau of Investigation ("SBI") case file had some very interesting claims. One such claim that "*From this analysis, 454 files had been downloaded with the eMule program between July 20, 2012, and July 28, 2013.*" Another claim that I had used encrypted DVD discs that a crack attempt did not succeed. However I know there is absolutely NO child pornography within the encrypted DVD discs that used certain portable encryption software. However SBI Special Agent Rodney V. White never asked me for the DVD disc encryption passwords which I would voluntarily turn over to an independent expert to show him proof that there was no child pornography in any of my encrypted DVD discs but I believe them doing so may hurt the Government's case since the alleged child pornography allegations stem

from non-encrypted media such as hard disk drives that were connected to the internet using a vulnerable computer system that was not secured and did not have the proper security protections needed to shield my computer from hacker attacks. I believe the Government did not want me to prove that <u>none of my encrypted DVD discs have child pornography</u> that they attempted to crack the encryption but failed. My family and I also noticed terms such as "files of interest" or "images of interest" or "videos of interest". Then I got to see where Mr. Coalter did highlight that no files of interest were noted to have been found on my ASUS Eee PC Netbook that proved to me with my own eyes that no child pornography was ever claimed to have been found on my Netbook and that my Netbook was returned to Mayodan Police. That proved to me that I gave a false confession for the netbook that they didn't get even though I told them by answering their question that infers that I had child pornography on it. After we saw those dates, that Phil Berger Junior's name was in the SBI case file of the discovery evidence from the Government. My family and I were upset that none of those issues were ever brought up by Mr. Coalter and Eric David Placke. The very contradictions and issues from the Government's own evidence (pursuant to criminal case discovery) could have given me one or more reasonable doubts which could have caused a Jury to have to find me not guilty. Not just that but that Mr. Placke could have proven that my confession statements do not match the questionable forensic claims of NC SBI Special Agent Rodney V. White at the Greensboro SBI office. He could have proven false confession which means that he had lied to the Federal Judge at the Suppression Hearing on June 4, 2014. He had convinced the Judge that I had no good faith basis to suppress the confession or any evidence. Well proving that my confession statements were false, with having family witnesses to testify that they had

heard Police Chief Charles J. Caruso told me "fess up. . .we know you did it. . .you better fess up or else your mother would be held responsible", and the experts like Dennis Debbaudt or any psychologist could have examined the confession audio and cross examine it with the claims from SBI Special Agent White to prove that I had made false confession statements and that it was caused by coercion due to the threat from Police Chief Caruso of Mayodan that my mother would be held responsible if I don't tell them guilty admissions. That proof alone would have subject my confession to suppression and weaken the Government's case. Placke could have even decided not to challenge the confession to being suppressed but instead use my false confession as a defacto prima facie reasonable doubt that would compel a Jury to either be a hung Jury or a Jury to find me not guilty. Placke could have clearly raised the 454 files being downloaded from eMule argument, as another reasonable doubt since it matches the claims in the threatening email from tormail.org and shows that files were downloaded for exactly 11 months while in the custody of law enforcement. Placke could have proven to a Jury that I had no child pornography in all of my encrypted DVDs that they had failed to crack the encryption. All of the claimed child pornography allegations were of files that they claimed they can access easily and forensically not under encryption. Therefore it is easy for hackers or even corrupt/rogue law enforcement to plant child pornography at will if they had wanted to. This would further create a reasonable doubt since I know how to use encryption and complex passwords due to my Autism, but my encrypted DVDs do not contain child porn while the claimed child pornography was found in non-encrypted and compromised locations. Thus would be more reasonable for a Jury to determine that my vulnerable computer that did not have adequate security protections could have been

hacked into and that my encrypted DVDs which were protected from hacker activities do not contain child pornography. Thus creates another reasonable doubt into the elements that I had knowingly possessed and attempted to get access to child pornography according to my false confession and the Government's claims. Placke could have raised three (3) reasonable doubts and maybe even more had he been effective Counsel. The fact that I had never shown an interest in children and never done anything to make neighbors feel that I am some type of sexual predator. The neighbors back at my old home address of [redacted] North Second Avenue in Mayodan North Carolina, knew that I had ran around with my Nullify-NDAA Petition as part of USWGO Alternative News. None of them ever believed the entire time I that I had ever lived in the town of Mayodan, for over seven years, that I was some kind of sexual predator. In earlier 2012 they saw who I really was when I ran around with my Nullify-NDAA Petition collecting signatures and giving out paper printed mini business cards to try to advertise USWGO Alternative News at USWGO.COM, that was who I was before I was framed with child porn. Placke could have had the neighbors of my old Mayodan residence to testify as witnesses and they would have been suspicious about the Mayodan Police raiding my home after my Nullify-NDAA Petition and Anti-Phil-Berger news articles. The Jury would have yet another reasonable doubt for the political retaliation claims that my Attorney could clearly have presented. Placke could have raised even more reasonable doubts than what I have been trying to explain verbally and in pro se filings throughout my entire criminal case. Anyways my family and I were disgusted by what we saw in the discovery evidence on January 22, 2015. We were wondering why I was forced into taking the guilty plea, and we had wondered why I was even convicted in the first place. We thought that the

SBI should be charged with downloading and/or distributing child porn on my hacked Black Toshiba Laptop Computer, based on Rodney White's claim since it had continued downloading until July 28, 2013. So my Laptop gets hacked in July 2012, yet eMule continues downloading files and material up until July 28, 2013, according to Agent White's own statement in his own report that was used against me in Federal Court. That does not match Reidsville Police Detective Robert Bridge's claim in his Search Warrant Affidavit that child pornographers use eMule to collect child pornography and applying that straw-man character to my character as if that was somehow me. From what I have read from the SBI report it had downloaded while 11 months in law enforcement custody. My family and I were deeply disgusted while I had to deal with USPO Kristy Burton acting as though I am guilty and treated me like I was guilty.

6. Some more stuff was pulled by USPO Burton, like one day she showed up with a urine collection container and I had to give a urine sample, and had to do my hand washing routine as caused by my Obsessive Compulsive Disorder ("OCD"). USPO Burton didn't like to wait for my routine so she had decided to suspend the urine drug testing as I have no substance abuse history. She showed up at inconvenient times and then used that to make out like I had hit my grandpa when I have Autism and she wanted to use my own neurological condition against me knowing that I had wanted to prove my actual innocence and she wanted to ruin that. USPO Burton's nasty attitude, threating statement, and behavior, thwarted my ability to think clearly which further delayed my ability to work on gathering new evidence to file my 2255 motion. One threatening statement she had made was when she had compelled me to see a Sex Offender Treatment Provider ("SOTP") and mandatory polygraph testing. I had stated that I would plead the fifth

amendment since they are not always accurate and innocent people can be ensnared on false positives of the polygraph test. After USPO Burton had threatened me that I may face a summons by pleading the fifth in the polygraph test that was planned for me or by refusing to participate in the Sex Offender Counseling by telling them the truth that I am INNOCENT and was framed with child pornography and could have proven it but Mr. Placke was too much of a coward to let me prove my innocence to a Jury trial. In 2015, I had learned that after I had left a voicemail with one of the polygraph examiners stated that I have Autism and that my family would have to be there with me during the polygraph test to show proof to the polygraph examiner upon any false positive. After that the polygraph examiner directed me to tell my Probation Officer saying that he was refusing to conduct the test. Sounds like he got the picture that people with Autism are more likely to give false positives in a polygraph exam. I had filed more evidence and pro se motions prior to being arrested due to the Document #88 "ORDER FOR WARRANT as to BRIAN DAVID HILL. Signed by CHIEF JUDGE WILLIAM L. OSTEEN JR. on 4/29/2015. (Daniel, J) Modified on 5/27/2015 to unseal document". I had been placed in jail again from May 27, 2015 to June 30, 2015 and I had tried to fight to get the Supervised Release Violation case to be stopped due to my belief and evidence I had that USPO Burton had lied about one or more material facts and misconstrued my Autistic meltdown caused by my Autism Spectrum Disorder and high blood sugar since USPO Burton wouldn't even let me get to my insulin shot by ordering me back in the room and that I had sat on the chair where I had my meltdown. I knew she had lied about one or more things and I had tried to prove that with the severely limited resources of Forsyth County Detention Center. Normally a witness caught lying should

have been subject to impeachment or suppression or taken with a grain of salt, the Government's witness USPO Burton got away with lying on the stand in open Court and lying in the Petition for Warrant or Summons through Edward Cameron. Despite all of the proof, she got away with lying and I was placed on six months of home detention and GPS tracking bracelet on my ankle. Because I am not permitted to use the internet and was placed under six months of home detention, I had no means to be able to fulfill my obligation to file my 2255 motion within the 1 year statute of limitations. Because of the home detention I couldn't travel to the nearest law library that can allow me to look up federal cases without using the internet. I was forced to fight each day and every week faxing and faxing, calling the Clerk's office to ask her questions aka to interview her (*while using a phone call recorder under one party consent statutes of both North Carolina and Virginia*) about my compliance with the proper filing procedures to try to prove that the Clerk did not contact Kristy Burton as she had claimed under Oath. I had fought as hard as I could to try to prove that USPO Burton had committed perjury, that Edward Cameron the Supervisory Probation Officer had committed subornation of perjury, and had asked the FBI and the Administrative Office of the U.S. Courts to investigate USPO Burton. I was finally assigned a new U.S. Probation Officer named Jason McMurray. He was a lot more understanding and professional, and more ethical than USPO Burton. I was able to successfully complete one polygraph test to only 'have passed it' according to what USPO McMurreay had told me. I have not had to take another one ever since. I have not had any Probation Violation (*except one that was blocked due to Radford Counseling letting me go from treatment because I had tried to show them proof that I am innocent*) issues since USPO McMurray became my new U.S. Probation Officer since July,

2015. I had fought so hard every week, and every month to try to stop the home detention, I was not in the right frame of mind to fully comprehend the 1 year deadline for filing my 2255 motion. I was emotionally wrecked, my OCD routines had gotten worse, and sometimes I had felt irritation around the area where my GPS ankle bracelet monitoring device was. My family had even taken photographs of me with GPS ankle bracelet to show what I had gone through in case we ever had wanted to file a lawsuit over all that against USPO Burton and against the U.S. Attorney office. I had to keep hearing the GPS bracelet beeping sound and was a living hell for me. USPO McMurray let me travel to local hiking trails, and go shopping which kept me sane. I didn't lose my mind because of that little bit of freedom still allowed despite the crap that USPO Burton had pulled against me. I had tried to get Attorney Cynthia Everson to continue trying to locate the seized Black Toshiba Laptop Computer, and gave her as much information as I believe my family and I thought she needed to gather the forensic evidence needed to prove actual innocence. She and I had gotten into disagreements over my viewpoint and experts stating that people with Autism giving false confessions. She stated her opinion that Autism cannot be used as a defense meaning I couldn't assert that is part of my actual innocence. I thought that was not true as Autism plays a role in me being coerced into giving a false confession. Attorney Cynthia overtime had become a major disappointment. Then at one point she told my family that I would need at least $5,000. I did not have enough money at the time and I still didn't know if she had even found the computer and where it was stored. She said it could be more than $5,000 and that there was no guarantee that I would win. For somebody living off of SSI, my family saving up to $5,000 for a computer expert while claiming no guarantee is a pretty crazy expectation. I tried to see if any of

my friends or family could start up a legal fund raiser campaign to gather enough money to pay for the legal fees, and Attorney Cynthia was dead set against it. She got angry and said that because of ethics she cannot organize a fund raiser knowing that I cannot use the internet and could not organize my own fundraiser while demanding that I need to pay $5,000 or more to prove actual innocence but no guarantee. Around that time I had also managed to ask Wake Forest University School of Law, Innocence and Justice Clinic to consider assigning my case to a team of law students to investigate and attempt to prove my actual innocence. They never did anything to look at the discovery evidence that was at Mr. Coalter's office. In the end they turned their backs on me. Later on, my family had discovered that court appointed lawyer Mark Jones (for my appeal that had been filed untimely) had been around the Wake Forest University School of Law while Phil Berger Junior or one of the members of the Phil Berger family had attended that school. My family also noticed that one or more members of the Phil Berger family had attended Wake Forest law school. I was outraged when I had found that out. I felt as though Phil Berger had everything in his favor which means that I will never get justice in Federal Court and neither any justice in North Carolina, because the Phil Berger family in North Carolina is too powerful in politics and/or legal work as lawyers. So Wake Forest was a waste of time. I had attempted to ask for the Wake Forest law school to help me with proving my innocence around December, 2015. They were a big time waster and so was Attorney Cynthia Everson. Ever since the fund raising issues had happened, my communications with Attorney Cynthia and myself had apparently started to break down. At some point she no longer was going to do anything about me filing my 2255 motion. She was no longer my Attorney at that point. After

We Are Change news reporter Aaron Kesel had spoken with me in 2016, my family showed me the article that he did where I saw the leaked photograph of the SBI case file that spoke of the SBI page download dates regarding eMule. I had my family to research into it and they found that the archive.org page where the hacktivist group Anonymous had leaked some photographs of the NC State Bureau of Investigation case file that looked similar to the discovery material documents that were at John Scott Coalter's office. In July to August 2016, I had filed two FOIA requests for the Executive Office for United States Attorneys ("EOUSA"). One of those requests were for the entire criminal case discovery packet of evidence including my confession audio CD which is needed to help prove actual innocence. When I had received part of the documents of what I assume was what had been originally used against me but not all of them, I had filed a Freedom of Information Act ("FOIA") lawsuit in the Danville division United States District Court for the Western District of Virginia. That lawsuit is still ongoing as of this Declaration. That lawsuit seeks to prove whether Anand Prakash Ramaswamy had covered up, concealed, or even destroyed discovery evidence which I believe is yet another attempt to deprive me and prevent me from proving my actual innocence. The lawsuit was filed in April 2017. In 2017, my family had got more involved and providing witness testimony in both of my FOIA case and 2255 motion and evidence.

7. Because every month I have tried to find different ways to prove my innocence, because of ineffective Counsel concerning Cynthia Everson and John Scott Coalter, tried to repeatedly FAX the FBI, dealt with the lies of USPO Kristy L. Burton and tried to fight to reverse the home detention by proving her to be a liar and to only find out that nobody did anything about it

except let her get away with lying on the stand, the emotional anguish and trauma concerning different events of this entire case, that I clearly could not have filed the 2255 motion timely as of November, 2015. I was suffering under home detention and the GPS ankle bracelet felt uncomfortable and increased my OCD hand washing routines into taking one or more hours per hand washing routine or showering routine. It became difficult to get things done. I was under extreme anxiety and stress and at one point my family had thought I was about to lose it and wanted to go to the Hospital. I almost went mentally insane over the home detention and my family knows the home detention really bothered me and was causing me extreme anxiety and distress. I had even begged Dr. Shyam Balakrishnan to write a medical letter in another attempt to stop the home attention by showing good medical cause but that had failed. I had begged Renorda Pryor, another court appointed lawyer but only over the Supervised Release Violation ("SRV") proceedings to file a motion to reconsider to get me off the home detention earlier on good behavior and based on the evidence I had regarding USPO Kristy Burton lying. She told me that it had to be approved by the Government before it could proceed to Court to be decided then she kind of let it go and I felt she had been ineffective by her doing that. She did a great job as my lawyer back at the SRV hearing. At one time she really did fight hard for me as a real defense lawyer on June 30, 2015. I was grateful for Attorney Renorda fighting to continue my supervised release. I felt like the Government somehow made it where Renorda couldn't do anything for the Judge to reconsider the six months of home detention. So I was dealing with those emotions as well. I tried to get her to get the motion to reconsider filed in September or October, 2015. Since Renorda had failed to do anything about the "motion to reconsider" my health deteriorated to the point where I

had an accident due to low blood sugar (I believe I had a diabetic seizure) to be taken to the hospital. I was so scared of being arrested by leaving the home to go to the Hospital, my family and I had to wait until we got the green light from my Probation Officer to travel to the Martinsville Memorial Hospital in November 2015. My water usage had increased every month of being placed on home detention which my family had proof of from the water and electric bill from the City of Martinsville Utility Building. The water bill going up was further proof that my OCD hand washing and showering routines had gotten significantly worse every month of being placed on home detention. My mental health was more and more unable to focus on the 2255 and focused on fighting right and left to stop the home detention.

8. Around late November to the month of December, 2015, I had faxed a "Monday, November 30, 2015", "COMPLAINT AND REPORT TO THE Appropriations, Justice, and Public Safety (House Standing Committee) and the Joint Legislative Oversight Committee on Justice and Public Safety On Evidence tampering and/or mishandling of Evidence" and that complaint was against the SBI agency and/or the SBI Special Agent Rodney V. White. I had attempted to persuade the Oversight Committee to investigate the alleged child pornography download date claim and faxed a copy of my 2-page Affidavit of Innocence. Brought up about my false confession in my complaint and petitioning the committee to take action, to do something about the issues that were raised in my complaint to the "Joint Legislative Oversight Committee on Justice and Public Safety" committee involving the SBI in my criminal case.

9. I had been involved fighting so hard right and left concerning my goal of proving actual innocence and getting justice, I could not have filed the 2255

motion at an earlier time competently, correctly, and ensuring that everything was done properly as a pro se filer.

Pursuant to 28 U.S. C. § 1746,

**I declare under penalty of perjury that the foregoing is true and correct.**

Respectfully submitted,

**Executed on:**
January 23, 2018

*Brian D. Hill*
Signed **Signed**
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, VA 24112
Phone #: (276) 790-3505
**U.S.W.G.O.**