

**PRIORITY MAIL**

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE

\* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

7017 1070 0000 3531 7369

**INSPECTED**

R2305K141594-08

27401

$10.15

U.S.W.G.O.

~Brian D. Hill~ Signed

Brian D. Hill
310 Forest Street, Apartment 2
Martinsville, VA 24112

TO:

ATTN: Clerk of the Court
U.S. District Court
324 W. Market Street, Suite 1
Greensboro, NC 27401-2544

Donald Trump: Make America Great Again!
Say No to the New World Order  !God Bless!

RECEIVED
In This Office
JAN 26 2018

**UNITED STATES POSTAL SERVICE**®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14F July 2013
OD: 12.5 x 9.5

P S00001000014

# PRIORITY
# MAIL ★

## TRACKED★ INSURED★

**UNITED STATES POSTAL SERVICE**®

## RATE ENVELOPE
★ ANY WEIGHT*

EP14F July 2013
OD: 12.5 x 9.5

01000014

★ For International shipments, the maximum weight is 4 lbs.