

U.S. POSTAGE PAID
MARTINSVILLE, VA
24112
MAR 05, 18
AMOUNT
$10.15
R2304N117627-26

27401

**U.S.W.G.O.**
Brian D. Hill signed

FROM:
Brian D. Hill
310 Forest Street, Apartment 2
Martinsville, VA 24112

TO:
ATTN: Clerk of the Court
U.S. District Court
324 W. Market Street, Ste. 1
Greensboro, NC 27401-2544



CERTIFIED MAIL
7017 1450 0000 9411 2907

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
  * Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP14F July 2013
OD: 12.5 x 9.5



PS00001000014



RECEIVED
In the Office
MAR 07 2018
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC CB

INSPECTED



Case 1:13-cr-00435-TDS  Document 144-1  Filed 03/07/18  Page 2 of 2