# EXHIBIT 3

For Federal criminal/civil case filing -- PETITIONER'S ADDITIONAL EVIDENCE BRIEF IN OPPOSITION TO "MOTION TO DISMISS MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE" (Document #141) AND IN SUPPORT TO PETITIONER'S 2255 MOTION (Document #125) --

Brian David Hill (Petitioner) v. United States of America (Respondent)

Criminal Case Number 1:13-cr-435-1
Civil Case Number 1:17-CV-1036



USWGO Alternative News (USWGO.COM, DEFUNCT)
WE ARE CHANGE (WEARECHANGE.ORG)
INFOWARS.COM (THERE IS A WAR ON FOR YOUR MIND)
Oath Keepers (oathkeepers.org)

**Subject:** Fwd: WE,,,FRAMED,,,IAN,,,WITH,,,CHILD,,,PORN,,,,,WE.....WILL......FRAME......U......ALL...BYE......BYE....PATRIOTS
**From:** mark@freetalklive.com
**To:** rbhil█@yahoo.com
**Date:** Monday, April 4, 2016, 9:21:51 PM EDT

---------- Forwarded message ----------
From: <gl0balsender@sigaint.org>
Date: Fri, Apr 1, 2016 at 3:25 AM
Subject: WE,,,FRAMED,,,IAN,,,WITH,,,CHILD,,,PORN,,,,,WE.....WILL......FRAME......U......ALL...BYE......BYE....PATRIOTS
To: ian@freetalklive.com, mark@freetalklive.com, johnson@freetalklive.com, chris@chr

WE,,,FRAMED,,,IAN,,,BERNARD,,,WITH,,,CHILD,,,PORN,,,,,LOCATED,,,,,██████████,,,KEENE,,,,,NEW,,,,,FUCKSHIRE//////////////WE.........WATCHING..................YOU.........AND..............YOUR............BAND...................OF.................PU$$IE$$

LISTEN,,,,,,FUCKTARDS,,,,,,YOU,,,,,,BETTER,,,,,,SHUT,,,,,,DOWN,,,,,,FREE,,,,,TALK,,,,,,LIVE,,,,,,OR,,,,,,WE,,,,,,WILL,,,,,,FRAME,,,,,,YOU,,,,,,all....WITH,,,,,,,CHILD,,,,,,,PORN,,,,,,,AGAIN,,,,,,,THIN,,,,,,,CALL,,,,,,FBI,,,,,,ON,,,,,,YA,,,,,,ASSH0L3$

SHUT.........DOWN............LIBERTY.............RADIO............FOR.........GOOD..........AS..............WELL.............AS............YOUR...........GODD AM.........SHIRE..........guild,,,,,,,,,,RELIGION,,,,,THIS............IS............OUR.................COUNTRY.........FUCKER,,,,,,DISBAND..........NOW!!!! !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

SHUT,,,,,,DOWN,,,,,,YOUR,,,,,,GODDAMN,,,,,,RADIO,,,,,,SHOW,,,,,,U,,,,,,FUCK,,,,,,FUCKING,,,,,,CHILDFUCKER,,,,,,PEDOPHILES.......AT............LE AST............YOU............ARE............CALLED..........PAEDOS

WE,,,,,ALREADY,,,,,,CONVICTED,,,,,,SEVERAL,,,,,,INNOCENT,,,,,,PEOPLE,,,,,,ON,,,,,,CHILD,,,,,,PORN

U,,,,,THINK,,,,,WE,,,,,,PLAYEN,,,,,,AROUND,,,,,,WAIT,,,,,UNTIL,,,,,,YOUR,,,,,,RAIDED,,,,,AGAIN,,,,,,,YO,,,,,FUCKLICKER..............GET............RAPED.............IN............PRISON.........SEX..........OFFENDER$........THEN............RAPED...........AGAIN

we,,,,,,,are,,,,,,,planning,,,,,,our,,,,,,,next,,,,,,,cyberattack,,,,,,,against,,,,,,u,,,,,,,FUCKTARD,,,,,,NOW,,,,,,GO,,,,,,,FUCK,,,,,,LITTLE,,,,,,GIRLZ,,,,,,FUCKER,,,,,,

THE,,,,,,FBI,,,,,,WILL,,,,,,BE,,,,,,BACK,,,,,,AGAIN,,,,,,THEN,,,,,,YOUR,,,,,,LICENSE,,,,,,TO,,,,,,RUN,,,,,,A,,,,,,RADIO,,,,,,SHOW,,,,,,WILL,,,,,,BE,,,,,,FORFEITTED,,,,,,AS,,,,,,WELL,,,,,,AS,,,,,,YOUR,,,,,,BANK,,,,,,ACCOUNTS

WE,,,,,,HAVE,,,,,,NCMEC,,,,,,TIP,,,,,,LINE,,,,,,AND,,,,,,YOUR,,,,,,IP,,,,,ADDRESS,,,,,PHONE,,,,,NUMBER,,,,,,SOCIAL,,,,,,SECURITY,,,,,,NUKBER,,,,,,,,,,,,,DRIVERS..............LICENSE....................BIRTH...............CERTIFICATES,,,,,,,,,,,,,,

WE,,,,,,WILL,,,,,,FILE,,,,,,A,,,,,,AFFIDAVIT,,,,,,STATING,,,,,,THAT,,,,,,WE,,,,,,SAW,,,,,,YOU,,,,,,AND,,,,,,YOUR,,,,,,CREW,,,,,,HAVING,,,,,,SATANIC,,,,,,,,RIATUAL,,,,,,ABUSE,,,,,,SEX,,,,,,GAMES,,,,,,SEX,,,,,,PLAY,,,,,,WITH,,,,,,8,,,,,,YEAR,,,,,,OLDS

PREPARE,,,,,,TO,,,,,,DIE,,,,,,FREE,,,,,,TALK,,,,,,LIVE,,,,,,WE,,,,,,TOOK,,,,,,CARE,,,,,,OF,,,,,,PATRIOTS,,,,,,BEFORE,,,,,,HAHAHAHAHAHAHAAAA.....................COCK..........................MMMMMMMMMMMMMMMMMM

WE,,,,,,COPIED,,,,,,YO,,,,,,ADDRESS,,,,,,FROM,,,,,,COURT,,,,,,RECORD,,,,,,

Ian Bernard a/k/a Ian Freeman, of ██████████, Keene, New Hampshire
(((ALERT!!!!!............CHILD,............PORN,............FOUND,.........AT,.........ADDRESS))))HAHA

WE,,,,,,,,,,,,,,,,,,WILL,,,,,,,,,,,,,,,,,,FRAME,,,,,,,,,,,,,,,,,,PETE,,,,,,,,,,,,,,,,SANTILLI,,,,,,,,,,,,,,,,,,WITH,,,,,,,,,,,,,,,,,,CHILD,,,,,,,,,,,,,,,,,,MOLESTATION,,,,,,,,,,,,,,AND,,,,,,,,,,,,,,,,,,OTHERS,,,,,,,,,,,,,,,,,,WILL,,,,,,,,,,,,,,,,,,BE,,,,,,,,,,,,,,,,,,FRAMED,,,,,,,,,,,,,,,,,,WITH,,,,,,,,,,,,,,,,,,CHILD,,,,,,,,,,,,,,,,,,POORN,,,,,,,,,,,,,NEXT

WE,,,,,,,,,,,,,,,,WILL,,,,,,,,,,,,,,,,CARRY,,,,,,,,,,,,,,,,OUT,,,,,,,,,,,,,,,,OUR,,,,,,,,,,,,,,,,ATTACKS,,,,,,,,,,,,,,,,ON,,,,,,,,,,,,,,,,ALL,,,,,,,,,,,,,,,,CONSTITUTIONAL,,,,,,,,,,,,,,,,PATRIOTS,,,,,,,,,,,,,,,,ALTERNATIVE,,,,,,,,,,,,,,,,SCUM

GO---------------TE-----------HELL----------------CHRI$TIAN---------------------FUCKBAGZ