# EXHIBIT 4

For Federal criminal/civil case filing
-- PETITIONER'S ADDITIONAL EVIDENCE BRIEF IN OPPOSITION TO "MOTION TO DISMISS MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE" (Document #141) AND IN SUPPORT TO PETITIONER'S 2255 MOTION (Document #125) --

Brian David Hill (Petitioner) v. United States of America (Respondent)

Criminal Case Number 1:13-cr-435-1
Civil Case Number 1:17-CV-1036



USWGO Alternative News (USWGO.COM, DEFUNCT)
WE ARE CHANGE (WEARECHANGE.ORG)
INFOWARS.COM (THERE IS A WAR ON FOR YOUR MIND)
Oath Keepers (oathkeepers.org)

In the United States District Court
For the Middle District of North Carolina

Brian David Hill  )
Petitioner,  )
 )
v.  ) Civil Action No. 1:17-CV-1036
 ) Criminal Case No. 1:13-CR-435-1
United States of America  )
Respondent.  )
 )
 )

Declaration of Petitioner Brian David Hill in support of "PETITIONER'S ADDITIONAL EVIDENCE BRIEF IN OPPOSITION TO "MOTION TO DISMISS MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE" (Document #141) AND IN SUPPORT TO PETITIONER'S 2255 MOTION (Document #125)"

I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1. I am the Petitioner in the criminal case United States of America v. Brian David Hill, criminal case no. 1:13-cr-435-1 and civil case no. 1:17-CV-1036, U.S. District Court for the Middle District of North Carolina, and the criminal case was filed at the time under the authority of U.S. Attorney Ripley Rand in 2013, as now he is no longer employed by the U.S. Attorney Office after the election victory of Donald John Trump for Office of President of the United States. Prosecution was filed and represented by Anand Prakash Ramaswamy of the United States Attorney Office for the Middle District of North Carolina.

1

2. On March 23, 2016, I, Brian David Hill, had noticed a text message on my grandmother's cell phone (*that she lets me use for texting my friends and use for legal purposes, the Tracfone service account for that cellular phone is not in my name but is registered with either Stella Forinash, Kenneth Forinash, or both*) directed to myself (Brian) texted by Laurie that told me that <u>Text message #1:</u> "*Awesome, BTW did you see that Liberty Radio Network got raised Monday for the SAME thing as you??????????*" (6:50PM), <u>Text message #2:</u> "*Raided. Not raised*" (6:51PM), I had texted back to Laurie that same day that (<u>Text message #3</u>) "*Sounds like the Pedophile Ring have declared war on patriots. I stood up for the innocent people at the right time. Raids usually don't mean quick arrests. We have time to foil set ups by speaking out or forever hold our peace…err I mean un-peace*" (6:55PM), then she responded with (<u>Text message #4</u>) "*Yes. I will be on with you and Mike tomorrow BTW*" (6:56PM), and <u>Text message #5:</u> "*We will discuss all that*" (6:57PM). My family had conducted research and found out that I can call into the Free Talk Live radio show. My family, monitored the show audio feeds (*podcasts can be downloaded by my family and I can review over the podcasts, internet not necessary to review over the show podcasts*) until one particular day Ian Freeman or one of the show hosts mentioned about getting some kind of email message which I had suspected may have been a threatening message, and I had taken interest in investigating this further in assuming that it was yet another tormail.org style threatening email message. I did call in two times to the Free Talk Live radio show in 2016 to bring up about my case and to bring up my opinion on Eric David Placke and the court appointed lawyers aka the public defenders. My family has listened to those podcasts.

3. I am aware that Mark Edge (*assuming that it is Mark due to the email print out sheet mentioning a Mark at Free Talk Live*) forwarded the threatening anonymous email to my mother Roberta Hill that they (Free Talk Live) had received on Friday, April 1, 2016 at 3:25 AM, confirming yet again that yet another activist or patriot had received a child pornography set up attempt similar to what happened to me in this case, Luke Rudkowski, Stewart Rhodes, Melissa Melton, and others, just as Attorney Susan Basko had warned about in Document #46 before I was wrongfully convicted. I believe that it uses the typing style similar to the threatening email messages (tormail.org, mail2tor, other TOR based email providers that operate on the darknet) received by myself, Luke Rudkowski, Stewart Rhodes, Melissa Melton, and others had received all concerning child pornography set up attempts. Ian Freeman could be the second person (*if Ian Freeman reported the threatening email to the FBI which I am assuming he did that*) known to the Federal Government to have been raided by law enforcement on child pornography allegations and have received one or more of a taunting threatening message, while I am assuming that I am the first set up attempt that was made successful by my wrongful conviction. Both my case and Ian Freeman received police raids then were receiving a threatening email message declaring responsibility and threatening me and them to shut up and/or shut down or else.

4. **Exhibit 2** as attached to *"PETITIONER'S ADDITIONAL EVIDENCE BRIEF IN OPPOSITION TO "MOTION TO DISMISS MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE" (Document #141) AND IN SUPPORT TO PETITIONER'S 2255 MOTION (Document #125)"*, is a true and correct copy of a <u>5-page news article printout</u> that was printed by family. This news article by Vice.com Motherboard talks about

3

Ian Freeman being raided by the FBI Agents that was part of Liberty Radio Network (LRN) that has the Free Talk Live radio show. The article speaks for itself. The total number of pages for this Exhibit is **5 pages total**. The printout was to a PDF file and was printed into physical paper to file in this case.

5. **Exhibit 3** as attached to *"PETITIONER'S ADDITIONAL EVIDENCE BRIEF IN OPPOSITION TO "MOTION TO DISMISS MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE" (Document #141) AND IN SUPPORT TO PETITIONER'S 2255 MOTION (Document #125)"*, is a true and correct copy of a <u>1-page E-Mail printout</u> that was printed by Roberta Hill from her email account. This new threatening email is similar to the threatening messages that I, Brian David Hill had first received in 2013 after being raided by the Mayodan Police in 2012 over alleged child pornography allegations. The threatening email speaks for itself. The total number of pages for this Exhibit is **1 page total**. The printout was to a PDF file and was printed into physical paper to file in this case.

Pursuant to 28 U.S.C. § 1746,

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Executed on:

March 5, 2018

*Brian D. Hill*
Signed  Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, VA 24112
Phone #: (276) 790-3505
**U.S.W.G.O.**

4