U.S. POSTAGE PAID
MARTINSVILLE, VA
24112
MAR 05, 18
AMOUNT
$10.15
R2304N117627-26

27401

U.S.W.G.O.

Brian D. Hill
*signed*

FROM:
Brian D. Hill
310 Forest Street, Apartment 2
Martinsville, VA 24112

TO:
ATTN: Clerk of the Court
U.S. District Court
324 W. Market Street, Ste. 1
Greensboro, NC 27401-2544

CERTIFIED MAIL
7017 1450 0000 9411 2907

PRIORITY MAIL

DATE OF DELIVERY SPECIFIED*
USPS TRACKING™ INCLUDED*
INSURANCE INCLUDED*
PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14F July 2013
OD: 12.5 x 9.5

PS00001000014





RECEIVED
IN THE OFFICE

MAR 07 2018

CLERK, U.S. DISTRICT COURT
GREENSBORO, NC CB
1:13cr435

INSPECTED

PRIORITY MAIL*

RATE ENVELOPE
* ANY WEIGHT*

EP14F July 2013
OD: 12.5 x 9.5

