IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BRIAN DAVID HILL, | : | 1:17CV1036 |
| Petitioner, | : | 1:13CR435-1 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | ORDER |

ON MOTION OF THE UNITED STATES, and for good cause shown, the United States Attorney is hereby granted a two week extension of time, until March 23, 2018, within which to file its Response to Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence.

ORDERED this ____ day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE