PRESS FIRMLY TO SEAL

# PRIORITY
★ MAIL ★

PRIORITY MAIL
POSTAGE REQUIRED

Y TO SEAL

7017 1450 0000 9411 2914

DATE OF DELIVERY SPECIFIED *

USPS TRACKING™ INCLUDED *

$ INSURANCE INCLUDED *

PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

FROM:


U.S.W.G.O.

Brian D. Hill
310 Forest Street, Apartment 2
Martinsville, VA 24112

*Brian D. Hill*
*Signed*

TO: *Please Drain The Swamp; Trump*

133 CB

ATTN: Clerk of the Court
U.S. District Court
324 W. Market Street, Suite 1
Greensboro, NC 27401-2544


P S00001000014

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES
POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.



Label 101-V, November 1994

INSPECTED

® **Tyvek**®
at's Inside™

age pickup right from your home or office at usps.com/pickup
nline - Go to usps.com/postageonline
SS FIRMLY

**RECIPIENT**
The sender has
Immediately up
NAME: _____
Tel. No.: (____)

Attn: Clerk of Court
U.S. District Court
324 W. Market Street, Suite
Greensboro, NC
27401 - 2544

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

USPS
Permit No. G-10

UNITED STATES
POSTAL SERVICE®

1007

27401

PAID
MARTINSVILLE, VA
24112
MAR 14,18
AMOUNT
**$0.00**
R2305K137062-15

EE 1245 8322 4US

UNITED STATES
POSTAL SERVICE® | **PRIORITY**
★ **MAIL** ★
**EXPRESS**™

When used internationally

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)        PHONE (      )

PAYMENT BY ACCOUNT (if applicable)

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)        PHONE (      )

ZIP + 4® (US ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

LABEL 11-B, OCTOBER 2016        PSN 7690-02-000-9996        3-ADDRESSEE COPY

ORIGIN (POSTAL SERVICE USE ONLY)

| PO ZIP Code | ☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO | | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM | Insurance Fee | COD Fee |
| Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| Weight        lbs.        ozs. | ☐ Flat Rate | Acceptance Employee Initials | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

◎ Please

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail® s
Misuse may be a violation of federal law. This package is not for resale.

© 2009 USPS
07909 EM EP-13C JULY 2009