# SUPPLEMENT 2

For Federal criminal/civil case filing -- PETITIONER'S RESPONSE BRIEF IN OPPOSITION TO "GOVERNMENT'S RESPONSE TO "MOTION AND BRIEF FOR LEAVE TO FILE ADDITIONAL EVIDENCE" AND GOVERNMENT'S MOTION FOR PRE-FILING INJUNCTION" (DOCUMENT #148) AND "MEMORANDUM IN SUPPORT OF GOVERNMENT'S MOTION FOR PRE-FILING INJUNCTION" (DOCUMENT #149) –

Brian David Hill (Petitioner) v. United States of America (Respondent)

## Criminal Case Number 1:13-cr-435-1
## Civil Case Number 1:17-CV-1036



USWGO Alternative News (USWGO.COM, DEFUNCT)
WE ARE CHANGE (WEARECHANGE.ORG)
INFOWARS.COM (THERE IS A WAR ON FOR YOUR MIND)
Oath Keepers (oathkeepers.org)

A Mother's Commentary

This is my first amendment right to exercise my freedom of speech. It is my intention to speak up for all autistic people who have been discriminated under the Federal judicial system due to autistic behavior and communication problems. Autistic people can't control these disability problems; and therefore, should not be discriminated against or repeatedly punished due to their brain damage.

As God as my witness I do so declare. My son has been discriminated by the police enforcement and is currently being discriminated against by the Federal Judicial system. The Federal court ignores Brian's autism and refuses to acknowledge and accept the following main evidence in the discovery report that is being withheld from the defendant.

1. The discovery report stated "From the analysis, this record showed that 454 files had been downloaded with the eMule program between July 20, 2012 and July 28, 2013." His laptop computer was taken on August 28, 2012. He was convicted for downloading these files for the dates mentioned; however, eleven months of those dates he did not even have his computer. This is evidence he is innocent.

2. The Federal government will not allow him to get this portion of the discovery report to prove his innocence; therefore, his family had to come forth as witnesses. Stella Forinash, Kenny Forinash and Roberta Hill have made affidavits to prove these dates. I personally wrote down that sentence on the day we read the discovery report.

3. Brian confessed to having child porn on his netbook. The discovery report shows that there was no child porn on his netbook. His family has also been witnesses to the fact that this is a proven false confession on the discovery report which was not given to Brian Hill in his FOIA lawsuit.

There are many negative consequences from the federal court discriminating against my son in his case which are detrimental to my son's health. I am his mother and caregiver, and I can tell you that what the Federal court has put my son through has taken a severe toll on his physical health, not to mention on his mental health. I am his only caregiver, and I have watched how his health is declining due to the stress that is being put on him for the last 5 and a half years. His Obsessive Compulsive Disorder (OCD) routines are taking up most of his day, and he has an intestinal chronic health problem that is adding to more time with his OCD routines. The rest of his day gets taken up with perseverating on his legal issues, and even with talking to a counselor every month, his anxiety has caused excessive worrying that is worsening his many health issues. He has insulin reactions on a

~ 2 ~

Case 1:13-cr-00435-TDS   Document 150-2   Filed 04/06/18   Page 3 of 8

regular basis and seizures every once in awhile, so I have to watch him closely to monitor him all throughout the day and night. He also has fallen many times during some insulin reactions and seizures, which results in additional injuries. He talks about his case every day since the police raid, and this is all he mainly focuses on in his life. As his caregiver, I watch everyday how this has severely affected him and his health.

As a believer in God, I know that whoever is responsible for setting up my son will be held accountable, not in the United States Federal court, but will be held accountable by God. Jesus once said in Luke 11:46 "And he said, "Woe to you lawyers also! For you load people with burdens hard to bear, and you yourselves do not touch the burdens with one of your fingers." After experiencing man's legal system, I wholeheartedly agree with Jesus Christ on this matter. Jesus went through man's justice system and was found guilty. He was arrested, thrown in prison, mocked, tortured and then executed for a crime that he was innocent. If any one of the lawyers affiliated with Brian's case had to take care of a child or adult with autism, brittle type one diabetes, seizures, anxiety and OCD, then I hardly think they would be so eager to keep punishing my son through the legal system. I have put this legal matter in God's hands knowing that true justice will one day come in this matter. Only God's justice is true and righteous.

~ 3 ~

Case 1:13-cr-00435-TDS   Document 150-2   Filed 04/06/18   Page 4 of 8

I have personally witnessed lawyers who ignore evidence and push plea agreements onto their clients and their families by threatening that their client can get a maximum of a certain amount of years in prison. Most clients feel forced to take the plea agreement, even if they are innocent, because no one wants to gamble with their life. I have also witnessed a legal system that does not acknowledge autism and therefore, punishes people for having brain damage of which they have no control. I have watched the prosecuting attorney repeatedly ignore Brian Hill's autism. The Federal judiciary system seems to repeatedly use Brian's autism against him to punish him over and over again. Since autism is on the increase, I fear for all of the people with autism who will falsely confess to crimes that they haven't committed and will be convicted under the Federal court, only to be repeatedly punished for their autistic behavior and communication problems. I also fear for all the families of people with autism who will have emotional breakdowns and depression because they will have no power to protect or defend their loved ones in the Federal judicial system. The Federal judicial system can't continue to treat people with autism with discrimination due to their inappropriate behavior or communication. If so, my greatest fear is that most autistic people are going to end up in jail, prisons, on probation, home detention or on the sex offender registry.

I never thought it was possible that a virgin could end up on the sex offender registry until I saw what happened to my son. My son doesn't even like to be hugged, because it bothers his shoulders to be touched, and my son has never been accused of raping or molesting a child; however, the Federal government treats my son as if he is somehow in danger of someday raping or molesting. This is pre-crime, since my son has never actually raped or molested anyone. The Federal judicial system is making a mockery of the sex offender registry by putting a virgin with autism on the registry, not to mention the costs to the taxpayers who have to pay for a disabled man with autism to be on the sex offender registry and on probation.

Furthermore, my son has a severe form of OCD, which means he doesn't like to be touched or have people touch his stuff, including his family, and so the thought that the government actually believes that he could someday actually rape someone or molest a child seems inappropriate to the person they have convicted. Between Brian Hill's autism and severe OCD, it is not only unlikely, but I believe an impossible future scenario for this young man. I am writing this as someone who has spent more time with Brian than anyone else in the world. I know my son, and he is not the person that the Federal court has made him out to be. This seems like defamation of his character to me.

What really gets to me is that the Federal judicial system fails to notice all of the evidence that he is not guilty and seems to be more concerned with winning hearings, than whether a person is actually guilty or innocent. The prosecuting attorney seems to be more interested in following legal procedures by a strict time restricting system that only allows a person a year to file a motion 2255, rather than based on the person's actual innocence.

Could it be that the Federal Judicial system seems more concerned about their reputation or getting sued than overturning the conviction of an innocent man? I hope not. Could it be that some people in the Federal judicial system would rather convict an innocent man and keep him convicted, rather than to admit that there were many mistakes made in this case? Every person must evaluate their own actions and atone for their own mistakes or else pride comes before a fall. Proverbs 16:18 (KJV) "Pride goeth before destruction, and an haughty spirit before a fall".

The prosecuting attorney wants to hide all of the evidence in my son's case, from the discovery report to every motion my son has exhaustedly worked on in his case. I am here to say that no matter how many documents you hide from the public, you can't hide anything from God. God will judge you on this matter, and you will be held accountable for what truths you seek to hide.

~ 6 ~

Lastly, it is not my job to hold judges and attorneys liable or accountable for damages that they may cause to innocent people prosecuted under the full extent of the Federal laws, so I will put this matter in God's hands. God will judge man's flawed legal system, and all who were discriminated against will finally get the true justice that they deserve in the future. I stand up for all autistic people who have been persecuted and discriminated in the Federal courts throughout America, and I will hold them all accountable to God Himself.

**First Amendment of the United States Constitution**

"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."

Roberta Ruth Hill

*Roberta Ruth Hill*

March 26, 2018

Referring to United States v. Hill (1:13-cr-00435) & Civil Action No. 1:17-CV-1036 Hill v. United States District Court, Middle District, North Carolina