# SUPPLEMENT 3

For Federal criminal/civil case filing -- PETITIONER'S RESPONSE BRIEF IN OPPOSITION TO "GOVERNMENT'S RESPONSE TO "MOTION AND BRIEF FOR LEAVE TO FILE ADDITIONAL EVIDENCE" AND GOVERNMENT'S MOTION FOR PRE-FILING INJUNCTION" (DOCUMENT #148) AND "MEMORANDUM IN SUPPORT OF GOVERNMENT'S MOTION FOR PRE-FILING INJUNCTION" (DOCUMENT #149) –

Brian David Hill (Petitioner) v. United States of America (Respondent)

## Criminal Case Number 1:13-cr-435-1
## Civil Case Number 1:17-CV-1036



USWGO Alternative News (USWGO.COM, DEFUNCT)
WE ARE CHANGE (WEARECHANGE.ORG)
INFOWARS.COM (THERE IS A WAR ON FOR YOUR MIND)
Oath Keepers (oathkeepers.org)

# INVESTIGATION:

Referring to United States v. Hill (1:13-cr-00435) District Court, Middle District, North Carolina & Civil Action No. 1:17-CV-1036 Hill v. United States

In view of the threat emails Brian received in 2013 that they were the ones who put child porn in Brian's computer, threatened setting up others with child porn and the threat emails to people Brian knew to have Brian to stop the appeal in 2015 and the threat text messages sent to Brian, and now in view of this Government attorney writing his Motion for pre-filing injunction in March, 2018. This prosecuting attorney who has been involved in Brian's case from the very beginning is ignoring all proof of Brian's innocence which Brian has been filing with the court since 2014 and is ignoring everything about Brian's innocence that Brian, his mom (Roberta Hill) and grandparents (Ken & Stella Forinash) have been submitting to this court since November, 2017. He now wants to cover-up and hide all of our information and calls what Brian and his family have sent to this court "delusional and frivolous".

First there needs to be an investigation beginning with August 22, 2012 when 2 police from Rockingham County got together and admitted hacking into Brian's computer **before** they got the search warrant. Used Brian's IP address which Brian's family have proved to the court that this same IP address are in his grandparent's email from March – August, 2012 from emails received from USWGO (Brian Hill) and have sent proof that he sent these emails all over Rockingham County, NC during that time due to the petition he was working on and had signatures from various people from Rockingham County. He sent these emails to the Rockingham County sheriff department, town of Mayodan, town of Reidsville, town of Eden, town of Madison, etc. All of these emails had that exact same IP address. During this time that these 2 police detectives were meeting and describing in great detail the child porn that they

claimed was on Brian's laptop computer, and said they were familiar with this while the Government sent information to this court in September, 2014 that these files were of an "unknown" series. There needs to be an investigation as to the proven "connection" of all who are involved in Brian's case and their relationships: The town attorney of Mayodan is also an NC state senator. His son during this time frame of 2012-2014 was the district attorney of Rockingham County, NC, and his personal name is all over the NC SBI Discovery involving Brian D. Hill. His son's assistant who was running for the office of the district attorney in 2014 and was endorsed by the Mayodan, NC attorney's son is a sister to one of the two policemen who hacked into Brian's computer on Aug. 22, 2012 before obtaining the search warrant. The other policeman is paid by the town of Mayodan and works under the police chief who has worked for the town attorney for years and was sworn in office by this town attorney and not the mayor of the town. This Mayodan chief of police was at the July 9, 2012 town hall meeting for an hour watching Brian before Brian (USWGO) approached the NC senator (town attorney) in a polite manner to ask him a question about this petition. Brian was immediately removed from this public town hall meeting and told never to ask the senator anymore questions. This was a constitution violation of Brian's Bill of Rights as "Freedom of the Press". The other policeman along with the Rockingham County assistant district attorney's brother who worked at the Reidsville police department at the time was working under this police chief who forced Brian out of the town meeting; yet in all of this police report, he names himself as his own boss, ignoring the name of the Mayodan police chief who is clearly his boss.

Brian posted this on the Internet, and 2 days later the police stopped Brian's mom and asked her where she lived. They had lived in this same house for over 7 years, and that was the first time that had happened. Brian was upset about it and wrote on the internet that he was afraid the

police in this town were looking for a reason to have him or his mom arrested. Eight days after all of these events according to the Mayodan police court record and the SBI Discovery "Items of interest" were being downloaded for the first time on Brian's computer: July 20, 2012. Do these time events not seem strange to anyone?

The same 2 police who hacked into Brian's computer a week before obtaining a search warrant spent hours alone in Brian's house going through Brian's and his mom's personal items, all computers, all hard drives, etc. while Brian, his mom and grandparents stood out on the porch with one policeman for hours, and the police chief was going back and forth on the porch and inside the house, When he was on the porch, he was trying to convince Brian to plead guilty and letting Brian know if he didn't, then his mom would be charged with a crime and telling Brian in front of Brian's family that they would go easy on Brian if he admitted guilt to downloading child porn. We watched these 2 police removing hundreds of dollars worth of computers and related items from Brian's and his mom's house.

Knowing Brian had autism and brittle insulin dependent diabetes, these 2 police questioned Brian at lunchtime at the Mayodan police department the next day, disobeyed the "Americans with Disability Act which all police by law are supposed to obey this law when questioning someone with the disability of autism, OCD and diabetes They did get the false confession that they wanted, and they let Brian go, and he was arrested and removed from the hospital 16 months later.

Brian gets a threatening email in April, 2013 telling him that he will regret being an investigative reporter which would make one wonder if these police were looking for these types of files in Brian's computer and hard drives under the pretense of looking for child porn, and if there really

Page 3 of 7

Case 1:13-cr-00435-TDS   Document 150-3   Filed 04/06/18   Page 4 of 8

was child porn in Brian's computer, then you wonder who put it there because these police claim on the police record that they are familiar with them, but the government on court record states these files are "unknown". One can go on the Internet and see that Brian Hill (USWGO) was investigating this NC senator (Mayodan town attorney) at the time that they claim child porn was being downloaded.

After reading the discovery together in January, 2015 and reading the dates on the NC SBI Discovery report that "Files of interest" were being downloaded on Brian's computer which states **11 months after the police got this computer** proves Brian's confession on the Mayodan, NC police report is false which is understandable when one understands his disabilities. The NC SBI also proves his confession false about the net book (small computer) which had no child porn at all. Brian and his mom and grandparents keep explaining this to the court. When we told others about the discovery and were asked about pictures and told these people there were no CP photos in either the NC SBI Discovery & the police report, we were told that there could be no conviction without these blurry photos as proof. This too needs to be investigated.

When Brian tried to appeal his case in 2015, the prosecuting attorney who is supposed to obey the Rule 3.8 law and should have checked into this more and admit there were mistakes made in his office and apologize and undo the harm done to Brian by making sure the felony is removed from his record, that he is removed from probation and the sex registry. When a prosecutor knows of new, credible evidence or information creating a reasonable likelihood that a convicted defendant did not commit an offense for which the defendant was convicted, the prosecutor shall: (1) if the conviction was obtained in the prosecutor's jurisdiction, promptly disclose that evidence or information to (i) the defendant. A prosecutor has the responsibility of a minister of justice and not simply that of an advocate; the prosecutor's duty is to seek justice, not merely to

convict or to uphold a conviction. This responsibility carries with it specific obligations to see that the defendant is accorded procedural justice and that guilt is decided upon the basis of sufficient evidence. (Rule 3.8 "NC State Bar) for NC Prosecuting attorneys.

This did not happen and needs to be investigated. Instead the prosecutor ignores all evidence and all witnesses and says the appeal was too late. Another false claim was brought against Brian again in 2015 involving the probation officer, this same prosecuting attorney and the same judge to try to bring Brian back to NC for over 2 years, again trying to ignore his disabilities and causing more harm to him while in the NC jail system. Brian has written more about this. Finally we end with the prosecutor again ignoring Brian's proof of innocence and his family's letters to the court from November, 2017 to March, 2018. He wants to "Cover-up and "Hide" all of this evidence to protect whom? All of this needs to be investigated.

To remind this court, this was the 1st email Brian had received in his USWGO email:

---

**You better watch out........**

johnsnatchz@tormail.org <johnsnatchz@tormail.org>  
To: admin@uswgo.com

Sun, Apr 7, 2013 at 5:30 AM

You better watch out Brian...We are watching you...Having child porn planted on your hard drives and computer was only the beginning and we will set you up for violent sex crimes if you don't watch your back...Have fun becoming a sex offender...Police won't believe you no matter how much evidence you have that you been set up we know some people in the SBI who will make sure you are convicted. You will be shut up by being a sex criminal. Your friends Alex Jones, Dan, James, Sean, Alex, and others are next...BeWare!

---

In this email they are telling Brian that they (**WE**) know of some people in the SBI who will make sure that Brian is convicted which is exactly what has been happening through the prosecutor who has just sent that Memoriam to the court that he wants everything that Brian has put in this court sealed and wants to make sure that Brian remains convicted. This email says that police won't believe you no matter how much evidence you have that you've been set up. Brian and his family have sent documents of proof of Brian's innocence to this court for over 3

years, and this prosecuting attorney keeps ignoring all and fighting to make sure that Brian never is free of this charge, and keeps ignoring his constitutional rights and his disabilities and now wants all of Brian's proof of innocence sealed and wants to make sure that Brian can never again file any lawsuits in state or federal courts.



## Your gonna get it

**sallysamsong@tormail.org** <sallysamsong@tormail.org>
To: admin@uswgo.com

Your gonna get it....We know what your tryin to do....You'll regret ever being an investigative news reporter....Youll regret what you just did....better watch your back Brian....DONT REPORT ANY MORE ARTICLES OR TALK TO ANY REPORTERS ABOUT THIS CHILD PORN VIRUS OR YOU GONNA GET IT

2nd threat email from April, 2013 that Brian will regret being an investigative news reporter.

A copy of another email to an attorney in Feb. 2015 to have Brian to stop his appeal which we have sent to this court:

2/6/15 4:21 AM

### BRIAN STOP APPEAL    Inbox x

**Susan mBasko**    10:34 PM (5 hours ago)

This message may not have been sent by: SueBaskoMusic@gmail.com  Learn more  Report phishing

TELLLLLLLLLLLLLLLLLLLLLLL,............,BRIAN      GODDAN      MOTHAFUCKZ   STOP;
................;APPEAL,................;STOP;................;IT,................;OR,................;ELSE
  STOP       APPEAL       IN       DA      COURT       HE       WILLL
  NOTT       WINN       EVEN      IF      HE      DOES      WE
  HAVE       AUTHORITES,  ................,TO     SET      HIM      UP      WIT
  CHILD       PORN       AGAIN      THINK      ABOUT      IT      BITCH
    BEFORE      YOU               TESTIFY      YOU      TOO      SCOTT
      TELL      BRIAN      TO      CUT      HIS      APPEAL      OR
      I      WILL      SET      HIM      UP      TO      CUT      HIM

Click here to Reply or Forward

This government prosecuting attorney is totally ignoring these threat emails. Brian's family is observing everything he is ignoring and that memoriam he just sent to this court to have every single thing that Brian has sent to this court to prove his innocence sealed, including all the things Brian's family have given to Brian to submit to this court.

There are just too many things in Brian's case that have been done against this innocent person with autism, brittle diabetis, OCD from the very start. There is the relationship from the very beginning as stated in page 1-3 of this document. Then there was the 11 months that Brian was being sent from jail to jail without bond, without all of the insulin his body needed, with ineffective attorneys, and this continued even after the court was aware of all of his severe health disabilities. This needs to be investgated.

The court case from his probation officer in 2015 to have Brian punished when he was set up and had an autistic melt down needs to be investigated.

This government (prosecution) attorney needs to be investigated for why it's important for him to try to legally cover up everything Brian has filed with the court and why he has ignored all of Brian's and his family's proof of his innocence sent to this court from 2014 to 2018.

Thank you. We are looking forward to the day that Brian gets the justice he deserves & his freedoms back.

*Stella B. Forinash*
Stella Forinash

March 30, 2018