**U.S.W.G.O.** *Brian D Hill signed*

Brian D. Hill
310 Forest Street, Apt. 2
Martinsville, VA 24112

---

U.S. POSTAGE PAID
MARTINSVILLE, VA
24112
APR 04, 18
AMOUNT
**$24.70**
R2305K137062-16

27401
1007

PRIORITY MAIL EXPRESS™
UNITED STATES POSTAL SERVICE®

EM008804511US

**ORIGIN (POSTAL SERVICE USE ONLY)**
- ☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO
- PO ZIP Code
- Scheduled Delivery Date (MM/DD/YY)
- Postage $
- Date Accepted (MM/DD/YY)
- Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
- Insurance Fee $
- COD Fee $
- Time Accepted ☐ AM ☐ PM
- 10:30 AM Delivery Fee
- Return Receipt Fee
- Live Animal Transportation Fee
- Special Handling/Fragile $
- Sunday/Holiday Premium Fee
- Weight ___ lbs ___ ozs. ☐ Flat Rate
- Acceptance Employee Initials
- Total Postage & Fees $

**DELIVERY (POSTAL SERVICE USE ONLY)**
- Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM — Employee Signature
- Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM — Employee Signature

LABEL 11-B, OCTOBER 2016    PSN 7690-02-000-9996    3-ADDRESSEE COPY

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE ( )
[handwritten: Brian D. Hill ... Martinsville]

PAYMENT BY ACCOUNT (if applicable)

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
☐ 10:30 AM Delivery Required (additional fee, where available)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )
[handwritten address]

ZIP + 4® (U.S. ADDRESSES ONLY)

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 Insurance Included.

**WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.**

[INSPECTED stamp]

CANADA ONLY