# SUPPLEMENT 2

For Federal criminal/civil case filing
-- PETITIONER'S MOTION FOR REQUESTING PSYCHOLOGICAL/PSYCHIATRIC EVALUATION TO DETERMINE ACTUAL INNOCENCE FACTOR UNDER FALSE CONFESSION ELEMENT AND TO RESOLVE THE CONTROVERSY/CONFLICT BETWEEN GOVERNMENT AND PETITIONER OVER "DELUSIONAL DISORDER" –

Brian David Hill (Petitioner) v. United States of America (Respondent)

## Criminal Case Number 1:13-cr-435-1
## Civil Case Number 1:17-CV-1036



USWGO Alternative News (USWGO.COM, DEFUNCT)
WE ARE CHANGE (WEARECHANGE.ORG)
INFOWARS.COM (THERE IS A WAR ON FOR YOUR MIND)
Oath Keepers (oathkeepers.org)
FederalJack (FederalJack.com)
Alternative Media/Truth Movement brigade

Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket for Fax ID: 276-790-3505

Date: 6/4/2018
Number of pages: 4
Attn.: To Whom it May Concern
Recipient's number: T19195729999
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\Letter to Lepage Psycho
File description: Letter to Lepage Psychological Services, requesting forensic ps
Recipient's Fax ID: 9195729999
Rate: 9600 bps

Time: 6:46:46 AM
Session duration: 5:59
To: Lepage Psychological and Psychiatric Services
Message type: Fax
Error Correction: No.esting forensic psychology(2)(Sign {2018-06-04}_General (Letter).tif
Resolution: 200*200 dpi
Record number: 8009

# Fax Cover Page

Date: 6/4/2018     Time: 6:46:46 AM     Pages: 4

**To: Lepage Psychological and Psychiatric Services**

**Attn.: To Whom it May Concern**

**From: Brian David Hill**

**Fax ID: 276-790-3505**

Letter to Lepage Psychological and Psychiatric Services Requesting Independent Forensic Psychology Evaluation for federal criminal case/2255-Motion Writ of Habeas Corpus on the ground of Actual Innocence Monday, June 4, 2018 - 06:38 AM



**URGENT**   RECEIPT CONFIRMATION REQUESTED

VentaFax Cover Page

# Fax Cover Page

Date: 6/4/2018     Time: 6:46:46 AM     Pages: 4

To: Lepage Psychological and Psychiatric Services

Attn.: To Whom it May Concern

From: Brian David Hill

Fax ID: 276-790-3505

Letter to Lepage Psychological and Psychiatric Services Requesting Independent Forensic Psychology Evaluation for federal criminal case/2255-Motion Writ of Habeas Corpus on the ground of Actual Innocence Monday, June 4, 2018 - 06:38 AM



**URGENT**      RECEIPT CONFIRMATION REQUESTED

VentaFax Cover Page

<u>Letter to Lepage Psychological and Psychiatric Services Requesting Independent Forensic Psychology Evaluation for federal criminal case/2255-Motion Writ of Habeas Corpus on the ground of Actual Innocence</u>

Monday, June 4, 2018 - 06:38 AM

| ATTN: To Whom it May Concern<br>Lepage Psychological and Psychiatric Services<br><br>== Note: Transmittal of letter via FAX == | 5842 Fayetteville St., #106<br>Durham, NC 27713<br>Phone: (919) 572-0000<br>Fax: (919) 572-9999 |
|---|---|

To Whom it May Concern,

I am Brian David Hill, the Petitioner ("Petitioner") for the Federal Writ of Habeas Corpus case using the 28 U.S.C. § 2255 Motion ("2255 Motion"), in the United States District Court for the Middle District of North Carolina, Durham Division federal courthouse, in front of the Honorable U.S. Magistrate Judge Joe Webster. Judge Webster was referred by U.S. District Court Judge Thomas D. Schroeder in Winston-Salem, NC. However I believe the case is likely to be heard in Durham, NC, and the recommendation by the Magistrate Judge will be forwarded to Judge Schroeder.

I am requesting an flat fee estimate on how much your service will charge for conducting an independent forensic psychology evaluation and writing a forensic evaluation report to file with the U.S. District Court on two different factors:

- Factor 1: Psychological factors of False confession, misleading statements, and false guilty plea. That Petitioner will file motion requesting that the "discovery material" of the criminal case be used in the evaluation to determine the psychological reasoning behind giving false confession statements which include but not limited to giving statements that do not match the forensic report by the N.C. State Bureau of Investigation. Psychological factors such as whether there was any coercion that lead up to the false confession, whether the false confession is determined by the evaluator and whether Autism Spectrum Disorder ("ASD") and Obsessive Compulsive Disorder ("OCD") played any role in such false confession. Then the evaluator can also make a determination on Petitioner's unintellectual and involuntariness of making a false guilty plea on the day of the jury trial. Whether such guilty plea was made correctly due to the circumstances and the psychological elements of Petitioner's ASD and OCD.

- Factor 2: Whether "delusional disorder: persecutory type" ("delusional disorder") was correctly or wrongfully diagnosed, and whether it was correctly or incorrectly applied in the original psychological evaluation in 2014 while incarcerated or whether it should be ruled out furthermore in federal court record. The second factor requested for this evaluation is to specifically determine if that diagnosis was unfounded, whether the diagnosis was correctly applied, and whether the diagnosis should even apply at this period of time or be ruled out.

The evaluation will be used in one of different factors in determining the actual innocence of Petitioner due to the elements of (1) false confession and (2) that the Petitioner may not have delusional disorder and whether it was incorrectly applied in the original psycho-sexual evaluation.

The original charge and convicted was (1) possession of child pornography. The Petitioner was found mentally competent of the charge. However the evaluation is to determine the psychological factors in the element of the Petitioner's false confession when the Court is making the determination of the actual innocence of Petitioner under the affirmative defense of frame up. That also includes the usage of "false confessions" as fact or facts of innocence.

If your services are to be retained, before such services is possible, the Petitioner will have to file separate motions before the evaluator is to be given access to the following material for making such determinations:

1. First mental evaluation report by Dr. Dawn Graney. Sealed and was filed on 05/08/2014. It is filed under SEAL.

2. Second mental evaluation report by Dr. Keith Hersh. Sealed and was dated 8/5/2014 but was entered by the Clerk on 08/21/2014.

3. Pre-sentence investigation report as to one paragraph has a statement that may be of interest in the false confession element of the actual innocence as that report is also SEALED.

4. Criminal case discovery material (Brady/Giglio Material) as what was originally requested by court appointed lawyer. The lawyer is ethically in conflict of interest and due to this special case, Petitioner will have to motion the court to compel ex-counsel to turn over the

copy of the discovery material to the evaluator in this case. Once the motion is granted, the evaluator can get complete access to the discovery material from the Petitioner's criminal case for the purpose of the requested evaluation.

The case is 'Brian David Hill v. United States of America', case # 1:13-cr-435-1; civil case # 1:17-cv-01036. Also I am the pro-se counsel for this federal case as I represent myself on a pro-se basis, since all counsel has been terminated as part of the record. If counsel does agree to represent me for my Writ of Habeas Corpus, I will notify you immediately. However I am the one writing the motions and pursuing the hearings.

I live off of SSI disability and am legally considered indigent in the federal court system under In Forma Pauperis ("IFP") statute, but a third party has agreed to pay up to $2,000 for an independent medical and/or mental health forensic expert for my actual innocence case. If the 2255 Motion proceeding or proceedings require you to testify orally at the Durham, NC federal court and to be cross examined, then the CJA 21 Voucher can help pay for your witness fees and experiences for testifying in a 2255 proceeding. Especially if the Government compels you to testify orally and to be cross examined, then your fees can be reimbursed if the court permits.

I believe I have explained everything you need to know before giving me an estimate. I do ask that the service be charged in a flat fee rate due to my indigent status and that the Criminal Justice Act for 2255 Motion proceedings do compensate expert witness fees including mental evaluations under the CJA 21 voucher to pay for expert services in a criminal case.

Please contact me back as soon as possible so that I can inform the Habeas Court that I am to retain an independent psychological forensic expert to conduct an evaluation and review over the discovery material as well as any other material necessary for such evaluation. Then I can start filing the motions for unsealing the previous mental evaluations and other relevant material needed for the evaluator that is to be retained.

If you have any further questions or concerns, then please feel free to contact me and we can discuss this matter any further. If you wish for me to retain your service in this case, then feel free to email the contract to my mother Roberta Hill at rbhill67@yahoo.com. Then I can provide a copy of such contract to the court in a sealed attachment to my motion if the court deems it necessary. Thank You!

Sincerely,
Brian D. Hill
Home Phone #: (276) 790-3505
Cell Phone # (276) 336-1528
310 Forest Street, Apt. 2. Martinsville, VA 24112

*Brian D. Hill*
Signed

U.S.W.G.O.