# SUPPLEMENT 3

For Federal criminal/civil case filing -- PETITIONER'S MOTION FOR REQUESTING PSYCHOLOGICAL/PSYCHIATRIC EVALUATION TO DETERMINE ACTUAL INNOCENCE FACTOR UNDER FALSE CONFESSION ELEMENT AND TO RESOLVE THE CONTROVERSY/CONFLICT BETWEEN GOVERNMENT AND PETITIONER OVER "DELUSIONAL DISORDER" –

Brian David Hill (Petitioner) v. United States of America (Respondent)

## Criminal Case Number 1:13-cr-435-1
## Civil Case Number 1:17-CV-1036



USWGO Alternative News (USWGO.COM, DEFUNCT)
WE ARE CHANGE (WEARECHANGE.ORG)
INFOWARS.COM (THERE IS A WAR ON FOR YOUR MIND)
Oath Keepers (oathkeepers.org)
FederalJack (FederalJack.com)
Alternative Media/Truth Movement brigade

# CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (Rev. 05/12)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| NCM | Brian David Hill | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:13-cr-435-1 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| Brian David Hill v. United States of America | ☑ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | ☐ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☑ Other Adult 2255 Petitioner | MA - 28 U.S.C. § 2255 |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18:2252A(a)(5)(B) and (b)(2) Activities relating to material constituting or containing child pornography

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

**12. ATTORNEY'S STATEMENT**

As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☑ Authorization to obtain the service. Estimated Compensation and Expenses: $ 2,550.00     OR
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (Note: Prior authorization should be obtained for services in excess of $800, excluding expenses)

Signature of Attorney: *Brian D. Hill*

☐ Panel Attorney  ☐ Retained Attorney  ☑ Pro-Se  ☐ Legal Organization     Date 6/22/2018

ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Brian D. Hill
310 Forest Street, Apartment 2, Martinsville, VA

Telephone Number: (276) 790-3505

**13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** (See Instructions)
Attached to Motion requesting Mental Health Examination service, has the description and legal basis for jutification for services.

**14. TYPE OF SERVICE PROVIDER** (See Instructions)
01 ☐ Investigator
02 ☐ Interpreter/Translator
03 ☑ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☐ Computer (Hardware/Software/Systems)
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☐ Mitigation Specialist
23 ☐ Duplication Services
24 ☐ Other (Specify)
25 ☐ Litigation Support Services
26 ☐ Computer Forensics Expert

**15. COURT ORDER**

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

Signature of Presiding Judge or By Order of the Court

Date of Order _____  Nunc Pro Tunc Date _____

Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES  ☐ NO

## CLAIM FOR SERVICES AND EXPENSES

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 2,550.00 | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | $2,550.00 | $0.00 | |

**17. PAYEE'S NAME AND MAILING ADDRESS**
Lepage Associates
Solution-Based Psychological & Psychiatric Services
5842 Fayetteville Road #106, Durham, NC 27713

TIN: _____
Telephone Number: (919) 572-0000

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _____ TO _____

CLAIM STATUS  ☐ Final Payment  ☐ Interim Payment Number _____  ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____   Date _____

**18. CERTIFICATION OF ATTORNEY** I hereby certify that the services were rendered for this case.

Signature of Attorney _____   Date _____

## APPROVED FOR PAYMENT — COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED $0.00 |
|---|---|---|---|

**23.** ☐ Either the total cost (excluding expenses) of all services combined does not exceed $800, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $800.

Signature of Presiding Judge _____   Date _____   Judge Code _____

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED $0.00 |
|---|---|---|---|

**28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)**

Signature of Chief Judge, Court of Appeals (or Delegate) _____   Date _____   Judge Code _____