# SUPPLEMENT 4

**For Federal criminal/civil case filing -- PETITIONER'S MOTION FOR REQUESTING PSYCHOLOGICAL/PSYCHIATRIC EVALUATION TO DETERMINE ACTUAL INNOCENCE FACTOR UNDER FALSE CONFESSION ELEMENT AND TO RESOLVE THE CONTROVERSY/CONFLICT BETWEEN GOVERNMENT AND PETITIONER OVER "DELUSIONAL DISORDER" --**

**Brian David Hill (Petitioner) v. United States of America (Respondent)**

**Criminal Case Number 1:13-cr-435-1**
**Civil Case Number 1:17-CV-1036**



USWGO Alternative News (USWGO.COM, DEFUNCT)
WE ARE CHANGE (WEARECHANGE.ORG)
INFOWARS.COM (THERE IS A WAR ON FOR YOUR MIND)
Oath Keepers (oathkeepers.org)
FederalJack (FederalJack.com)
Alternative Media/Truth Movement brigade

In the United States District Court

For the Middle District of North Carolina

| | | |
|---|---|---|
| **Brian David Hill**<br>**Petitioner,** | ) ) ) ) | |
| **v.** | ) ) | **Criminal Action No. 1:13-CR-431-1** |
| **United States of America**<br>**Respondent.** | ) ) ) ) ) ) ) | **Civil Action No. 1:17-CV-1036** |

## Declaration of Brian David Hill in Support of "PETITIONER'S MOTION FOR REQUESTING PSYCHOLOGICAL/PSYCHIATRIC EVALUATION TO DETERMINE ACTUAL INNOCENCE FACTOR UNDER FALSE CONFESSION ELEMENT AND TO RESOLVE THE CONTROVERSY/CONFLICT BETWEEN GOVERNMENT AND PETITIONER OVER "DELUSIONAL DISORDER""

### Declaration authorized by Title 28 U.S.C. § 1746

I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1. I am the Petitioner in the criminal case United States of America v. Brian David Hill, criminal case no. 1:13-cr-435-1 and civil case no. 1:17-CV-1036, U.S. District Court for the Middle District of North Carolina, and the criminal case was filed at the time while prosecuted under the authority of U.S. Attorney Ripley Rand in 2013, as now he is no longer employed by the U.S. Attorney Office after the election victory of Donald John Trump for the Office of the President of the United States. Prosecution was filed and represented by Anand Prakash

1

Ramaswamy, the Assistant of the United States Attorney Office for the Middle District of North Carolina.

2. I have a very good reason why the U.S. District Court needs to consider a new mental examination/evaluation for what I believe to be a major controversy and good cause over my entire criminal case including my civil § 2255 case. The major controversy that I believe exists is what I feel is a wrongful diagnosis of "Delusional Disorder: Persecutory Type". I will explain herein why I believe such diagnosis should be removed from my record if after being ruled out by the next evaluator and should be considered unfounded if that is the case. When I had originally filed a pro se motion to strike the diagnosis of delusional disorder under Document #80 and all attachments, I didn't understand that I cannot just ask the Court to strike or consider throwing out what I believe to be an improper mental examination diagnosis without another mental examination to rule out that older diagnosis. I didn't understand that I had to wait until I had filed a proper § 2255 Motion that I can then request another mental examination which would be legally authorized by statute and Federal Rule to finally fight to remove what I believe was an invalid diagnosis and still believe it till this day. I still do not recognize the wrongful diagnosis of "delusional disorder" and I disagree with the corrupt Assistant U.S. Attorney Anand Prakash Ramaswamy. The reason I call Ramaswamy corrupt or crooked is because he let his key witness Kristy L. Burton commit perjury at the Supervised Release Revocation Hearing despite my written Declarations warning the Court (*Ramaswamy would have read those filings via*

2

*Notice of Electronic Filing ("NEF")*) that Kristy Burton was already lying in what she said which her words got into the Petition for Warrant or Summons for Offender Under Supervision under Document #88. Knowing that a witness to testify at any proceeding may have already lied which her false statements were placed under Oath by her Supervising Probation Officer is subornation of perjury and is a felony act, since making false statements in one document under Oath usually can be repeated under Oath at a physical court hearing. Of course Kristy Burton had made multiple false statements on June 30, 2015, after being warned prior that she had already lied about the situation in a Petition document that is declared under penalty of perjury by the Supervisory U.S. Probation Officer. I believe Ramaswamy has committed a felony and it isn't harassing the Government to accuse them of a crime under good faith and good reason, when there is decent amount of evidence that would be enough to even warrant a Duty FBI Agent to require that statements are given for the evidence of such crime of perjury by making false statements. Anyways this Declaration is for a different reason but I wanted to clarify why I call Ramaswamy corrupt or crooked. Because I believe he is breaking federal law and violating attorney ethics by not disclosing discovery material which proves my innocence.

3. I will explain to the court in as much details as I can as to why I still believe that the diagnosis of "delusional disorder" is unfounded and should be reversed by the Court ordering me a new mental examination/evaluation by the controversy caused by such diagnosis. I and my family remember former legal counsel Eric

3

David Placke said at one point in my case that I was delusional and brought that up and we all thought that he was acting more like a prosecuting attorney. Anyways that diagnosis was implied improperly. When corrupt Assistant U.S. Attorney Ramaswamy is criticizing me for bringing up the diagnosis of "delusional disorder" not under seal, Kristy L. Burton had done the same thing of bringing up that diagnosis which was embarrassing to me, not under seal under Document #87, so that gives me the right to publicly criticize this improper and what I believe to be an invalid diagnosis and the reasons I believe it is improper. To accuse me of not filing the criticizing of such diagnosis under seal, Kristy L. Burton has embarrassed me by publicizing that wrongful diagnosis not under seal, thus she has done the very thing that AUSA Ramaswamy accuses me of. Kristy Burton said from that public filing that "*From review of his history, substance abuse has not been an issue for Mr. Hill in the past. <u>He suffers from a number of mental health issues</u> including <u>**Autism**</u>, <u>**Delusional Disorder**</u>. . . .*" So if AUSA Ramaswamy acts as though I have no legal right in court record to criticize that diagnosis on public record, then Kristy Burton has no right to publicize that diagnosis either, or if she has the right to publicly state that I am delusional then I have every right to file public filings criticizing such wrongful diagnosis. It can't be a double standard, there are no double standard laws. At least there shouldn't be in my opinion.

4. When Dr. Keith Hersh, the psycho-sexual evaluator diagnosed me with "Delusional Disorder: Persecutory Type" he didn't know that there was proof in

4

the Government's own discovery evidence material which shows evidence of false confession. The reason why is because I never got to read over all of the discovery materials and never got to cross examine the Government's own discovery materials prior to my false plea of guilty on June 10, 2014. It was only until after I had initially requested a copy of the Mayodan Police Report concerning myself from the Town Clerk in December, 2014 that I started to get written statements of a portion of what all was said on August 29, 2012 during the interview/interrogation which involves my confession to the crime of possession of child pornography. Then later on around January 22, 2015, I finally had got to review over my entire criminal case discovery packet of evidence, the very discovery packet of evidence that Eric David Placke should have allowed me to review over entirely prior to badgering me to take that guilty plea. Placke deprived me of my discovery rights under Brady v. Maryland and Giglio v. United States in my criminal case for not letting me review over entirely and cross examine the papers to determine if I could have had a criminal defense at trial. I completely had good cause for filing the denied pro se motions to suppress the confession (Document #15) and suppress the evidence (Document #16) if I had been able to review over the entire discovery packet of evidence prior to filing such motions. Placke knew that too, he lied when he said that I and he would go over the discovery together because he was supposed to review over the entire discovery material with me prior to filing of pre-trial motions or even at least before the jury trial. The confession would have been challenged and highly likely would have

5

been suppressed as evidence at trial, this would have made the Government more likely to give me pre-trial diversion where I wouldn't have to register as a sex offender and thus I wouldn't have fought till this day to prove my innocence, I would have let the Government tarnished my reputation as long as I didn't have to be convicted as a felon under pre-trial diversion and the Feds would have destroyed USWGO Alternative News which I would have been fine with as I can move on with my life not criticizing the Government. Maybe the Government would have considered dismissing the case at that interval, who knows. Still, I would have had a better position in my criminal case had Mr. Placke shown me all of the discovery material and had given me a lot of time to cross examine the Government's own discovery material for my criminal case. Maybe pre-trial diversion wouldn't have been needed as I would have fought to have been found not guilty thus the Government would have either dismissed the case or given lenient pre-trial diversion to stop their weak or fraudulent case from going to trial.

5. When Dr. Keith Hersh ("Dr. Hersh") had initially started evaluating me as for the psycho-sexual mental examination, I was ignorant in what evidence the Government had entirely against me and thus because I believe I was innocent of the charge and that I was framed, all I could tell Dr. Hersh was what I believe was going on at the time. I had access to limited or no proof to physically show him which would have made him feel that I had good evidence and reasons to make such claims which course did landed me in the diagnosis of "delusional disorder". My Type 1 diabetes is brittle and the Jail medical staff did a terrible job taking

6

care of my blood sugars as I had outlined in Exhibit 2 of Document #131, Pages 3 through 21. It even got the point where the U.S. Marshals had to transport me to Moses Cone Hospital in Greensboro, NC which had canceled my sentencing hearing in front of the Honorable U.S. District Court Judge William Lindsey Osteen Junior due to such medical emergency. That right there proves to this Court that my blood sugars were not being properly taken care of while I was in incarceration. So my mind wasn't working as good as it would have been in the outside world where I had better control of my diabetes as I can do my own insulin shots outside of imprisonment. Second thing is that I had no absolute proof of anything at my fingertips, no access to any computer, no access to my documented proof, and I had ineffective counsel so severe that all he cared about was making me take that guilty plea and sticking with it till the very end. When Dr. Hersh had interviewed me, and I told him the very things that led me to being labeled as delusional, of course it would sound delusional on its face when no evidence is presented physically for him to review. I was in jail, under 23-hour lockdown, with random shakedowns by the jail guards. Because of that I kept mailing legal documents and copies of documents back home out of fear that they would be snatched in the next jail shakedown where they search my cell and seize any papers or things including sugar packets while the guards at Orange County Jail had denied me glucose at the Orange County Jail in Hillsborough, NC. One time the Jail guards at Guilford County Jail in Greensboro, NC had seized a paper important to me and I got angry, had a meltdown, and started screaming over and

7

over and they threatened me to shut up over it. At one time I had threatened to sue the jail guards and some did threaten me with one jail guard saying "*I will flush you down the toilet*" at Guilford County Detention Center. Some jail guards were very nasty to me and made me feel in total fear at times. That was why I had continued mailing home legal papers to my family because of fear that I would lose any evidence papers during the next shakedown then I would throw an autistic meltdown over that then the jail guards would have an excuse to torture me and tie me up in a chair while they make the evidence disappear in the trash or rip my clothes off then throw me in a rubber room while they destroy the papers needed for my case. Because of the fear I didn't keep all of my legal papers for my criminal case while detained thus I had no substantial supporting evidence to present to Dr. Hersh during the evaluation/examination which would have given him good enough reason to accept my claims and suspicions at face value without diagnosing me with delusional disorder. I had evidence that Phil Berger Junior was the District Attorney at the time the child pornography investigation had begun, I was aware of the word District Attorney or Prosecutor when the police detectives had interviewed me that day and told me that term after I had falsely confessed and became convinced that I was guilty to the extent where I had asked for help for an addiction that I did not have. It was weeks or month or at some point after my false confession that I had started realizing that I wasn't guilty and reverted back to my not-guilty innocence stance. I had looked up the District Attorney ("DA") for Rockingham County in 2012 after the interview/interrogation

8

and discovered that it was Phil Berger Jr. the son of the State Senator Phil Berger Senior ("Berger Sr.") and the lawyer for the Town of Mayodan. That was the same guy I was writing articles on USWGO Alternative News calling him a traitor, corrupt or crooked, whatever. I was writing online articles against Berger Sr. and of course the son who was DA at the time of the child pornography investigation will of course make me feel scared. I knew somebody or a group of people had framed me with child pornography after the police showed up a month after my Laptop was hacked into which I had noticed odd programs running in the Task Manager including emule.exe, Ares.exe, and Shareaza.exe. Then when I was seeing evidence of Phil Berger connections into my child pornography case, of course I would suspect Phil Berger of being involved or possibly the idea that he may be a perpetrator. Then of course with the way Charles Caruso was threatening me to fess up or else my mother would be held responsible, I would suspect that he was the one or one of the people that participated in framing me with child pornography. Even if they are not guilty and did not set me up, it is easy to suspect it with the connections and the circumstances which are odd at face value when experiencing such odd things. When YOU ARE INNOCENT, and police knock on your door accusing you of a crime that you didn't commit and your computer was hacked into and you have no prior criminal record, of course you are going to suspect the police or a computer hacker or both as one of the possible set up perpetuators. My views on that have increased after reviewing over the discovery evidence at Attorney John Scott Coalter's office on January 22, 2015. I saw that

9

454 files had been downloading with the eMule program between the dates of July 20, 2012, and July 28, 2013. Eleven (11) months of that download time was in law enforcement custody. That of course would really make me believe that law enforcement framed me with child pornography and exonerate my claims, especially my claims made to Dr. Hersh. Of course Dr. Hersh never saw any of that because nobody pointed any of this stuff out to him. I believe Mr. Placke knew or was super ignorant that if the contradictions were pointed out during the psycho-sexual evaluation his view of me being not guilty would be apparent in his mental evaluation which would have jeopardized and destroyed my guilty plea without even me having to resort to filing a motion to withdraw my plea. It would have made the Government look fraudulent and appear to have perpetuated a fraud on the court just for pressing a false confession to appearing genuine and voluntary. My confession claim of download child porn for "A. about a year or so" to the Detective's question would be ruled as a false statement of guilt. Dr. Hersh would have also noticed if he had scrutinized the discovery evidence, that my claim of the ages "A. 12 to 13 year olds" was also contradictory. However 13 year olds were not mentioned in even the alleged keywords inside of the State Bureau of Investigation case file forensic report (Document #71-6, Pages 7 through 11). There was a mention of 12 year olds but then 11 years old, 10 years old, toddlers, and 6 years old. That doesn't match my confession statement. The Court should think that it would be important for a genuine confession to at least match the forensic report claims. False confessions usually do not match the police forensic

10

reports. Another keyword they listed is "purenudism password" which is not even a child pornography search keyword, when I had somebody researched what "purenudism" was, it was just a nudist website. That is not even a designated child pornography website even from the word "nudism". Then it mentions rapture lio, and somebody I had research that term brought up that it was a song sang by a music artist and is not a child pornography term. It mentions about toddlers which of course does not match my confession statement. Then it mentions how "ASUS Eee PC Laptop, Serial # 9COAAS155554. . .Seagate HD 250GB" has "No images of interest were noted" and "No videos of interest were noted." So they won't even allege that even suspected files of interest that may or may not even be child pornography was even on the netbook. So my Netbook was clean when I told the Detectives that it was on my Netbook. Right on the Police Report is stated in their question that "Q. Is there any other child pornography on any other computers?" and my answer was "Yes. I have a Netbook at home that you didn't get." Of course the netbook has no "files of interest" aka no "images of interest" and no "videos of interest". If Dr. Hersh had done a more thorough job at reviewing over the discovery evidence, if he even did at all, he would have noticed the download dates, and he would have noticed my confession statements not matching the forensic report. My confession is very weak if it can even hold up to a cross examination, right from cross examining the Government's own discovery evidence material. The fact that I told the Detectives to their first question of "did you download child pornography" and I told them "No" and spoke with them

11

about a "Trojan Horse" and it being placed in the "recycle bin", then after the Detective telling me the claim that he or they found child pornography on my computer that I changed my answer to what they had wanted to hear. Just like what had happened to Michael Crowe in the U.S. Court of Appeals case in the Ninth Circuit concerning a lawsuit against the police that coerced Michael Crowe to give a false confession. I gave a false confession just like the situation of Michael Crowe when he was interrogated. I think that Dr. Hersh was ignorant in the discovery evidence, ignorant in forensic evidence, and didn't recognize my false confession because Mr. Placke never pointed it out to him to verify. The fact that I printed out PDF files, aka the Facebook pages of Detective Robert Bridge and Melanie Bridge in 2013 proving that Detective Robert Bridge's sister Melanie Bridge was Assistant DA for DA Phil Berger Jr. which he endorsed her candidacy for DA office of Rockingham County in 2014, I think that year is correct, while he attempted to run for candidacy for the U.S. Congress for the republican party. He lost to U.S. Congressman Mark Walker. My family did research and discovered in 2018 that Anand Prakash Ramaswamy was a registered republican, therefore I wonder if he is fan of Phil Berger (Republican) or has some kind of bias or conflict of interest in my case the way he attacks my claims as if they don't hold merit when they do hold merit. I am learning more and more of the truth, and the evidence steers me more and more to the belief that I was framed with child porn and was wrongfully convicted. I want answers and I am tired of being blocked from the whole truth by the U.S. Attorney and the Government. They don't want

12

me to prove my innocence. All of the ties whether direct or indirect to Phil Berger Jr. is at least a good reason to suspect bias and/or conflict of interest. It would be an issue of ethics but how would that matter when Phil Berger Senior is the President Pro Tempore of the North Carolina Senate. He appoints, I believe, two members to the Ethics Commission in North Carolina. So that means any ethics complaints against Phil Berger or any members of his family might have a conflict of interest, risk of influence, or bias. He has a lot of power as a State Senator and that is why I greatly fear him but yet I am forced to fight to prove my innocence even if I may risk imprisonment or risk my life to clear my name going up against the people that may or may not be responsible for setting me up. Even if the Bergers are not behind any of it, there are contradictions in the whole criminal case evidence. There is evidence that it was download for eleven (11) months while in the custody of the law enforcement. Even if the year was wrong, and it had only downloaded for 8 days, let's say for argument's sake that it was 2012 instead of 2013, then it was only downloading for eight (8) days and then a month went by without activity before being raided by law enforcement which would have meant that maybe I did stop the Trojan Horse after discovering it but it done its damage and set me up. Either way, whether the year was correct or incorrect, it is a contradiction and does not prove that I had knowingly possessed child pornography. Dr. Hersh did rule out Dr. Graney's earlier diagnosis of "pedophilic disorder" due to his belief that is had only downloaded for what I recall may be 8 days I think. I gave a false confession and that can be proven by cross referencing

13

and cross examining the evidence from the Government. A.U.S.A. Ramaswamy does not want this on public record, he doesn't want any of this information to be accepted by the Court because he is afraid of being sued for hurting me, causing mental distress and malicious prosecution. He is afraid of possibly losing his job by Donald Trump or non-corrupt DOJ employee replacements over convicting and bullying an innocent man. He discriminated against my Autism a neurological disability and used it against me to try to throw me in prison during the Supervised Release Revocation hearing on June 30, 2015. He used it to make me appear dangerous to the community even though Kristy L. Burton approved of my request to travel out of state for Snow Camp, North Carolina in May, 2015, the month after she pushed for a "*Petition for Warrant or Summons for Offender Under Supervision*" stating that I was a danger to the community. If Dr. Keith Hersh had evaluated me knowing all the facts, the fraud on the Court by the Assistant U.S. Attorney, the destruction or concealment (referencing my FOIA lawsuit) of a portion of the discovery material that I learned from my Freedom of Information Act ("FOIA") lawsuit. So he basically destroyed or concealed the SBI report and the confession audio because that would have been used in my actual innocence elements as for my claims in my § 2255 case. Ramaswamy does not want me to prove my innocence and is ignoring my mental, physical, and neurological health conditions unless they favor my guilt. When it favors my innocence, all of the sudden it is like he is blind to it, deaf to it, speak nothing of it. Just deny, deny, deny, and tell the Court that I am harassing the very Government that lies about

14

me, placed on me Probation via Supervised Release, forcing me to fill out Sex Offender forms and stuff, be forced under Sex Offender restrictions including mandatory polygraph tests which are as reliable as a coin toss, getting repeated visits from state police, and yet somehow I am harassing the Government for trying to prove my innocence????? Gee Whiz, I cannot prove my innocence in the great United States of America. I thought Courts operated on the scales of Justice, and that lady Justice is blind. That the facts matter more than fiction. <u>I do believe this Court will make the right decision and I still have a directory somewhere with hundreds of phone numbers of White House offices which I am willing to leave voicemails and mail them evidence asking for a Pardon of Innocence</u> without going through the corrupt Department of Justice that wrongfully has targeted the President of the United States in my opinion under FBI Agent Robert Mueller. I refuse to go through the Pardon Attorney who repeatedly tells me that I don't qualify for a Pardon, even though I send Declarations or Affidavits stating that I am innocent of possessing child porn and was willing to prove it. The Justice Department won't help me prove my innocence, no Attorney seems to want to prove my innocence, and even Emily Gladden gave up on me right after John Scott Coalter had spoken with her. That is why I represented myself and filed motions pro se for this § 2255. I had attempted to text message her last year asking her about Coalter in regards to me hearing about him threatening to destroy the discovery evidence but I feel like I didn't seem to get a solid and straight answer. I felt like she had abandoned my quest to prove my innocence earlier in 2017

15

without even getting the entire discovery evidence, this is ridiculous. I just decided to file the § 2255 Motion and let the Court know what is really going on. There seems to be backstabbing traitors, nobody wants to help me unless I pay them piles of money to represent me or conduct a private investigation into all of my claims. It seems to be all about money, and poor people are convicted for crimes they didn't commit because they cannot afford to pay $300,000 for a lawyer to fight the Government to seek acquittal. Ramaswamy complains about the high number of pages for my 2255, however you have to have a lot of factual evidence just to even persuade a Judge to get an evidentiary hearing instead of automatically denying a filed 2255, and fighting to even get the evidentiary hearing that could be just the beginning of a long drawn out legal battle, if the 2255 is even set for an evidentiary hearing instead of simply being denied. I am not harassing over the number of pages I had filed. Evidence is necessary to prove innocence. I have to show a high probability that my claim is able to overcome the procedural hurdles set out in the 2255 statute and the actual innocence exception to the one (1) year deadline as set by the U.S. Supreme Court case law, before I believe would even consider an evidentiary hearing. If only Dr. Hersh had known of everything I had raised in my § 2255 Motion and other post-2255 filings, had he reviewed and scrutinized the details of the entire discovery evidence and looked at the confession statements that didn't make sense, had he asked the Government why there are no blurred thumbnails and no evidence at all as to whether each such file was actually confirmed to being of child pornography by statute. My

16

family heard and told me about an article that Google may have a database to block child pornography images from their Google Images Search. So a private Search Engine corporation can identify and block any confirmed child pornography images, but the State Bureau of Investigation cannot and will not confirm every such "image of interest" and "video of interest" to being of actual child pornography as defined by both federal and state statutes. Yet I am to be held accountable for every alleged image and video. The files listed in Detective Robert Bridge's Search Warrant Affidavit can be used against me yet none of them were ever confirmed to have been found on my computer or any hard drive. It would be prima facie evidence to have the SBI Agent Rodney V. White conduct a forensic file search with the software tool nCase and confirm that the files that Detective Bridge claimed were being downloaded from my IP Address 24.148.156.211 were actually located on the very computer and hard drives that were seized. Yet nobody from the Government seems to want to confirm whether such files were even found on my computer. My confession statements seem to not match the forensic report, even if a tiny portion may match the report somehow it isn't evidence of familiarity as I was exposed to yucky child pornography descriptions from the very Search Warrant that I read on the day of the police raid. That to me sounds like fraud. It is not that the Government's evidence is inadequate to charge me or convict me, but that the Government has pushed for a case based on no confirmations of actual child pornography for each and every suspected file of interest. The download dates say it stopped at July 28, 2013, which is eleven

17

months after the seizure of my computer equipment on August 28, 2012. Even if the year was a typo, it would only have downloaded for 8 days and not until the police actually raid the place since it would have stopped exactly one month prior to the police raid with no new eMule activity. That to me definitely sounds like a computer hack and frame up that lasted only for 8 days which is the reason why Dr. Hersh did not affirm the diagnosis of "Pedophilic Disorder" so he ruled it out which I agree with. Dr. Hersh thought it was only 8 days of eMule activity. However if the year is correct then somebody at the SBI and/or somebody at the Town of Mayodan through its Police Department downloaded the files of interest aka the suspected alleged child pornography to my seized computer. It is ridiculous and shows the ignorance of Dr. Hersh if he even had looked through the entire discovery evidence, I don't know. Dr. Dawn Graney ("Dr. Graney") admitted to looking through the discovery evidence in her psychiatric/psychological evaluation report, yet she labeled me with "pedophilic disorder" based on misinterpretation of my Autism, taking my statements the wrong way, not understanding my Autism, and did not scrutinized any of the forensic evidence and did not scrutinize my false confession. Both of my mental evaluations I am disappointed with because both of them didn't knowledge any contradictions and didn't suspect that my confession was false. Dr. Graney mistook my statement that I said I had been into adult stuff for 6 years, and she mistook it as I, Brian Hill admitting to child pornography for six years. If the six years she imagined I thought I was referring to was from when I was raided by

18

Mayodan Police, then I would have falsely admitted to downloading child porn since I was a teenage boy at 16 years old. She mistook my statements exactly as Dennis Debbaudt had warned law enforcement about in regards to "false confessions and misleading statements". Dr. Graney was misled by my statement in regards to the six years statement. I also did tell the Detectives prior to saying "12 to 13 year olds" that I am into women, I recall one of the Detectives telling me "you're lying" then I changed my answer to that age bracket. Then of course another contradictory confession statement I had made in answer to their question of "Q. Are you attracted to adults or just children?" then my contradictory answer is "A. Both. But I prefer kids." Oh wait a minute, I told the Detectives 12 to 13 year olds according to their typed up statements from the interview/interrogation, yet I say that I am attracted to both women and kids but prefer kids. That statement itself is contradictory and cannot be credible because I cannot be attracted to 12 to 13 years old and then switch my statements to women but I prefer kids. Contradictions, Contradictions. My confession statements when scrutinized by an independent mental health expert would immediately have reservations about my guilt and suspect false confession. Heck the expert wouldn't have to take my word for it when I tell a medical expert that I gave a false confession when it can be confirmed right from the U.S. Attorney's own discovery evidence material. A confession should be straightforward, straight shooting, yet my confession is all over the map like a crazy person. I believe if I was delusional, I was delusional about my guilt and delusional about my false addiction to child

19

porn. <u>I do have a problem, a problem with giving false confessions and misleading statements.</u> I believe that I should get another mental examination that the Court needs to order, then the medical expert and mental health expert needs to read over every page of the discovery, listen to the audio recording of my confession at Mayodan Police Department, take my suggestions when I point to the pages and paragraphs of the contradictory statements I made during the interrogation which matches Dennis Debbaudt's claims regarding false confessions and misleading statements. He was right about his claims, and I believe the Court should compel him to make a written statement or speak orally at a hearing because he was absolutely right about those with Autism giving misleading statements to law enforcement. Dr. Graney mistook my statements as guilt. Dr. Keith Hersh mistook my statements regarding my belief that I was set up. There was too much evidence that I wasn't even aware of prior to my guilty plea. Had I been allowed to review over all discovery evidence material, ask to listen to the audio recording of the confession multiple times with Mr. Placke, instead it was just one time I had listened to the audio, and direct him and me to cross examine the evidence, he would have been baffled about my entire confession. Dr. Hersh would have been baffled however had I known what was in the entire discovery then I never would have plead guilty even if I was forced to fight the case Pro Se and represent myself at the jury trial. All I would have had to do was bring up everything I am speaking of in this Declaration and in my post-2255 filings and 2255 brief, the Jury would have had reservations. They would have asked if any of the files were of actual

20

child porn. If the Government refuses to produce any evidence of this then the Jury would feel that there is no guilt at all. They cannot just make future claims that they dug up evidence during or after a trial, they have to dig up the evidence before they file a charge. Many years go by, and still the Government will not confirm whether every "image of interest" and "video of interest" was of actual child porn. The download dates. Government witnesses such as Detective Robert Bridge, Detective Christopher Todd Brim, Agent Rodney V. White, and any others were never present at any of the hearings prior to my guilty plea at least I don't think I saw their faces there. They didn't even show up at the suppression hearing. Where were the Government witnesses that I had every Constitutional right to cross examine in Court? Where was Agent Rodney White at the suppression hearing? Nobody. On the day of the scheduled Jury trial on June 10, 2014, I didn't recall seeing any of the Government's witnesses there either. Maybe they were hiding in the back row, maybe they were out to lunch, I don't know. I feel that the whole entire criminal case is either a fraud or the prosecution was very badly done which was why I was compelled by Mr. Placke not to fight this but to accept a prison sentence of time served which may be rare for child pornography cases. My family told me that Susan Basko thought that it is rare to get time served for a child pornography case. Emily Gladden thought the Government had a weak case but was talked out of it by Mr. Coalter and when grandpa or grandma told me that Coalter said the discovery evidence may be destroyed, I got very angry and left a voicemail at the Office of Government

21

Information Services ("OGIS") of the National Archives very angry about what Coalter may try to do and said with angry voice that I am going to sue the Government, and that is in regards to the beginning of the FOIA lawsuit in 2017. I am sick and tired of the evidence being kept from me. Even the Local Rules of the Court in regards to criminal cases says that I can review the evidence and inspect the evidence, even retained expert witnesses for my defense. Now Coalter sounded like, at least to me from what my grandma or grandpa told me, that Coalter seems to hint around that he may destroy the discovery evidence after saying the year before that he couldn't represent me for the 2255 because he would be in conflict of interest. That isn't right.

6. Dr. Keith Hersh had misinterpreted my statements that caused the delusional disorder because I had dealt with an ongoing issue at the time in 2014, the issue I felt wasn't being resolved after my guilty plea, which had started before the day of the jury trial when I had mailed attempted pleadings (Documents #80-1, #80-2, #80-3, #80-4, #80-5, #80-7) they were never filed in June, 2014. Then after I had falsely taken the guilty plea, I had received a printout of the docket sheet from Mr. Placke, and I had noticed that the pleadings that I had attempted to file after the Status Conference on June 4, 2014, and none of them made the docket sheet. That was why I had told Dr. Hersh during the evaluation that the Clerk's office was working against me, due to the issue that the Clerk was not filing everything I had expected to file as pleadings before the Jury Trial which of course led to me falsely pleading guilty because I had ineffective counsel, deteriorating health,

22

apparently my pro se motions had never made the docket prior to the Jury Trial, and I had never been able to review over all discovery evidence material even before the sentencing. So one of the things I thought when I checked the docket sheet was, where were all of my pro se pleadings from Orange County Detention Center such as: (1) Document #80-1 the Court can consider that as a motion for a new suppression hearing if reviewed liberally as is the standard for pro se filings; (2) Document #80-2 "Motion to Suppress Evidence", "Motion to Suppress Confession", "Motion for Private Counsel", and "Motion for Discovery"; (3) Document #80-3 "Motion to Suppress Evidence", "Motion of Evidence", "Motion to Suppress Confession", and "Info for Judge"; (4) Document #80-4 "Motion of Discovery", "Motion of Evidence", "Motion to Declare", "Notes for Case Examination", "Motion of Exparte"; Document #80-5 "Motion of Exparte", "Motion to Dismiss"; (5) and Document #80-7 "Motion to Declare". All of those motions, even if they were not backed by authorities in statutes or rules, show that Counsel was ineffective that I had to file all of these to try to halt the Jury Trial until I was able to get more answers, get new legal counsel somehow, and prove my innocence. Those motions should have led to a motion hearing or a decision should have been made prior to the Jury Trial but those motions were never docketed. So I had called my family from the jail telling them that I believed it was a cover up by the Clerk of the Court. Of course it would sound delusional because I don't have the facts of it yet and I don't know why those pleadings never made the docket sheet and why they were never filed. It would have been the Jail

23

blocking or fettering with those. Maybe the Post Office lost all of them by accident. However those pleadings still should have been filed and the Judge should have made a decision and continued the Jury Trial at a later date after a decision was to be made on them. I thought from how concerned that Mr. Placke looked after I had told him that my attempted filings were missing from the Docket, I thought that he was looking into this and investigating, then I receive a letter from Mr. Placke (*I don't know if I still have that letter or if it was seized by a jail guard or if family misplaced it, or if I misplaced it, I can try to look for it*) that his explanation was that any documents that the Clerk doesn't consider to be actual pleadings will forward it to the presiding Judge in the case and that is likely why I didn't see those on the Docket, then explained to me that I am going to go through the psycho-sexual evaluation and that the U.S. Probation Office will draft a Pre-Sentence Report, and Placke told me to be honest with the evaluator. Of course I was honest by trying to explain why I am innocent even though ignorant in what was in the discovery evidence. Still I thought that it was a lame response. That instead Placke should have called up the Clerk, and if Judge Osteen had received my pleadings and they never made Docket, then it is ex parte and is against the Judicial Rules of Conduct or whatever other rules are set for me to engage in ex parte communications, therefore the Judge should have forwarded a copy of those attempted pleadings to the U.S. Attorney or forward them back to the Clerk since the documents have the word "Motion" on them, my case name, and if any of my attempted pro se pleadings contain a case number then it doesn't

24

matter if they do not look like normal pleadings since I was in jail with highly limited resources, the Judge should have clearly forwarded them back to the Clerk to comply with the ex parte communication rules and then the Clerk should have filed them, or the Judge's chamber Clerk should have filed them to comply with the ex parte communications rules. So Placke seem to have thought it was normal for my pleadings to be forwarded to the Judge even though communications by only one party with the Judge is ex parte. Ex parte meaning that the other party never got to review over what was sent to and read by the Judge, will not be considered in the case and is in violation of the rules. So Mr. Placke failed to investigate my missing pleadings and he acted as though sending ex parte communications when mailing documents to the Clerk is somehow routine, like it is normal for the Clerk to not file pleadings and forward ex parte communications to the Judge instead of filing them and the Judge reviews over them while the Government is served with a copy through Notice of Electronic Filing ("NEF"). The envelopes were also directed to the Clerk of the Court and not directed to only the Judge. So I had made statements to Dr. Hersh regarding the Clerk covering up or not filing my pleadings that were mailed prior to my false guilty plea, and he also used that for his basis for the diagnosis of "delusional disorder: persecutory type". For living in jail for months at the time, having very limited resources, dealing with shakedowns and seizure of stuff from my jail cell, and yet I am somehow supposed to furnish proof for Dr. Hersh and show him my attempted pleadings that were dated as all being prior to the Jury Trial and yet none of them

25

were ever filed on the Docket Sheet as a pleading. He never asked to see such attempted pleadings. He never asked to see any evidence that would make him believe in my own claims to him. All he did was take my word for it, but hey! Who takes the word of a man that plead guilty to possession of child pornography? Ineffective Assistance of Counsel and failure to investigate my suspicions is exactly why I was diagnosed with delusional disorder. Not only did he fail to show me the entire discovery evidence, but he failed to investigate why my pleadings had never made Docket. If what he had described in his letter in regards to the Clerk forwarding my documents that were not considered actual pleadings to "the presiding Judge" is that a sign that maybe he did investigate it, then he still should have informed the Clerk of the Judge's office that those were pleadings and should be filed by the Clerk and should not be ex parte communications with the Judge. However Mr. Placke did nothing to ensure that those missing pleadings ever made the Docket sheet that I was concerned about. Mr. Placke is at fault for why I was diagnosed with delusional disorder. All I ever wanted to know was the truth. That was why I was writing the FBI while at FCI-1 Butner, NC during the mental examination by Dr. Graney, writing the Department of Justice, and trying to write different Government officials during my criminal case in 2014. I still continued my letter writing campaign because I am sick and tired of being wrongfully convicted for a crime I did not do and nothing seems to be done about it. My beliefs do change in light of new evidence. The more I investigate, the more crimes or ethics issues I seem to discover. The U.S. Attorney Assistant by refusing

26

to give me all discovery material in response to my FOIA request violates Rule 3.8 of the N.C. State Bar Ethics Rules in regards to "Special Responsibilities of a Prosecutor" that is part of the Rules of Professional Conduct. Any evidence that is proof of actual innocence, a copy of that must be disclosed to the criminal defendant. If the records were concealed or destroyed and they convince the Executive Office for U.S. Attorneys that the amount of records was all that there was from the Government's criminal case discovery evidence but the other things seem to have disappeared, then I feel that it violates Title 18 U.S.C. § 1519. Yet I am somehow delusional because I am being blocked from proving my innocence by all Government agencies. I was blocked by the Town of Mayodan from getting access to my own confession that was recorded in an Audio CD disc. Its town lawyer was none other than Phil Berger Senior so he could have been behind the blockade of my request for my own confession in the audio recording format. I was blocked by the State Bureau of Investigation Counsel Angel Gray from getting access to the SBI report concerning myself even though it was to be used against me at a public jury trial. I was blocked by the U.S. Attorney Office in my FOIA request from getting access to ALL of the discovery material. I get some of the discovery material but the rest were considered "0 records withheld in full". How can I be delusional when all I have ever tried to do since the beginning of my criminal case was prove my innocence yet I am being hit with one brick wall after another? Yet I am being blocked from proving my innocence. No lawyer wants to do anything unless I pay piles of money I do not have. I have been deprived of

27

justice and equal access and opportunity to the Courts. The motion for pre-filing injunction seems to further deprive me of justice and equal access and opportunity to the courts, because I cannot afford an Attorney that charges hundreds of thousands of dollars to fight for me. To say that I am delusional over being persecuted is absolutely GARBAGE. It is persecution when I am unconstitutionally deprived of effective counsel, deprived of cross examination, deprived of being allowed to use the internet to voice my concerns under the Freedom of Speech clause of the U.S. Constitution, being deprived of my Brady and Giglio rights by my own defense lawyer, sold out to the U.S. Attorney by plea agreement, deprived of my Americans with Disabilities Act ("ADA") disability rights while in the County Jails, being deprived of proper medical care as it wasn't being done the way my Doctor would prescribe and direct me to do, deprived of my right to confrontation clause and cross examination, and I was deprived of my right to remain silent by being forced to plead guilty to a crime that I did not do. All of my rights were stripped away from me by own lawyer. How can I be delusional for all that? I just want to find out all of the facts and prove my innocence. Is any of that delusional?

7. Dr. Hersh had never asked to see all of the documented evidence from me and my family for my claims that may have sounded farfetched as I would have proven my claims to him and asked my family to email, mail, or fax any of the proof I or my family has to him. He could contact them to ask them for the proof. However it appears to me that he didn't conduct any real investigation or review of records in

28

regards to my claims of the Clerk not filing my attempted pleadings and not of the false confession. Not anything about the Bergers ties to my criminal case. Not anything about the bias concerns or conflict of interest risks. Dr. Hersh failed or refused to even try to verify my claims and ask my family where the copy was in regards to the attempted pro se pleadings that I was referring to. Dr. Hersh never did anything to prove that my claims may have been founded enough to not get slapped with the diagnosis of "delusional disorder: persecutory type". He never thought to examine my old USWGO Alternative News articles online somewhere that mentions about a corrupt State Senator or about the Town of Mayodan being corrupt, me giving both facts and opinions about the whole ordeal that happened in my dealings with the Town of Mayodan. I feel that he should have at least asked me for the proof of my claims or at least enough proof, then ask further questions, before deciding to diagnose me with delusional disorder. It hurts my case, it hurts my claims of innocence. No credible FBI Agent or the Court will consider my claims to be true if they just simply think that I am delusional and that is it. My family doesn't think I am delusional, so maybe my whole family and Susan Basko should be diagnosed with delusional disorder, am I wrong? This is ridiculous and the Court needs to take notice in whether that original diagnosis was appropriate or not and whether the circumstances and ineffective counsel had caused me to give statements that were misleading him into believing that I was just delusional. I think the Court needs to order a new evaluation otherwise all of these issues that are piling up in court record will forever be unresolved. I will be forced to find a

way to meet with U.S. President Donald John Trump and beg him for a pardon of innocence and show him all of the proof regarding my innocence. I had already mailed Roger Stone one of Trump's colleagues, WikiLeaks, Infowars, The Daily Caller, Breitbart, American Free Press, Associated Press, and others hoping that somebody will get this information written on news articles and somehow it gets to U.S. President Trump in order to secure releasing my conviction and filing a pardon in my case on the ground that I am actually innocent and was deprived of due process, deprived of justice, and deprived of equal access to the Courts due to me being too poor to afford a good lawyer. I have had to mail the public court documents to WikiLeaks out of fear that the U.S. Attorney will seal all of my fillings and then I am stuck as chuck as a false sex offender until I lose my will to live or die out of exhaustion and increased anxiety till I have a heart attack or some other kind of stress fueled health problem that could become fatal. My age of the 20s is being taken up with this criminal case anxiety. I am sick and tired of seeing my young life taken away by this case. I am getting worse with my health. I am having worse OCD hand washing routines where it is taking anywhere in the usage of time between almost an hour to 3 hours after each use of the toilet. My shower and hand washing routine after each use of the shower can be from 3 hours to 4 hours of water usage. I am getting more and more frustrated and my Counselor isn't even making the issues go away. I feel worse when my Counselor thinks that "you may not get what you want" but what about innocent people receiving justice? What about people that are actually innocent? What happened to

30

the right to prove your innocence when accused of a crime? Is all of that now a fairytale and things I see in Hollywood movies or TV shows like "Law and Order"? I hope that the Court is not a fairytale now in regards to justice and due process. Even my current Probation Officer Jason McMurray told me that that he thought my consistent diarrhea is getting worse due to stress. I am having to take medication for it but it may not work so I only take it when I think it is needed during really bad diarrhea attacks. Since June 2016, I have had chronic diarrhea and have been consuming hundreds of dollars of EBT purchased probiotic health drinks and they don't seem to be ending my diarrhea problems. I had got multiple doctors' appointments from Carilion in the past, done a ton of tests, and they still cannot find what the problem is that I have been having. My health is getting worse and I am losing hope everyday which will sink me into depression and fear. I cannot think like that which can put me into a very negative state of constant stress, anxiety, and fear of the Government and police. I should be allowed to prove my innocence and see if I can be found once and for all if the Court does or doesn't think I have provided enough facts of innocence. Let me prove my innocence. I hope the Court will let me. The next mental evaluation/examination that I am requesting from the Court will end the issues in regards to the Government's disagreement with me exhibiting delayed echolalia, in regards to the Government's disagreement or arguments against me stating under Oath that I do not recognize the diagnosis of "delusional disorder", and will resolve any other issues caused by my Autism that the Court may not fully understand in regards to

31

how I say things on court record or even my filing tactics and strategies. Thank You! That is all I wish to say in my testimony under Oath.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on<br><br>June 23, 2018 | Respectfully submitted,<br><br>Brian D. Hill<br>Signed Signed<br>Brian D. Hill (Pro Se)<br>Former News Reporter and Founder of USWGO Alternative News<br>310 Forest Street, Apt. 2, Martinsville, VA 24112<br>Phone #: (276) 790-3505<br>U.S.W.G.O. |