FROM:

**U.S.W.G.O.** ~~Brian D. Hill~~ Signed

Brian D. Hill
310 Forest Street, Apt. 2
Martinsville, VA 24112

TO:

Clerk of the Court
U.S. District Court
324 West Market Street, Suite 1
Greensboro, NC 27401

7016 0600 0000 8319 9213

INSPECTED

RECEIVED
Office
JUN 25 2018
GREENSBORO, NC
COURT

PRIORITY MAIL★

EP14F July 2013
OD: 12.5 x 9.5

PS00001000014



PRIORITY MAIL

FLAT RATE ENVELOPE
FLAT RATE ★ ANY WEIGHT*

EP14F July 2013
OD: 12.5 x 9.5

Case 1:13-cr-00435-TDS  Document 151-5  Filed 06/25/18  Page 2 of 2