IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Brian David Hill,
Petitioner

United States of America,
Respondent

Case no.
1:13-cr-435-1
1:17-cv-1036

SEPTEMBER 28, 2018
STATUS REPORT

I, Brian David Hill ("Brian D. Hill", "Petitioner") have new evidence regarding Officer Sgt. R.D. Jones lying to U.S. Probation Officer Jason McMurray about me. I consider Sgt. Jones to be a suspect in connection with the Tormail.org threat on "violent sex crimes" setup. Received a letter from Roberta Hill dated "Sept. 25, 2018." Parts of her letter said "I talked to Jason and he told me that the police said that you recanted the story that you told us in the hospital." What story did Petitioner recant? That is a lie to my federal Probation Officer. Letter also said that "taking photos of yourself at various places around town." The truth was to follow through with the hoodie guy's directives around an empty spot of one area of the trail, with a factory building, and nobody around. Only in one area were photos taken hoping that would be enough, so my mom isn't killed. For the police to tell Jason that I recanted my statement or story is a lie. Does Martinsville Police understand that lying to a federal officer is a federal crime?

1

I am disappointed that Martinsville, VA Police Department (MPD) would say that I recanted my story when I continue to stick to my story and tell the same story, and never attempted to recant it. I guess there are dirty cops in Martinsville too. The MPD needs to be investigated by the U.S. Probation Office and the U.S. Federal Bureau of Investigation (FBI). If the one FBI boss in Greensboro, NC had not shut down the Duty Agent Jerry Pickford's case on Kristy L. Burton, and AUSA Anand Prakash Ramaswamy, I don't believe the incident last week would have happened. MPD lied to a federal officer, may be a felony. USPO Burton perjured, and AUSA Ramaswamy allowed it. All felonies. Obstruction of Justice. I again promise my mother that that incident will never happen again. I was threatened. I don't trust MPD police liars, I want FBI involved. Please!
I declare under penalty of perjury that the foregoing is true and correct. Executed on Sept. 28, 2018.
Respectfully filed with the Habeas Court on Sept. 28, 2018.

CERTIFICATE OF SERVICE

I, Petitioner, certify that this pleading has been deposited with the Jail's Mailing system on Sept. 28, 2018, directed to the Clerk's office requesting that under IFP, they serve a copy of this pleading on all parties, via Notice of Electronic Filing on CM/ECF or U.S. Mail.

Brian D. Hill
signed
Brian David Hill
Martinsville City Jail
P.O. Box 1326
Martinsville, VA 24―

2