

Brian David Hill
Martinsville City Jail
P.O. Box 1326
Martinsville, VA 24112

GREENSBORO NC 274
PIEDMONT TRIAD AREA
01 OCT 2018 PM 2 L

27401-251399

Clerk of the Court
U.S. District Court
324 W. Market St., Ste. 1
Greensboro, NC 27401
LEGAL MAIL

INSPECTED

THE MARTINSVILLE CITY JAIL HAS
NEITHER CENSORED NOR INSPECTED
THIS ITEM, THEREFORE, THE JAIL
DOES NOT ASSUME RESPONSIBILITY
FOR ITS CONTENT

CLERK U.S. DISTRICT COURT

on
8:00