IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Brian David Hill,
Plaintiff/Petitioner,

v.

United States of America,
Respondent,

Case no.
1:13-cr-435
1:17-cv-1036

## PETITIONER ASKS COURT TO CONTINUE SUPERVISED RELEASE

The Petitioner Brian David Hill ("Hill", "Petitioner", "Brian") NOW files this request with the Court and the United States ("U.S.") Probation Office to continue the Supervised Release of Petitioner while the issues of Petitioner's actual innocence and Respondant's fraud on the Court and resistance to State Bar 3.8 rule requiring Prosecutors to disclose evidence of actual innocence, are being inquired by the Habeas Court. Petitioner is confident that he will be found not-guilty/innocent in the current case of Commonwealth of Virginia v. Brian David Hill, case no. C18-3138. The Court may inquire on that case by contacting Attorney Scott Albrecht at the address of 10 East Main Street Martinsville VA 24114 Phone no. 276-666-2206 and Fax 276-666-8929. I also had sued Martinsville City Jail and Martinsville Police Department recently in the Western District of Virginia, Roanoke division. The filings of the "Status Report of Petitioner September 27, 2018" and "September 28, 2018 Status Report" should demonstrate to the Court that Petitioner is a victim of yet another crime and doesn't deserve revocation.

1

Because Petitioner is asserting actual innocence by the affirmative defense of frame up, by Brian being threatened by a guy wearing a hoodie, Petitioner does not deserve revocation and should be allowed to continue this § 2255 case. Since this facility, Martinsville Jail, does not have a law library, and limits on paper and only 1 pen a month, Petitioner requests a court appointed lawyer for his 2255 case for his actual innocence claims. Bond conditions, if that is the case, will prevent Petitioner's ability to prosecute this 2255 case, thus a lawyer is necessary for both the mental examination and proving any remaining facts of innocence if any further facts of innocence is necessary. Thank You.

Petitioner respectfully files this pleading, this the 20th day of October, 2018.

— Certificate Of Service —

Petitioner certifies that he filed the foregoing pleading on October 20, 2018, by deposited in a prepaid envelope in the institution's mailing system, directed to the Clerk of the Court requesting that it be served with Counsel of Respondant via CM/ECF Notice of Electronic Filing, in accordance with the In forma Pauperis statute.

Brian D. Hill
Signed

Brian David Hill
Martinsville City Jail
P.O. Box 1326
Martinsville, VA 24114

U.S.W.G.O.

2