Brian David Hill #302165
Martinsville City Jail
P.O. Box 1326
Martinsville, VA 24114

GREENSBORO NC 274
PIEDMONT TRIAD AREA
22 OCT 2018 PM 2 L

Clerk of the Court
U.S. District Court
324 W. Market St., Suite 1
Greensboro, NC 27401

INSPECTED

RECEIVED
OCT 24 2018
CLERK U.S. DISTRICT COURT
GREENSBORO, NC

27401-254400

LEGAL MAIL

THE MARTINSVILLE CITY JAIL HAS NEITHER CENSORED NOR INSPECTED THIS ITEM, THEREFORE, THE JAIL DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENT.

Case 1:13-cr-00435-TDS   Document 154-1   Filed 10/24/18   Page 1 of 1