In The United States District Court
For The Middle District of North Carolina

Brian David Hill,
Petitioner/Plaintiff,

Case no.
1:13-cr-435
1:17-cv-1036

v.

United States of America,
Respondent,

# OCTOBER 25, 2018 STATUS REPORT

Brian David Hill ("Brian", "Hill", or "Petitioner"), the Petitioner in this case, NOW files this recent status report with the Habeas Court on further updates concerning Petitioner's recent detainment since September 21, 2018 at Martinsville City Jail, and how it may affect Petitioner's §2255 case:

(1) Petitioner had filed a new lawsuit in the Western District of Virginia, named as Brian David Hill v. Martinsville City Jail et al, case no. 7-18-cv-499. The lawsuit concerns how the Jail's policies have interferred with Petitioner's ability to prosecute this 2255 case without a lawyer. The Jail has no law library, and has taken poor care of Petitioner's diabetes based on a flawed sliding scale method and false numbers of my Basaglar amount being added in the Jail's medical records. The limited resources also makes it exetremely difficult to prosecute for proving my actual innocence. Petitioner also has no access to his non-internet court filings archive on his Desktop computer. Petitioner cannot make photocopies of any documents. Petitioner's 2255 case is at a stand-still while Petitioner is incarcerated. Petitioner doesn't have access to any documents on the federal rules of procedure.

1

Only way for Petitioner to proceed in this case at this time is to delay it till Petitioner is out of incarceration or for the Honorable Court to appoint Counsel to Petitioner for representation of Petitioner's actual innocence facts in this case. Petitioner has already proven his criminal confession On August 29, 2012, was a false confession, a fact of actual innocence.

(2) Petitioner has mailed the Clerk of the U.S. Supreme Court letter dated as of October 22, 2018, requesting an extension of time to file a Writ of Certirori for Petitioner's Freedom of Information Act lawsuit, to extend it after Petitioner is released from incarceration. Petitioner feels that he is entitled to the right to prove his innocence, including access to his criminal case discovery material (Brady material) sought by his FOIA lawsuit. AUSA should let Brian prove innocence.

Respectfully filed with the Court, this the 25th day of October, 2018.

— Certificate of Service —
Petitioner certifies that he deposited the foregoing pleading in an envelope, pre paid, in the institution's mailing system on October 26, 2018, directed to the Clerk of the Court. Petitioner requests that all parties be served via CM/ECF NEF. Notice to clerk of change of address.

Brian D. Hill
Signed

God bless America and Justice   #302765 Brian David Hill
                                Martinsville City Jail
My Firend's link:                P.O. Box 1326
JusticeForUSWGO.wordpress.com   Martinsville, VA 24114
                                U.S.W.G.O.

2