

Case 1:13-cr-00435-TDS   Document 155-1   Filed 10/29/18   Page 1 of 1