IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:13CR435-1 |
| | ) | |
| BRIAN DAVID HILL | ) | |

**ORDER ON PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

This matter is before the Court upon request of the United States Probation Officer. (Doc. 157.) The Court has reviewed the petition and finds the following:

( ) No Action.

(X) The Issuance of a Warrant. For compelling reasons, this petition and Warrant shall remain sealed until the Warrant is executed. The Clerk shall provide a copy of the petition and Warrant to the U.S. Probation Office, the U.S. Attorney's Office, and the United States Marshal Office.

( ) The Issuance of a Summons. Upon issuance of a summons, the Petition shall be unsealed.

( ) Other:

IT IS SO ORDERED.

/s/ Thomas D. Schroeder
United States District Judge

November 13, 2018