In the United States District Court
For The Middle District of North Carolina

Brian David Hill,
    Petitioner,

v.

United States of America,
    Respondant,

Case no.
1:17-cv-1036
1:13-cr-435

FILED NOV 29 2018

November 28, 2018 Status Report and Declaration of Brian David Hill in support of Doc. #125, #128

NOW comes Petitioner Brian David Hill ("Brian" "Hill") with a November 28, 2018 Status Report and Declaration in support of 2255 case Motion (Document #125) and 2255 case Memorandum/Brief (Document #128). New updates that the honorable Habeas Court is not aware of.

## Declaration

I, Brian David Hill, produce the following statements, subject to the penalties of perjury thereof:

(1.) I have placed a filled out Pardon Application in a prepaid envelope, placed in the Institution's mailing system on November 22, 2018. Mailed it off from the Jail.

1

This includes my sworn Oath under the "Certification and Personal Oath" notarized by Officer Jeffrey Corcoran to the President of the United States; "Reason to U.S. Pardon Attorney for waiver of 5-year Requirement, For Exceptional Circumstances Cover Page" dated Nov. 8, 2018 under declaration/Oath; and a letter to the U.S. Pardon Attorney dated October 31, 2018; but it is still deficient in the Character Affidavits, however in a page letter to the Pardon Attorney I have promised to cure the deficiencies in Pages 17, 18, and 19 as soon as I can, dated November 15, 2018. All of that was mailed to the U.S. Pardon Attorney, U.S. Department of Justice at the address of 145 N Street, N.E, Room 5E.508 Washington, D.C. 20530. This proves to the Court that I am willing to work with the U.S. Department of Justice, aka the Government to demonstrate my factual innocence. My filled out Pardon Application was copied by Officer 1st Lt. Law of Martinsville City Jail, prior to me mailing it off. Photo copied. Stored.

(2.) I have sent two letters to Alexandria Veletsis who works for the Executive Officer of the President (EOP), The White House. First letter dated November 3, 2018, the other dated November 18, 2018. The later letter was mailed out on November 22, 2018. I explained about the guy in the hoodie, that I may get killed in fighting for acquittal, and asked for my filed Pardon Application to be treated urgently.

2

I felt so afraid for my life that I had also mailed letters to John Kelly the Chief of Staff; Scheduling Aide; Donald Trump; Melanie Trump; Ivanka Trump or Jared Kushner (Nov. 8, 2018); White House Counsel (Nov. 12, 2018); Ivanka Trump (Nov. 20, 2018); National Security Council (Nov. 25, 2018) (QAnon); and the two letters to Ms. Veletsis of the EOP. I had mailed others including the Virginia Governor and Virginia Office of the Attorney General. I ain't playing around. I will not let some guy wearing a hoodie get away with threatening to kill my mother (a witness) and revoke my probation to ruin my life. I will not sit quietly, be punished over and over again by the Federal Court for being a victim of felony crimes, and worry about any member of my family being killed/murdered because they told the truth in regards to my actual innocence. I don't understand why the United States Attorney office has resisted against me so hard all of these years, willing to vidate State Bar Rule 3.8 of the Model Rules of Professional Conduct, destroy evidence that would aid in proving my innocence, and engage in fraud upon the Court. Now I receive a federal Detainer arrest warrant by the Justice Department on top of that, likely putting my life in more danger. I feel President Trump is right. The Deep State Swamp is too Dangerous for America, must be drained quickly as Qanon (Mom told me about Qanon) said, otherwise the Swamp will hurt us all.

Is Autism the new civil rights movement like Martin Luther King? I am done being a victim of federal crimes, your honor. I am innocent, I am done with being threatened (Tormails, guy in a hoodie, threatening greeting card) with being raped, set up, my mother killed, etc etc. I am innocent and I feel the Arrest Warrant is uncalled for. I want Justice your honor, I am tired of being a victim. Do I have to be shot and murdered before I receive justice? Am I actually innocent? Do I have a right to prove my innocence or should I be carted away in some Federal Prison somewhere where I disappear? I deserve Justice, I deserve Writ of Habeas Corpus. I am INNOCENT. I stand by my statements till my dying breath. Amen.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 28, 2018.

<u>Brian D. Hill</u>
signed
Brian David Hill (Pro Se)
#302165
Martinsville City Jail
P.O. Box 1326
Martinsville, VA 24114
U.S.W.G.O.

4

Respectfully filed with the Court, this the 28th day of November, 2018. Thank You.

Brian D. Hill
signed
Brian David Hill
Martinsville City Jail
P.O. Box 1326
Martinsville, VA 24114

## Certificate of Service

I, Brian David Hill, certify that I deposited this pleading in a prepaid envelope, then placed in the Jail's mailing system on November 28, 2018, directing it to the Clerk of the Court. I request that all parties be notified by Notice of Electronic Filing (NEF) by CM/ECF which will notify all parties of such filings.

Brian D. Hill
signed

Brian David Hill (Pro Se)
#302165
Martinsville City Jail
P.O. Box 1326
Martinsville, VA 24114
U.S.W.G.O.

5