In the United States District Court
For the Middle District of North Carolina

| | |
|---|---|
| Brian David Hill,<br>Petitioner,<br><br>v.<br><br>United States of America,<br>Respondant, | Case no.<br>1:13-cr-435<br>1:17-cv-1036 |

Status Report of Brian David Hill – November 27, 2018

NOW comes criminal Defendant and 2255 Petitioner Brian David Hill ("Brian" or "Hill"), files this status report of November 27, 2018. Hill shall present the following updates.

1. Hill on November 27, 2018 had received a Federal "Detainer" warrant "Based on violation of Probation and/or Supervised Release". Hill has yet to face trial in the case Commonwealth of Virginia v. Brian David Hill, case no C18-3138. Assistant Public Defender Scott Albrecht of Martinsville, VA 276-666-2206, had explained to Hill that he has a defense to the criminal charge, that he is not-guilty/innocent. Hill requests a Supervised Release revocation hearing to present the verdict of the Commonwealth Court.

1

Hill is fighting to be found innocent/not-guilty in the case or that the case may be dismissed with prejudice. The case will be decided in the Martinsville General District Court, Commonwealth of Virginia, trial date set up on the date of December, 21, 2018. In the event that Hill is found innocent, Hill requests that the Supervised Release be reinstated since Hill is innocent of his charge and will not be convicted. Hill asks for a Supervised Release Violation ("SRV") hearing if necessary. In the event that Hill is found not-guilty, Hill believes he did not violate his Supervised Release since his Commonwealth charge is what triggered the "Detainer".

2. Hill was coerced and threatened by an unidentified guy wearing a hoodie to get naked or Hill's mother Roberta Hill would have been killed. Documents 152, 153, 154, and 155 explain the situation. All Documents in case Brian David Hill v. Martinsville City Jail, et al, V.A.W.D. also explain the situation. United States Court, Western District of Virginia, Case no. 7:18-cv-499, is the Court with the case files. Is Hill in violation for being a victim of crime? Hill had reported the incident in a letter written to the FBI office at 1101 Court Street, Suite A38, Lynchburg, VA 24504, dated October 29, 2018. Hill had also explained in a letter to U.S. Probation Officer Jason McMurray about the guy wearing the hoodie, saying that he had felt his life was in danger. Letters mailed to his USPO and the FBI.

2

3. Once the Commonwealth case is resolved, Hill wishes to continue complying with his Supervised Release. Hill would like to continue with his Actual Innocence claim in his 2255 case. Hill's 2255 claims shouldn't be interupted by a guy who had said "they" would kill Roberta Hill who is Hill's mother. Hill has demonstrated a lot of evidence concerning factual innocence. It should be decided, Hill's 2255 case should continue.

Hill recommends that his Supervised Release continue and that it not be revoked. Hill asks that his Supervised Release continue without revocation. Hill asks that his 2255 case continue. Thank You. God Bless America.

Respectfully filed with the Court, this the 27th day of November, 2018.

Brian D. Hill
Signed

Brian David Hill (Pro Se)
#302165
Martinsville City Jail
P.O. Box 1326
Martinsville, VA 24114
55 West Church Street
Martinsville, VA 24112
U.S.W.G.O.

Drain the Swamp.

3

# Certificate of Service

I, Brian David Hill, certify that I filed the foregoing pleading with the Clerk of the Court by deposited the pleading in a prepaid envelope, in the Martinsville City Jail 'institution's filing system' on November 27, 2018. Petitioner/Defendant asks that the Clerk serve all parties by Notice of Electronic Filing (NEF) of the CM/ECF system which will notify all parties of such filings.

*Brian D. Hill*
Signed

Brian David Hill
#302165
Martinsville City Jail
P.O. Box 1326
Martinsville, VA 24114
U.S.W.G.O.

Drain The Swamp.
- President Donald Trump

4