

Brian David Hill #3022165
Martinsville City Jail
P.O. Box 1326
Martinsville, VA 24114

INSPECTED

Important, file urgently.
ATTN: Clerk of the Court
U.S. District Court
324 West Market Street, Suite 1
Greensboro, NC 27401

RECEIVED
DEC 12 2018
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC

LEGAL MAIL

THE MARTINSVILLE CITY JAIL HAS
NEITHER CENSORED NOR INSPECTED
THIS ITEM, THEREFORE, THE JAIL
DOES NOT ASSUME RESPONSIBILITY
FOR ITS CONTENT.