# Notice of Change of Address

In The United States District Court
For The Middle District of North Carolina
Case no. 1:13-CR-435-1, 1:17-CV-1036

**FILED JAN - 9 2019**

I, Brian David Hill certify that this is no longer my current address:
Brian David Hill #302165
Martinsville City Jail
P.O. Box 1326 - 55 West Church St.
Martinsville, VA 24114    24112

That it's been reported

My current address as of January 5, 2019 is:
Brian David Hill #00-21123
Western Virginia Regional Jail
5885 West River Road
Salem, VA 24153

Been here since:
December 22, 2018

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 5, 2019.

Brian D. Hill
signed

Brian David Hill #00-21123
Legal Mail only: Western Virginia Regional Jail
5885 West River Road
Salem, VA 24153

My friend's blog: JusticeForUSWGO.wordpress.com    U.S.W.G.O.