In The United States District Court
For The Middle District of North Carolina
FILED JAN 17 2019 Clerk U.S. District Court Greensboro, NC

United States of America,
    Plaintiff

V.

Brian David Hill,
    Defendant

Criminal Action No. 1:13-CR-435-1
Civil Action No. 1:17-CV-1036

## Notice of Change of Address

Notice is hereby given that Criminal Defendant and 2255 Petitioner Brian David Hill has changed addresses from Western Virginia Regional Jail (5885 West River Road, Salem Virginia 24153) to the Federal Correctional Institution 1, P.O. Box 1000, Butner, N.C. 27509. Brian has filed requests with the Clerk to produce a Docket Report and for copies of Court Documents prior to being moved to FCI 1 Butner, North Carolina on January 9, 2019 for a 45 day mental evaluation.

Respectfully filed with the Court, this the 11th day of January, 2019.

    Brian D. Hill
    Signed
    Brian David Hill #29947-057
    Federal Correctional Institution 1
    P.O. Box 1000
    Butner, N.C. 27509
    U.S.W.G.O.

Stanley's blog: JusticeForUSWGO.wordpress.com