Clerk of the Court, January 15, 2019
Re: Case no. 1:13-CR-435-1
United States District Court
Middle District of North Carolina

FILED JAN 24 2019 Clerk U.S. District Court Greensboro NC BY

Dear Clerk,

I, Brian David Hill ("Brian" "Hill") would like to request two certified copies (2x) of Court Documents no. 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165 and any more Documents thereafter from my criminal case no. 1:13-CR-435, As Soon As Possible (expedited). Since I am In forma Pauperis, proceeding under title 18 U.S.C. §3006A of the Criminal Justice Act and Title 28 U.S.C. §1915 I request that any fees ~~access~~ assessed/incurred to fulfill my request should be paid by the United States as getting copies of these documents/records will assist in my legal defense effectively against the Supervised Release Violation charge (Docs. no. 156, 157, 158) which significantly affects my Constitutional and Due process rights in this case.

Thank You,

Brian D Hill
_signed_
signature

Brian David Hill #29947-057
Federal Correctional Institution 1
P.O. Box 1000
Butner, N.C. 27509
U.S.W.G.O.
JusticeForUSWGO.wordpress.com

~~Undersigned Hill~~