Dear Hon. U.S. Magistrate Judge Joe Webster,
323 E. Chapel Hill ST, Room 2,
Durham, N.C. 27701-3351,
CC: Assistant U.S. Attorney Anand Prakash Ramaswamy
Re: 1:13-CR-435-1, 2255:1:17-CV-1036,

I, Brian D. Hill Petitioner of my filed 2255 Motion and 2255 Brief/Memorandum-of-Law (Documents 125 et seq.) am notifying you that I won't let a guy in a hoodie who had threatened to kill my mother (Documents 152 et seq.) stop me from proving my factual innocence in this case. Being temporarily in FCI-Butner prison for a mental evaluation study has severely crippled my ability to prove factual innocence and prove AUSA Ramaswamy's fraud upon the Court. However I am ready for an evidentiary hearing if necessary, As Soon As Possible (ASAP), and I am ready for effective assistance of Counsel to be appointed for my 2255 case. The need for such a hearing is long overdue. According to the U.S. Supreme Court case law Chambers v. Nasco INC, 501 US 32, 115 L. ED 2d 27, 111 S Ct 2123 (1991), Courts § 18 "inherent or implied powers", as well as Courts § 225.1; Equity § 47 "power to vacate fraudulent judgment", this Court has an inherent power to investigate a fraud upon the Court and to vacate an earlier judgment upon proof of such fraud. The fraud upon the Court is caused by both ineffective assistance of Counsel forcing me to falsely plead guilty under Oath, and a fraud upon the Court by a false factual basis of guilt in this criminal case.

1      2255 letter #01

The fraud in the fact that I never got to review over the entire discovery evidence with Attorney Eric David Placke, before he persuaded me to falsely plead guilty under Oath means I had plead guilty without understanding the full weight of the very evidence that the prosecution had used against me in my case. The "Factual Basis" of my guilt provided by the Government prior to Sentencing was Fraudulent. My confession statements were proven to ~~inaccurate~~ be inaccurate and false, a false confession caused by my Autism because of the way I was interrogated. The SBI, that is the State Bureau of Investigation and through their Case File (forensic report) reported files/images/videos of interest but there was NO affidavit verifying/confirming whether each such file could have been actual child pornography. In addition to that, the SBI case file said that 454 files had been downloaded with the eMule program between July 20, 2012, and July 28, 2013, while my computer was ~~seiv~~ seized on August 28, 2012. The criminal Judgment of guilty on November 12, 2014 was a fraudulent Judgment based upon fraud on the Court. Letter respectfully filed with both the Hon. Magistrate Judge of the Court and the AUSA Ramaswamy on this the __24th__ day of January, 2019.

U.S.W.G.O. __Brian D. Hill__
signed

Brian David Hill  #29947-057
Federal Correctional Institution 1
Old NC Hwy 75; P.O. Box 1000
Butner, N.C. 27509

My friend's blog:
JusticeForUSWGO.wordpress.com
God Bless America
God Bless You.

2

2255 letter #01

To Anand Prakash Ramaswamy,
Re: 1:13-CR-435
Dated: January 23, 2019
United States Attorney Office
Middle District of North Carolina
CC: Hon. U.S. Magistrate Judge Joe Webster
101 S. Edgeworth St, 4th Flr, Greensboro, NC,

I just want my life back. I am respectfully giving you an olive branch to do what is right. President Donald Trump's Art of the Deal. God Bless You. You understand with the threatening greeting card postmarked Tennessee that I am a victim of crimes, that somebody out to hurt me, my family, and Attorney Susan Basko was behind the threatening Tormail.org messages and the threatening greeting card. Me and my family is under attack Ramaswamy. I am tired of being a darn victim Ramaswamy. We need to come to a resolution because it is clear that I am factually innocent. You and the Court and I are victims of fraud. It's clear that I was set-up and framed. Stop resisting state bar Rule 3.8. Let's make a deal. I want my life back. I would like to be acquitted. Please vacate my sentence.

God Bless,

Brian D. Hill
Signed

Please make a deal.

Brian David Hill #29947-057
Federal Correctional Institution 1
P.O. Box 1000
Butner, N.C. 27509
Q anon