Notice     — Please file —

ClerK,     To: U.S. Magistrate [illegible]

FILED
MAR - 1 2019
Clerk, [illegible]
[illegible]
By

Please file the attached Photocopy of a letter to
Anand PraKash Ramaswamy dated February 18, 2019
on DocKet no. 1:13CR435 as proof of 2255
negociations, that Petitioner Brian David Hill is the
reasonable party and only wants to prove enough
of Actual Innocence to be acquitted of the
wrongful conviction. Hill is willing to waive his right
to sue the United States for malicious prosecution
if they agree to acquit Hill or accept Hill's clearly
established facts of Actual Innocence. USPO Jason
McMurray believes in Hill's innocence, and Hill will prove
his Probation Officer right. Hill is innocent and never
should have never been forced into falsely pleading
guilty, Hill and the U.S. Attorney were victims of a
fraud upon the Court. The witnesses Susan Basko,
Kenneth Forinash, Stella Forinash, Roberta Hill, and
Brian Hill under Oath clearly establish facts of Hill's
innocence.

— Papers enclosed —

Brian David Hill
Feb. 26, 2019

Brian D. Hill
Signed

FCI¹ Butner
P.O. Box 1000
Butner, NC 27509

Dear Anand PraKash Ramaswamy,

Cases: 1:13-cr-435, 1:17-cv-1036
U.S. District Court
Middle District of North Carolina
February 18, 2019

I just want my life back Ramaswamy. It's not your fault that I was set up, that you were given bad evidence (fraud upon the Court) from the Town of Mayodan and the State Bureau of Investigation, and that I was mislead and you were mislead. I want to visit Japan, I want to go on cruise ships with my family while they are still alive. I don't want the bad guys to Kill my family, I love my family, I care about my life and my family. U.S. President Trump is overthrowing the New World Order (NWO) Deep State Government, draining the Swamp as David WilcocK had talked about with Qanon and #SealedIndictments. I have no reason to ever bring back U.S.W.G.O. Alternative News. You Know that I have brought up good case law, evidence, and arguments on my Actual Innocence. You never need to worry about losing this case when you never had a case to begin with. Please let it go. You are not perfect, I am not perfect either. I forgive you for the wrongs, the wrong things you committed. I just want to be free, no felony on my record, that I can go back home to my family safely as soon as possible without being a target. Please let this case go declare my actual innocence due to State Bar Rule 3.8, and please stop letting my family and me be a target. Please stop resisting me.

1    6566 Letter

My Probation Officer McMurray is not pushing for revocation, there was no good reason for my arrest instead of a Summons. Me and my mother's cat Angel Hill was brutally killed in July or August 2018, around that period my mother received a threatening greeting card with no return address, somebody falsely called the police to come to the 310 Forest St., Martinsville, VA, address twice. It was clear that me and my family were being criminally targeted and harrassed and threatened before my arrest on September 21, 2018. I am tired of being targeted here. I should be released as soon as possible. My loving cat being brutally killed, the threatening greeting card and the other anonymous harrasing greeting cards came shortly after I had filed my 2255 Motion and Brief/Memorandum-of-law. My family mailed this information to the FBI. This is getting rediculous, I am tired of being targeted for trying to prove my innocence. I forgive Mayodan and the SBI for their Fraud upon the Court. Please stop my detainment, let me go. You were used as a puppet by my political enimies. Don't be their damn puppet. You have the power to acquit me, agree that I'm factually innocent, we can resolve all issues in this 2255. Please work with me, there's still time. There's still time to set me free.        God Bless You,

Brian D. Hill
Signed

Brian David Hill
#29947-057
Federal Correctional Institution[1]
Old N.C. Hwy 75 / P.O. Box 1000
Butner, NC 27509

JusticeForUSWGO.wordpress.com

Certified Mail tracking: 7018-1130-0000-8936-6566