CERTIFIED MAIL

LEGAL MAIL

Name: Brian David Hill #29947-057
Federal Correctional Institution 1
P.O. Box 1000
Butner, NC 27509

7018 1130 0000 8936 7037

29947-057
Office Of The Clerk
Middle Dist Northcarolina
324 W Market ST
US District Court, Ste. 1
Greensboro, NC 27401-2513
United States

27401-254472

RECEIVED
MAR 01 2019
CLERK, US DISTRICT COURT
GREENSBORO, NC

INSPECTED

U.S. POSTAGE PAID
FCM LETTER
BUTNER, NC
27509
FEB 27 19
AMOUNT $0.00
R2305K140899-05
27401

FEDERAL CORRECTIONAL INST. #1
P.O. BOX 1000
BUTNER, NORTH CAROLINA 27509

"SPECIAL/LEGAL MAIL"

DATE: 2-26-19

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address.