Brian David Hill #29947-057  
Federal Correctional Institution 1  
Butner, NC 27509  
P.O. Box 1000

CERTIFIED MAIL  
7018 1130 0000 8938 9978

U.S. POSTAGE PAID  
FCM LG ENV  
BUTNER, NC  
27509  
MAR 11, 19  
AMOUNT  
$0.00  
R2305K140899-05

27401

RECEIVED  
MAR 13 2019  
CLERK, US DISTRICT COURT

ATTN: Clerk of the Court

29947-057  
Office Of The Clerk  
Middle Dist N. Carolina  
324 W Market ST  
US District Court, Ste. 1  
Greensboro, NC 27401-2513  
United States

INSPECTED

