In The United States District Court
For The Middle District of North Carolina

United States of America,
Plaintiff,

v.

Brian David Hill,
Defendant,

Criminal Action No.
1:13-CR-435-1
17CV1036

Declaration of Brian David Hill in opposition to charge under Documents #156, #157, and #158

Criminal Defendant Brian David Hill hereby files this Declaration in opposition to the charge against him under Documents #156, #157, and #158; and this Declaration can and will be used in determining the Probable Cause of whether Brian David Hill violated his Supervised Release conditions, or not.

## Declaration

I, Brian David Hill produce these statements under oath and subject to the penalties of perjury thereof:

I had received documents from Roberta Hill, Stella Forinash, and Kenneth Forinash; and they informed me of newly discovered evidence regarding me being exposed to carbon monoxide

1

in my Apartment prior to my arrest on September 21, 2018. The carbon monoxide buildup started after the flumes from the Chimney were blocked off, causing carbon monoxide from the gas logs, the furnace, and the hot water heater which all use natural gas. So throughout my stay in my Apartment on Forest St in Martinsville in 2018, I was exposed every night (exception of overnight trips authorized by my Probation Officer) to carbon monoxide poisoning and even in the day time when I was inside my home. All of this I have learned from what my family told me at visitation, over the phone, and/or typed correspondence via mail.

I have informed the Circuit Court of Martinsville Virginia (by Certified mailing to the Clerk, tracking no. 7018-1130-0000-8936-6313) Jason McMurray (U.S. Probation Officer, Roanoke, VA), and V.A. Attorney General (by Certified mailing tracking no. 7018-1130-0000-8939-2510) about the carbon monoxide poisoning exposure in my home all the way up till ~~the problem was fixed~~ my arrest. It is a fact that I had suffered carbon monoxide exposure in my home prior to me being arrested for indecent exposure, case no. C18-3138, and on the date of September 21, 2018. Carbon monoxide can cause abnormal, erratic, and strange behavior, hulucinations and may cause brain damage or even death At the time of my conduct on September 21, 2018, I made irrational or stupid decisions which caused my arrest while I was under the influence of carbon monoxide poisoning exposure in my home.

It was in March, 2019, when I was made aware of this new information/evidence.

I wasn't just threatened by a man wearing a hoodie, but that evidence of carbon monoxide gas exposure was found in my Apartment from what my family told me this year.

Carbon monoxide can influence the brain to making erratic, abnormal, and/or irrational decisions. Carbon monoxide can cause hulucinations and strange behavior.

The carbon monoxide may have caused me to exhibit weird abnormal behavior on September 21, 2018. I never masturbated in public, I was not aroused, and I was not being obscene. If the Circuit Court accepts the carbon monoxide documentation as evidence in my criminal case and finds me factually innocent and legally innocent, that I did not indecently exposed myself, then I did not violate my supervised release conditions. I was naked but did not do anything obscene, I was under the influence of carbon monoxide, and therefore I am not guilty of indecent exposure, and didn't violate my conditions of supervised release.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 23, 2019.

Brian D. Hill
Signed

Brian David Hill (Pro Se)
#29947-057

3

Federal Correctional Institution
P.O. Box 1000
Butner, N.C. 27509

Respectfully filed with the Court, this the 25th day of March, 2019.

Certificate of Service

Brian David Hill certifies that he mailed the foregoing pleading in an envelope, postage prepaid, to the Clerk of the Court after it was deposited in the Mail Room of the institution on March 25, 2019. Hill requests that the Clerk serve a copy with the Government's counsel using the Notice of Electronic Filing of the CM/ECF system which notifies parties of such filings.

Brian D. Hill
Signed
Brian David Hill (Pro Se)
#29947-057
Federal Correctional Institution
P.O. Box 1000
Butner, N.C. 27509
USWGO
Stanley's blog: JusticeForUSWGO.wordpress.com
Qanon
Make America Great Again
Drain The Swamp

4