United States of America,
Plaintiff,

Criminal Action No.
1:13-CR-435-1
17 CV1036

V.

Brian David Hill,
Defendant,

# Declaration of Brian David Hill in Opposition to Government's Documents 156, 157, and 158

Criminal Defendant and 2255 Petitioner Brian David Hill ("Brian", "Hill") hereby files this Declaration with this honorable Court clarifying and correcting an issue brought up in charging documents #156, #157, and #158 (Document #1 in Western District of Virginia Federal case no. 7:18-MJ-149) by the Government.

The issue brought up is in regards to Hill not getting out on bond for the State/Commonwealth charge of indecent exposure in the City of Martinsville, Commonwealth of Virginia, case no. C18-3138.

## Declaration

1

I, Brian David Hill, produce the following statement under Oath and subject to the penalties of perjury thereof:

I have good reasons why I was not out on bond for the case of Commonwealth of Virginia v. Brian David Hill, criminal case Docket no. C18-3138.

My Attorney Scott Albrecht had pushed to get me out on bond at the beginning of my case after his appointment as my counsel of record in the case. At that time, despite my testimony regarding the man wearing the dark hoodie, not knowing at that time of the carbon monoxide poisoning exposure, my family was confused about why I was outside walking without telling my mother. I told my family in September or October 2018 that I thought I was drugged and wanted a drug test last year while assuming that I was drugged not knowing why some of my memories were blacked out. We all had agreed that for my safety and for my health, that I should live in an assisted living home instead of my Apartment. The lawyer had a difficult time trying to create a perfect release plan since my families fear for my health and safety caused my Attorney or another Attorney who worked with Scott Albrecht to withdraw the Motion for bond in my case. My family did not know about the dangerous carbon monoxide poisoning from the gas in 2018 until February or March of 2019 from what my family explained to me.

2

Now that my family knows the truth about me living in an home, in an Apartment in 2018 with dangerous carbon monoxide gas exposure before my arrest in September 21st 2018, my mother and grandma and grandpa want me out on bond.

So there wasn't any bad reason why I wasn't on bond for my charge in Virginia, my family was confused about what had happened, and they were concerned for my health and safety at the time in late 2018.

I just wanted to clarify with the Court as to why I was not released on bond in my State/Commonwealth charge.

I wanted to correct any misunderstandings before any future proceedings in this case in regards to my Supervised Release Violation ("SRV") charge.

Me and my family all regret not being aware of the carbon monoxide sooner as it could ~~prevented~~ have prevented the incident which led up to my arrest. I would have handled the situation better in regards to the man wearing the hoodie who had threatened that "they" would kill my mother if I had not gotten naked and took pictures of myself. With my <u>Autism</u> in combination with the carbon monoxide, it can cause me to behave in a erratic and confusing way. I can get brain damage from carbon monoxide exposure if prolonged. The Petition for Warrant was unnecessary now that I have good evidence explaining what happened and why it had happened. I should be summoned instead of being detained. My supervised release should be reinstated.

3

I shouldn't be revoked for being a victim of gas poisoning that caused abnormal and erratic behavior that didn't happen previously. With the carbon monoxide, I would have died in my home.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 7th, 2019.

Brian D. Hill
Signed
Brian David Hill

Certificate of Service

I, Brian David Hill certify that the foregoing pleading was placed in an envelope, postage prepaid, and was deposited at the Mail Room on April 8, 2019, directed to the Office of the Clerk. The parties to this case shall be served by Notice of Electronic Filing - CM/ECF.

Brian D. Hill
Signed
Brian David Hill
#29947-057
Federal Correctional Institution 1
Old N.C. Hwy 75/P.O. Box 1000
Butner, N.C. 27509
Stan's blog: JusticeForUSWGO.wordpress.com
Former U.S.W.G.O. Alternative News reporter
Qanon - Trump
Drain The Swamp
Make America Great Again

4