Brian David Hill #29947-057
Name:
Number:
Federal Correctional Institution 1
P.O. Box 1000
Butner, NC 27509

FEDERAL CORRECTIONAL INST. #1
P.O. BOX 1000
BUTNER, NORTH CAROLINA 27509

DATE: 4-8-19 "SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address.

RECEIVED
APR 11 2019
CLERK, US DISTRICT COURT
GREENSBORO, NC

⇔ 29947-057 ⇔
Office Of The Clerk
Middle Dist Northcarolina
324 W Market ST
US District Court, Ste. 1
Greensboro, NC 27401-2513
United States

Note: Declaration, 1:13-CR-435

27401-254472

INSPECTED

LEGAL MAIL

RALEIGH NC 275
Research Triangle Region
08 APR 2019 PM 6 L

Case 1:13-cr-00435-TDS   Document 173-1   Filed 04/11/19   Page 1 of 2