In The United States District Court
For The Middle District of North Carolina

United States of America,
    Respondent/Plaintiff,

Criminal Action No.
1:13-CR-435
1:17-CV-1036

v.

Brian David Hill,
    Petitioner/Defendant,



Notice of Change of Address

Notice is hereby Given from criminal defendant and §2255 Petitioner Brian David Hill that since April 16, 2019, Tuesday, up until the date of this filing was filed, Petitioner's address is changed to FCI Petersburg. Respectfully filed with the Court, this the 30th day of April, 2019.

                          Brian D. Hill
                               signed

I miss my family.
Please send me home to my family.
  -Qanon-
  -Drain The Swamp-
-Make America Great Again-

Brian David Hill
#29947-057
Special Housing Unit/SHU
FCI Petersburg
P.O. Box 1000
Petersburg, VA 23804

Stanley's blog: JusticeForUSWGO.wordpress.com