IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES - RULE 32.1 INITIAL APPEARANCE
(Probation/Supervised Release Revocation)



Case No.: 7:18-MJ-149                             Date: 12/26/2018

| Defendant: Brian David Hill, custody | Counsel: Randy Cargill, FPD |
|---|---|

PRESENT:   JUDGE:           Robert S. Ballou      TIME IN COURT: 27 min
           Deputy Clerk:    K. Brown
           Court Reporter:  K. Brown/FTR
           U. S. Attorney:  Kari Munro
           USPO:            Jason McMurray

☒   Defendant arrested on warrant from Middle District of North Carolina.

**RIGHTS:**
☒   Defendant advised of the alleged violation of probation/supervised release.
☒   Defendant advised of right to retain counsel or to request that counsel be appointed by the court.
☒   Defendant advised of right to identity hearing (only if charges pending in another district).
☒   Defendant advised of right to bond/detention hearing.

**COUNSEL:**
☒   Counsel appointed.

Additional Information:
2:45
Parties present and represented by counsel.
Court witness, Jason McMurray, USPO, sworn. Gov addresses witness. Court addresses witness. Deft addresses
    witness. Redirect. Court has concerns regarding deft's psychiatric health and his ability to go forward and
    participate in his defense.
Court addresses defendant. Deft committed to the Attorney General for mental health evaluation under 4241 and
    4242.
Adjourned.
3:12