Case title: USA v. Hill  
Other court case number: 1:13CR435 Middle District of North Carolina– Greensboro

Date Filed: 12/24/2018

*[FILED stamp: MAY 15 2019, Clerk U.S. District Court, Greensboro NC]*

Assigned to: Magistrate Judge Robert S. Ballou

### Defendant (1)

**Brian David Hill**     represented by     **Randy Virlin Cargill**
Federal Public Defenders Office
Suite 420
210 First Street, SW
Roanoke, VA 24011
540-777-0880
Fax: 777-0890
Email: randy_cargill@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment
Bar Status: Active

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Duty Assistant – Roanoke**<br>UNITED STATES ATTORNEYS OFFICE<br>PO BOX 1709<br>ROANOKE, VA 24008-1709<br>Email: USAVAW.ECFDutyRke@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: US Attorney<br>Bar Status:<br><br>**Kari Kristina Munro**<br>United States Attorneys Office<br>310 First Street, S.W. Room 906<br>Roanoke, VA 24008<br>540-857-2967<br>Fax: 540-857-2179<br>Email: kari.munro@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: US Attorney<br>Bar Status: Active |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/24/2018 | 1 | 5 | Charging Documents from Middle District of North Carolina–Greensboro – Rule 5(c)(3) as to Brian David Hill (kab) |
| 12/24/2018 | | | Arrest – 5(c)(3) of Brian David Hill (kab) |
| 12/24/2018 | 2 | | NOTICE OF HEARING as to Brian David Hill (CUSTODY) **(FTR)** Initial Appearance – Rule 5c3 set for 12/26/2018 02:45 PM in Roanoke before Magistrate Judge Robert S. Ballou.(kab) |
| 12/26/2018 | 3 | 9 | Minute Entry for proceedings held before Magistrate Judge Robert S. Ballou:Initial Appearance Rule 32.1 re Revocation of Supervised Release as to Brian David Hill held on 12/26/2018 Appearance entered by Kari Kristina Munro for USA,Randy Virlin Cargill for Brian David Hill on behalf of defendant. Defendant remanded. (FTR Operator: K. Brown) (kab) |
| 12/26/2018 | 4 | | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Brian David Hill entered by Magistrate Judge Robert S. Ballou on 12/26/2018. (kab) |
| 12/26/2018 | 5 | | FTR Log Notes as to Brian David Hill for Initial Appearance in the Roanoke Division in CR3 held before Judge Robert S. Ballou on 12/26/2018. In accordance with 28 USC 753(b), I certify that I monitored the digital recording of this proceeding and that it is a true and correct record, that it is sufficiently intelligible when played on the FTR (For the Record) Player, and that it can be transcribed without undue difficulty. FTR Operator: K. Brown (kab) |

| 12/26/2018 | 6 | 10 | Order Committing Defendant for Psychiatric Evaluation as to Brian David Hill Psychiatric Exam due by 2/9/2019. Signed by Magistrate Judge Robert S. Ballou on 12/26/2018. (kab) |
|---|---|---|---|
| 01/03/2019 | 7 | 12 | MOTION for Reconsideration re 6 Order Committing Defendant for Psychiatric Evaluation by Brian David Hill. (ck) |
| 01/07/2019 | 8 | 19 | Motion for Transcripts by Brian David Hill. (kab) (Entered: 01/15/2019) |
| 01/10/2019 | 9 | 31 | MOTION for Summary Judgment and Continue Supervised Release by Brian David Hill. (kab) (Entered: 01/15/2019) |
| 01/15/2019 | 10 | 42 | ORDER denying without prejudice 7 Motion for Reconsideration, 8 Motion for Preparation of Transcript, and 9 MOTION for Summary Judgment and Continue Supervised Release filed by Brian David Hill. Signed by Magistrate Judge Robert S. Ballou on 1/15/2019. (kab) |
| 01/17/2019 | 11 | 45 | ORDER granting a continuance of the evaluation period at FCI Butner, as to Brian David Hill re 6 Order Committing Defendant for Psychiatric Evaluation. Signed by Magistrate Judge Robert S. Ballou on 1/15/2019. (kab) |
| 01/17/2019 | | | (Court only) ***Staff Note as to Brian David Hill: 11 efaxed to J. McPhatter and Antonia Loyd at Butner at the fax numbers on the order, this date. (kab) |
| 01/24/2019 | 12 | 46 | Declaration in support of 7 Motion for Reconsideration by Brian David Hill (ck) |
| 02/13/2019 | 13 | 51 | Motion for Preparation of Transcript at government expense by Brian David Hill. (ck) |
| 02/13/2019 | 14 | | Request for docket sheet by Brian David Hill. Clerk mailing docket sheet to address listed on envelope. (ck) |
| 02/22/2019 | 16 | 54 | MOTION for Recusal or Disqualification of Judge. (Clerk also mailing docket sheet and copy of 10 ) (Attachments: # 1 Attachment A, # 2 Cover Letter)(ck) |
| 02/22/2019 | 17 | | Notice of Correction: DE 15 was deleted by clerk. FTR certificate and notes were inadvertently filed in this case, and belonged in another. (kab) |
| 03/04/2019 | | | (Court only) Set/Reset Deadlines as to Brian David Hill: Psychiatric Evaluation period extended to 3/25/2019. Se DE 11 . On 1/17 the eval period was extended 30 days. Final evaluation should be to the court within 2 weeks after that, or by 4/8/19. (kab) |
| 03/29/2019 | 18 | 64 | Declaration of Brian David Hill in opposition to charge under Document #1 as to Brian David Hill (ck) |
| 04/22/2019 | | | (Court only) ***Staff Note as to Brian David Hill: Clerk called Butner to inquire about he psych evaluation as it has not been received by the court. Defendant has been moved from Butner and is currently in FCI Petersburg, VA. Clerk is waiting for a call back from Butner as to the evaluation. (kab) |
| 04/23/2019 | | | (Court only) ***Staff Note as to Brian David Hill: Per phone call from Dawn Henry, evaluator at FMC Butner, she will have the completed psych eval to the court by Friday, 4/26. (kab) |
| 04/26/2019 | 19 | | Psychiatric Report Received (Sealed) as to Brian David Hill (kab) |

| Date | # | | Description |
|---|---|---|---|
| 05/07/2019 | | | (Court only) ***Staff Note as to Brian David Hill: Deft arrived at Central Virginia Regional Jail this date. Competency hearing to be scheduled as soon as possible. (kab) |
| 05/07/2019 | 20 | | NOTICE OF HEARING as to Brian David Hill (CUSTODY) **(FTR)** Competency Hearing set for 5/14/2019 02:30 PM in Roanoke before Magistrate Judge Robert S. Ballou.(kab) |
| 05/14/2019 | 21 | 69 | Minute Entry for proceedings held before Magistrate Judge Robert S. Ballou:Competency Hearing as to Brian David Hill held on 5/14/2019, Detention Hearing as to Brian David Hill held on 5/14/2019. Defendant released on Bond. (FTR Operator: K. Brown)(kab) (Entered: 05/15/2019) |
| 05/14/2019 | 22 | | FTR Log Notes as to Brian David Hill for Competency Hearing in the Roanoke Division in CR3 held before Judge Robert S. Ballou on 5/14/2019. In accordance with 28 USC 753(b), I certify that I monitored the digital recording of this proceeding and that it is a true and correct record, that it is sufficiently intelligible when played on the FTR (For the Record) Player, and that it can be transcribed without undue difficulty. FTR Operator: K. Brown (kab) (Entered: 05/15/2019) |
| 05/14/2019 | 23 | | Oral Order Finding Defendant Competent as to Brian David Hill entered by Magistrate Judge Robert S. Ballou on 5/14/2019. (kab) (Entered: 05/15/2019) |
| 05/14/2019 | 24 | 71 | Waiver of Rule 32.1 Hearing by Brian David Hill (kab) (Entered: 05/15/2019) |
| 05/14/2019 | 25 | 72 | Unsecured Bond Entered as to Brian David Hill in amount of $ 20,000.00 (kab) (Entered: 05/15/2019) |
| 05/14/2019 | 26 | 74 | ORDER Setting Conditions of Release as to Brian David Hill (1) $20,000.00 Unsecured. Signed by Magistrate Judge Robert S. Ballou on 5/14/2019. (kab) (Entered: 05/15/2019) |
| 05/14/2019 | 27 | 77 | ORAL ORDER denying without prejudice 13 Motion for Preparation of Transcript at government expense as to Brian David Hill--See DE 10 Order. And (1); finding as moot 16 Motion for Recusal as to Brian David Hill (1) as defendant did not formally appeal this court's decision. Entered by Magistrate Judge Robert S. Ballou on 5/14/2019. (kab) (Entered: 05/15/2019) |
| 05/15/2019 | | | (Court only) ***Staff Note as to Brian David Hill: Clerk sent email to Middle District of North Carolina (InterdistrictTransfer_NCMD@ncmd.uscourts.gov) to let them know that defendant was released on bond here, and is expecting to have his final supervised release revocation hearing in their court. The WDVA USPO was handling a "courtesy" supervision of this defendant, as he resides in Martinsville with his mother. Clerk prepared an appendix file of the case for NCMD and emailed it. The case in the WDVA remains open at this time, as the deft is on this court's bond. (kab) |