In the United States District Court
For the Middle District of North Carolina

| | |
|---|---|
| Brian David Hill, Petitioner/Defendant | Criminal Action No. 1:13-CR-435-1 |
| v. | Civil Action No. 1:17-CV-1036 |
| United States of America, Respondent/Plaintiff | |

### PETITIONER'S NOTICE OF CHANGE OF ADDRESS

NOW COMES the Petitioner, by and through Brian David Hill ("Brian D. Hill"), "Petitioner", or "Hill"), that is acting pro se and is proceeding pro se before this Honorable Court in the Middle District of North Carolina, and hereby respectfully moves to report the change of address/addresses of Petitioner to the Clerk's office and the Court since the last reporting of the change of address.

On May 7, 2019, Hill/Petitioner was transported from the Federal Correctional Institution at Petersburg, VA, to the Central Virginia Regional Jail in Orange County for holding. Then on May 14, 2019, Hill/Petitioner was transported from Central Virginia Regional Jail in Orange County to the Federal Courthouse/Building in Roanoke, Virginia, and was released on federal bond conditions as of May 14, 2019.

Hill/Petitioner then returned back to his Apartment at 310 Forest Street, Apartment 2, Martinsville, Virginia 24112, and had voluntarily turned himself in to Martinsville City Jail on May 30, 2019, due to the appeal from the Martinsville

1

General District Court (criminal case no. C18-3138) to the Martinsville Circuit Court for a new trial (trial do novo) since Hill/Petitioner was released on bond by the Federal Court but the State still had Hill/Petitioner in State custody. Hill was released on State Bond/Recognizance on June 4, 2019 on State Bond conditions, and has temporarily moved to 310 Forest Street, Apartment 1, Martinsville VA, 24112, as the State Court did not want Hill/Petitioner returned back to his residence on objection or argument by the Commonwealth Attorney, therefore Hill/Petitioner is temporarily in Apartment 1 of the Triplex until the State case in Virginia has been resolved and all appeals exhausted (if an appeal is even timely filed). Hill may consider jury trial demand under any existing Supreme Court case law to more quickly resolve the State case.

**As of June 4, 2019, and thereafter, Hill/Petitioner resides at 310 Forest Street, Apartment 1, Martinsville, Virginia 24112. All mailings of legal nature should be sent to this address as of the § 2255 case and as of any criminal proceedings in both the civil case and criminal case.**

Once the State Bond conditions have been lifted after the final resolution/disposition of the State criminal case, Hill/Petitioner shall notify the Court and the U.S. Probation Office of his change of address back to Apartment 2, since the change of address to Apartment 1 is only temporary to satisfy the State Bond conditions for Hill/Petitioner to be released from Martinsville City Jail.

Respectfully filed with the Court, this the 21st day of June, 2019.

Respectfully submitted,

*Brian D. Hill*
Signed

Signed

Brian D. Hill (Pro Se)
310 Forest Street, Apartment 1
Martinsville, Virginia 24112
Phone #: (276) 790-3505



Former U.S.W.G.O. Alternative News reporter
I stand with QANON/Donald-Trump – Drain the Swamp
Make America Great Again

Petitioner also requests with the Court that a copy of this pleading be served upon the Government as stated in 28 U.S.C. § 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Petitioner requests that copies be served with the U.S. Attorney office of Greensboro, NC via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

CERTIFICATE OF SERVICE

Petitioner hereby certifies that on June 21, 2019, service was made by mailing the original of the foregoing:

"PETITIONER'S NOTICE OF CHANGE OF ADDRESS"

by deposit in the United States Post Office, in an envelope, Postage prepaid, on June 21, 2019 addressed to the Clerk of the Court in the U.S. District Court, for the Middle District of North Carolina, 324 West Market Street, Suite 1, Greensboro, NC 27401.

Then pursuant to 28 U.S.C. §1915(d), Petitioner requests that the Clerk of the Court move to electronically file the foregoing using the CM\ECF system which

3

will send notification of such filing to the following parties to be served in this action:

| Anand Prakash Ramaswamy<br>U.S. Attorney Office<br>Civil Case # 1:17 -cv-1036<br>101 South Edgeworth Street, 4th Floor, Greensboro, NC 27401<br>Anand.Ramaswamy@usdoj.gov | Angela Hewlett Miller<br>U.S. Attorney Office<br>Civil Case # 1: 17 -cv-1036<br>101 South Edgeworth Street, 4th Floor, Greensboro, NC 27401<br>angela.miller@usdoj.gov |
|---|---|

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

| Date of signing:<br><br>June 21, 2019 | Respectfully submitted,<br><br>*Brian D. Hill*<br>Signed<br>Signed<br>Brian D. Hill (Pro Se)<br>310 Forest Street, Apartment 1<br>Martinsville, Virginia 24112<br>Phone #: (276) 790-3505<br>**U.S.W.G.O.**<br>I stand with QANON/Donald-Trump – Drain the Swamp<br>Make America Great Again |
|---|---|

7016-0600-0000-8319-9190

4