**U.S.W.G.O.**

Brian D. Hill
310 Forest Street, Apt. 1
Martinsville, VA 24112

*Brian D. Hill*
 Signed

**CERTIFIED MAIL®**

7016 0600 0000 8319 9190

RECEIVED
In the Office
JUN 24 2019
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC

FIRST CLASS   INSPECTED

U.S. POSTAGE PAID
FCM LG ENV
COLLINSVILLE, VA
24078
JUN 21, 19
AMOUNT
$0.75
R2305K141315-01

COLLINSVILLE, VA 24078   JUN 21 2019   US POSTAL SERVICE

Clerk of the Court
U.S. District Court
324 West Market Street, Suite 1
Greensboro, NC 27401

