
# U.S.W.G.O.

**Brian D. Hill**
**310 Forest Street, Apt. 1**
**Martinsville, VA 24112**


7016 0600 0000 8319 9190



*Brian D. Hill*
Signed

RECEIVED
In this office
JUN 24 2019
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC

FIRST CLASS

INSPECTED







U.S. POSTAGE PAID
FCM LG ENV
COLLINSVILLE, VA
24078
JUN 21, 19
AMOUNT
**$0.75**
R2305K141315-01
1000   27401

COLLINSVILLE, VA
24078
JUN 21 2019
US POSTAL SERVICE

COLLINSVILLE, VA
24078
JUN 21 2019



**Clerk of the Court**
**U.S. District Court**
**324 West Market Street, Suite 1**
**Greensboro, NC 27401**

