In the United States District Court
For the Middle District of North Carolina

FILED
JUN 2 4 2019
Clerk U.S. District Court
Greensboro Court
BY

)
Brian David Hill,　　　　　　　　　)
Petitioner/Defendant　　　　　)　　Criminal Action No. 1:13-CR-435-1
)
v.　　　　　　　　　　　　　　)　　Civil Action No. 1:17-CV-1036
)
United States of America,　　　)
Respondent/Plaintiff　　　　　)
)
)

## JUNE 21, 2019 DECLARATION OF BRIAN DAVID HILL IN OPPOSITION TO GOVERNMENT'S/RESPONDENT'S DOCUMENTS #156, #157, AND #158

NOW COMES the Petitioner, by and through Brian David Hill ("Brian D. Hill"),
"Petitioner", "Brian", or "Hill"), that is acting pro se and is proceeding pro se
before this Honorable Court in the Middle District of North Carolina, and hereby
respectfully moves to report evidence and this Declaration to the United States
District Court which can affect the outcome of the Supervised Release Violation
("SRV") charges in Documents #156, #157, and #158, in this criminal case.
Evidence is attached below to this pleading.

If the United States Attorney wants to continue this SRV case as is their right, they
are prosecuting a Violation based upon a criminal Defendant/Petitioner who has
proven to the United States Probation Officer Jason McMurray that: (#1) he had
been subject to carbon monoxide gas exposure according to a witness who is an
expert on Chimney work; (#2) that the police had failed or refused to do a
Laboratory blood test results or if there was Laboratory results they were likely

1

covered up or destroyed or concealed; (#3) that Sovah Hospital in Martinsville, Virginia had drawn blood and the record said they had ordered different Laboratory tests but instead Hill was arrested on September 21, 2018 so the staff wouldn't do the Laboratory results but instead that it would be Martinsville Police Department.

The evidence was given over to U.S. Probation Officer ("USPO") Jason McMurray ("McMurray") on June 20, 2019 during the June monthly home visit. A photocopy of the evidence that was given over to USPO McMurray is attached to this Declaration filing, along with a Declaration of Brian David Hill certifying that he had given such evidence to USPO McMurray on June 20, 2019 (with original signatures).

The evidence proves that Martinsville Police Department had committed the civil wrongdoing of negligence which caused an innocent man to be arrested then spend months in Martinsville City Jail, then only to be arrested again but by the U.S. Marshals Service to be sent to Western Virginia Regional Jail in December, 2018, then to be evaluated again at FCI-1 Butner, then FCI Petersburg, then Central Virginia Regional Jail, then released on Federal bond. All of that could have been avoided had the Martinsville Police Department done their job after the Hospital staff had drawn blood from Brian David Hill on September 21, 2018. The Lab tests being ordered by the Hospital in Martinsville, (citing Medical Records obtained from Hill "MM00370912 MM7806761243 SOVAH Health - Martinsville, ED Physician Record - Electronic - Page 4/4, Job 23328 (05/17/2019 13:34) - Page 7 Doc# 2", photocopy of the record given to USPO McMurray) but then the tests which were supposed to be ordered were "Deleted from the chart" because the Hospital will not do the Lab tests themselves when the patient is under police custody since the Martinsville Police Department conducts their own Laboratory

2

tests according to what I was told at the Medical Records office at Sovah Hospital in Martinsville.

This is a clear cut case of negligence on the part of both Martinsville City Jail and Martinsville Police Department. Had the Police Department and/or the Jail or Hospital conducted the "blood count" test, they would have either detected an abnormal blood cell count or any other signs/evidence of toxicity in the blood which can include exposure to carbon monoxide poisoning caused by exposure to carbon monoxide gas. The Martinsville Police Department on September 21, 2018, violated Hill's rights under the Americans with Disabilities Act ("ADA"), lied to USPO McMurray about Hill recanting his statements made to the Police, failed or refused to conduct Laboratory test results after blood was drawn from Hill (*even the Medical Record shown that the blood count test and other test results would have been ordered by the Hospital had Hill not been arrested*), and their negligence led to the wrongful arrest warrant (Documents #156, #157, and #158) against Hill. The Police failed and refused to prove Hill's claims about being possibly drugged which would have revealed possible carbon monoxide toxicity. They should have thought it was abnormal for an autistic man to be walking naked on a hiking trail at night with brittle diabetes and Autism Spectrum Disorder, abrasions all on Hill's body, and not thinking straight.

## REVIEW OF HILL'S PAST FILINGS

The Court can review what Hill had wrote on October 17, 2018 (Document #153). Hill felt like someone was watching him while he was mowing the yard on September 18, 2018 between the hours of 1-4 PM. He was talking on a talk show on September 19, 2018 about his federal case and the Americans with Disabilities Act. On September 20, 2018 some of his memories had been blocked out. He was under stress and anxiety. He was keeping his apartment doors unlocked, was

3

psychologically afraid to sleep on his bed, sometimes sleeping on the couch and had a bad feeling that something bad was going to happen to him.

Page 3 of 11: He had gone to a resort in Western Virginia in his own district a few days before and did not want to come back to his house. He explained "As if something was terrifying in my psychological mind, and I haven't kept my door or doors locked", While at his house, he kept his doors unlocked according to document #153. He left his house at about 11 to go walking beside the road on the sidewalk.

He walked to the Dick & Willie Trail (miles from his home) and about 11 to 12 midnight he met a guy in a hoodie near a warehouse who told Brian to remove his clothes and take photos of himself and leave the SD card on the nearby bench. He said the guy was probably white, 5 to 6 feet tall. This guy told Brian if he didn't do this, they (or he) would kill Brian's mother. Brian thought he might have been drugged.

At a later time not known to Brian or this Court until this year, Brian's family found out that he was exposed to carbon monoxide for about a year in his apartment 4 months after his September 21, 2018th arrest on January 30, 2019. His description leading up to the guy in the hoodie is the description of someone exposed to carbon monoxide which can cause effects of impulsiveness and hallucinations and brain damage. According to the hospital, his blood glucose was fine in the early hours of Sept. 21 which meant that he could have forgotten to give himself an insulin shot the night before. Brian has autism. Brian is a brittle diabetic who takes several insulin shots per day, and he has seizures when his glucose goes too low. Walking a lot causes his glucose to go very low. He needs someone with him at all times when he is walking or he is at risk of falling out into a diabetic seizure. He also was at risk of being attacked by a black bear or even coyotes. Why

4

would he walk naked at night when that is the time when dangerous animals can come out and maul him? Attack him? When he had no history of doing this kind of thing before? Abnormal behavior, abnormal thinking patterns? Carbon monoxide exposure? Hmmmmmm

## THE CONCLUSION

The failure of Martinsville Police Department testing for drugs or anything, or cover up or concealment of such report *(if such report exists or had existed at one time, which may be Obstruction of Justice by concealing the existence of such report if such report had existed)*, led to the wrongful Supervised Release Violation charge and wrongful arrest of Brian David Hill. All of that time wasted, tax payers money wasted, judicial resources wasted, all because of carbon monoxide gas exposure of an autistic man. If Hill's apartment had not been big (compared to California efficiency apartments), Hill would have highly likely died, then instead of being arrested for abnormal behavior, Hill would have been sitting dead smelling like a corpse in his apartment with high toxicity in his blood. Carbon monoxide exposure can lead to brain damage, doing crazy abnormal acts, and can eventually lead to death if the exposure is not detected then deterred. Carbon monoxide can lead to impulsiveness (conducting acts without thinking of the consequences), hallucinations (one could think they are taking a bath or shower but instead it can be out in public or one can hallucinate a man in a hoodie?). The possibilities of what one can hallucinate based on how much exposure to a gas? Can somebody truly think rational and act rational when under carbon monoxide gas exposure?

Brian has been punished far too long and far too much when he is the victim of carbon monoxide exposure, and him and his mother had received threats.

5

One greeting card which Roberta Hill received with the same Method of Operation ("MO") (same writing style) by an unknown assailant before the threatening greeting card had mentioned about that it was no fun feeling (or being) sick. What would the greeting card sender know that Brian's mother was feeling sick? Was it referring to carbon monoxide exposure? Were they thinking of a biological attack against Brian's mother? Why is the FBI refusing to investigate anything Brian mails them or faxes them? The threatening greeting card said that they will conduct a "controlled action" against Brian's mother if she didn't stop what she was doing (presumably they did not like Roberta putting stuff on YouTube and having her books for sale on Amazon). Both were before the Dick and Willie trail incident on September 21, 2018.

Brian is a pure fan of U.S. President Donald John Trump for his "drain the swamp" campaign slogan and a pure ally of QANON because the corruption within the U.S. Department of Justice and the Federal Bureau of Investigation caused the wrongful suffering of Brian David Hill for all of these years. Brian believes it is time to drain the swamp of the corrupt and non-empathic psychotic Government corruption and abuses of power. The abuses of power by U.S. Attorneys and other Government employees is out of control, the frauds upon the court by the Government will make people not believe anything in our federal courts anymore and will create distrust of our federal courts, the frauds have to stop, the court should go after the frauds. Brian doesn't understand why they all haven't been fired from their jobs and barred from all Government jobs as a repercussion for their corrupt actions and psychopathic behaviors. The SRV violation is another form of retaliation/revenge against Brian David Hill and they are ignoring USPO McMurray to go on a witchhunt that will likely last over a year (*compared to the last Supervised Release Violation charge in 2015*) over Hill fighting to prove his

6

actual innocence and exposing the fraud or frauds upon the Court. Even I have witnessed on watching Sean Hannity show on Fox News, that the FBI and the DOJ had engaged in the fraud upon the court to get a FISA surveillance warrant against U.S. President Donald John Trump for the Russian Collusion Delusion. The DOJ and FBI seem to have a long history of dirty tricks to win every criminal case, at whatever cost that may be, whether it be criminally illegal or legal.

What Dr. Graney is doing to me, what AUSA Ramaswamy is doing to me, what other corrupt Government officials are doing to me and trying to hurt me and ruin my life, they are acting the very same way towards our honorable U.S. President Donald John Trump, a corrupt and unaccountable bureaucracy. I and President Trump are being treated the same. We are being abused and attacked by the U.S. Department of Justice which is legally terrorizing us, our friends, and/or our families. Terrorizing anybody who wants to exercise their freedom of speech and freedom of press, to speak out against Government corruption, eugenics, and abuse of power that has gone unchecked since the September 11, 2001 attacks. Now they can abuse any Americans they want, take away all their Constitutional rights, and get away with it. Our checks and balances are disappearing more and more every single year.

Why is the U.S. Department of Justice continuing to terrorize me and my family??????????? This SRV violation charge based on already abnormal behavior which had never happened before, caused by carbon monoxide gas exposure, and the Martinsville Police Department's lack of empathy and they didn't even want to investigate whether I was drugged or not. They didn't want to find out that I had toxicity in my blood as caused by carbon monoxide exposure.

Their negligence led to me being jailed from September 21, 2018, all the way till May 14, 2019, then spending another 5 days in jail for the State case until I was

bonded out on State Bond conditions simply because I appealed it to the Circuit Court for trial do novo. All of the days I spent sitting in Jails and Butner prison and Petersburg prison, all because the Police Department failed or refused to test for toxicity in my blood. How stupid can that be? That stupidity is ruining my life and making me stressed out beyond imagination. Martinsville Police is acting just as bad as Mayodan Police Department? Wouldn't any reasonable person think that the SRV charge and the State charge has gone too far with the evidence?

I plan on suing Government people and Martinsville Police Department for negligence, suing for as much money as I can get including Attorney fees, any medical fees, any fees for removing the toxicity from my blood, suing them all including the U.S. Attorney for supporting the negligence of Martinsville Police Department. I may also sue United States Probation Supervisory Officer Edward R. Cameron for wasting my time by wrongfully petitioning for arresting me when all of this could have been avoided by proving my earlier claim last year that I was drugged which such Laboratory tests would have proven toxicity/poisoning in the blood stream due to carbon monoxide gas exposure. USPO Supervisory Officer Edward Cameron allowed Kristy Burton to lie on the stand multiple times (Document #137), committing her perjury, and USPO Cameron seems to be retaliating against me for simply for bringing up on record her fraud upon the court for lying on the stand, making a mockery of true justice, a mockery by both Kristy Burton and the Assistant U.S. Attorney. Mocking the true justice system by perpetuating this lawfare, legal warfare against me and dragging my family into this perpetual criminal case nightmare. Till this day, Kristy Burton still works as a U.S. Probation Officer, she has not once been punished for any crimes that she may committed under the guise of justice.

I plan on suing both the U.S. Probation Office in Greensboro, NC (not Jason McMurray since he never called for my revocation, <u>Jason McMurray should be</u> <u>excluded from my future lawsuit or lawsuits depending on how bad the negligence</u> <u>is</u>.), the U.S. Attorney office in Greensboro, NC, the Martinsville Police Department, and the Martinsville City Jail, all for wrongful imprisonment, ignoring evidence, ignoring and violating my disability rights, and negligence. They want to make my life a living hell by pushing to revoke my Supervised Release and me being charged in the State of Virginia all for being a victim of gas exposure, poisoning, and the Law Enforcement failed or refused to test for drugs which would have shown carbon monoxide and/or toxicity in the blood. The negligence had led to the witchhunt against me which is negatively affecting my family and my health.

From everything I had witnessed ever since the start of this federal criminal case, I have learned that Donald Trump and/or Sean Hannity was right about our Department of Justice, they are as corrupt, non-empathetic, abuse of power, and most detrimental to our Constitutional republic that I had ever seen since the Department of Justice was originally created by Congress. The Assistant U.S. Attorneys should share the blame for my wrongful suffering. All of the wrongful acts that they had done to me, being an innocent man in both my federal case and the Commonwealth/State case. Even case law shows that I cannot be guilty of indecent exposure without being obscene. I had to be obscene in order to be guilty of it, which is what both Virginia Circuit case laws, and my own lawyer said to me. I am innocent of the State charge and that was without the carbon monoxide exposure. That evidence just strengthens the innocence arguments in my favor.

**I am tired of being punished over and over again, for my actual innocence. I** **shouldn't be punished for my State appeal either. I am tired of being punished**

9

**over my Pro Se work too. I am tired of being wrongfully convicted and then face revocation of Supervised Release on top of that while the laboratory results were either never conducted or were covered up just like the cover up of the State Bureau of Investigation forensic report on my criminal case in the Federal system.** I am getting tired of being abused by the DOJ in a prosecutorial system that doesn't care about the American people but cares about power and putting us all in fear of retaliation and repercussions for speaking out. I done nothing wrong when I was a victim of carbon monoxide exposure. I need therapy, detoxification, and any other measures to get the carbon monoxide out of my body, not a revocation of my Supervised Release. I need healing, not jailing.

The only way for justice to be served is to find out what happened to the Laboratory report if there was one, and why the Martinsville Police Department failed or refused to find whether or not there was toxicity in my blood after they had found me on the Dick and Willie hiking trail, at night, naked, and abrasions on my body. Then investigate whether the negligence caused my wrongful incarceration.

Hill introduces three case laws in favor of Hill not being guilty of indecent exposure under Virginia Code § 18.2-387. In all three cases the convictions were reversed when the conduct did not rise to being obscene, because "it does not rise to the level of obscenity required under Code § 18.2-387, as defined in Code § 18.2-372."

1. Kimberly F. Neice v. Commonwealth of Virginia, Record No. 1477-09-3 in the Circuit Court of Giles County
2. A. M. v. Commonwealth of Virginia, Record No. 1150-12-4 in the Circuit Court of Shenandoah County
3. Kenneth Samuel Moses v. Commonwealth of Virginia, Record No. 0985-03-3 in the Circuit Court of Richmond

None of those cases involving such acquittals are carbon monoxide cases. So should there be any criminal charges at all involving victims of carbon monoxide gas poisoning????? You be the Judge?

Respectfully filed with the Court, this the 21st day of June, 2019.

Respectfully submitted,

*Brian D. Hill*
Signed

Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 1
Martinsville, Virginia 24112
Phone #: (276) 790-3505

**U.S.W.G.O.**

Former U.S.W.G.O. Alternative News reporter
I stand with QANON/Donald-Trump – Drain the Swamp
Make America Great Again

Petitioner also requests with the Court that a copy of this pleading be served upon the Government as stated in 28 U.S.C. § 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Petitioner requests that copies be served with the U.S. Attorney office of Greensboro, NC via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail.
Thank You!

### Declaration of Brian David Hill on evidence/records given to USPO Jason McMurray of Roanoke, Virginia

I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

11

I attach the following evidence in the following order in attachment to this pleading for this Honorable Court in support of the claims made this pleading and any arguments made in this pleading in regards to the Supervised Release Violation charge and therefore supports the opposition to Government's Documents #156, #157, and #158:

1. Declaration of Brian David Hill on June 19, 2019, regarding delivery of certain papers/records to United States Probation Officer Jason McMurray of Roanoke, Virginia – Pursuant to criminal case no. 1:13-cr-435-1, United States District Court – Middle District of North Carolina – 2 pages **(original signatures)**

2. Photocopy of Declaration of Brian David Hill on June 19, 2019, regarding Laboratory results and Martinsville Police Department – Pursuant to criminal case no. 1:13-cr-435-1, United States District Court – Middle District of North Carolina – 2 pages

3. Photocopy of Sovah Health Martinsville (formerly Martinsville Memorial Hospital) Medical Records of Brian David Hill, dated September 21, 2018, requested on May 17, 2019, MRN: MM00370912, ACCT: MM7806761243 – 7 pages

4. Photocopy of Letter from witness Pete Compton regarding statements of both Brian David Hill's and Roberta Hill's residences at 310 Forest Street, Apartment #1 and Apartment #2, Martinsville, VA, being exposed to carbon monoxide gas – 1 page

Total is 12 pages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2019.

Respectfully submitted,

*Brian D. Hill*
Signed

Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 1
Martinsville, Virginia 24112
Phone #: (276) 790-3505

**U.S.W.G.O.**

Former U.S.W.G.O. Alternative News reporter
I stand with QANON/Donald-Trump – Drain the Swamp
Make America Great Again

CERTIFICATE OF SERVICE

Petitioner hereby certifies that on June 21, 2019, service was made by mailing the original of the foregoing:

"JUNE 21, 2019 DECLARATION OF BRIAN DAVID HILL IN OPPOSITION TO GOVERNMENT'S/RESPONDENT'S DOCUMENTS #156, #157, AND #158"

by deposit in the United States Post Office, in an envelope, Postage prepaid, on June 21, 2019 addressed to the Clerk of the Court in the U.S. District Court, for the Middle District of North Carolina, 324 West Market Street, Suite 1, Greensboro, NC 27401.

Then pursuant to 28 U.S.C. §1915(d), Petitioner requests that the Clerk of the Court move to electronically file the foregoing using the CMIECF system which will send notification of such filing to the following parties to be served in this action:

| Anand Prakash Ramaswamy | Angela Hewlett Miller |
|---|---|
| U.S. Attorney Office | U.S. Attorney Office |
| Civil Case # 1:17 -cv-1036 | Civil Case # 1: 17 -cv-1036 |
| 101 South Edgeworth Street, 4th | 101 South Edgeworth Street, 4th |

13

| Floor, Greensboro, NC 27401 | Floor, Greensboro, NC 27401 |
|---|---|
| Anand.Ramaswamy@usdoj.gov | angela.miller@usdoj.gov |

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

7016 0600 0000 8319 9190

| Date of signing: | Respectfully submitted, |
|---|---|
| *June 21, 2019* | *Brian D. Hill*<br>Signed |
| | Signed |
| | Brian D. Hill (Pro Se) |
| | 310 Forest Street, Apartment 1 |
| | Martinsville, Virginia 24112 |
| | Phone #: (276) 790-3505 |
| | **U.S.W.G.O.** |
| | I stand with QANON/Donald-Trump – Drain the Swamp |
| | Make America Great Again |

14

**Declaration of Brian David Hill on June 19, 2019, regarding delivery of certain papers/records to United States Probation Officer Jason McMurray of Roanoke, Virginia – Pursuant to criminal case no. 1:13-cr-435-1, United States District Court – Middle District of North Carolina**

I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

I certify that on June 20, 2019, I had personally delivered, by hand delivery, the following papers to United States Probation Officer Jason McMurray of the Western District of Virginia, Roanoke division, while at my home at 310 Forest Street, Apartment 1, Martinsville Virginia:

1. Declaration of Brian David Hill on June 19, 2019, regarding Laboratory results and Martinsville Police Department – Pursuant to criminal case no. 1:13-cr-435-1, United States District Court – Middle District of North Carolina – 2 pages

2. Sovah Health Martinsville (formerly Martinsville Memorial Hospital) Medical Records of Brian David Hill, dated September 21, 2018, requested on May 17, 2019, MRN: MM00370912, ACCT: MM7806761243 – 7 pages

3. Letter from witness Pete Compton regarding statements of both Brian David Hill's and Roberta Hill's residences at 310 Forest Street, Apartment #1 and Apartment #2, Martinsville, VA, being exposed to carbon monoxide gas – 1 page

Total is 10 pages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2019.

Signed, _Brian D. Hill_
Signed

Brian D. Hill
Former U.S.W.G.O. Alternative News reporter
Phone #: 276-790-3505
Mailing Address: 310 Forest Street, Apartment 1, Martinsville, Virginia 24112

delivery of records/papers - 1 of 2 - delivery of records/papers



Amazon: The Frame Up of Journalist Brian D. Hill

Witnessed by
Roberta Hill
310 Forest Street, Apartment 1, Martinsville, Virginia 24112

*Roberta Hill*

Signature



**Declaration of Brian David Hill on June 19, 2019, regarding Laboratory results**
**and Martinsville Police Department – Pursuant to criminal case no. 1:13-cr-435-1,**
**United States District Court – Middle District of North Carolina**

I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

After I was released on Federal bond in Roanoke, Virginia on May 14, 2019, one of those days in May, 2019, I had wanted to ask Sovah Health Martinsville (*formerly Martinsville Memorial Hospital, located at 320 Hospital Drive, Martinsville, VA 24112*) for the Medical Records including the Laboratory results. I asked for those records on May 17, 2019. All I got was seven (7) pages from what I had remembered. Another time thereafter, at a later day I went back to the Medical Records office and asked them to look for Laboratory results. One of the women who worked there called somebody or another office and asked about it, then she asked me if I was escorted there by police or if police were with me when I was at the Hospital. When I said that I was, she said that the Laboratory results would be with the Martinsville Police Department and that they do their own Lab test results.

On September 21, 2018, before I was arrested by Martinsville Police Department under officer Sgt. R. D. Jones, blood was drawn from me and placed into a vial or vials while at the Hospital, then I assumed I was being tested for drugs which I thought was appropriate considering that I thought I was drugged at the time.

The reason I need those Lab results is because they would have been able to tell either an abnormal blood cell count or found toxicity in the blood which would mean the evidence of the presence of a toxicity which can include carbon monoxide gas poisoning. The last page from Sovah Health Martinsville Hospital, "MM00370912 MM7806761243 SOVAH Health - Martinsville, ED Physician Record - Electronic - Page 4/4, Job 23328 (05/17/2019 13:34) - Page 7 Doc# 2", it stated that "COMPLETE BLD COUNT W/AUTO DIFF+LAB ordered. EDMS" would have been ordered which would have proven toxicity in my blood and thus I have the belief that if the Martinsville Police Department, on September 21, 2018, had they done the blood count lab tests, they would have proven my statements regarding my thoughts that I was drugged (*unaware at the time on September 21st that I had been living in my home during the time of carbon monoxide gas exposure all the way up until late night September 20, 2018 when I left my home at Apartment 2, 310 Forest Street, Martinsville, VA 24112*), then they would have eventually found out last year that I had carbon monoxide toxicity in my blood.

I had turned myself in to Martinsville City Jail on May 30, 2019, due to my

1 of 2



lawyer Scott Albrecht (*at the time, when he was my lawyer*) instructing me that unless I withdrawn my Appeal of my criminal case to the Circuit Court, I would have to turn myself in and go back into custody at the State of Virginia until I was bonded out on June 4, 2019. I had informed my lawyer through phone (earlier by Fax) after I had turned myself into Martinsville City Jail, about the Laboratory results that I thought the Martinsville Police Department would have a record of since my blood was drawn last year (*around September 21, 2018*), as it would help prove carbon monoxide. He told me that the Commonwealth Attorney will also look for those records, and said that they may or may not exist.

On the day that I was released from Martinsville City Jail (June 4, 2019), my family informed me that my lawyer Scott Albrecht told them that there was no Laboratory Report in the Martinsville Police Department. My blood was drawn, and put into vials on September 21, 2018. usually when I see medical staff draw blood from me, it is normally to do Laboratory work, and can even be used for drug testing. So blood was drawn, the Police Department does their own Lab results from what the Hospital staff told me, and yet I had found out that the Police Department does not have any Lab results and the Commonwealth Attorney of Martinsville, VA, cannot find those Lab results. The last page I had received from Sovah Hospital asked for specific tests to have been ordered including a blood count test, and that would have proven to Martinsville Police Department that I had toxicity in my blood at the time that I was naked on the Dick and Willie hiking trail in Martinsville, VA, at night, around early September 21, 2018, and had abrasions/scrapes/scratches all on my body. I wasn't thinking straight because of the carbon monoxide gas exposure, yet the Police Department did not have any Laboratory results even though blood was drawn from me while at the Hospital.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2019.

Signed, _Brian D. Hill_  
_Signed_

Brian D. Hill  
Former U.S.W.G.O. Alternative News reporter  
Phone #: 276-790-3505  
Mailing Address: 310 Forest Street, Apartment 1, Martinsville, Virginia 24112



Amazon: The Frame Up of Journalist Brian D. Hill  
I stand by QANON/President-Trump and ask for QANON's help  
06/19/2019 - 06:46 PM



# Sovah Health Martinsville
320 Hospital Drive
Martinsville, VA 24112
276-666-7237

7806761243

**Emergency Department
Instructions for:**          **Hill, Brian D**

**Arrival Date:**            **Friday, September 21, 2018**

Thank you for choosing **Sovah Health Martinsville** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:**   Hinchman, Brant, DO
**Diagnosis:**          Abrasion, right knee; Abrasion of unspecified front wall of thorax

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| VIS, Tetanus, Diphtheria (Td) - CDC<br>Abrasion, Easy-to-Read<br>Knee Pain, Easy-to-Read | Medication Reconciliation |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Private Physician**<br>   When: Tomorrow; Reason: Further diagnostic work-up, Recheck today's complaints, Continuance of care<br>**Emergency Department**<br>   When: As needed; Reason: Fever > 102 F, Trouble breathing, Worsening of condition | None |
| **SPECIAL NOTES** | |
| None | |

National Hopeline Network: 1-800-784-2433

If you received a narcotic or sedative medication during your Emergency Department stay you should not drive, drink alcohol or operate heavy machinery for the next 8 hours as this medication can cause drowsiness, dizziness, and decrease your response time to events.

I hereby acknowledge that I have received a copy of my transition care record and understand the above instructions and prescriptions.

_Brian D. Hill_                          _Jenica Tate, RN, BSN_
Brian Hill                               ED Physician or Nurse
                                         09/21/2018 04:52

Case 1:13-cr-00435-TDS   Document 179   Filed 06/24/19   Page 21 of 28


Name: Brian Hill
Age: 28 yrs
Sex: Male
DOB: 05/26/1990
MRN: MM00370912
Arrival Date: 09/21/2018
Time: 04:04
Account#: MM7806761243
Bed ER 9
Private MD:
ED Physician Hinchman, Brant
HPI:
09/21
04:40 This 28 yrs old White Male presents to ER via Law Enforcement with          bdh
complaints of Knee Pain.
09/21
04:48 28-year-old male with diabetes and autism presents for evaluation          bdh
after complaining of right knee pain and scrapes and abrasions.
Patient was apparently taking pictures of himself in the nude across
town this evening and when police attempted apprehend him brain
through Briar patch. Patient does report scratches and abrasions to
the right knee but no pain on range of motion. Unknown last tetanus..

Historical:
- Allergies: Ranitidine;
- PMHx: autism; Diabetes - IDDM; OCD;
- Exposure Risk/Travel Screening:: Patient has not been out of the
country in last 30 days. Have you been in contact with anyone who
is ill that has traveled outside of the country in the last 30
days? No.
- Social history:: Tobacco Status: The patient states he/she has
never used tobacco. The patient/guardian denies using alcohol,
street drugs, The patient's primary language is English. The
patient's preferred language is English.
- Family history:: No immediate family members are acutely ill.
- Sepsis Screening:: Sepsis screening negative at this time.
- Suicide Risk Screen:: Have you been feeling depressed in the last
couple of weeks? No Have you been feeling hopeless to the extent
that you would want to end your life? No Have you attempted suicide
or had a plan to attempt within the last 12 months? No.
- Abuse Screen:: Patient verbally denies physical, verbal and
emotional abuse/neglect.
- Tuberculosis screening:: No symptoms or risk factors identified.
- The history from nurses notes was reviewed: and my personal history
differs from that reported to nursing.


ROS:
09/21
04:49 All other systems are negative, except as documented below.          bdh

Constitutional: Negative for chills, fever. Respiratory: Negative for



## FOLLOW UP INSTRUCTIONS

Private Physician
　When: Tomorrow
　Reason: Further diagnostic work-up, Recheck today's complaints, Continuance of care

Emergency Department
　When: As needed
　Reason: Fever > 102 F, Trouble breathing, Worsening of condition



MM00370912　　　MM7806761243　　　SOVAH Health - Martinsville
Discharge Instructions - Scanned  - Page 3/3　　　　　　　Job 23328 (05/17/2019 13:34) -  Page 3  Doc# 1

Case 1:13-cr-00435-TDS   Document 179   Filed 06/24/19   Page 23 of 28

MRN # MM00370912

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

## TESTS AND PROCEDURES
**Labs**
None

**Rad**
None

**Procedures**
None

**Other**
Call ERT, IV saline lock

**Chart Copy**

7806761234

MM00370912          MM7806761243          SOVAH Health - Martinsville
Discharge Instructions - Scanned  - Page 2/3          Job 23328 (05/17/2019 13:34) -  Page 2  Doc# 1

Case 1:13-cr-00435-TDS   Document 179   Filed 06/24/19   Page 24 of 28



cough, dyspnea on exertion, shortness of breath. MS/extremity:
Positive for pain, Negative for decreased range of motion,
paresthesias, swelling, tenderness, tingling. Skin: Positive for
abrasion(s), Negative for rash, swelling.

Exam:
09/21
04:49 Constitutional: This is a well developed, well nourished patient who bdh
is awake, alert, and in no acute distress. Head/Face: Normocephalic,
atraumatic. Eyes: Pupils equal round and reactive to light,
extra-ocular motions intact. Lids and lashes normal. Conjunctiva
and sclera are non-icteric and not injected. Cornea within normal
limits. Periorbital areas with no swelling, redness, or edema. ENT:
Oropharynx with no redness, swelling, or masses, exudates, or
evidence of obstruction, uvula midline. Mucous membranes moist. No
meningismus. Neck: Supple, full range of motion without nuchal
rigidity, or vertebral point tenderness. No Meningismus. No JVD
Cardiovascular: Regular rate and rhythm with a normal S1 and S2. No
gallops, murmurs, or rubs. No JVD. No pulse deficits. Respiratory:
Lungs have equal breath sounds bilaterally, clear to auscultation and
percussion. No rales, rhonchi or wheezes noted. No increased work
of breathing, no retractions or nasal flaring. Abdomen/GI: Soft,
non-tender, with normal bowel sounds. No distension or tympany. No
guarding or rebound. No pulsatile mass. Back: No spinal
tenderness. No costovertebral tenderness. Full range of motion.
Skin: Multiple superficial abrasions to the groin and abdomen
without fluctuance or tenderness. MS/ Extremity: Pulses equal, no
cyanosis. Neurovascular intact. Full, normal range of motion. No
peripheral edema, tenderness. Abrasion to right knee but nontender,
no deformity or swelling. Ambulating without difficulty. Neuro:
Awake and alert, GCS 15, oriented to person, place, time, and
situation. Cranial nerves II-XII grossly intact. Psych: Awake,
alert, with orientation to person, place and time. Behavior, mood,
and affect are within normal limits.

Vital Signs:
09/21
04:09 BP 124 / 86; Pulse 119; Resp 19; Temp 98; Pulse Ox 98% ; Weight 99.79 jt
kg; Height 6 ft. 0 in. (182.88 cm); Pain 0/10;
09/21
05:01 BP 119 / 80; Pulse 106; Resp 16; Temp 98.2; Pulse Ox 99% ; Pain 0/10; jt
09/21
04:09 Body Mass Index 29.84 (99.79 kg, 182.88 cm)                          jt

MDM:
09/21
04:04 MSE Initiated by Provider.                                           bdh
09/21
04:50 Differential diagnosis: fracture, sprain, penetrating trauma, et al.  bdh
ED course: Cleared from a psychiatric standpoint by Behavioral
Health. Patient will be discharged to jail. No new complaints. Data
reviewed: vital signs, nurses notes. Counseling: I had a detailed

discussion with the patient and/or guardian regarding: the historical
points, exam findings, and any diagnostic results supporting the

ED Physician Record - Electronic - Page 2/4   MM00370912   MM7806761243   SOVAH Health - Martinsville
Job 23328 (05/17/2019 13:34) - Page 5 Doc# 2

Case 1:13-cr-00435-TDS   Document 179   Filed 06/24/19   Page 25 of 28



discharge/admit diagnosis, the need for outpatient follow up, to
return to the emergency department if symptoms worsen or persist or
if there are any questions or concerns that arise at home.

09/21
04:16 Order name: Call ERT; Complete Time: 04:25                    bdh
09/21
04:16 Order name: IV saline lock; Complete Time: 04:36              bdh
09/21
04:29 Order name: Other: NO suicidal homicidal risk; Complete Time: 05:03    bdh

Dispensed Medications:
Discontinued: NS 0.9% 1000 ml IV at 999 mL/hr once
09/21
04:36 Drug: Tetanus-Diphtheria Toxoid Adult 0.5 ml (Manufacturer: Grifols '  lb1
Therapeutics. Exp: 09/27/2020. Lot #: A112A. ) Route: IM; Site: right
deltoid;
09/21
05:04 Follow up: Response: No adverse reaction                      lb1
09/21
04:36 Drug: NS 0.9% 1000 ml Route: IV; Rate: 999 mL/hr; Site: right arm;   lb1
Delivery: Primary tubing;
09/21
05:11 Follow up: IV Status: Completed infusion                      dr

Disposition:
09/21
04:52 Electronically signed by Hinchman, Brant, DO at 04:52 on 09/21/2018.   bdh
Chart complete.

Disposition:
09/21/18 04:52 Discharged to Jail/Police. Impression: Abrasion, right knee,
Abrasion of unspecified front wall of thorax.
- Condition is Stable.
- Discharge Instructions: VIS, Tetanus, Diphtheria (Td) - CDC,
Abrasion, Easy-to-Read, Knee Pain, Easy-to-Read.

- Medication Reconciliation form.
- Follow up: Private Physician; When: Tomorrow; Reason: Further
diagnostic work-up, Recheck today's complaints, Continuance of
care. Follow up: Emergency Department; When: As needed; Reason:
Fever > 102 F, Trouble breathing, Worsening of condition.
- Problem is new.
- Symptoms have improved.


Order Results:
There are currently no results for this order.
Signatures:

Dispatcher MedHost                        EDMS
Tate, Jessica, RN                   RN    jt
Hinchman, Brant, DO                 DO    bdh



Ramey, Nicole                           nmr
Bouldin, Lauren, RN            RN     lbl
Reynolds, Daniel R             RN     dr

Corrections: (The following items were deleted from the chart)
09/21
04:48 09/21 04:16 COMPREHENSIVE METABOLIC PANEL+LAB ordered. EDMS          EDMS
09/21
04:48 09/21 04:16 COMPLETE BLD COUNT W/AUTO DIFF+LAB ordered. EDMS         EDMS
09/21
04:49 09/21 04:16 CPK, TOTAL+LAB ordered. EDMS                            EDMS
09/21
04:50 09/21 04:16 ALCOHOL, ETHYL+LAB ordered. EDMS                       EDMS
09/21
04:50 09/21 04:16 STAT OVERDOSE PANEL+LAB ordered. EDMS                  EDMS
09/21
04:52 09/21 04:52 09/21/2018 04:52 Discharged to Jail/Police. Impression:   bdh
Abrasion, right knee; Abrasion of unspecified front wall of thorax.
Condition is Stable. Discharge Instructions: Medication
Reconciliation. Follow up: Private Physician; When: Tomorrow; Reason:
Further diagnostic work-up, Recheck today's complaints, Continuance
of care. Follow up: Emergency Department; When: As needed; Reason:
Fever > 102 F, Trouble breathing, Worsening of condition. Problem is
new. Symptoms have improved. bdh
09/21
04:54 09/21 04:16 URINALYSIS W/REFLEX TO CULTURE+LAB ordered. EDMS        EDMS

*******************************************************************************

                    MM00370912          MM7806761243      SOVAH Health - Martinsville
ED Physician Record - Electronic - Page 4/4                    Job 23328 (05/17/2019 13:34) - Page 7 Doc# 2

Case 1:13-cr-00435-TDS  Document 179  Filed 06/24/19  Page 27 of 28



To Whom This May Concern:

On January 30, 2019 I went to the house at 310 Forest St., Martinsville, Va 24112 to measure and give a price for a Chimney cover. Roberta Hill and her parents: Ken & Stella Forinash escorted me to Apt 1 to show me the fireplace which had a small amount of white residue inside, no damage to the ceiling and wall around the fireplace. They then escorted me downstairs to Apt 2 where parts of the ceiling above the fireplace had fallen and there was a lot of damage in the remaining ceiling below the hearth of the fireplace in apt 1 located above apt 2 and a lot of damage along the wall in apt 2 above and on both sides of the fireplace as well as a lot of white residue inside of the fireplace. After this, we went down another flight of stairs to the basement where the gas boiler heater and the gas hot water heater were located to show me that there would be 3 holes in the chimney.

I then went outside and got my ladder to measure the chimney. This was when I found out that all 3 holes were covered with tin. Knowing that the gas boiler heater & gas hot water heater needed to be vented at all times, I immediately removed the tin covering the hole so carbon monoxide would no longer go through the house. Ms Hill had informed me that she had called a chimney sweep in Rocky Mount, VA in October, 2017 to clean the chimney and to put screen on all holes after the family spotted birds going into their fireplace the year before. In my 25 years of doing this type of work, this was the first time I have ever seen tin covering holes where it is important to vent gas heaters. I showed the family the tin I had just removed and had them to climb my ladder to look at the chimney. We then went back in the house, and I informed them that the white residue inside both fireplaces was from the gas that had no other place to escape and informed them that they had been exposed to carbon monoxide poisoning, G.A. but now that the tin had been removed, there should no longer be any problems. I returned to E.R. the house on February 4, 2019 and installed a stainless steel multifaceted chimney cap vented with screen on all 4 sides.

Signed as a witness on this date: _Kennel R. Forinash_ 6.13.19

_Elmer P. Compton #_     6-13-19

**Pete Compton   ACE Chimney & Wildlife; Bassett, VA**

**Phone  276-629-4453**

