**U.S.W.G.O.**

Brian D. Hill
310 Forest Street, Apt. 1
Martinsville, VA 24112

**CERTIFIED MAIL**

7016 0600 0000 8319 9190



*Brian D. Hill*
Signed

RECEIVED
In the Office
JUN 24 2019
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC

FIRST CLASS   INSPECTED

U.S. POSTAGE PAID
FCM LG ENV
COLLINSVILLE, VA 24078
JUN 21, 19
AMOUNT
$0.75
R2305K141315-01

COLLINSVILLE, VA 24078
JUN 21 2019
US POSTAL SERVICE

COLLINSVILLE, VA 24078
JUN 21 2019

**Clerk of the Court
U.S. District Court
324 West Market Street, Suite 1
Greensboro, NC 27401**

