# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

    v.                        Case Number(s): 1:13CR435-1

BRIAN DAVID HILL

# NOTICE

Take notice that a proceeding in this case has been SET as indicated below:

**PLACE:** Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC
**COURTROOM NO:** 2
**DATE & TIME:** August 9, 2019-2:00 p.m.
**PROCEEDING:** Supervised Release Violation Hearing.

---

John S. Brubaker, Clerk

By: /s/ Anita Engle, Deputy Clerk

Date: June 27, 2019

TO:    U.S. Attorney
          U.S. Marshal
          Chief, U.S. Probation Officer
          Renorda Pryor, Attorney

The attorney is responsible for notifying the defendant of the above proceeding.