# Exhibit 2

USWGO
QANON // DRAIN THE SWAMP
MAKE AMERICA GREAT AGAIN



MARTINSVILLE VIRGINIA CIRCUIT COURT CASE NO. CR19000009-00

UNITED STATES DISTRICT COURT CASE NO. 1:13-CR-435-1
MIDDLE DISTRICT OF NORTH CAROLINA

```
HILL, BRIAN D
MM7805836274 PRE ER  MM.ER
11/19/17 0850 UNKNOWN.UNKNOWN
DOB:05/26/90  27    M  MR# MM00370912
Sovah Health - Martinsville
```

**Sovah Health Martinsville**
320 Hospital Drive
Martinsville, VA 24112
276-666-7237

119/67
97
98 /.
18.

**Emergency Department Instructions for:** Hill, Brian D

**Arrival Date:** Sunday, November 19, 2017

Thank you for choosing **Sovah Health Martinsville** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Ekuban-Gordon, Edna, MD
**Diagnosis:** Head Laceration/ Open wound of head; Hyperglycemia, unspecified

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Head Injury, Adult<br>Facial Laceration<br>Hyperglycemia, Easy-to-Read<br>Stitches, Staples, or Adhesive Wound Closure, Easy-to-Read | Medication Reconciliation |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| Private Physician<br>    When: 2 - 3 days; Reason: Wound Recheck | None |
| **SPECIAL NOTES** | |
| None | |

Suicide National Hotline: 1-800-273-8255 (800-273-TALK)

**If you received a narcotic or sedative medication during your Emergency Department stay you should not drive, drink alcohol or operate heavy machinery for the next 8 hours as this medication can cause drowsiness, dizziness, and decrease your response time to events.**

I hereby acknowledge that I have received a copy of my transition care record and understand the above instructions and prescriptions.

_Brian D Hill_
**Brian Hill**
MRN # MM00370912

_[signature]_, RN
**ED Physician or Nurse**
11/19/2017 12:14

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you

MM00370912    MM7805836274    SOVAH Health - Martinsville
Discharge Instructions - Scanned - Page 1/3    Job 12468 (07/02/2019 14:03) - Page 13 Doc# 6

Case 1:13-cr-00435-TDS   Document 181-3   Filed 07/22/19   Page 2 of 5

had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

## TESTS AND PROCEDURES

### Labs
CMP, Complete Blood Count W/auto Diff, Thyroid Stimulating Hormone, POC GLU, POC GLU

### Rad
CT Head w/o Contrast, Chest 1 View - Portable

### Procedures
Blood Sugar, 12 Lead EKG, Laceration

### Other
Seizure precautions, Accucheck, Cardiac Monitor, Apply to Pt, Pulse ox continuous, Oxygen at 2 L/NC, IV saline lock, EKG ED, Laceration repair set up

**Chart Copy**

```
HILL,BRIAN D
MM7805836274 PRE ER   MM.ER
11/19/17 0850 UNKNOWN,UNKNOWN
DOB:05/26/90 27    M   MR# MM00370912
Sovah Health - Martinsville
```

MM00370912    MM7805836274    SOVAH Health - Martinsville
Discharge Instructions - Scanned - Page 2/3    Job 12468 (07/02/2019 14:03) - Page 14 Doc# 6

Case 1:13-cr-00435-TDS   Document 181-3   Filed 07/22/19   Page 3 of 5



RUN DATE:11/23/17

DISCHARGE SUMMARY FOR MEDICAL RECORDS FOR LABORATORY

CMAX: MM00370912~MM7805836274~LABDATA~20171123~LABDISMM1001869144~COCMMH~COCVAE~LAB.COCMMH~

| PATIENT: HILL,BRIAN D | | ACCT #: MM7805836274 | LOC: MM.ER | U #: MM00370912 |
|---|---|---|---|---|
| | | AGE/SX: 27/M | ROOM: | REG: 11/19/17 |
| REG DR: | EKUBAN-GORDON,EDNA MD | DOB: 05/26/90 | BED: | DIS: |
| | | STATUS: DEP ER | TLOC: | |

************************************POINT OF CARE*****************************************

| Date | -----------11/19/17----------- | | | |
|---|---|---|---|---|
| Time | 1006 | 0943 | Reference | Units |
| POC GLU | 429       H | 435       H | (65-100) | MG/DL |

************************************HEMATOLOGY*********************************************

| Date | 11/19/17 | | |
|---|---|---|---|
| Time | 1007 | Reference | Units |
| WBC | 11.6    H | (4.5-11.0) | K/UL |
| RBC | 5.32 | (4.50-5.90) | M/UL |
| HGB | 15.8 | (14.0-17.5) | G/DL |
| HCT | 46.0 | (35.0-49.0) | % |
| MCV | 86.5 | (80-96) | UM3 |
| MCH | 29.7 | (27-32) | PG |
| MCHC | 34.3 | (32-37) | G/DL |
| RDW | 13.1 | (11.5-14.5) | % |
| RDW-SD | 41.1 | (35.1-43.9) | fl |
| PLT | 241 | (140-440) | K/UL |
| MPV | 10.8    H | (7.4-10.4) | fl |
| SEGS % | 84      H | (37-80) | % |
| SEG ABSOLUTE | 9.77    H | (1.5-6.8) | K/UL |
| LYMPH % | 10 | (10-50) | % |
| LYMPH ABSOLUTE | 1.10 | (1.0-4.0) | K/UL |
| MONO % | 6 | (0-12) | % |
| MONO ABSOLUTE | 0.64 | (0.2-1.0) | K/UL |
| EOS % | 0 | (0-7) | % |
| EOS ABSOLUTE | 0.05 | (0.0-0.5) | K/UL |
| BASO % | 0 | (0-2) | % |
| BASO ABSOLUTE | 0.04 | (0.0-0.2) | K/UL |
| IG % | 0.3 | | % |
| IG ABSOLUTE | 0.0 | (0.0-0.1) | |

Patient: HILL,BRIAN D                Age/Sex: 27/M        Acct#MM7805836274 Unit#MM00370912

Lab Data Results - Page 1/3    MM00370912    MM7805836274    SOVAH Health - Martinsville
Job 12468 (07/02/2019 14:03) - Page 28 Doc# 9

Case 1:13-cr-00435-TDS   Document 181-3   Filed 07/22/19   Page 5 of 5