# Exhibit 7

USWGO
QANON // DRAIN THE SWAMP
MAKE AMERICA GREAT AGAIN



MARTINSVILLE VIRGINIA CIRCUIT COURT CASE NO. CR19000009-00

UNITED STATES DISTRICT COURT CASE NO. 1:13-CR-435-1
MIDDLE DISTRICT OF NORTH CAROLINA

NASHVILLE TN 370

23 DEC 2017 PM 2 L

Roberta Hill
310 Forest St.
Martinsville, VA
24112



24112-421010

NASHVILLE TN 370
12 FEB 2018 PM 4 L

Roberta Hill
310 Forest Street
Martinsville, Virginia
24112



24112-421010

Roberta R. Hill
310 Forest Street,
martinsville, Virginia  24112

NASHVILLE TN 370

22 MAY 2018 PM 4 L



NASHVILLE TN 370

02 APR 2018 PM 3 L

Robot A. Hill
310 Forest St.
Martinsville, VA 24112

24112-4211010



To wish you
a blessed Christmas
and a happy new year.

"Hebrews 13:2
Be not forgetful to entertain strangers;
for thereby some have entertained angels
unawares."





ROBerta R. HILL

...a whole heart full!

Thanks for the cookies but next
time leave out the walnuts from
West Virginia. Snow White



Now that
your operation is over,
I hope you're
taking it easy
and concentrating
on getting well...

I'll be thinking of you
warmly and often...
and always with a wish
that you're doing better
every day.

It's time to stop all
the nonsense and to
WAKE UP! Sickness
is horrible.
Jay



Just to
Keep in Touch

Adopt the pace of nature;
her secret is patience.

Emerson



Just to
Keep in Touch

Caring about
how you're doing,
and thinking
of you often.

US at the
Esoteric
Collection 2018

WE visit through a collective meeting in geographic Nashville's Parthenon Esoteric circle to grant information.

WE've been requested to address YOU, and all others off track. You have an energy blockage in your physical being which allows to enter dark entities with a misson of doing Earth's humanity harm. They are intently power thirsty.

Our directive is to grant crystal clear information; to correct the fallacies those entities have encouraged you to broadcast to public. In public manner per your cloud of dispersements, you're doing humanity a giant dis-service. This is un-tolerable, and unacceptable behavior for one seeking elevation. Those with a concourse toward promoting humanity's elevation are being offended and assaulted by the mode of deliberate arrogance you project. This bombards you seemingly in unrealizable format and disrupts associations of social encounters with those whom are rising in their consciousness. You exhibit combative behavior. Corrective measure is for a Shaman to heal and correct your internal prana flow. It has blockages diliberately caused by dark entities trying to overtake and control your actions. Not to be explained now, but the dark energies intend you harm. A true Shaman can teach how to drive away dark energy.

Those whom are intervening to teach humanity of raising human consciousness and whom access the astral knowledge wish aid in the process. Guessing, or mere fantasy is offensive. Your fictional imaginings disturb the Earth work. The astral knowledge resides in what you perceive as spiritual plane, the ethers, or a heaven. Clairvoyant seers sollicit the Akasha records to acquire truth behind the veil or humanity's eyes. They share truth to elevate mankind to their plane of energy existance. You think you do, but wrongfully you do not accurately grasp the true energy of sound vibration or light.

.omething needs immediate clarification. The notion of "royalty" on Earth is a ridiculous mankind created concept. No human physical incarnation is of any higher station than another soul being. All are equal when born into a physical body vehicle, and equal in physical death when that soul returns to spirit plane. So the utter nonsense of any superiority of any special blood line does grand insult to the Universe.

Questions you hold.

You exist in DNA chain from one hybrid experiment in Atlantis. Created in a lab peerrie dish. Nothing more, no specialness to your heritage. But still with physical markers toward difference when in contrast to other human hybrid mixes. Each mix has its own characteristics or different propencities. For hundreds of centuries humanity has been seeded by other Univeral life forms. Each hybrid mix of Universal DNA in their own right is special. To repeat again: any notion of a special royal bloodline is ludicrous. Your mind fights this ideal due to cementing into mankind's religious fallacies induced in this lifetime by parental coaxings. Religions are mankind's invention. Writing and dogma related to religion stories are created in fiction formidably by the hand of mankind. There were several men named Issa, who you'd recognize as the soul incarnation of life form Jesus. He walked the Earth as a physical man, but his incarnations had no miraculous ability, none were any sort of deity or savior, and aspects recorded were distorted from Issa's original teaching intended. Mankind has diliberately polluted Issa's wisdom. Issa's blood type is not presently revealed to mankind, but it as a fact is unimportant to the rise of humankind's consciousness.

The Jewish people as anything superior. Sheerly more false arrogance. Jews are of no higher station than any other collections of peoples living on the Earth.

The information dark energies are planting in your thoughts needs immediate revision. They contour portions of true energy principles then distort them to you toward practices which are pointless. At this register, we will address guidance.

Indeed there is a torus field, but you are not bridging it correctly to a human kind's intended practical usage of energy intake and exhale.

The Jewish star was an emblem stolen from a tiny percentage of ancient Egyptians who had escaped the sinking of Atlantis. The symbol represents transmutation in alchemical practices. A "Davit" was a person clutching for power. A Davit is a magician who used what is termed dark magic ritual to maintain in that authority. What was born of Davit was in fact the PLACE --Solomon. Not any human entity. Solomon is the name of an alchemical temple labeled over the doorway as "Solomon Temple", --- rather than possessive as Solomon's Temple. Sigil of the Solomon Cult, also known as the Saturn Cult in modern day, was an instrument of ritual used by what might be termed as wizards who had secret knowledge to divert and pull chaos control energy from the Universe.

The placement of the constellations and planets has a mathematical algorithm to this Universe which represent a state of intended harmony toward the full spectrum of this Universe.

Plichta's work you extract of prime mathematics is NOT essential to any elevation of human consciousness. Instead his work is cognizant to represent the grid of energy flow within Gaia. Understand Mother Earth's independant female energy and her core energy spirit being referred by the title Gaia. Math is merely a symbolic tool to give written expression to the workings of energy vibration of regard to the twins - sound and light. It can be used positively or negatively.

We are highly aware you borrow the research details of Paul Bevan (beginning in 2005 / published 2013) to claim as your own work. Don't gobble down the garbage of the Internet which might surprise you is the actual 666 beast Christians are so frightened. 98% of it is untruth. What is "seeded" there by darkness is meant to confuse. Just as Paul, you are delving into dark energy work with Qabala, and Ed Leedskalnin. You are not aware, a following of these topics are inviting and extending an invitation to bring negative, dark energies to your doorstep, to your energy, to your family, to your occupation, to your whole world.

Tesla wanted nothing to do with dark energies, thus had nothing to do with Ed Leedskalnin's secret black rituals. Tesla was in distinct opposition to any darkness, so they sought to destroy him and his vital work. His genius came from contact with higher intelligences guiding his mind. YOU still do not comprehend the 3, 6, 9 meaning that all initiates and masters of Light comprehend. The matrix effect of numbers, a human device, can melt down your mind.

Human consciousness abilities follow three true esoteric geometries, none of which hold any cross shape. A cross form (and others) were what you might refer were the herald symbols of the power hungry inhabitants of Atlantis. They blew up their own continent amid their quest to manipulate the entire population of Earth. The inhabitants of Lemuria (known as Mu) were a different set of life form entities from a separate residential spot in the Universe. Humans today hold arrays of DNA comprised of a plethora of lifeforms from many Universes. By seeding humanity, they raise the physical body's potential.

A Shaman can teach you to fill your head with LIGHT energy. You have been given accurate corrections... Now WE pause to see what you do with those corrections.



The Healing Power
of the Smiley Face

Smileys are recommended
for ages 1 to 101.
Smileys have been known
to induce silliness.
Side effects may include laughing,
doing cartwheels, and an urge
to draw more smileys.
Smileys chase away the blues.
Last but not least —
smileys may become habit-forming.



Sending Lots
of smileys yOUR way!

It's for your
own benefit
to Wake up
from the ridiculou

Par. Eso, Grp.

ROBOT has.stubborn intention not to accept your true mirrored ego.

ROBOT's mind is held captive in a divided war.

Aptly labeled Robot A — for one pegged for a mission, not being unable to control themselves, nor to control their mind wander. it can be explained as a dualistic embodiment fed by artifical intelligence using high technology. This you do not comprehend. it is not comprehended until one declares they assume control of their own body vehicle and purge away all infective negative energies.

A war evolving in your thoughts between two opposite energies, WE can see it. A puppet mouthing speech, wishing to be seen as a benevolent force in your present incarnation. Seen only as a false mask to those whom are able to read energy and see truth. On the contrary, the quest of data you copy, or border to plagerize from sources, then to disperse as "your own work" is a deratorgy measure and is percieved by our alliance as an intended harm to beings of Earth whom are trying to awaken to truth. Despite opportunity to take corrective action, to turn away from that twisted fiction, you persist in trying to convince others of absolute nonsense.

For accurate truth, allow an explanation of the Rh factor.

It was created in laboratory in Atlantis by genetic insemination over 30,000 years ago. Those creators were power hungry overlords wishing to establish what might be credited as supervisors to 'govern a slave race they'd also manufactured. If you must have a term for them, the Earth definition is applied to them as being fallen angels. Angel is a mankind analogy which simply means a more complex terrestrial visitor to the planet Earth. Despite what your ego wants to believe, Rh negative is nothing special. Just different. You are a hybrid mix of terrestrial and human form. As in all the differences among the variant life forms spread amid the 1,682 Universes. Earth is amid the 2nd Universe ever created. That power being accessed in Atlantis, or tapped as you might refer by those overlords, resulted in them blowing their own continent apart. It sunk below water and is now, as has been accurately reported, beneath the Atlantic Ocean. If your brain was sharp and released from fundamentalist rubbish, then you'd have realized prior to us imparting this information, Atlantis was concentric circles of 360 degrees each nested into each other with 4 water inlets toward the central isle of their communal temple. Might you see it would be definition of same cross shape you idiotically continue to harp in continution to some fantasy new song. This cross shape formed by inlets to enter these concentric circles is, merely a terrestrial emblem representing arrival from a constantly moving and changing Universe. The



archaelogy accounts on record distribute this as the research continues to unearth new discoveries.

Of Atlantis, it was spoken of by it's eye witness suvivors and their descendants for many centuries long after it submerged. Those who had inhabited the continent re-created it's layout as an image graphic and left as topographic markers plus relief carvings in rock. These markers and images were used across the centuries to speak of Atlantis' memory. Stonehenge is a limited topographic of Atlantis, so was never built by any biblical Judah character as your mind has imagined incorrectly in fantasy. Superhenge is another component of this picture of circular installations to represent the larger Universe. The Alantean image of concentric circles holding what appeared to be what you suggest as a cross was actually four sections of transport water canals as previously stated. Inhabitants moved across them in barges you might perceive as water taxi.

In similar fashion of coils, another circular iconic image anciently created to represent Atlantis was an emblem worn by it's ancient terrestrial overlords. That is a coiled serpent/dragon. The serpent was intended by them to represent their wisdom amid this Universe (labeled the Milky Way with form that twists like a serpent). The image with that idealogy of serpent carried forth to Atlantis' birthed child country Egypt. All Pharoahs wore the perched serpent over their third eye on their rulership crown to connotate spiritual insight and wisdom. This serpent was also represented as one concentric circle labeled as the ouroboros. The phoenix sunbird is another emblem of Atlantis. Your other memory of Atlantis is a sunbird— the vehicle you chose to drive. Present facts can't be disputed, —you were in Atlantis working under these nasty overlords. The only thing you seem to have correctly digested was the torus effect you borrowed from Mark Rodin's vortex based math. You are totally wrong about Tesla numbers 3, 6, 9. What you don't comprhend is after Tesla's immigration to America and his direct contact with terrestrial beings, he admitted the notion of religion was nothing but a sham. If he were to speak to you in person, he'd proclaim the energy of electricity and his numeric comprehension had absolutely nothing to do with mankind's fabricated religions. The 3, 6, 9 are scientifically explainable but we shall not take the time nor energy to present the high technology which you would not comprehend. It is better left for field experts to contend.

The biblical material so many of your Earth fundamentalists swear is authentic is to be treated as a novel, not facts. The bible and other ancient gospel form texts are merely a collection of decorated comic stories modeled vaguely on other terrestrial visitors who have come and gone from this Universe. The material is used as an abusive tool, and as a whole to frighten, to enslave, to 'instill guilt' of some imagined sin so to encourage subserviance to wicked overlords violating Universal laws. There have been good and evil terrestrial visitations to Earth over the last 500,000 years. One you seem to focus so we will reference is Issa, whom you connect as the Greek name Jesus. A being whose message has been distorted by man. He had a father who was a terrestrial being but was no omnipotent diety as those of Christian insurgence falsely swear. Issa's true teaching agreed more closely with the path of the Buddhist, thus trying to teach mankind there is no separation toward love. The manner Christianity has distorted so much truth into sheer rubbish should be disgraceful to their souls. We shall supply a for instance moment: the terminology "amen" which Issa used at the end of the anthem you term as the lord's prayer. Does any single Christian comprehend "amen"? No, they emphatically do not. Issa extracted the term directly from Egypt where it evolved 3,000 years prior to his earthly incarnation. The entire prayer quoted by Issa is acknowledged by archaelogical scholars as a poem amid the Egyptian Book of the Dead. To Egyptians, this book they've titled the "Papyrus of Anu'. We will let you discover whom is Anu. Also to rack your thinking about the term "Amen" as being a character, and in turn with praise being given to same when closing a spoken verse to that Egyptian name's honor.

Allow us to also refute another blatant fallacy you continue to promote with zeal. This idea of holy grail, royalty, or royal blood, or a concept of a sitting monarchy. You claim them holding the Rh factor as being some sort of supreme, or superior beings. Hear this CLEARLY. Them and YOU ARE NO BETTER, or NON-SUPERIOR than any other being in this Universe, or other Universes. All Spirit is equal, but while in physical incarnations each have distinct differences. To boast of such superiority or to hold a blown up ego goes affirmedly against all Universal Law. This violation originally began and was promoted by the nefarious Alantean overlords. You spew this collection of rubbish because you have true incarnation memories of being present in Atlantis amid your carried spiritual DNA. Hence the insatious appetite you hold to gorge it in united coordination with the mathematical reference of nested circles.

Disassembling other of your main fallicies is necessary for your comprehension toward a changing future:

The biblical acacia box made in Tyre, Phoenicia which embraced a nuclear weapon was real. Phoenicia was inhabited by former Atlanteans. Phoenician language is the first written on this planet above all other attempts at written language.

The box was named for Aaron/Aron/Eron, a terrestrial Atlantean wizard. At first it was a device of off-planet war but the technology itself was brought by design plans to both Atlantis and to what is now India. One of several such devices was built in Egypt after Atlantis sunk. The Prince Thutmose, (same as Djhutmose, son of Amenhotep III, and sibling of Akenaten) whom you term the character Moses, stole the original technology from his father. Moses carried it to Egypt's territorial isolated fortress in the Desert of Sin atop Mt Sinai. Thus he became a "Sinner". (One who dwells in the Wilderness of Sin). It took no special blood to carry the technology cavity box, but rather required specially constructed UNIFORM attire to approach the radiation being emitted. That is the fact which kept the Levite carriers from being poisoned by radiation. It is even plainly given in the biblical wording "urim and thummim", of the "protective breastplate" which Earthlings have no equative conception to the accurate translational idea.

You term as the Solfeggio --of bringing some sort of miraclous new world into existance ......totally false. You do not comprehend sound energy. The collective Solfeggio tones established in unity with the 440 hz. were adaptive in utilization by Adolph Hitler and his Nazi collective by the directive of nefarious terrestrials. Their desire was to alter world tuning to establish such as a controlling device for Earthlings. This tuning adapted for Earthling ear canals is like drug sedatives to place them in to what you would term "a zombie state" and open their to brains to manipulaton. Isn't this what has happened to you as a result of your tampering with it?

You've been granted explanation of some of your questions. The time is nearing. If you do not cease the fiction, a controlled action is to be taken to end the burage of deluded unfactual concourse you continue to disperse in speech, in movie, and in writings as attempt to confuse other people. It is considered your past actions were all a hatched convoluted plot by the nefarious energies to control your soul container vehicle. But now you have a decision to make regarding your path.

The "Janitor" has mop in hand, has ability to see all, and to know all, then will begin to clean this Earth before the year is out.

You've been granted explanation of some of your questions. The time is nearing. If you do not cease the fiction, a controlled action is to be taken to end the burage of deluded unfactual concourse you continue to disperse in speech, in movie, and in writings as attempt to confuse other people. It is considered your past actions were all a hatched convoluted plot by the nefarious energies to control your soul container vehicle. But now you have a decision to make regarding your path.

The "Janitor" has mop in hand, has ability to see all, and to know all, then will begin to clean this Earth before the year is out.