# Exhibit 8

USWGO
QANON // DRAIN THE SWAMP
MAKE AMERICA GREAT AGAIN



MARTINSVILLE VIRGINIA CIRCUIT COURT CASE NO. CR19000009-00

UNITED STATES DISTRICT COURT CASE NO. 1:13-CR-435-1
MIDDLE DISTRICT OF NORTH CAROLINA



**Envelope 1 (postmarked 01 OCT 2018):**
From: Brian David Hill, Martinsville City Jail, P.O. Box 1326, Martinsville, VA 24112
To: Clerk of the Court
Marked: EVIDENCE / RETURN TO SENDER - UNABLE TO FORWARD / UNABLE TO FORWARD - RETURN TO SENDER / REDIRECT TO FEDERAL DISTRICT CT / LEGAL MAIL

**Envelope 2 (postmarked 09 OCT 2018):**
From: Brian David Hill, Martinsville City Jail, P.O. Box 1326, Martinsville, VA 24112
To: ATTN: Mayor, City of Martinsville, 300 Clearview Drive, Martinsville, VA 24112
Marked: RETURN TO SENDER / LEGAL MAIL
24112-170400

**Envelope 3 (postmarked 09 OCT 2018):**
From: Brian David Hill, Martinsville City Jail, P.O. Box 1326, Martinsville, VA 24114
To: ATTN: U.S. Marshals Service, L. Richardson Preyer Federal Building, 324 W. Market Street
Marked: NIXIE 274 4C 1  0210/22/18 / RETURN TO SENDER / NO SUCH NUMBER / UNABLE TO FORWARD
BC: 24114132626  *0280-00202-10-03
Correct address, Resent Oct. 27, 2018, Brian D. Hill, received [date]

Case 1:13-cr-00435-TDS   Document 181-9   Filed 07/22/19   Page 2 of 5






Brian David Hill
Martinsville City Jail
P.O. Box 1326
Martinsville, VA 24114

GREENSBORO NC 274
PIEDMONT TRIAD AREA
09 OCT 2018 PM 2 L

8   ATTN: U.S. Marshals Service
    L. Richardson Preyer Federal Building
    324 W. Market Street
    Martinsville, VA 24112

Correct
address
Resent
Oct. 27, 2018
Brian D. Hill
Received
Oct. 26, 2018

NSR

