# Exhibit 9

USWGO
QANON // DRAIN THE SWAMP
MAKE AMERICA GREAT AGAIN



MARTINSVILLE VIRGINIA CIRCUIT COURT CASE NO. CR19000009-00

UNITED STATES DISTRICT COURT CASE NO. 1:13-CR-435-1
MIDDLE DISTRICT OF NORTH CAROLINA

## DIAGNOSIS

| | | |
|---|---|---|
| Axis/Order | Axis 3/1 | Diagnosis | (F42.9) Obsessive-compulsive disorder, unspecified |
| Axis/Order | Axis 3/2 | Diagnosis | (F84.0) Autistic disorder |
| Axis/Order | Axis 3/3 | Diagnosis | (F29) Unspecified psychosis not due to a substance or known physiological condition |
| Axis/Order | Axis 3/4 | Diagnosis | (F41.1) Generalized anxiety disorder |

### WHODAS 2.0 General Disability

| Assessment Date | General Raw Score | General Average Score |
|---|---|---|
| | | |

| Score description | Raw Score | Average Score |
|---|---|---|
| Cognition | | |
| Mobility | | |
| Self-care | | |
| Getting along | | |
| Life activities | | |
| Participation | | |



## Piedmont Community Services
13 MOSS ST SOUTH
MARTINSVILLE, VA 24112

| | | | |
|---|---|---|---|
| Client Name: | BRIAN HILL | SSN/Acct # | 591980319 / 174826 |
| Address: | 310 FOREST ST APT 2 MARTINSVILLE VA 24112-4939 | Date/Time: | 10/24/2018 9:51 AM to 10:23 AM |
| Insurance: | | Employee Name: | CONRAD DAUM / MD |
| Diagnosis: | | Visit Type/CPT | Med Note [Jail] / Nonbill |
| DOB | 5/26/1990 | | |
| Notes: | Non-Face-to-Face Service | | |

## HISTORY

**Chief Complaint:** Notes:
"guy in hodie threatened to kill my mother if I didn't do what he said" "meltdown" He was arrested for walking down the street naked and charged with a probation violation.

**History of Present Illness (HPI):** Notes:
local is mental, quality he agreed to zyprexa and zoloft. severity moderate, duration 1st admit 2013 ONLY, time of tx start here 2013, context jail inmate. associated he was convicted for child porn and is on sex registry. He believes he was convicted unfairly by a conspiracy of the court officials. He believes Critical documents proving his innocence were deliberately destroyed. Modify is tx accepted, ills see med hx.

**Past Medical / Family Medical / Social Hx:** .
LEGAL HX: He would only discuss the child pron and probation violation convictions.

PSYCH HX: He tried suicide, but no family hx, he denied wanting to harm self or others the past month. He denied any SUD or tobacco, Hx autism, OCD, GAD

MEDICAL HX: Diabetes, IBS, Eczema, op only wisdom teeth, no fx hx, hypoglycemic seizures, hx concussions during seizures.

FAMILY HX: 0 kids, 1/2 sisters=2, 0 brothers, mom living, dad hx unknown no hx of inpatient , SUD, jail. Hx Hypertension, ulcerative colitis,

SOCIAL HX: born Orlando FL, raised NC, some HS, single, no church, on disability, lives alone with caretaker's help.

**Review of Symptons (ROS)**
**Constitutional:** Notes:
sleeping ok
**Eyes:** Notes:
see ok
**Ears, Nose, Mouth, Throat:** Notes:
hear ok
**Cardiovascular:** Notes:
no chest pain

**Respiratory:** Notes:
breathing ok

**Musculoskeletal:** Notes:
no LBP

**Integumentary (skin and/or breast):** Notes:
no tattoos

**Neurological:** Notes:
seizure hx and diabetic foot neuropathy

**Endocrine:** Notes:
diabetes

**Hematologic/Lymphatic:** Notes:
no nodes

**Allergic/Immunologic:** Notes:
allergy see list

**Genitourinary:** Notes:
bladder frequency

**Gastrointestinal:** Notes:
GERD SX, episodic diarrhea

# EXAM

**Constitutional Vital Signs:**

**Musculoskeletal**

**Muscle strength and tone:** Notes
ok

**Gait and station:** Notes
ok

**Behavior**
**Appearance:** Well-groomed
**Activity:** Normal
**Attitude:** Cooperative
**Articulation (Speech):** Normal Rate, Rhythm, Volume
**Sensorium**
**Consciousness:** Alert
**Orientation:** Full
**Memory:** Intact
**Attention/Concentration:** Adequate
**Emotion**
**Affect:** Comfortable and Reactive
**Mood:** Euthymic
**Congruency:** Congruent
<u>**Suicidal Ideation**</u>**:** None
<u>**Homicidal Ideation**</u>**:** None
**Thought**
**Thought Process:** Goal-directed
**Thought Content:** Delusional
**Intelligence:** Average
(based upon fund of knowledge, comprehension, and vocabulary)
**Insight:** Full
**Judgement:** Intact
**Perception:** Normal
**Impression**
**Brief summary of present status of case:** Notes aims=0

## DIAGNOSES

**Current Diagnoses:**
**Effective Date :** 10/24/2018
1 (F42.9) Obsessive-compulsive disorder, unspecified
  Diagnosed By :    Diagnosed Date :
  Onset Date :    Previous Onset Date :
  Onset Prior to Admission:
  R/O: No
  Notes:
  Date Updated: 03/21/2017
  SNOMED: -

2 (F84.0) Autistic disorder
  Diagnosed By :    Diagnosed Date :
  Onset Date :    Previous Onset Date :
  Onset Prior to Admission:
  R/O: No
  Notes:
  Date Updated: 03/02/2016
  SNOMED: -

3 (F29) Unspecified psychosis not due to a substance or known physiological condition
  Diagnosed By :    Diagnosed Date :
  Onset Date :    Previous Onset Date :
  Onset Prior to Admission:
  R/O: No
  Notes:

Date Updated: 10/24/2018
SNOMED: -

4 (F41.1) Generalized anxiety disorder
Diagnosed By :    Diagnosed Date :
Onset Date :    Previous Onset Date :
Onset Prior to Admission:
R/O: No
Notes: BRITTLE DIABETES
Date Updated: 10/24/2018
SNOMED: -

**WHODAS 2.0 General Disability    Assessment Date:**
Raw Score:    Avg Score:
   Cognition:
   Mobility:
   Self-care:
   Getting along:
   Life activities:
   Participation:

**Psych Diagnoses & Status**

Diagnosis: all

Status: Stable

**Medical Diagnoses & Status**

## COLUMBIA ASSESSMENT

**1) Wished to be Dead:**
Have you wished you were dead or wished you could go to sleep and not wake up?:  No

**2) Suicidal Thoughts:**
Have you actually had any thoughts of killing yourself?:  No

**6) Suicidal Behavior Question:**
Have you ever done anything, started to do anything, or prepared to do anything to end your life?:  Yes

**Was this within the past three months?** (please explain):  No

## SUMMARY

Service Modality:  Non-Face-to-Face Service

Current Medications:
Medication:insulin aspart U-100 100 unit/mL subcutaneous solution
Start Date:10/24/2018
Dosage:
Frequency:

Medication:olanzapine 2.5 mg tablet
Start Date:10/24/2018
Sig:Take 1 Caplet By Oral Route 1 time at bedtime for mood swings

Medication:sertraline 50 mg tablet
Start Date:10/24/2018
Sig:Take 1 Caplet By Oral Route 1 time after breakfast for anxiety


Plan

Medication Changes: .

Next Appointment:  Date
pm
E/M Level: 5
E/M Score: 5

Employee Signature

*[signature: C Daum MD]*

10/24/18 2:51 PM
CONRAD DAUM - MD
MD

*[signature: C Daum MD]*

Supervisor's Signature
Approved by CDAUM on 10/24/18
CONRAD DAUM, MD, MD