# Exhibit 10

USWGO
QANON // DRAIN THE SWAMP
MAKE AMERICA GREAT AGAIN



MARTINSVILLE VIRGINIA CIRCUIT COURT CASE NO. CR19000009-00

UNITED STATES DISTRICT COURT CASE NO. 1:13-CR-435-1
MIDDLE DISTRICT OF NORTH CAROLINA

Brian Hill
MRN: MM00370912
ACCT: MM7806761243



# Sovah Health Martinsville

320 Hospital Drive
Martinsville, VA 24112
276-666-7237

7806761243

**Emergency Department Instructions for:** Hill, Brian D
**Arrival Date:** Friday, September 21, 2018

Thank you for choosing Sovah Health Martinsville for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Hinchman, Brant, DO
**Diagnosis:** Abrasion, right knee; Abrasion of unspecified front wall of thorax

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| VIS, Tetanus, Diphtheria (Td) – CDC<br>Abrasion, Easy-to-Read<br>Knee Pain, Easy-to-Read | Medication Reconciliation |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Private Physician**<br>  When: Tomorrow; Reason: Further diagnostic work-up, Recheck today's complaints, Continuance of care<br>**Emergency Department**<br>  When: As needed; Reason: Fever > 102 F, Trouble breathing, Worsening of condition | None |
| **SPECIAL NOTES** | |
| None | |

National Hopeline Network: 1-800-784-2433

If you received a narcotic or sedative medication during your Emergency Department stay you should not drive, drink alcohol or operate heavy machinery for the next 8 hours as this medication can cause drowsiness, dizziness, and decrease your response time to events.

I hereby acknowledge that I have received a copy of my transition care record and understand the above instructions and prescriptions.

*Brian D. Hill*  /  *Jessica Tate, RN, BSN*
Brian Hill  /  ED Physician or Nurse
09/21/2018 04:52

MM00370912   MM7806761243   SOVAH Health - Martinsville
Discharge Instructions - Scanned - Page 1/3                    Job 23328 (05/17/2019 13:34) - Page 1 Doc# 1

Case 1:13-cr-00435-TDS   Document 181-11   Filed 07/22/19   Page 2 of 8



EMERGENCY DEPARTMENT RECORD
Physician Documentation
Sovah Health Martinsville
Name: Brian Hill
Age: 28 yrs
Sex: Male
DOB: 05/26/1990
MRN: MM00370912
Arrival Date: 09/21/2018
Time: 04:04
Account#: MM7806761243
Bed ER 9
Private MD:
ED Physician Hinchman, Brant
HPI:
09/21
04:40 This 28 yrs old White Male presents to ER via Law Enforcement with    bdh
complaints of Knee Pain.
09/21
04:48 28-year-old male with diabetes and autism presents for evaluation    bdh
after complaining of right knee pain and scrapes and abrasions.
Patient was apparently taking pictures of himself in the nude across
town this evening and when police attempted apprehend him brain
through Briar patch. Patient does report scratches and abrasions to
the right knee but no pain on range of motion. Unknown last tetanus..

Historical:
- Allergies: Ranitidine;
- PMHx: autism; Diabetes - IDDM; OCD;
- Exposure Risk/Travel Screening:: Patient has not been out of the
country in last 30 days. Have you been in contact with anyone who
is ill that has traveled outside of the country in the last 30
days? No.
- Social history:: Tobacco Status: The patient states he/she has
never used tobacco. The patient/guardian denies using alcohol,
street drugs, The patient's primary language is English. The
patient's preferred language is English.
- Family history:: No immediate family members are acutely ill.
- Sepsis Screening:: Sepsis screening negative at this time.
- Suicide Risk Screen:: Have you been feeling depressed in the last
couple of weeks? No Have you been feeling hopeless to the extent
that you would want to end your life? No Have you attempted suicide
or had a plan to attempt within the last 12 months? No.
- Abuse Screen:: Patient verbally denies physical, verbal and
emotional abuse/neglect.
- Tuberculosis screening:: No symptoms or risk factors identified.
- The history from nurses notes was reviewed: and my personal history
differs from that reported to nursing.

ROS:
09/21
04:49 All other systems are negative, except as documented below.    bdh

Constitutional: Negative for chills, fever. Respiratory: Negative for

MM00370912    MM7806761243    SOVAH Health - Martinsville
ED Physician Record - Electronic - Page 1/4    Job 23328 (05/17/2019 13:34) - Page 4 Doc# 2

Case 1:13-cr-00435-TDS   Document 181-11   Filed 07/22/19   Page 3 of 8



## FOLLOW UP INSTRUCTIONS

Private Physician
  When: Tomorrow
  Reason: Further diagnostic work-up, Recheck today's complaints, Continuance of care

Emergency Department
  When: As needed
  Reason: Fever > 102 F, Trouble breathing, Worsening of condition



7 806761243

MM00370912    MM7806761243    SOVAH Health - Martinsville
Discharge Instructions - Scanned - Page 3/3    Job 23328 (05/17/2019 13:34) - Page 3 Doc# 1

Case 1:13-cr-00435-TDS   Document 181-11   Filed 07/22/19   Page 4 of 8

MRN # MM00370912

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
None

**Procedures**
None

**Other**
Call ERT, IV saline lock

**Chart Copy**

7806761234

MM00370912    MM7806761243    SOVAH Health - Martinsville
Discharge Instructions - Scanned - Page 2/3    Job 23328 (05/17/2019 13:34) - Page 2 Doc# 1

Case 1:13-cr-00435-TDS    Document 181-11    Filed 07/22/19    Page 5 of 8



cough, dyspnea on exertion, shortness of breath. MS/extremity:
Positive for pain, Negative for decreased range of motion,
paresthesias, swelling, tenderness, tingling. Skin: Positive for
abrasion(s), Negative for rash, swelling.

Exam:
09/21
04:49 Constitutional: This is a well developed, well nourished patient who bdh
is awake, alert, and in no acute distress. Head/Face: Normocephalic,
atraumatic. Eyes: Pupils equal round and reactive to light,
extra-ocular motions intact. Lids and lashes normal. Conjunctiva
and sclera are non-icteric and not injected. Cornea within normal
limits. Periorbital areas with no swelling, redness, or edema. ENT:
Oropharynx with no redness, swelling, or masses, exudates, or
evidence of obstruction, uvula midline. Mucous membranes moist. No
meningismus. Neck: Supple, full range of motion without nuchal
rigidity, or vertebral point tenderness. No Meningismus. No JVD
Cardiovascular: Regular rate and rhythm with a normal S1 and S2. No
gallops, murmurs, or rubs. No JVD. No pulse deficits. Respiratory:
Lungs have equal breath sounds bilaterally, clear to auscultation and
percussion. No rales, rhonchi or wheezes noted. No increased work
of breathing, no retractions or nasal flaring. Abdomen/GI: Soft,
non-tender, with normal bowel sounds. No distension or tympany. No
guarding or rebound. No pulsatile mass. Back: No spinal
tenderness. No costovertebral tenderness. Full range of motion.
Skin: Multiple superficial abrasions to the groin and abdomen
without fluctuance or tenderness. MS/ Extremity: Pulses equal, no
cyanosis. Neurovascular intact. Full, normal range of motion. No
peripheral edema, tenderness. Abrasion to right knee but nontender,
no deformity or swelling. Ambulating without difficulty. Neuro:
Awake and alert, GCS 15, oriented to person, place, time, and
situation. Cranial nerves II-XII grossly intact. Psych: Awake,
alert, with orientation to person, place and time. Behavior, mood,
and affect are within normal limits.

Vital Signs:
09/21
04:09 BP 124 / 86; Pulse 119; Resp 19; Temp 98; Pulse Ox 98% ; Weight 99.79 jt
kg; Height 6 ft. 0 in. (182.88 cm); Pain 0/10;
09/21
05:01 BP 119 / 80; Pulse 106; Resp 16; Temp 98.2; Pulse Ox 99% ; Pain 0/10; jt
09/21
04:09 Body Mass Index 29.84 (99.79 kg, 182.88 cm)                          jt

MDM:
09/21
04:04 MSE Initiated by Provider.                                           bdh
09/21
04:50 Differential diagnosis: fracture, sprain, penetrating trauma, et al. bdh
ED course: Cleared from a psychiatric standpoint by Behavioral
Health. Patient will be discharged to jail. No new complaints.. Data
reviewed: vital signs, nurses notes. Counseling: I had a detailed

discussion with the patient and/or guardian regarding: the historical
points, exam findings, and any diagnostic results supporting the

MM00370912    MM7806761243    SOVAH Health - Martinsville
ED Physician Record - Electronic - Page 2/4    Job 23328 (05/17/2019 13:34) - Page 5 Doc# 2

Case 1:13-cr-00435-TDS Document 181-11 Filed 07/22/19 Page 6 of 8



discharge/admit diagnosis, the need for outpatient follow up, to
return to the emergency department if symptoms worsen or persist or
if there are any questions or concerns that arise at home.

09/21
04:16 Order name: Call ERT; Complete Time: 04:25                                   bdh
09/21
04:16 Order name: IV saline lock; Complete Time: 04:36                             bdh
09/21
04:29 Order name: Other: NO suicidal homicidal risk; Complete Time: 05:03          bdh

Dispensed Medications:
Discontinued: NS 0.9% 1000 ml IV at 999 mL/hr once
09/21
04:36 Drug: Tetanus-Diphtheria Toxoid Adult 0.5 ml (Manufacturer: Grifols          lbl
Therapeutics. Exp: 09/27/2020. Lot #: A112A. ) Route: IM; Site: right
deltoid;
09/21
05:04 Follow up: Response: No adverse reaction                                     lbl
09/21
04:36 Drug: NS 0.9% 1000 ml Route: IV; Rate: 999 mL/hr; Site: right arm;           lbl
Delivery: Primary tubing;
09/21
05:11 Follow up: IV Status: Completed infusion                                     dr


Disposition:
09/21
04:52 Electronically signed by Hinchman, Brant, DO at 04:52 on 09/21/2018.         bdh
Chart complete.

Disposition:
09/21/18 04:52 Discharged to Jail/Police. Impression: Abrasion, right knee,
Abrasion of unspecified front wall of thorax.
- Condition is Stable.
- Discharge Instructions: VIS, Tetanus, Diphtheria (Td) - CDC,
Abrasion, Easy-to-Read, Knee Pain, Easy-to-Read.

- Medication Reconciliation form.
- Follow up: Private Physician; When: Tomorrow; Reason: Further
diagnostic work-up, Recheck today's complaints, Continuance of
care. Follow up: Emergency Department; When: As needed; Reason:
Fever > 102 F, Trouble breathing, Worsening of condition.
- Problem is new.
- Symptoms have improved.


Order Results:
There are currently no results for this order.
Signatures:

Dispatcher MedHost                              EDMS
Tate, Jessica, RN                           RN  jt
Hinchman, Brant, DO                         DO  bdh

MM00370912      MM7806761243    SOVAH Health - Martinsville
ED Physician Record - Electronic - Page 3/4     Job 23328 (05/17/2019 13:34) - Page 6 Doc# 2

Case 1:13-cr-00435-TDS   Document 181-11   Filed 07/22/19   Page 7 of 8



```
Ramey, Nicole                              nmr
Bouldin, Lauren, RN                  RN    lbl
Reynolds, Daniel R                   RN    dr

Corrections: (The following items were deleted from the chart)
09/21
04:48  09/21  04:16  COMPREHENSIVE METABOLIC PANEL+LAB ordered. EDMS          EDMS
09/21
04:48  09/21  04:16  COMPLETE BLD COUNT W/AUTO DIFF+LAB ordered. EDMS         EDMS
09/21
04:49  09/21  04:16  CPK, TOTAL+LAB ordered. EDMS                             EDMS
09/21
04:50  09/21  04:16  ALCOHOL, ETHYL+LAB ordered. EDMS                         EDMS
09/21
04:50  09/21  04:16  STAT OVERDOSE PANEL+LAB ordered. EDMS                    EDMS
09/21
04:52  09/21  04:52  09/21/2018 04:52 Discharged to Jail/Police. Impression:  bdh
Abrasion, right knee; Abrasion of unspecified front wall of thorax.
Condition is Stable. Discharge Instructions: Medication
Reconciliation. Follow up: Private Physician; When: Tomorrow; Reason:
Further diagnostic work-up, Recheck today's complaints, Continuance
of care. Follow up: Emergency Department; When: As needed; Reason:
Fever > 102 F, Trouble breathing, Worsening of condition. Problem is
new. Symptoms have improved. bdh
09/21
04:54  09/21  04:16  URINALYSIS W/REFLEX TO CULTURE+LAB ordered. EDMS         EDMS

**********************************************************************
```

MM00370912    MM7806761243    SOVAH Health - Martinsville
ED Physician Record - Electronic - Page 4/4    Job 23328 (05/17/2019 13:34) - Page 7 Doc# 2

Case 1:13-cr-00435-TDS   Document 181-11   Filed 07/22/19   Page 8 of 8