**U.S.W.G.O.** *Brian D. Hill signed*

Brian D. Hill
310 Forest Street, Apt. 1
Martinsville, VA 24112



CERTIFIED MAIL

7017 2680 0001 0881 9149

U.S. POSTAGE PAID
PM 2-Day
MARTINSVILLE, VA 24112
JUL 19, 19
AMOUNT
$10.85
R2304N117627-18

RECEIVED
In This Office
JUL 22 2019
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC
JLS 1:35



PRIORITY MAIL
TRACKED INSURED
UNITED STATES POSTAL SERVICE
For Domestic Use Only
Label 107R, July 2013

Clerk of the Court
U.S. District Court
324 West Market Street, Suite 1
Greensboro, NC 27401

INSPECTED       INSPECTED

