UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

NO. 1:13CR435-1

| UNITED STATES OF AMERICA | ) | DEFENDANT'S MOTION |
| | ) | TO CONTINUE |
| v. | ) | |
| | ) | |
| BRIAN DAVID HILL | ) | |
| Defendant. | ) | |

Defendant, BRIAN DAVID HILL, by and through undersigned appointed counsel, respectfully moves the Court to continue Defendant's Revocation Hearing of Supervised Release scheduled to be held on August 9, 2019 in Winston Salem, North Carolina. Defendant is requesting additional times for the following reasons:

1. On June 26, 2019, undersigned counsel was appointed to represent Mr. Fields.

2. Undersigned counsel had an opportunity to speak with Mr. Hill and he has requested additional time to conduct an investigation, interviews and mental health evaluation.

3. Undersigned counsel has been informed by Mr. Hill that his case in state court which are related to this violation will be heard before a jury on August 30, 2019.

4. Undersigned counsel has consulted with Assistant United States Attorney Anand P. Ramaswamy in regard to the additional time needed and is authorized to represent to the Court that the Government does not oppose this Motion.

Undersigned counsel respectfully requests that the Revocation Hearing of Supervised Release be continued to for an additional four weeks, or such other time as the Court may deem appropriate.

WHEREFORE, undersigned counsel respectfully moves that Defendant's Supervised Release Revocation Hearing be continued to a time as the Court may deem appropriate.

Respectfully submitted this 22nd day of July, 2019.

/s/ Renorda Pryor
RENORDA E. PRYOR
Attorney for Defendant
1821 Hillandale Road, Suite 1B-220
Durham, North Carolina 27705
Tele: 919-355-5001
Fax: 919-355-4976
Email: rpryor@herringlawcenter.net
North Carolina Bar No. 36814
Criminal CJA-Appointed Counsel

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing DEFENDANT'S MOTION TO CONTINUE was served upon counsel of record with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Anand P. Ramaswamy
> Assistant United States Attorney
> United States Department of Justice
> 101 South Edgeworth Street, 4th floor
> Greensboro, North Carolina 27401
> Anand.Ramaswamy@usdoj.gov

Respectfully submitted this the 22nd day of July, 2019.

> /s/ Renorda Pryor
> RENORDA E. PRYOR
> Lawyer for Defendant
> 1821 Hillandale Road, Suite 1B-220
> Durham, North Carolina 27705
> Tele: 919-355-5001
> Fax: 919-355-4976
> Email: rpryor@herringlawcenter.net
> North Carolina Bar No. 36814
> Criminal CJA-Appointed Counsel