UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

NO. 1:13CR-435-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DEFENDANT'S MOTION |
| | ) | TO CONTINUE |
| v. | ) | |
| | ) | |
| BRIAN DAVID HILL | ) | |
| Defendant. | ) | |

ORDER

THIS MATTER is before the Court on the Defendant's motion to continue the Change of

Supervisory Release Hearing scheduled for August 9, 2019, Criminal Term of Court to the _____

day of _____, 2019, Criminal Term of Court.

The Court finds that such a continuance is necessary in order for counsel for Defendant to

have adequate time in which to prepare for the revocation hearing.  The Court finds that the

Defendant has waived the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

IT IS THEREFORE ORDERED that this matter is continued until the _____ day of

_____ 2019,  Criminal Term of Court.

IT IS THEREFORE ORDERED, this the _____ day of _____, 2019.

_____
United States District Court Judge