IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA     )
                             )
        v.                   )
                             )    1:13CR435-1
BRIAN DAVID HILL             )
        Defendant.           )

**ORDER**

This matter is before the court on the Defendant's motion to continue the Supervised Release Revocation Hearing scheduled for August 9, 2019. (Doc. 182.) The Government does not oppose this motion.

The court finds that such a continuance is necessary in order for counsel for Defendant to have adequate time in which to prepare for the revocation hearing.

IT IS THEREFORE ORDERED that the Defendant's motion for a continuance is GRANTED, and the Defendant's supervised release violation hearing is rescheduled to September 12, 2019, at 2:00 p.m. in Courtroom 2 in Winston-Salem, North Carolina.

                                    /s/   Thomas D. Schroeder
                                    United States District Judge

July 23, 2019