IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:13CR435-1 |
| | : | |
| BRIAN DAVID HILL | : | |

NOTICE OF APPEARANCE

NOW COMES the United States of America by and through Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, and gives Notice of Appearance in the above-captioned case, and states to the Court the following:

John M. Alsup is entering as lead counsel in the case of United States v. Brian David Hill, 1:13CR435-1. He is to be served with any electronic or manual filings in this case.

This, the 23rd day of July, 2019.

        Respectfully submitted,

        MATTHEW G.T. MARTIN
        United States Attorney


        /S/ JOHN M. ALSUP
        Assistant United States Attorney
        NCSB # 43386
        United States Attorney's Office
        Middle District of North Carolina
        101 S. Edgeworth Street, 4th Floor
        Greensboro, NC 27401

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:13CR435-1 |
| | : | |
| BRIAN DAVID HILL | : | |

CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Renorda E. Pryor, Esq.

        Respectfully submitted,

        MATTHEW G.T. MARTIN
        United States Attorney

        /S/ JOHN M. ALSUP
        Assistant United States Attorney
        NCSB # 43386
        United States Attorney's Office
        Middle District of North Carolina
        101 S. Edgeworth Street, 4th Floor
        Greensboro, NC 27401
        Phone: 336/333-5351