PROB 19
Rev. 8/2000, NCMD

United States District Court
for the
Middle District of North Carolina



USA v. BRIAN DAVID HILL     Docket No. 1:13CR435-1

TO:[1] THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF NORTH CAROLINA OR ANY OTHER AUTHORIZED OFFICER:

| WARRANT FOR ARREST OF SUPERVISED RELEASE VIOLATOR | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named violator and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. | | | |
| NAME OF VIOLATOR<br>BRIAN DAVID HILL | SEX<br>M | RACE<br>W | AGE<br>28 |
| ADDRESS (STREET, CITY, STATE) | | | |
| SUPERVISED RELEASE IMPOSED BY:<br>MIDDLE DISTRICT OF NORTH CAROLINA | | DATE IMPOSED:<br>11/10/2014 | |
| TO BE BROUGHT BEFORE:<br>MIDDLE DISTRICT OF NORTH CAROLINA, GREENSBORO, NORTH CAROLINA | | | |
| CLERK:<br>JOHN S. BRUBAKER | BY (DEPUTY CLERK)<br>/s/Joy Daniel | DATE<br>11/14/2018 | |

| RETURN | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED<br>11/14/18 | DATE EXECUTED<br>12/22/18 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS | | |
| NAME<br>Steven L. Gladden | (BY)<br>[signature] | DATE<br>12/22/18 |

RECEIVED
NOV 14 2018
U.S. Marshals Service, M/NC

Case 1:13-cr-00435-TDS Document 160 *SEALED* (Court only) Filed 11/14/18 Page 1 of
Case 1:13-cr-00435-TDS Document 185 Filed 08/16/19 Page 1 of 1