# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA
                Plaintiff(s)

v.

BRIAN DAVID HILL
                Defendant(s)

**EXHIBIT AND WITNESS LIST**

Case Number: 1:13CR435-1

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| Thomas D. Schroeder | Anand Ramaswamy, AUSA | Renorda Pryor, Appt. |
| **Trial Dates:** | **Court Reporter** | **Courtroom Deputy** |
| 9/12/2019 | Briana Bell | Anita Engle |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| X | | 9/12/2019 | | | Robert Jones, Marinsville Police Department |
| 1 | | | 9/12/2019 | 9/12/2019 | **(Sealed)** Thumbnail Photos from Defendant's Phone |
| 2 | | | 9/12/2019 | 9/12/2019 | Map of Location of Where Photographs Taken |
| 3 | | | 9/12/2019 | 9/12/2019 | Copy of Photograph of Greene Co., Inc. |
| 4 | | | 9/12/2019 | 9/12/2019 | Copy of Photograph of Greene Co., Inc. & Truck |
| 5 | | | 9/12/2019 | 9/12/2019 | Copy of Photograph of Intersection of Commonwealth Virginia Ave. & Memorial Blvd. |
| 6 | | | 9/12/2019 | 9/12/2019 | **(Sealed)** Copy of Photograph of Nude Defendant |
| 7 | | | 9/12/2019 | 9/12/2019 | Road Map of City Where Photographs Taken |
| 8 | | | 9/12/2019 | 9/12/2019 | August 2018 Month Supervision Report |
| 9 | | | 9/12/2019 | 9/12/2019 | Screenshot of Document Properties |
| 10 | | | 9/12/2019 | 9/12/2019 | Printout of VA Code Ann. §18.2-387 |
| | X | 9/12/2019 | | | Jason McMurray, U.S. Probation Officer (WDVA) |
| | X | 9/12/2019 | | | Roberta Hill |