Brian D. Hill
U.S.W.G.D.
310 Forest St, Apt 1
Martinsville, VA 24112

MAIL INSPECTED BY CSOS

URGENT
Time Sensitive

— Notice of Interlocutory Appeal —
ATTN: Chamber Clerk of Hon. Thomas
D. Schroeder, or Deputy Clerk
U.S. District Court
251 N. Main Street
Winston-Salem, N.C. 27101

