Action No.: 1:13CR435-1

Case Title:  United States v. Brian David Hill

Date: _____9/12/19_____



## RECEIPT FOR EXHIBITS FROM SUPERVISED RELEASE VIOLATION HEARING
## HELD SEPTEMBER 12, 2019

Receipt is hereby acknowledged of the material(s) listed below, which are subject to the provisions of Local Rule 79.4.

| | |
|---|---|
| Government's Exhibit 1 | **(Sealed)** Thumbnail Photos from Defendant's Phone |
| Government's Exhibit 2 | Map of Location of Where Photographs Taken |
| Government's Exhibit 3 | Copy of Photograph of Greene Co., Inc. |
| Government's Exhibit 4 | Copy of Photograph of Greene Co., Inc. & Truck |
| Government's Exhibit 5 | Copy of Photograph of Intersection of Commonwealth Virginia Ave. & Memorial Blvd. |
| Government's Exhibit 6 | **(Sealed)** Copy of Photograph of Nude Defendant |
| Government's Exhibit 7 | Road Map of City Where Photographs Taken |
| Government's Exhibit 8 | August 2018 Month Supervision Report |
| Government's Exhibit 9 | Screenshot of Document Properties |
| Government's Exhibit 10 | Screenshot of Document Properties |

**Attorney for Government**