Action No.: 1:13CR435-1

Case Title: USA v. Brian David Hill

Date: 9/12/19

# RECEIPT FOR EXHIBITS FROM SUPERVISED RELEASE REVOCATION HEARING
## HELD 6/30/2015

Receipt is hereby acknowledged of the materials listed below, which are subject to the provisions of Local Rule 79.4.

| | |
|---|---|
| Defendant's Exhibit No. 1 | **Donald Fain Letter** |
| Defendant's Exhibit No. 2 | **Charles Ellis Letter** |

_____
Attorney for ~~Government~~ Defendant