Brian D. Hill
U.S.W.G.O.
310 Forest St. Apt. 1
Martinsville, VA 24112

- Notice of Appeal -

ATTN: Chamber Clerk for Hon. Thomas D.
Schroeder, or Clerk of the Court
U.S. District Court
251 N. Main Street
Winston-Salem, N.C. 27101

