

**CERTIFIED MAIL**

7017 2680 0000 5750 9139



SEP 17 19
AMOUNT
$10.85
R2305M146971-19

1006  27401

**PRIORITY MAIL**



- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
- * Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.



RECEIVED In This Office
SEP 18 2019
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC



FROM:  *Brian D. Hill Signed*

Brian D. Hill
310 Forest Street, Apt. 1
Martinsville, VA 24112

  *Qanon*

TO:

Clerk of the Court
U.S. District Court
324 West Market Street, Suite 1
Greensboro, NC 27401



PS00001000014
EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

