# Exhibit 4

USWGO
QANON // DRAIN THE SWAMP
MAKE AMERICA GREAT AGAIN



UNITED STATES DISTRICT COURT CASE NO. 1:13-CR-435-1
MIDDLE DISTRICT OF NORTH CAROLINA

Exhibit in attachment to "DECLARATION OF BRIAN DAVID HILL IN SUPPORT OF DEFENDANT'S MOTION FOR STAY OF JUDGMENT PENDING APPEAL AND ITS SUPPORTING MEMORANDUM OF LAW"

 

Case #: CR19000009-00
Defendant: HILL, BRIAN DAVID

### Defendant Information
Address: MARTINSVILLE, VA 24112
Gender: MALE
Race: WHITE CAUCASIAN (NON-HISPANIC)
DOB: 05/26/****
Attorney: CLARK, MATT

### Case/Charge Information
Defendant Status: BAIL
Filed Date: 01/09/2019
Locality: MARTINSVILLE
Code Section: 18.2-387
Charge: INDECENT EXPOSURE
Case Type: MISDEMEANOR
Class: CLASS 1
Commenced By: GENERAL DISTRICT COURT APPEAL
Offense Date: 09/21/2018
Arrest Date: 09/21/2018
Amended Code Section:
Amended Charge:
Amended Case Type:
Amended Class:

### Appeal Information
Appeal Date:

### Hearing Information

| Date | Time | Result | Type | Courtroom | Plea | Duration | Jury |
|---|---|---|---|---|---|---|---|
| 12/02/2020 | 09:00 AM | | JURY TRIAL | | | | |
| 11/04/2019 | 09:00 AM | | TERM | | | | |
| 08/30/2019 | 09:00 AM | WITHDRAWN | JURY TRIAL | | | | NO |
| 08/27/2019 | 09:00 AM | SET FOR TRIAL | TO BE SET | | | | |
| 07/15/2019 | 09:00 AM | SET FOR TRIAL | ARRAIGNMENT | | NOT GUILTY | | |
| 06/04/2019 | 02:30 PM | GRANTED | BOND | | | | |
| 04/23/2019 | 09:00 AM | CONTINUED MOTION OF DEFENSE | REVIEW | | | | |
| 01/28/2019 | 09:00 AM | CONTINUED MOTION OF DEFENSE | TERM | | | | |




## Martinsville Circuit Court
Case #: **CR19000009-00**
Defendant: **HILL, BRIAN DAVID**

Life/Death:
Sentence Time:
Sentence Suspended:
Program Type:
Probation Type:
Probation Time:
Probation Starts:
Operator License Suspension Time:
Restriction Effective Date:
Operator License Restrictions:
Military:
Traffic Fatality: **NO**
Court/DMV Surrender:
Driver Improvement Clinic:
VASAP:
Restitution Paid:
Restitution Amount:
Fine: *
Costs: *
Fine/Costs Paid:
Fine/Costs Paid Date:

\* This system cannot process online payments at this time. Please refer to ' How to Pay Traffic Tickets and Other Offenses ' for more information.

**Service/Process**                                                                                          ⌄




Virginia Judiciary Online Case Information System    https://eapps.courts.state.va.us/ocis/details;oneCase=true

 



## Martinsville Circuit Court
Case #: CR19000009-00
Defendant: HILL, BRIAN DAVID

| # | Date | Type | | | Description |
|---|---|---|---|---|---|
| 34 | 08/21/2019 | NOTICE | JCC | | APPEAR 08/27/19@9AM |
| 33 | 08/21/2019 | CLERK'S WORKSHEET | JPN | GCG | EMAIL CD JURY TRIAL |
| 32 | 08/20/2019 | CONTINUANCE ORDER | JPN | GCG | CD-TBS ON 8/27 |
| 31 | 08/19/2019 | MOTION | BEW | | CONTINUE 8-30-19 |
| 30 | 08/06/2019 | NOTICE | ERH | | PRIOR CONVICTIONS |
| 29 | 08/01/2019 | ORDER | JCC | GCG | APPOINTED ATTY MATT CLARK |
| 28 | 07/30/2019 | ORDER | JCC | GCG | ATTY L.MCGARRY WITHDRAWN |
| 27 | 07/29/2019 | MOTION | BEW | | PUB. DEFENDER WITHDRAW |
| 26 | 07/26/2019 | MOTION | JCC | | MOT TO SUPPRESS EVIDENCE |
| 25 | 07/26/2019 | MOTION | JCC | | DISCOVERY |
| 24 | 07/15/2019 | ORDER | JCC | GCG | DISCOVERY |
| 23 | 07/19/2019 | MOTION | ERH | | REQ SUB COUNSEL-FILED BY D |
| 22 | 07/19/2019 | MOTION | ERH | | INSANITY DEF-FILED BY DEF |
| 21 | 07/18/2019 | WITNESS LIST | JCC | | COMMONWEALTH WITNESS LIST |
| 20 | 07/15/2019 | NOTICE | JCC | | TO APPEAR 08/30/19@9AM |
| 19 | 07/15/2019 | SCHEDULING ORDER | JCC | | CA OF REQ JURY-SET 8/31@9A |
| 18 | 06/04/2019 | OTHER | JCC | | CONT CUST-07/15/19@9AM |
| 17 | 06/04/2019 | ORDER | JCC | GCG | AGREED ORDER FOR BOND |
| 16 | 06/04/2019 | CLERK'S WORKSHEET | JCC | | MOT FOR BOND |
| 15 | 05/30/2019 | CLERK'S WORKSHEET | JCC | | HILL TURNED HIMSELF IN |
| 14 | 05/30/2019 | CLERK'S WORKSHEET | JCC | | EMAIL TO A.HALL-TRIAL DAT |
| 13 | 02/01/2019 | CLERK'S WORKSHEET | JCC | | EMAIL FROM CWS-CAPIAS |
| 12 | 01/30/2019 | CLERK'S WORKSHEET | JCC | | EMAIL TO CWA ABOUT CAPIAS |
| 11 | 06/04/2019 | OTHER | JCC | | RELEASE ORDER |
| 10 | 06/04/2019 | BOND | JCC | | |
| 9 | 05/31/2019 | MOTION | BEW | | MOTION FOR BOND |
| 8 | 05/29/2019 | MOTION | BEW | | EARLIER TRIAL DATE |
| 7 | 04/08/2019 | MOTION | ARP | | FILE EVIDENCE BEFORE TRIAL |
| 6 | 02/06/2019 | ORDER | JCC | GCG | DISCOVERY |
| 5 | 02/06/2019 | RESPONSE | JCC | | MOT FOR RECIPROCAL DISCOVE |
| 4 | 01/23/2019 | MOTION | JPN | | TO ADMIT EVIDENCE |
| 3 | 01/09/2019 | EVALUATION REPORT | TTM | | PSYCHOLOGICAL EVAL-GDC |
| 2 | 01/09/2019 | CCRE (NUMBER ONLY) | TTM | | |
| 1 | 01/09/2019 | GD PAPERWORK | TTM | | |





Case 1:13-cr-00435-TDS   Document 193-4   Filed 09/18/19   Page 4 of 4