**U.S.W.G.O.** ALLY of QANON
Brian D. Hill – Ally of QANON
310 Forest Street, Apt. 1
Martinsville, VA 24112





7017 2680 0000 5750 9146





Clerk of the Court
U.S. District Court
324 W. Market Street
Greensboro, NC 27401-2544



RECEIVED
In This Office
SEP 23 2019
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC

27401-254472