

**U.S.W.G.O.** *Brian D. Hill signed*

Brian D. Hill - Ally of QANON
310 Forest Street, Apt. 1
Martinsville, VA 24112


CERTIFIED MAIL


7017 2680 0000 5750 9153



U.S. POSTAGE PAID
FCM LG ENV
MARTINSVILLE, VA 24112
SEP 25, 19
AMOUNT
**$4.95**
1000   27401   R2305M146971-21



RECEIVED
In the Office
SEP 30 2019
CLERK U.S. DISTRICT COURT
GREENSBORO, NC



INSPECTED

Clerk of the Court
U.S. District Court
324 West Market Street, Suite 1
Greensboro, NC 27401





① No New World Order
MWG1 WGA