FILED: October 3, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2077
(1:13-cr-00435-TDS-1)

_____

In re: BRIAN DAVID HILL

          Petitioner

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
|---|---|
| Date Petition Filed: | 10/02/2019 |
| Petitioner(s) | Brian David Hill |
| Appellate Case Number | 19-2077 |
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |