FILED: October 3, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2077
(1:13-cr-00435-TDS-1)
_____

In re: BRIAN DAVID HILL

      Petitioner

_____

O R D E R
_____

The court grants petitioner leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk