

# P RIORITY®
# MAIL



**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

We Are Q   No New World Order
WWG1WGA

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

P S 00001000014

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

PRESS FIRMLY TO SEAL        PRESS FIRMLY TO SEAL



U.S. POSTAGE PAID
PM 2-Day
MARTINSVILLE, VA
24112
OCT 02, 19
AMOUNT
**$10.85**
1006   27401   R2304N117627-13

# UNITED STATES POSTAL SERVICE®

## PRIORITY® MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7015 0640 0006 0646 2519

**FROM:**

**U.S.W.G.O.** Q Brian D. Hill signed
**Brian D. Hill - Ally of QANON**
310 Forest Street, Apt. 1
Martinsville, VA 24112



RECEIVED
In This Office
OCT 0 4 2019
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC

**INSPECTED**

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

**TO:**

**Clerk of the Court
U.S. District Court
324 West Market Street, Suite 1
Greensboro, NC 27401**

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

* Domestic only.   * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.