# APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 10/03/19 | **District:** Middle District of North Carolina | **District Case No.:** 1:13CR435-TDS-1 |
| ___ First NOA in Case | **Division:** GREENSBORO | **4CCA No(s). for any prior NOA:** |
| ___ Subsequent NOA-same party | | |
| ___ Subsequent NOA-new party | **Caption:** | **4CCA Case Manager:** |
| ___ Subsequent NOA-cross appeal | UNITED STATES OF AMERICA | |
| ___ Paper ROA  ___ Paper Supp. | v. | |
| Vols: _____ | BRIAN DAVID HILL | |
| Other: Doc #200 SRV Judgment | | |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| | |
|---|---|
| **Confinement-Criminal Case:** | **Fee Status:** |
| ___ Death row-use DP Transmittal | ___ No fee required (USA appeal) |
| ___ Recalcitrant witness | ___ Appeal fees paid in full |
| ___ In custody | **Criminal Cases:** |
| ___ On bond | ✓ District court granted & did not revoke CJA status (continues on appeal) |
| ___ On probation | ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) |
| **Defendant Address-Criminal Case:** | ___ District court never granted CJA status (must pay fee or apply to 4CCA) |
| | **Civil, Habeas & 2255 Cases:** |
| | ___ Court granted & did not revoke IFP status (continues on appeal) |
| | ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) |
| | ___ Court never granted IFP status (must pay fee or apply to **District Court**) |
| **District Judge:** THOMAS D. SCHROEDER | **PLRA Cases:** |
| | ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) |
| **Court Reporter (list all):** Jane Calhoun, Joseph Armstrong, Briana Bell | ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| | **Sealed Status (check all that apply):** |
| | ✓ Portions of record under seal |
| | ___ Entire record under seal |
| | ___ Party names under seal |
| **Coordinator:** Keah Marsh | ___ Docket under seal |

| **Record Status for Pro Se Appeals (check any applicable):** | **Record Status for Counseled Appeals (check any applicable):** |
|---|---|
| ___ Assembled electronic record transmitted | ___ Assembled electronic record available if requested |
| ___ Additional sealed record emailed to 4cca-filing | ___ Additional sealed record available if requested |
| ___ Paper record or supplement shipped to 4CCA | ___ Paper record or supplement available if requested |
| ___ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ___ In-court hearings held – all transcript on file |
| ✓ In-court hearings held – all transcript not on file | ___ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

**Deputy Clerk:** /s/ Joy Daniel    **Phone:** 336-332-6030    **Date:** 10/07/19

03/2011