

From:
Brian D. Hill - Ally of QANON
310 Forest Street, Apt. 1
Martinsville, VA 24112

Signed: Brian D. Hill

To:
Notice of Appeal - Order 198
Clerk of the Court
U.S. District Court
324 West Market Street, Suite 1
Greensboro, NC 27401

REJECTED
INSPECTED
CLERK, U.S. DISTRICT C...
OCT 09 2019

Postmark: 05 OCT 2019
U.S. POSTAGE FCM LETTER
MARTINSVILLE, VA 24112
OCT 05, 19
AMOUNT $4.35
R2305K137062-21



Drain The Swamp
Qanon
No New World Order
WWG1WGA