PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED





U.S. POSTAGE PAID
PM 2-Day
MARTINSVILLE, VA
24112
OCT 10.19
AMOUNT

**$3.50**

1006      27401      R2305M146971-10



**Retail**

This envelope is made from post-consumer waste.

# P

## US POSTAGE PAID

### $7.35

Origin: 24112
10/10/19
5156520362-10

## PRIORITY MAIL 2-DAY ®

0 Lb 2.40 Oz

1006

EXPECTED DELIVERY DAY:  10/12/19

SHIP
TO:

324 W MARKET ST
GREENSBORO NC 27401-2513

C023

### USPS TRACKING NUMBER



9505 5104 2592 9283 0881 28

Oct 2018

P S00001000014      OD: 12 1/2 x 9 1/2



**FROM:**

## U.S.W.G.O. *Brian D. Hill*

**Brian D. Hill - Ally of QANON**
**310 Forest Street, Apt. 1**
**Martinsville, VA 24112**



7019 1120 0001 4751 4719

RECEIVED

OCT 11 19

CLERK, U.S. DISTRICT COURT
GREENSBORO, NC

1:04pm CB

INSPECTED

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

**TO:**

## Clerk of the Court
## U.S. District Court
## 324 West Market Street, Suite 1
## Greensboro, NC 27401

To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

✱ Domestic only.   ✕ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

Case 1:13-cr-00435-TDS   Document 205-1   Filed 10/11/19   Page 1 of 2



**UNITED STATES POSTAL SERVICE**®



**TRACKED***
★ ★ ★
**INSURED***
★

# PRIORITY®
# MAIL

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

*We Are Qanon*
*No New World Order*
*Drain The Swamp*
*WWG1WGA*
*JusticaForUSWGO.wordpress.com*

**VISIT US AT USPS.COM**®
ORDER FREE SUPPLIES ONLINE



P S 0 0 0 0 1 0 0 0 0 1 4

**EP14F Oct 2018**
**OD: 12 1/2 x 9 1/2**

✻ Domestic only.   ✕ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.