# Exhibit 1

USWGO
QANON // DRAIN THE SWAMP
MAKE AMERICA GREAT AGAIN



UNITED STATES DISTRICT COURT CASE NO. 1:13-CR-435-1
MIDDLE DISTRICT OF NORTH CAROLINA

Exhibit in attachment to "PETITIONER'S SECOND MOTION FOR SANCTIONS AND TO VACATE JUDGMENT THAT WAS IN PLAINTIFF'S/RESPONDENT'S FAVOR -- MOTION AND BRIEF / MEMORANDUM OF LAW IN SUPPORT OF REQUESTING THE HONORABLE COURT IN THIS CASE VACATE FRAUDULENT BEGOTTEN JUDGMENT OR JUDGMENTS"

OUTDOORS AND SPORTS
# DICK & WILLIE PASSAGE RAIL TRAIL

**ADDRESS**
699 Liberty St.
Martinsville, VA 24112

**PHONE**
276-634-4640

**CITY**
Martinsville
**LOCALITY**
Martinsville City

**EMAIL US**
mailto:radams@co.henry.va.us

**VISIT SITE**
http://www.henrycountyva.gov/parksandrec

The Dick and Willie Passage Rail Trail is a beautiful 4.5 mile paved rail trail that is located in Martinsville and Henry County. The trail begins at Virginia Avenue and ends near Mulberry Creek in Martinsville. The trail can be accessed at one of four locations; Virginia Avenue, Liberty St., Doyle St and Fisher St. This trail is great for walking, biking, running or rollerblading.

This trail is part of the former Danville and Western Railroad. Train enthusiasts will enjoy reading stories about the history of the rail line on the many signs located along the trail. Contact Henry County Parks and Recreation at 276.634.4640 for more information about the trail.

Addresses for trail access location:

- Virginia Avenue - 1094 Virginia Ave., Martinsville, VA
- Liberty Street - 699 Liberty St., Martinsville, VA
- Doyle Street - 220 Doyle St., Martinsville, VA
- Fisher Street - 815 Fisher St., Martinsville, VA

**AMENITIES**

- Family Friendly
- Pet Friendly

**ACCESSIBILITY**



**REGION**

Southern Virginia

Last Updated: 09/15/2015

# What's Nearby



### FAMOUS SUBS & MORE

811 Liberty Street
Martinsville, VA 24112

0.11 MI



### EVERYTHING UNNECESSARY

716 Liberty Street
Martinsville, VA 24112

0.12 MI



### THE VILLAGE OF MARTINSVILLE

240 Commonwealth Blvd.
Martinsville, VA 24112

0.44 MI



### DUNHAM'S SPORTS

240 Commonwealth Blvd.

0.44 MI



### MARSHALLS DEPARTMENT STORE

240 Commonwealth Blvd.
Martinsville, VA 24112

0.44 MI

OFFICIAL TOURISM WEBSITE OF THE COMMONWEALTH OF VIRGINIA • © 2019 VIRGINIA TOURISM CORPORATION