


U.S. POSTAGE PAID
PM 2-Day
MARTINSVILLE, VA
24112
OCT 11, 19
AMOUNT
$5.56
R2304N117627-13




U.S. POSTAGE PAID
PM 2-Day
MARTINSVILLE, VA
24112
OCT 11, 19
AMOUNT
$7.35
R2304N117627-13



UNITED STATES POSTAL SERVICE

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7019 1120 0001 4751 4580

FROM:
**U.S.W.G.O.**
Brian D. Hill - Ally of QANON
310 Forest Street, Apartment 1
Martinsville, Virginia 24112

# PRIORITY® MAIL

B/c
10-12

INSPECTED

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used in...

TO:

Clerk of the Court
U.S. District Court
324 West Market Street, Suite 1
Greensboro, North Carolina 27401



EXPECTED DELIVERY DAY: 10/15/19
USPS TRACKING NUMBER

9505 5104 2593 9284 2784 80
OD: 12 1/2 x 9 1/2



To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

* Domestic only.  × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.




PRIORITY MAIL



RECEIVED
OCT 15 2019
CLERK, U.S. DISTRICT COURT

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

No satanic New World Order
We Are All Qanon
Drain The Swamp
WWG1WGA
JusticeForUSWGO.wordpress.com

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

* Domestic only. × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.