FILED: October 17, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2077
(1:13-cr-00435-TDS-1)

_____

In re: BRIAN DAVID HILL

    Petitioner

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk