FILED:  October 31, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4758
(1:13-cr-00435-TDS-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

BRIAN DAVID HILL

       Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to relieve counsel from further representation on appeal.

The court appoints Edward Ryan Kennedy to represent Brian David Hill on appeal. Counsel is referred to the **CJA Payment Memorandum** and the **CJA eVoucher Page** for information on appointment terms and procedures.

CJA authorization for preparation of transcript is obtained by submitting an AUTH-24 request in the district eVoucher system. New appellate counsel must contact district eVoucher staff for appointment to the underlying district court case

in order to submit the AUTH-24 request for district judge approval and the CJA 24

voucher for transcript payment. Counsel must also submit a Transcript Order Form

to the court reporter and district court and file the same in the court of appeals with

the docketing statement. Upon filing of the Transcript Order Form, the Fourth

Circuit will set deadlines for completion of the transcript.

CJA 20 and 21 vouchers are submitted for payment through the Fourth

Circuit's CJA eVoucher system. Upon receiving email notification of this

appointment from eVoucher, counsel may create CJA 20 and 21 vouchers for use in

maintaining time and expense records and paying for expert services.

In light of this appointment, appellate counsel is granted access to sealed

district court material, with the exception of ex parte or in camera material. Any

transcripts or record material sent to prior counsel shall be provided by prior

counsel to newly appointed counsel. If record items are not available from former

counsel, new counsel should contact the Fourth Circuit Appointments Deputy for

assistance in obtaining these items.

The court having appointed new counsel for purposes of this appeal, any

motion for further substitution of counsel shall be disfavored.

> For the Court--By Direction
>
> /s/ Patricia S. Connor, Clerk