

U.S. POSTAGE PAID
PM 2-Day
MARTINSVILLE, VA
24112
OCT 30, 19
AMOUNT
**$10.85**
1006   27401   R2304N117627-19

# UNITED STATES POSTAL SERVICE®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL®**

**FROM:**
**U.S.W.G.O.** *Brian D. Hill signed*
Brian D. Hill - Ally of QANON
310 Forest Street, Apartment 1
Martinsville, Virginia 24112

# PRIORITY MAIL®



7019 1120 0001 4751 4597

RECEIVED
In the Office
NOV 01 2019

INSPECTED

CLERK, U.S. DISTRICT COURT
GREENSBORO, NC
140

**TO:**

Clerk of the Court
United States District Court
324 West Market Street,
Greensboro, NC 27401

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

× For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

