# Exhibit 1

USWGO
QANON // DRAIN THE SWAMP
MAKE AMERICA GREAT AGAIN



UNITED STATES DISTRICT COURT CASE NO. 1:13-CR-435-1
MIDDLE DISTRICT OF NORTH CAROLINA

Exhibit in attachment to "PETITIONER'S AND CRIMINAL DEFENDANT'S MOTION TO CORRECT OR MODIFY THE RECORD PURUANT TO APPELLATE RULE 10(e) (Doc. #215) -- MOTION AND BRIEF / MEMORANDUM OF LAW IN SUPPORT OF "PETITIONER'S AND CRIMINAL DEFENDANT'S MOTION TO CORRECT OR MODIFY THE RECORD PURUANT TO APPELLATE RULE 10(e)" (Doc. #215)"

In the United States District Court
For the Middle District of North Carolina

| | |
|---|---|
| Brian David Hill, ) | |
| Petitioner/Defendant ) | |
| ) | Criminal Action No. 1:13-CR-435-1 |
| v. ) | |
| ) | Civil Action No. 1:17-CV-1036 |
| United States of America, ) | |
| Respondent/Plaintiff ) | |

# DECLARATION OF ROBERTA HILL IN SUPPORT OF "PETITIONER'S AND CRIMINAL DEFENDANT'S MOTION TO CORRECT OR MODIFY THE RECORD PURUANT TO APPELLATE RULE 10(e)"

I, Roberta Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

I, Roberta Hill, was present at the hearing on September 12, 2019, and I did testify for the defendant. There were omissions of a few testimonies on the transcript for that hearing. I remember hearing the attorney Ms. Pryor ask officer Jones if Brian Hill was being obscene on the night of September 21st and he replied that he wasn't obscene. Another question that wasn't in the transcript was when Ms. Pryor asked officer Jones what was in the backpack and he replied that there was a camera, clothes and a watch.

This is what I believe was omitted from the Transcript that should have been part of that transcript.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2019.

                                                    Respectfully submitted,

                                                    *Roberta Hill* (signature)
                                                             Signed
                                                       Roberta Hill
                                          310 Forest Street, Apt. 1
                                        Martinsville Virginia 24112