# Exhibit 2

USWGO
QANON // DRAIN THE SWAMP
MAKE AMERICA GREAT AGAIN



UNITED STATES DISTRICT COURT CASE NO. 1:13-CR-435-1
MIDDLE DISTRICT OF NORTH CAROLINA

Exhibit in attachment to "PETITIONER'S AND CRIMINAL DEFENDANT'S MOTION TO CORRECT OR MODIFY THE RECORD PURUANT TO APPELLATE RULE 10(e) (Doc. #215) -- MOTION AND BRIEF / MEMORANDUM OF LAW IN SUPPORT OF "PETITIONER'S AND CRIMINAL DEFENDANT'S MOTION TO CORRECT OR MODIFY THE RECORD PURUANT TO APPELLATE RULE 10(e)" (Doc. #215)"

In the United States District Court
For the Middle District of North Carolina

|   |   |
|---|---|
| Brian David Hill, Petitioner/Defendant ) ) ) ) v. ) ) ) United States of America, Respondent/Plaintiff ) ) ) ) | Criminal Action No. 1:13-CR-435-1<br><br>Civil Action No. 1:17-CV-1036 |

# DECLARATION OF BRIAN DAVID HILL IN SUPPORT OF "PETITIONER'S AND CRIMINAL DEFENDANT'S MOTION TO CORRECT OR MODIFY THE RECORD PURUANT TO APPELLATE RULE 10(e)"

I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

I was at the hearing on September 12, 2019, at the Winston-Salem Federal Courthouse, Courtroom 2, and had been present at that hearing while I, Brian David Hill had been present with Renorda Pryor (Attorney) for the case of the Supervised Release Violation.

I had remembered things that were mentioned verbally at the hearing that had not been inside of the transcript file "09-12-19 USA v. Brian D. HIll.pdf" produced by Court Reporter named Briana Bell. I had concerns about this and had produced this federal affidavit on what I believed was omitted on the record by error.

1

This is what I believe was omitted from the Transcript that should have been part of that transcript:

(1) The Assistant U.S. Attorney Anand Prakash Ramaswamy had made a statement or had asked witness Roberta Hill about "Wikipedia" in response to her testimony about "carbon monoxide" in regards to her testimony explaining her research into carbon monoxide, and as to why she thought Brian had exhibited the weird behavior on September 21, 2018. The mentioning of "Wikipedia" by Anand Prakash Ramaswamy was omitted from the Transcript. At least I believe that it was Anand Prakash Ramaswamy as I do not see Renorda Pryor trying to mention the term "Wikipedia" in regards to my mother's claim about carbon monoxide and things she had researched on the internet. I did see her research about carbon monoxide, she had printed PDF files for me in regards to the National Institute of Health and the other articles including one from the Centers for Disease Control. That is why I still remember the words quite clearly about hearing an attorney mention the word "Wikipedia" or something like "it was probably found on Wikipedia" or "it was probably from Wikipedia" or something to that affect. From the Transcript however, the Judge mentioned about "Wikipedia" with no source of that word "Wikipedia" in the Transcript. Shows that the word "Wikipedia" was mentioned by somebody at the hearing/proceeding on the record but I believe it was erroneously omitted from the official transcript. The Judge said on page 58 of that Transcript: *"THE COURT: I mean, it's not -- it's scientific evidence, and there's no indication she's qualified to -- I don't even know what her source was, whether it was Wikipedia or what have you"*. Where did the judge get his opinion about "Wikipedia" in regards to Roberta Hill when it was not mentioned in the Transcript in any other page? I believe anybody who mentioned about the word "Wikipedia" or any comment of "came from Wikipedia" or anything to that affect

2

came before "The Court" made that comment about *"whether it was Wikipedia or what have you"*.

I was also worried that the part of the transcript that I believe was omitted from that particular record, was about the comment about Wikipedia. I was so angry at Ramaswamy over the "Wikipedia" comment that I had made two written statements about that at an earlier time which of course would be my earlier testimony about my viewpoint and response against what I had felt like was that Anand Prakash Ramaswamy had called all of my mother's hard work and research with me being present and witnessing the PDF file printouts of the credible research articles on carbon monoxide poisoning being demeaned as simply sourced from "Wikipedia".

Citing Document #195, Filed 09/30/19, Page 3 of 4:

*"<u>The transcripts still have not yet been furnished by the Court Reporter of that hearing, but Assistant United States Attorney Anand Prakash Ramaswamy ("Ramaswamy") had made a verbal claim at that Final Revocation Hearing that the claimed Carbon Monoxide research was found on Wikipedia on the internet in an attempt to discredit both Roberta Hill (the witness) and Brian David Hill (the Defendant).</u> Exhibit 3 under Document #181-4, was material that was researched by family and was cited from the National Institute of Health, a federal government organization of the United States. If you had noticed the little text in Case 1:13-cr-00435-TDS Document 195 Filed 09/30/19 Page 3 of 20 that exhibit, it says "...ncbi-nlm.nih.gov..." which is a federal government domain name. It also cites reliable sources such as "Kent Olson, MD, FACEP, FACMT, FACCT, Medical Director and Clinical Professor of Medicine & Pharmacy# and Craig Smollin, MD, Assistant Medical Director and Clinical Professor of Medicine". That was not from "Wikipedia" as Ramaswamy had claimed at the SRV revocation hearing. The Judge would have had access to that document (Document #181-4) and didn't care to correct Ramaswamy on the fact that none of the research materials presented in Document #181 and attachments were from this alleged "Wikipedia". That was a lie/falsehood by Ramaswamy and the judge knew that was a lie but he had decided to defend or protect Ramaswamy and ignore the testimony of both Roberta Hill and United States Probation Officer*

3

*Jason McMurray ("McMurray") to give Defendant the maximum punishment for this revocation. Exhibit 6 from Document #181-7 was sourced from the Centers for Disease Control ("CDC") which is also a well-respected federal government agency that deals with public health and safety. So Ramaswamy was attempting to demean these federal agencies as calling them collectively, "Wikipedia" type of source when he had questioned witness Roberta Hill on the stand in an attempt to discredit Brian David Hill's claims and Roberta Hill to make them out to be either incompetent, not credible, or liars."*

Cited from Document #199, Filed 10/04/2019, Page 23 of 26:

*"2. Attached hereto as Exhibit 2, is a true and correct photocopy of a printout of "Autism Spectrum Disorder Fact Sheet"; Prepared by: Office of Communications and Public Liaison, National Institute of Neurological Disorders and Stroke, National Institutes of Health in Bethesda, MD 20892. "All NINDS-prepared information is in the public domain and may be freely copied. Credit to the NINDS or the NIH is appreciated." <u>This did not come from Wikipedia</u>. Total of 9 pages."*

It is ironic that after I had filed two different pleadings with my statements about "Wikipedia" as I was upset about that comment at that hearing and felt that the research from my family of credible sources was all demeaned to simply being sources of this alleged "Wikipedia".

I do also remember Officer Robert Jones talking about a backpack, a watch (or a pocket watch), flashlights, and clothes in my backpack.

The last thing I remembered with my own eyes and ears from the hearing, I was right beside Renorda Pryor at the defense table, and she clearly asked the Government's witness "Robert Jones" about if I was being obscene at the time and the witness responding by saying no or I don't think he was. I thought that was really important as I knew that was said verbally at that hearing and I know Renorda had brought up that question. Even before the hearing, I, Roberta Hill, Stella Forinash, and Kenneth Forinash were all meeting to discuss the case in the

4

federal courthouse building and we mentioned about questions Renorda could ask the Officer and one of them was about whether or not I was obscene. So I am aware that Renorda was going to ask that question in the courtroom and that I had saw the words come out of her mouth when she had asked the witness Officer Sergeant Robert Jones, as to if he thought I was being obscene at that time and he didn't think that I was being obscene. I know this from my own personal knowledge to the best of my abilities.

I wish that had come in the transcript, and I am disappointed to remember my own Attorney asking that question but the question and answer was omitted from the transcript file from Briana Bell.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2019.

Respectfully submitted,

*Brian D. Hill*
Signed        Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 1
Martinsville, Virginia 24112
Phone #: (276) 790-3505

**U.S.W.G.O.**
Former U.S.W.G.O. Alternative News reporter
I stand with QANON/Donald-Trump – Drain the Swamp

5