USPS Priority Mail Express envelope




U.S. POSTAGE PAID
PME 1-Day
MARTINSVILLE, VA
24112
NOV 07 19
AMOUNT
$25.70
R2305K137062-04

1007  27401

PRESS FIRMLY TO SEAL

MAIL EXPRESS
[POSTA]GE REQUIRED

EL334901015US
NOV 08 2019
CLERK U.S. DISTRICT COURT
GREENSBORO, NC

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE ( 276 ) 790-3505
U.S.W.G.O. JusticeForUSWGO.wordpress.com
Brian D. Hill, Ally of Qanon S.O.S.
310 Forest St, Apt. 1
Martinsville, VA 24112

PAYMENT BY ACCOUNT (if applicable)

DELIVERY OPTIONS (Customer Use Only)
☒ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

Q

TO: (PLEASE PRINT)  PHONE ( 336 ) 332-6030
Clerk of the Court
U.S. District Court
324 West Market Street
Greensboro, NC
ZIP+4: 27401-2544

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 24112
Scheduled Delivery Date: 11-8-19
Postage: $25.70
Date Accepted: 11/7/19
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☒ 12 NOON
Insurance Fee:
COD Fee:
Time Accepted: ☐ AM ☐ PM
10:30 AM Delivery Fee:
Return Receipt Fee:
Live Animal Transportation Fee:
Weight: ☒ Flat Rate
Sunday/Holiday Premium Fee:
Total Postage & Fees: $25.70
Acceptance Employee Initials:

INSPECTED

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt / Time / Employee Signature
Delivery Attempt / Time / Employee Signature

LABEL 11-B, SEPTEMBER 2015  PSN 7690-02-000-9996  3-ADDRESSEE COPY

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE




UNITED STATES POSTAL SERVICE
PRIORITY MAIL EXPRESS™




Qanon - Question. Everything

