USPS Priority Mail Express envelope

U.S. POSTAGE PAID
PME 1-Day
MARTINSVILLE, VA
24112
NOV 07 19
AMOUNT
$25.70
R2305K137062-04

1007  27401

PRESS FIRMLY TO SEAL — MAIL EXPRESS — GE REQUIRED

EL 334901015 US
NOV 08 2019
CLERK DISTRICT COURT
GREENSBORO, NC

UNITED STATES POSTAL SERVICE — PRIORITY MAIL EXPRESS

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)  PHONE (276) 790-3505
U.S.W.G.O. JusticeForUSWGO.wordpress.com
Brian D. Hill, Ally of Qanon S.O.S.
310 Forest St, Apt. 1
Martinsville, VA 24112

PAYMENT BY ACCOUNT (if applicable)

DELIVERY OPTIONS (Customer Use Only)
☒ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)  PHONE (336) 332-6030
Clerk of the Court
U.S. District Court
324 West Market Street
Greensboro, NC
ZIP+4: 27401-2544

Q

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 24112
Scheduled Delivery Date: 11-8-19
Postage: $25
Date Accepted: 11/7/19
Scheduled Delivery Time: ☒ 12 NOON
Flat Rate
Acceptance Employee Initials

INSPECTED

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

LABEL 11-B, SEPTEMBER 2015   PSN 7690-02-000-9996   3-ADDRESSEE COPY

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE




UNITED STATES POSTAL SERVICE®




Qanon - Question Everything

