IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:13CR435-1 |
| ) | |
| BRIAN DAVID HILL ) | |

MEMORANDUM OF BRIANA BELL

I, Briana Bell, RPR, am an official court reporter employed by the United States District Court for the Middle District of North Carolina. I have been employed by the United States District Court for the Middle District of North Carolina since August 2008. Prior to that, I was in the Marine Corps as an official court reporter for the military court system from 1995-1999 and was an official court reporter for the Superior Courts of the State of North Carolina from 1999-2008.

I have re-examined the stenographic notes and other materials I used to produce the transcript from the September 12, 2019, hearing. The transcript as certified, CM/ECF Document 215, accurately reflects the proceedings held in this case on September 12, 2019, and no changes and/or modifications need to be made.

This the 18th day of November, 2019.

*Briana Bell*
Briana Bell, RPR