# Exhibit 3

USWGO
QANON // DRAIN THE SWAMP

U.S.W.G.O.

PETITION FOR WRIT OF HABEAS CORPUS
MARTINSVILLE GENERAL DISTRICT COURT CASE NO. C18-3138
MARTINSVILLE CIRCUIT COURT CASE NO. CR19000009-00

Exhibit in attachment to "BRIEF AND EXHIBITS IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS"

# Exhibit 2

USWGO
QANON // DRAIN THE SWAMP
MAKE AMERICA GREAT AGAIN

U.S.W.G.O.

UNITED STATES DISTRICT COURT CASE NO. 1:13-CR-435-1
MIDDLE DISTRICT OF NORTH CAROLINA

Exhibit in attachment to "PETITIONER'S SECOND MOTION FOR SANCTIONS AND TO VACATE JUDGMENT THAT WAS IN PLAINTIFF'S/RESPONDENT'S FAVOR -- MOTION AND BRIEF / MEMORANDUM OF LAW IN SUPPORT OF REQUESTING THE HONORABLE COURT IN THIS CASE VACATE FRAUDULENT BEGOTTEN JUDGMENT OR JUDGMENTS"

1. Photos SANYO01-2, 094-101, starting at 12:29 a.m.

2. Photos SANYO103-109, 110-114, starting at 12:36 a.m.

3. Photos SANYO115-20, starting at 12:51 a.m.

4. Photos SANYO121-122, starting at 1:01 a.m.




5. Photos SANYO123-126, starting at 1:08 a.m., ending at 1:20 a.m.