# Exhibit 12

USWGO
QANON // DRAIN THE SWAMP



PETITION FOR WRIT OF HABEAS CORPUS
MARTINSVILLE GENERAL DISTRICT COURT CASE NO. C18-3138
MARTINSVILLE CIRCUIT COURT CASE NO. CR19000009-00

Exhibit in attachment to "BRIEF AND EXHIBITS IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS"

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 70172680000057509122

Remove ×

Your item was delivered at 2:52 pm on August 7, 2019 in MARTINSVILLE, VA 24112.

## ✓ Delivered

August 7, 2019 at 2:52 pm
Delivered
MARTINSVILLE, VA 24112

---

**Tracking History** ∧

August 7, 2019, 2:52 pm
Delivered
MARTINSVILLE, VA 24112
Your item was delivered at 2:52 pm on August 7, 2019 in MARTINSVILLE, VA 24112.

July 31, 2019
Redelivery Scheduled
MARTINSVILLE, VA 24112

July 24, 2019
Redelivery Scheduled
MARTINSVILLE, VA 24112

July 22, 2019
Redelivery Scheduled
MARTINSVILLE, VA 24112

July 20, 2019, 9:02 am
Notice Left (No Authorized Recipient Available)
MARTINSVILLE, VA 24112

July 20, 2019, 9:00 am
Delivery Attempted - No Access to Delivery Location

MARTINSVILLE, VA 24112

July 20, 2019, 7:50 am
Arrived at Unit
MARTINSVILLE, VA 24112

July 20, 2019, 7:46 am
Out for Delivery
MARTINSVILLE, VA 24112

July 19, 2019, 9:07 pm
Departed USPS Regional Facility
ROANOKE VA DISTRIBUTION CENTER

July 19, 2019, 7:56 pm
Arrived at USPS Regional Facility
ROANOKE VA DISTRIBUTION CENTER

July 19, 2019, 5:01 pm
Departed Post Office
MARTINSVILLE, VA 24112

July 19, 2019, 9:08 am
USPS in possession of item
MARTINSVILLE, VA 24112

Feedback

**Product Information** ∧

| Postal Product: | Features: | See tracking for related item: 9590940235277275749741 |
|---|---|---|
| Priority Mail® | Certified Mail Restricted Delivery<br>Up to $50 insurance included. Restrictions Apply ⓘ | (/go/TrackConfirmAction?tLabels=9590940235277275749741) |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**