# Exhibit 14

USWGO
QANON // DRAIN THE SWAMP



PETITION FOR WRIT OF HABEAS CORPUS
MARTINSVILLE GENERAL DISTRICT COURT CASE NO. C18-3138
MARTINSVILLE CIRCUIT COURT CASE NO. CR19000009-00

Exhibit in attachment to "BRIEF AND EXHIBITS IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS"



Roberta taking photo of wall & ceiling around Brian's fireplace March 2019

carbon monoxide gas & water from gas boiler/furnace & gas hot water heater



Ceiling above Brian's fireplace and below Roberta's fireplace hearth in Brian Hill's apartment

Photo by Roberta (Brian's mom) in March, 2019



water & gas damage on wall beside of fireplace in Brian's apartment photo by Roberta Hill in March, 2019



Photo by Brian's Grandpa Ken
Brian's fireplace right before repairs
April, 2019



Brian's fireplace in his apartment after repairs
Photo by Brian's mom, Roberta
April, 2019



carbon monoxide gas & water damage still in fireplace in JULY, 2019

(old damage — cm detector says "No carbon monoxide — registers at "0"")