# Exhibit 16

USWGO
QANON // DRAIN THE SWAMP



PETITION FOR WRIT OF HABEAS CORPUS
MARTINSVILLE GENERAL DISTRICT COURT CASE NO. C18-3138
MARTINSVILLE CIRCUIT COURT CASE NO. CR19000009-00

Exhibit in attachment to "BRIEF AND EXHIBITS IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS"

# Exhibit 0

USWGO
QANON // DRAIN THE SWAMP
MAKE AMERICA GREAT AGAIN



MARTINSVILLE VIRGINIA CIRCUIT COURT CASE NO. CR19000009-00

UNITED STATES DISTRICT COURT CASE NO. 1:13-CR-435-1
MIDDLE DISTRICT OF NORTH CAROLINA

# Evidence to Martinsville Police explaining why indecent exposure

## Finalized: Thursday, July 18, 2019 - 11:14 PM

> **ATTN:** Police Chief G. E. Cassady — **Carbon Copy should be made for:** Sgt. R. D. Jones
> Martinsville Police Department
> 55 West Church St. Martinsville, VA 24112
> Phone #: 276-638-8751
> Fax #: 276-403-5306
> Certified Mail tracking no.: 7017-2680-0000-5750-9122
> Return receipt tracking no.: 9590-9402-3527-7275-7497-41

ATTN: Police Chief G. E. Cassady; CC: Sgt. R. D. Jones

Dear Hon. Police Chief of Martinsville, Virginia,

I would like to respectfully reach out to your Police Department to bring evidence to your attention which will explain a lot of things and resolve the issue of indecent exposure which your officer Sgt. R. D. Jones had arrested me for on September 21, 2018, General District Court case no. C18-3138, and Circuit Court case no. CR19000009-00. This case has also been the cause of many pleadings being filed on and after Documents #152 on federal court case no. 1:13-cr-435-1, Middle District of North Carolina, concerning the indecent exposure charge.

I also apologize for saying a few cuss words to Sgt. R. D. Jones last year. I have had the diagnosis of Autism Spectrum Disorder (a neurological and mental disorder) for a long time and even have a handicap placard in the Virginia DMV system in Martinsville, as proof of my Autism. However my letter isn't to only inform you of proof concerning my Autism in the Virginia DMV records, but that I wish to present evidence of carbon monoxide gas poisoning which affected me and Roberta Hill (my mother) prior to me being arrested on September 21, 2018. The evidence comes from different sources. Whether the man in the hoodie had existed or whether it was an hallucination caused by the Carbon Monoxide ("CO") gas poisoning, it would give your police department better clarification on why Brian David Hill had made contradictory and/or confusing statements back on September 21, 2018.

Sgt. R. D. Jones was right when he told me that there was more to the story. The proof is now in your hands, that I was a victim of CO gas poisoning since November, 2017. The time of the toxin accumulating in the bloodstream can cause real brain damage, and can lead to inappropriate behaviors, hallucinations, psychosis *(that the person makes a claim that cannot be based on reality)*, mental confusion, Sinus Tachycardia, abnormally high

White Blood Cell ("WBC") count, abnormally high Mean Platelet Volume ("MPV"), and can cause erratic or abnormal type behaviors and/or even chances in behavior.

I would also like to thank your police department, even though they didn't understand why I was naked due to lack of evidence giving a clear proven explanation for why I was out naked, for arresting me and here is why. Had I not been taken out of my apartment and thrown in jail, I would have still suffered more of the carbon monoxide gas and either would have died or suffered enough brain damage to become mentally retarded. I never would be able to live life outside of a hospital or medical facility again had I remained in carbon monoxide poisoning. Luckily, after I was arrested, my mother [who was my caregiver through the Medicaid medical waiver] was forced to work a regular warehouse job where she wasn't home most of the day, each day. So she wasn't around the carbon monoxide gas 24/7 but she still had exposure to such gas in the upper apartment.

The carbon monoxide would explain the weird behavior on September 21, 2018. It doesn't make sense for somebody to be walking out butt naked on a hiking trail at night when wild animals including bears and coyotes were out and can kill an unarmed civilian, especially a naked unarmed civilian. I have type 1 brittle diabetes. I could have died of diabetic low blood sugar which could cause a seizure. I was alone on the hiking trail *(except for what I presumed to be a man wearing a hoodie, he may be real, he may be a hallucination which I had perceived was real)*, with brittle Type 1 diabetes, I make statements on federal court record to having blackouts of my memory, stating that I thought I was drugged around the time I met the man wearing the dark hoodie, I was making contradictory statements towards Sgt. R. D. Jones of law enforcement causing him to personally feel that I was some kind of liar, when in reality carbon monoxide poisoning can have you feeling like you're being watched when you're not or having you see things that other people do not see.

I list all proofs in the following Order of Exhibits:

Exhibit 1)   1-Page typed letter statement from chimney expert witness Pete Compton – Explains that on the date of January 30, 2019, he found evidence of carbon monoxide gas exposure in Apartment 2 and Apartment 1 of 310 Forest Street, Martinsville Virginia, and removed the source of the carbon monoxide gas. The source was metal tin blocking the chimney flues, causing the natural gas appliances *(gas water heater and gas boiler/furnace)* to exhaust gas into both apartments rather than up the chimney. Causing real damage to the home, and

possibly causing bodily damage and/or brain problems to Brian David Hill and Roberta Hill. **Total of 1-page.**

Exhibit 2) Two pages of laboratory results from Sovah Hospital Martinsville medical records from November 19, 2017. One page of ECG reading showing evidence of Sinus Tachycardia ("HILL, BRIAN ID: 000370912 19-Nov-2017 10:06:44 Memorial Hospital of Martinsville"). The other page was Lab Data Results ("MM00370912 MM7805836274 SOVAH Health - Martinsville", "Lab Data Results - Page 1/3 Job 12468 (07/02/2019 14:03) - Page 28 Doc# 9"). Showed abnormally high WBC and MPV levels, as well as abnormal high blood pulse of 105 Beats Per Minute. Usually heart rate goes up when your out jogging, but Brian wasn't jogging because Brian fell and hit his head on the desk in his office after he fell unconscious. Then Brian was able to get up while unconscious, with blood dripping down from his head with an open wound, blood dripped all over the floor and blood was all over his bedroom pillow. Brian's mother found him in his bed, with blood on the pillow with low blood sugar and had called 911. Brian took 4 hours to complete his Obsessive Compulsive Disorder ("OCD") hand washing routine and body washing routine before he was able to get to the Emergency Room at the hospital. The hospital prematurely released him that day without informing Brian of the laboratory results and without informing Brian of the Sinus Tachycardia. Doctor was not informed either, so the abnormal readings were sitting in the medical records until June, 2019. 1-page discharge instructions also included ("MM00370912 MM7805836274 SOVAH Health – Martinsville", "Discharge Instructions - Scanned - Page 1/3 Job 12468 (07/02/2019 14:03) - Page 13 Doc# 6", "MM00370912 MM7805836274 SOVAH Health – Martinsville", "Discharge Instructions - Scanned - Page 2/3 Job 12468 (07/02/2019 14:03) - Page 14 Doc# 6"). **Note for police:** Sinus Tachycardia type abnormal blood pulse was discovered in the "vital signs", around 9:08AM the blood pulse reading for a resting blood pulse was "118" (page not included to condense different proofs without too many pages, if any police officer would like the entire medical record, they may contact Brian D. Hill or Sovah Hospital of Martinsville, Virginia). **Total of 4-pages.**

Exhibit 3) 5 pages from a "Carbon monoxide poisoning (acute)" research study from the National Institute of Health which is a federal government organization. Mentions symptoms of carbon monoxide (BMJ Clin Evid. 2008; 2008: 2103. Published online 2008 Jul 23. PMCID: PMC2907971. PMID: 19445736). **Total of 5-pages.**

Exhibit 4) 2 page excerpt from "TRANSIENT CARDIAC DYSFUNCTION IN

9590-9402-3527-7275-7497-41 – Pages 3 of 9 – 7017-2680-0000-5750-9122

ACUTE CARBON MONOXIDE POISONING" a medical research study in regards to a victim of carbon monoxide poisoning. **Total of 2-pages.**

Exhibit 5) 4-page "Detection of neutrophil–lymphocyte ratio as a serum marker associated with inflammations by acute carbon monoxide poisoning" backed by 5 research studies including a state hospital (Mustafa Karabacak, Kenan Ahmet Turkdogan, Abuzer Coskun, Orhan Akpinar, Ali Duman, Mucahit Kapci2, Sevki Hakan Eren, Pınar Karabacak). Journal of Acute Disease 2015; 4(4): 305–308. **Total of 4-pages.**

Exhibit 6) 2-page report from the Centers for Disease Control and Prevention ("CDC") titled the "CDC - NIOSH Publications and Products - Controlling Carbon Monoxide Hazard in Aircraft Refueling Operations (84-106)". Relevant to carbon monoxide as it mentions the generalized symptoms of carbon monoxide ("CO") gas poisoning. **Total of 2-pages.**

Exhibit 7) Three anonymous greeting cards (possibly with an intent to annoy, harass, or intimidate) and one anonymous threatening greeting card from an unknown assailant or assailants who sent the four mailings from Tennessee with no return address. **Total of 20-pages.**

Exhibit 8) 4 Pages of evidence in regards to proof of mental confusion while in Martinsville City Jail. Two envelopes meant to be sent to a Greensboro, NC federal building, was instead sent to the Greensboro federal building in Martinsville, VA, when Martinsville has no federal buildings. The other mailing was sent to the city farm instead of "55 West Church Street". All three mailings were returned to sender because the addresses didn't make any sense. **Total of 4-pages.**

Exhibit 9) 6 pages from Piedmont Community Services, a month after Brian David Hill was jailed in Martinsville City Jail for the charge of indecent exposure, Brian was diagnosed by forensic psychiatrist Dr. Conrad Daum as to having exhibited psychosis and delusions. Psychosis (as shown in <u>Exhibit 3</u>), is a symptom of carbon monoxide gas poisoning. **Total of 6-pages.**

Exhibit 10) Proof of medical neglect from Sovah Hospital in Martinsville (formerly Martinsville Memorial Hospital). They drawn blood and was going to do a "blood count" test which would have again possibly shown an abnormally high White Blood Cell count and high MPV levels, had the test been conducted. Instead the blood was wasted and the ordered tests were to be deleted from the

chart. Then the hospital released patient Brian David Hill way too early to the custody of Martinsville Police, leading to the wrongful imprisonment of Brian David Hill and led to the carbon monoxide levels never being found out. 7 pages of Hospital record, dated September 21, 2018 (MRN: MM00370912, Account«: MM7806761243). **Note for police:** Sinus Tachycardia ("MM00370912 MM7806761243 SOVAH Health - Martinsville", "ED Physician Record - Electronic - Page 2/4 Job 23328 (05/17/2019 13:34)- Page 5 Doc# 2") type abnormal blood pulse was discovered in the "vital signs" The first blood pulse reading around 4:09AM was "119" for a resting pulse, then around 5:01AM the last resting blood pulse reading was "106". Any blood pulses above 100 beats per minute is "sinus tachycardia". Sinus Tachycarda means that there is a medical problem in the body, and doesn't necessarily mean a heart problem but can increase the risk of a heart attack or stroke. I was released to Martinsville City Jail while medical records admitted that I had sinus tachycardia before I was arrested after being transported to the Hospital after police handcuffed me. **Total of 7-pages.**

Total of 55 pages for all Exhibits. The Exhibit with the most pages is the greeting cards evidence because the writer of those greeting cards who threatened to commit a "controlled action" against Brian D. Hill's mother Roberta Hill sounds like some kind of religious psychopath who wants Roberta to stop the YouTube videos and books. A threat is a threat and threatening to do something to somebody to stop their freedom of speech is against the law.

It should also be noted that evidence had been mailed to the Martinsville Circuit Court in regards to both federal court affidavits (declarations) in regards to the story about the man wearing the hoodie and carbon monoxide poisoning.

Document Seq. 4, 01/23/2019, MOTION TO ADMIT EVIDENCE

Document Seq. 7, 04/08/2019, MOTION TO FILE EVIDENCE BEFORE TRIAL

Document #153 in case no. 1:13-cr-435-1, Middle District of North Carolina, contained statements of Brian David Hill in 2018 having memories blacked out, feeling of being drugged, feeling afraid to sleep in his bed but yet kept his doors unlocked as if needing to escape the house out of fear that something wasn't right. If you have access to a copy of this federal filing which should have been filed with the Circuit Court earlier this year, you will notice that the hand writing was very sloppy compared to other pro se filings.

The truth must be brought out to your Police Department before it is too late. It is morally and ethically wrong to force a trial by jury for a charge of indecent exposure when there is enough cumulative evidence showing different symptoms of CO gas poisoning, evidence of CO residue in and around the chimney of 310 Forest Street Apartments found by material expert witness Pete Compton. This is enough evidence for any reasonable juror to want to throw the charge out.

Your police department isn't at fault for the medical neglect, but that it was Sovah Hospital in Martinsville, Virginia, that discharged me to police custody way too early and caused me to appear to look like a liar, I misunderstood as I didn't understand that I had carbon monoxide poisoning with sinus tachycardia, so I had wrongfully cussed out Sgt. R. D. Jones on September 21, 2018. I am sorry about that, the Hospital staff were the ones in the wrong for releasing me when they saw that I had a blood pulse rate of over 100 which is sinus tachycardia but released me to jail without further testing, and the hospital's failure on November 19, 2017, is the sole cause for what led up to my indecent exposure behavior because they knew that I had exhibited 3 different problems (abnormal WBC, abnormal MPV, Sinus Tachycardia, didn't even let my Medical Doctor know) and failed or refused to keep me confined to the hospital bed until further lab tests were done to determine as to why I had abnormal blood cell counts and Sinus Tachycardia which can all be caused together by carbon monoxide gas poisoning exposure.

On September 21, 2018, the hospital was going to order different lab results after blood was drawn, but they refused the responsibility of conducting the lab work for the blood drawn into vials, and forced the Police Department to have the burden of testing me for possible drugs, alcohol, and abnormal blood cell count. The Police Department has no laboratory results from what I understand when I had asked my former attorney Scott Albrecht to find the laboratory results, so the hospital failed and refused (by their excuses) to do a thorough lab-work and examination to determine medical-wise as to why I was found butt naked on the Dick and Willie hiking trail during the night and had sinus tachycardia level readings.

I do not blame anybody in Martinsville Police Department for refusing to hear my story or misunderstood and thought I was a liar due to me making contradictory statements while I was interviewed as to why I was butt naked on the Dick and Willie hiking trail on September 21, 2018. I do not blame your Police Department for assuming that I was lying and didn't want to believe my story, because I myself did not know that I was under carbon monoxide poisoning. I said the F-word out of frustration to Sgt. R. D. Jones for not believing my story, not understanding why exactly I was sounding contradictory. Now that I know it was carbon monoxide poisoning, it explains my

behavior and a lot of things.

As far as all your officers were aware, I was dazed and/or confused while naked, I had cuts and abrasions all over my body, I had sinus tachycardia with a resting blood pulse reading of "119" on the day that I was jailed, I was prematurely released from the hospital without conducting the proper laboratory work to determine why I was butt naked on a hiking trail at night, and making contradictory statements because I had mental confusion. The man in the hoodie may have been a hallucination, it may not be, but the fact that I was making confusing statements to Sgt. R. D. Jones and then cussing him out when I haven't ever cussed out law enforcement before, shows behavioral abnormality. When I was given the mental evaluation ordered by the General District Court in November, 2018, the carbon monoxide would have been out of my body/system around that time, so the psychologist that evaluated me would never have seen any of the symptoms of carbon monoxide unlike the diagnosis of "psychosis" by Dr. Daum of Piedmont Community Services, as he had evaluated me and diagnosed me with "psychosis" closer to the time that I was arrested. So for the psychologist in November to say that I was competent to stand trial and was competent at the time of the offense, did not take any of the issues I had raised into account. Therefore that mental evaluation of November 2018 is no longer valid and a new evaluation should be conducted by the Circuit Court if the Commonwealth Attorney wishes to continue the jury trial. That 2018 evaluation had not known about the sinus tachycardia, and all other cumulative evidence which altogether paints a pretty convincing picture of carbon monoxide poisoning, did not know about the mental confusion where three letters were sent to the wrong addresses and were returned to sender before Brian David Hill was given a diagnosis of "psychosis" and delusions.

These are the carbon monoxide symptoms I had exhibited while I had been exposed to Carbon Monoxide gas in my apartment: (1) Sinus Tachycardia; (2) abnormally high White Blood Cell count; (3) abnormally high Mean Platelet Volume level; (4) abnormal high heart rate of 105 Beats Per Minute for a resting heart pulse rate; (5) Psychosis; (6) possible hallucinations; (7) mental confusion; (8) impulsive or inappropriate behavior (personality changes) which was not normally exhibited; and (9) loss of consciousness on November 19, 2017. I also remember that there were times when I may have had "Urinary incontinence" because when I was coughing or sneezing some urine went into my underwear even though at the time I did not have to run to the bathroom. I never thought that was also another symptom of CO gas poisoning, I assumed that it was high blood sugar. Exhibit 3 mentions "incontinence".

Also note to Police: Witness Stella Forinash and Kenneth Forinash had witnessed my mother Roberta Hill's head was shaking a lot, which looks like she had Parkinson's

disease. So my mother had exhibited the symptom of "Parkinsonism" as documented in Exhibit 3.

So I have up to at least 8 or more symptoms of carbon monoxide, and that doesn't include the testimony from Pete Compton. He is willing to be questioned by your Police Department and Commonwealth Attorney in regards to my home being exposed to possibly up to dangerous amounts of CO gas. When exposure is for many months, it can deteriorate someones health and mental state.

The attached evidence and explanation in this letter shall be more evident, clear, and believable compared to my September 21, 2018 statements about a man wearing a hoodie. There may still be a man wearing a dark hoodie, as Exhibit 7 showed that my mother had received a threatening greeting card where a "controlled action" would be conducted against her if she had not cease her writings and YouTube videos. Whatever the case may be, there is more to the story, and I didn't even know on September 21, 2018, that I was under carbon monoxide poisoning. My apologies to officer R. D. Jones.

Had I known about the carbon monoxide poisoning in November 2017 when I had abnormal lab results, I would have taken steps to evacuate my home until the Henry County Fire Marshal and inspectors and the Fire Department would have been notified, investigated the carbon monoxide, and would have rid the home of the poison/toxin before I would move back into my apartment. That would have prevented me from engaging in the act of being naked on the Dick and Willie hiking trail on September 21, 2018, and thus the charge of indecent exposure never would have been filed against me. The hospital of Sovah Hospital in Martinsville is to blame for not preventing what led up to my abnormal behavior on September 21, 2018, for failing and refusing to thoroughly conduct further laboratory tests which would have led to the discovery of carbon monoxide levels in my body. Because the hospital failed to investigate why I had dangerously high white blood cell count in November 2017 after my severe fall in November (*could have been cancer, an infection, etc etc*) and Sinus Tachycardia, they failed to find the levels of carbon monoxide and thus put me wrongfully under criminal liability of indecent exposure on September 21, 2018. Sovah Hospital is responsible for all of my suffering that was caused by me being under carbon monoxide poisoning. I shouldn't be imprisoned as a result of this wrongful charge of indecent exposure which would be an insult to justice.

Therefore I present this evidence, all attached evidence, to your Police Department pursuant to the criminal investigation and charge of indecent exposure on September 21, 2018. This evidence will also be forwarded to the L. Richardson Preyer Federal Building and United States Courthouse to file as evidence pertinent to the

Case 1:13-cr-00435-TDS   Document 221-17   Filed 11/20/19   Page 10 of 14

Supervised Release Violation charge, and may also be filed as evidence in the Circuit Court in a new pro se motion to Admit Evidence for the Jury Trial.

I am sorry I didn't notify you about this issue earlier, but I wanted to gather as much proof as humanly possible before mailing it all to you. I am retaining a copy of this evidence for the record and will be filed with the Federal Court as well. I hope that you can reopen the investigation into the indecent exposure and place this evidence in your investigative file for that case.

Thank You, God Bless America

Signed, *Brian D. Hill*
Signed

Brian D. Hill
Former U.S.W.G.O. Alternative News reporter
Phone #: 276-790-3505
Mailing Address: 310 Forest Street, Apartment 1, Martinsville, Virginia 24112



QANON – DRAIN THE SWAMP
Amazon: The Frame Up of Journalist Brian D. Hill
Stanley's 2255 blog: JusticeForUSWGO.wordpress.com
Brian D. Hill asks President Donald John Trump and QANON for help

– Exhibits Attached Hereto –

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>ATTN: Chief G. E. Cassady<br>Martinsville Police Department<br>55 West Church St.<br>Martinsville, VA 24112 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3527 7275 7497 41 | 3. Service Type<br>☐ Adult Signature<br>☒ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise |
| 2. Article Number (Transfer from service label)<br>7017 2680 0000 5750 9122 | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | $2.80 | 0362 |
| --- | --- | --- |
| Extra Services & Fees (check box, add fee as appropriate) | | 13 |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $8.80 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | JUL 19 2019 |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $7.35 | 07/19/2019 |
| Total Postage and Fees | $18.95 | |

Sent To: ATTN: Chief G. E. Cassady
Street and Apt.: Martinsville Police Department
City, State, ZIP: 55 West Church St.
Martinsville, VA 24112

7017 2680 0000 5750 9122

PS Form 3800

---

MARTINSVILLE
1123 SPRUCE ST
MARTINSVILLE, VA 24112-9998
515652-0362
(800)275-8777
07/19/2019 09:12 AM

| Product | Qty | Unit Price | Price |
| --- | --- | --- | --- |
| PM 1-Day (Domestic) (MARTINSVILLE, VA 24112) (Weight:0 Lb 13.30 Oz) (Expected Delivery Day) (Saturday 07/20/2019) | 1 | $7.35 | $7.35 |
| Return Receipt (USPS Return Receipt #) (9590940235277275749741) | | | $2.80 |
| Cert Mail RstrDel (Recipient name) (G E CASSADY) (USPS Certified Mail #) (70172680000057509122) | | | $8.80 |
| Total: | | | $18.95 |

| Cash | $20.00 |
| --- | --- |
| Change | ($1.05) |

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5250-0004-003-00041-12438-02

or scan this code with
your mobile device:

