PRESS FIRMLY TO SEAL          PRESS FIRMLY TO SE

U.S. POSTAGE PAID
MARTINSVILLE, VA
24112
NOV 19 19
AMOUNT
$7.35
R2504N117027-13
1006      27401






**UNITED STATES**
**POSTAL SERVICE** RECEIVED

NOV 19 2019

CLERK, _____ COURT

SPH 199

# PRIORITY®
# MAIL

FROM:
# U.S.W.G.O.
Brian D. Hill - Ally of QANON
310 Forest Street, Apartment 1
Martinsville, Virginia 24112

■ Date of delivery specified■
■ USPS TRACKING™ included to many major
  international destinations.


INSPECTED

EXPECTED DELIVERY DAY: 11/21/19

USPS TRACKING® NUMBER

9505 5104 2693 9323 2861 55

To schedule free
Package Pickup,
scan the QR code.

TO:

Clerk of the Court
United States District Court
324 West Market Street,
Greensboro, NC 27401

P S00001000014      EP14F Oct 2018
                     OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

✱ Domestic only.   ✕ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

This envelope is made from post-consumer waste. Please recycle again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.