# Exhibit 9

USWGO
QANON // DRAIN THE SWAMP



UNITED STATES DISTRICT COURT CASE NO. 1:13-CR-435-1
UNITED STATES DISTRICT COURT CASE NO. 1:17-CV-1036
MIDDLE DISTRICT OF NORTH CAROLINA

Exhibit in attachment to "Petitioner's Third Motion for Sanctions, Motion for Default Judgment in 2255 case and to Vacate Judgment that was in Plaintiff's/Respondent's Favor -- Motion and Brief/Memorandum of Law in support of Requesting the Honorable Court in this case grant request for Default Judgment and Vacate Fraudulent begotten Judgment or Judgments"

