# UNITED STATES POSTAL SERVICE

## CERTIFIED MAIL

7019 1120 0001 4751 4627

## PRIORITY MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

27401
R2304N117627-13

**FROM:**



Brian D. Hill - Ally of QANON
310 Forest Street, Apartment 1
Martinsville, Virginia 24112

RECEIVED
In this office
NOV 21 2019
CLERK, U.S. DISTRICT COURT
Greensboro, NC
SEA 145

INSPECTED

**TO:**

Clerk of the Court
United States District Court
324 West Market Street,
Greensboro, NC 27401

* Domestic only.   ✕ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

 

# PRIORITY® MAIL

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*



PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

\* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.