FILED:  November 25, 2019

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 19-2338
(1:13-cr-00435-TDS-1)

_____

In re: BRIAN DAVID HILL

Petitioner

_____

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
|---|---|
| Date Petition Filed: | 11/22/2019 |
| Petitioner(s) | Brian David Hill |
| Appellate Case Number | 19-2338 |
| Case Manager | Jeffrey S. Neal 804-916-2729 |