

**PRIORITY MAIL**

MARTINSVILLE, VA 24112
NOV 23, 19
AMOUNT
$10.85
1006  27401  R2305M146971-19

**CERTIFIED MAIL**
7019 1120 0001 4751 4702

**FROM:**
**U.S.W.G.O.**  Brian D. Hill signed
Brian D. Hill - Ally of QANON
310 Forest Street, Apartment 2
Martinsville, Virginia 24112

Qanon S.O.S. help me protect me

RECEIVED In This Office NOV 25 2019 CLERK, U.S. DISTRICT COURT GREENSBORO, NC
INSPECTED

**TO:**
Clerk of the Court
United States District Court
324 West Market Street,
Greensboro, NC 27401

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.
* Domestic only

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP


PS00001000014
EP14F Oct 2018
OD: 12 1/2 x 9 1/2

Epstein didn't kill himself - Research the truth

* Domestic only.  × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.




**PRIORITY MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

Qanon S.O.S. help me
WWG1WGA
Jeffrey Epstein didn't kill himself
JusticeForUSWGO.wordpress.com



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

* Domestic only. ✕ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.