

MARTINSVILLE, VA 24112
NOV 23, 19
AMOUNT
$10.85
1006    27401    R2305M146971-19

**PRESS FIRMLY TO SEAL**    **PRESS FIRMLY TO SEAL**



**UNITED STATES POSTAL SERVICE**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7019 1120 0001 4751 4702

**PRIORITY MAIL**

FROM:

**U.S.W.G.O.**   Brian D. Hill / signed
Brian D. Hill - Ally of QANON
310 Forest Street, Apartment 2
Martinsville, Virginia 24112

Qanon S.O.S.  help me protect me

RECEIVED
In this office
NOV 25 2019
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC

INSPECTED

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.
* Domestic only

TO:

Clerk of the Court
United States District Court
324 West Market Street,
Greensboro, NC 27401

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS00001000014    EP14F Oct 2018
OD: 12 1/2 x 9 1/2

Epstein didn't kill himself - Research the truth

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.




PRIORITY MAIL

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

Qanon S.O.S. help me
WWG1WGA
Jeffrey Epstein didn't kill himself
JusticeForUSWGO.wordpress.com



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

* Domestic only. × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.