IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | 1:13CR435-1 |
| | ) | |
| BRIAN DAVID HILL | ) | |

**ORDER**

Before the court is Defendant Brian David Hill's *pro se* motion entitled "Emergency Motion for Permission to Travel." (Doc. 225.) Defendant is requesting permission to travel on December 5, 2019, outside of his curfew, which was added as a condition to his release at the revocation hearing on September 12, 2019, in order to self-report to FMC Lexington on December 6, 2019. The court notes that at the sentencing hearing, the court granted Mr. Hill's request to self-report to the facility designated by the Bureau of Prisons. For good cause shown, therefore,

IT IS ORDERED that the Defendant's request is granted, and he is allowed to travel to FMC Lexington on December 5, 2019, and to stay overnight, in order to self-report by December 6, 2019, in accordance with the judgment entered October 7, 2019. (Doc. 200.)

                                                                     /s/   Thomas D. Schroeder
                                                         United States District Judge
November 26, 2019