FILED: November 27, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-7756
(1:13-cr-00435-TDS-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

BRIAN DAVID HILL

      Defendant - Appellant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
|---|---|
| Originating Case Number | 1:13-cr-00435-TDS-1 |
| Date notice of appeal filed in originating court: | 11/25/2019 |
| Appellant(s) | Brian David Hill |
| Appellate Case Number | 19-7756 |
| Case Manager | Jeffrey S. Neal<br>804-916-2729 |