FILED: November 20, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4758
(1:13-cr-00435-TDS-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BRIAN DAVID HILL

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to appellant's emergency motion for stay of imprisonment pending appeal, the court denies the motion.

Entered at the direction of Judge Harris with the concurrences of Judge Diaz and Judge Rushing.

    For the Court

    /s/ Patricia S. Connor, Clerk