# Exhibit 1

USWGO
QANON // DRAIN THE SWAMP
MAKE AMERICA GREAT AGAIN



UNITED STATES DISTRICT COURT CASE NO. 1:13-CR-435-1
MIDDLE DISTRICT OF NORTH CAROLINA

Exhibit in attachment to "MOTION TO RECONSIDER – REQUEST FOR HOME DETENTION IN LIEU OF REMAINDER OF THE NINE (9) MONTHS OF IMPRISONMENT"

In the United States District Court
For the Middle District of North Carolina

| | |
|---|---|
| Brian David Hill,<br>Petitioner/Defendant | )<br>)<br>) |
| v. | ) Criminal Action No. 1:13-CR-435-1<br>)<br>) Civil Action No. 1:17-CV-1036 |
| United States of America,<br>Respondent/Plaintiff | )<br>)<br>)<br>) |

## DECLARATION OF BRIAN DAVID HILL IN SUPPORT OF "MOTION TO RECONSIDER – REQUEST FOR HOME DETENTION IN LIEU OF REMAINDER OF THE NINE (9) MONTHS OF IMPRISONMENT"

I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

I am Brian D. Hill. I have been compliant with all of my bond conditions since my release on May 14, 2019. I have attended all appointments of Piedmont Community Services but had to reschedule one for a conflicting medical appointment on December 4, 2019. The imprisonment of 9 months as ordered in Document #200 has interfered with my ability to continue services at Piedmont Community Services.

I had been enrolled in the REACH crisis prevention organization or program in 2019 after my release on bond conditions. My family had somebody from REACH meet with me while I was at Martinsville City Jail in 2018, I believe it may have been Scott Law or something like that. They are there to help in emergency mental

1

health crisis situations which can lead to hospitalization and/or incarceration. I had been seeing somebody from REACH and she showed up at 9:30AM on December 4, and November 27, 2019, two times to help me with creating a crisis prevention plan or something like that. REACH was not ordered by Probation, but was pushed for by my family and I had agreed to participate in REACH services on my own volition and they also interact with Piedmont Community Services.

I had to reschedule the case management appointment on December 4, 2019, because of a conflicting medical appointment that was important to me as I am soon heading to prison and couldn't wait for a pending $2.00 sick call request at the prison. I had asked to reschedule the appointment until after I am released from prison. If the Court of Appeals stays the judgment or stays the imprisonment on Document #200, then I will go ahead and continue with my mental health services and continue complying with my conditions of Supervised Release, and meet with the case manager in December if her scheduling permits and continue taking my medications. I am taking an anti-anxiety medication known as Zoloft, for anti-anxiety purpose. It may be under a different brand or generic brand but I am aware of the medication is known as Zoloft and this medication I am taking as I am aware of is known as Zoloft. I did not take this medication prior to me being arrested by Martinsville Police on September 21, 2018. After I saw Dr. Conrad Daum in Martinsville City Jail, one of the medications I was prescribed and continue taking even till this day is Zoloft. Jason McMurray is also aware that I am taking this medication and ensures that I continually take this medication. I have no objection to taking this medication.

I apologize about what had happened on September 21, 2018. I can't prove the levels of carbon monoxide gas in my body but only have cumulative evidence pointing to carbon monoxide symptoms, so all I can do is apologize to the Court

2

and to the U.S. Probation Office and Officer McMurray about what had happened. It will never happen again, I had kept my word since filing Document #153, page 9 of 11, said from my written words that "...*I swear under Oath that it will never happen again.*" Again I had kept my word. I was not in my right mind on September 21, 2018, I have already suffered enough imprisonment from the date of my Federal Detainer (*that I was served a copy of*) of November 15, 2018, until my release date on May 14, 2019. I have already served approximately 6 months of imprisonment.

I have no objections to alternative form of incarceration such as home detention for the remainder of my prison sentence rather than Federal Imprisonment. It would save resources of the Department of Justice, Federal Bureau of Prisons. They should be housing those that really need to be imprisoned.

At FCI-1 Butner, during the mental evaluation this year by Dr. Dawn Graney as was ordered by the U.S. District Court in Roanoke, Virginia concerning competency, I was manipulated by an inmate named Willie Rodgers into believing that Zackery Hamby was going to file a false sexual claim against me, Brian David Hill. Willie Rodgers told me that I have to be smart (or clever, *from what I remember*) like a fox and take him down before he takes me down. I was given that state of mindset at that time that if I didn't act to destroy the enemy, the enemy would destroy me and ruin my life forever. I was afraid of what I had heard from Willie Rodgers and was very afraid that a false report against me would ruin any chance of me proving actual innocence in my 2255 case and would possibly lead to my wrongful civil commitment as well as increase my criminal security score against me, so I was manipulated psychologically by Willie Rodgers who was also an inmate there for a mental evaluation, once in there he was in the North Carolina Unit, Willie had me to type up a false PREA complaint against Zackery Hamby. I

3

am also aware that Willie Rodgers also may have aided in an inmate escape attempt where a black inmate with one word of his name being a "Hill" had got past the first fence and failed as he was caught but caused North Carolina Unit to be more restrictive like the Maryland Unit. I was told that Willie Rodgers was alone with the very inmate who had done an escape attempt before it had happened. Also during that escape attempt, Willie Rodgers was late coming back to North Carolina Unit. Willie Rodgers is a good manipulator as he had me convinced that inmate Zackery Hamby was out to get me because I wasn't cleaning bathrooms for him and being his servant or slave with a constant threat from Zackery Hamby that I will face an incident report or that he would go to Counselor Taylor if I did not do what he says as my ICP but later I found out that he had lied about things and may not have been my ICP. After the false PREA was entered, I was confronted with this issue by SIS and the Lieutenants, I admitted right then and there that I was manipulated to file a false PREA complaint on Zackery Hamby (*this was again, out of fear that a false report would be written on me and ruin any change of me coming back to my family which scared me half to death*), and was manipulated by inmate named Willie Rodgers. Willie Rodgers has also beaten an inmate until his hip was broke in three places. That same Willie Rodgers had almost considered beating me up until the likely scenario would have been that my hips were to be broken like the other inmate that may be unable to walk for the rest of his life for making Willie Rodgers angry. Willie Rodgers was causing a lot of problems in North Carolina Unit by manipulating other inmates including myself. He acted like a puppet master. I was thrown in the Special Housing Unit (SHU) with an incident report, I started to have a meltdown at one point because I didn't think it was fair that I was forced into a Federal Prison for an evaluation to only be manipulated into a situation of being charged with an incident report, and got depressed until somebody from CTP Administration ordered my release from

4

the SHU. I had apologized for being manipulated like a puppet to filing a false PREA, this is the main reason why imprisonment should be discouraged by this Court. I feel that imprisonment is not going to help me at all, and will not help me continue complying with Supervised Release.

I have been respectful to Jason McMurray and other Probation Officers working with him that came to my home. I have complied with every condition and there has been no issues under the bond conditions. Another incident at FCI-1 Butner this year was where an inmate begged me for commissary stamps to give to him to help him mail off something for somebody in his family, a daughter I think he claimed he had, and I just trusted that he needed them and gave that inmate almost an entire book of stamps, it may have been 12 stamps or around that number as far as I remember but that amount was a lot of stamps to me. Later that inmate lied and claimed he never got stamps and demanded more from me. Prison does not benefit me at all and does not do anything to increase my compliance but can cause problems with my Autism and OCD, can make me in worse shape.

I have attended all counseling appointments, I was planning to continue more counseling. I was wanting to continue my services with REACH. I want to try programs recommended by Piedmont Community Services to do adult daycare or activity programs where I can hang out with others around my age who also have mental disabilities like me and aren't felons so being in contact with them would not violate my conditions since that program is not catered specifically to felons. Prison is for felons usually, and any socialization would be futile to my conditions of Supervised Release. The Court should be helping me to comply, not making it easier to possibly violate my conditions. I believe the Court should refrain from imprisonment but instead give me the remainder of my imprisonment sentence on home detention so that I can continue receiving services from mental health

5

providers, and be constructive in socializing with others with mental disorders and mental disabilities. Be able to make friends that do not cause a violation of the conditions as long as the friends I meet at the mental health programs are not felons.

I feel that imprisonment is too harsh and too much of a burden on me as I have already served a lot of months already. I should continue taking my medication of Zoloft, I should continue with my appointments with Piedmont Community Services. I should be given an alternative form of punishment. I have behaved well with my Probation and have received no infractions during my bond conditions. I have received no charges during my bond conditions. I believe my good behavior with my Probation should be taken into consideration in regards to my sentence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 5, 2019.

Respectfully submitted,

*Brian D. Hill*
Signed

Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505

**U.S.W.G.O.**

Former U.S.W.G.O. Alternative News reporter
I stand with QANON/Donald-Trump – Drain the Swamp