

U.S. POSTAGE PAID
PM 2-Day
MARTINSVILLE, VA
24112
DEC 05, 19
AMOUNT
**$10.85**
R2304N117627-13

27401

# PRIORITY MAIL — UNITED STATES POSTAL SERVICE

PRESS FIRMLY TO SEAL

**FROM:**

U.S.W.G.O.
*Brian D. Hill — Signed*
Brian D. Hill - Ally of QANON
310 Forest Street, Apartment 2
Martinsville, Virginia 24112

Qanon S.O.S. help me
WWG1WGA

**TO:**
Clerk of the Court
United States District Court
324 West Market Street,
Greensboro, NC 27401

*Jeffrey Epstein didn't kill himself — Banned.Video*



CERTIFIED MAIL
7017 1070 0000 3531 7444

RECEIVED
In This Office
DEC 10 2019
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC
CB / 20

INSPECTED


USPS.COM/PICKUP
To schedule free Package Pickup, scan the QR code.

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014

* Domestic only.   * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.



PRIORITY MAIL®

PS00001000014
EP14F Oct 2018
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE®

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

TRACKED* ★★★ INSURED*

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE