U.S. POSTAGE PAID
FCM LG ENV
MARTINSVILLE, VA
24112
DEC 12, 19
AMOUNT
$4.65
R2304N117627-13

27401

1000

7019 2280 0000 8093 8823

...Hill - Ally of QANON
...t Street, Apartment 2
...lle, Virginia 24112

WWG1WGA
...pstein didn't kill himself
...or USWGO.wordpress.com

Signed

Clerk of the Court
U.S. District Court
324 West Market Street
Greensboro, NC 27401

RECEIVED
In This Office
DEC 16 2019
CLERK, U.S. DISTRICT COURT
GREENSBORO

INSPECTED

INSPECTED

