In the United States District Court
For the Middle District of North Carolina



)
)
**Brian David Hill,** )
**Petitioner/Defendant** )
)      **Criminal Action No. 1:13-CR-435-1**
**v.** )
)      **Civil Action No. 1:17-CV-1036**
**United States of America,** )
**Respondent/Plaintiff** )
)
)

## NOTICE OF APPEAL

Notice is hereby given that Criminal Defendant and § 2255 case Petitioner Brian
David Hill ("Brian D. Hill", "Hill", "Brian", "Defendant", "Petitioner") in the
above named case,* hereby appeal to the United States Court of Appeals for the
Fourth Circuit from the final judgment (See Documents #236 and #237) entered in
this action on the 31st day of December 31, 2019. Brian will file brief with the
U.S. Court of Appeals as to why the Certificate of Appealability shall issue.

---

\* See Rule 3(c) for permissible ways of identifying appellants.

---

It is shocking that the Hon. Judge Thomas D. Schroeder didn't even let the
Appeals cases run their course before deciding to shut down the 2255 case and
ignore all motions for sanctions (Documents #199, #206, and #222) involving
proven frauds upon the court. The founding fathers Patrick Henry and Thomas
Jefferson would be shocked to see the rulings in this case if they were alive today.

The Hon. Judge Schroeder didn't respect waiting for the multiple Appeals running
their course before making a final decision on the 2255, didn't even respect Brian's

1

right to appeal the second Supervised Release Violation judgment and neither of taking any action on the frauds by Anand Prakash Ramaswamy before forcing Brian to turn himself into FMC Lexington Kentucky (*which he did turn himself in by high noon but they released him on time already served from the Bureau of Prisons*), didn't respect the ongoing Writ of Mandamus (Case No. 19-2338, Dkt. 224 "*NOTICE from USCA of Docketing Petition for Writ of Mandamus as to BRIAN DAVID HILL. USCA Case Mgr: Jeffrey Neal; USCA Case Number 19-2338. (Daniel, J) (Entered: 11/25/2019)*"). Didn't even respect the appellate process, before deciding to pull a "Barack Hussein Obama" tactic of also aiding to end the U.S. Constitutional rights by that former President Obama signing into law the National Defense Authorization Act ("NDAA") for the Fiscal Year of 2012 on new year's eve of December 31, 2011, which caused the Nullify-NDAA Petition of USWGO Alternative News which escalated to Brian D. Hill of USWGO Alternative News being framed with child pornography and being a victim of frauds by the Federal Prosecution. Being a victim of repeated pattern of frauds and abuses by an officer of the court who can get away with it and will get away with it. Such criminality and unconstitutional behavior of an attorney being allowed by a Court of Law? Is Anand Prakash Ramaswamy above the law??????? Democrats in Congress say in regards to President Trump that "no one is above the law" but Anand Prakash Ramaswamy is above the law. However President Donald Trump can ask Attorney Durham and William Barr to arrest Anand Prakash Ramaswamy and fire him from his job if President Trump does go through with his campaign promise of draining the swamp from the 2016 election.

This tactic of ending the 2255 case on New Year's Eve of 2019 while ignoring the motion for default judgment (Dkt. #222) and ignoring the motions for sanctions for frauds upon the court and misconduct by an officer of the court is underhanded and

2

Brian will appeal all the way up to the U.S. Supreme Court and will organize for a full Presidential Pardon. Brian had filed a letter in the case of Roger J. Stone (Letter(s) in Support of Sentencing — Document #262, U.S. District Court, District of Columbia, Docket Number: 1:19-cr-00018, Date Filed: November 18th, 2019). If President Donald John Trump pardons Roger Stone, Brian will likely get pardoned as well as he was the only one on record who had filed an actual affidavit in favor of Roger Stone for sentencing that was signed for to be approved for filing by the District Court Judge the Hon. Amy B. Jackson. The bullying from the Swamp of the judicial system will not stand once America is taken back by the Nationalists from the Globalists of the New World Dis-Order. Trump can and will arrest the traitors of the Deep State Swamp and end the suffering of humanity caused by the Obama/Bush/Clinton stay-behind networks of the U.S. Department of Justice, the same group of people that allowed Jeffrey Epstein (*who did NOT kill himself but was murdered in a Federal Bureau of Prisons sanctioned facility in Manhattan, New York*) to only face 13 months in a jail and was allowed to leave for work and was living in the private wing of the jail. So Jeffrey Epstein was essentially given a tax payers paid for hotel room and was able to have sex with models if he wanted and sexually abuse more children instead of living in the hardcore prison environment type treatment that regular citizens are incarcerated under on a day-to-day basis. Jeffrey Epstein had molested likely hundreds to thousands of underage girls and impregnated them with his seed, and yet he was given less harsh punishments than what had happened collectively to Brian D. Hill in this case who is a victim and didn't molest a single person and was called a danger to the community by the corrupt Assistant U.S. Attorney Anand Prakash Ramaswamy as well as corrupt elements of the U.S. Probation Office. That while Jeffrey Epstein who had molested and raped hundreds of underage girls was not considered a danger to the community to the same extent as was considered against

3

Brian D. Hill. There are major miscarriages of justice going on in the Middle District of North Carolina. This Court considered Brian's autistic meltdown more of a danger to the community than Jeffrey Epstein who was convicted in another court when he was molesting tons of underage girls? This Court considered Brian's abnormal and strange behavior of walking around naked late at night on a walking trail (not a public park trail) and never masturbated and hasn't ever repeated such behavior, was also used to have caused this Court to consider Brian a danger to the community when he molested nobody and never approached anybody of the public while naked at night on a walking trail filled with hills and trees and got seen by a vehicle on one part of the trail where there was a road going downward which was Hooker Street (likely the name of that street came from Hooker furniture company), so nobody from Burger King can see anybody from the spot where the trail was. **So autistic man Brian was considered more of a danger to the**

4

**community than serial-pedophile-and-rapist Jeffrey Epstein?** What has

happened to justice in this Court?



Is autistic man and virgin Brian D. Hill of USWGO Alternative News more of a danger to the community than pedophile Jeffrey Epstein a serial child molester?

It is interesting how the Hon. Judge Schroeder openly misrepresents things from the record which is evidence that he is permitting the frauds by the attorney for the Government, and openly defames Brian D. Hill. It is interesting how he openly allows the Federal Prosecutor Anand Prakash Ramaswamy to openly lie about Brian, defame him, and misrepresent things, as well as defrauding the court multiple times. It looks like it is considered okay for Brian to be treated like garbage, like a second-class citizen, like he deserves no constitutional rights and no right of appellate process. So because Brian gets framed with child porn, this gives the Court and/or the Federal Prosecutor the right to mistreat Brian, lie about Brian,

defame Brian, and allow frauds committed against Brian. Sounds like miscarriages of justice.

It appears that with the death-blow to Brian's 2255 case and ignoring of the frauds and refusal to prove whether or not the court had jurisdiction to wrongfully convict Brian in the first place, This court will never bring any justice to Brian ever again and never had been in this case. **Time has come to ask the highest court of the land to nullify all invalid and void judgments of this court and end the consistent suffering of and abuses against Brian David Hill.** How could these actions of a court be happening in the land of the free, home of the brave? It is deplorable. The Writ of Mandamus was rightfully filed. The Fourth Circuit U.S. Court of Appeals and/or the Supreme Court should intervene on this court's consistent illegal/void actions and illegal sentences. ILLEGAL/VOID ACTIONS BY THIS COURT must be reviewed by the U.S. Court of Appeals and the Supreme Court to remedy these injustices. Want of jurisdiction does not give legal jurisdiction. When the constitutional right of due process has never been afforded to a party, there is lack of jurisdiction to have ever entered any such order or judgment in the first place. When frauds upon the court are consistently being allowed, this Court lacks jurisdiction to enter any judgment in this case at this interval. This case has so many constitutional errors and abuses of discretion that the only relief which could come from such complicated mess is complete acquittal and nullification of judgment(s) by a higher court. Time for the U.S. Supreme Court and/or U.S. Court of Appeals to intervene to stop these miscarriages of justice, illegally usurping constitutional power away from the case law authorities and the U.S. Supreme Court as well as U.S. Courts of Appeals as if they have no authority anymore but only this District Court has the authority when constitutional power of legal interpretation was originally bestowed upon the United States

6

Supreme Court and laws were passed creating the appellate and lower courts as well as give them original jurisdiction of cases to handle the high caseload. However the U.S. Supreme Court still has the original power of legal interpretation to make new case law and override the lower court's rulings/decisions. Justice Brett Kavanaugh was also falsely accused of sex crimes, as well as our President Donald Trump. So there are justices in the U.S. Supreme Court who will be sympathetic to Brian's case and end the unlawful judicial usurpation of power by the lower courts'. There are also Trump appointed federal judges in the Fourth Circuit U.S. Court of Appeals who will not do whatever the Globalists want. **Brian will appeal to the Fourth Circuit U.S. Court of Appeals and all of the way to the U.S. Supreme Court, and that is a promise to the Hon. Judge Thomas D. Schroeder.** The reign of terror by the Deep State Swamp that Qanon had talked about will finally come to an end as U.S. President Donald John Trump sweeps away the corruption and arrests them all for their high crimes and misdemeanors. Drain the Swamp.

Respectfully filed with the Court, this the 2nd day of January, 2020.

Qanon
WWG1WGA

Respectfully submitted,

Brian D. Hill
Signed                Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505


U.S.W.G.O.

7



Former U.S.W.G.O. Alternative News reporter
I stand with QANON/Donald-Trump – Drain the Swamp
I ask Qanon and Donald John Trump for Assistance (S.O.S.)
Make America Great Again
Friend's justice site: JusticeForUSWGO.wordpress.com

Petitioner also requests with the Court that a copy of this pleading be served upon the Government as stated in 28 U.S.C.§ 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Petitioner requests that copies be served with the U.S. Attorney office of Greensboro, NC via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

## CERTIFICATE OF SERVICE

Petitioner/Defendant hereby certifies that on January 2, 2020, service was made by mailing the original of the foregoing:

"NOTICE OF APPEAL"

by deposit in the United States Post Office, in an envelope (Certified Mail), Postage prepaid, on January 2, 2020 addressed to the Clerk of the Court in the U.S. District Court, for the Middle District of North Carolina, 324 West Market Street, Greensboro, NC 27401.

Then pursuant to 28 U.S.C. §1915(d), Petitioner requests that the Clerk of the Court move to electronically file the foregoing using the CM/ECF system which will send notice of such filing to the following registered CM/ECF users:

| Anand Prakash Ramaswamy | Angela Hewlett Miller |
|---|---|
| U.S. Attorney Office | U.S. Attorney Office |
| Civil Case # 1:17 -cv-1036 | Civil Case # 1: 17 -cv-1036 |
| 101 South Edgeworth Street, 4th | 101 South Edgeworth Street, 4th |
| Floor, Greensboro, NC 27401 | Floor, Greensboro, NC 27401 |
| Anand.Ramaswamy@usdoj.gov | angela.miller@usdoj.gov |
| JOHN M. ALSUP | |
| U.S. Attorney Office | |
| 101 South Edgeworth Street, 4th | |
| Floor, Greensboro, NC 27401 | |
| john.alsup@usdoj.gov | |

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

Date of signing:

January 2, 2020

Respectfully submitted,

Brian D. Hill
Signed

Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505

U.S.W.G.O.



I stand with QANON/Donald-Trump – Drain the Swamp
I ask Qanon and Donald John Trump for Assistance (S.O.S.)
Make America Great Again

Certified Mail tracking no: 7019-2280-0000-8093-8830

Friend's justice site: JusticeForUSWGO.wordpress.com

Qanon
WWG1WGA