FILED: January 6, 2020

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 20-6034
(1:13-cr-00435-TDS-1)
(1:17-cv-01036-TDS-JLW)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BRIAN DAVID HILL

    Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:13-cr-00435-TDS-1<br>1:17-cv-01036-TDS-JLW |
| Date notice of appeal filed in originating court: | 01/03/2020 |
| Appellant(s) | Brian David Hill |
| Appellate Case Number | 20-6034 |
| Case Manager | Jeffrey S. Neal<br>804-916-2729 |