FILED: February 10, 2020

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 19-2338
(1:13-cr-00435-TDS-1)

_____

In re: BRIAN DAVID HILL

    Petitioner

_____

## J U D G M E N T

_____

In accordance with the decision of this court, the petitions for writ of mandamus and prohibition are denied.

/s/ PATRICIA S. CONNOR, CLERK