FILED: April 28, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-7483
(1:13-cr-00435-TDS-1)
_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

BRIAN DAVID HILL

 Defendant - Appellant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge King, Judge Keenan, and Judge Floyd.

For the Court

/s/ Patricia S. Connor, Clerk