FILED: April 28, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2338
(1:13-cr-00435-TDS-1)
_____

In re: BRIAN DAVID HILL

    Petitioner

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Diaz, Judge Harris, and Judge Rushing.

For the Court

/s/ Patricia S. Connor, Clerk