# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

June 12, 2020

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

      Re:  Brian David Hill
            v. United States District Court for the Middle District of North
            Carolina
            No. 19-8684
            (Your No. 19-2338)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 6, 2020 and placed on the docket June 12, 2020 as No. 19-8684.

                                      Sincerely,

                                      **Scott S. Harris**, Clerk

                                      by

                                      Clayton Higgins
                                      Case Analyst