# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 5, 2020

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

> Re: Brian David Hill
> v. United States District Court for the Middle District of North Carolina
> No. 19-8684
> (Your No. 19-2338)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk