IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:13CR435-1 |
| | ) | |
| BRIAN DAVID HILL | ) | |

**ORDER ON REQUEST TO MODIFY CONDITIONS OF RELEASE**

This matter is before the Court upon request of the Supervising United States Probation Officer to modify the conditions or term of supervision of the Defendant (Doc. 260.) The Court has reviewed the petition and finds the following:

( ) No Action.

( ) The Extension of Supervision as Noted in the Petition.

(X) The Modification of Conditions as Noted in the Petition.

( ) Other:

IT IS SO ORDERED.

                                                  /s/   Thomas D. Schroeder
                                                  United States District Judge

October 28, 2020