| Prob 22 (9/00) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran Court) 1:13CR435-1 |
|---|---|---|
| | | DOCKET NUMBER (Rec Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Brian David Hill<br>WD/VA | DISTRICT<br><br>Middle District of North Carolina | DIVISION<br><br>Winston Salem |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Thomas D. Schroeder | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 11/13/2014 | TO 12/5/2028 |

OFFENSE
18 U.S.C. 2252(a)(5)(B) and (b)(2) Possession of Child Pornography

### PART 1 - ORDER TRANSFERRING JURISDICTION
UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the WESTERN DISTRICT OF VIRGINIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

October 29, 2020
Date

_[signature]_
Chief United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 30, 2020
Date

_[signature]_
Michael F. Urbanski
Chief U.S. District Judge
2020.10.30 18:55:35 -04'00'
United States District Judge