# U.S. District Court
## North Carolina Middle District (NCMD)
## CRIMINAL DOCKET FOR CASE #: <u>1:13−cr−00435−TDS</u>−1
### *Internal Use Only*

Case title: USA v. HILL

Related Case: 1:17−cv−01036−TDS−JLW

Date Filed: 11/25/2013

Date Terminated: 11/12/2014

Assigned to: JUDGE THOMAS
D. SCHROEDER

Appeals court case numbers:
15−4057, 19−2077, 19−2338,
19−7483, 19−7756, 20−6034

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **BRIAN DAVID HILL** <br> *TERMINATED: 11/12/2014* | represented by | **BRIAN DAVID HILL** <br> 310 FOREST STREET <br> APARTMENT 2 <br> MARTINSVILLE, VA 24112 <br> PRO SE |

**EDWARD RYAN KENNEDY**
ROBINSON & MCELWEE, PLLC
140 WEST MAIN STREET
SUITE 300
CLARKSBURG, WV 26301
304−326−5318
Fax: 304−622−5065
Email: erk@ramlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: USCA Appointment

**RENORDA E. PRYOR**
LAW OFFICE OF DUANE K. BRYANT
HIGH POINT PHYSICAL/MAILING OFFICE
1207 BRENTWOOD ST.
HIGH POINT, NC 27260
919−355−5001
Fax: 919−355−4976
Email: rpryor@herringlawcenter.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**ERIC D. PLACKE**
OFFICE OF FEDERAL PUBLIC DEFENDER

301 N. ELM ST., STE. 410
GREENSBORO, NC 27401
336–333–5455
Fax: 336–333–5463
Email: Eric_Placke@fd.org
*TERMINATED: 09/30/2014*
*Designation: Public Defender or Community*
*Defender Appointment*

**JOHN SCOTT COALTER**
COALTER LAW, PLLC
910 NORTH ELM STREET
GREENSBORO, NC 27401
336–549–5386
Email: scott@greensborolawyers.com
*TERMINATED: 11/12/2014*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2252A(a)(5)(B) and (b)(2) Possess child pornography of a prepubescent minor under 12 years of age (1) | SUPERVISED RELEASE JUDGMENT. The Defendant's supervised release is revoked. Nine (9) months imprisonment and nine (9) years supervised release is re–imposed under the same terms and conditions as previously imposed. The Defendant shall surrender to the U.S. Marshal for the Middle District of N.C. or to the institution designated by the Bureau of Prisons by 12:00 p.m. on 12/6/2019 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

| **Plaintiff** | | |
|---|---|---|
| **USA** | represented by | **ANAND PRAKASH RAMASWAMY** U. S. ATTORNEY'S OFFICE |

101 S. EDGEWORTH ST., 4TH FLOOR
GREENSBORO, NC 27401
336–333–5351
Fax: 336–333–5381
Email: anand.ramaswamy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**ANGELA HEWLETT MILLER**
OFFICE OF U. S. ATTORNEY
101 South Edgeworth Street, Fourth Floor
GREENSBORO, NC 27401
336–333–5351
Email: angela.miller@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: United States Attorney*

**JOHN M. ALSUP**
U. S. ATTORNEY'S OFFICE
101 S. EDGEWORTH ST., 4TH FLOOR
GREENSBORO, NC 27401
336–332–6331
Fax: 336–333–5381
Email: john.alsup@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/25/2013 | 1 | 35 | INDICTMENT as to BRIAN DAVID HILL (1) count(s) 1. (Daniel, J) (Entered: 11/26/2013) |
| 11/26/2013 | 2 | | ARREST Warrant Issued in case as to BRIAN DAVID HILL. (Daniel, J) (Entered: 11/26/2013) |
| 12/23/2013 | | | Arrest of BRIAN DAVID HILL on 12/23/2013. (Starr, Logan) (Entered: 12/23/2013) |
| 12/23/2013 | | | Attorney update in case as to BRIAN DAVID HILL. Attorney ERIC D. PLACKE for BRIAN DAVID HILL added. (Starr, Logan) (Entered: 12/23/2013) |
| 12/23/2013 | | | Minute Entry for proceedings held before MAG/JUDGE L. PATRICK AULD:Initial Appearance as to BRIAN DAVID HILL held on 12/23/2013. Proceedings Recorded. AUSA Sandra Hairston appeared on behalf of the USA. (Williamson, Wanda) (Entered: 12/23/2013) |
| 12/23/2013 | | | Oral Motion Re: Detention by USA as to BRIAN DAVID HILL. (Williamson, Wanda) (Entered: 12/23/2013) |
| 12/23/2013 | 3 | | SEALED FINANCIAL AFFIDAVIT by BRIAN DAVID HILL. (Daniel, J) (Entered: 12/23/2013) |

| 12/23/2013 | 4 | | ORDER appointing Assistant Federal Public Defender ERIC D. PLACKE as counsel for BRIAN DAVID HILL. Signed by MAG/JUDGE L. PATRICK AULD on 12/23/2013. (Daniel, J) (Entered: 12/23/2013) |
|---|---|---|---|
| 12/23/2013 | 5 | | ORDER SCHEDULING DETENTION HEARING/ARRAIGNMENT for 1/2/2014 at 2:30 PM in Winston–Salem Courtroom #3 before MAG/JUDGE JOI ELIZABETH PEAKE as to BRIAN DAVID HILL. Signed by MAG/JUDGE L. PATRICK AULD on 12/23/2013. (Daniel, J) (Entered: 12/23/2013) |
| 12/27/2013 | 6 | | SEALED Pretrial Service Report. UPON COMPLETION OF THE DETENTION HEARING, ANY PAPER COPIES OF THE PRETRIAL SERVICES REPORT SHALL BE RETURNED TO THE PROBATION OFFICE. by Plaintiff USA, Defendant BRIAN DAVID HILL (Walser, Elizabeth) (Entered: 12/27/2013) |
| 12/27/2013 | 7 | | ARREST Warrant Returned Executed on 12/20/2013 in case as to BRIAN DAVID HILL. (Daniel, J) (Entered: 12/30/2013) |
| 01/02/2014 | | | Minute Entry for proceedings held before MAG/JUDGE JOI ELIZABETH PEAKE:ARRAIGNMENT AND DETENTION HEARING as to BRIAN DAVID HILL (1) Count 1 held on 1/2/2014. AUSA Rob Lang. AFPD Eric Placke present with defendant. Defendant(s) pleads NOT GUILTY to all charges. No evidence presented. Defendant's Counsel stipulated to presentence report and ask detention order be entered until suitable conditions of release could be presented to the Court. The government consented to this request. Written order forthcoming. Proceedings recorded. (Garrett, Kim) (Entered: 01/02/2014) |
| 01/02/2014 | 8 | | SCHEDULING ORDER as to BRIAN DAVID HILL Signed by John S. Brubaker, Clerk, U. S. District Court. Motions due 1/15/14. Responses due 1/22/14. Motion Hearing on any motions set for 2/3/14 at 9:30 am in Greensboro, N.C. Plea Agreements, if any, due no later than 12:00 noon 1/30/14. Change of Plea Hearing at 9:30 a.m. on 2/3/14, in Greensboro, N.C. Counsel to notify U.S. Attorneys Office of any scheduling conflicts no later than 1/27/14. Jury Trial set for 2/10/14 at 9:30 am in Greensboro, N.C. unless otherwise instructed by the Court. Distributed on 01/02/14. (Garrett, Kim) (Entered: 01/02/2014) |
| 01/03/2014 | 9 | | ORDER signed by MAG/JUDGE JOI ELIZABETH PEAKE on 1/2/2014, granting Government's Oral Motion for Detention without prejudice to Defendant moving to reopen these proceedings if he able to present a potential release plan for consideration by the Court as to BRIAN DAVID HILL (1). (Daniel, J) (Entered: 01/03/2014) |
| 01/15/2014 | 10 | | MOTION for Extension of Time To File Motion Pretrial Motions until January 22, 2014 by BRIAN DAVID HILL. (Attachments: # 1 Text of Proposed Order)(PLACKE, ERIC) (Entered: 01/15/2014) |
| 01/17/2014 | | | Motion Submission as to BRIAN DAVID HILL re 10 MOTION for Extension of Time To File Motion Pretrial Motions until January 22, 2014 to JUDGE CATHERINE C. EAGLES. (Sanders, Marlene) (Entered: 01/17/2014) |
| 01/17/2014 | 11 | | ORDER signed by JUDGE CATHERINE C. EAGLES on 1/17/2014; the pretrial motion deadline in this case is hereby extended until Wednesday, |

| | | | |
|---|---|---|---|
| | | | January 22, 2014. The deadline for responses is hereby extended until Wednesday, January 29, 2014. The Court finds that the ends of justice are best served by granting this extension, and that they outweigh the interest of the public and the Defendant in a speedy trial. Accordingly, the delay occasioned by the granting of this extension shall be excluded in computing the time within which the trial of any such offense must commence. See Title 18, United States Code, Section 3161(h)(7). (Sheets, Jamie) (Entered: 01/17/2014) |
| 01/22/2014 | 12 | | MOTION for Psychiatric Exam – SEALED by USA, BRIAN DAVID HILL as to BRIAN DAVID HILL. Responses due by 2/18/2014 (Attachments: # 1 Text of Proposed Order)(PLACKE, ERIC) (Entered: 01/22/2014) |
| 01/23/2014 | | | Motion Submission as to BRIAN DAVID HILL re 12 MOTION for Psychiatric Exam – SEALED to JUDGE CATHERINE C. EAGLES. (Sanders, Marlene) (Entered: 01/23/2014) |
| 01/23/2014 | 13 | | SEALED ORDER re: 12 Motion for Psychiatric Exam – SEALED filed by BRIAN DAVID HILL. Signed by JUDGE CATHERINE C. EAGLES on 1/23/2014. (Daniel, J) (Entered: 01/23/2014) |
| 02/18/2014 | 14 | | SEALED ORDER. Signed by JUDGE CATHERINE C. EAGLES on 2/18/2014. (Daniel, J) (Entered: 02/19/2014) |
| 04/21/2014 | 15 | | MOTION to Suppress Confession by BRIAN DAVID HILL. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 04/23/2014) |
| 04/21/2014 | 16 | | MOTION to Suppress Evidence by BRIAN DAVID HILL. (Attachments: # 1 Letter from Defendant, # 2 Envelope)(Daniel, J) (Entered: 04/23/2014) |
| 05/08/2014 | 17 | | Psychiatric Report Received SEALED as to BRIAN DAVID HILL. (Daniel, J) (Entered: 05/08/2014) |
| 06/04/2014 | | | Minute Entry for proceedings held before JUDGE N. C. TILLEY, JR: AUSA Anand Ramaswamy appeared on behalf of the Government. FAFPD Eric Placke appeared as counsel for the defendant. Status Conference as to BRIAN DAVID HILL held on 6/4/2014. Defendant did not state a basis to support the Pro Se Motions to Suppress, therefore the court denied the Motions. The Court denies Pro Se Motion to Substitute Counsel. Jury Trial set for 6/9/2014 before Judge Osteen, Jr., Courtroom No. 1, Greensboro, NC. (Court Reporter Jane Calhoun.) (Winchester, Robin) (Entered: 06/04/2014) |
| 06/04/2014 | | | ORAL ORDER denying 15 Motion to Suppress as to BRIAN DAVID HILL (1); denying 16 Motion to Suppress as to BRIAN DAVID HILL (1) by JUDGE N. C. TILLEY, JR on 6/4/2014. See 6/4/2014 Minute Entry. (Winchester, Robin) (Entered: 06/04/2014) |
| 06/04/2014 | | | Set Hearing as to BRIAN DAVID HILL Jury Trial set for 6/9/2014 09:30 AM in Greensboro Courtroom #1 before CHIEF JUDGE WILLIAM L. OSTEEN JR.. (Winchester, Robin) (Entered: 06/04/2014) |
| 06/04/2014 | | | Case as to BRIAN DAVID HILL assigned to Judge CHIEF JUDGE WILLIAM L. OSTEEN JR. (Winchester, Robin) (Entered: 06/04/2014) |
| 06/04/2014 | 18 | | MOTION to Continue Trial by BRIAN DAVID HILL. Responses due by 6/30/2014 (Attachments: # 1 Text of Proposed Order)(PLACKE, ERIC) (Entered: 06/04/2014) |

| | | | |
|---|---|---|---|
| 06/05/2014 | | | TEXT ORDER – The case of <u>United States v. Brian David Hill</u> was originally set for plea or trial during the June, 2014 Criminal Term. On June 4, 2014, a status conference was held, and following the status conference. this matter was set for trial beginning June 9, 2014, in Courtroom 1, apparently without objection. Later on June 4, 2014, counsel for Defendant filed a motion to continue. In light of the exceptional family circumstances described in the motion to continue, this court will continue jury selection and trial from June 9 to June 10 beginning at 11:00. If additional time is required to allow counsel and Defendant time to prepare for trial, the court will consider a request on June 10 to delay the start of the evidence until Wednesday, June 11, 2014. However, a further continuance to another term of court does not appear necessary in light of the fact counsel's motion suggests the requested delay is primarily for the purpose of allowing consultation between counsel and Defendant as to the court's rulings and to permit further plea discussions. Notably, the motion does not specifically identify any necessary trial preparation. [Issued by CHIEF JUDGE WILLIAM L. OSTEEN, JR., on 6/5/2014.] (Cable, Frances) (Entered: 06/05/2014) |
| 06/10/2014 | <u>19</u> | | Factual Basis Document as to BRIAN DAVID HILL filed on 6/10/2014 (Welch, Kelly) (Entered: 06/10/2014) |
| 06/10/2014 | <u>20</u> | | PLEA AGREEMENT as to BRIAN DAVID HILL (Welch, Kelly) (Entered: 06/10/2014) |
| 06/10/2014 | | | Minute Entry for proceedings held before CHIEF JUDGE WILLIAM L. OSTEEN JR. in G–1: CHANGE OF PLEA HEARING held on 6/10/2014. AUSA Anand Ramaswamy present on behalf of the Government. FAFPD Eric Placke present on behalf of the Defendant. Defendant present in custody. Defendant placed under oath and advised of rights/charges/penalties; Court reviews the plea agreement; BRIAN DAVID HILL (1) pleads GUILTY to Count 1. Court finds the Defendant is competent to enter a guilty plea; plea accepted and defendant adjudged GUILTY; Court orders the preparation of a Presentence Report, to be expedited. Court orders a psychosexual evaluation; (Sentencing set for 9/30/2014 09:30 AM in Greensboro Courtroom #1 before CHIEF JUDGE WILLIAM L. OSTEEN JR.) (Court Reporter Joseph Armstrong.) (Welch, Kelly) (Entered: 06/10/2014) |
| 08/11/2014 | <u>21</u> | | SEALED Draft Presentence Investigation Report as to BRIAN DAVID HILL. Per LCrR32.2, the parties shall notify the probation officer of initial objections or corrections/modifications to the presentence report by 8/25/2014. Pleadings related to sentencing factors are due by 9/2/2014. (Whitten, Dana) (Entered: 08/11/2014) |
| 08/19/2014 | <u>22</u> | | SEALED Response to Draft PSR – NOTICE TO PROBATION AND OPPOSING COUNSEL ONLY as to BRIAN DAVID HILL. (RAMASWAMY, ANAND) (Entered: 08/19/2014) |
| 08/21/2014 | <u>23</u> | | Psychiatric Report Received SEALED dated 8/5/2014 in case as to BRIAN DAVID HILL. (Daniel, J) (Entered: 08/21/2014) |
| 08/25/2014 | <u>24</u> | | SEALED Response to Draft PSR – NOTICE TO PROBATION AND OPPOSING COUNSEL ONLY as to BRIAN DAVID HILL. (PLACKE, ERIC) (Entered: 08/25/2014) |
| 08/27/2014 | <u>25</u> | | |

| | | | |
|---|---|---|---|
| | | | SEALED MOTION *to Withdraw as Counsel of Record and to Extend Deadline for Filing Sentencing Position Papers* by BRIAN DAVID HILL as to BRIAN DAVID HILL. Responses due by 9/22/2014 (Attachments: # 1 Exhibit)(PLACKE, ERIC) (Entered: 08/27/2014) |
| 09/02/2014 | 26 | | (SEALED) POSITION PAPER RE SENTENCING FACTORS – NOTICE TO THE COURT AND OPPOSING COUNSEL ONLY as to BRIAN DAVID HILL (PLACKE, ERIC) (Entered: 09/02/2014) |
| 09/02/2014 | 27 | | MOTION filed by BRIAN DAVID HILL to Withdraw Guilty Plea. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/03/2014) |
| 09/03/2014 | 28 | | FACTUAL STATEMENT of BRIAN DAVID HILL. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/03/2014) |
| 09/03/2014 | | | Minute Entry for proceedings held before CHIEF JUDGE WILLIAM L. OSTEEN JR. in G–1: Motion Hearing as to BRIAN DAVID HILL held on 9/3/2014. AUSA Nick Matkins appeared on behalf of the Government. FAFPD Eric Placke appeared on behalf of the Defendant. For the reasons stated in the record the Court denied 25 SEALED Motion, and as a result of the denial of the motion, the Court finds the motion for extension of time to file sentencing pleadings is moot and therefore denied. (Court Reporter Joseph Armstrong.) (Welch, Kelly) (Entered: 09/04/2014) |
| 09/09/2014 | 29 | | MOTION filed by BRIAN DAVID HILL to file more evidence. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/09/2014) |
| 09/10/2014 | 30 | | SUPPLEMENT filed by BRIAN DAVID HILL re: 29 MOTION to file more evidence. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/10/2014) |
| 09/10/2014 | 31 | | Additional Attachments to 30 Supplement. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/10/2014) |
| 09/15/2014 | 32 | | MOTION by BRIAN DAVID HILL to file Evidence. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/15/2014) |
| 09/16/2014 | | | Motion Submission as to BRIAN DAVID HILL re 29 MOTION to file more evidence, 27 MOTION to Withdraw Plea of Guilty, 32 MOTION to file evidence to CHIEF JUDGE WILLIAM L. OSTEEN JR. (Welch, Kelly) (Entered: 09/16/2014) |
| 09/16/2014 | 33 | | SEALED PRESENTENCE INVESTIGATION REPORT – FINAL as to BRIAN DAVID HILL. (Whitten, Dana) (Entered: 09/16/2014) |
| 09/18/2014 | 34 | | MOTION to File Evidence filed by BRIAN DAVID HILL. (Attachments: # 1 Presidential Pardon Application, # 2 Envelope) (Sheets, Jamie) (Entered: 09/18/2014) |
| 09/18/2014 | 35 | | MOTION entitled "Motion of Discovery" (Case files) filed by BRIAN DAVID HILL. (Sheets, Jamie) (Entered: 09/18/2014) |
| 09/18/2014 | 36 | | MOTION entitled "Motion of Discovery" (forensic comuputer examination) filed by BRIAN DAVID HILL. (Sheets, Jamie) (Entered: 09/18/2014) |
| 09/18/2014 | 37 | | MOTION entitled "Motion to File Evidence" filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope) (Sheets, Jamie) (Entered: 09/18/2014) |

| 09/22/2014 | 38 | | MOTION filed by BRIAN DAVID HILL of Evidence and Notification. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/23/2014) |
|---|---|---|---|
| 09/23/2014 | 39 | | MOTION filed by BRIAN DAVID HILL for Substitution of Counsel. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/23/2014) |
| 09/23/2014 | 40 | | MOTION filed by BRIAN DAVID HILL of Notification. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/23/2014) |
| 09/26/2014 | 41 | | MOTION by BRIAN DAVID HILL to Declare. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/26/2014) |
| 09/26/2014 | 42 | | MOTION by BRIAN DAVID HILL to Suppress Evidence & Suppress the Confession. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/26/2014) |
| 09/26/2014 | 43 | | MOTION by BRIAN DAVID HILL to Withdraw Guilty Plea and Request a Trial. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/26/2014) |
| 09/26/2014 | 44 | | MOTION by BRIAN DAVID HILL to Testify. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/26/2014) |
| 09/26/2014 | 45 | | MOTION by BRIAN DAVID HILL to file Last Minute Evidence. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/26/2014) |
| 09/30/2014 | 46 | | DECLARATION of Susan Basko in Support of BRIAN DAVID HILL'S Motion to Withdraw Guilty Plea, Motion for a Substitute Attorney, Sentencing, and any other purposes. (Attachments: # 1 Envelope)(Welch, Kelly) (Entered: 09/30/2014) |
| 09/30/2014 | | | Minute Entry for proceedings held before CHIEF JUDGE WILLIAM L. OSTEEN JR. in G–1: Case called for Sentencing as to BRIAN DAVID HILL on 9/30/2014; AUSA Anand Ramaswamy appeared on behalf of the Government. FAFPD Eric Placke appeared on behalf of the Defendant. Defendant present in custody. In light of Defendants pro se statements, Court allows FAFPD Placke to withdraw as counsel of record; Court to appoint substitute counsel; Court ordered all discovery material previously provided by the United States to be sealed and can only be viewed by substitute counsel; FAFPD Placke returned discovery material to AUSA Ramaswamy at the conclusion of this hearing; Court ordered Government to subpoena Susan Basko to appear at the sentencing hearing (see pleading 46 ); Court continued sentencing in this matter to 11/7/2014 at 3:00 p.m. in Greensboro, Courtroom 1; Status Conference set for 10/15/2014 at 2:00 p.m. (Court Reporter Joseph Armstrong.) (Welch, Kelly) (Entered: 09/30/2014) |
| 09/30/2014 | | | Set Hearings as to BRIAN DAVID HILL: Sentencing **reset** for 11/7/2014 03:00 PM in Greensboro Courtroom #1 before CHIEF JUDGE WILLIAM L. OSTEEN JR. Status Conference set for 10/15/2014 02:00 PM in Greensboro Courtroom #1 before CHIEF JUDGE WILLIAM L. OSTEEN JR. (Welch, Kelly) (Entered: 09/30/2014) |
| 10/01/2014 | 47 | | CJA 20 Appointment of Attorney JOHN SCOTT COALTER for BRIAN DAVID HILL.<br><br>**NOTICE: Pursuant to 18 U.S.C. section 3006A(d)(4), approved CJA voucher forms will be posted to CM/ECF. Appointed counsel is responsible for requesting redactions to information contained within CJA** |

| | | | |
|---|---|---|---|
| | | | **vouchers.**<br><br>Signed by CHIEF JUDGE WILLIAM L. OSTEEN JR. on 10/1/2014. (Attachments: # 1 CJA 20 Worksheets) (Daniel, J) (Entered: 10/01/2014) |
| 10/06/2014 | 48 | | MOTION by BRIAN DAVID HILL to File Evidence. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 10/07/2014) |
| 10/06/2014 | 49 | | MOTION by BRIAN DAVID HILL to File Evidence. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 10/07/2014) |
| 10/07/2014 | 50 | | MOTION by BRIAN DAVID HILL to File Evidence. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 10/07/2014) |
| 10/07/2014 | 51 | | MOTION by BRIAN DAVID HILL to File Evidence. Responses due by 10/31/2014 (Attachments: # 1 Envelope)(Daniel, J) (Entered: 10/07/2014) |
| 10/15/2014 | | | Minute Entry for proceedings held before CHIEF JUDGE WILLIAM L. OSTEEN JR. in G–1:Status Conference as to BRIAN DAVID HILL held on 10/15/2014. AUSA Anand Ramaswamy appeared on behalf of the Government. Attorney Scott Coalter appeared on behalf of the Defendant. Court addressed the status of this case with the parties; Defense counsel advised Mr. Hill doesn't want to withdraw his guilty plea and that he would be prepared to proceed with sentencing on 11/07/2014; Court allowed defendant until 10/27/2014 to file pleadings; Government's responses due 11/04/2014; (Court Reporter Joseph Armstrong.) (Welch, Kelly) (Entered: 10/15/2014) |
| 10/24/2014 | 52 | | (SEALED) POSITION PAPER RE SENTENCING FACTORS – NOTICE TO THE COURT AND OPPOSING COUNSEL ONLY as to BRIAN DAVID HILL (COALTER, JOHN) (Entered: 10/24/2014) |
| 10/29/2014 | 53 | | NOTICE by BRIAN DAVID HILL. (Attachments: # 1 Envelope) (Sheets, Jamie) (Entered: 10/29/2014) |
| 11/10/2014 | | | Minute Entry for proceedings held before CHIEF JUDGE WILLIAM L. OSTEEN JR. in G–1: Sentencing hearing as to BRIAN DAVID HILL held on 11/10/2014. AUSA Kyle Pousson appeared on behalf of the Government. Attorney Scott Coalter appeared on behalf of the Defendant. Defendant present in custody. For the reasons stated on the record, Court denied all pending pro se motions. (Court Reporter Joseph Armstrong.) (Welch, Kelly) (Entered: 11/10/2014) |
| 11/10/2014 | | | ORAL ORDER denying Pro se Motions; Documents 27 , 29 , 32 , 34 , 35 , 36 , 38 , 41 , 42 , 43 , 44 , 45 , 48 , 49 , 50 and 51 as to BRIAN DAVID HILL (1). Issued by CHIEF JUDGE WILLIAM L. OSTEEN JR. on 11/10/14. (See Minute Entry on 11/10/2014.) (Welch, Kelly) (Entered: 11/10/2014) |
| 11/12/2014 | 54 | 37 | JUDGMENT as to BRIAN DAVID HILL (1), Count(s) 1, Ten (10) months and twenty (20) days imprisonment, but not less than time served; ten (10) years supervised release; $100.00 special assessment. Signed by CHIEF JUDGE WILLIAM L. OSTEEN JR. on 11/12/2014. (Daniel, J) (Entered: 11/12/2014) |
| 01/12/2015 | 55 | | MOTION filed by BRIAN DAVID HILL for Extension of Time to file Notice of Appeal. (Attachments: # 1 Notice of Appeal, # 2 Complaint, # 3 Additional Evidence, # 4 Envelope)(Daniel, J) (Entered: 01/13/2015) |

| | | | |
|---|---|---|---|
| 01/13/2015 | | | Motion Submission as to BRIAN DAVID HILL re 55 MOTION for Extension of Time to File Notice of Appeal to CHIEF JUDGE WILLIAM L. OSTEEN JR. (Welch, Kelly) (Entered: 01/13/2015) |
| 01/15/2015 | 56 | | NOTICE filed by BRIAN DAVID HILL of Motion to Extend Time to file Appeal. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 01/15/2015) |
| 01/16/2015 | 57 | | ORDER signed by CHIEF JUDGE WILLIAM L. OSTEEN JR. on 1/16/2015; that Defendant's pro se Motion to Extend Time to File Appeal (Doc. 55 ) is **DENIED**. (Sheets, Jamie) (Entered: 01/16/2015) |
| 01/26/2015 | 58 | | MOTION by BRIAN DAVID HILL to Stay Judgment. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 01/26/2015) |
| 01/26/2015 | 59 | | MOTION by BRIAN DAVID HILL to Request a Delay on Destruction of Property. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 01/26/2015) |
| 01/26/2015 | 60 | | New Evidence by BRIAN DAVID HILL. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 01/26/2015) |
| 01/26/2015 | 61 | | New Evidence Brief by BRIAN DAVID HILL re: 60 New Evidence. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 01/26/2015) |
| 01/29/2015 | 62 | | NOTICE OF APPEAL without payment of fees filed by BRIAN DAVID HILL re: 54 Judgment and 57 Order. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 01/29/2015) |
| 01/29/2015 | 63 | | Transmission of Notice of Appeal and Docket Sheet as to BRIAN DAVID HILL to US Court of Appeals re: 62 Notice of Appeal Without Fee Payment. (Daniel, J) (Entered: 01/29/2015) |
| 01/30/2015 | 64 | | NOTICE of Docketing Appeal from USCA as to BRIAN DAVID HILL re: 62 Notice of Appeal Without Fee Payment. USCA Case Mgr. Cathi Bennett; USCA Case Number 15–4057. (Daniel, J) (Entered: 01/30/2015) |
| 02/02/2015 | 65 | | REQUEST by BRIAN DAVID HILL for Transcript. (Attachments: # 1 CJA 24 & Letter to Court Reporter, # 2 Envelope)(Daniel, J) (Entered: 02/03/2015) |
| 02/02/2015 | 66 | | REQUEST by BRIAN DAVID HILL for Transcripts. (Attachments: # 1 CJA 24(s))(Daniel, J) (Entered: 02/03/2015) |
| 02/03/2015 | 67 | | CJA 20 as to BRIAN DAVID HILL Authorization to Pay John S. Coalter in the amount of $4,680.48, Voucher #141216000106. Signed by CHIEF JUDGE WILLIAM L. OSTEEN JR. on 12/30/2014. (Daniel, J) (Entered: 02/03/2015) |
| 02/03/2015 | 68 | | SEALED Attachments to 67 CJA 20 – Authorization to Pay in case as to BRIAN DAVID HILL (1). (Daniel, J) (Entered: 02/03/2015) |
| 02/05/2015 | 69 | | USCA ORDER appointing **Mark A. Jones** as counsel for BRIAN DAVID HILL re: 62 Notice of Appeal Without Fee Payment. USCA Case #15–4057. (Daniel, J) (Entered: 02/06/2015) |
| 03/30/2015 | 70 | | Letter/MOTION by BRIAN DAVID HILL for certified copies of all documents or information including all SEALED documents for this case. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 03/30/2015) |
| 04/03/2015 | 71 | | |

| | | | |
|---|---|---|---|
| | | | New Evidence for a New Trial, Habeas Corpus Petition (2255 Motion), Judgment of Acquittal, to overturn the conviction, or any other purpose filed by BRIAN DAVID HILL. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Envelope)(Daniel, J) (Entered: 04/07/2015) |
| 04/06/2015 | 72 | | Correction to New Evidence for a New Trial, Habeas Corpus Petition (2255 Motion), Judgment of Acquittal, to overturn the conviction, or any other purpose filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope)(Daniel, J) (Additional attachment(s) added on 4/7/2015: # 2 Affidavit of Brian David Hill) (Daniel, J). (Entered: 04/07/2015) |
| 04/06/2015 | 73 | | Additional Evidence for a New Trial, Habeas Corpus Petition (2255 Motion), Judgment of Acquittal, to overturn the conviction, or any other purpose filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 04/07/2015) |
| 04/07/2015 | 74 | | USCA OPINION affirming in part; dismissed in part in case as to BRIAN DAVID HILL. USCA Case #15–4057. (Daniel, J) (Entered: 04/07/2015) |
| 04/07/2015 | 75 | | JUDGMENT of USCA. In accordance with the decision of this court, the judgment of the district court is affirmed in part. The appeal is dismissed in part. This judgment shall take effect upon issuance of this court's mandate inaccordance with Fed. R. App. P. 41 in case as to BRIAN DAVID HILL. USCA Case #15–4057. (Daniel, J) (Entered: 04/07/2015) |
| 04/13/2015 | | | Motion Submission as to BRIAN DAVID HILL re 70 MOTION for certified copies of all documents or information including all SEALED documents, 58 MOTION to Stay, 59 MOTION to Request a Delay on Destruction of Property to CHIEF JUDGE WILLIAM L. OSTEEN JR. (Welch, Kelly) (Entered: 04/13/2015) |
| 04/22/2015 | | | Case as to BRIAN DAVID HILL referred to CHIEF JUDGE WILLIAM L. OSTEEN JR., re: Prob 12B. (Daniel, J) (Entered: 04/22/2015) |
| 04/22/2015 | 76 | | MOTION by BRIAN DAVID HILL requesting computer forensic examination in preparation for a writ of habeas corpus. (Daniel, J) (Entered: 04/23/2015) |
| 04/22/2015 | 77 | | DECLARATION by BRIAN DAVID HILL on conditions at the times of false admissions of guilt. (Daniel, J) (Entered: 04/23/2015) |
| 04/23/2015 | 78 | | Letter to BRIAN DAVID HILL regarding proper filing of court documents. (Daniel, J) (Entered: 04/24/2015) |
| 04/27/2015 | 79 | | LETTER to Judge filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope) (Daniel, J) (Entered: 04/27/2015) |
| 04/27/2015 | 80 | | MOTION by BRIAN DAVID HILL to Strike and Rule out Psychiatric Diagnosis. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Envelope)(Daniel, J) (Exhibit E replaced with correct image on 4/28/2015) (Daniel, J). (# 7 Exhibit F) (Daniel, J) (Entered: 04/27/2015) |
| 04/27/2015 | 81 | | MOTION by BRIAN DAVID HILL requesting for Autism Expert Testimony in preparation for Writ of Habeas Corpus. (Attachments: # 1 Envelope)(Daniel, |

| | | | |
|---|---|---|---|
| | | | J) (Entered: 04/27/2015) |
| 04/27/2015 | 82 | | SECOND DECLARATION by BRIAN DAVID HILL on conditions at the times of false admissions of guilt. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 04/27/2015) |
| 04/27/2015 | 83 | | EVIDENCE by BRIAN DAVID HILL of the fact IP Address 24.148.156.211 was well known to other people prior to it being flagged or menually entered in Boca Raton. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 04/27/2015) |
| 04/27/2015 | 84 | | EVIDENCE by BRIAN DAVID HILL of first Joy Strickland email proving prior warning to NC SBI agent Rodney White on defendant's innocence. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Envelope)(Daniel, J) (Entered: 04/27/2015) |
| 04/28/2015 | | | Motion Submission as to BRIAN DAVID HILL re: 76 MOTION for Discovery, 80 MOTION to Strike, 81 MOTION Requesting Autism Expert Testimony in preparation for Writ of Habeas Corpus, to CHIEF JUDGE WILLIAM L. OSTEEN JR. (Welch, Kelly) (Entered: 04/28/2015) |
| 04/29/2015 | 85 | | MANDATE of USCA. The judgment of this court, entered April 7, 2015, takes effect today. This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure as to BRIAN DAVID HILL. USCA Case #15–4507. (Daniel, J) (Entered: 04/29/2015) |
| 04/29/2015 | 86 | | Probation form 12B Petition for Modification of Conditions of Probation with Consent of the Offender as to BRIAN DAVID HILL. Signed by CHIEF JUDGE WILLIAM L. OSTEEN JR. on 4/29/2015. (Daniel, J) (Entered: 04/29/2015) |
| 04/29/2015 | 87 | | ORDER signed by CHIEF JUDGE WILLIAM L. OSTEEN JR. on 4/29/2015, that Defendant's pro se Motion to Stay Judgment (Doc. 58 ), Motion to Request a Delay on Destruction of Property (Doc. 59 ), Letter/Motion requesting certified copies of documents (Doc. 70 ), Motion for Requesting Computer Forensic Examination (Doc. 76 ), Motion to Strike and Rule out Psychiatric Diagnosis (Doc. 80 ), and Motion for Requesting Autism Expert Testimony (Doc. 81 ) are **DENIED** for lack of good cause as to BRIAN DAVID HILL (1). (Daniel, J) (Entered: 04/29/2015) |
| 04/29/2015 | 88 | | ORDER FOR WARRANT as to BRIAN DAVID HILL. Signed by CHIEF JUDGE WILLIAM L. OSTEEN JR. on 4/29/2015. (Daniel, J) Modified on 5/27/2015 to unseal document (Garrett, Kim). (Entered: 04/29/2015) |
| 04/29/2015 | 89 | | Warrant Issued SRV as to BRIAN DAVID HILL. (Daniel, J) Modified on 5/27/2015 to unseal document(Garrett, Kim). (Entered: 04/29/2015) |
| 05/05/2015 | 90 | | USCA ORDER granting counsel's motion to withdraw in case as to BRIAN DAVID HILL. USCA Case #15–4057. (Daniel, J) (Entered: 05/05/2015) |
| 05/28/2015 | | | Minute Entry for proceedings held before MAG/JUDGE JOI ELIZABETH PEAKE:Initial Appearance for Violators in case as to BRIAN DAVID HILL held on 5/28/2015. AUSA Randall Galyon. Proceedings recorded. (Garrett, Kim) (Entered: 05/28/2015) |
| 05/28/2015 | | | |

| | | | |
|---|---|---|---|
| | | | Oral Motion Re: Detention by USA as to BRIAN DAVID HILL. (Garrett, Kim) (Entered: 05/28/2015) |
| 05/28/2015 | 91 | | <span style="color:red">SEALED</span> FINANCIAL AFFIDAVIT by BRIAN DAVID HILL (Garrett, Kim) (Entered: 05/28/2015) |
| 05/28/2015 | 92 | | CJA 20 Appointment of Attorney RENORDA E. PRYOR for BRIAN DAVID HILL.<br><br>**NOTICE: Pursuant to 18 U.S.C. section 3006A(d)(4), approved CJA voucher forms will be posted to CM/ECF. Appointed counsel is responsible for requesting redactions to information contained within CJA vouchers.**<br><br>Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 05/28/15. (Attachments: # 1 CJA Worksheets) (Garrett, Kim) (Entered: 05/28/2015) |
| 05/28/2015 | 93 | | ORDER SCHEDULING DETENTION/PRELIMINARY REVOCATION HEARING as to BRIAN DAVID HILL Detention/Preliminary Revocation Hearing set for 6/4/2015 02:30 PM in Winston–Salem Courtroom #3 before MAG/JUDGE JOI ELIZABETH PEAKE. Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 05/28/15. (Garrett, Kim) (Entered: 05/28/2015) |
| 05/28/2015 | 94 | | SRV Warrant Returned Executed on 5/27/2015 in case as to BRIAN DAVID HILL. (Daniel, J) (Entered: 05/29/2015) |
| 05/29/2015 | 95 | | Emergency MOTION by BRIAN DAVID HILL to Recuse Judge. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 05/29/2015) |
| 05/29/2015 | 96 | | Emergency MOTION by BRIAN DAVID HILL for Private Counsel. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 05/29/2015) |
| 05/29/2015 | 97 | | NOTICE by BRIAN DAVID HILL of Deteriorating Health. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 05/29/2015) |
| 05/29/2015 | 98 | | DECLARATION on Probation Issue by BRIAN DAVID HILL. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 05/29/2015) |
| 06/01/2015 | 100 | | MOTION by BRIAN DAVID HILL for Case Dismissal. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 06/02/2015) |
| 06/01/2015 | 101 | | DECLARATION by BRIAN DAVID HILL re: 100 Motion for Case Dismissal. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 06/02/2015) |
| 06/02/2015 | 99 | | First MOTION to Continue *Detention and Preliminary Revocation Hearing* by BRIAN DAVID HILL. (Attachments: # 1 Text of Proposed Order)(PRYOR, RENORDA) (Entered: 06/02/2015) |
| 06/03/2015 | | | Motions Referred: RE: 99 First MOTION to Continue *Detention and Preliminary Revocation Hearing*, to MAG/JUDGE JOI ELIZABETH PEAKE (Garrett, Kim) (Entered: 06/03/2015) |
| 06/03/2015 | 102 | | ORDER signed by MAG/JUDGE JOI ELIZABETH PEAKE on 6/3/2015, that the Defendant's Motion to Continue (Doc. # 99 ) is GRANTED, and the Detention and Preliminary Revocation Hearing is continued until 6/11/2015 in case as to BRIAN DAVID HILL (1). (Daniel, J) (Entered: 06/03/2015) |

| 06/03/2015 | 104 | | DECLARATION by BRIAN DAVID HILL for Probable Cause hearing and any other purposes. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 06/04/2015) |
|---|---|---|---|
| 06/04/2015 | 103 | | NOTICE OF HEARING as to BRIAN DAVID HILL: Final Hearing re Revocation of Supervised Release set for 6/25/2015 09:30 AM in Greensboro Courtroom #1 before CHIEF JUDGE WILLIAM L. OSTEEN JR. (Welch, Kelly) (Entered: 06/04/2015) |
| 06/04/2015 | | | Motion Submission as to BRIAN DAVID HILL re 95 MOTION for Recusal, 96 MOTION to Appoint Attorney, 100 MOTION to Dismiss to CHIEF JUDGE WILLIAM L. OSTEEN JR. (Welch, Kelly) (Entered: 06/04/2015) |
| 06/05/2015 | | | Reset Hearings as to BRIAN DAVID HILL: Detention/Preliminary Revocation Hearing set for 6/11/2015 02:30 PM in Winston–Salem Courtroom #3 before MAG/JUDGE JOI ELIZABETH PEAKE. (Garrett, Kim) (Entered: 06/05/2015) |
| 06/05/2015 | 105 | | LETTER by BRIAN DAVID HILL {Entitled "Opinion on Judge Osteen"}. (Attachments: # 1 Deft's Letter "Promise of Change following Reinstatement of Supervised Release", # 2 Envelope) (Daniel, J) (Entered: 06/08/2015) |
| 06/08/2015 | | | Case as to BRIAN DAVID HILL Reassigned to JUDGE THOMAS D. SCHROEDER. CHIEF JUDGE WILLIAM L. OSTEEN JR. no longer assigned to the case. (Powell, Gloria) (Entered: 06/08/2015) |
| 06/08/2015 | 106 | | LETTER by BRIAN DAVID HILL {Entitled "Defendant Begs Probation Office"}. (Attachments: # 1 Deft's Letter "Health Deterioration Report #1/Week1", # 2 Envelope) (Daniel, J) (Entered: 06/08/2015) |
| 06/09/2015 | 107 | | NOTICE of Rescheduling: Final Revocation Hearing set for 6/30/2015 at 02:00 PM in Winston–Salem Courtroom #2 before JUDGE THOMAS D. SCHROEDER. (Engle, Anita) (Main Document 107 replaced on 6/9/2015) (Engle, Anita). (Entered: 06/09/2015) |
| 06/11/2015 | | | Minute Entry for proceedings held before MAG/JUDGE JOI ELIZABETH PEAKE:PRELIMINARY REVOCATION AND DETENTION HEARING as to BRIAN DAVID HILL held on 6/11/2015. AUSA Drew Cochran. Attorney Renorda Pryor present with defendant. Evidence presented. Probable cause found. Defendant detained. Written order forthcoming. Proceedings recorded. (Garrett, Kim) (Entered: 06/11/2015) |
| 06/15/2015 | 108 | | LETTER filed by BRIAN DAVID HILL {Entitled "Health Deterioration Report #2/Week 2"}. (Attachments: # 1 Envelope) (Daniel, J) (Entered: 06/15/2015) |
| 06/16/2015 | 109 | | REQUEST by BRIAN DAVID HILL for Transcripts. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 06/16/2015) |
| 06/17/2015 | 110 | | ORDER granting Oral Motion as to BRIAN DAVID HILL (1) signed by MAG/JUDGE JOI ELIZABETH PEAKE on 6/17/2015; that Defendant be held in custody until the final revocation hearing in this matter. (Sheets, Jamie) (Entered: 06/17/2015) |
| 06/18/2015 | 111 | | REQUEST by BRIAN DAVID HILL {Entitled "Request for Expediation of Revocation Hearing – Emergency Request/Motion"}. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Complaint, # 2 Envelope)(Daniel, J) (Entered: 06/19/2015) |
| 06/18/2015 | 112 | DECLARATION filed by BRIAN DAVID HILL {Entitled "Declaration of Suffering and Recommendation for Release to Mental Hospital Pending Further Proceedings – Motion (Petition")}. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 06/19/2015) |
| 06/24/2015 | 113 | TRANSCRIPT of Plea as to BRIAN DAVID HILL for dates of 06/10/2014 before Judge William L. Osteen, Jr., Court Reporter/Transcriber J. Armstrong, Telephone number 336–332–6034. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a Notice of Intent to Request Redaction and 21 calendar days to file a Redaction Request. If no notice is filed, this transcript will be made public electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER.** Redaction Request due 7/20/2015. Redacted Transcript Deadline set for 7/30/2015. Release of Transcript Restriction set for 9/25/2015. (Armstrong, Joe) (Entered: 06/24/2015) |
| 06/24/2015 | 114 | TRANSCRIPT of Motion Hearing as to BRIAN DAVID HILL for dates of 09/03/2014 before Judge William L. Osteen, Jr., Court Reporter/Transcriber J. Armstrong, Telephone number 336–332–6034. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a Notice of Intent to Request Redaction and 21 calendar days to file a Redaction Request. If no notice is filed, this transcript will be made public electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER.** Redaction Request due 7/20/2015. Redacted Transcript Deadline set for 7/30/2015. Release of Transcript Restriction set for 9/25/2015. (Armstrong, Joe) (Entered: 06/24/2015) |
| 06/24/2015 | 115 | TRANSCRIPT of Hearing as to BRIAN DAVID HILL for dates of 09/30/2014 before Judge William L. Osteen, Jr., Court Reporter/Transcriber J. Armstrong, Telephone number 336–332–6034. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. |

| | | | |
|---|---|---|---|
| | | | **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a Notice of Intent to Request Redaction and 21 calendar days to file a Redaction Request. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER.**<br><br>Redaction Request due 7/20/2015. Redacted Transcript Deadline set for 7/30/2015. Release of Transcript Restriction set for 9/25/2015. (Armstrong, Joe) (Entered: 06/24/2015) |
| 06/24/2015 | 116 | | TRANSCRIPT of Status Conference as to BRIAN DAVID HILL for dates of 10/15/2014 before Judge William L. Osteen, Jr., Court Reporter/Transcriber J. Armstrong, Telephone number 336–332–6034. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a Notice of Intent to Request Redaction and 21 calendar days to file a Redaction Request. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER.**<br><br>Redaction Request due 7/20/2015. Redacted Transcript Deadline set for 7/30/2015. Release of Transcript Restriction set for 9/25/2015. (Armstrong, Joe) (Entered: 06/24/2015) |
| 06/24/2015 | 117 | | TRANSCRIPT of Sentencing as to BRIAN DAVID HILL for dates of 11/10/2014 before Judge William L. Osteen, Jr., Court Reporter/Transcriber J. Armstrong, Telephone number 336–332–6034. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a Notice of Intent to Request Redaction and 21 calendar days to file a Redaction Request. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER.**<br><br>Redaction Request due 7/20/2015. Redacted Transcript Deadline set for 7/30/2015. Release of Transcript Restriction set for 9/25/2015. (Armstrong, Joe) (Entered: 06/24/2015) |
| 06/30/2015 | | | Minute Entry for proceedings held before JUDGE THOMAS D. SCHROEDER: FINAL HEARING RE REVOCATION OF SUPERVISED RELEASE as to BRIAN DAVID HILL held on 6/30/2015. Matter is contested. |

| | | | |
|---|---|---|---|
| | | | The Defendant denies violations and evidence is presented (see witness and exhibit list). The Court finds the Defendant in violation and continues the Defendant on supervision. Defendant withdraws all Pro se filings filed prior to 6/30/2015 hearing. Defendant is in the custody of the United States Marshal. AUSA Anand Ramaswamy appeared on behalf of the Government. Attorney Renorda Pryor appeared as counsel for the Defendant. (Court Reporter Briana Nesbit.) (Engle, Anita) (Entered: 07/01/2015) |
| 07/01/2015 | | | TEXT ORDER by JUDGE THOMAS D. SCHROEDER on 7/1/2015 as to BRIAN DAVID HILL. Defendant withdraws all Pro se filings filed prior to the 6/30/2015 Supervised Release Violation Hearing including 97 Notice–Other filed by BRIAN DAVID HILL, 104 Declaration filed by BRIAN DAVID HILL, 108 Letter filed by BRIAN DAVID HILL, 111 Request filed by BRIAN DAVID HILL, 98 Declaration, 106 Letter filed by BRIAN DAVID HILL, 112 Declaration, 105 Letter filed by BRIAN DAVID HILL, and 109 Request filed by BRIAN DAVID HILL. All motions are denied as moot (see 6/30/2015 Minute Entry). (Engle, Anita) Docket Entry Modified on 7/8/2015 (Kemp, Donita). (Entered: 07/01/2015) |
| 07/01/2015 | 118 | | ***FILED IN ERROR*** OPINION filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope) (Daniel, J) Modified on 7/2/2015 to reflect filed in error. (Entered: 07/01/2015) |
| 07/01/2015 | 119 | | ***FILED IN ERROR*** DIABETIC SEIZURE REPORT #1 filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope) (Daniel, J) Modified on 7/2/2015 to reflect filed in error. (Entered: 07/01/2015) |
| 07/01/2015 | 120 | | ***FILED IN ERROR*** EMERGENCY MOTION filed by BRIAN DAVID HILL for Autism Expert for Revocation Hearing. (Attachments: # 1 Envelope)(Daniel, J) Modified on 7/2/2015 to reflect filed in error. (Entered: 07/01/2015) |
| 07/01/2015 | 121 | | ***FILED IN ERROR*** NOTICE filed by BRIAN DAVID HILL of Recanting Testimonial Statement. (Attachments: # 1 Letters)(Daniel, J) Modified on 7/2/2015 to reflect filed in error. (Entered: 07/01/2015) |
| 07/02/2015 | | | NOTICE of Docket Text/Event Modification as to defendant BRIAN DAVID HILL re: 118 OPINION, 119 DIABETIC SEIZURE REPORT #1, 120 EMERGENCY MOTION for Autism Expert for Revocation Hearing, 121 NOTICE of Recanting Testimonial Statement removed from the docket and released to the Defendant's attorney. (Daniel, J) (Entered: 07/02/2015) |
| 07/24/2015 | 122 | | ORDER Supervised Release Violation Hearing signed by JUDGE THOMAS D. SCHROEDER on 7/23/2015. Defendant's supervised release is not revoked and the Defendant is to remain on supervised release. The Defendant shall participate in a cognitive behavioral treatment program and location monitoring home detention program as set out herein. All other terms and conditions of supervised release as previously imposed remain in full force and effect in case as to BRIAN DAVID HILL (1). (Daniel, J) (Entered: 07/24/2015) |
| 08/21/2015 | 123 | | TRANSCRIPT of Proceedings as to BRIAN DAVID HILL SRV hearing for dates of 6/30/2015 before Judge Thomas D. Schroeder, Court Reporter Briana L. Nesbit, Telephone number 336–734–2514. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the |

| | | | |
|---|---|---|---|
| | | | deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a Notice of Intent to Request Redaction and 21 calendar days to file a Redaction Request. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER.**<br><br>Redaction Request due 9/14/2015. Redacted Transcript Deadline set for 9/24/2015. Release of Transcript Restriction set for 11/23/2015. (Nesbit, Brianna) (Entered: 08/21/2015) |
| 08/28/2015 | | | Case as to BRIAN DAVID HILL referred to CHIEF JUDGE WILLIAM L. OSTEEN, JR. RE: PROB 12A. (Israel, Lisa) (Entered: 08/28/2015) |
| 09/01/2015 | | | Case as to BRIAN DAVID HILL referred to JUDGE THOMAS D. SCHROEDER RE: PROB 12A. (Israel, Lisa) (Entered: 09/01/2015) |
| 09/04/2015 | 124 | | PROBATION PETITION/ORDER adopting the Recommendation(s) of the Probation Officer in case as to BRIAN DAVID HILL. Signed by JUDGE THOMAS D. SCHROEDER on 9/2/2015. (Sheets, Jamie) (Entered: 09/04/2015) |
| 09/22/2015 | | | Case as to BRIAN DAVID HILL referred to JUDGE THOMAS D. SCHROEDER re: Prob 22. (Daniel, J) (Entered: 09/22/2015) |
| 11/14/2017 | 125 | | MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255) by BRIAN DAVID HILL. (Attachments: # 1 Envelope)(Taylor, Abby) Civil case 1:17–cv–01036–TDS opened. (Entered: 11/14/2017) |
| 11/14/2017 | 126 | | MOTION/APPLICATION for IFP by BRIAN DAVID HILL. (Taylor, Abby) (Entered: 11/14/2017) |
| 11/14/2017 | 127 | | NOTICE by BRIAN DAVID HILL re 125 MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255) Civil Case 1:17CV1036. (Taylor, Abby) (Entered: 11/14/2017) |
| 11/14/2017 | 128 | | MEMORANDUM by BRIAN DAVID HILL re 125 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by BRIAN DAVID HILL. Civil Case 1:17CV1036. (Attachments: # 1 Additional Attachments, # 2 Additional attachments)(Taylor, Abby) (Entered: 11/14/2017) |
| 11/14/2017 | 129 | | DECLARATION by BRIAN DAVID HILL re 125 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by BRIAN DAVID HILL. Civil Case 1:17CV1036. (Taylor, Abby) (Entered: 11/14/2017) |
| 11/14/2017 | 130 | | SECOND DECLARATION by BRIAN DAVID HILL re 125 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by BRIAN DAVID HILL. Civil Case 1:17CV1036. (Taylor, Abby) (Entered: 11/14/2017) |
| 11/14/2017 | 131 | | EXHIBITS 1–12 by BRIAN DAVID HILL re 128 Memorandum. Civil Case 1:17CV1036. (Taylor, Abby) (Additional attachment(s) added on 11/15/2017: # 1 Envelope) (Taylor, Abby). (Entered: 11/15/2017) |

| | | | |
|---|---|---|---|
| 11/14/2017 | 132 | | EXHIBITS 13–32 by BRIAN DAVID HILL re 128 Memorandum. Civil Case 1:17CV1036. (Taylor, Abby) (Entered: 11/15/2017) |
| 11/14/2017 | 133 | | EXHIBITS 33–45 by BRIAN DAVID HILL re 128 Memorandum. Civil Case 1:17CV1036. (Taylor, Abby) (Entered: 11/15/2017) |
| 11/14/2017 | 134 | | EXHIBITS 46–53 by BRIAN DAVID HILL re 128 Memorandum. Civil Case 1:17CV1036. (Taylor, Abby) Modified on 11/16/2017, Exhibit no. 49 Stricken, see 135 Order. (Taylor, Abby). (Entered: 11/15/2017) |
| 11/15/2017 | | | CASE REFERRED for Screening 126 MOTION/APPLICATION for IFP, 125 MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255) (Taylor, Abby) (Entered: 11/15/2017) |
| 11/16/2017 | 135 | | ORDER signed by MAG/JUDGE JOE L. WEBSTER on 11/16/2017, that Petitioner's Application (Docket Entry 126 ) to proceed in forma pauperis is denied, that Exhibit 49 as contained in Docket Entry 134 is stricken and will be removed from the record, and that the United States Attorney is directed to file a Response to Petitioner's § 2255 Motion (Docket Entry 125 ) within sixty (60) days from the date of the entry of this Order. Civil Case 1:17CV1036. (Taylor, Abby) (Entered: 11/16/2017) |
| 11/16/2017 | | | Set/Response Deadline in case as to BRIAN DAVID HILL 125 MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255). Responses due by 1/15/2018. Civil Case 1:17CV1036. (Taylor, Abby) (Entered: 11/16/2017) |
| 12/04/2017 | 136 | | DECLARATION entitled "Third Additional Evidence Declaration" filed by BRIAN DAVID HILL re 128 Memorandum. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Certificate of Service, # 6 Envelope – Front and Back) (Civil Case number: 17CV1036) (Garland, Leah) (Entered: 12/06/2017) |
| 12/04/2017 | 137 | | DECLARATION entitled "fifth Additional Evidence Declaration" filed by BRIAN DAVID HILL re 128 Memorandum. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Certificate of Service, # 9 Envelope – Front and Back) (Civil Case number: 17CV1036) (Garland, Leah) (Entered: 12/06/2017) |
| 12/04/2017 | 138 | | DECLARATION entitled "Redacted Fourth Additional Evidence Declaration", filed by BRIAN DAVID HILL re 128 Memorandum. (Attachments: # 1 Certificate of Service, # 2 Envelope – Front and Back) (Garland, Leah) (Entered: 12/07/2017) |
| 12/04/2017 | 139 | | SEALED UNREDACTED DECLARATION entitled "Sealed Fourth Additional Evidence Declaration" filed BRIAN DAVID HILL. (Attachments: # 1 Certificate of Service, # 2 Envelope – Front and Back) (Garland, Leah) (Entered: 12/07/2017) |
| 12/07/2017 | 140 | | MOTION to Seal entitled "Defendant's/Petitioner's Motion and Brief to File under Seal" re: 137 Fourth Additional Evidence Declaration, filed by BRIAN DAVID HILL. Response to Motion due by 12/28/2017 (Attachments: # 1 Envelope – Front and Back) (Garland, Leah) (Entered: 12/07/2017) |
| 01/10/2018 | 141 | | MOTION to Dismiss *Motion to Vacate, Set Aside, or Correct Sentence* by USA as to BRIAN DAVID HILL. Response to Motion due by 2/5/2018 |

| | | | (RAMASWAMY, ANAND) (Entered: 01/10/2018) |
|---|---|---|---|
| 01/10/2018 | 142 | | Roseboro Letter regarding 141 Motion to Dismiss as to defendant BRIAN DAVID HILL. (Civil Case number: 17CV1036) (Garland, Leah) (Entered: 01/10/2018) |
| 01/26/2018 | 143 | | RESPONSE in Opposition to 141 MOTION to Dismiss *Motion to Vacate, Set Aside, or Correct Sentence* filed by BRIAN DAVID HILL. Replies due by 2/9/2018. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Envelope – Front and Back) (Civil Case number: 17CV1036) (Garland, Leah) (Entered: 01/26/2018) |
| 02/12/2018 | | | Motions Referred to MAG/JUDGE JOE L. WEBSTER RE: 141 MOTION to Dismiss *Motion to Vacate, Set Aside, or Correct Sentence*, 140 MOTION to Seal, and 125 MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255) (1:17CV1036). (Engle, Anita) (Entered: 02/12/2018) |
| 03/07/2018 | 144 | | MOTION entitled "Petitioner's Motion and Brief for Leave to File Additional Evidence" filed by BRIAN DAVID HILL. Response to Motion due by 3/28/2018. (Attachments: # 1 Envelope – Front and Back) (Garland, Leah) (Entered: 03/07/2018) |
| 03/07/2018 | 145 | | BRIEF entitled "Petitioner's Additional Evidence Brief in Opposition to "Motion to Dismiss Motion to Vacate, Set Aside, Or Correct Sentence" (Document #141) and in support to Petitioner's 2255 Motion (Document #125)" filed by BRIAN DAVID HILL re 141 Motion to Dismiss. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Envelope – Front and Back) (Garland, Leah) (Entered: 03/07/2018) |
| 03/09/2018 | 146 | | MOTION for Extension of Time To File Motion by USA as to BRIAN DAVID HILL. (Attachments: # 1 Text of Proposed Order)(RAMASWAMY, ANAND) (Entered: 03/09/2018) |
| 03/11/2018 | | | Motion Referred to MAG/JUDGE JOE L. WEBSTER RE: 146 MOTION for Extension of Time To File Motion. (Engle, Anita) (Entered: 03/11/2018) |
| 03/12/2018 | | | TEXT ORDER granting 146 Motion for Extension of Time To File Response as to BRIAN DAVID HILL (1). The Government shall have up to and including March 23, 2018 to respond to Petition's Motion (D.E. #144, 145). Issued by MAG/JUDGE JOE L. WEBSTER on 3/12/2018. (Lee, Pedra) (Entered: 03/12/2018) |
| 03/13/2018 | | | Set **3/23/2018** Response Deadline in case as to BRIAN DAVID HILL re: (D.E. # 144 , 145 ) MOTION & BRIEF for Leave to File Additional Evidence. Civil Action 1:17CV1036. (Daniel, J) (Entered: 03/13/2018) |
| 03/15/2018 | 147 | | RESPONSE entitled "Petitioner's Response Brief in Support of "Government's Motion for Leave for Time to file Response" (Document 146 ) with a few Objections in Opposition" filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope – Front and Back) (Garland, Leah) (Entered: 03/15/2018) |
| 03/23/2018 | 148 | | RESPONSE to Motion *AND BRIEF FOR LEAVE TO FILE ADDITIONAL EVIDENCE AND GOVERNMENTS MOTION FOR PRE–FILING INJUNCTION* filed by USA as to BRIAN DAVID HILL re 144 MOTION for Leave to File Replies due by 4/9/2018 (RAMASWAMY, ANAND) (Entered: 03/23/2018) |

| | | | |
|---|---|---|---|
| 03/23/2018 | 149 | | MEMORANDUM by USA as to BRIAN DAVID HILL re 144 MOTION for Leave to File filed by BRIAN DAVID HILL (Attachments: # 1 Supplement, # 2 Supplement, # 3 Supplement, # 4 Supplement)(RAMASWAMY, ANAND) (Entered: 03/23/2018) |
| 04/06/2018 | 150 | | REPLY TO RESPONSE to 144 MOTION for Leave to File entitled "Petitioner's Response Brief in Opposition to "Government's Response to "Motion and Brief for Leave to File Additional Evidence" and Government's Motion for Pre–Filing Injunction" (Document # 148 ) and "Memorandum in support of Government's Motion for Pre–Filing Injunction" (Document # 149 )" filed by BRIAN DAVID HILL. (Attachments: # 1 Supplement 1, # 2 Supplement 2, # 3 Supplement 3, # 4 Envelope – Front and Back) (Civil Case number: 17CV1036) (Garland, Leah) (Entered: 04/09/2018) |
| 04/10/2018 | | | Motion Referred to MAG/JUDGE JOE L. WEBSTER RE: 144 MOTION entitled "Petitioner's Motion and Brief for Leave to File Additional Evidence." (1:17CV1036) (Engle, Anita) (Entered: 04/10/2018) |
| 06/25/2018 | 151 | | MOTION entitled "Petitioner's Motion for requesting Psychological/Psychiatric Evaluation to Determine actual Innocence factor under False Confession element and to resolve the controversy/conflict between Government and Petitioner over "Delusional Disorder" filed by BRIAN DAVID HILL. Response to Motion due by 7/17/2018. (Attachments: # 1 Supplement 1, # 2 Supplement 2, # 3 Supplement 3, # 4 Supplement 4, # 5 Envelope – Front and Back) (Garland, Leah) (Entered: 06/26/2018) |
| 06/27/2018 | | | Motion Referred to MAG/JUDGE JOE L. WEBSTER RE: 151 MOTION entitled "Petitioner's Motion for requesting Psychological/Psychiatric Evaluation to Determine actual Innocence factor under False Confession element and to resolve the controversy/conflict between Government and Petitioner over "Delusional Disorder." (Engle, Anita) (Entered: 06/27/2018) |
| 10/03/2018 | 152 | | STATUS REPORT by BRIAN DAVID HILL. Civil Case 1:17CV1036. (Attachments: # 1 Envelope – Front and Back)(Taylor, Abby) (Entered: 10/03/2018) |
| 10/17/2018 | 153 | | MOTION to Appoint Attorney and STATUS REPORT filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope – Front and Back) (Garland, Leah) (Entered: 10/18/2018) |
| 10/19/2018 | | | Motion Referred to MAG/JUDGE JOE L. WEBSTER RE: 153 MOTION to Appoint Attorney and STATUS REPORT filed by BRIAN DAVID HILL. (1:17cv1036) (Engle, Anita) (Entered: 10/19/2018) |
| 10/24/2018 | 154 | | MOTION entitled "Petitioner asks Court to continue Supervised Release" filed by BRIAN DAVID HILL. Response to Motion due by 11/16/2018. (Attachments: # 1 Envelope – Front and Back) (Garland, Leah) (Entered: 10/24/2018) |
| 10/25/2018 | | | Motion Submission to CHIEF JUDGE THOMAS D. SCHROEDER as to BRIAN DAVID HILL re 154 MOTION entitled "Petitioner asks Court to continue Supervised Release." (Engle, Anita) (Entered: 10/25/2018) |
| 10/29/2018 | 155 | | STATUS REPORT entitled "October 25, 2018 Status Report" filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope – Front and Back) (Garland, Leah) |

| | | | |
|---|---|---|---|
| | | | (Entered: 10/29/2018) |
| 11/13/2018 | 156 | | SEALED Statement of Reasons as to BRIAN DAVID HILL. (Bailey, Jeanne) (Entered: 11/13/2018) |
| 11/13/2018 | 157 | | USPO PROB 12C – Offender Under Supervision as to BRIAN DAVID HILL. (Bailey, Jeanne) Modified on 5/15/2019 to unseal. (Daniel, J) (Entered: 11/13/2018) |
| 11/13/2018 | 158 | | SEALED USPO PROB 12C – Supplement Report as to BRIAN DAVID HILL (Attachments: # 1 Memo to Clerk) (Bailey, Jeanne) (Entered: 11/13/2018) |
| 11/13/2018 | | | Case Referred to CHIEF JUDGE THOMAS D. SCHROEDER as to BRIAN DAVID HILL, RE: 157 SEALED USPO PROB 12C – Offender Under Supervision and 158 SEALED USPO PROB 12C – Supplement Report. (Engle, Anita) (Entered: 11/13/2018) |
| 11/13/2018 | 159 | | ORDER FOR WARRANT as to BRIAN DAVID HILL. Signed by CHIEF JUDGE THOMAS D. SCHROEDER on 11/13/2018. (Daniel, J) Modified on 5/15/2019 to unseal. (Daniel, J) (Entered: 11/13/2018) |
| 11/14/2018 | 160 | | Warrant Issued SRV as to BRIAN DAVID HILL. (Daniel, J) Modified on 5/15/2019 to unseal. (Daniel, J) (Entered: 11/14/2018) |
| 11/29/2018 | 161 | | DECLARATION entitled "November 28, 2018 Status Report and Declaration of Brian David Hill in support of Doc. # 125 , # 128 " filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope – Front and Back) (Garland, Leah) (Entered: 11/30/2018) |
| 11/30/2018 | 162 | | NOTICE entitled "Status Report of Brian David Hill – November 27, 2018" filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope – Front and Back) (Civil Case number: 17CV1036) (Garland, Leah) (Entered: 11/30/2018) |
| 12/12/2018 | 163 | | DECLARATION of BRIAN DAVID HILL filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope – Front and Back) (Garland, Leah) (Entered: 12/12/2018) |
| 12/13/2018 | 164 | | AMENDED DECLARATION of BRIAN DAVID HILL entitled "Declaration of Brian David Hill in support of continuing Supervised Release, towards innocence of case" filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope – Front and Back)(Garland, Leah) (Entered: 12/13/2018) |
| 12/21/2018 | 165 | | MOTION to Dismiss (Entitled: Motion for Summary Judgment or Case Dismissal of Supervised Release Violation) by BRIAN DAVID HILL. Response to Motion due by 1/9/2019. Civil Case 1:17CV1036. (Attachments: # 1 Envelope – Front and Back)(Taylor, Abby) (Entered: 12/26/2018) |
| 12/24/2018 | | | Arrest of BRIAN DAVID HILL in the WESTERN DISTRICT OF VIRGINIA. (Daniel, J) (Entered: 05/15/2019) |
| 12/27/2018 | | | Motion No Longer Submitted to CHIEF JUDGE THOMAS D. SCHROEDER: 154 MOTION entitled "Petitioner asks Court to continue Supervised Release" filed by BRIAN DAVID HILL. (Engle, Anita) (Entered: 12/27/2018) |
| 12/27/2018 | | | Motions Referred to MAG/JUDGE JOE L. WEBSTER RE: 165 MOTION to Dismiss, (Entitled: Motion for Summary Judgment or Case Dismissal of Supervised Release Violation), and 154 MOTION entitled "Petitioner asks |

| | | | |
|---|---|---|---|
| | | | Court to continue Supervised Release" filed by BRIAN DAVID HILL. (Engle, Anita) (Entered: 12/27/2018) |
| 01/09/2019 | 166 | | NOTICE OF CHANGE OF ADDRESS filed by BRIAN DAVID HILL. Address updated on docket sheet. (Attachments: # 1 Envelope – Front and Back) (Garland, Leah) (Entered: 01/09/2019) |
| 01/17/2019 | 167 | | NOTICE OF CHANGE OF ADDRESS filed by BRIAN DAVID HILL. Address updated on docket sheet. (Attachments: # 1 Envelope – Front and Back) (Garland, Leah) (Entered: 01/17/2019) |
| 01/24/2019 | 168 | | LETTER MOTION for Certified Copies filed by BRIAN DAVID HILL. Response to Motion due by 2/14/2019. (Attachments: # 1 Envelope – Front and Back) (Garland, Leah) (Entered: 01/24/2019) |
| 01/25/2019 | | | Motion Referred to MAG/JUDGE JOE L. WEBSTER RE: 168 LETTER MOTION for Certified Copies filed by BRIAN DAVID HILL. (Engle, Anita) (Entered: 01/25/2019) |
| 01/30/2019 | 169 | | MOTION for Hearing and for Appointment for Counsel filed by BRIAN DAVID HILL. Responses due by 2/20/2019. (Attachments: # 1 Envelope – Front and Back) (Garland, Leah) (Entered: 01/30/2019) |
| 01/30/2019 | | | Motion Referred to MAG/JUDGE JOE L. WEBSTER RE: 169 MOTION for Hearing and for Appointment for Counsel filed by BRIAN DAVID HILL. (1:17CV1036) (Engle, Anita) (Entered: 01/30/2019) |
| 03/01/2019 | 170 | | EXHIBIT to 125 MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255), by BRIAN DAVID HILL. (Attachments: # 1 Envelope – Front and Back) (Civil Case number: 17CV1036) (Garland, Leah) (Entered: 03/04/2019) |
| 03/13/2019 | 171 | | BRIEF/MEMORANDUM entitled "Brief/Memorandum of Law on Rule 11 Plea in support of 2255 Motion (Doc. # 125 ) and 2255 Brief (Doc. # 128 )" filed by BRIAN DAVID HILL to 128 Memorandum, 125 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by BRIAN DAVID HILL. (Attachments: # 1 Supplement 1, # 2 Supplement 2, # 3 Supplement 3, # 4 Supplement 4, # 5 Envelope – Front and Back) (Civil Case number: 17CV1036) (Garland, Leah) (Entered: 03/13/2019) |
| 03/28/2019 | 172 | | DECLARATION entitled "Declaration of Brian David Hill in opposition to charge under documents 156 , 157 , and 158 " filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope – Front and Back) (Garland, Leah) (Entered: 03/28/2019) |
| 04/11/2019 | 173 | | DECLARATION entitled "Declaration of Brian David Hill in Opposition to Government's Documents 156 , 157 , and 158 " filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope – Front and Back) (Garland, Leah) (Entered: 04/11/2019) |
| 05/03/2019 | 174 | | DECLARATION of BRIAN DAVID HILL entitled "Declaration of Brian David Hill in Opposition to Government's charging documents # 156 , # 157 , and # 158 " filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope – Front and Back) (Civil Case number: 17CV1036) (Garland, Leah) (Entered: 05/03/2019) |

| 05/03/2019 | 175 | | NOTICE OF CHANGE OF ADDRESS filed by BRIAN DAVID HILL. Address updated on docket sheet. (Attachments: # 1 Envelope – Front and Back) (Civil Case number: 17CV1036) (Garland, Leah) (Entered: 05/03/2019) |
|---|---|---|---|
| 05/15/2019 | 176 | | Rule 32.1 Documents Received from the WESTERN DISTRICT OF VIRGINIA as to BRIAN DAVID HILL. (Attachments: # 1 WDVA Competency/Detention Minutes, # 2 WDVA Order Setting Conditions of Release, # 3 WDVA Appearance Bond, # 4 WDVA Waiver of Rule 32.1 Hearings, # 5 WDVA Docket Sheet) (Daniel, J) Modified on 6/26/2019 to correct typo. (Engle, Anita) (Entered: 05/15/2019) |
| 06/24/2019 | 177 | | NOTICE OF CHANGE OF ADDRESS filed by BRIAN DAVID HILL. Address updated on docket sheet. (Attachments: # 1 Envelope – Front and Back) (Civil Case number: 17CV1036) (Garland, Leah) (Entered: 06/25/2019) |
| 06/24/2019 | 178 | | DECLARATION entitled "Evidence Declaration of Brian David Hill regarding State Pro Se Motion in Opposition to Government's/Respondent's Document #156, #157, and #158" filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope – Front and Back) (Civil Case number: 17CV1036) (Garland, Leah) (Entered: 06/25/2019) |
| 06/24/2019 | 179 | | DECLARATION entitled "June 21, 2019 Declaration of Brian David Hill in Opposition to Government's/Respondent's Documents #156, #157, and #158" filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope – Front and Back) (Civil Case number: 17CV1036) (Garland, Leah) (Entered: 06/25/2019) |
| 06/26/2019 | | | Case Referred to MAGISTRATE JUDGE L. PATRICK AULD as to BRIAN DAVID HILL, RE: Appointment of Counsel. (Engle, Anita) (Entered: 06/26/2019) |
| 06/26/2019 | | | Attorney update in case as to BRIAN DAVID HILL. RENORDA E. PRYOR for BRIAN DAVID HILL added pending review of Financial Affidavit. (O'Doherty, Sinead) (Entered: 06/26/2019) |
| 06/26/2019 | 180 | | NOTICE OF HEARING as to BRIAN DAVID HILL. Final Hearing re Revocation of Supervised Release set for 8/9/2019 at 02:00 PM in Winston−Salem Courtroom #2 before CHIEF JUDGE THOMAS D. SCHROEDER. (Engle, Anita) (Main Document 180 replaced on 6/27/2019) (Engle, Anita). (Entered: 06/26/2019) |
| 06/26/2019 | | | Attorney update in case as to BRIAN DAVID HILL. (Engle, Anita) (Entered: 06/26/2019) |
| 07/22/2019 | 181 | | DECLARATION entitled "Evidence Declaration of Brian David Hill Regarding Carbon Monoxide and Letgter to Martinsville Police Chief in Opposition to Government's/Respondent's Documents # 156 , # 157 , # 158 , # 159 , and # 160 " filed by BRIAN DAVID HILL. (Attachments: # 1 Exhibit 0, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Envelope – Front and Back) (Garland, Leah) (Entered: 07/22/2019) |
| 07/22/2019 | 182 | | MOTION to Continue *Revocation of Supervised Release Hearing* by BRIAN DAVID HILL. (Attachments: # 1 Text of Proposed Order)(PRYOR, RENORDA) (Entered: 07/22/2019) |
| 07/23/2019 | | | |

| | | | |
|---|---|---|---|
| | | | Motion Submission to CHIEF JUDGE THOMAS D. SCHROEDER as to BRIAN DAVID HILL re 182 MOTION to Continue *Revocation of Supervised Release Hearing*. (Engle, Anita) (Entered: 07/23/2019) |
| 07/23/2019 | 183 | | **ORDER** as to BRIAN DAVID HILL signed by CHIEF JUDGE THOMAS D. SCHROEDER on 7/23/2019; that the Defendant's motion for a continuance is GRANTED, and the Defendant's supervised release violation hearing is rescheduled to September 12, 2019, at 2:00 p.m. in Courtroom 2 in Winston–Salem, North Carolina. (Sheets, Jamie) (Entered: 07/23/2019) |
| 07/23/2019 | | | Reset Hearings as to BRIAN DAVID HILL: Final Hearing re Revocation of Supervised Release set for 9/12/2019 at 02:00 PM in Winston–Salem Courtroom #2 before CHIEF JUDGE THOMAS D. SCHROEDER. (Sheets, Jamie) (Entered: 07/23/2019) |
| 07/23/2019 | 184 | | NOTICE OF ATTORNEY APPEARANCE JOHN M. ALSUP appearing for USA. (ALSUP, JOHN) (Entered: 07/23/2019) |
| 08/16/2019 | 185 | | SRV Arrest Warrant Returned Executed on 12/22/2018 in case as to BRIAN DAVID HILL. (Sheets, Jamie) (Entered: 08/16/2019) |
| 09/12/2019 | 186 | | Minute Entry for proceedings held before CHIEF JUDGE THOMAS D. SCHROEDER in WS–2:FINAL HEARING RE REVOCATION OF SUPERVISED RELEASE as to BRIAN DAVID HILL held on 9/12/2019. AUSA Anand Ramaswamy present for the Government. Attorney Renorda Pryor present for the Defendant. Defendant present on bond. Defendant moves for a continuance. Government opposes the motion. Court DENIES motion. Defendant denies violation 1 of 157 Petition. Matter is contested (see Witness and Exhibit List) The Court finds the defendant in violation and Supervised Release is revoked. The defendant is REMANDED to the Bureau of Prisons for 9 months, followed by 9 years of Supervised Release (see Judgment and Commitment). Defendant permitted to self–report directly to the institution designated by the BOP or to the USMS in Greensboro, NC by 12:00 PM on 12/6/2019. Defendant's Release Conditions modified to include GPS location monitoring to begin within 7 days and a curfew at the probation officer's discretion.(Court Reporter Briana Bell.) (Engle, Anita) Modified on 9/13/2019 to correct typographical error. (Engle, Anita) (Entered: 09/12/2019) |
| 09/12/2019 | 187 | | PRO SE NOTICE OF APPEAL (Interlocutory) by BRIAN DAVID HILL re 183 Order on Motion to Continue. (Attachments: # 1 Envelope – Front and Back)(Engle, Anita) (Entered: 09/12/2019) |
| 09/12/2019 | 188 | | Exhibit Receipt Pursuant to Local Rule 79.4 for Exhibits from 9/12/2019 Supervised Release Violation Hearing. (Engle, Anita) (Entered: 09/12/2019) |
| 09/12/2019 | 189 | | Exhibit Receipt Pursuant to Local Rule 79.4 for Exhibits from 6/30/2015 Supervised Release Violation Hearing. (Engle, Anita) (Entered: 09/12/2019) |
| 09/12/2019 | 190 | | PRO SE NOTICE OF APPEAL without payment of fees by BRIAN DAVID HILL. (Attachments: # 1 Envelope – Front and Back)(Engle, Anita) (Entered: 09/12/2019) |
| 09/13/2019 | 191 | | Electronic Transmission of Notice of Appeal and Docket Sheet as to BRIAN DAVID HILL to US Court of Appeals re: 187 Notice of Appeal – Interlocutory and 190 Notice of Appeal Without Fee Payment. (Daniel, J) |

| | | | |
|---|---|---|---|
| | | | (Entered: 09/13/2019) |
| 09/18/2019 | 192 | | MOTION by BRIAN DAVID HILL for stay of judgment pending appeal and its supporting memorandum of law – emergency motion. Response due by 10/15/2019. (Attachments: # 1 Envelope – Front and Back) (Daniel, J) (Entered: 09/18/2019) |
| 09/18/2019 | 193 | | DECLARATION of BRIAN DAVID HILL re: 192 Motion to Stay for stay of judgment pending appeal and its supporting memorandum of law – emergency motion. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Envelope – Front and Back) (Daniel, J) (Entered: 09/18/2019) |
| 09/19/2019 | | | Motion Submission to CHIEF JUDGE THOMAS D. SCHROEDER as to BRIAN DAVID HILL re 192 MOTION for stay of judgment pending appeal. (Engle, Anita) (Entered: 09/19/2019) |
| 09/23/2019 | 194 | | REQUEST by BRIAN DAVID HILL for Transcript. Response due by 10/18/2019. (Attachments: # 1 CJA 24, # 2 Envelope – Front and Back) (Daniel, J) (Entered: 09/23/2019) |
| 09/24/2019 | | | Motion Referred to MAGISTSRATE JUDGE JOE L. WEBSTER RE: 194 REQUEST for Transcript. (Engle, Anita) (Entered: 09/24/2019) |
| 09/30/2019 | 195 | | MOTION entitled "Motion to Disqualify Judge" filed by BRIAN DAVID HILL. Responses due by 10/21/2019. (Attachments: # 1 Envelope – Front and Back) (Civil Case number: 17CV1036) (Garland, Leah) (Entered: 10/01/2019) |
| 10/03/2019 | 196 | | USCA NOTICE of Docketing Petition for Writ of Mandamus as to BRIAN DAVID HILL. USCA Case Mgr: Jeffrey S. Neal; USCA Case Number 19–2077. (Daniel, J) (Entered: 10/03/2019) |
| 10/03/2019 | 197 | | USCA ORDER granting BRIAN DAVID HILL leave to proceed in forma pauperis. USCA Case #19–2077. (Daniel, J) (Entered: 10/03/2019) |
| 10/04/2019 | 198 | | ORDER signed by CHIEF JUDGE THOMAS D. SCHROEDER on 10/4/2019. The Defendant's pro se motion to stay the judgment pending appeal (Doc. 192 ) is DENIED WITHOUT PREJUDICE, and his motion for recusal (Doc. 195 ) IS DENIED as to BRIAN DAVID HILL (1). (Daniel, J) (Entered: 10/04/2019) |
| 10/04/2019 | 199 | | MOTION entitled "Motion for Sanctions and to Vacate Judgment in Plaintiff's/Respondent's Favor" "Motion and Brief/Memorandum of Law in Support of Requesting the Honorable Court in this case Vacate Fraudulent Begotten Judgment or Judgments" filed by BRIAN DAVID HILL. Response to Motion due by 10/25/2019. (Attachments: # 1 Supplement 1, # 2 Supplement 2, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Envelope – Front and Back) (Civil Case number: 17CV1036) (Garland, Leah) (Entered: 10/04/2019) |
| 10/07/2019 | 200 | 43 | JUDGMENT ON REVOCATION OF PROBATION/SUPERVISED RELEASE. The Defendant's supervised release is revoked. Nine (9) months imprisonment. Nine (9) years supervised release is re–imposed under the same terms and conditions as previously imposed. The Defendant shall surrender to the U.S. Marshal for the Middle District of N.C. or to the institution designated by the Bureau of Prisons by 12:00 p.m. on 12/6/2019 as to BRIAN DAVID HILL. Signed by CHIEF JUDGE THOMAS D. SCHROEDER on 10/4/2019. (Daniel, J) (Entered: 10/07/2019) |

| 10/07/2019 | 201 | | Transmission of Update Item to USCA as to BRIAN DAVID HILL re: 200 JUDGMENT ON REVOCATION OF PROBATION/SUPERVISED RELEASE. (Daniel, J) (Entered: 10/07/2019) |
|---|---|---|---|
| 10/07/2019 | 202 | | Transmission of Update Item to US Court of Appeals as to BRIAN DAVID HILL re: 198 Order and 199 MOTION. (Daniel, J) (Entered: 10/07/2019) |
| 10/09/2019 | 203 | | NOTICE OF APPEAL without payment of fees filed by BRIAN DAVID HILL re: 198 Order. (Attachments: # 1 Envelope – Front and Back) (Civil Case number: 17CV1036) (Garland, Leah) (Entered: 10/09/2019) |
| 10/09/2019 | 204 | | Electronic Transmission of Notice of Appeal and Docket Sheet as to BRIAN DAVID HILL to US Court of Appeals re 203 Notice of Appeal Without Fee Payment. (Garland, Leah) (Entered: 10/09/2019) |
| 10/11/2019 | 205 | | AMENDED NOTICE OF APPEAL without payment of fees filed by BRIAN DAVID HILL re 200 Judgment on Revocation of Prob/SR. (Attachments: # 1 Envelope – Front and Back) (Garland, Leah) (Entered: 10/11/2019) |
| 10/11/2019 | | | Transmission of Update Item to USCA as to BRIAN DAVID HILL to US Court of Appeals re 205 AMENDED Notice of Appeal Without Fee Payment. (Garland, Leah) (Entered: 10/11/2019) |
| 10/15/2019 | 206 | | MOTION entitled "Petitioner's Second Motion for Sanctions and to Vacate Judgment that was in Plaintiff's/Respondent's Favor; Motion and Brief/Memorandum of Law in support of Requesting the Honorable Court in this case Vacate Fraudulent begotten Judgment or Judgments" filed by BRIAN DAVID HILL. Response to Motion due by 11/5/2019. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Supplement 1, # 4 Supplement 2, # 5 Supplement 3, # 6 Supplement 4, # 7 Envelope – Front and Back) (Garland, Leah) (Entered: 10/16/2019) |
| 10/15/2019 | 207 | | NOTICE of Docketing Appeal from USCA as to BRIAN DAVID HILL re: 203 Notice of Appeal Without Fee Payment. USCA Case Mgr: Jeffrey S. Neal; USCA Case Number 19–7483. (Daniel, J) (Entered: 10/16/2019) |
| 10/15/2019 | 208 | | **USCA ORDER** appointing Renorda E. Pryor as counsel for BRIAN DAVID HILL re: 203 Notice of Appeal Without Fee Payment. USCA Case #19–4758. (Daniel, J) (Entered: 10/16/2019) |
| 10/17/2019 | | | Assembled Electronic Record Transmitted to Fourth Circuit US Court of Appeals as to BRIAN DAVID HILL re: 203 Notice of Appeal Without Fee Payment. USCA Case #19–7483. (Daniel, J) (Entered: 10/17/2019) |
| 10/17/2019 | | | Transmission of Update Item to USCA as to BRIAN DAVID HILL to US Court of Appeals re 205 Notice of Appeal Without Fee Payment, 206 MOTION for Sanctions. (Garland, Leah) (Entered: 10/17/2019) |
| 10/17/2019 | 209 | | **USCA ORDER** granting motion to dismiss appeal pursuant to FRAP 42(b) as to BRIAN DAVID HILL re: 196 USCA Notice of Petition for writ of mandamus. USCA Case #19–2077. (Daniel, J) (Entered: 10/18/2019) |
| 10/21/2019 | 210 | | **ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** signed by MAG/JUDGE JOE L. WEBSTER on 10/21/2019, ORDERED that Petitioner's motion to file additional evidence (Docket Entry 144 ) is granted. RECOMMENDED that the Government's |

| | | | |
|---|---|---|---|
| | | | motion to dismiss (Docket Entry <u>141</u> ) be granted, that Petitioner's motion to vacate, set aside or correct sentence (Docket Entry <u>125</u> ) be dismissed, or in the alternative denied, and that this action be dismissed. IT IS FURTHER RECOMMENDED that Petitioner's motion to file under seal (Docket Entry <u>140</u> ), motion for a psychological/psychiatric evaluation (Docket Entry <u>151</u> ), motions for the appointment of counsel (Docket Entries <u>153</u> and <u>169</u> ), motion to continue supervised release (Docket Entry <u>154</u> ), motion to dismiss (Docket Entry <u>165</u> ), motion for copies (Docket Entry <u>168</u> ), and request for transcript (Docket Entry <u>194</u> ) all be denied. (Civil Case number: 17CV1036) (Garland, Leah) (Entered: 10/21/2019) |
| 10/21/2019 | | | **ORDER** granting <u>144</u> Motion for Leave to File as to BRIAN DAVID HILL (1). Signed by MAG/JUDGE JOE L. WEBSTER on 10/21/2019. (Garland, Leah) (Entered: 10/21/2019) |
| 10/21/2019 | <u>211</u> | | Notice of Mailing Recommendation: Objections to R&R due by 11/4/2019. Objections to R&R for Pro Se due by 11/7/2019. (Garland, Leah) (Entered: 10/21/2019) |
| 10/31/2019 | <u>212</u> | | **USCA ORDER** as to BRIAN DAVID HILL. The court grants the motion to relieve counsel from further representation on appeal. The court appoints Edward Ryan Kennedy to represent Brian David Hill on appeal. USCA Case Number 19–4758. (Sheets, Jamie) (Entered: 10/31/2019) |
| 11/01/2019 | <u>213</u> | | Objection by BRIAN DAVID HILL re <u>210</u> **Recommended Ruling – Magistrate Judge** re <u>168</u> MOTION filed by BRIAN DAVID HILL, <u>153</u> MOTION to Appoint Attorney filed by BRIAN DAVID HILL, <u>141</u> MOTION to Dismiss *Motion to Vacate, Set Aside, or Correct Sen (Attachments: # <u>1</u> Envelope – Front and Back)(Butler, Carol) (Entered: 11/04/2019)* |
| 11/04/2019 | <u>214</u> | | MOTION FOR LEAVE TO AMEND OR SUPPLEMENT HIS 2255 MOTION by BRIAN DAVID HILL. (1:17CV1036) (Butler, Carol) (Entered: 11/04/2019) |
| 11/05/2019 | | | Assembled Electronic Record Transmitted to Fourth Circuit US Court of Appeals as to BRIAN DAVID HILL re: <u>203</u> Notice of Appeal Without Fee Payment. USCA Case #19–7483. (Daniel, J) (Entered: 11/05/2019) |
| 11/06/2019 | <u>215</u> | | TRANSCRIPT filed as to BRIAN DAVID HILL for dates of 09/12/2019, before Judge Thomas D. Schroeder, re <u>186</u> Supervised Release – Final Revocation Hrg,,,, Court Reporter Briana L. Bell, Telephone number 336–734–2514. Email: brinesbit@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. <P>**NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a Notice of Intent to Request Redaction and 21 calendar days to file a Redaction Request. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER.**</P> Does this satisfy all appellate orders for this reporter? y <br><br> Redaction Request due 12/2/2019. Redacted Transcript Deadline set for 12/12/2019. Release of Transcript Restriction set for 2/7/2020. (Bell, |

| | | | |
|---|---|---|---|
| | | | Briana) (Entered: 11/06/2019) |
| 11/08/2019 | 216 | | MOTION entitled "Petitioner's and Criminal Defendant's Motion to Correct or Modify the Record Pursuant to Appellate Rule 10(e) (Doc. # 215 )" "Motion and Brief/Memorandum of Law in support of "Petitioner's and Criminal Defendant's Motion to Correct or Modify the Record Pursuant to Appellate Rule 10(e)" (Doc. 215 )" filed by BRIAN DAVID HILL re: 215 Transcript. Responses due by 12/2/2019. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Envelope – Front and Back) (Garland, Leah) Modified on 11/12/2019 to properly link document. (Garland, Leah) (Entered: 11/08/2019) |
| 11/08/2019 | 217 | | MOTION entitled "Request that the U.S. District Court Vacate Fraudulent Begotten Judgment, Vacate the Frauds upon the Court against Brian David Hill", filed by BRIAN DAVID HILL re: 199 Motion. Response to Motion due by 12/2/2019 (Attachments: # 1 Envelope – Front and Back) (Garland, Leah) Modified on 11/12/2019 to correctly link document. (Garland, Leah) (Entered: 11/08/2019) |
| 11/12/2019 | | | Transmission of Update Item to USCA as to BRIAN DAVID HILL to US Court of Appeals re: 217 MOTION. (Garland, Leah) (Entered: 11/12/2019) |
| 11/15/2019 | 218 | | ORDER (re: 216 MOTION) signed by CHIEF JUDGE THOMAS D. SCHROEDER on 11/15/2019. Within seven (7) days the court reporter shall review her stenographic and other materials from the September 12, 2019 hearing and determine if the allegedly omitted statements were made and if the transcript accurately reflects the proceedings before the court. FURTHER that within seven (7) days the court reporter shall either file a corrected transcript or file a memorandum reporting that the certified transcript (Doc. 215 ) accurately reflects the proceedings. Any further request for relief in the pending motion will await the court's review of the determination from the court reporter as to BRIAN DAVID HILL. (Daniel, J) Modified on 11/15/2019 to add text of last paragraph in 218 Order. (Daniel, J). (Entered: 11/15/2019) |
| 11/20/2019 | | | Assembled Electronic Record Transmitted to Fourth Circuit in 7 parts as to BRIAN DAVID HILL to US Court of Appeals re: 203 Notice of Appeal Without Fee Payment. USCA Case #19–7483. (Daniel, J) (Entered: 11/20/2019) |
| 11/20/2019 | 219 | | ORDER signed by MAG/JUDGE JOE L. WEBSTER on 11/20/2019, that Petitioner's motion for leave to amend (Docket Entry 214 ) is DENIED. (Civil Case number: 17CV1036) (Garland, Leah) (Entered: 11/20/2019) |
| 11/20/2019 | 220 | | MEMORANDUM OF BRIANA BELL in case as to BRIAN DAVID HILL re: 218 ORDER. (Daniel, J) (Entered: 11/20/2019) |
| 11/20/2019 | | | Motion Submission to CHIEF JUDGE THOMAS D. SCHROEDER as to BRIAN DAVID HILL re 216 MOTION entitled "Petitioner's and Criminal Defendant's Motion to Correct or Modify the Record Pursuant to Appellate Rule 10(e) (Doc. # 215 )." (Engle, Anita) (Entered: 11/20/2019) |
| 11/20/2019 | 221 | | DECLARATION of BRIAN DAVID HILL in Opposition of Documents # 157 and # 200 . (Attachments: # 1 Supplement 1, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 |

| | | | |
|---|---|---|---|
| | | | Exhibit 13, # <u>15</u> Exhibit 14, # <u>16</u> Exhibit 15, # <u>17</u> Exhibit 16, # <u>18</u> Exhibit 17, # <u>19</u> Envelope – Front and Back)(Daniel, J) (Entered: 11/20/2019) |
| 11/21/2019 | | | Case Referred to CHIEF JUDGE THOMAS D. SCHROEDER as to BRIAN DAVID HILL, RE: <u>210</u> **Recommended Ruling by Magistrate Judge.** (1:17CV1036) (Engle, Anita) (Entered: 11/21/2019) |
| 11/21/2019 | <u>222</u> | | MOTION entitled "Petitioner's third Motion for Sanctions, Motion for Default Judgment in 2255 case and to Vacate Judgment that was in Plaintiff/Respondent's favor" filed by BRIAN DAVID HILL. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Supplement 1, # <u>12</u> Envelope – Front and Back) (Garland, Leah) (Entered: 11/21/2019) |
| 11/21/2019 | | | Transmission of Update Item to USCA as to BRIAN DAVID HILL to US Court of Appeals re <u>222</u> MOTION. (Garland, Leah) (Entered: 11/21/2019) |
| 11/21/2019 | <u>223</u> | | **MEMORANDUM ORDER** signed by CHIEF JUDGE THOMAS D. SCHROEDER on 11/21/2019. Mr. Hill's motion to correct or modify the record, including all other relief sought therein (Doc. <u>216</u> ) is DENIED as to BRIAN DAVID HILL. (Daniel, J) (Entered: 11/21/2019) |
| 11/22/2019 | | | Transmission of Update Item to USCA as to BRIAN DAVID HILL re: <u>223</u> MEMORANDUM ORDER. USCA Case #19–7483. (Daniel, J) (Entered: 11/22/2019) |
| 11/25/2019 | <u>224</u> | | NOTICE from USCA of Docketing Petition for Writ of Mandamus as to BRIAN DAVID HILL. USCA Case Mgr: Jeffrey Neal; USCA Case Number 19–2338. (Daniel, J) (Entered: 11/25/2019) |
| 11/25/2019 | <u>225</u> | | *Emergency* MOTION by BRIAN DAVID HILL for Permission to Travel. (Attachments: # <u>1</u> Envelope – Front and Back) (Daniel, J) (Entered: 11/26/2019) |
| 11/25/2019 | <u>226</u> | | NOTICE OF APPEAL without payment of fees by BRIAN DAVID HILL re: <u>219</u> Order. Civil Case number: 17CV1036. (Attachments: # <u>1</u> Envelope – Front and Back) (Daniel, J) (Entered: 11/26/2019) |
| 11/25/2019 | <u>227</u> | | NOTICE OF APPEAL without payment of fees by BRIAN DAVID HILL re: <u>223</u> MEMORANDUM ORDER. (Attachments: # <u>1</u> Envelope – Front and Back) (Daniel, J) (Entered: 11/26/2019) |
| 11/26/2019 | <u>228</u> | | Electronic Transmission of Notice of Appeal and Docket Sheet as to BRIAN DAVID HILL to US Court of Appeals re: <u>227</u> Notice of Appeal Without Fee Payment. (Daniel, J) (Entered: 11/26/2019) |
| 11/26/2019 | <u>229</u> | | **USCA ORDER** granting leave to proceed in forma pauperis as to BRIAN DAVID HILL. USCA Case #19–2338. (Daniel, J) (Entered: 11/26/2019) |
| 11/26/2019 | | | Motion Submission to CHIEF JUDGE THOMAS D. SCHROEDER as to BRIAN DAVID HILL re <u>225</u> Emergency MOTION for Permission to Travel. (Engle, Anita) (Entered: 11/26/2019) |
| 11/26/2019 | | | Case Referred to CHIEF JUDGE THOMAS D. SCHROEDER as to BRIAN DAVID HILL, RE: <u>226</u> Notice of Appeal Without Fee Payment re: <u>219</u> Order. |

| | | | |
|---|---|---|---|
| | | | Civil Case number: 17CV1036. (Engle, Anita) (Entered: 11/26/2019) |
| 11/27/2019 | 230 | | **ORDER** signed by CHIEF JUDGE THOMAS D. SCHROEDER on 11/26/2019. The Defendant's request (Doc. 225 ) is granted, and he is allowed to travel to FMC Lexington on December 5, 2019, and to stay overnight, in order to self–report by December 6, 2019, in accordance with the judgment entered October 7, 2019 (Doc. 200 ) as to BRIAN DAVID HILL (1). (Daniel, J) (Entered: 11/27/2019) |
| 11/27/2019 | 231 | | NOTICE of Docketing Appeal from USCA as to BRIAN DAVID HILL re: 226 Notice of Appeal Without Fee Payment. (Civil Action 1:17CV1036) USCA Case Mgr: Jeffrey Neal; USCA Case Number 19–7755. (Daniel, J) (Entered: 11/27/2019) |
| 11/27/2019 | 232 | | NOTICE of Docketing Appeal from USCA as to BRIAN DAVID HILL re: 227 Notice of Appeal Without Fee Payment. USCA Case Mgr: Jeffrey Neal; USCA Case Number 19–7756. (Daniel, J) (Entered: 11/27/2019) |
| 12/03/2019 | | | Assembled Electronic Record Transmitted to Fourth Circuit US Court of Appeals as to BRIAN DAVID HILL re: 226 Notice of Appeal Without Fee Payment. USCA Case #19–7755. (Daniel, J) (Entered: 12/03/2019) |
| 12/05/2019 | 233 | | **USCA ORDER** denying appellant's emergency motion for stay of imprisonment pending appeal as to BRIAN DAVID HILL re: 203 Notice of Appeal Without Fee Payment. USCA Case #19–4758. (Received in on 11/20/2019 in the District Court Clerk's Office) (Daniel, J) (Entered: 12/05/2019) |
| 12/10/2019 | 234 | | MOTION entitled "Motion to Reconsider – Request for Home Detention in lieu of remainder of the nine (9) months of Imprisonment" re: 200 Judgment on Revocation of Prob/SR, 186 Minute Entry, filed by BRIAN DAVID HILL. Response to Motion due by 12/31/2019. (Attachments: # 1 Exhibit 1, # 2 Envelope – Front and Back) (Garland, Leah) (Entered: 12/11/2019) |
| 12/11/2019 | | | Motion Submission to CHIEF JUDGE THOMAS D. SCHROEDER as to BRIAN DAVID HILL re 234 MOTION entitled "Motion to Reconsider – Request for Home Detention in lieu of remainder of the nine (9) months of Imprisonment." (Engle, Anita) (Entered: 12/11/2019) |
| 12/16/2019 | 235 | | NOTICE of Withdrawal of 234 MOTION for Reconsideration, filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope – Front and Back) (Garland, Leah) (Entered: 12/17/2019) |
| 12/17/2019 | | | Motion No Longer Submitted to CHIEF JUDGE THOMAS D. SCHROEDER as to BRIAN DAVID HILL: 234 MOTION entitled "Motion to Reconsider – Request for Home Detention in lieu of remainder of the nine (9) months of Imprisonment." (Engle, Anita) (Entered: 12/17/2019) |
| 12/31/2019 | 236 | | **ORDER** signed by CHIEF JUDGE THOMAS D. SCHROEDER on 12/31/2019, that the Government's motion to dismiss (Doc. 141 ) be GRANTED, that Petitioner's motion to vacate, set aside or correct sentence (Doc. 125 ) be DISMISSED, and that this action be DISMISSED. FURTHER that Petitioner's motion to file under seal (Doc. 140 ), motion for a psychological/psychiatric evaluation (Doc. 151 ), motions for the appointment of counsel (Docs. 153 and 169 ), motion to continue supervised release (Doc. |

| | | | |
|---|---|---|---|
| | | | 154 ), motion to dismiss (Doc. 165 ), motion for copies (Doc. 168 ), and request for transcript (Doc. 194 ) all be DENIED. A judgment dismissing this action will be entered contemporaneously with this Order. Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is not issued. Civil Case 1:17CV1036.(Taylor, Abby) (Entered: 12/31/2019) |
| 12/31/2019 | 237 | | **JUDGMENT 2255** signed by CHIEF JUDGE THOMAS D. SCHROEDER on 12/31/2019, that the Government's motion to dismiss (Doc. 141 ) be GRANTED, that Petitioner's motion to vacate, set aside or correct sentence (Doc. 125 ) be DISMISSED, and that this action be DISMISSED. Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is not issued. Civil Case 1:17CV1036.(Taylor, Abby) (Entered: 12/31/2019) |
| 12/31/2019 | | | Transmission of Update Item to USCA as to BRIAN DAVID HILL to US Court of Appeals re 237 Judgment 2255, 236 Order. (Taylor, Abby) (Entered: 12/31/2019) |
| 01/03/2020 | 238 | | NOTICE OF APPEAL without payment of fees by BRIAN DAVID HILL re: 236 Order and 237 Judgment 2255. (Civil Action 1:17CV1036) (Attachments: # 1 Envelope – Front and Back) (Daniel, J) Modified on 1/6/2020 to replace (Attachment 1 – Envelope) with correct image. (Daniel, J) (Entered: 01/03/2020) |
| 01/03/2020 | 239 | | Electronic Transmission of Notice of Appeal and Docket Sheet as to BRIAN DAVID HILL to US Court of Appeals re: 238 Notice of Appeal Without Fee Payment. (Daniel, J) (Entered: 01/03/2020) |
| 01/06/2020 | 240 | | NOTICE of Docketing Appeal from USCA as to BRIAN DAVID HILL re: 238 Notice of Appeal Without Fee Payment. (Civil Case 1:17CV1036) USCA Case Mgr: Jeffrey S. Neal; USCA Case Number 20–6034. (Daniel, J) (Entered: 01/07/2020) |
| 01/07/2020 | | | Assembled Electronic Record Transmitted to Fourth Circuit as to BRIAN DAVID HILL to US Court of Appeals re: 238 Notice of Appeal Without Fee Payment. (Civil Case 1:17CV1036) USCA Case Number 20–6034. (Daniel, J) (Entered: 01/07/2020) |
| 02/10/2020 | 241 | | USCA OPINION as to BRIAN DAVID HILL denying the petition for writs of mandamus and prohibition and motions for a stay of the district court's judgment pending adjudication of these petitions. USCA Case Number 19–2338. (Sheets, Jamie) (Entered: 02/10/2020) |
| 02/10/2020 | 242 | | JUDGMENT of USCA as to BRIAN DAVID HILL re 224 USCA Notice of Docketing Record on Appeal. In accordance with the decision of this court, the petitions for writ of mandamus and prohibition are denied. USCA Case Number 19–2338. (Sheets, Jamie) (Entered: 02/10/2020) |
| 03/17/2020 | 243 | | USCA OPINION affirming the District Court as to BRIAN DAVID HILL re: 203 Notice of Appeal without payment of fees. USCA Case #19–7483. (Daniel, J) (Entered: 03/17/2020) |

| 03/17/2020 | 244 | | JUDGMENT of USCA. In accordance with the decision of this court, the judgment of the district court is affirmed. This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41 as to BRIAN DAVID HILL re: 203 Notice of Appeal Without Fee Payment. USCA Case #19–7483. (Daniel, J) (Entered: 03/17/2020) |
|---|---|---|---|
| 03/17/2020 | 245 | | USCA OPINION affirming the District Court as to BRIAN DAVID HILL re: 227 Notice of Appeal without payment of fees. USCA Case #19–7756. (Daniel, J) (Entered: 03/17/2020) |
| 03/17/2020 | 246 | | JUDGMENT of USCA. In accordance with the decision of this court, the judgment of the district court is affirmed. This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41 as to BRIAN DAVID HILL re: 227 Notice of Appeal Without Fee Payment. USCA Case #19–7756. (Daniel, J) (Entered: 03/17/2020) |
| 03/23/2020 | 247 | | USCA STAY OF MANDATE. Under Fed. R. App. P. 41(d)(1), the timely filing of a petition for rehearing or rehearing en banc or the timely filing of a motion to stay the mandate stays the mandate until the court has ruled on the petition for rehearing or rehearing en banc or motion to stay. In accordance with Rule 41(d)(1), the mandate is stayed pending further order of this court as to BRIAN DAVID HILL re: 227 Notice of Appeal Without Fee Payment. USCA Case #19–7756. (Daniel, J) (Entered: 03/23/2020) |
| 03/23/2020 | 248 | | USCA STAY OF MANDATE. Under Fed. R. App. P. 41(d)(1), the timely filing of a petition for rehearing or rehearing en banc or the timely filing of a motion to stay the mandate stays the mandate until the court has ruled on the petition for rehearing or rehearing en banc or motion to stay. In accordance with Rule 41(d)(1), the mandate is stayed pending further order of this court as to BRIAN DAVID HILL re: 203 Notice of Appeal Without Fee Payment. USCA Case #19–7483. (Daniel, J) (Entered: 03/23/2020) |
| 04/28/2020 | 249 | | USCA Order denying the petition for rehearing and rehearing en banc as to BRIAN DAVID HILL re: 203 Notice of Appeal Without Fee Payment. USCA Case #19–7483. (Daniel, J) (Entered: 04/28/2020) |
| 04/28/2020 | 250 | | USCA ORDER denying the petition for rehearing and rehearing en banc as to BRIAN DAVID HILL re: 224 USCA NOTICE of Docketing Petition for Writ of Mandamus. USCA Case #19–2338. (Daniel, J) (Entered: 04/28/2020) |
| 04/28/2020 | 251 | | USCA ORDER denying the petition for rehearing and rehearing en banc as to BRIAN DAVID HILL re: 227 Notice of Appeal Without Fee Payment. USCA Case #19–7756. (Daniel, J) (Entered: 04/28/2020) |
| 05/06/2020 | 252 | | MANDATE of USCA. The judgment of this court entered 03/17/2020, takes effect today. This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure as to BRIAN DAVID HILL re: [203 Notice of Appeal. USCA Case #19–7483. (Daniel, J) (Entered: 05/06/2020) |
| 05/06/2020 | 253 | | MANDATE of USCA. The judgment of this court entered 03/17/2020, takes effect today. This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure as to BRIAN DAVID HILL re: 227 Notice of Appeal. USCA Case #19–7756. (Daniel, J) (Entered: 05/06/2020) |

| | | | |
|---|---|---|---|
| 06/12/2020 | 254 | | SUPREME COURT Notice of Docketing Petition for Writ of Certiorari re: 224 USCA Notice as to BRIAN DAVID HILL. (USCA Case #19–2338) Supreme Court Case Mgr: Clayton Higgins; Supreme Court Case #19–8684. (Daniel, J) (Entered: 06/15/2020) |
| 09/11/2020 | 255 | | **USCA ORDER** consolidating case Nos. 19–7755 and 20–6034 as to BRIAN DAVID HILL re: 226 , 238 Notice of Appeals Without Fee Payment. (Civil Action 1:17CV1036) USCA Case #19–7755(L). (Daniel, J) (Entered: 09/11/2020) |
| 10/05/2020 | 256 | | SUPREME COURT Order denying petition for writ of certiorari as to BRIAN DAVID HILL. (USCA Case #19–2338) Supreme Court Case #19–8684. (Daniel, J) (Entered: 10/06/2020) |
| 10/16/2020 | 257 | | USCA OPINION affirming the District Court as to BRIAN DAVID HILL re: 203 Notice of Appeal. USCA Case #19–4758. (Daniel, J) (Entered: 10/16/2020) |
| 10/16/2020 | 258 | | JUDGMENT of USCA. In accordance with the decision of this court, the judgment of the district court is affirmed. This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41 as to BRIAN DAVID HILL re: 203 Notice of Appeal Without Fee Payment. USCA Case #19–4758. (Daniel, J) (Entered: 10/16/2020) |
| 10/27/2020 | 259 | | USCA STAY OF MANDATE UNDER FED R. APP. P. 41(d)(1). The timely filing of a petition for rehearing or rehearing en banc or the timely filing of a motion to stay the mandate stays the mandate until the court has ruled on the petition for rehearing or rehearing en banc or motion to stay. In accordance with Rule 41(d)(1), the mandate is stayed pending further order of this court as to BRIAN DAVID HILL re: 203 Notice of Appeal Without Fee Payment. USCA Case #19–4758. (Daniel, J) (Entered: 10/27/2020) |
| 10/27/2020 | 260 | | USPO PROB 12B – Modification to Conditions as to BRIAN DAVID HILL. (Attachments: # 1 Prob 49) (Grassmann, Shaelynn) (Entered: 10/27/2020) |
| 10/27/2020 | | | Case Referred to CHIEF JUDGE THOMAS D. SCHROEDER as to BRIAN DAVID HILL, RE: 260 USPO PROB 12B – Modification to Conditions of Release. (Engle, Anita) (Entered: 10/27/2020) |
| 10/28/2020 | 261 | | Order On Request To Modify Conditions Of Release as Noted in the Petition (Doc. 260 ) as to BRIAN DAVID HILL. Signed by CHIEF JUDGE THOMAS D. SCHROEDER on 10/28/2020. (Daniel, J) (Entered: 10/28/2020) |
| 11/02/2020 | 262 | | Probation Jurisdiction Transferred to Western District of Virginia as to BRIAN DAVID HILL Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Garland, Leah) (Entered: 11/02/2020) |

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA        :
                                :
            v.                  :        1:13CR 435 1
                                :
BRIAN DAVID HILL                :

The Grand Jury charges:

On or about August 29, 2012, in the County of Rockingham, in the Middle District of North Carolina, BRIAN DAVID HILL did knowingly possess materials which contained child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), said child pornography containing an image that involved a prepubescent minor and a minor who had not yet attained 12 years of age, and which materials had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, including by computer; in

violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

A TRUE BILL:

_____

ANAND P. RAMASWAMY
ASSISTANT UNITED STATES ATTORNEY

_____

RIPLEY RAND
UNITED STATES ATTORNEY

2

ENTERED ON DOCKET
R. 55

NOV 1 2 2014

BY _____

# United States District Court
## Middle District of North Carolina

UNITED STATES OF AMERICA

v.

BRIAN DAVID HILL

### JUDGMENT IN A CRIMINAL CASE

Case Number: 1:13CR435-1

USM Number: 29947-057

John Scott Coalter
Defendant's Attorney

FILED
NOV 1 2 2014
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By _____

## THE DEFENDANT:

☒ pleaded guilty to count 1.

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

**The defendant is adjudicated guilty of these offenses:**

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:2252A(a)(5)(B) and (b)(2) | Possession of Child Pornography | August 29, 2012 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

November 10, 2014
Date of Imposition of Judgment

_William L. Osteen, Jr._
Signature of Judge

William L. Osteen, Jr., Chief United States District Judge
Name & Title of Judge

NOV 1 2 2014
Date

DEFENDANT:          BRIAN DAVID HILL
CASE NUMBER:        1:13CR435-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **ten (10) months and twenty (20) days, but not less than time served.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.

☐ at _____ am/pm on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 pm on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

BY                          _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: BRIAN DAVID HILL
CASE NUMBER: 1:13CR435-1

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **ten (10) years.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☒ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:          BRIAN DAVID HILL
CASE NUMBER:        1:13CR435-1

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall cooperatively participate in an evaluation and a mental health treatment program with emphasis on sex offender treatment, and pay for those treatment services, as directed by the probation officer. Treatment may include physiological testing, such as the polygraph and penile plethysmograph, and the use of prescribed medications.

The defendant shall not possess or use a computer or any other means to access any "on-line computer service" at any location (including employment) without the prior approval of the probation officer. This includes any Internet service provider, bulletin board system, or any other public or private computer network.

If granted access to an "on-line computer service," the defendant shall consent to the probation officer conducting periodic unannounced examinations of his computer equipment, which may include hardware, software, and copying all data from his computer. This may include the removal of such equipment, when necessary, for the purpose of conducting a more thorough examination.

The defendant shall consent to third-party disclosure to any employer or potential employer concerning any computer-related restrictions that have been imposed upon him.

The defendant shall provide his personal and business telephone records to the probation officer upon request and consent to the release of certain information from any on-line, telephone, or similar account.

The defendant shall not have any contact, other than incidental contact in a public forum such as ordering in a restaurant, grocery shopping, etc., with any person under the age of 18, except his own children, without prior permission of the probation officer. Any approved contact shall be supervised by an adult at all times. The contact addressed in this condition includes, but is not limited to, direct or indirect, personal, telephonic, written, or through a third party. If the defendant has any contact with any child, that is a person under the age of 18, not otherwise addressed in this condition, the defendant is required to immediately remove himself from the situation and notify the probation office within 24 hours.

The defendant shall not frequent places where children congregate, such as parks, playgrounds, schools, video arcades, daycare centers, swimming pools, or other places primarily used by children under the age of 18, without the prior approval of the probation officer.

The defendant shall not view, purchase, possess, or control any sexually explicit materials, including, but not limited to, pictures, magazines, video tapes, movies, or any material obtained through access to any computer or any material linked to computer access or use.

The defendant shall submit to a search of his person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant, by any law enforcement officer or probation officer with reasonable suspicion concerning unlawful conduct or a violation of a condition of probation or supervised release.

The defendant shall register with the state sex offender registration agency in any state where he may reside, is employed, carries on a vocation, or is a student.

DEFENDANT:           BRIAN DAVID HILL
CASE NUMBER:      1:13CR435-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ _____ | $ _____ | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the    ☐ fine   ☐ restitution.

    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

**\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.**

DEFENDANT: BRIAN DAVID HILL
CASE NUMBER: 1:13CR435-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☒   Lump sum payment of $ 100.00 due immediately, balance due

    ☐   not later than _____ , or

    ☐   in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☐   Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐   Payment in equal _____ (e.g. weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g.,
    months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐   Payment in equal _____ (e.g. weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g.,
    months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk of Court, United States District Court for the Middle District of North Carolina, 324 West Market Street, Greensboro, NC 27401-2544, unless otherwise directed by the court, the probation officer, or the United States Attorney. **Nothing herein shall prohibit the United States Attorney from pursuing collection of outstanding criminal monetary penalties.**

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

    Defendant and Co-Defendant Names, Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☒   The defendant shall forfeit the defendant's interest in the following property to the United States: to the extent any personal items not related to the offense of this investigation, the United States is authorized to return those items to Mr. Hill at the conclusion of any appeals period.

Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

UNITED STATES OF AMERICA )
                                  )
v.                                )      1:13CR435-1
                                  )
BRIAN DAVID HILL                  )

## JUDGMENT AND COMMITMENT
### Supervised Release Violation Hearing

On September 12, 2019, a hearing was held on a charge that the Defendant had violated the terms and conditions of supervised release as set forth in the Court's Order filed July 24, 2015 and the Judgment filed November 12, 2014 in the above-entitled case, copies of which are attached hereto and incorporated by reference into this Judgment and Commitment.

The Defendant was represented by Renorda E. Pryor, Attorney.

The Defendant was found to have violated the terms and conditions of his supervised release. The violation(s) as follow were willful and without lawful excuse.

Violation 1.   On September 21, 2018, the Defendant was arrested for the commission of a crime.

**IT IS ORDERED** that the Defendant's supervised release be revoked. The Court has considered the U.S. Sentencing Guidelines and the policy statements, which are advisory, and the Court has considered the applicable factors of 18 U.S.C. §§ 3553(a) and 3583(e).

**IT IS ORDERED** that the Defendant be committed to the custody

of the Bureau of Prisons for imprisonment for a period of nine (9) months.

**IT IS FURTHER ORDERED** that supervised release of nine (9) years is re-imposed under the same terms and conditions as previously imposed.

The Defendant shall surrender to the United States Marshal for the Middle District of North Carolina or to the institution designated by the Bureau of Prisons by 12:00 p.m. on December 6, 2019.

United States District Judge

October 4, 2019.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA )
)
v. )            1:13CR435-1
)
BRIAN DAVID HILL )

## ORDER
## Supervised Release Violation Hearing

On June 30, 2015, a hearing was held on a charge that the
Defendant had violated the terms and conditions of supervised
release as set forth in the Court's Judgment filed in the above-
entitled case on November 12, 2014, a copy of which is attached
hereto and incorporated by reference into this Order.

The Defendant was represented by Renorda Pryor, Attorney.

The Defendant was found to have violated the terms and
conditions of his supervised release. The violations were willful
and without lawful excuse.

**IT IS ORDERED** that the Defendant's supervised release shall
not be revoked. The Court has considered the U.S. Sentencing
Guidelines and the policy statements, which are advisory, and the
Court has considered the applicable factors of 18 U.S.C. § 3553(a).

**IT IS ORDERED** that the Defendant is to remain on supervised
release. The Defendant shall participate in a cognitive behavioral
treatment program as directed by the probation officer, and pay
for treatment services, as directed by the probation officer. Such
programs may include group sessions led by a qualified counselor

or participation in a program administered by the probation office. The choice of counselor rests in the discretion of probation.

**IT IS ORDERED** that the Defendant shall abide by all conditions and terms of the location monitoring home detention program for a period of six (6) months. At the direction of the probation officer, Defendant shall wear a location monitoring device which may include Global Positioning System (GPS) or other monitoring technology and follow all program procedures specified by the probation officer. Defendant shall pay for the location monitoring services as directed by the probation officer.

**IT IS FURTHER ORDERED** that all other terms and conditions of supervised release as previously imposed remain in full force and effect.

_____
United States District Judge

July 23, 2015.

ENTERED ON DOCKET
R. 55

NOV 1 2 2014

BY

# United States District Court
## Middle District of North Carolina

UNITED STATES OF AMERICA

v.

BRIAN DAVID HILL

## JUDGMENT IN A CRIMINAL CASE

Case Number: 1:13CR435-1

USM Number: 29947-057

John Scott Coalter
Defendant's Attorney

FILED
NOV 1 2 2014
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By

## THE DEFENDANT:

☒ pleaded guilty to count 1.

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:2252A(a)(5)(B) and (b)(2) | Possession of Child Pornography | August 29, 2012 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

November 10, 2014
Date of Imposition of Judgment

*William L. Osteen, Jr.*
Signature of Judge

William L. Osteen, Jr., Chief United States District Judge
Name & Title of Judge

NOV 1 2 2014
Date

Case 1:13-cr-00435-TDS   Document 54   Filed 11/12/14   Page 1 of 6
Case 1:13-cr-00435-TDS   Document 122   Filed 07/24/15   Page 3 of 8
Case 1:13-cr-00435-TDS   Document 2630   Filed 11/02/20   Page 47 of 58

DEFENDANT:     BRIAN DAVID HILL
CASE NUMBER:  1:13CR435-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **ten (10) months and twenty (20) days, but not less than time served.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.

    ☐ at _____ am/pm on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 pm on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

BY _____
DEPUTY UNITED STATES MARSHAL

Case 1:13-cr-00435-TDS   Document 54   Filed 11/12/14   Page 2 of 6
Case 1:13-cr-00435-TDS   Document 122   Filed 07/24/15   Page 4 of 8
Case 1:13-cr-00435-TDS   Document 230   Filed 11/02/20   Page 48 of 58

DEFENDANT:     BRIAN DAVID HILL
CASE NUMBER:   1:13CR435-1

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **ten (10) years.**

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐  The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☒  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☒  The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☒  The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

    If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)  the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)  the defendant shall support his or her dependents and meet other family responsibilities;
5)  the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)  the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 1:13-cr-00435-TDS   Document 54   Filed 11/12/14   Page 3 of 6
Case 1:13-cr-00435-TDS   Document 122   Filed 07/24/15   Page 5 of 8
Case 1:13-cr-00435-TDS   Document 2630   Filed 11/02/20   Page 49 of 58

DEFENDANT: BRIAN DAVID HILL
CASE NUMBER: 1:13CR435-1

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall cooperatively participate in an evaluation and a mental health treatment program with emphasis on sex offender treatment, and pay for those treatment services, as directed by the probation officer. Treatment may include physiological testing, such as the polygraph and penile plethysmograph, and the use of prescribed medications.

The defendant shall not possess or use a computer or any other means to access any "on-line computer service" at any location (including employment) without the prior approval of the probation officer. This includes any Internet service provider, bulletin board system, or any other public or private computer network.

If granted access to an "on-line computer service," the defendant shall consent to the probation officer conducting periodic unannounced examinations of his computer equipment, which may include hardware, software, and copying all data from his computer. This may include the removal of such equipment, when necessary, for the purpose of conducting a more thorough examination.

The defendant shall consent to third-party disclosure to any employer or potential employer concerning any computer-related restrictions that have been imposed upon him.

The defendant shall provide his personal and business telephone records to the probation officer upon request and consent to the release of certain information from any on-line, telephone, or similar account.

The defendant shall not have any contact, other than incidental contact in a public forum such as ordering in a restaurant, grocery shopping, etc., with any person under the age of 18, except his own children, without prior permission of the probation officer. Any approved contact shall be supervised by an adult at all times. The contact addressed in this condition includes, but is not limited to, direct or indirect, personal, telephonic, written, or through a third party. If the defendant has any contact with any child, that is a person under the age of 18, not otherwise addressed in this condition, the defendant is required to immediately remove himself from the situation and notify the probation office within 24 hours.

The defendant shall not frequent places where children congregate, such as parks, playgrounds, schools, video arcades, daycare centers, swimming pools, or other places primarily used by children under the age of 18, without the prior approval of the probation officer.

The defendant shall not view, purchase, possess, or control any sexually explicit materials, including, but not limited to, pictures, magazines, video tapes, movies, or any material obtained through access to any computer or any material linked to computer access or use.

The defendant shall submit to a search of his person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant, by any law enforcement officer or probation officer with reasonable suspicion concerning unlawful conduct or a violation of a condition of probation or supervised release.

The defendant shall register with the state sex offender registration agency in any state where he may reside, is employed, carries on a vocation, or is a student.

Case 1:13-cr-00435-TDS   Document 54   Filed 11/12/14   Page 4 of 6
Case 1:13-cr-00435-TDS   Document 122   Filed 07/24/15   Page 6 of 8
Case 1:13-cr-00435-TDS   Document 230   Filed 11/02/20   Page 50 of 58

AO 245B (NCMD Rev. 09/11) Sheet 5 - Criminal Monetary Penalties

| DEFENDANT: | BRIAN DAVID HILL |
| CASE NUMBER: | 1:13CR435-1 |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

    ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case 1:13-cr-00435-TDS   Document 54   Filed 11/12/14   Page 5 of 6
Case 1:13-cr-00435-TDS   Document 122   Filed 07/24/15   Page 7 of 8
Case 1:13-cr-00435-TDS   Document 230   Filed 10/27/20   Page 51 of 58

AO 245B (NCMD Rev. 09/11) Sheet 6 - Schedule of Payments

DEFENDANT: BRIAN DAVID HILL
CASE NUMBER: 1:13CR435-1

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☒   Lump sum payment of $ 100.00 due immediately, balance due

     ☐   not later than _____ , or

     ☐   in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☐   Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐   Payment in equal _____ (e.g. weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐   Payment in equal _____ (e.g. weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk of Court, United States District Court for the Middle District of North Carolina, 324 West Market Street, Greensboro, NC 27401-2544, unless otherwise directed by the court, the probation officer, or the United States Attorney. Nothing herein shall prohibit the United States Attorney from pursuing collection of outstanding criminal monetary penalties.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

     Defendant and Co-Defendant Names, Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☒   The defendant shall forfeit the defendant's interest in the following property to the United States: to the extent any personal items not related to the offense of this investigation, the United States is authorized to return those items to Mr. Hill at the conclusion of any appeals period.

Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Case 1:13-cr-00435-TDS   Document 54   Filed 11/12/14   Page 6 of 6
Case 1:13-cr-00435-TDS   Document 122   Filed 07/24/15   Page 8 of 8
Case 1:13-cr-00435-TDS   Document 200   Filed 10/02/20   Page 52 of 58

ENTERED ON DOCKET
R. 55

NOV 1 2 2014

BY

# United States District Court
## Middle District of North Carolina

UNITED STATES OF AMERICA

v.

BRIAN DAVID HILL

### JUDGMENT IN A CRIMINAL CASE

Case Number: 1:13CR435-1

USM Number: 29947-057

John Scott Coalter
Defendant's Attorney

FILED
NOV 1 2 2014
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By

## THE DEFENDANT:

☒ pleaded guilty to count 1.

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:2252A(a)(5)(B) and (b)(2) | Possession of Child Pornography | August 29, 2012 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

November 10, 2014
Date of Imposition of Judgment

_William L. Osteen, Jr._
Signature of Judge

William L. Osteen, Jr., Chief United States District Judge
Name & Title of Judge

NOV 1 2 2014
Date

DEFENDANT: BRIAN DAVID HILL
CASE NUMBER: 1:13CR435-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **ten (10) months and twenty (20) days, but not less than time served.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.

    ☐ at _____ am/pm on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 pm on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

BY

_____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: BRIAN DAVID HILL
CASE NUMBER: 1:13CR435-1

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **ten (10) years.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☒ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: BRIAN DAVID HILL
CASE NUMBER: 1:13CR435-1

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall cooperatively participate in an evaluation and a mental health treatment program with emphasis on sex offender treatment, and pay for those treatment services, as directed by the probation officer. Treatment may include physiological testing, such as the polygraph and penile plethysmograph, and the use of prescribed medications.

The defendant shall not possess or use a computer or any other means to access any "on-line computer service" at any location (including employment) without the prior approval of the probation officer. This includes any Internet service provider, bulletin board system, or any other public or private computer network.

If granted access to an "on-line computer service," the defendant shall consent to the probation officer conducting periodic unannounced examinations of his computer equipment, which may include hardware, software, and copying all data from his computer. This may include the removal of such equipment, when necessary, for the purpose of conducting a more thorough examination.

The defendant shall consent to third-party disclosure to any employer or potential employer concerning any computer-related restrictions that have been imposed upon him.

The defendant shall provide his personal and business telephone records to the probation officer upon request and consent to the release of certain information from any on-line, telephone, or similar account.

The defendant shall not have any contact, other than incidental contact in a public forum such as ordering in a restaurant, grocery shopping, etc., with any person under the age of 18, except his own children, without prior permission of the probation officer. Any approved contact shall be supervised by an adult at all times. The contact addressed in this condition includes, but is not limited to, direct or indirect, personal, telephonic, written, or through a third party. If the defendant has any contact with any child, that is a person under the age of 18, not otherwise addressed in this condition, the defendant is required to immediately remove himself from the situation and notify the probation office within 24 hours.

The defendant shall not frequent places where children congregate, such as parks, playgrounds, schools, video arcades, daycare centers, swimming pools, or other places primarily used by children under the age of 18, without the prior approval of the probation officer.

The defendant shall not view, purchase, possess, or control any sexually explicit materials, including, but not limited to, pictures, magazines, video tapes, movies, or any material obtained through access to any computer or any material linked to computer access or use.

The defendant shall submit to a search of his person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant, by any law enforcement officer or probation officer with reasonable suspicion concerning unlawful conduct or a violation of a condition of probation or supervised release.

The defendant shall register with the state sex offender registration agency in any state where he may reside, is employed, carries on a vocation, or is a student.

| DEFENDANT: | BRIAN DAVID HILL |
|---|---|
| CASE NUMBER: | 1:13CR435-1 |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ _____ | $ _____ | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: BRIAN DAVID HILL
CASE NUMBER: 1:13CR435-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☒ Lump sum payment of $ 100.00 due immediately, balance due

     ☐ not later than _____ , or

     ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g. weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g. weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk of Court, United States District Court for the Middle District of North Carolina, 324 West Market Street, Greensboro, NC 27401-2544, unless otherwise directed by the court, the probation officer, or the United States Attorney. **Nothing herein shall prohibit the United States Attorney from pursuing collection of outstanding criminal monetary penalties.**

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

     Defendant and Co-Defendant Names, Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☒ The defendant shall forfeit the defendant's interest in the following property to the United States: to the extent any personal items not related to the offense of this investigation, the United States is authorized to return those items to Mr. Hill at the conclusion of any appeals period.

Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.