

**U.S.W.G.O.**
Brian D. Hill - Ally of QAnon
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
**WWG1WGA** - Q-Intel Drain the
Swamp MAGA - INVESTIGATE!
JusticeForUSWGO.wordpress.com

JusticeForUSWGO.NL/PARDON

7019 2280 0000 8213 3554

CERTIFIED MAIL

Clerk of the Court
United States District Court
324 West Market Street,
Greensboro, NC 27401

RECEIVED
In This Office
NOV 04 2020
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC

INSPECTED

1250 ok

U.S. POSTAGE PAID
FCM LG ENV
MARTINSVILLE, VA
24112
NOV 02, 20
AMOUNT
$8.05
R2304N117627-19

27401

Case 1:13-cr-00435-TDS   Document 264-1   Filed 11/04/20   Page 1 of 1