*Please file this Exhibit in color. Thanks God Bless*

# Exhibit 1

USWGO
QANON // DRAIN THE SWAMP





UNITED STATES DISTRICT COURT CASE NO. 1:13-CR-435-1
UNITED STATES DISTRICT COURT CASE NO. 1:17-CV-1036
MIDDLE DISTRICT OF NORTH CAROLINA

Exhibit in attachment to "DECLARATION OF BRIAN DAVID HILL AND NEW EVIDENCE IN SUPPORT OF PENDING MOTION UNDER DOCUMENT # 206 REQUESTING SANCTIONS"







```
=========================================
            MARTINSVILLE
          1123 SPRUCE ST
      MARTINSVILLE, VA 24112-9998
             515652-0362
             (800)275-8777
          07/19/2019 09:12 AM
=========================================
=========================================

Product              Qty    Unit      Price
                            Price

PM 1-Day              1    $7.35     $7.35
  (Domestic)
  (MARTINSVILLE, VA  24112)
  (Weight:0 Lb 13.30 Oz)
  (Expected Delivery Day)
  (Saturday 07/20/2019)
Return Receipt                       $2.80
  (USPS Return Receipt #)
  (9590940235277275749741)
Cert Mail RstrDel                    $8.80
  (Recipient name)
  (G E CASSADY)
  (USPS Certified Mail #)
  (70172680000057509122)

Total:                              $18.95


Cash                                $20.00
Change                              ($1.05)


Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

          Preview your Mail
          Track your Packages
          Sign up for FREE @
          www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
       Thank you for your business.

         HELP US SERVE YOU BETTER

       TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

                Go to:
     https://postalexperience.com/Pos

      840-5250-0004-003-00041-12438-02

          or scan this code with
           your mobile device:
```





U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

MARTINSVILLE VA 24112
OFFICIAL USE

| Certified Mail Fee | $2.80 | 0362 13 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $8.80 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | JUL 19 2019 |
| ☐ Adult Signature Required | $0.00 | 07/19/2019 |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | $7.35 | |
| Total Postage and Fees | $18.95 | |

Sent To: ATTN: Chief G. E. Cassady
Street and Apt.: Martinsville Police Department
                 55 West Church St.
City, State, ZIP: Martinsville, VA 24112

PS Form 3800

7017 2680 0000 5750 9122



Case 1:13-cr-00435-TDS   Document 265-1   Filed 11/04/20   Page 5 of 6

```
============================================
           MARTINSVILLE
         1123 SPRUCE ST
   MARTINSVILLE, VA 24112-9998
            515652-0362
           (800)275-8777
         07/19/2019 09:12 AM
============================================
============================================

Product              Qty    Unit      Price
                            Price
-------------------------------------------

PM 1-Day              1    $7.35     $7.35
  (Domestic)
  (MARTINSVILLE, VA  24112)
  (Weight:0 Lb 13.30 Oz)
  (Expected Delivery Day)
  (Saturday 07/20/2019)
Return Receipt                       $2.80
  (USPS Return Receipt #)
  (9590940235277275749741)
Cert Mail RstrDel                    $8.80
  (Recipient name)
  (G E CASSADY)
  (USPS Certified Mail #)
  (70172680000057509122)

Total:                              $18.95

Cash                                $20.00
Change                              ($1.05)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

          Preview your Mail
          Track your Packages
          Sign up for FREE @
          www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
       Thank you for your business.

        HELP US SERVE YOU BETTER

        TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE

                Go to:
       https://postalexperience.com/Pos

       840-5250-0004-003-00041-12438-02

          or scan this code with
            your mobile device:
```





U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

MARTINSVILLE, VA 24112
OFFICIAL USE

Certified Mail Fee  $2.80         0362  13
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $8.80
☐ Return Receipt (electronic) $0.00    Postmark Here
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required   $0.00    JUL 19 2019
☐ Adult Signature Restricted Delivery $
Postage  $7.35
Total Postage and Fees  $18.95        07/19/2019

Sent To: ATTN: Chief G. E. Cassady
Street and Apt.: Martinsville Police Department
                 55 West Church St.
City, State, ZIP: Martinsville, VA 24112

PS Form 3800

7017 2680 0000 5750 9122



United States Postal Service

9590 9402 3527 7275 7497 43

Sender: Please print your name, address, and ZIP+4® in this box•

U.S.W.G.O.
Brian D. Hill
310 Forest Street, Apt. 1
Martinsville, VA 24112

Brian D. Hill
Signed

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #