# Exhibit 2

USWGO
QANON // DRAIN THE SWAMP





UNITED STATES DISTRICT COURT CASE NO. 1:13-CR-435-1
UNITED STATES DISTRICT COURT CASE NO. 1:17-CV-1036
MIDDLE DISTRICT OF NORTH CAROLINA

Exhibit in attachment to "DECLARATION OF BRIAN DAVID HILL AND NEW EVIDENCE IN SUPPORT OF PENDING MOTION UNDER DOCUMENT # 206 REQUESTING SANCTIONS"

Transmitted with Venta Fax & Voice software - http://www.ventafax.com

| 8/7/2019 | 2:16:06 PM | From: Brian David Hill | Fax ID: 276-790-3505 | Page 1/1 |
Attn.: Any authorized Agent to sign for Mail      To: Martinsville Police Department

```
============================================
            MARTINSVILLE
          1123 SPRUCE ST
       MARTINSVILLE, VA 24112-9998
             515652-0362
             (800)275-8777
          07/19/2019 09:12 AM
============================================

Product           Qty   Unit     Price
                        Price

PM 1-Day           1    $7.35    $7.35
  (Domestic)
  (MARTINSVILLE, VA  24112)
  (Weight:0 Lb 13.30 Oz)
  (Expected Delivery Day)
  (Saturday 07/20/2019)
Return Receipt                   $2.80
  (USPS Return Receipt #)
  (9590940235277275749741)
Cert Mail RstrDel                $8.80
  (Recipient name)
  (G E CASSADY)
  (USPS Certified Mail #)
  (70172680000057509122)

Total:                          $18.95

Cash                            $20.00
Change                          ($1.05)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

            Preview your Mail
           Track your Packages
            Sign up for FREE @
          www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
       Thank you for your business.

         HELP US SERVE YOU BETTER

       TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

                Go to:
       https://postalexperience.com/Pos

       840-5250-0004-003-00041-12438-02

       or scan this code with
        your mobile device:
```





Very Important Evidence.
Please sign for it Chief G. E. Cassady.

I am sorry that it is restricted delivery but I wanted to make sure that the evidence was picked up by somebody in your Department.

Medical records/reports, statement from expert witness Pete Compton a chimney expert. Evidence of threatening greeting card that was received by a citizen of Martinsville.

A lot of important evidence that needs to be picked up and reviewed by the Police Chief and given to Officer R. D. Jones. Please sign for it. Thank you for your time and attention to this matter. Thank you for your service. God Bless. USPS rather it be picked up than redelivered. - Brian

For Fax: 276.403.5306