In the United States District Court
For the Middle District of North Carolina



| | |
|---|---|
| Brian David Hill, <br> Petitioner/Defendant <br><br> v. <br><br> United States of America, <br> Respondent/Plaintiff | ) <br> ) <br> ) Criminal Action No. 1:13-CR-435-1 <br> ) <br> ) Civil Action No. 1:17-CV-1036 <br> ) <br> ) <br> ) <br> ) |

# EVIDENCE IN SUPPORT OF DECLARATION OF BRIAN DAVID HILL AND NEW EVIDENCE IN SUPPORT OF PENDING MOTION UNDER DOCUMENT # 206 REQUESTING SANCTIONS AND IN SUPPORT OF # 265 AND # 266 DECLARATION

I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

I attached hereto, as **SUPPLEMENT 2**, a true and correct copy of a 48-page pleading that I had or am going to transmit by FAX or mail to the Clerk of the Martinsville Circuit Court entitled "SECOND NOTICE OF FRAUD UPON THE COURT".

Respectfully filed with the Court, this the 7th day of November, 2020.

Respectfully submitted,

*Brian D. Hill*
Signed
Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112

1



Phone #: (276) 790-3505

Former U.S.W.G.O. Alternative News reporter
I stand with QANON/Donald-Trump – Drain the Swamp
I ask Qanon and Donald John Trump for Assistance (S.O.S.)
Make America Great Again

Petitioner also requests with the Court that a copy of this pleading be served upon the Government as stated in 28 U.S.C.§ 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Petitioner requests that copies be served with the U.S. Attorney office of Greensboro, NC via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

## CERTIFICATE OF SERVICE

Petitioner/Defendant hereby certifies that on November 7, 2020, service was made by mailing the original of the foregoing:

"ADDENDUM TO DECLARATION OF BRIAN DAVID HILL AND NEW EVIDENCE IN SUPPORT OF PENDING MOTION UNDER DOCUMENT # 206 REQUESTING SANCTIONS"

by deposit in the United States Post Office, in an envelope, Postage prepaid, on November 7, 2020 addressed to the Clerk of the Court in the U.S. District Court, for the Middle District of North Carolina, 324 West Market Street, Greensboro, NC 27401.

Then pursuant to 28 U.S.C. §1915(d), Petitioner requests that the Clerk of the Court move to electronically file the foregoing using the CM/ECF system which will send notification of such filing to the following parties to be served in this action:

| Anand Prakash Ramaswamy | Angela Hewlett Miller |
| U.S. Attorney Office | U.S. Attorney Office |

2

| | |
|---|---|
| Civil Case # 1:17 -cv-1036<br>101 South Edgeworth Street, 4th<br>Floor, Greensboro, NC 27401<br>Anand.Ramaswamy@usdoj.gov | Civil Case # 1: 17 -cv-1036<br>101 South Edgeworth Street, 4th<br>Floor, Greensboro, NC 27401<br>angela.miller@usdoj.gov |
| JOHN M. ALSUP<br>U.S. Attorney Office<br>101 South Edgeworth Street, 4th<br>Floor, Greensboro, NC 27401<br>john.alsup@usdoj.gov | |

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

| | |
|---|---|
| Date of signing:<br><br>November 7, 2020 | Respectfully submitted,<br><br>*Brian D. Hill*<br>signed<br>Signed<br>Brian D. Hill (Pro Se)<br>310 Forest Street, Apartment 2<br>Martinsville, Virginia 24112<br>Phone #: (276) 790-3505<br>**U.S.W.G.O.**<br>I stand with QANON/Donald-Trump – Drain the Swamp<br>I ask Qanon and Donald John Trump for Assistance (S.O.S.)<br>Make America Great Again |



Friend's justice site: JusticeForUSWGO.wordpress.com
JusticeForUSWGO.NL/Pardon



JusticeForUSWGO.NL/Pardon

JusticeForUSWGO.wordpress.com/Pardon

3