# Exhibit 1

USWGO
QANON // DRAIN THE SWAMP





MARTINSVILLE CIRCUIT COURT – CRIMINAL CASE NO. CR19000009-00

Exhibit in attachment to "SECOND NOTICE OF FRAUD UPON THE COURT"

VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF MARTINSVILLE

|  |  |  |
|---|---|---|
| Commonwealth of Virginia, | ) | |
| Plaintiff, | ) | Criminal Action No. CR19000009-00 |
| v. | ) | |
| Brian David Hill, | ) | DECLARATION OF BRIAN DAVID HILL IN SUPPORT OF SECOND NOTICE OF FRAUD UPON THE COURT |
| Defendant, | ) | |

## DECLARATION OF BRIAN DAVID HILL IN SUPPORT OF SECOND NOTICE OF FRAUD UPON THE COURT

COMES NOW Brian David Hill, and in pursuant to Virginia Code § 8.01-4.3, I affirm the following facts under penalty of perjury with my statement of facts before this Court:

I am Brian David Hill, the criminal defendant in this criminal case CR19000009-00, Writ of Habeas Corpus filer under case no. CL19000331-00, and Writ of Coram Nobis/Vobis filer under case no. CL20000089-00. I hereby make my following statement of facts regarding the various Exhibits filed in my pleading known as "**SECOND NOTICE OF FRAUD UPON THE COURT**". I am attempting to demonstrate different issues to this Court as to why I personally believe and am asserting that the wrongful conviction of myself, Brian David Hill, in the above captioned case is a fraud upon the court that was wrongfully prosecuted by Glen Andrew Hall, Esquire, and should not stand as judgment as the facts come out by my various pro se filings.

1

I hereby certify that EXHIBIT 2 is a true and correct copy of six pages of excerpt of the 81-page Transcript from U.S. District Court for the Middle District of North Carolina, with the testimony statements of Martinsville Police Department Sergeant Robert Jones, the same officer who arrested and charged Brian with indecent exposure on September 21, 2018, and is relevant in this criminal case. Transcribed by Briana L. Bell, RPR, Official Court Reporter who has transcribed this testimony at a federal court hearing. This Court can ask for the entire Transcript to authenticate the record if necessary. Her email address for this Court or the Commonwealth Attorney to contact to confirm authenticity is at: brinesbit@gmail.com. Her name was Briana Nesbit but later changed to Briana Bell. Direct contact number is 336-734-2514. Transcript dated as November 4, 2019. Total of 6 pages. I excerpt on Page 1 is of Page 1, Page 2 is of Page 2. Page 3 of this Exhibit is Page 34 of the record. Page 4 of this Exhibit is Page 35 of the record. Page 5 of this Exhibit is Page 36 of the record. Page 6 of this Exhibit is Page 81 of the record, the final page of the Transcript to prove that the pages did come from a certified transcript, meaning that the Court Reporter had certified that the Transcript is a "a true and correct transcript of the proceedings in the above-entitled matter." That should affirm proof.

I hereby certify that EXHIBIT 3 is a true and correct copy of a two-page print-out of an email that Roberta Hill had printed for Brian David Hill to use in this criminal case as evidence. Entitled "Re: Brian D. Hill asked me to send this email to you about his appealed case". Emailed to Brian's court appointed lawyer Scott Albrecht at the time through his Indigent Defense Commission email: salbrecht@mar.IDC.Virginia.gov. Total of 2 pages.

I hereby certify that EXHIBIT 4 is a true and correct copy of a five-page print-out of an email conversation that Roberta Hill had printed for Brian David Hill to use

2

in this criminal case as evidence. Entitled "Fw: Brian D. Hill request", "Re: Brian D. Hill request", "Re: Brian D. Hill request", and "Brian D. Hill request". Shows in Page 3 an email to Brian's court appointed lawyer Scott Albrecht at the time through his Indigent Defense Commission email: salbrecht@mar.IDC.Virginia.gov. Total of 5 pages.

I hereby certify that EXHIBIT 5 is a true and correct copy of a 1-page FAX letter to Attorney Scott Albrecht. As well as a "Transmission Verification Report". Says it had faxed two pages and it likely was a cover page but was omitted from this Exhibit. It was transmitted to the Office of the Public Defender fax number on May 15, 2019, 6:09PM. Total of 2 pages.

I hereby certify that EXHIBIT 6 is a true and correct copy of a seven-page photocopy of what appears to be a letter that Brian's grandparents Kenneth Forinash and Stella Forinash had mailed to Martinsville Police Chief G. E. Cassady. It appears that it was likely signed for by a different officer. Pages 1 and 2 show a typed of version of the written letter that Brian had mailed to the Police Chief asking for the body-camera footage about the incident on September 21, 2018, and give it to his lawyer as part of the discovery process. Page 3 shows what appears to be a scan of the envelope. Page 4 shows a photocopy of the original handwritten letter with something else written on it saying "For Jason McMurray". That was probably a goof and the words "For Jason McMurray" were probably not in the original letter. It was photocopied using the photocopying machine at the Federal Correctional Institution I at Butner, North Carolina. Pages 5 through 7 are of both sides of the "Return Receipt" mailed by Brian's grandparents and the certified mail receipt as well as the U.S. Postal Service receipt. Total of 7 pages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2020.

Respectfully submitted,

*Brian D. Hill*
Signed / Signed

Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505

**U.S.W.G.O.**

Former U.S.W.G.O. Alternative News reporter
I stand with QANON/Donald-Trump – Drain the Swamp
I ask Qanon and Donald John Trump for Assistance (S.O.S.)
Make America Great Again
**JusticeForUSWGO.wordpress.com/Pardon**
**JusticeForUSWGO.wordpress.com**
Amazon: The Frame Up of Journalist Brian D. Hill