# Exhibit 2

USWGO
QANON // DRAIN THE SWAMP





MARTINSVILLE CIRCUIT COURT – CRIMINAL CASE NO. CR19000009-00

Exhibit in attachment to "SECOND NOTICE OF FRAUD UPON THE COURT"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA        )    CASE NO. 1:13CR435-1
                                )
        vs.                     )
                                )    Winston-Salem, North Carolina
BRIAN DAVID HILL                )    September 12, 2019
_____      3:37 p.m.

TRANSCRIPT OF THE **SUPERVISED RELEASE REVOCATION HEARING**
BEFORE THE HONORABLE THOMAS D. SCHROEDER
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:     ANAND RAMASWAMY, AUSA
                        Office of the U.S. Attorney
                        101 S. Edgeworth Street, 4th Floor
                        Greensboro, North Carolina 27401

For the Defendant:      RENORDA E. PRYOR, ESQ
                        Herring Law Center
                        1821 Hillandale Road, Suite 1B-220
                        Durham, North Carolina

Court Reporter:         BRIANA L. BELL, RPR
                        Official Court Reporter
                        P.O. Box 20991
                        Winston-Salem, North Carolina 27120

Proceedings recorded by mechanical stenotype reporter.
Transcript produced by computer-aided transcription.G1

USA v. Brian Hill -- SRV hearing -- 9/12/19

INDEX

**GOVERNMENT'S WITNESSES:**                          **PAGE:**

SERGEANT ROBERT JONES

    Direct Examination by Mr. Ramaswamy        11
    Cross-Examination by Ms. Pryor             30
    Redirect Examination by Mr. Ramaswamy      35
    Recross-Examination by Ms. Pryor           36


**DEFENDANT'S WITNESSES:**                           **PAGE:**

JASON MCMURRAY

    Direct Examination by Ms. Pryor            37
    Cross-Examination by Mr. Ramaswamy         42
    Redirect Examination by Ms. Pryor          44

ROBERTA HILL

    Direct Examination by Ms. Pryor            45
    Cross-Examination by Mr. Ramaswamy         51
    Redirect Examination by Ms. Pryor          53
    Recross-Examination by Mr. Ramaswamy       54

EXHIBITS

| Exhibits: | | Identified | Received |
|---|---|---|---|
| G-1 | Contact sheet of photorgraphs found on Defendant's camera | 17 | 18 |
| G-2 | Map depicting locations of where photographs found on Defendant's camera were taken | 19 | 29 |
| G-3 | Photographs of area | 20 | 29 |
| G-4 | Photographs of area | 21 | 29 |
| G-5 | Photograph of area | 21 | 29 |
| G-6 | Photographs of area | 22 | 29 |
| G-7 | Roadmap of locations of where photographs were taken | 25 | 29 |
| G-8 | Defendant's August 2018 monthly supervision report found on camera | 26 | 29 |
| G-9 | Screenshot of properties for Exhibit No. 8 | 27 | 29 |
| G-10 | Virginia Code Section 18.2-387 | 28 | 29 |

USA v. Brian Hill  -- SRV hearing  -- 9/12/19

1  Q    Okay.  But as part of your investigation, have you been

2  able to find out whether there were some threatening matters

3  that was sent to him or his family?

4  A    I have not heard anything of that, no.

5  Q    But do you -- but you didn't do the investigation?

6  A    No.

7  Q    Did Mr. Hill -- when you approached him, did he tell you

8  that he had autism?

9  A    He did.

10 Q    And do you guys -- does your -- I would say does your --

11 does the department train you on how to approach someone with

12 autism?

13 A    We deal with some academy-wise and not much follow-up

14 after that.

15 Q    Did he also tell you that he was a diabetic as well?

16 A    I do not recall him telling me that, no.

17 Q    Did he tell you that he was also OCD?

18 A    Not that I recall.

19 Q    And when you took him to the hospital, did they admit him

20 into the hospital that night?

21 A    No, they cleared him medically and psychologically and

22 released him to us.

23 Q    Okay.  Did you get those reports from -- the medical

24 reports?

25 A    No, I did not do a subpoena for his hospital records.

Case 1:13-cr-00435-TDS   Document 267-3   Filed 11/10/20   Page 4 of 7

1  Q    Okay.  Did you speak to a doctor or anyone regarding his

2  condition or anything of that nature that night?

3  A    We -- other than just checking with him to see if they

4  were going to be releasing him or admitting him, no.

5  Q    Do you recall any tests that were taken that night besides

6  just checking, I believe you said, his knee?

7  A    No, ma'am.  Like I said, when we -- we also checked him

8  for mental health issues is the reason why they cleared him

9  psychologically, to make sure there was nothing going on there.

10 Once they do that, they do lab work and other stuff.  I didn't

11 ask about his medical history.

12 Q    Was there any tests dealing with his blood alcohol content

13 or anything of that nature?

14 A    I don't know if they did.  Like I said, I did not get his

15 records.  They normally do, but I do not have that.

16          **MS. PRYOR:**  No further questions, Your Honor.

17          **THE COURT:**  Any redirect?

18          **MR. RAMASWAMY:**  Briefly, Your Honor.

19                    REDIRECT EXAMINATION

20 **BY MR. RAMASWAMY**

21 Q    Counsel asked you about certain businesses and whether or

22 not they were open in this time frame.  Are there residences

23 along this trail?

24 A    It is.

25 Q    Were there residences close to the trail?

          USA v. Brian Hill  -- SRV hearing  -- 9/12/19

1  A    There are.

2  Q    Are there residences where there's no obstruction between

3  the residence and the trail?

4  A    Yes, sir.

5  Q    And this did, in fact, come in on a call of a report of a

6  naked man; correct?

7  A    Correct.

8           **MR. RAMASWAMY:**  No other questions.

9           **MS. PRYOR:**  I just have a follow-up on that.

10           **THE COURT:**  All right.

11                         RECROSS-EXAMINATION

12  **BY MS. PRYOR**

13  Q    Were any pictures taken in front of any houses?

14  A    Not on the camera that I saw, no.

15  Q    And the residences that he mentioned, are those residences

16  behind trees on the trail?

17  A    There's some that back up to it that you can see the trail

18  from, along with -- the original call that came in, the trail

19  actually runs right up the side of the road where the original

20  call came in.

21  Q    And did that call come in from a resident?

22  A    No, it was a passerby in a car.

23           **MS. PRYOR:**  Thank you.  No further question.

24           **THE COURT:**  What time did you say you were on the

25  scene there the first time?

---

USA v. Brian Hill  -- SRV hearing  -- 9/12/19

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

CERTIFICATE OF REPORTER

I, Briana L. Bell, Official Court Reporter, certify that the foregoing transcript is a true and correct transcript of the proceedings in the above-entitled matter.

Dated this 4th day of November 2019.

Briana L. Bell, RPR
Official Court Reporter

USA v. Brian Hill -- SRV hearing -- 9/12/19