# Exhibit 3

USWGO
QANON // DRAIN THE SWAMP





MARTINSVILLE CIRCUIT COURT – CRIMINAL CASE NO. CR19000009-00

Exhibit in attachment to "SECOND NOTICE OF FRAUD UPON THE COURT"

Re: Brian D. Hill asked me to send this email to you about his appealed case

From: Eric S Clark (eric@whitestonepublishing.org)
To: kenstella2007@yahoo.com; salbrecht@mar.IDC.Virginia.gov
Cc: rbhill67@yahoo.com
Date: Thursday, December 27, 2018, 11:21 PM EST

**Concerning this part:**

Also please email Scott Albrecht and see if he wishes to represent me on appeal or notify the Court that he cannot represent me so a new lawyer can be appointed as soon as possible for Circuit Court

If Scott wishes to get involved, he will have to work with Eric Clark since he has the three Virginia appeal case laws that I had messaged him.

Brian already had me forward messages on Christmas day and those messages (MESSAGE 1) had the three case law citations.

Obtaining body cam footage through discovery and an expert witness from REACH (concerning autism) are probably
the key things. Should be able to file a motion in limine or a motion for directed verdict base on those evidences.

As for the January 28, 2019 Court date, they should allow a "motion for continuance"
IF Brian and his attorney (whether Scott or someone else) are not ready for trial.

Let me know if there's anything I can do to help.

Eric Clark
785-214-8904


From: Ken & Stella
Sent: Thursday, December 27, 2018 9:46 PM
To: salbrecht@mar.IDC.Virginia.gov
Cc: Eric S. Clark ; Roberta Hill
Subject: Brian D. Hill asked me to send this email to you about his appealed case

Attorney Albrecht:

Brian David Hill, our grandson is in the Western Regional Virginia jail. He has asked us to send you an email with these statements and asking these questions:

Please reply to this email letting us know that you have read this.

## My scheduled court date for the Martinsville Circuit Court is January 28, 2019.

I will file a motion for Writ of Actual Innocence and motion for new trial pursuant to Virginia Code Sec. 19.2-265.4 a failure to provide discovery in Misdemeanor and felony cases. The bodycam footage and 911 recording is another one. I will fill out the ADA Accommodation form for my Circuit Court case on January 28, 2019.

Also please email Scott Albrecht and see if he wishes to represent me on appeal or notify the Court that he cannot represent me so a new lawyer can be appointed as soon as possible for Circuit Court

If Scott wishes to get involved, he will have to work with Eric Clark since he has the three Virginia appeal case laws that I had messaged him. (Eric's email address is above).

Brian is also filling out an accommodation form for disabled citizens.

Sincerely.

Ken & Stella Forinash
(Brian David Hill's grandparents)