# Exhibit 5

USWGO
QANON // DRAIN THE SWAMP





MARTINSVILLE CIRCUIT COURT – CRIMINAL CASE NO. CR19000009-00

Exhibit in attachment to "SECOND NOTICE OF FRAUD UPON THE COURT"

```
TRANSMISSION VERIFICATION REPORT

                              TIME : 05/15/2019 06:11PM
                              NAME : KEN STELLA FORINASH
                              FAX  : 2766322599
                              SER.# : U63038J1F328116

DATE,TIME          05/15  06:09PM
FAX NO./NAME       2766668929
DURATION           00:01:02
PAGE(S)            02
RESULT             OK
MODE               PHOTO
                   ECM
```

May 15, 2019

Office of the Public Defender
10 East Main Street // P.O. Drawer 31
Martinsville, Virginia 24112//24114
Phone: 276-666-2206 // Fax: 276-666-8929
Dear Scott Albrecht,

CI8-3138

I have been released on Federal Bond since yesterday on Tuesday.

The Federal Court will hold any proceedings for the Supervised Release Violation until the final disposition of this State charge.

The stress and anxiety of waiting is affecting my health and this case needs to be resolved As Soon As Possible.

I rather not ask to reschedule the Circuit Court trial Pro Se since I had been released. Please schedule the Trial to early June this year.

I would like to be scheduled the Trial in early June if possible, any day in June instead of July, 2019. I am ready to bring up the carbon monoxide poisoning report and the evidence that I had filed while I was at FCI-1 Butner. I had originally told you that I thought I was drugged. This year new evidence came to my attention and was discovered in late January carbon monoxide was present in my Apartment and was witnessed by Roberta Hill, the expert who found evidence of carbon monoxide damage, and even my Probation Officer Jason McMurray saw the damage of the carbon monoxide cause and effect. It can cause me not to think straight which would also help explain how I was just naked, not aroused,

May 15, 2019

Office of the Public Defender
10 East Main Street // P.O. Drawer 31
Martinsville, Virginia 24112//24114
Phone: 276-666-2206 // Fax: 276-666-8929
Dear Scott Albrecht,

*CI8-3138*

I have been released on Federal Bond since yesterday on Tuesday.

The Federal Court will hold any proceedings for the Supervised Release Violation until the final disposition of this State charge.

The stress and anxiety of waiting is affecting my health and this case needs to be resolved As Soon As Possible.

I rather not ask to reschedule the Circuit Court trial Pro Se since I had been released. Please schedule the Trial to early June this year.

I would like to be scheduled the Trial in early June if possible, any day in June instead of July, 2019. I am ready to bring up the carbon monoxide poisoning report and the evidence that I had filed while I was at FCI-1 Butner. I had originally told you that I thought I was drugged. This year new evidence came to my attention and was discovered in late January carbon monoxide was present in my Apartment and was witnessed by Roberta Hill, the expert who found evidence of carbon monoxide damage, and even my Probation Officer Jason McMurray saw the damage of the carbon monoxide cause and effect. It can cause me not to think straight which would also help explain how I was just naked, not aroused, just doing something out of the blue that was bazaar. Not having a history of it. Carbon monoxide may have even been caused by the guy in the hoodie as the one greeting card my mother received mentioning about "not be good feeling sick" stating that my mother was not feeling good getting sick as if a calling card for the carbon monoxide making us sick and tired.

I filed the evidence of carbon monoxide with the Clerk while at FCI Butner. So not only was I not aroused, I was sick from carbon monoxide exposure in my home.

Sincerely,

Brian D. Hill // 310 Forest Street, Apartment 2, Martinsville VA 24112 276-790-3505

*Brian D. Hill* U.S.W.G.O.
Signed