# Exhibit 6

USWGO
QANON // DRAIN THE SWAMP





MARTINSVILLE CIRCUIT COURT – CRIMINAL CASE NO. CR19000009-00

Exhibit in attachment to "SECOND NOTICE OF FRAUD UPON THE COURT"

January 19, 2019 (Typed letter March 13, 2019)

Dear Chief of Police of Martinsville Police Dept: G. Edward Cassady

CC: Commonwealth Attorney, Case no C18-3138,

55 West Church Street   Municipal Building   Martinsville, VA 24112

Martinsville Circuit Court case   Discovery Request

Under Virginia Code in regards to discovery requirements for misdemeanor and felony trials in the Commonwealth of Virginia, Brady v Maryland, Giglio v U.S., Brian Hill hereby requests a copy of Police-Camera footage presumably recorded by Sgt. R.D. Jones of Martinsville Police Department between the times of 3:00AM and 4:00AM, September 20, 2018, where I gave statements about the man wearing the hoodie, who had threatened to kill my mother Roberta Hill on the late night of September 20, 2018. Please turn over that Police body camera footage recording evidence copy to my Attorney Scott Albrecht of the Martinsville Public Defender Office, As Soon As Possible. Thank you for your service.

My Respects,

Brian D. Hill  (Signed)

Dated January 19, 2019

P.S. Brian Hill has Autism Spectrum Disorder in DMV handicap placard records

Brian David Hill #29947-057   Federal Correctional Institution 1
Old NC Hwy 75; P.O. Box 1000  Butner, NC 27509
JusticeForUSWGO.wordpress.com   USWGO

(Letter 1)

Copy of note mailed with letter dated January 19, 2019

Chief of Police and Commonwealth Attorney in Martinsville, VA,

Please acknowledge receipt of letters. Please write response.

Thank you

Brian D. Hill

God bless you!

Note: In a week of no response, I will assume that it was lost and mail another copy. Thanks.

Note from Brian's grandparents. Brian wrote this on January 19, 2019 and January, 20, 2019. He received no response, He sent it again and received no response a week later. After waiting almost two months, his grandparents will have to go to the post office and send this out return receipt requested. You also should know that Brian has been on disability since the age of 19 months; has brittle diabetes requiring insulin shots, has seizures, autism, anxiety and OCD. His actions that night were not normal. He was a victim who was arrested and sent to jail by the police who are supposed to protect its citizens and disabled. Brian's mom and grandparents were at the trial and noticed the prosecuting attorney making derogatory comments and making fun of this disabled citizen of Martinsville in front of his family and many other people in the court room.

KEN + STELLA FORINASH
916 CHALMERS ST., APT A
MARTINSVILLE, VA 24112

G. E. CASSADY, CHIEF OF POLICE
MARTINSVILLE POLICE DEPARTMENT
55 WEST CHURCH ST.
MARTINSVILLE, VA 24112

Dear Chief of Police of Martinsville Police Dept.,
CC: Commonwealth Attorney, Case no. C18-3138,
515 West Church Street,
Municipal Building,
Martinsville, VA 24112,

For Jason McMurray

Martinsville Circuit Court case
Discovery Request

Under Virginia Code in regards to discovery requirements for misdameanor and felony trials in the Commonwealth of Virginia, Brady v. Maryland, Giglio v. U.S., Brian David Hill hereby requests a copy of Police Body-Camera footage presumably recorded by Sgt. R.D. Jones of Martinsville Police Department between the times of 3:00AM and 4:00AM, September ~~~~ 21, 2018, where I gave statements about the man wearing the hoodie who had threatened to kill my mother Roberta Hill on the late night of September 20, 2018. Please turn over that Police body camera footage recording evidence copy to my Attorney Scott Albrecht of the Martinsville Public Defender Office, As Soon As Possible. Thank You for your service.

My Respects,

Brian D. Hill

Signed

Dated January 19, 2019.
P.S. Brian Hill has Autism Spectrum Disorder in DMV handicap placard records.

Brian David Hill #29947-057
Federal Correctional Institution [1]
Old NC Hwy 75; P.O. Box 1000
Butner, N.C. 27509
JusticeForUSWGO.wordpress.com
U.S.W.G.O.



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7018 1830 0001 9309 1586

Certified Mail Fee $3.50
$2.80
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.30
Total Postage and Fees $7.60

Sent To: G.E. CASSADY - CHIEF OF POLICE
Street and Apt. No., or PO Box No.: 55 WEST CHURCH ST
City, State, ZIP+4: MARTINSVILLE, VA 24112

PS Form 3800, April 2015

---

MARTINSVILLE
1123 SPRUCE ST
MARTINSVILLE
VA
24112-9998
5156520362
03/14/2019  (800)275-8777  11:38 AM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Large Envelope (Domestic) (MARTINSVILLE, VA 24112) (Weight:0 Lb 2.60 Oz) (Estimated Delivery Date) (Saturday 03/16/2019) | 1 | $1.30 |
| Certified (@@USPS Certified Mail #) (70181830000193091586) | 1 | $3.50 |
| Return Receipt (@@USPS Return Receipt #) (9590940239158060485685) | 1 | $2.80 |
| Total | | $7.60 |
| Cash | | $7.60 |

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos
840-5250-0004-003-00038-69612-02

or scan this code with
your mobile device:



or call 1-800-410-7420.
YOUR OPINION COUNTS

Bill #: 840-52500004-3-3869612-2

```
          MARTINSVILLE
         1123 SPRUCE ST
          MARTINSVILLE
               VA
           24112-9998
           5156520362
03/14/2019    (800)275-8777   11:38 AM

Product             Sale        Final
Description         Qty         Price

First-Class          1          $1.30
Mail
Large Envelope
    (Domestic)
    (MARTINSVILLE, VA  24112)
    (Weight:0 Lb 2.60 Oz)
    (Estimated Delivery Date)
    (Saturday 03/16/2019)
Certified            1          $3.50
    (@@USPS Certified Mail #)
    (70181830000193091586)
Return               1          $2.80
Receipt
    (@@USPS Return Receipt #)
    (95909402391580604856b85)

Total                           $7.60

Cash                            $7.60
```

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5250-0204-003-00038-69612-02

or scan this code with
your mobile device:



or call 1-800-410-7420.
YOUR OPINION COUNTS



Article Addressed to:
GE CASSADY CHIEF OF POLICE
55 WEST CHURCH ST
MARTINSVILLE, VA 24112

7018 1830 0001 9309 1586

```
                MARTINSVILLE
                1123 SPRUCE ST
                MARTINSVILLE
                     VA
                  24112-9998
                  5156520362
03/14/2019      (800)275-8777    11:38 AM
================================================
Product                    Sale        Final
Description                 Qty        Price

First-Class                  1         $1.30
Mail
Large Envelope
  (Domestic)
  (MARTINSVILLE, VA  24112)
  (Weight:0 Lb 2.60 Oz)
  (Estimated Delivery Date)
  (Saturday 03/16/2019)
Certified                    1         $3.50
  (@@USPS Certified Mail #)
  (70181830000193091586)
Return                       1         $2.80
Receipt
  (@@USPS Return Receipt #)
  (95909402391580604856B5)

Total                                  $7.60

Cash                                   $7.60
```

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

                Preview your Mail
                Track your Packages
                Sign up for FREE @
                www.informeddelivery.com

All sales final on stamps and postage.
 Refunds for guaranteed services only.
       Thank you for your business.

            HELP US SERVE YOU BETTER

            TELL US ABOUT YOUR RECENT
                 POSTAL EXPERIENCE

                      Go to:
          https://postalexperience.com/Pos

          840-5250-0004-003-00038-69612-02

              or scan this code with
                your mobile device:



              or call 1-800-410-7420.
               YOUR OPINION COUNTS



KEN & STELLA HORNASH
916 CHALMERS ST., APT A
MARTINSVILLE, VA 24112