

U.S.W.G.O.

Brian D. Hill - Ally of QAnon
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
WWG1WGA - Q-Intel Drain the
Swamp MAGA - INVESTIGATE!
JusticeForUSWGO.wordpress.com

JusticeForUSWGO.NL/PARDON

```
USPS FIRST-CLASS PKG

US POSTAGE AND FEES PAID        easypost
2020-11-07
24112
C1453321
Commercial
9.0 OZ ZONE 2                   0000
                                C023
```



BRIAN HILL
310 FOREST STREET
APARTMENT 2
MARTINSVILLE VA 24112

U.S. DISTRICT COURT
CLERK OF THE COURT
324 W MARKET ST STE 401
GREENSBORO NC 27401-2544

INSPECTED

OrangeMailer.co
Printed by Orange Mailer

USPS CERTIFIED MAIL™



9414 8368 9523 2280 0232 89



RECEIVED
In This Office
NOV 10 2020
CLERK U.S. DISTRICT COURT
GREENSBORO, NC