FILED: November 17, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4758
(1:13-cr-00435-TDS-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

BRIAN DAVID HILL

  Defendant - Appellant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Diaz, Judge Harris, and Judge Rushing.

  For the Court

  /s/ Patricia S. Connor, Clerk