In the United States District Court
For the Middle District of North Carolina



)
Brian David Hill,                        )
Petitioner/Defendant                     )  **Criminal Action No. 1:13-CR-435-1**
                                         )
v.                                       )  Civil Action No. 1:17-CV-1036
                                         )
United States of America,                )
Respondent/Plaintiff                     )
                                         )
                                         )

## PETITIONER'S NOTICE OF APPEAL

NOW COMES the Petitioner, by and through Brian David Hill ("Brian D. Hill"), "Petitioner", or "Hill"), that is acting pro se in this action before this Honorable Court in the Middle District of North Carolina, and hereby respectfully moves to file this notice of appeal.

Notice is hereby given that Defendant/Petitioner Brian David Hill in the above named case hereby appeal to the United States Court of Appeals for the Fourth Circuit from an order entered in this action on November 17, 2020 (Document #268).

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

This NOTICE OF APPEAL concerns the abuse of discretion, ignoring the evidence, and allowing the frauds upon the court by Anand Prakash Ramaswamy against party: Brian David Hill by the corrupt United States Attorney Office for the Middle District of North Carolina.

1

It is clear that this appeal will go all the way up to the United States Supreme Court and I will ask the President Donald John Trump for a full pardon. It is clear that no justice can come from this Court, this Court is partial and not impartial. This court always rules the Government is Always right. The Government is NOT always right. It is all one-sided like a Casino where the House always wins. This Court acts similar to a Las Vegas Casino <u>where I will never win no matter what, where I do not stand a chance no matter what.</u> This Court cannot protect fraud legally and fraud should not be protected here, this Court cannot constitutionally certify that fraud is not fraud. <u>This is a clear miscarriage of justice.</u> All courts have inherit and implied powers to vacate fraudulent begotten judgments. Inherit powers do not get overwritten by 28 U.S.C. § 2255. The All Writs Act under 28 U.S.C. § 1651 do not get overwritten by 28 U.S.C. § 2255. Frauds upon the court are not subject to a statute of limitations. This Court should not be allowed to protect fraud and certifying fraud as not fraud with branding the fraud as entirely "meritless" just like the corrupt FBI Office at Stanley Road in Greensboro, NC telling FBI Agent Jerry Pickford that the perjury of Kristy Burton is meritless. Why is that even happening under a corrupt Obama FBI and DOJ stay-behind networks????? This is all corrupt. They all use the same exact term, "meritless" to discredit their enemies.

Judge Schroeder ruling that the motions for sanctions being meritless because they should have been filed under 28 U.S.C. § 2255 when Documents #199, #206, #217, and #222 were all filed in the 2255 case under Civil Action No. 1:17-CV-1036. It was filed in the 2255 case and thus what Judge Schroeder had just said was a lie, thinking that the general public will just read his order and think it is true. It is not true. I will investigate the lies found in his order and send the findings to the U.S. Congress for possible impeachment proceedings, hopefully Trump will just pardon me and end all of this. After the election is certified, I will direct my

2

Congressman or Congresswomen to open up investigations and ask for impeachment proceedings immediately <u>if the Laws and Rules is not being followed when the Canons of Professional Conduct require such</u> after the election issues are resolved. This isn't right. None of this is. None of this makes any sense. I do not stand any chance of winning no matter what evidence I have. **<u>This is a rigged legal system and that is not constitutional. Normally courts would punish those who defraud the Court and this Court is not one of them who would punish fraud by the U.S. Attorney Office. Fraud is acceptable in the Middle District of North Carolina if it is the Government doing such.</u>**

I will expose the lies and errors upon Appeal which is my legal right, and fully expose the lies in the Appellate Court, and in the Supreme Court. Anybody in Government or the U.S. Attorney Office who disagrees with each and every miscarriage of justice and wants to blow the whistle on Anand Prakash Ramaswamy can go to my friend's/family run, operated website JusticeForUSWGO.wordpress.com/pardon. It is time for whistleblowers to come forth and testify on the possible crimes of Anand Prakash Ramaswamy. This madness has to stop. The supervised release violations are fraudulent and I do not recognize them as legal judgments. Officer Robert Jones was clearly misled on me being medically cleared and then admitted in Transcript (Doc. #215) under oath that he did not subpoena the Hospital records. Later the Hospital records prove that no lab tests were even done, blood glucose was never checked, I had tested positive two times under "Vital Signs" for Tachycardia meaning resting blood pulse being over the range of 100. See Document #267, #266. The state court was warned of this level of fraud. I have never lied to this Court; my only falsehood was me falsely pleading guilty and I will ask President Trump to pardon me for my false guilty plea as well. This fraud is as bad as the election fraud that President

3

Trump and Attorney Sidney Powell spoken of on television. Fraud, Fraud, and more Fraud. This Court will clearly do nothing about any fraud, doesn't matter what fraud I had proven. Doesn't matter about Stella Forinash's affidavit about the fraud upon the court under Document #213, Page 91 through 137. Doesn't matter about Pete Compton a chimney expert that found gas was flowing into my Apartment which caused me to have neurological problems which caused the indecent exposure on September 21, 2018. The source of the carbon monoxide was removed and that behavior stopped. On September 21, 2018, I said the F-word cuss word to Officer Robert Jones saying and I quote "F**K you" (Quoting Doc. #152, #153, #154) to Martinsville Police Department because I was clearly not thinking before I had acted which can be caused by carbon monoxide poisoning and making Autism symptoms worse including wandering. I never cussed out the police prior to that date and it was unlike me. The Hospital did not conduct the laboratory results while Officer Robert Jones thought they had done so. They Sovah Hospital of Martinsville, Virginia had and former Public Defender Scott Albrecht knowingly allowed destruction of blood vials which is spoliation of evidence and would have proven beyond a reasonable doubt that I had carbon monoxide poisoning by examining the levels in my blood. This Court is clearly unable to bring any kind of impartial justice to my case. I have no choice but to push for a full pardon from President Trump. I want to hold Government officials accountable when they hold my life in their hands. They should not be above the law. Nobody is above the law.

Respectfully filed with the Court, this the 18th day of November, 2020.

Ally of Qanon
Operation Durham – Sidney Powell

Respectfully submitted,

Brian D. Hill
Signed

4

Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505



Former U.S.W.G.O. Alternative News reporter
I stand with QANON/Donald-Trump – Drain the Swamp
Brian asks Donald Trump for a full pardon of innocence, asks Qanon for help
Make America Great Again

Defendant/Petitioner also requests with the Court that a copy of this pleading be served upon the Government as stated in 28 U.S.C. § 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Petitioner requests that copies be served with the U.S. Attorney office of Greensboro, NC via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!
JusticeForUSWGO.wordpress.com/Pardon

## CERTIFICATE OF SERVICE

Petitioner hereby certifies that on November 18, 2019, service was made by mailing the original of the foregoing:

"PETITIONER'S NOTICE OF APPEAL"

by deposit in the United States Post Office, in an envelope (certified mail), Postage prepaid, on November 18, 2019 addressed to the Clerk of the Court in the U.S. District Court, for the Middle District of North Carolina, 324 West Market Street, Greensboro, NC 27401.

Then pursuant to 28 U.S.C. §1915(d), Petitioner requests that the Clerk of the Court move to electronically file the foregoing using the CMIECF system which will send notification of such filing to the following parties to be served in this action:

5

| Anand Prakash Ramaswamy<br>U.S. Attorney Office<br>Civil Case # 1:17 -cv-1036<br>101 South Edgeworth Street, 4th<br>Floor, Greensboro, NC 27401<br>Anand.Ramaswamy@usdoj.gov | Angela Hewlett Miller<br>U.S. Attorney Office<br>Civil Case # 1: 17 -cv-1036<br>101 South Edgeworth Street, 4th<br>Floor, Greensboro, NC 27401<br>angela.miller@usdoj.gov |
|---|---|
| JOHN M. ALSUP<br>U.S. Attorney Office<br>101 South Edgeworth Street, 4th<br>Floor, Greensboro, NC 27401<br>john.alsup@usdoj.gov | |

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.



| Date of signing:<br><br>November 18, 2020 | Respectfully submitted,<br><br>Brian D. Hill<br>Signed<br>Brian D. Hill (Pro Se)<br>310 Forest Street, Apartment 1<br>Martinsville, Virginia 24112<br>Phone #: (276) 790-3505<br>U.S.W.G.O.<br>I stand with QANON/Donald-Trump – Drain the Swamp<br>I ask Qanon and Donald John Trump for Assistance (S.O.S.)<br>Make America Great Again |
|---|---|

I ask Department of Defense ("DOD") military Constitutional oath keepers, alliance, Qanon for help in protecting me from corruption and criminal behavior of Government. There needs to be an investigation. There needs to be an investigation into this "dictator" NC Senator Philip Edward Berger as one law professor Gene Nichols has called him in his own opinion.

Certified Mail tracking no: 7019-2280-0001-8211-8223