

**U.S.W.G.O.**
Brian D. Hill - Ally of QAnon
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
**WWG1WGA** - Q-Intel Drain the
Swamp MAGA - INVESTIGATE!
JusticeForUSWGO.wordpress.com
JusticeForUSWGO.wordpress.com/Pardon

Clerk of the Court
U.S. District Court
324 West Market Street
Greensboro, North Carolina 27401-2544

INSPECTED




CERTIFIED MAIL

7019 2280 0000 8211 8223

RECEIVED
IN THIS OFFICE
NOV 20 2020
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC





1000
27401

U.S. POSTAGE PAID
FCM LG ENV
DANVILLE, VA
24541
NOV 18, 20
AMOUNT
**$8.25**
R2303S104602-11

