# APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 11/23/20<br>✓ First NOA in Case<br>___ Subsequent NOA-same party<br>___ Subsequent NOA-new party<br>___ Subsequent NOA-cross appeal<br>___ Paper ROA ___ Paper Supp.<br>Vols: _____<br>Other: _____ | **District:**<br>Middle District of North Carolina<br>**Division:**<br>GREENSBORO<br>**Caption:**<br>USA<br>v.<br>BRIAN DAVID HILL | **District Case No.:**<br>1:13CR435-1<br>**4CCA No(s). for any prior NOA:**<br>19-2338, 19-7483, 19-7756, 20-6034<br>**4CCA Case Manager:**<br>Jeffrey Neal |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| | |
|---|---|
| **Confinement-Criminal Case:**<br>___ Death row-use DP Transmittal<br>___ Recalcitrant witness<br>✓ In custody<br>___ On bond<br>___ On probation<br>**Defendant Address-Criminal Case:**<br><br><br><br>**District Judge:**<br>THOMAS D. SCHROEDER<br>**Court Reporter** (list all):<br>Jane Calhoun<br>Joe Armstrong<br>Briana Bell<br><br>**Coordinator:**<br>Keah Marsh | **Fee Status:**<br>___ No fee required (USA appeal)<br>___ Appeal fees paid in full<br>**Criminal Cases:**<br>✓ District court granted & did not revoke CJA status (continues on appeal)<br>___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)<br>___ District court never granted CJA status (must pay fee or apply to 4CCA)<br>**Civil, Habeas & 2255 Cases:**<br>___ Court granted & did not revoke IFP status (continues on appeal)<br>___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>___ Court never granted IFP status (must pay fee or apply to **District Court**)<br>**PLRA Cases:**<br>___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)<br>**Sealed Status** (check all that apply):<br>✓ Portions of record under seal<br>___ Entire record under seal<br>___ Party names under seal<br>___ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ___ Assembled electronic record transmitted<br>___ Additional sealed record emailed to 4cca-filing<br>___ Paper record or supplement shipped to 4CCA<br>___ No in-court hearings held<br>___ In-court hearings held – all transcript on file<br>✓ In-court hearings held – all transcript not on file<br>___ Other: | ___ Assembled electronic record available if requested<br>___ Additional sealed record available if requested<br>___ Paper record or supplement available if requested<br>___ No in-court hearings held<br>___ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: |

Deputy Clerk: /sLeah J. Garland  Phone: 336-332-6000  Date: 11/23/20

03/2011