FILED: November 25, 2020

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 19-4758
(1:13-cr-00435-TDS-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BRIAN DAVID HILL

    Defendant - Appellant

_____

## M A N D A T E
_____

The judgment of this court, entered 10/16/2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*