FILED: December 18, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-7755 (L)
(1:13-cr-00435-TDS-1)
(1:17-cv-01036-TDS-JLW)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

BRIAN DAVID HILL

      Defendant - Appellant

_____

No. 20-6034
(1:13-cr-00435-TDS-1)
(1:17-cv-01036-TDS-JLW)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

BRIAN DAVID HILL

      Defendant - Appellant

_____
## JUDGMENT
_____

In accordance with the decision of this court, a certificate of appealability is denied and these appeals are dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK