# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 13, 2021

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

      Re: Brian David Hill
           v. United States
           No. 20-6864
           (Your No. 19-4758)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 8, 2021 and placed on the docket January 13, 2021 as No. 20-6864.

                                      Sincerely,

                                      **Scott S. Harris**, Clerk

                                      by

                                      Clayton Higgins
                                      Case Analyst