FILED: August 25, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-7755 (L)
(1:13-cr-00435-TDS-1)
(1:17-cv-01036-TDS-JLW)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

BRIAN DAVID HILL

  Defendant - Appellant

_____

No. 20-6034
(1:13-cr-00435-TDS-1)
(1:17-cv-01036-TDS-JLW)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

BRIAN DAVID HILL

  Defendant - Appellant

_____

MANDATE

_____

The judgment of this court, entered 12/18/2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*