# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 21, 2021

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

      Re:   Brian David Hill
            v. United States
           No. 21-6036
           (Your No. 19-7755, 20-6034)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on October 8, 2021 and placed on the docket October 21, 2021 as No. 21-6036.

                        Sincerely,

                        **Scott S. Harris**, Clerk

                        by

                        Clayton Higgins
                        Case Analyst