# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 21, 2021

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

      Re:  Brian David Hill
             v. United States
             No. 21-6037
             (Your No. 20-7737)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on October 8, 2021 and placed on the docket October 21, 2021 as No. 21-6037.

                                    Sincerely,

                                    **Scott S. Harris**, Clerk

                                    by

                                    Clayton Higgins
                                    Case Analyst