# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

November 15, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

Re: Brian David Hill
v. United States
No. 21-6036
(Your No. 19-7755, 20-6034)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk