# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

November 15, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

    Re:  Brian David Hill
           v. United States
           No. 21-6037
           (Your No. 20-7737)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk