In the United States District Court
For the Middle District of North Carolina

Brian David Hill,
Petitioner/Defendant

v.

United States of America,
Respondent/Plaintiff

)
)
)
)
)
)
)
)
)
)
)

Criminal Action No. 1:13-CR-435-1

Civil Action No. 1:17-CV-1036

FILED DEC - 6 2021

## NOTICE OF EVIDENCE TO CLERK, TO FILE REGARDING POSSIBLE ISSUES OF BLACKMAIL

Criminal Defendant Brian David Hill ("Brian D. Hill", "Hill", "Brian", "Defendant") is respectfully requesting that the Clerk of the U.S. District Court for the Middle District of North Carolina file this very important evidence at this time while Brian awaits for the attorney from Georgia to reveal or have special council with law enforcement powers (who can review over the videos) to investigate blackmail video recordings concerning "judges" and "officials". Statement by Lin Wood is vague and does not restrict itself to any names or classes of "judges" and "officials" so it may include any of them. Evidence which, if proven by Attorney L. Lin Wood, could change the outcome of all negative decisions made ever against Brian David Hill. That is if any of the suspected judges include any in this district. Brian David Hill thinks that the U.S. Marshals should investigate the Lin Wood blackmail video recordings as they are law enforcement officers and the U.S. Marshals have done a lot of great work busting human sex trafficking.

1

Attorney L. Lin Wood ("Lin Wood") of Georgia, had made public statements on Twitter. Brian D. Hill's family had taken screenshots of those tweets, printouts of those tweets. Tweets of blackmail video recordings of what he claimed are of public officials which may include "judges, and officials". Brian had been pushing earlier in 2021, to ask Attorney Lin Wood in inquiry to find a way to legally disclose whether any of the Fourth Circuit Judges and whether any of the judges ever involved in Brian D. Hill's case may or may not have been involved with child rape and murder, and were blackmailed in any video recordings as claimed to have been obtained by Lin Wood. Lin Wood also claimed that his copy of the blackmail video recordings were encrypted and that he and others he knows also have this encryption key to be able to access and view the blackmail video recordings. He claimed that the blackmail video recordings were obtained by The Lizard Squad, the alleged group whether hacktivist or some group of folks inside of Government agency or agencies concerned about the blackmail video recordings. Brian David Hill does not have any of those recordings, otherwise he would have immediately used any of this evidence to demand vacatur or acquittal in this case based on who is in any of the video recordings. If theoretically Phil Berger was in any of the videos if he is, then this draws Brian David Hill's claims in the 2255 case into question and may warrant reopening the 2255 case based on new evidence. If anybody ever involved with the child pornography case against Brian David Hill were ever into pedophilia and if that were ever proven, then it would make Brian's statements of "Frame Up" or "Set Up" be more credible and would warrant investigation into that. Especially by any Innocence Project.

Brian had faxed a letter to Attorney L. Lin Wood on Wednesday, January 20th, 2021, inquiring on specific individuals in regards to his Lizard Squad released blackmail video recordings which Lin Wood claimed to have received or obtained

from The Lizard Squad according to his public statements on Twitter, those tweets all archived and screen captured to preserve them as potential evidence. If any of the judges ever involved in Brian's case or cases were ever in any of those video recordings which Lin Wood had alleged, then this creates a CONSTITUTIONAL CRISIS of miscarriages of justice and FRAUD against Brian David Hill due to the blackmail scheme or schemes. This disrupts any credible claim of any impartiality and can draw inference that it can reasonably be questioned.

If it ever comes out in any criminal or civil investigation that any of the judges of the Middle District of North Carolina could be involved in any of the blackmail schemes disclosed by Lin Wood on January 4, 2021, then Defendant is entitled to possibly vacatur of criminal conviction and would be newly discovered evidence warranting a new 2255 Motion being filed by Defendant demanding vacatur of all fraudulent begotten judgments. Defendant waits until the video recordings alleged by Lin Wood are documented and the facts to be made known by any trustworthy law enforcement official.

    If any of the judges of this Court were ever involved in any of Lin Wood's copies of the blackmail videotapes of child rape and murder, then the blackmail decisions may have been the cause of any judges making decisions always favorable to the U.S. Attorney Office for the Middle District of North Carolina. The blackmail influencing may have led to all of the negative judicial decisions against Defendant Brian David Hill, including the ones berating him, giving him six months home detention, and even refusing to let Defendant prove his Actual Innocence in his first filed 2255 Motion. If any of the Fourth Circuit judges were involved with child rape and murder blackmail video recordings, then all of the failed appeals of Brian David Hill were illegally tampered with by usage of blackmail by those in the United States Government agencies. Then that would

3

mean Brian's due process of law was entirely deprived in this Court or in the Fourth Circuit on a fixed scale of injustices. This blackmail is serious and must be investigated at all costs. It should not be swept under the rug, even if any judges or lawyers or any officials may be on any of those video recordings.

That is arguably only if the blackmail video recordings obtained by Lin Wood concern any judges ever involved in Brian David Hill's case. The evidence and documentation must be developed in an honest and impartial manner prior to Brian David Hill's position on this evidence in regards to this case.

This is not a motion, but the Clerk needs to file this to make it known on the record in this case that Brian David Hill may have been a victim of decisions caused by Government or third party sanctioned blackmail scheme or schemes. If that is the case, then it further proves fraud on the court and all convictions including the Supervised Release Violations should be null and void regardless of whatever facts were alleged by the U.S. Attorney Office. A Judge must NOT be blackmailed, that is clear as day. A judge must not be threatened or coerced into making any decisions in this Court or any Court. That is the law favorable to all of those who have taken part of litigation in the Criminal Justice System and Civil Justice System. Defendant only wants the truth to be found out, because the truth must come out no matter what.

A letter was filed with the Clerk on "Saturday, October 9, 2021" and that letter was not docketed. So the issues brought out in that letter and evidence inside of that letter will be attached to this NOTICE as evidence. This evidence will be used at a later time if the blackmail claims by Lin Wood have merit and involve any officials or judges in any dealings with this case and/or the child pornography investigation against Brian David Hill from 2012 to 2013.

4

Again, because Defendant Brian David Hill does not have the physical blackmail video recordings and Attorney Lin Wood has not provided them yet to any law enforcement officer willing to disclose whether any of the judges of the Middle District of North Carolina could be involved in any of the blackmail video recordings, all Defendant can do is put the Clerk on NOTICE with the evidence of Lin Wood's tweets that blackmail schemes are going on here dealing with judges and politicians aka officials as made known in Lin Wood's tweets.

Lin Wood's statements were vague and do not comport to one particular level of Government in his claims. It may mean federal judges and/or officials, it may mean state judges and/or officials, and it may mean local judges and/or officials. Lin Wood had been in good standing for decades if the State Bar of Georgia is correct when looking at his record. He is an attorney and are under obligations for a higher standard of care making sure that any information that an attorney discloses in court or outside of court is truthful and not falsehoods.

If the U.S. Attorney wishes to investigate the claims by Defendant regarding Lin Wood's claims and Brian Hill's concerns that any of the judges involved in his case may be in one of those blackmail video recordings, the U.S. Attorney is free to subpoena Lin Wood and demand disclosure of the blackmail video recordings to find out which judges and officials are involved in blackmail scheme or schemes and if any of the judges in the Middle District of North Carolina may or may not be involved in these blackmail scheme or schemes.

Disclaimer by Brian David Hill: Not any of these claims are sourced from Brian David Hill except the letter inquiring on the Lin Wood alleged video recordings was sent by Brian D. Hill by FAX on inquiry. Brian David Hill is only inquiring and bringing notice because he suspects blackmail, bribery, or any behind the scenes threats or pressure from any third parties not an actual party in the above

5

captioned case. This information from his exact Tweets comes directly from Lin Wood, from his public statements, and the letter requesting evidence concerning the individuals in those blackmail video recordings. Other than that, there is no affirmative solid evidence yet for Defendant Brian David Hill to file any motions to vacate all or any fraudulent begotten judgments throughout the criminal case of United States of America v. Brian David Hill and civil case of Brian David Hill v. United States of America. Brian assumes no responsibility for all information sourced from Attorney Lin Wood. Lin Wood is responsible for his claims of child rape and murder blackmail scheme or schemes made from him and his Twitter account. Brian's family obtained those tweets for Brian David Hill to use. Brian David Hill did not obtain those screenshots himself.

Respectfully filed with the Court, this the 1st day of December, 2021.

Respectfully submitted,

*Brian D. Hill*
Signed
Brian D. Hill

Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505



Former U.S.W.G.O. Alternative News reporter
I stand with QANON/Donald-Trump – Drain the Swamp
I ask Qanon and Donald John Trump for Assistance (S.O.S.)
Make America Great Again
JusticeForUSWGO.wordpress.com
USWGO.COM
JUSTICEFORUSWGO.NL

<u>Petitioner also requests with the Court that a copy of this pleading be served upon the Government as stated in 28 U.S.C.§ 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Petitioner requests that copies be served with the U.S. Attorney office of Greensboro, NC via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!</u>

## CERTIFICATE OF SERVICE

Defendant hereby certifies that on December 1, 2021, service was made by mailing the original of the foregoing:

"NOTICE OF EVIDENCE TO CLERK, TO FILE REGARDING POSSIBLE ISSUES OF BLACKMAIL"

by deposit in the United States Post Office, in an envelope, Postage prepaid, on December 1, 2021 addressed to the Clerk of the Court in the U.S. District Court, for the Middle District of North Carolina, 324 West Market Street, Greensboro, NC 27401.

Then pursuant to 28 U.S.C. §1915(d), Petitioner requests that the Clerk of the Court move to electronically file the foregoing using the CM/ECF system which will send notification of such filing to the following parties to be served in this action:

| | |
|---|---|
| Anand Prakash Ramaswamy<br>U.S. Attorney Office<br>Civil Case # 1:17 -cv-1036<br>101 South Edgeworth Street, 4th Floor, Greensboro, NC 27401<br>Anand.Ramaswamy@usdoj.gov | Angela Hewlett Miller<br>U.S. Attorney Office<br>Civil Case # 1: 17 -cv-1036<br>101 South Edgeworth Street, 4th Floor, Greensboro, NC 27401<br>angela.miller@usdoj.gov |
| JOHN M. ALSUP<br>U.S. Attorney Office<br>101 South Edgeworth Street, 4th Floor, Greensboro, NC 27401<br>john.alsup@usdoj.gov | |

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

| Date of signing: | Respectfully submitted,<br><br>*Brian D. Hill*<br>Signed<br>Brian D. Hill<br>Signed<br>Brian D. Hill (Pro Se)<br>310 Forest Street, Apartment 2<br>Martinsville, Virginia 24112<br>Phone #: (276) 790-3505<br>**U.S.W.G.O.**<br>I stand with QANON/Donald-Trump – Drain the Swamp<br>I ask Qanon and Donald John Trump for Assistance (S.O.S.)<br>Make America Great Again |
|---|---|

Friend's justice site: JusticeForUSWGO.wordpress.com
JusticeForUSWGO.NL




8