# LETTER TO CLERK OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA IN REGARDS TO FORWARDING OF PETITIONS/MOTIONS IN RE: BRIAN DAVID HILL, U.S. SUPREME COURT (SCOTUS)

## NOTIFICATION OF MANDAMUS / PROHIBITION PETITION IN THE U.S. SUPREME COURT.

Case no.: 1:13-cr-435-1 (Please File on Docket, so that Brian's family can check PACER.GOV and confirm that you had received this letter and the three (3) copies of Petitions for Writs of Mandamus and Prohibition)

### Saturday, October 9, 2021

| **ATTN: Clerk of the Court**<br>**Telephone: 336-332-6000** | U.S. District Court<br>Middle District of North Carolina<br>L. Richardson Preyer Courthouse<br>324 W. Market Street<br>Greensboro, NC 27401-2544 |
|---|---|

Dear Clerk of the U.S. District Court,

I really hated that it had to come to this point. I didn't want to have to go this far. However, I have no choice at this point with the high amount of corruption that has escalated since the Obama Administration after I was framed with child pornography and cheated out of nullification of my wrongful conviction, being deprived of due process of law systematically by a few Judges of your Court. Cheated out of default judgment. I wanted to just live my life and not bother anybody. I just wanted to run a news organization back in 2009. That is the past and I have no choice but to risk my life.

Anyways enough bantering. The purpose of this letter is simple. In the envelope with Certified Mail tracking number ID #: 9402 8368 9523 2448 4674 48 contains three (3) copies of Petitions for Writ of Mandamus or Prohibition. As well as three (3) copies of the filed Motions to Proceed In Forma Pauperis. Each copy of the Motions and Petitions have the individual Judge's name on it, as officers of the Court, named.

One Motion and Petition is to be served with the Hon. Chief Judge Thomas David Schroeder. The second Motion and Petition is to be served with the Hon. Judge William

Case 1:13-cr-00435-TDS   Document 290-1   Filed 12/06/21   Page 1 of 16

Lindsey Osteen Junior. The third Motion and Petition is to be served with the Hon. Magistrate Judge Joe L. Webster. There should be a sticky note on each copy.

That is simple and easy to forward to the proper officers of the Court.

Anyways, I did like to thank your deputy Clerk for adding the response deadlines under Documents #169, #199, #206, and #217 in my criminal case 1:13-cr-435-1 noted herein. I always like to give personal written thank yous to those who do the right thing. Thanks to you construing my letter as a motion under Document #169, that compelled Anand Prakash Ramaswamy the corrupt Assistant U.S. Attorney to have 21 days to respond. I also like to thank you for the Roseboro letter under Document #142. That letter gave me real insight into Local Rule 7.3, paragraphs (f) and (k). I didn't realize that each and every motion I had ever filed accusing Ramaswamy of defrauding the Court or each uncontested motion is ordinarily supposed to be granted without further notice.

I have everything I need thanks to your Local Rule of this respectable U.S. District Court. The Local Rule which says if I didn't respond in 21 days, that I would lose my 2255 case. However the AUSA Ramaswamy didn't respond to a good number of motions which means that my contentions in every single one of those were undisputed.

My contentions that I was factually innocent of possession of child pornography were undisputed. That Motion number is cited in the Petition for the Writ of Mandamus or Prohibition being filed in the U.S. Supreme Court. The Supreme Court is being made aware of Brian David Hill's factual contentions of being innocent. Didn't you know...

Copied from Petition for Writ of Certiorari:

On January 30, 2019, The Petitioner had filed his second uncontested motion under Document #169 in his § 2255 case such as "MOTION for Hearing and for Appointment for Counsel filed by BRIAN DAVID HILL. Responses due by 2/20/2019." That motion made claims, uncontested claims and I quote that:

Doc. #169 Citation: "I won't let a guy in a hoodie...stop me from proving my factual innocence in this case...The fraud upon the Court is caused by both ineffective assistance of Counsel forcing me to falsely plead guilty under Oath, and a fraud upon the Court by a false factual basis of guilt in this criminal case...The fraud in the fact that I never got to review over the entire discovery evidence with Attorney Eric David Placke, before he

**PAGE 2 OF 9**

persuaded me to falsely plead guilty under Oath means I had plead guilty without understanding the full weight of the very evidence that the prosecution had used against me in my case…The "Factual Basis" of my guilt provided by the Government prior to sentencing was Fraudulent. My confession statements were proven to be inaccurate and false, a false confession caused by my Autism because of the way I was interrogated… The SBI, that is the State Bureau of Investigation and through their Case File (forensic report) reported files/images/videos of interest but there was NO affidavit verifying/confirming whether each such file could have been actual child pornography. In addition to that, the SBI case file said that 454 files had been downloaded with the eMule program between July 20, 2012, and July 28, 2013, while my computer was seized on August 28, 2012. The criminal Judgment of guilty on November 12, 2014, was a fraudulent Judgment based upon fraud on the Court. Letter respectfully filed with both the Hon. Magistrate Judge of the Court and the AUSA Ramaswamy on this the 24th day of January, 2019." (Citations omitted)

Like catching somebody stealing cookies out of the cookie jar. That single Document #169 that your deputy Clerks had made very well sure to add a 21-day response date since it is law that Courts can liberally construe pro se documents and letters as actual Motions. Because your Clerks considered Document #169 as a motion and referred such motion, gave the Government lawyers 21 days to respond and they did not, further proves my cause in the U.S. Supreme Court. Brian David Hill = Innocence.

The Government did in fact defraud the Court, that is why I had filed this Petition for Writs of Mandamus or Prohibition against Hon. Judge Osteen, Hon. Chief Judge Schroeder, and Hon. Joe Webster. They all knew I had won my case under Local Rule 7.3. They all knew I found those alleged SBI eMule (if it is child porn????) download dates and saw no affidavits verifying every file to being of actual child porn. Then the Pre-Sentence Investigation report saying no victims by name, unknown series. The whole entire case is a fraud, a sham, a frame up, and that normally happens when somebody pisses off a powerful corrupt politician who may have been involved with the Pedophile Rings like Jeffrey Epstein and Ghislaine Maxwell. Attorney L. Lin Wood was right, and I feel like sharing with the Clerk's office my family's screenshot captures of Attorney L. Lin Wood from Georgia claiming that Politicians and Judges may have raped children and were blackmailed with this child rape and murder into being compromised any Federal Judges and any State Judges. This should scare everybody at your Clerk's office knowing that any of the Judges in your Court could have been compromised and if proven would reveal a terrible pattern of fraud and miscarriages of

justice. I hope none of this is true. I hope L. Lin Wood is wrong about any of the Judges and Politicians anywhere could be engaged in being a target of blackmail.



### Tweet

**Lin Wood**
@LLinWood

The blackmail targets are approached with a gun, a child, & a camera. The target is ordered to rape the child on video. The target is then ordered to shoot the child on video. The target is then owned & controlled by the blackmailers until blackmail evidence loses its value.

2:22 AM · Jan 4, 2021 · Twitter for iPhone

**34.7K** Retweets    **4.4K** Quote Tweets    **75.3K** Likes

     Feel free to see if any of the U.S. Marshals are willing to investigate the Lin Wood revelations. I mean, this is huge if this kind of criminal activity is going on in our Government. This completely will destroy the integrity of our Federal and State Governments. This Jeffery Epstein and Ghislaine Maxwell stuff including the Lin Wood Lizard Squad revelations will destroy people's faith in our legal system as well as people's respect for the law will be gone. The corruption is already eroding people's faith in our legal processes. Pedos can frame me and anybody with child porn. That's scary.

     If Lin Wood is right, the Clerks need to be initiating the Judicial Councils and any Law Enforcement groups including INTERPOL to be investigating these Lizard Squad blackmail videotapes leaked from the Federal agencies to determine how many Federal Judges and State Judges may be compromised. This is not good for America.

 **Lin Wood**
@LLinWood

ooo

Many issues in our world may be tied to blackmail scheme I described tonight, including bizarre behavior of officials & judges in recent election.

@realDonaldTrump must appoint special prosecutor to thoroughly investigate. We need answers. We must investigate. For the children.

4:01 AM · Jan 4, 2021 · Twitter for iPhone

**31.5K** Retweets    **1.4K** Quote Tweets    **95.5K** Likes

♡           ⇄           ♡           ↑

Officials and Judges????? Hmmm who could that be I wonder????????

Because Joe Biden the pedophile creepy uncle Joe is our President, we will never find out which judges of the State or Federal may be raping kids and are blackmailed for the rest of their lives, thus compromising our Federal and/or State Judges anywhere or Nationwide or anywhere, whatever the case may be. We will never find out under the corrupt Attorney General and pedophile President Joe Biden. It's clear he is, Hunter Biden with the child porn on his laptop according to former U.S. Attorney and Mayor of New York named Rudy Giuliani and never gets arrested, never arrested by the U.S. Marshals Service but I am called a danger to society when I am a virgin, I never raped, I never molested anybody, and I am called a danger to society while some real powerful child molesters never get Federally Indicted. People with child porn like Hunter Biden, oh because indicting Hunter Biden would make Joe Biden angry and Joe Biden could probably file a pardon on his son to release him from any potential imprisonment.

**PAGE 5 OF 9**

My family has all of the special Lin Wood tweets before they were censored. I do not need to use the internet, my family has all of them and gave me the screenshot files so I can bring up these very important issues concerning the Judiciary and Politics.



**Tweet**

**Lin Wood**
@LLinWood

If asked to turn over the encryption key & other information I have to law enforcement, I will only agree to provide it directly to @realDonaldTrump, @GenFlynn or @SidneyPowell1.

I trust them.

Again, please pray for my family.

Thank you. - Lin 

4:07 AM · Jan 4, 2021 · Twitter for iPhone

**36.7K** Retweets    **2.7K** Quote Tweets    **129K** Likes

 **Lin Wood**
@LLinWood

○○○

This tweet was an insurance policy. The evil forces behind this blackmail scheme of child rape & murder need to know that others have encryption key. I have procedure in place if I die in near term or any member of my family is harmed or threatened, key will be released by many.

 **Lin Wood** @LLinWood · Jan 1

I have always seen myself as more of a giver of gifts than a receiver of them. If I had key to a treasure trove, I would share the key or the treasure with others. But I always try to give to others with discernment.

"For many are called, but few are chosen."
- Matthew 22:14 twitter.com/LLinWood/statu...

2:54 AM · Jan 4, 2021 · Twitter for iPhone

**26.7K** Retweets    **1.6K** Quote Tweets    **66.1K** Likes

♡            ⇄            ♡            ⬆

 **Lin Wood**
@LLinWood

000

This blackmail scheme is conducted by members of 10 of world's most well-known & "elite" intelligence agencies.

One of those groups was hacked by a group known as Lizard Squad. The blackmail files of rape & murder were obtained by this group & copy was provided to Isaac Kappy.

>  **Lin Wood** @LLinWood · Jan 4
>
> I believe Chief Justice John Roberts & a multitude of powerful individuals worldwide are being blackmailed in a horrendous scheme involving rape & murder of children captured on videotape.
>
> I have the key to the files containing the videos. I have also shared this information.

2:17 AM · Jan 4, 2021 · Twitter for iPhone

**24K** Retweets   **1.4K** Quote Tweets   **50.9K** Likes

     Clerk, please file this letter in color to ensure that the Lin Wood screenshots show up really good and detailed in the docket. There needs to be special investigations into whether any judges of the Middle District of North Carolina could have been compromised. Special counsels needed to investigate the videos, subpoena Lin Wood.

**PAGE 8 OF 9**

Anyways, that is all I have for you Clerk of the U.S. District Court. Please reply to this letter with acknowledgment of receipt of this letter, as well as receipt of the three copies of both the Mandamus Petitions and Motions to Proceed In Forma Pauperis.

I was too afraid to bring up this blackmail tweet screenshots from Attorney L. Lin Wood in case anyone who may or may not be compromised in your U.S. District Court, but since this is simply a letter to the Clerk of the Court, not naming names or anything, I'd thought I'd share this information with you. It should concern you too if anybody in the Judiciary had raped children and became compromised to blackmail. Fraud.

I do not like doing this kind of stuff like revealing the truth this dangerous as it could get me killed or kidnapped, but I am being held hostage to the Fed corruption that is holding me hostage. The political corruption. I am being held hostage to an illegal sentence, an fraudulent prosecution, and a repeated lack of due process of law.

**Please do not construe this letter as a motion. Please do not forward this letter to any Judge. If any are compromised and read this letter, I'm a dead man.**

I respectfully request that you only forward the petitions and motions to the Judges named in the sticky notes on all three of both the Motions and Petitions.

I hope to get a good outcome in the U.S. Supreme Court. I am grateful to your deputy Clerks for all of the hard work and effort throughout the years in my criminal case. I hope to get justice someday. I hope the Supreme Court does grant Mandamus relief and orders all null and void judgments to be vacated. I hope for remedy that I cannot obtain in this very Court no matter what evidence or witnesses that I ever had.

*Brian D. Hill*
Signed
**Brian D. Hill**

Brian D. Hill
Appellant
Former news reporter of U.S.W.G.O. Alternative News
Ally of QANON
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
(276) 790-3505
JusticeForUSWGO.NL or JusticeForUSWGO.wordpress.com



**PAGE 9 OF 9**

L. LIN WOOD, P.C.
1180 West Peachtree Street, Ste. 2400
Atlanta, GA 30309
P.O. Box 52584
Atlanta, GA 30355-0584
Telephone: (404) 891-1402
Facsimile: (404) 506-9111
Email: lwood@linwoodlaw.com



**Lin Wood**
@LLinWood

The blackmail targets are approached with a gun, a child, & a camera. The target is ordered to rape the child on video. The target is then ordered to shoot the child on video. The target is then owned & controlled by the blackmailers until blackmail evidence loses its value.

2:22 AM · Jan 4, 2021 · Twitter for iPhone

**34.7K** Retweets   **4.4K** Quote Tweets   **75.3K** Likes



**Lin Wood**
@LLinWood

Many issues in our world may be tied to blackmail scheme I described tonight, including bizarre behavior of officials & judges in recent election.

@realDonaldTrump must appoint special prosecutor to thoroughly investigate. We need answers. We must investigate. For the children.

4:01 AM · Jan 4, 2021 · Twitter for iPhone

**31.5K** Retweets   **1.4K** Quote Tweets   **95.5K** Likes



**Lin Wood**
@LLinWood

000

If asked to turn over the encryption key & other information I have to law enforcement, I will only agree to provide it directly to @realDonaldTrump, @GenFlynn or @SidneyPowell1.

I trust them.

Again, please pray for my family.

Thank you. - Lin 🙏🖤🇺🇸

4:07 AM · Jan 4, 2021 · Twitter for iPhone

**36.7K** Retweets   **2.7K** Quote Tweets   **129K** Likes



**Lin Wood**
@LLinWood

This tweet was an insurance policy. The evil forces behind this blackmail scheme of child rape & murder need to know that others have encryption key. I have procedure in place if I die in near term or any member of my family is harmed or threatened, key will be released by many.

**Lin Wood** @LLinWood · Jan 1

I have always seen myself as more of a giver of gifts than a receiver of them. If I had key to a treasure trove, I would share the key or the treasure with others. But I always try to give to others with discernment.

"For many are called, but few are chosen."
- Matthew 22:14 twitter.com/LLinWood/statu...

2:54 AM · Jan 4, 2021 · Twitter for iPhone

**26.7K** Retweets   **1.6K** Quote Tweets   **66.1K** Likes



**Lin Wood**
@LLinWood

○○○

Now you have greater context for the message I tweeted below on January 1.

I had hoped that this revelation would trigger resignations & confessions. Unsure of that result, I had to reveal full extent of my knowledge. I am doing so now.

> **Lin Wood** @LLinWood · Jan 1
>
> On 5/13/19, Actor Isaac Kappy died after he "forced himself off" a bridge in Arizona. He was 42.
>
> His last post on Instagram was "Beware the man that has nothing to lose, for he has nothing to protect."
>
> Isaac knew the lies. I know the key to his treasure trove of TRUTH.



 **Lin Wood**
@LLinWood

○○○

This blackmail scheme is conducted by members of 10 of world's most well-known & "elite" intelligence agencies.

One of those groups was hacked by a group known as Lizard Squad. The blackmail files of rape & murder were obtained by this group & copy was provided to Isaac Kappy.

 **Lin Wood** @LLinWood · Jan 4

I believe Chief Justice John Roberts & a multitude of powerful individuals worldwide are being blackmailed in a horrendous scheme involving rape & murder of children captured on videotape.

I have the key to the files containing the videos. I have also shared this information.

2:17 AM · Jan 4, 2021 · Twitter for iPhone

**24K** Retweets    **1.4K** Quote Tweets    **50.9K** Likes



**Lin Wood**
@LLinWood

○○○

I would never make an accusation without having reliable source for it. Stakes are too high. So I did due diligence to validate the accuracy of the shocking information I am revealing tonight. I am entirely comfortable that you are learning the truth. A truth that explains much.

3:01 AM · Jan 4, 2021 · Twitter for iPhone

**36.6K** Retweets   **1.6K** Quote Tweets   **113.5K** Likes

♡            ⟳            ♡            ⬆

**Sidney Maratty**  @SidneyMaratty · 16h      ○○○
Replying to @LLinWood
Yes, I took liability courses, doctors, lawyers have a higher duty of care.  I know this I to be true normally went application came in for Liability insurance we had to get special permission from higher ups..for hockey players.  I believe you I discern people.  Trolls so perfec

♡            ⟳ 1            ♡            ⬆