U.S. POSTAGE PAID
FCM LG ENV
MARTINSVILLE, VA
24112
DEC 01 21
AMOUNT
**$8.36**
R2304N117249-13





1000

27401



7021 0350 0000 9720 0035

INSPECTED

RECEIVED
In This Office

DEC 06 2021

CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.
155 CR

Clerk of the Court
United States District Court
For the Middle District of North Carolina
324 W. Market Street
Greensboro, NC 27401-2544