

U.S. POSTAGE PAID
PM 2-Day
MARTINSVILLE, VA
24112
JAN 25, 22
AMOUNT
$27.10
R2304N117249-13

# PRIORITY MAIL

**CERTIFIED MAIL**


7021 0350 0000 9720 0134

## PRIORITY MAIL

FROM: **U.S.W.G.O.**
Brian D. Hill - Ally of QAnon
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
WWG1WGA - Q-Intel Drain the
Swamp MAGA - INVESTIGATE!
JusticeForUSWGO.wordpress.com

TO:
Clerk of the Court
U.S. District Court
L. Richardson Preyer Courthouse
324 W. Market Street
Greensboro, NC 27401-2544

Label 228, March 2016 — FOR DOMESTIC AND INTERNATIONAL USE


To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

INSPECTED

RECEIVED
JAN 27 2022
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.


PS00011000002