# EXHIBIT 2
# for

For Federal Criminal/Civil case -- BRIEF / MEMORANDUM OF LAW AND ATTACHED EXHIBITS IN SUPPORT OF THE PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY. MOTION UNDER 28 U.S.C. § 2255
by Brian David Hill

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



CAV: 02-26-2021 07:00:37 EST

| MARTINSVILLE CIRCUIT | | Case No.:CR19000009-00 |
|---|---|---|
| Commonwealth of VA | vs. | HILL, BRIAN DAVID |

TABLE OF CONTENTS


| Document Index | Date Filed | Page |
|---|---|---|
| **Manuscripts:** | | |
| GD PAPERWORK | 01/09/2019 | 1 - 59 |
| CCRE (number only) | 01/09/2019 | 60 - 60 |
| (SEALED) EVALUATION REPORT - PSYCHOLOGICAL EVAL-GDC | 01/09/2019 | 61 - 67 |
| CORRESPONDENCE | 01/22/2019 | 68 - 234 |
| MOTION - TO ADMIT EVIDENCE | 01/23/2019 | 235 - 239 |
| RESPONSE - MOT FOR RECIPROCAL DISCOVE | 02/06/2019 | 240 - 242 |
| ORDER - DISCOVERY | 02/06/2019 | 243 - 245 |
| MOTION - FILE EVIDENCE BEFORE TRIAL | 04/08/2019 | 246 - 260 |
| MOTION - EARLIER TRIAL DATE | 05/29/2019 | 261 - 265 |
| MOTION - MOTION FOR BOND | 05/31/2019 | 266 - 269 |
| BOND | 06/04/2019 | 270 - 272 |
| OTHER - RELEASE ORDER | 06/04/2019 | 273 - 273 |
| ORDER - AGREED ORDER FOR BOND | 06/04/2019 | 274 - 275 |
| OTHER - CONT CUST-07/15/19@9AM | 06/04/2019 | 276 - 276 |
| SCHEDULING ORDER - CA OF REQ JURY-SET 8/31@9A | 07/15/2019 | 277 - 277 |
| NOTICE - TO APPEAR 08/30/19@9AM | 07/15/2019 | 278 - 278 |
| ORDER - DISCOVERY | 07/15/2019 | 279 - 281 |
| MOTION - INSANITY DEF-FILED BY DEF | 07/19/2019 | 282 - 292 |
| MOTION - REQ SUB COUNSEL-FILED BY D | 07/19/2019 | 293 - 301 |
| MOTION - DISCOVERY | 07/26/2019 | 302 - 324 |
| MOTION - MOT TO SUPPRESS EVIDENCE | 07/26/2019 | 325 - 377 |
| MOTION - PUB. DEFENDER WITHDRAW | 07/29/2019 | 378 - 380 |
| ORDER - ATTY L.MCGARRY WITHDRAWN | 07/30/2019 | 381 - 382 |
| ORDER - APPOINTED ATTY MATT CLARK | 08/01/2019 | 383 - 383 |
| NOTICE - PRIOR CONVICTIONS | 08/06/2019 | 384 - 390 |
| MOTION - CONTINUE 8-30-19 | 08/19/2019 | 391 - 392 |
| CONTINUANCE ORDER - CD-TBS ON 8/27 | 08/20/2019 | 393 - 394 |
| NOTICE - APPEAR 08/27/19@9AM | 08/21/2019 | 395 - 395 |
| CONTINUANCE ORDER - SET 12-2-19 @ 9AM | 08/27/2019 | 396 - 396 |
| NOTICE - APPEAR 12-2-19 @ 9AM | 08/27/2019 | 397 - 397 |
| BOND ORDER - AMENDED BOND ORDER | 09/11/2019 | 398 - 399 |
| MOTION - FAX MOT TO DISMISS | 11/04/2019 | 400 - 418 |
| MOTION - FAX TO WITHDRAW APPEAL | 11/12/2019 | 419 - 430 |
| ORDER IN MISDEMEANOR OR TRAFFIC INFRACTION PROCEEDING | 11/15/2019 | 431 - 431 |

| | | |
|---|---|---|
| OTHER - COPY DISPOSITION NOTICE | 11/15/2019 | 432 - 432 |
| MOTION - VACATE FRAUD BEGOTTEN JUDG | 11/25/2019 | 433 - 459 |
| ORDER - VACATE FRAUD JUDG-DENIED | 11/25/2019 | 460 - 460 |
| APPEAL NOTICE - NOTICE OF APPEAL | 11/27/2019 | 461 - 463 |
| APPEAL NOTICE - NOTICE OF APPEAL | 11/27/2019 | 464 - 466 |
| LETTER - FROM DEFENDANT TO CLERK | 02/26/2020 | 467 - 474 |
| LETTER - RESPONSE-CLERK SUPREME CT | 03/06/2020 | 475 - 502 |
| LETTER - PSYCHOLOGICAL EVALUATION | 03/09/2020 | 503 - 518 |
| MOTION - TO PROCEED PRO SE ON APPLS | 03/16/2020 | 519 - 520 |
| MOTION - WAIVING LEGAL FEES | 03/16/2020 | 521 - 555 |
| AFFIDAVIT - AFF/DECLAR. BRIAN HILL | 03/25/2020 | 556 - 566 |
| AFFIDAVIT - AFF/DECLAR. ROBERTA HILL | 03/25/2020 | 567 - 570 |
| LETTER - LETTER TO CLERK | 03/25/2020 | 571 - 579 |
| LETTER - FROM DEF W/ATTACHMENTS | 03/25/2020 | 580 - 603 |
| NOTICE - NOTICE OF LAWSUIT | 03/26/2020 | 604 - 629 |
| LETTER - FROM CLERK TO DEFENDANT | 03/26/2020 | 630 - 630 |
| LETTER - LETTER TO CLERK | 03/30/2020 | 631 - 643 |
| MOTION - TO DISCHARGE LEGAL FEES | 03/31/2020 | 644 - 677 |
| WRIT OF MANDAMUS | 04/02/2020 | 678 - 708 |
| OTHER - APLC PROCEED IN FP-US DIST | 04/02/2020 | 709 - 713 |
| ORDER - DENIED MOT-DISCHARGE F/C | 04/02/2020 | 714 - 714 |
| APPEAL NOTICE - MCC/US DIST COURT | 04/07/2020 | 715 - 730 |
| MOTION - TO DISQUALIFY GCG | 04/08/2020 | 731 - 743 |
| ORDER - DENIED DEF WRIT ERROR CV | 04/10/2020 | 744 - 744 |
| ORDER - DENIED MOT WAIVE FEES | 04/10/2020 | 745 - 745 |
| ORDER - DENIED MOT DISQUALIFY GCG | 04/10/2020 | 746 - 746 |
| LETTER - FROM DEF TO CLERK-SERVICE | 04/14/2020 | 747 - 750 |
| APPEAL NOTICE - RE: MOT TO DISQUALIFY | 04/15/2020 | 751 - 759 |
| COURT OF APPEALS OF VA ORDERS - APPOINT J I JONES-COUNSEL | 04/20/2020 | 760 - 761 |
| COURT OF APPEALS OF VA ORDERS - APPOINT J I JONES-COUNSEL | 04/20/2020 | 762 - 763 |
| APPEAL NOTICE | 04/21/2020 | 764 - 768 |
| LETTER - DEF TO CLK-NOT RECV COPY O | 04/23/2020 | 769 - 770 |
| COURT OF APPEALS OF VA ORDERS - GRANTED LEAVE REPLACE N/A | 10/28/2020 | 771 - 771 |
| NOTICE - OF FRAUD UPON THE CT-DEF | 11/04/2020 | 772 - 803 |
| NOTICE - OF FRAUD UPON THE CT-DEF | 11/05/2020 | 804 - 835 |
| NOTICE - 2ND OF FRAUD UPON THE CT | 11/09/2020 | 836 - 884 |
| APPEAL NOTICE - OF APPEAL (2) | 11/12/2020 | 885 - 889 |
| NOTICE - 2ND OF FRAUD UPON THE CT | 11/12/2020 | 890 - 937 |
| AFFIDAVIT - AFFIDAVIT OF SERVICE | 11/13/2020 | 938 - 944 |

| | | |
|---|---|---|
| AFFIDAVIT - AFFIDAVIT OF SERVICE | 11/13/2020 | 945 - 951 |
| LETTER - AS TO DOC NOTICE OF FRAUD | 11/16/2020 | 952 - 957 |
| APPOINTMENT OF COUNSEL - PER CT APPEALS-JJONES | 12/14/2020 | 958 - 958 |


I, Ashby R. Pritchett, Clerk of the Martinsville Circuit, certify that the contents of the record listed in the table of contents constitute the true and complete record, except for exhibits whose omission are noted in the table of contents, and are hereby transmitted to the Court of Appeals on February 25, 2021.

**VIRGINIA: IN THE GENERAL DISTRICT COURT FOR THE CITY OF MARTINSVILLE**

**COMMONWEALTH OF VIRGINIA,** )
)
**v.** ) **CASE NO: C18-3138**
)
**BRIAN DAVID HILL,** )
**Defendant.** )

**<u>ORDER</u>**

This case came this day to be heard upon the written motion of the Defendant, BRIAN DAVID HILL, by counsel, who moved, pursuant to Rule 7C:5 of the Rules of the Supreme Court of Virginia, that the Commonwealth's Attorney be directed to permit the Defendant discovery in this case, as set forth in said Rule, and

It appearing to the Court that discovery pursuant to Rule 7C:5 should be granted to the Defendant, it is hereby ORDERED and DECREED that the Commonwealth's Attorney permit counsel for the Defendant to inspect and copy or photograph, within a reasonable time, before the preliminary hearing, the following:

(1) Any relevant written or recorded statements or confessions made by the Defendant, or copies thereof, or the substance of any oral statements or confessions made by the Defendant to any law enforcement officer, the existence of which is known to the attorney for the Commonwealth;

(2) A copy of any criminal record of the accused; and

(3) Any exculpatory information or evidence as set forth by *Brady v. Maryland* and its progeny that is known to the Commonwealth.

And it is further ADJUDGED, ORDERED and DECREED that the Commonwealth shall promptly notify counsel for the Defendant of the existence of any additional material

subsequently discovered which falls within the scope of this motion and make all such additional material available to the Defendant's attorney in accordance with the text and intention of this Motion.

ENTER this 28 day of November, 2018.

Judge

I ASK FOR THIS:

Scott Albrecht, Esq. (VSB #88411)
Office of the Public Defender
P.O. Drawer 31
Martinsville, VA 24114
T: (276) 666-2206 ext. 106
F: (276) 666-8929
salbrecht@mar.idc.virginia.gov
*Counsel for Defendant*

Michael McPheeters
Retained for
Bond Hearing
10-12-18

SEEN and Agreed:

*Attorney for the Commonwealth*
City of Martinsville, Virginia
P.O. Box 1311
Martinsville, VA 24112
T: (276) 403-5470

RECEIVED
DATE/TIME 11-28-18 11am
BY D-Collins D clerk
MARTINSVILLE GENERAL DISTRICT COURT

VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF MARTINSVILLE

COMMONWEALTH OF VIRGINIA,
Plaintiff

vs. CR19-009

BRIAN DAVID HILL,
Defendant.

ORDER REGARDING DISCOVERY

Came this day, the Defendant, Brian David Hill, by counsel, who moved, pursuant to Rule 3A:11 of the Rules of Court, that the Commonwealth's Attorney be directed to permit the Defendant discovery in this case, as set forth in the said Rule, and upon the motion of the attorney of the Commonwealth requesting reciprocal discovery under the said Rule; and,

It appearing to the Court that discovery pursuant to Rule 3A:11(b) should be granted to the Defendant, it is hereby ORDERED that the Commonwealth's Attorney permit counsel for the Defendant to inspect and copy or photograph, within a reasonable time, before the trial or sentencing, the following:

(1) Any relevant written or recorded statements or confessions made by the Defendant, or copies thereof, or the substance of any oral statements or confessions made by the Defendant to any law enforcement officer, the existence of which is known to the attorney for the Commonwealth, any certificates of analysis pursuant to §19.2-187, and any relevant written reports of autopsies, ballistic tests, fingerprint analyses, handwriting analyses, blood, urine, and breath tests, other scientific reports, and written reports of a physical or mental examination of the Defendant or the alleged victim made in connection with this particular case, or copies thereof, that are known by the Commonwealth's Attorney to be within the possession, custody, or

control of the Commonwealth.

(2) Any exculpatory information or evidence under the guidelines established by Brady v. Maryland, 373 U.S. 83 (1963), and subsequent case law, whether by way of statements, real evidence, scientific analysis, or reports, known to or in the possession of the Commonwealth.

(3) The Commonwealth shall promptly notify counsel for the Defendant of the existence of any additional material subsequently discovered (until the time of trial and at trial) which falls within the scope of this motion and make all such additional material available to the Defendant's attorney in accordance with the text and intention of this Motion.

It appearing to the Court that the motion for reciprocal discovery filed by the attorney for the Commonwealth pursuant to Rule 3A:11 should also be granted, it is hereby ORDERED that counsel for the Defendant permit the Commonwealth's Attorney to inspect, copy, or photograph, within a reasonable time, but not less than ten days before the trial or sentencing, any written reports of autopsy examinations, ballistic tests, fingerprints, blood, urine, and breath analyses, and other scientific tests that may be within the Defendant's possession, custody, or control and which the defense intends to proffer or introduce into evidence at the trial or sentencing:

It is further ORDERED that the Defendant disclose whether he or she intends to introduce evidence to establish an alibi, and, if so, to disclose the place at which he or she claims to have been at the time of the commission of the alleged offense.

It is further ORDERED that if the Defendant intends to rely upon the defense of insanity or feeblemindedness, the Defendant shall permit the Commonwealth to inspect, copy, or photograph any written reports of physical or mental examination of the Defendant made in connection with this particular case.

It is further ORDERED that the inspection and copying or photographing by the counsel for the Defendant shall take place at the office of the Commonwealth's Attorney at Martinsville, Virginia, or at some other mutually agreeable location, by appointment or at any convenient time during regular office hours, and that the inspection and copying or photographing by the attorney for the Commonwealth shall take place at the office of the counsel for the Defendant, or at some other mutually agreeable location, by appointment or at any convenient time during regular office hours.

ENTERED this 6th day of February, 2019.

[signature]

Judge

I ASK FOR THIS:

[signature]

Scott Albrecht (VSB #88411)
Office of the Public Defender
P. O. Drawer 31
Martinsville, VA 24114
276-666-2206
276-666-8929 (fax)
salbrecht@mar.idc.virginia.gov

SEEN:

[signature]

Counsel for the Commonwealth

VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF MARTINSVILLE

COMMONWEALTH OF VIRGINIA,
Plaintiff

vs. CR19000009-00

BRIAN DAVID HILL,
Defendant.

ORDER REGARDING DISCOVERY

Came this day, the Defendant, Brian David Hill, by counsel, who moved, pursuant to Rule 3A:11 of the Rules of Court, that the Commonwealth's Attorney be directed to permit the Defendant discovery in this case, as set forth in the said Rule, and upon the motion of the attorney of the Commonwealth requesting reciprocal discovery under the said Rule; and,

It appearing to the Court that discovery pursuant to Rule 3A:11(b) should be granted to the Defendant, it is hereby ORDERED that the Commonwealth's Attorney permit counsel for the Defendant to inspect and copy or photograph, within a reasonable time, before the trial or sentencing, the following:

(1) Any relevant written or recorded statements or confessions made by the Defendant, or copies thereof, or the substance of any oral statements or confessions made by the Defendant to any law enforcement officer, the existence of which is known to the attorney for the Commonwealth, any certificates of analysis pursuant to §19.2-187, and any relevant written reports of autopsies, ballistic tests, fingerprint analyses, handwriting analyses, blood, urine, and breath tests, other scientific reports, and written reports of a physical or mental examination of the Defendant or the alleged victim made in connection with this particular case, or copies thereof, that are known by the Commonwealth's Attorney to be within the possession, custody, or

control of the Commonwealth.

(2) Any exculpatory information or evidence under the guidelines established by Brady v. Maryland, 373 U.S. 83 (1963), and subsequent case law, whether by way of statements, real evidence, scientific analysis, or reports, known to or in the possession of the Commonwealth.

(3) The Commonwealth shall promptly notify counsel for the Defendant of the existence of any additional material subsequently discovered (until the time of trial and at trial) which falls within the scope of this motion and make all such additional material available to the Defendant's attorney in accordance with the text and intention of this Motion.

It appearing to the Court that the motion for reciprocal discovery filed by the attorney for the Commonwealth pursuant to Rule 3A:11 should also be granted, it is hereby ORDERED that counsel for the Defendant permit the Commonwealth's Attorney to inspect, copy, or photograph, within a reasonable time, but not less than ten days before the trial or sentencing, any written reports of autopsy examinations, ballistic tests, fingerprints, blood, urine, and breath analyses, and other scientific tests that may be within the Defendant's possession, custody, or control and which the defense intends to proffer or introduce into evidence at the trial or sentencing:

It is further ORDERED that the Defendant disclose whether he or she intends to introduce evidence to establish an alibi, and, if so, to disclose the place at which he or she claims to have been at the time of the commission of the alleged offense.

It is further ORDERED that if the Defendant intends to rely upon the defense of insanity or feeblemindedness, the Defendant shall permit the Commonwealth to inspect, copy, or photograph any written reports of physical or mental examination of the Defendant made in connection with this particular case.

It is further ORDERED that the inspection and copying or photographing by the counsel for the Defendant shall take place at the office of the Commonwealth's Attorney at Martinsville, Virginia, or at some other mutually agreeable location, by appointment or at any convenient time during regular office hours, and that the inspection and copying or photographing by the attorney for the Commonwealth shall take place at the office of the counsel for the Defendant, or at some other mutually agreeable location, by appointment or at any convenient time during regular office hours.

ENTERED this 15th day of July, 2019.

Judge

I ASK FOR THIS:

Scott Albrecht (VSB #88411)
Office of the Public Defender
P. O. Drawer 31
Martinsville, VA 24114
276-666-2206
276-666-8929 (fax)
salbrecht@mar.idc.virginia.gov

SEEN:

Counsel for the Commonwealth