# EXHIBIT 3
# for

For Federal Criminal/Civil case -- BRIEF / MEMORANDUM OF LAW AND ATTACHED EXHIBITS IN SUPPORT OF THE PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY. MOTION UNDER 28 U.S.C. § 2255 by Brian David Hill

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



(Revised 3/2021)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

Brian David Hill

                Plaintiff(s),

v.

United States of America

                Defendant(s).

CASE NO. 1:13-cr-435-1

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK

The following is being filed in paper or physical form with the Clerk's Office for the Middle District of North Carolina:

As part of Exhibit 3: An Audio CD disc containing a 21 Minute, 25 Seconds audio clip of a phone call conference recording between Brian David Hill 276-790-3505 and Attorney Matthew Scott Thomas Clark 276-634-4000. Dated September 24, 2019. File reports time of 2:27PM. Attorney/client privilege for this audio waived.

The item(s) will remain in the Clerk's custody until appropriate Disposition pursuant to the Local Rules of the Middle District of North Carolina

Dated this 10th day of February, 2022

**Brian D. Hill - Ally of Q**

310 Forest Street, Apartment 2
Martinsville, Virginia 24112
(276) 790-3505

Name, Address, and Phone Number of Counsel or Pro Se

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK - 1