# EXHIBIT 5
# for

For Federal Criminal/Civil case -- BRIEF / MEMORANDUM OF LAW AND ATTACHED EXHIBITS IN SUPPORT OF THE PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY. MOTION UNDER 28 U.S.C. § 2255
by Brian David Hill

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



# ORDER IN MISDEMEANOR OR TRAFFIC INFRACTION PROCEEDING

Case No. CR19000009-00

**COMPLETE DATA BELOW IF KNOWN**

| RACE | SEX | BORN MO. | DAY | YR. | HT. FT. | IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| W | M | ■ | ■ | 1990 | 6 | 00 | 150 | BL | BR |

SSN: ■■■-■■-0319

MARTINSVILLE CIRCUIT COURT Circuit Court
MARTINSVILLE

v.

BRIAN DAVID HILL
310 FOREST ST, APT 1
MARTINSVILLE, VA. 24112

OFFENSE DATE: SEPTEMBER 21, 2018
TRIAL DATE: NOVEMBER 15, 2019

The Defendant was this day [ ] tried in absence [x] present
Attorney: CLARK, MATT .......... [x] Appointed [ ] Retained
Original Charge: INDECENT EXPOSURE
Code Section: 18.2-387 .......... [ ] State Code [x] Local Ordinance
Virginia Crime Code: OBS-3713-O1 .......... Offense Tracking Number: 690GM1800003560

**Plea:**
[x] Not Guilty
[ ] Guilty as Charged
[ ] Guilty to Amended Charge
[ ] Nolo Contendere
[ ] Consent by Defendant to Waiver of Jury
[ ] Concurrence of Court and Commonwealth's Attorney
[ ] Plea voluntarily and intelligently entered after defendant was apprised of his right against compulsory self-incrimination, right to confront the witnesses against him, and right to a jury trial.

Charge: INDECENT EXPOSURE
Code Cite: 18.2-387 .......... Virginia Crime Code: OBS-3713-O1

**Finding:**
[ ] Not Guilty  [ ] Guilty of ..........
[ ] Guilty as Charged  [ ] Plea Agreement Accepted  [x] Appeal/Withdraw/Affirm  [ ] Appeal not timely filed
[ ] Facts sufficient to find guilt but defer adjudication/disposition to .......... DATE AND TIME

Charge: INDECENT EXPOSURE
Code Cite: 18.2-387 .......... Virginia Crime Code: OBS-3713-O1

**Order:**
[ ] Nolle Prosequi [ ] Dismissed [ ] Dismissed with Prejudice [ ] Continued to .......... [x] COSTS imposed
DATE AND TIME
[ ] FINE [ ] CIVIL PENALTY of $ .......... with $ .......... suspended
[x] JAIL SENTENCE of 30 DAYS imposed, [ ] of which .......... days mandatory minimum, with .......... suspended
for a period of .........., conditioned upon being of good behavior, keeping the peace, obeying this order and for paying fines and costs.
Credit is allowed pursuant to § 53.1-187 for time spent in confinement.
[ ] Serve jail sentence beginning .......... [ ] on weekends only
[ ] Work release  [ ] authorized if eligible  [ ] required  [ ] Public work force  [ ] authorized
       [ ] not authorized                                                        [ ] not authorized
   [ ] on PROBATION for .......... [ ] VASAP [ ] local community-based probation agency
[ ] DRIVER'S LICENSE suspended for ..........
[ ] Restricted Driver's License per attached order  [ ] Ignition Interlock for ..........
[ ] Attached ORDER FOR RESTITUTION incorporated.
[ ] COMMUNITY SERVICE .......... hours to be completed by .......... and supervised by ..........
   [ ] to be credited against fines and costs.
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees  [ ] Pay $50 fee to the Court for Trauma Center Fund
[ ] Registration pursuant to Code § 9.1-903 for offenses defined in § 9.1-902 is required.
[ ] Remanded for [ ] CCRE Report [ ] ..........
[ ] Bail on Appeal $ ..........
[x] Other: DEF ~~CHANGED HIS PLEA TO GUILTY AND~~ AFFIRMED JUDG GDC, PAY COURT COSTS.

DATE: 11/18/19

JUDGE: [signature]

431

FORM CC-1392 MASTER 07/19

**DISPOSITION NOTICE**
Commonwealth of Virginia

**DISPOSITION TO THE SHERIFF, JAIL OFFICER OR CORRECTIONAL OFFICER:** Confine the person named in this notice in your facility in accordance with the order(s) below. HOWEVER, if the defendant appeals ANY of the charges below, **DO NOT RELEASE** him or her until ALL conditions of bail are met.

CITY OR COUNTY: MARTINSVILLE

[ ] General District Court [ ] Traffic [ ] Criminal [ ] Civil Division
[ ] Juvenile and Domestic Relations District Court [x] Circuit Court

DATE OF BIRTH: 05/26/1990

NAME OF DEFENDANT (LAST, FIRST, MIDDLE) AND ALIAS, IF ANY: HILL, BRIAN DAVID

[ ] DISPOSITION ADDENDUM listing additional cases is attached and incorporated.

[x] Male [ ] Female [x] Adult [ ] Juvenile

1. Case No. CR19000009-00 ........ Offense Date 09/21/2018 ..... Original Charge INDECENT EXPOSURE
   [ ] Not guilty [ ] Nolle prosequi [ ] Dismissed
   [x] Convicted of INDECENT EXPOSURE ............ [ ] Felony [x] Misdemeanor
   [ ] State Code § .......... [x] Local Ordinance 18.2-387
   VCC OBS-3713-O1 .............. OTN 690GM1800003560
   [ ] Appeal noted [ ] Certified to Grand Jury ..... FINE/COST ......... [ ] ........ OTHER ........ suspended.
   .................. imposed with ..........
   [x] Jail sentence of 30 DAYS ......... hours to be served in jail [ ] of which ........ days mandatory
   [x] ........ mos. 30 days .........
   minimum confinement.
   [ ] Committed to the Department of Corrections for .........
   [ ] Committed to the Department of Juvenile Justice for .........
   [ ] Extradition waived, and Form DC-375 WAIVER OF EXTRADITION attached. If not delivered to Demanding State, return to court on .......... at .......... [ ] ..........
   Credit is allowed pursuant to § 53.1-187 for time spent in confinement.

2. Case No. .......... Offense Date .......... Original Charge ..........
   [ ] Not guilty [ ] Nolle prosequi [ ] Dismissed
   [ ] Convicted of .......... [ ] Felony [ ] Misdemeanor
   [ ] State Code § .......... [ ] Local Ordinance ..........
   VCC .......... OTN ..........
   [ ] Appeal noted [ ] Certified to Grand Jury ..... FINE/COST ......... [ ] ........ OTHER ........ suspended.
   .................. imposed with ..........
   [ ] Jail sentence of .......... hours to be served in jail [ ] of which ........ days mandatory
   [ ] ........ mos. ........ days .........
   minimum confinement.
   [ ] Committed to the Department of Corrections for .........
   [ ] Committed to the Department of Juvenile Justice for .........
   [ ] Extradition waived, and Form DC-375 WAIVER OF EXTRADITION attached. If not delivered to Demanding State, return to court on .......... at .......... [ ] ..........
   Credit is allowed pursuant to § 53.1-187 for time spent in confinement.

[ ] Civil Contempt [ ] To be served in jail [ ] Released upon payment of $ .......... support arrearages
to: .......... PAYEE
[ ] Restitution ordered: $ ..........
[ ] Other .......... at .......... DATE TIME

**SPECIAL CONDITIONS:** [ ] Weekend [ ] Delayed confinement to begin on ..........
[ ] Work release [ ] Work release (if eligible) [ ] Home-electronic incarceration [ ] Drug testing ordered
[ ] Public Workforce Authorized

**BAIL AMOUNT:** $ .......... [ ] If transferred or certified to Circuit Court [ ] If appealed
[ ] Secured [ ] Unsecured [ ] Recognizance [ ] Held without bail [ ] No change in existing bail amount
[ ] No change in existing bail conditions Circuit Court date and time: ..........
**ADDITIONAL BAIL CONDITIONS:** Accused [ ] may [ ] may not depart the Commonwealth of Virginia.
[ ] Future Support Bond $ .......... [ ] Support Arrearage Bond $ .......... ordered and must be posted
with the Clerk within thirty (30) days of civil contempt finding/criminal contempt conviction. (Form DC-460)

_____ 15, 2019
DATE
FORM DC-356 REVISED 10/17

(PAGE 1 OF 1)  [ ] CLERK  [ ] JUDGE

432