# EXHIBIT 6
# for

For Federal Criminal/Civil case -- BRIEF / MEMORANDUM OF LAW AND ATTACHED EXHIBITS IN SUPPORT OF THE PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY. MOTION UNDER 28 U.S.C. § 2255
by Brian David Hill

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



**Stanley Bolten <stanleybolten@protonmail.com>**     12/26/2021 3:04 PM

# Fw: Brian's text message to you, URGENT time running out for Petition for Review

To rbhill67@yahoo.com <rbhill67@yahoo.com> • rbhill67@comcast.net <rbhill67@comcast.net> • kenstella@comcast.net <kenstella@comcast.net>

Sent from ProtonMail mobile

------- Original Message -------
On Dec 26, 2021, 10:41 AM, Lin Wood < lwood@fightback.law> wrote:

> Stanley,
>
> Please let Brian know that I do not receive faxes any longer. Also, I do not have any videos. I was only sent what was represented to be a password to the file which allegedly contained the videos.
>
> I am not taking on new legal matters at this time as I continue to be forced to defend my law license in frivolous disciplinary actions.
>
> God bless you.
>
> Lin
>
> **L. Lin Wood**
> **Chairman of the Board & CEO**
> **Address** Dallas, TX
> **Mobile** (404) 983-3284
> **Email** lwood@fightback.law
> **Website** www.fightback.law
>
>> On Dec 25, 2021, at 11:42 PM, Stanley Bolten <StanleyBolten@protonmail.com> wrote:
>>
>> You said on Twitter earlier this year:
>> https://web.archive.org/web/20210104073840/https://twitter.com/LLinWood/status/1345997966650335232
>> *I decided to post this truth on Twitter & Parler as wall exists around @realDonaldTrump that may have prevented me from getting this evidence to him. Kappy tried to deliver info to President but was then murdered. I do not know who Kappy gave it to for delivery to the President.*
>> https://web.archive.org/web/20210104065050/https://twitter.com/LLinWood/status/1345985961080061952

*As background to tweets I am about to post, you should read this article carefully. I ask that you read each of my tweets carefully & decide if the information conveyed demands that **Patriots rise up so that every lie will be revealed.** @realDonaldTrump*

You wanted patriots to stand up against the Pedophile Rings which control various powerful positions of our Government. Were you lying to Brian D. Hill and everyone else??? Is there even blackmail tapes at all or was it all just a warped fantasy and delusion??? I need to know as this all seems fake and there is no blackmail videos at all??? I need to know before the next article is written about the update in regards to Brian's Judicial Complaint referencing your statements as evidence which needed to be investigated to find out how many Federal Judges are simply blackmailed and compromised instead of making rulings based on the morals of the facts and the law and what is right.

Brian is taking action because who is taking action???? He is pushing to uncover the identities of the blackmail tapes because that is Brian's only option. Brian keeps losing in the corrupt U.S. Supreme Court. He has nobody left to appeal to. He has nobody left. All Brian has left is to pursue proving blackmail, bribery, or behind the scenes pressure. Brian has hardly any options left. Brian was deprived of all Constitutional rights under the color of law. Effective counsel, deprived. Right to face his accusers, deprived. Right to defend himself to the charge, deprived. Right to not be forced to falsely plead guilty under the Fifth Amendment, deprived. Right to prove actual innocence to avoid facing cruel and unusual punishments inflicted, deprived. Right to discovery evidence materials prior to a jury trial or guilty plea, deprived. Right to have an independent computer forensic expert prove Brian's innocence, deprived. Right to have a mental examination to examine Brian's false confession caused by coercion and Brian's Autism Spectrum Disorder, deprived. Brian's uncontested motions proving factual innocence to child porn and proving fraud on the court, deprived. ALL of Brian's rights and privileges, deprived.

Was the blackmail tapes tweets all bravado from you on Twitter??????

Was Brian just following a pipe dream and will never be allowed to prove his innocence to his criminal charge. Was it all just a pipe dream???????

Was everything you ever claimed on Twitter just a lie and a pipe dream, a fantasy, a delusion????????? You have the tapes but don't even somehow prove the identities and the identities tied to the corrupt judicial and government decisions???
https://web.archive.org/web/20210104074021/https://twitter.com/LLinWood
Was all this just a lie and Brian was misled into thinking that you had some kind of evidence??????

## I'm sorry Lin Wood but the time for lies and delusions is over. Brian wants the truth, we fought so hard, Brian fought so hard, my blog fought so hard. We all fought so hard for justice. Was justice all a lie too??????

Can I really even trust in man anymore or is all men a bunch of snakes and liars and Brian is just living in some purgatory as punishment from God in some rundown world run by Satan and Lucifer and this world is just a bunch of lies and Bullshit run by mad men and mad women. Is this world all just a lie and illusion???

We have all of this great technology but it is only being used to enslave people and force people to follow Satan and not follow God anymore. The vaccines are taking away people's faith in God as there is a vaccine meant to destroy the "God" part of the brain to take away spiritual brain patterns and Bill Gates was probably part of this heinous act of defying God at the U.S. Pentagon DOD video talking about wiping away people's faith in God under the guise of stopping radical religion. Yet they are destroying the faith in God of millions upon millions of people worldwide by force or jail.

Is this all a ruse???? Was there never a plan to fix our Government and never a plan to save our country

EXHIBIT PAGE 37 OF 46
Case 1:13-cr-00435-TDS   Document 293-5   Filed 01/27/22   Page 3 of 4

from it's destruction???

God bless you,
Stanley Bolten
Sent with ProtonMail Secure Email.

------ Original Message ------
On Saturday, December 25th, 2021 at 11:22 PM, Stanley Bolten <StanleyBolten@protonmail.com> wrote:

> Lin Wood,
>
> Brian had taken a screenshot of his text message to you, texted it to me and I am emailing you his text message to you in case you didn't get it. Brian only has a certain deadline to try to revive the dismissal of his judicial complaint. https://www.scribd.com/document/535383096/Complaint-of-Judicial-Misconduct-or-Disability-Uswgo-Brian-d-Hill-W-exhibits-statement-facts or https://justiceforuswgo.wordpress.com/2021/10/26/brian-d-hill-of-uswgo-alt-news-files-judicial-complaint-against-judges-for-discrimination-again-asserts-possibly-blackmail-complaint-against-judge-thomas-david-sschroeder-and-william-lindsey-osteen/
>
> Here is his message to you.
> <02f1d8a99914fd88776ed6a34064ac7f5716e4a4-1.jpg>
>
> They have no Constitutional right to deprive an innocent man of proving his factual innocence. The Supreme Court said so but they are ignoring those rights in the Middle District of North Carolina and in the Fourth Circuit.
>
> Regardless of whether those judges raped children, they are raping Brian's rights and raping Brian's reputation, raping Brian's liberty and freedom, and raping the facts from Brian's current Probation Officer. The govt is raping Brian symbolically. Brian is a virgin so he is no danger to anybody.
>
> God bless you and Merry Christmas Lin Wood,
> Stanley Bolten
>
> Sent with ProtonMail Secure Email.