# EXHIBIT 7
# for

For Federal Criminal/Civil case -- BRIEF / MEMORANDUM OF LAW AND ATTACHED EXHIBITS IN SUPPORT OF THE PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY. MOTION UNDER 28 U.S.C. § 2255
by Brian David Hill

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



**Stanley Bolten <stanleybolten@protonmail.com>**     12/27/2021 9:20 AM

# Fw: Brian's text message to you, URGENT time running out for Petition for Review

To rbhill67@comcast.net <rbhill67@comcast.net> • rbhill67@yahoo.com <rbhill67@yahoo.com> • kenstella@comcast.net <kenstella@comcast.net>

Sent from ProtonMail mobile

------- Original Message -------
On Dec 26, 2021, 11:25 PM, Lin Wood < lwood@linwoodlaw.com> wrote:

> Stanley,
>
> I have heard (not confirmed) that the CIA has a program called Sunset which surveilled emails and texts (all electronic communications) of members of the judiciary. If true, that could explain some of the leverage over or blackmail of so many members of the judiciary.
>
> Time will tell.
>
> Keep Fighting.
>
> Lin
>
> L. Lin Wood
> L. Lin Wood, P.C.
> P.O. Box 52584
> Atlanta, GA 30355-0584
> Telephone: (404) 891-1402
> Direct Dial: (404) 891-1406
> E-Mail: lwood@linwoodlaw.com
>
>> On Dec 26, 2021, at 8:07 PM, Stanley Bolten <StanleyBolten@protonmail.com> wrote:
>>
>> Lin Wood,
>>
>> Thanks for your clarification on your tweets and the actual blackmail videos being somewhere else and you and others just having the encryption key.
>>
>> The reason I and Brian have focused on your tweets was because Brian had suspected for a few years that the Chief Judge and the former Chief Judge almost entirely involved in Brian's criminal case and the Appellate judges, Brian suspected that they were bribed, threatened, blackmailed, or told to do the things they are doing. I will give you some names in this email, so if they are ever in any of the blackmail videos by whoever stores them, whoever has the original videos for the encrypted videos, and if you ever find out about it then telling me and Brian would be of great benefit to clearing Brian's name and getting him out of the New World Order sanctioned pit Brian's been stuck in for almost ten years.

Case 1:13-cr-00435-TDS Document 293-6 Filed 01/27/22 Page 2 of 7

It isn't one or two bad legal decisions, it has been over 10-20 adverse decisions by Federal Judges against Brian. This all started after Brian started fighting the New World Order when he started USWGO Alternative News in 2009. The last was when he started going after NC State Senator and President Pro Tempore, Philip Edward Berger Senior. he always gets reelected and always has the highest position of the North Carolina Senate. Was also campaign funded by Pfizer, one of the eugenics pharmaceutical companies trying to permanently change DNA of humans. When Brian went after Phil Berger, it was within months that he was set up with child porn and his mother threatened with arrest if Brian didn't "fess up". Then later it comes out the evidence was questionable to fraudulent.

There are names of which Brian is suspecting could have been blackmailed and here is why.

Philip Edward Berger Senior or Phil Berger Junior - The Berger family is pretty powerful and involved in politics in North Carolina. They are very difficult to remove from office. Bobby Coffer warned Brian Hill in 2012, that the Bergers have access to the State Board of Elections. So the Berger family has a lot of power and access to the State Elections people.

William Lindsey Osteen Junior, former Chief Judge, Middle District of North Carolina. The original sentencing judge and trial judge for Brian Hill's case. Pretty much denied all of Brian's pro se motions, kept defending Eric David Placke to the bitter end. Allowed a fraudulent case against Brian Hill because Brian fought the New World Order. Brian suspects they blackmailed the right judges and made sure Brian would be in front of those exact judges. Brian suspected Osteen was targeted for blackmail because he received a threatening tormail message either him or Attorney Susan Basko. One threatening email regarding the frame up of Brian Hill said they know Osteen and would make sure that Brian would fail under this Federal Judge. So the threatening email also shines light that this exact Judge may be a blackmail target.

Thomas David Schroeder, Chief Judge, Middle District of North Carolina. This judge was far worse than Osteen. This judge ignores evidence, denies every motion, dismissed the 2255 and consistently lies about Brian in his "memorandum opinions" or "orders", So the suspicion of blackmail is higher for Schroeder.

I don't feel like obtaining all of the names of the judges of the Fourth Circuit, U.S. Court of Appeals. They may be blackmailed because of their behavior and blatant disregard for the law. They all disregard every Supreme Court case standard. They blatantly ignore evidence and denied ten or more of Brian's federal appeals. One such notion was that under Local Rule 7.3, Brian was entitled to his child porn conviction being overturned because his claims of fraud were undisputed. The Judge ignored the uncontested motions for about a year, when Brian kept pushing over and over again, the Judge finally denied them all claiming they were all meritless and frivolous after ignoring them for about a year after they were filed with making fictitious claims of the uncontested motions being construed as 2255 motions when they were filed in the 2255 case.

This judge has always protected the Government, looked out for the Government, and refuses to order the response to any of Brian's motions or claims except the 2255 and that was it. They essentially protected the Government and allowed laws to be broken and rights to being deprived.

There is no logical explanation for any of this with exception that the entire Federal Judicial System is just corrupt and the Judges are all corrupt and tyrannical, OR that you brought those claims of blackmail, and that would make sense. Your claims in January on Twitter made sense to all of us, to Brian, to his family. They all made sense. We been waiting for an explanation or investigation into the Federal Judges to determine why Judges openly disregard the law, disregard the evidence, disregard an innocent man. It is you, Lin Wood, who gave Brian's family hope that the blackmail scheme makes perfect logical sense for why this has all happened. Brian feels your blackmail scheme claims fills in a gaping hole of impossible judicial nightmare that never ends. Being held hostage to corrupt Federal Judges. It would have to be blackmail, that is the only logical explanation there is to all of this madness.

If you ever find out about blackmail, child rape and murder, or pedophilia surrounding the Phil Berger Family, Thomas David Schroeder, William Lindsey Osteen Junior, any judge of the Fourth Circuit for the last decade or two decades. Phil Berger also asked Donald Trump for ventilators when those have been used to kill countless millions or hundreds of thousands after being given Fauci medication Rendeziveir. So Berger seems to be okay with the genocide by the Government. All those who push the vaccines are likely

blackmailed or bribed or in with Big Pharma.

Then there is also the small fish like Reidsville Detective Robert Bridge and Assistant District Attorney Melanie Bridge who worked for Phil Berger Junior, Christopher Todd Brim, and Police Chief Charles J. Caruso of Mayodan, North Carolina. They are small fish, so I doubt they would be in the blackmail videos unless the blackmail videos are that extensive to which local officials are involved, if that is so then that would explain the whole child porn set up operation back in 2012. Nevertheless I believe it would be more up to more powerful people like the Berger political lawyer family. Of course there was SBI Agent Rodney V. White, but that one admitted that it was downloading for eleven months when Brian didn't have his computer. Rodney White had his reservations as to whether Brian was really guilty or not, so they kept Rodney White out of all Federal hearings. Brian witnessed that at every Federal court hearing, Rodney White was nowhere to be found. So Rodney White may not wanted to go along with the fraudulent guilt narrative.

You have the names. Whoever has the blackmail videos would be able to find this out.

Please let me know if Phil Berger or Osteen Junior or Thomas David Schroeder is found in any blackmail or pedophilia scheme stuff. This could really cause the acquittal of Brian Hill.

I understand you are limited in the information. However, the "blackmail" evidence is all Brian has left. Brian has no other option. No pardon, nothing. So Brian has no choice but to continue pursuing the pedophilia blackmail evidence to prove Brian's claims of judicial partiality and bias. They will not let Brian do anything to clear his name, nothing. So all Brian has left is those videos. Those videos can be used to force the corrupt blackmailed Judges out of the Appeals Court and out of the District Court and cause Brian's case to be nullified and voided. That is all the relief Brian can get at this point, null and void judgments, must be voided.

Brian has no choice but to prove the people who framed Brian or took part in it were all involved in the Jeffrey Epstein stuff or other forms of blackmail. Brian has no recourse at all because the Judge tosses every little thing. The judges all work together and protect each other like corrupt little gang members. They don't care about the law anymore, only blackmail makes logical sense as to why judges are acting this way.

God Bless You,
Stanley Bolten
Sent with ProtonMail Secure Email.

------- Original Message -------
On Sunday, December 26th, 2021 at 10:41 AM, Lin Wood <lwood@fightback.law> wrote:

> Stanley,
>
> Please let Brian know that I do not receive faxes any longer. Also, I do not have any videos. I was only sent what was represented to be a password to the file which allegedly contained the videos.
>
> I am not taking on new legal matters at this time as I continue to be forced to defend my law license in frivolous disciplinary actions.
>
> God bless you.
>
> Lin
>
> **L. Lin Wood**
> **Chairman of the Board & CEO**
> **Address** Dallas, TX
> **Mobile** (404) 983-3284
> **Email** lwood@fightback.law
> **Website** www.fightback.law

On Dec 25, 2021, at 11:42 PM, Stanley Bolten <StanleyBolten@protonmail.com> wrote:

You said on Twitter earlier this year:
https://web.archive.org/web/20210104073840/https://twitter.com/LLinWood/status/1345997966650335232
*I decided to post this truth on Twitter & Parler as wall exists around @realDonaldTrump that may have prevented me from getting this evidence to him. Kappy tried to deliver info to President but was then murdered. I do not know who Kappy gave it to for delivery to the President.*
https://web.archive.org/web/20210104065050/https://twitter.com/LLinWood/status/1345985961080061952
*As background to tweets I am about to post, you should read this article carefully. I ask that you read each of my tweets carefully & decide if the information conveyed demands that **Patriots rise up so that every lie will be revealed.** @realDonaldTrump*

You wanted patriots to stand up against the Pedophile Rings which control various powerful positions of our Government. Were you lying to Brian D. Hill and everyone else??? Is there even blackmail tapes at all or was it all just a warped fantasy and delusion??? I need to know as this all seems fake and there is no blackmail videos at all??? I need to know before the next article is written about the update in regards to Brian's Judicial Complaint referencing your statements as evidence which needed to be investigated to find out how many Federal Judges are simply blackmailed and compromised instead of making rulings based on the morals of the facts and the law and what is right.

Brian is taking action because who is taking action???? He is pushing to uncover the identities of the blackmail tapes because that is Brian's only option. Brian keeps losing in the corrupt U.S. Supreme Court. He has nobody left to appeal to. He has nobody left. All Brian has left is to pursue proving blackmail, bribery, or behind the scenes pressure. Brian has hardly any options left. Brian was deprived of all Constitutional rights under the color of law. Effective counsel, deprived. Right to face his accusers, deprived. Right to defend himself to the charge, deprived. Right to not be forced to falsely plead guilty under the Fifth Amendment, deprived. Right to prove actual innocence to avoid facing cruel and unusual punishments inflicted, deprived. Right to discovery evidence materials prior to a jury trial or guilty plea, deprived. Right to have an independent computer forensic expert prove Brian's innocence, deprived. Right to have a mental examination to examine Brian's false confession caused by coercion and Brian's Autism Spectrum Disorder, deprived. Brian's uncontested motions proving factual innocence to child porn and proving fraud on the court, deprived. ALI of Brian's rights and privileges, deprived.

Was the blackmail tapes tweets all bravado from you on Twitter??????

Was Brian just following a pipe dream and will never be allowed to prove his innocence to his criminal charge. Was it all just a pipe dream???????

Was everything you ever claimed on Twitter just a lie and a pipe dream, a fantasy, a delusion????????? You have the tapes but don't even somehow prove the identities and the identities tied to the corrupt judicial and government decisions???
https://web.archive.org/web/20210104074021/https://twitter.com/LLinWood
Was all this just a lie and Brian was misled into thinking that you had some kind of evidence??????

I'm sorry Lin Wood but the time for lies and delusions is over. **Brian wants the truth, we fought so hard, Brian fought so hard, my blog fought so hard. We all fought so hard for justice. Was justice all a lie too??????**

Can I really even trust in man anymore or is all men a bunch of snakes and liars and Brian is just living in some purgatory as punishment from God in some rundown world run by Satan and Lucifer and this world is just a bunch of lies and Bullshit run by mad men and mad women. Is this world all just a lie and illusion???

We have all of this great technology but it is only being used to enslave people and force people to follow Satan and not follow God anymore. The vaccines are taking away people's faith in God as there is a vaccine meant to destroy the "God" part of the brain to take away spiritual brain patterns and Bill Gates was probably part of this heinous act of defying God at the U.S. Pentagon DOD video talking about wiping away people's faith in God under the guise of stopping radical religion. Yet they are destroying the faith in God of millions upon millions of people worldwide by force or jail.

Is this all a ruse???? Was there never a plan to fix our Government and never a plan to save our country from it's destruction???

God bless you,
Stanley Bolten
Sent with ProtonMail Secure Email.

------- Original Message -------
On Saturday, December 25th, 2021 at 11:22 PM, Stanley Bolten <StanleyBolten@protonmail.com> wrote:

> Lin Wood,
>
> Brian had taken a screenshot of his text message to you, texted it to me and I am emailing you his text message to you in case you didn't get it. Brian only has a certain deadline to try to revive the dismissal of his judicial complaint. https://www.scribd.com/document/535383096/Complaint-of-Judicial-Misconduct-or-Disability-Uswgo-Brian-d-Hill-W-exhibits-statement-facts or https://justiceforuswgo.wordpress.com/2021/10/26/brian-d-hill-of-uswgo-alt-news-files-judicial-complaint-against-judges-for-discrimination-again-asserts-possibly-blackmail-complaint-against-judge-thomas-david-sschroeder-and-william-lindsey-osteen/
>
> Here is his message to you.
> <02f1d8a99914fd88776ed6a34064ac7f5716e4a4-1.jpg>
>
> They have no Constitutional right to deprive an innocent man of proving his factual innocence. The Supreme Court said so but they are ignoring those rights in the Middle District of North Carolina and in the Fourth Circuit.
>
> Regardless of whether those judges raped children, they are raping Brian's rights and raping Brian's reputation, raping Brian's liberty and freedom, and raping the facts from Brian's current Probation Officer. The govt is raping Brian symbolically. Brian is a virgin so he is no danger to anybody.
>
> God bless you and Merry Christmas Lin Wood,
> Stanley Bolten

EXHIBIT PAGE 45 OF 45

Sent with ProtonMail Secure Email.