# EXHIBIT 10
# for

For Federal Criminal/Civil case -- BRIEF / MEMORANDUM OF LAW AND ATTACHED EXHIBITS IN SUPPORT OF THE PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY. MOTION UNDER 28 U.S.C. § 2255 by Brian David Hill

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM





**Lin Wood**
@LLinWood

Our country must face truth about its so-called leaders. The good, bad & ugly truth. We must expose swamp inhabitants to disinfectant of sunshine.

No more dirty little "inside Beltway" secrets. We need truth. These two men do not even tell us truth about their adopted children.

