# EXHIBIT 13
# for

For Federal Criminal/Civil case -- BRIEF / MEMORANDUM OF LAW AND ATTACHED EXHIBITS IN SUPPORT OF THE PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY. MOTION UNDER 28 U.S.C. § 2255
by Brian David Hill

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM






**Lin Wood**
@LLinWood

Folgen

I have shared with several individuals the TRUTH I will be speaking to you. Killing me will NOT prevent the TRUTH from being revealed - it will only trigger its release by many others.

I ask @realDonaldTrump to immediately appoint an honest special prosecutor to pursue justice.

23:05 - 3. Jan. 2021