# EXHIBIT 14
# for

For Federal Criminal/Civil case -- BRIEF / MEMORANDUM OF LAW AND ATTACHED EXHIBITS IN SUPPORT OF THE PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY. MOTION UNDER 28 U.S.C. § 2255 by Brian David Hill

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM






 **Lin Wood** @LLinWood  Follow

This blackmail scheme is conducted by members of 10 of world's most well-known & "elite" intelligence agencies.

One of those groups was hacked by a group known as Lizard Squad. The blackmail files of rape & murder were obtained by this group & copy was provided to Isaac Kappy.

**Lin Wood** @LLinWood
I believe Chief Justice John Roberts & a multitude of powerful individuals worldwide are being blackmailed in a horrendous scheme involving rape & murder of children captured on videotape....

11:17 PM - 3 Jan 2021

Lin Wood, P.C. Speak Truth.
SS. #FightBack for Freedom