# EXHIBIT 15
# for

For Federal Criminal/Civil case -- BRIEF / MEMORANDUM OF LAW AND ATTACHED EXHIBITS IN SUPPORT OF THE PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY. MOTION UNDER 28 U.S.C. § 2255 by Brian David Hill

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



(Revised 3/2021)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Brian David Hill<br><br>Plaintiff(s),<br>v.<br><br>United States of America<br><br>Defendant(s). | CASE NO. 1:13-cr-435-1<br><br>NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK |

The following is being filed in paper or physical form with the Clerk's Office for the Middle District of North Carolina:

As part of Exhibit 15: A DVD Video disc 480P and AVC-HD 1080-Pixels High Definition DVD disc (can be played in Blu-Ray players) containing a 30 Minutes, 13 Seconds Declaration testimony and physical evidence presentation by Brian David Hill. Recorded/produced on January 5, 2022. Both discs are of the same video.

The item(s) will remain in the Clerk's custody until appropriate Disposition pursuant to the Local Rules of the Middle District of North Carolina

Dated this 10th day of February, 2022.

**Brian D. Hill - Ally of Q**

310 Forest Street, Apartment 2
Martinsville, Virginia 24112
(276) 790-3505

Name, Address, and Phone Number of Counsel or Pro Se

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK - 1