# EXHIBIT 16
# for

For Federal Criminal/Civil case -- BRIEF / MEMORANDUM OF LAW AND ATTACHED EXHIBITS IN SUPPORT OF THE PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY. MOTION UNDER 28 U.S.C. § 2255
by Brian David Hill

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



**BRIAN DAVID HILL - Just found out more about Brian to share with you. This has to do with carbon monoxide poisoning**

rbhill67@yahoo..../Inbox

 Ken & Stella <kenstella2007@yahoo.com>
To: jason_mcmurray@vawp.uscourts.gov <jason_mcmurray@vawp.uscourts.gov>
Cc: Roberta Hill <rbhill67@yahoo.com>

Mar 10, 2019 at 4:44 PM

Hi Jason,

We (Brian's mom & grandparents) have been wanting to thank you for all of your support for Brian since 2015. He is blessed to have you in his life, knows all you have done to help him all of these years and appreciates it and you. He was impressed that you stood up for him in court and has told us all about it more than once. Right now he seems to be getting along well in Butner, meeting new friends and is impressed with all of the prison guards and employees there and was in the Roanoke and Martinsville jails as well. We think for the first time, Dr. Grainey also knows that he is innocent of the initial charge of knowingly downloading child porn. When one knows all the facts, he is innocent. The facts are in the court, all of the proof of his innocence. It will be interesting to see her report. I am sending this email to Brian's mom, Roberta. We saw Brian yesterday, and he is well looking forward to being released.

We have new information to share with you and will take a copy of this new information to his attorney in Martinsville, VA tomorrow and might need to send a copy to his federal attorney in Roanoke as well. Jason, we know that you are very busy but would appreciate a reply that you did get this email. We are enclosing a copy of the letter Brian's mom, Roberta wrote to Brian that we will send to him in the mail tomorrow to show to Dr. Grainy. We're also sending a copy of a 6 page document we wrote to Brian in the mail to show Dr. Grainy and 2 receipts of proof.

I think you might know a little if you remember the leak in Brian's fireplace in his apartment as well as the damage along the wall and ceiling near his fireplace. It was all a mystery because his mom's fireplace, wall and ceiling above his did not have any damage. Anyway, we discovered what the problem was on January 30th this year and are now aware that this all can explain why Brian left the house the night of Sept. 21st and was walking all around Martinsville miles from home confused. We were in shock when we found out, and I'm sure that you and Preston were too. This was not anything Brian had ever done before, but the 9 pages attachment helps us understand what was going on with him. After we all 4 (Brian, his mom, and we, (grandparents) talked about this at Butner yesterday, Brian asked us to write him about it and to send the proof. He wanted to know if that could have caused his confusion and memory loss so his mom told him we would check into it when we get home and let him know.

We have also sent the proof to his attorney (Martinsville & Roanoke) about the threats he had received (as well as the emails where this person sending these threats to Brian, Sue Basko (attorney) and others admitted to setting Brian up with CP (child porn) and admitted putting it on his computer. When Brian was trying to appeal his case in January, 2015 they were sending more emails to Sue Basko who had informed the court in Sept 2014 that Brian was innocent threatening Brian's life if he didn't stop the appeals, threatening him, his family, his attorneys, Sue and

his friends. We still have copies of these in our emails and sent copies. Someone has been sending hate greeting cars to his mom from Dec. 2017 to May 2018 postmarked from Nashville, TN with no return address. It looks like they are criticizing her YouTube videos and the books she writes, but then they are also criticizing her family from WV when they told her to leave out the walnuts from WV. We all wrote affidavits in Brian's 2255 in the federal courts in Nov, 2017, so if they look up our names on google, they would find her address from the affidavits we sent to the court, her Amazon author page and her YouTube page, and would find out if they look up Brian's grandparents' names from the affidavits that we are both from WV and have written books about the roots of a hillbilly family from WV. After Roberta put the following video on YouTube in May, 2018, they didn't send anymore cards, but other things have happened since May, 2018 that could explain that all Brian went through could have been real threats that night. We sent all of this to both of his attorneys and to Dr. Grainey and others. This is Roberta's video about the greeting cards and hate mail (Brian wanted us to show you). Roberta still has the cards if anyone wants to see them.

The RH Negative Blood Type: Hate



The RH Negative Blood Type: Hate

Jason, again thank you for all of the help and understanding you have given to Brian. Here is the 2 page letter from Roberta to Brian, the 6 page history with proof from Brian's grandparents called "Carbon monoxide poisoning", and 2 other pages: work proposal Jan 30, 2019 and Receipt from February 4, 2019. If you need copies, Roberta can also take photos of the fireplace, damaged walls around it and the hole in the ceiling where that part of the ceiling fell to send to you.

Sincerely,
Brian David Hill's grandparents, Stella & Ken Forinash



4 Files  1.9MB
Brian-Letter-March-2019.pdf
331kB
Carbon Monoxide Poisoning.pdf
860kB
receipt 2-04-2019.jpg
392kB
work proposal dated Jan 30, 2019.jpg
337kB