# EXHIBIT 17
# for

For Federal Criminal/Civil case -- BRIEF / MEMORANDUM OF LAW AND ATTACHED EXHIBITS IN SUPPORT OF THE PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY. MOTION UNDER 28 U.S.C. § 2255 by Brian David Hill

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



**Brian David Hill asked us to take photos of ceiling & walls above his fireplace from carbon dioxide to send to you**

rbhill67@yahoo..../Inbox

Stella Burnette Forinash <kenstella@comcast.net>
To: jason_mcmurray@vawp.uscourts.gov

Mar 21, 2019 at 8:58 AM

Hi Jason.

Before we send a copy of the letter. We understand that you can't legally help Brian, but you are a witness during 2018 of the damage in Brian's apartment around the fireplace just like we are. Brian admires, respects and trust you. He knows that you are his probation officer but considers you as a friend too, and after having a horrible probation officer we are all thankful that you were sent to Brian and know that you have been understanding of all of Brian's health problems, respectful and still doing the job you were sent to do.

We got a letter from Brian yesterday, and he asked us to send photos of the damage on the ceiling and walls around his fireplace in the living room of the apartment where he has been living since May, 2016. There was also white residual inside of his fireplace. The chimney expert who found the carbon monoxide damage said that this could be cleaned with detergent & water so Brian's mom has already cleaned that. It needed months to dry before repairs. There is a carpenter lined up to repair it around April 20th. It was the young son of the owner of the chimney company in Rocky Mount, VA who was sent to clean the fireplace (chimney sweep) and to put screen on all 3 holes to keep birds out of the fireplace; instead he put tin over all 3 holes including the hole for the natural gas heater and the gas water heater in the basement leaving no where for the gas and water steam to escape in October, 2017. None of us were aware that there was tin there and thought it was screen. This took care of the bird problem.

In December, 2017 or January, 2018 there was a snow storm, and that was when we noticed the damage in the ceiling of Brian's apartment but no damage in his mom's ceiling above her apartment. We thought it was odd that there was no problems until the chimney people were called. It continued getting worse through the winter, so in the spring Roberta cocked the foundation around her porch because we thought it looked like a foundation problem, not a roof problem because there was no water damage on Roberta's ceiling. Brian's ceiling was below his mom's apartment. After this the problem got worse. Brian's OCD was getting worse too. He was having a diarrhea problem and was using the hot water 6 to 8 hours a day. This is a gas hot water heater with nowhere for the gas & steam to escape. It was escaping apparently through both fireplaces leaving damage in the ceiling in Brian's apartment below the brick on the floor in front of Roberta's apartment and all along the walls below Roberta's fireplace into the walls beside of Brian's fireplace (both sides).

Both Roberta & Brian were complaining about not feeling well, being weak and very tired. We (Brian's grandparents) were moving from one house to another in Martinsville, VA during this time, and Roberta couldn't understand where we got our energy in our 70's when she & Brian were so tired. Roberta tried to help us from time to time with the move, but she couldn't hold out like we could. Both of us are disabled and elderly and are slow and took months for this move. She was always before this stronger than we were. Her head was shaking a lot. We thought it was stress from taking care of Brian and not being able to get much sleep or rest. Brian kept complaining that he couldn't think straight. The cats' personalities had changed, but yet none of us even thought that all of the moisture damage around the fireplace was damage from the moisture & natural gas required to run the natural gas boiler furnace downstairs and the natural gas hot water heater. Now that we know the facts, we all feel bad and guilty for what all has happened to Brian. It takes a long time in Martinsville, VA to locate carpenters and wait for prices and for them to do any work on homes. We also are glad that Brian no longer came back to his

house in September, 2018 due to the fact that the carbon monoxide poisoning with the use of the heater through the winter and from the hot water heater was not discovered until January, 2019.

There were many threats due to Brian's fighting to get off from false federal charges. He was set-up with child porn on his computer in 2012, and he and his family have been putting proof in the court with his 2255 since November, 2017 of his innocence, and there have been strange things happening after this date, but then along with the threats (including death threats and threats of putting more child porn in Brian's email after he is released to keep him on the sex registry, sending threats in emails to Brian's family & attorneys and actually sending and bragging about it to Brian and other alternative news people and to Brian's friends after Brian appealed his case in 2015 and the hate cards and letter sent from Nashville, TN with no return address to Brian's mom after we filed the 2255 in Nov. 2017 from Dec. 2017 till May, 2018 and the fake 911 calls in July, 2018 & police coming to the house about the calls that they didn't make.

We wanted to include more information to go along with the photos. We have had natural gas heaters and don't know much about natural gas boiler heaters. Found some photos on the internet to show here of similar in their house. (included as photo attachments in this email - gas Broiler furnace & gas hot water heater).

You can now see what is on top of the chimney. The tin has been removed from the hole above the gas hot water boiler (furnace) and the gas hot water heater. The chimney guy from Basset, VA who has done this type of work for 25 years who took the tin off in Jan. 2019 and put the new top on the chimney in Feb. 2019 had us to climb on the ladder and showed us what he saw. This is now what you can see from the road, and we now know that it is vented – not even screen on the top of the furnace & water heater. (Similar top photo from the Internet included as an attachment)

We are including 7 photos Brian's mom, Roberta took last night of the ceiling & walls showing damage around Brian's fireplace in his living room in his apartment.

Brian's grandparents,

Stella & Ken Forinash

11 Files   2MB

- 1.jpg 173kB
- 2.jpg 176kB
- 3.jpg 238kB
- 4.jpg 196kB
- 5.jpg 225kB
- 6.jpg 174kB
- 7.jpg 185kB
- chimney top.JPG 79kB
- Hot Water Broiler.JPG 26kB
- hot water heater.JPG 31kB
- March 21.pdf 536kB