# EXHIBIT 18
# for

For Federal Criminal/Civil case -- BRIEF /
MEMORANDUM OF LAW AND ATTACHED
EXHIBITS IN SUPPORT OF THE PETITIONER'S
MOTION TO VACATE, SET ASIDE, OR CORRECT A
SENTENCE BY A PERSON IN FEDERAL
CUSTODY. MOTION UNDER 28 U.S.C. § 2255
by Brian David Hill

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



## RE: carbon monoxide exposure from fireplace

rbhill67@yahoo..../Inbox

 **Lisa Garrett** <lgarrett@co.henry.va.us>
To: Roberta Hill <rbhill67@yahoo.com>, Kiah Cooper <kcooper@co.henry.va.us>

Jul 16, 2019 at 8:16 AM

I am not aware of any test that can be done on that.... Carbon monoxide alarms should be used anytime there is a pilot light or flame present to detect CO levels and alert residents...... there may be private laboratory's that could help you with this question but I do not know of any test at this time....

Lisa Garrett
Fire Marshal
Division Chief of Fire Prevention
Henry County Department of Public Safety
276-634-4668
#HenryCountyIsHome

**From:** Roberta Hill [mailto:rbhill67@yahoo.com]
**Sent:** Monday, July 15, 2019 3:36 PM
**To:** Lisa Garrett <lgarrett@co.henry.va.us>; Kiah Cooper <kcooper@co.henry.va.us>
**Subject:** carbon monoxide exposure from fireplace

Hey,

I have a question. Is there anyway to test the white residue or rust residue in a fireplace for the carbon monoxide level? We need to know the carbon monoxide levels for a legal defense for my son.

1. The Martinsville police found Brian Hill naked and confused at around 3 am in the morning about 2 miles from home.
2. The police took him to the hospital. The emergency room drew blood and ordered lab tests. The lab tests were never done, and he was taken to jail.
3. Brian was diagnosed with psychosis and delusions by a psychiatrist about a week after he was in Martinsville jail.
4. Four months after Brian was arrested his family learned from a fireplace expert that the fireplace had been sealed up and carbon monoxide was flowing into the house.

Thanks,
Roberta Hill