# EXHIBIT 20
# for

For Federal Criminal/Civil case -- BRIEF / MEMORANDUM OF LAW AND ATTACHED EXHIBITS IN SUPPORT OF THE PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY. MOTION UNDER 28 U.S.C. § 2255
by Brian David Hill

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



In the United States District Court
For the Middle District of North Carolina

| | |
|---|---|
| Brian David Hill,<br>Petitioner/Defendant<br><br>v.<br><br>United States of America,<br>Respondent/Plaintiff | )<br>)<br>)<br>)<br>) Criminal Action No. 1:13-CR-435-1<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>) |

## DECLARATION OF ROBERTA HILL IN SUPPORT OF THE PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY. MOTION UNDER 28 U.S.C. § 2255 FILED BY BRIAN DAVID HILL

I, Roberta Hill, being first duly sworn upon oath, do hereby depose and state:

On September 21, 2018, I woke up around 4 am hearing a knock at the door. A police officer informed me that they had found my son 2 miles away from home on a walking trail. He said that they took him to the hospital. He asked me if my son was autistic, and I answered "yes".

On January 20, 2019, I had a fireplace expert named Pete Compton of ACE Chimney & Wildlife come out to check on some water damage near the fireplace and he found out that the chimney had been completely covered in tin. He told me that carbon monoxide was coming into my apartment and my son's apartment. He said it condenses and that is what was causing the water damage in the ceiling next to the fireplace in my son's apartment.

Photos I had taken are below.

1 | Page







3 | Page

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of January, 2022.

*Roberta Hill*

Signed

Roberta Hill
310 Forest Street, Apartment 1
Martinsville, Virginia 24112
(276) 790-3505

4 | Page