# EXHIBIT 24
# for

For Federal Criminal/Civil case -- BRIEF / MEMORANDUM OF LAW AND ATTACHED EXHIBITS IN SUPPORT OF THE PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY. MOTION UNDER 28 U.S.C. § 2255 by Brian David Hill

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



## Fw: BRIAN DAVID HILL EMERGENCY

From: Ken & Stella (kenstella2007@yahoo.com)
To: kristy_burton@vawp.uscourts.gov
Cc: rbhill67@yahoo.com
Date: Tuesday, February 17, 2015, 08:46 AM EST

Good Morning Kristy,

We received this email from Sue Basko today. She has sent it to Brian's attorney, and plans on notifying the FBI about it. She called last night and said there was a picture file in the email with some of the same names Brian said he saw in the hard drive we destroyed on Saturday. She is going to inform the FBI about all of this also.

Thanks,

Ken & Stella Forinash (Brian's Grandparents)

----- Forwarded Message -----
From: Sue Basko <suebasko@gmail.com>
To: mjones@belldavispitt.com; Roberta Hill <rbhill67@yahoo.com>; Ken & Stella <kenstella2007@yahoo.com>
Sent: Monday, February 16, 2015 10:19 PM
Subject: RE: BRIAN DAVID HILL EMERGENCY

DEAR MR JONES:

I wrote to you before regarding this situation with Brian David Hill. You are handling his appeal. I am copying his mother and grandparents on this email.

Brian is the guy who was set up with child porn via email and then convicted. Someone KEEPS sending me (and others) emails regarding Brian and the threat to set him up with child porn. Tonight I got an email that also contains a jpg with a bunch of pictures on it that look like they might be porn or child porn - -these are tiny pics on one jpg and I cannot really see them and of course, will not click on them to preview or download.

I am copying and pasting the email below. Each set of emails is getting nastier and more threatening and the person is getting more desperate.

YOU NEED TO TALK WITH BRIAN AND HIS FAMILY RIGHT AWAY and I need to make a report to the FBI.

THIS IS WHAT THE EMAIL TONIGHT SAYS - IT APPEARS TO COME FROM ME. of course, it is not from me. Each email set has used a different email address.

Susan Basko <BudaBuddy@mail2tor.com>       2:57 AM (2 hours ago)

to me

WE.............PLACED.............CHILD.............PORN.............THE.............HARD.............DRIVE.........
.........WHICH.............WAS.............GIVEN.............TO.............BRIAN.............DAVID.............HILL.............
........SO.............WE.............HAVE.............BRIAN.............ON.............POSSESSION.............AGAIN.............AN
D.............HIS.............FUCKASS.............ATTORNEY.............ON.............DISTRIBUTION.............BRIAN......

.....WILL..........GO..........DOWN..........HE..........WILL..........BE......IN..............PRISON...........FOR.........
.....LIFE..........ALONG..........WITH..........HIS..........APPEAL..........ATTORNEY.............SO......
..........YOU..........HAVE...........TWO.............OPTIONS

OPTION.............ONE............YOU..........TELL............BRIAN..........HE..........BETTER..............D
ROP...........HIS...........APPEAL...........OTHERWISE............WE..........CALL..........THE.............FB
I..........AND............TELL...........THEM.............WHAT............CJHILD.............PORN.............WAS.
.............ON............THE...........HARD..........DRIVE...........HE..........RECEIVED.............

OOOR..........OPTION..........TWO.........BRIAN..........WRITES.........A..........INCRIMINATING.........
.LETTER.............ABOUT...........HOW...........HE.........DOES.........HAVE.........AN...........ADDICTION.
............TO...........CHILD.........PORN..........AND.........HAS........A..........FETISH..........WITH........
...STICKING............COCKS..........IN.............LITTLE.........GIRLZ..........NASTY.............BUTTS....
..........THEN........HE........ENDS........HIS........APPEAL..........................HE..........NEEDS...........
..HELP..........AFTER.............ALL.........YOU.........NEED........HELP...........TOO............SUS
AN............MAYBE..........A..........GOOD.............MENTAL..........HOSPITAL
..............FOR..........YOU.........WE.......HAVE.........ACCESS.........TO.........HIS..........PROPER
TY.............AND..........CAN............PLANT.........CHILD..........PORN.........ON..........ANY.........OF..
.............EM

REPORT...........THIS............TO............FBI............AND.........WE.........WILL.........REPORT....
............YOU................BRIAN..........HIS................ATTORNEY..........AND..........HIS............FA
MILY............AND.........TELL........THE........FBI..........THEY.........LIKE..........TO.........MASTURB
ATE.........AS........A........FAMILY........TO........CHILD........PORN.........FLICKS...........
...WE.........HAVE.........EVIDENCE.........TO.........GET.........ANOTHER.........CONVICTION.........O
N..........BRIAN............HILL........YOU.............CANT.........PROVE.......ANYTHING.........W
ITH.........EMAILS.........WHICH.........CAN.........DISAPPEAR...........
...AFTER..........YOU.........READ.......EM........OR........WE........NOBODY.......WILL.........EVE
R.........BELIEVE.........YOU.........BITCH..............WE.........KNOW.........CHILD.........PORN.....
.........GOT.........INTO........BRIANS............POSSESSION...........LAST........WEEK........WE......
....WILL...........SEND...........MORE.........THEN..........HE.............WILL.........TECHNICALLY.........
....BE..........GUILTY.........AGAIN..............JUDGE.........OSTEEN.........WILL..........CONVICT...........
...HIM.............AGAIN..........AS........WE.........WILL........MAKE...........SURE...........OSTEEN.....
.........IS.............PROCIDING.........JUDGE...........OVER.........BRIANS............N
EW.............INDICTMENT.

MORE..........CHILD............PORN...........IS.........COMING.........THEN.............MORE............CHARG
ES.........WILL.........BE........BROUGHT.........BITCH

**Susan Basko, Esq.**
California and Illinois
EMAIL: suebasko@gmail.com
phone: 310-770-7413
http://suebasko.blogspot.com
http://suebaskolaw.blogspot.com

This e-mail message may contain confidential and/or privileged material. Delivery of this message to any person other than the intended recipient(s) does not in any way waive privilege or confidentiality. The information transmitted is intended only for the person or entity to whom or which it is addressed. Unauthorized use, disclosure or copying is strictly prohibited.