In the United States District Court
For the Middle District of North Carolina

FILED
JAN 2 7 2022
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By

Brian David Hill,
Petitioner/Defendant

v.

United States of America,
Respondent/Plaintiff

)
)
)
)
)
)
)
)
)
)

**Criminal Action No. 1:13-CR-435-1**

**Civil Action No. _____**

## MOTION FOR APPOINTMENT OF SPECIAL MASTER FOR PROCEEDINGS AND FINDINGS OF FACT OF GROUND VII "…BLACKMAIL SCHEME INVOLVING CHILD RAPE AND MURDER…" CONCERNING "JUDGES" – MOTION AND BRIEF / MEMORANDUM OF LAW IN SUPPORT OF MOTION

Criminal Defendant and 28 U.S.C. § 2255 ("2255 Motion").

Petitioner Brian David Hill ("Brian D. Hill", "Hill", "Brian", "Defendant",

"Petitioner") is respectfully requesting that a Special Master be appointed to assist

in all matters of developing the GROUND VII – IT IS NOW POSSIBLE AND

PETITIONER SUSPECTS THAT THE ORIGINATING JUDICIAL OFFICER

WHO REVOKED THE SUPERVISED RELEASE ON DOCUMENT #200 MAY

OR MAY NOT BE A TARGET OF A BLACKMAIL SCHEME INVOLVING

CHILD RAPE AND MURDER DUE TO CLAIMS BY ATTORNEY L. LIN

WOOD…" (See pages 124-145 of Brief / Memorandum of Law of the 2255

1

Motion) alleged in the 2255 Motion, Brief / Memorandum of Law; and the attached Exhibits. Petitioner submits this motion respectfully with the Court as to why this request should be granted.

1. Petitioner submits this MOTION and BRIEF / MEMORANDUM OF LAW as to why this motion should be granted.

### BRIEF / MEMORANDUM OF LAW IN SUPPORT OF MOTION

2. Petitioner had brought up a very critical ground which will basically need the appointment of a Special Master for the special purposes as will be outlined in the foregoing Motion and BREF / MEMORANDUM OF LAW.

3. The new 2255 Motion is to overturn a different criminal conviction, so it is filed for the first time in regard to criminal judgment #200 and is timely filed. A conviction under Document #200 and final appeal decision rendered under Document #278. This time, this 2255 Motion was filed within one year after the final conviction and the final timely appeal decisions. Even if the U.S. Attorney again ever attempts another Motion to Dismiss, this timely filed 2255 Motion makes it necessary for the fact of "blackmail" to be thoroughly investigated. It must be thoroughly investigated. Hopefully the Clerk files the 2255 pleadings in

2

consecutive order so that the Judicial Official can easily read over and identify all material and relevant documents to the proceedings of this 2255 Motion.

4. Fed. R. Civ. P. 53 ("(a) APPOINTMENT. (1)Scope. Unless a statute provides otherwise, a court may appoint a master only to: (A) **perform duties consented to by the parties; (B) hold trial proceedings** and **make or recommend findings of fact on issues to be decided without a jury if appointment is warranted** by: (i) **some exceptional condition**; or (ii) the need to perform an accounting or resolve a difficult computation of damages; or (C) **address pretrial and posttrial matters that cannot be effectively and timely addressed by an available district judge or magistrate judge** of the district.")

5. See United States v. Gallego, No. CR-18-01537-001-TUC-RM (BPV), 5 (D. Ariz. Sep. 5, 2018) ("In light of the fact that the materials at issue were seized from a criminal defense attorney's office, and given the **importance of protecting** both the interests and **appearance of fairness and justice**, the Court finds that **exceptional circumstances warrant the appointment of a Special Master to review the items seized from Defendant's law office for privilege and responsiveness to the search warrant.** See Fed. R. Civ. P. 53(a).")

6. Gary W. v. Louisiana, 601 F.2d 240, 244-45 (5th Cir. 1979) ("The District **Court's choice to refer the case to a Special Master is not extraordinary. In many cases involving similar facts or problems, Special Masters have been**

3

**appointed**. E.g., Halderman v. Pennhurst State School and Hospital, 446 F. Supp. 1295 (E.D.Pa. 1977); Taylor v. Perini, 413 F. Supp. 189 (N.D.Ohio 1976); Amos v. Board of Directors, 408 F. Supp. 765 (E.D.Wis.), aff'd sub nom. Armstrong v. Brennan, 539 F.2d 625 (7th Cir. 1976), vacated on other grounds, 433 U.S. 672, 97 S.Ct. 2907, 53 L.Ed.2d 1044 (1977); Morgan v. Kerrigan, 401 F. Supp. 216 (D.Mass. 1975), aff'd, 530 F.2d 401 (1st Cir.), cert. denied sub nom. White v. Morgan, 426 U.S. 935, 96 S.Ct. 2648, 49 L.Ed.2d 386 (1976); Costello v. Wainwright, 387 F. Supp. 324 (M.D.Fla. 1973), aff'd, 489 F.2d 1311 (5th Cir. 1974); Hart v. Community School Board, 383 F. Supp. 699 (E.D.N.Y. 1974), aff'd, 512 F.2d 37 (2d Cir. 1975); Davis v. Watkins, 384 F. Supp. 1196 (N.D.Ohio 1974); Moore v. Leflore County Board of Election Commissioners, 361 F. Supp. 609 (N.D.Miss. 1973), aff'd, 502 F.2d 621 (5th Cir. 1974); Pennsylvania Ass'n for Retarded Children v. Pennsylvania, 334 F. Supp. 1257 (E.D.Pa. 1971), modified, 343 F. Supp. 279 (1972). This Court has recently asserted the desirability of appointing a master in a case where noncompliance with a previous court order is alleged.")

8. A Special Master is necessary and the exceptional circumstances or exceptional conditions warranting appointment of Special Master is for the following:

4

1. That GROUND VII: "IT IS NOW POSSIBLE AND PETITIONER SUSPECTS THAT THE ORIGINATING JUDICIAL OFFICER WHO REVOKED THE SUPERVISED RELEASE ON DOCUMENT #200 MAY OR MAY NOT BE A TARGET OF A BLACKMAIL SCHEME INVOLVING CHILD RAPE AND MURDER DUE TO CLAIMS BY ATTORNEY L. LIN WOOD ASSERTING IN PUBLIC STATEMENTS THAT "JUDGES" AND "OFFICIALS" WERE BEING ORDERED TO RAPE AND MURDER CHILDREN ON VIDEO RECORDINGS…" asserts a very concerning GROUND which warrants investigation, subpoenaing, and review. (See Pages 124-145, of BRIEF / MEMORANDUM OF LAW in support of the 2255 Motion, of GROUND VII).

2. Attorney L. Lin Wood is an officer of the Court in the State of Georgia, however his claims of "blackmail scheme" and his vague statements may encompass any judge inside of the United States of America. There are no judges higher than the Federal Government through the Federal Judiciary, inside of the United States of America. If Judges are compromised in the Federal Courts, then this is a very dangerous compromised situation which affects all legal decisions and case decisions of Federal Law including

5

criminal cases filed by the United States of America or even civil suits filed by or against the United States of America.

3. Attorney L. Lin Wood practices in the Federal Court System. In 1977, Attorney Lin Wood practices in Georgia; U.S. District Court, Northern District of Georgia; U.S. District Court, Middle District of Georgia; U.S. District Court, District of Colorado; U.S. Court of Appeals, Eleventh Circuit and U.S. Supreme Court. He practices in a lot of Courts and makes him credible for the purposes of investigating his claims. See **Exhibits 6 through 14**, EXHIBIT PAGES 35 THROUGH 59 OF 87. If you too believe that Lin Wood is telling the truth, then it is time to thoroughly investigate his claims and sanction him if he had ever lied. Petitioner does not believe this attorney would risk his career and reputation for simply making some scary and serious claim as to the alleged blackmail scheme. Petitioner's family had checked Lin Wood's twitter Tweets on Twitter and that page had been suspended days after the tweets, his account had lost his tweets with exception to the wayback machine and the printouts/screenshots by family, so his statements were lost in time except for those who feel that he is telling the truth. Petitioner believes Lin Wood is telling the truth and has worthy and credible claims of alleging the blackmail videos which are worthy of being investigated. To simply hold powerful people accountable for child

6

rape by using the law at the disposal of Law Enforcement of any kind, that

will make a better future for the human race, for law and order, for society as

a whole to go after and hold accountable the child rapists in those blackmail

videos.

4. Attorney L. Lin Wood had practiced law for over 40 years.

5. Petitioner's family searched up Attorney Mr. L. Lin Wood Jr. in the Georgia

State Bar and it had stated since January 17, 2022 lookup that "Status" is an

"Active Member in Good Standing".

6. For the sake of brevity, Petitioner will not reproduce all of the Lin Wood

tweets and all other exhibits already mentioned within the 2255 Motion's

Brief / Memorandum of Law. Petitioner hereby incorporates by reference, as

if fully set forth herein, pages 124 through 145 of the BRIEF /

MEMORANDUM OF LAW AND ATTACHED EXHIBITS IN SUPPORT

OF THE PETITIONER'S MOTION TO VACATE, SET ASIDE, OR

CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY.

MOTION UNDER 28 U.S.C. § 2255. Petitioner hereby incorporates by

reference, as if fully set forth herein, pages 35 THROUGH 59 OF 15 IN

THE EXHIBIT PAGES. **Exhibits 6 through 14**.

7. The special circumstances of investigating the blackmail are of the

upmost concern. Because the blackmail concerns "child rape" and "child

7

murder" as allegedly described by Attorney L. Lin Wood. See Document #290-1, Page 4 of 16. It may or may not include the Chief Judge or any Federal Judge within the Middle District of North Carolina. Therefore, investigation into such matters must be done with the utmost impartiality and fairness; and must be conducted without any conflicts of interest.

8. It is a CONFLICT OF INTEREST for any Federal Judge of the Middle District of North Carolina to review over and investigate the alleged blackmail videos described by Attorney L. Lin Wood. Appointment of Special Master with a guaranteed impartiality is necessary for the ends of justice to have been met, and for the best interest of the American people of the United States of America, to ensure confidence and impartiality in every Federal Judge ever serving the great offices of the United States District Courts.

9. According to Code of Conduct for United States Judges, Canon 1: **A Judge Should Uphold the Integrity and Independence of the Judiciary**: ("Deference to the judgments and rulings of courts depends on **public confidence in the integrity and independence of judges. The integrity and independence of judges depend in turn on their acting without fear or favor**. Although **judges should be independent**, they **must comply with the law** and should comply with this Code. Adherence to this responsibility

8

helps to **maintain public confidence in the impartiality of the judiciary**. Conversely, **violation of this Code diminishes public confidence in the judiciary and injures our system** of government under law.")

10. The alleged blackmail, if the alleged blackmail scheme of recorded video of moving images show any of the judges of the Middle District of North Carolina? Meaning that they are contained in any of the alleged blackmail videos, of child rape and murder nonetheless, then this endangers the impartiality of every decision rendered by the Judge since the date of when the blackmail actually began. The date after blackmail, the impartiality can REASONABLY BE QUESTIONED.

11. See Title 28 U.S.C. § 455 ("(a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned. (b) He shall also disqualify himself in the following circumstances: (1) Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding; (2) Where in private practice he served as lawyer in the matter in controversy, or a lawyer with whom he previously practiced law served during such association as a lawyer concerning the matter, or the judge or such lawyer has been a material witness concerning it").

9

12. It is necessary that Attorney L. Lin Wood be subpoenaed to testify on the information provided to him by his source or sources of the alleged blackmail scheme videos and/or if the blackmail videos can be obtained from the source or sources of Attorney L. Lin Wood and by Attorney Lin Wood for the purpose of expanding the record for GROUND VII in the 2255 Motion's Brief / Memorandum of Law. Not just expanding the record but for investigating which Judges are being blackmailed and compromised as this concerns far more than just the 2255 Motion at the case here, at issue here. It concerns more than just Brian David Hill. It concerns every case of which the impartiality was compromised by just the simple act of a judge or judges being blackmailed with a crime as heinous as child rape and child murder.

13. The Attorney L. Lin Wood ("Lin Wood") had presented public statements on January 3 and/or 4, 2021, on or about those dates. Statements in regard to "judges" and "officials" involved in being targets of blackmail in a criminal scheme to blackmail those targets. The blackmail scheme evidence was presumably obtained by a hacker group or hacktivist (aka computer or internet hacker activists) group known as The Lizard Squad which hacked the U.S. Intelligence Agencies of the United States of America and/or other Nation's intelligence agencies. They supposedly obtained the allegedly blackmail videos and a copy was given to an

10

American actor named Isaac Kappy who died after being forced off of a bridge on May 13, 2019.

14. The U.S. Intelligence Agencies of the United States of America and/or other Nation's intelligence agencies would be a party of: United States of America, whether the Respondent(s) are directly or indirectly aware of such issues. It concerns an agency of the United States of America, and the agency of the United States of America engaging in blackmail affects the credibility and criminality of the party: United States of America. For all intents and purposes.

15. The Intelligence agencies of who possibly are the ones blackmailing the judges or officials or both may or may not include the U.S. Federal Bureau of Investigation ("FBI"), the U.S. Central Intelligence Agency ("CIA"), the U.S. National Security Agency ("NSA"), the U.S. Department of Justice ("U.S. DOJ"), and maybe even the Department of Homeland Security ("DHS").

16. The U.S. Attorney Office had been served with a NOTICE OF ELECTRONIC FILING ("NEF") through the CM/ECF system by the Clerk of the U.S. District Court with the NOTICE of evidence filing with the information concerning Attorney L. Lin Wood's alleged blackmail video information as outlined in Document #290, filed December 6, 2021. They have still not given their position on the matter. They have not disclosed whether they had ever even

11

investigated this information or ever asked for the blackmail videos alleged by Attorney Lin Wood.

17. At all times relevant to Petitioner's 2255 Motion, 2255 Motion's Brief / Memorandum of Law and Exhibits, the issues of blackmail concern all United States of America cases starting from the day that the Judge or Judges were blackmailed, once the identities are confirmed upon investigation and review by an impartial judicial official or Special Master.

18. Petitioner is requesting that the Special Master conduct the following proceedings:

    A. Subpoena Attorney L. Lin Wood to either disclose his source or sources, or to request that his source or sources provide the encrypted blackmail videos file to Attorney L. Lin Wood to turn over to the Special Master, to the appointed counsel as requested by Petitioner, and to the counsel for the United States of America, along with the encryption password or encryption key, to review over the blackmail videos;

    B. That the Special Master conduct the findings of the judges alleged in the blackmail videos and review over the videos to determine the identities of the judges alleged in the encrypted blackmail videos alleged by Attorney L. Lin Wood;

12

C. That the Special Master produce a written report of his/her findings to the U.S. District Court for this case and;

D. That the findings be forwarded to the Judicial Council of the Fourth Circuit as well as the Administrative Office of the United States Courts to conduct an investigation into the blackmail of any Federal Judges identified in the videos.

19. It is not unreasonable to request for a Special Master to conduct review, findings, and investigating the identities of the alleged blackmail videos. Then produce a report for the U.S. District Court as to which judges are blackmailed and which judges are not blackmailed. Then determine that the judge or judges which are not blackmailed take over any action or proceedings in the Petitioner's 2255 case, to protect Petitioner's constitutional rights including the due process rights clause of all parties. Not just that but determine whether GROUND VII is sufficient alone to justify granting the 2255 Motion and vacating the conviction of Document #200 and Minute Entry #186 for blackmail playing a role in fraud on the court by not being of an impartial decisionmaker in every case as required by law.

20. Petitioner requests that the evidence of blackmail, if proven as fact, prima facie, be grounds for FRAUD ON THE COURT and justify vacating all

fraudulent begotten judgments as asked in Documents #222, #199, #206, and vacating the fraudulent begotten judgment of Document #200 and Minute Entry #186. At that point the evidence of any blackmail alone will justify for vacatur of far more than just a single criminal conviction.

21. See Chambers v. Nasco, Inc., 501 U.S. 32, 44 (1991) ("Of particular relevance here, the **inherent power also allows a federal court to vacate its own judgment upon proof** that a **fraud has been perpetrated upon the court.** See Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238 (1944); Universal Oil Products Co. v. Root Refining Co., 328 U.S. 575, 580 (1946). This "historic power of equity to set aside fraudulently begotten judgments," Hazel-Atlas, 322 U.S., at 245, is necessary to the integrity of the courts, for "tampering with the administration of justice in [this] manner . . . **involves far more than an injury to a single litigant. It is a wrong against the institutions set up to protect and safeguard the public.**" Id., at 246. Moreover, **a court has the power to conduct an independent investigation in order to determine whether it has been the victim of fraud.** Universal Oil, supra, at 580."). Blackmail of a Federal Judge is fraud on the court. It is lack of impartiality. It is not of sound judgment. Any judgment by a blackmailed or compromised judge can incorporate fraud and all cases tried before the blackmailed judge would have to be revisited, reopened for further proceedings, and possibly all judgments of a blackmailed judge must be

14

vacated or set aside. All final judgments would no longer be final and can be subject to collateral attack again or even be ruled as null and void, lack of due process of law, an excess of jurisdiction.

22. For the sake of justice for the unidentified children raped and murdered in the alleged blackmail videos, those videos must be reviewed, investigated, and documented for the Court.

23. The blackmail, if proven as fact, was directed at Brian David Hill and/or injured Brian David Hill through misery, suffering, and irreparable harm.

24. The blackmail, if proven as fact, then the unidentified blackmailer or blackmailers should be preliminarily and permanently enjoined from further acts of usage of blackmail against the judges, there must be protective orders filed against the blackmailer or blackmailers, that Attorney L. Lin Wood must ask his source or sources of who they may know who the blackmailer or blackmailers are. Unless this is done to protect the integrity of the Judiciary and it's machinery, Petitioner permanently will be irreparably harmed, and Petitioner is thus entitled by the Writ of Habeas Corpus to preliminary and permanent injunctive relief against the blackmailer or blackmailers. The blackmail, if proven fact, had deprived Petitioner of due process of law since 2014, maybe even 2013, throughout the entire criminal case. It had caused injury, defamation of Petitioner and permanent and repeated deprivations of due process of law, and equal protection under the laws.

15

## **CONCLUSION**

For all these reasons, the 2255 Motion Petitioner and criminal Defendant Brian David Hill requests that the Court appoint a Special Master to serve as an independent Judicial Officer for subpoenaing, investigating, reviewing, and filing a factual report and determination on the identities of the ones who were targets of the alleged "blackmail scheme", and any other valid purpose as outlined in paragraphs 1 through 24, and for any other valid purpose outlined in all applicable grounds in the 2255 Motion and Brief / Memorandum of Law. Petitioner is In Forma Pauperis and has always remained In Forma Pauperis throughout the foregoing criminal case. Therefore, Petitioner requests that the expenses of the Special Master be paid for by the United States of America, by the Government. See 28 U.S.C. § 1915 ("The officers of the court shall issue and serve all process, and perform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases.") Respectfully filed with the Court, this the 25th day of January, 2022.

Respectfully submitted,

_Brian D. Hill_
Signed
**Brian D. Hill**

Signed
Brian D. Hill (Pro Se)

16

310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505



Former U.S.W.G.O. Alternative News reporter
I stand with Q and Lin Wood – Drain the Swamp
I ask Q and Lin Wood for Assistance (S.O.S.)
Make America Great Again
JusticeForUSWGO.wordpress.com
USWGO.COM
JUSTICEFORUSWGO.NL

Petitioner also requests with the Court that a copy of this pleading be served upon the Government as stated in 28 U.S.C.§ 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Petitioner requests that copies be served with the U.S. Attorney office of Greensboro, NC via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

## CERTIFICATE OF SERVICE

Petitioner/Defendant hereby certifies that on January 25, 2022, service was made by mailing the original of the foregoing:

"MOTION FOR APPOINTMENT OF SPECIAL MASTER FOR PROCEEDINGS AND FINDINGS OF FACT OF GROUND VII "…BLACKMAIL SCHEME INVOLVING CHILD RAPE AND MURDER…" CONCERNING "JUDGES" – MOTION AND BRIEF / MEMORANDUM OF LAW IN SUPPORT OF MOTION"

by deposit in the United States Post Office, in an envelope, Postage prepaid, on January 25, 2022 addressed to the Clerk of the Court in the U.S. District Court, for the Middle District of North Carolina, 324 West Market Street, Greensboro, NC 27401.

17

Then pursuant to 28 U.S.C. §1915(d), Petitioner requests that the Clerk of the Court move to electronically file the foregoing using the CM/ECF system which will send notification of such filing to the following parties to be served in this action:

| | |
|---|---|
| Anand Prakash Ramaswamy<br>U.S. Attorney Office<br>Civil Case # 1:17 -cv-1036<br>101 South Edgeworth Street, 4th<br>Floor, Greensboro, NC 27401<br>Anand.Ramaswamy@usdoj.gov | Angela Hewlett Miller<br>U.S. Attorney Office<br>Civil Case # 1: 17 -cv-1036<br>101 South Edgeworth Street, 4th<br>Floor, Greensboro, NC 27401<br>angela.miller@usdoj.gov |
| JOHN M. ALSUP<br>U.S. Attorney Office<br>101 South Edgeworth Street, 4th<br>Floor, Greensboro, NC 27401<br>john.alsup@usdoj.gov | |

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

| | |
|---|---|
| Date of signing:<br><br>January 25, 2022 | Respectfully submitted,<br><br>*Brian D. Hill*<br>Signed<br>**Brian D. Hill**<br>Signed<br>Brian D. Hill (Pro Se)<br>310 Forest Street, Apartment 2<br>Martinsville, Virginia 24112<br>Phone #: (276) 790-3505<br><br>**U.S.W.G.O.**<br><br>I stand with Q and Lin Wood – Drain the Swamp<br>I ask Q and Lin Wood for Assistance (S.O.S.)<br>Make America Great Again |

18

Friend's justice site: JusticeForUSWGO.wordpress.com
JusticeForUSWGO.NL





19