In the United States District Court
For the Middle District of North Carolina

FILED JAN 27 2022 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C. By CB

| | |
|---|---|
| Brian David Hill, Petitioner/Defendant | ) ) ) ) Criminal Action No. 1:13-CR-435-1 |
| v. | ) ) Civil Action No. _____ |
| United States of America, Respondent/Plaintiff | ) ) ) ) |

# LETTER TO THE CLERK OF THE COURT REQUESTING THE FILING OF THE § 2255 MOTION PLEADINGS BE IN COLOR IN SPECIFIC AREAS; REQUESTING THAT THE DOCUMENTS BE TEXT SEARCHABLE TO MAKE THINGS EASIER FOR THE GOVERNMENT

Criminal Defendant and 28 U.S.C. § 2255 ("2255 Motion").

Petitioner Brian David Hill ("Brian D. Hill", "Hill", "Brian", "Defendant", "Petitioner") is respectfully requesting that the Clerk of the United States District Court file specific Exhibits in color, and request that the main Brief / Memorandum of Law be made text searchable so that it will be easier for the Judges or Special Master and the Government to read through the document. Petitioner is requesting a Special Master due to the GROUND VII BLACKMAIL SUSPICION due to Attorney L. Lin Wood's claims as a highly experienced Federal lawyer in Georgia.

Believe me, if Petitioner was allowed to file through CM/ECF or his mother could file through CM/ECF on his behalf, it would be easier and better, and AUSA Ramaswamy wouldn't be complaining as much about Petitioner's filings as they would be easier to go through digitally than on paper filings. Heck Petitioner would even make bookmarks in the PDF files so that the Government can easily go to different sections and would make the Government unable to make the excuses they were trying to make to push for the pre-filing injunction. Those excuses wouldn't be made had Petitioner had filing capabilities in the CM/ECF system, I'm just saying here, things are not equally done here. The system is unequal.

Also, AUSA Ramaswamy in the first 2255 Motion concerning a different conviction had falsely claimed that Petitioner had demanded that the Clerk file Exhibits in color. That also wasn't true. So, with this letter, Petitioner again stated as in the first 2255 (again challenging a different conviction), that Petitioner isn't demanding anything. Petitioner doesn't have the ability to file things electronically where he could file things in color himself, and make his filings all nice and neat where text can be easily copied and selected and searched and highlighted. Petitioner just doesn't have that ability and so AUSA Ramaswamy needs to stop complaining about Petitioner's paper filings when the AUSAs can file electronically but the Petitioner has to file through the Clerk instead of through the CM/ECF. It isn't fair for AUSA Ramaswamy to complain when he has the upper

hand, where the system is geared towards the Government having the upper hand, and the AUSAs can file electronically as much as they desire. Things need to be fair. Roberta Hill will also email a copy of all 2255 pleadings to the Respondent(s) so that they can review over the PDF files of the pleadings to make it easier for them while they are going to be served with the paper copies as required by the Court. **Petitioner wants to make things easy on both sides so that it is a fair process.** Enough ranting, but Petitioner had the right to rant about that issue since AUSA Ramaswamy made false claims that Petitioner had demanded that the Clerk do this or that. It is a request, not a demand, and he needs to understand that lying about Petitioner is defamation of character.

It is a REQUEST and not a demand. Anyways, I am aware of a PDF file or scan can be made "text searchable". I know that the Danville Federal Court Clerk was able to make documents text searchable and the Virginia State Courts can make PDF court records text searchable. Because the documents they have given to my mother to give to me are text searchable. I ask that if it is possible, since I am not a CM/ECF filer like the AUSAs are, that if possible you can at least try to use whatever PDF software you use to make the documents text searchable to make things easier for the Government.

As to the main Brief / Memorandum of Law, it has no color photographs and so I recommend that it be scanned in black and white, as well as be text searchable.

As to the Additional 2255 Grounds and the main 2255 Motion, it has no color photographs and so I recommend that it be scanned in black and white, as well as be text searchable. Please make it text searchable if possible so that it is easier for the Government to find specific words and be able to go through the documents more easier.

## REQUEST AS TO THE EXHIBIT LIST FOR 2255 BRIEF / MEMORANDUM OF LAW

| Request to file in Color or black and white or text searchable | Exhibit # | Page Range |
|---|---|---|
| Black and white, text searchable if possible. | Exhibit 1 | 1-4 |
| Black and white, text searchable if possible. | Exhibit 2 | 5-16 |
| Black and white, text searchable if possible. CD or DVD Discs and the disc envelope can be filed in color if the Clerk wishes to scan the Discs and the disc envelopes | Exhibit 3 | 17-18 |
| Black and white, text searchable if possible. | Exhibit 4 | 19-31 |
| Black and white, text searchable if possible. | Exhibit 5 | 32-34 |
| Black and white, text searchable if possible. | Exhibit 6 | 35-38 |
| Black and white, text searchable if possible. | Exhibit 7 | 39-45 |
| Color, text searchable if possible. | Exhibit 8 | 46-47 |
| Color, text searchable if possible. | Exhibit 9 | 48-49 |
| Color, text searchable if possible. | Exhibit 10 | 50-51 |
| Color, text searchable if possible. | Exhibit 11 | 52-53 |
| Color, text searchable if possible. | Exhibit 12 | 54-55 |

| | | |
|---|---|---|
| Color, text searchable if possible. | Exhibit 13 | 56-57 |
| Color, text searchable if possible. | Exhibit 14 | 58-59 |
| Black and white, text searchable if possible. CD or DVD Discs and the disc envelope can be filed in color if the Clerk wishes to scan the Discs and the disc envelopes | Exhibit 15 | 60-61 |
| Black and white, text searchable if possible. It is up to you whether you want to file this exhibit in color for the little icon color images in that exhibit. | Exhibit 16 | 62-64 |
| Black and white, text searchable if possible. | Exhibit 17 | 65-68 |
| Black and white, text searchable if possible. | Exhibit 18 | 69-70 |
| Black and white, text searchable if possible. | Exhibit 19 | 71-82 |
| Color, text searchable if possible. | Exhibit 20 | 83-87 |
| Black and white, text searchable if possible. | Exhibit 21 | 88-98 |
| Black and white, text searchable if possible. | Exhibit 22 | 99-107 |
| Black and white, text searchable if possible. | Exhibit 23 | 108-111 |
| Black and white, text searchable if possible. | Exhibit 24 | 112-115 |

115 pages total.

Petitioner also requests that all supporting documents be forwarded to the appropriate judge or Special Master assigned to the 2255, not just the main 2255 motion.

Thank You Clerk of the Court. I thank you for your time, work, and effort on all of this. God bless you.

Since there is the issue of blackmail alleged by Attorney L. Lin Wood which needs to be addressed, I request that the Motion for a Special Master and the Motion for Change of Venue be considered both as an EMERGENCY REQUEST.

I hope it is okay that I only filed the original of the three motions because they are not the main 2255 Motion, Brief / Memorandum of Law, and Exhibits. Usually the Government can be served the sperate motions as they are not the main 2255 documents which I am required to send 2 copies of. I have made two copies of the 2255 Motion, Brief / Memorandum of Law, and the Exhibits. I request as to the motions separate from the main 2255 motion and attached documents that they be served on the Government by CM / ECF. I only am sending one copy of the separated motions since the motions are separate from the main 2255 documents.

Respectfully filed with the Court, this the 25th day of January, 2022.

Respectfully submitted,

Brian D. Hill
Signed

Brian D. Hill

Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505

**U.S.W.G.O.**

Former U.S.W.G.O. Alternative News reporter

I stand with Q Intelligence and Lin Wood – Drain the Swamp
I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)
Make America Great Again
JusticeForUSWGO.wordpress.com
USWGO.COM
JUSTICEFORUSWGO.NL

Petitioner also requests with the Court that a copy of this pleading be served upon the Government as stated in 28 U.S.C.§ 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Petitioner requests that copies be served with the U.S. Attorney office of Greensboro, NC via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

## CERTIFICATE OF SERVICE

Petitioner/Defendant hereby certifies that on January 25, 2022, service was made by mailing the original of the foregoing:

"LETTER TO THE CLERK OF THE COURT REQUESTING THE FILING OF THE § 2255 MOTION PLEADINGS BE IN COLOR IN SPECIFIC AREAS; REQUESTING THAT THE DOCUMENTS BE TEXT SEARCHABLE TO MAKE THINGS EASIER FOR THE GOVERNMENT"

by deposit in the United States Post Office, in an envelope, Postage prepaid, on January 25, 2022 addressed to the Clerk of the Court in the U.S. District Court, for the Middle District of North Carolina, 324 West Market Street, Greensboro, NC 27401.

Then pursuant to 28 U.S.C. §1915(d), Petitioner requests that the Clerk of the Court move to electronically file the foregoing using the CM/ECF system which will send notification of such filing to the following parties to be served in this action:

| Anand Prakash Ramaswamy<br>U.S. Attorney Office<br>Civil Case # 1:17 -cv-1036 | Angela Hewlett Miller<br>U.S. Attorney Office<br>Civil Case # 1: 17 -cv-1036 |
|---|---|

| | |
|---|---|
| 101 South Edgeworth Street, 4th Floor, Greensboro, NC 27401<br>Anand.Ramaswamy@usdoj.gov | 101 South Edgeworth Street, 4th Floor, Greensboro, NC 27401<br>angela.miller@usdoj.gov |
| JOHN M. ALSUP<br>U.S. Attorney Office<br>101 South Edgeworth Street, 4th Floor, Greensboro, NC 27401<br>john.alsup@usdoj.gov | |

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

| | |
|---|---|
| Date of signing:<br><br>January 25, 2022 | Respectfully submitted,<br><br>*Brian D. Hill*<br>Signed<br>**Brian D. Hill**<br>Signed<br>Brian D. Hill (Pro Se)<br>310 Forest Street, Apartment 2<br>Martinsville, Virginia 24112<br>Phone #: (276) 790-3505<br>**U.S.W.G.O.**<br>I stand with Q Intelligence and Lin Wood – Drain the Swamp<br>I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)<br>Make America Great Again |

Friend's justice site: JusticeForUSWGO.wordpress.com
JusticeForUSWGO.NL

