In the United States District Court
For the Middle District of North Carolina



Brian David Hill,
Petitioner/Defendant

v.

United States of America,
Respondent/Plaintiff

Criminal Action No. 1:13-CR-435-1

Civil Action No. 1:22-cv-00074

## ADDIONAL EVIDENCE MEMORANDUM IN SUPPORT OF THE (DOC #291) PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY. MOTION UNDER 28 U.S.C. § 2255 FILED BY BRIAN DAVID HILL; IN SUPPORT OF DOCUMENT #294: "MOTION FOR APPOINTMENT OF SPECIAL MASTER FOR PROCEEDINGS AND FINDINGS OF FACT OF GROUND VII "...BLACKMAIL SCHEME INVOLVING CHILD RAPE AND MURDER..." Concerning "JUDGES" MOTION AND BRIEF/MEMORANDUM OF LAW IN SUPPORT OF MOTION by BRIAN DAVID HILL; AND IN SUPPORT OF DOCUMENT #296: MOTION FOR APPOINTED COUNSEL TO ASSIST IN 2255 CASE MOTION

Criminal Defendant Brian David Hill ("Brian D. Hill", "Hill", "Brian", "Defendant", "Petitioner") is respectfully filing this short evidence memorandum in support of Petitioner's Motion to Vacate, Set aside, or Correct a Sentence by a Person in Federal Custody, pursuant to 28 U.S.C. § 2255 ("2255 Motion"), Document #291.

Short evidence Memorandum is this:

1

Attorney L. Lin Wood explained that he would not be making accusations of "judges" and "officials" allegedly being blackmailed with child rape and murder without a reputable source or sources for it. That is why this Court must subpoena for the source or sources of Attorney Lin Wood to review over the blackmail videos. The stakes are too high, especially for Brian David Hill. He risks a great deal by bringing this matter up with this Court. Brian risks his life greatly in ways he may not anticipate.

Brian's family provided the image screenshot and link to be authenticated.

IMAGE of ATTORNEY L. LIN WOOD STATEMENT:

See the next page for the screenshot capture.



Can be authenticated:

https://web.archive.org/web/20210105105018/https://twitter.com/llinwood/status/1346003831503646723

So, Attorney L. Lin Wood was confident enough to believe the blackmail videos do exist, and Petitioner feels that Lin Wood will release the evidence to a trustworthy criminal investigator or trustworthy Special Counsel when he feels that the time is right. He has to trust that the investigator will uncover who is being blackmailed with "child rape" and "murder" and hold them accountable for their crimes; as well as holding the blackmailers accountable. Not cover it up.

I think that time is now. Petitioner feels that now is the time for subpoenaing Lin Wood and requesting the materials from his source or sources to obtain those blackmail videos for forensic analysis is NOW, IT IS NOW.

It is time to see which Judges and Officials are being blackmailed with child rape and murder. Time to put Petitioner's and the world's suspicions to rest.

Respectfully filed with the Court, this the 31st day of January, 2022.

Respectfully submitted,

*Brian D. Hill*
Signed
Brian D. Hill

Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505



Former U.S.W.G.O. Alternative News reporter

4

I stand with Q and Lin Wood – Drain the Swamp
I ask Q and Lin Wood for Assistance (S.O.S.)
Make America Great Again
JusticeForUSWGO.wordpress.com
USWGO.COM
JUSTICEFORUSWGO.NL

<u>Petitioner also requests with the Court that a copy of this pleading be served upon the Government as stated in 28 U.S.C.§ 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Petitioner requests that copies be served with the U.S. Attorney office of Greensboro, NC via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!</u>

## CERTIFICATE OF SERVICE

Petitioner/Defendant hereby certifies that on January 31, 2022, service was made by mailing the original of the foregoing:

"ADDIONAL EVIDENCE MEMORANDUM IN SUPPORT OF THE (DOC #291) PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY. MOTION UNDER 28 U.S.C. § 2255 FILED BY BRIAN DAVID HILL; IN SUPPORT OF DOCUMENT #294: "MOTION FOR APPOINTMENT OF SPECIAL MASTER FOR PROCEEDINGS AND FINDINGS OF FACT OF GROUND VII "...BLACKMAIL SCHEME INVOLVING CHILD RAPE AND MURDER..." Concerning "JUDGES" MOTION AND BRIEF/MEMORANDUM OF LAW IN SUPPORT OF MOTION by BRIAN DAVID HILL; AND IN SUPPORT OF DOCUMENT #296: MOTION FOR APPOINTED COUNSEL TO ASSIST IN 2255 CASE MOTION"

by deposit in the United States Post Office, in an envelope, Postage prepaid, on January 31, 2022 addressed to the Clerk of the Court in the U.S. District Court, for the Middle District of North Carolina, 324 West Market Street, Greensboro, NC 27401.

5

Then pursuant to 28 U.S.C. §1915(d), Petitioner requests that the Clerk of the Court move to electronically file the foregoing using the CM/ECF system which will send notification of such filing to the following parties to be served in this action:

| Anand Prakash Ramaswamy<br>U.S. Attorney Office<br>Civil Case # 1:17 -cv-1036<br>101 South Edgeworth Street, 4th Floor, Greensboro, NC 27401<br>Anand.Ramaswamy@usdoj.gov | Angela Hewlett Miller<br>U.S. Attorney Office<br>Civil Case # 1: 17 -cv-1036<br>101 South Edgeworth Street, 4th Floor, Greensboro, NC 27401<br>angela.miller@usdoj.gov |
|---|---|
| JOHN M. ALSUP<br>U.S. Attorney Office<br>101 South Edgeworth Street, 4th Floor, Greensboro, NC 27401<br>john.alsup@usdoj.gov | |

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

| Date of signing:<br><br>January 31, 2022 | Respectfully submitted,<br><br>*Brian D. Hill*<br>Signed<br>**Brian D. Hill**<br>Signed<br>Brian D. Hill (Pro Se)<br>310 Forest Street, Apartment 2<br>Martinsville, Virginia 24112<br>Phone #: (276) 790-3505<br>**U.S.W.G.O.**<br>I stand with Q Intelligence and Lin Wood –<br>Drain the Swamp<br>I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)<br>Make America Great Again |
|---|---|

6

Friend's justice site: JusticeForUSWGO.wordpress.com
JusticeForUSWGO.NL




7