




**INSPECTED**

Clerk of the Court
U.S. District Court
324 W. Market Street
Greensboro, NC 27401-2544

**RECEIVED**
In This Office

FEB 0 2 2022

CLERK U.S. DISTRICT COURT
GREENSBORO, NC

