# EXHIBIT 1
## for

For MOTION TO RECONSIDER THE ORDER/JUDGMENT UNDER DOCUMENT #300 DENYING PETITIONER'S DOCUMENT #294: "MOTION FOR APPOINTMENT OF SPECIAL MASTER FOR PROCEEDINGS AND FINDINGS OF FACT OF GROUND VII"; AND DOCUMENT #296: "MOTION FOR APPOINTED COUNSEL TO ASSIST IN 2255 CASE MOTION AND BRIEF/MEMORANDUM OF LAW IN SUPPORT OF MOTION BY BRIAN DAVID HILL."

by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



# L. LIN WOOD, P.C.
## TRIAL LAWYERS

(https://linwoodlaw.com)



Partner

lwood@linwoodlaw.com (mailto:lwood@linwoodlaw.com?Subject=Web Site Inquiry)

Download v-Card (https://linwoodlaw.com/wp-content/uploads/2015/05/L.-Lin-Wood-1.vcf)

**Support Staff**

Support Staff
Direct:678-365-4116
Fax:404-506-9111
form@linwoodlaw.com (mailto:form@linwoodlaw.com?Subject=Web Site Inquiry)



(https://chambers.com/profile/individual/1220698?publicationTypeId=21)  **Not Set**

(https://chambers.com/profile/individual/1220698?publicationTypeId=5)

**L. Lin Wood**

SELECTED IN 2020
THOMSON REUTERS

(https://profiles.superlawyers.com/georgia/atlanta/lawyer/l-lin-wood/16b0ae3a-ba59-48e7-af51-4c6e7f71ea36.html?utm_source=16b0ae3a-ba59-48e7-af51-4c6e7f71ea36&utm_campaign=v1_sobadge_gray&utm_content=profile&utm_medium=webpage)

L. Lin Wood has more than 43 years of experience as a trial lawyer focusing on civil litigation, representing individuals and corporations as plaintiffs or defendants in tort and business cases involving claims of significant damage. Mr. Wood also has extensive experience in First Amendment/defamation litigation and management of the media in high profile cases.

**Representative Experience**

Mr. Wood has been the lead attorney in many national, high profile cases, including serving as:

- lead civil attorney for the late Richard Jewell for 16 years in matters arising out of reporting about Mr. Jewell in connection with the 1996 bombing of Centennial Olympic Park in Atlanta, including defamation claims against NBC and Tom Brokaw, the Atlanta Journal & Constitution, CNN, New York Post, Time, and Piedmont College.
- lead civil attorney for the Nicholas Sandmann in matters arising out of false and defamatory reporting by the media in connection with the incident occurring January 2019 at the steps of the Lincoln Memorial outside the National Mall in Washington, D.C. This representation includes defamation claims against CNN, Washington Post, NBC, ABC, CBS, Rolling Stone, Gannett, the New York Times and Twitter.
- co-counsel for Dr. Carter Page in defamation claims against Huffington Post and Yahoo related to false accusations that Dr. Page was a traitor related to the Russian Collusion Hoax.
- co-counsel for Kyle Rittenhouse in the defense of false charges of murder arising out of the riots in Kenosha, Wisconsin.
- lead counsel for Dr. Simone Gold in defamation matters arising from her advocacy for the use of hydroxychloroquine in the treatment of Covid-19.
- lead counsel for Mark and Patricia McCloskey in defamation matters arising out of the false publicity concerning acts of self-defense at their house in St. Louis, Missouri.
- lead counsel for My Pillow founder and CEO Mike Lindell in defamation claims against CNN.
- lead counsel for Florida hospital administrator David Carbone in a now successfully resolved defamation action against CNN.
- lead civil attorney for Vernon Unsworth in defamation litigation arising from defamatory tweets made by Elon Musk against Mr. Unsworth, a highly respected caver whose involvement in the Thailand Cave Rescue has been described as instrumental in saving the lives of the young boys trapped in the Cave System
- lead attorney for John and the late Patsy Ramsey and their son for 22 years in matters relating to the 1996 murder of JonBenet Ramsey in Boulder, Colorado, and for Burke Ramsey in now successfully resolved defamation claims against CBS and Dr. Werner Spitz.

- lead attorney for Beth Holloway in matters relating to the media coverage of the May 2005 disappearance of her daughter, Natalee Holloway, in Aruba and in now successfully resolved civil actions against the National Enquirer and American Media.
- lead counsel for the late Herman Cain in defense of false accusations related to his 2012 candidacy for the Republican Nomination for President of the United States.
- co-counsel for Sean Hannity in defamation and related matters arising from false accusations.
- lead counsel for Bill Walters in defamation claims against Golf.com and First Amendments matters
- lead counsel for Marjorie Taylor Greene, Republican candidate for the House of Representatives for GA District 14 in defamation claims.
- co-counsel for Melissa Rolfe, the stepmother of Atlanta Police Officer David Rolfe, in defamation claims against Equity Prime Mortgage and the Clare Locke law firm.
- lead trial counsel for The Estate of Martin Luther King, Jr., Inc. and Dexter King in connection with claims related to corporate governance.
- lead civil attorney for Jeff Greene in libel litigation against The St. Petersburg Times and The Miami Herald related to Mr. Greene's 2010 campaign for the Democratic Nomination for the U.S. Senate from Florida.
- lead civil attorney at trial court level for Sheldon Adelson in New York libel litigation against the National Jewish Democratic Council and co-counsel in matters related to Nevada and Florida litigation.
- Lead civil attorney for Dr. Phil McGraw in connection with false and defamatory articles published by Newsweek, the Daily Beast and the National Enquirer.
- lead civil attorney in Whistleblower cases alleging Medicare fraud against DaVita, Inc. in federal court in Atlanta and against Halifax Hospital Medical Center in federal court in Florida
- lead civil attorney for Howard K. Stern in the prosecution and defense of defamation claims arising out of the death of Anna Nicole Smith.
- lead trial counsel for the Estate of Anna Nicole Smith in federal action for misappropriation and theft of estate property.
- Co-counsel for for Sharon Rocha in matters relating to the media coverage of the December 2002 murder of her daughter, Laci Peterson.
- attorney for former U.S. Congressman Gary Condit in defamation matters relating to the May 2001 abduction and murder of Chandra Levy in Washington against Vanity Fair writer Dominick Dunne and American Media.
- co-counsel for the victim in the Colorado civil action against Kobe Bryant for damages for alleged rape.
- lead counsel for AirTran Airlines, Inc. in defamation litigation against the Cleveland, Ohio newspaper, The Plain Dealer.
- lead counsel for Esquire Deposition Services LLC in multi-state class actions dealing with billing practices.
- lead trial attorney for Sun Trust Bank in litigation arising out of claims by trust beneficiaries related to an inheritance of Coca-Cola stock.
- lead trial attorney for Phoebe Putney Health Care System and Phoebe Putney Memorial Hospital in the defense of 42 U.S.C. 1983 claims by a former staff physician.
- lead trial attorney for NextGen Fuel, Inc. in the defense of claims alleging breach of contract and intellectual property infringement.

# Speaking Engagements

- "Enter Sandmann: The Lawsuit Against CNN," Levin TV, March

2019

❯ "Life, Liberty & Levin Show," March 2019

See All

# News

❯ Exclusive: Why Nicholas Sandman's Lawyer Joined Carter Page's Lawsuit Team

❯ Tennessee Star National Correspondent Neil W. McCabe Details His Recent Interview on Carter Page Acquiring Attorney Lin Wood to His Legal Team

See All

# Publications

❯ "A Conversation with Lin Wood", featured and quoted in Attorney at Law Magazine, September 2014

❯ "The Case of David v. Goliath: Richard Jewell v. NBC and the Basics of Defamacast in Georgia," Fordham Intellectual Property, Media and Entertainment Law Journal, 1997

P.O. Box 52584 Atlanta, GA 30355-0584 (404) 891-1402
© 2020 L. Lin Wood. P.C All Rights Reserved