# EXHIBIT 2
## for

For MOTION TO RECONSIDER THE
ORDER/JUDGMENT UNDER DOCUMENT #300
DENYING PETITIONER'S DOCUMENT #294:
"MOTION FOR APPOINTMENT OF SPECIAL
MASTER FOR PROCEEDINGS AND FINDINGS OF
FACT OF GROUND VII"; AND DOCUMENT #296:
"MOTION FOR APPOINTED COUNSEL TO ASSIST
IN 2255 CASE MOTION AND
BRIEF/MEMORANDUM OF LAW IN SUPPORT OF
MOTION BY BRIAN DAVID HILL."
by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM





## State Bar of Georgia

☐ Member Directory

| First name | Last name |

ADVANCED SEARCH

# Member **Directory Search**

# Mr. L. Lin Wood Jr.

L Lin Wood PC

663 Greenview Avenue NE

Atlanta, GA 30305, United States

**Email**      lwood@linwoodlaw.com

**Phone**      (404) 983-3284

**Fax**      (404) 506-9111

**DOWNLOAD VCARD**

| | |
|---|---|
| **Status** | Active Member in Good Standing |
| **Public Discipline** | None on Record |
| **Admit Date** | 06/10/1977 |
| **Law School** | Mercer University-W. George L.S. |
| **Member of the following sections:** | General Practice and Trial |

Click here for a list of status descriptions. (Member statuses that are displayed above in red notate those members who are not permitted to practice law in Georgia.)

**VIEW FULL BIO**

This site only includes information about an attorney's public disciplinary history from January 1991 through March 2022, with one exception - this site does show whether an attorney was disbarred at any time prior to March 2022. If an attorney has been suspended or disbarred and subsequently reinstated or readmitted, this site could show the membership status of the attorney as "in Good Standing." If you have any questions or would like information about an attorney's public disciplinary history, please contact the Office of the General Counsel at 404-527-8720.

Please check carefully to be sure that you have selected the correct attorney. Attorneys may have similar names.

All grievances, investigations of grievances and private discipline are confidential. As such, the State Bar of Georgia is not able to confirm or deny that a grievance has been filed against an attorney, that an attorney is being investigated for an alleged violation of the Georgia Rules of Professional Conduct, or that an attorney has received private discipline.

Every effort has been made to keep the information contained on this website accurate and current, but it is provided with no warranty of any kind. Neither the State Bar of Georgia, nor its Officers, Executive Committee or Board of Governors, nor any employee thereof may be held responsible for the accuracy of the data.

If you have any questions about the attorney's membership status, please contact the Membership Department at 404-527-8777.



Visiting the Bar?

P    Parking

Hotel Discounts

Conference Center

## State Bar of Georgia

Enter Keyword, Term, etc

104 Marietta St. NW
Suite 100

**About the Bar**

About the Bar·

**Other Opportunities**

Employment

**Related Sites**

www.lawyerslivingwell.org

Atlanta, GA 30303

404-527-8700
800-334-6865

Staff Directory

Bar Leadership

FAQs

Visit The Bar

Terms of Use

Privacy Policy

Opportunities

Business Opportunities

Law-Related Organizations

Advertise with Us

www.georgiaYLD.org

www.ganeedslawyers.org

www.georgiaLHL.org

www.georgiamocktrial.org

www.theYLDreview.org

www.gapracticeadvisor.org

www.gabarsolo.org

© Copyright 2021 State Bar of Georgia