# EXHIBIT 3
## for

For MOTION TO RECONSIDER THE ORDER/JUDGMENT UNDER DOCUMENT #300 DENYING PETITIONER'S DOCUMENT #294: "MOTION FOR APPOINTMENT OF SPECIAL MASTER FOR PROCEEDINGS AND FINDINGS OF FACT OF GROUND VII"; AND DOCUMENT #296: "MOTION FOR APPOINTED COUNSEL TO ASSIST IN 2255 CASE MOTION AND BRIEF/MEMORANDUM OF LAW IN SUPPORT OF MOTION BY BRIAN DAVID HILL."
by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket for Fax ID: 276-790-3505

Date: 1/20/2021
Number of pages: 8
Attn.: Attorney L. Lin Wood
Recipient's number: T14045069111
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\LETTER TO ATTORNEError Correction: Yes\WGO INVESTIGATION(2) {2021-01-20}.tif
File description: LETTER TO ATTORNEY L. LIN WOOD – USWGO INVESTIGATIResolution: 200*200 dpi
Recipient's Fax ID:   1-404-506-9111
Rate: 9600 bps

Time: 6:29:51 PM
Session duration: 12:36
To: Attorney L. Lin Wood
Message type: Fax

Record number: 8345

# EMERGENCY LETTER TO ATTORNEY L. LIN WOOD ON TWEETS CONCERNING BLACKMAILED FEDERAL/STATE JUDGES AND POLITICIANS, INQUIRY THAT COULD SAVE MY LIFE FROM BEING TARGETED BY THE CIA/NSA DEEP STATE THUGS

Wednesday, January 20, 2021 18:03     **EMERGENCY**

| **ATTN: L. Lin Wood**<br>Law Office of L. Lin Wood, P.C.<br>**Please CC to Sidney Powell** | P.O. Box 52584<br>Atlanta, GA 30355-0584<br>Telephone: (404) 891-1402<br>Facsimile: (404) 506-9111 |
|---|---|

Dear L. Lin Wood,

This is in reference to YOUR tweets. My family took screenshots and gave them to me to use as reference in this EMERGENCY LETTER. These are YOUR tweets.

Here they are:

← **Tweet**

 **Lin Wood**
@LLinWood

The blackmail targets are approached with a gun, a child, & a camera. The target is ordered to rape the child on video. The target is then ordered to shoot the child on video. The target is then owned & controlled by the blackmailers until blackmail evidence loses its value.

2:22 AM · Jan 4, 2021 · Twitter for iPhone

**34.7K** Retweets   **4.4K** Quote Tweets   **75.3K** Likes

# EMERGENCY LETTER TO ATTORNEY L. LIN WOOD ON TWEETS CONCERNING BLACKMAILED FEDERAL/STATE JUDGES AND POLITICIANS, INQUIRY THAT COULD SAVE MY LIFE FROM BEING TARGETED BY THE CIA/NSA DEEP STATE THUGS

Wednesday, January 20, 2021 18:03     **EMERGENCY**

| **ATTN: L. Lin Wood**<br>Law Office of L. Lin Wood, P.C.<br>**Please CC to Sidney Powell** | P.O. Box 52584<br>Atlanta, GA 30355-0584<br>Telephone: (404) 891-1402<br>Facsimile: (404) 506-9111 |
|---|---|

Dear L. Lin Wood,

This is in reference to YOUR tweets. My family took screenshots and gave them to me to use as reference in this EMERGENCY LETTER. These are YOUR tweets.

Here they are:

 **Tweet**

 **Lin Wood**
@LLinWood

**The blackmail targets are approached with a gun, a child, & a camera. The target is ordered to rape the child on video. The target is then ordered to shoot the child on video. The target is then owned & controlled by the blackmailers until blackmail evidence loses its value.**

2:22 AM · Jan 4, 2021 · Twitter for iPhone

**34.7K** Retweets    **4.4K** Quote Tweets    **75.3K** Likes

← **Tweet**

 **Lin Wood**
@LLinWood

This tweet was an insurance policy. The evil forces behind this blackmail scheme of child rape & murder need to know that others have encryption key. I have procedure in place if I die in near term or any member of my family is harmed or threatened, key will be released by many.

> **Lin Wood** @LLinWood · Jan 1
> I have always seen myself as more of a giver of gifts than a receiver of them. If I had key to a treasure trove, I would share the key or the treasure with others. But I always try to give to others with discernment.
>
> "For many are called, but few are chosen."
> - Matthew 22:14 twitter.com/LLinWood/statu...

2:54 AM · Jan 4, 2021 · Twitter for iPhone

**26.7K** Retweets  **1.6K** Quote Tweets  **66.1K** Likes



 **Lin Wood**
@LLinWood

Many issues in our world may be tied to blackmail scheme I described tonight, including bizarre behavior of officials & judges in recent election.

@realDonaldTrump must appoint special prosecutor to thoroughly investigate. We need answers. We must investigate. For the children.

4:01 AM · Jan 4, 2021 · Twitter for iPhone

**31.5K** Retweets    **1.4K** Quote Tweets    **95.5K** Likes

I like to bring to your attention the following individuals who have been targeting me or have been getting the CIA/NSA to target me, and if they are compromised as you have been saying on Twitter, then I like to have an inquiry on possible blackmail targets who have been making my life a living hell and almost caused me to kill myself back in 2013. Receiving threatening CIA text messages, CIA greeting cards with terms such as "SNOW WHITE" an intelligence Supercomputer, receiving threatening emails in 2013. This involves pedophilia and they set me up with child porn and I suspect that the following individuals have been blackmailed with child rape and murder, and that would give them access to those materials used to try to set me up back in July, 2012.

INDIVIDUALS SUSPECTED OF BEING BLACKMAILED WITH CHILD RAPE AND MURDER:

Case 1:13-cr-00435-TDS   Document 301-3   Filed 03/11/22   Page 5 of 12

- Philip Edward Berger Senior, NC State Senator and President Pro Tempore
- Philip Edward Berger Junior, former Rockingham County District Attorney
- Federal Judge William Lindsey Osteen Junior, Middle Dist. North Carolina
- Federal Judge Thomas David Schroeder, Middle Dist. North Carolina
- SBI Agent Rodney V. White
- NC Reidsville Detective Robert Bridge
- Any or All listed Federal Appellate Court Judges of the Fourth Circuit U.S. Court of Appeals in Richmond, Virginia.
- Charles J. Caruso, Mayodan Police Chief
- Christopher Todd Brim, Detective Sergeant, Mayodan Police
- Attorney Mark Jones, Bell Davis and Pitt law firm

I have photographs of criminal case discovery materials that prove alleged child porn was downloading from July 20, 2012, to July 28, 2013. My computer was seized on August 28, 2012. So for 11 months it was downloading to my computer when I didn't even have my computer while it was supposedly in secure law enforcement custody. **I have been set up here and I have evidence of it but the CORRUPT JUDGE Thomas David Schroeder ignores it all. He is probably being blackmailed too like John Roberts.**

Look sir, I am willing to be executed, murdered, to prove my actual innocence. I am willing to risk my life and my families lives to clear my name. I need to give these individuals names to you and if they are in any of the child rape blackmail schemes' evidence that you were tweeting about, then they are the SUSPECTED #1 culprits who SET ME UP WITH CHILD PORN. President Trump would not pardon me even though Roger Stone agreed to get this information to President Trump. He told me through text message today that he was unable to have me on Trump's final pardon list. So now my only option is to prove that any of these individuals were pedophiles blackmailed child rapists being videotaped by the blackmailers of the Deep State Swamp. Compromised.

You have information that may very well embarrass the corrupt compromised Judges or the corrupt NC State Senator, if any of it is even remotely true. **I can use this information to prove my Actual Innocence if Pedophiles or Child Rapers were in charge of investigating me in 2012.** Any of that can be useful in embarrassing the corrupt Judges and then they would no longer hold unlawful control over me and I can finally be acquitted because I AM ACTUALLY INNOCENT.

I need to know. You have the evidence of blackmail by the blackmailers of child

rape and murder. That gives them the child porn materials used to set me up and ruin my life. They have the child porn materials, they set me up. Your evidence can help me prove it.

I ran a blog named "USWGO Alternative News" at USWGO.COM. Check the Wayback Machine from 2009 to 2012. My stuff is also located at archive.org and you can search up "uswgo" keyword and find the articles I had done which had made me a TARGET.

I always knew I pissed off State Senator Phil Berger Senior. His son was involved in the child porn investigation against me and they admitted to it in Affidavit and his name was in the federal discovery papers, knowing that it would already be a conflict of interest for somebody I written bad articles about on my news blog to be involved in any criminal investigation against me because of the high risk of evidence planting, evidence tampering, and foul play.

Cheryl King knew what was going on but she mysteriously died while in Georgia and the SBI said to me she was six feet under. So they were tracking her and she died without explanation. I suspect she was murdered. The FBI was sent this information and the FBI refused to do anything about any of it and refused to even interview me over any of it. I did get one FBI Agent to look at some of my papers, he began to open up a criminal investigation file and asked me to come down to the FBI Office in Greensboro, NC to give a statement. I have this evidence. Then the investigation was halted and called meritless by his boss. The Agent was Jerry Pickford in Greensboro, NC.

Look I know by writing you this letter I may end up dead like Cheryl King of the NC SBI but I have nothing left to lose now that President Trump left office without giving me a FULL UNCONDITIONAL PARDON. Joe Biden and his son are both pedophiles, compromised. They hold the nuclear football and can nuke whoever they please. For GODS SAKE PEDOPHILES NOW HOLD the HIGHEST OFFICE in the United States of America and Trump wouldn't pardon an innocent man like me. I no longer respect the Sex Registry because I am innocent and a pedophile is our Fake President now.

Another one of your Tweets, next page:

← **Tweet**



**Lin Wood**
@LLinWood

This blackmail scheme is conducted by members of 10 of world's most well-known & "elite" intelligence agencies.

One of those groups was hacked by a group known as Lizard Squad. The blackmail files of rape & murder were obtained by this group & copy was provided to Isaac Kappy.

> **Lin Wood** @LLinWood · Jan 4
> I believe Chief Justice John Roberts & a multitude of powerful individuals worldwide are being blackmailed in a horrendous scheme involving rape & murder of children captured on videotape.
>
> I have the key to the files containing the videos. I have also shared this information.

2:17 AM · Jan 4, 2021 · Twitter for iPhone

**24K** Retweets   **1.4K** Quote Tweets   **50.9K** Likes

    I need to know L. Lin Wood if any of the following individuals were blackmail targets:

- Philip Edward Berger Senior, NC State Senator and President Pro Tempore
- Philip Edward Berger Junior, former Rockingham County District Attorney
- Federal Judge William Lindsey Osteen Junior, Middle Dist. North Carolina
- Federal Judge Thomas David Schroeder, Middle Dist. North Carolina
- SBI Agent Rodney V. White
- NC Reidsville Detective Robert Bridge
- Any or All listed Federal Appellate Court Judges of the Fourth Circuit U.S. Court of Appeals in Richmond, Virginia.
- Charles J. Caruso, Mayodan Police Chief
- Christopher Todd Brim, Detective Sergeant, Mayodan Police
- Attorney Mark Jones, Bell Davis and Pitt law firm

**If any of them were actually involved in pedophilia, child rape and murder, then they were compromised at the time and during the time child pornography investigation retaliation and set up operations against me and my mother.** They threatened to set up my mother if I did not falsely confess. **Any evidence that they were involved in pedo stuff even before they targeted me would nullify my false confession and nullify my false guilty plea. I NEED HARD EVIDENCE or at least something like a smoking gun. That is my only way I can be acquitted as Joe Biden will never pardon me. Like a giant arrow pointing to them as the possible culprits.**

    I am risking being murdered as they monitor my mother's internet access and they are monitoring my phone calls. **I am risking my life but I must do so because President Trump never granted me a full unconditional pardon. I must risk my life.** That is my only way, I have no other recourse.



eMule virus? Former USWGO Alternative News reporter Brian D. Hill was hacked into by Win32/MoliVampire.A (or variant B) before his Laptop was seized by Search Warrant. Child porn continued downloading for exactly eleven months while under the custody of Mayodan Police and State Bureau of Investigation.

PAGE 7 OF 8 - LETTER TO ATTORNEY L. LIN WOOD – USWGO INVESTIGATION 2021 JAN

I have no hope left after President Trump left office. The CIA/NSA is going to WAR WITH ME. The attacks and traps have been coming for days. They are trying to hurt me.

I may probably need to be placed under protection of General Michael Flynn and be placed in a safe house if they come after me with guns and abduction squads. I have even tried to get this information to Attorney Sidney Powell, Pentagon.

I have been targeted by these pedophile SCUM since 2012. The corrupt CIA and NSA people. I need some kind of evidence. YOU Have this evidence. Your likely the ONLY ONE among few others who has this evidence. I need something to prove if any of them are compromised. I need the smoking gun to get my wrongful conviction overturned and YOU HAVE THIS EVIDENCE.

I will probably ask my Attorney involved in my criminal case to subpoena you for the evidence if necessary. I don't want to put you in that position. Please help me NOW. I cannot get pardoned anymore, President Trump is GONE FOREVER. They will probably arrest him and give him a felony. Your my only hope left.

I already informed a corrupt Federal Judge that I know they are compromised and told them about your tweets. They will likely have me targeted and who knows what they will do to me now. I am at high risk if they are compromised as you have claimed. I need actions now, The Swamp must be DRAINED or they will drain all of us instead in Concentration Camps or CIA black sites. The SWAMP must be drained. That was why I mailed Chris Miller of the U.S. Pentagon, Secretary of Defense. There must be action taken on those who have framed me with child porn and those SWAMP enemies. The invisible enemies.

**Brian D. Hill**
_Signed_
Brian D. Hill

God bless you,
Brian D. Hill
Former news reporter of U.S.W.G.O. Alternative News
Ally of QANON



PAGE 8 OF 8 - LETTER TO ATTORNEY L. LIN WOOD – USWGO INVESTIGATION 2021 JAN

Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket for Fax ID: 276-790-3505

Date: 1/25/2021                                    Time: 4:04:14 AM
Number of pages: 1                                 Session duration: 2:08
Attn.: Attorney L. Lin Wood                        To: Attorney L. Lin Wood
Recipient's number: T14045069111                   Message type: Fax
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\Addendum to LETTER TError Correction: Yes| WOOD – USWGO INVESTIGATION(1) {2021-01-25}.tif
File description: Addendum to LETTER TO ATTORNEY L. LIN WOOD – USWGO    Resolution: 200*200 dpi
Recipient's Fax ID:   1-404-506-9111               Record number: 8352
Rate: 9600 bps

# ADDENDUM TO EMERGENCY LETTER TO ATTORNEY L. LIN WOOD ON TWEETS CONCERNING BLACKMAILED FEDERAL/STATE JUDGES AND POLITICIANS, INQUIRY THAT COULD SAVE MY LIFE FROM BEING TARGETED BY THE CIA/NSA DEEP STATE THUGS

## Monday, January 25, 2021 03:51

| **ATTN: L. Lin Wood**<br>Law Office of L. Lin Wood, P.C.<br>**Please CC to Sidney Powell** | P.O. Box 52584<br>Atlanta, GA 30355-0584<br>Telephone: (404) 891-1402<br>Facsimile: (404) 506-9111 |
|---|---|

Dear L. Lin Wood,

    Sorry, when I sent you that inquiry letter, I forgot to type down my mailing address. My apologies. I been so emotional lately after Donald Trump left office without pardoning me. The Federal Courts are so corrupt, I feel lost. So hopefully the evidence from The Lizard Squad could help me in being acquitted because the Courts just block anything and everything I ever do, won't give me relief on anything, don't even want to look at any evidence. My apologies for forgetting my address in my last letter.

*Brian D. Hill*
Signed
Brian D. Hill

God bless you,
Brian D. Hill
Former news reporter of U.S.W.G.O. Alternative News
Ally of QANON
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
(276) 790-3505

JusticeForUSWGO.wordpress.com

Q U.S.W.G.O.
WHERE WE GO ONE, WE GO ALL!

PAGE 1 OF 1 - LETTER TO ATTORNEY L. LIN WOOD – USWGO INVESTIGATION 2021 JAN

# ADDENDUM TO EMERGENCY LETTER TO ATTORNEY L. LIN WOOD ON TWEETS CONCERNING BLACKMAILED FEDERAL/STATE JUDGES AND POLITICIANS, INQUIRY THAT COULD SAVE MY LIFE FROM BEING TARGETED BY THE CIA/NSA DEEP STATE THUGS

Monday, January 25, 2021 03:51

| **ATTN: L. Lin Wood**<br>Law Office of L. Lin Wood, P.C.<br>**Please CC to Sidney Powell** | P.O. Box 52584<br>Atlanta, GA 30355-0584<br>Telephone: (404) 891-1402<br>Facsimile: (404) 506-9111 |
|---|---|

Dear L. Lin Wood,

    Sorry, when I sent you that inquiry letter, I forgot to type down my mailing address. My apologies. I been so emotional lately after Donald Trump left office without pardoning me. The Federal Courts are so corrupt, I feel lost. So hopefully the evidence from The Lizard Squad could help me in being acquitted because the Courts just block anything and everything I ever do, won't give me relief on anything, don't even want to look at any evidence. My apologies for forgetting my address in my last letter.

*Brian D. Hill*
Signed
Brian D. Hill

God bless you,
Brian D. Hill
Former news reporter of U.S.W.G.O. Alternative News
Ally of QANON
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
(276) 790-3505




JusticeForUSWGO.wordpress.com

PAGE 1 OF 1 - LETTER TO ATTORNEY L. LIN WOOD – USWGO INVESTIGATION 2021 JAN