# EXHIBIT 6
# for

For MOTION TO RECONSIDER THE ORDER/JUDGMENT UNDER DOCUMENT #300 DENYING PETITIONER'S DOCUMENT #294: "MOTION FOR APPOINTMENT OF SPECIAL MASTER FOR PROCEEDINGS AND FINDINGS OF FACT OF GROUND VII"; AND DOCUMENT #296: "MOTION FOR APPOINTED COUNSEL TO ASSIST IN 2255 CASE MOTION AND BRIEF/MEMORANDUM OF LAW IN SUPPORT OF MOTION BY BRIAN DAVID HILL."

by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



ABOUT



Because I have so many words...

Radio Patriot

01 Monday Feb 2021

# Lin Wood re: Isaac Kappy's discovery of pedo blackmail tapes

POSTED BY RADIOPATRIOT IN AMERICAN SPIRIT      ≈ 4 COMMENTS

Lin Wood on TLEEGRAM:

"I ran across some unintentional misinformation on another channel today which I wanted to correct describing Isaac Kappy's key (or password) to the Jeffrey Epstein blackmail video files.

The key to the files is:

"cultstate.com has issued protections on this matter" [inside the quotations].

I posted the key (password) on Parler several weeks ago before I was removed from the site.

I received the information from a credible source who hired me as counsel and his/her identity is and shall remain confidential.

I do not know if my involvement helped reveal the blackmail tapes. I hope it did.

We must stop pedophilia and child sex trafficking. The risk I took was well worth the potential benefit to the world and to children.

I did not involve General Flynn. The key (password) was not used in any manner by me as it relates to Chief Justice John Roberts or Former VP Mike Pence. My posts related to potential wrongdoing by those officials are based on the evidence of a credible whistleblower not related to the video files.

Lin

aFor Mr. Lin Wood:
In 2019, Isaac Kappy somehow got all the EPSTEIN ISLAND BLACKMAIL VIDEO FILES for every powerful pedophile on earth who made acquaintance with Epstein. He distributed the encrypted video file, then made some erratic moves. He caught the aggro of too many spy networks and they had him killed before he could release the password for the video files.

However, Isaac Kappy did release the hash signature of the password for the blackmail video files. He posted the password hash as a sort of deadmans insurance here: http://archive.is/J0sK6

So essentially: there are people with copies of the Isaac Kappy sourced epstein blackmail video files, but nobody ever had the key to unlock the files... until now.

The password is: "cultstate.com has issued protections on this matter" [inside the quotations]

You can verify that the password matches the hash by going here and entering it on this site, getting the hash output, and comparing it to Kappy's archived deadman switch tweet I posted previously https://emn178.github.io/online-tools/sha512.html

Since posting the actual password is ULTIMATE POWER, it is best if you dangle the prospect of releasing a password in front of them instead of releasing it. This password is absolutely the strongest blackmail in the world and anybody with his password will need 24/7 security, especially if planning to proceed with this information. It might be a good idea to run this information by General Flynn because this is NUCLEAR LEVEL BLACKMAIL. Use with caution. With great power comes great responsibility.

PLEASE DONT MENTION ME AS THE SOURCE OF THIS INFORMATION; I cant afford 24/7 security.

The first goal is to get Roberts to resign or recuse, and Pence to make the right choice on Jan 6. If you can make some kind of veiled threats to these people while dangling the password to the epstein blackmail videos (without ever releasing the password), then you can make the ENTIRE deep state do your bidding. Be careful though, because this type of thing will invite state actors to attack: i.e. cia, mi6, ccp, etc

As soon as you release the password, you lose all leverage, so dont actually release the password unless absolutely necessary.

Good luck. God bless. Sending prayers for you and your team.

In case you missed this interview when it was originally posted. Re: Chief Justice John Roberts.

Facebook Twitter Email Print More

SHARE THIS:

Loading...

LIKE THIS:

← Previous post

Next post →

## 4 THOUGHTS ON "LIN WOOD RE: ISAAC KAPPY'S DISCOVERY OF PEDO BLACKMAIL TAPES"

Carol E *said:* February 1, 2021, at 1:08 pm

Loading...

**REPLY**

Pingback: The Left is determined to destroy this man. | The Radio Patriot



rosa hernandez *said:*

December 6, 2021, at 7:34 pm

any government lies i can tolerate but the pic on the child abuse just hurt my soul i pray for all the ones who are bringing the truth and justice aboard thank you mr LIN there no words to express how grateful i am for all u guys do for humanity powerful prayers and blessing to you and all

Loading...

**REPLY**

Pingback: @LLinWood L. Lin Wood's Tweets makes it clear, it is HIGHLY LIKELY our Federal/State Judges and Politicians are being Blackmailed, Threatened; possibly with Child Rape and Murder!!!!!! – Justice for Brian D. Hill of USWGO Alternative News

## LEAVE A REPLY

☐ **EMAIL SUBSCRIPTION**

Enter your email address to subscribe to this blog and receive notifications of new posts by email.

Join 5,509 other subscribers

Email Address

☐ **META**

- Log in
- Entries feed
- Comments feed
- WordPress.org

Search... Go

☐ **IN THE TWITTERWORLD**

Follow @RadioPatriot

☐ **BODY OF WORK**

Select Month

**FEBRUARY 2021**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | | | | | | |

« Jan Mar »

03993792

☐ **ANDREA KING**

Andrea King

☐ RECENT POSTS

- Midnight snacks
- NIGHTCAP
- ·· Special Military Operation
- Useless and dangerous
- Ukraine and Pentagon's two biowarfare labs
- BioClandestine Thread
- Of course Obama: Ukraine based Biolab with especially dangerous pathogens.
- Bryce Mitchell with Tucker Carlson
- No Name – Traitor
- X22 Report – The World Is Watching, [DS] Powerless, Patriots Shifting Narrative, No Deals
- Project Veritas – Unmasking the New York Times
- Conspiracy theory?
- How Much More???
- Turn the damned thing off.
- I pray for patience...

TOP CLICKS
stalkerzone.org/what-are-...
web.archive.org/web/20110...
i0.wp.com/www.stalkerzone...
en.wikipedia.org/wiki/Ars...
amgreatness.com/2022/03/0...
FOLLOW ME AT FACEBOOK
Follow me at Facebook
CATEGORIES
Select Category
SITEMETER

[redacted]