# EXHIBIT 7
## for

For MOTION TO RECONSIDER THE ORDER/JUDGMENT UNDER DOCUMENT #300 DENYING PETITIONER'S DOCUMENT #294: "MOTION FOR APPOINTMENT OF SPECIAL MASTER FOR PROCEEDINGS AND FINDINGS OF FACT OF GROUND VII"; AND DOCUMENT #296: "MOTION FOR APPOINTED COUNSEL TO ASSIST IN 2255 CASE MOTION AND BRIEF/MEMORANDUM OF LAW IN SUPPORT OF MOTION BY BRIAN DAVID HILL."
by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



aFor Mr. Lin Wood:
In 2019, Isaac Kappy somehow got all the EPSTEIN ISLAND BLACKMAIL VIDEO FILES for every powerful pedophile on earth who made acquaintance with Epstein. He distributed the encrypted video file, then made some erratic moves. He caught the aggro of too many spy networks and they had him killed before he could release the password for the video files.

However, Isaac Kappy did release the hash signature of the password for the blackmail video files. He posted the password hash as a sort of deadmans insurance here: http://archive.is/J0sK6

So essentially: there are people with copies of the Isaac Kappy sourced epstein blackmail video files, but nobody ever had the key to unlock the files... until now.

The password is: "cultstate.com has issued protections on this matter" [inside the quotations]

You can verify that the password matches the hash by going here and entering it on this site, getting the hash output, and comparing it to Kappy's archived deadman switch tweet I posted previously https://emn178.github.io/online-tools/sha512.html

Since posting the actual password is ULTIMATE POWER, it is best if you dangle the prospect of releasing a password in front of them instead of releasing it. This password is absolutely the strongest blackmail in the world and anybody with his password will need 24/7 security, especially if planning to proceed with this information. It might be a good idea to run this information by General Flynn because this is NUCLEAR LEVEL BLACKMAIL. Use with caution. With great power comes great responsibility.

PLEASE DONT MENTION ME AS THE SOURCE OF THIS INFORMATION; I cant afford 24/7 security.

The first goal is to get Roberts to resign or recuse, and Pence to make the right choice on Jan 6. If you can make some kind of veiled threats to these people while dangling the password to the epstein blackmail videos (without ever releasing the password), then you can make the ENTIRE deep state do your bidding. Be careful though, because this type of thing will invite state actors to attack: i.e. cia, mi6, ccp, etc

As soon as you release the password, you lose all leverage, so dont actually release the password unless absolutely necessary.

Good luck. God bless. Sending prayers for you and your team.