# EXHIBIT 8
## for

For MOTION TO RECONSIDER THE ORDER/JUDGMENT UNDER DOCUMENT #300 DENYING PETITIONER'S DOCUMENT #294: "MOTION FOR APPOINTMENT OF SPECIAL MASTER FOR PROCEEDINGS AND FINDINGS OF FACT OF GROUND VII"; AND DOCUMENT #296: "MOTION FOR APPOINTED COUNSEL TO ASSIST IN 2255 CASE MOTION AND BRIEF/MEMORANDUM OF LAW IN SUPPORT OF MOTION BY BRIAN DAVID HILL."
by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



**FOR THE EXCLUSIVE USE OF**
RBHILL67@COMCAST.NET

From the Atlanta Business Chronicle:
https://www.bizjournals.com/atlanta/stories/2004/01/26/story6.html

# 'Every lawsuit is a war'

## Atlanta's Lin Wood has become one of the country's top libel lawyers

Jan 26, 2004, 12:00am EST **Updated: Jan 22, 2004, 4:30pm EST**

Gary Condit needed a lawyer. On his way out of public office, the former California congressman had plans to sue The National Enquirer and Vanity Fair magazine for articles linking him to the murder of Chandra Levy. But instead of calling an inside-the-Beltway firm or any one of a number of high-profile California libel attorneys, he called Atlanta attorney Lin Wood.

Wood's r�sum� reads like an index for a supermarket tabloid. First he represented Richard Jewell, the security guard wrongly suspected of bombing Centennial Olympic Park. He later took up the cause of John and Patsy Ramsey, who were launched into the spotlight when their beauty queen daughter was murdered in their Denver home. And more recently, The Denver Post reported Wood had "discussions" with Kobe Bryant's accuser, whose identity recently was revealed by a tabloid.

Wood said he is not working on the case. But he is representing Condit.

"I don't take the easy ones," he said.

"The truth is that every lawsuit is a war," he added.

Wood, 51, has become one of the top libel lawyers in the country, said Robert D. Richards, a co-founder of the First Amendment Center at Pennsylvania State University. He has met Wood several times and said he admires Wood, despite his own work in media advocacy.

"He knows the ins and outs of the law in this area," Richards said. "Media lawyers who face him have another thing coming."

### The Jewell case

Until seven years ago, Wood was a little-known medical malpractice lawyer who had never handled a libel case. Richard Jewell changed that.

Wood and Jewell had agreed to appear on the CBS news show "60 Minutes" as part of an effort to promote Jewell's innocence to win his reputation back. But the appearance ended up changing Wood's life, too.

During the interview, Mike Wallace aired footage of veteran broadcaster Tom Brokaw's coverage in the wake of the Olympic bombing. When Wallace asked Wood what he thought of it, Wood spontaneously announced he'd file a defamation suit against both Brokaw and NBC.

Wood's comment then prompted Brokaw to appear on CBS to answer Wood's charges.

Wood said he realized he had a knack for thinking on his feet and liked the power that came with commanding attention from some of the biggest names in news.

"In terms of looking at and thinking what I said had an impact, I think that ... was probably the turning point for me,"

Wood said.

Using the media to attack and criticize other media has been a hallmark of Wood's style ever since. Wood won a reported $500,000 settlement from NBC and Tom Brokaw in the Jewell case. CNN settled for an undisclosed amount and Time magazine issued a correction and a retraction. The only remaining case involving Jewell is the one Wood filed against The Atlanta Journal-Constitution, which remains under appeal.

Peter Canfield, the newspaper's lawyer, declined to comment for this story.

But Wood is critical of most media outlets for being too slow to admit their mistakes. (In 2002, Wood sent a letter to Atlanta Business Chronicle alleging some of the newspaper's stories were libelous, an allegation denied by the paper's attorneys.)

Wood said the First Amendment affords the media too many protections against defamation lawsuits.

"I think the media should be treated like any other corporation that is, in effect, putting out a product to make tons of money," Wood said. "They ought to be accountable for their negligence."

Wood basked in the limelight of Richard Jewell and by 2000, he had split with his Atlanta law partner and opened a solo practice. He also started representing John and Patsy Ramsey, who had recently moved to Atlanta.

The Ramseys were especially concerned about tabloid stories saying their teenage son was responsible for the death of their daughter, JonBenet. Wood took the case and won three settlements from supermarket tabloids for undisclosed amounts. And when a freelance writer sued the Ramseys for libel after the publication of their book, "The Death of Innocence," Wood won that case too.

Last month, just days before Christmas, Wood filed yet

another $12 million lawsuit on behalf of the Ramseys against Fox News. Wood said a reporter intentionally ignored evidence clearing the Ramseys when she stated in a report that "there has never been any evidence to link an intruder to her (JonBenet's) brutal murder."

Perhaps more importantly, Wood has launched a crusade to publicize the emergence of new DNA evidence in the JonBenet murder case and raised other questions about the investigation. He has been quoted extensively about the case in Time magazine and by the Associated Press and he has appeared on NBC's "Today" show, CNN's "Anderson Cooper 360�" and MSNBC's "The Abrams Report."

Jim Rawls, also an Atlanta libel attorney, said Wood uses the media as much as they use him.

"He is colorful," Rawls said. "Let's face it, Lin is charismatic, attractive and an experienced lawyer with very good media skills. That makes him in demand."

### A born litigator

Wood grew up in Macon and was exposed to the law at an early age. He was 16 when he returned home from school to find his father standing over his mother's lifeless body. His father later pleaded guilty to involuntary manslaughter.

Wood raised money for his father's legal defense and hired a lawyer to represent him. It led to his decision to become a lawyer.

"I just remember how I felt when they said they would help me," he said. "And I remember thinking at the time, maybe one day I'll be able to make somebody feel the same way."

Wood graduated from Mercer College School of Law in 1974 and moved to Atlanta in 1979.

Wood married three times before meeting his current wife of 16 years, Debby. They live in the affluent Sandy Springs area with their two children and another child from a previous marriage.

Wood won't discuss what he earns. He said he charges clients a 40 percent contingency fee and doesn't bill them for his TV appearances.

"There's a certain part of me that enjoys the limelight," he said. "I enjoy when I'm on television."

Several Atlanta lawyers interviewed for this story declined to comment about Wood on the record but characterized him as a bully willing to go to any length to win a case.

Ted Pound, a medical malpractice lawyer in Atlanta, said he and Wood have nearly come to blows on several occasions. Pound said Wood insults and antagonizes witnesses and on several occasions has reduced nurses to tears.

"He's the all-time cheap shot artist in my line of work," Pound said. "That's his reputation."

Wood said he's not out to make friends, adding lawyers should be like wrestlers. He said he gets riled when other lawyers try to make him or his clients out to be "profiteers" looking for high-dollar settlements.

"My goal is not to go out and be an ass___," he said. "But if the other lawyer decides that's the way he wants to play the game, I can live with the theory that I can out-ass___ anyone."

### Condit's case

The stage is set for Gary Condit. Wood has filed a $11 million lawsuit on behalf of Condit against Vanity Fair columnist Dominick Dunne in New York. And he has filed a $209 million defamation suit against The National Enquirer and the Star Magazine and Globe tabloids in Palm Beach, Fla. Both cases are pending.

Wood said Condit, who is married, denies ever having anything other than a friendship with Chandra Levy. Condit has never been charged with any crime, either, Wood added.

Wood already has made numerous media appearances trying

to rework Condit's image and reputation.

Wood said he views himself as a born litigator, one who has always been confident in his abilities, even as a teenager facing family tragedy. What would he do if he had to pick a career outside the law?

"I'd be an actor," he said. "That'd probably be something I would thoroughly enjoy."

**Megan Woolhouse**
Staff writer