# EXHIBIT 10
# for

For MOTION TO RECONSIDER THE ORDER/JUDGMENT UNDER DOCUMENT #300 DENYING PETITIONER'S DOCUMENT #294: "MOTION FOR APPOINTMENT OF SPECIAL MASTER FOR PROCEEDINGS AND FINDINGS OF FACT OF GROUND VII"; AND DOCUMENT #296: "MOTION FOR APPOINTED COUNSEL TO ASSIST IN 2255 CASE MOTION AND BRIEF/MEMORANDUM OF LAW IN SUPPORT OF MOTION BY BRIAN DAVID HILL."
by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM

archive.today
webpage capture
Saved from https://twitter.com/IsaacKappy/status/1022252277292195840
search
26 Jul 2018 00:16:09 UTC
history
←prior next→
All snapshots from host twitter.com
Webpage
Screenshot
share
download .zip
report bug or abuse
donate
Home
Moments
Search Twitter
@IsaacKappy
Ultraviolet White L
Joined Octobe
💎💎💎 @IsaacKappy
86d53c1315f42ea48caa0dc1b82a1c61e988b1035db897e90c2303c05d8721648ca816eada320c950b75985575b495a12c06d0a0ba77b9e23ccbd7d31b5bd035
3:48 PM - 25 Jul 2018
20 Retweets 32 Likes
20
20
32
Wash State Battle Correspondent @esells · 45m
Replying to @IsaacKappy
Kill switch, be safe man
1
4
💎💎💎 @IsaacKappy · 44m
All good
2
14
Wash State Battle Correspondent @esells · 40m
Great, fire up Periscope if anything seems strange, we will all see it, I lived have my like in the Valley/Woodland hills and worked in Hollywood, time to move forward
8
SilverThread IsStrongerThanYouThink @leslie_hileslie · 1h
Replying to @IsaacKappy
Archangel Michael defend us in battle. Be our protection against the wickedness & snares of the devil. May God rebuke him, we humbly pray...By the Divine Power of God cast into hell satan & all the evil spirits who roam throughout the world seeking the ruin of souls. Amen.
1
2
16
1 more reply
Logan Cohen @AwakeTheMassesQ · 1h
Replying to @IsaacKappy
is this the first half of your kill switch? where are the files? #Qanon
2
5
PixelCrises01101100 01101111 01110110 01100101 @P01100101 · 1h
Replying to @IsaacKappy
Everything okay man??
7

TRUTH*SETS*US*FREE @truths3ek3r · 14m
Replying to @IsaacKappy
Stay safe man!
Sending Prayers To You
1
1
White Straight Male @TraditionalCeo · 55m
Replying to @IsaacKappy
Is this a dead man's key??
WTF is going on?
4
NoSpoon @jballz1021 · 1h
Replying to @IsaacKappy
oh fuck. Godspeed PATRIOT.
4
RedStormPatriot @RedStormPatriot · 39m
Replying to @IsaacKappy
Thank you for standing up for what is right, Kappy. Godspeed.
3
Jessica Gudgel @DrJessicaGudgel · 1h
Replying to @IsaacKappy
3
brenda lopez @brendajlopez · 31m
Replying to @IsaacKappy
You have many watching your back...take care.





2
Anne Gilley @AnneGilley6 · 50m
Replying to @IsaacKappy
I hope you are ok.
2
Cuttiebunny @Cuttiebunny1 · 49m
Replying to @IsaacKappy
What did he mean by this?
1
Tim @Doom1776 · 1h
Replying to @IsaacKappy
It looks like hashcode
1
Jami @JamiBabi50 · 1h
Replying to @IsaacKappy
💙🙏✌💙
1
Declassified Truth ☎ @BACFA · 1h
Replying to @IsaacKappy
what's this about sir?
1
American Girl @Tahoeblue_ · 6m
Replying to @IsaacKappy
Is he about to drop. I've been refreshing 8 chan for 24 hours. Lol
© 2018 Twitter About Help Center Terms Privacy policy Cookies Ads info

3/3/2022 💎💎💎 on Twitter: "86d53c1315f42ea48caa0dc1b82a1c61e988b1035db897e90c2303c05d8721648ca816eada320c950b75985575b495...

https://archive.ph/J0sK6 4/4