# EXHIBIT 11
# for

For MOTION TO RECONSIDER THE
ORDER/JUDGMENT UNDER DOCUMENT #300
DENYING PETITIONER'S DOCUMENT #294:
"MOTION FOR APPOINTMENT OF SPECIAL
MASTER FOR PROCEEDINGS AND FINDINGS OF
FACT OF GROUND VII"; AND DOCUMENT #296:
"MOTION FOR APPOINTED COUNSEL TO ASSIST
IN 2255 CASE MOTION AND
BRIEF/MEMORANDUM OF LAW IN SUPPORT OF
MOTION BY BRIAN DAVID HILL."
by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



  
Last Updated: 20th July, 2020 14:30 IST

# Jeffrey Epstein's Case: US Federal Judge's Son Shot Dead, Husband Critically Injured

Son of US Federal Judge Esther Salas was killed and her husband is reportedly in a critical condition after they were both shot at their home in New Jersey

Written By Riya Baibhawi

  🐥 Koo



CREDIT: @JamarioMarleyTwitter/AP



JustFashionNow     FREE SHIP

The son of a US District Judge Esther Salas was killed and her husband is reportedly in a critical condition after they were both shot at their home in North Brunswick, New Jersey in the evening of July 19. The incident happened just four days after Salas, who was nominated by former President Barack

**MUST READ**     View all

Obama in 2011, was assigned a case related to Jeffery Epstein.



Russia threatens to shut down gas supply through Nor...

**FEATURED VIDEO**          Watch Free On **DistroTV**



Russia Declares Partial Ceasefire In Kyiv, Kharkiv, Sumy & 2 Other Cities For Civilian Evacuation

## Salas was in basement

According to international media reports, a man dressed as a FedX driver opened fire at Salas' husband Mark, immediately after he answered the door. Following which, their son Daniel came running to the door and was also shot at. International media reported that Salas was supposedly in the basement when the gruesome incident happened. Speaking about the incident, the state's governor Gov. Phil Murphy said that the shooting was a reminder that gun violence was still a crisis and "that our work to make every community safer isn't done."

Read: Deutsche Bank Net Profit Falls Due To Pandemic

Read: Chrissy Teigen Blocks 1 Million Twitter Accounts After Getting Linked With Epstein Scandal

Salas, who is a judge at US District Court in Newark had previously presided over many high profile cases including

that of actress Teresa Giudice. More recently, she was appointed to preside over a lawsuit brought by Deutsche Bank investors. Earlier this month, New York state financial regulators revealed that Deutsche Bank had agreed to a $150 million penalty related to the bank's alleged oversight in dealing with accused child trafficker Jeffrey Epstein, as well as two client banks– Danske Bank Estonia and FBME Bank. The regulators said that the German bank failed to monitor account activity conducted on behalf of the registered sex offender.

Last month, Epstein's ally Ghislaine Maxwell was arrested on federal charges that she recruited girls as young as 14 for him to abuse. Meanwhile, the financial regulator said that because of Deutsche bank's oversight failure with Epstein, the "bank processed hundreds of transactions totalling millions of dollars that, at the very least, should have prompted additional scrutiny in light of Mr Epstein's history."

Read: In Jeffrey Epstein Case, Deutsche Bank Fined $150m For Failure To Monitor Accounts

Read: Deutsche Bank CEO: Remote Work Could Help Company Cut Costs






Fed Stimulus Pays Off Your ℕ
Have No Missed Pay
Learn More ●

Tags: Jeffrey Epstein, Federal judge, Epstein

First Published: 20th July, 2020 14:30 IST



COMMENT





**FOLLOW US**    

## WE RECOMMEND



**Ghislaine Maxwell pleads not guilty, denied bail in Jeffrey Epstein sex trafficking case**



**Son of US District Judge Esther Salas killed, husband shot**



**Jeffrey Epstein's ex-girlfriend Maxwell charged with conspiring to sexually abuse minors**



**In Jeffrey Epstein case, Deutsche Bank fined $150m for failure to monitor accounts**





COTOSEN
UP TO 50% OFF



**Senate approves 200th federal judge nominated by Trump**

Tab99la Feed

# Amazon Has Millions of Prime Subscribers — But Few Know About This Savings...

Capital One Shopping | Sponsored

Learn More

# Martinsville: Unsold New Cars Huge Clearance Sale: See Prices

SUV Deals | Search Ads | Sponsored

# Champion of fun free games

Experience the top of online games. Hop in, level up, become number 1!

Hero Wars | Sponsored

# The Most Addictive Strategy Game Of 2022

Total Battle - Tactical Game Online | Sponsored

Play Now

# Best of free games to play now

Searching free games to play now? You reached your final destination!

Hero Wars | Sponsored

# New Senior Apartments Near Martinsville (Take A Look At The Prices)

Senior Living Options | Search Ads | Sponsored

# Most Affordable Camper Vans

Camper Van Warehouse | Search Ads | Sponsored

## WORLD

The Debate

Business News

Entertainment News

Sports News

World News

India News

Technology News

## SHOWS

Nation Wants To Know

Sunday Debate With Arnab

Patriot

About Us

Advertise

Careers

Intern With Us

Grievance Redressal

Contact Us

## TOP STORIES

LIVE Russia-Ukraine War LIVE: Ukraine estimates $10 billion worth of damage to infrastructure

Exit Polls 2022: From Yogi's 2nd term to AAP's rise in Punjab, here are 5 key predictions

India at UNSC asserts humanitarian action shouldn't be politicised amid Russia-Ukraine war

Ukraine crisis: Volodymyr Zelenskyy vows to win war against Russia, refuses to leave Kyiv

## FOLLOW US

□ □ □ □ □

## DOWNLOAD THE APP

Google Play Store

App store



**R. REPUBLICWORLD.COM**

© 2022 Republic. All rights reserved.

Terms and Conditions          Privacy Policy          Complaint