# EXHIBIT 12
# for

For MOTION TO RECONSIDER THE ORDER/JUDGMENT UNDER DOCUMENT #300 DENYING PETITIONER'S DOCUMENT #294: "MOTION FOR APPOINTMENT OF SPECIAL MASTER FOR PROCEEDINGS AND FINDINGS OF FACT OF GROUND VII"; AND DOCUMENT #296: "MOTION FOR APPOINTED COUNSEL TO ASSIST IN 2255 CASE MOTION AND BRIEF/MEMORANDUM OF LAW IN SUPPORT OF MOTION BY BRIAN DAVID HILL."
by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



Privacy Policy | Feedback  Follow 21.5M                    Tuesday, Mar 8th 2022 1AM 54°F  4AM 49°F  5-Day Forecast

   News

Home | U.K. | **News** | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Shop | DailyMailTV

Latest Headlines | Russia-Ukraine Conflict | Covid-19 | Joe Biden | Kamala Harris | Donald Trump | Prince Harry | Meghan Markle | World News | Most read | Login

ADVERTISEMENT

# Moment FBI agents broke down the door and raided Jeffrey Epstein's $77M mansion - where they 'found a safe containing huge stash of child pornography' that led to his sex trafficking arrest

- Jeffrey Epstein entered a not guilty plea to two charges of sex trafficking in federal court on Monday, for his alleged sexual abuse of three minors
- Video has emerged of the moment FBI agents stormed his home in NYC Saturday and allegedly uncovered a large cache of child pornography
- There were approximately 20 FBI agents and between five and 10 NYPD officers who were both in uniform and in plain clothes at the scene
- The raid turned up thousands of graphic photos which included images of underage girls
- Agents also found Epstein's massage room set up just as victims described it from 15 years ago, with a table and assortment of sex toys
- Prosecutors are demanding Epstein forfeit his $77 million Manhattan mansion in the indictment - he could land behind bars for 45 years if found guilty

By ARIEL ZILBER and CHRIS SPARGO and DANIEL BATES IN MANHATTAN FEDERAL COURT FOR DAILYMAIL.COM

PUBLISHED: 21:57 EST, 8 July 2019 | UPDATED: 22:08 EST, 15 July 2019

        1.5k shares  264 View comments

Amateur cell phone video filmed by a passerby in New York City shows the dramatic moment law enforcement officials raided the Upper East Side home of Jeffrey Epstein on Saturday.

The footage begins with loud bangs that are heard as officials with the Federal

Bureau of Investigation and the New York Police Department force their way into the billionaire's house, where they allegedly uncovered a large cache of child pornography.

As two dozen law enforcement officials enter the home, a small crowd of onlookers gathers across the street and watches on. 'This is a historic moment,' says one witness. 'You'll be reading about it on the front page of The New York Times.'

Moments later, police officers are seen waving the crowd away, asking them to disperse.

The raid turned up thousands of graphic photos which included images of underage girls and a safe filled with compact discs labeled as 'nude girls', according to authorities.

Agents also say they found Epstein's massage room set up just as victims described it from up to 17 years ago, with a table and assortment of sex toys.



Police raid Jeffrey Epstein's Manhattan townhouse in July





## FEMAIL TODAY

▶ Meghan may have a cow over this: Prince Harry is slammed for attending Texas rodeo despite his wife Meghan's well-known animal rights activism

**EXCLUSIVE** Ivanka shows off her Florida tan in a breezy floral mini dress as she and husband Jared take their three kids tubing on a speedboat in Miami

**EXCLUSIVE** Kylie Jenner emerges from her billionaire bolthole looking relaxed and slender one month after birth of baby Wolf for casual outing with daughter Stormi

▶ Kanye West's new girlfriend Chaney Jones shows some skin in a skimpy leather ensemble after admitting she got a Brazilian butt lift

▶ Ewan McGregor and Mary Elizabeth Winstead look every inch the doting parents as they take their eight-month old son Laurie for a sunny stroll in LA

▶ Sore muscles or joint pain? This celebrity-approved CBD brand is offering an unbeatable Buy One Get One Free deal on pain-relief products that shoppers say 'hit the spot fast!'
**SPONSORED**

▶ Miranda Lambert wins big with Entertainer of the Year at Academy of Country Music Awards... while Morgan Wallen wins Album of the Year despite his N-word scandal

▶ Revive dry winter skin with this affordable body butter packed with ultra-moisturizing pistachio nuts - and the bonus is that it smells like biscotti
**PROMOTED**

▶ Kristen Stewart debuts blonder locks at THR's Oscar Nominees Night in Beverly Hills... and reveals she played golf after her Academy Awards nod for Spencer

▶ ACM Awards red carpet! Carrie Underwood and Maren Morris put on a busty display as they lead the

Amateur video filmed on a cell phone by a passerby in New York City shows the moment law enforcement officials raided the Upper East Side mansion of Jeffrey Epstein on Saturday

A man who appears to be an investigator observes the scene at the front entrance to Epstein's home on Saturday

After the law enforcement officials managed to enter the home, two police officers were seen standing outside near the front entrance

- glam arrivals battling it out to be crowned the best in country music
- Frail Phil Collins, 71, sits while performing in Berlin during European leg of Genesis' The Last Domino? tour - as he battles debilitating health conditions

ADVERTISEMENT

DailyMail.com

- Sparkle into spring! Celeb-favorite sustainable jewelry brand Monica Vinader is offering DailyMail readers 20% off everything PROMOTED
- Ukrainian-born DWTS pro Maksim Chmerkovskiy, 42, is slammed as a 'coward' for fleeing war on train packed with women and kids then going on media blitz about it
- Drake puts his LA 'YOLO' mansion on the market for $14.8 MILLION... and is also selling two neighboring properties he bought for guests for $7.4M
- Kelsea Ballerini and husband Morgan Evans rock all black while putting on a loved-up display at the 57th

A security guard who works in a building nearby told DailyMail.com on Saturday that it took law enforcement officials about 15 minutes to break into the home.

They used a large hammer to eventually bust through the front entrance, which is outfitted with sophisticated voice and fingerprint technology.

The guard told DailyMail.com that there were approximately 20 FBI agents and between five and 10 NYPD officers who were both in uniform and in plain clothes.

The raid took place on the same day that Epstein, 66, was taken into custody after landing in the United States from France.

In a bail memorandum, which asks that Epstein remain in prison ahead of trial, further details revealed items discovered in the raid were revealed.

It listed 'documents and other materials, such as contemporaneous notes, messages recovered from the defendant's residence that include names and contact information for certain victims, and call records that confirm the defendant and his agents were repeatedly in contact with various victims during the charged period.'

It added that the search uncovered 'at least hundreds—and perhaps thousands—of sexually suggestive photographs of fully- or partially nude females.'

A number of those photographs 'appear to be of underage girls, including at least one girl who, according to her counsel, was underage at the time the relevant photographs were taken.'

It is also noted that some photos were discovered in a locked safe, where agents 'also found compact discs with hand-written labels including the following: "Young [Name] + [Name]," "Misc nudes 1," and "Girl pics nude."'

Academy of Country Music Awards

▶ Britney Spears says she's 'planning on having babies in Polynesia' as she posts more topless beach snaps from vacation

▶ Steve Jobs' daughter Eve Jobs, 23, announces her modeling contract with DNA Model Management in a candid Instagram snap

▶ Evan Rachel Wood claims Marilyn Manson used to DRUG HER with meth and 'rape her in her sleep': Actress says she tried to kill herself after abortion

▶ Renee Zellweger stuns in chic suit that shows off her trim frame on the red carpet at premiere for new crime series The Thing About Pam

▶ For ALL the showbiz news on the internet, go to Newzit.com

SPONSORED

▶ Kristin Cavallari takes the plunge in black Mugler dress to host fashion pre-show at the ACM Awards in Las Vegas

ADVERTISEMENT





A security guard from a nearby building told DailyMail.com on Saturday that it took agents about 15 minutes to break through the front entrance. The image above from Saturday shows the damage done to the front door

- Samuel L. Jackson hits the red carpet with wife LaToya Richardon at The Last Days of Ptolemy Grey premiere in Los Angeles

- Oscars power lunch! Kristen Stewart, Penelope Cruz bring power suits and plenty of pink to Academy Awards nominees celebration

- Carrie Underwood makes TWO wardrobe changes as she takes the stage to accept Single of the Year award and perform at ACMs

- Spring savings at H&M! Update your closet for the new season with affordable clothes that look super expensive - here are our top picks
  **PROMOTED**

- Dolly Parton, 76, is the host with the most sparkle as she dazzles in shimmering ensemble at Academy of Country Music Awards in Las Vegas

- Nicole Kidman skips Oscar luncheon while recovering from a TORN HAMSTRING on the set of her Amazon series Expats

- Benedict Cumberbatch brands Sam Elliott's criticism of The Power of the Dog 'very odd' and says there is still 'a massive intolerance towards homosexuality'

- Brian Austin Green's DWTS girlfriend Sharna Burgess, 36, reveals her pregnancy was an 'accident' while she was on birth control and describes the surprise as 'divine timing'

- Lizzo showcases her curves in a shimmering gold string bikini during pool day as she takes to social media to declare she's 'back to work'

- Yellowstone star Luke Grimes hits the red carpet with wife Bianca



Authorities allege that Epstein kept a large trove of child pornography in the home (seen above on Monday)

During the disgraced billionaire's federal court appearance for the first time on Monday he entered a not guilty plea to two charges of sex trafficking that could put him behind bars for 45 years.

He entered the courtroom in a dark blue jumpsuit and took his seat next to his defense attorney for the first of two hearings in his case.

The first count of sex trafficking occurred when Epstein's employees in New York called the two minor victims in Palm Beach to schedule a time for the minors to meet with the convicted pedophile. It is unclear whether those employees are cooperating with the investigation.

The second count relates to his alleged enticing of the minor victim from New York to commit a commercial sex act.

At one point during Monday's proceedings, Epstein's lawyer Reid Weingarten compared the victims who have accused his client of sexual assault to sex workers.

'It is fair to say that a significant segment

## EPSTEIN'S VICTIMS BREAK THEIR SILENCE

Two of the women who accused billionaire Jeffrey Epstein of molesting them when they were minors will be in attendance for his court appearance on Monday in Manhattan.

Michelle Licata was just 16 when she claims a young woman brought her to Epstein's Palm Beach estate and she was paid to give him a massage.

'He said, god, you're just so beautiful and sexy and gorgeous and it was making me feel really uncomfortable,' said Licata in an interview with ABC News.

Courtney Wild was even younger, revealing that she was still in middle school when Epstein allegedly forced her into performing sex acts.

Rodrigues before presenting at the 2022 ACM Awards

ADVERTISEMENT



DailyMail.com

▶ Chris Stapleton poses with his wife Morgane and their two oldest kids at the ACM Awards in Las Vegas

▶ Jeffrey Dean Morgan and Lauren Cohan set to star in The Walking Dead spin-off series Isle of the Dead

▶ Kane Brown cuts a fashionable figure in a black suit as he walks the red carpet with wife Katelyn at the 2022 Academy of Country Music Awards

▶ 'Crystal clear sound quality': Shoppers are blown away by the performance of these JBL earbuds saying they're 'better than Apple' - and they're now half price
**PROMOTED**

▶ Jason Aldean rocks black cowboy hat and jeans as he attends the 57th Academy of Country Music Awards with wife Brittany

of the law enforcement community in Florida thought that what we had was simple prostitution,' stated Weingarten.

He made this comments as two of those women, victims Michelle Licata and Courtney Wild, sat just a few feet away in the courtroom.

Licata was 16 when she claims Epstein assaulted her, while Wild was 14.

He later referred to the allegations involving Epstein as being 'ancient conduct.'

When the judge pointed out that the victims' being underage would make the allegations a crime regardless, Weingarten responded: 'There's no statutory rape because there was no penetration.'

'I was 14, I had braces on,' recalled Wild.

Wild and Licata, who were among the victims in the previous criminal case brought against Epstein, 66, in Florida back in 2008, said that they will both be in court on Monday for his arraignment and bail hearing.

DailyMail.com




**Day in court:** Jeffrey Epstein entered a not guilty plea to charges of sex trafficking on Monday in federal court, for his alleged sexual abuse of three minors (l to r: Martin Weingarten, Epstein, and Marc Fernich)

- Steven Spielberg 'disagrees' with the Oscar's controversial decision to award eight categories before the show and hopes it will be reversed
- Diane Kruger goes business casual in blazer and sweatpants... as she heads out with her daughter in NYC
- Alec Baldwin is 'hopeful he will not be held criminally responsible' for Rust shooting and claims people suing for negligence are financially motivated
- 'F*** I'm old!': Kelly Osbourne, 37, shares hilarious throwback snaps with purple mohawk as she marks 20 years since TV show The Osbournes debuted
- Aaron Rodgers and Shailene Woodley spending time after recent split ... as 'he wants to give it another try'
- The surprising reason Spencer Pratt turned down $550,000 to star on Australia's Big Brother VIP as he reveals how much money celebrities really make from reality TV
- Helen Mirren, 76, catches the eye in a dazzling silver midi dress with glittery rose embellishments at Roundabout Theatre Company gala in New York
- Nicki Minaj comes to Britney Spears' defense and calls her 'the best dancer' after pop star says people make fun of her moves
- Surgery-addicted social media star Mary Magdalene wants to make her breast and butt implants even BIGGER so she can look like 'a stick with balloons'
- Katy Perry showcases her tiny waist in a plunging lavender puff sleeved corset blouse on American Idol



**Jeffrey Epstein ordered back behind bars after bail hearing**

The US Attorney's office has revealed that it has received multiple calls from witnesses that have yet to be interviewed in the 36 hours since Epstein's arrest.

In addition, any victims of Epstein in New York will have the right to file a civil claim against him in the state anytime before August 14, 2020 - even if the statute of limitations has expired in the case.

Federal prosecutors informed the court though that they 'don't expect any imminent superseding indictments in this case.'

Epstein and Weingarten ultimate opted to delay his bail hearing, asking for three more days to prepare arguments against the bail memorandum filed by federal prosecutors.

It was then ordered by the judge that the request for bail be submitted on Thursday and prosecutors turn in their response on Friday ahead of a hearing next Monday when he would rule on the matter.



**Jeffrey Epstein pleads not guilty to sex trafficking charges**

ADVERTISEMENT

DailyMail.com

▸ Kendall Jenner is stunning in a strapless dress... as beau Devin Booker shares how he feels about being in the spotlight with her: 'It's not hard'

▸ Blake Lively rocks a casual look with a checkered shirt jacket and a sports bra as she takes a call on her stroll in New York City

▸ On cloud nine! Kodi Smit-McPhee wears a stylish Alexander McQueen suit at Oscar nominees luncheon as he hot favorite to win for his performance in The Power of the Dog

▸ 'I love this!': Kourtney Kardashian's fiancé Travis Barker praises her daughter Penelope's drawing of him complete with facial and neck tattoos

▸ Benedict Cumberbatch proudly attends Oscars luncheon after defending his film Power of the Dog from criticism by Sam Elliott



**Defense:** 'It is fair to say that a significant segment of the law enforcement community in Florida thought that what we had was simple prostitution,' stated Weingarten (victims Michelle Licata and Courtney Wild above on Monday outside court)

**Shattered youth:** Courtney Wild (left at 14) was still in middle school and had braces when Epstein allegedly forced her into performing sex acts (victim Michelle Licata at 16 right)

The indictment against the billionaire pedophile was unsealed on Monday morning, and states that Epstein 'enticed and recruited, and caused to be enticed and recruited, minor girls at his mansion in Manhattan and his estate in Palm Beach to engage in sex acts with him.'

- Billie Eilish dons Gucci pencil skirt and her brother Finneas suits up to celebrate their Bond theme at Oscars Nominees Luncheon in LA
- Modern Family stars Eric Stonestreet and Jesse Tyler Ferguson reunite for the first time in two years in New York City
- Renee Zellweger models a chic black coat with a leopard-print lining as she heads into The Tonight Show to talk up her series The Thing About Pam
- Camila Cabello accidentally exposes her NIPPLE while demonstrating her dancing skills live on TV... before being accused of 'cyber flashing' by Alan Carr
- Jennifer Lopez, 52, goes makeup-free as she details the toll late-night movie shoots have taken on her skin - before touting 'magic' JLo Beauty product she uses to 'rejuvenate' her

ADVERTISEMENT

DailyMail.com

There were dozens of these underage girls according to the indictment, who would receive hundreds of dollars after being forced into sex acts or, as the indictment states, finding others to engage in sex acts with Epstein.

'Moreover, in order to maintain and increase his supply of victims, Epstein also paid certain of his victims to recruit additional girls to be similarly abused by Epstein, reads the court filing.

'In this way, Epstein created a vast network of underage victims for him to sexually exploit.'

Epstein was aware the the girls were underage according to the indictment, which focuses on just three victims.

There is no mention of any other individuals who engaged in any sexual assault or molestation of minor females though, despite previous victims claiming this was a common occurrence with Epstein and his high-powered pals.

In a press conference Monday morning, the FBI declared that this was currently the number once case for the agency while encouraging any other victims or individuals with knowledge of Epstein's alleged offenses to contact federal agents.

'We are asking anyone who may have been victimized by Jeffrey Epstein, or anyone who may have information about his alleged criminal behavior, to please call us,' said FBI Assistant Director William F. Sweeney Jr.

'We want to hear from you, regardless of the age you are now, or whatever age you were then, no matter where the incident took place. The bravery it takes to call us might empower others to speak out about the crimes committed against them.'

Epstein was ordered to forfeit his $77 million Manhattan mansion in the indictment.

It is also suggested that he could be forced to forfeit other property, which could refer to his New Mexico ranch, two properties in the US Virgin Islands or his $12 million Palm Beach estate.

There are also his many cars, boats and jets, which were also outlined by federal prosecutors in the bail memorandum.

## LABOR SEC. ACOSTA'S EPSTEIN DEAL

Jeffrey Epstein signed a non-prosecution agreement in his previous case, which was overseen by President Trump's former Secretary of Labor, Alex Acosta.

That agreement is currently at the center of anther court case as the victims who first came forward are trying to have the case retried.

The non-prosecution deal does not extend to the Southern District of New York however, and while the young girls in the indictment were in Palm Beach at the time of the criminal action detailed by prosecutors, the actual crime was happening in New York.

A federal judge recently ruled that the agreement violated the rights of more than 30 victims, but the Department of Justice has stated that the case should not be retried in a court filing.

Acosta, who in his role as US attorney violated the rights of Epstein's alleged victims when he neglected to notify them that they were no longer pursuing federal charges, stepped down shortly after Epstein's arrest.

Daily Mail.com



▶ Love Is Blind star Abhishek 'Shake' Chatterjee RIPS host Nick Lachey over remarks about his career as veterinarian

▶ Deep Water TEASER: Ben Affleck is pushed to the brink by Ana de Armas as loveless couple tear up the marital rulebook

▶ My mini me! Heidi Klum, 48, and look-alike daughter Leni, 17, both poses for Harper's Bazaar Germany covers in captivating shoot

▶ Vanessa Hudgens puts on a busty display in a cut-out coral mini dress as she joins an ab-flashing Olivia Culpo at the glitzy Giambattista Valli PFW show

▶ Emily Ratajkowski celebrates her child Sylvester's first birthday with gender neutral accents like a multicolored cake and silver balloons

▶ Russian Doll trailer: Natasha Lyonne walks out of a grave and tumbles down a staircase for season two of the hit show which kicks off in April

▶ Olivia Culpo displays her toned legs in an edgy voluminous blue dress and towering heels as she steps out during PFW

▶ Victoria's Secret vet Jourdan Dunn wears a bikini top that barely contains her assets as she has a rollicking good time in Jamaica

▶ Selena Gomez wears winter layers as she films scenes for Only Murders In The Building with James Caverly at NYC's Coney Island

▶ Paramount Pictures actress Laurel Goodwin - who starred in Star Trek and Girls! Girls! Girls! - is dead at 79

ADVERTISEMENT

Daily Mail.com

'[T]he defendant has access to innumerable means to flee. His sex registration documentation of "current vehicles" lists no fewer than 15 motor vehicles, including seven Chevrolet Suburbans, a cargo van, a Range Rover, a Mercedez-Benz sedan, a Cadillac Escalade, and a Hummer II,' states the filing.

'These cars are registered in various states and territories including the Virgin Islands, New York, Florida, and New Mexico. The defendant also has access to two private jets, giving him the ability to leave the country secretly and on a moment's notice and to go virtually anywhere he wants to travel.'

His lawyer has declined requests for comment ever since the moneyman's arrest on Saturday.

# TIMELINE OF JEFFREY EPSTEIN'S LEGAL TROUBLES

**1999-2002** – Virginia Roberts [Jane Doe #3] claims to she served as a 'sex slave' for Jeffrey Epstein and was required to engage in sexual activity with him and a number of his high-profile friends.

**March 2005** – Authorities in Florida launch a probe into Epstein after a mother calls and alleges that her daughter was molested at his Palm Beach estate.

**May 2006** – A probable cause affidavit is filed by the Palm Beach Police Department after the sexual battery investigation into Epstein, Sarah Kellen and Haley Robson Sworn. It charges Epstein with four counts of lewd and lascivious behavior for unlawful sex with a minor. Five victims and seventeen witnesses were interviewed, and alleged that Epstein engaged in unlawful sexual behavior. Sworn meanwhile was accused of profiting by providing young girls to Epstein, while Kellen was tasked with keeping a black book containing the names and contact information of these minors in her capacity as Epstein's assistant.

**May 2006** – Barry Krischer, the State Attorney in Palm Beach, refers the case to a grand jury.

**June 2006** – The grand jury returns an indictment of one count of solicitation of prostitution. This charge does not reflect that the individual in question was a minor. Only one girl testifies in front of the grand jury.

**July 2006** – The Palm Beach Police Chief grows increasingly annoyed as he watches the lack of progress his investigation is making in the legal system, and convinces the FBI to open a federal investigation. It is dubbed Operation Leap Year and the possible crime being probed is 'child prostitution.'

**November 2006** – Operation Leap Year picks up steam as the FBI begins interviewing potential witnesses and victims from the three states where Epstein owns property: Florida, New York and New Mexico.

**June 2007** – The US Attorney's Office drafts a lengthy indictment as the federal probe of Epstein comes to an end, while at the same time Epstein begins negotiating a possible plea deal.

**July 2007** – A new set of grand jury subpoenas are issued, including ones for Epstein's computers. When police go to execute those subpoenas at Epstein's Palm Beach home, they discover they have all been removed.

▸ Zoe Kravitz claims she was 'deemed 'too urban' to play Catwoman in The Dark Knight Rises' and Anne Hathaway was cast instead as Batman dominates box office

▸ Dua Lipa 'is hit with ANOTHER lawsuit over her 2020 single Levitating which accuses her of ripping off TWO 70s and 80s disco tracks'

▸ Star Wars star Daisy Ridley stuns in grey polo neck cropped sweater and leopard print miniskirt at the Giambattista Valli show during PFW

▸ Linda Evangelista, 56, covers up in a mask and glasses in NYC... after saying she is 'done hiding' following botched fat-freezing procedure

▸ Orange is the complementary black! Kim Kardashian makes yet another statement look in a figure-hugging knit dress as she prepares to leave Paris

▸ Nicole Scherzinger displays her cleavage and toned frame during couple's workout with hunky beau Thom Evans

▸ Fatal Attraction

**August 2007** – The US Attorney in Miami at the time, Alex Acosta, joins the Epstein negotiation talks.

**September 2007** – Epstein signs a non-prosecution agreement on September 24 after rejecting multiple plea deals. His criminal charges are then deferred to the Palm Beach County State Attorney's Office.

**October 2007** – Acosta meets with Epstein's lawyer Jay Lefkowitz to finalize the terms of the plea deal. It is agreed that the victims would not be notified, the deal would be kept under seal and all grand jury subpoenas would be canceled – including the one for Epstein's computers, which were still at large.

**January 2008** – After months of demands, Epstein and his lawyers say they will not longer accept the plea deal because he forces him to register as a sex offender.

**February 2008** – A civil lawsuit is filed against Epstein by an anonymous woman, stating that as a 16-year-old minor she was recruited to give Epstein a paid massage. She demands $50 million, claiming that she was then force to perform sex acts on Epstein.

**March 2008** – A federal grand jury presentation is planned following the FBI probe. Lawyers for Epstein begin harassing victims with phone calls and one of his investigators is accused of trying to run a victim's father off the road.

**March 2008** – A second woman files a civil action against Epstein.

**May 2008** – It is announced that with no plea deal in case, the federal case against Epstein can proceed.

**June 2008** – On June 30, Epstein pleads guilty to one count of solicitation of prostitution and one count of solicitation of prostitution with a minor under the age of 18. Both are state charges and he is sentenced to 18 months in jail. He will also have to register as a sex offender.

**July 2008** – Epstein's victims learn of the plea deal, but it will be another 10 years before they are informed of all the details, including the fact that victim was 16 in the charge to which Epstein entered a guilty plea and not 14 like the women were led to believe. This allowed Epstein to avoid registering as a sex offender in multiple states like New Mexico, where he has a ranch. An emergency petition is filed udner the Crime Victims' Rights Act, which mandates that victims be informed about plea agreements and the right to appear at sentencing. It is ignored.

**August 2008** – Epstein's agreement cannot be unsealed for the victims to see it is ruled in court, with federal prosecutors fighting to keep the records hidden from the public.

**October 2008** – Epstein begins work release from the county stockad, where six days a week an he is transported to an office where he is able to work and entertain visitors. He returns to the stockade in the evening.

**December 2008** – A judge grants Epstein's request to travel to New York for a day and then an extended stay. He says it is for a court case, but after an initial filing there is no follow-up in the case.

**July 22, 2009** – Epstein is released from prison.

director Adrian Lyne hopes the Paramount+ reboot of 1987 classic will improve on its 'flat' ending after describing his new film as another 'f****d-up love story'

▸ Kaia Gerber and boyfriend Austin Butler hold hands as they take his dog for a hike at the TreePeople park in Los Angeles

▸ Shaquille O'Neal, 7ft1in, TOWERS over Jonah Hill, 5ft7in, at the basketball legend's 50th birthday bash as the actor suggest they remake Twins

▸ Lady Gaga's going on tour again! Pop star gets a caffeine fix in LA before announcing new dates for her Chromatica Ball summer shows

ADVERTISEMENT

Daily Mail.com

▸ January Jones seen on rare public outing with her son Xander... as they go grocery shopping together in LA

▸ Chloe Grace Moretz turns heads in long black leather trench

Daily Mail.com

f  y  &  ✉

Epstein's extreme security measures (keypad and fingerprint scan are seen above)



Plaintiffs attorney says clients hope Epstein is brought to justice

The charges stem specifically from the alleged sexual assaults of the three minor victims and the actions of three Epstein employees between 2002 and 2005. The

coat and slicked back hair as she arrives at the Louis Vuitton Paris Fashion Week show

▶ Chris Brown's customized Miami Blue 2012 Lamborghini Aventador that has only 16K miles on it 'goes on sale' for $300K

▶ Baywatch to Broadway! Pamela Anderson will make her Broadway stage debut as Roxie Hart in Chicago this spring

▶ Back on? Karrueche Tran and Quavo Huncho reignite dating rumours as they enjoy a low-key dinner in West Hollywood

▶ 'I needed to learn some things': Renee Zellweger, 52, reveals she studied international law at UCLA during break from acting

▶ 'On our third date we named our children!' Tom Daley reveals he always wanted to be a father and details parenting son Robbie Ray with husband Dustin Lance Black

▶ Bella Hadid sports bleached eyebrows and a quirky gown as she storms the runway for Sacai's PFW show before going for a stroll with boyfriend Marc Kalman

▶ Khloe Kardashian wears a Kanye West sweatshirt during outing with daughter True... after his attacks on her sister Kim Kardashian and Pete Davidson

▶ Bella Hadid continues to leave her mark on Paris Fashion Week as she dons school uniform-esque attire whilst leaving the Royal Monceau Hotel

ADVERTISEMENT

Daily Mail.com

victims and employees are not named in the indictment.

Two of those minor victims were based near Epstein's $6 million Palm Beach estate, while the other was near his Manhattan mansion.

The girls would be taken to Epstein's houses, according to the indictment and asked to give him a massage.

These massages 'would be performed nude or partially nude,' 'would become increasingly sexual in nature,' and 'would typically include one or more sex acts.'

'As alleged, Jeffrey Epstein abused underage girls for years, operating a scheme in which girls he victimized would recruit others for Epstein to exploit and abuse,' said US Attorney Geoffrey Berman on Monday.

'Epstein exploited girls who were vulnerable to abuse, enticed them with cash payments, and escalated his conduct to include sex acts, often occurring at his residence on the Upper East Side of Manhattan.'

He continued: 'While the charged conduct is from a number of years ago, the victims – then children and now young women – are no less entitled to their day in court. My Office is proud to stand up for these victims by bringing this indictment.'

On June 30, 2008, Epstein entered a guilty plea to state charges of soliciting an underage girl for prostitution, and ultimately served just 13 months of his 18-month sentence.

He was never charged with a federal crime.

That time was served not in a prison, but rather the Palm Beach Stockade, which is a local detention center.

Epstein was also allowed to leave six days a week to go work out of his West Palm Beach office during his time behind bars. A few months later, the judge approved a trip to New York City to visit his lawyer.

After his release he did have to register as a sex offender in some states, but not New Mexico, where he owns a ranch, or the US Virgin Islands.

## SEX TRAFFICKING & CONSPIRACY TO COMMIT SEX TRAFFICKING

### Sex Trafficking of Minors (maximum sentence of 40 years in prison)

This refers to any recruitment, harboring, transportation, provision, obtaining, patronizing, or soliciting of a minor for the purpose of a commercial sex act.

Offenders of this crime often target vulnerable children and gain control over them using a variety of manipulative methods.

Those offenders now have more channels to carry out these crimes with the advent of the Internet and mobile technology, and as a result are harder to apprehend in most cases.

In Epstein's case, he was with an employee in New York who he allegedly instructed to contact a minor in Palm Beach to set up a meeting between the two.

This happened at least two times with two different employees and two different minors according to the indictment.

### Conspiracy to Sex Traffic Minor (maximum sentence of five years in prison)

This refers to enticing a minor for the purpose of a commercial sex act.

In Epstein's case, he allegedly contacted the minor victim in New York and set up a meeting at his mansion during which a commercial sex act took place.

An Epstein employee was also involved in scheduling that meeting.

▶ Queen Letizia of Spain looks elegant in shades of dark blue as she and King Felipe VI attend an event for Princess of Girona Foundation's Arts and Literature Award

▶ Bella Hadid gives fans an insight into model life as she shares behind the scenes snaps from Balenciaga's Paris Fashion Week show

▶ Kaia Gerber, 20, packs on the PDA with her boyfriend Austin Butler, 30, as they enjoy an afternoon out in Los Angeles

▶ Sophie Turner conceals her stomach in leather pinafore dress amid pregnancy rumors as she joins Joe at star-studded Louis Vuitton PFW show

▶ Ed Sheeran denies 'borrowing' ideas from unknown songwriters without crediting them and says he treats them the same as big stars

▶ Caprice Bourret, 50, gives war the finger as she strips NAKED and daubs reactionary message on her body in support of stricken Ukraine

▶ Pamela Anderson spotted out on a dinner date with son Brandon Lee at Craig's in West Hollywood... after news about her new Netflix documentary

Epstein signed a non-prosecution agreement as well in the case, which was overseen by President Trump's current Secretary of Labor, Alex Acosta.

That agreement is currently at the center of anther court case as the victims who first came forward are trying to have the case retried.

The non-prosecution deal does no extend to the Southern District of New York however, and while the young girls in the indictment were in Palm Beach at the time of the criminal action detailed by prosecutors, the actual crime was happening in New York.

A federal judge recently ruled that the agreement violated the rights of more than 30 victims, but the Department of Justice has stated that the case should not be retried in a court filing.

Acosta, who in his role as US attorney violated the rights of Epstein's alleged victims when he neglected to notify them that they were no longer pursuing federal charges, has not commented on any of the current cases involving the pedophile.

The Southern District of New York's Public Corruption Unit investigated Epstein, who is facing up to 45 years behind bars if found guilty on both counts: sex trafficking of minors and conspiracy to engage in sex trafficking of minors.



Legal eagles: Maurene Comey, the daughter of former FBI director James Comey, was seen outside court on Monday (with Alex Rossmiller on right)

The charges against Epstein were filed following dozens of interviews with victims, who also spoke with the FBI and the NYPD.

The Public Corruption Unit is tasked with heading up the 'prosecution of corruption crimes committed by elected and appointed officials, government employees, and individuals and companies doing business with the city, state, and federal government.'

Among the crimes it investigates are 'bribery, embezzlement, and frauds committed against local, state, and federal government agencies,' but no mention of sex trafficking.

It is also where former FBI director James Comey's daughter Maurene is employed as a lawyer.

She has been assigned to the case and was seen outside federal court on Monday.

▶ Emma Stone looks classically chic in head-to-toe black as she arrives with husband Dave McCary at Louis Vuitton's fashion show in Paris

▶ Sex Education star Ncuti Gatwa is one of the country's best paid young actors after he was homeless before landing breakthrough role in the Netflix show

▶ Jennifer Connelly, 51, shows off her sensational style in a cape-sleeve blazer and embellished top as she attends Louis Vuitton's PFW show

ADVERTISEMENT

▶ A family affair! Salma Hayek looks typically stylish as she's joined by husband François-Henri Pinault and their daughters at Balenciaga fashion show in Paris

▶ Tom Cruise pilots his own helicopter and waves to adoring fans as shooting in South Africa continues for MI:8 - after blowing $290M on filming

Evidence: Found in Epstein's home were contemporaneous notes, messages recovered from the defendant's residence that include names and contact information for certain victims

College co-eds: Protesters from NYU came out to Federal Court House with Jeffrey Epstein pictures to protest.

- Hailey Bieber puts on a VERY leggy display in a black fur coat as she shares a slew of sizzling snaps from her time at Paris Fashion Week
- Ashley Roberts wraps up warm in a shearling jacket and black corset dress as she leaves radio studio in London
- Alessandra Ambrosio keeps it casual in a knitted polo neck jumper as she enjoys a romantic lunch with boyfriend Richard Lee in Beverly Hills
- What happens in Vegas! Kristin Cavallari lets loose as hunky male dancer licks whipped cream off her neck and grinds against her at VERY raunchy Magic Mike show
- Tim McGraw and wife Faith Hill share a kiss on stage while performing at The American Rodeo in Dallas
- Jodie Turner-Smith nails spring chic in forest green tailored coat as she steps out during Paris Fashion Week
- Killing Eve series four RECAP: Confession leads to crucifixion as Villanelle's Christian conversion goes full circle (and ends in holy bloodshed)
- Aaron Rodgers officiates wedding of teammate David Bakhtiari in Santa Barbara... and 'attends nuptials with ex-fiancee Shailene Woodley'

ADVERTISEMENT

DailyMail.com



**READ THE FULL INDICTMENT**

US v. Jeffrey Epstein Indi... by on Scribd

SCRIBD Privacy Policy

Share or comment on this article: Video shows moment authorities raided Jeffrey Epstein's $77million mansion

     

1.5k shares

▶ Emotional Sean Penn hails President Zelensky's 'courage and dignity' after meeting him the day Putin's tanks rolled into Ukraine

▶ Randall Emmett steps out with his daughters after being accused of starting relationship with woman the same month ex Lala Kent gave birth

▶ The Pamela Anderson effect! Lily James shuns the demure gowns of old as she flashes the flesh at The Film Independent Spirit Awards

▶ Spirit Awards best dressed! Kristen Stewart, Lily James, and Euphoria star Sydney Sweeney lead the red carpet glamour in dazzling ensembles in LA

▶ Chloë Moretz sports a chic off-duty look in an oversized black coat as she steps out in Paris during Fashion Week

▶ Daisy Edgar-Jones pulls out all the fashion stops in a sheer maxi dress as she makes an appearance at the Film Independent Spirit Awards

▶ Prince Charles 'is set to loan Prince Andrew up to £7m to help bankroll multi-million sex abuse payout to Virginia Roberts'

▶ Beaming Maggie Gyllenhaal looks giddy as she leaves the Independent Spirit Awards alongside Julia Fox