# EXHIBIT 17
# for

For MOTION TO RECONSIDER THE ORDER/JUDGMENT UNDER DOCUMENT #300 DENYING PETITIONER'S DOCUMENT #294: "MOTION FOR APPOINTMENT OF SPECIAL MASTER FOR PROCEEDINGS AND FINDINGS OF FACT OF GROUND VII"; AND DOCUMENT #296: "MOTION FOR APPOINTED COUNSEL TO ASSIST IN 2255 CASE MOTION AND BRIEF/MEMORANDUM OF LAW IN SUPPORT OF MOTION BY BRIAN DAVID HILL."
by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



CAV Record # 028922   Find    CAV Record # 0289 - 22 - 3

Case Type: Criminal by Right
Lower Tribunal: Martinsville City
Tribunal Case #: CR19000009-00 (02/22/2022 ORDER)

**Case Status**
Notice of Appeal to SCV: Received

**Appellant Parties**

| Appellant | Alias | Alias Name |
|---|---|---|
| HILL, BRIAN DAVID | | |

**Attorney**
HILL, BRIAN DAVID

**Appellee Parties**

| Appellee | Alias | Alias Name |
|---|---|---|
| COMMONWEALTH OF VIRGINIA | | |
| CITY OF MARTINSVILLE | | |

**Attorney**
HALL, GLEN ANDREW, (ESQ.)

**Notice of Appeal**
CAV Received: 02-22-2022    Record Received:

**Briefing**
Appellant Designation:           Appellee Designation:           Joint Designation:
Opening Brief Received:          Appendix Received:

Appellee Brief: Received         Guardian ad Litem: Received

Reply Brief Received:
Pro Se Supplemental Opening Brief Received:    Pro Se Supplemental Appendix Received:
Supplemental Appellee's Brief Received:        Reply to Supplemental Appellee's Brief Received:

**Panel**
Disposition Date:              Disposition:
☐ Order  ☐ Opinion             ☐ Published  ☐ Unpublished

**Rehearing**
Petition for Rehearing 3-Judge Panel Received:
Rehearing 3-Judge Panel Date:          Decision:
Petition for Rehearing En Banc Received:
Rehearing En Banc Date:                Decision:

**Rehearing Granted**
Opening Brief Received:
Appellee Brief / Respondent Brief - Panel Received: Received

| | | | |
|---|---|---|---|
| Reply Brief Received | | | |
| Rehearing Granted 3-Judge Panel Date | | Disposition | |
| | ☐ Order ☐ Opinion | | ☐ Published ☐ Unpublished |
| Rehearing Granted En Banc Date | | Disposition | |
| | ☐ Order ☐ Opinion | | ☐ Published ☐ Unpublished |

Copyright © Office of Executive Secretary, Court of Appeals of Virginia, 2015.
All Rights Reserved. Version 4.0.5: