# EXHIBIT 18
## for

For MOTION TO RECONSIDER THE ORDER/JUDGMENT UNDER DOCUMENT #300 DENYING PETITIONER'S DOCUMENT #294: "MOTION FOR APPOINTMENT OF SPECIAL MASTER FOR PROCEEDINGS AND FINDINGS OF FACT OF GROUND VII"; AND DOCUMENT #296: "MOTION FOR APPOINTED COUNSEL TO ASSIST IN 2255 CASE MOTION AND BRIEF/MEMORANDUM OF LAW IN SUPPORT OF MOTION BY BRIAN DAVID HILL."
by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



# COURT OF APPEALS OF VIRGINIA | APPELLATE CASE MANAGEMENT SYSTEM

## Case Information

HOME | LAST INQUIRY | LOGOUT

CAV Record # 029022  Find    CAV Record # 0290 - 22 - 3

Case Type: Criminal by Right
Lower Tribunal: Martinsville City
Tribunal Case #: CR1900009-00 (02/10/2022 ORDER)

### Case Status
Notice of Appeal to SCV: Received

### Appellant Parties

**Appellant** — Alias — Alias Name
HILL, BRIAN DAVID

**Attorney**
HILL, BRIAN DAVID

### Appellee Parties

**Appellee** — Alias — Alias Name
COMMONWEALTH OF VIRGINIA
CITY OF MARTINSVILLE

**Attorney**
HALL, GLEN ANDREW, (ESQ.)

### Notice of Appeal
CAV Received: 02-22-2022
Record Received:

### Briefing
Appellant Designation:
Appellee Designation:
Joint Designation:
Opening Brief Received:
Appendix Received:

Appellee Brief: Received
Guardian ad Litem: Received

Reply Brief Received:
Pro Se Supplemental Opening Brief Received:
Pro Se Supplemental Appendix Received:
Supplemental Appellee's Brief Received:
Reply to Supplemental Appellee's Brief Received:

### Panel
Disposition Date:
Disposition:
☐ Order  ☐ Opinion
☐ Published  ☐ Unpublished

### Rehearing
Petition for Rehearing 3-Judge Panel Received:
Rehearing 3-Judge Panel Date:
Decision:
Petition for Rehearing En Banc Received:
Rehearing En Banc Date:
Decision:

### Rehearing Granted
Opening Brief Received:
Appellee Brief / Respondent Brief - Panel Received: Received

| | | | |
|---|---|---|---|
| Reply Brief Received | | | |
| Rehearing Granted 3-Judge Panel Date | | Disposition | |
| | ☐ Order ☐ Opinion | | ☐ Published ☐ Unpublished |
| Rehearing Granted En Banc Date | | Disposition | |
| | ☐ Order ☐ Opinion | | ☐ Published ☐ Unpublished |

Copyright © Office of Executive Secretary, Court of Appeals of Virginia, 2015.
All Rights Reserved. Version 4.0.5: