In the United States District Court
For the Middle District of North Carolina

| | |
|---|---|
| Brian David Hill, Petitioner/Defendant | )<br>)<br>)<br>) Criminal Action No. 1:13-CR-435-1 |
| v. | )<br>) Civil Action No. 1:22-CV-00074 |
| United States of America, Respondent/Plaintiff | )<br>)<br>)<br>) |

**CLERK, PETITIONER REQUESTS FILING THESE EXHIBITS IN COLOR:**

| EXHIBIT #: | PAGE RANGE: | REQUEST TO FILE IN COLOR: |
|---|---|---|
| EXHIBIT 1 | 1-5 | PLEASE FILE IN COLOR |
| EXHIBIT 2 | 6-10 | PLEASE FILE IN COLOR |
| EXHIBIT 3 | 11-22 | CAN BE FILED IN BLACK AND WHITE |
| EXHIBIT 4 | 23-24 | CAN BE FILED IN BLACK AND WHITE |
| EXHIBIT 5 | 25-43 | CAN BE FILED IN BLACK AND WHITE |
| EXHIBIT 6 | 44-51 | PLEASE FILE IN COLOR |
| EXHIBIT 7 | 52-53 | PLEASE FILE IN COLOR |
| EXHIBIT 8 | 54-60 | CAN BE FILED IN BLACK AND WHITE |
| EXHIBIT 9 | 61-62 | PLEASE FILE IN COLOR |

1

| EXHIBIT 10 | 63-67   | PLEASE FILE IN COLOR              |
| ---------- | ------- | --------------------------------- |
| EXHIBIT 11 | 68-74   | PLEASE FILE IN COLOR              |
| EXHIBIT 12 | 75-92   | PLEASE FILE IN COLOR              |
| EXHIBIT 13 | 93-103  | CAN BE FILED IN BLACK AND WHITE   |
| EXHIBIT 14 | 104-106 | CAN BE FILED IN BLACK AND WHITE   |
| EXHIBIT 15 | 107-114 | CAN BE FILED IN BLACK AND WHITE   |
| EXHIBIT 16 | 115-122 | CAN BE FILED IN BLACK AND WHITE   |
| EXHIBIT 17 | 123-125 | PLEASE FILE IN COLOR              |
| EXHIBIT 18 | 126-128 | PLEASE FILE IN COLOR              |

Please file the certain exhibits in color. Thanks.

Respectfully filed with the Court, this the 9th day of March, 2022.

Respectfully submitted,

Brian D. Hill
Signed

Brian D. Hill
Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505



Former U.S.W.G.O. Alternative News reporter
I stand with Q Intelligence and Lin Wood – Drain the Swamp

I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)
Make America Great Again
JusticeForUSWGO.wordpress.com
USWGO.COM
JUSTICEFORUSWGO.NL

Petitioner also requests with the Court that a copy of this pleading be served upon the Government as stated in 28 U.S.C.§ 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Petitioner requests that copies be served with the U.S. Attorney office of Greensboro, NC via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

## CERTIFICATE OF SERVICE

Petitioner/Defendant hereby certifies that on March 9, 2022, service was made by mailing the original of the foregoing:

"CLERK, PETITIONER REQUESTS FILING THESE EXHIBITS IN COLOR"

by deposit in the United States Post Office, in an envelope, Postage prepaid, on March 9, 2022 addressed to the Clerk of the Court in the U.S. District Court, for the Middle District of North Carolina, 324 West Market Street, Greensboro, NC 27401.

Then pursuant to 28 U.S.C. §1915(d), Petitioner requests that the Clerk of the Court move to electronically file the foregoing using the CM/ECF system which will send notification of such filing to the following parties to be served in this action:

| | |
|---|---|
| Anand Prakash Ramaswamy<br>U.S. Attorney Office<br>Civil Case # 1:17-cv-1036<br>101 South Edgeworth Street, 4th Floor, Greensboro, NC 27401<br>Anand.Ramaswamy@usdoj.gov | Angela Hewlett Miller<br>U.S. Attorney Office<br>Civil Case # 1: 17-cv-1036<br>101 South Edgeworth Street, 4th Floor, Greensboro, NC 27401<br>angela.miller@usdoj.gov |

| | |
|---|---|
| JOHN M. ALSUP<br>U.S. Attorney Office<br>101 South Edgeworth Street, 4th Floor, Greensboro, NC 27401<br>john.alsup@usdoj.gov | |

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

| | |
|---|---|
| Date of signing:<br><br>March 9, 2022 | Respectfully submitted,<br><br>*Brian D. Hill*<br>Signed<br>Brian D. Hill<br>Signed<br>Brian D. Hill (Pro Se)<br>310 Forest Street, Apartment 2<br>Martinsville, Virginia 24112<br>Phone #: (276) 790-3505<br>**U.S.W.G.O.**<br>I stand with Q Intelligence and Lin Wood – Drain the Swamp<br>I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)<br>Make America Great Again |

Friend's justice site: JusticeForUSWGO.wordpress.com
JusticeForUSWGO.NL




4