

# PRIORITY MAIL

- Date of delivery specified for domestic use.
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.
- Order supplies online.
- When used internationally, a customs declaration may be required.



RECEIVED In This Office
MAR 11 2022
CLERK U.S. DISTRICT COURT
GREENSBORO, NC

1295 CB




U.S. POSTAGE PAID
PM 2-Day
MARTINSVILLE, VA 24112
MAR 09, 22
AMOUNT
$15.50
R2304N117249-13

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7021 0350 0000 9720 0097

**FROM:**

 

Brian D. Hill - Ally of QANON
310 Forest Street, Apartment 2
Martinsville, Virginia 24112

JusticeForUSWGO.wordpress.com
JusticeForUSWGO.NL

INSPECTED

**TO:**

Clerk of the Court
U.S. District Court
L. Richardson Preyer Courthouse
324 W. Market Street
Greensboro, NC 27401-2544

**MAILING ENVELOPE**

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PS00000000013    EP14 Oct 2018    OD: 11 5/8 x 15 1/8




**PRIORITY MAIL**

**MAILING ENVELOPE**



EP14 Oct 2018
OD: 11 5/8 x 15 1/8

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

\* Domestic only.   \*\* For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs