(Revised 3/2021)



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

Brian David Hill

        Plaintiff(s),

v.

United States of America

        Defendant(s).

CASE NO. 1:13-cr-435-1
1:22-CV-00074

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK

The following is being filed in paper or physical form with the Clerk's Office for the Middle District of North Carolina:

As part of Exhibit 4: An DVD Video disc containing a 57 Second full video clip of https://www.bitchute.com/video/voe8YBgCOHLS/ (video/link/title obtained by family) "Isaac Kappy: The name of the game is blackmail." He explains how they blackmail people and they film it, and make a system of compromised people.

The item(s) will remain in the Clerk's custody until appropriate Disposition pursuant to the Local Rules of the Middle District of North Carolina

Dated this 8th day of March, 2022.

Brian D. Hill - Ally of Q

310 Forest Street, Apartment 2
Martinsville, Virginia 24112
(276) 790-3505

JusticeForUSWGO.wordpress.com
JusticeForUSWGO.NL

Name, Address, and Phone Number of Counsel or Pro Se

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK - 1