FILED: March 22, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6325
(1:13-cr-00435-TDS-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

BRIAN DAVID HILL

       Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:13-cr-00435-TDS-1 |
| Date notice of appeal filed in originating court: | 03/11/2022 |
| Appellant(s) | Brian David Hill |
| Appellate Case Number | 22-6325 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |