**U.S.W.G.O**   

Brian D. Hill - Ally of Q
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
WWG1WGA Q Intel Drain the
Swamp MAGA - INVESTIGATE!
JusticeForUSWGO.wordpress.com

7021 0350 0000 9720 0066

U.S. POSTAGE PAID
FCM LG ENV
MARTINSVILLE, VA
24112
APR 11, 22
AMOUNT
$7.56
R2305M146971-18

INSPECTED

RECEIVED
In This Office
APR 13 2022
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.
1102 CB

Clerk of the Court – Note: For filing letter 1:13-cr-435-1
U.S. District Court
L. Richardson Preyer Courthouse
324 W. Market Street
Greensboro, NC 27401-2544

 **FEDERAL PORN WARS - Part 3: BLACKMAIL of Series -
DOCUMENTARY at JusticeForUSWGO.wordpress.com
https://youtu.be/zR-7YLVp5uQ



FEDERAL PORN WARS - Part 3: BLACKMAIL of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com
https://youtu.be/zR-7YLVp5uQ