In the United States District Court
For the Middle District of North Carolina

)
Brian David Hill, )
Petitioner/Defendant )
) Criminal Action No. 1:13-CR-435-1
v. )
) Civil Action No. 1:22-CV-00074
United States of America, )
Respondent/Plaintiff )
)
)

**MEMORANDUM OF STELLA FORINASH AND KENNETH FORINASH IN FAVOR OF ACTUAL INNOCENCE OF BRIAN DAVID HILL; IN SUPPORT OF WHY BRIAN DAVID HILL SUSPECTS BLACKMAIL OF "JUDGES" AND "OFFICIALS"; AND IN SUPPORT OF GROUND VI - UNCONSTITUTIONAL INTERFERENCE WITH THE STATE COURT PROCESS AND/OR UNWARRANTED USURPATION OF POWER AGAINST THE STATE COURT PROCESS IN VIOLATION OF THE TENTH AMENDMENT OF THE UNITED STATES CONSTITUTION; AND IN SUPPORT OF 2255 MOTION (DOC. #291)**

Criminal Defendant and 28 U.S.C. § 2255 ("2255 Motion") Petitioner Brian David Hill ("Brian D. Hill", "Hill", "Brian", "Defendant", and "Petitioner") is respectfully filing this Memorandum attached to this pleading. The attached/attachments memorandum of evidence is entirely by Kenneth Forinash and Stella Forinash. Brian David Hill signs his name so that the Clerk will accept filing the attached evidence pleadings from Kenneth Forinash and Stella Forinash.

<u>**LEGAL DISCLAIMERL**</u>**: The testimony, claims, viewpoints, evidence, and**

1

**opinions within this attached memorandum are of that of Kenneth Forinash and Stella Forinash. Brian David Hill did not ask them to write this and the viewpoints and evidence in the attached memorandum are of that of the one who typed it up. Brian David Hill did not write this and did not advocate writing this. This is of their testimony, claims, viewpoints, evidence, and opinions. If the Court has any inquiry or issue with what was typed up or written attached to this pleading, then contact Stella and Kenneth Forinash regarding this filing. Brian asserts no responsibility for the testimony, claims, viewpoints, evidence, and opinions of Stella Forinash and Kenneth Forinash.**

| ATTACHMENT 1 | Pages 1-9 (8 pages) | Affidavit Stella April, 2022.pdf |
|---|---|---|
| ATTACHMENT 2 | Pages 10-57 (47 pages) | 1 Brian Hill's proof of inocence for the court in 2022.pdf |
| ATTACHMENT 3 | Pages 58-81 (22 pages) | 2 Who is Brian Hill - Pictures & Descriptions.pdf |
| ATTACHMENT 4 | Pages 82-111 (29 pages) | 3 Brian's treatment in jail with brittle diabetes, autusm & OCD.pdf |
| ATTACHMENT 5 | Pages 112-131 (19 pages) | 4 Threats.pdf |
| ATTACHMENT 6 | Pages 132-170 (38 pages) | 5 INVESTIGATION 1.pdf |
| ATTACHMENT 7 | Pages 171-208 (37 pages) | 6 INVESTIGATION 2.pdf |
| ATTACHMENT 8 | Pages 209-225 (16 pages) | 7 Danville, VA - Brian - Discovery.pdf |
| ATTACHMENT 9 | Pages 226-258 (32 pages) | 8 ACTUAL INNOCENCE.pdf |

| ATTACHMENT 10 | Pages 259-261 (3 pages) | Child Pornography Through a Computer Virus? - Roberts Law Group.pdf |
|---|---|---|
| | | |

Stella and Kenneth Forinash wanted to introduce this memorandum of evidence and writings in favor of Brian David Hill being actually innocent & acquitted.

This does involve the state wrongful conviction in the Commonwealth of Virginia at issue with the 2255 Motion challenging the Supervised Release Violation caused by that state charge and that conviction. That is because the Martinsville Circuit Court as well as the Commonwealth Attorney Glen Andrew Hall, Esquire and court appointed defense lawyer Matthew Scott Thomas Clark (Document #293-2, Exhibit 3 for 2255 case, Audio CD Disc of: *phone call recording with attorney Matthew Scott Thomas Clark*) used the child pornography wrongful conviction (Document #54) of Brian David Hill in 2014 to coerce him into withdrawing appeal on November 12, 2019, in State Court. That is not a fair trial and is not constitutional, to bring a prior conviction to a jury trial to prejudice the jury. It wasn't just this Federal Court wrongfully interfering with the State Court on September 12, 2019, by revoking the supervised release of Brian David Hill and not respecting Brian's constitutional Sixth Amendment right to Trial by Jury by refusing to exercise "JUDICIAL RESTRAINT" and comity. This Court on September 12, 2019, refused to exercise judicial restraint and pushed for

3

revocation and not respecting the State Court's pending criminal case determination as to whether or not Brian David Hill violated Virginia Code § 18.2-387 to support the need for revocation or dismissal of the Petition for Revocation (Doc. #156, #157, and #158) for no law being broken on September 21, 2018, when Brian was charged and arrested.

The U.S. Magistrate Judge said in Document #300 that Brian David Hill is delusional and thus acting as though Brian David Hill is not innocent of indecent exposure because anything he says is considered "delusional". Witnesses Stella and Kenneth Forinash disagrees and hereby submits the 10 PDF files printed out in attachments to this memorandum in support of Brian David Hill being innocent all along. It is all a fraud by Assistant U.S. Attorney Anand Prakash Ramaswamy who prosecuted an erroneous case since the very beginning. Documents #156, #157, and #158 was also erroneously prosecuted by the U.S. Attorney. Stella Forinash and Kenneth Forinash thought it would be important to present this evidence.

Also, the federal conviction was going to be used against Brian David Hill in the Circuit Court for the City of Martinsville at the jury trial if (1) Brian Hill testified in his defense that he had no intent and was not being obscene when intent is required to violate the indecent exposure law/statute under Virginia Code § 18.2-387, and (2) for jury decision for sentencing if a guilty verdict. If Brian testified then the child porn conviction would have been brought up by Commonwealth

4

Attorney Glen Andrew Hall, Esq. to the jury and the jurors would have automatically thought Brian as a pervert not for his conduct on September 21, 2018, at night but once they heard his Federal conviction then they would have found Brian guilty on the spot and give him the maximum sentence which is ridiculous. That was another reason why Brian David Hill was forced or coerced into the withdrawn of his appeal instead of heading to the jury trial. If he wasn't convicted in the Feds in 2014, then Brian David Hill would have been allowed to testify at the jury trial without his federal conviction coming up in front of "Christian bible belt jurors". They may have been more inclined to find Brian not guilty if they were not going to hear the words from Glen Andrew Hall: "members of the jury, Brian had been convicted of a felony count of possession of child pornography..." and that would have been a guilty verdict no matter what was brought up by the defense. Discriminatory! Prejudice! Contamination of facts!

Brian David Hill was not guilty of violating his supervised release here. He was going to be given an unfair jury trial in 2019 and after his supervised release was already revoked not caring what the jury might rule. Brian's constitutional rights were entirely violated by this Federal Court, and his State Constitutional rights were violated by this Federal Court interfering with Petitioner's constitutional right to a Trial by Jury in Martinsville Circuit Court. It wasn't just a Trial De Novo. So, it is very important for this memorandum of witness testimony

This memorandum was created by, typed by, attached to this memorandum pleading; and was prepared by:

*Stella Forinash* (Signed)
**Signed**
**Stella Forinash**
**201 Greyson Street**
**Martinsville, Virginia 24112**
**Phone #: (276) 632-2599**

*Kenneth Forinash* (Signed)
**Signed**
**Kenneth Forinash**
**201 Greyson Street**
**Martinsville, Virginia 24112**
**Phone #: (276) 632-2599**

Respectfully filed with the Court, this the 19th day of April, 2022.

Respectfully submitted,

*Brian D. Hill*
Signed

Brian D. Hill

Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505



Former U.S.W.G.O. Alternative News reporter
I stand with Q Intelligence and Lin Wood – Drain the Swamp
I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)
Make America Great Again
JusticeForUSWGO.wordpress.com
USWGO.COM
JUSTICEFORUSWGO.NL

6

Petitioner also requests with the Court that a copy of this pleading be served upon the Government as stated in 28 U.S.C.§ 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Petitioner requests that copies be served with the U.S. Attorney office of Greensboro, NC via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

## CERTIFICATE OF SERVICE

Petitioner/Defendant hereby certifies that on April 19, 2022, service was made by mailing the original of the foregoing:

"MEMORANDUM OF STELLA FORINASH AND KENNETH FORINASH IN FAVOR OF ACTUAL INNOCENCE OF BRIAN DAVID HILL; IN SUPPORT OF WHY BRIAN DAVID HILL SUSPECTS BLACKMAIL OF "JUDGES" AND "OFFICIALS"; AND IN SUPPORT OF GROUND VI - UNCONSTITUTIONAL INTERFERENCE WITH THE STATE COURT PROCESS AND/OR UNWARRANTED USURPATION OF POWER AGAINST THE STATE COURT PROCESS IN VIOLATION OF THE TENTH AMENDMENT OF THE UNITED STATES CONSTITUTION; AND IN SUPPORT OF 2255 MOTION (DOC. #291)"

by deposit in the United States Post Office, in an envelope, Postage prepaid, on April 19, 2022 addressed to the Clerk of the Court in the U.S. District Court, for the Middle District of North Carolina, 324 West Market Street, Greensboro, NC 27401.

Then pursuant to 28 U.S.C. §1915(d), Petitioner requests that the Clerk of the Court move to electronically file the foregoing using the CM/ECF system which will send notification of such filing to the following parties to be served in this action:

| | |
|---|---|
| Anand Prakash Ramaswamy<br>U.S. Attorney Office<br>Civil Case # 1:17 -cv-1036<br>101 South Edgeworth Street, 4th<br>Floor, Greensboro, NC 27401<br>Anand.Ramaswamy@usdoj.gov | Angela Hewlett Miller<br>U.S. Attorney Office<br>Civil Case # 1: 17 -cv-1036<br>101 South Edgeworth Street, 4th<br>Floor, Greensboro, NC 27401<br>angela.miller@usdoj.gov |
| JOHN M. ALSUP<br>U.S. Attorney Office<br>101 South Edgeworth Street, 4th<br>Floor, Greensboro, NC 27401<br>john.alsup@usdoj.gov | |

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

| Date of signing:<br><br>April 19, 2022 | Respectfully submitted,<br><br>*Brian D. Hill*<br>Signed<br>Brian D. Hill<br>Signed<br>Brian D. Hill (Pro Se)<br>310 Forest Street, Apartment 2<br>Martinsville, Virginia 24112<br>Phone #: (276) 790-3505<br>**U.S.W.G.O.**<br>I stand with Q Intelligence and Lin Wood – Drain the Swamp<br>I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)<br>Make America Great Again |
|---|---|

Friend's justice site: JusticeForUSWGO.wordpress.com
JusticeForUSWGO.NL; https://youtu.be/zR-7YLVp5uQ





# THE DOCUMENTARY SERIES OF THE FRAUDS AND FRAME UPS BY THE UNITED STATES DEPARTMENT OF [IN]JUSTICE (FAMILY PRODUCTION COMMITTEE) U.S. GOVERNMENT CHILD PORN PLANTING WARS CHILD PORN IS A [WEAPON] OF POLITICS



FEDERAL PORN WARS - Part 1: Frame Ups of Series of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com
https://youtu.be/qdR7Zglxrtw



FEDERAL PORN WARS - Part 2: Judicial Corruption of Series of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com
https://youtu.be/Ujwz6ytSfH8



FEDERAL PORN WARS - Part 3: BLACKMAIL of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com
https://youtu.be/zR-7YLVp5uQ

RAMASWAMY KNOWS THAT THE FEDERAL GOVERNMENT LOVES CHILD PORN BECAUSE IT IS THE PERFECT WEAPON OF POLITICAL WARFARE, PLANTING CHILD PORN TO DESTROY ANYBODY THEY WISH.