# ATTACHMENT 3: "2 Who is Brian Hill -Pictures & Descriptions.pdf"

For "MEMORANDUM OF STELLA FORINASH AND KENNETH FORINASH IN FAVOR OF ACTUAL INNOCENCE OF BRIAN DAVID HILL; IN SUPPORT OF WHY BRIAN DAVID HILL SUSPECTS BLACKMAIL OF "JUDGES" AND "OFFICIALS"; AND IN SUPPORT OF GROUND VI - UNCONSTITUTIONAL INTERFERENCE WITH THE STATE COURT PROCESS AND/OR UNWARRANTED USURPATION OF POWER AGAINST THE STATE COURT PROCESS IN VIOLATION OF THE TENTH AMENDMENT OF THE UNITED STATES CONSTITUTION; AND IN SUPPORT OF 2255 MOTION (DOC. #291)"

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



# Who is Brian D. Hill?

No bail was allowed for Brian Hill     WHY?   Is it because he was a flight risk?? Who is Brian Hill? This is a website by one of Brian Hill's good friends, Pam Suggs:  Let's show you mostly in pictures because a picture is worth a thousand words.  We will start this off with photos, with his mom explaining who Mr. Hill really is:  Brian does not drive due to brittle type 1 diabetes with seizures.  He goes everywhere with his mom & sometimes his grandparents.





**Fighting for Freedom: Brian Hill was arrested!!!!!**
Posted by Pam Suggs on January 8, 2014 at 8:24am · View Blog



My son Brian Hill was the founder of USWGO and he worked for three years to reveal corruption in the government and all the bills passed by congress that was taking away our freedoms and our rights as Americans. He interviewed many well known people over the time he had his USWGO website and his You Tube channel. I was proud of all of his accomplishments during this time with his website, articles, a documentary and interviews on You Tube. He worked on his alternative news website as if it were a paid job, only it wasn't. He was even more remarkable about his accomplishments, because I knew what he goes through on a daily basis. I saw all the things that his subscribers and readers never knew about him. Brian suffers from brittle type one diabetes, autism, obsessive compulsive disorder (OCD) and seizures. His battles with the new world order and our loss of freedoms pale in comparison to the battles that he has in his everyday life, and it almost seems like he was born to be a warrior and fighter from the very first day that he was born into this world. He was born as a premature baby at a dangerously low weight of 3 pounds and 13 and half ounces and yet he survived. By the age of 2 years old he had almost died from his



onset of diabetes with a dangerously high blood sugar of 1,103mg. Then at 2 years of age is when he started having horrible seizures in the middle of the night when his blood sugar would became very low, and I would have to bring his blood sugar up by giving him icing or something sweet. The seizures persisted for awhile as a child and then went away for a few years only to return with a vengeance when he became older. You can see how my son has been a fighter for his entire life, and so fighting against the new world order, corruption in the government and fighting for our freedom was an extension of all that he has ever been. He is in the truest sense a warrior for the downtrodden, underdog, the oppressed, the poor and the persecuted.

When my son first started USWGO, he was plagued by a bunch of hacker attacks on his website, and he labored effortlessly over that time period to keep his website up and running after every attack that was made against him. He would work around the clock to insure that the truth got out into the public, which is where it is meant to be. He was smart to always back up his website to prepare against every attack that occurred repeatedly for about a year.

The second battle came when a copyright troll known as Righthaven decided to sue him for one image on his website that had actually become viral on Google and was all over the internet. While most other people being sued by Righthaven took a settlement to pay a fraction of the money, Brian endeavored to not give in and to fight them with everything he could. He went almost immediately to the press to get the word out on what this company was doing to him and many others. Righthaven was getting so much bad press from his interviews with newspapers and TV stations, such as the New York Times and FOX 8 that they finally put an end to the lawsuit against Brian and backed away. As one of Brian's friends named Ken Bingham remarked at the time, Brian is like David winning the battle against the giant Goliath. Brian's weapon was the pen, which is mightier than any sword and perhaps it is ironic that an anagram for sword is words. It was Brian's words that took down the giant corporate law firm of Righthaven, as they eventually went out of business and died.

Brian is currently going through the biggest battle that he has ever been through to date. Today, Brian sits in the Forsyth County jail in Winston Salem as he awaits a trial to prove his innocence. This time he was set up with child porn in an attempt to take down his website. This is the most underhanded and unconscionable attack that has ever been attempted on him and many other people in the





With Brian D. Hill



alternative media. They, whom ever they may be, have learned that Brian has a great power in getting his word out to the public, so they attempted to set him up with something so horrible that he would not want to go to the press. This is how low these people really are and why they are now using child porn as a way to set people up. They know that people automatically assume that someone is guilty if child porn is found on their computer, and they also know that this is an embarrassing topic to go to the media to fight. This is why they are using these kind of set ups in alternative media to take out all of those that are reporting the truth and that are exposing the government and political corruption. If you have ever got adware, spam ware, a virus or a Trojan on your computer, than you know how easy it is for someone to put anything on your computer. Are we to believe that just because someone has an illegal file on their computer that they are automatically guilty? I think not.

I find it ironic that Brian was fighting for the precious freedom of the American people and the people of the world, only to lose the freedom he holds so dear. Right now, Brian sits in a jail and waits for someone to help fight for his freedom. Who will come to his rescue?

### Amendment I

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

-

A good friend of Brian's & his family wrote this about who Brian is:

# The Plight of Brian Hill and the Injustice of Autism.



Posted by Ken Bingham in This Blog on January 4th, 2014



Brian Hill was a blogger who reported on alternative news. I got to know Brian Hill when I was following the notorious copyright trolling outfit Righthaven who filed suit against Brian for copyright infringement for posting an image of a TSA agent groping a passenger. Later Righthaven dismissed the suit after Brian Hill proved to be a PR disaster for them. He was instrumental in bringing them down. Brian's Righthaven story was featured in the New York Times.

Brian has autism and a severe form of Brittle Diabetes. He is extremely prone to seizures that occur often. He is unable to work and his mother who takes care of him cannot work because he requires round-the-clock care. He survives on $700 a month on an SSI check in which Righthaven illegally threatened to garnish.

Now Brian has a far worse problem. Besides upsetting the politically well connected people who created Righthaven he also upset some local North Carolina politicians with his reporting. Over a year ago his home was raided and according to the search warrant he was suspected of downloading numerous movies and images containing child pornography. The investigators admitted in the search warrant they were movies they were very familiar with and even described them in detail in the search warrant.

The probable cause that was used to obtain the search warrant was based on nothing more than an IP address. IP addresses have been ruled in several court cases to be insufficient evidence in identifying an actual computer user in cases regarding p2p networks and piracy. In the police raid they took every computer and related devices in the house including thumb drives and CDs. Over a year went by and neither the local officials nor the State of North Carolina filed charges and told Brian's family no charges were to be filed and that he could come get his stuff. Brian went into the hospital so he was not able to retrieve them but a family member called the police dept who told him the Dept of Homeland Security had seized all the items. The family received a call from Homeland Security who said they had an arrest warrant for Brian and according to one family member the agent threatened to rip Brian out of his hospital bed if necessary. A promise they kept.

Brian was literally yanked out of his hospital bed on the Friday before Christmas. A time where most people are on vacation and would garner the least amount of media attention. One year and four months after the raid Brian was placed in a North Carolina detention center where according to the family they only gave him half the insulin he needed and served him food full of carbs. Food that could have killed him in which he declined to eat putting his health at even greater risk. He was told they had no other kind of food to feed him. It was 5 days before they allowed him to see a doctor. By then his blood sugar was dangerously high.

Case 1:13-cr-00435-TDS   Document 307-3   Filed 04/20/22   Page 4 of 24

None of the movies the investigators described in such odd detail in the original search warrant were found. Movies that were so graphically detailed in which investigators admitted they had watched and were very familiar with. Brian was charged with a single image that prompted the judge to deny bail and declare him a threat to society even though he went a year and four months without incident and was not a flight risk. According to DOJ statistics only 5% of Federal defendants are denied bail outright and forced to stay in jail for the duration and that is reserved for the worst of the worst and those who are an imminent danger or likely to flee. Brian is being treated differently than other defendants for similar charges.

The judge in the bail hearing seemed to be completely unsympathetic to his autism or health concerns and did not even include an autism advocate or seek information on how to deal with an autistic defendant or attempt to understand Brian's disabilities. (Please read Brian's Mother's words regarding this below). The judge denied him bail even though keeping him in jail could prove deadly even though bail has been granted to far worse offenders including a man found with child pornography that worked for the local police dept. The US Attorney said he would only release him under the Adam Walsh Act which would be impossible for Brian to comply with since he lived in an apartment building and would be within 1000 feet of a minor. No other relative could take him either because of the restrictions or places suitable to tend to his health issues. Brian was given a court appointed lawyer who was unable to convince the judge that Brian's life was in danger and he was not a threat or flight risk.

So far they have moved him around three times without even notifying his family or his lawyer. To someone suffering from autism changes in environments can be extremely disorienting and upsetting. It is if the authorities are intentionally trying to exacerbate the problems associated with autism and diabetes.

Brian spoke out against the government and warned about our loss of freedom. His blog has now been shut down that once got thousands of hits per day. If convicted he will go to prison for a long time as a sex offender. He will never be able to go on the Internet again or even own a computer and lose all disability benefits including SSI and foodstamps. He has been silenced and may not even survive at all because he offended some powerful people. The people he warned others about in his blog.

These are the words of his mother...

### Autism and Law Enforcement

*On December 20th on a cold autumn day my son was arrested by Homeland Security from a hospital in Virginia. The arrest warrant claimed that he had an illegal file on his computer. My son has mild autism, but the horror of our U.S. legal system is that his disability is not recognized by any of the law enforcement agencies. In fact, autistic people are treated just the way everyone else is within the legal system. They are expected to understand the legal process and navigate through all the terminology and rules on their own and without any kind of autism advocate or family to help them through the process. He was forcibly taken away from his family and friends and was left to deal with*

When Brian's family discovered Brian was not given any insulin at all his first 4 days in jail, we (Grandma Stella) told Brian's friends. His friends started a Facebook support page, and we kept his many Internet friends informed about his case. This was another facebook page about it:


**Michael Remington**
58 minutes ago via WePay ⚡

Brian Hill, activist and independent journalist, had been arrested on December 23 on false charges; and remains in custody. He had become quite ill due to lack of medical attention (insulin); and desperately needs your support!

This young man is very likely a political prisoner, held under false felony charges, in my opinion. He needs your support to fight these charges, prove his innocence, and regain his freedom. Prior to his arrest, he had worked hard at revealing truth and uncovering corruption. If individuals such as Brian did not exist, the world you live in would be quite unpleasant. It is time for you to return the favor. Please donate (WePay link below) and share. Thank you.

This is what a nurse told us on Brian David Hill's Facebook support page: "I believe they will try to keep him from a diabetic coma, from lack of insulin. But not following his schedule for insulin and even eating jail food is not a good idea with a brittle diabetic and can cause kidney problems and blood circulating problems but Adoration to GOD only knows the emotional abuse they are giving him! His civil rights have been violated to the fullest extent! I hope the media picks up on this case asap!"



*Brian's Facebook Support*



▶ YouTube

Brian Hill's Story
585 views · Jan 2, 2014     👍 13   👎 DISLIKE   ↗ SHARE   ⊕ SAVE   ...

Truth Stands Alone



| | INMATE DETAIL | | | |
|---|---|---|---|---|
| **Name:** | HILL, BRIAN DAVID | | | |
| **Age:** | 23 YEARS OLD | | | |
| **Race / Sex:** | WHITE / MALE | | | |
| **Arrest Date:** | 1/2/2014 | | | |
| **Release Date:** | | | | |
| **Next Court Date:** | | | | |

| Charge | Status | Docket # | Bond Amount |
|---|---|---|---|
| FCSO - FEDERAL INMATE | FEDERAL | FEDERAL INMATE | NO BOND |
| **Total Bond Amount:** NO BOND | | | |



**The Unjustified of America Brian D. Hill – USWGO «**
**rodgerdean.org**
Is this a well thought out plan to destroy someone who brav.
rodgerdean.org

## News Feed



**Police State USA: Land of the Checkpoints**
December 24, 2013 · 

ACTION ALERT: I realize it is Christmas Eve but there is someone who needs help tonight. Brian Hill is a political prisoner that is being held on trumped up charges in Greensboro, NC.

He told his grandmother that he was being deprived of his insulin in jail. If he does not get his insulin, he could potentially die in custody.

Brian made waves recently with his activism against the NDAA and shaming some powerful people in town hall meetings. He then was raided by Homeland Security who claimed there were illicit pictures of children on his computer -- one of the preferred methods of destroying political opponents.

More on this story will be revealed soon, but for now, it would be of great help if you could make phone calls to the jail to ensure he receives proper doses of his medication.

Call the Guilford County Sheriff's Office at (336) 641-3694, regarding Brian Hill.

The family could use support as well.
https://www.facebook.com/groups/569239413159262/

Like · Comment

Jason Bowen, Jessica Smith, Louis Summerlin and 282 others like this.     Top Comments ▾

**Brian started his USWGO Alternative News Website & Videos in 2009**

**PHOTOS from 2009-2011**





Case 1:13-cr-00435-TDS   Document 307-3   Filed 04/20/22   Page 7 of 24



528hz sound with relaxing water crystal pics-10 Min extension

USWGO
17,851 views

Published on Sep 14, 2009
It's the same as the other but has a 10 minute extension as in other words it's ten minutes

**2009**

Patty Waszak - Proud to be an American

USWGO
1,172 views

Published on Jul 29, 2010

**2010**



Other web sites shared Brian Hill (USWGO articles) 2010

Many of these photos were copied in 2014 by Brian's grandmother for court filings



USWGO Jim Tucker Interview July 2nd 2011 by Brian Hill

USWGO
2,341 views

U.S.W.G.O.

Brian D. Hill Interviews Jim Tucker on July 2nd 2011. The Interview is regarding his work on reporting on the Bilderberg meetings on the American Free Press newspaper.

July 2nd 2011 at 2PM EST

USWGO Jim Tucker Interview July 2nd 2011 by Brian Hill

USWGO
2,341 views





USWGO Hacked and attacked on alternet

254 views • Aug 2, 2010   👍 0   👎 DISLIKE   SHARE   SAVE   ...

**2010**



USWGO Huge News from July part 6/10
USWGO
7 years ago • 147 views

USWGO Hacked and attacked on alternet
USWGO
6 years ago • 236 views

This is a major setback in USWGO bringing out the truth against the new world order and may affect Google rank in a negative way. I am trying to find out who hacked my alternet account.

USWGO Huge News from July part 3/10 - Extension of Patricks speech. Jolly Slide show
USWGO
7 years ago • 417 views



USWGO Talk Radios Brian Hill interviews Pastor Manning from atlahworldwide 2/7
USWGO
6 years ago • 306 views

Interview regarding the Obama CIA

USWGO Received threat for trying to expose pedophile corruption by a radical faction in Gaza
USWGO
4 years ago • 742 views

I am NOT Anti Muslim I am against the Sharia Law and any law which threatens our civil rights and liberties. I will never censor any content unless it is proven by experts I know to be untrue. I won't accept cover-ups

USWGO Huge News from July part 1/10 - Phil Vassar pic, Red Hill historic Plantation pic
USWGO
7 years ago • 238 views



Brian calls Sen. Rockfeller's office about NWO
222 views • 5 years ago

Brian calls Sen. Jay Rockefeller's office asking his staff about the New World Order, One World Government...
2:05



Washington D.C. visitor calls Bilderberg the Build-A-Bear
627 views • 5 years ago



Occupy DC activist doesn't know about the Bilderberg Group
356 views • 5 years ago



(USWGO)Brian Hill interviews Occupy DC Protest activist
342 views • 5 years ago

uswgo



How the Nazis dehumanize the victims
USWGO
5 years ago • 42,567 views



Patty Waszak - Unknown Patriotic song
USWGO
6 years ago • 1,048 views



Alex Jones - America Destroyed by Design (1998)
USWGO
5 years ago • 7,025 views



USWGO Jim Tucker Interview July 2nd 2011 by Brian Hill
USWGO
5 years ago • 2,342 views



USWGO Talk Radio: Brian's response to the Couple arrested by border guard incident 5/6
USWGO
6 years ago • 1,594 views



USWGO Interview with Dr. Michael Coffman March 8 2012 Agenda 21, ICLEI, etc etc.
USWGO
4 years ago • 707 views

Page **8** of 23

 

**USWGO Interview with Preston Nichols, Montauk Project...**
1,963 views · 5 years ago

**Brian Hill speaks on Popeyes Federaljack show about HAAR...**
51 views · 5 years ago

## RIGHTHAVEN lawsuit 2011



**Reporters Without Borders letter faults Denver Post for Righthaven suit against Brian Hill**
As an organization devoted to freedom of the press, Report...
westword.com

**As an organization devoted to freedom of the press, Reporters Without Borders typically targets dictatorships and other iron-fist nations that attempt to quash objective journalism.** Now, however, RWB is protesting a story very close to home: the copyright infringement lawsuit filed by Nevada's Righthaven LLC against twenty-year-old, chronically ill blogger Brian Hill on behalf of the *Denver Post.*



USWGO Righthaven lawsuit makes WXII12 Triad News
USWGO
5 years ago · 770 views



USWGO Brian Hill interviews Tea Party Founder Dale Robertson 2/6
USWGO
6 years ago · 36 views





USWGO Righthaven lawsuit makes WXII12 Triad News
USWGO
768 views
Published on Feb 22, 2011


# Business Notebook

BUSINESS AND GAMING NEWS AROUND LAS VEGAS

**0 Comments**

🖨 ✉ f 🐦 G+ ➕    **0**

## Roundup: Righthaven faces PR problem in suit against N.C. man

**By Steve Green**
Monday, Feb. 28, 2011 | 2 a.m.

One of the Righthaven LLC copyright infringement lawsuits over the Denver Post "TSA enhanced pat-down" photo has turned into a public relations debacle for Las Vegas-based Righthaven.

Defendant Brian D. Hill of the North Carolina-based website uswgo.com has been telling his story to The Associated Press, North Carolina and Virginia television stations and to Colorado media outlets.

He's often portrayed as a sympathetic victim of Righthaven with Hill, 20, saying in his court response he can't afford to pay for a lawyer or Righthaven's $6,000 settlement offer and that he has diabetes, hyperactive attention disorder and mild autism.

Heart Attack Signs
Know the 4 Bodily Signs.
Take the Simple Heart Test
Now.

The lawsuit is reminiscent of earlier image problems for Righthaven when it sued Las Vegas Review-Journal source Anthony Curtis over a story he had made possible and when it sued unemployed Boston cat blogger Allegra Wong over a post on her nonprofit site.

In the Colorado case, look for Righthaven to quickly offer a more favorable settlement to Hill.

Otherwise, Righthaven is going to be dealing with attorney David Stevens Kerr of Santangelo Law Offices P.C. in Fort Collins, Colo., who has stepped up to defend Hill. Santangelo Law Offices specializes in intellectual property litigation, i.e. patent, trademark and copyright lawsuits.

\*\*\*

The federal court in Colorado appears eager to get the Righthaven lawsuits there resolved quickly and



USWGO Righthaven lawsuit makes WGHP FOX8 Triad News

USWGO
▶ Subscribe  1,378

1,421 views

👍 1  👎 0

Published on Feb 22, 2011
Source: http://www.myfox8.com/news/wghp-story...



## Brian Hill: Autistic blogger reboots site, shares plan to avoid new Righthaven copyright lawsuit

BY MICHAEL ROBERTS

WEDNESDAY, APRIL 13, 20XX



A A  Update: Brian Hill, a chronically ill, mildly autistic
North Carolina blogger sued by Nevada's
Righthaven LLC for unauthorized use of a *Denver*
*Post* photo, put his website, www.uswgo.com, in
sleep mode while fighting the claim. But after
Righthaven dropped the matter via a snippy
dismissal notice, most of which was stricken by a
judge (details below), he's rebooted the site -- and



Glimmer of Hope: Judge Halts Copyright Troll, Righthaven

The Alyona Show

1,566 views

Uploaded on May 24, 2011

## *Enforcing Copyrights Online, for a Profit*

By DAN FROSCH  MAY 2, 2011



Brian Hill posted a newspaper's photo on his blog
and was sued by Righthaven for infringement.

DENVER — When Brian Hill, a 20-year-
old blogger from North Carolina, posted
on his Web site last December a
photograph of an airport security officer
conducting a pat-down, a legal battle was
the last thing he imagined.

A month later, Mr. Hill received an e-mail
from a reporter for The Las Vegas Sun
who was looking into a Nevada company
that files copyright lawsuits for
newspapers. The e-mail informed Mr.
Hill that he was one of those that the
company, Righthaven, was suing. Though
the airport photo had gone viral before
Mr. Hill plucked it off the Web, it
belonged to The Denver Post, where it
first appeared on Nov. 18.

Mr. Hill took down the photo. He was too
late. A summons was delivered to his



Righthaven's biggest PR debacle was its lawsuit against Brian Hill, who
turned out to be a 20-year-old blogger in North Carolina with a mild form
of autism, diabetes and hyperactive disorder.

Hill – and 56 others – were sued by Righthaven for posting on websites a
photo of a TSA agent performing an enhanced pat-down procedure on a
passenger at an airport. Righthaven claimed to have obtained rights to
the photo after it was shot by the Denver Post. It went viral after
appearing on the Post website and being distributed to news outlets far
and wide by The Associated Press.

Hill said he didn't know the photo was subject to copyright protection or
that it was even taken in Denver; and that he had found it online during
an image search.

After it was learned that Hill had disabilities, Righthaven's problems
mounted when Hill charged that Righthaven attorneys had insisted that
he pay $6,000 and that if need be, Righthaven would garnish a portion of
his Social Security Disability Insurance income for 10 years at $50 per
month until the $6,000 was paid.

Righthaven denied wrongdoing. But the international press freedom
group Reporters Without Borders denounced the suit and demanded the
Post drop it. That suit was eventually dropped, and the Post later
canceled its lawsuit deal with Righthaven.

About 345,000 results (0.33 seconds)

**Reporters Without Borders letter faults Denver Po...**
blogs.westword.com/.../reporters_without_borders_denver_post...
by Michael Roberts - in 30 Google+ circles
**Reporters** Without **Borders** letter faults Denver Post
for **Righthaven** suit against **Brian Hill**. By Michael
Roberts Thu., Mar. 3 2011 at 12:42 PM. Categories:
Follow ...

**Reporters Without Borders - Denver - Westword**
www.westword.com/related/to/Reporters+Without+Borders/
Judge doesn't force company to pay **Brian Hill's** attorney
fees ... **Reporters** Without **Borders** letter faults Denver Post
for **Righthaven** suit against **Brian Hill**.

**Brian Hill: Autistic blogger reboots site, shares plan...**
blogs.westword.com/.../brian_hill_righthaven_drops_lawsuit_autistic_bl...
by Michael Roberts - in 30 Google+ circles
Apr 13, 2011 - Update: **Brian Hill**, a chronically ill, mildly
autistic North Carolina ... "**Reporters** Without **Borders** letter
faults Denver Post for **Righthaven** suit ...

**MediaPost Publications Reporters Without Border...**
www.mediapost.com › Home › Daily Online Examiner
Mar 3, 2011 - **Reporters** Without **Borders** was responding to
a recent **Righthaven** case against **Brian Hill**, a 20-year-old
autistic blogger who was sued for ...

2011                                          2015

Case 1:13-cr-00435-TDS   Document 307-3   Filed 04/20/22   Page 12 of 24

## In 2012, Brian finished the documentary he was working on in 2011



*Photograph of the USWGO Documentary "America! From the Road of Freedom, To the streets of Fascism! | Credit: Brian D. Hill*



Page **12** of **23**



### Carl DeHart about Hitler rising to power through economic crises

USWGO

5 years ago • 598 views

USWGO Exclusive interview with historian Carl DeHart from the Martinsville Henry county historical museum allows a historical...



### Revolutionary City's Guide to the American Revolution Part 3 of 6

USWGO

6 years ago • 738 views

Presented by USWGO I film the August 20 2010's special event in Revolutionary City in Colonial Williamsberg Virginia (VA).

| # | Hits | | Files | | KBytes | | Country |
|---|---|---|---|---|---|---|---|
| 1 | 962936 | 49.68% | 953693 | 50.66% | 10308562 | 31.54% | Network |
| 2 | 484720 | 25.01% | 463787 | 24.63% | 15164598 | 46.40% | US Commercial |
| 3 | 307412 | 15.86% | 289278 | 15.37% | 4626764 | 14.16% | Unresolved/Unknown |
| 4 | 20252 | 1.04% | 20024 | 1.06% | 208749 | 0.64% | Australia |
| 5 | 18256 | 0.94% | 18170 | 0.97% | 218625 | 0.67% | Canada |
| 6 | 14002 | 0.72% | 13896 | 0.74% | 147353 | 0.45% | US Educational |
| 7 | 13547 | 0.70% | 13362 | 0.71% | 240455 | 0.74% | Non-Profit Organization |
| 8 | 9464 | 0.49% | 9358 | 0.50% | 123878 | 0.38% | United States |
| 9 | 6867 | 0.35% | 6821 | 0.36% | 86147 | 0.26% | US Military |
| 10 | 6820 | 0.35% | 6522 | 0.35% | 85691 | 0.26% | US Government |

**Top 30 of 124 Total Countries**

*Screenshot of web traffic Statistics report for uswgo.com in 2012. Credit: Brian D. Hill*



USWGO Exclusive Interview Interview with Elton Crisman on P-Code

USWGO

156 views

Published on May 15, 2012

**10. Brian attends Bilderberg meeting in Virginia and meets his hero at the time, Alex Jones: Brian is recording Alex Jones' interview with Stewart Rhodes in Virginia during the Bilderberg event: June 1, 2012**

**USWGO Brian Hill films Alex Jones during interview with Stewart Rhodes**



**USWGO Brian Hill films Alex Jones during interview with Stewart Rhodes**
USWGO Brian Hill films Alex Jones during interview with Stewart Rhodes the founder of Oath Keepers



USWGO Brian Hill films Alex Jones during interview with Stewart Rhodes

388 views

USWGO Brian Hill films Alex Jones during interview with Stewart Rhodes

388 views

Bilderberg 2012 Documentary: Bilderberg It and They Will Come (feat. Alex Jones)

Bilderberg 2012 Documentary: Bilderberg It and They Will Come (feat. Alex Jones)

**Luke Rudkowski "We Are Change"**      **Brian Hill "USWGO" (black & white shirt)**

Page **14** of **23**




Bilderberg 2012 Documentary: Bilderberg It and They Will Come (feat. Alex Jones)



**FOIA request dump confirms DHS is monitoring Alex Jones and InfoWars**
www.examiner.com

In an August 17, 2012, data dump received from the Department of Homeland Security, USWGO.com, an alternative news website, has received evidence which confirms

◀ ▶  1 of 1  Choose a Thumbnail


Brian D. Hill (left) and Gregory Lance (right)

## Gregory Lance "We Are Change" NC (June, 2012)



**Brian Hill, Alex Jones, Stewart Rhodes, Oath Keeper June, 2012**

Sincerely,
Brian D. Hill
(336)510-7972
413 N. 2nd ave. Mayodan, NC 27027
Founder and Head Reporter of USWGO Alternative News and Head Activist of it's Political Action Center (uswgo.com)
Reporter of FederalJack.com and We Are Change
admin@uswgo.com

**On all emails in 2012, Brian put the above information including to Mayodan police chief, Mayodan, NC town hall members, Reidsville, NC, Madison, NC, etc.**



Agenda 21 Speech at the Mayodan Town Council meeting

USWGO

1,175 views

Published on Mar 12, 2012
USWGO Founder and Head Reporter Brian D. Hill speaks at the Mayodan Town Council Meeting on March 12 2012 for the first time to speak on the dangers of Agenda 21 and how it affects America, the state of North Carolina, and even the small town of Mayodan. After the speech, Mr. Hill gave 7 copies of

USWGO Brian D. Hill makes a speech on NDAA at the Mayodan Town Council April 9 - Enhanced Audio

USWGO

1,008 views

Published on Apr 10, 2012
ENHANCED Audio Version of USWGO Brian D. Hill makes a speech on the NDAA at the Mayodan Town Council April 9th 2012



## NC Senator Phil Berger receives the Nullify-NDAA Petition at the Mayodan Town Hall

Posted by Brian Hill on May 17, 2012 at 4:48pm in Tea Party
View Discussions



Nullify-NDAA Petition and Report given to NC Senator Phil Berger

USWGO

597 views



Enhanced (Sharpened) Screen Capture of Video of NC Senator Phil Berger being given the petition

Author: Brian D. Hill

Source: USWGO Alternative News

Note: To Access the progress USWGO has had at fighting the NDAA please



**Subject:** Re: What's the status on the town resolution?
**From:** Brian Hill <admin@uswgo.com>
**Date:** 6/27/2012 4:26 PM
**To:** Michael Brandt <mbrandt@townofmayodan.com>
**X-Account-Key:** account1
**X-UIDL:** Gmailid1382f9f3feee7d11
**X-Mozilla-Status:** 0011
**X-Mozilla-Status2:** 00000000
**MIME-Version:** 1.0
**Received:** by 10.114.28.36 with HTTP; Wed, 27 Jun 2012 13:26:02 -0700 (PDT)
**X-Originating-IP:** [24.148.156.211]
**In-Reply-To:** <CF9D96B08C884949B092DA69AC48D37C@ci.mayodan.nc.us>

### Note Mr. Hill's IP # in his email 24.148.156.211



**July 9, 2012 Mayodan Town Council Meeting**

Rockingham Update

107 views

Reporter forced back by Mayodan Police for asking Senator Phil Berger a question

1,659 views · Jul 10 2012 · 👍 32 👎 DISLIKE ⟲ SHARE ⊟+ SAVE ···

USWGO

Reporter forced back by Mayodan Police for asking Senator Phil Berger a question

1,497 views                                    👍 31    👎 1    ➤ SHARE    ⊟+ SAVE    ···

**USWGO**
Published on Jul 9, 2012

SUBSCRIBE 1.1K

The Mayodan Chief of Police forced me, Brian D. Hill, back from state senator Phil Berger and got in my face as you see in the video. I was also booted from the town council room and will likely be banned from the Mayodan Town Council. There is extra audio recording of the incident but got intimidated and tried to get out of there. So asking State Senator Phil Berger a question is a crime. When I was intimidated by the chief of police and a little threat was put in at me I promised out of fear that I wouldn't approach him again at the town council bench again. So I pretty much cannot give him petitions or anything anymore. I guess Phil Berger is really a cohort of a Bilderberger the way he acts!!!!

Category        **News & Politics**





**Uswgo Brian Hill**

If you cannot go then please invite your friends to see if they can. We need to do this to ask him hardball questions without me being arrested or threatened at the town council. I need any of your help to work as a team to expose Phil Berger to the voters of his district.

Like · Comment · Unfollow Post · July 14, 2012 at 4:38pm

👍 Gregory Lance and James Jjink like this.

**Uswgo Brian Hill** This is all I can. The rest is up to the voters and the North Carolinian people. If we don't stand up he will likely get me thrown in prison under some false criminal charge. People with a lot of power can and will abuse it. We need to work together and stand up against those in power. If those in power are challenged good enough they will back down and behave.

July 14, 2012 at 4:47pm · Like · 👍 1



Page **17** of **23**



| Author | Topic: The Police are harassing my mom now (Read 2639 times) |
|---|---|

0 Members and 1 Guest are viewing this topic.

**uswgo**
Guest

The Police are harassing my mom now
« on: July 12, 2012, 07:57:02 PM »

I have to get on the Alex Jones Show even for just a 15 minute segment.

Because of telling people what the chief of police did to me my mom is now being harassed by the police chief

When my mom was walking down to the Dollar General store right close to downtown, a police van start driving up to where my mom was walking on the sidewalk and start asking her questions.

They told her that a girl was walking down the sidewalk and asked if she seen her and she said no.

**7/12/2012  Police are harassing my mom now (More about this on another PDF) Brian**

> **Subject:** What does it take to get on the town council election ballot?
> **From:** Brian Hill <admin@uswgo.com>
> **Date:** 7/12/2012 11:53 PM
> **To:** Lessa Hopper <mhopper@townofmayodan.com>
> **X-Account-Key:** account1
> **X-UIDL:** GmailId1387e78491f09fa6
> **X-Mozilla-Status:** 0001
> **X-Mozilla-Status2:** 00000000
> **MIME-Version:** 1.0
> **Received:** by 10.114.36.138 with HTTP; Thu, 12 Jul 2012 20:53:28 -0700 (PDT)
> **X-Originating-IP:** [24.148.156.211]
> **Delivered-To:** admin@uswgo.com

**Note:  This email sent to Mayodan on 7/12/2012 has Mr. Hill's IP address: 24.148.156.211**

Which agrees with what the Mayodan police claim they got another way when they hacked into his computer <u>without</u> a search warrant.  Also notice all of the Righthaven articles a year before had that Brian Hill from Mayodan, NC had autism and brittle diabetes (Could police have used that information to get a false confession during lunchtime the day after the police raid?  August 29, 2012 by disobeying all disability laws.

**INCIDENT/INVESTIGATION REPORT**

| Narr. (cont.) OCA: 2012-00287 | *Mayodan Police Department* | Page 3 |
|---|---|---|

North 2nd Avenue.

While in Detective Bridge's office, he showed me the webpages and downloaded files that were retrieved by the ICAC software. The videos downloaded by the Hill's IP address (24.148.156.211) were child pornography, commonly referred to as Pre-Teen Soft Core (PTSC) and Pre-Teen Hard Core (PTHC). I personally viewed a five second segment of each video and confirmed that it was child pornography.

Compare this IP address with Mr. Hill's emails to Mayodan from June & July, 2012.  **24.148.156.211** (Wonder how the police really got the IP address)?  When they hacked into his computer <u>without a search warrant</u>, did they put some Child porn in it too?  Perhaps they were not happy with all of the articles Mr. Hill was writing about the town attorney (Berger) and the Mayodan police chief?

Let's move on to all of those threat emails too from 2013.  Assassinate the character, and you shut down freedom of speech – use child porn, then based on his disabilities, get a false confession.  After all, if police have had the training, they would know how easy it is to get a false confession from someone with a

Page **18** of **23**

communication disability, especially if they do the questioning during lunch when his blood glucose goes low. This all happened almost 10 years ago, it's time for the truth to come out by Brian's family.

First threat sent to someone who wanted to testify for Mr. Hill, but Mr. Hill's court appointed attorney refused any witnesses and explains that in court on September 30, 2014. When Brian told his family about his two threats, we thought it was just an empty threat. We were wrong, all of these email threats came true in the midde district of NC. Brian tried to appeal his case after he & his family read the NC SBI together for the first time in January, 2015. You should read the threats from 2015. We have a special PDF with all threats on it. Not only are they threats, but whoever sent these admitted that they put child porn on my grandson's laptop computer & hard drives. These were put in court records in 2014, 2015, 2017 and keep being ignored, just like the threats said would happen.

David Hill had concerning an encrypted chat Hill had with witness Dan Johnson of "People Against the NDAA" (PANDA or PANDAunite), somewhere between approximately late 2012 to 2013. Dan Johnson had reported to Hill to have received a threatening email with the words "We.....Want.....Your.....Friend.....To.....SHUT.....UP....AND.....STOP.....IN VESTIGATING.....PORNGATE.....we....demand.....you....get....him....to...



Brian D. Hill's friend Dan Johnson received a threatening
email stating that Brian will lose in trial court.

From: <johnsnatchz@tormail.org>
Date: Sun, Apr 7, 2013 at 5:30 AM
Subject: You better watch out........
To: admin@uswgo.com

You better watch out Brian...We are watching you...Having child porn planted on your hard drives and computer was only the beginning and we will set you up for violent sex crimes if you don't watch your back...Have fun becoming a sex offender...Police won't believe you no matter how much evidence you have that you been set up we know some people in the SBI who will make sure you are convicted. You will be shut up by being a sex criminal. Your friends Alex Jones, Dan, James, Sean, Alex, and others are next...BeWare!

*First threatening email that I had received from tormail.org. Source: Federal Court Docket entry, U.S. District Court for the Middle District of North Carolina, Case 1:13-cr-00435-WO, Document 30, Filed 09/10/14, Page 3 of 5.*

USWGO Mail - Your gonna get it                                 https://mail.google.com/mail/u/0/?ui=2&ik=3b8027ea52&view



Brian Hill <admin@uswgo.com>

**Your gonna get it**

sallysamsong@tormail.org <sallysamsong@tormail.org>          Sat, Apr 20, 2013 at 11:58 PM
To: admin@uswgo.com

Your gonna get it....We know what your tryin to do....You'll regret ever being an investigative news reporter....Youll regret what you just did....better watch your back Brian....DONT REPORT ANY MORE ARTICLES OR TALK TO ANY REPORTERS ABOUT THIS CHILD PORN VIRUS OR YOU GONNA GET IT

*Second threatening email that I had received from tormail.org. Source: Federal Court Docket entry, U.S. District Court for the Middle District of North Carolina, Case 1:13-cr-00435-WO, Document 30, Filed 09/10/14, Page 2 of 5.*

**We emailed these to Mr. Hill's attorney who ignored everything so we sent these to Brian to send to the court in 2014 while he was still in jail.**





BREAKING: Attempted Set-Up of Stewart Rhodes & Dan Johnson With Child Porn

**Attempted setup of Stewart Rhodes (Oath Keepers) and Dan Johnson (Founder of Panda "People Against the NDAA") with child porn on July 24, 2013**

https://www.youtube.com/watch?v=XYVvuDRstDw

Comment: "The same thing happened to Ben Swann a couple days ago"

If you noticed the photos on Page 14-15, some of these people were at the same Bilderberg meeting in Virginia reporting it.  Brian's mom took Brian in June, 2012.  A lot of these meetings are in other countries. Brian always wanted to go to them to do his own report on it on USWGO news.



**Alert: Melissa Melton & Aaron Dykes also targeted by Hackers attempting to entrap REAL Media Journalists w/ Child Porn Emails!**

Submitted by AnCapMercenary on Wed, 11/13/2013 - 21:06

Alternative Media Under Attack! Someone Trying to Set-up Truthstream Media



Screenshot of an offline but archived copy of a 2013 YouTube video that was sourced from the Truthstream Media official YouTube channel. Melissa Melton describes how somebody was masquerading as her sending child porn and apparently using a TOR onion router based anonymous email service to an unsuspecting person assuming that he/she would be a guest for media interview.



http://youtu.be/EchVDHHcw1o
TRUTHstreammedia
Published on Nov 13, 2013

Following reports that someone was trying to set-up WeAreChange's Luke Rudkowski and OathKeepers' Stewart Rhodes, as well as an

Case 1:13-cr-00435-TDS  Document 307-3  Filed 04/20/22  Page 22 of 24



USA v HILL     )       Case No: 1:13-cr-00435-WO
                  )       Chief Judge William L. Osteen, Jr.

**Declaration of Susan Basko in Support of Brian David Hill's Motion to Withdraw his Guilty Plea, Motion for a Substitute Attorney, Sentencing, and any other purposes**

1. My name is Susan Basko. I reside in Illinois. I can be reached by email at SueBasko@gmail.com and by phone at 310-770-7413. I have a website at http://suebasko.blogspot.com and another one at http://subliminalridge.blogspot.com

2. I am a lawyer licensed in Illinois and California. I practice law for independent media, including for the internet. I do not generally go into court, so ask the Court to please forgive if my paperwork is not in the exact usual form.

3. I am aware that Brian David Hill is innocent of the charges and I will explain herein how I know this.

4. I am aware that Brian David Hill was a volunteer independent journalist active in independent online media and in the Patriot or Constitutionalist movement. Brian has many such videos on Youtube. Brian was active in supporting the repeal of the NDAA.

*Screenshot of the Susan Basko Declaration of facts concerning Actual Innocence of Brian D. Hill. Source: Federal Court Docket entry, U.S. District Court for the Middle District of North Carolina, Case 1:13-cr-00435-WO, Document 46, Filed 09/30/14, Page 1 of 3.*

We found out in January, 2015 that apparently, Brian's was a virus due to the fact that according to the North Carolina State Bureau of Investigation, it kept downloading for 11 months after the police got it during the police raid on August 28, 2012. We do know that Brian was fighting some type of virus on his computer the morning of the police raid, and Brian always thought it was an emule virus but never saw any child porn on his computer.

Around sometime of July 2012, cannot remember the day but the problem may have lasted for anytime between less then one week to two weeks. Also at that time I did no remember using any Anti-virus software on my computer, and had to keep reminding myself to get the software and install on my computer but I cannot remember if I ever did, which means I don't think I used a anti-virus and if I did I would have clearly recalled. I started noticing that emule.exe was running along with three other programs. Conime.exe, ares.exe, and shareaza.exe. I believe the main program that was rogue and was running was emule.exe. It didn't run under the normal programs. This program ran without my consent, and without my knowledge until I discovered the program running in task manager. I had ended the tasks thinking this Trojan was gone but then days later I noticed that the hard drive space on my computer was out at 0k. I decided to open the program location using the task manager. I noticed it appeared to be a portable version of eMule, at least the folder structure looked similar. I clicked on the shared files folder and saw hundreds of files with names I didn't understand. Some of those names from what I could remember said 9yo, pthc, ptsc, and other terms. I assumed it was just some viruses being shared and deleted everything. I had no idea what was shared or that it was something that would get the police after me. Then I tried to sabotage the virus since it took over my computer and made it difficult to fight against. I even recall a bit about calling my grandmother on the phone telling her that I was fighting a virus or Trojan, and that is really all I recall. So I know I had called my grandmother telling her about this Trojan, and took days to put a stop to, if that was even enough as it could have still ran, but I wouldn't know. I believe there may be other Trojans running on the computer too due to the weird programs that were running. I should have restored my computer but did not because I had a lot of data I would have to move off the computer to conduct the restore.

Case 1:13-cr-00435-TDS   Document 307-3   Filed 04/20/22   Page 24 of 24