# ATTACHMENT 5: "4 Threats.pdf"

For "MEMORANDUM OF STELLA FORINASH AND KENNETH FORINASH IN FAVOR OF ACTUAL INNOCENCE OF BRIAN DAVID HILL; IN SUPPORT OF WHY BRIAN DAVID HILL SUSPECTS BLACKMAIL OF "JUDGES" AND "OFFICIALS"; AND IN SUPPORT OF GROUND VI - UNCONSTITUTIONAL INTERFERENCE WITH THE STATE COURT PROCESS AND/OR UNWARRANTED USURPATION OF POWER AGAINST THE STATE COURT PROCESS IN VIOLATION OF THE TENTH AMENDMENT OF THE UNITED STATES CONSTITUTION; AND IN SUPPORT OF 2255 MOTION (DOC. #291)"

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



# THREATS BRIAN DAVID HILL & OTHERS RECEIVED in 2013 & 2015

## These are the ones who admitted putting the child porn Virus on Brian's Laptop Computer

Page 12 of 12 of Document #59, Filed 01/26/2015, are/were a true and correct copy of a digital and cropped computer screenshot that Brian David Hill had concerning an encrypted chat Hill had with witness Dan Johnson of "People Against the NDAA" (PANDA or PANDAunite), somewhere between approximately late 2012 to 2013. Dan Johnson had reported to Hill to have received a threatening email with the words "We.....Want.....Your.....Friend.....To.....SHUT.....UP.....AND.....STOP.....INVESTIGATING.....PORNGATE.....we.....demand.....you.....get.....him.....to.....STOP",

"You.....cannot.....save.....your.....friend.....from.....going.....to.....prison.....cause.....our.....organization.....has.....the.....resources.....to.....convict.....your.....little.....buddy.....you.....freak.....hahaha",

.....loser",

"Obama.....and.....his.....minions......is.....watching.....you...BEWARE". The credibility of that threatening email made known to me by Dan Johnson, and I do suspect that tormail.org may have been used in this email as well if the Court can confirm the header information from witness Dan Johnson or by subpoenaing his email provider to authenticate that information. I believe it is authentic and credible as I did lose in trial

Case 1:13-cr-00435-TDS Document 128-2 Filed 11/14/17 Page 13 of 58

https://www.courtlistener.com/docket/4304407/128/2/united-states-v-hill/

they would have already. I'm a thorn in their side as it is.

I'm not worried about me, nor Jeff him. I'm concerned about you, and just trying to tell you to watch your back. Which, on that note, here's the content of the emails. Can you recognize this writing style?

brb

We.....Want.....Your.....Friend.....To.....SHUT.....UP.....AND.....STOP.....INVESTIGATING.....P
ORNGATE.....we.....demand.....you.....get.....him.....to.....STOP
You.....cannot.....save.....your.....friend.....from.....going.....to.....prison.....cause.....our.....org
anization.....has.....the.....resources.....to.....convict.....your.....little.....buddy.....you.....freak..
...hahaha
he.....will.....be.....a.....sex......offender.....he.....will.....lose.....in.....trial.....court.....including.
.....pretrial.....and.....so.....will.....you.....on.....the.....NDAA.....loser
Obama.....and.....his.....minions......is.....watching.....you...BEWARE

recognize that writing style?

Case 1:13-cr-00435-TDS Document 59 Filed 01/26/15 Page 12 of 12

https://www.courtlistener.com/docket/4304407/59/united-states-v-hill/

> David Hill had concerning an encrypted chat Hill had with witness Dan Johnson of "People Against the NDAA" (PANDA or PANDAunite), somewhere between approximately late 2012 to 2013. Dan Johnson had reported to Hill to have received a threatening email with the words *"We.....Want.....Your.....Friend.....To.....SHUT.....UP.....AND.....STOP.....IN VESTIGATING.....PORNGATE.....we.....demand.....you.....get.....him.....to...
..STOP"*,
>
> *"You.....cannot.....save.....your.....friend.....from.....going.....to.....prison.....ca use.....our.....organization.....has.....the.....resources.....to.....convict.....your...
..little.....buddy.....you.....freak.....hahaha"*,
>
> *"he.....will.....be.....a.....sex......offender.....he.....will.....Lose.....in.....trial.....c ourt.....including.....pretrial.....and.....so.....will.....you.....on.....the.....NDAA.*

185

information. I believe it is authentic and credible as I did lose in trial court including the pretrial phase since I had ineffective counsel that forced me against my will to be entrapped into a false guilty plea then I am threatened with perjury in the event that I prove my actual innocence, which is wrong and miscarriage of justice. Dan Johnson did fail on fighting the NDAA as well as me, so that is another credible statement from that threatening email. In fact I did go to prison and the county Jails, just as the threatening email had instructed Dan Johnson and had instructed me since I had been witness to the text of that email from what Dan had sent me in the encrypted chat between me and him. I added the statement to the screenshot via Microsoft Paint of the words "Brian D. Hill's friend Dan Johnson received a threatening email stating that Brian will lose in trial court." I added that as it is important information as to what the digital computer screenshot was about. He had sent me the text of the threatening email to see if I was able to recognize the writing/typing style of the email to determine who may had sent this to him. It is interesting that the threatening email had said

"*our.....organization.....has.....the.....resources.....to.....convict.....your.....little.....buddy.....you.....freak*" because the U.S. Attorney and Eric David Placke made very well sure that I was never going to prove my innocence. The whole game was rigged to me, I was never going to have a fair trial under Placke and Coalter. It was all fixed just as the threatening email had said. Whoever sent that threatening email as well as the ones that were received at admin@uswgo.com had to have been from somebody in a powerful position, in such a position of influence,

Case 1:13-cr-00435-TDS Document 128-2 Filed 11/14/17 Page 14 of 58

https://www.courtlistener.com/docket/4304407/128/2/united-states-v-hill/

After Brian was arrested, his mom & grandparents found 2 threat emails in Brian's USWGO email. He gave us the password after he was put in the hospital in Dec. 2013 threatening to take his life after he found out about the arrest warrant and found out the Mayodan. NC police had again lied to him and to his family just like the threatening messages said would happen. Brian continued saying he was innocent and an investigation by his family proved he was. His grandparents sent many proofs of his innocence to him to submit to the court in September, 2014. He had an attorney who acted more like a prosecuting attorney than a defendant attorney. Instead of helping Brian prove his innocence, this attorney ignored all witnesses and refused to use all of the proof his family & friends sent to this

Page 3 of 19

attorney. He also ignored Brian's disabilities and allowed jails to break Civil Rights laws against Brian and break the Disability laws. Here is proof Brian submitted to the court on 9/18/2014: These 2 threat emails we found that was sent to Brian in 2013 are written below. He told us about those threats, but at the time, we thought they were just threats, now we know they all came true, and Brian was warning others on YouTube about this virus in 2013.

1. Political Proof for Brian's court case: 6 pages with photos
2. Autism – proof from professionals that a person with autism may produce false confession or misleading statement - 1 page
3. Principles for Prosecutors Considering Child Pornography Charges against Persons with Asperger's Syndrome (A type of mild autism – Brian was diagnosed with PDD, then Asperger's Syndrome and now has the diagnosis of autism). 5 pages from autism experts
4. Brian got two threatening emails on Apr 7, 2013 & April 20, 2013. 2 pages
5. An email that an attorney in California sent to Brian's grandparents after Brian's arrest. Brian did not get to talk to her for long because he went to the hospital for help with mental issues in December, 2013 and was arrested and removed from the hospital. She sent this letter to both attorneys in Brian's case: 3 pages
6. Email we sent to Brian's attorney in July, 2014. 5 pages
7. Proof on the internet that Brian has autism and diabetes from another time when many alternative news people were sued by Righthaven in 2011. This was thrown out of court. Reporters without Borders got involved in Brian's

Case 1:13-cr-00435-TDS Document 37 Filed 09/18/14 Page 3 of 75

From: <johnsnatchz@tormail.org>
Date: Sun, Apr 7, 2013 at 5:30 AM
Subject: You better watch out........
To: admin@uswgo.com

You better watch out Brian...We are watching you...Having child porn planted on your hard drives and computer was only the beginning and we will set you up for violent sex crimes if you don't watch your back...Have fun becoming a sex offender...Police won't believe you no matter how much evidence you have that you been set up we know some people in the SBI who will make sure you are convicted. You will be shut up by being a sex criminal. Your friends Alex Jones, Dan, James, Sean, Alex, and others are next...BeWare!

*First threatening email that I had received from tormail.org. Source: Federal Court Docket entry, U.S. District Court for the Middle District of North Carolina, Case 1:13-cr-00435-WO, Document 30, Filed 09/10/14, Page 3 of 5.*

Case 1:13-cr-00435-TDS Document 128-1 Filed 11/14/17 Page 11 of 71

Page **4 of 19**



Brian Hill <admin@uswgo.com>

### Your gonna get it

sallysamsong@tormail.org <sallysamsong@tormail.org>      Sat, Apr 20, 2013 at 11:58 PM
To: admin@uswgo.com

Your gonna get it....We know what your tryin to do....You'll regret ever being an investigative news reporter....Youll regret what you just did....better watch your back Brian....DONT REPORT ANY MORE ARTICLES OR TALK TO ANY REPORTERS ABOUT THIS CHILD PORN VIRUS OR YOU GONNA GET IT

*Second threatening email that I had received from tormail.org. Source: Federal Court Docket entry, U.S. District Court for the Middle District of North Carolina, Case 1:13-cr-00435-WO, Document 30, Filed 09/10/14, Page 2 of 5.*

Case 1:13-cr-00435-TDS Document 71-9 Filed 04/03/15 Page 11 of 11

https://www.courtlistener.com/docket/4304407/128/1/united-states-v-hill/

Case 1:13-cr-00435-TDS Document 131 Filed 11/14/17 Page 71 of 101

https://www.courtlistener.com/docket/4304407/131/united-states-v-hill/

On July 3, 2013, Luke Rudkowski (See **Exhibit 7**, Video DVD evidence), had uploaded a video to YouTube that somebody had tried to send him child pornography masquerading as a whistleblower. Later on the date of November 1, 2013, as uploaded on YouTube, Luke Rudkowski's hotel room was broken into which was yet another attempt to try to set him up

https://www.courtlistener.com/docket/4304407/128/1/united-states-v-hill/

On August 22, 2013, Ben Swann (See **Exhibit 8**, Video DVD evidence), who was a former television news anchor and investigative journalist had interviewed another proclaimed child pornography set up victim named Dan Johnson. In the second video also under **Exhibit 8**, on the date of July

24, 2013, StormCloudsGathering conducted a live video broadcast stream on YouTube regarding an interview with Dan Johnson, Stewart Rhodes of Oath Keepers, and a computer forensic expert, and all in regards to yet another child pornography set up attempt. This further goes along with the On November 13, 2013, Melissa Melton (See **Exhibit 9**, Video DVD evidence), along with the help of Aaron Dykes, uploaded a video to YouTube to warn people that somebody tried to impersonate her identity then tried to email child pornography to somebody claiming that it was a professional interview from the alternative media outlet of Truth Stream

Case 1:13-cr-00435-TDS Document 128-1 Filed 11/14/17 Page 12 of 71

https://www.courtlistener.com/docket/4304407/128/1/united-states-v-hill/

# Child Porn Investigations May Snare the Innocent

### By PRISON LEGAL NEWS

Case 1:13-cr-00435-TDS Document 131 Filed 11/14/17 Page 79 of 101 - Page 88 of 101

https://www.courtlistener.com/docket/4304407/46/united-states-v-hill/

### WHO IS SUSAN BASKO?

Sue Basko, Lawyer for Independent Media such as Music, Video, Journalists, Website Owners, Designers, Photographers, Filmmakers, Directors, Festivals, Events, Venues, and more. International work with Human Rights/ Freedom of Assembly. TRADEMARK, Copyright. CALIFORNIA AND ILLINOIS, attorney
Attorney and Counselor, U.S. Supreme Court & International work with Human Rights/ Freedom of Assembly.

**Who is Brian Hill (USWGO) from 2009-2013? Despite his disabilities of autism, brittle type 1 diabetes and OCD (All covered under the Americans with Disability Act). Brian Hill was a volunteer journalist, alternative news and part of the Patriot movement.**

U.S. District Court
North Carolina Middle District

FILED
SEP 29 2014
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By _____

USA v HILL ) Case No: 1:13-cr-00435-WO
) Chief Judge William L. Osteen, Jr.

Declaration of Susan Basko in Support of Brian David Hill's Motion to Withdraw his Guilty Plea, Motion for a Substitute Attorney, Sentencing, and any other purposes

1. My name is Susan Basko. I reside in Illinois. I can be reached by email at SueBasko@gmail.com and by phone at 310-770-7413.. I have a website at http://suebasko.blogspot.com and another one at http://subliminalridge.blogspot.com

3. I am aware that Brian David Hill is innocent of the charges and I will explain herein how I know this.

4. I am aware that Brian David Hill was a volunteer independent journalist active in independent online media and in the Patriot or Constitutionalist movement. Brian has many such videos on Youtube. Brian was active in supporting the repeal of the NDAA.

5. I am aware that Brian David Hill was part of a group of friends or associates who also are independent journalists or activists in the Patriot or Constitutionalist movement, including the other men I will name in this declaration.

Case 1:13-cr-00435-TDS Document 46 Filed 09/30/14 Page 1 of 3

10. Brian David Hill blamed his local officials for setting him up with child porn. While this may be the case, I think it is more likely he was set up as one of the people involved in the Patriot movement, just like the other men. Like Luke Rudkowski, Brian David Hill had gone to report on the 2012 Bilderberg Conference in 2012. The child porn attack against Luke Rudkowski came just after the 2013 Bilderberg Conference. The second email sent to Luke Rudkowski warned that others would be set up, too.

Case 1:13-cr-00435-TDS Document 46 Filed 09/30/14 Page 2 of 3

12. Within weeks after I made the FBI report for the group that included Dan Johnson and Stewart Rhodes, I was contacted by several other men who are also set up with child porn on their computers. They were attacked with child porn via other methods. One had a direct download go into his computer, followed by a pop-up saying there was child porn on his computer. I told each of them how to file an FBI report and why it was important. The men all seemed to be in the same social circle of being involved in the Patriot movement. For each of these men, these attacks against their integrity were deeply disturbing, terrorizing, terribly frightening.

13. After I assisted these men and word went out on the internet, I received an onslaught of emails trying to get me to download pictures, videos, or documents. I deleted all the emails without even opening them. I reported many of the emails to Google. Google put out a warning that such emails may be tricking people into downloading pornography.

15. Brian David Hill has autism and diabetes. When Brian has communicated with me, it takes a lot of patience and time and skill to understand his points, because he concentrates on tiny details. I think he needs a disability advocate to help him have a fair trial.

16. I emailed this information about the child porn set-ups very early in this case to both Brian's lawyer, Eric Placke, and to the prosecutor; and did not hear from either one of them.

17. I have been told by Brian's grandparents, Ken Forinash and Stella Burnette, that Brian wants to withdraw his guilty plea because he is innocent and that he wants a substitute public defender. I have communicated these needs of Brian's to the public defender's office head, Louis Allen, as well as to Brian's lawyer, Eric Placke, and to a Senior attorney with the office, Greg Davis.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2014
signed electronically: /Susan Basko/

Case 1:13-cr-00435-TDS Document 46 Filed 09/30/14 Page 3 of 3

Sent to Brian Hill who was using his grandmother's cell phone. This cell phone was not hooked up to the internet but had a special feature which phone texts could be sent to emails. This was explained to the court by an expert in cell phones in 2015. Brian called up the Rockingham County, NC sheriff's department and was asking about the Mayodan police dept. The sheriff's dept then had the number of Brian's grandmother's cell phone, gave it to the Mayodan, NC police department who in return called that number twice. Brian did not answer the calls, sent a fax to the police department telling them to get in touch with his attorney & don't call that number anymore. This was about the time that his court appointed attorney, Jones went to the police department and picked up what was supposed to be all of Brian's & his mom's computers that did not have the child porn virus in them and took these to Brian in Martinsville, VA. According to the NC SBI, out of all the computers & hard drives removed from Brian's house on August 28, 2012, they found 1 laptop and 2 hard drives and 1 USB stick which were connected to Brian's computer which had files of interest being downloaded from July 2012 until July 2013 which sounds like a computer virus. This was almost 11 months when Brian did not have his computer after Mayodan police confiscated it. Someone was very upset in 2015 because Brian had filed an appeal after he & his family read the discovery together in January 2015. This was the first time Brian or his family had a chance to read the discovery which was in the possession of the prosecuting attorney since 2013 and his court appointed attorneys in 2014.

Brian's grandparents purchased an adapter so that Brian could hook up this small hard drive to his computer to see what was in it. This happened on Valentine's Day in 2015. Brian came running upstairs in shock. There was childporn in this small hard drive which was in the Mayodan police department in NC. This was the first time Brian had ever seen childporn. He thought it was disgusting. Brian and his family didn't want that trash in their home so Brian's grandfather busted the hard drive into different pieces, got garbage bags for the laptops returned which didn't work and put the pieces in various bags, went to Rocky Mount, VA to eat dinner and stopped at various gas stations and where

there were public trash containers to throw these away from Martinsville, VA to Rocky Mount, VA. This was on a Saturday, and it was snowing. After we got home, Brian came running up with this text he had received:

Case 1:13-cr-00435-TDS Document 71-1 Filed 04/03/15 Page 1 of 6

subject:Fwd: YA......BE......SORRY  *This is a forward and not original.*
From: 2762240862@mypixmessages.com (2762240862@mypixmessages.com)
To: kenstella2007@yahoo.com;  *Original from tbaby@mail2tor.com*
Date: Saturday, February 14, 2015 9:33 PM

Awwwwww.............bet..................ya................found.............our.................little............present////////////////
/in////////////////////////////our........................harrd...................drive........................more.................child..........
........pornz...............a..................comin................we.................will................continuez....................to.......
...........send.................ya..................child..................porn...........you............will.............goto..............pr
ison................BRIAN...................YOU..................BASTARD....................STAY...................AS...................
A....................SEX...............OFFENDER................AND.............
.....GO.................GET.................RAPED...............LIKE...............A.............
.GOOD................SEX.............OFFENDER....................YOU................WILL................NEVER..............WIN......
..........YOU.............WILL.............NEVER..................PROVE..............WHOM................PLANTED................
.CHILD...................PORN.............IN.............YO............DRIVE.............we..............can..........sneak.......
.into.......sue.............baskos...........house................and...........plant..........child.............porn..............in............her..
........hard..........cock...............drive............bitch............and........pedo........bastard.............brian..........pedo............
hill............hahahahahahaha

WE.......WILL---------DO00000000000000MORE6666666666666666TO_____YOU

Page 1/2 - 02/11/2015 - 12:20 PM - Urgent matter regarding criminal threats made to me

## REPORTING THREATENING EMAILS TO THE FBI
**ATTN: Special Agent Adam S. Lee**
1970 East Parham Road
Richmond, VA 23228
Phone: (804) 261-1044
Fax: (804) 627-4494
E-mail: Richmond@ic.fbi.gov
*ATTN: FBI Washington*
*601 4th Street NW*
*Washington, DC 20535*
*Phone: (202) 278-2000*
*Fax: (202) 278-3037*

Dear Adam S. Lee and the FBI Field Office in Washington D.C.,
I regret to inform you that somebody attempted to send threatening emails to me again but this time did it through Susan Basko since I am sure whomever is threatening me has figured out that I cannot use the Internet at this time. I was informed by Susan Basko that forwarded the emails to my mother then my mother gave me the threat email file PDFs which is what I am faxing to you today. I

**Attorney Susan Basko had been sending Brian's grandparents some emails before Valentine's Day about these threats, but they were away from home & had not checked their emails for a few days. The next threat emails were received by her, and the person sending them through TOR MAIL used her name and other names as the sender. Of course, these cowards would never use their own name or**

their own private emails. She sent copies of the threats to the FBI and Brian's court appointed attorney, Jones who never once mentioned them or talked to Brian or Brian's family about them, just ignored it. Of course, they have admitted being the one (ones) who had put this child porn on his computer. Isn't that interesting that Brian is the victim, and they are the true criminals going free to pass this horrible child porn to many different computers & emails. These threats (2 of them) were sent to this federal court in 2014, all of these as soon as received in 2015 and again in 2017 and are being ignored by the prosecution & the judges in the middle district of NC. So they will be sent again all together in 2022 along with proof of civil rights violations and ignoring Americans with Disabilities Acts in the Mayodan, NC police department, jails in Winston Salem, Forsyth County, NC, Greensboro, Guilford County, NC and the Orange Correctional Institution in Hillsborough., NC, attorneys in the Middle District of NC from December. 2013 – November, 2014 and other guilty parties.



These were two of the copies Attorney Susan Basko sent to Brian's grandparents on 2/6/2015 and were printed out and given to Brian to file in court:

```
TELLLLLLLLLLLLLLLLLLLLLLL,,,,,,,,,,,,,,,,,BRIAN................GODDAN..................MOTHAFUCKZ......STOP;
;;;;;;;;;;;;;;;;;;;APPEAL;;;;;;;;;;;;;;;;;;;;STOP;;;;;;;;;;;;;;;;;;IT;;;;;;;;;;;;;;;;;;OR;;;;;;;;;;;;;;;;;;ELSE.............
.......STOP................APPEAL.................IN............DA.............COURT.................HE..............WILLL........
.............NOTT..............WINN...................EVEN.............IF............HE.............DOES................WE.......
.....HAVE..............AUTHORITES,,,,,,,,,,,,,,,,TO.............SET...............HIM...............UP.........WIT............
.....CHILD...............PORN.................AGAIN..............THINK..................ABOUT................IT.................BITCH.
................BEFORE....................YOU....................TESTIFY.................YOU............TOO.........SCOTT........
..............TELL..................BRIAN..............TO.................CUT............HIS................APPEAL............OR........
.......I.................WILL.............SET.............HIM..............UP.............TO...............CUT...................HIM
```

Click here to Reply or Forward

## Case 1:13-cr-00435-TDS Document 71-1 Filed 04/03/15 Page 5 of 6

**Looks like a copy of this was sent to Brian's 2nd attorney who asked the judge if Brian could have everything returned to him that the Mayodan, NC Police Dept confiscated from his house in August, 2012 that did not contain child porn. Someone is very angry that the judge ordered that these items are to be returned to Brian and that Brian has appealed this false conviction.**

BRIAN WILL SUFFER – susbasko@gmail.com – Gmail     2/6/15 4:20 AM

BRIAN WILL SUFFER – susbasko@gmail.com – Gmail     2/6/15 4:20 AM

More

### BRIAN WILL SUFFER    Inbox x

**Stewart Rhodes**     10:25 PM (5 hours ago)

This message may not have been sent by: rhodeslegalwriting@gmail.com   Learn more   Report phishing

```
I.................WARNED.....................YOU.............BITCH..............BRIAN.........................DAVID....................
.HILL................WILL....................SUFFER............AND..................IT...............IS.............HIS............
..............FAULT............FOR...........NOT..............STICKING..............WITH............HIS.
...........PAEDOPHILE...............GUILTY./...............PLEA...........BAD............THINGS..............
..WILL.............HAPPEN..................TO...........HIM........WE............PROMISE..............YOU.................Al
...............IF........BRIAN...............HASNT................ALREADY.............BEEN................DESTROYED...................
YOU.............ALL.................WILL.................NEVER.................REMOVE................HIM...................FROM........
.....SEX..........OFFENDER.
.............LIST............BRIAN.................WILL..................REGRET.................WHAT..................HE....
............FILED..............WITH............THE..............COURT............FUCK............BRIAN............HILL.........HE....
      WILL         PAY      POSSIBLY      WITH     HIS        LIFE.       POLICE      A
```

This message may not have been sent by: modeslegalwriting@gmail.com  Learn more  Report phishing

I.................WARNED................YOU...........BITCH.................BRIAN.....................DAVID..................
HILL................WILL................SUFFER...............AND..................IT..............IS.............HIS..........
.............FAULT...................FOR.........NOT.............STICKING..................WITH..........HIS.
..........PAEDOPHILE................GUILTY./.............PLEA.............BAD...........THINGS.............
..WILL............HAPPEN................TO..............HIM.........WE..........PROMISE..............YOU...............AI
...............IF........BRIAN..............HASNT...............ALREADY.............BEEN..............DESTROYED.............
YOU.................ALL................WILL...............NEVER..............REMOVE..............HIM..................FROM........
.....SEX..........OFFENDER.
...............LIST.................BRIAN...............WILL................REGRET...............WHAT.................HE....
............FILED..............WITH..............THE..............COURT............FUCK............BRIAN............HILL........HE....
......WILL..........PAY............POSSIBLY...............WITH............HIS.............LIFE............POLICE.............A
..................WATCHING.................HIM..........HOWEVER...............WE............ARE.............WATCHING............
HIM..............TOO............EVEN..............IF..........HE.............IS.............UNDER...................
SUPERVISED.................RELEASE..................WE.............CAN.............SEND............
...THOUSANDS.................OF.................CHILD................PORN............TO...............BRIANS.
..................EMAIL..........
..ADDRESS..................AND.................HE............WILL............NEVER.................KNOW.............
.UNTIL.............HE..............IS.............ALLOWED.............ON.........THE.............NET..............THEN./....
..........BOOM.................VIOLATION...............OF...........PROBATION.............THEN...........
......EVEN.................THEY............WILL.............BEAT..............HIM..........UP..................AND................

Case 1:13-cr-00435-TDS   Document 71-1   Filed 04/03/15   Page 6 of 6

---

**Messages** | Photos | Documents

☐ ∨      Archive   Move   Delete   Spam   •••   Sort ∨

**2015**

| | Sue Basko | 🔍 ⭐ Brian; his lawyer 🔍 ...These are just my thoughts. I do... | Inbox | 🗑 |
| | Sue Basko | ⭐ Important about Brian ...account. The person sent it also... | Inbox | 2/24/2015 |
| | Sue Basko | ⭐ Re: Threatening emails ...filter. I put on a filter to block e... | Inbox | 2/17/2015 |
| | me | ⭐ Fw: BRIAN DAVID HILL EMERGENCY ...- IT APPEARS TO ... | Sent | 2/17/2015 |
| | Sue Basko | ⭐ RE: BRIAN DAVID HILL EMERGENCY ...- IT APPEARS TO ... | Inbox | 2/16/2015 |
| | Sue Basko | ⭐ Re: Threatening emails ...of the house, doing something... | Inbox | 2/15/2015 |
| | Sue Basko | ⭐ Re: Did you send an email to us with attachments? ...goi... | Inbox | 2/6/2015 |
| | Sue Basko | ⭐ BAD THREAT EMAILS AGAINST BRIAN ...keep Brian safe,... | Inbox | 📄 2/5/2015 |

**Sue Basko** <suebasko@gmail.com>  
To: mjones@belldavispitt.com, rbhill67@yahoo.com, kenstella2007@yahoo.com  
Mon, Feb 16, 2015 at 10:19 PM

DEAR MR JONES:

I wrote to you before regarding this situation with Brian David Hill. You are handling his appeal. I am copying his mother and grandparents on this email.

Brian is the guy who was set up with child porn via email and then convicted. Someone KEEPS sending me (and others) emails regarding Brian and the threat to set him up with child porn. Tonight I got an email that also contains a jpg with a bunch of pictures on it that look like they might be porn or child porn - -these are tiny pics on one jpg and I cannot really see them and of course, will not click on them to preview or download.

I am copying and pasting the email below. Each set of emails is getting nastier and more threatening and the person is getting more desperate.

YOU NEED TO TALK WITH BRIAN AND HIS FAMILY RIGHT AWAY and I need to make a report to the FBI.

THIS IS WHAT THE EMAIL TONIGHT SAYS - IT APPEARS TO COME FROM ME. of course, it is not from me. Each email set has used a different email address.

**Susan Basko** <BudaBuddy@mail2tor.com>  
to me  
2:57 AM (2 hours ago)

**Brian Hill Threatening Email**  Yahoo/Sent

**Ken & Stella** <kenstella2007@yahoo.com>  
To: kristy_burton@vawp.uscourts.gov  
Cc: rbhill67@yahoo.com, mjones@belldavispitt.com  
Mon, Feb 16, 2015 at 10:29 AM

Good Morning Kristy,

Brian asked us to contact you to let you know what happened to him on Saturday. After getting some of his computer related items returned to him by his attorney, Mark Jones. Mr. Jones picked up Brian's items from the Mayodan Police Department and brought the items to the house on Wednesday, Feb 11, 2015. We were out of town for the week and returned home on Saturday, Feb 14, 2015. We purchased an external hard drive enclosure for Brian to view a laptop hard drive that was in with the items returned. Brian said he did not recognize the hard drive, but it has been over 2 years since he has seen them. He hooked the hard drive up to his computer with a usb cord and found that it contained images of nude children. He came running up to our apartment, shocked, and telling us what happened. This was the first time he had ever seen nude children, and he said some of the files on the hard drive had the same names as those listed in the discovery documents. We immediately asked him to bring us the hard drive so we could destroy it, as we did not want any images like that in this house. Brian was shocked and extremely upset about what he saw on the hard drive. The computer items the Mayodan, NC Police Department returned via his attorney were moldy and were old unusable computers, so at this point we decided to destroy the hard drive and get rid of everything they had returned by throwing it in various trash cans. We then returned home after having

were moldy and were old unusable computers, so at this point we decided to destroy the hard drive and get rid of everything they had returned by throwing it in various trash cans. We then returned home after having dinner out and relaxed for about two hours, again Brian came running up to our apartment telling us he had received a threatening text message on his phone. That message follows at the end of this email. Sue Basko, an internet attorney friend of Brian's also received threatening emails in her email account on Feb 5, 2015, telling her to "stop Brian from his appeal. He will not win, even if he does, we have the authority to set him up with child porn again. Think about it before you testify, you too Scott" (we think they are referring to Brian's second attorney). On another threatening email to Sue Basko, they made it appear to come from Stewart Rhodes of Oath Keepers. This email said "Brian David Hill will suffer it is his fault for not sticking with his pedophile guilty plea bad things will happen to him we promise you he will never be removed from sex offender list Brian will regret what he files with the court he will pay, possibly with his life Police are watching him, we are watching him too even if he is on supervised release we can send thousands of child porn to his email and he will never know until he is allowed on the net then boom violation of probation."

We are taking these threats seriously because he had received threatening emails in March and April of 2013 saying he had been set up with child porn and they had people working for the state of NC who would make sure he would be convicted.

Would it be better for you to contact the FBI about this, or should we contact them, if so can you give us a number and contact person? Brian was so upset he did not sleep at all on Saturday night, and this morning, Monday, Feb 16, his glucose level was 38 when his mother checked it. This is affecting Brian's mental and physical health tremendously and something needs to be done about it. The hard drive that was returned

physical health tremendously and something needs to be done about it. The hard drive that was returned could only have been placed in the container by someone with the Mayodan Police Department as that is where it came from and it was in a sealed evidence container. Whoever sent him the text message knew about the hard drive being placed in the container, and it was the same text style as the messages received by Sue Basko and the ones received by Brian in March and April of 2013.

Only Brian's friends have his cell phone number; however he did call the office of Sam Page, who is the sheriff for Rockingham county. The receptionist he talked to said that she was going to contact the Mayodan Police department. Brian received 2 phone calls from Mayodan on February 5th on his cell phone. The Mayodan police department knows Brian's cell phone number, so we assume they got it from Sam Page's office, since he did not give it to them. The same day that the Mayodan police department called is the same day that Sue Basko got 2 threatening emails.

We are also sending a copy of this email to Brian's mom and his current attorney for the appeal.

Please let us know what else we need to do about this. A copy of the threatening text Brian received is below as well as the original is on his cell phone.

Our sincere thanks,

Ken & Stella Forinash
(Brian David Hill's grandparents)

**Brian's probation officer, Kristy turned out being the one who set Brian up by coming to Brian's grandparents' apartment, very angry aiming her anger at Brian demanding he sit down, would not let him get his insulin shot. Told him the judge contacted her, Brian could not use his cell phone not to even contact his attorney which made Brian angry. She wouldn't let him walk around to ease his anger (autistic meltdown). He was throwing small items on the carpet – not aiming at anyone. Brian's mom, both grandparents & Kristy were in the living room (Kristy standing at the door the entire time. She finally left. She didn't act scared, only angry. Did not call the police, but she did report this to the court to have Brian arrested a month later. In court, she told some lies. She did not tell the court that Brian had his**



grandmother to send an email to her about the threats and the child porn on the hard drive that the Mayodan police gave to Brian's attorney, Mr. Jones. We got a reply back that she was out of the office so that is proof that it did reach her email. See the court transcript from 2015. TRANSCRIPT of Proceedings as to BRIAN DAVID HILL SRV hearing for dates of 6/30/2015 before Judge Thomas D. Schroeder, Court Reporter Document 123 Aug. 21, 2015. There were other emails Brian's grandparents sent to Kristy about these threats. This one was from Susan Basko, and Brian's grandparents sent an email to Kristy on Feb. 17, 2015. See in Pacer court Docket Number: 1:13-cr-00435 Exhibit 24 — Document #293, Attachment #23 District Court, M.D. North Carolina

**EVIDENCE**

Agency: MAYODAN PD
Item No.: MPD - 4  Case No.: 2012-00287
Date of Collection: 8/28/12  Time of Collection: 1400
Collected By: CTBrim
Description of Evidence: COMPUTER HARDWARE & SOFTWARE

Location of Collection: 413 N. 2ND AVE.

Type of Offense: CHILD PORNOGRAPHY
Victim: STATE OF N.C.
Suspect: Brian Hill

Case 1:13-cr-00435-TDS Document 71-2 Filed 04/03/15 Page 6 of 25

TRANSMISSION VERIFICATION REPORT

```
TIME    : 02/20/2015 05:12PM
NAME    : KEN STELLA FORINASH
FAX     : 2766322599
SER. #  : U63838J1F328116
```

```
DATE,TIME       02/20  04:57PM
FAX NO./NAME    18046274494
DURATION        00:14:45
PAGE(S)         14
RESULT          OK
MODE            S.FINE
                ECM
```

Brian's grandparents also sent a lot of information & proof to the FBI in Washington DC, Richmond, VA & Charlotte, NC more than once to do an investigation. Brian also notified the probation office in Greensboro, NC about these threats. His grandparents notified his probation officer via email about it that Valentine's Day weekend during the snow in Feb. 2015.

Page 15 of 19

## Friday, February 20, 2015
## REPORTING THREATENING EMAILS TO THE FBI

**ATTN: Special Agent Adam S. Lee**
1970 East Parham Road
Richmond, VA 23228
Phone: (804) 261-1044
Fax: (804) 627-4494
E-mail: Richmond@ic.fbi.gov

**ATTN: FBI Washington**
601 4th Street NW
Washington, DC 20535
Phone: (202) 278-2000
Fax: (202) 278-3037

*Probation also notified of threats*

N 1/1

Dear Adam S. Lee and the FBI Field Office in Washington D.C.,

I like to report new threatening emails heading my way in an attempt to force me to drop my Appeal in the U.S. Court of Appeals in Richmond, VA. Also I like to file a report with the FBI that Mayodan Police Department had attempted to send me child pornography in what I believe is an attempt to get me under a probation violation and a secondary child porn possession charge. Mayodan Police has taken this war too far against me and my family when they first set me up with child porn in 2012. I have no doubt Mayodan Police is behind the child porn set up attempts in North Carolina. All evidence is in my 6-page declaration I am faxing to you along with a Fax I sent to the Mayodan Police Department and a fax I had sent to North Carolina State Bureau of Investigation legal counsel Angel E. Gray.

This cell phone that Brian was using belonged to his grandmother. I was letting him use it as part of his investigation, and so he could send text to his attorney & friends. At that time we had it fixed so it could not use the internet, only text & phone calls. During the time Brian was using it, I referred to it as his phone. After he received these threats with some photos on Feb. 14, 2015, he contacted his probation officer about it. She came to the house and picked it up with our blessng. We didn't want any of this stuff in our house. She was supposed to have the phone examined, cleaned out and returned to Brian. None of us ever saw the phone again.

## Page 1/6 - 02/15/2015 - 02:29 AM - DECLARATION BY BRIAN D. HILL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 15, 2015.

*Brian D Hill*
Signature  *Signed*

I am Brian David Hill. I have mild autism, Obsessive Compulsive Disorder, Generalized Anxiety Disorder, and Type 1 brittle diabetes. I know I am a victim of a child pornography set up attempt in 2012 that led to my criminal indictment under my criminal case United States of America vs. Brian David Hill, U.S. District Court for the Middle District of North Carolina, Docket #1:13-cr-435-1. I had falsely plead guilty due to ineffective assistance of counsel that threatened me to not getting a time served sentence if I didn't take the plea agreement. Then I had written a letter to Judge Osteen before sentencing with remarks that I had accepted responsibility for the possession of child pornography after Judge Osteen Jr. threatened to take away my acceptance of responsibility which could lead me to getting a harsh prison sentence instead of time served with no absolute guarantee(According to what John Scott Coalter was telling me) that the court would accept my withdraw of my guilty plea and request a Jury Trial. That was why I made multiple admission of guilt statements even though that wasn't the truth. The truth was I was framed with child pornography in 2012.

Around Wednesday February 11, 2015 my Appellate Court appointed Attorney named Mark A. Jones showed up at my residence to return a portion of seized property that was seized by the Mayodan Police Department in North Carolina on August 28, 2012 due to a search warrant executed by the signature of a Forsyth County Judge named Todd L. Burke for the search warrant to be executed in Rockingham County. Forsyth Co. and Rockingham Co. is in North Carolina.

Two detectives involved with the search and seizure that I personally spoke to on the day of the police raid and even the day after was Mayodan Police Department Detective Sergeant Christopher Todd Brim, and the other was Reidsville Police Detective Robert Bridge.

Before my first phone conversation with Mark A. Jones, Mayodan Police had attempted to call the cell phone two times that I am using for the purpose of working on my legal case and contacting others in attempts to organize legal efforts to find legal remedies to relieve me from my wrongful conviction. The two times that the Mayodan Police(336-548-6038) attempted to call my cell phone number was during 1:52PM on Feb. 5 and 10:58AM, Feb. 5, in 2015. I had attempted to call back that number assuming it had something to do with the court reporters transcript issue for the U.S. Court of Appeals

Case 1:13-cr-00435-TDS Document 71-2 Filed 04/03/15 Page 11 of 25

Copy and pasted from Susan Basko email for Brian to report to the FBI:

----- Forwarded Message -----
**From:** Sue Basko <suebasko@gmail.com>
**To:** mjones@belldavispitt.com; Roberta Hill <rbhill67@yahoo.com>; Ken & Stella <kenstella2007@yahoo.com>
**Sent:** Monday, February 16, 2015 10:19 PM
**Subject:** RE: BRIAN DAVID HILL EMERGENCY

DEAR MR JONES:

I wrote to you before regarding this situation with Brian David Hill. You are handling his appeal. I am copying his mother and grandparents on this email.

Brian is the guy who was set up with child porn via email and then convicted. Someone KEEPS sending me (and others) emails regarding Brian and the threat to set him up with child porn. Tonight I got an email that also contains a jpg with a bunch of pictures on it that look like they might be porn or child porn --these are tiny pics on one jpg and I cannot really see them and of course, will not click on them to preview or download.

I am copying and pasting the email below. Each set of emails is getting nastier and more threatening and the person is getting more desperate.

YOU NEED TO TALK WITH BRIAN AND HIS FAMILY RIGHT AWAY and I need to make a report to the FBI.

THIS IS WHAT THE EMAIL TONIGHT SAYS - IT APPEARS TO COME FROM ME. of course, it is not from me. Each email set has used a different email address.

Susan Basko <BudaBuddy@mail2tor.com>     2:57 AM (2 hours ago)

to me

WE.............PLACED.............CHILD.................PORN................THE..............HARD
.............DRIVE............WHICH...............WAS..............GIVEN...............TO...............
BRIAN...........DAVID...........HILL..............SO............WE............HAVE............BRI
AN.........ON.........POSSESSION.............AGAIN............AND...........HIS..................
..FUCKASS............ATTORNEY............ON..........DISTRIBUTION.............BRIAN...........
WILL...........GO...........DOWN.........HE..........WILL.......BE..........IN............PRISO
N.............FOR..........LIFE............ALONG............WITH.............HIS.........APPEA
L................ATTORNEY.................SO.............YOU.........HAVE...............TWO................O
PTIONS

OPTION............ONE.............YOU...........TELL.............BRIAN............HE.............BE
TTER...............DROP.............HIS............APPEAL............OTHERWISE...............WE.
...............CALL.............THE...............FBI.............AND...............TELL..............THEM.......

Case 1:13-cr-00435-TDS Document 71-2 Filed 04/03/15 Page 21 of 25

..........WHAT.............CJHILD................PORN.............WAS...........ON.............THE
...............HARD..............DRIVE...............HE...............RECEIVED..................

OOOR............OPTION............TWO............BRIAN................WRITES.............A...........IN
CRIMINATING............LETTER.............ABOUT.............HOW..........HE.........DOES....
..........HAVE...........AN...........ADDICTION.............TO............CHILD............PORN.........
.....AND..............HAS.............A............FETISH............WITH...........STICKING................C
OCKS..........IN.............LITTLE..........GIRLZ..............NASTY................BUTTS........
.....THEN..............HE............ENDS.........HIS...........APPEAL............................HE........
......NEEDS...........HELP.............AFTER................ALL................YOU...............NEED..
..........HELP............TOO...........SUSAN...........MAYBE...........A.............GOOD.........
......MENTAL.............HOSPITAL
..............FOR.............YOU...........WE............HAVE............ACCESS.............TO..........
...HIS.........PROPERTY.............AND............CAN..............PLANT...........CHILD...........
..PORN............ON............ANY..........OF..............EM

REPORT...............THIS...............TO...............FBI...............AND...............WE...............WILL
...............REPORT...............YOU...............BRIAN...............HIS...............ATTO
RNEY...............AND...............HIS...............FAMILY...............AND...............TELL...............THE
...............FBI...............THEY...............LIKE...............TO...............MASTURBATE...............AS
A...............FAMILY...............TO...............CHILD...............PORN...............FLICKS
WE...............HAVE...............EVIDENCE...............TO...............GET...............ANOTHER...............CON
VICTION...............ON...............BRIAN...............HILL...............YOU...............CANT
...............PROVE...............ANYTHING...............WITH...............EMAILS...............WHICH...............CAN
...............DISAPPEAR
...............AFTER...............YOU...............READ...............EM...............OR...............WE...............NOBODY
...............WILL...............EVER...............BELIEVE...............YOU...............BITCH...............WE
...............KNOW...............CHILD...............PORN...............GOT...............INTO...............BRIANS...............P
OSSESSION...............LAST...............WEEK...............WE...............WILL...............SEND
...............MORE...............THEN...............HE...............WILL...............TECHNICALLY...............B
E...............GUILTY...............AGAIN...............JUDGE...............OSTEEN...............WILL
...............CONVICT...............HIM...............AGAIN...............AS...............WE...............WILL...............MA

...............CONVICT...............HIM...............AGAIN...............AS...............WE...............WILL...............MA
KE...............SURE...............OSTEEN...............IS...............PROCIDING...............JUDGE
...............OVER...............BRIANS...............N
EW...............INDICTMENT.

MORE...............CHILD...............PORN...............IS...............COMING...............THEN...............MO
RE...............CHARGES...............WILL...............BE...............BROUGHT...............BITCH

Page 1/1 - Feb 5, 2015 - 02:43 PM - **NOTICE TO MAYODAN POLICE**

**NOTICE TO MAYODAN POLICE DEPARTMENT DETECTIVE TODD BRIM**
Thursday, February 5, 2015

Mayodan Police Department
101 North 3rd Avenue
Mayodan, NC 27027

Phone: (336) 548-6038

Dear Detective Todd Brim,


Dear Detective Todd Brim,

I have noticed that today around 1:52PM(Feb 5) and 10:58AM(Feb 5) in 2015, you have attempted to call the phone number (276) 224-0862 two times however that phone number belongs to my grandparents and I am just using it for only official legal business in regards to my criminal case. Under the procedures of professional legal conduct during the Appeal of my criminal case U.S.A. v. Brian David Hill while it is still open, I am not permitted to talk to you over the phone so all communications to me must be in writing. You can write me via mail or write to my attorney of record in my criminal case. Any matters pertaining to my criminal case over the phone will not be answered with exception to the phone conversation being recorded under official record. If the call is in regards to the return my most of my seized property then you should get in touch with my attorney of record to notify him/her of such notification.

Thank You!

Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

Brian D. Hill
Signed