# ATTACHMENT 6: "5 INVESTIGATION 1.pdf"

For "MEMORANDUM OF STELLA FORINASH AND KENNETH FORINASH IN FAVOR OF ACTUAL INNOCENCE OF BRIAN DAVID HILL; IN SUPPORT OF WHY BRIAN DAVID HILL SUSPECTS BLACKMAIL OF "JUDGES" AND "OFFICIALS"; AND IN SUPPORT OF GROUND VI - UNCONSTITUTIONAL INTERFERENCE WITH THE STATE COURT PROCESS AND/OR UNWARRANTED USURPATION OF POWER AGAINST THE STATE COURT PROCESS IN VIOLATION OF THE TENTH AMENDMENT OF THE UNITED STATES CONSTITUTION; AND IN SUPPORT OF 2255 MOTION (DOC. #291)"

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



# INVESTIGATION 1

Petitioner is correct that there is an actual innocence exception to the one-year time limitation. *McQuiggin v. Perkins*, 133 S.Ct. 1924, 1928 (2013). However, to establish actual innocence, "a petitioner must show that it is more likely than not that no reasonable juror would have found petitioner guilty beyond a reasonable doubt." *Schlup v. Delo*, 513 U.S. 298, 327 (1995); *see McQuiggin*, 133 S.Ct. at 1935. "[S]uch a claim requires petitioner to support his allegations of constitutional error with new reliable evidence—whether it be exculpatory scientific evidence, trustworthy eyewitness accounts, or critical physical evidence—that was not presented at trial." *Schlup*, 513 U.S. at 324. Petitioner has not met this high burden.

Beyond this, Petitioner has repeatedly admitted to possession of child pornography.

## WORDS – No Actions but only thing this court wants to hear, they ignore "AUTISM" and "Brittle type 1 Diabetes"

### IN CRIMINAL JUSTICE SITUATIONS

- **May not understand rights or warnings**
- **May become anxious in new situations**
- **May not understand consequences of their actions**
- **If verbal, may produce false confession or misleading statement**

**https://autismriskmanagement.com**

**https://www.polfed.org/WestMids/media/1938/interview-and-interrogation-of-people-with-autism.pdf**

Higher-functioning or more independent individuals with autism may live alone or without constant supervision, be able to drive or use public transportation, hold a job, and enjoy leisure activities. They may possess apparently normal verbal skills but be deficient in comprehension, social awareness, and decision-making. They may appear as quite normal at first, but the symptoms, behaviours, and characteristics - for example, providing blunt or tactless answers, changing the subject, or being unable to understand or accept a rational answer - will become apparent to the educated investigator. However, without an understanding of the disability it will be easy to misinterpret the information provided as an indicator of guilt.

## Memory Skills

Interrogators should understand that the person with autism may have highly developed memory skills. The person may have learned to commit facts or the statements of others to memory: This rote skill may allow him or her to quickly assimilate and regurgitate data. The individual may be more proficient in his or her expression of these facts than in comprehension of them. He or she may have developed a sophisticated form of echolalia, echoing and repeating the words of others. For example, the person with autism could memorize the allegations of a citizen overheard at the scene, facts inadvertently provided by a first-responding officer, and details of some of the circumstantial evidence that an interrogator has revealed during questioning. Under these circumstances, the person with autism could provide a very convincing untrue statement or false confession. At the least, this knowledge could be misconstrued as real familiarity of facts that only a guilty person could know.

The interrogation techniques of friendly-unfriendly interrogators have the potential to produce false confession from such persons. 'The friendly-unfriendly act is particularly appropriate in the interrogation of a subject who is politely apathetic - the person who just nods his head as though in agreement with the interrogator, but says nothing in response except possibly a denial of guilt' (Inbau and Reid 1967, p.64). The person with autism may involuntarily give an interrogator the impression that he or she is apathetic, and may deny guilt because he or she is innocent.

Some other factors investigators may consider:

- Be sure the subject understands his or her legal rights.
- Saying yes is not the same as understanding them. To the concrete thinker 'waiving your right' may mean waving your right hand.
- To avoid confusion, ask questions that rely on narrative responses.
- Asking yes or no question is an essential and important element of determining guilt. But consider asking a series of yes or no questions to determine the style and dependability of the response. Then ask the key yes or no questions.
- Seek the advice of a psychiatrist or psychologist who is familiar with autism. Consider contacting a specialist in autism from outside the criminal justice system.
- Seek the advice of a prosecutor. You have a job to do and want to perform it in the best way possible. With their unusual responses to your questions, the higher-functioning person with autism may challenge all of your training.
- Follow procedure, but also follow your gut instincts if you feel that something isn't 'quite right' with the subject of your investigation. Like the old adage, if the statement or confession is too good to be true, it probably is.

**Back to Brian's family's answer as to why Brian said he was guilty of Possession in June, 2014.  It was explained to Brian's family that if you owned something when child porn was found on it, you are guilty of possessing this, not saying you are guilty of putting it there.  In 2012 Brian was guilty of owning this computer for the 7 days (Police report) 1 month 8 days (NC SBI report – items of interest) that it was on his computer (neither he nor his family saw it, but he was the owner for that one month and 8 days – assuming the police wasn't lying about child porn on his computer).  None of us were allowed to see the NC Bureau of Investigation discovery, but when we did see it in January, 2015 we found out that the Mayodan, NC police department and the NC SBI in Greensboro, NC were guilty of possession for the next 11 months that child porn or items of interest were downloaded.**

**After Brian and his family saw the discovery in 2015 about the child porn (items of interest) being downloaded for a year (11 months of that year, this computer was with the police & the NC SBI, Brian appealed his case.**

Mayodan, NC police report on 8/29/2012 at 11:23 AM until 12:21 PM    (Lunch time – this diabetic with autism had not eaten lunch & police knowing he was a diabetic who used insulin and had autism) started out with this question:

## Interview of Brian David Hill

Q. What is your computer usage and knowledge?
A. I download movies, programs and music.
Q. What type of download software do you use?
A. I use bit torrent programs, like eMule. I only download. I don't share.
Q. Does your mom ever get on your computer?
A. No.
Q. Did you use any other computers to download files?
A. Yes. But I use my black Toshiba the most.
Q. What is your email password?
A. ██████████, admin@uswgo.com
Q. How long have you been downloading and viewing child pornography?
A. About a year or so.

**Case 1:13-cr-00435-TDS Document 132 Filed 11/14/17 Page 7 - 8 of 103**

They first ask him what is his computer usage, then they ask him how long has he been downloading child pornography?  Police are now talking about child porn, but Brian is talking about movies, programs & music.  That he is downloading these & not sharing.  He won't let anyone touch his computer due to his OCD.  If any of us accidently touches it, he has to wash it and germ proof it so he can use it.    His mom explains more in her witness testimony in November. 2017.  Please have all of this investigated.  Have a medical expert who knows about insulin dependent type 1 brittle diabetes, OCD and high functioning autism spectrum disorder (ASD) to examine this & be a witness about their findings.   Brian and his family thank you in advance.    Brian is using words that we have never heard him use but proves a good case for his criminal charge making sure that the grand jury knows nothing about his disabilities in November 2013 Grand Jury hearing only one side against Brian.  If you were not presented the true facts about his disabilities, he does look guilty.  What he later says is the part of his autism where he is just repeating what the police are saying.  There's a reason why the government attorneys did not want his family or an expert medical person to hear that tape, but we feel like if they read all of this and are aware that it is during lunchtime the day after the police raid, they can just figure it out from reading this & knowing about his disabilities.  It would be great though if they can hear the hour long tape.

PAGES 7- 8; 10 - 12   Document 132     Doc. 37  Pages 1 – 2, 13-18

Detectives determined the IP address 24.148.156.211 was first logged into the Child Protection Systems (CPS) undercover system by the automated tools on July 20, 2012 offering to participate in the distribution of child pornography.  Between July 20, 2012, and July 26, 2012, the IP address 24.148.156.211 was logged, showing a continual pattern of child pornography, by the automated tools.
Mayodan, NC Police Report – August 22, 2012

**NOT a YEAR or so, ONLY 1 WEEK (JULY 20, 2012 – JULY 26. 2012)**

Case 1:13-cr-00435-TDS   Document 307-6   Filed 04/20/22   Page 4 of 39

## Do the WORDS match the FACTS?

See who really put this virus on Mr. Hill's laptop computer, 2 hard drives and 1 USB stick on Page 15 of this document as well as the PDF called "THREATS". Of course the cowards are not going to use their real name as they brag about knowing the "Right" people in NC and that they put it on his computer. They will face their day of judgment in a higher realm. Their actions hurt children, the disabled as well as freedom of speech in the USA.

**SBI CASE NUMBER: 2012-02146 (915)**

**SYNOPSIS:**

Limewire/Frostwire, Luckywire, Shareaza Search Keywords, and Usenet Binary Files.

The results of the analysis are as follows:

Ares Search Keywords: One search keyword "very sexy"

eMule Known.met: The Known.met saves all files eMule knows of whether they are shared files, files currently in the download list, or downloaded in the past. For every file, information like file size, file name, hash sets, hash values, and some statistics are saved. From the analysis, this record showed that 454 files had been downloaded with the eMule program between July 20, 2012, and July 28, 2013. This record also showed that files were shared with other users and the number of times each file was shared.

NC SBI report – 454 files had been downloaded with emule program
July 20, 2012 until July 28, 2013 (Police took this computer on August 28, 2012).

### NOT a YEAR or so, ONLY 1 MONTH & 1 WEEK (JULY 20, 2012 – JULY 28, 2013)
### Do the WORDS match the FACTS? (July 20, 2012 – August 28, 2012)

On Tuesday, August 28, 2012 at 1400 hours, Chief Charles Caruso, Captain Donnie Barker, Sergeant Jason White, Officer Wayne Williams, Detective Robert Bridge and I executed a search warrant for Roberta Ruth Hill, Brian David Hill and the premises and property located at 413 North 2nd Avenue in Mayodan, North Carolina.

## INTERVIEW & INTEROGATION OF PEOPLE WITH AUTISM by Dennis Debbaudt
**PAGES 10-12    Document 132    Filed Nov. 14, 2017**

**BitTorrent From Wikipedia          PAGES 14-32   Doc. 132**

**Emule from Wikipedia          PAGES 33-37   Doc. 132**

Page **4** of **38**

Photos the Mayodan, NC police took of things in his house during the police raid on 8/28/2012. From these photos it looks like Brian's insulin pen, the laptop & one of the two hard drives and the USB stick. Most of the time Brian had one or two hard drives and a USB stick connected to his laptop. **PAGES 39-40** **Document 132**

Copy of an email Brian sent to the Mayodan, NC town council on 3/12/2012 proving he was connected with his town hall meetings at this time. Videos on his USWGO YouTube Channel also proves it (<u>4 MONTHS BEFORE THE CHILD PORN SET UP</u>): **DOC 132 PAGE 42**

On August 29, 2012, while my mother was being interviewed I was alone sitting in the police station. Chief Caruso showed up then told me "This is serious", "I knew about the article you written on the town council", "what you said was slander", "I never made you leave I only asked you to leave." I was scared I was afraid I lost my will to defend myself verbally. I told the detectives what I believe they wanted to hear because of the threat. Had I not been threatened and coerced, I would have invoked my right to remain silent, then leave the interview. My confession was not 100% truthful and was under duress.

Case 1:13-cr-00435-TDS Document 28 Filed 09/03/14 Page 4 of 11

https://www.courtlistener.com/docket/4304407/28/united-states-v-hill/

**Investigation report from Mayodan, NC police Dept on Aug. 22, 2012 proving they knew Brian was disabled (He was 22 not 24); Correction: one of the police was from Reidsville, NC and the other one was from Mayodan, NC. <u>Interesting that they use the same words that Brian used (echolalia)</u> referring to <u>PTSC & PTHC and what they mean</u>, (see pages 6-8 of Document 132). They admit that they hacked into Brian's computer on 8/22/2012.**

While in Detective Bridge's office, he showed me the webpages and downloaded files that were retrieved by the ICAC software. The videos downloaded by the Hill's IP address (24.148.156.211) were child pornography, commonly referred to as Pre-Teen Soft Core (PTSC) and Pre-Teen Hard Core (PTHC). I personally viewed a five second segment of each video and confirmed that it was child pornography.

**Aug. 22, 2012 in the search warrant given to Roberta & Brian on 8/28/2012**

Page **5** of **38**

**Brian's family had never heard those terms and never heard Brian use them. Have the medical autism expert to see these then go back and read what is typed here that Brian told these same 2 police at the Mayodan, NC police station on 8/29/2012. Page 7 Document 132**

Page 2

[BH]

Q. How many child images do you think you currently possess?

A. 100+.

Q. What type of files do you search for in your file sharing programs?

A. PTHC and PTSC.

Q. What does that stand for?

A. Preteen Hardcore and Preteen Softcore.

Q. Do you think child pornography is wrong?

Page 15

*r_supp3*

### INCIDENT/INVESTIGATION REPORT

| Narr. (cont.) OCA: 2012-00287 | *Mayodan Police Department* | Page 3 |
|---|---|---|

North 2nd Avenue.

While in Detective Bridge's office, he showed me the webpages and downloaded files that were retrieved by the ICAC software. The videos downloaded by the Hill's IP address (24.148.156.211) were child pornography, commonly referred to as Pre-Teen Soft Core (PTSC) and Pre-Teen Hard Core (PTHC). I personally viewed a five second segment of each video and confirmed that it was child pornography.

**(PTSC & PTHC) in the report given to Brian & he repeated it the next day from memory**

### CASE SUPPLEMENTAL REPORT
*NOT SUPERVISOR APPROVED*

Printed: 12/16/2014 10:18

| *Mayodan Police Department* | | OCA: *201200287* |
|---|---|---|

| THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY | | |
|---|---|---|
| Case Status: *CLOSED/CLEARED* | Case Mng Status: *CLEARED BY ARREST BY* | Occured: *08/22/2012* |
| Offense: *SECOND DEGREE SEXUAL EXPLOITATION OF A MINOR* | | |

| Investigator: *BRIM, C. T. (374)* | Date / Time: *08/28/2012 09:40:00, Tuesday* |
|---|---|
| Supervisor: *BRIM, C. T. (374)* | Supervisor Review Date / Time: *NOT REVIEWED* |
| Contact: *Brim, C T*<br>*101 North 3rd Avenue, Mayodan*<br>*336-548-6038* | Reference: *Investigative Progress* |

On Tuesday, August 28, 2012 at 0940 hours, Detective Robert Bridge and I met with Rockingham County Chief Assistant District Attorney Julia Hejazi and reviewed the search warrant. Ms. Hejazi made some minor grammatical changes to the search warrant. Detective Bridge retyped it in the District Attorney's Office before it was presented for approval.

**Of course, they would go to the District Attorney's office to check over all of this because the assistant district attorney (Mr. Hill's investigation (USWGO) in 2013) was Detective Bridge's sister. Who was her boss, who was the actual County District Attorney? Mr. Hill discovered he was the son of the Mayodan,**

Page **6** of **38**

NC town attorney, Phil Berger Sr, the same man that USWGO (Brian Hill) had been writing investigating and writing negative articles about his dad. Mr. Hill was also doing an investigation into the Mayodan chief of police, police detective, C.T. Brim's boss and writing negative articles on him as well. Yes, we have proof. This is not delusional. Phil Berger Sr. & Jr. are both attorneys in the middle district of NC. Maybe this explains why no attorney helped Brian and made sure none would. The proof is already included in the court records on Pacer after June 10, 2014 (trial date). **Document 36 Page 20 to 21.**

What would be the chance that you would be at your home fighting a virus on your computer all morning, and in the early afternoon, there is a knock on the door, and there stands the very same police chief who by force made you leave a public town hall meeting when you as a reporter who gave a petition, signed by many concerned citizens to this person (Mayodan town attorney but also a state senator of NC 2 months before. In the video, Mr. Hill went up to ask him (Mr. Berger) a question about it on his microphone to share his answer with the citizens who signed that petition less than 50 days before this raid. My first thought is "This is a setup" as I thought about that video of him that USWGO (Brian) put on his YouTube channel. We all noticed that he kept telling Mr. Hill to "fess up to downloading child porn". He said that there were 2 people who lived here, and he didn't think it was Brian's mom. This information is in court records more than once after June, 2014.



Reporter forced back by Mayodan Police for asking Senator Phil Berger a question

1,659 views • Jul 10, 2012          👍 32    👎 DISLIKE    ↗ SHARE    ≡+ SAVE    ...

Note Date July 10, 2012 USWGO:  https://www.youtube.com/watch?v=Gau-QgLBhEg

Mayodan, NC police chief, Charles Caruso's photo is on USWGO's YouTube video on July 10, 2012 – child porn is being downloaded on Mr. Hill's computer on July 20, 2012 and this very same police is at Mr. Hill's house on August 28, 2012 as the Mayodan police remove all videos and all of USWGO's articles and photos. You can also see him watching Mr. Hill for an entire hour on July 9, 2012, Go to this YouTube page: https://www.youtube.com/watch?v=e2w7FsKiiQ8

**Case Status:** *CLOSED/CLEARED*  **Case Mng Status:** *CLEARED BY ARREST BY*  **Occured:** *08/22/2012*

**Offense:** *SECOND DEGREE SEXUAL EXPLOITATION OF A MINOR*

---

**Investigator:** *BRIM, C. T. (374)*  **Date / Time:** *08/28/2012 14:00:00, Tuesday*

**Supervisor:** *BRIM, C. T. (374)*  **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:** *Brim, C T*  **Reference:** *Investigative Progress*
*101 North 3rd Avenue, Mayodan*
*336-548-6038*

---

On Tuesday, August 28, 2012 at 1400 hours, Chief Charles Caruso, Captain Donnie Barker, Sergeant Jason White, Officer Wayne Williams, Detective Robert Bridge and I executed a search warrant for Roberta Ruth Hill, Brian David Hill and the premises and property located at 413 North 2nd Avenue in Mayodan, North Carolina.

Captain Barker and Officer Williams secured the sides of the residence. Sergeant White and Detective Bridge secured the rear of the residence. Chief Caruso and I approached the front of the residence.

I knocked on the front door and was greeted by Roberta Hill. I walked into the residence and announced that I had a search warrant for the property. Brian Hill was sitting on the coach with his black Toshiba laptop computer in front of him. Ms. Hill's parents were also present and sitting on the coach beside Brian.

I told Ms. Hill that I was searching the residence for computers and hard drives (HD) that may contain child pornography. Detective Bridge explained that computers associated with their IP address (24.148.156.211) were being used to download pornographic images and videos of children. At that point, Brian put his head down in his hands and started shaking his head. He said, "I can't believe...." and Detective Bridge stopped him. Detective Bridge told him that he would have an opportunity to speak with us when the search was completed.

**Brian had predicted this would happen after the episode with Chief Caruso at the Mayodan town hall meeting on July 9, 2012. That is the reason he reacted that way when the police knocked on his door from threats from the police on 7/9/12. He wrote an article about that on July 12, 2012 (8 days before the child porn set up) that the police were harassing his mom now. They were upset about that video and the articles on USWGO & other news outlets.**
**https://www.youtube.com/watch?v=Gau-QgLBhEg**

**Here is Mr. Brian Hill (USWGO) speaking at the Mayodan, NC town hall meeting on July 9, 2012. Mr. Hill had attended the Match, April & May meetings.**



July 9, 2012 Mayodan Town Council Meeting https://www.youtube.com/watch?v=e2w7FsKiiQ8
Senator Philip Berger Sr is here too.    11 days AFTER this a child porn virus was placed in
Brian's computer on July 20, 2012 according to the Mayodan, NC police and the NC SBI.



July 9, 2012 Mayodan Town Council Meeting

Mayodan police chief, Charles Caruso was there too watching Brian an entire hour.
Brian was sitting in the first row.    https://www.youtube.com/watch?v=e2w7FsKiiQ8



**Author**

Topic: The Police are harassing my mom now (Read 2639 times)

0 Members and 1 Guest are viewing this topic.

**uswgo**
Guest

The Police are harassing my mom now
« on: July 12, 2012, 07:57:02 PM »

I have to get on the Alex Jones Show even for just a 15 minute segment.

Because of telling people what the chief of police did to me my mom is now being harassed by the police chief

When my mom was walking down to the Dollar General store right close to downtown, a police van start driving up to where my mom was walking on the sidewalk and start asking her questions.

They told her that a girl was walking down the sidewalk and asked if she seen her and she said no.

**"The Police are harassing my mom now" July 12, 2012 To read more, go to Document 132 Pages 78-81**

**From July 10-Aug. 28, 2012 Brian was afraid the police would try to do something to set him and/or his mom up with a fake crime, and was writing articles about that, so that was why he "put his head down in his hands and started shaking his head" as the policeman had observed. This just proved to him that his instincts were right.**

> **Subject:** What does it take to get on the town council election ballot?
> **From:** Brian Hill <admin@uswgo.com>
> **Date:** 7/12/2012 11:53 PM
> **To:** Lessa Hopper <mhopper@townofmayodan.com>
> **X-Account-Key:** account1
> **X-UIDL:** GmailId1387e78491f09fa6
> **X-Mozilla-Status:** 0001
> **X-Mozilla-Status2:** 00000000
> **MIME-Version:** 1.0
> **Received:** by 10.114.36.138 with HTTP; Thu, 12 Jul 2012 20:53:28 -0700 (PDT)
> **X-Originating-IP:** [24.148.156.211]
> **Delivered-To:** admin@uswgo.com

**This is one of many emails Brian sent to members of the Mayodan, NC town council including the Mayodan police chief. Note in this email from Brian dated 7/12/2012, his IP in this email 24.148.156.211 matches the IP that was used during the police raid on 8/28/2012. See above IP# 24.148.156.211. We found this IP address in all of Brian's emails including the ones he sent to his grandparents.**

The IP address 24.148.156.211 was first logged in the CPS undercover system by the automated tools previously described on 07/20/2012 offering to participate in the distribution of child Pornography known to me. Between 07/20/2012 and 07/26/2012, the IP address 24.148.156.211 was logged, showing a continual pattern of child pornography, by the automated tools. That IP address was logged as offering to participate in the distribution of 3 files of known or suspected child pornography during that period of time. Of those 3 files logged your affiant has seen in prior investigation and can attest that he knows personally that 2 of them are indeed child pornography as defined by the North Carolina General Statutes. The other 1 are known by other officers participating in the undercover operation to be child pornography. The 2 that are known by your affiant can be described as follows:

Case 1:13-cr-00435-TDS Document 84-2 Filed 04/27/15 Page 20

Page **10** of **38**

"None of the children have been identified as part of a known series by the National Center for missing and exploited children (NCMEC)" Document #33, Filed 09/16/2014, Page 6 of 26

### APPLICATION FOR SEARCH WARRANT

I, Sergeant Todd Brim, Mayodan Police Department

(insert name and address, or if law enforcement officer, name, rank and agency)

being duly sworn, request that the Court issue a warrant to search the person, place, vehicle, and other items described in this application and to find and seize the property and person described in this application. There is probable cause to believe that *(Describe property to be seized, or if search warrant is to be used for searching a place to serve an arrest warrant or other process, name person to be arrested)*

Attachment A

(and)

☐ (Name and/or describe other places or can

The applicant swears or affirms to the for the issuance of a search warrant:
Attachment C and Attachment D

SWORN/AFFIRMED AND SUSCRIBED TO BEFORE ME    Date 8/28/12

Date 8/28/12

Signature

Name Of Applicant (Type Or Print) Todd Brim Robert Brid

Signature Of Applicant Brim Bridge

☐ Magistrate   ☐ Dep. CSC   ☐ Asst. CSC   ☐ Clerk Of Superior Court   ☐ Judge

☐ In addition to the affidavit included above, this application is supported by additional affidavits, attached, made by Det. Robert Bridge, Reidsville Police Department

Case 1:13-cr-00435-TDS Document 84-2 Filed 04/27/15 Page 2 - 3 of 23

## ATTACHMENT A    ITEMS TO BE SEIZED

Case 1:13-cr-00435-TDS Document 84-2 Filed 04/27/15 Page 4- 5 of 23

## ATTACHMENT B    DESCRIPTION OF PLACES TO BE SEARCHED

Case 1:13-cr-00435-TDS Document 84-2 Filed 04/27/15 Page 6 - 7 of 23

Attachment C   Doc 84-2   Pages 8-9

Attachment D   Doc 84-2   Pages 10-23

This is the search warrant given to Roberta Hill & Brian Hill on 8-28-2012. Brian read it, memorized parts of it and repeated to the police on 8-29-2012 according to the police the part that says "

On Wednesday, August 22, 2012 at 1400 hours, Reidsville Police Detective Robert Bridge contacted me in reference to a child pornography case in the Town of Mayodan, North Carolina. According to Detective Bridge, he discovered that an IP address registered to Roberta Hill was being used to download and view child pornography. Detective Bridge is a member of the Internet Crimes Against Children (ICAC) Task Force. He has received training and resources to successfully investigate cybercrimes involving child pornography.

Detective Bridge requested that I confirm that no other "Wi-Fi" signals were in the area of the Hill residence, located at 413 North 2nd Avenue in Mayodan, North Carolina. Furthermore, he requested that we confirm any known occupants of the residence. Through my knowledge and previous experience, I know the residence is occupied by Roberta Hill and her son, Brian D. Hill. I drove to the residence and confirmed that no unsecured "Wi-Fi" signals were present at the time of this affidavit. I also checked the utilities and confirmed that Roberta Hill resides and the aforementioned address.

Case 1:13-cr-00435-TDS Document 84-2 Filed 04/27/15 Page 9 of 23

Your affiant then selected the option to monitor a particular IP address; in this case 24.148.156.211 on July 20, 2012. When the IP address was online in the eDonkey Network, your

Case 1:13-cr-00435-TDS Document 84-2 Filed 04/27/15 Page 19 of 23

Going back to **PAGE 46-47**   These 2 police detectives admit to hacking into someone's computer, viewing child porn and using the exact same description that Brian used 7 days later; exact words during his interrogation.   Congratulations to these 2 police detectives & to their police chief.   They got this person (Autism - Developmental disability) breaking Americans with Disability Act law by interrogating him alone at lunchtime – brittle diabetic getting insulin shots for 20 years at this time without checking his glucose or asking him or his mom to do that) to say he is guilty.   This needs to be investigated too. Was he really guilty?   Later, we get that answer.   Hint.   If he was guilty, why did it continue being downloaded for 11 months after the police got it?   His family knew he wasn't guilty.   He never talks to kids, didn't like kids because they are loud, didn't like Walmart for the same reason – too loud.   He & his mom go to Walmart quickly to get what they need, then they're out of there.   Going further one of these police says he is familiar with 2 of the 3 child porn, yet the federal government says they are unknown files.   (More proof coming).   After they hacked into our grandson's computer, viewed illegal files, used the same terms Brian conveniently used, they got a search warrant.   I might add, they got the search warrant from a judge in another county in Winston Salem, NC AFTER hacking into Brian's computer.

This is a photo of Brian with the Mayodan, NC attorney at the Mayodan town hall meeting months before the 2 policemen hacked into Brian's computer & claimed that Brian was downloading child porn.   He is Phil Berger Sr. and is also an NC state senator.   **PAGE 52**  **One of the police (Bridge) in the above report on pages 7-8 & 46 & 47 is a brother to the woman who had worked for Mr. Berger's son for years**

<u>Rockingham County District Attorney</u>. **Our family as private investigators found this & other things out.**
**Document 132.**

**<u>Page 53</u> shows Brian in 2012 holding a black camera while interviewing someone in 2012 for USWGO.**
**Document 132**.

<u>Page 57</u> **shows the sister on Facebook of one of the detectives who hacked into Brian's computer, interviewed him (breaking the Americans with Disabilities laws). Her name was Melanie Bridge in 2012. She worked at the Rockingham County District Attorney's office. <u>Page 58</u> her brother is Robert Bridge. There is a child on his facebook page wearing a police cap. <u>Page 62</u> is a better photo of Robert Bridge's <u>public</u> Facebook page. Page <u>57 & 63</u> shows his sister's public facebook page with her photo and the title: <u>"Assistant District Attorney at Rockingham County District Attorney's Office</u>.     Document 132**

A message from Brian right after the police escorted Brian out of the Mayodan Town Hall Meeting when Brian went up to ask Senator Berger a question, and Brian put the video up on his USWGO YouTube page. We all noticed in the video the reporter from Rockingham County was still there. This is Brian's 27 second video: <u>"Reporter forced back by Mayodan Police for asking Senator Phil Berger a question"</u> **1655 views <u>July 10, 2012</u>.** https://www.youtube.com/watch?v=Gau-QgLBhEg

<u>PAGE 78-81, 86-88</u> **Brian Hill writes on July 12, 2012 at 7:57 PM** "<u>The police are harassing my mom now</u>". **He said that the more the police harass him, he will capture more photos of police corruption & abuse in Mayodan, NC. He said that the police were harassing them now and trying to get him incarcerated". Interesting that a few days after this, there is child porn on his computer, according to the Mayodan, NC police and a police raid a month after that where they get <u>all of Brian's USWGO videos and articles</u>. Brian is arrested 16 months after the police raid before Christmas in <u>Dec. 2013</u> by homeland security. Document 132**

## Who is Dan Johnson from Brian's grandparents investigation?

**He was a friend of Brian's in 2012 and 2013. They worked on the NDAA together.**

> David Hill had concerning an encrypted chat Hill had with witness Dan
> Johnson of "People Against the NDAA" (PANDA or PANDAunite),
> somewhere between approximately late 2012 to 2013. Dan Johnson had
> reported to Hill to have received a threatening email with the words
> "*We.....Want.....Your.....Friend.....To.....SHUT.....UP.....AND.....STOP.....IN*
> *VESTIGATING.....PORNGATE.....we.....demand.....you.....get.....him.....to...*
>
> they would have already. I' m a thorn in their side as it is.
>
>       I' m not worried about me, nor Jeff him. I' m concerned about you, and just
> trying to tell you to watch your back. Which, on that note, here' s the content of the emails.
> Can you recognize this writing style?

We.....Want.....Your.....Friend.....To.....SHUT.....UP.....AND.....STOP.....INVESTIGATING.....P

ORNGATE.....we.....demand.....you.....get.....him.....to.....STOP

You.....cannot.....save.....your.....friend.....from.....going.....to.....prison.....cause.....our.....org

anization.....has.....the.....resources.....to.....convict.....your.....little.....buddy.....you.....freak..

...hahaha

he.....will.....be.....a.....sex.....offender.....he.....will.....lose.....in.....trial.....court.....including.

.....pretrial.....and.....so.....will.....you.....on.....the.....NDAA.....loser

Obama.....and.....his.....minions......is.....watching.....you...BEWARE

recognize that writing style?



To: Dan Johnson **████** @pandaunite.org>
**████** @rutherford.org>,                                                    Tue, Jan 7, 2014 at 3:33 PM
C**████** @rutherford.org>, "**████**"  **████** @rutherford.org>

Dan, at this point, we have offered our assistance to Brian's court-appointed attorney and are waiting to hear back from him on where things stand. You're welcome to mention that we have offered our assistance in the case in any PR you do, but beyond that, I don't have an update yet and I don't want to discourage the family from getting the word out. We'll be in touch as soon as we know more on the legal front.

**To Dan Johnson who was working with the Rutherford Institute to help Brian.  They are telling Dan on Jan. 7, 2014 that they had contacted Brian's court appointed attorney offering their assistance and have not heard back from him.  What is the Rutherford Institute?  Here is a link to their webpage:   https://www.rutherford.org/about**

4. I am aware that Brian David Hill was a volunteer independent journalist active in independent online media and in the Patriot or Constitutionalist movement. Brian has many such videos on Youtube. Brian was active in supporting the repeal of the NDAA.

*Screenshot of the Susan Basko Declaration of facts concerning Actual Innocence of Brian D. Hill. Source: Federal Court Docket entry, U.S. District Court for the Middle District of North Carolina, Case 1:13-cr-00435-WO, Document 46, Filed 09/30/14, Page 1 of 3.*

### Document 46 Page 1 – 3

**We noticed that the threats against Brian were in April, 2013.  We started to look and found a video Brian (USWGO) put up about the Emule Virus in April 6, 2013 and some other articles he had written about it in other places.  They were so upset that they sent him at least 2 emails admitting putting it on his computer with threats.  One was on April 7, 2013 and April 20, 2013.**

Emule virus type has infected people around the entire world including ..
https://www.youtube.com/watch?v=Xyy1wDioa_k
Apr 6, 2013 - Uploaded by USWGONetwork
... alternative news former founder Brian D. Hill. The **emule virus** has infected
computers around the entire ...

https://www.youtube.com/watch?v=Xyy1wDioa_k

**April 6, 2013**

From: <johnsnatchz@tormail.org>
Date: Sun, Apr 7, 2013 at 5:30 AM
Subject: You better watch out........
To: admin@uswgo.com


**You better watch out Brian...We are watching you...Having child porn
planted on your hard drives and computer was only the beginning and we
will set you up for violent sex crimes if you don't watch your back...Have
fun becoming a sex offender...Police won't believe you no matter how much
evidence you have that you been set up we know some people in the SBI who
will make sure you are convicted. You will be shut up by being a sex
criminal. Your friends Alex Jones, Dan, James, Sean, Alex, and others are
next...BeWare!**




Brian H


**Your gonna get it**

**sallysamsong@tormail.org** <sallysamsong@tormail.org>                          Sat
To: admin@uswgo.com

Your gonna get it....We know what your tryin to do....You'll regret ever
being an investigative news reporter....Youll regret what you just
did....better watch your back Brian....DONT REPORT ANY MORE ARTICLES OR
TALK TO ANY REPORTERS ABOUT THIS CHILD PORN VIRUS OR YOU GONNA GET IT

### See the 19 page PDF "THREATS"

**No, there was no mention about how 2 attorneys admitted they were both ignoring all of
Mr. Hill's witnesses. There is no mention that it was his grandparents and his mom who
sent our witness letters to the court in September, 2014. It was also not mentioned that
his grandparents told the judge at the September 30, 2014 hearing that Brian was
innocent and his attorney never represented him. Also he fails to mention that Sue
Basko is an attorney, and she still is (Document 210 filed 10/21/2019 – 27 pages). She is
also a Lawyer for Independent Media, International work with Human Rights and
Attorney and Counselor, U.S. Supreme Court. This is a link to her web page:
https://www.linkedin.com/in/suebasko**

4. It is officially in declaration that I did get a virus or trojan horse which the SBI and FBI already have. I believe to the best of my knowledge that the virus is responsible for my IP Address 24.148.156.211 being flagged by CPS in Boca Raton FL. The court can subpoena my letters to the FBI and SBI.

Detectives determined the IP address 24.148.156.211 was first logged into the Child Protection Systems (CPS) undercover system by the automated tools on July 20, 2012 offering to participate in the distribution of child pornography. Between July 20, 2012, and July 26, 2012, the IP address 24.148.156.211 was logged, showing a continual pattern of child pornography, by the automated tools.

## Mayodan, NC Police Report - 8/22/2012 (Download dates 7/20/2012 – 7/26/12)

```
SBI CASE NUMBER:  2012-02146  (915)

SYNOPSIS:

Limewire/Frostwire, Luckywire, Shareaza Search Keywords, and
Usenet Binary Files.

The results of the analysis are as follows:

Ares Search Keywords:  One search keyword "very sexy"

eMule Known.met:  The Known.met saves all files eMule knows of
whether they are shared files, files currently in the download
list, or downloaded in the past. For every file, information
like file size, file name, hash sets, hash values, and some
statistics are saved. From the analysis, this record showed
that 454 files had been downloaded with the eMule program
between July 20, 2012, and July 28, 2013. This record also
showed that files were shared with other users and the number of
times each file was shared.
```

## NC SBI report – 454 files had been downloaded with emule program
## July 20, 2012 until July 28, 2013 (Police took this computer on August 28, 2012)

Ramaswamy (Asst U.S. Attorney says that Bridge downloaded 2 child pornography files. THEN he got a search warrant. Is this against the law to hack into a computer first, then get the search warrant after actually going into a personal computer? Brings out the dates Aug. 28, 2012 – Leaves out the date Aug. 22. 2012.   Case 1:13-cr-00435-WO Document 18 Filed 06/04/14 Page 1 of 4.  The Defendant is charged with one count of possession of child pornography.   The Defendant was arraigned on January 2. 2014,

Page **16** of **38**

pled not guilty. The Court ordered an examination. The report of that examination was filed with the Court on May 8, 2014. The Defendant actually returned to the Middle District of North Carolina on May 14, 2014. At a status conference earlier today, the Court denied the Defendant's pro se motions to suppress, denied the Defendant's request for new counsel, and set the matter for trial on Monday, June 9, 2014. Undersigned counsel and his wife are flying to Boston, Massachusetts, tomorrow morning, June 5, 2014, to attend their son's graduation and will return June 8, 2014. Undersigned counsel believes that one additional week would be sufficient to complete his consultation with the Defendant, and determine whether a trial is necessary.

> 5. I felt the detectives put words in my mouth about some theoretical little girl at Walmart. I have never did any of that when I was shopping at Walmart. I felt the detectives wanted me to confess to things that weren't true. My mother was being used against me to persuade me to admit to things that weren't true. The confession audio makes me look real bad. I am nothing like what that audio portrays of me. That is why I wanted to suppress the confession since a threat produced it and it isn't honest.

**NOTE here: Brian does not drive. He never goes alone to Walmart. His mom takes him there, and they quickly get what they came for and leave fast. No one is watching any children or anyone, no time. PLUS as we all have written to the court after June, 2014 and as Brian's grandparents told the judge on September 30, 2014, Brian does not like to be around children.**

### Interview of Brian David Hill

Q. What is your computer usage and knowledge?
A. I download movies, programs and music.
Q. What type of download software do you use?
A. I use bit torrent programs, like eMule. I only download. I don't share.
Q. Does your mom ever get on your computer?
A. No.
Q. Did you use any other computers to download files?
A. Yes. But I use my black Toshiba the most.
Q. What is your email password?
A. ██████████. admin@uswgo.com
Q. How long have you been downloading and viewing child pornography?
A. About a year or so.

### Mayodan, NC Police Report – Interrogation on August 29, 2012

**About a year or so does not agree with either the police or the NC state bureau report. It only proves a false confession.**

Some proof documents Brian included as part of his proof. After reading all of this, an expert medical witness should have been appointed to testify. Brian & his family asked for this many times and a couple of his attorneys did too, the court denied that request.

https://storage.courtlistener.com/recap/gov.uscourts.ncmd.64541.131.0.pdf
Brian's medical history while in various jails in NC & Butner prison from Dec. 2013-Nov. 2014  Yet judge refused to get a medical expert to testify in court or to get any aids for Brian according to the Americans with Disabilities laws. (Is this because that would have hurt the governments case against Brian?). Does all of this mean that the federal courts, judges, jails & prisons are exempt from that law? See the PDF with more proof: "Brian's treatment in Jail  Brittle Diabetes, Autism & OCD".

When Brian spoke, he asked for an investigation to be done. He asked for a forensic expert. He said the Mayodan police could have planted files in his computer during the police raid & after they had removed his computer from his house.  Judge Tilley asked Brian what proof does he have.  Brian said that the proof is in the audio files about what they said to him.  Note from Brian's family: We were never allowed to hear the tape but read parts of Brian's answers to the police in their report.  Before the police talked to Brian, his mom told the police that Brian had autism.  Ask a professional in autism.  A person with autism should never be alone during a police interrogation without an attorney present or someone who knows about autism.  That is part of the Americans with Disability laws.  A person with autism can easily become confused and start repeating word for word what the police said.  We noticed terms that Brian has never used.  This interrogation took place during lunch time the day after the police raid where many police touched everything in Brian's house (OCD).  They did not test Brian's blood glucose or offer him a snack. Two police interrogated him alone.  If his blood glucose was low, it's like someone with a lot of alcohol in their system.  Please don't take our word, have an expert in autism, diabetes & OCD to give their expert opinion.

3. I was involved with the Mayodan Police Chief prior to the police raid, giving political papers to him. I was involved with the Mayodan government and it's town attorney Phil Berger Sr. prior to the police raid. A possible conflict of interest and bias. I hereby file this Motion with the clerk of the court using U.S. Mail. This, the 24th day of of September, 2014.
Brian David Hill

2. The police admitted to me and my mother to looking through my computer files themselves, in clear violation of state/crime lab policy and procedure. Under NC admissibility statute on crime lab forensic reports, the NC SBI crime lab reports are inadmissible from a criminal case for police mishandling and invalid processing of evidence.

## Read the PDF "<u>Who is Brain Hill – Pictures & Descriptions</u>"

On this one, Brian displays his email at USWGO in 2013 after he received a threat email in April, 2013 from an anonymous person using tormail admitting they put child porn on Brian's computer & hard drives. Most of the time Brian had 1 or 2 hard drives with his computer as he was working on USWGO projects & interviews & researching things for articles he was writing for his website and backing up his website. His mom would come down from time to time and find Brian having a severe seizure at his computer. Brian was unconscious and would have died each time if mom had not come down and treated it. Ask a medical expert about that – some doctors & neurologist said in 2005 and other years that Brian had brittle diabetes. Brian had met Alex Jones in June 2012. The threat email said they had plans to set Alex Jones, Dan & others up. On the 2nd one they threatened doing more to Brian if he said anything more about that child porn virus. <u>Page 69-71</u>.   <u>Document 131</u>

Brian wrote an article about the police kicking him out of the Mayodan Town Hall meeting on July 9, 2012 on his USWGO website. Here is that article:   <u>PAGE # 95-98</u>.   <u>Document 132</u>

<u>https://www.courtlistener.com/docket/4304407/133/united-states-v-hill/</u>

<u>Document 133</u>  From Newspaper articles Brian's grandmother found on the Internet in 2014.

<u>District Attorney Phil Berger Jr Endorses Melanie Bridge for Rockingham County District Attorney  March 11, 2014</u>. Who is Phil Berger Jr.? (Son of the Mayodan, NC lawyer. Sen Phil Berger Sr.) (See <u>Page 52</u> of Document <u>132 & page 157.</u>  Melanie Bridge (<u>Sister of Detective Robert Bridge who hacked into Brian's computer</u>).    Police who interviewed Brian was Melanie's brother <u>Page 58 & 62</u>   <u>Document 132</u>. <u>Document 133</u>  <u>Page 14-17</u>.

Brian sent multiple emails about this setup to Joy Strickland, <u>NC Asst. Attorney General</u>.   This one was dated <u>12/6/2013</u>.  <u>Document 133</u>  <u>PAGE  30-45</u>. This one involves a small fender bender (looks planned) which gave the Mayodan police a chance to see his mom's driver's license right between the time Brian wrote that article (<u>July 10, 2012</u>) until the police raid (<u>Aug. 28, 2012).</u>  Another email to Joy Strickland that Brian was happy the Mayodan police backed down and were going to give him his stuff back.  <u>Document 133</u>  <u>Page 47-53</u>  <u>12/10/13</u>

Letter from Brian's grandpa about Detective Brim of the Mayodan police dept. calling <u>12/9/2013</u> and said Brian's attorney got in touch with them, they were not going to charge Brian and for him to come to the police station to get his stuff on <u>12/13/13 Friday 13th</u>).   <u>PAGE  54</u>    <u>Document 133</u>

<u>An article Brian's grandma found from <u>Associated Press dated 11/9/2009</u> "<u>Internet Virus Frames Users for Child Porn</u>"  <u>PAGE 55 – 59</u>  <u>Doc 133</u>.</u>

Document from Brian David Hill about all of the things which he owned which was now lost (Basically everything that he had owned all of his life): Photos, videos, music, vacation memories, USWGO articles, interviews, etc.).   None of this contained the Trojan horse attack or virus, and the Mayodan police department keeping this has damaged Brian's mental & physical health.   <u>He gives a list of the things they refused to send to him (lawful data)</u>.  Pages of things stolen from him that he would never again have the opportunity of seeing.  They also <u>ignored the federal judge</u> who ordered them to return to Brian & his mom the things that did not have child porn in them.  That would have been everything except Brian's laptop computer, 2 external hard drives & 1 USB stick.  <u>Document 133 – PAGE 61-65</u>.  That didn't happen after Brian's attorney for his appeal brought him the one hard drive in February, 2015 from the Mayodan,

**NC police department which did contain child porn and all of the laptop computers which didn't work. Brian kept those for parts. One of the threatening emails to Attorney Sue Basko said they had Brian's things and would put more child porn on them so neither Brian nor Roberta wanted anything more from the Mayodan, NC police. We threw away all of the things Mayodan police returned after finding the child porn in the one laptop external drive. See the PDF "THREATS".**

**Email from Brian to Joy Strickland, NC Assistant Attorney General on 12-12-2013. Titled "Mayodan Police Lied to Me" PAGE 67-68       Document 133.**

Around sometime of July 2012, cannot remember the day but the problem may have lasted for anytime between less then one week to two weeks. Also at that time I did no remember using any Anti-virus software on my computer, and had to keep reminding myself to get the software and install on my computer but I cannot remember if I ever did, which means I don't think I used a anti-virus and if I did I would have clearly recalled. I started noticing that emule.exe was running along with three other programs. Conime.exe, ares.exe, and shareaza.exe. I believe the main program that was rogue and was running was emule.exe. It didn't run under the normal programs. This program ran without my consent, and without my knowledge until I discovered the program running in task manager. I had ended the tasks thinking this Trojan was gone but then days later I noticed that the hard drive space on my

computer was out at 0k. I decided to open the program location using the task manager. I noticed it appeared to be a portable version of eMule, at least the folder structure looked similar. I clicked on the shared files folder and saw hundreds of files with names I didn't understand. Some of those names from what I could remember said 9yo, pthc, ptsc, and other terms. I assumed it was just some viruses being shared and deleted everything. I had no idea what was shared or that it was something that would get the police after me. Then I tried to sabotage the virus since it took over my computer and made it difficult to fight against. I even recall a bit about calling my grandmother on the phone telling her that I was fighting a virus or Trojan, and that is really all I recall. So I know I had called my grandmother telling her about this Trojan, and took days to put a stop to, if that was even enough as it could have still ran, but I wouldn't know. I believe there may be other Trojans running on the computer too due to the weird programs that were running. I should have restored my computer but did not because I had a lot of data I would have to move off the computer to conduct the restore.

### Case 1:13-cr-00435-TDS Document 51 Filed 10/07/14 Page 2 of 10

**I decided to take some time as part of this investigation and look up "eMule Virus" on google. We observed Brian fighting a terrible computer virus on the day of the police raid, Aug. 28. 2012.**

https://www.wilderssecurity.com/threads/how-unsafe-is-emule-p2p.53109/

**There are a lot of good comments on this page. It looks like all file sharing and all P2p programs are inherently dangerous not just emule. Young people can get caught up downloading music and movie files on any P2p and file sharing files which would include emule. Brian told the police that he had been downloading music and movies for a little over a year and was not sharing, but it looks like when he was downloading, others could get into his computer especially during an insulin reaction or a seizure. He had no money left by the end of the month as two people were living off of one SSI check. His disabilities required 24 hour care especially his type 1 brittle diabetes with diabetic seizures and his autism (ASD). His mom was the only one doing this and could not get an outside job in NC in 2012 and was a licensed**

nurses' aid.  His hours long hand washing routines from his OCD was also expensive with soaps, hand sanitizers and using more water than most.  The P2p and file sharing opens ports in the computer exposing the user to hackers and to bad viruses.

In total 426 files were identified as CAM, 103 files were images and 258 were videos and 65 files were other types. From this information it looks like the amount of CAM video files is much higher than the amount of CAM images.  Page 8 in the year of 2016 from this PDF called "Forensic Analysis of Ares Galaxy Peer-To-Peer Network"  at this link: https://commons.erau.edu/cgi/viewcontent.cgi?article=1347&context=adfsl

This PDF is dealing with child abuse material called "CAM" and is available on P2P networks worldwide.

I just found a government site about that which has a 50 page PDF to download.  Page 21- P2P Vulnerabilities. People who use P2P file sharing software can inadvertently share files. They might accidentally choose to share drives or folders that contain sensitive information, or they could save a private file to a shared drive or folder by mistake, making that private file available to others. In addition, viruses and other malware can change the drives or folders designated for sharing, putting private files at risk.iii Peer-to-peer connections are a common avenue for the spread of computer viruses and spyware.   It names some that I heard that Brian was using in 2012: Facebook, BitTorrent, eDonkey, eMule. The installation and use of unauthorized peer-to-peer applications can also result in significant vulnerabilities to your agency's networks, including exposure to unauthorized access of information and compromise of network configurations.   FY 2018 Information Security Awareness and Rules of Behavior Training October 1, 2017.
  https://www.dm.usda.gov/obp/docs/FY2018%20USDA%20ISA%20Training.pdf

Copy of the police warrant to arrest Brian on Nov. 26, 2013 making it clear, they want Brian on the sex registry – US Attorney, ANAND PRAKASH RAMASWAMY (That was even before Brian was arrested and had a trial).  Document 133  -   PAGE  70 - 73  Ramaswamy needs to be investigated for sure.  Note that Ramaswamy is involved with everything from 2013 or before until 2022 making sure Brian stays on the sex registry.   Wonder why??    More proof (concentrating on Ramaswamy). KNOWINGLY POSSESSED?   Did he knowingly possess child porn when part of Ramaswamy's proof said that child porn was being downloaded 11 months after the police confiscated Brian's computer?  This man is BIG TIME out to get Brian and is guilty of possessing proof that Brian is innocent, hiding it and obstructing true justice.  Why?

PAGE 74   Document 133

## You better watch out........

**johnsnatchz@tormail.org** <johnsnatchz@tormail.org>
To: admin@uswgo.com

Sun, Apr 7, 2013 at 5:30 AM

You better watch out Brian...We are watching you...Having child porn
planted on your hard drives and computer was only the beginning and we
will set you up for violent sex crimes if you don't watch your back...Have
fun becoming a sex offender...Police won't believe you no matter how much
evidence you have that you been set up we know some people in the SBI who
will make sure you are convicted. You will be shut up by being a sex
criminal. Your friends Alex Jones, Dan, James, Sean, Alex, and others are
next...BeWare!

## PAGE 75   Document 133

## Your gonna get it

**sallysamsong@tormail.org** <sallysamsong@tormail.org>
To: admin@uswgo.com

Sat, Apr 20, 2013 at 11:58 PM

Your gonna get it....We know what your tryin to do....You'll regret ever
being an investigative news reporter....Youll regret what you just
did....better watch your back Brian....DONT REPORT ANY MORE ARTICLES OR
TALK TO ANY REPORTERS ABOUT THIS CHILD PORN VIRUS OR YOU GONNA GET IT

### PAGE 77-78   Document 133

~statement~   ~signed~

At around December 20, 2013 I was at the mental inpatient
unit of Martinsville Memorial Hospital in Virginia due to wanting
to make a suicide attempt over first finding out about the federal
Warrent for my arrest for child pornagraphy charge. I was at
the hospital at the 12th up to the 20th of December. On the
20th I was doing an activity with other patients when I was told
by a hospital staff person told me something about getting my clothes

Case 1:13-cr-00435-TDS **Document 32** Filed 09/15/14 **Page 4** of 7

I believe it was highly inappropriate for Homeland Security agents to be used in my arrest instead of Federal Marshals or the FBI. I had to go through a strip search while being videotaped. I believe they have footage of my penis and anus. I felt degraded and scared, like I was really at a mini version of Guantanamo Bay facility. I was humiliated, scared, worried, and thinking about my family. Then on Dec. 23rd I was transported by NC SBI Agent Rodney White and a U.S. Marshal to the Greensboro, NC U.S. Courthouse for my arraignment hearing, then I was detained at Guilford County NC Detention Center.

Attorney Susan Basko sent an email to Brian on 12/14/2013 asking how he was doing, and Brian's grandpa told her what had happened.          PAGE 82-84    Document 133

# AUTISM

## IN CRIMINAL JUSTICE SITUATIONS

- **May not understand rights or warnings**
- **May become anxious in new situations**
- **May not understand consequences of their actions**
- **If verbal, may produce false confession or misleading statement**

4. That a person with mild autism can indeed give a "false confession or misleading statement." With my mild autism, the threat by Charles J. Caruso, and my admission on court record that my confession was not truthful, my confession should be suppressed on mental health and coercion grounds.

5. That Sue Basko a lawyer for Independant Media had asked the Prosecutor to "reconsider the prosecution of Brian Hill." Sue can be contacted at 310-770-7413.

**Guilford County Federal Courthouse at Greensboro, NC: Brian's Court appearance was today, Dec 23, 2013 at approximately 1:30. When the officer brought Brian into the courtroom in shackles and handcuffs, Brian was visibly shaken and disheveled; he was very agitated and upset. He said, "I am innocent. I am being set up". He looked very tired and pale. He managed to whisper to us, his Mother, Grandmother and Grandpa that they were withholding his insulin, and the way he looked, I would say they were not giving him his medicines that were prescribed from the psychiatric unit of the Martinsville Memorial Hospital, even though the nurse sent his insulin and a list of his medications with the homeland security agent when he was picked up on Friday, Dec 20, 2013. He also managed to tell us they strip searched him and made him take all his clothes off and video taped him. While he was whispering to us, the Federal Marshall that brought him in said something to Brian, then took him from the courtroom. When they returned, Brian was crying, and sat in the courtroom and sobbed loudly for several minutes. The officer ignored his crying and acted very dis-interested. Brian's grandmother gave him a card explaining that Brian had Autism, and he said he would give it to the jail. The officer told Brian he could not speak to us again, and he told us not to talk to anyone in the room. Brian talked to the judge and appeared in court without an autistic advocate even though we told everyone involved with his case that he had autism. We did give the paper describing autism and what to expect to this very cold Marshall who acted satisfied to have it and read it.**

**The Judge told Brian he was facing a sentence of 1 year or longer because of the charges against him. He appointed an attorney for Brian. The attorney's name is Eric D. Placke, Asst Federal Public Defender. 301 N Elm St Ste 410, Greensboro, NC 27401-2187 (336) 333-5455**

not giving Brian his insulin, and his friend Kitty advised us to find some medical documentation and fax it to the jail. We did this.

# Personal and Confidential

| **To:** | Guilford County Jail | **From:** | Brian David Hill's Mother and |
| --- | --- | --- | --- |
| | | | Grandparents |
| **Fax:** | 336-641-2793 | **Pages:** | 6 Pages + Cover Sheet |
| **Phone:** | 336-641-2700 | **Date:** | Dec 24, 2013 |
| **Re:** | Brian David Hill's Insulin Requirements | **CC:** | |

X **Urgent**
X **Urgent**

Since Brian was removed from the Martinsville Memorial Hospital in Martinsville, VA on Friday, Dec 20, 2013 not one person in the Forsyth County or Guilford County Jail system has contacted his family. Brian has Brittle Insulin Dependent Diabetes, Autism, Seizure Disorder and other diagnosis, but these three are most important, so for now we are sending medical reports from 5 (five) different medical specialists dated 1992 to 2012 verifying these medical conditions.

When he left home to go into the hospital he was on Novolog Insulin Pin, sliding scale, count carbs 1 unit per seven carbs. If his blood glucose is over 150, give one unit per fifty. Example: $350 - 150 = 200 - 4$ units of insulin plus units required for his carbs at mealtime. Daily he gets Lantus insulin 32 units 1 time per day (he knows the time) This is 24 hour insulin.

If there any other questions, feel free to call his Mother, Roberta Hill, at 276-632-2599. We are extremely concerned about his health and the fact he has been set up with trumped up charges. We know for a fact he is not guilty.

Please insure the Medical Personnel in the Guilford County Jail receive this as it is extremely important.

Thank you,

Roberta Hill, Stella Forinash and Ken Forinash

************************

Tuesday December 24, 2013    7:40 PM

After sending the above fax, the doctor at the jail called and talked to Roberta.

Tuesday December 24, 2013    7:40 PM

The doctor from the prison called me (Roberta Hill). He informed me that they were giving Brian two shots per day at breakfast and supper. He normally takes 4 shots per day, so his blood sugar has to be high. He told me that they can't follow what Brian says about his insulin regimen, because they have to follow what his doctor tells them to do. He then told me that I need to relay the information that he told me to the group of people that have been calling. It was noticeable to me that his main concern was not for Brian's health, but to try to get all the people to stop calling the jail. The doctor sounded very nervous throughout the whole conversation.

**Case 1:13-cr-00435-TDS Document 37 Filed 09/18/14 Page 63 of 75**

We got 2 phone calls from Brian, but the phone line cut out. We found out that he can't contact us through the phone system at the jail, because a Pay Tel account has to be set up for him to be able to use the phone. Since we can't contact him, we can't set up this account because he will not know that he can call us. With all of his severe health problems including autism, he is unable to contact us for help or advice on any problems he might be having. There is no way for us to contact him or vise versa. He is 23 years old and this is the first time that he has never been able to contact us.

Tuesday December 24, 2013    3:30 PM

Brian called using the pay tel phone, and we talked about 20 minutes (learned later that he now has $28.00 left out of the $50.00 we put in this morning - $1.10 per minute). We all got to talk to him. He told us that they wanted him dead in that jail too because they were not giving him his insulin and asked us if we can do something so he can get his insulin. He said he kept walking in his cell to try to bring his glucose down and told them he would just not eat and was losing weight. . He said that he talked to Rodney White (SBI   |

## Case 1:13-cr-00435-TDS Document 37 Filed 09/18/14 Page 61 of 75

June 12, 2017 Brian writes to the Danville, VA Federal court to subpoena Attorney John Scott Coalter for discovery.

### PAGE 85-92    Document 133

June 8, 2017 Declaration of Brian D. Hill about Mr. Coalter who has betrayed his trust and won't let him have the discovery. This is another bad experience for all of us, and Brian explains it well.

### PAGE 99-101    Document 133

Newspaper article from April 12, 2013   "Judge dismisses lawsuit alleging SBI misconduct in Clemmons dentist case"

### PAGE 102- 105   Document 133

Newspaper article News & Observer from Aug. 19, 2010  "Scathing SBI Audit Says 230 Cases Tainted bt Shoddy Investigations".

https://www.courtlistener.com/docket/4304407/134/united-states-v-hill/
Document 134

### PAGE 2-15    Document 134

USWGO Article from May 15, 2012      "NC Senator Phil Berger receives the Nullify-NDAA Petition at the Mayodan Town Hall".   Here's a video link that goes along with this article.
https://www.youtube.com/watch?v=sxooThGOMTw

Nullify-NDAA Petition and Report given to NC Senator Phil Berger   772 views   May 15, 2012.  Brian was almost 22 years old at this time.

Brian's Declaration of Innocence for the White House on January 22, 2017.

I am Brian David Hill, a natural born citizen of the United States. I am a citizen of Virginia at the time that my Affidavit was signed and sworn in as credible testimony. I have high functioning Autism Spectrum Disorder. I also have Obsessive Compulsive Disorder (OCD) and Generalized Anxiety Disorder. Because of my neurological disabilities, it limits by ability to live a normal life and makes it nearly impossible to hold down a career of employment. I cannot work so I live off of Social Security Disability payments.

I believe that I am Innocent of the charge/indictment of 18:2252A(a)(5)(B) and (b)(2) Possession of child pornography. It's because I am Innocent of the charge/indictment of 18:2252A(a)(5)(B) and (b)(2).

The reason I am Innocent is because I have noticed signs and evidence in 2012 that my computer had been hacked into by a computer hacker which I also believed may have used a PC Virus or Trojan Horse. I also believe that there may have been evidence tampering, planting, and/or contamination. I also believe and have evidence that I was framed with child pornography. I know I was framed since the Mayodan Police Raid on August 28, 2012.

I gave a false confession on August 29, 2012 to two police detectives at the Mayodan Police Department located at 101 North 3rd Ave., Mayodan, NC. I was threatened by Mayodan, NC Police Chief Charles J. Caruso to "Fess Up" and that if I did not fess up then my own mother would be held responsible for the criminal charge. I was also coerced on August 2012 into producing false confession statements. I told the Detectives that I did not download the child porn but they told me a claim that they believe they had found it on my computer and said I had better just tell them. Then I changed my statements to whatever they had wanted to hear. That was why I had suspected evidence tampering because they had admitted to have been on my computer to make such a claim to have found files on there. The police detectives are not SBI crime lab technicians and are not computer forensic scientists under strict LAB/ASCLD standards. They just accessed my computer to make such a claim of finding files. That was why I had attempted to suppress the evidence and that I believe I was framed with child porn. I believe that the evidence may have been tampered with because of such admission that the police accessed my computer without the

**Affidavit of Brian Hill saying that he believes he is innocent. He talks about his disabilities, lets the court know he is innocent (with proof). Please, don't ignore. Read what he has to say as part of this investigation. Thank you.**

Page 2/2 - GENERAL AFFIDAVIT REGARDING INNOCENCE OF ACCUSED CRIME

state crime lab technicians.

The reason I had accepted responsibility falsely in my criminal case was because Judge Osteen had either hinted or threatened to take away my acceptance of responsibility which would threaten my prison sentence of Time already served which means that I would get out of jail to protect my health from further deteriorating due to my Type 1 brittle diabetes. The reason I had falsely plead guilty was due to multiple valid reasons and one was to get a prison sentence of Time Served so that I could get out of jail. My family told me to plead guilty in the court room due to ineffective assistance of counsel and bad legal advice to the best of my knowledge of what they had told me.

I am Innocent of the charge and am willing to prove Actual Innocence or let a Jury decide my fate in the worst case scenario. I am Innocent and am willing to prove my Innocence for the rest of my life.

The charge I am asserting my Innocence to is:

**U.S. District Court; North Carolina Middle District (NCMD)**
**CRIMINAL CASE #: 1:13-cr-00435-WO-1**
**United States of America v. Brian David Hill**

**PAGE 19 - 22     Document 134**

Page **27** of **38**

## Declaration of Innocence for The White House
### Sunday, January 22, 2017 - 07:33 PM EST

**Declaration authorized by Title 28 U.S.C. § 1746**
I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1. Whereas, I am a Defendant in the United States District Court, for the Middle District of North Carolina, case # 1:13-cr-435-1, titled: United States of America v. Brian David Hill, and I am pushing for a Presidential Pardon on the basis of Innocence. I am not a licensed attorney, but I am slowly learning more about the Federal Rules and filing procedures as I feel I am not being represented by any of the Court Appointed lawyers in the past for trial Defense under the adversarial system, See U.S. Supreme Court Case Strickland v. Washington, 466 U.S. 668 (1984).

2. What I am saying in this Declaration to The White House, to Donald J. Trump, is the truth and nothing but the truth, so help me God. I, Brian David Hill, will briefly explain the facts that I am aware of in this Declaration, and swear that this is the truth. I will explain herein briefly as to why I am Innocent of the conviction.

3. I gave a false criminal confession at the Mayodan Police Department, in North Carolina, on August 29, 2012. I told the Police Detectives that I had put child porn on my Netbook, which is the "ASUS Netbook Computer Model Eee PC 100PPEB". Later on, around January 22, 2015, I got to finally review over the pages of my entire discovery packet of evidence for my criminal case. I noticed that there were no "files of interest" for both video and photo. So there was no child porn in my Netbook that I voluntary handed over to the Police Detectives on August 29, 2012. I told the Police that I had downloaded child porn for about "a year or so." The only download dates I had found in my criminal discovery were on eMule.exe's server.met where it downloaded between the dates July 20, 2012, and July 28, 2013. In July 2012, my Black Toshiba Laptop Computer was infected by some kind of malicious software program aka a computer virus. I was confused as to why child porn was downloading between those dates, because that very same Laptop was seized on August 28, 2012. I have a copy of both the Mayodan Police Report on myself, and the Police Inventory. It is impossible for child porn to download on a seized Laptop unless the police have lied in the report, or unless my Laptop was tampered with then evidence was planted on it. Even those explanations do not explain why my Laptop was infected in July 2012. I suspect that it was Win32/MoliVampire.A or Win32/MoliVampire.B, that was reported by ESET VirusRadar, which I had discovered between 2012 to 2013, before I was arrested on December 20, 2013, by Special Agent Brian Dexter of the U.S. Department of Homeland Security.

Case 1:13-cr-00435-TDS   Document 134   Filed 11/14/17   Page 19 of 99

DIVISION FOR TREATMENT AND EDUCATION OF AUTISTIC
AND RELATED COMMUNICATION HANDICAPPED CHILDREN

Department of Psychiatry
University of North Carolina

D I A G N O S T I C   E V A L U A T I O N

Patient: Brian Hill
Chart #: 60373          D.O.B.  5-26-90

Center: High Point, NC
Date: 10-19-94

Staff: Marquita Fair, Child Therapist
       Allison Butwinski, Parent Consultant
       Dr. Roger D. Cox, Licensed Practicing Psychologist and
                         Clinical Director

TESTS ADMINISTERED:

Psychoeducational Profile-Revised (PEP-R)
Vineland Adaptive Behavior Scale

REFERRAL INFORMATION:

Child's Name:  Brian Hill
Age:   4 years 5 months
Address:  133 Mike Lane, Reidsville, NC  27320
Parents:  Roberta Hill
Current Status:  Lives at home with mother and is being served in
                 a preschool developmental delayed classroom at Bethany
Referral Source:  Sheila Shelton
Reason for Referral:  Clarification of diagnosis and educational
       planning

DEVELOPMENTAL HISTORY:

Brian was born prematurely weighing 3 pounds, 13 1/2 ounces.  He
received phototherapy for hyperbilirubinemia and was discharged from
the hospital at approximately 2 weeks of age.  At 18 months, he was
hospitalized for 6 days with the onset of insulin dependent Diabetes
Mellitus.  He currently is taking NPH insulin and Regular insulin and
his diet is regulated according to the American Diabetic Association
diet.  At 35 months Brian was seen at the Greensboro DEC due to
language delays.  There were concerns regarding Brian's social
relatedness and language development.  It was felt that his
neurodevelopmental profile may represent a form of a pervasive
developmental disorder and a TEACCH referral was recommended.

Case 1:13-cr-00435-TDS   Document 307-6   Filed 04/20/22   Page 30 of 39

DIAGNOSIS:

Autism - mild range

INTERPRETIVE CONFERENCE SUMMARY:

Attending Brian's interpretive conference were his mother,
Roberta Hill, his preschool teacher, Sheila Shelton, and TEACCH staff,
Allison Butwinski and Dr. Roger Cox.  Results of the test administered
were shared indicating Brian has many of the characteristics of mild
autism.  It is felt that Brian would benefit from a classroom with a
small teacher to student ratio, individualized instruction, and
autistic interventions.

RECOMMENDATIONS:



**CARILIONCLINIC**

CARILION CLINIC, FAMILY AND INTERNAL MEDICINE
1107a Brookdale Street
Martinsville VA 24112
Phone:  276-670-3300
Fax:  276-634-0379

5/16/2017

RE:
Brian Hill
310 Forest St Apt 2
Martinsville VA 24112-4939

To Whom It May Concern:

This is to certify that Brian Hill is my patient since 11/2014. He has a diagnosis of diabetes, seizures, autism and obsessive compulsive disorder. One or more of these condition can limit his ability to be in social situation or among people and do work.

Please feel free to contact my office if you have any questions or concerns.  Thank you for your assistance in this matter.

Sincerely,

Shyam E Balakrishnan, MD

**Another medical document from September, 2012 after the police raid.  Brian had been a patient at the Rockingham Family Medicine since 1993 and saw an Endocrinology doctor in Greensboro, NC for his diabetes, Dr. Stephen South and a neurologist doctor for his autism in Greensboro, NC.  Dr. William Hickling.**

Case 1:13-cr-00435-TDS   Document 307-6   Filed 04/20/22   Page 31 of 39

Re: Brian Hill
DOB: 5-26-90

To Whom It May Concern:

Brian Hill is a current patient at Western Rockingham Family Medicine. He has a diagnosis of Type I Diabetes, GERD, Autism, and depression with suicidal thoughts. His medication list is as follows: Nexium 40 mg, 1 po qd, Lantus Sola star pen, 36 units q hs, Novolog flex pen—sliding scale, Lisinopril 5mg, 1 po qd. Mr. Hill has an inability to take of himself, therefore needs around the clock care. If further assistance is required, please do not hesitate to contact our office at (336) 548-9618.

Sincerely,

Andrew Maier, PA-C
Western Rockingham Family Medicine

## RAMASWAMY
## Page 70-73. Document 133 He says on Brian's arrest warrant:

***The U.S. Attorney requests a detention hearing. In the event the defendant is release, the U.S. Attorney recommends that the Adam Walsh Sex Offender Specific Conditions be a part of the release conditions****

Date: _____ Nov 26, 2013 _____

John S. Brubaker, Clerk
_____
*Issuing officer's signature*

This is the same prosecuting attorney who is at every court case making sure that Brian stays on that sex registry and ignores the FACT that his own discovery is in conflict with dates and the FACT that Brian gave a false confession according to his own discovery reports and the fact that the police state that they are familiar with the child porn after they hacked in Brian's computer while the government plainly states it is an unknown series. He ignores all of the conflicts, wants to make sure that Brian stays guilty by ignoring all of the proof of Innocence that Brian has put in court records as well as all witnesses. See the PDF "INVESTIGATION 2" as well as the PDF "THREATS". He has the same goal as the threat emails to keep Brian on the sex registry, off of the Internet, guilty even though they (people behind the threats) know he is innocent and admit putting it on his computer.

It amazes me that with all of the proof Brian & his family have submitted to this court that Brian is innocent; the United States Attorney's office ignores all evidence and states that the timing is not right. Doesn't make any difference to them whether this disabled man is innocent & being persecuted, it's all about the timing! Perhaps this explains it:

with respect to his innocence[.]" (*Id.*) The Court acknowledged further that, in addition to his

mild autism, obsessive-compulsive disorder, and anxiety disorder, Petitioner had also been

diagnosed as having a "delusional disorder, persecutory type." (*Id.* at 8, 19.) The Court

observed that Petitioner's allegations seemed "entirely consistent with [that] disorder[.]" (*Id.*

at 20.) The Court did not permit Petitioner to withdraw his guilty plea. (*Id.* at 2-24.)

**Looks like the Middle District of NC are using "Delusional disorder" under the guidance of government attorneys, Placke and Ramaswamy which Brian's family have clearly proven that Brian is not Delusional. He has proof to back up most of what he says, and not one of his doctors who have spent any time with him call him delusional. There are cards explaining "Type 1 Diabetes, Autism & OCD" which are all diagnosed under Brian's medical records and his hospital records. The word "Delusional" came up after Brian started talking more about his court appointed attorney not doing his job and not obeying constitutional law. This is possibly a fraud on the court from both of these attorneys who ignore what the professionals in autism have to say that the autism itself can cause misleading remarks & a false admission of guilt.**

### g. The Merits

As explained above, all of Petitioner's grounds are time-barred. However, if the Court

were to reach the merits of Petitioner's grounds for relief, it would deny them.

**The words above are not based on freedoms or on the Constitution of the United States of America or on the Bill of Rights of all U.S. Citizens. This is actually in Brian's court records per a Magistrate Judge who actually says what other judges have been doing: Ignoring all of Brian's Constitutional & Bill of Rights, all of his proof and all witnesses and his medical diagnoses and not allowing medical experts to explain in court how these can cause false confessions in the Middle District of NC federal court.**

**In one minute the police sums up in writing an hour interrogation. This is all one sided. There is almost an hour missing out of this conversation. Brian didn't even know this was being taped. They interviewed (interrogated) Brian's mom for almost an hour too and didn't tape that. When you read this minute conversation, do you really get a true picture? What did the police say to get this person to say that he masturbates? To me that's a weird question to ask anyone. Why did they ask him if he took his computer to his grandparent's house? He did, and he had 2 hard drives hooked up to it in the evening at our home and on vacations where he took scenic photos and sometimes would interview people for USWGO and would save his scenic photos to one hard drive and his USWGO articles and interviews to another hard drive and usually had a USB drive. These were all his backups.**

**If you read what one person is saying to 2 police during a police interrogation and are not told that this person has a communication disability before the age of 4 (autism spectrum disorder (ASD). The autism professionals state that during a police interrogation (stress), this person with autism can give misleading statements and false confession. This same person also has brittle type 1 diabetes who is**

prescribed insulin at each meal and an extra 24 hour insulin shot per day. This interrogation is at lunchtime after a traumatic event where many police were at his home the day before during a house raid removing everything he personally owned, and Brian had his 24 hour insulin shot and has not eaten breakfast. The police did not make sure to have him or his mom to test his glucose before they questioned him, and his glucose monitor was in the car because he and his mom had planned a trip to spend a few nights with his grandparents before the police raid. When a diabetic's glucose is too low or too high, they can become confused especially under these circumstances. The Americans with Disabilities Act was not followed by the 2 Rockingham County, NC Police who broke that law on that day. How do we know that? They knew he had autism and was a type one diabetic, but this was not on their police report. There was nothing on their report that showed they followed any medical procedures so both the grand jury and the court were deceived. It only says that he was disabled. This is what the grand jury heard and what the court would see. It was his court appointed attorney's job to compare these words of Brian's to the NC SBI & police report. If this attorney would have done that as well as showed the entire discovery to Brian and Brian's family, he would have had a good case to present to a jury on June 10, 2014, but none of that happened.

You too can read this entire police report of what they say Brian said in a minute or two by going to https://www.courtlistener.com/docket/4304407/141/united-states-v-hill/.

### Case 1:13-cr-00435-TDS Document 141 Filed 01/10/18 Page 8 - 10 of 14

To get a clearer picture, and if we haven't put enough in here, please call, email or write us, and we can provide the entire police report which clearly states that 2 police hacked into my grandson's laptop computer on August 22, 2012 – 6 days before obtaining the search warrant, and according to the NC SBI report, they only found files of interest in that same computer, 2 hard drives and 1 USB stick. I know for a fact that they took the hard drives from several desk top computers, his mom's laptop and his netbook, many home made CD's because I watched them take these to their police vehicle and saw the mess they left behind with desk top computers torn apart and still in the house. Case 1:13-cr-00435-TDS Document 136-2 Filed 12/04/17 Page 26 - 27 of 27: Case 1:13-cr-00435-TDS Document 143-2 Filed 01/26/18 Page 11 - 22 of 22.

Government says "None of the children have been identified as part of a known series by the National Center for missing and exploited children (NCMEC) Document #33, Filed 09/16/2014, Page 6 of 26.

Let's go over some of the proof Brian gives in Case 1:13-cr-00435-TDS Document 132 Filed 11/14/17 Page 1 of 103

### Page 46-47   August 22, 2012

Later we will show proof that Suspect Hate/Bias Motivated on the police part is a "Yes"

| Suspect Hate / Bias Motivated: | ☐ Yes | ☒ No | Unknown (Offender`s motivation not known) |
| --- | --- | --- | --- |

N
A
R
R
A
T
I
V
E

On Wednesday, August 22, 2012 at 1400 hours, I, Detective Sergeant Todd Brim, received a report of a possible Child Pornography case at 413 North 2nd Avenue in Mayodan, North Carolina.

I met with Reidsville Police Detective Robert Bridge at his department to discuss this case. Detective Bridge stated that he was a member of the Internet Crimes Against Children (ICAC) Task Force. According to Detective Bridge, he discovered that an Internet Protocol (IP) address in our jurisdiction was being used to download child pornography.

Page **33** of **38**

Detective Bridge said he obtained a subpoena for the IP address information, and determined that the IP address was registered to Roberta Hill of 413 North 2nd Avenue in Mayodan, North Carolina. Using this information, I confirmed that Roberta Ruth Hill and her son, Brian David Hill, resided at this residence through verification of utilities and police officer knowledge.

At 1430, I phoned Chief Charles Caruso and asked him to drive by the residence and photograph it with his cellular phone. I also requested that he check for any open and unsecured "Wi-Fi" signals in the area. He photographed the residence and noted that no unsecured "Wi-Fi" signals were being broadcasted by any residents in the area of 413

Case 1:13-cr-00435-TDS   Document 132   Filed 11/14/17   Page 46 of 103

**Nothing about obtaining a search warrant to actually hack into this personal computer. This is based on "Words" from the police. Where is their proof? It says he obtained a subpoena for the IP address information. Brian Hill's IP address, home address and phone number was in every email he sent to the police chief of Mayodan & every Mayodan town person from March – July, 2012 as well as the Reidsville town. Brian has put many of these email copies in the court records.**

**INCIDENT/INVESTIGATION REPORT**

| Narr. (cont.) OCA: 2012-00287 | *Mayodan Police Department* | Page 3 |
|---|---|---|

North 2nd Avenue.

While in Detective Bridge's office, he showed me the webpages and downloaded files that were retrieved by the ICAC software. The videos downloaded by the Hill's IP address (24.148.156.211) were child pornography, commonly referred to as Pre-Teen Soft Core (PTSC) and Pre-Teen Hard Core (PTHC). I personally viewed a five second segment of each video and confirmed that it was child pornography.

Detective Bridges said that the person or persons using IP address 24.148.156.211 were utilizing Peer to Peer (P2P) file sharing programs to download pornographic videos and pictures of children. These programs require that the person operating the computer search for specific content to download. Therefore, it was determined that whomever downloaded the images and videos using IP address 24.148.156.211 did so deliberately and not accidentally. Using this information, Detective Bridge and I wrote a search warrant for Roberta Ruth Hill, Brian David Hill and the premises and property located at 413 North 2nd Avenue in Mayodan, North Carolina.

**Note the dates below: April, 2012 - July 10, 2012 – July 12, 2012 – According to the police report and the NC SBI report, child porn is on Brian Hill's computer beginning July 20, 2012. NC SBI says it continued being downloaded for 11 months after the police got it during the Aug. 28, 2012 police raid. Police says it was downloaded Juy 20, 2012 – July 26, 2012 – yet on Aug. 22, 2012 they are hacking into Brian's private laptop computer which is in Brian's house on that day without a legal search warrant.**



Document 132        Page 52

**Brian and Mayodan attorney & NC Senator, Philip Berger Sr. after the Mayodan, NC town hall meeting in April, 2012. https://www.youtube.com/watch?v=rBtUUln4rRE**

Page **34** of **38**

## Reporter intimidated and booted from town council when asking a question

July 10, 2012 by Brian D. Hill (Edit)
Filed under Brian D. Hill's Articles, Building the Police State, USWGO

Leave a comment

Author: Brian D. Hill

Note: This is all alleged since only I am coming forth about what happened to me. Of course the RockinghamUpdate reporter was around the area as well but I don't trust RockinghamUpdate as they refused to cover any significant local stories about Mayodan citizens resisting the NDAA 2012 law. I am up for interviews and I promise that everything I say is the truth as it is my duty and responsibility to expose anything that doesn't seem right. I must tell people what happened while it is fresh in my mind although this has been posted days later after the draft has been made as I fear the police are watching my website and are looking for a way to come after me so I am laying low and publish this at least 3 days after the incident. Remember my witness report is just an alleged report since only I have decided to write on this.

**Reporter forced back by Mayodan Police for asking Senator Phil Berger a question.** Jul 10, 2012
**https://www.youtube.com/watch?v=Gau-QgLBhEg**

 **Author**          Topic: The Police are harassing my mom now (

0 Members and 1 Guest are viewing this topic.

**uswgo**
Guest

 The Police are harassing my
mom now
« **on:** July 12, 2012, 07:57:02 PM »

**Topic: The Police are harassing my mom now  (Read 3088 times)**

g this topic.

 The Police are harassing my
mom now
« **on:** July 12, 2012, 07:57:02 PM »

I have to get on the Alex Jones Show even for just a 15 minute segment.

Because of telling people what the chief of police did to me my mom is now being harassed by the police chief

When my mom was walking down to the Dollar General store right close to downtown, a police van start driving up to where my mom was walking on the sidewalk and start asking her questions.

They told her that a girl was walking down the sidewalk and asked if she seen her and she said no.
Then they started asking her if she lived in the street and she told them that we lived in the stone house down the street.

So now the police are surveilling us and harassing my mom and she could not make out what the polices face was but it could have been Charles Caruso. He saw me and my mom at the town council office with the two chairs. My cop is a total scumbag to be coming after my mom over the video published and what I said in the article below.

Case 1:13-cr-00435-TDS   Document 307-6   Filed 04/20/22   Page 36 of 39

The Police are harassing my mom now                    http://webcache.googleusercontent.com/search?q=cache:U

> How could police harass us over asking State Senator Phil Berger a question. I need to be on the Alex Jones show or else I may end up in prison and my life is already hell. I can't even walk downtown anymore or drive down to Madison because of the police watching us and looking for one little excuse to arrest my mom and have me under receivership even though I am 22 years old but I am disabled and need someone to watch my blood sugar levels.
>
> http://uswgo.com/reporter-intimidated-and-booted-from-town-council-when-asking-a-question.htm
>
> I am screwed I need to speak on the Alex Jones show to get the cop to back off. We need the press more then ever.

**Detective Robert Bridge on Facebook in 2013.  He is a police detective in Reidsville, NC who called the Mayodan police department on Aug. 22, 2012 to tell them that there is child porn on a computer at the address of Roberta Hill and her son, Brian.  Even though the police report doesn't tell us, Facebook shows that his sister is Melanie Bridge who is the assistant district attorney of Rockingham County, NC.**



**Document 132  Pages 57, 58, 62, 63**

Family



**Melanie Bridge**
Assistant District Attorney **at**
Rockingham County District
Attorney's Office



**Robert Bridge**
Brother

N.C. Sen. Phil Berger administered the oath of office to Caruso, who started with the Mayodan force in 1996. Caruso was hired by former chief Ed Nelson as a dispatcher, but never served in that capacity.

**April 14, 2010    Document 133  Page 9-10**

**When someone puts child porn in your computer, you have a right to investigate.  Brian had already discovered in 2013 that Mayodan attorney, Philip Berger had a son who was the Rockingham County, NC District Attorney.  His name is Philip Berger Jr, and in January, 2015 we all found out that Philip Berger Jr.'s name is all over the discovery material in Brian's case.  We asked Brian's court appointed attorney, Placke if either of their names were in the discovery.  He ignored and never answered that question. Brian was arrested in December, 2013 and denied bail.  In March, 2014 Brian's grandma discovered that Melanie Bridge was running for the District Attorney's office & Philip Berger Jr was running for U. S. Congress.  We sent this information to Brian in September, 2014 to put on the court records.    Mark Walker won.  Both Berger and Bridge lost.**

Page **36** of **38**

NEWS AND RECORD in Greensboro, NC also has an article about this on July 9, 2014 called:
**"Berger accuses Walker of lying about alma mater on Facebook". Walker's response is that his Facebook page was hacked to insert the information.**

**July 9, 2014 Document 37 Page 8 submitted to court on 09/18/14**

Just like the 2 police admitted hacking into Brian's computer on Aug. 22, 2012. Just like whoever sent that threat email to USWGO (Brian Hill) on April, 2013 said they put child porn in Brian's computer & hard drives. (Read the PDF "Threats").

Read this article to find out more about the money laundering that Phil Berger Sr. is helping his son to win this election. Son and father work together for political gains.

"Senator Phil Berger is the president pro tem of the Senate," Blust said at a news conference Wednesday morning, referring to Berger's father. "He can make a bill disappear into committee and never be seen again. Should I come out against the son of that powerful man?"
**Document 37 Page 10 July 14, 2014**

GREENSBORO — Phil Berger Jr. has touted his record as a tough Rockingham County district attorney in his quest for the 6th Congressional District seat.

But Berger's law enforcement credentials were being questioned as an expensive and increasingly ugly Republican run-off entered its final days before Tuesday's voting.



"Sheriff BJ Barnes of Guilford County and Sheriff Terry Johnson of Alamance — the sheriffs of the two largest counties in the district, have endorsed me," Mark Walker.

**Document 37 Page 12**

## District Attorney Phil Berger, Jr. Endorses Melanie Bridge for Rockingham County District Attorney

(Wentworth, NC – March 11, 2014) – Rockingham County District Attorney Phil Berger, Jr., announced this morning that he is endorsing Assistant District Attorney Melanie Bridge for District Attorney.

"I am honored to have received Phil's endorsement," Bridge said. He is an excellent District Attorney and it has been a pleasure to work for him for the last seven years. As our next District

Brian was arrested in Dec. 2013 and not allowed bail. Threat emails kept saying they knew people in NC who would make sure Brian would be in prison and on the sex registry, and police would not believe him no matter how much proof he had. I guess the court could be considered police because no matter how much proof of his innocence that he & his family present to the court, Court continues to deny and ignore. Brian is the victim and is a virgin who has never hurt or raped any child or adult and has been on the sex registry from Nov. 2014 and is still in April, 2022 on the sex registry. Court continues to deny and ignore. Read the PDF "Investigation 2". Brian is innocent of having anything to do with child porn. He is guilty of having autism & brittle type 1 diabetes and upsetting some people with his articles in 2012.

It's interesting to note that 2 police detectives, 3 attorneys, the court and the person who admitted putting this on Brian's computer & hard drive (see PDF "Threats") refer to what was found in Brian's computer, hard drives as "child porn". The NC SBI refer to it as "Items or files of interest" and has no photos as proof. The PSI report said differently. Not of a known series. No victims identified and no victims noted, no ages of victims, no names. A federal Probation PreSentence Report having conflicting information is suspect at best, or the entire prosecution was fake or use false or erroneous information at worst. Two government attorneys got together and made sure to get Brian to say "guilty" using his family while not allowing his family to see the discovery or hear the false confession tape, not allowing Brian to see the NC SBI discovery while both ignored witnesses and ignored all of the discrepancies in their own discovery materials. Brian's court appointed attorney deleted all attachments with proof that Brian's grandparents emailed to him.

Judges keep saying that Brian said "Guilty" ignoring the many times in their own court records that Brian says "I'm innocent". His family has written to this court that Brian is innocent more than once. An attorney wrote this to the court that Brian is innocent. Many people called the attorney wanting to be witnesses to the fact that Brian is innocent. This is an internet crime which means it could be child porn, a computer virus and anyone can hack into a computer and put anything in it. There is no forensic proof, police admit hacking into this computer without obtaining a search warrant. This court never once provided an expert medical witness to testify how someone with all of Brian's disabilities can say they're guilty and still be innocent. They actually have an innocent person with many disabilities on a sex registry for over 7 years. Who is behind these threat emails? Why hasn't there been an investigation? Why is Brian, his family, friends and all of our proof of innocence being ignored?

Stella Forinash