# PRIORITY MAIL

**PRESS FIRMLY TO SEAL**

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
  * Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

---

**US POSTAGE PAID**
$10.55
Origin: 24112
04/19/22
5156520362-19

**PRIORITY MAIL 2-DAY®**

3 Lb 6.20 Oz
1006

EXPECTED DELIVERY DAY: 04/22/22

C023

SHIP TO:
324 W MARKET ST
GREENSBORO NC 27401-2513

USPS TRACKING® #

9505 5104 2591 2109 3397 71

---

INSPECTED

FROM:

**U.S.W.G.O.**
Brian D. Hill - Ally of Q
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
WWG1WGA Q Intel Drain the
Swamp MAGA - INVESTIGATE!
JusticeForUSWGO.wordpress.com



TO:

Clerk of the Court – Note: For filing 1:13-cr-435-1
U.S. District Court
L. Richardson Preyer Courthouse
324 W. Market Street
Greensboro, NC 27401-2544

---



FEDERAL PORN WARS - Part 3: BLACKMAIL of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com
https://youtu.be/zR-7YLVp5uQ

FEDERAL PORN WARS - Part 2: Judicial Corruption of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com
https://youtu.be/Ujwz6ytSfH8

Federal Judges Blackmailed

---

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE

EP14 July 2013
OD: 11.625 x 15.125

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE®