# PRIORITY® MAIL ★


TRACKED* INSURED*

**MAILING ENVELOPE**


FEDERAL PORN WARS - Part 1: Frame Ups of Series of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com
https://youtu.be/qdR7Zglxrtw


FEDERAL PORN WARS - Part 2: Judicial Corruption of Series of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com
https://youtu.be/Ujwz6ytSfH8


FEDERAL PORN WARS - Part 3: BLACKMAIL of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com
https://youtu.be/zR-7YLVp5uQ


PS00000000013    EP14 July 2013
OD: 11.625 x 15.125


UNITED STATES POSTAL SERVICE®

※ Domestic only.