Note to Clerk - April 19, 2022

When you file each attachment please make sure to type the pdf name of each attachment in the docket entry.

Like for attachments to the main memorandum please do it like the following:

ATTACHMENT 1: "Affidavit Stella April, 2022.pdf"
ATTACHMENT 2: "1 Brian Hill's proof of inocence for the court in 2022.pdf"
ATTACHMENT 3: "2 Who is Brian Hill -Pictures & Descriptions.pdf"
ATTACHMENT 4: "3 Brian's treatment in jail with brittle diabetes, autusm & OCD.pdf"
ATTACHMENT 5: "4 Threats.pdf"
ATTACHMENT 6: "5 INVESTIGATION 1.pdf"
ATTACHMENT 7: "6 INVESTIGATION 2.pdf"
ATTACHMENT 8: "7 Danville, VA - Brian - Discovery.pdf"
ATTACHMENT 9: "8  ACTUAL INNOCENCE.pdf"
ATTACHMENT 10: "9-Child Pornography Through a Computer Virus - Roberts Law Group.pdf"

Thanks,
Brian Hill