)
**Brian David Hill,** )
**Petitioner/Defendant** )
) **Criminal Action No. 1:13-CR-435-1**
v. )
) **Civil Action No. 1:22-CV-00074**
**United States of America,** )
**Respondent/Plaintiff** )
)
)

# ADDITIONAL EVIDENCE MEMORANDUM IN SUPPORT OF "MEMORANDUM OF STELLA FORINASH AND KENNETH FORINASH IN FAVOR OF ACTUAL INNOCENCE OF BRIAN DAVID HILL; IN SUPPORT OF WHY BRIAN DAVID HILL SUSPECTS BLACKMAIL OF "JUDGES" AND "OFFICIALS"; AND IN SUPPORT OF GROUND VI - UNCONSTITUTIONAL INTERFERENCE WITH THE STATE COURT PROCESS AND/OR UNWARRANTED USURPATION OF POWER AGAINST THE STATE COURT PROCESS IN VIOLATION OF THE TENTH AMENDMENT OF THE UNITED STATES CONSTITUTION; AND IN SUPPORT OF 2255 MOTION (DOC. #291)"

Criminal Defendant and 28 U.S.C. § 2255 ("2255 Motion") Petitioner Brian David Hill ("Brian D. Hill", "Hill", "Brian", "Defendant", and "Petitioner") is respectfully filing this additional evidence Memorandum with final attachment in support of Stella and Kenneth Forinash's evidence being filed with the Court.

Attachment 11: "10-CAN OF WORMS Infowars Targeted By Child Porn And MSM, Not The First Time Alternative Journalists Set Up - Activist Post.pdf" Stella and Kenneth Forinash said in page 19 of 38 of the pleading:

1

"ATTACHMENT 6: "5 INVESTIGATION 1.pdf"" the "==Brian had met Alex Jones in June 2012. The threat email said they had plans to set Alex Jones==, Dan & others up. On the 2nd one they ==threatened doing more to Brian if he said anything more about that child porn virus==. Page 69-71. Document 131" Page 20 of ATTACHMENT 6, pages 19 of 38 without attachment page marker.

Brian Hill hereby submits this in support of what Stella and Kenneth Forinash had said: "Attachment 11: "10-CAN OF WORMS Infowars Targeted By Child Porn And MSM, Not The First Time Alternative Journalists Set Up - Activist Post.pdf"". There was a major attempt to frame Alex Jones with child porn during a civil Sandy Hook defamation lawsuit involving the parents of the victimized children who fell prey to the Sandy Hook massacre involving a gunman. Somebody appeared to have almost framed Infowars with child porn using a tormail-like anonymous email of "qanon@onionmail.info" and then the plot begins where they were almost framed with child pornography. With the media attacking them as well. However, because Alex Jones is rich and a prominent radio show host, and well connected, unlike Brian David Hill, Alex Jones never falsely confessed to the crime he was set up on and the U.S. Attorney cleared him of any wrongdoing. Alex Jones doesn't have autism with brittle type one diabetes being questioned at around lunch time like Brian. Alex Jones was never charged with child porn despite the enemy or enemies convincing set up

attempt made on him in the year of 2019. Thought that this should be filed since Stella and Kenneth Forinash made it clear in "ATTACHMENT 6: "5 INVESTIGATION 1.pdf"" that the threat email against Brian Hill at admin@uswgo.com in 2013 did in fact mentioned about going after Alex Jones.

Respectfully filed with the Court, this the 19th day of April, 2022.

Respectfully submitted,

Brian D. Hill
Signed

Brian D. Hill

Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505



Former U.S.W.G.O. Alternative News reporter
I stand with Q Intelligence and Lin Wood – Drain the Swamp
I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)
Make America Great Again
https://youtu.be/zR-7YLVp5uQ -- JusticeForUSWGO.wordpress.com
USWGO.COM // JUSTICEFORUSWGO.NL

Petitioner also requests with the Court that a copy of this pleading be served upon the Government as stated in 28 U.S.C.§ 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Petitioner requests that copies be served with the U.S. Attorney office of Greensboro, NC via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

3

## CERTIFICATE OF SERVICE

Petitioner/Defendant hereby certifies that on April 19, 2022, service was made by mailing the original of the foregoing:

"ADDITIONAL EVIDENCE MEMORANDUM IN SUPPORT OF "MEMORANDUM OF STELLA FORINASH AND KENNETH FORINASH IN FAVOR OF ACTUAL INNOCENCE OF BRIAN DAVID HILL; IN SUPPORT OF WHY BRIAN DAVID HILL SUSPECTS BLACKMAIL OF "JUDGES" AND "OFFICIALS"; AND IN SUPPORT OF GROUND VI - UNCONSTITUTIONAL INTERFERENCE WITH THE STATE COURT PROCESS AND/OR UNWARRANTED USURPATION OF POWER AGAINST THE STATE COURT PROCESS IN VIOLATION OF THE TENTH AMENDMENT OF THE UNITED STATES CONSTITUTION; AND IN SUPPORT OF 2255 MOTION (DOC. #291)""

by deposit in the United States Post Office, in an envelope, Postage prepaid, on April 19, 2022 addressed to the Clerk of the Court in the U.S. District Court, for the Middle District of North Carolina, 324 West Market Street, Greensboro, NC 27401.

Then pursuant to 28 U.S.C. §1915(d), Petitioner requests that the Clerk of the Court move to electronically file the foregoing using the CM/ECF system which will send notification of such filing to the following parties to be served in this action:

| Anand Prakash Ramaswamy<br>U.S. Attorney Office<br>Civil Case # 1:17 -cv-1036<br>101 South Edgeworth Street, 4th<br>Floor, Greensboro, NC 27401<br>Anand.Ramaswamy@usdoj.gov | Angela Hewlett Miller<br>U.S. Attorney Office<br>Civil Case # 1: 17 -cv-1036<br>101 South Edgeworth Street, 4th<br>Floor, Greensboro, NC 27401<br>angela.miller@usdoj.gov |
|---|---|
| JOHN M. ALSUP<br>U.S. Attorney Office<br>101 South Edgeworth Street, 4th<br>Floor, Greensboro, NC 27401<br>john.alsup@usdoj.gov | |

4

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

| Date of signing:<br><br>April 19, 2022 | Respectfully submitted,<br><br>*Brian D. Hill*<br>Signed<br>Brian D. Hill<br>Signed<br>Brian D. Hill (Pro Se)<br>310 Forest Street, Apartment 2<br>Martinsville, Virginia 24112<br>Phone #: (276) 790-3505<br><br>I stand with Q Intelligence and Lin Wood – Drain the Swamp<br>I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)<br>Make America Great Again |

Friend's justice site: JusticeForUSWGO.wordpress.com
JusticeForUSWGO.NL; https://youtu.be/zR-7YLVp5uQ





5

# THE DOCUMENTARY SERIES OF THE FRAUDS AND FRAME UPS BY THE UNITED STATES DEPARTMENT OF [IN]JUSTICE (FAMILY PRODUCTION COMMITTEE) U.S. GOVERNMENT CHILD PORN PLANTING WARS CHILD PORN IS A [WEAPON] OF POLITICS



**FEDERAL PORN WARS - Part 1: Frame Ups of Series of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com**
https://youtu.be/qdR7Zglxrtw



**FEDERAL PORN WARS - Part 2: Judicial Corruption of Series of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com**
https://youtu.be/Ujwz6ytSfH8



**FEDERAL PORN WARS - Part 3: BLACKMAIL of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com**
https://youtu.be/zR-7YLVp5uQ

RAMASWAMY KNOWS THAT THE FEDERAL GOVERNMENT LOVES CHILD PORN BECAUSE IT IS THE PERFECT WEAPON OF POLITICAL WARFARE, PLANTING CHILD PORN TO DESTROY ANYBODY THEY WISH.