In the United States District Court
For the Middle District of North Carolina

Brian David Hill,
Petitioner/Defendant

v.

United States of America,
Respondent/Plaintiff

Criminal Action No. 1:13-CR-435-1

Civil Action No. 1:22-CV-00074

## PETITIONER'S NOTICE OF APPEAL

NOW COMES the Criminal Defendant and 28 U.S.C. § 2255 ("2255 Motion") and 2255 Petitioner Brian David Hill ("Brian D. Hill", "Hill", "Brian", "Defendant", and "Petitioner"), that is acting pro se in this action before this Honorable Court in the Middle District of North Carolina, and hereby respectfully moves to file this notice of appeal.

Notice is hereby given that Defendant/Petitioner Brian David Hill in the above-named case hereby appeal to the United States Court of Appeals for the Fourth Circuit from an order entered in this action on March 21, 2022, denying the Petitioner's Document #309 Emergency Motion for Extension of Time or Delay the Time for the Government to Respond to Petitioner's §2255 motion. Text Order is attached to this NOTICE OF APPEAL as no document was entered. No memorandum opinion was entered consecutive to this Text Order.

1

Text Order 4-21-2022:

**TEXT ORDER** denying 309 Emergency Motion for Extension of Time or Delay the Time for the Government to Respond to Petitioner's §2255 motion. Petitioner has filed a motion (Docket Entry 309) requesting that the Court delay or extend the Government's deadline for responding to his motion brought pursuant to 28 U.S.C. § 2255. Petitioner has failed to provide good cause or an adequate reason for the relief requested. The motion is therefore denied. Issued by MAG/JUDGE JOE L. WEBSTER on 4/21/2022. (Lee, Pedra) (Entered: 04/21/2022)

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

Respectfully filed with the Court, this the 22nd day of April, 2022.

Respectfully submitted,

Brian D. Hill
Signed
Brian D. Hill

Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505



Former U.S.W.G.O. Alternative News reporter
I stand with Q Intelligence and Lin Wood – Drain the Swamp
I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)
Make America Great Again
Family gave link: https://youtu.be/zR-7YLVp5uQ -- JusticeForUSWGO.wordpress.com
USWGO.COM
JUSTICEFORUSWGO.NL

Petitioner also requests with the Court that a copy of this pleading be served upon the Government as stated in 28 U.S.C.§ 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses

2

shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Petitioner requests that copies be served with the U.S. Attorney office of Greensboro, NC via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

## CERTIFICATE OF SERVICE

Petitioner/Defendant hereby certifies that on April 22, 2022, service was made by mailing the original of the foregoing:

"PETITIONER'S NOTICE OF APPEAL"

by deposit in the United States Post Office, in an envelope, Postage prepaid, on April 22, 2022 addressed to the Clerk of the Court in the U.S. District Court, for the Middle District of North Carolina, 324 West Market Street, Greensboro, NC 27401.

Then pursuant to 28 U.S.C. §1915(d), Petitioner requests that the Clerk of the Court move to electronically file the foregoing using the CM/ECF system which will send notification of such filing to the following parties to be served in this action:

| Anand Prakash Ramaswamy<br>U.S. Attorney Office<br>Civil Case # 1:17 -cv-1036<br>101 South Edgeworth Street, 4th<br>Floor, Greensboro, NC 27401<br>Anand.Ramaswamy@usdoj.gov | Angela Hewlett Miller<br>U.S. Attorney Office<br>Civil Case # 1: 17 -cv-1036<br>101 South Edgeworth Street, 4th<br>Floor, Greensboro, NC 27401<br>angela.miller@usdoj.gov |
|---|---|
| JOHN M. ALSUP<br>U.S. Attorney Office<br>101 South Edgeworth Street, 4th<br>Floor, Greensboro, NC 27401<br>john.alsup@usdoj.gov | |

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and

3

perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

| Date of signing:<br><br>April 22, 2022 | Respectfully submitted,<br><br>*Brian D. Hill*<br>Signed<br>Brian D. Hill<br>Signed<br>Brian D. Hill (Pro Se)<br>310 Forest Street, Apartment 2<br>Martinsville, Virginia 24112<br>Phone #: (276) 790-3505<br>**U.S.W.G.O.**<br>I stand with Q Intelligence and Lin Wood –<br>Drain the Swamp<br>I ask Q Intelligence and Lin Wood for<br>Assistance (S.O.S.)<br>Make America Great Again |

Friend's justice site: JusticeForUSWGO.wordpress.com
JusticeForUSWGO.NL; https://youtu.be/zR-7YLVp5uQ

  

4

| | | |
|---|---|---|
| | | PROCESS IN VIOLATION OF THE TENTH AMENDMENT OF THE UNITED STATES CONSTITUTION; AND IN SUPPORT OF 2255 MOTION (DOC. #291) by BRIAN DAVID HILL (Attachments: # 1 Attachment 1: "Affidavit Stella April, 2022.pdf", # 2 Attachment 2:"1 Brian Hill's proof of inocence for the court in 2022.pdf", # 3 Attachment 3:"2 Who is Brian Hill–Pictures & Descriptions.pdf", # 4 Attachment 4:"3 Brian's treatment in jail with brittle diabetes, autism & OCD.pdf", # 5 Attachment 5:"4 Threats.pdf", # 6 Attachment 6:"5 INVESTIGATION 1.pdf", # 7 Attachment 7:"6 INVESTIGATION 2.pdf, # 8 Attachment 8:"7 Danville, VA–Brian–Discovery.pdf", # 9 Attachment 9:"8 ACTUAL INNOCENCE.pdf", # 10 Attachment 10:"9–Child Pornography Through a Computer Virus–Roberts Law Group.pdf", # 11 Envelope Front Envelope, # 12 Envelope Back Envelope, # 13 Note to Clerk) (Bowers, Alexis) (Entered: 04/20/2022) |
| 04/20/2022 | 308 | ADDITIONAL EVIDENCE MEMORANDUM IN SUPPORT OF "MEMORANDUM OF STELLA FORINASH AND KENNETH FORINASH IN FAVOR OF ACTUAL INNOCENCE OF BRIAN DAVID HILL; IN SUPPORT OF WHY BRIAN DAVID IDLL SUSPECTS BLACKMAIL OF "JUDGES" AND "OFFICIALS"; AND IN SUPPORT OF GROUND VI – UNCONSTITUTIONAL INTERFERENCE WITH THE STATE COURT PROCESS AND/OR UNWARRANTED USURPATION OF POWER AGAINST THE STATE COURT PROCESS IN VIOLATION OF THE TENTH AMENDMENT OF THE UNITED STATES CONSTITUTION; AND IN SUPPORT OF 2255 MOTION (DOC. #291)" by BRIAN DAVID HILL (Attachments: # 1 ATTACHMENT 11: "10–CAN OF WORMS Infowars Targeted By Child Porn And MSM, Not The First Time Alternative Journalists Set Up– Activist Post.pdf") (Bowers, Alexis) (Entered: 04/20/2022) |
| 04/20/2022 | 309 | EMERGENCY MOTION FOR EXTENSION OF TIME OR DELAY THE TIME FOR THE GOVERNMENT TO RESPOND TO PETITIONER'S DOCUMENT # 291 MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE (PURSUANT TO 28 U.S.C. 2255) by BRIAN DAVID HILL. (Bowers, Alexis) (Entered: 04/20/2022) |
| 04/21/2022 | | Motion Referred to MAGISTRATE JUDGE JOE L. WEBSTER RE: 309 EMERGENCY MOTION FOR EXTENSION OF TIME OR DELAY THE TIME FOR THE GOVERNMENT TO RESPOND TO PETITIONER'S DOCUMENT # 291 MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE (PURSUANT TO 28 U.S.C. 2255) by BRIAN DAVID HILL. (Engle, Anita) (Entered: 04/21/2022) |
| 04/21/2022 | | TEXT ORDER denying 301 Motion for Reconsideration. Petitioner has filed a motion (Docket Entry 301) requesting that the Court reconsider an Order directing the Government to file a response to Petitioner's motion brought pursuant to 28 U.S.C. § 2255 and denying the appointment of a special master, a change of venue, the appointment of counsel, and the adoption of special filing procedures. Petitioner has failed to provide good cause or an adequate reason for the relief requested. The motion is therefore denied. Issued by MAG/JUDGE JOE L. WEBSTER on 4/21/2022. (Lee, Pedra) (Entered: 04/21/2022) |
| 04/21/2022 | | TEXT ORDER denying 309 Emergency Motion for Extension of Time or Delay the Time for the Government to Respond to Petitioner's §2255 motion. Petitioner has filed a motion (Docket Entry 309) requesting that the Court delay or extend the Government's deadline for responding to his motion brought pursuant to 28 U.S.C. § 2255. Petitioner has failed to provide good cause or an adequate reason for the relief requested. The motion is therefore denied. Issued by MAG/JUDGE JOE L. WEBSTER on 4/21/2022. (Lee, Pedra) (Entered: 04/21/2022) |

# THE DOCUMENTARY SERIES OF THE FRAUDS AND FRAME UPS BY THE UNITED STATES DEPARTMENT OF [IN]JUSTICE (FAMILY PRODUCTION COMMITTEE) U.S. GOVERNMENT CHILD PORN PLANTING WARS CHILD PORN IS A [WEAPON] OF POLITICS



**FEDERAL PORN WARS - Part 1: Frame Ups of Series of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com**
https://youtu.be/qdR7Zglxrtw



**FEDERAL PORN WARS - Part 2: Judicial Corruption of Series of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com**
https://youtu.be/Ujwz6ytSfH8



**FEDERAL PORN WARS - Part 3: BLACKMAIL of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com**
https://youtu.be/zR-7YLVp5uQ

RAMASWAMY KNOWS THAT THE FEDERAL GOVERNMENT LOVES CHILD PORN BECAUSE IT IS THE PERFECT WEAPON OF POLITICAL WARFARE, PLANTING CHILD PORN TO DESTROY ANYBODY THEY WISH.