

Brian D. Hill - Ally of Q
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
WWG1WGA Q Intel Drain the
Swamp MAGA - INVESTIGATE!
JusticeForUSWGO.wordpress.com





Clerk of the Court – Note: 1:13-cr-435-1
U.S. District Court
L. Richardson Preyer Courthouse
324 W. Market Street
Greensboro, NC 27401-2544

RECEIVED
In the Clerk's Office
APR 25 2022
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.



**FEDERAL PORN WARS - Part 1: Frame Ups of Series of Series - DOCUMENTARY** at JusticeForUSWGO.wordpress.com
https://youtu.be/qdR7Zglxrtw



**FEDERAL PORN WARS - Part 2: Judicial Corruption of Series of Series - DOCUMENTARY** at JusticeForUSWGO.wordpress.com
https://youtu.be/Ujwz6ytSfH8



**FEDERAL PORN WARS - Part 3: BLACKMAIL of Series - DOCUMENTARY** at JusticeForUSWGO.wordpress.com
https://youtu.be/zR-7YLVp5uQ