# APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 04/25/22<br>___ First NOA in Case<br>✓ Subsequent NOA-same party<br>___ Subsequent NOA-new party<br>___ Subsequent NOA-cross appeal<br>___ Paper ROA  ___ Paper Supp.<br>Vols: _____<br>Other: _____ | **District:** Middle District of North Carolina<br>**Division:** GREENSBORO<br>**Caption:**<br>USA<br>v.<br>BRIAN DAVID HILL | **District Case No.:** 1:13-cr-00435-TDS-1<br>**4CCA No(s). for any prior NOA:** 22-6325; 20-7737; 20-6034; 19-7755<br>**4CCA Case Manager:** Jeffrey S. Neal |

**Exceptional Circumstances:** ___ Bail  ___ Interlocutory  ___ Recalcitrant Witness  ___ Other _____

**Confinement-Criminal Case:**
- ___ Death row-use DP Transmittal
- ___ Recalcitrant witness
- ___ In custody
- ___ On bond
- ✓ On probation

**Defendant Address-Criminal Case:**

**District Judge:** THOMAS D. SCHROEDER

**Court Reporter** (list all): Joseph Armstrong

**Coordinator:** Gloria Powell

**Fee Status:**
- ___ No fee required (USA appeal)
- ___ Appeal fees paid in full

**Criminal Cases:**
- ✓ District court granted & did not revoke CJA status (continues on appeal)
- ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)
- ___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**
- ___ Court granted & did not revoke IFP status (continues on appeal)
- ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
- ___ Court never granted IFP status (must pay fee or apply to **District Court**)

**PLRA Cases:**
- ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
- ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply):
- ✓ Portions of record under seal
- ___ Entire record under seal
- ___ Party names under seal
- ___ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable):
- ___ Assembled electronic record transmitted
- ___ Additional sealed record emailed to 4cca-filing
- ___ Paper record or supplement shipped to 4CCA
- ___ No in-court hearings held
- ___ In-court hearings held – all transcript on file
- ___ In-court hearings held – all transcript not on file
- ___ Other:

**Record Status for Counseled Appeals** (check any applicable):
- ___ Assembled electronic record available if requested
- ___ Additional sealed record available if requested
- ___ Paper record or supplement available if requested
- ___ No in-court hearings held
- ___ In-court hearings held – all transcript on file
- ✓ In-court hearings held – all transcript not on file
- ___ Other:

**Deputy Clerk:** /s/ Alexis Bowers  **Phone:** 336-332-6000  **Date:** 04/26/22

03/2011