FILED:  April 27, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6501
(1:13-cr-00435-TDS-1)
(1:22-cv-00074-TDS-JLW)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRIAN DAVID HILL

Defendant - Appellant

This case has been opened on appeal.

| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
|---|---|
| Originating Case Number | 1:13-cr-00435-TDS-1<br>1:22-cv-00074-TDS-JLW |
| Date notice of appeal filed in originating court: | 04/25/2022 |
| Appellant(s) | Brian Hill |
| Appellate Case Number | 22-6501 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |