IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BRIAN DAVID HILL, | : | 1:13CR435 |
| Petitioner, | : | 1:22CV74 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | MOTION FOR EXTENSION |
| Respondent. | : | OF TIME |

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and respectfully requests a sixty (60) day extension of time within which to respond to petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, and in support thereof, states to the Court the following:

1. Petitioner filed the instant motion on January 27, 2022. The government was ordered to respond within sixty (60) days from the entry of the order, making its response due May 2, 2022.

2. Since the filing of the order, the undersigned has been reviewing and preparing responses in the appellate and districts courts, to include, of late, reviewing responses in: <u>United States v. Marcus Neal McMillian</u>, No. 21-4608, April 21, 2022; <u>United States v. Henry Alan Lee</u>, 1:15CR281, filed April 22, 2022; and <u>United States v. Shon Lee Ellison</u>, 1:16CR250, filed April 26, 2022.

3. Due to the nature and number of the Petitioner's claims, the government requests additional time in order to respond.

4. The undersigned was on scheduled leave the week of April 26, 2022.

5. Finally, additional district and appellate court responses will require completion or review by the undersigned during May and June, 2022.

WHEREFORE, the United States respectfully requests a sixty (60) day extension of time, until July 1, 2022, within which to prepare and file its response.

This the 2nd day of May, 2022.

Respectfully submitted,

SANDRA J. HAIRSTON
UNITED STATES ATTORNEY


/S/ ANGELA H. MILLER
Assistant United States Attorney
SCSB # 11662
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Flr.
Greensboro, NC   27401
Phone:   336/333-5351

CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and I hereby certify that the document was mailed to the following non-CM/ECF participants:

Brian David Hill
310 Forest Street, Apt 2
Martinsville, VA 24112

/S/ ANGELA H. MILLER
Assistant United States Attorney
SCSB # 11662
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Flr.
Greensboro, NC   27401
Phone:   336/333-5351