# LETTER TO ATTORNEY RENORDA PRYOR ASKING FOR HELP ON SOMETHING FOR THE LAST TIME

## SATURDAY, MAY 21, 2022

| **ATTN: Renorda E. Pryor** | **WILSON REIVES AND SILVERMAN** <br> **1502 WOODLAWN AVE.** <br> **SANFORD, NC 27330** <br> **919–775–5653** <br> **Fax: 919–355–4976** <br> **Email: rpryor@herringlawcenter.net** |
|---|---|

Dear Renorda,

    I have a few things I would like to ask you. This is the last time I will ask for your help since your not my attorney since the revocation hearing.

    There are things I should apologize to you over and I am sorry for anything that caused you to be removed as counsel. I am sorry if I said anything that may have hurt you but I was desperate and was scared about having to go to Kentucky, having to self report to prison and luckily I didn't get there during the Covid-19 stuff. Luckily I was ordered out of prison due to an emergency audit and said I over-served my sentence. Eric Clark from Kansas who helped me with pro se stuff in 2019 gave me the suggestion of asking for substitute counsel and I was paranoid that you may have been threatened, coerced, or influenced behind the scenes. With the threatening text messages and emails that Attorney Sue Basko received in 2015, I was scared and paranoid or at least I had to be in fear of whoever framed me in 2014. Just thought I'd explain why I pushed you out of being my attorney of record in my federal case. I need your help for the last time. I need a few things which shouldn't take long for you to help me with. You can do it rather quickly and I need help on two things. Only you can do it. I need this more than ever.

    First of all, I would like to request a copy of the case files and you can email it to rbhill67@comcast.net or her alternate email rbhill67@justiceforuswgo.nl or both. She uses the alternate email if comcast starts blocking her from emailing important people trying to get my state case overturned. Anyways, I need the case files for when you were given questions by me and my family to ask Martinsville Police Officer Robert Jones at the revocation hearing, asking him if I was being obscene. This is very important, Renorda. If you still have notes of the questions you asked the witness at that hearing dated September 12, 2019, it will be very helpful.

    Second of all, I need for you to write a state Affidavit. A state affidavit about

**PAGE 1 OF 4 - LETTER TO ATTORNEY RENORDA PRYOR**

Case 1:13-cr-00435-TDS   Document 316-1   Filed 06/24/22   Page 1 of 4

asking Officer Robert Jones the question at the revocation hearing dated September 12, 2019. The question about whether I was obscene or not. If you still remember asking him that question. You can decide whether you want to bring up Robert Jone's response to you asking him about me being obscene and he saying I was not obscene. If you still remember any of that, please I beg of you to write an affidavit on that. I should have asked you this in November after I got the transcript and saw the omission, but I didn't. I screwed things up by not asking you, I was hoping the Court would have asked you and then the omission in the transcript would have been proven and be amended to have that question and answer so that it would be on record that I was not obscene. The federal court is so corrupt the affidavit will not help me in the feds. This is not for the federal case though, I need it.

The reason why I need this information is because my indecent exposure charge on September 21, 2018 is a fraud, it is a false charge and here is why. He never charged me with indecency. He charged me technically with "intentionally making an obscene display". I read that in the arrest warrant and criminal complaint. So he did charge me in his own words with obscenity as he typed up the charge in the arrest warrant. I saw him typing it up as he was printing it and faxed it to the Magistrate Judge to approve my arrest on September 21, 2018, he said I was intentionally being obscene and that was why I was arrested. Eric Clark told me that he thought having his testimony on that wouldn't be very useful but he thought I was charged with indecent exposure. He didn't know that the same officer said in my initial charge warrant I was being obscene and later admits a year later that he thought I was not being obscene and said so under oath. He said the same thing at the General District Court but those courts do not have any transcripts. So I have no proof that he admitted that I was not obscene from official court records, Except four affidavits from four people. That is a fraudulent charge against me, and I need to have that charge vacated for it being baseless. I have more than just admission of not being obscene. I have the autism and OCD and diabetes, all of that is legally admissible due to a new law in Virginia. I just need the last bit of helpful information.

I have sent information to the Attorney General of Virginia, and his staff is very interested in what happened at that revocation hearing. I told their staff about the officer admitting in federal court that I was not being obscene and the officer admitted to it under oath but was omitted from the transcript. I have brought four affidavits from myself, Roberta, Stella Forinash, and Kenneth Forinash, but that is just family and usually law enforcement attorneys do not listen to family. My probation officer doesn't want to risk getting fired so he may not be able to do an affidavit for me. Not wanting to poke the bear.

However you asked the officer about me being obscene, you asked the question. Even just you doing an affidavit about asking the officer that obscenity question would be enough for me as it would prove transcript fraud by omission in the federal court system. The proving fraud does work. I proven fraud by omission in the state appeals courts and they were forced to admit the clerk wasn't telling the truth that the complete record was incomplete so my fraud claims actually do cause the court to back away and gives me a tiny victory.

I am being bullied right and left by the judges and clerks in the Virginia court system from top to bottom. They are trying to wreck my appeals, my motions, and everything else. I have dealt with them protecting each other and blocking me from proving my innocence. I might be able to persuade republican Governor Glenn Youngkin but he loves the police like any other typical republican so he won't believe me or listen to me when I tell him I am innocent. If he got any evidence or admission as to me not being obscene, it may cause Youngkin to consider that as enough prima facie proof to consider the warrant a fraud and have me acquitted.

Please consider this last request to you, please consider writing me an affidavit about asking Officer Robert Jones about if he thought I was being obscene. If you can do an affidavit on that, it would help me a whole lot. Even if that gets ignored, I have enough evidence that the arrest warrant is a fraud because of not being medically and psychologically cleared to the letter that the American people and the alternative media people including Tracy Beanz may consider having me acquitted in the court of public opinion. I need all the help I can get to be acquitted in the state or at least in the court of public opinion with legal experts agreeing that I am innocent to have the people feel that I am innocent. I can go to Governor Youngkin with your affidavit and that may tip the scale in him granting my request for an absolute pardon and declaring me innocent of my charge of not indecent exposure but was charged under that statute for making an obscene display intentionally. The same officer who wrote the charge and stated in writing or typing that I was making an obscene display then later admitting under penalty of perjury that I was not being obscene. That would invalidate the whole charge since he charged me with the complaint under oath or affirmation that I was being obscene then later admits I was not being obscene. That's contradictory. Now I know why that admission was covered up from the transcript. They knew my arrest warrant said I was obscene. When you asked about me being obscene and the Officer replied that I was not, they were terrified about you asking that question, they didn't want you to ask that but I remember that you did. My whole family remembers that you did.

**PAGE 3 OF 4 - LETTER TO ATTORNEY RENORDA PRYOR**

Maybe it might not help me, maybe it will. I felt like you should know that I have other avenues to prove my innocence in state court but I like to ask for your help. I need just one little thing, something simple and isn't hundreds to thousands of pages. Just one or two pages of your affidavit or your notes from the revocation hearing. That can tip the scales, very easy to read and it can do a lot to help me in one way or another.

I ask God for help, I ask Jesus for help. I ask for your help. If you can do these two things, the notes would also have the questions you asked at that revocation hearing. That would be very beneficial. So if you still have case notes from my legal case, or if you gave them to Attorney Kennedy, please let me know if he has the case files.

The case files and the affidavit. I ask for your help on both of them.

God bless you and happy Saturday Sabbath day. Some consider the day of the Sabbath on Saturday and some on Sunday. I pray for you. Thank You.

*Brian D. Hill*
Signed
Brian D. Hill

God bless you,
Brian D. Hill
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
(276) 790-3505

**PAGE 4 OF 4 - LETTER TO ATTORNEY RENORDA PRYOR**