Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket for Fax ID: 276-790-3505

Date: 5/24/2022                             Time: 9:05:18 PM
Number of pages: 4                          Session duration: 3:31
Attn.: HERRING LAW CENTER, PLLC             To: Attorney Renorda Pryor
Recipient's number: T1919-355-4976          Message type: Fax
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\Letter To Attorney RenoiError Correction: No5-24}.tif
File description: Letter To Attorney Renorda Pryor(2).pdf    Resolution: 200*200 dpi
Recipient's Fax ID:         HFR             Record number: 8459
Rate: 14400 bps

# LETTER TO ATTORNEY RENORDA PRYOR ASKING FOR HELP ON SOMETHING FOR THE LAST TIME

## SATURDAY, MAY 21, 2022

| **ATTN: Renorda E. Pryor** | WILSON REIVES AND SILVERMAN<br>1502 WOODLAWN AVE.<br>SANFORD, NC 27330<br>919-775-5653<br>Fax: 919-355-4976<br>Email: rpryor@herringlawcenter.net |
|---|---|

Dear Renorda,

    I have a few things I would like to ask you. This is the last time I will ask for your help since your not my attorney since the revocation hearing.

    There are things I should apologize to you over and I am sorry for anything that caused you to be removed as counsel. I am sorry if I said anything that may have hurt you but I was desperate and was scared about having to go to Kentucky, having to self report to prison and luckily I didn't get there during the Covid-19 stuff. Luckily I was ordered out of prison due to an emergency audit and said I over-served my sentence. Eric Clark from Kansas who helped me with pro se stuff in 2019 gave me the suggestion of asking for substitute counsel and I was paranoid that you may have been threatened, coerced, or influenced behind the scenes. With the threatening text messages and emails that Attorney Sue Basko received in 2015, I was scared and paranoid or at least I had to be in fear of whoever framed me in 2014. Just thought I'd explain why I pushed you out of being my attorney of record in my federal case. I need your help for the last time. I need a few things which shouldn't take long for you to help me with. You can do it rather quickly and I need help on two things. Only you can do it. I need this more than ever.

    First of all, I would like to request a copy of the case files and you can email it to rbhill67@comcast.net or her alternate email rbhill67@justiceforuswgo.nl or both. She uses the alternate email if comcast starts blocking her from emailing important people trying to get my state case overturned. Anyways, I need the case files for when you were given questions by me and my family to ask Martinsville Police Officer Robert Jones at the revocation hearing, asking him if I was being obscene. This is very important, Renorda. If you still have notes of the questions you asked the witness at that hearing dated September 12, 2019, it will be very helpful.

    Second of all, I need for you to write a state Affidavit. A state affidavit about