**Subject:** Brian Hill letter
**From:** ROBERTA HILL <rbhill67@comcast.net>
**Date:** 5/21/2022, 7:00 AM
**To:** "rpryor@herringlawcenter.net" <rpryor@herringlawcenter.net>

Hey Renorda,

My son Brian Hill would like for me to send you this important letter. It is attached.

Hope you are doing well.

Thanks,
Roberta Hill

—Attachments:———————————————————————————————

   Letter To Attorney Renorda Pryor(2).pdf      133 KB