# LETTER TO THE HON. GILES CARTER GREER (JUDGE), HON. ASHBY R. PRITCHETT (CLERK), ATTORNEY MATTHEW SCOTT THOMAS CLERK (INEFFECTIVE LAWYER), AND GLEN ANDREW HALL (COMMONWEALTH ATTORNEY)

RE: City of Martinsville, Commonwealth of Virginia v. Brian David Hill; case no. CR19000009-00

MONDAY, JUNE 20, 2022
EDITED: TUESDAY, JUNE 21, 2022

| **ATTN: Hon. Ashby R. Pritchett**<br>Martinsville Circuit Court<br>55 West Church Street<br>Martinsville, Virginia 24112<br>apritchett@vacourts.gov | **ATTN: Hon. Giles Carter Greer**<br>Martinsville Circuit Court<br>55 West Church Street<br>Martinsville, Virginia 24112<br>cgreer@ci.martinsville.va.us |
|---|---|
| **ATTN: Glen Andrew Hall, Esq.**<br>Commonwealth's Attorney<br>for the City of Martinsville<br>55 West Church Street<br>Martinsville, Virginia 24112<br>ahall@ci.martinsville.va.us | **ATTN: Matthew S.T. Clark**<br>Ineffective Attorney<br>711 B Starling Avenue<br>Martinsville, Virginia 24112<br>matthewstclarklaw@gmail.com |

To Whom it may Concern,

I, Brian David Hill, the criminal defendant in this case will prove as much fraud on the court as possible because the corrupt Commonwealth Attorney Glen Andrew Hall will never admit to defrauding the Court, even when it is clear that it is.

I am aware of things, enough that if I ever prove my theory to this Court, I am likely a dead man, my family are likely going to be targeted.

I rather focus on being acquitted, I want to be acquitted of my wrongful conviction on November 18, 2019, of my indecent exposure charge on September 21, 2018. I deserve it.

However I will bring out my theory to you, because you are the Court of Law.

**PAGE 1 OF 5 - LETTER TO JUDGE, CLERK OF CIRCUIT COURT, MATTHEW CLARK**

Theory as to why Martinsville Police Department destroyed evidence.

I will attach three pages, the page where medical lab tests were ordered then to be deleted from the chart, and the second page of testimony in Federal Court record where I cuss out police officer Robert Jones of Martinsville Police telling him *"F\*\*k you...At one point I told Sgt. Jones that "you aren't doing anything about the drug dealers in my (in our) neighborhood"...I don't trust the police"*. Citation partially omitted. Document #153, Filed 10/17/18, Page 6 of 11. The third page about me may be drugged at the time.

I am aware that Carbon Monoxide gas poisoning can also be part of intoxication. Had Sovah Health Martinsville, aka the Hospital in the City of Martinsville, had the Hospital conducted the laboratory testing on September 21, 2018 after drawing blood from my vein, they likely would find abnormal levels. Assuming in theory that they did the lab work. Let's say the police did look at the lab work assuming that I was intoxicated on unknown drugs or narcotics because they didn't know about the Carbon Monoxide poisoning and Carbon Monoxide gas exposure since October 5, 2017.

If they did see the lab work they knew that I was intoxicated and that would negate culpability to being found naked in a public place (walking trail) on September 21, 2018. They couldn't charge me with indecent exposure unless they destroy the blood vials and cover up the lab test results. Destroying lab work would be favorable to them.

I am aware of the Doctor's name in question who was at the Emergency Room when I was taken there by Martinsville Police and Officer Robert Jones was there in my Emergency Room bed area. I was in the Emergency Room but I am aware of Robert Jones being there with me. He knew blood vials were drawn, he knew they were for lab work. He knew lab work is normally conducted, admitted so under oath in Fed. Court.

The doctor's name is Dr. Brant Hinchman, DO, (772) 335-4000, License number 0102204592. Osteopathic medicine is based on the idea that all the body's systems are interrelated. Osteopaths focus on treating the whole person. Dr. Hinchman's occupation is Osteopathic Medicine.

Let's say lab testing was done and they assumed I was on some unknown narcotic or substance not knowing about my long term exposure to the Carbon Monoxide gas poisoning, as revealed by expert Pete Compton who is an expert on the gas but not the poisoning. The Martinsville Police, whoever is in on the take of the drug houses and

**PAGE 2 OF 5 - LETTER TO JUDGE, CLERK OF CIRCUIT COURT, MATTHEW CLARK**

drug dealers, the drug people in the city of Martinsville, they assumed that somebody may have drugged me. That is also likely why the COVER UP by Martinsville Police.

Case 1:13-cr-00435-TDS, Document #153, Filed 10/17/18, Page 3 of 11:
"At one point I felt like I might collapse so I may have been drugged. I had to keep sitting on benches."

So it is clear that if the Martinsville Police were informed that I was making statements of being drugged, the lab tests may have been covered up if anybody high up in Martinsville Police Department was in on the take for drug money.

I am not trying to make permanent enemies here in Martinsville. I made that mistake in the town of Mayodan and got framed with child porn because of that.

However, all I am seeking from this Court, from Martinsville Police Department IS MY ACQUITTAL. I need to to be acquitted of indecent exposure because I am innocent. Glen Andrew Hall must acquit me, it is his DUTY.

If the lab test results were not covered up, I would have had a criminal defense of "intoxication". Lawyer Scott Albrecht could have brought up the intoxication defense.

That essentially leaves two situations where intoxication is a defense in Virginia for most crimes: (1) being surreptitiously intoxicated without your knowledge or (2) consuming a substance as directed by your physician but where the physician mistakenly prescribed the wrong dose. Today, neither of those is an impossible burden.

See https://wmmlegal.com/intoxication-as-a-defense-in-virginia#:~:text=That%20essentially%20leaves%20two%20situations%20where%20intoxication%20is,Today%2C%20neither%20of%20those%20is%20an%20impossible%20burden. - Family provided me with this criminal defense link and text.

I am innocent of indecent exposure because I was intoxicated by Carbon Monoxide Poisoning. The police body-camera footage recorded by Officer Robert Jones on September 21, 2018, would have shown signs of me being intoxicated. That was why my statements made to Martinsville Police were never taken seriously and when they said "black man in a hoodie". It was probably somebody involved with drug or drug dealing that Officer Jones likely assumes threatened me to get naked. Again, not knowing that my real intoxication came from the CARBON MONOXIDE GAS

exposure, long term, prolonged exposure. Poisoning.

I believe the body-camera footage would have shown the jury that I was making statements which did not add up, that any expert would have determined that I was intoxicated. I was intoxicated because of Carbon Monoxide. The police assumed I was likely drugged and was afraid it would implicate one of the protected drug houses. So the lab results were covered up, likely by request from Martinsville Police Department. They also covered up the body-camera footage because it would have shown evidence of me being intoxicated. They were afraid it would implicate somebody they knew.

It is clear to this day that I am innocent of three elements of my criminal charge on September 21, 2018.

(1) INTENT
(2) OBSCENITY
(3) NOT BEING MEDICALLY AND PSYCHOLOGICALLY CLEARED AS ASSUMED BY OFFICER ROBERT JONES UNDER CRIMINAL COMPLAINT

Also if the lab results had not been covered up and destroyed, assuming the police found out about the lab results and wanted them covered up since they would have assumed I was under a substance or drug or narcotic not knowing anything about Carbon Monoxide gas can cause the same thing. They likely assumed it was a drug, not a gas.

When blood work is done and Carbon Monoxide can have effects similar to narcotics, medicines, and street drugs. Martinsville Police would not know this. If somebody is in on the take of the drug dealers in the city of Martinsville, they would want to cover up both the lab results, blood vials, and the body-camera footage.

That is my theory. If I ever fully prove this theory, I am a dead man.

I may be able to prove enough if I am forced to do so. I want to be acquitted.

Like I said, I only desire to be acquitted of indecent exposure. I only desire to demonstrate to this Court that I was not medically and psychologically cleared and that right there would be enough for ACQUITTAL, acquittal due to lack of evidence.

**You can't convict somebody of a weird abnormal behavior of a non-violent crime when that person is not medically cleared and may be intoxicated.**

This Court, the Commonwealth Attorney, I am sure they are all aware of the corruption in Martinsville Police Department. How would you not?

You don't have to keep me convicted of indecent exposure to protect the drug houses and drug dealers here. You don't need to keep me convicted any longer because I was not medically cleared. The lab results were covered up, by your hands Glen Andrew Hall or by the hands of Martinsville Police Department high up. You covered up the truth to keep me wrongfully convicted. I am innocent, I don't want to be a target.

I am not willing to wait a decade or more until all of you are retired from your careers before I am acquitted of my wrongful conviction. It won't matter at that point. I am innocent, NOW. I AM INNOCENT, NOW.

Please acquit me, NOW. Glen Andrew Hall, I know about the criminal game going on here. I know about things being covered up. I am not willing to let this go until I am acquitted. I am innocent, you know I am innocent. You covered up the evidence which would have proven my innocence. The evidence was covered up to protect the drug dealers, the drug houses. That didn't have to happen. I was under CARBON MONOXIDE GAS poisoning. I was not on a street drug. There is nothing that should have been covered up here.
Please do not cover up evidence of my innocence to my charge any more.

Thank You. Respectfully filed with the Circuit Court, this the 21st day of June, 2022.

*Brian D. Hill*
Signed
Brian D. Hill

God bless you,
Brian D. Hill
Ally of Q, Former news reporter of U.S.W.G.O. Alternative News
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
(276) 790-3505



JusticeForUSWGO.NL or JusticeForUSWGO.wordpress.com

**PAGE 5 OF 5 - LETTER TO JUDGE, CLERK OF CIRCUIT COURT, MATTHEW CLARK**

I was able to go the Massanutten Resort from Monday to Thursday last week in Rockingham County, VA, in my district. I think it was between Sept. 10 through 13/2018 if I am correct from memory. My family noticed that I didn't want to go back home. As if something was terrifying in my psychological mind, and I haven't kept my door or locks locked. Around 11, I went walking beside the road on the sidewalk and as I was around a warehouse or some kind of building, near or around the Martinsville, VA downtown area near the hiking trail of "Dick and Willie", I was approached by a man in a hoodie, probably some time between 11 to 12 that night. I think maybe between 5 to 6 feet tall, maybe white, told me "You had better take your clothes off in public and take pictures of yourself and place the SD card around the bench after the bridge..." " or they would kill my mom Roberta Hill!" At one point I felt like I might collapse so I may have been drugged. I had to keep sitting on benches. I didn't want my mother to be killed. My weakness is my Mother. I gave a false confession in 2012 because of being told "You better fess up or else your mother would be held responsible." Whoever threatened me that night knew my weakness. If I walk to the police or don't do what that man said would my mom be shot full of holes while sleeping and killed?

be

3



I was being charged with "indescent exposure". I further told Sgt. R.D. Jones that I was going to win the jury trial and sue him for violating the ADA. Argument escalated to me saying to him "Fu*k You"! At one point things cooled down and I was in a front of the TV with a Magistrate. She, the Magistrate brought up about my federal criminal conviction and my 2015 Probation Violation. I explained to her that the case is under a habeas corpus 2255 review for my claim of ~~"actual innocence"~~ "actual innocence" or something to that effect. She assumed that it was some kind of an appeal. Told her that the probation violation was over U.S. Probation Officer Kristy L. Burton making false statements which is perjury and may have mentioned that Anand Prakash ~~[illegible]~~ Ramaswamy committed subornation of perjury, gave her the federal case number. Also mentioned about fraud on the court. I was given no bond that day. Was charged in Martinsville General District Court, case no. C18-3138. It might be named as Commonwealth of Virginia v. Brian David Hill. At one point I told Sgt. Jones that "you aren't doing anything about the drug dealers in my (or our) neighborhood" that the FBI aren't doing anything about the threats, I don't trust the police.

(5) On September 26, 2018, I had filed a request form for the jail directing that it be forwarded to MPD Sgt. R.D. Jones with more statements incl. a Declaration as evidence.

6

```
Ramey, Nicole                              nmr
Bouldin, Lauren, RN            RN   lbl
Reynolds, Daniel R             RN   dr
```

Corrections: (The following items were deleted from the chart)
09/21
04:48 09/21 04:16 COMPREHENSIVE METABOLIC PANEL+LAB ordered. EDMS          EDMS
09/21
04:48 09/21 04:16 COMPLETE BLD COUNT W/AUTO DIFF+LAB ordered. EDMS         EDMS
09/21
04:49 09/21 04:16 CPK, TOTAL+LAB ordered. EDMS                             EDMS
09/21
04:50 09/21 04:16 ALCOHOL, ETHYL+LAB ordered. EDMS                         EDMS
09/21
04:50 09/21 04:16 STAT OVERDOSE PANEL+LAB ordered. EDMS                    EDMS
09/21
04:52 09/21 04:52 09/21/2018 04:52 Discharged to Jail/Police. Impression:  bdh
Abrasion, right knee; Abrasion of unspecified front wall of thorax.
Condition is Stable. Discharge Instructions: Medication
Reconciliation. Follow up: Private Physician; When: Tomorrow; Reason:
Further diagnostic work-up, Recheck today's complaints, Continuance
of care. Follow up: Emergency Department; When: As needed; Reason:
Fever > 102 F, Trouble breathing, Worsening of condition. Problem is
new. Symptoms have improved. bdh
09/21
04:54 09/21 04:16 URINALYSIS W/REFLEX TO CULTURE+LAB ordered. EDMS         EDMS

**************************************************************************

MM00370912      MM7806761243     SOVAH Health - Martinsville
ED Physician Record - Electronic - Page 4/4     Job 23328 (05/17/2019 13:34) - Page 7 Doc# 2

202

Case 1:13-cr-00435-TDS   Document 316-7   Filed 06/24/22   Page 8 of 9

BRIAN WAS IN BAD SHAPE THAT NIGHT. WE (BRIAN'S MOM & BOTH GRANDPARENTS) WERE THERE IN THE MARTINSVILLE COURT DECEMBER. 2018 AND WHAT WE SAW WAS THAT HIS DISABLED COURT APPOINTED ATTORNEY DID VERY LITTLE TO HELP BRIAN. BRIAN HAD NO SUPPORTS THERE FOR HIS DISABILITIES EVEN THOUGH WE MADE IT CLEAR FROM THE BEGINNING ALL OF HIS DISABILITIES. WE WATCHED AS GLEN ANDREW HALL MADE FUN OF OUR GRANDSON & HIS DISABLED ATTORNEY, THEN HE TOOK 8 x 10 PHOTOS OF OUR GRANDSON IN THE NUDE TO SHOW ALL OF THE AUDIENCE WHICH INCLUDED US. WE TURNED OUR HEADS & REFUSED TO SEE THEM. THAT WAS HORRIBLE! THEN THE JUDGE SAID THAT BRIAN WAS GUILTY! GUILTY OF WHAT? GUILTY OF HAVING AUTISM? GUILTY OF BEING EXPOSED TO CARBON MONOXIDE FOR ABOUT A YEAR? GUILTY OF BEING SET UP, AND PROBABLY DRUGGED? GUILTY BECAUSE THE POLICE DID NOT DO AN INVESTIGATION? AND GUILTY BECAUSE THE HOSPITAL WERE NEGLIGENT IN THEIR DUTIES? GUILTY BECAUSE THE POLICE IGNORED HIM & HIS FAMILY AND MADE SURE THE BODY CAM WOULD NOT BE THERE? THE MORE I CHECK INTO THIS, THE ANGRIER I BECOME (BRIAN HILL'S GRANDMOTHER, STELLA FORINASH) 1/26/2022 AT 4 IN THE MORNING.

## THE FOLLOWING ITEMS WERE DELETED FROM THE CHART. WHY?

MM00370912 MM7806761243 SOVAH Health - Martinsville
ED Physician Record - Electronic - Page 3/4 Job 23328 (05/17/2019 13:34) - Page 6 Doc# 2

```
Ramey, Nicole                              nmr
Bouldin, Lauren, RN              RN        lbl
Reynolds, Daniel R               RN        dr

Corrections: (The following items were deleted from the chart)
09/21
04:48 09/21 04:16 COMPREHENSIVE METABOLIC PANEL+LAB ordered. EDMS         EDMS
09/21
04:48 09/21 04:16 COMPLETE BLD COUNT W/AUTO DIFF+LAB ordered. EDMS        EDMS
09/21
04:49 09/21 04:16 CPK, TOTAL+LAB ordered. EDMS                            EDMS
09/21
04:50 09/21 04:16 ALCOHOL, ETHYL+LAB ordered. EDMS                        EDMS
09/21
04:50 09/21 04:16 STAT OVERDOSE PANEL+LAB ordered. EDMS                   EDMS
09/21
04:52 09/21 04:52 09/21/2018 04:52 Discharged to Jail/Police. Impression: bdh
Abrasion, right knee; Abrasion of unspecified front wall of thorax.
Condition is Stable. Discharge Instructions: Medication
Reconciliation. Follow up: Private Physician; When: Tomorrow; Reason:
Further diagnostic work-up, Recheck today's complaints, Continuance
of care. Follow up: Emergency Department; When: As needed; Reason:
Fever > 102 F, Trouble breathing, Worsening of condition. Problem is
new. Symptoms have improved. bdh
```