

Brian D. Hill - Ally of Q
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
WWG1WGA Q Intel Drain the Swamp MAGA - INVESTIGATE!
JusticeForUSWGO.wordpress.com



Clerk of the Court – Note: For filing letter 1:13-cr-435-1
U.S. District Court
L. Richardson Preyer Courthouse
324 W. Market Street
Greensboro, NC 27401-2544



**FEDERAL PORN WARS - Part 3: BLACKMAIL of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com**
https://youtu.be/zR-7YLVp5uQ   Judges blackmailed

RECEIVED In This Office JUN 24 2022 CLE


**FEDERAL PORN WARS - Part 1: Frame Ups of Series of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com**
https://youtu.be/qdR7Zglxrtw


**FEDERAL PORN WARS - Part 2: Judicial Corruption of Series of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com**
https://youtu.be/Ujwz6ytSfH8


**FEDERAL PORN WARS - Part 3: BLACKMAIL of Series - DOCUMENTARY at JusticeForUSWGO.wordpress.com**
https://youtu.be/zR-7YLVp5uQ