IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BRIAN DAVID HILL, | : | 1:13CR435-1 |
| Petitioner, | : | 1:22CV74-1 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | MOTION FOR EXTENSION |
| Respondent. | : | OF TIME |

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and respectfully requests a fourteen (14) day extension of time within which to respond to petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, and in support thereof, states to the Court the following:

1.     The government's response is due July 1, 2022.

2.     Due to the nature and number of the Petitioner's claims, the government requests additional time in order to respond. Petitioner has raised multiple claims and, while the government's response is substantially drafted, additional time is needed to complete and file its response.

3.     During the pendency of this response, the undersigned has been reviewing and preparing responses in the appellate and districts courts, to include, of late, preparing the government's response in United States v. McCloud, 1:06CR295-1, due for filing July 1, 2022, as well as reviewing

responses in: <u>United States v. Booker</u>, 1:18CR464-1 and <u>United States v. Caviness</u>, 1:06CR368-1, both filed June 30, 2022, as well as <u>United States v. Dozier</u>, No. 22-4233, due July 5, 2022, and <u>United States v. Summers, II</u>, No. 22-4168, due July 6, 2022.

4.    The undersigned was on scheduled leave the afternoon of June 28, 2022.

5.    Finally, additional district and appellate court responses will require completion or review by the undersigned during July, 2022.

WHEREFORE, the United States respectfully requests a fourteen (14) day extension of time, until July 15, 2022, within which to prepare and file its response.

This the 30th day of June, 2022.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney

/S/ ANGELA H. MILLER
Assistant United States Attorney
SCSB # 11662
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Flr.
Greensboro, NC   27401
Phone:   336/333-5351

2

CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2022, the foregoing was electronically

filed with the Clerk of the Court using the CM/ECF system, and I hereby certify

that the document was mailed to the following non-CM/ECF participants:

Brian David Hill
310 Forest Street, Apt 2
Martinsville, VA 24112

/S/ ANGELA H. MILLER
Assistant United States Attorney
SCSB # 11662
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Flr.
Greensboro, NC   27401
Phone:   336/333-5351

- 3 -