IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BRIAN DAVID HILL, | : | |
|    Petitioner, | : | |
| | : | |
|    v. | : | 1:13CR435-1 |
| | : | 1:22CV74-1 |
| UNITED STATES OF AMERICA, | : | |
|    Respondent. | : | |

## ORDER

ON MOTION OF THE UNITED STATES, and for good cause shown, the United States Attorney is hereby granted an extension of time, until July 15, 2022, within which to file its Response to Defendant's Motion.

ORDERED this ____ day of _____, 2022.

_____
UNITED STATES MAGISTRATE JUDGE