IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | 1:13CR435-1 |
| | : | |
| BRIAN DAVID HILL | : | |

NOTICE OF APPEARANCE

NOW COMES the United States of America by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, gives Notice of Appearance of Counsel in the above-captioned case and states to the Court the following:

Margaret M. Reece is entering as co-counsel in the case of United States v. Brian David Hill, 1:13CR435-1. She is also to be served with any electronic or manual filings in this case.

This, the 15th day of July, 2022.

Respectfully submitted,

SANDRA J. HAIRSTON
UNITED STATES ATTORNEY

/S/ MARGARET M. REECE
Special Assistant United States Attorney
NCSB #46242
United States Attorney's Office
Middle District of North Carolina
251 N. Main Street, Ste. 726
Winston-Salem, NC  27101
Phone:  336/747-7507

CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via mail to:

Brian David Hill
310 Forest Street, Apt 2
Martinsville, VA 24112

/S/ MARGARET M. REECE
Special Assistant United States Attorney
NCSB #46242
United States Attorney's Office
Middle District of North Carolina
251 N. Main Street, Ste. 726
Winston-Salem, NC   27101
Phone:   336/747-7507