**FROM:**



Brian D. Hill - Ally of QAnon
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
WWG1WGA - Q-Intel Drain the Swamp MAGA - INVESTIGATE!
JusticeForUSWGO.wordpress.com



CERTIFIED MAIL
7021 0350 0000 5770 6508




U.S. POSTAGE PAID
PM
MARTINSVILLE, VA
24112
JUL 26, 22
AMOUNT
$14.55
R2305M146971-19

**TO:**

Clerk of the Court – Note: For filing letter 1:13-cr-435-1
U.S. District Court
L. Richardson Preyer Courthouse
324 W. Market Street
Greensboro, NC 27401-2544







RECEIVED
In This Office
JUL 27 2022
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.

**93090040**
**Cushion Mailer**
**13.75" x 18"** (usable inside dimension)

- Self-sealing fold-over flap
- Cushion material made from 100% recycled fibers

 Please Recycle





