FILED: July 28, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6325 (L)
(1:13-cr-00435-TDS-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BRIAN DAVID HILL

    Defendant - Appellant

_____

No. 22-6501
(1:13-cr-00435-TDS-1)
(1:22-cv-00074-TDS-JLW)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BRIAN DAVID HILL

    Defendant – Appellant

_____

O R D E R
_____

The court consolidates Case No. 22-6325 and Case No. 22-6501.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk