In the United States District Court
For the Middle District of North Carolina

Brian David Hill,
Petitioner/Defendant

v.

United States of America,
Respondent/Plaintiff

)
)
)
)
) Criminal Action No. 1:13-CR-435-1
)
) Civil Action No. 1:22-CV-00074
)
)
)
)

EXHIBIT LIST IN SUPPORT OF
PETITIONER'S REPLY TO GOVERNMENT'S RESPONSE (DKT. #319) TO
MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE (DKT. #291)





**Brian David Hill – Ally of Qanon**
**Founder of USWGO Alternative News**
**310 Forest Street,**
**Apt. 2 Martinsville,**
**Virginia 24112**
**(276) 790-3505**
**c/o: Rbhill67@comcast.net; Roberta Hill**

*Pro Se Appellant* — JusticeForUSWGO.wordpress.com

INDEX EXHIBIT LIST

1

| EXHIBITS | PAGES | DESCRIPTION |
|---|---|---|
| EXHIBIT 1 | 1-7 | A MEDICAL EMERGENCY NOT CRIMINAL by BRIAN HILL'S FAMILY (7-16-2022) – By Kenneth Forinash and Stella Forinash |
| EXHIBIT 2 | 8-12 | SOVAH HEALTH MARTINSVILLE (LOCAL HOSPITAL) BILLING RECORDS OBTAINED JULY 19, 2022 – DATED SEPTEMBER 21, 2018 |
| EXHIBIT 3 | 13-14 | Definition of peripheral venous catheter - NCI Dictionary of Cancer Terms (cancer.gov) printout by family |
| EXHIBIT 4 | 15-17 | Virginia Medicaid Claims History For Member Name: Brian Hill - Claims For 11/19/2017 And 9/21/2018 |
| EXHIBIT 5 | 18-41 | USA v. Brian David Hill - 7:18-MJ-00149, December 26, 2018, Supervised Release Revocation Hearing. |

| | | |
|---|---|---|
| | | Transcript completed on May 2, 2022 |
| EXHIBIT 6 | 42-60 | USA v. Brian David Hill - 7:18-MJ-00149, May 14, 2019, Competency/Detention Hearing. Transcript completed on May 2, 2022. |
| EXHIBIT 7 | 61-62 | Definition of delirium - NCI Dictionary of Cancer Terms (cancer.gov) printout by family |
| EXHIBIT 8 | 63-65 | REDACTED government letters. First page Letter dated June 9, 2022 and second letter in this exhibit dated July 20, 2022. |
| EXHIBIT 9 | 66-81 | Medical records from Sovah Health Martinsville (local hospital), dated Sunday, November 19, 2017. |
| EXHIBIT 10 | 82-87 | Article printout by family, Entitled: "Police: Naked Man High On Bath Salts Chases Down Car", "MARCH 11, 2013 / 9:49 AM / CBS PITTSBURGH" |
| EXHIBIT 11 | 88-99 | Article printout by family, Entitled: |

| | | |
|---|---|---|
| | | ""Autistic boy, 13, found naked in house filled with human feces and dead rodents: police"" |
| EXHIBIT 12 | 100-111 | Article printout by family, Entitled: "How to Stop Your Autistic Child From Taking Their Clothes Off", "Medically reviewed Pilar Trelles, MD". |
| EXHIBIT 13 | 112-116 | Article printout by family, Entitled: "Naked girl found walking along I-5 near Ashland" |
| EXHIBIT 14 | 117-131 | Article printout by family, Entitled: "Tempe police locate guardians of boy found naked, alone Tuesday morning" |
| EXHIBIT 15 | 132-135 | Photocopy of WARRANT OF ARREST — MISDEMEANOR (LOCAL), Social Security number redacted except last four numbers, and date of birth partially redacted |