# EXHIBIT 8: REDACTED government letters. First page Letter dated June 9, 2022 and second letter in this exhibit dated July 20, 2022.

## for

attached to: "EXHIBIT LIST IN SUPPORT OF PETITIONER'S REPLY TO GOVERNMENT'S RESPONSE (DKT. #319) TO MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DKT. #291)"; and in support of "PETITIONER'S REPLY TO GOVERNMENT'S RESPONSE (DKT. #319) TO MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DKT. #291)"
by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM





Director

June 9, 2022

Brian D. Hill
c/o Roberta Hill
310 Forest Street, Apt 2
Martinsville VA 24112
rbhill67@comcast.net
VIA: E-MAIL

Re: Case # ███ – Brant Hinchman, MD

Dear Brian Hill,

The ████████████████████████████ received your report concerning the above referenced individual or regulated facility. Thank you for bringing this matter to our attention. This case is currently pending assignment to an investigator. If the investigator has questions for you, they will contact you. In the meantime, if you have questions, my email address is ████████████████████.

Please note the following:

- ███ is required to give the licensee under investigation a copy of the report that you filed.
- ███ investigations are strictly confidential. ███ cannot provide you with copies of the investigative report or evidence collected, and I am not permitted to update you on what I discover during the investigation.
- ███ does not have the legal authority to order a health care provider to pay reimbursement or damages to patients, and we are unable to advise you regarding any legal action you may contemplate.
- The length of time needed for an investigation varies based on a number of factors, including the complexity of the case, the availability of witnesses/records, and the total investigative workload.

When the investigation is complete, it will be forwarded to the relevant health regulatory board for its review. The Board will determine if there was a violation of law or regulation, and whether disciplinary action should be taken. You will receive a written response directly from the Board informing you of the Board's decision. For more information about investigative and disciplinary procedures, see our web page at ████████████████████████████████ If you lack access to the internet, you can call ████████ or ████████ to request a brochure.

I appreciate your cooperation and patience.

Sincerely,

Regional Manager

Presorted
First-Class Mail
US Postage Paid
Richmond, VA
████████



Brian D. Hill
c/o Roberta Hill
310 Forest Street, Apt 2
Martinsville VA 24112



Director ████████

TEL ████
FAX ████

July 20, 2022

Brian D. Hill
c/o Roberta Hill
310 Forest Street, Apt 2
Martinsville, VA 24112

` rbhill67@comcast.net
VIA: E-MAIL

Re: Case # █████ – Brant Hinchman, MD

Dear Brian D. Hill,

The ████████████████████████████████ received your report concerning the above referenced individual or regulated facility. Thank you for bringing this matter to our attention. I have been assigned to investigate. If I have questions for you, I will contact you. If you need to submit additional information or wish to schedule an interview, my email address is ████████████████.

Please note the following:
- ████ is required to give the licensee under investigation a copy of the report that you filed.
- ████ investigations are strictly confidential. ███ cannot provide you with copies of the investigative report or evidence collected, and I am not permitted to update you on what I discover during the investigation.
- ███ does not have the legal authority to order a health care provider to pay reimbursement or damages to patients, and we are unable to advise you regarding any legal action you may contemplate.
- The length of time needed for an investigation varies based on a number of factors, including the complexity of the case, the availability of witnesses/records, and the total investigative workload.

When the investigation is complete, it will be forwarded to the relevant health regulatory board for its review. The Board will determine if there was a violation of law or regulation, and whether disciplinary action should be taken. You will receive a written response directly from the Board informing you of the Board's decision. For more information about investigative and disciplinary procedures, see our web page at ████████████████████████████ If you lack access to the internet, you can call ███ ████████████ to request a brochure.

I appreciate your cooperation and patience.

Sincerely,





Presorted
First-Class Mail
US Postage Paid
Richmond, VA
████████



Brian D. Hill
c/o Roberta Hill
310 Forest Street, Apt 2
Martinsville, VA 24112