# EXHIBIT 10: Article printout by family, Entitled: "Police: Naked Man High On Bath Salts Chases Down Car", "MARCH 11, 2013 / 9:49 AM / CBS PITTSBURGH"

for

attached to: "EXHIBIT LIST IN SUPPORT OF PETITIONER'S REPLY TO GOVERNMENT'S RESPONSE (DKT. #319) TO MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DKT. #291)"; and in support of "PETITIONER'S REPLY TO GOVERNMENT'S RESPONSE (DKT. #319) TO MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DKT. #291)" by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



CBS News Pittsburgh: Free 24/7 News | CBS Pittsburgh App | Pittsburgh Today Live | KDKA Fan N'ation | National New

Login

LOCAL NEWS

# Police: Naked Man High On Bath Salts Chases Down Car



MARCH 11, 2013 / 9:49 AM / CBS PITTSBURGH

ALTOONA, Pa. (AP) - Police say a man was high on the synthetic stimulant known as bath salts when he was naked and chased a car down the street in central Pennsylvania.

Online court records don't list an attorney for 35-year-oild Douglas Leary III, of Altoona, who was arrested after a woman in the car called 911 to report the man's behavior early Saturday morning.

Court records show Leary faces a preliminary hearing April 10 on charges including indecent exposure, open lewdness and resisting arrest.

Case 1:13-cr-00435-TDS   Document 323-8   Filed 07/27/22   Page 2 of 5

Watch CBS News

Altoona police say Leary told them he was high on the drug, also known as MDPV or Blizzard, as they fought to control him.

Leary was treated at a hospital emergency room before he was released.

(Copyright 2013 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.)

**RELATED LINKS:**

More Altoona News

More Local News

More News

In: **Blizzard**

*First published on March 11, 2013 / 9:49 AM*

© 2013 CBS Broadcasting Inc. All Rights Reserved.

## Virginia: Get Generac Backup + USA Solar For No Cost at Install Through This Program.

PAID   PINK ENERGY

## The most relaxing farm game of 2022. No Install

PAID   TAONGA: THE ISLAND FARM

## Virginia Launches New Policy For Cars Used Less Than 50 Miles/Day

Do not pay your next car insurance bill until you read this...

PAID   SMART LIFESTYLE TRENDS

## Buick Has Done It Again. This Year's Lineup Left Us Speechless (See It Now)

PAID   LUXURY SUV SAVINGS

## Windows Users Don't Forget To Do This Before Wednesday

PAID   SAFE LIFE TIPS

## You will never turn off your computer again. Play for free, no install.

PAID   PANZERQUEST

## Grandma Attacked Outside Store In Martinsville

★ ★ ★ ★ ★

PAID   SAFEALARM                                                                  Learn More

## The genius shopping trick every Amazon Prime Member should know

PAID   CAPITAL ONE SHOPPING

## Buying One Isn't Illegal, but Your Internet Provider Doesn't Want You To Buy One

★ ★ ★ ★ ★

PAID   SIGNALTECHBOOSTER.COM                                                      Learn More

## If you own a Computer, then you have to play this Game. No Install.

PAID   STRATEGYCOMBAT

## Martinsville: Unsold Never-Driven Cars Now Almost Being Given Away: See Prices

PAID  SUV DEALS | SEARCH ADS

## How Much Money Do You Really Get from a Reverse Mortgage?

PAID  NEWRETIREMENT

## These Cars Are So Loaded It's Hard to Believe They're So Cheap

PAID  LUXURY SUVS | SEARCH ADS

## Top 3 Roofing Companies In Martinsville

PAID  ROOF RESTORATION | SPONSORED SEARCH

©2022 CBS Broadcasting Inc. All Rights Reserved.

| | |
|---|---|
| Contact KDKA | Terms of Use |
| News | Privacy Policy |
| Sports | Do Not Sell My Personal Information |
| Weather | Cookies Policy |
| Program Guide | Public File for KDKA-TV |
| Sitemap | Public File for WPCW-TV / CW Pittsburgh |
| About Us | Public Inspection File Help |
| Advertise | FCC Applications |
| Paramount+ | EEO Report |
| CBS Television Jobs | |