# EXHIBIT 11: Article printout by family, Entitled: ""Autistic boy, 13, found naked in house filled with human feces and dead rodents: police"" for

attached to: "EXHIBIT LIST IN SUPPORT OF PETITIONER'S REPLY TO GOVERNMENT'S RESPONSE (DKT. #319) TO MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DKT. #291)"; and in support of "PETITIONER'S REPLY TO GOVERNMENT'S RESPONSE (DKT. #319) TO MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DKT. #291)" by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



 Subscribe | Learn more about... | **1 YEAR FOR JUST $9** SUBSCRIBE | LOG IN

 Murder charges dropped against Harlem bodega worker Jose Alba

It's clearer than ever: Trump's a psychopath

 Son of retire Court justice jumps to his

ADVERTISEMENT

U.S.

# Autistic boy, 13, found naked in house filled with human feces and dead rodents: police

**By Beth Stebner**
NEW YORK DAILY NEWS • May 17, 2013 at 7:32 pm

  

Ad

TRUSTED NEWS | **1 YEAR FOR JUST $9** Hurry, offer ends soon

SAVE NOW

⛶ Expand



Police in Colorado Springs have cited the parents of an autistic teen who was found naked inside a home with human feces and rodents. He told police he didn't remember ever being allowed outside.

Listen to this article

A 13-year-old autistic boy was found naked in a Colorado house rank with human feces and dead rodents, authorities said Friday.

Officers in Colorado Springs discovered the teenager on Thursday during a welfare visit, only to find the boy wallowing in filth, and without clothes.



Top Articles

Ad

TRUSTED NEWS | 1 YEAR FOR JUST $9
Hurry, offer ends soon

SAVE NOW

SAVE NOW

READ MORE

## Sesame Place children's park on defensive after Rosita character apparently disses two young ...

 Top Articles

READ MORE

## Sesame Place children's park on defensive after Rosita character apparently disses two young ...

He told authorities that he was an only child and was homeschooled, adding that he didn't remember ever being able to go play outside.

Neighbors confirmed to authorities that they hadn't seen the boy outside in several years, according to the Colorado Springs police blotter.

PAID POST    Ad    What's This?

Compare Top Plans Side By Side

TRUSTED NEWS | 1 YEAR FOR JUST $9
Hurry, offer ends soon

SAVE NOW

Find The Best American Home Warranty For Your Home & Budget. Compare Plans & Save Today! Protect Your Home & Budget With The...

SEE MORE



Police immediately condemned the home and took the boy to a local hospital, where the Department of Health and Human Services took over the case. (denver.cbslocal.com)

The teenager was taken to a hospital and his case was taken over by the Dept. of Health and Human Services.

The boy's parents were not home at the time of the inspection.

CBS Denver reported that the house was deemed "unsanitary" and was immediately condemned.

TRUSTED NEWS | 1 YEAR FOR JUST $9
Hurry, offer ends soon

SAVE NOW



Charles Wingate, the boy's father and a former Colorado Springs city councilman, was arrested; he told a local news station that while there were some dead rodents, police were exaggerating the house's conditions. (Colorado Springs Police)

The boy's father, identified as Charles Wingate, served as a former city councilman for Colorado Springs. He resigned from the post 10 years ago after a number of felony charges were brought up against him.

Wingate told the Denver Channel that police had misinterpreted his son's statement. "He is not someone who likes to go outside a great deal," he told the station.

When asked about the conditions inside the condemned house, Wingate responded, "There are some rodents in the house ... feces all over the house? I don't believe that's an accurate statement."

Ad

He and his wife, Sharon Starkey, were arrested and face charges of child neglect, a misdemeanor.

TRUSTED NEWS | 1 YEAR FOR JUST $9
Hurry, offer ends soon

SAVE NOW



### If You Spend Time on Your Computer, this Vintage Game is a Must-Hav...
Forge Of Empires | Sponsored

### 56 Gloriously Awkward Photos Of Celebrities At Prom
Elle | Sponsored

### The App That's Teaching Americans Spanish In 15 Minutes A Day
Babbel | Sponsored

### Martinsville: Unsold Never-Driven Cars Now Almost Being Given Away:...
SUV Deals | Search Ads | Sponsored

### How Dogs Cry For Help: 3 Warning Signs Your Dog Is Crying For Help
★ ★ ★ ★ ★
DogFoodDiscovery.com | Sponsored

[Learn More]

### Overwater Bungalow Vacations On Clearance
Vacation Deals | Search Ads | Sponsored

### Randy Jackson: This 3 Minute Routine Transformed My Health
Ad
Unify Health Labs | Sponsored

[Watch Now]

**TRUSTED NEWS** | **1 YEAR FOR JUST $9**
Hurry, offer ends soon

SAVE NOW


Case 1:13-cr-00435-TDS   Document 323-9   Filed 07/27/22   Page 7 of 12

### Cellphone video captures random attack on subway train: cops
Cellphone video captures random attack on subway train, cops said.
NY Daily News

### Man, 19, killed in caught-on-video Bronx shooting
The victim was riding along E. 156th St. in Melrose at about 1:30 p.m. when the gunman and a second person jumped out of a gray Honda Pilot near Elton Ave.
NY Daily News

### Most Affordable Camper Vans
Camper Van Warehouse | Search Ads | Sponsored

### Martinsville: Unsold Phones Are Almost Being Given Away
Cell Phone Deals | Sponsored Searches | Sponsored

### Unsold Luxury Suites On Antarctica Cruises From The US
US To Antarctica Cruise Deals | Sponsored

### Miami Swim Week 2022
NY Daily News                          Ad

### Security camera video appears to show bodega worker being stabbed during deadly

TRUSTED NEWS | **1 YEAR FOR JUST $9**
Hurry, offer ends soon

SAVE NOW

## Grandma Attacked Outside Store In Martinsville

★ ★ ★ ★ ★

**SafeAlarm** | Sponsored

Learn More

ADVERTISEMENT

ADVERTISEMENT

AD**Ad**T MENT

**TRUSTED NEWS** | **1 YEAR FOR JUST $9**
Hurry, offer ends soon

SAVE NOW

SAVE NOW

## LATEST

### BASEBALL

Yankee slugger Giancarlo Stanton wins All-Star Game MVP after two-run homer lifts AL to win over NL

12m



### NEW YORK

Report finds traffic deaths on the rise in the Bronx, 'immense work' needed to ensure safety, pol urges

12m



**TRUSTED NEWS** | **1 YEAR FOR JUST $9**
Hurry, offer ends soon

SAVE NOW

### NEW YORK

A decade after Sandy, MTA's storm prep for NYC subways still disorganized: audit

12m



ADVERTISEMENT

## You May Like

**Sponsored Links by Taboola**

**Photos of New York in the 1970s**
Esquire

**Do you have what it takes to find all the hidden objects?**
Sherlock

Try Now

**What Causes Psoriasis of The Scalp - It's Not What You Think**
Psoriasis Of The Scalp | Search Ads    Ad

**25 Celebs That Ruined Their Careers Overnight**
NewArena

**TRUSTED NEWS** | **1 YEAR FOR JUST $9**
Hurry, offer ends soon

SAVE NOW

York Daily News

# DAILY●NEWS

Ad

**SUBSCRIBE NOW**
Get full access

**TRUSTED NEWS** | **1 YEAR FOR JUST $9**
Hurry, offer ends soon

SAVE NOW

✕