# EXHIBIT 13: Article printout by family, Entitled: "Naked girl found walking along I-5 near Ashland"
## for

attached to: "EXHIBIT LIST IN SUPPORT OF PETITIONER'S REPLY TO GOVERNMENT'S RESPONSE (DKT. #319) TO MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DKT. #291)"; and in support of "PETITIONER'S REPLY TO GOVERNMENT'S RESPONSE (DKT. #319) TO MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DKT. #291)" by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM





MENU  Login

# Naked girl found walking along I-5 near Ashland

The Columbian
Published: June 16, 2013, 5:00pm

Share:



ASHLAND, Ore. — A girl who is believed to be autistic was found walking naked along the shoulder of Interstate 5 on Sunday north of Ashland.

Oregon State Police say she appeared to be in her late teens and couldn't communicate.

The Mail Tribune reports she was taken to a Medford hospital. The 911 center was able to contact her guardian.

She was not injured and there was no evidence of a crime.

Share:    

## Support local journalism

Your tax-deductible donation to The Columbian's Community Funded Journalism program will contribute to better local reporting on key issues, including homelessness, housing, transportation and the environment. Reporters will focus on narrative, investigative and data-driven storytelling.

Local journalism needs your help. It's an essential part of a healthy community and a healthy democracy.

 



$799,900        $549,000

| BATTLE GROUND, WA | VANCOUVER, WA |
|---|---|
| Listing courtesy of Brett Best | Listing courtesy of Deanna Bryson |

## Featured Realtor



**MARTINE GIBBONS**
(360) 910-4628
Cascade Sothebys International Realty

View Listings

RELATED STORIES

'I'm here to be visible': Black woman hiking the Pacific Crest Trail from Mexico to Canada
Latest News  July 18, 2022

Ashland man sentenced for arson near 2020 Almeda fire
Northwest  January 14, 2022

WSP detectives seek additional witnesses to fatal crash on I-5 near Castle Rock
Clark County News  April 27, 2021



### NEWS

Clark County
Sports
Business
Life
Opinion
Courts & Crime
Obituaries
Death Notices
Vital Statistics
Special Projects

### HELP

Contact Us
COVID-19 Response
Retail Locations
Delivery Issues
Advertising
Send us a News Tip or Photo
Send a Letter to the Editor
Report a Website Bug
Delivery Opportunities
Archives

### MORE

Submit an Event
Jobs
Real Estate
Blogs
Newsletters
Classifieds
Today's Paper
Merch Shop
Community Partnerships
Web Design & SEO



Subscribe

Search...

Copyright © 2022 The Columbian. All rights reserved. Use of this site constitutes acceptance of our user agreement.

Privacy Policy   Terms of Service   Columbian Publishing Co.   Commercial Printing Services   Careers