# EXHIBIT 14: Article printout by family, Entitled: "Tempe police locate guardians of boy found naked, alone Tuesday morning"
## for

attached to: "EXHIBIT LIST IN SUPPORT OF PETITIONER'S REPLY TO GOVERNMENT'S RESPONSE (DKT. #319) TO MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DKT. #291)"; and in support of "PETITIONER'S REPLY TO GOVERNMENT'S RESPONSE (DKT. #319) TO MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DKT. #291)"
by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM





NEWS > SOUTHEAST VALLEY NEWS > TEMPE NEWS

# Tempe police locate guardians of boy found naked, alone Tuesday morning

  

Good Samaritans and police helped reunite a child with his family, after the child somehow got out of the home and was wandering in the street.

   

 By: Sonu Wasu

Posted at 7:31 AM, Oct 27, 2020 and last updated 8:49 PM, Oct 27, 2020

TEMPE, AZ — A five-year-old child who wandered out of his home while his family was asleep on Tuesday morning is safe and with his family thanks to good Samaritans and quick police work.

Motorists called police around 6 a.m. after noticing the child in the middle of the roadway with no clothes near Apache Road and Price Road. Others pulled out, got the child out of the road, and put some clothes on him.

Recent Stories from abc15.com



Free adoptions for shelter pets in need

"There's a little boy he's about 4-5 years old running around her," one man told a 911 dispatcher over the phone. That man was on his way to a doctor's appointment.

"He's outside running around, and he don't got any clothes on," the man told the dispatcher. "There's two cars that's talking to him right now. I tried to talk to him, but he just kept running around."

Records show the temperature was about 50 degrees at the time. The area is a busy commuter passage with the freeway nearby and the light rail down the street.

"Looks like he can't speak too well," the man added.

The child is autistic, a spokesperson with the Tempe Police Department told ABC15. Officers later learned that the child has a habit of taking his clothes off.

ADVERTISEMENT

  6 weather alerts    Watch Now

Police issued a media alert Tuesday morning and posted informational fliers via their social media accounts after being unable to find the child's family. Within a couple of hours, someone recognized the child and reached out to his family, who reportedly lives in an apartment complex nearby.

"The child was only about 150 feet away from the residents," said Tempe police Detective Greg Bacon. He credited the media and the community for helping reunite the family.

Bacon said the child's mother was frantic when she learned her child was missing.

He said police do not plan on filing any charges against the family and said, more than anything, the family needed help and access to resources.

"Not everything is about punishment. Not everything is about writing tickets or arresting people, but what can we do as a police department to help this family," he said.

One of those resources is CARE 7, the City of Tempe's crisis response agency.

ADVERTISEMENT

  6 weather alerts    Watch Now

"We can provide so many resources to families that they just may not be aware of because they're caught up in the daily struggle of just surviving," said Kristen Scharlau, human services manager at CARE 7.

Copyright 2020 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Report a typo



6 weather alerts    Watch Now

E-mail    Submit

CURATION BY



Sponsored

**[Pics] School expels teen over outfit, regrets it when they see who dad is**

React Share



Sponsored

**Virginia Legalizes Powerful Pain Relief Gummy For Seniors**

health-headline.com



Sponsored

**97% of Christians Are Unable To Pass This Simple Bible Test**

Newsnery



**Colorado town left without police after entire department quits**

  



Sponsored

**Virginia Seniors with No Life Insurance Get a $250k Policy for $18/month**

Smart Lifestyle Trends



Sponsored

**Mario Lopez Comes Clean: "This Is My Biggest Health Struggle"**

drkellyannwellness.com



Sponsored

**Martinsville: Unsold 2021 Cars Now Almost Being Given Away: See Prices**

New SUV Deals | Search Ads



6-year-old boy dies from rattlesnake bite

Jennifer Lopez, Ben Affleck wed in Las


 6 weather alerts
 Watch Now

Sponsored

# [Gallery] Ohio Teen Accidentally Solves His Own 13-Year Abduction Case

New Arena

Sponsored

# Add This To Your Toothpaste To Help Regrow Gums in a Few Days

iamhealth.life



# Rosie O'Donnell Looks Unrecognizable In The New 'A League Of Their Own' TV Series



# Joe Rogan refuses to have Donald Trump on podcast

Sponsored

# Doctor Says Weight Gain After 60 Literally

  6 weather alerts	Watch Now

Sponsored

### Virginia: Do This Instead Of Buying Expensive Solar Panels (It's Genius)

Pink Energy

Sponsored

### Virginia Launches New Guidelines For Cars Used Less Than 50 Miles/Day

BindRight

 Mexican police find 23 bodies in pits near thermal springs

 Black beetles surfacing around the Valley

Sponsored

### If You Have Any Of These 20 Vinyl Records, You Can Retire

Newsnery

   ⚡ 6 weather alerts   🖥  Watch Now

Sponsored

### Look Closer, This Simple Method Keeps Blood Sugar Below 100
Health Truth Finder



### Carlos Santana collapses on stage during concert



### Reba McEntire's Boyfriend, Rex Linn, Will Co-Star In Her Next Lifetime Movie

Sponsored

### [Gallery] Puppy gets returned for 11th time to the same shelter, then staff realizes what's going on
soohealthy

Sponsored

### Stars We Lost In 2021
New Arena

 🌩 6 weather alerts  📺 Watch Now

Sponsored
**Rapid Air Cooling In 5 Minutes**
Arctos™

 Murder-suicide involved family on vacation, police say

 Griner lawyer said WNBA star had doctor's note for cannabis use



Watch Javier Soto and Katie Raml weeknights on ABC15!

ADVERTISEMENT



6 weather alerts     Watch Now




Entertainment   Sports   Don't Waste Your Money   Support



Scripps Local Media
© 2022 Scripps Media, Inc

*Give Light and the People Will Find Their Own Way*

Sitemap   Privacy Policy   Privacy Center
Journalism Ethics Guidelines   Terms of Use   EEO   Careers
FCC Public Files   FCC Public File Contact   FCC Application
Accessibility Statement   Closed Captioning Contact