# EXHIBIT 15: Photocopy of WARRANT OF ARREST — MISDEMEANOR (LOCAL), Social Security number redacted except last four numbers, and date of birth partially redacted for

attached to: "EXHIBIT LIST IN SUPPORT OF PETITIONER'S REPLY TO GOVERNMENT'S RESPONSE (DKT. #319) TO MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DKT. #291)"; and in support of "PETITIONER'S REPLY TO GOVERNMENT'S RESPONSE (DKT. #319) TO MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DKT. #291)" by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



# WARRANT OF ARREST—MISDEMEANOR (LOCAL)
COMMONWEALTH OF VIRGINIA Va. Code § 19.2-71, -72

Martinsville
**CITY OR COUNTY**

[x] General District Court [x] Criminal [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

Martinsville
[x] City [ ] County [ ] Town

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **09/21/2018** did unlawfully in violation of Section
**DATE**

**13-17/18.2-387**, Code or Ordinances of this city, county or town:
intentionally make an obscene display of the accused's person or private parts in a public place or in a place where others were present.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

**SGT. R.D. JONES   MPD**, Complainant.

Execution by summons [ ] permitted at officer's discretion. [x] not permitted.

09/21/2018 05:35 AM
**DATE AND TIME ISSUED**

Courtney D. Reid
[ ] CLERK [x] MAGISTRATE [ ] JUDGE
Courtney D. Reid

Case Appealed Please Remove #

VIRGINIA
City of Martinsville Circuit Court
Clerk's Office.
Received and Filed this the
9th Day of January 2019
at 12:21 P.M.
Teste: [signature]

# DNA SAMPLE # (ON FILE)

FORM DC-315 (MASTER, PAGE ONE OF TWO) 07/11

---

CASE NO. C18-3158

**ACCUSED:**
Hill, Brian David
**LAST NAME, FIRST NAME, MIDDLE NAME**
310 Forest St Apt 2
**ADDRESS/LOCATION**
Martinsville, VA 24112

To be completed upon service as Summons
Mailing address [ ] Same as above

| RACE | SEX | BORN MO DAY YR | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| W | M | /1990 | 6' 00" | 150 | BLU | BRO |

SSN: ███-██-0319

DL# _____ STATE _____

[ ] Commercial Driver's License

**CLASS 1 MISDEMEANOR**

[ ] EXECUTED by arresting the Accused named above on this day:
[ ] EXECUTED by summoning the Accused named above on this day:
[ ] For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

9/21/18   0538
**DATE AND TIME OF SERVICE**

R Jines, ARRESTING OFFICER

20   MPD   113
**BADGE NO., AGENCY AND JURISDICTION**

for _____
**SHERIFF**

Attorney for the Accused: Pub. Def.

Short Offense Description (not a legal definition):
**INDECENT EXPOSURE**

Offense Tracking Number:
**690GM1800003560**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
**OBS-3713-O1**

---

UCI4000009
9-21-18
4:00 pm
Hearing Date/Time
10-05-18 (BH)
3:00 pm

**L**

**LOCAL**

The Accused was this day:
[ ] tried in absence  [✓] present
[✓] PROSECUTING ATTORNEY PRESENT (NAME) _H Poulk_
[✓] DEFENDANT'S ATTORNEY PRESENT (NAME)
  [ ] NO ATTORNEY [ ] ATTORNEY WAIVED
  [ ] If convicted, no jail sentence will be imposed
[ ] INTERPRETER PRESENT
[ ] Certified pursuant to § 19.2-190.1.
Plea of Accused:
  [✓] not guilty     [ ] Witnesses sworn
  [ ] nolo contendere
  [ ] guilty   [ ] Plea voluntarily and intelligently
    entered after the defendant was apprised of his
    right against compulsory self-incrimination and his
    right to confront the witnesses against him.
[ ] Plea and Recommendation
And was TRIED and FOUND by me:
  [ ] not guilty [✓] guilty as charged
  [ ] guilty of ................
  VCC ................
  [ ] facts sufficient to find guilt but defer
    adjudication/disposition to ................
    DATE AND TIME
    and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.
    [ ] A separate order for First Offender is
      attached and incorporated in this order.
  [ ] Costs imposed upon defendant.

........................................
DATE          JUDGE

And was FOUND by me to be:
  [ ] driving a commercial motor vehicle
  [ ] carrying hazardous materials
[ ] I ORDER a nolle prosequi on prosecution's motion
[ ] I ORDER the charge dismissed [ ] with prejudice
  [ ] conditioned upon payment of costs and
    [ ] successful completion of
      [ ] traffic school
      [ ] mature driver school, § 16.1-69.48:1.
  [ ] accord and satisfaction, § 19.2-151.
  [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

FORM DC-315 (MASTER, PAGE TWO OF TWO) 10/17

---

[ ] Guilty – upon a violation of a term or condition of a deferred adjudication/disposition.
I impose the following Disposition:
[ ] FINE [ ] CIVIL PENALTY of $ ................
  with $ ................ suspended
[✓] JAIL SENTENCE of 30 dys
  imposed, [ ] of which ................ days
  mandatory minimum, with ................ suspended
for a period of ................, conditioned
upon being of good behavior, keeping the peace, obeying this
order and paying fines and costs. Credit is allowed pursuant to
§ 53.1-187 for time spent in confinement.
[ ] Serve jail sentence beginning ................
  [ ] on weekends only
[ ] Work release [ ] authorized if eligible [ ] required
    [ ] not authorized
[ ] Public work force [ ] authorized [ ] not authorized
[ ] on PROBATION for ................
  [ ] VASAP [ ] local community-based probation agency
  [ ] Monitoring by GPS/other tracking device
[ ] DRIVER'S LICENSE suspended for ................
[ ] Restricted Driver's License per attached order
  [ ] Ignition Interlock for ................
[ ] RESTITUTION order incorporated
  [ ] Restitution payment is a condition of suspended sentence
[ ] COMMUNITY SERVICE ................ hours to be
  completed by ................
  and supervised by ................
  [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/ victim's family or household members
[ ] Other: ................

[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Pay $50 to the Court for Trauma Center Fund
[ ] Bail on Appeal $ ................
[ ] Remanded for [ ] CCRE Report [ ] ................
DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA
SUSPENDED EFFECTIVE IN 30 DAYS IF FINES, COSTS,
FORFEITURES, PENALTIES OR RESTITUTION ARE NOT
PAID. Va. Code § 46.2-395.

12-21-2015
DATE          JUDGE

---

Offense Tracking Number: 690GM1800003560

**FINE**
.................... $ ................
LOCALITY

**COSTS**

| Code | Description | Amount |
|---|---|---|
| 223 | LIQUIDATED DAMAGES | |
| 461 | FIXED MISD FEE | 61.00 |
| 462 | FIXED DRUG MISD FEE | |
| 001 | INT CRIM CHILD FEE | 15.00 |
| 113 | WITNESS FEE | |
| 113 | IGNITION INTERLOCK | |
| 113 | DUI FEE | |
| 113 | DNA | 38.00 |
| 233 | | 15.00 |
| 121 | TRIAL IN ABSENCE FEE | |
| 133 | BLOOD TEST FEE | |
| 137 | TIME TO PAY | 10.00 |
| 192 | TRAUMA CENTER FEE | |
| 202 | WITNESS FEE | |
| 217 | CT. APPT. ATTY | 120.00 |
| 228 | COURTHOUSE CONSTRUCTION FEE | |
| 234 | JAIL ADMISSION FEE | 25.00 |
| 243 | LOCAL TRAINING ACADEMY FEE | |
| 244 | COURTHOUSE SECURITY FEE | 10.00 |
| | OTHER (SPECIFY): 241 | 5.00 |

**TOTAL** $ 299.00

[ ] Stay of the proceedings pursuant to § 16.1-131.1

........................................  2
DATE          JUDGE

# CRIMINAL COMPLAINT

RULES 3A:3 AND 7C:3

Commonwealth of Virginia

Martinsville
------------------------------------
CITY OR COUNTY

[X] General District Court
[ ] Juvenile and Domestic Relations District Court

Under penalty of perjury, I, the undersigned Complainant swear or affirm that I have reason to believe that the Accused committed a criminal offense, on or about

09/21/2018 ............................................................. in the [X] City [ ] County [ ] Town
DATE OFFENSE OCCURRED

of Martinsville

I base my belief on the following facts: (Print ALL information clearly.)

On the above date I responded to the area of Pine St. at the steps for the Dick and Willie Trail due to a naked white male that had been seen running on Hooker St from Church St. Officers were in the area of Hooker St and had not located the male. I walked down the steps to the trail where i herd foot steps coming towards me. I could see a person walking on the trail and they stopped. I signed my light on the male and he turned and ran. He was naked except for his shoes and socks. The male had items in his hand when he ran. I chased the suspect off the left side of the trail down a bank and into the creek. I was yelling stop and show me your hands during the chase. When the male was detained he was read Miranda and started talking about a black male in a hoodie made him get naked and take pictures of himself. He was transported to the hospital due to knee pain. While at the Hospital he stated that he was alone when he took the photos of himself and he gave Ofc. Warnick premising to view his camera. On the Camera was several photo of himself naked around the city. He was medically and psychologically cleared. He was arrested for indecent Exposure. Mr. Hill's clothing was located in his bag. All took place in the city.

The statements above are true and accurate to the best of my knowledge and belief.

In making this complaint, I have read and fully understand the following:

By swearing to these facts, I agree to appear in court and testify if a warrant or summons is issued.

The charge in this warrant cannot be dismissed except by the court, even at my request.

Sgt. R. Jones #220
------------------------------------
NAME OF COMPLAINANT (LAST, FIRST, MIDDLE)
(PRINT CLEARLY)

SIGNATURE OF COMPLAINANT

Subscribed and sworn to before me this day.

09/21/2018 05:35 A.M.
DATE AND TIME

[ ] CLERK [ ] MAGISTRATE [ ] JUDGE
x

Courtney D. Reid

FORM DC-311 REVISED 07/11

---

## CRIMINAL COMPLAINT

ACCUSED: Name, Description, Address/Location

Hill, Brian David
LAST NAME, FIRST NAME, MIDDLE NAME

310 Forest St Apt 2

Martinsville, VA 24112

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|------|-----|------|---|---|-----|---|------|------|------|
| | | Mo. | DAY | YR. | FT. | IN | | | |
| W | M | ▓ | ▓ | 90 | 6 | 0 | 150 | BLU | BRN |

SSN
▓▓▓▓▓0319

[ ] Complainant is not a law-enforcement officer or animal control officer. Authorization prior to issuance of felony arrest warrant given by
   [ ] Commonwealth's attorney
   [ ] Law-enforcement agency having jurisdiction over alleged offense

NAME OF PERSON AUTHORIZING ISSUANCE OF WARRANT

DATE AND TIME AUTHORIZATION GIVEN

13-17 Indecent Exposure

3