AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Middle DISTRICT OF North Carolina

Brian David Hill

**PROPOSED WITNESS LIST**

V.

United States of America

Case Number: 1:13-cr-435-1, 1:22-CV-00074

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | 7/25/2022 | | | Witness Roberta Hill | |
| 2 | | 7/25/2022 | | | Witness Stella Forinash | |
| 3 | | 7/25/2022 | | | Witness Pete Compton, ACE Chimney & Wildlife | |
| 4 | | 7/25/2022 | | | Witness Jacody Cassell, The Chimney Sweep | |
| 5 | | 7/25/2022 | | | Witness police investigator sergeant Robert Jones | |
| 6 | | 7/25/2022 | | | Witness Kenneth Forinash | |
| 7 | | 7/25/2022 | | | Witness Dr. Brant Hinchman | |
| 8 | | 7/25/2022 | | | Witness (U.S. Probation Officer) Jason McMurray | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Description of neccessity/material witnesses in PROPOSED WITNESS LIST

Page 1 of ___1___ Pages