# LITIGATION HOLD LETTER TO TRUIST BANK, SUNTRUST BANK, FDIC, AND ANY OTHER BANK RETAINING SPECIFIC RECORDS MATERIAL TO "THE CHIMNEY SWEEP" AND "MR. JACODY CASSELL"



(1) RE: Brian David Hill v. Commonwealth of Virginia, U.S. District Court, Western District of Virginia, case no. 7:22-cv-00336;

(2) RE: Brian David Hill v. United States of America, U.S. District Court, Middle District of North Carolina, case no. 1:22-CV-00074, 1:13-cr-435-1;

(3) RE: Commonwealth of Virginia v. Brian David Hill, Circuit Court for the City of Martinsville, Commonwealth of Virginia, case no. CR19000009-00

## SATURDAY, JULY 23, 2022

| **ATTN: Aaron M. Ziglar** | **ATTN: Eric H. Ferguson, Esq.** |
|---|---|
| Dispute Resolution Specialist | RHODES & FERGUSON ATTORNEYS |
| Office of the Attorney General | AT LAW |
| 202 North 9th Street | 305 S. Main Street |
| Richmond, Virginia 23219 | Rocky Mount, VA 24151 |
| Phone: (804) 786-1244 | eferguson@fergusonlaw.net |
| FAX: (804) 225-4378 | Phone: 540-483-5234 |
| AZiglar@oag.state.va.us | FAX: 540-483-5763 |
| **ATTN: Truist Bank** | **ATTN: Federal Deposit Insurance Corporation** |
| 214 N Tryon St | 550 17th Street, N.W. |
| Charlotte, NC 28202 | Washington, D.C. 20429 |
| **ATTN: SUNTRUST BANK** | **All Federal and State Courts listed** |
| PO BOX 305183 | **herein** |
| NASHVILLE, TN 37230-5183 | |

To Whom it may Concern,

I would like to respectfully request a litigation hold of evidence and records with TRUIST Bank, SunTrust Bank, and the bank which Mr. JaCody Cassell (owner) or any authorized agent for the business named "THE CHIMNEY SWEEP" cashed in or

Case 1:13-cr-00435-TDS   Document 326   Filed 07/27/22   Page 1 of 8

withdrawn from a $300 check from Roberta R. Hill, check dated October 5, 2017.

This is the business which the records would show that somebody from this company had cashed in the check or withdrawn the money from the check:

The Chimney Sweep
1590 Blue Bend Road
Rocky Mount, Virginia 24151
(540) 483-2468

This is a litigation hold letter. This letter will be filed in two federal cases and one state case. So this litigation hold letter is being filed with the banks and with the FDIC by Brian David Hill by and through Roberta R. Hill (rbhill67@comcast.net) as Petitioner Brian David Hill cannot use the internet and must use a filing representative to file and communicate electronically on behalf of Brian David Hill over this matter.

The litigation hold letter has attached a check stub record of $300 being paid for to a business entity known as "THE CHIMNEY SWEEP", the check dated October 5, 2017, and was paid from the bank account of Roberta Ruth Hill on October 6, 2017 (when the money had left her account) at the time while under SunTrust bank, now is known as TRUIST. So the obtained record received on July 23, 2022 was given to Brian Hill by Roberta Hill as evidence. The bank should also be aware of who cashed the check in, or can forward this LITIGATION HOLD LETTER to the bank which Mr. JaCody Cassell had cashed the $300 check from Roberta Ruth Hill to pay for a service from this chimney company in Rocky Mount, Virginia. A photograph of the $300 check stub with the check number, also referenced in the bank statement of Roberta Hill's bank account, will be included as attached to this letter.

I am proceeding In Forma Pauperis in all three listed cases and cannot afford the fees for this litigation hold letter. It will be up to the U.S. Attorney Office who prosecuted me and the Commonwealth Attorney who prosecuted me to investigate the issues I have raised in this litigation hold letter, and to deal with the legal costs for retention of evidence subject to Brady v. Maryland, 373 U.S. 83 (1963); and Giglio v. United States, 405 U.S. 150 (1972).

Under the Bank Secrecy Act, all banks have to retain check records and bank records for at least five (5) years. Brian Hill, the Petitioner in two cases and criminal defendant in the Circuit court case asks the bank for retention of specific records beyond

the five year retention period of the Bank Secrecy Act until the litigation of the foregoing listed three cases (two are federal, one is state) have been resolved and disposed of under the Federal Rules of Evidence, Federal Rules of Civil and Criminal Procedures, and Rules of the Virginia Courts.

The following Brian David Hill requests such records in the bank(s) be retained, preserved, and not destroyed and not be spoliated (spoliation):

1. Photocopy of the cashed in or withdrawn check from the company: "The Chimney Sweep" for the amount of $300, check dated October 5, 2017, and cashed in on October 6, 2017 and was cashed in from any authorized agent of the company: "The Chimney Sweep" or Mr. JaCody Cassell (owner) of the company: "The Chimney Sweep".
2. Bank statements from both Roberta Ruth Hill in October, 2017, and any account statements regarding cashing in or withdrawing money from the $300 check from any authorized agent of the company: "The Chimney Sweep" or Mr. JaCody Cassell (owner) of the company: "The Chimney Sweep".

These records are important as this person is a difficult witness who will not cooperate with Brian David Hill requesting that he testify in his criminal case in admitting to a simple mistake which changed the life of Brian David Hill by being subject long-term to carbon monoxide poisoning in Apartment 2 of 310 Forest Street, Martinsville, Virginia 24112, from October 5, 2017, until September 20, 2018, prior to the arrest of Brian David Hill on September 21, 2018.

The records help prove that Mr. JaCody Cassell through his legal counsel Mr. Eric Ferguson had lied about never doing any chimney work and never doing any estimate to Aaron Ziglar of the Dispute Resolution Unit, a office of the Attorney General Office for the Commonwealth of Virginia. Case no. 953850. Lied about conducting no estimate and not doing any work at the residence of Roberta Hill. $300 was paid to The Chimney Sweep and retention of those records is necessary for the litigation in all three cases.

The purpose is to help prove the actual innocence of Brian David Hill for his charge of indecent exposure on September 21, 2018, in the General District Court for the City of Martinsville, appealed to the Circuit Court for the City of Martinsville. As any evidence of carbon monoxide induced intoxication is a recognized criminal defense of "intoxication" which can cause incidents such as indecent exposure. Not just proving actual innocence for the state charge, but also to help prove actual innocence in the

**PAGE 3 OF 5 - LITIGATION HOLD LETTER TO BANKS 7-23-2022**

Federal Court in petitioning for Writ of Habeas Corpus in the Western District of Virginia by federal 2254 motion. As well as proving actual innocence to the supervised release violation charge on November 13, 2018. All three cases will need preservation of these records due to the difficulty of witness from The Chimney Sweep to ever admit to the issue of metal tin being placed on top of the chimney flues blocking the exhaust of the gas hot water heater and gas radiator below Apartment 2, the gas appliances in Apartment 3. The blocking of the exhaust of gas ventilation at the top of the chimney had caused the carbon monoxide gas poisoning and carbon monoxide gas exposure of Brian David Hill from October 5, 2017, until September 20, 2018, prior to the arrest of Brian David Hill on September 21, 2018. The type of gas which was in the issue of carbon monoxide was "natural gas". His mental health disorders of AUTISM SPECTRUM DISORDER, a neurological disorder, had worsened with the carbon monoxide exposure, prolonged exposure, long term exposure, had caused Mr. Hill to walk around naked outside at night on a deserted walking trail for hours causing the police to arrest this innocent man for indecent exposure, the police unaware of the carbon monoxide gas. A chimney business expert known as Pete Compton of ACE Chimney & Wildlife; Bassett, VA, found the metal tin blocking the exhaust flue or flues of the chimney, and that was on January 30, 2019.

The legal reasons for why retention of those financial records and check records are necessary for this difficult witness, Mr. JaCody Cassell. He is refusing to accept responsibility and refusing to cooperate with Brian Hill's repeated requests for him to voluntarily testify and admit to or admit that one of his employees had placed the metal tin on the chimney on October 5, 2017. Denying ever doing an estimate, denying ever conducting a service. Denied everything. He is a difficult witness and such difficult witness warrants preservation of the listed records until all three litigation cases listed herein are resolved.

The three cases which the litigation hold letter is regarding preservation of evidence for three different cases listed herein:

| Title of case or case style: | Case number: | Courthouse: |
| --- | --- | --- |
| Brian David Hill v. Commonwealth of Virginia | 7:22-cv-00336 | U.S. District Court, Western District of Virginia |
| Brian David Hill v. United States of America | 1:22-CV-00074, 1:13-cr-435-1 | U.S. District Court, Middle District of North Carolina |
| Commonwealth of Virginia | CR19000009-00 | Circuit Court for the City of |

**PAGE 4 OF 5 - LITIGATION HOLD LETTER TO BANKS 7-23-2022**

| v. Brian David Hill | | Martinsville, Commonwealth of Virginia |
|---|---|---|

Brian did not wanted to take things this far but to prove actual innocence he must fight with every avenue he has at his disposal to clear his name of any misdoing on September 21, 2018. Brian must prove his innocence and therefore the records must be retained due to the witness Mr. JaCody Cassell being a difficult witness refusing to admit to anything which caused the metal tin to further cause the issue of carbon monoxide poisoning of Brian David Hill.

Thank You. Respectfully filed with the banks and FDIC, this the 23rd day of July, 2022.

$Brian\ D.\ Hill$
Signed
**Brian D. Hill**

God bless you,
Brian D. Hill
Ally of Q, Former news reporter of U.S.W.G.O. Alternative News
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
(276) 790-3505



JusticeForUSWGO.NL or JusticeForUSWGO.wordpress.com

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

PAGE 1 OF 2
63/B11/0175/0 /74
1000155990541
10/19/2017

ACCOUNT
STATEMENT

ROBERTA R HILL
310 FOREST ST APT 1
MARTINSVILLE VA 24112-4210

QUESTIONS? PLEASE CALL
1-800-786-8787

FINANCIAL CONFIDENCE GIVES YOU ALL KINDS OF CONFIDENCE.
JOIN THE MOVEMENT AT ONUP.COM.
CONFIDENCE STARTS HERE.
-----------------------------------------------------------------------
ACCOUNT SUMMARY

| ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TAXPAYER ID |
|---|---|---|---|
| EVERYDAY CHECKING | 1000155990541 | 09/21/2017 - 10/19/2017 | ▮-6831 |

| DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| BEGINNING BALANCE | $2,344.02 | AVERAGE BALANCE | $2,873.13 |
| DEPOSITS/CREDITS | $1,508.18 | AVERAGE COLLECTED BALANCE | $2,873.13 |
| CHECKS | $870.28 | NUMBER OF DAYS IN STATEMENT PERIOD | 29 |
| WITHDRAWALS/DEBITS | $670.06 | | |
| ENDING BALANCE | $2,311.86 | | |

-----------------------------------------------------------------------
DEPOSITS/CREDITS

| DATE | AMOUNT | DESCRIPTION | SR | BATCH |
|---|---|---|---|---|
| 09/22 | 712.46 | ELECTRONIC/ACH CREDIT | 30 | 64008949991 |
| | | VA DMAS        PAYROLLJNL   RA2482754 | | |
| 09/25 | 25.40 | POINT OF SALE CREDIT              TR DATE 09/22 | 82 | |
| | | REFUNDAMAZON.COM         SEATTLE     WA 00000101 | | |
| 09/29 | .05 | ELECTRONIC/ACH CREDIT | 30 | 70010329180 |
| | | Amazon As1935247 EDI PYMNTS   OFA000100268898 | | |
| 09/29 | 5.15 | ELECTRONIC/ACH CREDIT | 30 | 71002000056 |
| | | Amazon Australia Services Inc.ACH/CRED | | |
| | | /ORGAC/GB37DEUT40508128305600/Payment#: 59540504 null | | |
| 09/29 | 18.57 | ELECTRONIC/ACH CREDIT | 30 | 70010328831 |
| | | AMAZON.COM935692 EDI PYMNTS   OFA000100677296 | | |
| 09/29 | 20.83 | ELECTRONIC/ACH CREDIT | 30 | 70010328712 |
| | | AMAZON.COM935389 EDI PYMNTS   OFA000100498304 | | |
| 09/29 | .11 | ELECTRONIC/ACH CREDIT | 30 | 72003964873 |
| | | AMAZON MEDIA EU SARL  ACH/CRED | | |
| | | /ORGAC/GB51DEUT40508127304211/Payment#: 59391269 null | | |
| 09/29 | .89 | ELECTRONIC/ACH CREDIT | 30 | 72003968814 |
| | | AMAZON MEDIA EU SARL  ACH/CRED | | |
| | | /ORGAC/GB08DEUT40508127304209/Payment#: 59233693 null | | |
| 09/29 | 3.93 | ELECTRONIC/ACH CREDIT | 30 | 72003965816 |
| | | AMAZON MEDIA EU SARL  ACH/CRED | | |
| | | /ORGAC/GB51DEUT40508127304211/Payment#: 59391790 null | | |
| 09/29 | 8.33 | ELECTRONIC/ACH CREDIT | 30 | 72003966442 |
| | | AMAZON MEDIA EU SARL  ACH/CRED | | |
| | | /ORGAC/GB24DEUT40508127304212/Payment#: 60023625 null | | |
| 10/06 | 712.46 | ELECTRONIC/ACH CREDIT | 30 | 78008232944 |
| | | VA DMAS        PAYROLLJNL   RA2496762 | | |

DEPOSITS/CREDITS:  11        TOTAL ITEMS DEPOSITED:  0
-----------------------------------------------------------------------
CHECKS

| CHECK NUMBER | AMOUNT PAID | DATE | SR | BATCH | CHECK NUMBER | AMOUNT PAID | DATE | SR | BATCH |
|---|---|---|---|---|---|---|---|---|---|
| 167 | 325.00 | 10/10 | 20 | 75241135 | 169 | 245.28 | 10/10 | 20 | 75225054 |
| 168 | 300.00 | 10/06 | 20 | 78221138 | | | | | |

CHECKS: 3

MEMBER FDIC                    CONTINUED ON NEXT PAGE

 **TRUIST**

MC 306-40-06-60
P.O. BOX 85052
RICHMOND, VA 23285

RICHMOND VA 230
21 JUL 2022 PM 1 L



US POSTAGE PITNEY BOWES

ZIP 23224 $ 000.57⁰
02 4W
0000365842 JUL 21 2022

Received on
July 23, 2022

ROBERTA RUTH HILL

310 FOREST STREET APT. 1

MARTINSVILLE, VA 24112

24112-421010

168

✓ Track Your Expenses...

□ Auto/Travel □ Education □ Medical/Dental
□ Business □ Entertainment □ Savings
□ Charities □ Food □ Taxes
□ Clothing □ Home □ Utilities
□ Dependent Care □ Insurance □ Other

Oct. 9 2017

The Chimney Sweep

BAL.
FOR'D

ITEM
AMOUNT 300.00

BALANCE

DEPOSIT

Duplicate is produced using soy-based materials. Images may appear light.

FOR'D

□ TAX DEDUCTIBLE ITEM

For enhanced security your account number will not be printed on this copy

NOT NEGOTIABLE