**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6325

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

BRIAN DAVID HILL,

        Defendant - Appellant.

No. 22-6501

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

BRIAN DAVID HILL,

        Defendant - Appellant.

Appeals from the United States District Court for the Middle District of North Carolina, at Greensboro. Thomas D. Schroeder, Chief District Judge. (1:13-cr-00435-TDS-1; 1:22-cv-00074-TDS-JLW)

Submitted: August 18, 2022                                      Decided: August 23, 2022

2

Before WYNN, THACKER, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Brian David Hill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian David Hill seeks to appeal the district court's orders denying his motions for appointment of a special master and appointment of counsel, his motion to reconsider, and his motion to extend time for the Government to respond to his 28 U.S.C. § 2255 motion. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Hill seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*