FILED: August 23, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6325 (L)
(1:13-cr-00435-TDS-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

BRIAN DAVID HILL

  Defendant - Appellant

_____

No. 22-6501
(1:13-cr-00435-TDS-1)
(1:22-cv-00074-TDS-JLW)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

BRIAN DAVID HILL

  Defendant - Appellant

---
## J U D G M E N T
---

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

<u>/s/ PATRICIA S. CONNOR, CLERK</u>