**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 21, 2022

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

    Re:  Brian David Hill
           v. United States
           No. 22-6123
           (Your No. 22-6325, 22-6501)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 7, 2022 and placed on the docket November 21, 2022 as No. 22-6123.

                            Sincerely,

                            **Scott S. Harris**, Clerk

                            by

                            Clayton Higgins
                            Case Analyst