# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

January 9, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

    Re: Brian David Hill
        v. United States
        No. 22-6123
        (Your No. 22-6325, 22-6501)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk