In the United States District Court
For the Middle District of North Carolina

| | |
|---|---|
| Brian David Hill, Petitioner/Defendant ) ) ) ) v. ) ) United States of America, Respondent/Plaintiff ) ) ) ) | Criminal Action No. 1:13-CR-435-1  Civil Action No. 1:22-CV-00074 |

## EXHIBIT LIST IN SUPPORT OF ADDITIONAL EVIDENCE AND DECLARATION OF BRIAN DAVID HILL OF RECENTLY OBTAINED EVIDENCE IN SUPPORT OF MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DKT. #291)




**Brian David Hill – Ally of Qanon**
**Founder of USWGO Alternative News**
310 Forest Street,
Apt. 2 Martinsville,
Virginia 24112
(276) 790-3505
c/o: Rbhill67@comcast.net; Roberta Hill

Pro Se Appellant — JusticeForUSWGO.wordpress.com

# INDEX EXHIBIT LIST

| EXHIBITS | PAGES | DESCRIPTION |
|---|---|---|
| EXHIBIT 1 | 3 pages, 4 pages with Exhibit page marker. | Attachment: Brian Hill FOIA Request.pdf; FOIA Response letter dated February 10, 2023, from Kendall Davis of City of Martinsville, information from Police Chief Rob Fincher |
| EXHIBIT 2 | 3 pages, 4 pages with Exhibit page marker. | Printout of Email to Roberta Hill from Kendall Davis of City of Martinsville, dated 2/13/2023; with Attachment: Brian Hill FOIA Request.pdf. |
| EXHIBIT 3 | 7 pages, 8 pages with Exhibit page marker. | URGENT LETTER TO MARTINSVILLE POLICE DEPARTMENT AND CITY OF MARTINSVILLE – FOIA REQUEST; Dated FRIDAY, JANUARY 20, 2022.; Fax Transmission Tickets |
| EXHIBIT 4 | 5 pages, 6 pages with Exhibit page marker. | Photocopy of Certified Mail and Return Receipt of Typed Letter to former |

| | | |
|---|---|---|
| | | Police Chief G. E. Cassady |
| EXHIBIT 5 | 1 page, 2 pages with Exhibit page marker. | Photocopy of the first photocopy with the words "For Jason McMurray" on a photocopy of the first photocopy of a hand-written letter to former Police Chief G. E. Cassady |
| EXHIBIT 6 | 2 pages, 3 pages with Exhibit page marker. | Photocopy of 2-pages front and back of Hand-written Mailing Log 2019 U.S.W.G.O. paper written of mailings sent off while detained at FCI-1 Butner, North Carolina |
| EXHIBIT 7 | 1 page, 2 pages with Exhibit page marker. | Photocopy of Envelope which had contained EXHIBIT 9. |
| EXHIBIT 8 | 1 page, 2 pages with Exhibit page marker. | Photocopy of 1-page Hand-written Mailing Log 2019 U.S.W.G.O. paper written of mailings sent off while detained at FCI-1 Butner, North Carolina |
| EXHIBIT 9 | 1 page, 2 pages with Exhibit page marker. | Photocopy of the first hand-written letter to former Police Chief G. E. Cassady on requesting body-camera footage |

| EXHIBIT 10 | 8 pages, 9 pages with Exhibit page marker. | Photocopy of Three Court Orders. One from General District Court for the City of Martinsville, Commonwealth of Virginia, and Two from Circuit Court for the City of Martinsville, Commonwealth of Virginia |
|---|---|---|