# EXHIBIT 1: Attachment: Brian Hill FOIA Request.pdf; FOIA Response letter dated February 10, 2023, from Kendall Davis of City of Martinsville, information from Police Chief Rob Fincher

**attached to:** "ADDITIONAL EVIDENCE AND DECLARATION OF BRIAN DAVID HILL OF RECENTLY OBTAINED EVIDENCE IN SUPPORT OF MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DKT. #291)"
by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM





February 10, 2023

Brian David Hill
310 Forest Street, Apt. 1
Martinsville, VA 24112

Dear Mr. Hill,

    Please see the following information in regards to your FOIA request. These answers were provided by Police Chief Rob Fincher.

#1

The Martinsville Police Department utilizes a server-based video system created by COBAN Tech Corporation which is now owned by Safe Fleet Inc. This system has a programed Digital Video Management System or DVMS. The DVMS follows a retention system for those videos that have not been marked as evidence by the Commonwealth's Attorney's Office. If the Commonwealth's Attorney's Office designates a video as evidence it is retained indefinitely. All other videos are subject to the DVMS retention schedule. The DVMS begins cleanup when a video is within the minimum and maximum hold period for its event classification and when the disk usage is more than 80% and have not been accessed in 150 days. DVMS cleanup refers to changing the file allocation address of that data file to allow for other data to be stored in place of that file. This is like all computer systems in that if you tell the computer to delete an item, it is not actually deleted but designated to be overwritten. The event type retention schedule for the DVMS is as follows;

| Event Type | Minimum Days | Maximum Days |
|---|---|---|
| Assist other Agency | 183 | 200 |
| Assist other Officer | 183 | 200 |
| Vehicle Crash | 183 | 200 |
| Alarm – Business/Residential | 120 | 150 |
| Body Camera default | 183 | 200 |
| Criminal Apprehension | 365 | 400 |
| CIT – ECO – TDO | 183 | 200 |

| | | |
|---|---|---|
| Disorderly Person / Group | 183 | 200 |
| Domestic | 365 | 400 |
| DUI-DUID | 365 | 400 |
| Funeral Escort | 30 | 31 |
| General Assistance | 180 | 200 |
| General Traffic Stop | 365 | 400 |
| Interview Rooms | 365 | 366 |
| Pursuit | 365 | 400 |
| Redlight/Stop Sign | 200 | 201 |
| Suspect Interview | 365 | 400 |
| Speeding | 183 | 200 |
| Training | 200 | 300 |
| Victim Interview | 183 | 200 |
| Video Training | 10 | 11 |
| Witness Interview | 183 | 200 |

#2

If a court receives an item as evidence or potential evidence, then the court retains those items in their evidence storage. A court can issue a preservation order in certain circumstances for a limited time with certain data evidence. I have not heard of one ever being used for video data. It is mostly used for cellphone and telephone data. If litigation is filed within a court then the status of a video regarding that case would then be changed to "evidence" and then retained indefinitely. Notice of that litigation would have to be served on the department within the retention period followed. If a suit is filed after the evidence has been destroyed there is no way to "un-destroy" an item.

#3

In the records logs, I see that two videos, one body camera and one in-car camera, that were labeled David Hill from that date were removed (deleted) by the DVMS system on 4/9/2019. Neither video was indicated as evidence, so unfortunately, we do not have either. If I had the videos, I would have no problem giving them to you but unfortunately, I do not.

Sincerely

Kendall Davis

Public Information Officer

City of Martinsville