# EXHIBIT 2: Printout of Email to Roberta Hill from Kendall Davis of City of Martinsville, dated 2/13/2023; with Attachment: Brian Hill FOIA Request.pdf.

attached to: "ADDITIONAL EVIDENCE AND DECLARATION OF BRIAN DAVID HILL OF RECENTLY OBTAINED EVIDENCE IN SUPPORT OF MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DKT. #291)"
by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



**Subject:** Re: Status of FOIA Request of Brian David Hill?
**From:** Kendall Davis <kdavis@ci.martinsville.va.us>
**Date:** 2/13/2023, 3:01 PM
**To:** ROBERTA HILL <rbhill67@comcast.net>

My apologies, I attached the wrong document. I had used Eric Monday's previous letter as a reference to format my response to your request, and accidentally uploaded the wrong file.

Here is the correct document, you should be receiving it in the mail this week.

Please be assured that the previous email was not the response to your FOIA request.

# Kendall Davis
## Public Information Officer
(O)276-403-5379
(M)276-734-0164
kdavis@ci.martinsville.va.us



**From:** ROBERTA HILL <rbhill67@comcast.net>
**Sent:** Friday, February 10, 2023 4:48 PM
**To:** Kendall Davis <kdavis@ci.martinsville.va.us>
**Cc:** foiacouncil@dls.virginia.gov <foiacouncil@dls.virginia.gov>; stanleybolten@justiceforuswgo.nl <stanleybolten@justiceforuswgo.nl>; Lin Wood <lwood@linwoodlaw.com>
**Subject:** Re: Status of FOIA Request of Brian David Hill?

**CAUTION:** This email originated outside the City of Martinsville's email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

My son Brian Hill plans to file a suit in General District Court next week. As courtesy, I am emailing you evidence attachment that Attorney Eric Monday had his contract with the City of Martinsville terminated in December, 2022.

I am emailing proof that Attorney Eric Monday was no longer the attorney effective January 2, 2023. You should know that, yet you are sending an old 2019 letter as if it is a current response, an old 2019th response from an attorney who was terminated for service for the City of Martinsville on January 2nd before my son's FOIA request was even filed on January 20, 2023. This sounds like fraud to me or misrepresentation to file an old letter as a response to a more recent FOIA request. I don't even think you read over the whole thing.

**See attachment file: article_3050f0a0-7bd3-11ed-a1a7-3361f9f28edb.html.pdf: Council terminates City Attorney's contract. See** https://martinsvillebulletin.com/news/local/council-terminates-city-attorneys-contract/article_3050f0a0-7bd3-11ed-a1a7-3361f9f28edb.html

Also My son and I reviewed over the letter but that response was not to the current FOIA request but to a FOIA request made in 2019 over an entirely different thing. Brian isn't just any member of the public, his lawyer had court orders for the body-camera footage and yet the Police have repeatedly refused to comply with those court orders. Your all breaking the law to protect those who illegally destroyed evidence which would have proven my son innocent of indecent exposure.

This is not a current response which you had sent digitally but a response from 2019 over an entirely different FOIA request in 2019 over a search warrant. My son was able to get that document from the Clerk, but the records are concerning police body-camera footage and it's unlawful destruction. Brian needs that record to prove in a court of law when the body-camera footage was illegally destroyed in his criminal case to prove FRAUD ON THE COURT. At this point the whole criminal case is a fraud anyways, and your all protecting lies and fraud over what??? My son had medical issues in 2018 and the police treated his medical issues and autism as a crime.

**My son will go ahead and file a lawsuit over not a current response but are filing a 2019 response over an entirely different matter.** My son says he plans to sue over this improper response which isn't even dated in the current year of 2023. Using a Eric Monday letter from 2019. Search warrants are different than records over body-camera footage. The courts have asked for the body-camera footage in three seperate orders and the corrupt former police chief G. E. Cassady kept stonewalling every request in violation of court orders. Your part of the cover up now, and this is documented for a court of law. <u>You are complicit in the cover up of evidence destroying body-camera footage which multiple courts had asked for.</u>

On 02/10/2023 1:51 PM Kendall Davis <kdavis@ci.martinsville.va.us> wrote:

I was able to get a response to his request this afternoon. Here is a digital response, I'll send one via mail on Monday morning.

## Kendall Davis
**Public Information Officer**
(O)276-403-5379
(M)276-734-0164
kdavis@ci.martinsville.va.us



Martinsville
A CITY WITHOUT LIMITS

---

**From:** ROBERTA HILL <rbhill67@comcast.net>
**Sent:** Friday, February 10, 2023 1:19 PM
**To:** Kendall Davis <kdavis@ci.martinsville.va.us>
**Subject:** Fwd: Status of FOIA Request of Brian David Hill?

**CAUTION:** This email originated outside the City of Martinsville's email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---------- Original Message ----------
From: ROBERTA HILL <rbhill67@comcast.net>
To: "mstrait@ci.martinsville.va.us" <mstrait@ci.martinsville.va.us>
Date: 02/10/2023 12:47 PM
Subject: Status of FOIA Request of Brian David Hill?


City Attorney of Martinsville, Virginia,

What is the status and case number of my son's FOIA Request dated January 20, 2023?

Brian faxed the FOIA request on January 20, 2023 but does not know if it has yet been assigned a case number yet.

They are attached.
1. Status Letter to City of Martinsville and Police on FOIA - February 10, 2023(1).pdf: Brian's letter asking for status on his earlier filed FOIA request;
2. Letter to City of Martinsville and Police on FOIA - January 20, 2023(2).pdf: Brian's original FOIA request letter
3. {2023-01-20} [2].pdf: Transmission tickets proving receipt of FOIA request letter.

Thanks,
Roberta Hill

—Attachments:—

Brian Hill FOIA Request.pdf                                             149 KB