# EXHIBIT 3: URGENT LETTER TO MARTINSVILLE POLICE DEPARTMENT AND CITY OF MARTINSVILLE – FOIA REQUEST; Dated FRIDAY, JANUARY 20, 2022.; Fax Transmission Tickets

attached to: "ADDITIONAL EVIDENCE AND DECLARATION OF BRIAN DAVID HILL OF RECENTLY OBTAINED EVIDENCE IN SUPPORT OF MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DKT. #291)"
by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



# EXHIBIT 3: [illegible] LETTER TO MARTINSVILLE POLICE DEPARTMENT AND CITY OF MARTINSVILLE – FOIA REQUEST; Dated FRIDAY, JANUARY 20, 2023; Fax Transmission Tickets

attached to [illegible]
DECLARATION OF [illegible]
OF [illegible] IN SUPPORT OF MOTION
UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR
CORRECT SENTENCE [illegible]
by Brian David Hill

Case No. 1:13-cr-435 [illegible] 1:17-CV-[illegible]

[illegible] USWGO Alternative News
JUSTICE FOR [illegible]

# URGENT LETTER TO MARTINSVILLE POLICE DEPARTMENT AND CITY OF MARTINSVILLE – FOIA REQUEST

## FRIDAY, JANUARY 20, 2022

| City of Martinsville<br>ATTN: FOIA Officer or FOIA Authorized official<br>P.O. Box 1112<br>55 West Church St. Martinsville, VA 24112<br>Phone: 276-403-5000<br>Fax: 276-403-5280 | Martinsville Police Department<br>ATTN: FOIA Officer or FOIA Authorized official<br>P.O. Box 1112<br>55 West Church St. Martinsville, VA 24112<br>Phone: 276-403-5300<br>Fax: 276-403-5306 |
|---|---|

To Whom it may concern,

    Pursuant to the Virginia Freedom of Information Act, I would like to submit a FOIA Request on three different questions I have which can locate records of my request. This is very important and my request is marked Urgent because I need this information as soon as possible. Thank You.

Question #1 (Public policy record question):

    What is the length of the evidence retention period of police body-camera footage stored after an incident before it can destroyed? Is it a year? Is it two years? What is the policy of Martinsville Police Department's retention period of retaining body-camera evidence before it is destroyed? (referring to potential evidence not subject to a litigation)

    The records I am seeking on this particular question is the policy papers of the Department, and the question may be answered additionally to requesting those records. Policy is usually same as a law or regulation.

Question #2 (Public policy record question):

    If the police body-camera footage is subject to litigation (criminal or civil) or was in pending litigation and a Court had ordered the body-camera

footage to either be retained or to be turned over to a defendant as Brady material, does the body-camera footage still fall under the normal retention then destruction period for preserving body-camera footage before the body-camera footage is destroyed or does litigation involving the Police Department prohibit the Police Department from destroying the body-camera footage during pending litigation?

The records I am seeking on this particular question is the policy papers of the Department, and the question may be answered additionally to requesting those records. Policy is same as law, subject to public review.

Question #3:

When did the Martinsville Police Department destroy the body-camera footage recorded on September 21, 2018 of the subject/suspect Brian David Hill? When in 2018 or 2019 was the body-camera footage destroyed regarding Brian David Hill? Any records of when it was destroyed?

It was recorded by Officer Robert Jones at the time. I know it was recording because I saw the device on his uniform light up red. So I know that was a body-camera device and I know it had recorded on that day.

My source told me that the body-camera footage was destroyed. I was told this in August, 2019 or September, 2019, claiming that it was the body-camera evidence retention period as to why it was destroyed. I was told that the body-camera footage was destroyed. My source told me this.

If you do have the body-camera footage, may I have a copy of it to have experts look at it including the Innocence Project of Virginia?

The third question is asking for records concerning myself. **The litigation of the case is closed** and **the direct appeal had closed.** So I am filing this FOIA request because any post-conviction motions I file, the judge says he does not have jurisdiction, so there is no pending litigation. I have no attorney. That is why I am filing this FOIA request. The Court will not accept any motion I file because the case is closed under Rule 1:1.

**PAGE 2 OF 4 - FOIA LETTER TO CITY OF MARTINSVILLE, POLICE – JAN 20, 2023**

Case 1:13-cr-00435-TDS   Document 335-4   Filed 02/21/23   Page 4 of 9

I am on a limited income, my only source of income is my Supplemental Security Income (SSI) disability from the Social Security Administration. I am on limited income. So please let me know how much the cost is going to be. **I really need this information. It is very important to me. I have questions that I have a right to have answers to.**

I am Brian David Hill. My SS# is ▮▮▮-0319. DOB is : May 26, 1990.

I am requesting through FOIA, the records concerning myself. The first two questions are just asking about public policy documentation and/or questions about public policy situations, which is usually subject to public review and public scrutiny. So the first two questions should be easy to obtain documents of public police department policy. The third question is answers I need because my source told me that the body-camera footage had been destroyed and was told this around August, 2019 or September, 2019. I needed the body-camera footage because it would have proven that I may have been intoxicated around the time of my arrest and the officer spoke with me when I was possibly intoxicated and/or dehydrated (due to carbon monoxide or anything). My behavior at the time, the way I was acting while being asked questions by Officer Robert Jones. I need the body-camera footage or I need to know when it was destroyed. This would prove something that needs to be proven. I need this information. There is no open criminal case, and any motions I file are denied because of the case being closed under Rule 1:1. So there is no open case. I have to ask through FOIA.

**Please I need answers. I need them so that things can be resolved.**

Thank You, Where We Go One, We Go All. I appreciate your time and attention to this matter. I am with Q, I am an ally of Qanon because I need answers. I need answers, I need to get to the truth. Jesus Christ said: The Truth shall make me free. I need to know the truth so I can be free.

I do have evidence in the billing record from the Sovah Hospital that I was dehydrated after I was detained by Martinsville Police. The lab work had been deleted from the chart so I may have been intoxicated since the

**PAGE 3 OF 4 - FOIA LETTER TO CITY OF MARTINSVILLE, POLICE – JAN 20, 2023**

Case 1:13-cr-00435-TDS   Document 335-4   Filed 02/21/23   Page 5 of 9

hospital destroyed evidence I may have been intoxicated at the time of my arrest. There was a cover up, so I need to know the truth so I can have my conviction overturned by the Governor of Virginia.

*Brian D. Hill*
Signed
Brian D. Hill

God bless you,
Brian D. Hill
Ally of Q, Former news reporter of U.S.W.G.O. Alternative News
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
(276) 790-3505
JusticeForUSWGO.NL or JusticeForUSWGO.wordpress.com



PAGE 4 OF 4 - FOIA LETTER TO CITY OF MARTINSVILLE, POLICE – JAN 20, 2023

Case 1:13-cr-00435-TDS   Document 335-4   Filed 02/21/23   Page 6 of 9

Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket for Fax ID: 276-790-3505

Date: 1/20/2023                                          Time: 2:04:44 PM
Number of pages: 4                                       Session duration: 3:56
Attn.: FOIA Officer                                      To: City of Martinsville
Recipient's number: T1-276-403-5280                      Message type: Fax
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\January 20, 2023(2) (202  Error Correction: Yes
File description: Letter to City of Martinsville and Police on FOIA - January 20,   Resolution: 200*200 dpi
Recipient's Fax ID:                                      Record number: 8513
Rate: 14400 bps

# URGENT LETTER TO MARTINSVILLE POLICE DEPARTMENT AND CITY OF MARTINSVILLE – FOIA REQUEST

## FRIDAY, JANUARY 20, 2022

| City of Martinsville | Martinsville Police Department |
|---|---|
| ATTN: FOIA Officer or FOIA Authorized official | ATTN: FOIA Officer or FOIA Authorized official |
| P.O. Box 1112 | P.O. Box 1112 |
| 55 West Church St. Martinsville, VA 24112 | 55 West Church St. Martinsville, VA 24112 |
| Phone: 276-403-5000 | Phone: 276-403-5300 |
| Fax: 276-403-5280 | Fax: 276-403-5306 |

To Whom it may concern,

Pursuant to the Virginia Freedom of Information Act, I would like to submit a FOIA Request on three different questions I have which can locate records of my request. This is very important and my request is marked Urgent because I need this information as soon as possible. Thank You.

Question #1 (Public policy record question):

What is the length of the evidence retention period of police body-camera footage stored after an incident before it can destroyed? Is it a year? Is it two years? What is the policy of Martinsville Police Department's retention period of retaining body-camera evidence before it is destroyed? (referring to potential evidence not subject to a litigation)

The records I am seeking on this particular question is the policy papers of the Department, and the question may be answered additionally to requesting those records. Policy is usually same as a law or regulation.

Question #2 (Public policy record question):

If the police body-camera footage is subject to litigation (criminal or civil) or was in pending litigation and a Court had ordered the body-camera

Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket for Fax ID: 276-790-3505

Date: 1/20/2023　　　　　　　　　　　　　　　　　Time: 1:12:42 PM
Number of pages: 4　　　　　　　　　　　　　　　Session duration: 3:16
Attn.: FOIA Officer　　　　　　　　　　　　　　　To: Martinsville Police Department
Recipient's number: T1-276-403-5306　　　　　　Message type: Fax
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\January 20, 2023(2) (202Error Correction: No
File description: Letter to City of Martinsville and Police on FOIA - January 20,　Resolution: 200*200 dpi
Recipient's Fax ID:　ATA Connector　　　　　　Record number: 8511
Rate: 14400 bps

# URGENT LETTER TO MARTINSVILLE POLICE DEPARTMENT AND CITY OF MARTINSVILLE – FOIA REQUEST

## FRIDAY, JANUARY 20, 2022

| City of Martinsville<br>ATTN: FOIA Officer or FOIA Authorized official<br>P.O. Box 1112<br>55 West Church St. Martinsville, VA 24112<br>Phone: 276-403-5000<br>Fax: 276-403-5280 | Martinsville Police Department<br>ATTN: FOIA Officer or FOIA Authorized official<br>P.O. Box 1112<br>55 West Church St. Martinsville, VA 24112<br>Phone: 276-403-5300<br>Fax: 276-403-5306 |
|---|---|

To Whom it may concern,

Pursuant to the Virginia Freedom of Information Act, I would like to submit a FOIA Request on three different questions I have which can locate records of my request. This is very important and my request is marked Urgent because I need this information as soon as possible. Thank You.

Question #1 (Public policy record question):

What is the length of the evidence retention period of police body-camera footage stored after an incident before it can destroyed? Is it a year? Is it two years? What is the policy of Martinsville Police Department's retention period of retaining body-camera evidence before it is destroyed? (referring to potential evidence not subject to a litigation)

The records I am seeking on this particular question is the policy papers of the Department, and the question may be answered additionally to requesting those records. Policy is usually same as a law or regulation.

Question #2 (Public policy record question):

If the police body-camera footage is subject to litigation (criminal or civil) or was in pending litigation and a Court had ordered the body-camera

Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket for Fax ID: 276-790-3505

Date: 1/20/2023                                          Time: 1:15:58 PM
Number of pages: 4                                       Session duration: 4:08
Attn.: FOIA Officer                                      To: City of Martinsville
Recipient's number: T1-276-403-5280                      Message type: Fax
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\January 20, 2023(2) (202  Error Correction: Yes
File description: Letter to City of Martinsville and Police on FOIA - January 20,   Resolution: 200*200 dpi
Recipient's Fax ID:                                      Record number: 8512
Rate: 14400 bps

# URGENT LETTER TO MARTINSVILLE POLICE DEPARTMENT AND CITY OF MARTINSVILLE – FOIA REQUEST

## FRIDAY, JANUARY 20, 2022

| City of Martinsville<br>**ATTN: FOIA Officer or FOIA Authorized official**<br>P.O. Box 1112<br>55 West Church St. Martinsville, VA 24112<br>Phone: 276-403-5000<br>Fax: 276-403-5280 | Martinsville Police Department<br>**ATTN: FOIA Officer or FOIA Authorized official**<br>P.O. Box 1112<br>55 West Church St. Martinsville, VA 24112<br>Phone: 276-403-5300<br>Fax: 276-403-5306 |

To Whom it may concern,

Pursuant to the Virginia Freedom of Information Act, I would like to submit a FOIA Request on three different questions I have which can locate records of my request. This is very important and my request is marked Urgent because I need this information as soon as possible. Thank You.

Question #1 (Public policy record question):

What is the length of the evidence retention period of police body-camera footage stored after an incident before it can destroyed? Is it a year? Is it two years? What is the policy of Martinsville Police Department's retention period of retaining body-camera evidence before it is destroyed? (referring to potential evidence not subject to a litigation)

The records I am seeking on this particular question is the policy papers of the Department, and the question may be answered additionally to requesting those records. Policy is usually same as a law or regulation.

Question #2 (Public policy record question):

If the police body-camera footage is subject to litigation (criminal or civil) or was in pending litigation and a Court had ordered the body-camera