# EXHIBIT 4: Photocopy of Certified Mail and Return Receipt of Typed Letter to former Police Chief G. E. Cassady

**attached to:** "ADDITIONAL EVIDENCE AND DECLARATION OF BRIAN DAVID HILL OF RECENTLY OBTAINED EVIDENCE IN SUPPORT OF MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DKT. #291)"
by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



EXHIBIT E: Photocopy of Certified Mail and Return Receipt of Typed Letter to two Police Chiefs U.B.I. Ready

attached to "ADDITIONAL EVIDENCE"
DECLARATION OF BRIAN DAVID HILL CONCERNING
OFFICE OF U.S. ATTORNEY FOR MIDDLE DISTRICT OF NORTH
CAROLINA IN U.S. v. HILL, 1:13-cr-435-1, for
CONSTITUTIONAL VIOLATIONS
of Brian David Hill

Case No. 1:13-cr-435-1, U.S. v. Hill JusticeForUSWGO

Attached Letter Correspondence to LAW ENFORCEMENT
UNITED POLICE BUREAU OF INVESTIGATION












Sender:
KEN & STELLA KORINASH
916 CHALMERS ST., APT A
MARTINSVILLE, VA 24112



Sent To: GC CASSADY - CHIEF OF POLICE
Street: 55 WEST CHURCH ST
City, State, ZIP: MARTINSVILLE, VA 24112

January 19, 2019 (Typed letter March 13, 2019)

Dear Chief of Police of Martinsville Police Dept: G. Edward Cassady

CC: Commonwealth Attorney, Case no C18-3138,

55 West Church Street   Municipal Building   Martinsville, VA 24112

Martinsville Circuit Court case    Discovery Request

Under Virginia Code in regards to discovery requirements for misdemeanor and felony trials in the Commonwealth of Virginia, Brady v Maryland, Giglio v U.S., Brian Hill hereby requests a copy of Police-Camera footage presumably recorded by Sgt. R.D. Jones of Martinsville Police Department between the times of 3:00AM and 4:00AM, September 20, 2018, where I gave statements about the man wearing the hoodie, who had threatened to kill my mother Roberta Hill on the late night of September 20, 2018. Please turn over that Police body camera footage recording evidence copy to my Attorney Scott Albrecht of the Martinsville Public Defender Office, As Soon As Possible. Thank you for your service.

My Respects,

Brian D. Hill (Signed)

Dated January 19, 2019

P.S. Brian Hill has Autism Spectrum Disorder in DMV handicap placard records

Brian David Hill #29947-057    Federal Correctional Institution 1
Old NC Hwy 75; P.O. Box 1000  Butner, NC 27509
JusticeForUSWGO,wordpress.com   USWGO

(Letter 1)

Copy of note mailed with letter dated January 19, 2019

Chief of Police and Commonwealth Attorney in Martinsville, VA,

Please acknowledge receipt of letters. Please write response.

Thank you

Brian D. Hill

God bless you!

Note: In a week of no response, I will assume that it was lost and mail another copy. Thanks.

Note from Brian's grandparents. Brian wrote this on January 19, 2019 and January, 20, 2019. He received no response, He sent it again and received no response a week later. After waiting almost two months, his grandparents will have to go to the post office and send this out return receipt requested. You also should know that Brian has been on disability since the age of 19 months; has brittle diabetes requiring insulin shots, has seizures, autism, anxiety and OCD. His actions that night were not normal. He was a victim who was arrested and sent to jail by the police who are supposed to protect its citizens and disabled. Brian's mom and grandparents were at the trial and noticed the prosecuting attorney making derogatory comments and making fun of this disabled citizen of Martinsville in front of his family and many other people in the court room.

KEN & STELLA FORINASH
916 CHALMERS ST., APT A
MARTINSVILLE, VA 24112

G. E CASSADY, CHIEF OF POLICE
MARTINSVILLE POLICE DEPARTMENT
55 WEST CHURCH ST.
MARTINSVILLE, VA 24112