# EXHIBIT 5: Photocopy of the first photocopy with the words "For Jason McMurray" on a photocopy of the first photocopy of a hand-written letter to former Police Chief G. E. Cassady

attached to: "ADDITIONAL EVIDENCE AND DECLARATION OF BRIAN DAVID HILL OF RECENTLY OBTAINED EVIDENCE IN SUPPORT OF MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DKT. #291)"
by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



EXHIBIT 5: Photocopy of the first photocopy will showcase "For Jan. ...
Nostracam," is a photocopy of the first photocopy of a hand-written letter to former Police Chief A. E. Oswald.

[illegible typed block — several lines faded]





Dear Chief of Police of Martinsville Police Dept.,
55 West Church Street,
Municipal Building,
Martinsville, VA 24112,

CC: Commonwealth Attorney, Case no. C18-3138,

For Jason McMurray

Martinsville Circuit Court case Discovery Request

Under Virginia Code in regards to discovery requirements for misdameanor and felony trials in the Commonwealth of Virginia, Brady v. Maryland, Giglio v. U.S., Brian David Hill hereby requests a copy of Police Body-Camera footage presumably recorded by Sgt. R.D. Jones of Martinsville Police Department between the times of 3:00AM and 4:00AM, September ~~~~ 21, 2018, where I gave statements about the man wearing the hoodie who had threatened to kill my mother Roberta Hill on the late night of September 20, 2018. Please turn over that Police body camera footage recording evidence copy to my Attorney Scott Albrecht of the Martinsville Public Defender Office, As Soon As Possible. Thank You for your service.

My Respects,

Brian D. Hill
Signed

Dated January 19, 2019.
P.S. Brian Hill has Autism Spectrum Disorder in DMV handicap placard records.

Brian David Hill #29947-057
Federal Correctional Institution 1
Old NC Hwy 75; P.O. Box 1000
Butner, N.C. 27509
JusticeForUSWGO.wordpress.com
U.S.W.G.O.