# EXHIBIT 6: Photocopy of 2-pages front and back of Hand-written Mailing Log 2019 U.S.W.G.O. paper written of mailings sent off while detained at FCI-1 Butner, North Carolina

attached to: "ADDITIONAL EVIDENCE AND DECLARATION OF BRIAN DAVID HILL OF RECENTLY OBTAINED EVIDENCE IN SUPPORT OF MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DKT. #291)"
by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



# Mailing Log 2019 U.S.W.G.O.   Brian David Hill   #29947-057

## Federal Correctional Institution 1, Butner, N.C.
### Old N.C. Hwy 75 - P.O. Box 1000 - 27509

| # | Pages | Recipient / Address / Date |
|---|---|---|
| #1 | 4pg | Jason McMurray, Western Dist. of Virginia, U.S. Probation Office, 210 Franklin RD SW Roanoke, VA 24011  01/25/2019 |
| #2 | 4pg | Alexandria Veletsis, Exe. Office of President, 1600 Pennsylvania Ave NW, The White House, Washington DC 20005, US  01/28/2019 |
| #3 | 10pg | Hon. Ashby Pritchett, Clerk of the Court, P.O. Box 1206, Martinsville Circuit CRT, Martinsville, VA 24114-1206, US  01/28/2019 |
| #4 | 2pg | Chief of Police, Police of Martinsville, Martinsville VA Police, 55 West Church St, Municipal Building, Martinsville, VA 24112 US  01/30/2019 |
| #5 | 5pg | Alexandria Veletsis, Exe. Office of President, 1600 Pennsylvania Ave NW, The White House, Washington DC 20005, US  01/31/2019 |
| #6 | 1pg | Law Office of Marcia G. Shein (Attorney), Marcia G Shein, 2392 N Decatur RD, Decatur, GA 30033, US  02/01/2019 |
| #7 | 1pg | Law Offices of Alan Ellis (Attorney), Alan Ellis, 271 Madison Ave 20th Floor, New York, NY 10016, US  02/04/2019 |
| #8 | 4pg | ATTN: National Security Council, The White House, Exe. Office of President, 1600 Pennsylvania Ave, NW, National Security Council, Washington, DC 20005, US  02/04/2019, Letter Feb. 3, 2019 |
| #9 | 3pg | Clerk of The Court, 210 Franklin RD SW, U.S. District Court, Roanoke, VA 24011, US  02/06/2019 |
| #10 | 1pg | Office Of The Clerk, Middle Dist Northcarolina, 324 W Market St, U.S. District Court, Ste. 1, Greensboro, NC 27401-2513, US  02/07/2019 |
| #11 | 5pg | ATTN: National Security Council. Same mailing address as #8  02/14/2019 |

#1. 2-page letter to U.S. Probation Officer Jason McMurray, Copy of 1-page letter to Chief of Police dated January 19th, 2019, and Copy of 1-page letter to Chief of Police dated January 20th, 2019.

#2. 4-page letter to Alexandria Veletsis dated January 26, 2019.

#3. 3-page Testimony of Brian David Hill - Declaration and 3-page copy for Commonwealth Attorney; 2-page Notice of Additional Evidence and 2-page copy dated Jan 28, 2019, for Commonwealth Attorney. Testimony dated January 27, 2019.

#4. copy of 1-page letter to Chief of Police dated January 20, 2019; and copy of 1-page letter to Chief of Police dated January 19, 2019.

#5. Photocopy of same 4-page letter to Alexandria Veletsis (#2.) dated January 26, 2019; Copy of 1-page letter personally delivered to Bernie Maidoff delivered 5:35PM January 30, 2019.
Certified mail tracking number: 7018 1130 0000 8936 6290

#6. 1-page letter to Attorney Marcia G. Shein dated February 1, 2019

#7. 1-page letter to Attorney Alan Ellis dated February 1, 2019

#8. 4-page letter to the National Security Council dated February 3, 2019. Certified Mail tracking number: Feb. 3  7018 1130 0000 8936 6320

#9. 1-page Motion to Request Transcripts, 1-page Certificate of Service, and 1-page letter to the Clerk of the Court dated February 6, 2019.

#10. 1-page Docket Report request letter to Clerk of the Court dated February 7, 2019.

#11. 4-page letter to National Security Council dated February 13, 2019; 1-page photocopy of Request to Staff dated 02/13/2019 06:49:30PM. Certified Mail tracking no. 7018 1130 0000 8936 6306