# EXHIBIT 7: Photocopy of Envelope which had contained EXHIBIT 9.

attached to: "ADDITIONAL EVIDENCE AND DECLARATION OF BRIAN DAVID HILL OF RECENTLY OBTAINED EVIDENCE IN SUPPORT OF MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DKT. #291)"
by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



Brian David Hill #29947-057
Name:              Number:
Federal Correctional Institution 1
P.O. Box 1000
Butner, NC 27509

Chief of Police

⇔29947-057⇔
Police Of Martinsville
Martinsville VA Police
55 W Church ST
Municipal Building
Martinsville, VA 24112
United States



LEGAL MAIL