# EXHIBIT 8: Photocopy of 1-page Handwritten Mailing Log 2019 U.S.W.G.O. paper written of mailings sent off while detained at FCI-1 Butner, North Carolina

attached to: "ADDITIONAL EVIDENCE AND DECLARATION OF BRIAN DAVID HILL OF RECENTLY OBTAINED EVIDENCE IN SUPPORT OF MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DKT. #291)"
by Brian David Hill

Case no. 1:13-cr-435-1; civil no. 1:22-CV-00074

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



FCI 1, Butner, N.C.
Brian David Hill #29947-057

# Mailing Log 2019 U.S.W.G.O.

Brian David Hill #29947-057
Federal Correctional Institution 1, Butner, N.C.

| # | pgs | Address / Date |
|---|---|---|
| #1 | 1 pg | ↔29947-057↔ Federal Building, 324 W Market ST Suite 1, Greensboro, NC 27401-2513, US 01/11/2019 Clerk of the Court — 01-26-2019 01-14-2019 |
| #2 | 2 pg | Hon Ashby Pritchett, Clerk of the Court, PO Box 1206, Martinsville Circuit CRT, Martinsville, VA 1206, US 01/14/2019 |
| #3 | 2 pg | Scott Albrecht, Public Defender Office, 31 P.O. Drawer, Martinsville, VA 24114 US - 01/15/2019 01/18/2019 |
| #4 | 21 pg | Clerk of the Court, U.S. District Court, Federal Building 324 W Market St Suite 1, Greensboro, NC 27401-2513, US 01/18/2019 |
| #5 | 2 pg | Office of VA Attorney General, 202 N 9TH ST Virginia Attorney General, Richmond, VA 23219 US 01/17/2019 -7018-1130-0000-8936-6214 Certified |
| #6 | 2 pg | Administra Office Of Us Courts, Admin. Office of US Courts 1 Columbus CIR NE Probation Oversight Branch, Washington, DC 20002 US [Urgent] 01/17/2019 |
| #7 | 4 pg | Clerk of the Court 210 Franklin Rd SW, U.S. District Court, Roanoke, VA 24011 US 01/18/2019 |
| #8 | 4 pg | Chief of Police, Police of Martinsville, 55 W Church ST Municipal Building, Martinsville, VA 24112 US 01/22/2019 |
| #9 | 4 pg | US Federal Courthouse, Hon. Judge Joe Webster, Magistrate 323 E Chapel Hill ST Room 2, Durham NC 27701-3351, US 01/24/2019 |
| #10 | 4 pg | Anand P Ramaswamy, AUSA, United States Attorney, 101 S Edgeworth ST 4th Floor, Greensboro NC 27401 US 01/24/2019 |
| #11 | 2 pg | Attorney Scott Albrecht, Public Defender Office, 31 P.O. Drawer, Martinsville, VA 24114 US 01/24/2019 |