**PRIORITY MAIL**

23

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
- * Domestic only

CERTIFIED MAIL

7019 1120 0002 2623 7966

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

FROM:
 
**U.S.W.G.O.**
Brian D. Hill - Ally of QANON
310 Forest Street, Apartment 2
Martinsville, Virginia 24112

RECEIVED In This Office
FEB 21 2023
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.

210 CB

TO:
Clerk of the Court
U.S. District Court
324 W. Market Street
Greensboro, NC 27401-2544

INSPECTED

**U.S.W.G.O.**
Brian D. Hill - Ally of QANON
WWG1WGA - Q-Intel - Drain the Swamp MAGA
JusticeForUSWGO.wordpress.com - INVESTIGATE!

MARTINSVILLE
24112
FEB 18, 23
AMOUNT
$15.90
RDC 04   27401   R2304N117249-19

PS00001000014
EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®