

CERTIFIED MAIL

7022 3330 0000 5701 2865

U.S. POSTAGE PAID
FCM LG ENV
MARTINSVILLE, VA 24112
SEP 12, 2024
**$12.08**
R2305M146971-19

27401

Retail
RDC 99



INSPECTED

Clerk of the Court
U.S. District Court
324 W. Market Street
Greensboro, NC 27401-2544

RECEIVED In This Office
SEP 13 2024
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.
1035 CB

The Deep State Can Frame You – the Documentary
https://rumble.com/v2ozhp6-the-deep-state-can-frame-you-the-documentary.html





**U.S.W.G.O.**
JusticeForUSWGO.NL
Brian D. Hill - Ally of Q
310 Forest Street, Apt. 2
Martinsville, Virginia 24112
WWG1WGA Q Intel - MAGA
Drain the Swamp - INVESTIGATE!
JusticeForUSWGO.wordpress.com

The Deep State will be defeated. The corrupt C.I.A will be defeated. -QanoNs



**The Deep State Can Frame You – the Documentary**
https://rumble.com/v2ozhp6-the-deep-state-can-frame-you-the-documentary.html