IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BRIAN DAVID HILL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:22CV74 |
| ) | 1:13CR435-1 |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Respondent. ) | |

## ORDER

On September 3, 2024, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636. (Doc. 338.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Petitioner's motion to vacate, set aside or correct sentence (Doc. 291) is DENIED and this action is DISMISSED. There being neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability shall not issue.

/s/   Thomas D. Schroeder
                                      United States District Judge

October 25, 2024