In the United States District Court
For the Middle District of North Carolina



Brian David Hill,
Petitioner/Defendant

v.

United States of America,
Respondent/Plaintiff

)
)
)
)
)
)
)
)
)
)
)

Criminal Action No. 1:13-CR-435-1

Civil Action No. 1:22-CV-00074

## PETITIONER'S NOTICE OF APPEAL





**Brian David Hill – Ally of Qanon**
**Founder of USWGO Alternative News**
310 Forest Street,
Apt. 2 Martinsville,
Virginia 24112
(276) 790-3505
c/o: Rbhill67@comcast.net; Roberta Hill

*Pro Se Appellant*  — JusticeForUSWGO.wordpress.com

---

COVER PAGE

1

Notice is hereby given that Criminal Defendant and § 2255 case Petitioner Brian David Hill ("Brian D. Hill", "Hill", "Brian", "Defendant", "Petitioner") in the above-named case*, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment/order (See Documents #340 and #339) entered in this action on the 25th day of October, 2024. Brian will file a brief with the U.S. Court of Appeals after their briefing order is entered as to why the Certificate of Appealability (COA) should issue, once they order the Petitioner to file a petition as to why the COA should be issued.

* See Rule 3(c) for permissible ways of identifying appellants.

Petitioner understands that the Certificate of Appealability has not been issued, but the Petitioner had preserved issues for appeal in Document #338, and will argue in the Fourth Circuit in the upcoming petition for a COA as to why the COA should have been issued and why the 2255 Motion case should not have been denied and dismissed.

Respectfully filed with the Court, this Friday, the 13th day of December, 2024.

Respectfully submitted,

*Brian D. Hill*
Signed
Brian D. Hill

Signed
Brian D. Hill (Pro Se)

310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505



Former U.S.W.G.O. Alternative News reporter
I stand with Q Intelligence and Lin Wood – Drain the Swamp
I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)
Make America Great Again
https://rumble.com/v2ozhp6-the-deep-state-can-frame-you-the-documentary.html -- JusticeForUSWGO.wordpress.com
USWGO.COM // JUSTICEFORUSWGO.NL

Petitioner also requests with the Court that a copy of this pleading be served upon the Government as stated in 28 U.S.C.§ 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Petitioner requests that copies be served with the U.S. Attorney office of Greensboro, NC via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

## CERTIFICATE OF SERVICE

Petitioner/Defendant hereby certifies that on December 13, 2024, service was made by mailing the original of the foregoing:

"PETITIONER'S NOTICE OF APPEAL"

by deposit in the United States Post Office, in an envelope or box, Postage prepaid, on December 13, 2024 addressed to the Clerk of the Court in the U.S. District Court, for the Middle District of North Carolina, 324 West Market Street, Greensboro, NC 27401.

Then pursuant to 28 U.S.C. §1915(d), Petitioner requests that the Clerk of the Court move to electronically file the foregoing using the CM/ECF system which

will send notification of such filing to the following parties to be served in this action:

| | |
|---|---|
| Anand Prakash Ramaswamy<br>U.S. Attorney Office<br>Civil Case # 1:17 -cv-1036<br>101 South Edgeworth Street, 4th Floor, Greensboro, NC 27401<br>Anand.Ramaswamy@usdoj.gov | Angela Hewlett Miller<br>U.S. Attorney Office<br>Civil Case # 1: 17 -cv-1036<br>101 South Edgeworth Street, 4th Floor, Greensboro, NC 27401<br>angela.miller@usdoj.gov |
| JOHN M. ALSUP<br>U.S. Attorney Office<br>101 South Edgeworth Street, 4th Floor, Greensboro, NC 27401<br>john.alsup@usdoj.gov | Margaret M. Reece<br>U.S. Attorney Office<br>251 N. Main ST., Ste. 726<br>Winston-Salem, NC 27101<br>morgan.reece@usdoj.gov |

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

| | |
|---|---|
| Date of signing:<br><br>Friday, December 13, 2024 | Respectfully submitted,<br><br>*Brian D. Hill*<br>Signed<br>_____<br>Brian D. Hill<br>Signed<br>Brian D. Hill (Pro Se)<br>310 Forest Street, Apartment 2<br>Martinsville, Virginia 24112<br>Phone #: (276) 790-3505<br>**U.S.W.G.O.**<br>I stand with Q Intelligence and Lin Wood – Drain the Swamp<br>I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)<br>Make America Great Again |

Friend's justice site: JusticeForUSWGO.wordpress.com
JusticeForUSWGO.NL; https://rumble.com/v2ozhp6-the-deep-state-can-frame-you-the-documentary.html





**THE DEEP STATE CAN FRAME YOU - THE DOCUMENTARY**

THE CIA/DHS/NSA/FBI AND FEDERAL AGENCIES THINK THEY CAN FRAME UP WHOEVER THEY WANT.

5



This statement below is not regarding my notice of appeal or my appeal in any way. It is not a brief. It is my personal opinion as a cry for help for heroes to save me from the persecution. I am conveying a message to Donald John Trump begging him to pardon me or order my acquittal.

I have to figure out how to get my life back and kindly get the Deep State to stop coming after me and my family. I just want my life back, that's all I ever

wanted is my life back. I don't want to continue the practice of alternative media since I was framed back in 2012. I want to move on with my life, I want to have friends and be social and not always have this case over my shoulder. Donald Trump is my only chance, Donald Trump and God and Jesus are my only hope. I Brian D. Hill of USWGO am being held hostage by the InJustice Department calling themselves the U.S. Department of Justice but they are anything but justice. I Brian D. Hill of USWGO am also being held hostage by the U.S. Department of Homeland InSecurity/Security (DHS) by deep state actress Haylea Workman who I believe is an agent of the DHS Deep State Homeland Security people.

I'm probably not going to get anywhere in a rigged system until Donald Trump drains the swamp and defeats the swamp, but I will tell the truth and argue the best I can, point to the evidence and arguments and objections and everything. It probably doesn't even matter but it will help me get a Presidential pardon for me being wrongfully convicted multiple times. I will try for a pardon and hope it works.

I am holding out for a hero; I need a hero right now. They are coming after me with everything they have within them. They want to harm me, lie about me, and destroy me forever. I don't deserve any of this. Please Donald Trump help me.

Please Donald Trump help me, Please Qanon help me, Please Q Intelligence help me, Please Roger Stone help me, Please General Flynn help me, Please help

7

me Donald Trump. I am holding out for a hero. The enemy, the bad guys are trying to get me forever and keep putting out more lies against me. Please help me Donald Trump, your my last hope. Help me Donald Trump, your my only hope.

The DHS is after me, the DOJ is after me, the CIA is after me, the whole Deep State including the FBI and NSA is after me. I need a hero to save me.

I need a hero to save me now or as soon as possible.

This is my cry for help. I hope the Clerk files all this including my cry for help. I am under attack by the Deep State armada. I am under attack and need somebody to protect me. Protect the truth and stop the lies. I am calling out MAYDAY, S.O.S. I am calling out MAYDAY. Rig for Red.

- Brian D. Hill

8