

**U.S.W.G.O.**
Brian D. Hill - Ally of Q
310 Forest Street, Apt. 2
Martinsville, Virginia 24112
WWG1WGA Q Intel - MAGA
Drain the Swamp - INVESTIGATE!
JusticeForUSWGO.wordpress.com

JusticeForUSWGO.NL

**CERTIFIED MAIL**

7022 3330 0000 5701 2872



Retail



27401

RDC 99

U.S. POSTAGE PA[ID]
FCM LG ENV
COLLINSVILLE, V[A]
DEC 13, 2024

$9.51

R2305K142856-23

**CLERK OF THE COURT**
**US District Court**
**324 W. Market Street**
**Greensboro, NC 27401-2544**
**Note: Please file in color**

INSPECTED

The Deep State Can Frame You documentary

[QR code with U.S.W.G.O. overlay]

RECEIVED In This Office
DEC 16 2024
CLERK U.S. DISTRICT COURT
12/15/24